IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

**Motion to Reconsider Withdrawing Fed. R. Evid. 706 Deposition
And
Motion for Extension of Time to Respond to the
Expert Report of Professor William B. Rubenstein**

Come now, The Alexander Objectors, Lubel Voyles, LLP, and Provost Umphrey Law Firm LLP (collectively, "Movants) and file this their motion, along with accompanying memorandum in support, asking the Court to reconsider the Court's Order (ECF 9527) withdrawing the Court's previously ordered deposition of expert appointed pursuant to Fed. R. Civ. P. 706 and to extend their time to file a response to the report and opinions of Professor William B. Rubenstein.

By this motion and the accompanying memorandum in support, Movants respectfully request that this Court (a) extend their time to respond to the Expert Report of Professor William B. Rubenstein by sixty days (up to and including March 7, 2018 and (b) establish a date and protocol for interested parties to take a limited deposition of Professor William B. Rubenstein *before* such responsive filings are due.

1

PRAYER

For the reasons set forth herein, and in their memorandum in support, Movants ask the Court to:

(a) extend their time to respond to the Expert Report of Professor William B. Rubenstein by sixty days (up to and including March 7, 2018); and

(b) establish a date and protocol for interested parties to take a limited deposition of Professor William B. Rubenstein *before* such responsive filings are due.

Date: December 19, 2017

Respectfully Submitted,

*/s/ Lance H. Lubel*

Mickey Washington
Texas State Bar No.: 24039233
WASHINGTON & ASSOCIATES, PLLC
2019 Wichita Street
Houston, Texas 77004
Telephone: (713) 225-1838
Facsimile: (713) 225-1866
Email: mw@mickeywashington.com

James Carlos Canady
Texas State Bar No.: 24034357
THE CANADY LAW FIRM
5020 Montrose Blvd., Suite 701
Houston, TX 77006
Telephone: (832) 977-9136
Facsimile: (832) 714-0314
Email: ccanady@canadylawfirm.com

Lance H. Lubel
Texas State Bar No.: 12651125
Adam Voyles
Texas State Bar No.: 24003121
Justin R. Goodman
Texas State Bar No.: 24036660
LUBEL VOYLES LLP
675 Bering Dr., Suite 850
Houston, TX 77057
Telephone: (713) 284-5200
Facsimile: (713) 284-5250
Email: lance@lubelvoyles.com
adam@lubelvoyles.com
jgoodman@lubelvoyles.com

Attorneys for Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcom Frank

Respectfully Submitted,

*/s/ Matthew C. Matheny*
Matthew C. Matheny
Texas State Bar No. 24039040
mmatheny@pulf.com
Jacqueline Ryall
jryall@pulf.com
PROVOST UMPHREY
    LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on December 19, 2017.

*/s/ Lance H. Lubel*
Lance H. Lubel