IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL § | | |
| LEAGUE PLAYERS' CONCUSSION § | | |
| LITIGATION § | | |
| _____ § | No. 12-md-2323 (AB) | |
| § | | |
| § | MDL No. 2323 | |
| THIS DOCUMENT RELATES TO: § | | |
| ALL ACTIONS § | | |

## ORDER

On this date came on for consideration the motion of the Alexander Objectors, Lubel Voyles, LLP, and Provost Umphrey Law Firm LLP to reconsider the Court's Order (ECF 9527) withdrawing the Court's previously ordered deposition of expert appointed pursuant to Fed. R. Civ. P. 706 and to extend their time to file a response to the report and opinions of Professor William B. Rubenstein.  Having considered the motion, the Court is of the opinion that it should be GRANTED.  It is, therefore,

ORDERED that

(a) the time in which interested parties the Alexander Objectors, Lubel Voyles, LLP, and Provost Umphrey Law Firm LLP must file their response to the Expert Report of Professor William B. Rubenstein is EXTENDED OR CONTINUED by sixty days (up to and including March 7, 2018); and

(b) interested parties may conduct a coordinated deposition of the Court's Rule 706 expert Professor Rubenstein, upon a date convenient to Professor Rubenstein but prior February 13, 2018.  The parties shall propose a protocol for conducting the coordinated deposition within seven (7) days of the date of this Order.

_____
HON. ANITA B. BRODY

Date: December 19, 2017                              Respectfully Submitted,

                                                     */s/ Lance H. Lubel*
Mickey Washington                                    Lance H. Lubel
Texas State Bar No.: 24039233                        Texas State Bar No.: 12651125
WASHINGTON & ASSOCIATES, PLLC                        Adam Voyles
2019 Wichita Street                                  Texas State Bar No.: 24003121
Houston, Texas 77004                                 Justin R. Goodman
Telephone: (713) 225-1838                            Texas State Bar No.: 24036660
Facsimile: (713) 225-1866                            LUBEL VOYLES LLP
Email: mw@mickeywashington.com                       675 Bering Dr., Suite 850
                                                     Houston, TX 77057
James Carlos Canady                                  Telephone: (713) 284-5200
Texas State Bar No.: 24034357                        Facsimile: (713) 284-5250
THE CANADY LAW FIRM                                  Email: lance@lubelvoyles.com
5020 Montrose Blvd., Suite 701                       adam@lubelvoyles.com
Houston, TX 77006                                    jgoodman@lubelvoyles.com
Telephone: (713) 284-5204
Facsimile: (713) 284-5250
Email: ccanady@canadylawfirm.com

   Movants and Attorneys for Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcom Frank

                                                     Respectfully Submitted,

                                                     */s/ Matthew C. Matheny*
                                                     Matthew C. Matheny
                                                     Texas State Bar No. 24039040
                                                     mmatheny@pulf.com
                                                     Jacqueline Ryall
                                                     jryall@pulf.com
                                                     PROVOST ¶ UMPHREY
                                                         LAW FIRM, L.L.P.
                                                     Post Office Box 4905
                                                     Beaumont, Texas 77704
                                                     (409) 835-6000
                                                     (409) 838-8888 - Fax Number

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on December 19, 2017.

                                      */s/ Lance H. Lubel*
                                      Lance H. Lubel