# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Brent Boyd, et al.<br>v.<br>National Football League, et al.<br><br>No. 12-cv-92-AB | **NOTICE OF WITHDRAWAL OF ATTORNEY'S LIEN** |

On March 30, 2017, Richard S. Lewis and HAUSFELD LLP ("HLLP") filed a Notice of Attorney's Lien (ECF No. 7410), and Petition to Establish Attorney's Lien (ECF No. 7410-1), relating to HLLP's representation of R.C. Owens (deceased) and Susan Owens (Representative Claimant) in the above-captioned matter.

HLLP and Susan Owens have resolved all issues relating to HLLP's Attorney's Fees, costs and expenses concerning HLLP's representation.

Therefore, HLLP withdraws its Notice of Attorney's Lien and Petition to Establish Attorney's Lien. To the extent that an Attorney's Lien in favor of HLLP was established against Susan Owens or the Estate of R.C. Owens, HLLP releases such Lien.

DATE: December 20, 2017                              */s/ Richard S. Lewis*
                                                                                Richard S. Lewis
                                                                                Michael D. Hausfeld
                                                                                Jeannine M. Kenney
                                                                                HAUSFELD, LLP
                                                                                1700 K Street, NW

- 2 -

Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:     (202) 540-7201
rlewis@hausfeld.com
mhausfeld@hausfeld.com
jkenney@hausfeld.com

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 20, 2017, I caused the foregoing Notice of Withdrawal of Attorney's Lien to be served via the Electronic Case Filing (ECF) System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                                       */s/ Richard S. Lewis*
                                      Richard S. Lewis
                                      HAUSFELD, LLP
                                      1700 K Street, NW
                                      Suite 650
                                      Washington, DC 20006
                                      Phone: (202) 540-7200
                                      Fax:    (202) 540-7201
                                      rlewis@hausfeld.com