## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Brent Boyd, et al.<br>v.<br>National Football League, et al.<br><br>No. 12-cv-92-AB | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the appearance of Richard S. Lewis, Michael D. Hausfeld, Brent W. Landau, Michael P. Lehmann, and Jeannine M. Kenney, of Hausfeld, LLP, on behalf of Plaintiff R.C. Owens (deceased), and Susan Owens (Representative Claimant) ONLY, in the above-captioned matter, is hereby WITHDRAWN.


DATE: <u>December 20, 2017</u>　　　　　　　　　*/s/ Richard S. Lewis*
　　　　　　　　　　　　　　　　　　　　　　Richard S. Lewis
　　　　　　　　　　　　　　　　　　　　　　Michael D. Hausfeld
　　　　　　　　　　　　　　　　　　　　　　Jeannine M. Kenney
　　　　　　　　　　　　　　　　　　　　　　HAUSFELD, LLP
　　　　　　　　　　　　　　　　　　　　　　1700 K Street, NW
　　　　　　　　　　　　　　　　　　　　　　Suite 650
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 540-7200
　　　　　　　　　　　　　　　　　　　　　　Fax:　 (202) 540-7201
　　　　　　　　　　　　　　　　　　　　　　rlewis@hausfeld.com
　　　　　　　　　　　　　　　　　　　　　　mhausfeld@hausfeld.com
　　　　　　　　　　　　　　　　　　　　　　jkenney@hausfeld.com

Brent W. Landau
HAUSFELD, LLP
325 Chestnut Street
Suite 900
Philadelphia, PA 19106
Phone: (215) 985-3270
Fax:     (215) 985-3271
blandau@hausfeld.com

Michael P. Lehmann
HAUSFELD, LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax:     (415) 358-4980
mlehmann@hausfeld.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2017, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

        */s/ Richard S. Lewis*
Richard S. Lewis
HAUSFELD, LLP
1700 K Street, NW
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:    (202) 540-7201
rlewis@hausfeld.com