UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>             Plaintiffs,<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>             Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF JOINDER

Retired NFL Players Anthony Allen, Brandon Banks, Josh Bell, Fred Bennett, Michael Coe, Emanuel Cook, Dedrick Epps, Steven Harris, Javarris James, Stefan Logan, Tony Nathan, Durwood Roquemore, Maurice Smith, Reggie Smith, Eric Streater, Cornell Webster and others (collectively the "Allen Retired Players") file this Notice of Joinder adopting, supporting and joining certain motions filed before the Court as follows:

The Allen Retired Players adopt, support and join the Motion for Reconsideration of the Court's Order dated December 11 Denying Plaintiffs the Opportunity to Depose Court-Appointed Expert William Rubinstein [ECF No. 9535] filed by the Locks Law Firm on December 19, 2017.  *See* ECF No. 9535.

The Allen Retired Players adopt, support and join Motion to Reconsider Withdrawing Fed. R. Evid. 706 Deposition and Motion for Extension of Time to Respond to the Expert Report of Professor William R. Rubenstein [ECF No. 9536], filed by Lubel Voyles, LLP and Provost Umphrey Law Firm LLP on December 19, 2017.  *See* ECF No. 9536.

Dated:  December 20, 2017

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Patrick J. Tighe | Attorneys for Allen Retired Players |
| Attorneys for Allen Retired Players | LOREN & KEAN LAW |
| X1LAW, P.A.f/k/a Patrick J. Tighe, P.A. | 7111 Fairway Drive, Suite 302 |
| 721 US Highway 1, Ste 121 | Palm Beach Gardens, FL  33418 |
| North Palm Beach, FL 33408 | Phone: 561-615-5701 |
| Phone: 561-537-3319 | Fax: 561-615-5708 |
| Fax: 561-537-7193 | mstjacques@lorenkeanlaw.com |
| Pat@X1LAW.com | Florida Bar No. 0783471 |
| Florida Bar No. 568155 |  |
|  | *s/ Michael St. Jacques* |
|  | Michael G. St. Jacques, II |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2017, the foregoing document was electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

                                  **LOREN & KEAN LAW**

                                  *s/ Michael St. Jacques*
                                  **MICHAEL G. ST. JACQUES, II**