IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB  MDL No. 2323 |
| | Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br> Plaintiffs, <br> v. <br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br> Defendants. | CIVIL ACTION NO. 14-cv-29-AB |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for the Stern Law Group, Mokaram Law Firm, and the Buckley Law Group in the above-captioned matter.

Respectfully submitted,

Dated: December 29, 2017    By:    */s/ Howard Langer*
        Howard Langer (PA. I.D. No. 25403)
        Edward Diver
        Peter Leckman
        LANGER GROGAN & DIVER, P.C.
        Three Logan Square, Ste. 4130
        1717 Arch Street
        Philadelphia, PA 19103
        Tele: (215) 320-5660

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of this Entry of Appearance to be served on this date upon all counsel of record via the Court's Electronic Case Filing system.

Dated: December 29, 2017                    /s/ Howard Langer
                                            Howard Langer