# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB  MDL No. 2323 |
| | Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br>                                     Plaintiffs, <br><br>       v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br><br>                                     Defendants. | CIVIL ACTION NO. 14-cv-29-AB |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for the Stern Law Group, Mokaram Law Firm, and the Buckley Law Group in the above-captioned matter.

                                        Respectfully submitted,

Dated: December 29, 2017        By:    */s/ Edward Diver* (PA. I.D. No. 85011)
                                        Howard Langer
                                        Edward Diver
                                        Peter Leckman
                                        LANGER GROGAN & DIVER, P.C.
                                        Three Logan Square, Ste. 4130
                                        1717 Arch Street
                                        Philadelphia, PA 19103
                                        Tele: (215) 320-5660

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of this Entry of Appearance to be served on this date upon all counsel of record via the Court's Electronic Case Filing system.

Dated: December 29, 2017    By:    */s/ Edward Diver*
                                             Edward Diver