# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB MDL No. 2323 |
| | Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, Plaintiffs, v. National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., Defendants. | CIVIL ACTION NO. 14-cv-29-AB |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for the Stern Law Group, Mokaram Law Firm, and the Buckley Law Group in the above-captioned matter.

Respectfully submitted,

Dated: December 29, 2017     By:     */s/ Peter E. Leckman*  (PA. I.D. No. 312076)
Howard Langer
Edward Diver
Peter Leckman
LANGER GROGAN & DIVER, P.C.
Three Logan Square, Ste. 4130
1717 Arch Street
Philadelphia, PA 19103
Tele: (215) 320-5660

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of this Entry of Appearance to be served on this date upon all counsel of record via the Court's Electronic Case Filing system.

Dated: December 29, 2017        By:    */s/ Peter E. Leckman*
                                               Peter Leckman