IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB  MDL No. 2323 |
| | Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br> Plaintiffs, <br> v. <br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br> Defendants. | CIVIL ACTION NO. 14-cv-29-AB |

## NOTICE OF JOINDER

The Stern Law Group, Mokaram Law Firm, and the Buckley Law Group, each of which represents individual players in this action, hereby join the two motions for reconsideration of the Court's December 11 Order filed last week. *See* ECF Nos. 9535 and 9536. These motions ask that Court allow Plaintiffs the opportunity to depose Professor William B. Rubinstein and request an extension of 60 days to respond to his report. For the reasons set forth in those motions, we agree that this is the proper course forward.

In addition, undersigned counsel were only recently retained. They are familiarizing themselves with the case and Professor Rubenstein's report, and have already identified significant

flaws in the report, but additional time will result in a more researched and considered response.

                                                   Respectfully submitted,

Dated: December 29, 2017          By:    */s/ Howard Langer*
                                                   Howard Langer
                                                   Edward Diver
                                                   Peter Leckman
                                                   LANGER GROGAN & DIVER, P.C.
                                                   Three Logan Square, Ste. 4130
                                                   1717 Arch Street
                                                   Philadelphia, PA 19103
                                                   Tele: (215) 320-5660

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of this Notice of Joinder to be served on this date upon all counsel of record via the Court's Electronic Case Filing system.

Dated: December 29, 2017　　　　　　By:　　*/s/ Howard Langer*
　　　　　　　　　　　　　　　　　　　　　Howard Langer
　　　　　　　　　　　　　　　　　　　　　Edward Diver
　　　　　　　　　　　　　　　　　　　　　Peter Leckman
　　　　　　　　　　　　　　　　　　　　　LANGER GROGAN & DIVER, P.C.
　　　　　　　　　　　　　　　　　　　　　Three Logan Square, Ste. 4130
　　　　　　　　　　　　　　　　　　　　　1717 Arch Street
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　Tele: (215) 320-5660