# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No.   12-md-2323 (AB)<br><br>MDL No. 2323<br><br>**NOTICE OF JOINDER** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Tiaina T. Seau, et al. v. National Football League, et al.*,<br>No. 13-cv-01532 (AB) | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Tiana T, Seau and Luisa T. Seau file this Notice of Joinder adopting, supporting and joining certain oppositions to motions filed before the Court as follows:

Plaintiffs adopt, support and join the Seau Family's Opposition to the September 25, 2017 Motion to Dismiss the Second Amended Complaint on Preemption Grounds [Doc No. 8403] and the September 25, 2017 Motion to Dismiss the Second Amended Complaint for Failure to State a Claim [Doc. No. 8404].

Dated: January 2, 2018

RESPECTFULLY SUBMITTED:

       s/ John H. Gomez
       JOHN H. GOMEZ

John H. Gomez (CA SBN 171485)
Ahmed S. Diab (CA SBN 262319)

GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496

*Attorneys for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

      I, the undersigned certify that on January 2, 2018, I caused a true and correct copy of the foregoing NOTICE OF JOINDER to be filed via the CM/ECF system, which caused notice to be sent to all counsel of record. The above document is available for viewing and downloading from the CM/ECF system.

s/ John H. Gomez<br>
JOHN H. Gomez