UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Joinder to Locks Law Firm Filing under Date of January 3, 2018; Document number 9545 Plaintiffs v. National Football League, et al. | **NOTICE OF JOINDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Mitnick Law Office, LLC through Craig R. Mitnick, Esq. file this Notice of Joinder adopting, supporting and joining Locks Law Firm's response to the expert report of Professor Williams B. Rubenstein under date of December 3, 2017, said response pursuant to the December 11, 2017 Order of the Court.

Dated: January 3, 2018

RESPECTFULLY SUBMITTED:

/S/ *CRAIG R. MITNICK ESQ  Attorney ID #50728*

CRAIG R. MITNICK, ESQ
MITNICK LAW OFFICE, LLC