UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Case No. 12-md-2323 (AB) |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others Similarly situated,*<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br><br>　　　　　Defendants. | Civil Action No. 14-cv-0029 |

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**JOINDER TO THE RESPONSE OF THE LOCKS LAW FIRM TO THE EXPERT REPORT OF PROFESSOR WILLIAM B. RUBENSTEIN**

　　　Zimmerman Reed LLP joins the January 3, 2018, Response of the Locks Law Firm to the Expert Report of Professor William B. Rubenstein [ECF No. 9545]. In particular, Zimmerman Reed joins Locks Law Firm in respectfully requesting that its 20% contingency fee agreements be honored for former players who retained Zimmerman Reed prior to preliminary approval of the Settlement and for whom Zimmerman Reed sought a diagnosis through an independent medical analysis. On March 4, 2016, Zimmerman Reed voluntarily reduced its contingency fee to 20% for all NFL Concussion clients. During that time, Zimmerman Reed expended

1

significant resources to determine whether clients were suffering from a Qualifying Diagnosis, including some who may never have a compensable diagnosis. These efforts included covering the costs of neuropsychometric testing and neurological consultations, retaining a board-certified neurosurgeon to interview former players and review their medical records, and obtaining and reviewing full medical histories, among other expenses. For these high-risk, resource-intensive clients, Zimmerman Reed requests the Court honor Zimmerman Reed's 20% contingency fee agreements for all of the reasons set forth in the Locks Law Firm Response.

        Respectfully submitted,

        ZIMMERMAN REED LLP

Dated: January 3, 2018

        s/ Charles S. Zimmerman
        Charles S. Zimmerman – MN #120054
        J. Gordon Rudd, Jr. – MN #222082
        Brian C. Gudmundson – MN #336695
        Michael J. Laird - MN #0398436
        1100 IDS Center, 80 South Eighth Street
        Minneapolis, MN 55402
        Telephone: (612) 341-0400
        Facsimile: (612) 341-0844
        Email: Charles.Zimmerman@zimmreed.com
              Gordon.Rudd@zimmreed.com
              Brian.Gudmundson@zimmreed.com
              Michael.Laird@zimmreed.com

        ATTORNEYS FOR PLAINTIFFS