IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL § <br> LEAGUE PLAYERS' CONCUSSION § <br> LITIGATION § <br> _____ § <br> § <br> § <br> THIS DOCUMENT RELATES TO: § <br> ALL ACTIONS § | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |

**[PROPOSED] ORDER**

AND NOW this \_\_ day of January 2018, upon consideration of the responses to the Expert Report of Professor William Rubenstein, it is hereby ORDERED that a deposition of Professor Rubenstein shall take place within the twenty (20) days from the date of this ORDER at a time and place convenient to Professor Rubenstein.

It is FURTHER ORDERED that:

1. the deposition shall last no more than seven (7) hours; and

2. the deposing attorneys shall be limited to two of the interested counsel who filed responses on January 3, 2018 to the Expert Report; and

3. the two designated interested counsel may file supplemental responses to Professor Rubenstein's Expert Report on or before fourteen (14) days from the date of the deposition; and

4. each supplemental responses shall be limited to ten (10) pages.

Dated: January \_\_, 2018            BY THE COURT:

_____
Hon. Anita B. Brody
United States District Court Judge

1