# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:123-md-02323-AB MDL<br><br>Hon. Anita B. Brody |
| Michael Adams,<br>*on behalf of himself and others similarly situated,*<br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.<br>　　　　　　　　　　　Defendants. | CIVIL ACTION NO. 14-cv-29-AB |

## NOTICE OF JOINDER

Robins Cloud LLP, which represents over 150 players in this action, hereby join the two motions for reconsideration of the Court's December 11th Order filed last week. *See* ECF Nos. 9535 and 9536. These motions ask that Court allow Plaintiffs the opportunity to depose Professor William B. Rubinstein and request an extension of 60 days to respond to his report. In addition, Robins Cloud LLP, hereby joins in the Responses to the Expert Report of Professor William B. Rubenstein, specifically ECD Nos. 9549 and 9554. For the reasons set forth in those motions, we agree that this is the proper course forward.

Dated: January 3, 2018

Respectfully submitted,

Attorney Ian Cloud, Robins Cloud, LLP



By: _____/s/ Ian P. Cloud_____
      Ian P. Cloud
      State Bar No. 00783843
      Robins Cloud, LLP
      2000 West Loop South. 22nd Floor
      Houston, TX 77027
      Tel: (713) 650-1200
      Fax: (713) 650-1400
      icloud@robinscloud.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: January 3, 2018

      /s/ Ian P. Cloud_____
      Ian P. Cloud