# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>The Honorable Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF APPEAL

Non-parties RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC; RD LEGAL FUNDING PARTNERS, LP; and RONI DERSOVITZ, by undersigned counsel, hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's EXPLANATION AND ORDER (DKT. # 9517), entered on December 8, 2017.

Respectfully submitted,

s/Ellen C. Brotman
Ellen C. Brotman, Esq.
PA. Bar. No. 71775
Brotman Law
150 N. Radnor Chester Road, Ste. 200F
Radnor, PA 19087
ebrotman@ellenbrotmanlaw.com

BOIES SCHILLER FLEXNER LLP
DAVID K. WILLINGHAM
MICHAEL D. ROTH
JEFFREY M. HAMMER
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
Attorneys for Defendants

RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC; RD LEGAL FUNDING PARTNERS, LP; and RONI DERSOVITZ

Dated:  January 4, 2018

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Notice of Appeal Appearance was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

Dated: January 4, 2018

   */s/ Ellen C. Brotman*
Ellen C. Brotman, Esq.
PA Id. # 71775
Brotman Law
Suite F200
150 N. Radnor Chester Road
Radnor, PA 19087
610 977 2412
ebrotman@ellenbrotmanlaw.com