UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>NO. 2:12-md-02323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*Ralph E. Tamm v. National Football League et al.*,<br>*Case No. 2:12-cv-04377-AB* | **ORDER** |

AND NOW, this _____ day of _____, 201_, upon consideration of the motion by Seth A. Katz and Stephen J. Burg of Burg Simpson Eldredge Hersh & Jardine, P.C. and James R. Dugan of The Dugan Law Firm, APLC to withdraw as counsel in relation to the claims of Ralph E. Tamm in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for Ralph E. Tamm. The Claims Administrator shall remove the above-listed counsel from the NFL Class Action Settlement portal. Withdrawing counsel has not sought an attorneys' lien against any future recovery.

_____
Honorable Anita B. Brody

Copies via ECF on ___