IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                              Plaintiffs,<br>              v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                              Defendants. | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

In the process of administering the Class Action Settlement Agreement, the Court finds it is necessary to appoint counsel for *pro se* class members. The Court appoints Dennis R. Suplee, Esquire, to represent these *pro se* Settlement Class Members where there has been a demonstrated need for legal counsel.

Furthermore, Magistrate Judge David R. Strawbridge, in his sole discretion, may appoint Mr. Suplee in specific cases where the Settlement Class Member has a demonstrated need for legal counsel in connection with attorney fee disputes.

Mr. Suplee shall submit requests for compensation to Special Master Jo-Ann M. Verrier.

_____
ANITA B. BRODY, J.

1/8/18

Copies via ECF