## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS INVOLVING ANY RIDDELL DEFENDANT | **Hon. Anita B. Brody** |

## [PROPOSED] ORDER

IT IS **ORDERED** that:

(i)     The Riddell defendants' brief in support of its motion to dismiss the SAMAC-Riddell on grounds including but not limited to Rules 8, 9, and 12 (referred to in paragraph 3(ii) of the October order), shall not exceed forty-five (45) pages;

(ii)    The plaintiffs' opposition to the Riddell defendants' motion to dismiss the SAMAC-Riddell referenced above shall not exceed forty-five (45) pages;

(iii)   The page-limit extensions reflected above shall not apply to the briefs in connection with the Riddell defendants' motion for dismissal on preemption grounds (referenced in paragraph 3(i) of the October order).

 

_____
ANITA B. BRODY, J.

 

Copies VIA ECF on _____ to:     Copies MAILED on _____ to:

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing [Proposed] Order was served electronically via the Court's electronic filing system on the 12th day of January, 2018 upon all counsel of record.

Dated: January 12, 2018

___/s/ Eden M. Darrell_____
Eden M. Darrell
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 649-8200
Facsimile: (804) 649-1762
eden.darrell@bowmanandbrooke.com
*Counsel for the Riddell defendants*