# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### MDL COURT

**RONALD L. THOMAS**  **CLAIMANT**
**SOCIAL SECURITY NO.:** ▮
**SETTLEMENT PROGRAM ID # 10100015219**

CASE NO: 2:12MD-02323 - AB

## NOTICE OF ATTORNEY'S LIEN

Comes now, Carol L. Henderson and files this her Notice of Attorney's Lien in the above referenced matter and would show unto the Court the following:

### I.

That your Petitioner was retained by the Claimant, Ronald L. Thomas on December 14, 2016. A copy of the contract executed by the Claimant is attached hereto as Exhibit "A". Your attorney asserts a lien for twenty-five percent of any settlement amount received by the Claimant, plus the reimbursement of expenses for records in the amount of $555.05. A copy of said checks reflecting the amount paid for records is attached hereto as Exhibit "B".

Respectfully submitted on this the 12th day of January, 2018

_____
CAROL L. HENDERSON
ATTORNEY AT LAW

CAROL L. HENDERSON
ATTORNEY AT LAW
P.O. BOX 1596
GULFPORT, MS 39502
TELEPHONE: (228) 864-4484
FACSIMILE:   (228) 864-2284
MS BAR #2258

## CERTIFICATE OF SERVICE

I, Carol L. Henderson, do hereby certify that I have this day filed the foregoing with the Clerk of the Court, which will send notification of such filing to all counsel of record via its electronic filing system.

SO CERTIFIED on this the 12th day of January, 2018.

*/s/ Carol L. Henderson*

**CAROL L. HENDERSON
ATTORNEY AT LAW
P. O. BOX 1596
GULFPORT, MS 39502
TELEPHONE NO.: 228-864-4484
MS BAR # 2258**

# LAW FIRM OF
# CAROL L. HENDERSON, P.A.
# CONTRACT FOR LEGAL SERVICES

I hereby retain and employ The Law firm of Carol L. Henderson to represent me in the matter of:

**A CLAIM ASGAINST THE NFL**

I agree to pay attorney's fees as follows:

**25 PERCENT (%) OF THE RECOVERY AMOUNT, PLUS FEES &COST.**

I further agree that

Signed, on this the __14Tth__ day of __December__, 2016.

*[signature]*
**RONALD LYNN THOMAS**

Exhibit "A"

```
Carol L. Henderson, P. A.  09/07              2265
Attorney At Law                           65-543/653
P. O. Box 1596
Gulfport, MS 39502
                                    2/2/17
                                    Date

Pay to the
Order of  Kenneth L. Nudleman, MD   $ 55.05
Fifty-Five  & 05/100                _____ Dollars

▲ REGIONS                    Carol L. Hen[derson]

For Medical Records
    Ronald Thomas
⑆065305436⑆ 7511124765⑈ 02265
```

P.O. Box 1596 · Gulfport, Mississippi 39501 · (228) 864-4484 · Fax: (228) 864-2284

Exhibit "B"

