UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY HOLMES, as Administrator of the Estate of his father, RONALD HOLMES, and in his individual capacity, and on behalf of his father's heirs and next of kin,<br><br>PLAINTIFF,<br><br>V.<br><br>NATIONAL FOOTBALL LEAGUE,<br><br>DEFENDANT. | CIVIL ACTION NO. 2:13-cv-05031-AB<br><br>CIVIL ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED<br><br>Related to MDL-2323<br>*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*<br><br>Related to 11-cv-05209-AB<br>*Easterling, et al. v. National Football League, Inc.* |

## ORDER

AND NOW, on this _____ day of _____, 2018, upon consideration of Petitioner's Motion for Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60, it is hereby **ORDERED** that the Motion is **GRANTED**. The Special Master's Post-Appeal Notice of Denial of Monetary Award Claim dated December 22, 2017 shall be set aside and the Claims Administrator is hereby ordered to recognize the Decedent Ronald Holmes' Qualifying Diagnosis of Chronic Traumatic Encephalopathy (CTE) as timely.

BY THE COURT:

_____
J.