# EXHIBIT D



# CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
### DATE OF NOTICE: December 22, 2017

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950000708 |
| **Name:** | First: Jeffrey   M.I.: M   Last: Holmes |
| **Settlement Class Member Type** | Representative Claimant |
| **Primary Counsel** | Anapol Weiss |
| **Asserted Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal Denied. Appellant did not prove by clear and convincing error in the decision of the Claims Administrator.

1. Representative Claimants for deceased Retired NFL Football Players are not eligible for the Baseline Assessment Program.

2. The Retired NFL Football Player died on or before July 7, 2014, but did not receive a post-mortem diagnosis of Death with CTE before the Final Approval Date of the Settlement Agreement, which was April 22, 2015. Section 6.3(f) of the Settlement Agreement requires that a Qualifying Diagnosis of Death with CTE be made before the Final Approval Date of the Settlement Agreement if the Retired NFL Football Player died before July 7, 2014. If the Retired NFL Football Player received a different Qualifying Diagnosis while he was living (i.e., Level 1.5 Neurocognitive Impairment, Level 2.0 Neurocognitive Impairment, Alzheimer's Disease, Parkinson's Disease, or ALS), you may submit a new Claim Package for that Qualifying Diagnosis for review by the Claims Administrator. The new Claim Package must contain a Pre-Effective Date Diagnosing Physician Certification, an updated Claim Form, and medical records that reflect the newly asserted Qualifying Diagnosis.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.