## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: THOSE FILING MOTIONS TO REMAND, AS SHOWN IN ATTACHMENT A | **Hon. Anita B. Brody** |

## PROPOSED ORDER

AND NOW, this _____ day of _____ 2018, upon consideration of various movants' motion to remand in this MDL litigation as identified in Attachment A, Riddell's Consolidated Brief in Opposition to Various Movant's Motions to Remand, and accompanying briefing and argument, it is hereby ORDERED that the various motions for remand in Attachment A are DENIED.

_____
ANITA B. BRODY, J.