UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: INDIVIDUALS, SHORT-FORM COMPLAINTS, AND MOTIONS TO REMAND IDENTIFIED IN EXHIBITS 1 AND 2 TO THE BRIEF IN SUPPORT | Hon. Anita B. Brody |

**MOTION TO STRIKE THE SHORT-FORM COMPLAINTS AND
MOTIONS TO REMAND OF THOSE ASSERTING CLAIMS FOR THE FIRST TIME
AGAINST THE RIDDELL DEFENDANTS[1]**

The Riddell defendants move the Court, under Federal Rule of Civil Procedure 12(f), to strike the short-form complaints and motions to remand of those individuals who have attempted to assert claims against the Riddell defendants for the first time by filing a short-form complaint in December 2017. In support, the Riddell defendants rely on their accompanying brief and exhibits to this motion. The Riddell defendants respectfully request that this Court grant this motion and strike those individuals' short-form complaints listed on Exhibit 1 and the motions to remand listed on Exhibit 2.

Riddell requests oral argument on this motion.

---

[1] For convenience only, "the Riddell defendants" refers collectively to the following defendants: Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., BRG Sports, Inc. (f/k/a Easton-Bell Sports, Inc.), BRG Sports, LLC (f/k/a Easton-Bell Sports, LLC), EB Sports Corp., and BRG Sports Holdings Corp. (f/k/a RBG Holdings Corp.). The plaintiffs have amended the case style to reflect the new entity names for the entities previously known as Easton-Bell Sports, Inc. and Easton-Bell Sports, LLC. The plaintiffs also, in what appears to be a typographical error, refer to the "formerly known as" entity for BRG Sports Holdings Corp. as "BRG Holdings Corp." The former entity name was actually RBG Holdings Corp. Riddell has no objection to amending the case style to reflect the new entity names identified in this footnote.

Dated: January 19, 2018					Respectfully submitted,

<p style="margin-left:40%">/s/ Paul G. Cereghini_____<br>
Paul G. Cereghini<br>
Thomas C. Howard<br>
BOWMAN AND BROOKE LLP<br>
2901 N. Central Avenue, Suite 1600<br>
Phoenix, AZ  85012<br>
Telephone:  (602) 643-2300<br>
Facsimile:  (602) 248-0947<br>
paul.cereghini@bowmanandbrooke.com<br>
thomas.howard@bowmanandbrooke.com</p>

<p style="margin-left:40%">Robert L. Wise<br>
Eden M. Darrell<br>
BOWMAN AND BROOKE LLP<br>
901 East Byrd Street, Suite 1650<br>
Richmond, VA  23219<br>
Telephone:  (804) 649-8200<br>
Facsimile:  (804) 649-1762<br>
rob.wise@bowmanandbrooke.com<br>
eden.darrell@bowmanandbrooke.com</p>

<p style="margin-left:40%">Thomas P. Wagner<br>
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN<br>
2000 Market Street, Suite 2300<br>
Philadelphia, PA  19103<br>
Telephone: (215) 575-4562<br>
Facsimile: (215) 575-0856<br>
tpwagner@mdwcg.com</p>

<p style="margin-left:40%">Attorneys for Defendants</p>

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 19, 2018, the foregoing Motion to Strike the Short-Form Complaints and Motions to Remand of Those Asserting Claims for the First Time Against the Riddell Defendants was electronically filed and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

                                                                              /s/ Paul G. Cereghini