**Remand movants who had no pending claims in this MDL against any Riddell defendant before filing their SAMAC-SFC**

| Row | Last Name | First Name | Suffix | Remand Motion Filed By (Law Firm) | ECF No. of Filings Related to Plaintiff MTR |
|---|---|---|---|---|---|
| 1. | Allen | Terry | | Ron A. Cohen | 9385<br>9498<br>9514<br>9520 |
| 2. | Anderson | Damien | | Ron A. Cohen | 9150<br>9498<br>9514<br>9520 |
| 3. | Blackstock | Darryl | | Ron A. Cohen | 9153<br>9498<br>9514<br>9520 |
| 4. | Bockwoldt | Colby | | Ron A. Cohen | 9154<br>9156<br>9498<br>9514<br>9520 |
| 5. | Boyd* | Malik | | Ron A. Cohen | 9159<br>9498<br>9514<br>9520 |
| 6. | Bryant | Anthony | | Ron A. Cohen | 9162<br>9498<br>9514<br>9520 |
| 7. | Clark | Daniel | | Ron A. Cohen | 9168<br>9498<br>9514<br>9520 |
| 8. | Coleman | Cosey | | Ron A. Cohen | 9171<br>9498<br>9514<br>9520 |
| 9. | Cook* | Rashard | | Ron A. Cohen | 9498<br>9514<br>9520 |
| 10. | Cordova | Jorge | | Ron A. Cohen | 9172<br>9174<br>9498<br>9514<br>9520 |
| 11. | Dotson | Earl C. | | Ron A. Cohen | 9180<br>9498<br>9514<br>9520 |

Exhibit 2

| Row | Last Name | First Name | Suffix | Remand Motion Filed By (Law Firm) | ECF No. of Filings Related to Plaintiff MTR |
|---|---|---|---|---|---|
| 12. | Ekuban | Ebenezer | | Ron A. Cohen | 9385<br>9498<br>9514<br>9520 |
| 13. | Fells | Daniel | | Ron A. Cohen | 9186<br>9498<br>9514<br>9520 |
| 14. | Fenner | Derrick | | Ron A. Cohen | 9183<br>9498<br>9514<br>9520 |
| 15. | Flanagan | Michael | | Ron A. Cohen | 9189<br>9498<br>9514<br>9520 |
| 16. | Frampton | Eric | | Ron A. Cohen | 9192<br>9498<br>9514<br>9520 |
| 17. | Freeman | Antonio | | Ron A. Cohen | 9195<br>9498<br>9514<br>9520 |
| 18. | Goodwin | Robert Hunter Hunter | | Ron A. Cohen | 9198<br>9498<br>9514<br>9520 |
| 19. | Graham | James Scottie | | Ron A. Cohen | 9201<br>9498<br>9514<br>9520 |
| 20. | Green | Roderick | | Ron A. Cohen | 9204<br>9498<br>9514<br>9520 |
| 21. | Greenwood | Morlon | | Ron A. Cohen | 9207<br>9498<br>9514<br>9520 |
| 22. | Griffith | Robert | | Ron A. Cohen | 9210<br>9498<br>9514<br>9520 |
| 23. | Gross | Alfred | | Ron A. Cohen | 9213<br>9498<br>9514<br>9520 |

Exhibit 2

| Row | Last Name | First Name | Suffix | Remand Motion Filed By (Law Firm) | ECF No. of Filings Related to Plaintiff MTR |
|---|---|---|---|---|---|
| 24. | Hamby | Michael | | Ron A. Cohen | 9219<br>9498<br>9514<br>9520 |
| 25. | Hanoian | Greg | | Ron A. Cohen | 9222<br>9498<br>9514<br>9520 |
| 26. | Harper | Alan | | Ron A. Cohen | 9225<br>9498<br>9514<br>9520 |
| 27. | Harris | Marques | | Ron A. Cohen | 9228<br>9498<br>9514<br>9520 |
| 28. | Hawkins | Michael | | Ron A. Cohen | 9231<br>9498<br>9514<br>9520 |
| 29. | Horne | Jeremy | | Ron A. Cohen | 9234<br>9498<br>9514<br>9520 |
| 30. | Hymes | Randy | | Ron A. Cohen | 9240<br>9498<br>9514<br>9520 |
| 31. | Jenkins | Carlos E. | | Ron A. Cohen | 9243<br>9498<br>9514<br>9520 |
| 32. | Jenkins | Robert | | Ron A. Cohen | 9246<br>9498<br>9514<br>9520 |
| 33. | Johnson | Marcus | | Ron A. Cohen | 9249<br>9498<br>9514<br>9520 |
| 34. | Jones | Brian | | Ron A. Cohen | 9252<br>9498<br>9514<br>9520 |
| 35. | Jordan | Leander | | Ron A. Cohen | 9255<br>9498<br>9514<br>9520 |

