# DUNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: INDIVIDUALS, SHORT-FORM COMPLAINTS, AND MOTIONS TO REMAND IDENTIFIED IN EXHIBITS 1 AND 2 TO THE BRIEF IN SUPPORT | **Hon. Anita B. Brody** |

## PROPOSED ORDER

AND NOW, this _____ day of _____ 2018, upon consideration of the Riddell defendants' Motion to Strike the Short-Form Complaints and Motions to Remand of Those Asserting Claims for the First Time Against the Riddell Defendants, it is hereby ORDERED that the Riddell defendants' motion is GRANTED. The Court strikes all short-form complaints identified in Exhibit 1 and all motions to remand identified in Exhibit 2.

_____
ANITA B. BRODY, J.