UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS PENDING AND ALL CLAIMS ASSERTED AGAINST ANY RIDDELL DEFENDANT | Hon. Anita B. Brody |

RIDDELL'S[1] MOTION TO DISMISS THE PLAINTIFFS' SECOND AMENDED
MASTER ADMINISTRATIVE LONG-FORM COMPLAINT BASED ON
LMRA § 301 PREEMPTION

Riddell moves this Court to dismiss, with prejudice, the Plaintiffs' Second Amended Master Administrative Long-Form Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on the basis of preemption under § 301 of the Labor Management Relations Act, 29 U.S.C. § 185(a). In support, Riddell relies upon its accompanying brief and Appendix 1 to the concurrently filed motion to dismiss for failure to state a claim. For the reasons set forth in those documents, Riddell respectfully requests that this Court grant this motion and dismiss, with prejudice, the plaintiffs' claims against Riddell.

Riddell requests oral argument on this motion.

---

[1] For convenience only, Riddell refers collectively to the following defendants: Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., BRG Sports, Inc. (f/k/a Easton-Bell Sports, Inc.), BRG Sports, LLC (f/k/a Easton-Bell Sports, LLC), EB Sports Corp., and BRG Sports Holdings Corp. (f/k/a RBG Holdings Corp.). The plaintiffs have amended the case style to reflect the new entity names for the entities previously known as Easton-Bell Sports, Inc. and Easton-Bell Sports, LLC. The plaintiffs also, in what appears to be a typographical error, refer to the "formerly known as" entity for BRG Sports Holdings Corp. as "BRG Holdings Corp." The former entity name was actually RBG Holdings Corp. Riddell has no objection to amending the case style to reflect the new entity names identified in this footnote.

Dated: January 19, 2018 Respectfully submitted,

*/s/ Paul G. Cereghini*_____
Paul G. Cereghini
Thomas C. Howard
BOWMAN AND BROOKE LLP
2901 N. Central Avenue, Suite 1600
Phoenix, AZ  85012
Telephone:  (602) 643-2300
Facsimile:  (602) 248-0947
paul.cereghini@bowmanandbrooke.com
thomas.howard@bowmanandbrooke.com

Robert L. Wise
Eden M. Darrell
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA  23219
Telephone:  (804) 649-8200
Facsimile:  (804) 649-1762
rob.wise@bowmanandbrooke.com
eden.darrell@bowmanandbrooke.com

Thomas P. Wagner
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
2000 Market Street, Suite 2300
Philadelphia, PA  19103
Telephone: (215) 575-4562
Facsimile: (215) 575-0856
tpwagner@mdwcg.com

Attorneys for Defendants

CERTIFICATE OF SERVICE

The undersigned certifies that on January 19, 2018, the foregoing Riddell's Motion to Dismiss the Plaintiffs' Second Amended Master Administrative Long-Form Complaint Based on LMRA § 301 Preemption was electronically filed and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

 /s/ Paul G. Cereghini