UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS PENDING AND ALL CLAIMS ASSERTED AGAINST ANY RIDDELL DEFENDANT | **Hon. Anita B. Brody** |

## PROPOSED ORDER

AND NOW, this _____ day of _____ 2018, upon consideration of the Riddell's Motion to Dismiss the Plaintiffs' Second Amended Master Administrative Long-Form Complaint Based on LMRA § 301 Preemption and accompanying briefing and argument, it is hereby ORDERED that the Riddell defendants' motion is GRANTED, and the Plaintiffs' Second Amended Master Administrative Long-Form Complaint, ECF No. 8927, and Short Form Complaint Against Riddell Defendants, ECF No. 7762-3, are dismissed with prejudice.

_____
ANITA B. BRODY, J.