**SAMAC-SFC filers with no pending claims in this MDL
against any Riddell defendant and whose filing should be stricken**

|    | Last Name  | First Name    | Original Complaint(s) Against Riddell | SAMAC-SFC Docket No. |
|----|------------|---------------|---------------------------------------|--------------------------|
| 1  | Allen      | Terry         | None                                  | 2:12-md-02323 ECF No. 9384 |
| 2  | Anderson   | Damien        | None                                  | 2:12-md-02323 ECF No. 9149 |
| 3  | Blackstock | Darryl        | None                                  | 2:12-md-02323 ECF No. 9152 |
| 4  | Bockwoldt  | Colby         | None                                  | 2:12-md-02323 ECF No. 9155 |
| 5  | Boyd       | David         | None                                  | 2:12-md-02323 ECF No. 9499 |
| 6  | Boyd       | Malik         | None                                  | 2:12-md-02323 ECF No. 9158 |
| 7  | Bryant     | Anthony       | None                                  | 2:12-md-02323 ECF No. 9161 |
| 8  | Clark      | Daniel        | None                                  | 2:12-md-02323 ECF No. 9167 |
| 9  | Coleman    | Cosey         | None                                  | 2:12-md-02323 ECF No. 9170 |
| 10 | Cook       | Rashard       | None                                  | 2:12-md-02323 ECF No. 9485 |
| 11 | Cordova    | Jorge         | None                                  | 2:12-md-02323 ECF No. 9173 |
| 12 | Cumby      | George Edward | None                                  | 2:12-md-02323 ECF No. 9406 |
| 13 | Dixon      | Albert        | None                                  | 2:12-md-02323 ECF No. 9500 |
| 14 | Dotson     | Earl C.       | None                                  | 2:12-md-02323 ECF No. 9179 |
| 15 | Ekuban     | Ebenezer      | None                                  | 2:12-md-02323 ECF No. 9381 |

| | Last Name | First Name | Original Complaint(s) Against Riddell | SAMAC-SFC Docket No. |
|---|---|---|---|---|
| 16 | Eller | Carl | None | 2:12-md-02323 ECF No. 9407 |
| 17 | Fells | Daniel | None | 2:12-md-02323 ECF No. 9185 |
| 18 | Fenner | Derrick | None | 2:12-md-02323 ECF No. 9182 |
| 19 | Flanagan | Michael | None | 2:12-md-02323 ECF No. 9188 |
| 20 | Frampton | Eric | None | 2:12-md-02323 ECF No. 9191 |
| 21 | Freeman | Antonio | None | 2:12-md-02323 ECF No. 9194 |
| 22 | Goodwin | Robert Hunter | None | 2:12-md-02323 ECF No. 9197 |
| 23 | Graham | James Scottie | None | 2:12-md-02323 ECF No. 9200 |
| 24 | Green | Roderick | None | 2:12-md-02323 ECF No. 9203 |
| 25 | Greenwood | Morlon | None | 2:12-md-02323 ECF No. 9206 |
| 26 | Griffith | Robert | None | 2:12-md-02323 ECF No. 9209 |
| 27 | Gross | Alfred | None | 2:12-md-02323 ECF No. 9212 |
| 28 | Hamby | Michael | None | 2:12-md-02323 ECF No. 9218 |
| 29 | Hanoian | Greg | None | 2:12-md-02323 ECF No. 9221 |
| 30 | Harper | Alan | None | 2:12-md-02323 ECF No. 9224 |
| 31 | Harris | Marques | None | 2:12-md-02323 ECF No. 9227 |
| 32 | Hawkins | Michael | None | 2:12-md-02323 ECF No. 9230 |

| | Last Name | First Name | Original Complaint(s) Against Riddell | SAMAC-SFC Docket No. |
|---|---|---|---|---|
| 33 | Horne | Jeremy | None | 2:12-md-02323 ECF No. 9233 |
| 34 | Hymes* | Randy | None | 2:12-md-02323 ECF No. 9239 |
| 35 | Jenkins | Carlos E. | None | 2:12-md-02323 ECF No. 9242 |
| 36 | Jenkins | Robert | None | 2:12-md-02323 ECF No. 9245 |
| 37 | Johnson | Marcus | None | 2:12-md-02323 ECF No. 9248 |
| 38 | Jones | Brian | None | 2:12-md-02323 ECF No. 9251 |
| 39 | Jones | Eddie Lee | None | 2:12-md-02323 ECF No. 9408 |
| 40 | Jordan | Leander | None | 2:12-md-02323 ECF No. 9254 |
| 41 | Junkin | Abner | None | 2:12-md-02323 ECF No. 9257 |
| 42 | Kasper | Kevin | None | 2:12-md-02323 ECF No. 9260 |
| 43 | Kendall | Pete | None | 2:12-md-02323 ECF No. 9263 |
| 44 | King | Ed | None | 2:12-md-02323 ECF No. 9266 |
| 45 | Knight | Sammy | None | 2:12-md-02323 ECF No. 9474 |
| 46 | Leman | Jeremy | None | 2:12-md-02323 ECF No. 9269 |
| 47 | Massaquoi | Mohamed | None | 2:12-md-02323 ECF No. 9272 |
| 48 | McKinney | Seth | None | 2:12-md-02323 ECF No. 9275 |
| 49 | McMillon | Todd | None | 2:12-md-02323 ECF No. 9454 |

