**Plaintiffs who have abandoned their claims\* against the
Riddell defendants and whose claims should be dismissed**

|  | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 1 | Abdullah | Rahim | | Abdullah, Rahim | 2:12-cv-06774 |
| 2 | Chandler | Thornton | | Abdullah, Rahim | 2:12-cv-06774 |
| 3 | Farris | Ervin | | Abdullah, Rahim | 2:12-cv-06774 |
| 4 | Kinney | Kelvin | | Abdullah, Rahim | 2:12-cv-06774 |
| 5 | Lyons | Wesley | | Abdullah, Rahim | 2:12-cv-06774 |
| 6 | McCombs | Tony | | Abdullah, Rahim | 2:12-cv-06774 |
| 7 | Moore | Ricky D. | | Abdullah, Rahim<br>Gay, Randall | 2:12-cv-06774<br>2:12-cv-04573 |
| 8 | Oliver | Darryl | | Abdullah, Rahim | 2:12-cv-06774 |
| 9 | Phillips | Henry | | Abdullah, Rahim | 2:12-cv-06774 |
| 10 | Ross | Dominique | | Abdullah, Rahim | 2:12-cv-06774 |
| 11 | Rudolph | Benjamin | | Abdullah, Rahim | 2:12-cv-06774 |
| 12 | Sanders | Tracy | | Abdullah, Rahim | 2:12-cv-06774 |
| 13 | Smith | Fernando | | Abdullah, Rahim | 2:12-cv-06774 |
| 14 | Thomas | Jewerl | | Abdullah, Rahim | 2:12-cv-06774 |
| 15 | Turner | Godfrey | | Abdullah, Rahim | 2:12-cv-06774 |
| 16 | Walker | Ronald Wayne | | Abdullah, Rahim | 2:12-cv-06774 |
| 17 | Walter | Kenneth | | Abdullah, Rahim | 2:12-cv-06774 |
| 18 | White | Patrick | | Abdullah, Rahim | 2:12-cv-06774 |
| 19 | Haynes | Verron | | Adams, Julius | 2:13-cv-07661 |
| 20 | Allison | James R. | | Allison, James | 2:14-cv-04399 |

Appendix 4

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 21 | Grossman | Burt | | Allison, James | 2:14-cv-04399 |
| 22 | Crawford | Elbert | | Anderson, Charlie | 2:13-cv-01981 |
| 23 | Smith | Jermaine | | Anderson, Charlie | 2:13-cv-01981 |
| 24 | Amey | Fred Otis | | Andrews, William | 2:12-cv-04632 |
| 25 | Gross | Tyrone | | Andrews, William | 2:12-cv-04632 |
| 26 | Hollie | David | | Andrews, William | 2:12-cv-04632 |
| 27 | Jones | Tony E. | | Andrews, William | 2:12-cv-04632 |
| 28 | Lee | Larry D. | | Andrews, William | 2:12-cv-04632 |
| 29 | Aronson | Douglas | | Aronson, Douglas | 2:12-cv-06904 |
| 30 | Ellis | Russell | | Aronson, Douglas | 2:12-cv-06904 |
| 31 | Esene | Levi | | Aronson, Douglas | 2:12-cv-06904 |
| 32 | Glover | Richard | | Aronson, Douglas | 2:12-cv-06904 |
| 33 | Simpson | Nathan | | Aronson, Douglas | 2:12-cv-06904 |
| 34 | Bailey | Rodney "Boss" | | Bailey, Rodney | 2:12-cv-05372 |
| 35 | Bailey | Stacey | | Bailey, Rodney | 2:12-cv-05372 |
| 36 | Schreiber | Lawrence | | Bailey, Rodney | 2:12-cv-05372 |
| 37 | White | Sherman | | Bailey, Rodney | 2:12-cv-05372 |
| 38 | Ballard | Howard | | Ballard, Howard | 2:13-cv-02244 |
| 39 | Basnight | Michael | | Ballard, Howard | 2:13-cv-02244 |
| 40 | Bowers | James | | Ballard, Howard | 2:13-cv-02244 |
| 41 | Brock | Rahim | | Ballard, Howard | 2:13-cv-02244 |
| 42 | Buggs | Waymon | | Ballard, Howard | 2:13-cv-02244 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 43 | Burroughs | Derrick | | Ballard, Howard | 2:13-cv-02244 |
| 44 | Cobbs | Cedric | | Ballard, Howard | 2:13-cv-02244 |
| 45 | Cole | Dennis | | Ballard, Howard | 2:13-cv-02244 |
| 46 | Cole | Robin | | Ballard, Howard | 2:13-cv-02244 |
| 47 | Cooper | Richard | | Ballard, Howard | 2:13-cv-02244 |
| 48 | Crawford | Darrell | | Ballard, Howard | 2:13-cv-02244 |
| 49 | Crudup | Derrick | | Ballard, Howard | 2:13-cv-02244 |
| 50 | Cunningham | Wilbert | | Ballard, Howard | 2:13-cv-02244 |
| 51 | Dixon | Ronnie | | Ballard, Howard | 2:13-cv-02244 |
| 52 | Duckworth | Tim | | Ballard, Howard | 2:13-cv-02244 |
| 53 | Foster | Sean | | Ballard, Howard | 2:13-cv-02244 |
| 54 | Gordon | Greg | | Ballard, Howard | 2:13-cv-02244 |
| 55 | Haley | Dennis | | Ballard, Howard | 2:13-cv-02244 |
| 56 | Hargrove | Anthony | | Ballard, Howard | 2:13-cv-02244 |
| 57 | Harris | Mackel | | Ballard, Howard | 2:13-cv-02244 |
| 58 | Hart | Daryl | | Ballard, Howard | 2:13-cv-02244 |
| 59 | Hartwell | Edgerton | | Ballard, Howard | 2:13-cv-02244 |
| 60 | Hicks | Robert | | Ballard, Howard | 2:13-cv-02244 |
| 61 | Hill | Will | | Ballard, Howard | 2:13-cv-02244 |
| 62 | Hillary | Ira | | Ballard, Howard | 2:13-cv-02244 |
| 63 | Howard | Thomas | | Ballard, Howard | 2:13-cv-02244 |
| 64 | Kelly | Joe | | Ballard, Howard | 2:13-cv-02244 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 65 | King | David | | Ballard, Howard | 2:13-cv-02244 |
| 66 | McFadden | Bryant | | Ballard, Howard | 2:13-cv-02244 |
| 67 | Miller | Chris | | Ballard, Howard | 2:13-cv-02244 |
| 68 | Mix | Anthony | | Ballard, Howard | 2:13-cv-02244 |
| 69 | Powe | Karl | | Ballard, Howard | 2:13-cv-02244 |
| 70 | Randall | Bryan | | Ballard, Howard | 2:13-cv-02244 |
| 71 | Robbins | Austin | | Ballard, Howard | 2:13-cv-02244 |
| 72 | Sewell | Donald | | Ballard, Howard | 2:13-cv-02244 |
| 73 | Smith | Joe | | Ballard, Howard | 2:13-cv-02244 |
| 74 | Turner | Cornelius | | Ballard, Howard | 2:13-cv-02244 |
| 75 | Westbrook | Bryant | | Ballard, Howard | 2:13-cv-02244 |
| 76 | Williams | Bernard | | Ballard, Howard | 2:13-cv-02244 |
| 77 | Williams | Brian | | Ballard, Howard | 2:13-cv-02244 |
| 78 | Williams | Rodney | | Ballard, Howard | 2:13-cv-02244 |
| 79 | Yarbrough | Ryan | | Ballard, Howard | 2:13-cv-02244 |
