## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS PENDING AND ALL CLAIMS ASSERTED AGAINST ANY RIDDELL DEFENDANT | **Hon. Anita B. Brody** |

## PROPOSED ORDER

AND NOW, this _____ day of _____ 2018, upon consideration of the Riddell Defendants' Motion to Dismiss the Plaintiffs' Second Amended Master Administrative Long-Form Complaint and Amended Short-Form Complaints, accompanying briefing, and oral argument, it is hereby ORDERED that the Riddell defendants' motion is GRANTED, and the Plaintiffs' Second Amended Master Administrative Long-Form Complaint, ECF No. 8927, template Amended Short Form Complaint Against Riddell Defendants, ECF No. 7762-3, and all Amended Short Form Complaints against the Riddell defendants, are dismissed with prejudice. Additionally, the claims of all plaintiffs listed on Appendix 4 to the motion to dismiss are dismissed with prejudice, and the Amended Short Form Complaints of all individuals listed on Appendix 3 to the motion to dismiss are stricken.

_____
ANITA B. BRODY, J.