**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br>          v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                    Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

By Order dated September 14, 2017 (ECF No. 8376), the Court appointed Professor William B. Rubenstein as an expert witness on attorneys' fees and asked Professor Rubenstein to submit a report on two sets of issues. By Order dated December 11, 2017 (ECF No. 9527), the Court granted leave to file responsive pleadings. On January 19, 2017, Professor Rubenstein filed a reply (ECF No. 9571), which contained updates to his initial report.

Accordingly, interested parties may file a surreply to respond to any updates contained in Professor Rubenstein's reply, limited to 5 pages in length, **on or before Tuesday, January 30, 2018**.

                              s/Anita B. Brody

                              _____
                              ANITA B. BRODY, J.
                              1/23/18