IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE<br><br>    MDL No. 2323<br><br>PLAYERS' CONCUSSION INJURY LITIGATION<br><br>Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants | No. 2:12-md-02323-AB<br><br><br><br>Hon. Anita Brody<br><br><br><br>Civ. Action No.  14-00029-AB |

**<u>ORDER</u>**

    By Order dated _____, the Court hereby directs all parties who have been determined to be eligible for common benefit fund fees to convene and negotiate in good faith in order to reach a unified recommendation as to the allocation of said common benefit fund fees.

    The parties shall convene no later than February 15, 2018, and report back to the Court no later than February 28, 2018.

                                                              _____
                                                                       ANITA B. BRODY, J