# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>          Plaintiffs,<br><br> v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>          Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## <u>DECLARATION OF CHRISTOPHER A. SEEGER</u>

CHRISTOPHER A. SEEGER declares, pursuant to 28 U.S.C. § 1746, based upon his personal knowledge, information, and belief, the following:

1.      By Order dated April 25, 2012 [ECF No. 64], the Court appointed me as Co-Lead Counsel for the Plaintiffs in this multidistrict litigation ("MDL").  In its Amended Final Order and Judgment approving the class action settlement in this MDL [ECF No. 6534], the Court confirmed my appointment as Co-Lead Class Counsel for the Settlement Class.

2.      Having been appointed as Co-Lead Class Counsel, I am fully familiar with the matters set forth herein, including the procedural history of this litigation and the class-wide

Settlement that this Court approved on April 22, 2015 [ECF Nos. 6481-1, 6509] ("Settlement"), as well as the facts and procedural history leading up to the Court's issuance of the December 8, 2017 Explanation and Order [ECF No. 9517].

      3.     I submit this Declaration in support of my motion as Co-Lead Class Counsel for an order (1) prohibiting the Cambridge Entities[1] from seeking repayment of advances to Class Members related to assignment agreements through means other than those identified in the Court's December 8, 2017 Explanation and Order [ECF No. 9517] ("Explanation and Order") and from spreading misinformation concerning the Explanation and Order; (2) requiring corrective disclosures; (3) compelling production by the Cambridge Entities of all documents relating to Class Members' retirement funds being held by them and accountings as to such funds; and (4) directing the Cambridge Entities to return to Class Members their retirement funds held as collateral related to assignment agreements, along with earnings and interest thereon.

      4.     A concerned Class Member, whom I refer to herein as "Mr. Smith,"[2] contacted my law firm on or about December 21, 2017 in connection with concerns he had about certain retirement monies that he had rolled over from his NFL 401(k) account and which were being held and invested by the Cambridge Entities, and the fact that his repeated requests for an accounting of same had been ignored.  He provided my firm with an audiofile of a conversation he and his

---

[1]     The "Cambridge Entities" or "Cambridge" include the following:  Cambridge Capital Group, LLC; Cambridge Capital Advisors LLC; Cambridge Capital Partners, LP; Cambridge Capital Group Equity Option Opportunities, LP; Cambridge Capital Holdings; Cambridge Capital Funding, Inc.; Your Case, LLC; and their present and former directors, officers, partners, employees, contractors, agents, consultants, affiliates, successors and assigns, including, but not limited to Addys Walker, Gail Milon, and Phillip T. ("Tim") Howard.

[2]     This pseudonym is being used to safeguard this Class Member's privacy given the public filing of this motion and the extensive press coverage that this litigation continues to receive.  The Class Member's actual name will be provided to the Court *in camera*.

wife had with members of Cambridge's management, Addys Walker and Gail Milon, which my office had transcribed.

5.      Prior to that date, I was aware that the Cambridge Entities had entered into purported agreements for assignments of monetary awards under the Settlement with approximately thirty Class Members, based upon documents that the Cambridge Entities had produced on or about November 11, 2017, following this Court's October 19, 2017 Order [ECF No. 8466] granting in part my motion to compel discovery.[3]  I was not aware, however, that any Class Members had rolled over 401(k) monies and placed them with Cambridge, or that such funds were potentially serving as collateral for the assignment agreements.

6.      Attached hereto as Exhibit A is a true and correct copy of the transcript of a telephone conversation between Mr. Smith and his wife, and Addys Walker and Gail Milon of Cambridge, on December 21, 2017.  Mr. and Mrs. Smith's names have been redacted.

7.      Attached hereto as Exhibit B is a true and correct copy of an email chain forwarded to me by Mr. Smith, including a January 12, 2018 email from former Cambridge principal, Don Warner Reinhard, to Mr. Smith and other Class Members with retirement monies "invested" with Cambridge; Mr. Smith's responding email, dated January 13, 2018; and a response to Mr. Smith from Mr. Reinhard, dated January 16, 2018.  Mr. Smith's name has been redacted.

---

[3]      From documents produced in discovery, my office prepared and continually updated a chart with the details of the advances provided to all Class Members, including the thirty-one who entered into purported assignment agreements with Cambridge.  The chart contains the Class Members' names, their individually-retained attorneys, states of residency, and dates and amounts of the funding.  We had previously provided the Court with an earlier iteration of the chart following the September 19, 2017 hearing and will provide the updated version, containing the Cambridge information, to the Court upon request.  At the present time, I do not know whether all of these thirty-one Class Members or only a subset thereof also have placed retirement monies with Cambridge as collateral for purported assignment agreements.

8.      Attached hereto as Exhibit C is a true and correct copy of a January 20, 2018 email from Mr. Reinhard to Mr. Smith and other Class Members with retirement monies "invested" with Cambridge.

9.      Attached hereto as Exhibit D is a true and correct copy of my letter, dated January 10, 2018, to counsel for Cambridge.

10.     Attached hereto as Exhibit E is a true and correct copy of Cambridge's counsel's responding letter to me, dated January 16, 2017.

11.     Attached hereto as Exhibit F is a true and correct copy of the documents from Bay County, Florida, related to Mr. Reinhard's criminal plea and sentencing.


I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 26, 2018


                                    */s/ Christopher A. Seeger*
                                    CHRISTOPHER A. SEEGER
                                    *Co-Lead Class Counsel*

# Exhibit A (Redacted)

01

           IN THE UNITED STATES DISTRICT COURT

        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     _____

    IN RE:  NATIONAL FOOTBALL  :  No.

    LEAGUE PLAYERS' CONCUSSION :  2:12-md-02323-AB

    INJURY LITIGATION          :  MDL No. 2323

     _____:


        TRANSCRIPT OF RECORDED CONVERSATION OF

              ADDYS WALKER AND ███████


     REPORTED BY:  CARRIE A. CAMPBELL, RDR CRR CSR

```
 1                    MS. MILON:  Good afternoon,
 2            ██.
 3                    MR. ██:  Good afternoon.
 4                    MS. MILON:  How are you?  This
 5        is Gail Milon, Addys Walker, and
 6        Regina McCarthy.  I have you on a
 7        conference call.
 8                    How are you, sir?
 9                    MR. ██:  I'm all right.
10                    MR. WALKER:  All right.  This
11        is Addys.  As things stand -- I don't
12        know if they sent you the actual
13        document that the judge has signed
14        arguably saying that there is no
15        interest to be paid from any of you
16        guys on the money so far that has been
17        loaned to you.
18                    Do you know anything about
19        that?
20                    MR. ██:  No, I haven't
21        received not one e-mail.
22                    MR. WALKER:  Okay.
23                    MR. ██:  I'm trying to
24        understand what you're saying.
25                    MR. WALKER:  The judge in the
```

1           federal case, a federal judge, signed

2           a court order that says that you-all

3           are to pay back every dime that we

4           gave you but we don't get any

5           interest.  So we need to just get the

6           money back from you guys, basically,

7           without there being any interest, and

8           to what you borrowed.  But with that

9           said, that means she's canceled the

10          contract.  If she cancels the

11          contract, that means every dime you

12          borrowed, you owe us now.

