

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

**FILED**
JAN 3 0 2018
Anita B. Brody, Judge
By_____ Dep. Clerk
9580

### ORDER

AND NOW, this 30th day of January, 2018, after considering Cambridge Entities' request (attached) to respond to Co-Lead Counsel's Motion (ECF 8578), it is **ORDERED** that Cambridge Entities request is **DENIED** at this time. Attorney for Cambridge Entities, Martin L. Black, must first go through the proper procedure in order to respond on ECF. *See* Local R. of Civ. Pro. 83.5.2. Assuming Martin L. Black complies with the requirements for filing in this Court, any future response that he files on behalf of Cambridge Entities will be considered by this Court on the standard time frame for Motion Practice. *See* Local R. of Civ. Pro. 7.1.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on 1/30/18 to:          Copies MAILED on _____ to:

```
                  ** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED                  REMOTE CSID        DURATION    PAGES    STATUS
January 29, 2018 11:07:22 AM EST                  67          1        Received

01/29/2018 MON 12:15  FAX                                              ☒001/001
```



# MARTIN L. BLACK, ATTORNEY AT LAW
## 4909 N. MONROE STREET
## TALLAHASSEE, FLORIDA 32303
(850)354-8008-Office- (850)562-0916-fax mbmblack8@gmai.com Email

January 29, 2018

**The Honorable Anita Brody**
**U. S. District Court for Eastern District of Pennsylvania**
**7613 U. S. Courthouse**
**601 Market Street**
**Philadelphia, PA. 19106**

<u>***VIA FAX TO: 215-580-2356***</u>

Re:   Motion filed by Lead- Co Counselor Seeger on 1-26-18, Prohibiting Cambridge
      Entities…etc.

Dear Judge Brody:

     My law office represents Cambridge Entities. On Friday, January 26, 2018, Co-Lead Counsel Seeger filed a Motion and a proposed Order with the court, which would in essence, (1) prohibit Cambridge Entities from seeking repayment of advances to Class Members (2) require Cambridge Entities to make corrective disclosures (3) compel production by Cambridge Entities of documents and (4) direct Cambridge Entities to return Class Members retirement funds.

     My office was not copied with the Motion, and I only learned the complete contents of the Court filings on yesterday, Sunday, January, 28, 2018. I have spoken with my client (officers) and am herein requesting that prior to the Court acting on the pleadings filed by Attorney Seeger, *that the Court grants Cambridge Entities until Friday, February 2, 2018, to file a written response to Attorney Seeger's pleadings.*

     It is my clients' position that the filings are inaccurate and misleading to the Court, and that the Court should allow Cambridge a reasonable time to file a response.

Thank you for your consideration of my request herein.

                                                             Sincerely,

                                                             *Martin L. Black, Attorney*
                                                             Martin L. Black, Attorney

```
TIME RECEIVED              REMOTE CSID           DURATION    PAGES     STATUS
January 29, 2018 11:39:56 AM EST                 52          1         Received
01/29/2018 MON 12:47  FAX                                              ☒001/001
```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

# MARTIN L. BLACK, ATTORNEY AT LAW
## 4909 N. MONROE STREET
## TALLAHASSEE, FLORIDA 32303

(850)354-8008-Office- (850)562-0916-fax mbmblack8@gmai.com Email

January 29, 2018

**The Honorable Anita Brody**
**U. S. District Court for Eastern District of Pennsylvania**
**7613 U. S. Courthouse**
**601 Market Street**
**Philadelphia, PA. 19106**

### *VIA FAX TO: 215-580-2356*

Re:  Motion filed by Lead- Co Counselor Seeger on 1-26-18, Prohibiting Cambridge Entities…etc.

Dear Judge Brody:

My office just called me and advised me that we did receive a copy of Mr. Seeger pleadings by overnight express a moment ago, however, we will however, still need the time requested in my letter

Thank you for your consideration.

Sincerely,

*Martin L. Black, Attorney*
Martin L. Black, Attorney