UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>                              Plaintiffs,<br><br>                 v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.<br>                              Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Anita B. Brody |

**SURREPLY OF THE NATIONAL FOOTBALL LEAGUE AND
NFL PROPERTIES LLC TO THE REPLY OF PROFESSOR
<u>WILLIAM B. RUBENSTEIN TO RESPONSES TO EXPERT REPORT</u>**

On January 23, 2018, this Court issued an order granting interested parties the right to file a surreply to respond to Professor William B. Rubenstein's updates to his initial report on attorneys' fees issues (Doc. No. 9576). The National Football League and NFL Parties (the "NFL Parties") take no position at this time with respect to Professor Rubenstein's report except to state that the NFL Parties would oppose any future amended petition by Co-Lead Class Counsel that seeks fees and expenses exceeding $112.5 million.

Dated: January 30, 2018

                    Respectfully submitted,

                    */s/ Brad S. Karp*
                    PAUL, WEISS, RIFKIND, WHARTON &
                    GARRISON LLP
                    Brad S. Karp
                    Bruce Birenboim
                    Lynn B. Bayard
                    1285 Avenue of the Americas
                    New York, NY 10019-6064
                    Tel:   (212) 373-3000
                    Email: bkarp@paulweiss.com