# **CERTIFICATE OF SERVICE**

I, Brad S. Karp, hereby certify that on the 30th day of January 2018, I electronically transmitted a true and correct copy of the foregoing document, SURREPLY OF THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC TO THE REPLY OF PROFESSOR WILLIAM B. RUBENSTEIN TO RESPONSES TO EXPERT REPORT, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated: January 30, 2018        /s/ Brad S. Karp
                               Brad S. Karp