# Exhibit A

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Monetary Award Claims Report
### (As of 1/29/18)

| | Table of Contents | Page No. |
|---|---|---|
| A. | **Summary Data** | |
| 1. | Chart 1:  Claims Submitted | 2 |
| 2. | Chart 2:  Qualifying Diagnosis Alleged for Monetary Award Claims | 2 |
| 3. | Chart 3:  Qualifying Diagnosis Date | 2 |
| 4. | Chart 4:  Notices Issued on Monetary Award Claims | 2 |
| 5. | Chart 5:  Payable Claims Summary | 3 |
| 6. | Table 1:  Status of Appealed Monetary Award Claims | 3 |
| 7. | Table 2:  Reasons in Notices of Denial Issued on Monetary Award Claims | 4 |
| 8. | Chart 6:  Claim Profile of All Settlement Class Members | 4 |
| B. | **Derivative Claimants** | |
| 1. | Table 3:  Derivative Claimant Notices Issued | 5 |
| 2. | Table 4:  Notice of Derivative Claimant Award Determination Detail | 5 |
| 3. | Table 5:  Reasons in Notices of Denial of Derivative Claim | 5 |
| C. | **Payable Claim Details** | |
| 1. | Table 6:  Deductions Listed on Notices of Monetary Award | 6 |
| 2. | Table 7:  Monetary Award Payments | 7 |

© 2018
BrownGreer PLC

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Monetary Award Claims Report
### (As of 1/29/18)

**CHART 1:  CLAIMS SUBMITTED**
**(TOTAL: 2,040)**
**MONETARY AWARD CLAIMS: 1,618**
**DERIVATIVE CLAIMS: 422**



- Retired Player 1,341 (66%)
- Representative Claimant 277 (14%)
- Derivative Claimant 422 (21%)

**CHART 2:  QUALIFYING DIAGNOSIS ALLEGED FOR MONETARY AWARD CLAIMS**



| | |
|---|---|
| Death with CTE | 75 |
| ALS | 36 |
| Alzheimer's Disease | 264 |
| Parkinson's Disease | 77 |
| Level 2 | 456 |
| Level 1.5 | 604 |
| Unknown / Multiple | 106 |

**CHART 3:  QUALIFYING DIAGNOSIS DATE**



Pre-Effective Date: 1,264   Post-Effective Date: 144   Unknown: 210

Death with CTE   ALS   Alzheimer's   Parkinson's

Level 2   Level 1.5

The data in Chart 3 reflects Qualifying Diagnoses dates for which Claim Packages have been submitted.  The total number of BAP Qualifying Diagnoses and MAF exams will be greater than the number of claims.

**CHART 4: NOTICES ISSUED ON MONETARY AWARD CLAIMS***
**(TOTAL: 1,066)**



| | Payable | Denied | Closed After Audit** | Request for Additional Documents |
|---|---|---|---|---|
| | 221 | 109 | 139 | 597 |
| ☐ TOTAL | 221 | 109 | 139 | 597 |
| 🟥 Not Appealed | 182 | 88 | | |
| 🟩 Appealed | 39 | 21 | | |



\* Chart 4 provides a unique count of all Monetary Award claims that have received a notice.  Claims receiving multiple notices are counted only once in Chart 4 based on the most recent notice issued.

\*\*The results of the Audit closed these claims and directed further alternatives for these Settlement Class Members.

© 2018
BrownGreer PLC

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)



**CHART 5: PAYABLE CLAIMS SUMMARY**

|  | Monetary Awards Issued* | Funding by the NFL Parties for Final Monetary Awards | Payments Made to Retired Players and Rep. Claimants** | Payments Made to Derivative Claimants** |
|---|---|---|---|---|
| Dollars | $271,619,033 | $164,098,132 | $104,256,424 | $125,747 |
| Claims | 221 | 128 | 101 | 9 |

\* This figure reflects the Monetary Award totals prior to any application of holdbacks for potential Derivative Claimants, common benefit fees, liens and determinations on appeals.

