UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL OPT-OUT ACTIONS | Hon. Anita B. Brody |

**[PROPOSED] ORDER**

WHEREAS, this Court issued Orders on July 18, 2017, September 20, 2017, and December 14, 2017 setting forth the page limits applicable to the NFL Parties' motion to dismiss the Second Amended Master Administrative Long-Form Complaint ("Second Amended Complaint") on preemption grounds and motion to dismiss the Second Amended Complaint on any other 12(b) grounds, the opposition briefs to the NFL Parties' motions to dismiss, and the NFL Parties' reply briefs in further support of their motions to dismiss;

WHEREAS, on September 25, 2017, the NFL Parties filed their motions to dismiss the Second Amended Complaint;

WHEREAS, this Court issued an Order on November 2, 2017 granting the Seau Family a page limit extension allowing them twenty pages for each of their briefs in opposition to the NFL Parties' motions to dismiss;

WHEREAS, on December 8, 2017 the following briefs in opposition to the NFL Parties' September 25, 2017 motions to dismiss were filed: (i) Lead Counsel for the Opt-Out Plaintiffs' Opposition to the NFL Parties' Motion to Dismiss on Preemption Grounds; (ii) Lead Counsel for the Opt-Out Plaintiffs' Opposition to Defendants' Motion to Dismiss for Failure to State a

Claim; (iii) the Seau Family's Opposition to the NFL Parties' Motion to Dismiss on Preemption Grounds; (iv) the Seau Family's Opposition to the NFL Parties' Motion to Dismiss for Failure to State a Claim; and (v) Ted Johnson's Supplementary Opposition to Defendants' 12(b)(6) Motions.

It is **ORDERED** that:

(i)   The NFL Parties are granted an additional fifteen (15) pages to be allocated between their two reply briefs (in support of their motion to dismiss on preemption grounds and their motion to dismiss for failure to state a claim, respectively), so that those two reply briefs shall not exceed seventy-five (75) pages in total.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on \_\_\_\_\_ to:

Copies **MAILED** on \_\_\_\_ to:

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 1st day of February, 2018, upon all counsel of record.

Dated:  February 1, 2018         /s/ Bruce Birenboim
                                  Bruce Birenboim