# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 - AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| This document relates to the Motion to Strike the Short-Form Complaints and Motions to Remand Asserting Claims for the First Time Against the Riddell Defendants. | |

## RESPONSE OF CERTAIN PLAINTIFFS TO RIDDELL DEFENDANTS' MOTION TO STRIKE SHORT-FORM COMPLAINTS AND MOTIONS TO REMAND

Certain Plaintiffs, by and through their attorney, Ron A. Cohen, and for their Response to the Riddell Defendants' the Motion to Strike their Short-Form Complaints and Motions to Remand, state as follows:

1. The Riddell Defendants have moved to strike seventy-five (75) Short-Form Complaint and Motions to Remand filed on behalf of these certain Plaintiffs.

2. Each of these certain Plaintiffs are retired, former players in the National Football League and are members of the class that reached a class action settlement with the National Football League, and others, that was approved on May 8, 2015.

3. Each of these certain Plaintiffs used Riddell helmets during their careers and have remaining claims against the Riddell Defendants.

4. Under the terms of the settlement approved on May 8, 2015, the Riddell Defendants were not released parties and any claims against the Riddell Defendants were excluded from that settlement.

1

5. On October 12, 2017, this Court granted Plaintiffs' Motion for Leave to File Second Amended Master Administrative Long-Form Complaint ("SAMAC") against the Riddell Defendants.

6. Thereafter, on October 24, 2017, this Court entered an order (Document 8472) requiring Plaintiffs to file the SAMAC-Riddell on or before November 13, 2017.

7. In addition, the October 24, 2017 order provided that individual Plaintiffs that wish to proceed with their claims against any of the Riddell Defendants were to file an individual Short Form Complaint ("SFC") on or before December 4, 2017.

8. In an attempt to comply with the October 24, 2017 order, on or before December 4, 2017 each of these certain Plaintiffs filed individual SFCs against the Riddell Defendants.

9. The Riddell Defendants now move to strike these certain Plaintiffs' SFCs claiming that this Court's October 24, 2017 order "pertained to existing plaintiffs only" and therefore seeks to preclude all other class members.

10. The Riddell Defendants do not dispute that each of these certain Plaintiffs are members of the overall plaintiff class that reached a settlement with the National Football League and others in this concussion injury litigation. The Riddell Defendants also acknowledge that more than half of these certain Plaintiffs previously filed actions against the NFL.

11. However, based on Riddell Defendants' limited and narrow interpretation of the October 24, 2017 order; unless each of these certain Plaintiffs had previously and specifically filed a claim against the Riddell Defendants (such as by checking a box on an earlier claim/complaint form), then their individual SFC filed on or before December 4, 2017, according to Riddell defendants, should be dismissed.

12. The language of the October 24, 2017 order is not as limiting nor as narrow as the Riddell Defendants suggest.

13. The individual SFCs were timely filed on behalf of each of these certain Plaintiffs in order to comply with the deadlines contained in this Court's October 24, 2017 order, to insure that they were included among the group of plaintiffs who alleged claims against the Riddell Defendants, and to preserve their rights to pursue their claims against the Riddell Defendants.

14. The Riddell Defendants' Motion to Strike the SFCs of these certain Plaintiffs filed on or before December 4, 2017 pursuant to this Court's October 24, 2017 order should be denied.

15. The Riddell Defendants have also moved to strike the Motions to Remand that were filed on behalf of these certain Plaintiffs in conjunction with their SFC.

16. These certain Plaintiffs hereby withdraw the Motion to Remand filed on their behalf on or about December 4, 2017.

17. Therefore, the Riddell Defendants' Motion to Strike these certain Plaintiffs' Motions to Remand should be denied as moot.

Wherefore, certain Plaintiffs, respectfully request that this Court deny the Riddell Defendants' Motion to Strike their Short-Form Complaints and Motions to Remand as moot, and for all further relief as this Court deems appropriate.

Dated: February 2, 2018                              Respectfully submitted,

  /s/ Ron A. Cohen
_____

Ron A. Cohen
33 N. Dearborn Street
Suite 1500
Chicago, IL  60602
Telephone: (312) 346-1145
rac@kusperraucci.com

Attorney for Certain Plaintiffs

4