# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 - AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| This document relates to the Motion to Strike the Short-Form Complaints and Motions to Remand Asserting Claims for the First Time Against the Riddell Defendants. | |

## CEERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018, I caused a true and correct copy of the foregoing document, Response of Certain Plaintiffs to Riddell Defendants' Motion To Strike Short-Form Complaints and Motions to Remand, to be filed via CM/ECF system, in the United States District Court, Eastern District of Pennsylvania, on all parties registered in this litigation.

Dated: February 2, 2018                              Respectfully submitted,

  /s/ Ron A. Cohen
_____
Ron A. Cohen
33 N. Dearborn Street
Suite 1500
Chicago, IL  60602
Telephone: (312) 346-1145
rac@kusperraucci.com

Attorney for Certain Plaintiffs

1