# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) ) ) | **MDL No. 2323** |
| This relates to: | ) ) | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | ) ) ) | |
| **This document relates to:** | ) ) | |
| **JOEL WILLIAMS and CAROLYN WILLIAMS,** Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-01032-AB | ) ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying

*Petition to Establish Attorney's Lien,* which were filed with the Court on this same

date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of

Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C., specifically including

Michael L. McGlamry, N. Kirkland Pope, and Jay F. Hirsch as counsel for

Plaintiffs Joel Williams and Carolyn Williams in this MDL proceeding.

Dated: February 9, 2018

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA  30326

Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | )<br>)  **MDL No. 2323**<br>)<br>)<br>) |
| This relates to: | )  **NOTICE OF WITHDRAWAL OF**<br>)  **APPEARANCE** |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | )<br>)<br>) |
| **This document relates to:** | )<br>) |
| **JOEL WILLIAMS and CAROLYN WILLIAMS,** Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-01032-AB | )<br>)<br>) |

I hereby certify that, on February 9, 2018, I caused a true and correct copy of

the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via

CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA  30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com