# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> Art Monk, et al. <br> v. National Football League et al. <br> No. 2:12-cv-03533-AB <br><br> **As to Plaintiffs ERIC CURRY and WILATREAL CURRY** | **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

PLEASE TAKE NOTICE that Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby enter their appearance as attorneys of record for Plaintiffs **ERIC CURRY and WILATREAL CURRY** in the above-referenced case.

Dated: February 13, 2018

                                            Respectfully submitted,

                                            GOLDBERG, PERSY & WHITE, P.C.

                                            By: s/ *Jason E. Luckasevic*
                                            Jason E. Luckasevic, Esquire
                                            (PA Bar No. 85557)
                                            11 Stanwix Street, Suite 1800
                                            Pittsburgh, PA 15222
                                            Telephone: (412) 471-3980
                                            Facsimile: (412) 471-8308
                                            *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2018 the foregoing Notice of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*