# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Rashad Bauman, et al. <br> v. National Football League et al. <br> No. 2:12-cv-04576-AB <br><br><br> **As to Plaintiffs DAVID WILLIAMS and LAURIE A. WILLIAMS Only** | NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

   PLEASE TAKE NOTICE that Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby enter their appearance as attorneys of record for Plaintiffs **DAVID WILLIAMS and LAURIE A. WILLIAMS** in the above-referenced case.

Dated: February 13, 2018

                                      Respectfully submitted,

                                      GOLDBERG, PERSY & WHITE, P.C.

                                      By: s/ *Jason E. Luckasevic* <br>
                                      Jason E. Luckasevic, Esquire <br>
                                      (PA Bar No. 85557) <br>
                                      11 Stanwix Street, Suite 1800 <br>
                                      Pittsburgh, PA  15222 <br>
                                      Telephone:  (412) 471-3980 <br>
                                      Facsimile: (412) 471-8308 <br>
                                      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018 the foregoing Notice of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*