IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br> No. 2:12-md-2323-AB |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* | **Hon. Anita B. Brody** |
| Plaintiffs, <br> v. <br> National Football League, et al., <br> Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | |

## **DECLARATION OF THOMAS V. GIRARDI IN SUPPORT OF PLAINTIFFS' SHORT FORM COMPLAINTS**

1. I am an attorney at law duly authorized to practice before all the courts of this state, and am a member of the law firm of Girardi|Keese, attorneys of record for Plaintiffs here. I have personal knowledge of the facts as set forth herein and could testify competently thereto if called upon as a witness. I make this declaration in support of Plaintiffs' late filed short form complaints.

2. On February 12, 2018, it came to my attention that 110 of the 118 short form complaints against Riddell we filed were only filed on the individual docket, and not on the MDL docket as required by this Court's order.

3. This mistake was inadvertently made.

4. Upon realizing the oversight, my staff re-filed 110 complaints in the MDL docket.

5. As of the filing of this declaration all of the 118 short form complaints against Riddell have been filed on the MDL and individual dockets.

6. All short form complaints were timely filed in the individual docket except for three.

7. Three short form complaints were filed in December 5, 2017. Those three are: William Glass, William Hayhoe II, and Edward Martin Jr. These complaints were originally filed by Locke Firm in 2012. As a result, Girardi Keese did not have a short form complaint on file for these three individuals. Upon cross-checking the MDL filings short form complaints were located. Upon finding the original short form complaints, new short form complaints were then filed to comply with this Court's order.

8. Defendant Riddell has suffered no prejudice by this delay since the original complaints were filed in approximately 2012 and indicated a cause of action against Defendant Riddell. In order to comply with this Court's 2017 order new short form complaints were again filed. All but three were timely filed, and the remaining three were filed one day late, December 5, 2017. There is no prejudice to Riddell based upon the original 2012 filing for all 118 short form complaints against Riddell.

9. To determine that these complaints were not timely filed due to these clerical oversights would result in substantial prejudice the Plaintiffs who made every attempt to comply with this Court's order.

10. Attached hereto as **Exhibit 1** is a list of the affected short form complaints and the date on which they were filed on the individual docket.

11. All of the 110 short form complaints were then refiled on the MDL docket on February 12, 2018, the day Plaintiffs' counsel learned of this error.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February, 2018 in Los Angeles, California.

s/Thomas V. Girardi
THOMAS V. GIRARDI

# EXHIBIT 1

| # | Orginal File Date | LastName | FirstName | Spouse |
|---|---|---|---|---|
| 1 | 12/4/2017 | Alford | Michael | Patsy Alford |
| 2 | 11/27/2017 | Anderson Sr. | Roger | n/a |
| 3 | 11/28/2017 | Barnes | Lawrence | n/a |
| 4 | 11/22/2017 | Bates | Michael | n/a |
| 5 | 11/22/2017 | Beauchamp | Joseph | n/a |
| 6 | 11/27/2017 | Bell | Edward | n/a |
| 7 | 11/22/2017 | Booth | Brad | n/a |
| 8 | 12/4/2017 | Bowden | James W. | n/a |
| 9 | 11/22/2017 | Brewer | Dewell | n/a |
| 10 | 11/28/2017 | Brown | Booker | Jacqueline Brown |
| 11 | 11/28/2017 | Brown | Fred | Dina Brown |
| 12 | 11/28/2017 | Brown | Joseph | Jean Brown |
| 13 | 11/28/2017 | Buchanan | Junious | Georgia Buchanan |
| 14 | 11/28/2017 | Bukich | Rudolph | Patricia Bukich |
| 15 | 11/28/2017 | Byers | Norman | Stephanie Byers |
| 16 | 11/22/2017 | Cadigan | David | n/a |
| 17 | 11/28/2017 | Cesare | William | Lisa Becker Cesare |
| 18 | 12/4/2017 | Christenson | Brandon | n/a |
| 19 | 11/22/2017 | Collins | James | n/a |
| 20 | 11/28/2017 | Cook | Toi | Kristine Cook |
| 21 | 11/28/2017 | Cotney | Mark | Carol Cotney |
| 22 | 11/28/2017 | Cotton | Craig | n/a |
| 23 | 11/22/2017 | Crane | Darryl | n/a |
| 24 | 11/22/2017 | Cunningham | Sam | n/a |
| 25 | 12/4/2017 | Curtis | Anthony | n/a |
| 26 | 11/27/2017 | Davis | Ronald | n/a |
| 27 | 11/28/2017 | Dennis | Michael | Toni Dennis |
| 28 | 11/28/2017 | Dickinson | Parnell | Ernestine Dickinson |
| 29 | 11/22/2017 | Dirden | Johnnie | n/a |
| 30 | 11/22/2017 | Douglas | Hugh | n/a |
| 31 | 11/22/2017 | Droughns III | Reuben | n/a |
| 32 | 11/22/2017 | Dudley | Brian | n/a |
| 33 | 11/27/2017 | Duncan | Leslie Herbert "Speedy" | n/a |
| 34 | 11/27/2017 | Duren | Clarence | n/a |
| 35 | 11/28/2017 | Faison | Earle | n/a |
| 36 | 12/4/2017 | Farmer, II | Robert | n/a |
| 37 | 12/4/2017 | Farris | John | n/a |
| 38 | 11/27/2017 | Faryniarz | Brett | n/a |
| 39 | 11/22/2017 | Favorite | Marlon | n/a |
| 40 | 11/28/2017 | Feasel | Grant | Cyndy Feasel |
| 41 | 11/27/2017 | Ferragamo | Vince | n/a |
| 42 | 12/4/2017 | FitzSimmons | Casey | n/a |
| 43 | 11/22/2017 | Gagliano | Bob | n/a |

