# EXHIBIT "A"

**EXHIBIT A**
**MOTION TO REMAND**

| Name |
| --- |
| Michael Alford |
| Roger Anderson, Sr. |
| Lawrence Barnes |
| Michael Bates |
| Joseph Beauchamp |
| Edward Bell |
| Brad Booth |
| James W. Bowden |
| John Brandes |
| Dewell Brewer |
| Booker Brown |
| Fred Brown |
| Joseph Brown |
| Junious Buchanan |
| Rudolph Bukich |
| Norman Byers |
| David Cadigan |
| William Cesare |
| Brandon Christenson |
| James Collins |
| Toi Cook |
| Mark Cotney |
| Craig Cotton |
| Darryl Crane |
| Sam Cunningham |
| Anthony Curtis |
| Ronald Davis |
| Michael Dennis |
| Parnell Dickinson |
| Johnnie Dirden |
| Hugh Douglas |
| Reuben Droughns, III |
| Brian Dudley |
| Leslie Herbert Duncan |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| Clarence Duren |
| Earle Faison |
| Robert Farmer, II |
| John Farris |
| Brett Faryniarz |
| Marlon Favorite |
| Grant Feasel |
| Vince Ferragamo |
| Casey FitzSimmons |
| Bob Gagliano |
| Edward Galigher |
| Alvin Garrett |
| Willie Germany |
| Reuben Gibson |
| John Gilmore |
| Hubert Ginn |
| Andrew Gissinger |
| William Glass |
| Wilfred Grant |
| Ralph Guglielmi |
| Bob Harrison |
| William Hayhoe II |
| Kyries Hebert |
| James Hudson |
| John Jackson |
| Stephen F. Jackson |
| Micheal Jameson Jr. |
| Jon Jaqua |
| Cecil Johnson |
| Reginald Johnson |
| Myron Jones |
| Michael Kadish |
| Joe Kapp |
| Gregory Lens |
| Paul Lowe |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| Drew Mahalic |
| Larry Mallory |
| Edward R.  Martin, Jr. |
| Kezarrick McCorvey |
| Dennis McKinley |
| Ray Mickens |
| John Milks |
| Eric Mitchel |
| Johnnie Morton |
| Thomas Myers |
| Cameron Newton |
| Pettis Norman |
| Charles Osborne, Jr. |
| Jerry Overton |
| Jim Peterson |
| Robert Petitti |
| Robert Petrich |
| Charles Phillips |
| Michael Pittman |
| Andre President |
| William Rademacher |
| George Ragsdale |
| Roger Reynolds |
| David Richards |
| Isiah Robertson |
| Ralph Sampson |
| Benjamin Scotti |
| Jeff Severson |
| Donnell Smith |
| Marvin Smith |
| Ronnie Smith |
| Terrelle Smith |
| Jesse Solomon |
| Dave Stalls |
| Timothy Stokes |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| Ronald Svarc |
| James Washington |
| Ralph Wentzel |
| Richard Westmoreland |
| A.D. Whitfield, Jr. |
| Nathaniel Whitmyer |
| Jimmy Wilks |
| Eric Williams |
| Kyle Williams |
| Mikell Williams |
| Roydell Williams |
| Walter Williams |
| Vince Albritton |
| Rufus Alexander |
| Brian W. Alford |
| James D. Allen |
| Fred L. Anderson |
| Charles R. Anthony |
| Joseph P. Aska Jr. |
| Steve Baack |
| Elmer F. Bailey |
| Jeffrey S. Baker |
| Michael R. Baldassin |
| Michael K. Bankston Sr. |
| Fred L. Barnett |
| Rashad Bauman |
| John Beasley |
| Aubrey Beavers |
| Rogers Beckett |
| Mitchell Benson |
| Jeffrey L. Blackshear |
| Phillip Bobo |
| Tony Bouie |
| Marc Boutte |
| Charles Bowser |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| William C. Bradley |
| Sean Brewer |
| Carlton Brewster |
| Kevin Brooks |
| Clifford Brown |
| Jonathan Brown |
| Robert Lee Brown |
| Terry Brown |
| Robert P. Brunet |
| Maurice Bryant |
| Courtland Bullard Jr. |
| Jeffrey L. Burris |
| Jerametrius Butler, Sr. |
| Keith Biggers |
| Christopher J. Brewer |
| Thomas J. Bailey Jr. |
| Walter N. Bowyer Jr |
| Sean L. Boyd |
| John A. Burch III |
| Christopher Calloway |
| Brian D. Cabral |
| Joseph Campbell Jr. |
| Ahmad R. Carroll |
| Jonathan T. Carter |
| Michael D. Carter |
| Shante Carver |
| Lindsey Chapman |
| Raymond T. Chester |
| Darryl Clack |
| Jamal Clark |
| Duane Clemons |
| Jonathan Clinkscale |
| Lincoln C. Coleman Jr. |
| Anthony A. Collins |
| Ron Collins |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| Darren Comeaux |
| Fred H. Cook III |
| Obadiah Cooper |
| Horace Copeland |
| Frank E. Cornish III |
| Tony Covington |
| Aaron Cox |
| Claude Crabb |
| Eric Crabtree |
| James Cribbs |
| Corey V. Croom |
| Cleveland Crosby |
| Harry M. Crump |
| Robert J. Cryder |
| Julian Douglas Cunningham |
| Patrick Cunningham |
| Eric F. Curry |
| George J. Curry Jr. |
| Antico Dalton |
| Timothy Daniel |
| Matt Darby |
| Ennis R. Davis II |
| Lorenzo Davis |
| Michael R. Davis |
| Oliver Davis |
| Troy Davis |
| Vernon W. Dean |
| Joe DeLamielleure |
| Ronald L. Dickerson Jr |
| Adrian Dingle |
| Santana Dotson |
| Anthony D. Dorsett |
| Rome Douglas |
| London Dunlap |
| Mark S. Duper |

