# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 - AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| This document relates to the Riddell Defendants' Opposition to Various Movants' Motions to Remand | |

## RESPONSE OF CERTAIN PLAINTIFFS TO RIDDELL DEFENDANTS' OPPOSITION TO MOTIONS TO REMAND

Certain Plaintiffs, by and through their attorney, Ron A. Cohen, and for their Response to the Riddell Defendants' Opposition to their Motions to Remand, state as follows:

1. Each of these certain Plaintiffs are retired, former players in the National Football League and are members of the class that reached a class action settlement with the National Football League, and others, that was approved on May 8, 2015.

2. Each of these certain Plaintiffs used Riddell helmets during their careers and have remaining claims against the Riddell Defendants.

3. In an attempt to comply with this Court's October 24, 2017 order (Document 8472), on or before December 4, 2017 each of these certain Plaintiffs filed individual Short Form Complaints against the Riddell Defendants and Motions to Remand.

4. The Riddell Defendants filed a Consolidated Brief in Opposition to Various Movants' Motions to Remand. These certain Plaintiffs are included amongst the "various movants" that Riddell's opposition is directed against.

5.      As part of a separate motion, Riddell has sought to strike the Short Form Complaints and Motions to Remand of these certain Plaintiffs.

6.      As part of their response to Riddell's Motion to Strike, these certain Plaintiffs stated that they are withdrawing their Motions to Remand filed on or about December 4, 2017.

7.      These certain Plaintiffs hereby withdraw the Motions to Remand filed on their behalf in this litigation.

8.      Therefore, the Riddell Defendants' opposition to the Motions to Remand of these certain Plaintiffs is moot.

Wherefore, these certain Plaintiffs, respectfully request that this Court deny the Riddell Defendants' Opposition to their Motions to Remand as moot, grant them leave to withdraw their Motions to Remand instanter, and for all further relief as this Court deems appropriate.

Dated: February 13, 2018                             Respectfully submitted,

                                                       /s/ Ron A. Cohen
                                                     _____

                                                     Ron A. Cohen
                                                     33 N. Dearborn Street
                                                     Suite 1500
                                                     Chicago, IL  60602
                                                     Telephone: (312) 346-1145
                                                     rac@kusperraucci.com

                                                     Attorney for Certain Plaintiffs