## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 - AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| This document relates to the Motion to Strike the Short-Form Complaints and Motions to Remand Asserting Claims for the First Time Against the Riddell Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2018, I caused a true and correct copy of the foregoing document, Response of Certain Plaintiffs to Riddell Defendants' Opposition to Motions to Remand, to be filed via CM/ECF system, in the United States District Court, Eastern District of Pennsylvania, on all parties registered in this litigation.

Dated: February 13, 2018                         Respectfully submitted,

                                                  /s/ Ron A. Cohen
                                                  _____

                                                  Ron A. Cohen
                                                  33 N. Dearborn Street
                                                  Suite 1500
                                                  Chicago, IL  60602
                                                  Telephone: (312) 346-1145
                                                  rac@kusperraucci.com

                                                  Attorney for Certain Plaintiffs

1