UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS PENDING AND ALL CLAIMS ASSERTED AGAINST ANY RIDDELL DEFENDANT | Hon. Anita B. Brody |

**RIDDELL DEFENDANTS'[1] NOTICE OF AMENDED APPENDIX 4
IN SUPPORT OF MOTION TO DISMISS THE PLAINTIFFS' SECOND
AMENDED MASTER ADMINISTRATIVE COMPLAINT AND AMENDED
SHORT FORM COMPLAINTS**

The Riddell defendants respectfully submit the attached amended Appendix 4 to their motion to dismiss for failure to state a claim (ECF No. 9575). The attached amended appendix replaces Appendix 4 (ECF No. 9575-5) to the motion to dismiss.

Appendix 4 is a list of plaintiffs who have abandoned their claims against the Riddell defendants because they did not file short-form complaints to the Second Amended Master Administrative Complaint (SAMAC-SFCs), and whose claims should therefore be dismissed. The previously filed Appendix 4 listed plaintiffs Michael Bates, Bob Harrison, Charles Osborne, Adrian Lynn Robinson, Jr., Dwight Scales, and Steve Wallace. Unlike the other plaintiffs listed on the appendix, these six plaintiffs did submit a SAMAC-SFC. However, the Riddell defendants submit that, with respect to these six plaintiffs, there may nonetheless remain an issue whether

---

[1] For convenience only, "the Riddell defendants" refers collectively to the following defendants: Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., BRG Sports, Inc. (f/k/a Easton-Bell Sports, Inc.), BRG Sports, LLC (f/k/a Easton-Bell Sports, LLC), EB Sports Corp., and BRG Sports Holdings Corp. (f/k/a RBG Holdings Corp.). The plaintiffs have amended the case style to reflect the new entity names for the entities previously known as Easton-Bell Sports, Inc. and Easton-Bell Sports, LLC. The plaintiffs also, in what appears to be a typographical error, refer to the "formerly known as" entity for BRG Sports Holdings Corp. as "BRG Holdings Corp." The former entity name was actually RBG Holdings Corp. Riddell has no objection to amending the case style to reflect the new entity names identified in this footnote.

their SAMAC-SFCs were properly filed in accordance with the Court's orders. The Riddell defendants reserve the right to address that issue (and any others) at the plaintiff-specific stage pursuant to this Court's October 24, 2017 order (ECF No. 8472). But at this time, the Riddell defendants are removing these plaintiffs from the appendix and for purposes of the corresponding argument in the motion to dismiss (ECF No. 9575).

For these reasons, the attached amended Appendix 4 is submitted to replace the previously filed Appendix 4 (ECF No. 9575-5) in support of the Riddell defendants' motion to dismiss for failure to state a claim (ECF No. 9575).

Dated: February 16, 2018               Respectfully submitted,

                                       /s/ Paul G. Cereghini_____
                                       Paul G. Cereghini
                                       Thomas C. Howard
                                       BOWMAN AND BROOKE LLP
                                       2901 N. Central Avenue, Suite 1600
                                       Phoenix, AZ  85012
                                       Telephone:  (602) 643-2300
                                       Facsimile:  (602) 248-0947
                                       paul.cereghini@bowmanandbrooke.com
                                       thomas.howard@bowmanandbrooke.com

                                       Robert L. Wise
                                       Eden M. Darrell
                                       BOWMAN AND BROOKE LLP
                                       901 East Byrd Street, Suite 1650
                                       Richmond, VA  23219
                                       Telephone:  (804) 649-8200
                                       Facsimile:  (804) 649-1762
                                       rob.wise@bowmanandbrooke.com
                                       eden.darrell@bowmanandbrooke.com

Thomas P. Wagner
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
2000 Market Street, Suite 2300
Philadelphia, PA  19103
Telephone: (215) 575-4562
Facsimile: (215) 575-0856
tpwagner@mdwcg.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 16, 2018, the foregoing was electronically filed and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

                */s/ Paul G. Cereghini*