UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: THOSE FILING MOTIONS TO REMAND, AS SHOWN IN ATTACHMENT A TO RIDDELL'S CONSOLIDATED BRIEF IN OPPOSITION TO VARIOUS MOVANTS' MOTIONS TO REMAND | Hon. Anita B. Brody |

**RIDDELL DEFENDANTS'[1] NOTICE OF CORRECTION TO CONSOLIDATED BRIEF IN OPPOSITION TO VARIOUS MOVANTS' MOTIONS TO REMAND (ECF NO. 9572)**

The Riddell defendants respectfully notify the Court and the parties of a correction to their consolidated brief in support of their opposition to various movants' motions to remand (ECF No. 9572) due to a scrivener error made in that filing.

Specifically, on page 17 of that filing, the Riddell defendants stated as follows:

> In addition, like their Girardi and Cohen counterparts, there are improprieties within the Corboy movants as well. For example, two of them (Cornell and DeLeone) named Riddell in an original complaint, but never filed a *SAMAC-SFC* pursuant to CMO-4, thereby abandoning their claims.

(ECF No. 9572 at 17 (emphasis added).)

The intent was for the italicized reference to be to certain plaintiffs not filing a "SFC" (consistent with the reference to CMO-4), not "SAMAC-SFC" (as that term was defined in the

---

[1] For convenience only, "the Riddell defendants" refers collectively to the following defendants: Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., BRG Sports, Inc. (f/k/a Easton-Bell Sports, Inc.), BRG Sports, LLC (f/k/a Easton-Bell Sports, LLC), EB Sports Corp., and BRG Sports Holdings Corp. (f/k/a RBG Holdings Corp.). The plaintiffs have amended the case style to reflect the new entity names for the entities previously known as Easton-Bell Sports, Inc. and Easton-Bell Sports, LLC. The plaintiffs also, in what appears to be a typographical error, refer to the "formerly known as" entity for BRG Sports Holdings Corp. as "BRG Holdings Corp." The former entity name was actually RBG Holdings Corp. Riddell has no objection to amending the case style to reflect the new entity names identified in this footnote.

Riddell defendants' opposition to the motions to remand). Therefore, the statement quoted above should read instead (with emphasis added on the corrected portion):

> In addition, like their Girardi and Cohen counterparts, there are improprieties within the Corboy movants as well. For example, two of them (Cornell and DeLeone) named Riddell in an original complaint, but never filed a ***SFC*** pursuant to CMO-4, thereby abandoning their claims.

For these reasons, the Riddell defendants submit this notice to correct the statement made in their opposition to the motions to remand (ECF No. 9572).

Dated: February 16, 2018            Respectfully submitted,

/s/ Paul G. Cereghini_____
Paul G. Cereghini
Thomas C. Howard
BOWMAN AND BROOKE LLP
2901 N. Central Avenue, Suite 1600
Phoenix, AZ  85012
Telephone:  (602) 643-2300
Facsimile:  (602) 248-0947
paul.cereghini@bowmanandbrooke.com
thomas.howard@bowmanandbrooke.com

Robert L. Wise
Eden M. Darrell
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA  23219
Telephone:  (804) 649-8200
Facsimile:  (804) 649-1762
rob.wise@bowmanandbrooke.com
eden.darrell@bowmanandbrooke.com

Thomas P. Wagner
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
2000 Market Street, Suite 2300
Philadelphia, PA  19103
Telephone: (215) 575-4562
Facsimile: (215) 575-0856
tpwagner@mdwcg.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 16, 2018, the foregoing was electronically filed and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

                                            */s/ Paul G. Cereghini*