UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and: <br><br> <u>Marvin Fleming, et al.</u> v. National Football League, et al. (Plaintiff Quintas McDonald ONLY) <br><br> Court File No. <u>13-cv-00051-AB</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiff Quintas McDonald in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Quintas McDonald.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  February 19, 2018	Respectfully submitted,

	ZIMMERMAN REED LLP


	 s/ Charles S. Zimmerman
	Charles S. Zimmerman (#120054)
	J. Gordon Rudd, Jr. (#222082)
	Brian C. Gudmundson (#336695)
	1100 IDS Center, 80 South 8th Street
	Minneapolis, MN  55402
	Telephone: (612) 341-0400
	Facsimile: (612) 341-0844
	Charles.Zimmerman@zimmreed.com
	Gordon.Rudd@zimmreed.com
	Brian.Gudmundson@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  February 19, 2018                             ZIMMERMAN REED LLP

                                                    s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com