UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and: <br><br> Robert Holt, et al. v. National Football League, et al. (Plaintiff Jeffery Jackson ONLY) <br><br> Court File No. 12-cv-4185-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiff Jeffery Jackson in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Jeffery Jackson.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  February 19, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ZIMMERMAN REED LLP


　　　　　　　　　　　　　　　　　　　　 s/ Charles S. Zimmerman
　　　　　　　　　　　　　　　　　　　　Charles S. Zimmerman (#120054)
　　　　　　　　　　　　　　　　　　　　J. Gordon Rudd, Jr. (#222082)
　　　　　　　　　　　　　　　　　　　　Brian C. Gudmundson (#336695)
　　　　　　　　　　　　　　　　　　　　1100 IDS Center, 80 South 8th Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 341-0400
　　　　　　　　　　　　　　　　　　　　Facsimile: (612) 341-0844
　　　　　　　　　　　　　　　　　　　　Charles.Zimmerman@zimmreed.com
　　　　　　　　　　　　　　　　　　　　Gordon.Rudd@zimmreed.com
　　　　　　　　　　　　　　　　　　　　Brian.Gudmundson@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: February 19, 2018                          ZIMMERMAN REED LLP

                                                      s/ Charles S. Zimmerman
                                                 Charles S. Zimmerman (#120054)
                                                 J. Gordon Rudd, Jr. (#222082)
                                                 Brian C. Gudmundson (#336695)
                                                 1100 IDS Center, 80 South 8th Street
                                                 Minneapolis, MN  55402
                                                 Telephone: (612) 341-0400
                                                 Facsimile: (612) 341-0844
                                                 Charles.Zimmerman@zimmreed.com
                                                 Gordon.Rudd@zimmreed.com
                                                 Brian.Gudmundson@zimmreed.com