UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br><u>Floyd Little, et al.</u> v. National Football League, et al.<br><br>Court File No. <u>2:12-cv-2219-AB</u> | **<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS SCOTT HUTCHINSON AND SHARYN HUTCHINSON</u>** |

  Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Scott Hutchinson and Sharyn Hutchinson only in this action, and state as follows:

  1. Plaintiffs' counsel filed the action *Floyd Little, et al*. *v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Scott Hutchinson and Sharyn Hutchinson.

  2. Plaintiffs' counsel filed a short form complaint for Scott Hutchinson and Sharyn Hutchinson on July 16, 2012.

3. Since then, irreconcilable differences have arisen between Plaintiff Scott Hutchinson, Sharyn Hutchinson and the undersigned.

4. Plaintiffs' counsel properly notified Scott Hutchinson and Sharyn Hutchinson of counsel's intention to withdraw from representing them in this matter.

5. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Scott Hutchinson and Sharyn Hutchinson only in Court File No. 2:12-cv-2219-AB.

Dated: February 19, 2018                Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com