UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al. (Plaintiffs Scott Hutchinson and Sharyn Hutchinson ONLY)<br><br>Court File No. 12-cv-2219-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiffs Scott Hutchinson and Sharyn Hutchinson in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs Scott Hutchinson and Sharyn Hutchinson.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  February 19, 2018                          Respectfully submitted,

                                                   ZIMMERMAN REED LLP


                                                    s/ Charles S. Zimmerman
                                                   Charles S. Zimmerman (#120054)
                                                   J. Gordon Rudd, Jr. (#222082)
                                                   Brian C. Gudmundson (#336695)
                                                   1100 IDS Center, 80 South 8th Street
                                                   Minneapolis, MN  55402
                                                   Telephone: (612) 341-0400
                                                   Facsimile: (612) 341-0844
                                                   Charles.Zimmerman@zimmreed.com
                                                   Gordon.Rudd@zimmreed.com
                                                   Brian.Gudmundson@zimmreed.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  February 19, 2018                    ZIMMERMAN REED LLP


 s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com