# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this __26TH__ day of February, 2018, it is **ORDERED** that oral argument regarding the NFL Parties' Motion to Dismiss on Preemption Grounds (ECF No. 8403);[1] *Smith* Plaintiffs' Motion to Remand (ECF No. 7963); and *Lewis*, *Smith*, and *Kenney* Plaintiffs' Motion to Remand (ECF No. 7966) will commence on **Monday, April 16, 2018 at 11:00 a.m.** in Courtroom 7-B, 7th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

Argument on the NFL Parties' Motion to Dismiss will take place first followed by argument on the Motions to Remand.                s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

---

[1] In addition to argument from counsel for the NFL Parties and Lead Counsel for Opt Out Plaintiffs, the Court will entertain argument from counsel for the Seau Family (*see* ECF No. 9523) and counsel for Ted Johnson (*see* ECF No. 9521). Either counsel can choose not to be heard, but if counsel does argue, then the NFL Parties will have the opportunity to respond.