Exhibit 2

| Row | Last Name | First Name | Suffix | Remand Motion Filed By (Law Firm) | ECF No. of Filings Related to Plaintiff MTR |
|---|---|---|---|---|---|
| 36. | Junkin | Abner | | Ron A. Cohen | 9258<br>9498<br>9514<br>9520 |
| 37. | Kasper | Kevin | | Ron A. Cohen | 9261<br>9498<br>9514<br>9520 |
| 38. | Kendall | Pete | | Ron A. Cohen | 9264<br>9498<br>9514<br>9520 |
| 39. | King | Ed | | Ron A. Cohen | 9267<br>9498<br>9514<br>9520 |
| 40. | Knight | Sammy | | Ron A. Cohen | 9375<br>9498<br>9514<br>9520 |
| 41. | Leman | Jeremy | | Ron A. Cohen | 9270<br>9498<br>9514<br>9520 |
| 42. | Massaquoi | Mohamed | | Ron A. Cohen | 9364<br>9498<br>9514<br>9520 |
| 43. | McKinney | Seth | | Ron A. Cohen | 9276<br>9498<br>9514<br>9520 |
| 44. | Mitchell | Freddie | | Ron A. Cohen | 9279<br>9498<br>9514<br>9520 |
| 45. | Morabito | Tim | | Ron A. Cohen | 9282<br>9498<br>9514<br>9520 |
| 46. | Neufeld | Ryan | | Ron A. Cohen | 9285<br>9498<br>9514<br>9520 |
| 47. | Olson | Jeffrey | | Ron A. Cohen | 9288<br>9498<br>9514<br>9520 |

Exhibit 2

| Row | Last Name | First Name | Suffix | Remand Motion Filed By (Law Firm) | ECF No. of Filings Related to Plaintiff MTR |
|---|---|---|---|---|---|
| 48. | Palepoi | Anton | | Ron A. Cohen | 9291<br>9498<br>9514<br>9520 |
| 49. | Pearson | Jayice Javice | | Ron A. Cohen | 9294<br>9498<br>9514<br>9520 |
| 50. | Piller | Zach | | Ron A. Cohen | 9297<br>9498<br>9514<br>9520 |
| 51. | Pinnock | Andrew | | Ron A. Cohen | 9300<br>9498<br>9514<br>9520 |
| 52. | Reagor | William Montae | | Ron A. Cohen | 9303<br>9498<br>9514<br>9520 |
| 53. | Reed | Ed | | Ron A. Cohen | 9306<br>9498<br>9514<br>9520 |
| 54. | Robinson | Jeff | | Ron A. Cohen | 9309<br>9498<br>9514<br>9520 |
| 55. | Rodgers | Derrick | | Ron A. Cohen | 9312<br>9498<br>9514<br>9520 |
| 56. | Ross | Derek | | Ron A. Cohen | 9315<br>9498<br>9514<br>9520 |
| 57. | Roth | Matthew | | Ron A. Cohen | 9318<br>9498<br>9514<br>9520 |
| 58. | Rouse | Aaron | | Ron A. Cohen | 9367<br>9498<br>9514<br>9520 |
| 59. | Sauer | Craig | | Ron A. Cohen | 9321<br>9498<br>9514<br>9520 |

Exhibit 2

| Row | Last Name | First Name | Suffix | Remand Motion Filed By (Law Firm) | ECF No. of Filings Related to Plaintiff MTR |
|---|---|---|---|---|---|
| 60. | Schreiber | Adam | | Ron A. Cohen | 9370<br>9498<br>9514<br>9520 |
| 61. | Singleton | Ronald | | Ron A. Cohen | 9378<br>9498<br>9514<br>9520 |
| 62. | Smith | Paul | | Ron A. Cohen | 9324<br>9498<br>9514<br>9520 |
| 63. | Stanley | Derek | | Ron A. Cohen | 9330<br>9498<br>9514<br>9520 |
| 64. | Stokes | Barry | | Ron A. Cohen | 9333<br>9498<br>9514<br>9520 |
| 65. | Thomas | Frederick | | Ron A. Cohen | 9336<br>9498<br>9514<br>9520 |
| 66. | Thomas | Johnny | | Ron A. Cohen | 9144 |
| 67. | Thomason | Jeffrey B. | | Ron A. Cohen | 9339<br>9498<br>9514<br>9520 |
| 68. | Thompson | Tyson | | Ron A. Cohen | 9342<br>9498<br>9514<br>9520 |
| 69. | Turley | Kyle | | Ron A. Cohen | 9345<br>9498<br>9514<br>9520 |
| 70. | Van Buren | Courtney | | Ron A. Cohen | 9348<br>9498<br>9514<br>9520 |
| 71. | Verba | Ross | | Ron A. Cohen | 9351<br>9498<br>9514<br>9520 |

Exhibit 2

| Row | Last Name | First Name | Suffix | Remand Motion Filed By (Law Firm) | ECF No. of Filings Related to Plaintiff MTR |
|---|---|---|---|---|---|
| 72. | Wade | Jonathan | | Ron A. Cohen | 9354<br>9498<br>9514<br>9520 |
| 73. | Wesley | Dante | | Ron A. Cohen | 9357<br>9498<br>9514<br>9520 |
| 74. | Wilson | Jerry | | Ron A. Cohen | 9360<br>9498<br>9514<br>9520 |
| 75. | Worrell | Cameron | | Ron A. Cohen | 9363<br>9498<br>9514<br>9520 |

\* These former players did not file an individual remand motion but were included on an addendum chart attached to a "Corrected Motion to Remand" filed by Attorney Ron A. Cohen. (*See* ECF No. 9514).

Exhibit 2