Appendix 3

| | Last Name | First Name | Original Complaint(s) Against Riddell | SAMAC-SFC Docket No. |
|---|---|---|---|---|
| 50 | Mitchell | Freddie | None | 2:12-md-02323 ECF No. 9278 |
| 51 | Morabito | Tim | None | 2:12-md-02323 ECF No. 9281 |
| 52 | Neufeld | Ryan | None | 2:12-md-02323 ECF No. 9284 |
| 53 | Olson | Jeffrey | None | 2:12-md-02323 ECF No. 9287 |
| 54 | Palepoi | Anton | None | 2:12-md-02323 ECF No. 9290 |
| 55 | Pearson | Jayice | None | 2:12-md-02323 ECF No. 9293 |
| 56 | Piller | Zach | None | 2:12-md-02323 ECF No. 9296 |
| 57 | Pinnock | Andrew | None | 2:12-md-02323 ECF No. 9299 |
| 58 | Radloff | Wayne | None | 2:12-md-02323 ECF No. 9501 |
| 59 | Reagor | William Montae | None | 2:12-md-02323 ECF No. 9302 |
| 60 | Reed | Ed | None | 2:12-md-02323 ECF No. 9305 |
| 61 | Robinson | Jeff | None | 2:12-md-02323 ECF No. 9308 |
| 62 | Rodgers | Derrick | None | 2:12-md-02323 ECF No. 9311 |
| 63 | Ross | Derek | None | 2:12-md-02323 ECF No. 9314 |
| 64 | Roth | Matthew | None | 2:12-md-02323 ECF No. 9317 |
| 65 | Rouse | Aaron | None | 2:12-md-02323 ECF No. 9366 |
| 66 | Sauer | Craig | None | 2:12-md-02323 ECF No. 9320 |

| | Last Name | First Name | Original Complaint(s) Against Riddell | SAMAC-SFC Docket No. |
|---|---|---|---|---|
| 67 | Scales | Hurles | None | 2:12-md-02323 ECF No. 9409 |
| 68 | Schreiber | Adam | <u>Boone, et al. v. BRG Sports, LLC, et al.</u>, Circuit Court of Cook County, Illinois Case No. 16 L 6935 (dismissed on SOL) | 2:12-md-02323 ECF No. 9469 |
| 69 | Singleton | Ronald | None | 2:12-md-02323 ECF No. 9377 |
| 70 | Smith | Paul | None | 2:12-md-02323 ECF No. 9323 |
| 71 | Stanley | Derek | None | 2:12-md-02323 ECF No. 9329 |
| 72 | Stokes | Barry | None | 2:12-md-02323 ECF No. 9332 |
| 73 | Thomas | Frederick | None | 2:12-md-02323 ECF No. 9335 |
| 74 | Thomas | Johnny | None | 2:12-md-02323 ECF No. 9142 |
| 75 | Thomason | Jeffrey B. | None | 2:12-md-02323 ECF No. 9338 |
| 76 | Thompson | Tyson | None | 2:12-md-02323 ECF No. 9341 |
| 77 | Turley | Kyle | None | 2:12-md-02323 ECF No. 9344 |
| 78 | Utecht | Benjamin | None | 2:12-md-02323 ECF No. 9411 |
| 79 | Van Buren | Courtney | None | 2:12-md-02323 ECF No. 9347 |
| 80 | Verba | Ross | None | 2:12-md-02323 ECF No. 9478 |
| 81 | Wade | Jonathan | None | 2:12-md-02323 ECF No. 9353 |

|    | Last Name | First Name | Original Complaint(s) Against Riddell | SAMAC-SFC Docket No. |
|----|-----------|------------|---------------------------------------|----------------------|
| 82 | Wesley    | Dante      | None                                  | 2:12-md-02323 ECF No. 9350 |
| 83 | Williams  | Byron      | None                                  | 2:12-md-02323 ECF No. 9405 |
| 84 | Wilson    | Jerry      | None                                  | 2:12-md-02323 ECF No. 9359 |
| 85 | Worrell   | Cameron    | None                                  | 2:12-md-02323 ECF No. 9362 |

\* Randy Hymes previously filed a short form complaint naming the Riddell defendants in 2014 even though he never filed an underlying complaint against any Riddell defendant. (ECF No. 6140.) However, he dismissed that short form complaint three days later and has had no pending claims against any Riddell defendant in this MDL for more than three years. (See 9/5/2014 Notice of Voluntary Dismissal, ECF No. 6158.) Therefore, he is included on the list of plaintiffs filing claims against the Riddell defendants for the first time in SAMAC-SFCs, and like the other plaintiffs, his SAMAC-SFC should be stricken.

Appendix 3