| 80 | Bennett | Woodrow "Woody" | Jr. | Barnes, Larry | 2:12-cv-01024 |
| 81 | Brantley | Scot | | Barnes, Larry | 2:12-cv-01024 |
| 82 | Brown | Cedric | | Barnes, Larry | 2:12-cv-01024 |
| 83 | Holloway | Brian | | Barnes, Larry | 2:12-cv-01024 |
| 84 | Noonan | Danny | | Barnes, Larry | 2:12-cv-01024 |
| 85 | Roberts | Gregory | | Barnes, Larry | 2:12-cv-01024 |
| 86 | Wilder | James | | Barnes, Larry | 2:12-cv-01024 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 87 | Devine | Kevin | | Bauman, Leddure | 2:12-cv-04576 |
| 88 | Hemsley | Nathaniel "Nate" | | Bauman, Leddure | 2:12-cv-04576 |
| 89 | Herock | Kenneth | | Bauman, Leddure | 2:12-cv-04576 |
| 90 | Hyder | Gaylon | | Bauman, Leddure | 2:12-cv-04576 |
| 91 | Jackson | Stephen W. | | Bauman, Leddure | 2:12-cv-04576 |
| 92 | Mayfield | Corey | | Bauman, Leddure Sweet, Joseph | 2:12-cv-04576 2:12-cv-07214 |
| 93 | Wallace | Anthony | | Bauman, Leddure | 2:12-cv-04576 |
| 94 | Walls | Charles Wesley | | Bauman, Leddure | 2:12-cv-04576 |
| 95 | Wells | Jonathan | | Bauman, Leddure | 2:12-cv-04576 |
| 96 | Wilkins | James David | II | Bauman, Leddure | 2:12-cv-04576 |
| 97 | Bell | Nikolas | | Bell, Nikolas | 2:13-cv-01790 |
| 98 | Marve | Eugene | | Bell, Nikolas | 2:13-cv-01790 |
| 99 | Bishop | Harold | | Brooks, Michael | 2:12-cv-02505 |
| 100 | Brooks | Michael | | Brooks, Michael | 2:12-cv-02505 |
| 101 | Halliburton | Ronnie | | Brooks, Michael | 2:12-cv-02505 |
| 102 | Hobley | Liffort | | Brooks, Michael | 2:12-cv-02505 |
| 103 | King | Shawn | | Brooks, Michael | 2:12-cv-02505 |
| 104 | Raymond | Corey | | Brooks, Michael | 2:12-cv-02505 |
| 105 | Vincent | Justin | | Brooks, Michael | 2:12-cv-02505 |
| 106 | Bush | Lewis | | Bush, Lewis | 2:13-cv-04549 |
| 107 | Bullian | Clive | | Caldwell, Bryan | 2:13-cv-05200 |
| 108 | Caldwell | Bryan | | Caldwell, Bryan | 2:13-cv-05200 |

|  | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 109 | Reece | Severn |  | Caldwell, Bryan | 2:13-cv-05200 |
| 110 | Bailey | Johnny |  | Centers, Larry | 2:12-cv-05042 |
| 111 | Bronson | Ben |  | Centers, Larry | 2:12-cv-05042 |
| 112 | Lewis | Mark |  | Centers, Larry | 2:12-cv-05042 |
| 113 | Smith | Tyrone |  | Centers, Larry | 2:12-cv-05042 |
| 114 | Demarie | John |  | Demarie, John | 2:13-cv-07659 |
| 115 | Henderson | John |  | Demarie, John | 2:13-cv-07659 |
| 116 | Sanders | Robert |  | Demarie, John | 2:13-cv-07659 |
| 117 | Sykes | Eugene |  | Demarie, John | 2:13-cv-07659 |
| 118 | Thompson | Christopher |  | Demarie, John | 2:13-cv-07659 |
| 119 | Bland | Carl |  | Duckworth, Edward | 2:13-cv-04231 |
| 120 | Dandridge | Gary |  | Duckworth, Edward | 2:13-cv-04231 |
| 121 | Davis | Darrell |  | Duckworth, Edward | 2:13-cv-04231 |
| 122 | Edwards | Kelvin |  | Duckworth, Edward | 2:13-cv-04231 |
| 123 | Jarrell | Beau |  | Duckworth, Edward | 2:13-cv-04231 |
| 124 | Schultz | William |  | Duckworth, Edward | 2:13-cv-04231 |
| 125 | Haslip | Wilbert |  | Fassitt, Gregore | 2:14-cv-02396 |
| 126 | Hunt | Coolidge |  | Fassitt, Gregore | 2:14-cv-02396 |
| 127 | Plantz | Ronald |  | Fassitt, Gregore | 2:14-cv-02396 |
| 128 | Schmedding | James |  | Fassitt, Gregore | 2:14-cv-02396 |
| 129 | Sims | Joe |  | Fassitt, Gregore | 2:14-cv-02396 |
| 130 | Smith | Henry |  | Fassitt, Gregore | 2:14-cv-02396 |

|     | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|-----|-----------|------------|--------|---------------------------------------|------------------------------|
| 131 | Brown | Aaron | | Francis, James | 2:12-cv-06671 |
| 132 | Harris | Derrick | | Francis, James | 2:12-cv-06671 |
| 133 | Jones | Victor | | Francis, James | 2:12-cv-06671 |
| 134 | Sowells | Richard | | Francis, James | 2:12-cv-06671 |
| 135 | Anderson | Eddie | Jr. | Gay, Randall | 2:12-cv-04573 |
| 136 | Foster | Roy | | Gay, Randall Kuechenberg, Robert | 2:12-cv-04573 2:12-cv-03535 |
| 137 | Gay | Randall J. | Jr. | Gay, Randall | 2:12-cv-04573 |
| 138 | Herrion | Atlas | | Gay, Randall | 2:12-cv-04573 |
| 139 | Johnson | Dennis | | Gay, Randall | 2:12-cv-04573 |
| 140 | Jones | Dante D. | | Gay, Randall | 2:12-cv-04573 |
| 141 | Joseph | Elvis | | Gay, Randall | 2:12-cv-04573 |
| 142 | Matson | Ollie | II | Gay, Randall | 2:12-cv-04573 |
| 143 | Roche | Alden S. | Jr. | Gay, Randall | 2:12-cv-04573 |
| 144 | Breen | Joseph Eugene | | Granger, Charles | 2:12-cv-03337 |
| 145 | Dunbar | Allen "Jubilee" | | Granger, Charles | 2:12-cv-03337 |
| 146 | Fontenot | Herman | | Granger, Charles | 2:12-cv-03337 |
| 147 | Franklin | Brad | | Granger, Charles | 2:12-cv-03337 |
| 148 | Granger | Charlie | | Granger, Charles | 2:12-cv-03337 |
| 149 | Hawkins | Phillip | | Granger, Charles | 2:12-cv-03337 |
| 150 | James | Clinton | | Granger, Charles | 2:12-cv-03337 |
| 151 | Jones | Raymond | | Granger, Charles | 2:12-cv-03337 |
| 152 | Lee | Delphrine | | Granger, Charles | 2:12-cv-03337 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 153 | Teal | Willie | | Granger, Charles | 2:12-cv-03337 |
| 154 | White | Lyman | | Granger, Charles | 2:12-cv-03337 |
| 155 | Hayes | Melvin | | Hayes, Melvin | 2:12-cv-06196 |