13                  Okay?

14              MR. ███:  Okay.

15              MR. WALKER:  And I'm going to

16          get you a copy of that and what you

17          signed initially with Don, not me, you

18          forfeited whatever money -- if you

19          don't have the money to give back, the

20          money that was in there, that was in

21          the 401(k), then becomes actually the

22          property of the companies less the

23          amount that you still owe if you got

24          more money than you had in the 401(k)

25          based on what the judge has done.

1           This isn't something we've

2       done.  This isn't something we wanted

3       to do.  This is what her order is, and

4       I'm going to get you a copy of it so

5       that any of you-all want to argue with

6       a federal judge, be my guest.  But she

7       decided even the bank cannot get any

8       money back from you guys in the form

9       of interest that you have borrowed

10      money from against your case.

11           And the one thing that's --

12      we'll argue that that's not fair is

13      she is falling on deaf ears because

14      she said I don't care what you're

15      saying, you're not getting it.  So at

16      this point every player we loaned

17      money to now owe us that sum of money

18      back without interest, but you still

19      owe the money back to ensure everybody

20      walk away with clean hands.  I'm

21      pretty sure -- how much money does he

22      owe right now here?

23           MR. ███:  Hey guys -- hey

24      guys, I got -- I have my wife here

25      listening too so if she have any

1          questions you guys okay to answer.

2                   MR. WALKER:  Okay.  That's

3          fair.  Hold up.

4                   MS. MILON:  Now let me -- let

5          me say this, because I'm looking at

6          the sheet that Al sent me, but the

7          sheet that Al sent me also has

8          interest.

9                   MR. WALKER:  Okay.  I need --

10                  MS. MILON:  Hold on one second.

11                  MR. WALKER:  Okay.  What I'm

12         going to do, do you know, ██, how

13         much money you have received to date?

14         Because he has added the interest and

15         this is one of the problems that now

16         has to be changed.  Because of the

17         judge's order, we have to go back down

18         and take off all interest and just

19         look at each wire that has gone out to

20         every player so that we can tell those

21         players how much money they owe this

22         company less whatever they have paid.

23                  Hold up.

24                  MS. MILON:  We don't have the

25         file.

1              MR. WALKER:  Hey, ███, sorry to

2         do this.  I need to have -- I need to

3         call the auditor to ask him what

4         amount you got in totality as far as

5         in pocket so far from us so that I can

6         have a more clearer call with you as

7         to where we are.

8              MR. ███:  Now, the monthly --

9         so, now, the monthly -- the monthly --

10        the monthly disbursements I was

11        getting.

12             MR. WALKER:  Right.

13             MR. ███:  That contract I

14        signed, that's from the up and

15        coming -- the up and coming concussion

16        settlement.  I agreed to take that

17        upon -- not upon my 401(k) rollover.

18        The 401(k) rollover was for the loans

19        that Don gave me, the three -- the

20        loans that he gave me, it's 11,000 a

21        month, 4,000 a month, whatever it was,

22        that was depending on the 401(k) --

23        not 401(k), but the concussion

24        settlement.

25             MR. WALKER:  Absolutely, until

1          the judge canceled those contracts.

2          I'm going to send you a copy of her

3          order so you can see it, so you can

4          understand that the contract you

5          signed as of right now, she says none

6          of you-all had the compensity {sic} or

7          understanding enough to have signed

8          the contract so, therefore, you-all

9          basically should not have anybody

10         charge you interest on the money and,

11         therefore, you-all need to give all

12         the money back.

13              MR. ███:  So you're basically

14         saying -- the judge is saying that we

15         shouldn't pay back the money, but we

16         shouldn't -- we're going to have to

17         pay back the monies because we didn't

18         the capacity or whatever

19         understanding, but she's saying that

20         if you have a 401(k) that you rolled

21         over, Judge Brody is saying that if

22         all of the players rolled over their

23         401(k), they rolled over their 401(k)

24         money, they have to pay that -- they

25         have to use that to pay it back

1              because they signed a contract that

2              said that they would?

3                     MR. WALKER:  Right.  Because --

4                     MR. ███:  So Judge Brody is

5              saying all the players who rolled over

6              their 401(k) money, we have to use

7              that 401(k) money to pay back the

8              money we got from Cambridge?

9                     MR. WALKER:  No, that's not

10             what I said, because everybody didn't

11             roll over a 401(k).

12                    MR. ███:  Right.

13                    MR. WALKER:  But if you signed

14             an agreement saying that the 401(k)

15             could be used as leverage --

16                    MR. ███:  Collateral?

17             Collateral?

18                    MR. WALKER:  Right.

19                    Against the money and now she's

20             canceling the contract, then that

21             money can be attached, yes, because at

22             this point you don't have a contract

23             that doesn't allow us to attach it

24             because she killed all contracts.  She

25             said you-all basically shouldn't have

1          never received any money.

2                    MR. ███:  Right.

3                    MR. WALKER:  Because you don't

4          have the compensity {sic} or the

5          capacity to understand what to do with

6          it or be understanding of what you

7          signed.

8                    MR. ███:  Right.  I got that

9          part.  I saw -- yeah, I got that part.

10                   MR. WALKER:  So with that said,

11         she left everybody in a lurch that has

12         loaned out money that basically to

13         say, you know, find out what these

14         guys have went out and bought, to see

15         what they have, get it from them

16         another way, but basically you're not

17         going to get it through their

18         settlement.

19                   MR. ███:  Okay.  So the

20         settlement -- you can't get any of the

21         money from the settlement?

22                   MR. WALKER:  Well, no, not --

23         not unless she said -- not unless we

24         waive all rights to go after you-all

25         for the money right now with no

```
 1                    interest included.  Because everybody
 2                    is still fighting to put the contracts
 3                    back in place.
 4                         MR. ███:  Right.
 5                         MR. WALKER:  But what we
 6                    have -- what we have to do right now,
 7                    we can't base it on her eventually
 8                    then overrule or changing her mind.
 9                    We have to base it on where we are
10                    right now, and the order right now
11                    says basically get the money back from
12                    them.
13                         MS. ███:  Okay.  So I have a
14                    question.  This is ███████.  So
15                    basically I'm having a hard time
16                    understanding if the money that's
17                    being rolled over was used as
18                    collateral for the concussion lawsuit,
19                    then that would imply that when the
20                    concussion lawsuit -- wouldn't the
21                    players actually paid out of the
22                    concussion lawsuit, they would use
23                    that money to pay off the balance of
24                    what they owe Cambridge Capital?
25                    Unless you're telling us right now
```

1          that the judge's demanding full

2          payment as of this moment back to you

3          guys, or are you saying that you're

4          demanding full payment back at this

5          moment?