\*\* The difference between the dollars funded by the NFL and the dollars paid out to Settlement Class Members ("SCMs") represents amounts withheld for Potential Derivative Claimant Awards, common benefit fees and liens and could still be paid to the SCM.

| TABLE 1 | STATUS OF APPEALED MONETARY AWARD CLAIMS | | | |
|---|---|---|---|---|
|  | Status*** | SCM Appeals | NFL Appeals | Total |
| A. | Payable Claims | 7 | 32 | 39 |
| 1. | Appeal Filed and Awaiting Fee Payment or Filed Appeal Notice | 0 | 0 | 0 |
| 2. | Appeal Alert Issued - No Response Yet | 4 | 13 | 17 |
| 3. | Appellee Opposition Memo Received | 0 | 11 | 11 |
| 4. | With Special Masters for Decision | 1 | 0 | 1 |
| 5. | Result Upheld on Appeal | 2 | 6 | 8 |
| 6. | Result Overturned on Appeal | 0 | 2 | 2 |
| B. | Denied Claims | 21 | 0 | 21 |
| 1. | Appeal Filed and Awaiting Fee Payment or Filed Appeal Notice | 0 | 0 | 0 |
| 2. | Appeal Alert Issued - No Response Yet | 8 | 0 | 8 |
| 3. | Appellee Opposition Memo Received | 4 | 0 | 4 |
| 4. | With Special Masters for Decision | 1 | 0 | 1 |
| 5. | Result Upheld on Appeal | 8 | 0 | 8 |
| 6. | Result Overturned on Appeal | 0 | 0 | 0 |
| C. | TOTAL APPEALS | 28 | 32 | 60 |

\*\*\* Co-Lead Class Counsel has filed statements in 10 of the Appeals listed in Table 1. These Appeals are distributed across multiple statuses in the Appeals Process.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## TABLE 2 — REASONS IN NOTICES OF DENIAL ISSUED ON MONETARY AWARD CLAIMS

| | Reason | Notices* | Appeals |
|---|---|---|---|
| 1. | **Death with CTE Claims** | **5** | **2** |
| | (a) Death occurred after Final Approval | 2 | |
| | (b) Death occurred before 7/7/14 but QD was after Final Approval | 1 | |
| | (c) Death Betw. 7/7/14 & 4/22/15; QD > 270 Days from Death | 1 | |
| | (e) Appeals Advisory Panel Denial - Inappropriate Physician | 1 | |
| | (f) Appeals Advisory Panel Denial - Qualifying Diagnosis | 1 | |
| 2. | **ALS Claims** | **0** | **0** |
| 3. | **Alzheimer's Disease Claims** | **33** | **11** |
| | (a) Appeals Advisory Panel Denial - Inappropriate Physician | 6 | |
| | (b) Appeals Advisory Panel Denial - Qualifying Diagnosis | 30 | |
| | (c) Disqualified Physician | 1 | |
| 4. | **Parkinson's Disease Claims** | **3** | **0** |
| | (a) Appeals Advisory Panel Denial - Inappropriate Physician | 3 | |
| | (b) Appeals Advisory Panel Denial - Qualifying Diagnosis | 2 | |
| 5. | **Level 2 Claims** | **33** | **4** |
| | (a) Appeals Advisory Panel Denial - Inappropriate Physician | 6 | |
| | (b) Appeals Advisory Panel Denial - Qualifying Diagnosis | 13 | |
| | (c) Disqualified Physician | 17 | |
| 6. | **Level 1.5 Claims** | **32** | **4** |
| | (a) Appeals Advisory Panel Denial - Inappropriate Physician | 0 | |
| | (b) Appeals Advisory Panel Denial - Qualifying Diagnosis | 21 | |
| | (c) Disqualified Physician | 11 | |
| 7. | **Unconfirmed QD - Complete Claim Package Not Provided** | **3** | **0** |
| 8. | **TOTALS** | **109** | **21** |

*Claims receiving a Denial Notice with multiple Denial Reasons will be counted once for each reason in the sub rows of Table 2



CHART 6: CLAIM PROFILE OF ALL SETTLEMENT CLASS MEMBERS

REPRESENTATION STATUS — Represented: 1,417; Pro se: 623
FILING METHOD — Portal: 1,847; Hard Copy: 193

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*

No. 2:12-md-02323 (E.D. Pa.)