| | | | | |
|---|---|---|---|---|
| 44 | 11/27/2017 | Galigher | Edward | n/a |
| 45 | 11/28/2017 | Garrett | Alvin | n/a |
| 46 | 11/27/2017 | Germany | Willie | n/a |
| 47 | 12/4/2017 | Gibson | Reuben | n/a |
| 48 | 11/22/2017 | Gilmore | John | n/a |
| 49 | 11/27/2017 | Ginn | Hubert | n/a |
| 50 | 11/22/2017 | Gissinger | Andrew | n/a |
| 51 | 12/5/2017 | Glass | William | Mavis Glass |
| 52 | 11/22/2017 | Grant | Wilfred | n/a |
| 53 | 12/4/2017 | Guglielmi | Ralph | Linda Guglielmi |
| 54 | 11/28/2017 | Harrison | Bob | Barbara Harrison |
| 55 | 12/5/2017 | Hayhoe II | William | Deborah Hayhoe |
| 56 | 12/4/2017 | Hebert | Kyries | n/a |
| 57 | 11/28/2017 | Hudson | James | Lise Hudson |
| 58 | 11/28/2017 | Jackson | John | Ann Frances Jackson |
| 59 | 11/28/2017 | Jameson, Jr. | Michael | n/a |
| 60 | 11/22/2017 | Jaqua | Jon | n/a |
| 61 | 11/28/2017 | Johnson | Cecil | Octavia Little |
| 62 | 11/27/2017 | Johnson | Reginald | n/a |
| 63 | 11/22/2017 | Jones | Myron | n/a |
| 64 | 11/27/2017 | Kadish | Michael | n/a |
| 65 | 11/27/2017 | Kapp | Joe | n/a |
| 66 | 11/28/2017 | Lens | Gregory | Carolyn Lens |
| 67 | 11/28/2017 | Lowe | Paul | n/a |
| 68 | 12/4/2017 | Mahalic | Drew | n/a |
| 69 | 12/4/2017 | Mallory | Larry | n/a |
| 70 | 12/5/2017 | Martin Jr. | Edward R. | Michelke Patricia Gittens-Martin |
| 71 | 11/27/2017 | McCorvey | Kezarrick | n/a |
| 72 | 11/27/2017 | McKinley | Dennis | n/a |
| 73 | 12/4/2017 | Mickens | Ray | n/a |
| 74 | 12/4/2017 | Milks | John | n/a |
| 75 | 12/4/2017 | Mitchel | Eric | n/a |
| 76 | 11/27/2017 | Morton | Johnnie | n/a |
| 77 | 11/27/2017 | Myers | Thomas | n/a |
| 78 | 11/28/2017 | Norman | Pettis | Ivette Norman |
| 79 | 11/28/2017 | Osborne Jr. | Charles | Kathleen Bajgrowicz, Admin for Estate of Charles Osborne |
| 80 | 12/4/2017 | Overton | Jerry | n/a |
| 81 | 11/27/2017 | Peterson | Jim | n/a |
| 82 | 11/27/2017 | Petitti | Robert | n/a |
| 83 | 11/27/2017 | Petrich | Robert | n/a |
| 84 | 11/27/2017 | Phillips | Charles | n/a |
| 85 | 11/27/2017 | Pittman | Michael | n/a |
| 86 | 12/4/2017 | President | Andre | n/a |
| 87 | 11/28/2017 | Rademacher | William | n/a |
| 88 | 11/27/2017 | Ragsdale | George | n/a |

| # | Date | Last Name | First Name | Representative |
|---|---|---|---|---|
| 89 | 11/27/2017 | Reece | Daniel | Kimberly Reece |
| 90 | 12/4/2017 | Richards | David | n/a |
| 91 | 12/4/2017 | Robertson | Isiah | n/a |
| 92 | 12/4/2017 | Sampson | Ralph | Kathy Sampson |
| 93 | 12/4/2017 | Severson | Jeff | n/a |
| 94 | 12/4/2017 | Smith | Donnell | n/a |
| 95 | 11/27/2017 | Smith | Marvin | n/a |
| 96 | 11/27/2017 | Smith | Terrelle | n/a |
| 97 | 11/28/2017 | Solomon | Jesse | n/a |
| 98 | 11/27/2017 | Stalls | Dave | n/a |
| 99 | 11/27/2017 | Stokes | Timothy | n/a |
| 100 | 11/28/2017 | Wallace | Barron Steve | n/a |
| 101 | 11/27/2017 | Washington | James | n/a |
| 102 | 11/28/2017 | Wenzel | Ralph | Dr. Eleanor Perfetto |
| 103 | 11/28/2017 | Westmoreland | Richard | n/a |
| 104 | 11/27/2017 | Whitmyer | Nathaniel | n/a |
| 105 | 11/27/2017 | Wilks | Jimmy | n/a |
| 106 | 11/27/2017 | Williams | Eric | n/a |
| 107 | 12/4/2017 | Williams | Kyle | Kimberly Williams |
| 108 | 12/4/2017 | Williams | Mikell | n/a |
| 109 | 11/27/2017 | Williams | Roydell | n/a |
| 110 | 12/4/2017 | Williams | Walter | n/a |

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record on this 13th day of February 2018.

/s/ Thomas V. Girardi
GIRARDI | KEESE