**EXHIBIT A**
**MOTION TO REMAND**

| |
|---|
| Billy Joe DuPree |
| Bobby R. Duckworth |
| John Ebersole |
| Bobby J. Edmonds Jr. |
| Larry Edwards |
| Tyrone Edwards |
| Kolas D. Elion |
| James Elrod |
| Aaron Emanuel |
| Alex A. Espinoza |
| Howard Fest |
| Arnold Fields |
| Ascotti Fields |
| Rogers L. Finnie |
| Bernard Ford |
| Bradford J. Ford |
| Darryl D. Ford |
| Larry Foster |
| Donald Frank |
| Robert J. Fredrickson |
| Dominic Furio |
| Duane Galloway |
| John B. Galvin Jr. |
| Michael Gann |
| Mark Garalczyk |
| Akbar Gbajabiamila |
| David Gibson |
| Jon Giesler |
| Darrell Gill |
| George Goeddeke |
| Derrel Gofourth |
| Kerry Goode |
| William R. Graham |
| Marsharne Graves |
| Rory A. Graves |

**EXHIBIT A**
**MOTION TO REMAND**

| |
|---|
| Terry Gray |
| David L. Grayson Sr. |
| Hugh Green |
| Jeff Griffin |
| Eric Guliford |
| Isaac Hagins |
| Delton D. Hall |
| Lynell Hamilton |
| Malcolm Hamilton |
| Jermaine Hampton |
| Rodney Hampton |
| Anthony Hancock |
| William Hardison |
| Anthony Hargain |
| Elroy Harris Jr |
| Joseph A. Harris |
| Dwight Harrison |
| Wayne A. Hawkins |
| Gregory Hawthorne |
| Frederick R. Hayes |
| Thomas Hayes Jr. |
| Patrick D. Heenan |
| Othello Henderson |
| James Herndon |
| Jessie Lee Hester |
| Dallas Hickman |
| Andrew Hill |
| Darrell F. Hill II |
| J.D. Hill |
| Kahlil S. Hill |
| LonZell Hill |
| Marcus Hill |
| Richard Himes |
| Floyd Hodge |
| Joseph Holmes |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| James A. Hood |
| Bryan Hooks |
| Melvin Hoover |
| Tamburo Hopkins |
| Artis Houston |
| Keenan Howry |
| David A. Hughes III |
| David H. Humm |
| Earnest Hunter |
| Brian Ingram |
| Eddie Lee Ivery |
| Harold L. Jackson |
| Jabari Jackson |
| William C. Jaco |
| Lynn James |
| Roland James |
| George Jamison |
| John Janata |
| Damien Jeffries |
| Noel C. Jenke |
| Kenneth Jenkins |
| James C. Jensen |
| Melvin Jenkins |
| Akili Johnson |
| Marty Johnson |
| Dirk Johnson |
| Todd Johnson |
| Anthony A. Jones |
| Broderick Jones |
| Kirk Cameron Jones |
| Leroy Jones |
| Markeysia Jones |
| John Kaiser |
| Alai Kalaniuvalu |
| Larry M. Kaminski |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| Kareem Kelly |
| Wade Key |
| George S. King |
| Kelly Kirchbaum |
| David A. Kocourek |
| Steve Korte |
| Robert Kuechenberg |
| Paul Laaveg |
| Charles W. Lamson |
| Paul J. Lane Jr. |
| Edward P. Lee |
| Keith Lee |
| David Lewis |
| Ronnie Lippett |
| Louis Lipps |
| Douglas M. Long |
| Terry L. Long |
| Zechariah Lord Jr. |
| Chad Lucas |
| Michael Lush |
| David E. Lucas Jr. |
| Van Malone |
| Henry Dejhown Mandley |
| William H. Mandley |
| Leonard A. Marshall |
| James L. Marshall |
| Marvin Marshall |
| Emanuel Martin |
| Marvin Mattox |
| Ira R. Matthews III |
| Vernon Maxwell |
| B. Deems May Jr. |
| Alonzo Mayes |
| Mark McCants |
| Brent McClanahan |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| Kenneth McClendon |
| Fred McCrary |
| Anthony L. McDowell |
| Jeff McIntyre |
| Reginald McKenzie |
| Michael W. McKibben |
| David McMillan III |
| Fred McNeill |
| Bruce McNorton |
| Rodney McSwain |
| Richard Mercier |
| Danny Miller |
| Derrell Mitchell |
| Singor Mobley |
| James A. Monk |
| Alvin Moore |