| 156 | Ricard | Lester Joe | Jr. | Hayes, Melvin | 2:12-cv-06196 |
| 157 | Thornton | James | | Hayes, Melvin | 2:12-cv-06196 |
| 158 | Anderson | Kim | | Henderson, Thomas | 2:12-cv-03534 |
| 159 | Henderson | Thomas | | Henderson, Thomas | 2:12-cv-03534 |
| 160 | Jackson | James | | Henderson, Thomas | 2:12-cv-03534 |
| 161 | Jackson | Jeffrey P. | | Henderson, Thomas | 2:12-cv-03534 |
| 162 | Jenkins | Ronney | | Henderson, Thomas | 2:12-cv-03534 |
| 163 | Jones | Douglas Charles | | Henderson, Thomas | 2:12-cv-03534 |
| 164 | Kohrs | Robert | | Henderson, Thomas | 2:12-cv-03534 |
| 165 | Pane | Chris | | Henderson, Thomas | 2:12-cv-03534 |
| 166 | Parker | Ezekiel | | Henderson, Thomas | 2:12-cv-03534 |
| 167 | Philyaw | Delvic "Dino" | | Henderson, Thomas | 2:12-cv-03534 |
| 168 | Robinson | Edward "Eddie" | Jr. | Henderson, Thomas | 2:12-cv-03534 |
| 169 | Sutton | Eric | | Henderson, Thomas | 2:12-cv-03534 |
| 170 | Walczak | Mark | | Henderson, Thomas | 2:12-cv-03534 |
| 171 | Dowden | Corey | | Hilliard, Dalton | 2:13-cv-00961 |
| 172 | Hilliard | Dalton | | Hilliard, Dalton | 2:13-cv-00961 |
| 173 | Swilling | Patrick L. | | Hilliard, Dalton | 2:13-cv-00961 |
| 174 | Hoopes | Mitch | | Hoopes, Mitch | 2:14-cv-01617 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 175 | House | Kevin | Jr. | House, Kevin | 2:13-cv-06681 |
| 176 | Lewis | Michael | | House, Kevin | 2:13-cv-06681 |
| 177 | Atkinson | George | | Hudson, James Clark | 2:13-cv-07628 |
| 178 | Mangini | Antonio | | Hudson, James Clark | 2:13-cv-07628 |
| 179 | Buck | Vince | | Hughes, Tyrone | 2:12-cv-01423 |
| 180 | Commiskey | Charles | | Hughes, Tyrone | 2:12-cv-01423 |
| 181 | Faulk | Treverane | | Hughes, Tyrone | 2:12-cv-01423 |
| 182 | Fourcade | John | | Hughes, Tyrone | 2:12-cv-01423 |
| 183 | Hill | Eric | | Hughes, Tyrone | 2:12-cv-01423 |
| 184 | Hill | Raion | | Hughes, Tyrone | 2:12-cv-01423 |
| 185 | Hughes | Tyrone | | Hughes, Tyrone | 2:12-cv-01423 |
| 186 | Legette | Tyrone | | Hughes, Tyrone | 2:12-cv-01423 |
| 187 | Barbaro | Gary W. | | Jackson, Rickey | 2:12-cv-02799 |
| 188 | Bech | Brett | | Jackson, Rickey | 2:12-cv-02799 |
| 189 | Dixon | Corey | | Jackson, Rickey | 2:12-cv-02799 |
| 190 | Jackson | Richard S. | | Jackson, Rickey | 2:12-cv-02799 |
| 191 | Jackson | Rickey | | Jackson, Rickey | 2:12-cv-02799 |
| 192 | Joseph | Keith | | Jackson, Rickey | 2:12-cv-02799 |
| 193 | Keith | Percy L. | | Jackson, Rickey | 2:12-cv-02799 |
| 194 | Lewis | Derrick L. | | Jackson, Rickey | 2:12-cv-02799 |
| 195 | Lockett | Frank | | Jackson, Rickey | 2:12-cv-02799 |
| 196 | McCleskey | Tommy | Jr. | Jackson, Rickey | 2:12-cv-02799 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 197 | Bass | Anthony | | Jani, Sunny | 2:14-cv-02064 |
| 198 | Bates | Michael | | Jani, Sunny | 2:14-cv-02064 |
| 199 | Brooks | Barry M. "Macey" | Jr. | Jani, Sunny | 2:14-cv-02064 |
| 200 | Butler | Hillary | | Jani, Sunny | 2:14-cv-02064 |
| 201 | Cordileone | Lou | | Jani, Sunny | 2:14-cv-02064 |
| 202 | Craig | Roger | | Jani, Sunny | 2:14-cv-02064 |
| 203 | Grigsby | James Boomer | | Jani, Sunny | 2:14-cv-02064 |
| 204 | Harrison | Bob | | Jani, Sunny | 2:14-cv-02064 |
| 205 | Hart | Clinton | | Jani, Sunny | 2:14-cv-02064 |
| 206 | Klopfenstein | Joseph | | Jani, Sunny | 2:14-cv-02064 |
| 207 | Nash | Marcus | | Jani, Sunny | 2:14-cv-02064 |
| 208 | Osborne | Charles "Chuck" | | Jani, Sunny | 2:14-cv-02064 |
| 209 | Wilson | Gillis | | Jani, Sunny | 2:14-cv-02064 |
| 210 | Hatchette | Matthew | | Kapp, Joe | 2:12-cv-04575 |
| 211 | Sweeney | Walt | | Kapp, Joe | 2:12-cv-04575 |
| 212 | Vanover | Tamarick | | Kapp, Joe | 2:12-cv-04575 |
| 213 | Williams | Eric D. | | Kapp, Joe | 2:12-cv-04575 |
| 214 | Kernek | Aaron | | Kernek, Aaron | 2:13-cv-05766 |
| 215 | Niklos | J.R. | | Kernek, Aaron | 2:13-cv-05766 |
| 216 | Bailey | Mario | | Kuechenberg, Robert | 2:12-cv-03535 |
| 217 | Blazitz | Michael | | Kuechenberg, Robert | 2:12-cv-03535 |
| 218 | Bostic | Keith | | Kuechenberg, Robert | 2:12-cv-03535 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 219 | Brady | Kyle J. | | Kuechenberg, Robert | 2:12-cv-03535 |
| 220 | Brown | Reginald | | Kuechenberg, Robert | 2:12-cv-03535 |
| 221 | Davidson | Kenneth | | Kuechenberg, Robert<br>Gay, Randall | 2:12-cv-03535<br>2:12-cv-04573 |
| 222 | Davis | Johnnie | | Kuechenberg, Robert | 2:12-cv-03535 |
| 223 | Davis | Thabiti | | Kuechenberg, Robert | 2:12-cv-03535 |
| 224 | Dillard | Stacey | | Kuechenberg, Robert | 2:12-cv-03535 |
| 225 | Dixon | Hanford L. | | Kuechenberg, Robert | 2:12-cv-03535 |
| 226 | Ferguson | Keith | | Kuechenberg, Robert | 2:12-cv-03535 |
| 227 | Gardner | Talman | | Kuechenberg, Robert | 2:12-cv-03535 |
| 228 | Gaskins | Percell | | Kuechenberg, Robert | 2:12-cv-03535 |
| 229 | Gipson | Reginald J. | | Kuechenberg, Robert | 2:12-cv-03535 |
| 230 | Greenwood | Carl | | Kuechenberg, Robert | 2:12-cv-03535 |
| 231 | Harrison | Lloyd | | Kuechenberg, Robert | 2:12-cv-03535 |
| 232 | Hudson | Chris | | Kuechenberg, Robert | 2:12-cv-03535 |
| 233 | Mitchell | Carlence | | Kuechenberg, Robert | 2:12-cv-03535 |
| 234 | Buckley | Eldra | | Lewis, Michael | 2:13-cv-06159 |