6                    MR. WALKER:  No.  The judge is

7          saying it's up to us to demand full

8          payment back right now because she's

9          not going to let us make any interest

10         off of the money, so we need to go and

11         let the players know they need to pay

12         us back.  Or we have to wait, if the

13         players don't seem to have any capital

14         at all, and go before the group that's

15         doing the concussion settlement and

16         say to them we waive all rights to

17         arguably sue them for any interest

18         that they should owe us and,

19         therefore, then if they meet that

20         criteria, they give us the money back.

21         If they don't meet the criteria, you

22         just get it back from them.

23                    So she set it up where the

24         contract does not matter anymore.  So

25         the contract that says -- we taking a

1          chance if you meet the concussion

2          group -- the concussion rating group,

3          we'll get our money at that point.  If

4          you don't, we just write it off as a

5          loss.  That contract is not in place

6          anymore because she basically said,

7          no, we're not going to -- I don't care

8          what they signed, we're not going to

9          do it.

10              So at this point that means

11         we're all at square one, which is,

12         whatever monies you have, we need

13         back.  And if you don't have it, we

14         have to take a chance and hope that

15         you do meet the concussion settlement

16         protocol, at which point they'll give

17         us back our money but no interest.

18         But if you already have some money or

19         a home or a car, I can go after that

20         to get the money back as of right now.

21              MS. ████:  But you couldn't

22         obtain interest as of right now

23         anyway, right?  You couldn't obtain

24         interest until you go through the

25         court system and allow Judge Brody to

1                    re-rule saying that you can get

2                    interest, right?

3                         MR. WALKER:  No.  As I said, we

4                    have to have a panel of judges which

5                    then some of the groups are doing

6                    already, they are basically trying to

7                    overturn her order and have it put

8                    back in place that the contracts are

9                    proper because they were done under

10                   state law, not federal law, even

11                   though federal law overrules state law

12                   based on our understanding.

13                        We talked with our attorney.

14                   He said basically at this point any

15                   money that you have in which somebody

16                   signed an agreement saying that you

17                   can use their money as leverage

18                   against the money they have is money

19                   that belongs to us until this is

20                   overturned.

21                        MS. █████:  Right.

22                        But in our situation, that was

23                   as a stipulation if the concussion

24                   lawsuit fell through, but the

25                   concussion lawsuit hasn't fallen

1        through yet.

2              MR. WALKER:  No.  See, you're

3        again talking about a contract that

4        don't exist anymore based on Judge

5        Brody.  Judge Brody says that contract

6        does not matter.  So you're talking

7        about the stipulation that was in the

8        agreement.  As of right now, Judge

9        Brody said there is no agreement.

10       You-all just owe the money back,

11       period, and she don't want to hear any

12       more about it.

13             MS. ███:  So she hasn't given

14       a time frame as to how long the

15       players have to pay back the money

16       they borrowed?

17             MR. WALKER:  No, they've left

18       it up to us to either sue you or ask

19       you to just return it at this point

20       because she didn't -- or to say

21       you-all, if you don't have the money

22       we loaned you, we'll wait until you go

23       and see if you meet the protocol, and

24       if not, we'll then get a judgment

25       against you through a court system for

```
1              the money that you borrowed -- not
2              interest, the money you borrowed --
3              and then we wait and at some date
4              hopefully recover the money when you
5              do finally meet it or something
6              happens where you have a windfall.  At
7              that point she's put us all in a
8              really bad place.
9                   MS. ████:  So in ████ case
10             specifically, he meets the concussion
11             protocol according -- according to the
12             doctors, and he has invested his money
13             with you guys, so you actually have
14             possession of his retirement account
15             right now.
16                  MR. WALKER:  Right.
17                  MS. ████:  So what would be
18             your ideal plan to recover the money
19             that ██ owes in this situation at
20             this moment right now?
21                  MR. WALKER:  Well, as of right
22             now, ██ owes possibly more than what
23             he has put in.
24                  MS. ████:  Well, that's not --
25             according to Apple, our account --
```

1           we've made almost $134,000 in interest

2           alone which would --

3                   MR. WALKER:  I just said there

4           is no interest because she canceled

5           the contract.

6                   MS. █████:  No.  I'm talking

7           about the money that we've invested

8           has accrued interest.

9                   MR. WALKER:  Okay.  When the

10          contract died, the investment stopped.

11          At that point all -- she said all

12          interest that was owed to all parties,

13          whether you were an investor or a

14          party that is going to have to pay

15          interest is all canceled.

16                  MS. █████:  So how -- okay.  So

17          this is where I'm confused.  Because

18          if ████ came to you separately outside

19          of the NFL and wanted to invest money

20          with Gail or whoever does the

21          investing there with Cambridge

22          Capital, it wouldn't make a

23          difference.  His money would still be

24          accruing -- he would either be gaining

25          or losing money according to his

1          investment plan.

2                    MR. WALKER:  No, that's not

3          true.  As a judge -- and again, I ask

4          you to read the federal judge's order.

5                    MS. ██████:  Okay.  Can you send

6          it over to us, please?

7                    MR. WALKER:  Say what now?

8                    MS. ██████:  Could you forward

9          that over to us, the judge's order?

10                   MR. WALKER:  Oh, we will send

11         that over to you.

12                   And once you read it, then you

13         and I have a conversation and we be --

14         the conversion {sic} will be easier at

15         that point.  Because right now you're

16         saying apples, I'm saying oranges

17         because you haven't read the order

18         that explains that as far as she's

19         concerned, none of these guys have the

20         capacity to understand what they've

21         signed and, therefore, anything

22         they've signed, including a signed

23         contract saying give me interest on

24         money I put in or money that I've

25         received that I have to pay interest

1    back on, does not exist because they

2    don't have the capacity to make a

3    decision to make money nor get money.

4            MR. ██: Okay.  This is ██.

5    This is ██, Addys.  So as of January

6    of this year, the judge -- you're

7    saying Judge Brody is saying Mr. ██

8    rolled over his 401(k) with

9    660-someodd thousand dollars, and

10   Cambridge Capital, although they made

11   interest almost a year by it being in

12   there, Mr. ██ doesn't get any of

13   that interest.  Cambridge Capital

14   Group gets to keep that interest in

15   that investment of his 401(k) that he

16   rolled over; that's what you're

17   saying?