| TABLE 3 | DERIVATIVE CLAIMANT NOTICES ISSUED | |
|---|---|---|
| | **Notice Type** | **Total Notices** |
| **1.** | Notice of Derivative Claim Package Submission Deadline | 108 |
| **2.** | Derivative Claim Package Receipt Notice | 417 |
| **3.** | Notice of Denial of Derivative Claim | 2 |
| **4.** | Derivative Claimant Incompleteness Notice | 0 |
| **5.** | Derivative Claimant Challenge Determination Notice | 24 |
| **6.** | Notice of Derivative Claimant Award Determination | 32 |
| **7.** | **TOTAL** | **583** |

| TABLE 4 | NOTICE OF DERIVATIVE CLAIMANT AWARD DETERMINATION DETAIL | | |
|---|---|---|---|
| | **Type** | **Number** | **Amount** |
| **1.** | Full Award (one Derivative Claimant takes all) | 11 | $225,099 |
| **2.** | Equal Allocation (by Claims Administrator to multiple Derivative | 21 | $122,128 |
| | (a) Pending | 2 | $40,000 |
| | (b) Final | 19 | $82,128 |
| **3.** | Post-Allocation Objection (state law allocation by Claims Administrator | 0 | $0 |
| | (a) Pending | 0 | $0 |
| | (b) Final | 0 | $0 |
| **4.** | Post-Appeal (by Special Master to multiple Derivative Claimants) | 0 | $0 |
| | (a) Pending | 0 | $0 |
| | (b) Final | 0 | $0 |
| **5.** | Court Determination | 0 | $0 |
| **6.** | **TOTALS** | **32** | **$347,227** |

| TABLE 5 | REASONS IN NOTICES OF DENIAL OF DERIVATIVE CLAIM | |
|---|---|---|
| | **Reason** | **Notices** |
| **1.** | Duplicate | 0 |
| | (a) Of Pending Claim | 0 |
| | (b) Of Previously-Paid Claim | 0 |
| | (c) Of Previously-Denied Claim | 0 |
| **2.** | No Timely or Proper Registration | 0 |
| | (a) By Retired NFL Football Player | 0 |
| | (b) By Derivative Claimant | 0 |
| **3.** | Retired NFL Football Player is Opt Out | 0 |
| **4.** | Untimely Derivative Claim Package | 0 |
| **5.** | Deceased Derivative Claimant | 2 |
| **6.** | Retired NFL Football Player Claim Denied | 0 |
| **7.** | **TOTAL** | **2** |

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

| TABLE 6 | DEDUCTIONS LISTED ON NOTICES OF MONETARY AWARD | | |
|---|---|---|---|
| | **Deductions by Confirmed Qualifying Diagnosis** | **Number** | **Amount** |
| 1. | Grid Amount | 221 | $331,036,333 |
| | (a) Death with CTE | 56 | $93,036,667 |
| | (b) ALS | 22 | $84,100,000 |
| | (c) Alzheimer's Disease | 82 | $74,466,000 |
| | (d) Parkinson's Disease | 38 | $47,730,000 |
| | (e) Level 2.0 Neurocognitive Impairment | 9 | $16,867,333 |
| | (f) Level 1.5 Neurocognitive Impairment | 14 | $14,836,333 |
| 2. | Deductions for Offsets | 67 | $59,417,300 |
| | (a) Death with CTE | 15 | $20,338,400 |
| | (b) ALS | 5 | $13,040,000 |
| | (c) Alzheimer's Disease | 27 | $9,320,700 |
| | (d) Parkinson's Disease | 16 | $14,168,200 |
| | (e) Level 2.0 Neurocognitive Impairment | 2 | $2,100,000 |
| | (f) Level 1.5 Neurocognitive Impairment | 2 | $450,000 |
| 3. | Deductions for Derivative Claimant Awards | 108 | $1,482,963 |
| | (a) Death with CTE | 40 | $528,071 |
| | (b) ALS | 11 | $415,000 |
| | (c) Alzheimer's Disease | 32 | $306,840 |
| | (d) Parkinson's Disease | 14 | $101,079 |
| | (e) Level 2.0 Neurocognitive Impairment | 3 | $47,173 |
| | (f) Level 1.5 Neurocognitive Impairment | 8 | $84,800 |
| 4. | Withholding for Common Benefit Fees | 221 | $13,551,804 |
| | (a) Death with CTE | 56 | $3,608,510 |
| | (b) ALS | 22 | $3,577,250 |
| | (c) Alzheimer's Disease | 82 | $3,241,923 |
| | (d) Parkinson's Disease | 38 | $1,673,036 |
| | (e) Level 2.0 Neurocognitive Impairment | 9 | $736,008 |
| | (f) Level 1.5 Neurocognitive Impairment | 14 | $715,077 |
| 5. | Withholding for Liens | 110 | $55,023,641 |
| | (a) Death with CTE | 18 | $11,205,890 |
| | (b) ALS | 15 | $21,662,830 |
| | (c) Alzheimer's Disease | 43 | $10,371,194 |
| | (d) Parkinson's Disease | 19 | $4,961,130 |
| | (e) Level 2.0 Neurocognitive Impairment | 7 | $4,399,480 |
| | (f) Level 1.5 Neurocognitive Impairment | 8 | $2,423,118 |