| Reginald Moore |
| Stanley D. Morgan |
| Earthwind Moreland |
| Byron Morris |
| Zefross Moss |
| Leon C. Murray |
| Terna Nande |
| Steve Nelson |
| Erik Norgard |
| McDonald Oden |
| Chris Oldham |
| John L. Outlaw |
| Loren Owens |
| Marvin D. Owens |
| Morris Owens |
| Ifeanyi Ohalete |
| Franklin Oliver |
| Richard Palmer |
| Richard M. Palmer |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| Ricky D. Parker |
| Edward Payton |
| Dave Pear |
| Marion Todd Peat |
| Christopher Penn |
| Antonio Perkins |
| Peter W. Perreault |
| Charles Pharms III |
| Damon Pieri |
| John Pitts |
| Trenton D. Pollard |
| Theodore P. Popson |
| Myron Pottios |
| Roosevelt Potts |
| Gregory D. Pruitt |
| Thomas C. Randolph |
| Darrol Ray |
| Terry Ray |
| Daniel L. Reece Sr. |
| Stephen Reese |
| Johnny Rembert |
| Melvin Renfro |
| Thomas Lance Rentzel |
| Gloster Richardson |
| Michael Richardson |
| Willie Richardson |
| James E. Robbins |
| Randy Robbins |
| William H. Roberts |
| Bernard H. Robertson III |
| Kendrick D. Rogers |
| Juan A. Roque |
| Council Rudolph |
| Leonard Russell |
| Reynard Rutherford |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| Tyrone Rodgers |
| Melvin D. Robinson |
| Randy W. Rich |
| Daniel P. Rains |
| Robert Reed |
| Rueben J. Riley Jr. |
| Oliver Ross |
| Ray Rowe |
| Clarence Sanders |
| George Sartin |
| Richard Schafrath |
| Michael Schneck |
| James M. Schnitker |
| Robert E. Schobel |
| Willard Scissum |
| Curtis Shearer |
| Jason Shelley |
| Sanders Shiver |
| Franky Smith |
| John H. Smith |
| Omar Smith |
| Philip Smith |
| Darrell Trent Smith |
| Michael S. Solwold |
| Maurice Spencer |
| Tony L. Stargell |
| Richard S. Stephens |
| James P. Stewart |
| Ralph Stockemer |
| Dwight Stone |
| Tyronne Stowe |
| Michael Strachan |
| Robert Suci |
| Joseph Sweet |
| Richard F. Sanford |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| Charles Stackhouse Jr. |
| Arthur A. Strozier |
| Justin C. Strzelczyk |
| Alphonso Taylor |
| Eugene Y. Taylor |
| Anthony Thomas |
| Mark A. Thomas |
| Rodney L. Thomas |
| Alexander W. Thompson |
| Arthur W. Thoms |
| Gregory D. Tolver Jr. |
| Stephen D. Towle |
| Greg Turner |
| Odessa Turner |
| Maurice Tyler |
| Wendell A. Tyler |
| George Visger |
| Kyle J. Wachholtz |
| James P. Van Wagner |
| Bruce Walker |
| Jeffrey L. Walker |
| William Ward Walsh |
| John Henry Ward |
| Derek G. Ware |
| Andre Waters |
| Kenny Watson |
| Robert Weathers |
| Michael L. Webster |
| Kenneth Wheaton |
| Damen K. Wheeler Sr. |
| Theodore Wheeler III |
| Russell White |
| Paul A. Wiggins |
| Samuel Charles Wiley |
| David Williams |

**EXHIBIT A**

**MOTION TO REMAND**

| |
|---|
| Delvin Williams |
| James H. Williams |
| John A. Williams |
| Lester J. Williams |
| Marcus A. Williams Jr. |
| Newton D. Williams |
| Oliver Williams |
| Edmund Scott Williams |
| James E. Willis |
| Donald Wilson |
| Mark Wilson |
| Quincy Wilson |
| Sirmawn Wilson |
| Darryl Wren |
| Terry L. Wright |
| Toby L. Wright |
| Torrey Wright |
| Destry Wright |
| George Wrighster III |
| Renard Young |
| Steven Zabel |
| Emanuel Zanders |
| Scott Zimmerman |
| Edward R. Zeman II |
| Edward R. Zeman Sr. |
| Maximmillian J. Zendejas |
| Eric Zomalt |