| 235 | Harris | Johnnie | | Lewis, Michael | 2:13-cv-06159 |
| 236 | Heard | Ronnie | | Lewis, Michael | 2:13-cv-06159 |
| 237 | Lewis | Michael Lee | | Lewis, Michael | 2:13-cv-06159 |
| 238 | Mackey | John | | Lewis, Michael | 2:13-cv-06159 |
| 239 | McKinnon | Ronald | | Lewis, Michael | 2:13-cv-06159 |
| 240 | Bessellieu | Donald | | Maxwell, Vernon | 2:12-cv-01023 |

|     | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|-----|-----------|-----------|--------|--------------------------------------|----------------------------|
| 241 | Clayborn | Raymond | | Maxwell, Vernon | 2:12-cv-01023 |
| 242 | Gibson | Antonio | | Maxwell, Vernon | 2:12-cv-01023 |
| 243 | Goode | Chris | | Maxwell, Vernon | 2:12-cv-01023 |
| 244 | Miller | Charles E. | | Maxwell, Vernon | 2:12-cv-01023 |
| 245 | Mitchell | Lyvonia A. | | Maxwell, Vernon | 2:12-cv-01023 |
| 246 | Reynolds | Derrick S. | | Maxwell, Vernon | 2:12-cv-01023 |
| 247 | Tillman | Lewis D. | | Maxwell, Vernon | 2:12-cv-01023 |
| 248 | White | David M. | | Maxwell, Vernon | 2:12-cv-01023 |
| 249 | Williams | Kendall | | Maxwell, Vernon | 2:12-cv-01023 |
| 250 | Dimry | Charles | III | Means, Natrone | 2:12-cv-05781 |
| 251 | McEwen | Craig | | Means, Natrone | 2:12-cv-05781 |
| 252 | Means | Natrone | | Means, Natrone | 2:12-cv-05781 |
| 253 | Peterson | William W. | | Means, Natrone | 2:12-cv-05781 |
| 254 | Pupunu | Alfred | | Means, Natrone | 2:12-cv-05781 |
| 255 | Sutton | Donald P. | | Means, Natrone | 2:12-cv-05781 |
| 256 | Taylor | Aaron M. | | Means, Natrone | 2:12-cv-05781 |
| 257 | Ahanotu | Chidi | | Monk, Art | 2:12-cv-03533 |
| 258 | Bashir | Idress | | Monk, Art | 2:12-cv-03533 |
| 259 | Blackwood | Lyle | Jr. | Monk, Art | 2:12-cv-03533 |
| 260 | Blades | Brian | | Monk, Art | 2:12-cv-03533 |
| 261 | Blades | Horatio "Benny" | | Monk, Art | 2:12-cv-03533 |
| 262 | Butler | Robert "Bobby" | | Monk, Art | 2:12-cv-03533 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 263 | Clayton | Harvey | | Monk, Art | 2:12-cv-03533 |
| 264 | Doig | Stephen G. | | Monk, Art | 2:12-cv-03533 |
| 265 | Evans | Gregory G. | | Monk, Art | 2:12-cv-03533 |
| 266 | Gowdy | Cornell | | Monk, Art | 2:12-cv-03533 |
| 267 | Grayson | David | Jr. | Monk, Art | 2:12-cv-03533 |
| 268 | Green | Roy | | Monk, Art | 2:12-cv-03533 |
| 269 | Judson | William | | Monk, Art | 2:12-cv-03533 |
| 270 | Logan | Marc | | Monk, Art | 2:12-cv-03533 |
| 271 | McCrary | Gregory | | Monk, Art | 2:12-cv-03533 |
| 272 | McLeod | Kevin | | Monk, Art | 2:12-cv-03533 |
| 273 | Palmer | David | | Monk, Art | 2:12-cv-03533 |
| 274 | Searcy | Leon | | Monk, Art | 2:12-cv-03533 |
| 275 | Smith | John T. | | Monk, Art | 2:12-cv-03533 |
| 276 | Venzke | Patrick | | Monk, Art | 2:12-cv-03533 |
| 277 | Benz | Larry | | Morris, Eugene | 2:12-cv-05210 |
| 278 | Bielski | Richard | | Morris, Eugene | 2:12-cv-05210 |
| 279 | Curry | Donte Lamont | | Morris, Eugene | 2:12-cv-05210 |
| 280 | Green | Ernest | | Morris, Eugene | 2:12-cv-05210 |
| 281 | Jefferson | Roy Lee | | Morris, Eugene | 2:12-cv-05210 |
| 282 | Morris | Eugene Edward | | Morris, Eugene | 2:12-cv-05210 |
| 283 | Simpson | Jack Marlin "Jackie" | | Morris, Eugene | 2:12-cv-05210 |
| 284 | Trammell | Alan | | Morris, Eugene | 2:12-cv-05210 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 285 | Barber | Kurt | | Morton, Johnnie | 2:12-cv-04087 |
| 286 | Clay | Dennis | | Morton, Johnnie | 2:12-cv-04087 |
| 287 | Hale | Chris | | Morton, Johnnie | 2:12-cv-04087 |
| 288 | McDougle | Stockar | | Morton, Johnnie | 2:12-cv-04087 |
| 289 | Sherrard | Mike | | Morton, Johnnie | 2:12-cv-04087 |
| 290 | Scales | Dwight | | Moses, Jerry | 2:13-cv-06164 |
| 291 | Bruce | Arland | III | Moss, Tony | 2:14-cv-04480 |
| 292 | Burks | Shawn | | Moss, Tony | 2:14-cv-04480 |
| 293 | East | Ronald | | Moss, Tony | 2:14-cv-04480 |
| 294 | Henley | Darryl | | Moss, Tony | 2:14-cv-04480 |
| 295 | Johnson | LeShon | | Moss, Tony | 2:14-cv-04480 |
| 296 | Leiker | Tony | | Moss, Tony | 2:14-cv-04480 |
| 297 | Mealey | Rondell | | Moss, Tony | 2:14-cv-04480 |
| 298 | Moss | Tony | | Moss, Tony | 2:14-cv-04480 |
| 299 | Seals | George | | Moss, Tony | 2:14-cv-04480 |
| 300 | Smoot | Raymond | | Moss, Tony | 2:14-cv-04480 |
| 301 | Williams | Richard | | Moss, Tony | 2:14-cv-04480 |
| 302 | Abdullah | Khalid | | Myles, Tobiah | 2:12-cv-02800 |
| 303 | Brazile | Robert | | Myles, Tobiah | 2:12-cv-02800 |
| 304 | Dupree | Marcus | | Myles, Tobiah | 2:12-cv-02800 |
| 305 | Grier | James B. | | Myles, Tobiah | 2:12-cv-02800 |
| 306 | Hill | Demetrius | | Myles, Tobiah | 2:12-cv-02800 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 307 | Jennings | John | | Myles, Tobiah | 2:12-cv-02800 |
| 308 | Jones | Michael L. | | Myles, Tobiah | 2:12-cv-02800 |
| 309 | McCleon | Dexter | | Myles, Tobiah | 2:12-cv-02800 |
| 310 | McGee | Benjamin | Jr. | Myles, Tobiah | 2:12-cv-02800 |
| 311 | Myles | Tobiath | | Myles, Tobiah | 2:12-cv-02800 |
| 312 | Perry | Vernon | | Myles, Tobiah | 2:12-cv-02800 |
| 313 | Slaughter | TJ | | Myles, Tobiah | 2:12-cv-02800 |
| 314 | Smooth | Frederick | | Myles, Tobiah | 2:12-cv-02800 |