18            MR. WALKER:  No.  First of all,

19   there is no interest as far as she is

20   concerned because what she said was,

21   just like you're not capable of

22   receiving money -- we're not capable

23   -- you're not capable of paying us

24   money back for the money we gave you

25   as far as interest is concerned

1          because you did not have the ability

2          to understand the contract.

3                    MR. ███:  Right.

4                    MR. WALKER:  You don't get to

5          get any money from the interest

6          because either you -- if you can

7          understand the contract that would get

8          you paid interest, you understand the

9          contract that should have made you

10         able to pay back interest.  You can't

11         have it just one way.

12                   MR. ███:  Right.

13                   MR. WALKER:  So that's what we

14         were trying to explain to her, you're

15         hurting the players who actually took

16         it upon themselves to also invest so

17         they could make money and she said,

18         no, they wouldn't understand how to do

19         that.  And so they don't get money

20         from -- any interest for anything they

21         would have invested because they

22         wouldn't have understood that

23         contract.  And the money that they've

24         gotten from you-all, they don't pay

25         any interest back on it because they

1          wouldn't understand that contract.

2              So what we're saying there's

3          nothing is what I keep trying to

4          explain.

5              MS. ████:  Right.  But so the

6          actual dollar amount, though, that Al

7          said that interest accrued, that

8          dollar amount exists, like the

9          $134,000 was made, so I'm asking where

10         does that go?

11             MR. WALKER:  It does not exist.

12         As far as the judge is concerned --

13         you're asking what we're asking.  And

14         as far as she's concerned, there is no

15         interest on that money because, again,

16         he could not earn any money on the

17         contract he signed because he didn't

18         understand what he signed.

19             MS. ████:  I understand that

20         you're saying that he hasn't earned

21         any money, but money was earned.

22         Based off of the $662,000 that was

23         invested, there was money gained from

24         the investment as interest that

25         was made.  So I'm asking where -- so

1          the dollar amount that Al gave us

2          you're saying -- he just made that up,

3          the $134,000 was --

4              MR. WALKER:  It was contingent

5          on a contract that was in place.

6          There is no contract in place.  You

7          got it?

8              MS. ███:  So the investments

9          that Gail has been making, there has

10         been no money made in the investments

11         that Gail has been making?

12             MR. WALKER:  Not for any

13         player --

14             MS. ███:  I'm not talking

15         about players.  I'm just saying in

16         general.

17             MR. WALKER:  Yeah, no, we're

18         talking about for players because this

19         is a player issue.

20             MS. ███:  Right.

21             MR. WALKER:  She's saying the

22         contract -- no.  Stop.  Stop.  Stop.

23         You're talking this is a regular

24         investor.  He is not a regular

25         investor.  He's a player.  A player

```
 1              with a brain injury that she says that
 2              is incapable of understanding anything
 3              you signed.  So you're not going to be
 4              able to arguably argue your way into
 5              what makes sense because we said to
 6              her, this doesn't make sense.  She
 7              says to us, look, it doesn't make it
 8              makes sense --
 9                   MR. ████:  Right.  Well, yeah,
10              I understand that, Addys.  I
11              understand where you're coming from.
12              And at the end of the day, I'm not a
13              lawyer, nor is ████████.  I
14              understand that what you're saying.
15              And at the end of the day, once I get
16              the paperwork and everything, I mean
17              somebody who is a lawyer can explain
18              what Judge Brody is saying better.  I
19              don't know.  I haven't read it.  I'm
20              not quite sure.  I mean, if Tim is my
21              lawyer, Tim can explain it.  And if
22              Tim doesn't want to represent me, then
23              I can call somebody and they can
24              explain it for me.
25                   But that's irrelevant.  That's
```

```
 1              neither here nor there.  I just need

 2              to get what it is that I owe without

 3              interest documented so I can see it or

 4              an attorney can see it or whoever we

 5              need to talk to need to see it to see

 6              exactly what it is.

 7                   MR. WALKER:  Okay, ███.  That's

 8              what I want to do and get you -- we're

 9              sending you the order that the judge

10              said where she says none of you-all

11              are capable of understanding what you

12              signed.  So you'll get that, you-all

13              need to read it and then let me get

14              you what the number is that you

15              received so far and then we'll let

16              your attorney explain to you what this

17              means.

18                   Okay?

19                   MR. ███:  Could you send both

20              of them to ██████ -- dot

21              ██████.

22                   MS. MILON:  Hold on.

23                   MR. WALKER:  Hold on.  They're

24              going to write it down.

25                   MS. MILON:  Say it again.
```

1               MR. WALKER:  Say it again.

2          MR. ███:    ███

3          MS. ███:   It's ███, █ as in

4     ███, ███████████.

5               And if you could send the

6          balance as well as the judge's order

7          to that e-mail.

8               MR. WALKER:  Well, they're

9          going to give them the order first.  I

10         have to now reach back and have him

11         take off all of the interest because

12         when they did these things, they set

13         it up with interest that was accruing.

14         But, like I said, his contract with us

15         even has been canceled because he

16         couldn't have understood what we had

17         him to sign based on the judge.  But

18         we know that's a lie, and we know

19         that, you know, he can understand.

20         They're now saying that -- they're not

21         trying to pay any of these players

22         unless they're pretty much bumbling

23         idiots and they have somebody who has

24         to take care of their everyday needs

25         that's walking around with them.

```
 1                    So they denied a young man's
 2           claim because he was able to hand out
 3           water at a flag football game because
 4           they said that gave him the capacity
 5           to understand he needed to hand the
 6           water out to individual people which
 7           means he got enough sense to be able
 8           to be somewhere working and not having
 9           to get paid as -- what you want all he
10           was with that.  So --
11                    MR. ███: Addys, Addys, Tim
12           did send an e-mail to everyone and let
13           them -- in which he -- and what you
14           said, no matter what ███ -- what
15           Judge Brody's order was, my client,
16           ███████ was going to pay back his
17           money he owed anyway.
18                    You did get that a couple of
19           weeks ago, right?
20                    MR. WALKER:  Yeah, no, he --
21           yeah, we asked him to send us
22           something on behalf of his clients,
23           but I'm telling you, yes, that's not a
24           problem.  We will --
25                    MR. ███:  That Judge Brody
```

1          order didn't mean nothing to me

2          because I'm not stupid.  I know what I

3          got from Cambridge Capital.

4                    MR. WALKER:  No.  No.  I

5          understand that, but I'm telling you,

6          you got to read this order so you can

7          see she's saying you are stupid and

8          you don't know what you got from us.

9          I'm just telling you.

10                   MR. ██████:  I got you.  I

11         understand what you --

12                   MR. WALKER:  Let's talk about a

13         broad brush.  She said all players

14         that meet the criteria don't have the

15         capacity to understand.