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

| TABLE 7 | MONETARY AWARD PAYMENTS | | |
|---|---|---|---|
| | **Status by Confirmed Qualifying Diagnosis** | **Number** | **Amount** |
| 1. | Notice of Monetary Award | 221 | $271,619,033 |
| | (a) Death with CTE | 56 | $72,698,267 |
| | (b) ALS | 22 | $71,060,000 |
| | (c) Alzheimer's Disease | 82 | $65,145,300 |
| | (d) Parkinson's Disease | 38 | $33,561,800 |
| | (e) Level 2.0 Neurocognitive Impairment | 9 | $14,767,333 |
| | (f) Level 1.5 Neurocognitive Impairment | 14 | $14,386,333 |
| 2. | Paid Claims | 110 | $104,382,171 |
| | (a) Death with CTE | 40 | $45,865,929 |
| | (b) ALS | 15 | $38,496,652 |
| | (c) Alzheimer's Disease | 27 | $11,945,217 |
| | (d) Parkinson's Disease | 15 | $4,935,899 |
| | (e) Level 2.0 Neurocognitive Impairment | 1 | $1,503,525 |
| | (f) Level 1.5 Neurocognitive Impairment | 3 | $1,509,203 |
| | (g) Derivative Claimants | 9 | $125,747 |
| 3. | Payment in Progress (Claims Currently in the Funding/Disbursement Process) | 60 | $62,828,000 |
| | (a) Death with CTE | 12 | $16,034,000 |
| | (b) ALS | 4 | $9,810,000 |
| | (c) Alzheimer's Disease | 29 | $18,706,400 |
| | (d) Parkinson's Disease | 13 | $16,094,267 |
| | (e) Level 2.0 Neurocognitive Impairment | 1 | $1,050,000 |
| | (f) Level 1.5 Neurocognitive Impairment | 1 | $1,133,333 |
| 4. | Ready to be Included on the Next Monthly Funding/Disbursement List (10th of every month) | 10 | $13,409,133 |
| | (a) Death with CTE | 2 | $298,000 |
| | (b) ALS | 2 | $8,200,000 |
| | (c) Alzheimer's Disease | 2 | $1,440,000 |
| | (d) Parkinson's Disease | 4 | $3,471,133 |
| | (e) Level 2.0 Neurocognitive Impairment | 0 | $0 |
| | (f) Level 1.5 Neurocognitive Impairment | 0 | $0 |
| 5. | Not Ready to be Included on the Next Monthly Funding/Disbursement List (appeal option still available to SCM, Class Counsel, and/or NFL Parties; hold in place) | 50 | $91,125,476 |
| | (a) Death with CTE | 2 | $10,500,338 |
| | (b) ALS | 1 | $14,553,348 |
| | (c) Alzheimer's Disease | 24 | $33,053,683 |
| | (d) Parkinson's Disease | 6 | $9,060,501 |
| | (e) Level 2.0 Neurocognitive Impairment | 7 | $12,213,808 |
| | (f) Level 1.5 Neurocognitive Impairment | 10 | $11,743,797 |