| 315 | Word | Roscoe | Jr. | Myles, Tobiah | 2:12-cv-02800 |
| 316 | Neil | Kenneth W. | | Neil, Ken | 2:14-cv-03842 |
| 317 | Ortego | Bryant K. | | Ortego, Bryant | 2:13-cv-01891 |
| 318 | Abrams | Bobby E. | Jr. | Pear, Dave | 2:12-cv-01025 |
| 319 | Adams | Stefon | | Pear, Dave | 2:12-cv-01025 |
| 320 | Carter | Marty | | Pear, Dave | 2:12-cv-01025 |
| 321 | Craig | Francisco | | Pear, Dave | 2:12-cv-01025 |
| 322 | Dalton | Lional | | Pear, Dave | 2:12-cv-01025 |
| 323 | Foster | Barry | | Pear, Dave | 2:12-cv-01025 |
| 324 | Hampton | Lorenzo | | Pear, Dave | 2:12-cv-01025 |
| 325 | Henderson | Keith | | Pear, Dave | 2:12-cv-01025 |
| 326 | King | Emanuel | | Pear, Dave | 2:12-cv-01025 |
| 327 | Lawrence | Henry | | Pear, Dave | 2:12-cv-01025 |
| 328 | Marshall | Anthony | | Pear, Dave | 2:12-cv-01025 |

|  | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 329 | Martin | Eric W. | | Pear, Dave | 2:12-cv-01025 |
| 330 | McGee | Antonio | | Pear, Dave | 2:12-cv-01025 |
| 331 | Pruitt | James | | Pear, Dave | 2:12-cv-01025 |
| 332 | Rouson | Lee | | Pear, Dave | 2:12-cv-01025 |
| 333 | Sims | David | | Pear, Dave | 2:12-cv-01025 |
| 334 | Smith | Lance | | Pear, Dave | 2:12-cv-01025 |
| 335 | Thomas | Broderick | | Pear, Dave | 2:12-cv-01025 |
| 336 | Anderson | Jesse | | Pruitt, Etric | 2:13-cv-05841 |
| 337 | Bush | Alan | | Pruitt, Etric | 2:13-cv-05841 |
| 338 | Friday | Larry | | Pruitt, Etric | 2:13-cv-05841 |
| 339 | Keyes | Tyrone | | Pruitt, Etric | 2:13-cv-05841 |
| 340 | Pruitt | Etric | | Pruitt, Etric | 2:13-cv-05841 |
| 341 | Wonsley | Nate | | Pruitt, Etric | 2:13-cv-05841 |
| 342 | Carrier | Chris | | Rhett, Errict | 2:12-cv-03537 |
| 343 | Davis | James | | Rhett, Errict | 2:12-cv-03537 |
| 344 | Freeman | Reginald | | Rhett, Errict | 2:12-cv-03537 |
| 345 | Fuller | Eddie | | Rhett, Errict | 2:12-cv-03537 |
| 346 | Garrett | Marcus | | Rhett, Errict | 2:12-cv-03537 |
| 347 | Hankton | Karl | | Rhett, Errict | 2:12-cv-03537 |
| 348 | Jackson | Elliott | Jr. | Rhett, Errict | 2:12-cv-03537 |
| 349 | Jenkins | Justin | | Rhett, Errict | 2:12-cv-03537 |
| 350 | Johnson | Edward | III | Rhett, Errict | 2:12-cv-03537 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 351 | Kennison | Eddie | III | Rhett, Errict | 2:12-cv-03537 |
| 352 | Miller | Arnold | | Rhett, Errict | 2:12-cv-03537 |
| 353 | Nelson | Reginald | | Rhett, Errict | 2:12-cv-03537 |
| 354 | Northern | Gabe | | Rhett, Errict | 2:12-cv-03537 |
| 355 | Pennywell | Carlos | | Rhett, Errict | 2:12-cv-03537 |
| 356 | Phillips | Rodney | | Rhett, Errict | 2:12-cv-03537 |
| 357 | Rhett | Errict | | Rhett, Errict | 2:12-cv-03537 |
| 358 | Sams | Bradley | | Rhett, Errict | 2:12-cv-03537 |
| 359 | Shello | Kendel | | Rhett, Errict | 2:12-cv-03537 |
| 360 | White | Christopher | | Rhett, Errict | 2:12-cv-03537 |
| 361 | Winey | Brandon | | Rhett, Errict | 2:12-cv-03537 |
| 362 | Robinson | Adrian Lynn | Jr. | Robinson, Adrian | 2:17-cv-02736 |
| 363 | Keith | Kenton | | Simmons, Dalton | 2:13-cv-06354 |
| 364 | Pihos | Pete Louis | | Simmons, Dalton | 2:13-cv-06354 |
| 365 | Autry | Jonathan | | Simpson, Carl | 2:12-cv-04379 |
| 366 | Bell | Gordon | | Simpson, Carl | 2:12-cv-04379 |
| 367 | Butler | Eric | | Simpson, Carl | 2:12-cv-04379 |
| 368 | Cotton | Curtis | | Simpson, Carl | 2:12-cv-04379 |
| 369 | Douglas | Dominic | | Simpson, Carl | 2:12-cv-04379 |
| 370 | Dyer | Henry | | Simpson, Carl | 2:12-cv-04379 |
| 371 | Fuller | Corey | | Simpson, Carl | 2:12-cv-04379 |
| 372 | Garrett | Leonard | | Simpson, Carl | 2:12-cv-04379 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 373 | Howard-Johnson | Joseph P. | | Simpson, Carl | 2:12-cv-04379 |
| 374 | Jackson | Willie | | Simpson, Carl | 2:12-cv-04379 |
| 375 | Malancon | Rydell | Sr. | Simpson, Carl | 2:12-cv-04379 |
| 376 | Simpson | Carl | | Simpson, Carl | 2:12-cv-04379 |
| 377 | Stamps | Sylvester | | Simpson, Carl | 2:12-cv-04379 |
| 378 | Storey | Michael | | Simpson, Carl | 2:12-cv-04379 |
| 379 | Steed | Joel | | Steed, Joel | 2:12-cv-01026 |
| 380 | Anderson | Deon | | Sweet, Joseph | 2:12-cv-07214 |
| 381 | Banks | Anthony | | Sweet, Joseph | 2:12-cv-07214 |
| 382 | Bates | Larry | | Sweet, Joseph | 2:12-cv-07214 |
| 383 | Blackwell | Samuel | | Sweet, Joseph | 2:12-cv-07214 |
| 384 | Collins | Roosevelt | Jr. | Sweet, Joseph | 2:12-cv-07214 |
| 385 | Corker | John | | Sweet, Joseph | 2:12-cv-07214 |
| 386 | Cross | Irv | | Sweet, Joseph | 2:12-cv-07214 |
| 387 | DeVaughn | Dennis | | Sweet, Joseph | 2:12-cv-07214 |
| 388 | Hardman | Cedrick | | Sweet, Joseph | 2:12-cv-07214 |
| 389 | Harris | Bernardo | | Sweet, Joseph | 2:12-cv-07214 |
| 390 | Kenney | Steve | | Sweet, Joseph | 2:12-cv-07214 |
| 391 | Little | Everett | | Sweet, Joseph | 2:12-cv-07214 |
| 392 | McCoy | Vincent | | Sweet, Joseph | 2:12-cv-07214 |
| 393 | Mosebar | Donald H. | | Sweet, Joseph | 2:12-cv-07214 |
| 394 | Rembert | Reggie | | Sweet, Joseph | 2:12-cv-07214 |

|  | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 395 | Smedley | Eric |  | Sweet, Joseph | 2:12-cv-07214 |
| 396 | Smith | David |  | Sweet, Joseph<br>Ballard, Howard | 2:12-cv-07214<br>2:13-cv-02244 |