16                   MR. ██████:  So you basically

17         got -- your stance is basically

18         Cambridge Capital is saying, okay, if

19         they didn't understand, all the money

20         that they rolled over into -- this

21         convict that rolled -- that took all

22         their money in the 401(k) and rolled

23         over and they signed the contract with

24         this convict that's in prison right

25         now, all the money that the players

1          have rolled over from this contract to

2          this convict to Cambridge Capital, all

3          of those players, even though

4          Cambridge Capital invested, what you

5          guys are saying basically we don't --

6          we're not going to give them interest

7          and we not -- they didn't make any

8          money, Judge Brody, because you're

9          saying that they were incompetent of

10         signing this contract with this

11         convict that's locked up right now.

12              So their 401(k) money, if they

13         borrowed it from Cambridge Capital or

14         we gave them monthly advances, all

15         that money that they owe, we're taking

16         that from their -- we're taking that

17         from whoever signed over rights to

18         their 401(k) for us to take from them,

19         basically.

20              MR. WALKER:  So see -- see how

21         stupid that sounds, █?  You're

22         absolutely correct in what you're

23         saying, though.  But the problem is

24         it's sad because the judge herself is

25         trying to say that all of you are

1    incompetent with a broad brush if --

2    say that the contract would stay in

3    place, everybody would just continue

4    to move forward and there would be

5    monies made and the ability to do

6    something.

7         But what she did not think

8    about is even the lease now that you

9    have signed where you live, if you

10   signed it, you're not competent to

11   have signed the lease.  If you bought

12   a car and you're making monthly

13   payments, based on her determination,

14   if you meet the criteria, that

15   contract isn't any good, you don't owe

16   shit on it, because he should have

17   never sold you the car being that

18   you're incompetent; therefore, they

19   should give you all your money back

20   that you put up to buy.

21        MR. ███:  So -- right.  So the

22   judge -- Judge Brody -- so Judge

23   Brody, basically once she get all this

24   information from whoever, whatever

25   attorney, she will be basically --

```
1              they will be basically telling --
2              saying to Judge Brody, "Judge Brody,
3              this -- this client of mine rolled
4              over $660,000 with a convict right now
5              who has probably 35 years in prison
6              down at Cambridge Capital, he's in
7              prison right now, but ██ rolled over
8              his 401(k) IRA and this convict was
9              giving them advances from Cambridge
10             Capital.  Now, Cambridge Capital may
11             have made investments or wherever it
12             is, we don't really know where it is,
13             I'm sure they probably got it, but
14             right now ██ is broke, don't have any
15             money, staying where he needs to stay,
16             and Cambridge Capital has basically
17             taken all the money that this convict
18             signed a contract with ██ and they're
19             taking it and saying basically ██
20             owes this money back so we're not
21             giving it to him."
22                  So that's basically what's
23             happening.  No matter how much
24             interest he gained on the $600,000, we
25             don't know where that is, we don't
```

1          know what the deal is.  All we know is

2          because of your order, you're

3          basically telling Cambridge Capital

4          they can have his 401(k) because this

5          convict that's locked up right now

6          rolled it over -- rolled it over with

7          him right now.

8               So that's my argument.  That's

9          the only thing I have.  You know, and

10         that's all -- I don't have --

11         basically I don't have anything right

12         now.  But to go cry to a lawyer or

13         call Chris or somebody to say, "Hey,

14         my shit gone, and this is why it's

15         gone, here's the story, and here's my

16         voicemails, here's my records, and you

17         guys can take it to whoever you need

18         to take it to."

19               MR. WALKER:  Yes.  And guess

20         what he's going to say?  You're

21         absolutely correct.  Everything you've

22         said is true, and there's nothing we

23         can do because this lady is crazy.

24         And he's going to say Chris owned part

25         of -- what's the bank?

```
 1                    MR. ████:  Esquire.  I know

 2         Chris.  He's my -- that was my first

 3         attorney when the concussion stuff

 4         started five years ago.

 5                    MR. WALKER:  Right.  Okay.  He

 6         owns part of Esquire Bank.  If you go

 7         online and look --

 8                    MR. ████:  No, I saw it.  I saw

 9         it.  I saw it.

10                    MR. WALKER:  Okay.  He's

11         arguing with the judge that he still

12         should get his money in spite of

13         everybody else not being able to get

14         theirs.

15                    MR. ████:  Right.

16                    MR. WALKER:  So she said to him

17         basically go fuck yourself.  We're not

18         giving you the money.  I mean, I

19         apologize to your wife.

20                    MR. ████:  No.  No.  No.  I

21         understand.  We can talk.  I

22         understand that.

23                    MR. WALKER:  Yeah, so basically

24         what she's saying is I don't care what

25         anybody's arguments are.  I don't
```

```
 1              care -- and you-all truly have a good

 2              argument.  I wasn't here when he did

 3              all of this, but the contracts are

 4              here and the contracts are reasonable

 5              and simple to understand.  The problem

 6              is you wouldn't understand them based

 7              on her, which is a lie, but that's

 8              what she said.

 9                   MR. ████:  Right.

10                   MR. WALKER:  So what I

11              suggested to the group, I'm talking

12              about all the other funders, is what

13              we need to do is invest in paying some

14              of these doctors who have actually set

15              out and understand CTE to be able to

16              sit in front of this judge and say to

17              her you're out of your freaking mind.

18              They don't have to be retarded, just

19              they have CTE.

20                   MR. ████:  Right.  Yeah,

21              because it's hurting me because the

22              401(k), I mean, whether I -- it's

23              hurting me because the 401(k) that I

24              rolled over, the interest that was

25              made off is basically can be, okay,
```

1            now that they've made interest, that

2            money is washed.  Cambridge Capital or

3            whoever has that interest or wherever

4            it is, so that's what you --

5                    MR. WALKER:  As to whoever

6            wins, wins, whoever loses, loses, we

7            don't care.  That's what she's saying

8            to us.  And we're saying that's

9            unfair.  We don't appreciate it.  We

10           want you-all to win.  We don't want --

11           we don't want you-all to lose

12           anything.  You-all are great guys.

13           You-all have been screwed enough.

14           We're not trying to screw you over.

15           We're trying to tell you where she put

16           us.  She put us right where she put

17           you because we're out more money than

18           we have by far, trust me.

19                    So we would love to get our

20           money back plus interest, but at this

21           point she's saying good luck on that.