| 397 | Stafford | Richard |  | Sweet, Joseph | 2:12-cv-07214 |
| 398 | Stanley | Benjamin |  | Sweet, Joseph | 2:12-cv-07214 |
| 399 | Van Druten | Richard |  | Sweet, Joseph | 2:12-cv-07214 |
| 400 | Watkins | Bobby |  | Sweet, Joseph | 2:12-cv-07214 |
| 401 | Weatherspoon | Cephus |  | Sweet, Joseph | 2:12-cv-07214 |
| 402 | Wright | William Keith |  | Sweet, Joseph | 2:12-cv-07214 |
| 403 | Taylor | Roosevelt |  | Taylor, Roosevelt | 2:12-cv-02205 |
| 404 | Walker | Derrick |  | Walker, Derrick | 2:12-cv-04699 |
| 405 | Wallace | Steve |  | Wallace, Steve | 2:12-cv-03715 |
| 406 | Franz | Nolan |  | Williams, Jimmy | 2:13-cv-05437 |
| 407 | Mauti | Rich |  | Williams, Jimmy | 2:13-cv-05437 |
| 408 | Giles | Jimmie |  | Woods, Calvin<br>Barnes, Larry | 2:12-cv-07015<br>2:12-cv-01024 |
| 409 | Sears | Arron |  | Woods, Calvin | 2:12-cv-07015 |
| 410 | Smith | Donald |  | Woods, Calvin | 2:12-cv-07015 |
| 411 | Young | Anthony Ricardo |  | Young, Anthony | 2:12-cv-05908 |
| 412 | Armstrong | Ramon |  | Armstrong, Ramon<br>(SFC filing only) | 2:12-md-02323 |
| 413 | Brown | Larry |  | Armstrong, Ramon<br>(SFC filing only) | 2:12-md-02323 |
| 414 | Davis | Kenneth |  | Armstrong, Ramon<br>(SFC filing only) | 2:12-md-02323 |
| 415 | McGruder | Michael |  | Armstrong, Ramon<br>(SFC filing only) | 2:12-md-02323 |
| 416 | Newton | Nathaniel | Jr. | Armstrong, Ramon<br>(SFC filing only) | 2:12-md-02323 |

|  | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 417 | Odom | Clifton | | Armstrong, Ramon (SFC filing only) | 2:12-md-02323 |
| 418 | Teague | George | | Armstrong, Ramon (SFC filing only) | 2:12-md-02323 |
| 419 | Caver | Quinton | | Cochran, Earl (SFC filing only) | 2:13-cv-07533 |
| 420 | Cochran | Earl J. | Jr. | Cochran, Earl (SFC filing only) | 2:13-cv-07533 |
| 421 | Hollings | Tony | | Cochran, Earl (SFC filing only) | 2:13-cv-07533 |
| 422 | Jackson | Eddie Paul | | Cochran, Earl (SFC filing only) | 2:13-cv-07533 |
| 423 | Lake | Antwan T. | | Cochran, Earl (SFC filing only) | 2:13-cv-07533 |
| 424 | Lee | James Thomas | | Cochran, Earl (SFC filing only) | 2:13-cv-07533 |
| 425 | Gay | Everett | | Malone, Alfred (SFC filing only) | 2:13-cv-05211 |
| 426 | Malone | Alfred | | Malone, Alfred (SFC filing only) | 2:13-cv-05211 |
| 427 | Pettway | Kenneth | | Malone, Alfred (SFC filing only) | 2:13-cv-05211 |
| 428 | Phillips | Randy Davis | | Phillips, Randy (SFC filing only) | 2:14-cv-02623 |
| 429 | Alexander | Charles Fred | Jr. | None | Alexander v. NFL entities (only) 2:12-cv-01923 |
| 430 | LaFleur | Gregory Louis | | None | Alexander v. NFL entities (only) 2:12-cv-01923 |
| 431 | Lathon | Lamar L. | | None | Alexander v. NFL entities (only) 2:12-cv-01923 |
| 432 | Compton | Richard | | None | Compton v. NFL entities (only) 2:13-cv-01186 |
| 433 | Brown | Charles Edward | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 434 | Brown | Guy | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 435 | Conrad | Bobby Joe | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 436 | Dickerson | Eric | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 437 | Gibbs | Patrick H. | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 438 | Granger | Hoyle | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 439 | Gunner | Harry | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 440 | Hobbs | Daryl R. | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 441 | Johnson | John Curley | Sr. | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 442 | Lunceford | David | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 443 | Randle | John Anthony | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 444 | Roach | John Gipson | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 445 | Roussell | Thomas James | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 446 | Stautner | Ernie | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 447 | Townes | Willie Carroll | | None | Dickerson v. NFL entities (only) 2:12-cv-03338 |
| 448 | Allen | Marcus | | None | Gregg v. NFL entities (only) 2:13-cv-03092 |
| 449 | David | James | | None | Gregg v. NFL entities (only) 2:13-cv-03092 |
| 450 | Davis | Richard | | None | Gregg v. NFL entities (only) 2:13-cv-03092 |
| 451 | Franklin | Cleveland | | None | Gregg v. NFL entities (only) 2:13-cv-03092 |
| 452 | Gregg | Forrest | | None | Gregg v. NFL entities (only) 2:13-cv-03092 |
| 453 | Parks | David | | None | Gregg v. NFL entities (only) 2:13-cv-03092 |
| 454 | Smith | Antowain | | None | Gregg v. NFL entities (only) 2:13-cv-03092 |
| 455 | Tolar | Charles Guy | | None | Gregg v. NFL entities (only) 2:13-cv-03092 |
| 456 | Whitlach | Blake | | None | Gregg v. NFL entities (only) 2:13-cv-03092 |
| 457 | Williams | Ricky | | None | Gregg v. NFL entities (only) 2:13-cv-03092 |
| 458 | Jones | Maxwell A. | | None | Jones v. NFL entities (only) 2:12-cv-05308 |
| 459 | Rose | Kenneth F. | | None | Jones v. NFL entities (only) 2:12-cv-05308 |