22           Because trust me, we haven't made

23           nearly as much interest as we did the

24           money we loaned out.  So we are -- we

25           are literally way behind, so we

```
 1              haven't won at all.  She screwed
 2              everybody, but she screwed us most.
 3                      MR. █████:  So hopefully -- so I
 4              basically need to get the numbers of
 5              what I -- from what I've gotten from
 6              Don Oll's contracts basically, get all
 7              of those back up on my e-mail.
 8                      MR. WALKER:  Right.
 9                      MR. █████:  So you guys have the
10              number of what I've got monthly.  So
11              all the players that got monthly
12              advances, they got -- everybody got to
13              pay them back?
14                      MR. WALKER:  Absolutely.  You
15              read the order.  I sent it to you.
16                      MS. MILON:  It's already sent.
17                      MR. WALKER:  Just read the
18              order.  And she said basically
19              everybody just need to be able to walk
20              away and say here's -- you know, tell
21              them they need to just pay the money
22              back with no interest.  So that's
23              where we are.  Okay?
24                      MR. █████:  So when I will be
25              getting the numbers that I owe?
```

```
 1              MR. WALKER:  I'm waiting on
 2         him -- I'm asking the accountant --
 3         you know it's the holidays, ███, so he
 4         probably ain't going to do it until
 5         next week.  But I'm asking him if
 6         he'll go in, take off all the
 7         interest, everything that you owe as
 8         well as the interest that would have
 9         been made and just give us hard
10         numbers.  And I'll get those to you as
11         quick as I can, I promise.
12              MR.███:  Are they going to
13         send us the contracts that were
14         signed?  I mean, are they going to
15         send me the order -- no, not the
16         order.  The monthly advances, all of
17         the money that was accrued?
18              MR. WALKER:  Yeah.  Yeah.  What
19         we have is the ability -- we pulled
20         where -- because everything went out
21         via a wire.  So we have the ability to
22         track everything by the wires that you
23         received, not necessarily just the
24         contract.  So we're going to get you
25         copies of all of that.  Okay?
```