| 460 | Anderson | Donny | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 461 | Broadnax | Jerry | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 462 | Brown | Ronald | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 463 | Cole | Larry | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 464 | Colvin | James R. | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 465 | Connelly | Michael | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 466 | Doss | Reginald | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 467 | Fitzgerald | John | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 468 | Garrison | Walt | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 469 | Hammond | Gary A. | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 470 | Hays | L. Harold | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 471 | Hill | David E. | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 472 | Howley | Charles | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 473 | Jordan | Lee Roy | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 474 | King | Angelo T. | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 475 | Lilly | Robert L. "Bob" | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 476 | McIlhenny | Donald | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 477 | Miller | L. Anthony | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 478 | Montgomery | James M. | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 479 | Montgomery | Tyrone | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 480 | Neely | Ralph | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 481 | Norton | Jerry R. | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 482 | Pearson | Preston | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 483 | Smith | James | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 484 | Talbert | Diron | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 485 | Talbert | Don | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 486 | Tubbs | Gerald J. | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 487 | Walker | Malcom | Jr. | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 488 | Waters | Charles | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 489 | White | Randy | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 490 | Wright | Rayfield | | None | Jordan v. NFL entities (only) 2:12-cv-02802 |
| 491 | McElroy | William Vann | | None | McElroy v. NFL entities (only) 2:13-cv-05259 |
| 492 | Myers | Michael | | None | Myers v. NFL entities (only) 2:12-cv-01424 |
| 493 | Parrish | Bernard Paul | | None | Parrish v. NFL entities (only) 2:12-cv-01700 |
| 494 | Autry | Harrington Darnell | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 495 | Azumah | Jerry | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 496 | Bates | D'Wayne L. | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 497 | Bautovich | Wes | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 498 | Bean | Robert D. | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 499 | Bernet | Ed | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 500 | Boeke | James | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 501 | Boykin | Deral Lamont | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 502 | Bradford | Corey | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 503 | Breunig | Robert | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 504 | Carter | Dyshod | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 505 | Crowley | Bradford L. | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 506 | Farr | Miller | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 507 | Fowler | Melvin | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 508 | Hardeman | D'Andre Jaron | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 509 | Ingram | Kelvin | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 510 | Irvin | Leroy | Jr. | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 511 | Jones | Levi J. | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 512 | Kelly | Jeff M. | III | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 513 | Koy | Ernest L. | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 514 | Lewis | Ronald Mack | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 515 | Maxey | Marcus J. | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 516 | McLeod | Robert | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 517 | Mitchell-Samuel | Khari Iman | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 518 | Mullin | R.C. | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 519 | Nazel | Omari | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 520 | Parker | Sirr | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 521 | Pleasant | Michael | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 522 | Rafferty | Thomas | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 523 | Rice | Simeon | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 524 | Ross | Adrian | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 525 | Sharper | Darren | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 526 | Spiller | Derrick | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 527 | Thelwell | Ryan | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 528 | Turner | Nathaniel | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 529 | Waller | Trayvon | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 530 | Warren | Steve | | None | Rafferty v. NFL entities (only) 2:12-cv-04741 |