1                    MR. ██████:  Oh, you're right.

2          My bank has it, too.  Okay.

3                    MR. WALKER:  Okay.  Great.  All

4          right.  Thank you, ████.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  NOTARIAL CERTIFICATE
 2
      STATE OF MISSOURI    )
 3                         )  SS
      COUNTY OF ST. LOUIS  )
 4
 5          I, CARRIE A. CAMPBELL, RDR, CRR, MO
      CCR, IL CSR, and Notary Public in and for the
 6    State of Missouri, duly commissioned,
      qualified and authorized, do hereby certify
 7    that I reported the following tape-recorded
      conversations in shorthand and transcribed
 8    into typewriting, and that the foregoing
      pages correctly set forth the conversation of
 9    the parties, to the best of my ability, and
      is in all respects a full, true, correct and
10    complete transcript of the conversations.
11          I further certify that I am not of
      counsel or attorney for any of the parties in
12    the conversation, not related to nor
      interested in any of the parties.
13
            IN WITNESS WHEREOF, I have hereunto
14    subscribed my name and affixed my Notarial
      Seal on this 26th day of December, A.D.,
15    2017.
16
            My Commission expires February 18,
17    2018.
18
19
20
                        _____
21                      Carrie A. Campbell, RDR CRR CSR CCR
                        Certified Shorthand Reporter
22                      Certified Realtime Reporter
23
24
25
```

# Exhibit B
# (Redacted)

On Tuesday, January 16, 2018, 10:19 PM, Don Reinhard <dwarner.sd5mcapital@gmail.com> wrote:



Thank you for your love support and prayers.  The relationship that we began and were further developing meant a lot to me and as you and I discussed I truly hope that you and I and other players can be in business together in the very near future.  As you know, the ownership structure of my new firm has you involved as a principal in a major way and we will revisit that structure as soon as I get this disaster completed.  It is a very lucrative business and we can do a lot of good for a lot of players.

I am very disheartened to hear what you are saying about the communication of your 401k rollover proceeds that were invested in the limited partnerships of Cambridge Capital Group.  Those funds were invested in multiple types of structured legal settlements as well as mortgages and other private loans.  Some of these legal settlements included settlement advances to selective players who were fully qualified to reduce any potential risk.  Rest assured, the assets that I invested in were solid and unless they've been changed there should not be any concern.  A vast majority of my family's wealth is invested along with your 401k assets in the same limited partnerships as I "eat my own home cooking".

I am having the exact same problems you are having and I am equally concerned and I will be filing a lawsuit hopefully in the next 2-3 weeks against CCG, Tim Howard, and other individuals that had been involved since I departed.  I have done some research and I am concerned about some of the things that I have learned.  I also have received no information from the auditor who was supposed to be completed in mid-August with the audit for 2016.  What you should have received for 2017 is a complete understanding and a detailed report of all assets that the limited partnership is invested in and a complete understanding of your account value.  I know this business extremely well and I have received none of that information myself.  My family and I are the largest limited partners in the partnerships.

the strongest position would be for us to enjoin our respective lawsuits together as I believe mine is valued at $2,000,000 or more and my recollection is that yours would be valued at $1,000,000.  The larger sums will make any attorney much more interested since they would be doing it on a contingency fee.  However, upon prevailing we would ask the court to require CCG and Tim Howard to pay our attorney's fees.

If you are interested in proceeding in this manner please let me know immediately as we can use the firm that you have chosen or we can chose a new firm as I have not chosen one yet.  However, I want to proceed quickly and aggressively.  I am also going to send tonight an email to the other limited partners which I will copy you on to see if they want to be included.  Any lawsuit would need my substantial assistance so the attorney could understand the original structure of CCG as well as the investment portfolio.  We need to strike now before the settlement proceeds are paid.  Please let me know your thoughts as soon as possible.

Love ya buddy,
Don

On Sat, Jan 13, 2018 at 7:09 AM, ███████████████████████████ wrote:

Hello Don I will keep you in my prayers. No one is immune to the trials and tribulations of life. What you can do to help me is explain to me how and what you invested our 401k in so CC can not hide where our funds are and what interest we have gained because there not telling us shit. I've already contacted other council to help retrieve my portion of funds transferred over in January so if anything you can do for me and other players that has there 401k rolled over is exaplain what the hell there invested in so CC can't keep hiding our total we have gained. If you can send a email exaplaining that. It will help us!!  Thanks ██

Sent from Yahoo Mail for iPhone

On Friday, January 12, 2018, 10:52 PM, Don Reinhard <dwarner.sd5mcapital@gmail.com > wrote:

This is an email I did not want to send to each of you as I truly thought this disaster was coming to an end in early to mid December and I would be back on course and working with each of you to further plan, develop, structure, and implement a solid and productive financial plan for you and your family.  However, I have now learned that Bay County is not going to drop these heinous alleged charges of which they have no evidence unless I accept a plea agreement which will require me to go to a prison for approximately 18-24 more months.  If I do not give in and accept their threat-induced offer then I risk a much longer sentence because of the heinous issues involved in this case and Florida does not offer parole and only allows 15% good time credit.  I am sick to my stomach thinking about what I am now faced given that I did not commit this heinous crime and again, there is no evidence that proves that I did.

When this all happened in early February 2017 I was on top of the world.  I had worked 12-18 hour days for the past 18 months to create, develop, and structure the very sound and successful principles of Cambridge Capital Group and was privileged and honored beyond my wildest dreams to have initiated and built the incredible relationships I had with each of you and we had only just begun.

Additionally, I had met a fabulous woman with three incredible little boys who very much needed a daddy who would love them, teach them, care for them, and give them the tools they needed to become truly successful and productive parts of our society.  Molded together with my incredible two children, I finally had the large family I had yearned for since 2005.  Everything seemed to be absolutely perfect and then ... bam within a 2-week period of time, my life was basically destroyed due to the heinous alleged charges levied by my fiance's, now my wife's, parents who despised me due to the stable environment I provided their daughter and grandchildren.  Yes... believe it or not, that is what transpired.  You would have thought they would have been tickled to death for their daughter and grandchildren to have this stability but yet they felt threatened.

And to make matters much much worse my friend of over 40 years who had become my closest confidant, friend, and business partner at Cambridge Capital Group immediately turned on me due to differences we had with regards to his firm's handling of your concussion settlement cases.  He initiated his campaign

of retaliation against my family and I so quickly that he clearly had planned it and was just waiting for the perfect opportunity.  Well, he got it, as I was basically defenseless.

Going forward, hopefully each of you will receive your settlement proceeds soon as I know the unexpected delays have caused many of you and your families extreme hardships that were certainly unnecessary.  While I have provided each of you with the reasons behind these delays so you clearly understood the unfortunate private agenda of your attorney which was the majority crux of my concern as to the handling of your claim, hopefully your wait for these much needed funds will end very soon.  I have taken these unnecessary delays  personal because I feel responsible for the success of each of you due to CCG's involvement and referring you to Tim Howard and Howard & Associates P.A. for legal representation.

My dreams of starting a new firm which will mimic the very sound principles and proven work ethic of Cambridge Capital Group will not die as I continue to fight to resolve these heinous charges.  I am a very positive person and know that God has a plan for my family and I and that plan included our paths crossing.  Please say a prayer for my family and I and I will certainly plan on contacting you immediately upon my release in hopes of continuing to build our long term relationship.  In the mean time I will continue to have access to my email as well as text messages at █████████.  If there is anything I can do to assist you then please do not hesitate to contact me and I will do everything in my power to do so.  Please know how important each of you are to me.

Don

# Exhibit C (Unredacted)

On Saturday, January 20, 2018, 7:53 PM, Don Reinhard <dwarner.sd5mcapital@gmail.com> wrote:

While I provided each of you with an approximate account valuation as of 6/30/2017 because CCG's new management had failed to do so at 3/31 and 6/30 as required by the LP Private Placement Memorandums, some of you have requested if I can provide an update because CCG still has not provided any evaluation information for any of 2017.  This is appalling and shocking and a very serious concern I have.  This is also one of the primary concerns I have that I spoke to you about in my email sent Tuesday.

Based on my knowledge of the limited partnership portfolio assets and assuming Tim Howard and CCG have not made dramatic changes that I am unaware of, I feel safe in projecting that your account value should have increased another 18% to 20% from 7/1/2017 to 12/31/2017.

Again this is only a projection as I cannot seem to get any kind of response from CCG or the auditor as he refuses to communicate with me.  However, as stated above, I believe it is accurate.

Please let me know your thoughts per my earlier email of Tuesday 1/16/2018.

Don

# Exhibit D
# (Unredacted)

# SEEGERWEISS LLP

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

January 10, 2018

**Via Email and Federal Express**
Martin L. Black
4909 N. Monroe Street
Tallahassee, Florida 32303

> Re:   *In Re: National Football League Players' Concussion Injury Litigation*,
> No. 2:12-md-02323-AB

Dear Mr. Black:

As you are aware from prior correspondence and filings, I am the Court-appointed Co-Lead Class Counsel for the Settlement Class in the above-referenced litigation.  I am also sure you are aware, as counsel for the Cambridge entities (referred to collectively herein as "Cambridge"), Gail Milon, Addys Walker and Timothy Howard, that the Court entered an Explanation and Order on December 8, 2017 [ECF No. 9517], a copy of which is attached.

Certain reports have come to my attention related to the Court's Explanation and Order, which, if true, I am duty-bound to bring to the Court's attention.  We ask that you provide the answers to these questions by Tuesday, January 16, 2018.

1) Is Cambridge holding retirement account monies of any Retired NFL Football Players?

2) Is Cambridge currently engaging in, or advising Retired NFL Football Players that it intends to engage in, the following conduct, either:

   a. proceeding to seek repayment now from Retired NFL Football Players for any monies advanced to them by Cambridge; or

   b. taking ownership of retirement account monies to offset any monies Cambridge has advanced to Retired NFL Football Players?

New York              Newark              Philadelphia

Martin L. Black
January 10, 2018
Page 2


Should I not hear back from you by Tuesday, I will nevertheless bring these reports to the Court's attention.


                                        Very truly yours,

                                         /s/ Christopher A. Seeger_____
                                        Christopher A. Seeger
                                        SEEGER WEISS LLP

                                        *Co-Lead Class Counsel*

Encl.

# Exhibit E (Unredacted)

**MARTIN L. BLACK, ATTORNEY AT LAW**
**4909 N. MONROE STREET**
**TALLAHASSEE, FLORIDA 32303**
(850)354-8008-Office- (850)562-0916-fax mbmblack8@gmai.com Email

January 16, 2018

**Christopher A. Seeger, Esq.**
**SeegerWeis, LLP**
**77 Water Street,**
**New York, NY 10005**

**VIA U.S. MAIL AND E-MAIL TO:** cseeger@seegerweiss.com.

Re:      Your Letter of January 10, 2018

Dear Mr. Seeger:

I spoke to Mr. Addys Walker, Ms. Gail Milon and to Dr. Timothy Howard, Esq., who has no ownership interest in the "Cambridge entities", regarding the questions contained in your letter of January 10, 2018.

Please be advised of the following:

   (1) Is Cambridge holding retirement account monies of any Retired NFL Football Player?
   **Yes**

   (2) Is Cambridge currently engaging in, or advising Retired NFL Football Players that it intends to engage in, the following conduct, either:

   a.   Proceeding to seek repayment now from Retired NFL Players for any monies advanced to them by Cambridge:

   **No**. Cambridge strives to ensure the security of investors' funds and their returns, and to avoid any harm to any investor. Cambridge reserves its legal rights, consistent with the law, ethics, regulations, contracts, trial court rulings, and appellate rulings.
   Or:

   b.   Taking ownership of retirement account monies to offset any monies Cambridge has advanced to Retired NFL Players?

   **No**. Cambridge strives to ensure the security of investors' funds and their returns, and to avoid any harm to any investor. Cambridge reserves its legal rights,

consistent with the law, ethics, regulations, contracts, trial court rulings, and appellate rulings.

Thank you for your previous consideration and your efforts on behalf of Retired NFL Players.

Sincerely,

*Martin L. Black, Attorney*

Martin L. Black, Attorney

# Exhibit F
# (Unredacted)

| _____ | Probation Violator |
| _____ | Community Control Violator |
| _____ | Retrial |
| _____ | Resentence |

In the Circuit Court, 14th Judicial Circuit
in and for BAY COUNTY, Florida

Division: B - CLARK,

Case Number: _____17000545CFMA_____

STATE OF FLORIDA
- vs -
REINHARD, DON WARNER
Defendant

## J U D G M E N T

The defendant, _____REINHARD, DON WARNER_____ being personally before this court
represented by _____LISA ANN ANDERSON_____ , the attorney of record, and the state
represented by _____HAWKINS, JENNIFER ALANE_____ and having

_____ been tried and found guilty by jury of the following crime(s).

_____ enter a plea of guilty to the following crime(s).

__X__ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Minimum Fine | Offense State Number(s) | Degree of Crime | Case Number | OBTS Number |
|-------|-------|--------------|-------------------------|-----------------|-------------|-------------|
| I | AGGRAVATED CHILD ABUSE | $ 0.00 | 82703 | 1F | 17000545CFMA | 0303039938 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

__X__ And no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

_____ And pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800), the defendant shall be required to submit to blood specimens.

_____ And good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

State of Florida

REINHARD, DON WARNER

17000545CFMA

**FINGERPRINTS OF DEFENDANT**

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| | | SORE ON | | |

| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |
|---|---|---|---|---|
| | | SORE | | |

Fingerprints taken by: Dep. J. Hines 233     Bailiff

Name                                Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the Defendant, **DON WARNER REINHARD**, and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in ___Bay___ County, Florida, this __4th__ day of __January__, 20_18_.

FILED

2018 JAN -4 P 12: 35

BILL KINSAUL
CLERK OF COURT
BAY COUNTY FLORIDA

Brantley S. Clark Jr
Judge

**BRANTLEY S CLARK JR**

Reinhard

DEFENDANT: DON WARNER REINHARD          CASE NUMBER: 17000545CFMA          OBST NUMBER: 0303039938

## SENTENCE

### As to Count 1 - AGGRAVATED CHILD ABUSE

The defendant, being personally before this court, accompanied by the defendant's attorney of record, LISA ANN ANDERSON , and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown.

_____   and the Court having on _____ deferred imposition of sentence until _____.

_____   and the Court having previously entered a judgment in this case on _____ now resentences the defendant.

_____   and the Court having placed the defendant on   probation / community control   and having subsequently revoked the defendant's   probation  / community control

IT IS THE SENTENCE OF THE COURT THAT:

_____   The defendant pay a fine of  $_____, pursuant to section 775.083, Florida Statutes, plus
         $_____ As the 5% surcharge required by section 960.25 Florida Statutes.

__X__   The defendant is hereby committed to the custody of the Department of Corrections.

_____   The defendant is hereby committed to the custody of the Sheriff of Bay County, Florida.

_____   The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.


TO BE IMPRISONED (MARK ONE, UNMARKED SECTIONS ARE INAPPLICABLE):

_____   For a term of natural life.

__X__   For a term of _____ Years  60.00  Months _____ Days.

_____   Said SENTENCE SUSPENDED for a period _____ Years _____ Months _____ Days Subject to conditions set forth in this order.

_____   Followed by a period of          Years          Months          Days  On probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

_____   However, after serving a period of          Years,          Months,          Days  Imprisonment in _____, the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of          Years,          Months,          Days Under supervision of the Department of Corrections according  to the terms and conditions of probabtion/community control set forth in a separate order entered herein.

DEFENDANT: DON WARNER REINHARD     CASE NUMBER: 17000545CFMA     OBTS NUMBER: 0303039938

## SPECIAL PROVISIONS

### As to Count 1 - AGGRAVATED CHILD ABUSE

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory / Minimum Provisions:**

| | |
|---|---|
| Firearm | It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| Drug Trafficking | It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes is hereby imposed for the sentence specified in this count. |
| Controlled Substance Within 1,000 Feet of School | It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| Habitual Felony Offender | The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes.  The requisite findings of the court are set forth in a separate order or stated on the record in open court. |
| Habitual Violent Felony Offender | The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes.  A minimum term of _____ must be served prior to release. The requisite findings of the court are set forth in a separte order or stated on the record in open court. |
| Law Enforcement Protection Act | It is further ordered that the defendant shall serve a minimum of _____ before release in accordance with section 775.0823, Florida Statutes. |
| Capital Offense | It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1) Florida Statutes. |
| Short-Barreled Riffle, Shotgun, Machine Gun | It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count. |
| Continuing Criminal Enterprise | It is further ordered that the 25-year minimum provisions of section 893.20, Florida Statutes , are hereby imposed for the sentence specified in this count. |

**Other Provisions:**

| | |
|---|---|
| Retention of Judication | The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983). |
| Jail Credit | X  It is further ordered that the defendant shall be allowed a total of _ 319 DAY(S)_ as credit for time incarerated before imposition of this sentence. |
| Prison Credit | It is further ordered that the defendant shall be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing. |

**Other Provisions continued:**

| | |
|---|---|
| Consecutive/Concurrent As to Other Counts | It is further ordered that the sentence imposed for this count shall run (check one) ____ consecutive to ____ concurrent with the sentence set forth in count ____ of case _____." |

REINHARD, DON WARNER

17000545CFMA

\-     It is further ordered that the defendant be allowed \_\_\_\_ days time served between date of arrest as a violator following release from prison to the date of resentencing.  The Department of Corrections shall apply **original jail time credit** and shall compute and apply credit for time served only pursuant to section 921.0017, Florida Statutes, on case/count \_\_\_\_\_.  (Offenses committed on or after January 1, 1994)

_____

Consecutive/Concurrent  **XX**  It is further ordered that the composite term of all sentences imposed for the Counts specified in this order shall run (Check one) \_\_\_ Consecutive to **XX** concurrent with the following: (Check one)

**XX** any active sentence being served.

\_\_\_\_ Specific sentences: _____

FILED

2018 JAN -4 P 12: 34

BILL KINSAUL
CLERK OF COURT

In the event the above sentence is the Department of Corrections, the Sheriff of \_\_\_**BAY**\_\_\_ County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends **PLACEMENT AT BAY C.I.** **COURT ORDERS CIVIL JUDGMENT FOR ANY MONIES OWED.**

DONE AND ORDERED in open court at _____**BAY**_____ County, Florida. This \_\_**4TH**\_\_ day of \_\_**JANUARY**_____, 20 **18** .

_Brantley S. Clark Jr_
Judge

**BRANTLEY S CLARK JR**

_Reinhard_