| 531 | Schobel | Matt | | None | Schobel v. NFL entities (only) 2:12-cv-02801 |
| 532 | Atessis | William | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 533 | Brown | Darwin | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 534 | Brown | Ralph | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 535 | Craver | Keyuo | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 536 | Dardar | Ramsey | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 537 | Doggette | Cecil | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 538 | Faggins | DeMarcus | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 539 | Gray | Bobby | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 540 | Groce | DeJuan | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 541 | Jackson | Vershan | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 542 | Leinert | Michael | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 543 | McMillian | Audray | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 544 | Montgomery | Delmonico | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 545 | Pozderac | Phil | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 546 | Scott | Patrick | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 547 | Stovall | Jerry | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 548 | Strait | Derrick | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 549 | Vatterott | Charlie | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 550 | Wesley | Greg | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 551 | Wiggins | Paul | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 552 | Winston | Roy | | None | Thomas v. NFL entities (only) 2:12-cv-05933 |
| 553 | Arneson | James | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 554 | Crow | John David | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 555 | Davis | Samuel J. | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 556 | Frazier | Charles D. | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 557 | Frazier | Willie | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 558 | Frederick | Andrew B. | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 559 | Greer | Donovan | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 560 | Hughes | Randy | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 561 | Kellar | Scott | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 562 | Lammons | Pete S. | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 563 | Levias | Jerry | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 564 | Niland | John | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 565 | Pedescleaux | Everette | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 566 | Rice | Andrew | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 567 | Seale | Eugene | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 568 | Smith | Lucious | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 569 | Talley | Darryl | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 570 | Wells | Warren | | None | White v. NFL entities (only) 2:12-cv-03778 |

| | Last Name | First Name | Suffix | Original Complaint(s) Against Riddell | Initial Complaint Cause No. |
|---|---|---|---|---|---|
| 571 | White | Danny | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 572 | Wyatt | John Doug | | None | White v. NFL entities (only) 2:12-cv-03778 |
| 573 | Anderson | Morris | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 574 | Burks | Dialleo | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 575 | Coles | Giles | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 576 | Diamond | Lorenzo | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 577 | Dickerson | Kori | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 578 | Doster | Reginald | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 579 | Gardner | Barry | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 580 | Griffin | Damon | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 581 | Mays | Lee E. | Jr. | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 582 | Swiney | Erwin | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 583 | Webb | Lee | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 584 | Weston | Sean Pete | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 585 | Williams | Kevin | | None | Williams v. NFL entities (only) 2:12-cv-01725 |
| 586 | Williams | Roosevelt | | None | Williams v. NFL entities (only) 2:12-cv-01725 |

* The Riddell defendants do not concede by this statement that any of these listed plaintiffs had existing valid claims. Indeed, many of them did not for various reasons, including but not limited to because many of them never effectuated valid service of process on any Riddell defendant. Regardless, all of the claims of plaintiffs on this list should be dismissed with prejudice as none of them filed SAMAC-SFCs pursuant to this Court's October 24, 2017 order.