# Exhibit A

**CURRICULUM VITAE**

**Brian R. Ott, M.D.**

Business Address:        Neurology Department
                         Rhode Island Hospital – APC 7
                         593 Eddy Street
                         Providence, RI  02903
Business Telephone:      (401) 444-5745
FAX:                     (401) 606-8555
E-Mail:                  BOtt@lifespan.org
                         Brian_Ott@brown.edu

EDUCATION:

Undergraduate:   Syracuse University, Syracuse, NY, Biology, *BS*
1971-1975

Medical School:  Jefferson Medical College, Philadelphia, PA, Medicine, *MD*
1975-1979

Other degrees:   Brown University, Providence, RI, *MA, ad eundem*
2015

POSTGRADUATE TRAINING:

Internship:      Internal Medicine, Roger Williams General Hospital,
1979-1980        Brown University School of Medicine, Providence, RI

Residency:       Internal Medicine, Roger Williams General Hospital,
1980-1982        Brown University School of Medicine, Providence, RI

Residency:       Neurology, Longwood Program: Brigham and Women's, Beth Israel, Children's,
1982-1985        and V.A. Hospitals, Harvard University Medical School, Boston, MA

AWARDS AND HONORS:

| | |
|---|---|
| 1975 | Syracuse University, Phi Beta Kappa, Magna Cum Laude |
| 1979 | Arthur Krieger Memorial Prize in Neurology, Jefferson Medical College |
| 1987 | Greater Boston Physicians for Social Responsibility Code Blue Award, Co-recipient |
| 1990 | Fellowship, American College of Physicians |
| 1991 | Surdna Foundation Fellowship, Brown University Center for Gerontology and Health Care Research |
| 1998 | Membership, American Neurological Association |
| 1998 | Fellowship, American Academy of Neurology |
| 1999 | Honorary Brian Ott Annual Alzheimer Research Symposium founded by the RI Chapter, Alzheimer's Association; recognized by Lieutenant Governor's Office, State of RI |
| 1999 | Excellence in Teaching Award, Brown University Geriatric Psychiatry Program |
| 2002- | Who's Who in Medicine and Healthcare, 4th edition |

1

| | |
|---|---|
| 2003- | Who's Who in America, 58th edition |
| 2004- | Best Doctors in America, Neurology |
| 2011- | Adjunct Professor of Pharmacy Practice, University of Rhode Island |
| 2013 | Appointment by Governor Lincoln Chafee to the Rhode Island Advisory Commission on Aging |
| 2013 | Fellowship, American Neurological Association |
| 2013 | Jerome Ely Award for article of the year, *Human Factors* |
| 2014 | Dean's Excellence in Teaching Award, Alpert Medical School of Brown University |
| 2017- | Adjunct Professor of Neuroscience, University of Rhode Island |
| 2018 | Milton Hamolsky Lifetime Achievement Award, Rhode Island American College of Physicians |

## PROFESSIONAL LICENSES & BOARD CERTIFICATIONS:

| | |
|---|---|
| 1980 | Diplomate National Board of Medical Examiners |
| 1981- | Rhode Island License Registration, #5819 |
| 1985-1989 | Massachusetts License Registration, #54356 |
| 1982- | American Board of Internal Medicine, #85014 |
| 1987- | American Board of Psychiatry and Neurology, #29864 |
| 1994-2004 | Geriatric Medicine Added Qualifications, American Board of Internal Medicine, #085014 |
| 2004-2014 | Geriatric Medicine Added Qualifications, American Board of Internal Medicine, Recertification |

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1982-1985 | Clinical Fellow in Neurology, Harvard University Medical School |
| 1989-1996 | Assistant Professor, Department of Clinical Neurosciences, Brown University Medical School |
| 1996-2002 | Associate Professor, Department of Clinical Neurosciences, Brown University Medical School |
| 2002-2009 | Professor, Department of Clinical Neurosciences, Brown University Medical School |
| 2009- | Professor, Department of Neurology, Warren Alpert Medical School, Brown University |
| 2011- | Adjunct Professor of Pharmacy Practice, University of Rhode Island |
| 2017- | Adjunct Professor of Neuroscience, University of Rhode Island |

## HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1985-1989 | Active Staff, Addison Gilbert Hospital, Gloucester, MA |
| 1985-1989 | Courtesy Staff, Hunt Memorial Hospital, Danvers, MA |
| 1985-1989 | Active Staff, Beverly Hospital, Beverly, MA |
| 1989-1990 | Associate Active Staff, Roger Williams Medical Center, Providence, RI |
| 1990-1992 | Consultant Staff, U.E. Zambarano Memorial Hospital, Wallum Lake, RI |
| 1990-1996 | Active Staff, Roger Williams Medical Center |
| 1997-2005 | Courtesy Staff, Roger Williams Medical Center |
| 1996-2005 | Active staff, Memorial Hospital of Rhode Island, Pawtucket, RI |
| 1994-2005 | Consultant Staff, Rhode Island Hospital, Providence, RI |
| 2005-2009 | Consultant Staff, Memorial Hospital of Rhode Island |
| 2000- | Consultant Staff, Miriam Hospital, Providence, RI |
| 2005- | Active Staff, Rhode Island Hospital |
| 2009- | Courtesy Staff, Memorial Hospital of Rhode Island |
| 2010- | Consultant Staff, Women's and Infants Hospital, Providence, RI |

JOURNAL REVIEWER

| | |
|---|---|
| 1985 | Kidney International |
| 1996- | Journal of Neuropsychiatry and Clinical Neurosciences |
| 1998- | Neurology |
| | Member, Neurology Reviewer Network |
| 2002 | Journal of Gerontology: Medical Sciences |
| 2002- | Alzheimer Disease and Associated Disorders |
| 2002- | Health and Quality of Life Outcomes |
| 2000- | Journal of the International Neuropsychological Society |
| 2003 | Women's Health in Primary Care |
| 2004- | Journal of the American Geriatrics Society |
| 2004- | Journal of Geriatric Psychiatry and Neurology |
| 2004- | Journal of the American Medical Association |
| 2005 | Neuropsychopharmacology |
| 2005- | International Journal of Geriatric Psychiatry |
| 2006 | Neuropsychology |
| 2006- | Canadian Medical Association Journal |
| 2008- | Dementia & Geriatric Cognitive Disorders |
| 2011- | Aging Health |
| 2011- | Journal of Alzheimer's Disease |
| 2011- | Accident Analysis & Prevention |
| 2011- | Alzheimer's & Dementia |
| 2011 | Psychopharmacology |
| 2012 | Journal of Neurology, Neurosurgery, and Psychiatry |
| 2013- | Neurobiology of Aging |
| 2014 | Alzheimer's Research and Therapy |
| 2015- | Neurology: Clinical Practice |
| 2016 | International Journal of Injury Control and Safety Promotion |
| 2016 | Journal of the American Medical Association: Internal Medicine |
| 2016- | Annals of Neurology |
| 2016 | Journal of General Internal Medicine |
| 2017 | Gerontology |

GRANT REVIEWER

| | |
|---|---|
| 1998 | The Wellcome Trust, London, England |
| 2005- | Alzheimer's Society, United Kingdom |
| 2006 | Netherlands Organization for Scientific Research |
| 2007 | Michael Smith Foundation for Health Research, Canada |
| 2007 | Medical Research Council, United Kingdom |
| 2007- | Alzheimer's Association |
| 2007 | Pilot grant program, Indiana Alzheimer Disease Center |
| 2008 | Neurological, Aging and Musculoskeletal Epidemiology Study Section, NIH/NIA |
| 2009 | Cognition and Perception Study Section, NIH/NIA |
| 2009 | Research Foundation – FWO, Flanders, Belgium |
| 2009 | Canada Excellence Research Chairs Program |
| 2010 | Special Emphasis Panel, Aging and Mobility, NIH/NIA |
| 2011 | Small Business Panel: Clinical Neurophysiology, Devices, Auditory Devices and Neuroprosthesis Study Section, NIH/NIA |
| 2013 | Physicians' Services Incorporated Foundation, Canada |

3

| 2013 | Special Emphasis Panel, Epidemiology and Genetics Study Section, NIH/NEI |
| 2014 | Special Emphasis Panel, Population Sciences and Epidemiology Study Section, NIH/NIA |
| 2014 | Special Emphasis Panel, Child Psychopathology and Developmental Disabilities Study Section,  NIH |
| 2017 | Kansas City Area Life Sciences Institute (KCALSI) |
| 2018 | Special Emphasis Panel, Revision Requests for ADCCs and ADRCs, NIH/NIA |

OTHER APPOINTMENTS:

| 1987-1989 | Director of Medical Education, Beverly Hospital |
| 1991- | Faculty Associate, Brown University Center for Gerontology and Health Care Research |
| 1994-1997 | Medical Director, Courtyard Assisted Living For Alzheimer's Resident's Unit and advisory board member, The Village At Waterman Lake, Greenville, RI |
| 1995 | Consultant, Health Economics Research |
| 1996-2005 | Associate Chief of Neurology, Memorial Hospital of Rhode Island |
|  | 2005    Interim Chief of Neurology, Memorial Hospital of Rhode Island |
| 1996-1999 | Contributor and reviewer for American Board of Internal Medicine Certification Program (Geriatric Medicine examinations) |
| 1999- | Core faculty member, Brown University Center for Primary Care & Prevention |
| 1999 & 2002 | Guest editor, Medicine & Health/Rhode Island |
| 2000- | Steering Committee member, Alzheimer's Disease Cooperative Study |
|  | 2005-   Internal Ethics subcommittee |
| 2000- | Faculty member, Brown University Brain Science Program |
| 2002- | Journal Editorial Board, Neurological Disease section, for Health and Quality of Life Outcomes |
| 2003-2008 | Core faculty and Steering Committee member, Brown University Dementia Research Program (T-32) |
| 2004- | Steering Committee member, Alzheimer's Disease Neuroimaging Initiative |
| 1991-1996 | Director of the Alzheimer's Disease and Memory Disorders Center, Roger Williams Medical Center |
| 1996-2005 | Director of the Alzheimer's Disease & Memory Disorders Center, Memorial Hospital of Rhode Island |
| 2005- | Director of the Alzheimer's Disease & Memory Disorders Center, Rhode Island Hospital |
| 2005- | Director of the Behavioral Neurology and Memory Disorders Division, Rhode Island Hospital Department of Neurology |
| 2009-2016 | Journal Editorial Board, Neurology Research International |
| 2011-2012 | Associate Editor, The Journal of Alzheimer's Disease |
| 2011-2015 | The Vascular Impairment of Cognition Classification Consensus Study (VICCCS) member |
| 2013-2014 | Board of Directors member, The Neurology Foundation of Rhode Island |
| 2013- | Rhode Island Governor's Advisory Commission on Aging member |
|  | 2016-   Co-chair, The Isolated Seniors Subcommittee |
| 2015 | Scientific Review Committee, 8th International Driving Symposium on Human Factors in Driver Assessment, June 22-25, Salt Lake City |
| 2015 | Chair, External advisory committee for driving and dementia research.  Washington University |
| 2015- | Research partnership with the Alzheimer's Therapeutic Research Institute (ATRI) |
| 2015- | Semi-Annual Rhode Island Regional Research Meeting planning committee member |
| 2016 | Reviewer, Older Driver Management Program, National Highway Traffic Safety Administration |
| 2017- | Journal editorial board, Alzheimer's & Dementia: Diagnosis, Assessment and Disease Monitoring |
| 2017- | NFL Concussion Settlement Program: Qualified MAF Physician |

4

| | |
|---|---|
| 2018- | Executive Committee for the Rhode Island State Plan for Alzheimer's Disease |

## HOSPITAL COMMITTEES:

| | |
|---|---|
| 1990-1997 | Library, Roger Williams Medical Center |
| 1991-1997 | Outpatient Practice, Roger Williams Medical Center |
| 1993-1997 | Pharmacy and Therapeutics, Roger Williams Medical Center |
| 1998-2000 | Bioethics, Memorial Hospital of Rhode Island |
| 1999-2003 | Human Subjects in Research, Memorial Hospital of Rhode Island |
| | 2002-2003      Chairman |
| 2006-2007 | Ad Hoc Committee for Credentialing the Aging Physician, Rhode Island Hospital |

## UNIVERSITY COMMITTEES:

| | |
|---|---|
| 1991-1999 | Teaching Scholars, Brown University School of Medicine |
| 1991- | Fellowships, Brown University School of Medicine, Department of Clinical |
| 1993 | Search Committee for director of Neuropsychology, Roger Williams Hospital, |
| 1997- | Resident education, Brown University School of Medicine, Department of Clinical Neurosciences |
| 1998 | Search Committee for staff neurologist and Brown University full time faculty position |
| 1998 | Student clerkship committee leader, Brown University School of Medicine, Department of Clinical Neurosciences |
| 1998-2002 | Medical Committee on Academic Standing, Brown University School of Medicine |
| 2001-2003 | Search Committee chairperson for staff neurologist and Brown University full time faculty position at Memorial Hospital |
| 2002- | Appointments & Promotions Committee, Brown Medical School Department of Neurology |
| 2006 | Search Committee for vacancies in Post-Doctoral Training Program in Dementia Research |
| 2007 | Committee for Medical Faculty Affairs Task Force, Brown Medical School |
| 2007-2009 | Search Committee chairperson for staff neurologist and Brown Medical School full time faculty position at Rhode Island Hospital |
| 2010-2011 | Brown Neurology Clerkship working group leader |
| 2015-2017 | Search Committee chairperson for staff neurologist and Brown University full time faculty position at Rhode Island Hospital |

## MEMBERSHIP IN SOCIETIES:

| | |
|---|---|
| 1983-1985 | Boston Society of Psychiatry & Neurology |
| 1987-1989 | Massachusetts Medical Society |
| 1986-1991 | Physicians for Social Responsibility |
| 1995-2000 | American Neuropsychiatric Association |
| 1996-1998 | American Medical Directors Association |
| 1982- | American College of Physicians |
| | 2008-2016      Executive Council member, Rhode Island Chapter |
| | 2012-      Program Planning Committee, Rhode Island Chapter |
| | 2014-      National ACP Chapter Leader Network |
| 1983- | American Academy of Neurology |
| | 1992      Clinical Practice Committee of the Geriatric Neurology Section |
| | 1999      Member, Consortium of Neurology Clerkship Directors |
| | 2010      Driving Risk in Dementia Dissemination Panel |
| 1989- | Rhode Island Neurological Association |

| | | |
|---|---|---|
| 1990- | Alzheimer's Association, Rhode Island Chapter | |
| | 1993-1999 | Board of Directors, Alzheimer's Association, Rhode Island Chapter |
| | 1994 | Education committee chairperson |
| | 1995-1999 | President |
| 1998- | American Neurological Association | |
| 2010- | Alzheimer's Association International Society to Advance Alzheimer's Research and Treatment | |

PUBLICATIONS:

1. **Ott BR**, Libbey P, Ryter RJ, Trebbin WM. The treatment of schistosome induced glomerulonephritis. Arch Intern Med. 143:1477-1479, 1983.

2. **Ott BR**, Zamani A, Kleefield J, Funkenstein H. The clinical spectrum of hemorrhagic infarction. Stroke. 17:630-37, 1986.

3. **Ott BR**. Bulimia in a patient with temporal lobe epilepsy. J Neurol Neurosurgery & Psychiatry. 54:1020-21, 1991. PMCID:1014638

4. Hirano M, **Ott BR**, Raps EC, Minetti C, Lennihan L, Libbey NP, Bonilla E, Hays AP. Acute quadriplegic myopathy: A complication of treatment with steroids, nondepolarizing blocking agents, or both. Neurology. 42:2082-2087, 1992.

5. **Ott BR**, Lannon MC. Exacerbation of parkinsonism by tacrine. Clinical Neuropharmacology. 15:222-25, 1992.

6. **Ott BR**, Fogel BS. Measurement of depression in dementia: Self vs clinician rating. Int J Geriatr Psychiatry. 7:899-904, 1992.

7. Farlow M, Gracon SI, Hershey LA, **The Tacrine Study Group**. A controlled trial of tacrine in Alzheimer's disease. JAMA 268:2523- 2529,1992.

8. **Ott BR**, Saver JL. Unilateral amnesic stroke: Six new cases and a review of the literature. Stroke. 24:1033-1042, 1993.

9. Defusco DJ, O'Dowd P, Hokama Y, **Ott BR**. Coma due to ciguatera poisoning in Rhode Island. Am J Med. 95:240-243, 1993.

10. **Ott BR**, Ellias SA, Lannon MC. Quantitative assessment of movement in Alzheimer's disease. J Geriatr Psychiatry Neurol. 8:71-75, 1995.

11. **Ott BR**. Leuprolide treatment of sexual aggression in a patient with dementia and the Kluver-Bucy syndrome. Clinical Neuropharmacology. 18:443-447, 1995.

12. Rich SS, Friedman JH, **Ott BR**. Risperidone versus clozapine in the treatment of psychosis in six patients with parkinson's disease and other akinetic-rigid syndromes. J Clin Psychiatry. 56:556-559, 1995.

13. **Ott BR.** The clinical importance of gender differences in the presentation and management of Alzheimer's disease. Nursing Home Med. 4:1D-6D,1996.

14. **Ott BR**, Noto RB, Fogel BS. Apathy and loss of insight in Alzheimer's disease: A SPECT imaging study. J Neuropsychiatry Clin Neurosciences. 8:41-46, 1996.

15. **Ott BR**, Tate CA, Gordon NM, Heindel WC. Gender differences in the behavioral manifestations of Alzheimer's disease. J Am Geriatr Soc. 44:583-587, 1996.

16. **Ott BR**, Lafleche G, Whelihan WM, Buongiorno GW, Albert MS, Fogel BS. Impaired awareness of deficits in Alzheimer disease. Alzheimer Disease Assoc Dis. 10:68-76, 1996.

17. **Ott BR**, Thompson JA, Whelihan WM. Cognitive effects of flumazenil in patients with Alzheimer's disease. J Clin Psychopharmacology. 16:400-402, 1996.

18. **Ott BR**, Faberman RS, Noto RB, Rogg JM, Hough TJ, Tung GA, Spencer PK. A SPECT imaging study of MRI white matter hyperintensity in patients with degenerative dementia. Dementia Geriatr Cogn Disorders, 8:348-354,1997.

19. **Ott BR**, Owen NJ. Complementary and alternative medicines for Alzheimer's disease. J Geriatr Psychiatry Neurol, 11:163-173, 1999.

20. **Ott BR.** Cognition and behavior in patients with Alzheimer's disease. J Gender Specific Med, 2:63-69, 1999.

21. Paul R, Cohen R, **Ott B**, Zawacki T, Moser D, Davis J, Stone W. Cognitive and functional status in two subtypes of vascular dementia. Neurorehabilitation, 15(3):199-205, 2000.

22. **Ott BR**, Lapane KL, Gambassi G. Gender differences in the treatment of behavior problems in Alzheimer's disease. Neurology, 54:427-432, 2000.

23. Fernandez HH, Lapane KL, **Ott BR**, Friedman JH, for the SAGE Study Group. Gender differences in the frequency and treatment of behavior problems in Parkinson's disease. Movement Disorders, 15:490-496, 2000.

24. **Ott BR**, Heindel WC, Whelihan WM, Caron MD, Piatt AL, Noto RB. A SPECT imaging study of driving impairment in patients with Alzheimer's disease. Dementia Geriatric Cogn Disorders, 11:153-160, 2000. PMCID:3292192

25. **Ott BR**, Heindel WC, Tan Z, Noto RB. Lateralized cortical perfusion in women with Alzheimer's disease. J Gender Specific Med, 3:29-35, 2000.

26. **Ott BR**, Noto RB. Sensitivity of SPECT for the diagnosis of Alzheimer's disease. Clin Gerontologist, 22(1):73-82, 2000.

27. Paul R, Cohen R, Moser D, **Ott BR**, Gordon N, Zawacki T, Bell S, Stone W. Performance on the Mattis Dementia Rating Scale among patients with vascular dementia: relationships to neuroimaging findings. J Geriatr Psychiatry Neurol, 14(1):33-6, 2001

28. Moser DJ, Cohen RA, Paul R, Paulsen JS, **Ott BR**, Gordon N, Bell S, Stone W. Executive function and magnetic resonance imaging subcortical hyperintensities in vascular dementia. Neuropsych Neuropsychol Behav Neurol, 14(2):89-92, 2001

29. Paul R, Cohen R, Moser D, **Ott BR**, Zawacki T, Gordon N. Performance on the Hooper Visual Organizational Test in patients diagnosed with subcortical vascular dementia: Relation to naming performance. Neuropsych Neuropsychol Behav Neurol, 14(1):93-97, 2001.

30. Cohen RA, Paul RH, Zawacki TM, Sethi M, **Ott BR**, Moser DJ, Stone W, Noto R, Gordon N. Single photon emission computed tomography, magnetic resonance imaging hyperintensity, and cognitive impairments in patients with vascular dementia. J Neuroimaging, 11(3):253-260, 2001.

31. **Ott BR**, Lapane KL. Tacrine therapy is associated with reduced mortality in nursing home residents with dementia. J Am Geriatric Soc, 50:35-40, 2002.

32. Cahn-Weiner DA, Grace J, **Ott BR**, Fernandez HH, Friedman JH. Cognitive and behavioral features discriminate between Alzheimer's and Parkinson's patients. Neuropsych Neuropsychol Behav Neurol, 15(2):79-87, 2002.

33. Paul RH, Cohen RA, Moser DJ, Zawacki T, **Ott BR**, Gordon N, Stone W. The Global Deterioration Scale: relationships to neuropsychological performance and activities of daily living in patients with vascular dementia. J Geriatr Psychiatry Neurol, 15(1):50-54, 2002.

34. Ready RE, **Ott BR**, Grace J, Fernandez I. The Cornell-Brown Scale for quality of life in dementia.  Alzheimer Dis Assoc Disord, 16(2):109-115, 2002.

35. Cohen RA, Paul R, Moser D, Stone W, **Ott BR**, Zawacki T, Gordon N. The relationship of MRI hyperintensities and brain volume to cognitive function in vascular dementia. J Int Neuropsychol Soc, 8(6):743-752, 2002.

36. **Ott BR**, Belazi D, Lapane KL. Cognitive decline among female estrogen users in nursing homes. J Gerontol A Biol Sci Med, 57(9):M594-M598, 2002.

37. Zawacki TM, Grace J, Paul RH, Moser DJ, **Ott BR**, Gordon N, Cohen RA. Behavioral problems as predictors of functional abilities of vascular dementia patients.  J Neuropsychiatry Clin Neurosci, 14(3):296-302,2002.

38. Ready RE, **Ott BR**, Grace J. Amnestic behavior in dementia: symptoms to assist in early detection and diagnosis. J Am Geriatric Soc 51:32-37, 2003.

39. Ready RE, Grace J, **Ott BR**, Cahn-Weiner D. Apathy and executive dysfunction in mild cognitive impairment and Alzheimer's disease. Am J Geriatr Psychiatry, 11(3):222-228, 2003.

40. Paul RH, Cohen RA, Moser DJ, **Ott BR**, Sweet L, Browndyke J, Malloy P, Garrett K. Clinical correlates of cognitive decline in vascular dementia. Cogn Behav Neurol, 16(1):40-46,2003.

41. **Ott BR**, Heindel WC, Papandonatos GD. A survey of voter participation by cognitively impaired elderly patients. Neurology, 60:1546-1548, 2003.

42. Ready RE, **Ott BR.** Quality of life measures for dementia. Health Qual Life Outcomes, Apr 23;1(1):11, 2003. PMCID:155631

43. Sweet LH, Paul RH, Cohen RA, Moser D, **Ott BR**, Gordon N, Browndyke J, Shah P, Garrett KD. Neuroimaging correlates of Dementia Rating Scale performance at baseline and 12-month follow-up among patients with vascular dementia.  J Geriatr Psych Neurol 16(4):240-244, 2003.

44. Cahn-Weiner DA, Malloy PF, Rebok GW, **Ott BR**. Results of a randomized placebo-controlled study of memory training for mildly impaired Alzheimer's disease patients. Appl Neuropsychol 10(4):215-223, 2003.

45. **Ott BR**, Heindel WC, Whelihan WM, Caron MD, Piatt AL, DiCarlo MA. Maze test performance and reported driving ability in early dementia. J Geriatr Psych Neurol. 16(3):151-155, 2003. PMCID:3292212

46. Ready RE, **Ott BR**, Grace J. Patient vs informant perspectives of quality of life in mild cognitive impairment and Alzheimer's disease. Int J Geriatr Psychiatry 19(3):256-265, 2004.

47. Ready RE, **Ott BR**, Grace J. Validity of informant reports about AD and MCI patients' memory. Alz Disease Assoc Disorders 18(1):11-16, 2004.

48.  Festa-Martino E, **Ott BR**, Heindel WC. Interactions between phasic alerting and exogenous attentional orienting: Effects of normal aging and Alzheimer's disease. Neuropsychology 18(2):258-268, 2004.

49.  Garrett KD, Browndyke JN, Whelihan W, Paul RH, DiCarlo M, Moser DJ, Cohen RA, **Ott BR**. The neuropsychological profile of vascular cognitive impairment - no dementia: Comparisons to patients at risk for cerebrovascular disease and vascular dementia. Arch Clin Neuropsychology, 19(6):745-757, 2004.

50.  Brown LB, **Ott BR**. Driving and dementia: A review of the literature. J Geriatr Psychiatry Neurol 17(4):232-240, 2004. PMCID:3292210

51.  Stern RA, Davis JD, Rogers BL, Smith KM, Harrington CJ, **Ott BR**, Jackson IM, Prange AJ. Preliminary study of the relationship between thyroid status and cognitive and neuropsychiatric functioning in euthyroid patients with Alzheimer's dementia. Cognitive and Behavioral Neurology. 17(4):219-223, 2004.

52.  Brown LB, **Ott BR**, Papandonatos GD, Sui Y, Ready RE, Morris JC.  Prediction of on-road driving performance by patients with mild Alzheimer's disease. J Am Geriatr Soc. 53(1):94-98, 2005. PMCID:3292197

53.  Gunstad J, Brickman AM, Paul RH, Browndyke J, Moser DJ, **Ott BR**, Gordon N, Cohen RA. Progressive morphometric and cognitive changes in vascular dementia. Arch Clin Neuropsychology. 20:229-241, 2005.

54.  Brown LB, Stern RA, Cahn-Weiner DA, Rogers B, Meser MA, Lannon MC, Maxwell C, Souza T, White T, **Ott BR**. Driving scenes test of the Neuropsychological Assessment Battery (NAB) and on-road driving performance in aging and very mild dementia. Arch Neuropsychology. 20:209-215, 2005. PMCID:3292213

55.  Gasper MC, **Ott BR**, Lapane KL. Is donepezil therapy associated with reduced mortality in nursing home residents with dementia? Am J Geriatric Pharmacotherapy 3(1):1-7, 2005.

56.  **Ott BR**, Anthony D, Papandonatos GD, Sui Y, D'Abreu A, Burock J, Curtin A, Wu C-K, Morris JC. Clinician assessment of the driving competence of patients with dementia. J Am Geriatric Soc 53(5):829-833, 2005. PMCID:3292185

57.  Grace J, Amick MM, D'Abreu A, Festa-Martino EK, Heindel WC, **Ott BR**. Neuropsychological deficits associated with driving performance in Parkinson's and Alzheimer's disease. J Int Neuropsychol Soc 11(6): 766-775, 2005. PMCID:3292203

58.  Peskind E, Potkin S, Pomara N, **Ott BR**, McDonald S, Xie Y, Gergel I. Memantine treatment in mild to moderate Alzheimer's disease: A randomized controlled trial. Am J Geriatr Psychiatry 14:704-715, 2006.

59.  Ready RE, **Ott BR**, Grace J. Insight and cognitive impairment: effects on quality of life reports from mild cognitive impairment and Alzheimer's disease patients. Am J Alzheimers Dis Other Demen 21(4):242-248, 2006.

60.  Amick MM, D'Abreu A, Moro-de-Casillas ML, Chou KL, **Ott BR**. Excessive daytime sleepiness and on-road driving performance in individuals with Parkinson's disease. J Neurological Sci 252(1):13-15, 2006.

61.  Ready RE, **Ott BR**, Grace J. Factor structure of patient and informant ratings on the Dementia Quality of Life Instrument. Aging Neuropsychology Cognition 14(2):144-154, 2007.

62.  **Ott BR**, Blake LM, Sauter M, Graham SM, Bell JM. Open label, multicenter, 28-week extension study of the safety and tolerability of memantine in patients with mild to moderate Alzheimer's disease. J Neurol 254(3):351-358, 2007.

63.  Bhalla RK, Papandonatos GD, Stern RA, **Ott BR**. Anxiety of Alzheimer's disease patients before and after a standardized on-road driving test. Alzheimer's & Dementia 3(1):33-39, 2007. PMCID:3598633

64.  Pomara N, **Ott BR**, Peskind E, Resnick EM. Treatment of cognitive symptoms with memantine in mild to moderate Alzheimer's disease: Secondary analyses from a placebo-controlled randomized trial. Alzheimer Dis Assoc Disord 21(1):60-64, 2007.

65.  Ready RE, **Ott BR**. Integrating patient and caregiver reports on the Cornell-Brown Quality of Life scale. Am J Alzheimer's Dis Other Demen 22(6):528-34, 2007.

66.  Amick MM, Grace J, **Ott BR**.  Visual and cognitive predictors of driving safety in Parkinson's disease patients. Arch Clin Neuropsychol 22(8):957-67, 2007. PMCID:3555123

67.  **Ott BR**, Heindel WC, Papandonatos GD, Festa EK, Davis JD, Daiello LA, Morris JC. A longitudinal study of drivers with Alzheimer disease. Neurology 70(14):1171-1178, 2008.  PMCID:3664938

68.  **Ott BR**, Festa EK, Amick M, Grace J, Davis J, Heindel WC. Computerized maze navigation and on-road performance by drivers with dementia. J Geriatr Psychiatry Neurol 21(1):18-25, 2008. PMCID:3292182

69.  Smith MM, Tremont G, **Ott BR.** Telephone administered dementia screening. Am J Alz Disease Other Dementias 24(1):58-69, 2009.

70. Daiello LA, **Ott BR**, Lapane KL, Reinert SE, Machan JT, Dore DD. Effect of discontinuing cholinesterase inhibitor therapy on behavioral and mood symptoms in nursing home patients with dementia. Am J Geriatr Pharmacother 7(2):74-83, 2009.

71. **Ott BR**, Daiello LA. How does dementia affect driving in older patients? Aging Health, 6(1):77-85, 2010. PMCID: PMC2847266

72. **Ott BR**, Cohen RA, Gongvatana A, Okonkwo OC, Johanson CE, Stopa EG, Donahue JE, Silverberg GD. Brain ventricular volume and cerebrospinal fluid biomarkers of Alzheimer's disease. J Alzheimers Dis 20(2):647-657, 2010. PMCID:3078034

73. Carr D, **Ott BR.** The older driver with cognitive impairment: "It's a very frustrating life." JAMA 303(6):1632-1641, 2010. PMCID:2915446

74. Daiello LA, **Ott BR**, Festa EK, Friedman M, Miller LA, Heindel WC. Effects of cholinesterase inhibitors on visual attention in drivers with Alzheimer disease. J Clin Psychopharmacol. 30(3):245-51, 2010. PMCID:3289132

75. Festa, EK, Heindel WC, **Ott BR**.  Dual-task conditions modulate the efficiency of selective attention mechanisms in Alzheimer's disease. Neuropsychologia 48:3252-3261, 2010. PMCID:2928570

76. Okonkwo OC, Alosco ML, Jerskey BA, Sweet LH, **Ott BR**, Tremont G. Cerebral atrophy, apolipoprotein E ε4, and rate of decline in everyday function among patients with amnestic mild cognitive impairment. Alzheimers Dement. Sep;6(5):404-11, 2010. PMCID:2950092

77.  Silverberg N, Ryan L, Carrillo M, Sperling R, Petersen R, Posner HB, Snyder PJ, Hilsabeck R, Gallagher M, Raber J, Rizzo A, Possin K, King J, Kaye J, **Ott BR**, et al. Assessment of cognition in early dementia. Alzheimers Dementia. 7(3):e60-76, 2011. PMCID:3613863

78. Carr DB, Barco PP, Wallendorf MJ, Snellgrove CA, **Ott BR**.  Predicting road test performance in drivers with dementia. J Am Geriatr Soc, 59:2112-2117, 2011. PMCID: 3228409

79.  Tremont G, Papandonatos GD, Springate B, , Huminski B, McQuiggan MD, Grace J, Frakey L, **Ott BR**.  Use of the telephone-administered Minnesota Cognitive Acuity Screen to detect mild cognitive impairment.  Am J Alzheimers Dis Other Demen, 26(7):  555 – 562, 2011. PMID 22127023

80.  Alosco, ML, **Ott BR**, Cleveland MJ, Royle K, Snyder S, Spitznagel MB, Gunstad, J. Impaired knowledge of driving laws is associated with recommended driving cessation in cognitively impaired older adults. Dement Geriatr Cogn Dis Extra, 1(1):358-365, 2012. PMCID:3243640

81.  **Ott BR**, Papandonatos GD, Davis JD, Barco PP. Naturalistic validation of an on-road driving test of older drivers.  Human Factors, 54(4):663 – 674, 2012. PMCID:3568996

82.  Davis J, Papandonatos GD, Miller LA, Hewitt SD, Festa EK, Heindel WC, **Ott BR**. Road test and naturalistic driving performance in healthy and cognitively impaired older adults: Does environment matter? J Am Geriatr Soc, 60(11):2056-2062, 2012. PMCID:3498523

83.  Springate BA, Tremont G, **Ott BR**. Predicting functional impairments in cognitively impaired older adults using the Minnesota Cognitive Acuity Screen. J Geriatr Psychiatry Neurol, 25(4):195-200, 2012. PMID 23172763

84.  Lucas-Carrasco R, Gomez-Benito J, Rejas J, **Ott BR**.  The Cornell-Brown Scale for Quality of Life in Dementia: Adaptation and validation into Spanish.  Alzheimer Dis Assoc Disord, 27(1):44-50, 2013. PMID 22193352

85.  Festa EK, **Ott BR,** Manning KJ, Davis JD, Heindel WC. Effect of cognitive status on self-regulatory driving behavior in older adults: An assessment of naturalistic driving using in-car video recordings.  J Geriatr Psychiatr Neurol, 26(1):10-18, 2013. PMID 23385363

86.  Heindel WC, Festa EK, **Ott BR**, Landy K, Salmon DP. Prototype learning and dissociable categorization systems in Alzheimer's disease. Neuropsychologia, 51:1699-1708, 2013. PMID:23751172

87.  Zahodne LB, Gongvatana A, Cohen RA, **Ott BR**, Tremont G.  Are apathy and depression independently associated with longitudinal trajectories of cortical atrophy in mild cognitive impairment?  Am J Geriatr Psychiatry, 21(11):1098-106, 2013. PMCID:3797189

88**. Ott BR**, Davis JD, Papandonatos GD, Hewitt S, Festa EK, Heindel WC, Snellgrove CA, Carr DB. Assessment of Driving-Related Skills prediction of unsafe driving in older adults in the office setting. J Am Geriatr Soc, 61(7):1164-9, 2013.  PMID:23730836

89. Tremont G, Davis J, Papandonatos GD, Grover C, **Ott BR**, Fortinsky RH, Gozalo P, Bishop BS. A telephone intervention for dementia caregivers: Background, design, and baseline characteristics. Contemp Clin Trials, 36(2):338-347, 2013. PMCID:3844092

90. Barco PP, Wallendorf MJ, Snellgrove CA, **Ott BR,** Carr DB.  Predicting road test performance in drivers with stroke. Am J Occup Ther 68(2):221-0, 2014. PMCID:4012570

91. Manning KJ, Davis JD, Papandonatos GD, Hewitt SD, **Ott BR**.  Clock drawing as a screen for impaired driving in aging and dementia: Is it worth the time? Arch Clin Neuropsychol 29(1):1-6, 2014. PMCID:3897234

92. Springate BA, Tremont G, Papandonatos G, **Ott BR**. Screening for mild cognitive impairment using the Dementia Rating Scale-2. J Geriatr Psychiatry Neurol 27(2):139-144, 2014.  PMID:24578462

11

93. Snyder PJ, Lim YY, Schindler R, **Ott BR**, Salloway S, Daiello L, Getter C, Gordon CM, Maruff P.  Micro-dosing of scopolamine as a "cognitive stress test": Rationale and test of a very low dose in an at-risk cohort of older adults. Alzheimers Dement, 10(2):262-7, 2014. PMID 24698030

94.  Buelow MT, Tremont G, Frakey LL, Grace J, **Ott BR**. Utility of the cognitive difficulties scale and association with objective test performance. Am J Alzheimers Dis Other Demen. 29(8):755-61, 2014.  PMID 24928819

95. Daniels AH, Daiello LA, Lareau CR, Robidoux KA, Luo W, **Ott B**, Hayda RA, Born CT. Preoperative cognitive impairment and psychological stress in hospitalized elderly hip fracture patients. Am J Orthop. 43(7):E146-52, 2014. PMID:25046191

96. Daiello LA, Gongvatana W, Dunsiger S, Cohen R, **Ott BR**. Association of fish oil use with preservation of brain volume and cognitive function.  Alzheimers Dement. 11(2):226-35, 2015. PMCID:4829435

97. Tremont G, Davis JD, Papandonatos GD, **Ott BR**, Fortinsky RH, Gozalo P, Yue MS, Bryant K, Grover C, Bishop DS.  Psychosocial Telephone Intervention for Dementia Caregivers: A Randomized, Controlled Trial. Alzheimers Dement. 11(5):541-8, 2015.  PMCID:4306648

98. Alosco ML, Penn MS, Spitznagel MB, Cleveland MJ, **Ott BR**, Gunstad J. Reduced physical fitness patients with heart failure as a possible risk factor for impaired driving performance. Am J Occup Ther, 69(2):1-8, 2015. PMCID:4480054

99.  Bixby KA, Davis JD, **Ott BR**. Comparing caregiver and clinician prediction of fitness-to-drive in people with Alzheimer's disease. Am J Occup Ther, 69(3):1-7, 2015. PMCID:4453038

100. **Ott BR**, Daiello LA, Dahabreh IJ, Springate BA, Bixby K, Murali M, Trikalinos TA. Do statin drugs impair cognition?  A systematic review and meta-analysis of randomized controlled trials. J Gen Int Med. 30(3):348-58, 2015.  PMCID:4351273
        Cited for discussion in Ann Int Med, ACP Journal Club, May 19, 2015.

101. Barco PP, Baum CM, **Ott BR**, Ice S, Johnson A, Wallendorf M, Carr DB. Driving errors in persons with dementia. J Am Geriatr Soc. 63(7):1373-80, 2015. PMID: 26140521

102. Lim YY, Maruff P, Schindler R, **Ott BR**, Salloway S, Yoo D, Noto RB, Snyder PJ. Disruption of cholinergic neurotransmission exacerbates Aβ-related cognitive impairment in preclinical Alzheimer's disease. Neurobiol Aging. 36(10):2709-15, 2015. PMID:26233262

103. Papandonatos GD, **Ott BR**, Davis JD, Barco P, Carr DB. The clinical utility of the trail making tests as predictors of driving performance in older adults. J Am Geriatr Soc. 63(11):2358-64, 2015. PMCID:4661063

104.  Tremont G, Papandonatos GD, Kelley P, Bryant K, Galioto R, **Ott BR**. Prediction of cognitive and functional decline with the telephone-administered Minnesota Cognitive Acuity Screen. J Am Geriatr Soc. 64(3):608-13, 2016. PMID:27000332

105. Alosco ML, Penn MS, Spitznagel MB, Cleveland MJ, **Ott BR**, Gunstad J.  Preliminary investigation on the association between depressive symptoms and driving performance in heart failure.  Geriatrics 2016, 1(1), 2;[Epub] http://www.mdpi.com/2308-3417/1/1/2

106. **Ott BR**, Pelosi M, Tremont G, Snyder PJ. A survey of knowledge and views concerning genetic and amyloid PET status disclosure. Alzheimers Dement (N Y). 2(1):23-29, 2016. PMCID:4804344
        Comment in  AlzForum, September 12, 2016

107. **Ott BR**, Davis JD, Bixby K. Video feedback intervention to enhance the safety of cognitively impaired older drivers.  Am J Occup Ther. 71(2):1-7, 2017. PMCID:5317390

108. Roe CM, Barco PP, Head DM, Ghoshal N, Selsor N, Babulal GM, Fierberg R, Vernon EK, Shulman N, Johnson A, Fague S, Xiong C, Grant EA, Campbell A, **Ott BR**, Holtzman DM, Benzinger TL, Fagan AM, Carr DB, Morris JC. Amyloid imaging, cerebrospinal fluid biomarkers, and driving performance among cognitively normal individuals. Alzheimer Dis Assoc Disord. 31(1):69-72, 2017. PMCID:5085874

109. Tremont G, Davis JD, **Ott BR**, Galioto R, Crook C, Papandonatos G, Fortinsky RH, Gozalo P, Bishop DS. Randomized trial of the family intervention: Telephone Tracking-Caregiver for Dementia Caregivers: Use of community and healthcare resources.  J Am Geriatr Soc. 65(5):924-930, 2017. PMID:28008609.

110. Babulal GM, Traub CM, Webb M, Stout SH, Addison A, Carr DB, **Ott BR**, Morris JC, Roe CM. Creating a driving profile for older adults using GPS devices and naturalistic driving methodology. F1000Res. 5:2376. eCollection 2016. PMCID:5133689

111. **Ott BR**, Jones RN, Noto RB, Yoo DC, Snyder PJ, Bernier JN, Carr DB, Roe CM. Brain amyloid in preclinical Alzheimer's disease is associated with increased driving risk. Alzheimers Dement (Amst). 6:136-142, 2016. eCollection 2017. PMCID:5318288

112. Skrobot OA, O'Brien J, Black S, and **The VICCCS group**. The Vascular Impairment of Cognition Classification Consensus Study (VICCCS). Alzheimers Dement.13:624-33, 2017. PMID:27960092.

113. Babulal GM, Stout SH, Benzinger TL, **Ott BR**, Carr DB, Webb M, Traub CM, Addison A, Morris JC, Warren DK, Roe CM. A naturalistic study of driving behavior in older adults and preclinical Alzheimer disease. J Appl Gerontol. Jan 1:733464817690679, 2017 [Epub ahead of print] PMID:28380718

114. Roe CM, Babulal GM, Head DM, Stout SH, Vernon EK, Ghoshal N, Garland B, Barco PP, Williams MM, Johnson A, Fierberg R, Fague MS, Xiong C, Mormino E, Grant EA, Holtzman DM, Benzinger TLS, Fagan AM, **Ott BR**, Carr DB, Morris JC. Preclinical Alzheimer disease and longitudinal driving decline.  Alzheimers Dement (N Y). 3(1):74-82, 2017.  PMCID:5396459

115. Giugliano RP, Mach F, Zavitz K, Kurtz C, Schneider J, Wang H, Keech A, Pedersen TR, Sabatine MS, Sever PS, Honarpour N, Waserman S, **Ott BR**, on behalf of the EBBINGHAUS Investigators. Design and Rationale of the EBBINGHAUS Trial: A phase 3, double-blind, placebo controlled, multicenter study to assess the effect of evolocumab on cognitive function in patients with clinically evident cardiovascular disease and receiving statin background lipid lowering therapy – A cognitive study of patients enrolled in the FOURIER trial. Clin Cardiol. 40(2):59-65, 2017. PMID:28207168

116. Giugliano RP, Mach F, Zavitz K, Kurtz C, Im K, Kanevsky E, Schneider J, Wang H, Keech A, Pedersen TR, Sabatine MS, Sever PS, Robinson JG, Honarpour N, Wasserman, SM, **Ott BR**, on behalf of the EBBINGHAUS Investigators. Cognitive function in a randomized trial of evolocumab. New Eng J Med. 377(7):633-643, 2017. PMID:28813214

117. Festa EK, Katz AP, **Ott BR**, Tremont G, Heindel WC. Dissociable effects of aging and mild cognitive impairment on bottom-up audiovisual integration. J Alzheimers Dis. 59(1):155-167, 2017. PMID:28598838

118. Margolis SA, Papandonatos GD, Tremont G, **Ott BR**.  Telephone-administered Minnesota Cognitive Acuity Screen predicts time to institutionalization and homecare. Int Psychogeriatr. Sep 25:1-9, 2017. [Epub ahead of print] PMID:28942736

13

119. Giugliano RP, Pedersen TR, Park J-G, De Ferrari G, Gaciog Z, Ceska R, Toth K, Gouni-Berthold I, Lopez-Miranda J, Schiele F, Mach F, **Ott BR**, Kanevasky E, Pineda AL, Somaratne R, Keech AC, Sever PS, Sabatine MS, on behalf of the FOURIER Investigators.  Clinical efficacy and safety of achieving very low LDL-cholesterol concentrations with the PCSK9 inhibitor evolocumab: A prespecified secondary analysis of the FOURIER trial. Lancet, Aug 25, 2017.  [Epub ahead of print] PMID:28859947

120. Roe CM, Babulal GM, Mishra S, Gordon BA, Stout SH, **Ott BR**, Carr DB, Ances BM, Morris JC, Benzinger TLS. Tau and amyloid positron emission tomography imaging predict driving performance among older adults with and without preclinical Alzheimer Disease. J Alzheimers Dis. 61(2):509-513, 2018. PMID:29171997

121. De la Monte SM, Daiello LA, Hapel AJ, Tong M, **Ott BR**. Concordant and discordant serum and cerebrospinal fluid inflammatory cascades in mild cognitive impairment and Alzheimer's disease. Neuroinflamm Neurodegen, accepted September, 2017.

122. Skrobot OA, Black S, Chen C, et al. and The VICCCS group. Progress towards standardized diagnosis of vascular cognitive impairment: guidelines from the vascular impairment of cognition classification consensus study (VICCCS). Alz Dementia, accepted September, 2017.

123. Venkatesan U, Festa EK, **Ott BR**, Heindel WC. Differential contributions of selective attention and sensory integration to driving performance in healthy aging and Alzheimer's disease. J Int Neuropsychol Soc, Dec 28:1-12, 2017. [Epub ahead of print] PMID:29283079

<u>OTHER PUBLICATIONS:</u>

1.  **Ott BR**, Tornabene J, Fogel BS. Deficit awareness in dementia: Relevance to the clinical diagnosis of Alzheimer's disease. In: Nicolini N, Corain B, Zatta PF, eds. *Alzheimer's Disease and Related Disorders*. Advances in the Biosciences. Vol. 87. New York: Pergamon Press, pp. 63-65, 1993.

2.  **Ott BR**. An adult with spina bifida and recurrent urinary tract infections. Neurology Reviews, 1:29, 1993.

3.  **Ott BR**. Diagnosis and treatment of depression in patients with dementia. The Brown University Long-Term Care Quality Letter. 5(18):1,6-7,1993.

4.  **Ott BR**. Huntington's disease. Rhode Island Medical Journal. 76:543-545, 1993.

5.  **Ott BR**. Alzheimer's disease. In: Feldmann E, ed. *Current Diagnosis in Neurology*.  Mosby-Year Book, Inc. 1994, pp. 173-177.

6.  DeFusco DJ, **Ott BR**, O'Dowd P, Hokama Y. Coma due to ciguatera poisoning in      Rhode Island (letter). Am J Med 99:106-107,1995.

7.  **Ott BR**. Case study: A 57-Year-old man with numbness of the chin. Neurology Reviews, 3:14, 1995.

8.  **Ott BR**. Non-Alzheimer dementing disorders. In: Sage JI, Mark MH, eds. *Practical Neurology of the Elderly*. New York, Marcel Dekker, Inc. 1996, pp. 49-114.

9.  **Ott BR**.  Driving and dementia: The medical perspective. Med Health/RI. 79:383-387,1996.

10. **Ott BR**, Grace J. Vascular dementia. Med Health/RI. 80:150-154,1997.

11. Noto RB, **Ott BR**. Brain SPECT scanning (letter).  J Am Geriatr Soc  46:657-658,1998.

12. **Ott BR**. Alzheimer's disease and other cortical dementias. In: Gilchrist JM, ed. *Prognosis In Neurology*. Boston, Butterworths. 1998, pp.125-129.

13. Abuelo DN, Walsh A, Seltzer W, Anath U, **Ott BR**, Geffroy G. Premature Alzheimer disease was not due to trauma: molecular biology revises diagnosis 15 years after patient's autopsy (letter). Arch Neurol 55:1155, 1998.

14. **Ott BR**. Book review: Headache, by ELH Spierings, in Med Health/RI 81:279, 1998.

15. Friedman JH, **Ott BR**. Should risperidone be used in patients with Parkinson's disease? (letter). J Neuropsychiatry Clin Neurosciences 10:473-475, 1998.

16. **Ott BR**, Mernoff ST. Driving policy issues and the physician. Med Health/RI 82:428-431, 1999.

17. **Ott BR**. Book review: *Concepts of Alzheimer's Disease -- Biological, Clinical, and Cultural Perspectives*, ed, by PJ Whitehouse, K. Maurer, and JF Ballenger. Clinical Gerontologist 22:141-142, 2001.

18. **Ott BR**, Cahn-Weiner D. Gender differences in Alzheimer's disease. Geriatric Times 2(6):23-24, 2001.

19. White T, Stern RA. *Neuropsychological Assessment Battery*. Reliability and validity studies, **Brian Ott**, contributor. Psychological Assessment Resources, Inc. Lutz, FL. 2001, 2003.

20. **Ott BR**. Medical treatment of Alzheimer's disease: Past, present, and future. Med Health/RI, 85(7):210-212, 2002.

21. Ready RE, **Ott BR**, Grace J. Assessment of quality of life in Alzheimer's disease and mild cognitive impairment.  In: *Research and Practice in Alzheimer's Disease and Cognitive Decline*. Vol. 7. B Vellas, M Grundman, H Feldman, LJ Fitten, B Winblad, E Giacobini, eds., Serdi, 2003.

22. **Ott BR**. Gender differences in the behavior of Alzheimer Disease patients. In: *Alzheimer's Disease – The Basics.  A Physician's Guide to the Practical Management*. RW Richter, BZ Richter, Eds., Humana Press, Inc.,Totowa, NJ, 2003, pp353-361.

23. **Ott BR**, Cahn-Weiner D. Gender differences in Alzheimer's disease. Psychiatric Times 20(2):46-51, 2003.

24. Fernandez HH, Wu CK, **Ott BR**. Pharmacotherapy of Dementia with Lewy Bodies.  Expert Opin Pharmacother, 4(11):2027-2037, 2003.

25. Heindel W, Festa-Martino A, **Ott B**. Retrieval from semantic memory: Differential effects of aging and Alzheimer's disease. MIT CogNet, 2003.

26. Naor-Raz G, Heindel W, Tarr M, **Ott B**. Object recognition impairments in Alzheimer's disease. MIT CogNet, 2003.

27. Paul R, Cohen RC, **Ott BR**, Salloway S, Eds. *Vascular Dementia: Cerebrovascular Mechanisms and Clinical Management*. Humana Press, Inc., Totowa, NJ, 2004.
    Chapter contributions:
      – D'Abreu A, **Ott BR**. Poststroke Dementia: The Role of Strategic Infarcts, 231-241.
      – Ready RE, **Ott BR**. Quality of Life in Vascular Dementia, 323-329.

28. Ready RE, **Ott BR**, Grace J. Amnestic behavior in dementia: symptoms to assist in early detection and diagnosis.  In: *Research and Practice in Alzheimer's Disease and Cognitive Decline*. Vol. 7. B Vellas, M Grundman, H Feldman, LJ Fitten, B Winblad, E Giacobini, eds., Serdi, 2004.

29. **Ott BR**, Lapane KL. Mortality in donepezil treated patients. Letter. J Am Geriatr Soc 52(8):1412-1413, 2004.

30. Asadi-Lari M, Tamburini M, Gray D. Patients' needs, satisfaction, and health related quality of life: Towards a comprehensive model. **Brian Ott**, Comment in: Health and Quality of Life Outcomes 2:32, 2004.

31. Brown LB, **Ott BR**, Papandonatos GD, Ready RE, Morris JC.  Who should decide driving competence? Letter. J Am Geriatr Soc 53(9):1637-1638, 2005.

32. Festa EK, **Ott BR**, Heindel WC. Alerting and orienting in Alzheimer's disease: A reply. Neuropsychology 20(6):757-760, 2006.

33. Tremont G, **Ott BR.** Early-onset Alzheimer's disease. Op-Ed. Providence Journal, September 2, 2007.

34. Amick MM, **Ott BR.** Driving safety among older adults. Med Health RI, 91(5):145-147, 2008.

35. **Ott BR**, Heindel WC, Papandonatos GD, Festa EK, Davis JD, Daiello LA, Morris JC. A longitudinal study of drivers with Alzheimer disease. Response to letter to the editor.  Neurology 72:1109-1110, 2009.

36.  Carr DB, **Ott BR**. The older driver with cognitive impairment: "It's a very frustrating life." Response to letter to the editor, JAMA 304(7): 744-745, 2010.

37. Roth J, **Ott BR,** Gaitanis JN, Blum AS. The Neuroimmunology of Cortical Disease: Dementia, Epilepsy and Autoimmune Encephalopathies. In: *Clinical Neuroimmunology: Multiple Sclerosis and Related Disorders.*  Chapter 15, 275-285. SA Rizvi, PK Coyle, Eds., Springer Science, New York, 2011.

38.  Cohen RA, Gongvatana W, **Ott BR**.  Cerebrospinal fluid biomarkers of neurodegenerative and ventricular brain changes in the elderly. In: *Handbook of Imaging the Alzheimer Brain*, *Volume 2: Advances in Alzheimer's Disease*. J. W. Ashford, ed., IOS Press, 2011.

39.  **Ott BR**. The long and winding road to Alzheimer prevention.  Rhode Island Med J. 96(4):14-15, 2013. PMID:23641444

40.  Afari ME, Blum AS, Mernoff S, **Ott BR**. Driving policy after seizures and unexplained syncope: A practice guide for Rhode Island physicians, R I Med J. 91(1):40-43, 2014.  PMID:24400312

41.  Hali-Tierney AD, **Ott BR**.  Driving impairment in older adults. Chapter 29. In: *Geriatric Neurology*. AK Nair and MN Sabbagh, Eds. John Wiley & Sons, Ltd, 2014.

43.  Wing E, **Ott BR**. Unilateral greater occipital nerve compression causing scalp numbness. Rhode Island Med J, 98(3):34-35, 2015.  PMID:26056835

44.  Giugliano RP, Sabatine MS, **Ott BR**.  Cognitive Function in a Randomized Trial of Evolocumab (Letter). N Engl J Med. 377(20):1997, 2017. PMID:2914116

<u>PUBLICATIONS SUBMITTED OR IN PROGRESS:</u>

1.  Wang S, **Ott BR**, Luo G. Detection of lane-change events in low-resolution naturalistic driving. Applied Science, resubmitted October, 2017.

16

2. Johanson C, Daiello LA, Stopa E, de la Monte S, Keane M, **Ott BR**. Disrupted blood-cerebrospinal fluid barrier and CSF composition in mild cognitive impairment vs. Alzheimer's disease. J Alz Dis & Parkinsonism, In preparation, 2018.

3. **Ott BR**, Jones RN, Daiello LA, Grammas P, de la Monte S, Denby C, Johanson CE, Stopa E. Blood brain barrier gradients in mild cognitive impairment and Alzheimer's disease: Relationship to inflammatory cytokines and chemokines. Frontiers Aging Neurosci, submitted September, 2017.

4. Margolis SA, Pillemer S, Reynolds GO, Tremont G, **Ott BR**. Cognitive decline predicts perceived loneliness in non-demented older adults at risk of Alzheimer's disease. Aging Mental Health, submitted November, 2017.

5. Pillemer S, Papandonatos GD, Crook C, **Ott BR**, Tremont G. The Modified Telephone-Administered Minnesota Cognitive Acuity Screen for mild cognitive impairment. J Geriatr Psychiatry, In preparation January, 2018

6. Margolis SA, Festa EK, Korthauer LE, Gonsalves MA, Oberman L, Heindel WH, **Ott BR**. Repetitive transcranial magnetic stimulation in primary progressive aphasia and behavioral variant frontotemporal dementia: A case series, In preparation January, 2018.

7. Davis JD, Wang S, Luo G, Moharrer M, Festa EK, Bernier J, Ott BR. Automated detection of risky driving events in the naturalistic environment in both healthy older adults and mild Alzheimer's disease. Geriatrics, In preparation, 2018.

## ABSTRACTS

1. Hirano M, **Ott BR**, Raps EC, Lennihan L, Hair LS, Hays AP. Acute steroid myopathy and nondepolarizing blocking agents. Neurology. 41(Suppl 1):421, 1991. The 43rd Annual Meeting of the American Academy of Neurology, Boston, April 25, 1991.

2. Fogel BS, **Ott BR**. Measurement of depression in dementia. The 145th Annual Meeting of the American Psychiatric Association, Pittsburgh, May 2-7, 1992.

3. **Ott BR**, Tornabene J, Fogel BS. Deficit awareness in dementia: Relevance to the clinical diagnosis of Alzheimer's disease. Neurobiol Aging. 13:( Suppl 1):11, 1992. The Third International Conference on Alzheimer's Disease and Related Disorders, Venice, Italy, July 12-17, 1992.

4. Saver J, **Ott BR**. Unilateral lesions in amnesic stroke. Neurology. 43 (Suppl 1): 244,1993. The 45th Annual Meeting of the American Academy of Neurology, New York, April 28, 1993.

5. **Ott BR**, Lafleche G, Whelihan WM, Buongiorno GW, Fogel BS. Unawareness of dementia in Alzheimer's disease. Neurology 44(Suppl 2):239-240, 1994. The 46th Annual Meeting of the American Academy of Neurology, Washington, May 4, 1994.

6. **Ott BR**. New treatment options for dementia. Advances in the Treatment of Neurologic Disorders, Newport, RI, July 10, 1994.

7. **Ott BR**. Loss of insight in Alzheimer's disease. APA Symposia #92B:154, 1995. New Concepts In the Neuropsychiatry Of Motivation symposium, 148th Annual Meeting of the American Psychiatric Association, Miami, May 25, 1995.

8. **Ott BR**, Noto RB, Fogel BS. Apathy and loss of insight in Alzheimer's disease: A SPECT imaging study. J Neuropsychiatry Clin Neuroscience 7:422, 1995. The American Neuropsychiatric Association Seventh Annual Meeting, Pittsburgh, PA., October 15, 1995.

9. Whelihan WM, **Ott BR**, Thompson JA.  The relationship of neuropsychological executive tests to SPECT measures of frontal lobe functioning in patients with dementia.  Arch Clin Neuropsychology, 11(5):462-463, 1996. The National Academy of Neuropsychology, 15th Annual Meeting, San Francisco, November 1, 1995.

10. **Ott BR**, Tate CA, Gordon NM, Heindel WC. Gender differences in the behavioral manifestations of Alzheimer's disease.  The Lancet Conference: Dementia 1996, Edinburgh, Scotland, April 25, 1996,

11. Faberman RS, **Ott BR**, Noto RB, Rogg JM, Hough TJ, Spencer PK, Tung GA. Correlation of white matter hyperintensities on MRI and cortical abnormalities on HMPAO SPECT imaging in Alzheimer's disease.  The American Society of Neuroradiology, Seattle, June 21, 1996.

12. Faberman RS, **Ott BR**, Noto RB, Rogg JM, Hough TJ, Spencer PK, Tung GA. Correlation between white matter hyperintensities on MRI and cortical perfusion on SPECT imaging in dementia. Radiology 201(P):457,1996. The 82nd Scientific Assembly and Annual meeting of the Radiological Society of North America, Chicago, December 1, 1996.

13. **Ott BR**, Noto RB. Functional correlates of driving impairment in patients with dementia. J Neuropsychiatry Clin Neurosci 9:175, 1997.  The American Neuropsychiatric Association Eighth Annual Meeting, Orlando, FL, February 4, 1997.

14. **Ott BR**, Heindel WC, Whelihan WM, Noto RB.  A SPECT imaging study of driving impairment in patients with dementia.  The First Annual Brown University Brain Science Research Day, Providence, RI, April 3, 1997.

15. Sinha  R, Heindel W, **Ott BR**. Classification learning and recognition memory for prototype dot patterns in Alzheimer's disease.  The Society for Neuroscience Annual Meeting, New Orleans, LA, October 25, 1997.

16. Whelihan WM, Caron M, Piatt A, Noto RB, **Ott BR**, Heindel WC. Neuropsychological predictors of driving ability in early-stage dementia. The National Academy of Neuropsychology 17th Annual Meeting, Las Vegas, November 10-13, 1997.

17. **Ott BR**, Heindel WC, Whelihan WM, Noto RB.  A SPECT imaging study of driving impairment in patients with dementia.  The Memorial Hospital 65th Annual Kenney Day Program, Pawtucket, RI, February 6, 1998.

18. **Ott BR**, Noto RB, Clements NC. Sensitivity of SPECT for the diagnosis of Alzheimer's disease.  Neurobiol Aging Vol. 19, No. 4S, S159, 1998. The Sixth International Conference on Alzheimer's Disease and Related Disorders, Amsterdam, The Netherlands, July 20, 1998.

19. Abdallah H, **Ott BR**.  Brainstem stroke following herpes zoster infection.  The 1999 Rhode Island Regional Conference of the American College  of  Physicians, Warwick, RI, April 6, 1999.

20. **Ott BR**, Lapane K, Gambassi G. Gender differences in the behavior problems and treatment of Alzheimer's disease.  Neurology 52(Suppl 2):396,1999. The 51st meeting of the American Academy of Neurology, Toronto, Canada, April 22, 1999.

21. Grace J, Boyle P, **Ott BR**, Noto R. Behavioral measurement and SPECT imaging of frontal functioning in dementia. The 28th Annual Meeting of the International Neuropsychological Society, Denver, Colorado, February 9, 2000.

22. **Ott BR**, Heindel WC, Tan Z, Noto RB. Laterality differences in cerebral blood flow between men and women with Alzheimer's disease. The 11th Annual Meeting of the American Neuropsychiatric Association, Fort Meyers, Florida, February 20, 2000.

18

23. Grace J, Zawacki TM, **Ott BR**, Boyle P, Noto R. Behavioral, neuropsychological, and SPECT correlates of frontal lobe functioning in dementia. Brain and Cognition, 2000.  The 10th Annual Rotman Research Institute Conference on the Frontal Lobes, Toronto, Canada, March 20, 2000.

24. Heindel W, Festa-Martino E, **Ott B**. Retrieval from semantic memory: differential effects of aging and Alzheimer's disease.  The 7th Annual Meeting of the Cognitive Neuroscience Society, San Francisco, April 11, 2000.

25. **Ott BR**, Lapane KL, Owens NJ. Sex hormone drugs and behavioral problems in male nursing home residents. Neurobiol Aging 21(1S):238, 2000.  The World Alzheimer Congress 2000, Washington, DC, July 12, 2000.

26. Ready RE, **Ott BR**, Grace J, Fernandez I. The Cornell-Brown Scale for quality of life in dementia.  The Brown University Department of Psychiatry annual research symposium, February 2001.

27. Naor-Raz G, Heindel W, Tarr M, **Ott B**. Evidence for object recognition impairment in Alzheimer's disease. The 8th Annual Meeting of the Cognitive Neuroscience Society, New York, March 25-27, 2001.

28. Festa-Martino E. Heindel W, **Ott B**. Differential effects of aging and Alzheimer's disease on selective attention and arousal. Inv Ophthalmol Visual Sci (Suppl)42:S852, 2001. The annual meeting of the Association for Research in Vision and Ophthalmology, New Orleans, April 29-May 4, 2001.

29. Ready RE, **Ott BR**, Grace J, Fernandez I. The Cornell-Brown Scale for quality of life in dementia.  Neurology. 56 (Suppl 3): 173-174,2001. The 53rd Annual Meeting of the American Academy of Neurology, Philadelphia, May 9, 2001.

30. Ready RE, Grace J, **Ott BR**, Cahn-Weiner D. Behavior change in mild cognitive impairment and dementia. Arch Clin Neuropsychol 2001.  The National Academy of Neuropsychology, San Francisco, November 1, 2001.

31. Zawacki TM, Grace J, Paul R, Moser DJ, **Ott BR**, Gordon N, Cohen RA. Behavioral problems as predictors of functional abilities of vascular dementia patients.  The National Academy of Neuropsychology, San Francisco, November 1, 2001.

32. Ready RE, **Ott BR**, Grace J. Amnestic behavior in dementia: symptoms to assist in early detection and diagnosis. 69th Annual Kenney Research Day, Memorial Hospital of Rhode Island, Pawtucket, RI, February 1, 2002.

33. Cahn-Weiner D, Grace J, **Ott B**, Friedman J, Fernandez H. Cognitive and behavioral features of Alzheimer's disease and Parkinson's disease patients. International Neuropsychological Society 30th Annual Meeting, Toronto, February 13-16, 2002.

34. Cahn-Weiner D, Malloy PF, Ready R, Grace J, **Ott B**, Rebok G. Preliminary results of a memory training intervention for Alzheimer's disease patients.  J Int Neuropsychol Soc 2002;8:176.  The International Neuropsychological Society 30th Annual Meeting, Toronto, February13-16, 2002.

35. **Ott BR**, Heindel WC, Whelihan WM, Caron MD, Piatt AL, DeCarlo MA. J Am Geriatric Soc 2002;50(4):S167. Maze test performance and reported driving ability in early dementia, 2002 American Geriatrics Society Annual Meeting, Washington, May 8-12, 2002.
          – Selected for the Presidential Poster Session

36. Ready RE, **Ott BR**, Grace J. Apathy and depression predict patient and caregiver ratings of quality of life in mild cognitive impairment and Alzheimer's disease. The 8th International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July 20-25, 2002.

37. Belazi D, Lapane K, **Ott BR**.  Estrogen and cognitive decline: A prevention study of women in nursing home facilities. Drug Information Association Fourth Annual Workshop on Pharmaceutical Outcomes Research, Newport, October 17-18, 2002.

38. Ready RE, **Ott BR**, Grace J. Quality of life in mild cognitive impairment and Alzheimer's disease: Discrepancies between caregiver and patient reports.  Kenney Research Day Symposium, Memorial Hospital of Rhode Island, Pawtucket, RI, February 7, 2003.

39. Stern RA, Davis JD, Rogers BL, Smith KM, Harrington CJ, **Ott BR**, Prange AJ. A double-blind study of thyroxine in the treatment of Alzheimer's dementia. J Neuropsychiatry Clin Neurosci, 15(2):268. 14th Annual Meeting of the American Neuropsychiatric Association, Honolulu, February 1-4, 2003.

40. Ready RE, **Ott BR**, Grace J. Quality of life in mild cognitive impairment and Alzheimer's disease: Discrepancies between caregiver and patient reports. J Int Neuropsychol Soc, 9:226.  The International Neuropsychological Society 31st Annual Meeting, Honolulu, February 5-8, 2003.

41. Taylor J, Rosenblum J, **Ott B**, Heindel W. Semantic processing and word-stem completion priming in Alzheimer's disease. The International Neuropsychological Society 31st Annual Meeting, Honolulu, February 5-8, 2003.

42. Brown LB, Stern RA, Cahn-Weiner DA, Rogers B, Davis MA, Lannon MC, Maxwell C, Souza T, White T, **Ott BR**. The ecological validity of the Neuropsychological Assessment Battery (NAB) driving scenes test. J Neuropsychiatry Clin Neurosci 16(2):232-233,2004. The American Neuropsychiatric Association 15th Annual Meeting, Bal Harbour, FLA, February 23, 2004.

43. **Ott BR**, Brown LB, Souza T, Papandonatos GD, Sui Y, Lannon MC, Maxwell C, Morris JC.  Prediction of on-road driving performance by patients with mild dementia. J Neuropsychiatry Clin Neurosci 16(2):220,2004. The American Neuropsychiatric Association 15th Annual Meeting, Bal Harbour, FLA, February 22, 2004.

44. **Ott BR**, Peskind ER, Pomara N, Potkin SG, McDonald S, Xie Y, Gergel I. Memantine monotherapy is effective and safe for the treatment of mild to moderate Alzheimer's disease: A randomized controlled trial. The 7th Annual Meeting of the College of Psychiatric and Neurologic Pharmacists, Chicago, April 23, 2004.

45. **Ott BR**, Peskind ER, Pomara N, Potkin SG, McDonald S, Xie Y, Gergel I. Memantine monotherapy is effective and safe for the treatment of mild to moderate Alzheimer's disease: A randomized controlled trial. J European Neuropsychpharmacol 14 (suppl 3): S332, 2004.  The 17th European College of Neuropsychopharmacology Congress, Stockholm, Sweden, October 11, 2004.

46. Ready RE, **Ott BR**, Grace J. Factor Structure of Patient and Informant Ratings on the Dementia Quality of Life Instrument. International Neuropsychological Society 33rd Annual Meeting, St. Louis, February 2005.

47. Bhalla R, Stern R, Grace J, **Ott BR**. Alzheimer's disease patients' self-ratings of anxiety before and after an on-road standardized driving test.
   – International Neuropsychological Society 33rd Annual Meeting, St. Louis, February 2005.
   – Brown University Dep. of Psychiatry 10th Annual Research Symposium, Providence, April 13, 2006

48. Amick MM, D'Abreu A, Grace J, **Ott BR**. A comparison of on-road driving performance in individuals with Alzheimer's disease and Parkinson's disease. International Neuropsychological Society 33rd Annual Meeting, St. Louis, February 2005.

49. Grace J, Amick MM, D'Abreu A, Festa-Martino E, Heindel WC, **Ott BR**. Relationship between

neuropsychological tests and on road driving in Parkinson's disease. International Neuropsychological Society 33rd Annual Meeting, St. Louis, February 2005.

50. Ready RE, **Ott BR**, Grace J. Insight in mild cognitive impairment and Alzheimer's disease and assessment of quality of life.  The 16th Annual Meeting of the American Neuropsychiatric Association, Miami, Florida, February 2005.

51. **Ott BR**. Clinician and caregiver assessments of the driving competence of patients with dementia. 72nd Annual Kenney Research Day Symposium. Pawtucket, RI, March 4, 2005.

52. Amick M, D'Abreu A, Moro-de-Casillas M, Chou K, **Ott BR**. Excessive daytime sleepiness and on-road driving performance in individuals with Parkinson's disease. The 9th International Congress of Parkinson's Disease and Movement Disorders, New Orleans, March 5-8, 2005.

53. **Ott BR**, Anthony D, Papandonatos GD, Sui Y, D'Abreu A, Burock J, Curtin A, Wu C-K, Morris JC. Clinician assessment of the driving competence of patients with dementia.
 – American Association of Geriatric Psychiatry 18th Annual Meeting, San Diego, March 3-6, 2005.
 – Neurology 64(Suppl 1):A70, 2005. American Academy of Neurology 57th Annual Meeting, Miami, Florida, April 9-16, 2005.

54. Pomara N, **Ott BR**, Peskind E, for the Memantine MEM-MD-10 Study Group. Efficacy of memantine on cognition in mild to moderate Alzheimer's disease.
 – The 12th International Congress of the International Psychogeriatric Association, Stockholm, Sweden, September 20-24, 2005.
 – American Academy of Neurology 58th Annual Meeting, San Diego, CA, April 1-6, 2006.
 – American Neurological Association 131st Annual Meeting, Chicago, October 8, 2006.

55. **Ott BR**, Festa E, Amick M, Grace J, Davis J, Heindel WC. Computerized maze navigation and on-road performance in drivers with dementia.  Alzheimer's & Dementia 2(3):S568, 2006. The 10th International Conference on Alzheimer's Disease and Related Disorders, Madrid, July 19, 2006.

56. Wu CK, Grace J, **Ott B**. Language-based dementia: Frontotemporal dementia or Alzheimer's disease. The 5th International Frontotemporal Dementia Conference, San Francisco, September 6, 2006.

57. Davis JD, Tremont G, **Ott BR**, Festa EK, Heindel WC. Longitudinal analysis of neuropsychological functioning and on-road performance in drivers with mild dementia. The 35th Annual Meeting of the International Neuropsychological Society, Portland, February 7-10, 2007.

58. Festa EK, **Ott BR**, Heindel WC. The effect of dual-task engagement on response-selection interference in aging and Alzheimer's disease. Cognitive Neuroscience Society 14th Annual Meeting, New York, May 5-8, 2007.

59. Wu CK, Bhalla RK, Grace J, **Ott BR**. Clinical application of MCI diagnosis in a dementia clinic – A study of concordance.  Alzheimer's Disease Association International Conference on Prevention of Dementia. Alz Dementia 3(3):S142-143, 2007. Washington, DC, June 9-12, 2007. Alzheimer's & Dementia. 3(3): S142–S143, July 2007.

60. **Ott BR**, Heindel WC, Papandonatos GD, Festa EK, Davis JD, Daiello LA, Morris JC. A longitudinal study of drivers with dementia.  The 132nd Annual Meeting of the American Neurological Association, Washington, October 7-10, 2007.  Ann Neurology 62(suppl 11): S22, 2007.
 – Selected for the Dementia Walking Tour

61. Smith MM, Daiello LA, Davis JD, **Ott BR**. Prediction of motor vehicle accidents in older adults enrolled in a study of driving and dementia. The 26th Annual National Academy of Neuropsychology Conference, San Antonio,

October 25-28, 2007.

62. Daiello LA, **Ott BR**, Festa EK, Heindel WC. Cholinesterase inhibitors improve visual attention in drivers with Alzheimer's disease.
> 15th Annual Hospital Research Celebration. Rhode Island Hospital, Providence, RI. November 13, 2007.
> – Awarded First Place in the Lifespan Research Celebration Young Investigators Competition
> The 2008 International Conference on Alzheimer's Disease, Chicago, July 26-31, 2008.  Alzheimer's &Dementia. 4(4) T498, July 2008.

63.  Miller SC, **Ott BR**, Salloway S, Tremont G, Malloy P, Stopa E, Donahue J, Amick M, Grace J, Maguire D. Brown University Dementia Data Repository. Brown University Public Health Program Research Day, Brown University, Providence, RI, April 8, 2008.

64. Daiello LA, **Ott BR**, Lapane KL, Reinert SE, Machan JT, Dore DD.  Cholinesterase inhibitor discontinuation is associated with behavioral changes in nursing facility residents with dementia.
> – American Association for Geriatric Psychiatry Annual Meeting, Orlando, March 14-17, 2008.
> – Alzheimer's & Dementia 4(Suppl 4):TT498, 2008. The 2008 International Conference on Alzheimer's Disease, Chicago, July 26-31, 2008.

65. Festa EK, Papandonatos GD, **Ott BR**, Heindel WC. Cognitive factors associated with longitudinal decline in driving skills in patients with Alzheimer's disease. Alzheimer's & Dementia 4(Suppl 4):T652, 2008. The 2008 International Conference on Alzheimer's Disease, Chicago, July 26-31, 2008.

66. Tremont G, Smith MM, McQuiggan M, Papandonatos G, **Ott BR.** A brief telephone cognitive screen for mild cognitive impairment. Alzheimer's & Dementia 4(Suppl 4):T271-272, 2008. The 2008 International Conference on Alzheimer's Disease, Chicago, July 26-31, 2008.

67. Jalbert JJ, Grunier A, **Ott B**, Lapane K. Antipsychotic use in the nursing home: The role of the special care unit. The 24th International Conference for Pharmacoepidemiology & Therapeutic Risk Management. Copenhagen, Denmark, August 17-21, 2008.

68. Heindel WC, Festa EK, Set S, Miller LA, David JD, **Ott BR.** Integrating features across and within cortical streams in visual search: Differential effects of aging and Alzheimer's disease. The 16th Annual Meeting of the Cognitive Neuroscience Society, San Francisco, March 21-24, 2009.

69. Festa EK, Heindel WC, Connors NC, Hirshberg L, **Ott BR.** Neurofeedback training enhances the efficiency of cortical processing in normal aging. The 16th Annual Meeting of the Cognitive Neuroscience Society, San Francisco, March 21-24, 2009.

70. **Ott BR.** Driving assessment of the cognitively impaired older driver. Int. Psychogeriatrics 21(Suppl. 2): S18-19, September, 2009.
> – The 21st International Congress of the International Traffic Medicine Association. The Hague, Netherlands, April 28, 2009.
> – The 14th International Congress of the International Psychogeriatric Association, Montreal, September 1-5, 2009

71. Okonkwo O, Tremont G, **Ott BR.** Ventricular size, apolipoprotein E-4, and functional decline in mild cognitive impairment. Brown University Psychiatry Research Day, March 26, 2009.

72. **Ott BR**, Cohen RA, Okonkwo OC, Johanson CE, Stopa EG, Donahue JE, Silverberg GD. The relationship between brain ventricular volume and cerebrospinal fluid levels of A-beta and tau in apolipoprotein E4 positive normal controls and patients with Alzheimer's disease
> – The 2009 International Conference on Alzheimer's Disease, Vienna, July 11, 2009. Alzheimer's & Dementia 5(4): Supplement (July 2009), P299-300

– The 17th Annual Hospital Research Celebration

73. Daiello LA, **Ott BR**, Festa EK, Miller L, Heindel WC. Cholinesterase inhibitors improve visual attention in drivers with Alzheimer's disease.  25th Anniversary International Conference on Pharmacoepidemiology & Therapeutic Risk Management, Providence, RI. August 16-19, 2009.

74. Stopa E, **Ott BR**, Johanson C, Klinge P, Salloway S, Mernoff S, Stoukides J, DeLaMonte S, Silverberg G, Donahue J, Alvarez V, Geller M. Cognitive improvement after Ventriculo-Peritoneal (VP) shunt placement in Alzheimer's Disease (AD) and non-AD dementia. Hydrocephalus 2009 conference, Baltimore, September 17, 2009.

75. Hill BD, Davis J, **Ott BR**, Alosco M, Noto R, Tremont G. SPECT differences between mild cognitive impairment and Alzheimer's dementia patients. 21st Annual Meeting of the American Neuropsychiatric Association, Tampa, March 17-20, 2010.

76. Festa EK, Heindel WC, **Ott BR**. Dual-task conditions modulate the efficiency of selective attention mechanisms in Alzheimer's disease. Alzheimer's & Dementia 6(4): S488, 2010. International Conference on Alzheimer's Disease 2010 (ICAD).  Honolulu, July 10-15, 2010.

77. Heindel WC, Festa EK, Davis JD, Miller LA, Knott S, **Ott BR**. Differential contributions of selective attention and sensory integration to the decline in driving skill in aging and early Alzheimer's disease.  Alzheimer's & Dementia  6(4):S128-129, 2010. International Conference on Alzheimer's Disease 2010 (ICAD). Honolulu, July 10-15, 2010.

78.  Carr DB, Barco P, Galvin JC, **Ott BR**. Fitness-to-drive in older adults with dementia. Alzheimer's & Dementia 6(4):S116, 2010.  International Conference on Alzheimer's Disease 2010. Honolulu, July 10-15, 2010. Alzheimer's & Dementia. 6(4): S116, July 2010
-- Featured Research Session.

79.  Knott SL, Castro MG, Ott JA, McGinn B, Festa EK, Heindel WC, Davis JD, **Ott BR**. Naturalistic view of the mobility of older drivers with and without cognitive impairment. 16th Annual Department of Medicine Research Forum, Brown University, Providence, RI, June 18, 2010.

80.  Mikos A, Tremont G, Plourd T, Westervelt H, **Ott BR**. Do patients with mild cognitive impairment demonstrate reduced semantic integrity on animal fluency?  The 39th Annual Meeting of the International Neuropsychological Society, Boston, MA, February 2-5, 2011.

81.  Davis J, Papandonatos GD, Miller LA, Knott S, Festa EK, Heindel WC, Barco P, **Ott BR**. Road test and naturalistic driving behavior in older adults with and without memory loss: Environment matters. The 39th Annual Meeting of the International Neuropsychological Society, Boston, MA, February 2, 2011.

82.  Tremont G, Papandonatos G, Huminski B, Grace J, Frakey L, **Ott BR**. Use of the Telephone-Administered Minnesota Cognitive Acuity Screen (MCAS) to detect mild cognitive impairment. The 39th Annual Meeting of the International Neuropsychological Society, Boston, MA, February 2-5, 2011.

83.  Tremont G, Davis J, O'Connor K, Grover C, Bishop D, **Ott B**, Papandonatos G, Fortinsky R. Relationship between expectancy/credibility and early response to telephone-based dementia caregiver interventions. Alzheimer's & Dementia 7(4) Suppl 1:S435, 2011. International Conference on Alzheimer's Disease. Paris, July 17-21, 2011.

84.  **Ott BR**, Papandonatos GD, Barco PB, Souza TS, Davis JD, Carr DB. Critical analysis of road test designs for older drivers with cognitive impairment. Alzheimer's & Dementia 7(4) Suppl 1:S442, 2011. International Conference on Alzheimer's Disease. Paris, July 17-21, 2011.

85.  Festa EK, **Ott BR**, Tremont G, Heindel WC. Neocortical disconnectivity disrupts semantic binding in

Alzheimer's disease.  Alzheimer's & Dementia 7(4) Suppl 1:S242, 2011. International Conference on Alzheimer's Disease. Paris, July 17-21, 2011.

86.  Daiello LA, Gongvatana W, Dunsiger S, Cohen R, **Ott BR**. Association of pre-baseline fish oil supplement use with rates of brain atrophy and cognitive decline in the Alzheimer's Disease Neuroimaging Initiative (ADNI) Cohort.  Alzheimer's & Dementia 7(4) Suppl 1:S606,S590, 2011.
       - International Conference on Alzheimer's Disease. Paris, July 17-21, 2011.
       - 19th Annual Lifespan Hospital Research Celebration, Providence, October 27, 2011.
       - Mind Brain Research Day, Brown University, Providence, March 25,  2014

87.  Tremont G, Springate B, Papandonatos G, Huminski B, Grace J, Frakey L, **Ott BR**. The telephone-administered Minnesota Cognitive Acuity Screen (MCAS) is sensitive to conversion from mild cognitive impairment to dementia. Alzheimer's & Dementia 7(4) Suppl 1:S547, 2011International Conference on Alzheimer's Disease.  Paris, July 17-21, 2011.

88.  Lucas-Carrasco R, Gomez-Benito J, Rejas J**, Ott BR**. The Cornell-Brown scale for quality of life in dementia: Spanish adaptation and validation. International Society for Pharmacoeconomics and Outcomes Research 14th Annual European Congress, Madrid, November 5-8, 2011.

89.  Alosco ML, **Ott BR**,  Spitznagel MB , Cleveland MJ, Royale K, Snyder S, , Gunstad J. Impaired knowledge of driving laws independently predicts recommended driving cessation among patients with dementia and cognitive decline. International Neuropsychological Society 40th Annual Meeting. Montreal, February 15-18, 2012.

90. Manning KJ, Davis JD, Hewitt S, **Ott BR**. Empirical evaluation of dementia driving risks proposed by the American Academy of Neurology.
       - 19th Annual Lifespan Hospital Research Celebration, Providence, October 27, 2011.
       - International Neuropsychological Society 40th Annual Meeting. Montreal, February 15-18, 2012.

91.  Festa E, **Ott BR**, Tremont G, Heindel W.  Impaired binding of perceptual information within semantic memory in early-stage Alzheimer's disease: Behavioral evidence for disrupted functional connectivity.  Cognitive Neuroscience Society Annual Meeting, Chicago, March 31-April 3, 2012.

92. **Ott BR**, Davis JD, Hewitt S, Carr DB. Prediction of road test and naturalistic driving ability of older people with and without cognitive impairment in the office setting.  The 64th Annual Meeting of the American Academy of Neurology, New Orleans, April 25, 2012.
       -- Selected for the Scientific Highlights session of the top 5% of abstracts.

93.  Daniels AH, Daiello LA, Badger J, Born C, Hayda R, **Ott BR**, Szaro J, Cooper MR. Cognitive Assessment After Hip Fracture in the Elderly (CAFÉ): Study Protocol and Selected Baseline Results of a 12-month Prospective Cohort Study.  20th Annual Hospital Research Celebration, Rhode Island Hospital, Providence, RI, October11, 2012.

94.  Springate BA, Tremont G, **Ott BR**. Conversion from mild cognitive impairment to dementia is associated with repetitive behaviors.  International Neuropsychological Society 41st Annual Meeting, Waikoloa, Hawaii February 6-9, 2013.

95.  Tremont G, Springate B, Papandonatos G, Kelley P, Grace J, Frakey L, **Ott BR**. Prediction of conversion from mild cognitive impairment to dementia with the telephone-administered Minnesota Cognitive Acuity Screen. International  Neuropsychological Society 41st Annual Meeting, Waikoloa, Hawaii, February 6-9, 2013.

96.  **Ott BR.** Office assessment of the cognitively impaired driver.  Symposium presentation: "Trans-disciplinary Approached to the Assessment of Driving Safety: From Teens to the Oldest Old."  International Neuropsychological Society 41st Annual Meeting, Waikoloa, Hawaii.  February 6-9, 2013.

97.  **Ott BR**, Daiello LA, Springate BA, Bixby K, Murali M, Dahabreh IJ, Trikalinos TA. Do statin drugs impair

cognition? A systematic review and meta-analysis.  Alzheimer's & Dementia 9:(4):P666, 2013.
Alzheimer's Association International Conference, Boston. July13-18, 2013
Mind Brain Research Day, Brown University, Providence, March 25, 2014.

98.  **Ott BR**, Grace J, Frakey L, Kelley P, Tremont G. Prediction of functional decline and conversion from mild cognitive impairment with the telephone-administered Minnesota Cognitive Acuity Screen.  Alzheimer's & Dementia.  9:(4): P449,  2013. Alzheimer's Association International Conference, Boston. July13-18, 2013.

99.  Tremont G, Davis J, Grover C, Bryant K, **Ott B**, Papandonatos G, Fortinsky R, Gozalo P, Bishop D. Randomized controlled trial of a telephone-delivered intervention (FITT-Caregiver) for dementia caregivers. Alzheimer's & Dementia 9(4):P324-325, 2013. Alzheimer's Association International Conference, Boston. July13-18, 2013.

100. Padbury J, Ernerudh J, Sharma S, Stopa E, Kocab J, **Ott B**. Preeclampsia during pregnancy and Alzheimer's disease later in life.  Alzheimer's & Dementia 9(4):P571, 2013. Alzheimer's Association International Conference, Boston. July13-18, 2013.

101. Heindel WC, Festa EK, **Ott BR**, Sofer I, Serre T. Rapid visual categorization as a sensitive measure of early Alzheimer's disease.  Alzheimer's & Dementia 9(4):P451–P452, 2013. Alzheimer's Association International Conference, Boston. July13-18, 2013.

102. Festa EK, Katz AP, **Ott BR**, Heindel WC. Perceptual binding of audiovisual speech information is disrupted at the preclinical stage of Alzheimer's disease. Alzheimer's & Dementia.  9:(4): P452, 2013. Alzheimer's Association International Conference, Boston. July13-18, 2013.

103. Davis JD, Bixby KA, **Ott BR**. Clinician and caregiver prediction of driving competence in older adults who may have early Alzheimer's disease: Validation with road test and naturalistic driving assessments. Alzheimer's & Dementia  9(4):P473, 2013. Alzheimer's Association International Conference, Boston. July13-18, 2013.

104. Daiello LA, Daniels AH, Badger J, Lareau CR, Robidoux KA, **Ott BR**. Association of unrecognized preoperative cognitive impairment with postoperative cognitive and functional outcomes in elderly patients awaiting hip fracture repair.  Alzheimer's Association International Conference, Boston. July13-18, 2013.

105. Manning KJ, Davis JD, Papandonatos GD, Hewitt SD, **Ott BR**.  Clock drawing and driving in aging and dementia: Is it worth the time? Alzheimer's & Dementia  9(4):P475, 2013. Alzheimer's Association  International Conference, Boston. July13-18, 2013.

106. Barco PB, Carr DB, **Ott BR**, Ice S, Baum C, Roe C. Assessing driving errors in dementia with the Record of Driving Errors (RODE).  American Occupational Therapy Association Annual Conference, April 3-6, 2014, Baltimore.

107. Lanata S, Reinert S, Astphan M, **Ott BR**. A survey of mental status examination practices in patients hospitalized for evaluation of altered mental status.  2014 Annual Meeting of the American Academy of Neurology, Philadelphia, April 26-May 3, 2014.

108. Afari ME, Blum AS, Mernoff S, **Ott BR**. Driving policy after seizures and unexplained syncope: A practice guide for RI physicians.  Annual Regional Scientific Meeting of the Rhode Island Chapter, American College of Physicians, Cranston, RI, May 8, 2014.
-- Third place award among 117 abstracts in the Resident/Fellow Forum Competition

109.  Snyder PJ, Lim YY, Schindler R, Ott BR, Salloway S, Daiello L, Getter C, Gordon CM. Micro dosing of scopolamine as a "cognitive stress test": Rationale and test of a very low dose in an at-risk cohort of older adults. Alzheimer's & Dementia 10(2):262–67, 2014.

110. Lim YY, Site M, Maruff P, Fernandez B, Salloway S, **Ott BR**, Schindler R, Snyder PJ.  Evidence of neuroinflammation in the retina in presymptomatic Alzheimer's disease.  Alzheimer's & Dementia 10(4):P429, 2014. Alzheimer's Association International Conference, July 12-17, 2014, Copenhagen, Denmark.

111. Tremont G, Davis J, Bryant K, **Ott BR**, Papandonatos G, Fortinsky R, Gozalo P, BishopD. Effect of a telephone-based dementia caregiver intervention on use of community and healthcare resources.  Alzheimer's & Dementia 10(4):P226-227, 2014. Alzheimer's Association International Conference, July 12-17, 2014, Copenhagen, Denmark.

112. Alosco ML, Penn MS, Spitznagel MB, **Ott BR**, Cleveland MJ, Gunstad J. Preliminary evidence for the adverse impact of depressive symptoms on driving fitness in older adults with heart failure. International Neuropsychological Society 43rd Annual Meeting, Denver, February 4-6, 2015.

113. Thomas J, Luo G, Pelosi M, Davis JD, **Ott, BR**. Using virtual collision judgment assessment to predict driving safety risk in aging and dementia. Rhode Island Alzheimer's Disease Research Conference. Warwick, RI, March 5, 2015.

114. Hoffman J, **Ott BR**. Clinical outcomes of Florbetapir (18F) PET imaging in patients with cognitive impairment.  Rhode Island Chapter American College of Physicians Annual Scientific Meeting. Cranston, RI, May 7, 2015.

115. **Ott BR**, Pelosi MA, Tremont G, Snyder PJ. A survey of knowledge, beliefs and attitudes regarding genetic and amyloid PET status disclosure.
    -- Rhode Island Alzheimer's Disease Research Conference. Warwick, RI, March 5, 2015.
    -- Alzheimer's Association International Conference. Washington, D.C., July 18-23, 2015.

116. **Ott BR**, Bixby K, Davis JD. Video feedback intervention to improve the safety of cognitively impaired older drivers. Alzheimer's Association International Conference. Washington, D.C., July 18-23, 2015.

117. Stopa EG, Padbury J, Daiello LA, **Ott BR**, Sharma S. Placental tau, α-synuclein, Aβ and APP levels in pre-eclampsia, and Alzheimer's disease risk factor. Alzheimer's Association International Conference. Washington, D.C., July 18-23, 2015. Alzheimer's & Dementia. 11(7): P372, July 2015.

118. Daiello LA, Pelosi M, Cizginer S, **Ott BR**. Psychoactive medication use and memory impairment among members of an Alzheimer prevention registry. Alzheimer's Association International Conference. Washington, D.C., July 18-23, 2015. Alzheimer's & Dementia. 11(7): P734, July 2015.

119. Daiello LA, Wellenius G, **Ott BR**, Buka SL. Role of supplemental docosahexaenoic acid (DHA) for cognition in Alzheimer's disease and mild cognitive impairment: A systematic review and meta-analysis of randomized controlled trials. Alzheimer's Association International Conference. Washington, D.C., July 18-23, 2015. Alzheimer's & Dementia. 11(7): P611, July 2015.

120.  Snyder PJ, Lim YY, Maruff P, Schindler R, **Ott BR**, Salloway S, Noto RB, Yoo DC. Disruption of cholinergic neurotransmission unmasks aß-related cognitive impairment in preclinical Alzheimer's disease. Alzheimer's Association International Conference. Washington, D.C., July 18-23, 2015. Alzheimer's & Dementia, 11(7): P129–P130, July 2015.

121. Figueroa CM, Festa EK, **Ott BR**, Heindel WC.  Sensitivity of component attentional measures to subtle cognitive changes and real-world driving performance in early Alzheimer's disease: A longitudinal examination.
    International Neuropsychological Society 44th Annual Meeting, Boston, MA, February 3-6, 2016.
    Brown University Mind Brain Research Day, Providence, RI, March 30, 2016.

122.  Ashraf F., **Ott BR**. "Spät-apoplexie," a case of delayed post traumatic intra cerebral hemorrhage. American College of Physicians, RI Chapter Annual Scientific Meeting, Providence, RI, March 30, 2016.

123. **Ott BR**, Jones RN, Noto RB, Yoo DC, Snyder PJ, Bernier JN, Pelosi MA, Carr DB, Roe CM. Brain amyloid in preclinical Alzheimer's disease is associated with increased driving risk. Alzheimer's Association International Conference. Toronto, Canada, July 24-28, 2016. Alzheimer's & Dementia. 12(7): P1069, July 2016.

124. Roe CM, Barco P, Head DM, Babulal GM, Stout S, Ghoshal N, Selsor N, Vernon EK, Fierberg R, Shulman N, Johnson A, Fague S, Xiong C, Grant EA, Campbell A, Holtzman DM, Benzinger T, Fagan AM, **Ott BR**, Carr DB, Morris JC. Preclinical Alzheimer disease predicts longitudinal onset of driving difficulties among cognitively normal persons. Alzheimer's Association International Conference. Toronto, Canada, July 24-28, 2016. Alzheimer's & Dementia. 12(7):P1071, July 2016.

125. Daiello LA, Stopa EG, **Ott BR**, de la Monte S, Johanson CE. CNS molecular gradients in mild cognitive impairment and Alzheimer's disease: Implications for blood-brain barrier permeability.  Alzheimer's Association International Conference. Toronto, Canada, July 24-28, 2016.  Alzheimer's & Dementia, 12(7):P1149, 2016.

126. Venkatesan UM, Festa EK, **Ott BR**, Heindel WC. What drives driving: Differences in the relationship of visual search and sensory binding to driving performance between healthy aging and Alzheimer's disease. International Neuropsychological Society 45th Annual Meeting, New Orleans, February 1-4, 2017. J Int Neuropsych Soc 23(1):230, 2017.

127. Crook C, Papandonatos GD, **Ott BR**, Tremont G. Refining a telephone screening for mild cognitive impairment. International Neuropsychological Society 45th Annual Meeting, New Orleans, February 1-4, 2017.

128. Giugliano RP, Mach F, Zavitz K, Keech A, Terje RP, Sabatine MS, Sever PS, Kurtz C, Honarpour N, **Ott BR**, and the EBBINGHAUS Investigators. Primary results of EBBINGHAUS, a cognitive study of patients enrolled in the FOURIER trial. American College of Cardiology 66th Annual Meeting, Washington, DC, March 17-19, 2017.

129. Lai LY, Festa EK, Serre T, **Ott BR**, Heindel WC. Rapid visual categorization reveals disrupted ventral stream processing in early Alzheimer's disease. Cognitive Neuroscience Society 24th Annual Meeting.  San Francisco, March 25-28, 2017.
    Second Annual Research Meeting of the Rhode Island Alzheimer's Association, Warwick, RI, April 21, 2017.  Best Poster award.

130. Margolis SA, Papandonatos GD, Tremont G, **Ott BR**. Telephone-based Minnesota Cognitive Acuity Screen predicts time to institutionalization and homecare. American Academy of Clinical Neuropsychology Annual Meeting. Boston, June 8-10, 2017.

131. Margolis SA, Tremont G, Denby C, Heller B, **Ott BR**. Subjective cognitive decline in members of the Rhode Island Alzheimer Prevention Registry. Alzheimer's Association International Conference. London, July 16-20, 2017.  Alzheimers Dement 13(7):P1336, 2017.

132. Santos CY, Johnson LN, Lim YY, Fernandez BM, **Ott BR**, Salloway S, Maruff P, Snyder PJ. Retinal nerve fiber layer and ganglion cell layer volume changes in preclinical Alzheimer's disease over 27 Months.
    Alzheimer's Association International Conference. London, July 16-20, 2017.
    Alzheimers Dement 13(7):P1280, 2017.
    American Neurological Association 142nd Annual Meeting, San Diego, October 15-17, 2017.

133. Snyder PJ, Santos CY, Getter C, Schindler R, **Ott BR**, Salloway S, Yoo DC, Noto RB, Lim YY, Maruff P. Cholinergic deficit as a predictor of disease progression: Amyloid accumulation and episodic memory decline in a 27-month preclinical AD study. Alzheimer's Association International Conference. London, July 16-20, 2017. Alzheimers Dement 13(7):P1232-33, 2017.

134. Daiello LA, Jones RN, Stopa E, Grammas P, de la Monte S, Johanson CE, **Ott BR**. Blood-brain barrier gradients in mild cognitive impairment and Alzheimer's disease: Relationship to inflammatory cytokines and

chemokines. Alzheimer's Association International Conference. London, July 16-20, 2017. Alzheimers Dement 13(7):P640-41, 2017.

135. Roe CM, Babulal GM, Stout SH, Fagan AM, Benzinger TLS, Holtzman DM, **Ott BR**, Carr DB, Xiong C, Morris JC. Impact of cognitive reserve and preclinical AD on longitudinal driving performance. Alzheimer's Association International Conference. London, July 16-20, 2017. Alzheimers Dement 13(7):P550-51, 2017.

136. Alber J, Silver B, Ott BR, Snyder PJ. A potential retinal biomarker of cerebral amyloid angiopathy. Alzheimer's Association International Conference. London, July 16-20, 2017. Alzheimers Dement 13(7):P704-705, 2017.

137. Margolis SA, Daiello LA, Tremont G, Heller B, Denby C, **Ott BR**. Age moderates the relationship between drug burden index and subjective cognitive decline in members of the Rhode Island Alzheimer Prevention Registry. National Academy of Neuropsychology 37th Annual Conference, Boston, October 26, 2017. Arch Clin Neuropsychology 32(6): 656-666, 2017.

138. Margolis SA, Bryant D, Reynolds GO, Denby C, Poll KA, Gilmore M, Tremont G, **Ott BR**. Cognitive decline predicts perceived loneliness in non-demented older adults at risk of Alzheimer's disease. 46th Annual Meeting of the International Neuropsychological Society, Washington, February 14-17, 2018.

139. Venkatesan UM. Festa EK, **Ott BR**, Heindel WC.  Disentangling deficits in semantic integration and retrieval in aging and Alzheimer's disease.  46th Annual Meeting of the International Neuropsychological Society, Washington, February 14-17, 2018.

140. Margolis SA, Festa EK, Korthauer LE, Gonsalves MA, Oberman L, Heindel WH, **Ott BR**. Repetitive transcranial magnetic stimulation in primary progressive aphasia and behavioral variant frontotemporal dementia: A case series. Alzheimer's Association International Conference. Chicago, July 22-26, 2018.

ELECTRONIC MEDIA PRESENTATIONS

1.  A longitudinal study of drivers with Alzheimer disease.  Podcast for Neurology, Published: Mon, 31 Mar 2008. https://www.aan.com/rss/search/home/episodedetail/?item=31

2.  Assessing and Modifying Risks for Older Drivers. Video internet presentation for Medscape, sponsored by U.S. Department of Health and Human Services and the National Highway Traffic and Safety Administration, New York, NY, December 3, 2014. http://www.medscape.org/viewarticle/833915?src=acdmpart_nhtsa_833915

3.  **Ott BR**, Knopman D, Jicha G. *NeuroPI: Performance Improvement in Neurology*, Dementia Module. American Academy of Neurology, 2012, rev. 2016. http://tools.aan.com/practice/pip/index.cfm?event=module:info&module_id=7

4.  **Ott BR.** An Overview of Diseases that Lead to Cognitive Loss with an Update on Potential New Therapies. WebCam workshop presentation for Course 4, Cognitive Dysfunction, Geriatrics Workforce Enhancement Program, University of Rhode Island, North Kingston, RI, June 29, 2017. http://web.uri.edu/rigec/about-rigec/

INVITED PRESENTATIONS:

1.  Diagnosis and treatment of Alzheimer's disease.  Medical grand rounds, Harrington Memorial Hospital, Southbridge, MA, October 4, 1990.

2.  New treatment options for dementia. Advances in the Treatment of Neurologic Disorders symposium; Newport, RI, July 10, 1994.

3.  Diagnosis and management of Alzheimer's disease. Brown University Center for Gerontology and Health Care

Research, Providence, RI, January 31, 1995.

4.  Loss of insight in Alzheimer's disease. Presented at New Concepts in the Neuropsychiatry of Motivation symposium, 148th Annual Meeting of the American Psychiatric Association, Miami, Florida, May 25, 1995.

5.  Update on Research and Medical Advances in Alzheimer's Disease.  Taking Control: A Symposium Focusing on Chronic Conditions and Disabilities.  University of Rhode Island, Providence, RI, October 26, 1996.

6.  Alzheimer's Disease: Research Update.  Alzheimer's Association Chapter Annual Meeting, Roger Williams Hospital, June 20, 1996.

7.  Overview of Alzheimer's disease. American Association of Neuroscience Nurses chapter conference, Randolph, MA, 1997.

8.  Promotions and faculty development panel. Faculty Development Workshop, Brown University, Providence, RI, March 27, 1997.

9.  Treatments for dementia. Alzheimer's Association Fifth Annual Caregiver Conference, Warwick, RI, April 24, 1997.

10.  Alzheimer's disease.  Neurology Grand Rounds, St. Vincent's Hospital, Worcester, MA, May 8, 1997.

11. Pieces of the ethical puzzle.  Alzheimer's Association Regional I and II Meeting, Providence, RI, June 14, 1997.

12.  New Approaches to the Treatment of Alzheimer's Disease. Dementia Update for Healthcare Professionals -- Second Annual Alzheimer's Association Interdisciplinary Conference, Providence, RI, November 4, 1997.

13.  Driving Assessment in the Elderly. Rhode Island Monthly Geriatric Seminars, Providence, RI, November 19, 1997.

14.  What Caregivers Really Want To Know About Research, panelist. Alzheimer's Association Rhode Island Chapter Sixth Annual Caregiver's Conference, Cranston, RI, April 28, 1998.

15.  The Ethical Challenges of Alzheimer's Disease, panelist. The Seventh National Alzheimer's Disease Education Conference, Indianapolis, Indiana, July 27, 1998.

16. Complementary and alternative medicines for Alzheimer's disease. Seventh Annual Statewide Conference. RI Chapter of the Alzheimer's Association. Cranston, RI, April 28, 1999.

17. Driving and dementia workshop. 8th Annual Statewide Conference, RI Chapter of the Alzheimer's Association, Warwick, RI April 25, 2000.

18. Complementary and alternative medicines for Alzheimer's disease. "A Map Through the Maze," annual statewide conference, Massachusetts Chapter of the Alzheimer's Association, Marlborough, MA, May 10, 2000.

19. Alzheimer's: A treatable disease. Medicine Grand Rounds, Waltham Deaconess Hospital, Waltham, MA, May 31, 2000.

20. Sex hormone drug effects on men with dementia.  Alzheimer's Disease Research Conference. Memorial Hospital, Pawtucket, RI, September 8, 2000.

21. Driving and neurologic disorders. Medical Grand Rounds, Memorial Hospital of Rhode Island, Pawtucket, RI, September 27, 2000.

22. Sex hormone drug effects on men with dementia, case presentation. Neurology Grand Rounds, Rhode Island Hospital, Providence, RI, October 4, 2000.

23. Alzheimer's: A treatable disease. Medical Grand Rounds. St. Luke's Hospital, New Bedford, MA, November 7, 2000.

24. A longitudinal study of hazardous drivers with dementia.  Faculty research meeting, Center for Primary Care and Prevention, Memorial Hospital of Rhode Island, Pawtucket, RI, January 9, 2001.

25. Clinical appraisal of anti-dementia therapy. Geriatric Psychiatry Conference. Butler Hospital, Providence, RI, January 18, 2001.

26. Frontal lobe dementia with motor neuron disease, case presentation. Neurology Grand Rounds, Rhode Island Hospital, Providence, RI, July 11, 2001.

27. Update on Alzheimer's disease. Rhode Island Society of Osteopathic Physicians and Surgeons annual meeting. Newport, RI, August 24, 2001.

28. Update on Alzheimer's disease. Medical Grand Rounds, Memorial Hospital of Rhode Island, Pawtucket, RI, September 26, 2001.

29. Stroke. Family Medicine Conference, Memorial Hospital of Rhode Island, Pawtucket, RI, September 27, 2001.

30. Memory disorders and their treatment. Fifth Annual Symposium, American Academy of Physician Assistants, Pawtucket, RI, November 3, 2001.

31. Mild cognitive impairment. Neurology Grand Rounds, case presentation, Rhode Island Hospital, Providence, RI, June 12, 2002.

32. Cholinesterase inhibitors in the long-term care of Alzheimer's disease. Second Annual Long Term Care Symposium, Warwick, RI, June 14, 2002.

33. Drivers with dementia.  Neurology Grand Rounds, Rhode Island Hospital, Providence, RI, September 4, 2002.

34. Mild cognitive impairment. Geriatric Psychiatry Conference.  Butler Hospital, Providence, RI, January 16, 2003.

35. Research Update. Alzheimer's Disease Forum.  Brown University, Providence, RI, May 6, 2003.

36. Driving and dementia.  Geriatric Psychiatry conference, Butler Hospital, Providence, RI, November 6, 2003

37. Long term management of Alzheimer's disease. Medical Staff Conference, The Westerly Hospital, Westerly, RI, December 4, 2003.

38. Stroke Update. Family Medicine Conference, Memorial Hospital of Rhode Island, Pawtucket, RI, December 5, 2003.

39. Orthostatic tremor and the aging nervous system. Neurology Grand Rounds, case discussion, Rhode Island Hospital, Providence, RI, March 3, 2004.

40.  Gender differences in the treatment of Alzheimer's disease. Alzheimer's Disease 2004, Tulsa OK, March 5, 2004.

41. Driving and dementia research.  Boston University Alzheimer's Disease Center Seminar, Boston University School of Medicine, Boston, MA, March 10, 2004.

42. Alzheimer Research Panel. Alzheimer's Association Rhode Island Chapter Eleventh Annual Caregiver's Conference, Warwick, RI, April 28, 2004.

43. Advances in the treatment of Alzheimer's disease. Academy of Family Physicians Annual Conference, Newport, RI, May 22, 2004.

44. The cognitively impaired physician. Neurology Grand Rounds, case discussion, Rhode Island Hospital, Providence, RI, November 10, 2004.

45. Driving and dementia.  Monthly Research Forum, Memorial Hospital of Rhode Island, Pawtucket, RI, May 10, 2005.

46. Arachnoid cysts and dementia. Neurology Grand Rounds, case discussion, Rhode Island Hospital, Providence, RI, June 29, 2005.

47. Diagnosis and treatment of early Alzheimer's disease 2005. Medical Grand Rounds, Memorial Hospital of Rhode Island, Pawtucket, RI, September 14, 2005.

48. Progress in research on driving and dementia.  Dementia research meeting, Rhode Island Hospital, Providence, RI, April 26, 2006

49. Mild cognitive impairment. The Alzheimer Partnership of Bristol County, Marshfield, MA, May 17, 2006.

50. Drivers with dementia. Monthly Research Meeting, Boston University Alzheimer's Disease Center, Boston, MA, June 14, 2006.

51. Drivers with dementia.  Monthly Research Meeting, Washington University Alzheimer's Disease Research Center, St. Louis, MO, August 29, 2006.

52. Drivers with dementia. Dementia and Neuropsychiatry regional conference, University of Vermont, Burlington, VT, September 16, 2006.

53.  Hereditary frontotemporal dementia due to progranulin mutation.  Neurology Grand Rounds, case discussion, Rhode Island Hospital, Providence, RI, January 10, 2007.

54. Identification of hazardous drivers with dementia. Association for Research in Vision and Ophthalmology (ARVO) annual meeting.  Vision, Aging, and the Brain session, Fort Lauderdale, FLA, May 5, 2007.

55. Alzheimer's Disease – Early diagnosis, current treatments and investigational therapies. National Alzheimer's Association Clinical Studies Initiative. Providence, RI, May 22, 2007.

56. The changing treatment paradigm in Alzheimer's disease.  Grand Rounds, Manchester VA Hospital, Manchester, NH, May 25, 2007.

57. Diagnosis and behavioral management of Alzheimer's disease and other dementias. Glennan Center for Geriatrics, Eastern Virginia Medical School, Norfolk, VA, June 1, 2007.

58. Diagnosis and treatment of cognitive impairment in the elderly. American College of Physicians, Rhode Island Chapter Scientific Meeting. Newport, RI, October 10, 2007.

59. Driving in the elderly. Neurology of the Elderly Symposium, Warren Alpert Medical School of Brown University. Providence, RI, November 3, 2007.

60. Hashimoto's encephalopathy. Neurology Grand Rounds, case discussion, Rhode Island Hospital, Providence, RI, January 28, 2008.

61. A longitudinal study of drivers with Alzheimer disease.  Podcast for *Neurology*, Published:   Mon, 31 Mar 2008 15:03:36 GMT

62. Driving evaluations in cognitively impaired older adults. Eighth Annual Friedman Conference.  Washington University, St. Louis, May 13, 2008.

63. Early onset dementia.  Neurology Grand Rounds, case discussion, Rhode Island Hospital, Providence, RI, October 1, 2008.

64.  Driving evaluations in cognitively impaired older adults. Geriatric Psychiatry Conference. Butler Hospital, Providence, RI, October 2, 2008.

65. Driving assessment of the cognitively impaired older driver. 21st International Congress of the International Traffic Medicine Association. The Hague, Netherlands, April 28, 2009.

66. Post lumbar puncture epidural hematoma.  Neurology Grand Rounds, case discussion, Rhode Island Hospital, Providence, RI, July 21, 2009.

67. Path to Prevention Symposium.  Driving assessment of the cognitively impaired older driver. International Psychogeriatric Association 14th International Congress, Montreal, September 2, 2009.

68. Driving impairment in early Alzheimer's disease.  Assessment of Cognition in Early Dementia.  NIH Workshop, Bethesda, March 31, 2010.

86.  The older driver with cognitive impairment: "It's a very frustrating life." Teleconference sponsored by the Institute for Healthcare Improvement in partnership with JAMA, June 16, 2010.

87.  New research diagnostic criteria for Alzheimer's disease, mild cognitive impairment, and pre-clinical Alzheimer's disease.  Alzheimer's Disease & Memory Disorders Center research meeting, Rhode Island Hospital, Providence, RI, September 29, 2010.

71.  Incipient Alzheimer's disease and motor vehicle crashes.  Collaborative Research Workshop, Brown University Department of Engineering and Lifespan Hospital System, Providence, RI, December 9, 2010.

72.  Diagnosis and treatment of Alzheimer's disease.  Update 2011.  Medical Grand Rounds, Rhode Island Hospital, Providence, RI, April 5, 2011.

73.  Diagnosis and treatment of Alzheimer's disease.  Update 2011.  Case Management Society of New England . Warwick, RI,  May 5, 2011.

74.  Diagnosis and treatment of Alzheimer's disease.  Update 2011.  Newport Hospital Medical Grand Rounds, Newport Hospital, Newport, RI, June 3, 2011.

75.  Validation of screening and road tests for older drivers in the "real world."  Washington University, St. Louis, MO, June 6, 2011.

76.  A case of rapidly progressive dementia.  Neurology Grand Rounds, Morbidity and Mortality Conference, Rhode Island Hospital, Providence, RI, September 14, 2011.

77.  Driving under the influence of aging and cognitive impairment. Miriam Hospital Be Safe This Fall Annual Meeting.  Providence, RI, October 28, 2011.

32

78.  Symposium: Clinical assessment of the cognitively impaired older driver. National Academy of Neuropsychology 31st Annual Conference, Marco Island, FL, November 18, 2011.

79.  Naturalistic assessment of cognitively impaired older drivers. Vision and Visual Optics seminar, Schepens Research Institute, Boston, MA, November 29, 2011.

80.  A case of frontal variant Alzheimer's disease.  Neuropathology Rounds, Rhode Island Hospital, Providence, RI, January 11, 2012.

81.  The borderland of Alzheimer's disease and hydrocephalus. Neurology Grand Rounds, Rhode Island Hospital, Providence, RI, January 18, 2012.

82.  Driving under the influence of aging and dementia. New Directions in Research and Care, 2012 Education and Research Conference, Keynote address, Greater New Jersey Chapter of the Alzheimer's Association, Somerset, NJ, May 10 and 11, 2012.

83.  Meeting the need to treat Alzheimer's disease.  The Norman Prince Neurosciences Institute Inaugural Symposium panel discussion.  Alpert Medical School of Brown University, Providence, RI, June 8, 2012.

84.  Driving under the influence of aging and dementia. Annual Caregiver and Healthcare Professional Conference, Rhode Island Chapter of the Alzheimer's Association, Warwick, RI, June 27, 2012.

85.  Office assessment of the cognitively impaired driver.  Symposium presentation: "Trans-disciplinary Approached to the Assessment of Driving Safety: From Teens to the Oldest Old."  International Neuropsychological Society 41st Annual Meeting, Waikoloa, Hawaii.  February 6-9, 2013.

86.  Update on Alzheimer's disease, 2012-2013.  Department of Medicine Grand Rounds, Rhode Island Hospital, Providence, RI, April 2, 2013.

87.  Pseudobulbar affect. Neurology Grand Rounds, case discussion, Rhode Island Hospital, Providence, RI, May 29, 2013.

88. New directions in the diagnosis and treatment of mild cognitive impairment and early Alzheimer's disease. Annual Caregiver and Healthcare Professional Conference, Rhode Island Chapter of the Alzheimer's Association. Warwick, RI, June 25, 2013.

89. Road test and naturalistic driving performance in healthy and cognitively impaired older adults: Does environment matter? 6th Biennial World Research Congress of The Eye, The Brain, & The Auto.  The Detroit Institute of Ophthalmology, Dearborn, MI, September 18, 2013.

90. Driving under the influence of aging and dementia.  Annual Capone Family Aging Lecture.  Butler Hospital, Providence, RI, November 16, 2013.

91.Oppenheimer Brownell variant of Creutzfeldt Jacob disease. Neurology Morbidity and Mortality Rounds, Rhode Island Hospital, Providence, RI, March 12, 2014.

92. Frontotemporal dementia: An untreatable illness? Neurology Grand Rounds, case discussion, Rhode Island Hospital, Providence, RI, April 23, 2014.

93. Alzheimer's Disease Awareness, panel discussion.  Brown University, Providence, RI, April 25, 2014.

94. Assessing and Modifying Risks for Older Drivers. Video internet presentation for Medscape, sponsored by National Highway Traffic and Safety Administration, New York, NY, May 21, 2014.

95.  Symposium on Alzheimer's disease, panel discussion. Norman Prince Neurosciences Institute, Providence, RI, September 23, 2014.

96. Performance improvement in dementia care. Neurology Grand Rounds, Rhode Island Hospital, Providence, RI, February 24, 2015.

97. Alzheimer's disease research in Rhode Island: Speaker and moderator.  Rhode Island Alzheimer's Disease Research Conference. Warwick, RI, March 5, 2015.

98. Frontotemporal Dementia. Alzheimer's Association Caregivers Conference.  Warwick, RI, March 5, 2015.

99. Identifying medically at risk drivers. Older Drivers Safety Summit. University of Massachusetts, Boston, MA, June 16, 2015.

100. Semantic dementia: A form of primary progressive aphasia. Neurology Grand Rounds, case discussion, Rhode Island Hospital, Providence, RI, October 7, 2015.

101. Early diagnosis and treatment of Alzheimer's disease. Neurology Update 2015 CME program.  Alpert Medical School of Brown University, Providence, RI, November 7, 2016.

102. Statins and their effects on cognition. Aging and Dementia Research Program. Rhode Island Hospital, Providence, RI, November 30, 2016.

103. Intracerebral hemorrhage and anticoagulation in a patient with amyloid angiopathy and lymphoma. Morbidity and Mortality, panel discussion. Rhode Island Hospital, Providence, RI, January 11, 2017.

104. Statins and the brain: Friend or foe? Neurology Grand Rounds. Rhode Island Hospital, Providence, RI, January 18, 2017.

105. Driving under the influence of aging and dementia. University of California, Irvine, MIND 28th Annual Southern California Alzheimer's Disease Research Conference, September 22, 2017, Irvine, CA.

106. Countdown to 2025: Progress on ending Alzheimer's disease. Newport Hospital, Newport, RI, December 7, 2017.

107. Update on advances in the diagnosis and treatment of Alzheimer's disease.  Medical Grand Rounds, Memorila Hospital of Rhode Island, Pawtucket, RI, February 14, 2018.

GRANTS & CLINICAL RESEARCH:

1.  #970-26                                                    1990-1994 (completed)
Parke-Davis Pharmaceutical Co.
Double-blind, placebo-controlled, parallel group, multicenter study of tacrine in Alzheimer's disease patients.
This study is to determine safety and efficacy of tacrine for the treatment of Alzheimer's disease. (phase III)
Role: Site PI
Direct/total costs:  $41,931/ $52,414

2.  #996-019/025                                               1991-1993 (completed)
DuPont Merck Pharmaceutical Co.
Randomized placebo-controlled study of DUP-996 (linopirdine) in patients with mild to moderate dementia of the Alzheimer type.
This study is to determine safety and efficacy of linopirdine for the treatment of Alzheimer's disease. (phase II)
Role: Site PI

Direct/total costs: $163,053/ $203,816

3. Surdna Foundation Grant                          Ott (PI)                    1991-1993 (completed)
Brown University Center for Gerontology and Health Care Research
Awareness of deficit in Alzheimer's disease.
This study is to examine the psychological and physiological substrate of deficit awareness in patients with
Alzheimer's disease.
Role: PI
Direct and total costs: $15,000

4. #303                                                                          1993-1994 (completed)
Hoechst-Roussel Pharmaceuticals, Inc.
Multicenter, 24-week, double-blind, parallel group safety, tolerance and efficacy comparison of placebo and HP 029
(velnacrine maleate) in outpatients with Alzheimer's disease.
This study is to determine safety and efficacy of velnacrine for the treatment of Alzheimer's disease. (phase II)
Role: Site PI
Direct/total costs:  $13,877/ $17,346

5. #159-103                                                                      1994-1996 (completed)
Pfizer, Inc.
A randomized, double-blind, placebo-controlled study of the safety and efficacy of three doses of CP-118,954
administered for 12 weeks to subjects with Alzheimer's disease.
This study is to determine safety and efficacy of CP-118,954 for the treatment of Alzheimer's disease. (phase II)
Role: Site PI
Direct/total costs: $208,328/ $260,410

6. #D94-029                                                                      1995-1998 (completed)
Miles/Bayer Inc.
A double blind, placebo-controlled, multicenter pilot study to evaluate the safety and tolerability of metrifonate in
patients with probable Alzheimer's disease (phase II)
This study is to determine safety and efficacy of metrifonate for the treatment of Alzheimer's disease. (phase II)
Role: Site PI
Direct/total costs: $117,318/ $146,648

7. #D95-018                                                                      1995-1998 (completed)
Bayer Corp.
A double blind, placebo controlled trial to evaluate the safety and efficacy of metrifonate (BAY A 9826) in patients
with probable Alzheimer's disease.
This study is to determine safety and efficacy of metrifonate for the treatment of Alzheimer's disease. (phase III)
Role: Site PI
Direct/total costs: $195,868/ $244,836

8. #E2020-A001-312                                                              1996-1997 (completed)
Eisai America, Inc.
A 54-week, randomized, double-blind, placebo-controlled evaluation of the effects of donepezil hydrochloride
(E2020) on functional outcomes in patients with Alzheimer's disease with a staged crossover to open-label donepezil
hydrochloride.
This study is to determine safety and efficacy of donepezil for the treatment of Alzheimer's disease. (phase IIIB)
Role: Site PI
Direct/total costs: $166,963/ $208,704

9. UO1 #AG10483                          Leon Thal (PI)              1996-1998 (completed)
NIH/NIA/ADCS                            Mulnard (Project director)
A multicenter, double-blind, placebo-controlled study of estrogen replacement therapy in patients with mild to

moderate Alzheimer's disease: A pilot study of the Alzheimer's Disease Cooperative Study (ADCS).
This study is to determine safety and efficacy of estrogen for the treatment of Alzheimer's disease. (phase II)
Role: Site PI
Direct/indirect costs: $38,241/ $47,801


11.  # CV-2619/PNFP-001                                           1997-1999 (completed)
Takeda America, Inc.
A randomized, double-blind, placebo-controlled, twelve-month safety and efficacy trial of 120, 240, and 360 mg tid
of Idebenone (CV-2619) in patients with probable Alzheimer's disease.
This study is to determine safety and efficacy of donepezil for the treatment of Alzheimer's disease. (phase III)
Role: Site PI
Direct/indirect costs: $167,680/ $210,400


12. BAY a 9826/D97-019                                           1997-1998 (completed)
Bayer Corp.
Metrifonate investigational nationwide trial.
This study is to determine safety and efficacy of metrifonate for the treatment of Alzheimer's disease. (phase IIIB)
Role: Site PI
Direct/total costs: $6,000/ $7,500


13. U01 #AG10483                 Thal (PI)                       1998-2000 (completed)
NIH/NIA/ADCS                     Singer (Project director)
A multicenter, placebo-controlled trial of melatonin for sleep disturbance in Alzheimer's disease.
This study is to determine safety and efficacy of melatonin for the treatment of sleep disturbance in Alzheimer's
disease. (phase IV)
Role: Site PI
Direct/total costs: $40,500/ $54,000


14. #FA-960-0002                                                 1999-2000 (completed)
Fujisawa Research Institute of America
A randomized, double-blind, placebo-controlled study to determine the safety and efficacy of FK960 in patients with
mild to moderate probable Alzheimer's disease.
This study is to determine safety and efficacy of FK960 for the treatment of Alzheimer's disease. (phase II)
Role: Site PI
Direct/total costs: $79,125/ $105,500


15. #082-99-003                                                  1999-2000 (completed)
NeoTherapeutics, Inc.
A multicenter, randomized, double-blind, placebo-controlled study to evaluate AIT-082 in patients with probable
Alzheimer's disease of mild to moderate severity.
This study is to determine safety and efficacy of FK960 for the treatment of Alzheimer's disease. (phase II)
Role: Site PI
Direct/total costs: $101,250/ $135,000


16. PRG-1837                      Cahn-Weiner (PI)                10/1/99-12/31/01(completed)
Alzheimer's Association
Combined behavioral and pharmacologic intervention to improve memory in Alzheimer's disease.
This study is to determine the efficacy of a memory training program for patients with mild Alzheimer's disease.
Role: Co-investigator
Direct/total costs: $72,728/ $80,000


17. U01 #AG10483                 Thal (PI)                       1999-2001 (completed)
NIH/NIA/ADCS                     Aisen (Project director)
A multicenter trial of rofecoxib and naproxen in Alzheimer's disease.

This study is to determine safety and efficacy of non-steroidal anti-inflammatory drugs for the treatment of Alzheimer's disease. (Phase IIB)
Role: Site PI
Direct/total costs: $63,000/ $84,000

18. #082-2001-001                                                        2001-2002 (completed)
NeoTherapeutics, Inc.
A placebo-controlled dose-titration efficacy and tolerability study of Neotrofin™ in patients with probable Alzheimer's disease.
This study is to determine safety and efficacy of Neotrofin for the treatment of Alzheimer's disease. (Phase IIB)
Role: Site PI
Direct/total costs: $163,875/ $218,500

19. IRG-99-1668                      Stern (PI)                         7/1/99-1/31/03 (completed)
Alzheimer's Association
A double-blind study of donepezil with and without thyroid hormone in the treatment of Alzheimer's dementia.
This study is to determine safety and efficacy of low dosage thyroid hormone for the treatment of Alzheimer's disease. (Phase II)
Role: Paid consultant
Direct/total costs: $163,626/ $179,898

20. U01 #AG10483                     Thal (PI)                          1998-2003 (completed)
NIH/NIA/ADCS                         Peterson (Project director)
A randomized, double-blind, placebo-controlled trial of vitamin E and Aricept to prevent clinical progression from mild cognitive impairment (MCI) to Alzheimer's Disease (AD).
This study is to determine safety and efficacy of donepezil and vitamin E in preventing conversion to dementia among subjects with mild cognitive impairment. (Phase III)
Role: Site PI
Direct/total costs: $108,000/ $144,000

21. NO1 #WH-32119                    Shumaker (PI)                      6/1/96-3/1/05 (completed)
NIH/NHLBI                            Assaf (Site PI)
The effects of hormone therapy on the development and progression of dementia (The Women's Health Initiative Memory Study)
This study is to determine safety and efficacy of estrogen hormone replacement therapy in preventing conversion to dementia among post menopausal women. (Phase III)
Role: Site Phase 3 clinician/co-investigator
Total costs: $17,060,869

22. RO1 #AG15375                     Heindel (PI)                       4/1/99-3/31/04 (completed)
NIH/NIA
Arousal, attention, and priming in Alzheimer's disease.
This study is to understand attention related cognitive deficits and their role in memory dysfunction in patients with Alzheimer's disease.
Role: Co-investigator (5%)
Direct/total costs: $297,607/ $462,721

23. MEM-MD-10+11                                                        2001-2003 (completed)
Forest Laboratories, Inc.
A randomized, double-blind, placebo-controlled evaluation of the safety and efficacy of memantine in patients with mild to moderate dementia of the Alzheimer's type.
This study is to determine safety and efficacy of memantine for the treatment of Alzheimer's disease. (Phase III)
Role: Site PI
Direct/total costs: $115,200/ $144,000

37

24. F32 #AG20008                    Ready (PI)                    7/1/01-6/30/03 (completed)
NIH/NIA
Quality of life in cognitively impaired elderly.
This research fellowship is to understand and develop assessment instruments for quality of life in dementia.
Role: Sponsor/mentor
Direct and total costs: $63,332

25. Ittleson Foundation              Ott (PI)                     7/16/01-2004 (completed)
Memory and attentional functional MRI activation in mild cognitive impairment patients treated with donepezil.
This pilot study is to examine changes in functional MRI related to treatment with donepezil in patients with mild cognitive impairment.
Role: PI
Direct and total costs: $15,700

26. MEM-MD-12                                                     5/1/02-2003 (completed)
Forest Laboratories, Inc.
A randomized, double-blind, placebo-controlled evaluation of the safety and efficacy of memantine in patients with mild to moderate dementia of the Alzheimer's type.
This study is to determine safety and efficacy of memantine combined with a cholinesterase inhibitor for the treatment of Alzheimer's disease. (Phase III)
Role: Site PI
Direct/total costs: $108,000/$144,000

27. NER-MD-01                                                     2/4/03-2004 (completed)
Forest Laboratories, Inc.
A randomized, double-blind, placebo-controlled evaluation of the safety and efficacy of neramexane in patients with moderate to severe dementia of the Alzheimer's type.
This study is to determine safety and efficacy of neramexane for the treatment of Alzheimer's disease in addition to a cholinesterase inhibitor.  (Phase II)
Role: Site PI
Direct/total costs: $115,200/$144,000

28. R21 #MH62561                     Tremont (PI)                 12/01/01-11/30/04 (completed)
A telephone intervention for dementia caregivers.
This study is to develop a telephone intervention for dementia caregivers.
Role: Paid consultant
Direct/total costs: $375,000/ $576,000

29. U01 #AG10483                     Thal (PI)                    1/15/02-2/28/07 (completed)
NIH/NIA/ADCS                         Ferris (Project director)
Assessment measures for AD primary prevention trials.
This study is to develop telephone and mail-in instruments for use in AD primary prevention trials.
Role: Site PI
Direct/total costs: $87,550/ $109,438

30. U01 #AG10483                     Thal (PI)                    2/10/03-6/30/07 (completed)
NIH/NIA/ADCS                         Aisen (Project director)
High dose supplements to reduce homocysteine and slow the rate of cognitive decline in Alzheimer's disease.
This study is to determine the efficacy of folate, vitamin B6, and vitamin B12 in slowing the progression of Alzheimer's disease. (Phase III)
Role: Site PI
Direct/total costs: $90,000/$112,500

31. Brown University Fund        Heindel (PI)        6/12/03-2005 (completed)
Center for Translational Brain Research
Sensory integration deficits as cognitive markers of cortical disconnection.
This study is to investigate the utility of sensory integration as a marker for early detection and progression of AD.
Role: Co-investigator
Direct & total costs: $19,209

32. Investigator Initiated Grant       Heindel (PI)        9/1/03-8/30/06 (completed)
Alzheimer's Association
Behavioral and electrophysiological investigation of semantic memory in Alzheimer's disease.
This study is to examine the relationships between semantic deficits in Alzheimer's disease and attention using electrophysiological event-related potentials.
Role: Co-investigator
Direct/total costs: $ 182,160

33. 1RO1 #AG016335         Ott (PI)        9/15/01-4/30/07 (completed)
NIH/NIA
A longitudinal study of hazardous drivers with dementia.
This study is to define the course of driving impairment in Alzheimer's disease and develop computerized test predictors of impaired road test performance.
Role: PI (30%)
Direct/total costs: $1,089,390/ $1,439,916

34. U01 #AG10483         Thal (PI)        9/1/02-9/1/07 (completed)
NIH/NIA/ADCS         Sano (Project director)
A multi-center, randomized, double-blind, placebo-controlled trial of simvastatin to slow the progression of Alzheimer's disease.
This study is to determine the safety and efficacy of simvastatin in slowing the progression of Alzheimer's disease. (Phase III)
Role: Site PI
Direct/total costs: $84,000/$105,000

35. #EFC2946         9/1/04-1/29/07 (completed)
Sanofi-Synthelabo Research
A randomized, multicenter, double-blind, placebo-controlled, 18-moth study of the efficacy of xaliproden in patients with mild-to-moderate dementia of the Alzheimer's type.
This study is to determine safety and efficacy of xaliproden for the treatment of Alzheimer's disease. (Phase III)
Role: Site PI
Direct/total costs: $116,344/$145,430

36. MNI-187-01         Jennings (PI)        11/01/07-1/7/09 (completed)
Institute for Neurodegenerative Disorders
Validation of Imaging Evaluations in Individuals With Alzheimer's Disease and Healthy Subjects (VIEW-AD; Phase 1)
This study is to evaluate multiple imaging markers for Alzheimer disease and identify SPECT ligands that most clearly distinguish Alzheimer's disease from healthy subjects of similar age.  Phase 2 will consist of a multi-site imaging study of the most promising ligand(s).
Role: Site PI
Direct/totals cost: $10,688/$14,250

37. U01 #AG10483         Thal (PI)        8/10/03-1/30/09 (completed)
NIH/NIA/ADCS         Tariot (Project director)
A randomized, double-blind, placebo-controlled trial of valproate to attenuate the progression of Alzheimer's disease.

39

This study is to determine the efficacy of valproate in preventing or delaying the emergence of agitation in patients with Alzheimer's disease. (Phase III)
Role: Site PI
Direct/total costs: $122,000/$152,500

38. U01 #AG10483                          Thal (PI)                          1/01/07- 5/31/09 (completed)
NIH/NIA/ADCS                              Quinn (Project director)
Effects of Docosahexaenoic Acid (DHA) in slowing the progression of Alzheimer's disease.
This study is to determine the efficacy of DHA slowing the progression of cognitive and functional decline over 18 months in patients with mild to moderate Alzheimer's disease. (Phase III)
Role: Site PI
Direct/total costs: $67,970/$90,625

39. B0401005                                                                 08/14/09-2010 (completed)
Pfizer
A phase 2 multicenter, double-blind placebo controlled, parallel group study of PF-04447943 in subjects with mild to moderate Alzheimer's disease (Phase II)
This study is to determine safety and potential efficacy of PF-04447943 for the treatment of mild to moderate Alzheimer's disease.
Role: Site PI
Direct/total costs: $48,120/$81,650

40. IIRG-07-59553                         Martino (PI)                       9/1/07-8/31/10 (completed)
Alzheimer's Association
Efficacy of qEEG neurocognitive training in early-stage Alzheimer's disease.
This project investigates the efficacy of quantitative EEG neurofeedback training as a rehabilitative behavioral intervention for patients with mild cognitive impairment and Alzheimer's disease.
Role: Consultant

41. #B0341002                             Aisen (PI)                         1/15/08-08/30/10 (completed)
ADCS/Pfizer                               Galasko (Project Director)
A double-blind, placebo-controlled, randomized, multicenter study evaluating the efficacy and safety of eighteen months of treatment with PF-04494700 (TTP488) in participants with mild to moderate Alzheimer's disease.
This study is to determine safety and efficacy of PF-04494700 for the treatment of Alzheimer's disease. (Phase IIb)
Role: Site PI
Direct/total costs: $143,512/$205,017

42. #$^{18}$F-AV-45-A17                                                       June 2011- June 2012 (completed)
Avid Radiopharmaceuticals
Impact of florbetapir F 18 PET on the clinical diagnosis and management of patients with progressive cognitive decline. (Phase 3b)
This study is to estimate the percentage of subjects who undergo a change in clinical diagnosis after obtaining a florbetapir F 18 PET scan.
Role: Site PI
Total costs:  $62,125

43. NIH/NIA  AG036535                      Weiner (PI)                        9/01/09-8/31/12 (completed)
NIH/NIA/ADCS                              Petersen and Aisen (Protocol directors)
The Alzheimer's disease neuroimaging initiative Grand Opportunity.
This study is to develop improved methods which will lead to uniform standards for acquiring longitudinal, multi-site MRI and PET data on persons with early mild cognitive impairment.
Role: Site PI
Total costs: $60,250

44. #ELN115727-301 and 302                                             12/1/07-10/31/12 (completed)
Elan Pharmaceuticals, Inc.
A multicenter, randomized, double-blind, placebo-controlled, parallel group, efficacy and safety trial of
 bapineuzumab in patients with mild to moderate Alzheimer's disease who are apolipoprotein E e4 carriers and non-
carriers. (Phase III)
This study is to determine safety and efficacy of bapineuzumab for the treatment of Alzheimer's disease. (Phase III)
Role: Site PI
Direct/total costs: $255,200/$319,000

45. #ELN115727, WAY-203740                                             1/1/11-12/31/2012 (completed)
Wyeth and Janssen Pharmaceutical Companies
A phase 2, randomized, double-blind, placebo-controlled, parallel group, multicenter biomarker safety, and
pharmacokinetic study of bapineuzumab (AAB-001) administered subcutaneously at monthly intervals in subjects
with mild to moderate Alzheimer disease. (Phase II)
This study is to determine safety and efficacy of subcutaneously administered bapineuzumab for the treatment of
Alzheimer's disease. (Phase II)
Role: Site PI
Direct/total costs: $270,661; $338,326

46. 2R01 #AG016335                        Ott (PI)                      5/15/07-4/30/13 (completed)
NIH/NIA
Naturalistic assessment of driving in cognitively impaired elders.
This study is to define the basis of driving impairment in Alzheimer's disease and develop computerized test
predictors of impaired road test performance and driving ability in the natural home environment.
Role: PI (25%)
Direct/total costs: $1,119,416/$1,506,839

47. 1R01 #NR010559-01                     Tremont (PI)                 9/28/07-5/31/13 (completed)
NIH/NINR
Psychosocial telephone intervention for dementia caregivers
This study is to determine the efficacy of a telephone-based, psychosocial intervention to improve caregiver burden
and depression in dementia caregivers.
Role: Co-Investigator (5%)
Direct/total costs: $1,269,929/$1,843,500

48. #160701                               Aisen (PI)                   1/14/09-12/31/13 (completed)
ADCS/Baxter                               Relkin (Project Director)
A randomized, double-blind, placebo-controlled, two dose-arm, parallel study of the safety and effectiveness of
immune globulin intravenous (human), 10% (IGIV, 10%) for the treatment of mild-to-moderate Alzheimer's disease
This study is to determine safety and efficacy of IGIV for the treatment of Alzheimer's disease. (Phase III)
Role: Site PI
Direct/total costs:  $243,544/$304,430

49. Rhode Island Hospital                 Ott (PI)                     9/01/11-10/31/13 (completed)
Video intervention for the safety of cognitively impaired older drivers.
This pilot study is to examine the effects of a video event recorder intervention to enhance safe driving in people
with questionable to mild dementia.
Role: Principal Investigator
Direct/total costs: $21,000

50. Rhode Island Hospital                 Cooper (PI)                  2011-2014 (completed)
CAFÉ:  Cognitive Assessment after Fracture in the Elderly.
This study is to examine the effect of cognitive functioning and mental health on recovery from hip fracture.
Role: Consultant

41

51.  #F-AV-45-A18
Avid Pharmaceuticals, Inc.                                          1/2/13-2014 (completed)
A randomized, multicenter, multicountry study to evaluate the effectiveness of Florbetapir (18F) PET imaging in
changing patient management and to evaluate the relationship between florbetapir (18F) PET scan status and
cognitive decline. (Phase 4)
Role: Site PI
Direct/total costs: $79,888/$97,234


52. 1 K08 HS017735-01                    Daiello (PI)                      6/1/09-12/31/14 (completed)
AHQR
Neglected by the evidence: The intersection of medical complexity and dementia.
This is a mentored clinical science project focusing on the impact of cholinesterase inhibitor and anesthetic agents
on cognitively impaired elders with complex medical illness.
Role: Mentor
Direct/total costs: $705,500/$761,940


53. Pfizer                               Snyder (PI)                       3/01/13-2014 (completed)
Detection of disease-related changes in pre-symptomatic Alzheimer's disease.
This study is to explore several new non-invasive technologies to assist in the identification of older adults who are
in the pre-symptomatic phase of Alzheimer's disease. (Phase 1)
Role: Coinvestigator


54. American Heart Association           Alosco (PI)                       2013-2015 (completed)
Cognitive impairment and driving performance in heart failure.
Predoctoral Fellowship
Role: Collaborator and Mentor


55.  #BP2848
F. Hoffmann-La Roche, Ltd.                                         1/2/13- 2014 (completed)
A multicenter, randomized, double-blind, parallel-group placebo-controlled study to investigate the efficacy and
safety of RO4602522 versus placebo, used as adjunctive treatment to the acetylcholinesterase inhibitors donepezil,
galantamine or rivastigmine in patients with moderately severe Alzheimer's disease. (Phase 2B)
This study is to examine safety and efficacy a MAO-B inhibitor in patients with moderate stage Alzheimer's
disease.
Role: Site PI
Direct/total costs: $158,491/$182,151


56. #H8A-MC-LZAX
Eli Lilly and Company                                              06/24/2013-2016 (completed)
Effect of solanezumab (LY20624340), an anti-amyloid beta monoclonal antibody, on the progression of
Alzheimer's disease as compared with placebo. (EXPEDITION 3 study). (Phase 3)
This study is to examine the safety, efficacy and tolerability of solanezumab in slowing the cognitive decline of mild
Alzheimer's disease.
Role: Site PI
Direct/total costs: $331,710/$414,640


57. #TRx-237-005
TauRx Therapeutics Ltd.                                            07/09/2013-2016 (completed)
Randomized, double-blind, placebo-controlled, parallel-group, 18-month safety and efficacy study of Leuco-
methylthioninium bis(hydromethanesulfonate) in subjects with mild Alzheimer's disease. (Phase 3)
This study is to examine the safety, efficacy and tolerability of  Leuco-methylthioninium in the treatment of mild
Alzheimer's disease. (Phase 3)
Role: Site PI

42

Direct/total costs: $159,800/$196,160

58.  #221AD103
Biogen Idec MA, Inc.                                              1/6/13-2015 (completed)
A randomized, double-blind, placebo-controlled multiple dose study to assess the safety, tolerability, pharmacokinetics, and pharmacodynamics of BIIB037 in subjects with prodromal or mild Alzheimer's disease. (Phase 1B)
This study is to examine safety, tolerability, pharmacokinetics, and pharmacodynamics of a biological agent against beta amyloid in patients with early Alzheimer's disease.
Role: Site PI
Direct/total costs: $162,537/$200,564

59. Canadian Institute of Health Research                          6/2015 – 4/2016 (completed)
A collaborative international knowledge synthesis to update guidelines for determining medical fitness to operate motor vehicles.
This study is to create a knowledge synthesis and clinical guidelines on driving risks: traumatic brain injury and dementia.
Role: Project expert
Total costs: $100,000

60. AC-1204
Accera, Inc.                                                     12/-01/13-2016 (completed)
26-Week Long Term Efficacy Response Trial With Optional Open-label Ext (NOURISH AD study). (Phase 4).
This study will evaluate the effects of daily dosing of AC-1204 on cognition, activities of daily living, resource utilization, quality of life, pharmacokinetic measures and safety among participants with mild to moderate Alzheimer's Disease.
Role: Data safety monitoring board member

61. #1R03AG046472-01              Ott (PI)                          9/15/2014-8/31/2016 (completed)
NIH/NIA
Secondary analyses and archive of naturalistic driving data in aging and dementia.
This study is to analyze naturalistic driving data obtained from older drivers with and without dementia using advanced GPS and computerized video programs that will result in a rich dataset that can then be compared to data obtained from standardized on-road tests in the same individuals.
Role: Principal investigator (8%)
Direct/total costs: $146,310/$191,892

62. #MK-8931-017
Merck Sharp & Dohme Corp.                                        06/13/13-02/14/17 (completed)
A Phase III, randomized, placebo-controlled, parallel-group, double-blind efficacy and safety trial of MK-8931 in subjects with mild to moderate Alzheimer's disease. (Phase 2/3)
This study is to examine the safety, efficacy and tolerability of MK-8931 in the treatment of mild to moderate Alzheimer's disease.
Role: Site PI
Direct/total costs: $444,420/$555,520

63. Nation's Carelink/Univita/LTCG       Ott (PI)                  10/01/06-9/30/17 (completed)
Telephone screening for mild cognitive impairment.
This study is to determine the sensitivity and specificity of the Minnesota Cognitive Acuity Screen (MCAS) for mild cognitive impairment.
Role: PI
Direct/total costs: $160,000/$200,000

64.  #18F-AV-1451-A05

43

Avid Radiopharmaceuticals, Inc.                                          1/25/14-2017 (completed)
An open label, multicenter study, evaluating the safety and imaging characteristics of 18F-AV-1451 in cognitively healthy volunteers, subjects with mild cognitive impairment, and subjects with Alzheimer's disease. (Phase 2)
This study is to compare 18F-AV-1451 imaging results in subjects with Alzheimer's disease to subjects with mild cognitive impairment and cognitively healthy older individuals and to establish a database of cognitively healthy individuals to show the spectrum of  18F-AV-1451 imaging results in cognitively healthy individuals across a range of age strata.
Role: Site PI
Total costs: $293,056

65. #20130385                                                            4/2/2015- 2017 (completed)
Amgen, Inc.
A double-blind, placebo controlled, multicenter study to assess the effect of evolocumab on cognitive function in patients with clinically evident cardiovascular disease and receiving statin background lipid lowering therapy: A study for subjects enrolled in the FOURIER trial.  Evaluating PCSK9 Binding antiBody Influence oN coGnitive HeAlth in High cardiovascUlar Risk Subjects (EBBINGHAUS study).
This study evaluates change over time in neurocognitive testing in subjects receiving statin therapy in combination with evolocumab (AMG 145), compared with subjects receiving statin therapy in combination with placebo.
Role: Steering committee member

66.  Rhode Island Hospital              Ott (PI)                        2/1/16 – 6/30/17 (completed)
Neurology Department
Pilot study of repetitive transcranial magnetic stimulation (rTMS) in the treatment of frontotemporal dementia.
This study is to determine if there is evidence of acute symptomatic cognitive benefits for rTMS when administered to patients with behavioral and progressive aphasia variants of frontotemporal dementia.
Role: Principal investigator
Total costs: $38,540

67. NIH/NIA 2U01 AG024904-06          Weiner (PI)                      09/30/04 – 09/15/16 (completed)
NIH/NIA/ADCS                          Petersen and Aisen (Protocol directors)
The Alzheimer's disease neuroimaging initiative 1, and 2.
This study is to develop improved methods which will lead to uniform standards for acquiring longitudinal, multi-site MRI and PET data on persons with Alzheimer's disease, mild cognitive impairment, and normal elderly.
Role: Site PI
Total costs: $233,500

68. Alzheimer's Association            Rabinovici (Study Chair)         4/6/2015 – 12/7/17 (ongoing)
CMS/ACR/ACRIN
The Imaging Dementia – Evidence for Amyloid Scanning (IDEAS) Study
This study of patients receiving amyloid PET scan diagnostic test results for possible Alzheimer's disease seeks to understand the influence of having a positive test result on decisions to seek additional diagnostic testing or treatment and the potential cost benefits.
Role: Site PI

69.  Rhode Island Foundation          Ott (PI)                        12/26/16 – 12/25/17 (ongoing)
Building the Rhode Island Alzheimer's Disease Prevention Registry
This grant is to support personnel, advertising and printing costs for expansion of the Rhode Island Alzheimer's Disease Prevention Registry, including outreach to minorities and primary care physicians.
Role: PI
Total costs: $55,000

70. 5U01 #AG10483-21                   Aisen (PI)                      07/01/11 – 2017 (ongoing)
NIH/NIA/ADCS/Univita/LTCG            Ott (Sub-Project director)
ADCS Infrastructure Support: Rhode Island Alzheimer Prevention Registry.

This sub-project is to identify potential volunteers who would be willing to participate in upcoming early intervention and prevention trials under the sponsorship of the ADCS
Role: Site PI
Direct/total costs: $39,210/$49,013 year 1 (NIA/ADCS )
Total costs: $38,400 per year (Univita; LTCG)

71. #ADC-046-INI
NIH/NIA/ADCS                        Craft (PI)                        11/01/13 – 2017 (ongoing)
Therapeutic effects of intranasally administered insulin in adults with amnestic mild cognitive impairment or mild Alzheimer's disease. (SNIFF study). (Phase 2/3)
This study is to examine the effects of intranasally administered insulin on cognition, entorhinal cortex and hippocampal atrophy, and cerebrospinal fluid biomarkers in amnestic mild cognitive impairment or mild Alzheimer's disease.
Role: Site PI
Direct/total costs: $114,456/$143,076

72. #ADC-040-A4                      Aisen (PI)
NIH/NIA/ADCS                        Sperling (Project Director)      12/01/13 – 2020 (ongoing)
Anti-amyloid treatment in asymptomatic Alzheimer's disease (A4 Study). (Phase 3)
This study is to determine if solanezumab, administered as an intravenous infusion at a dose of 400 mg every 4 weeks for 3 years, will slow cognitive decline as compared with placebo in subjects with preclinical Alzheimer's disease.
Role: Site PI
Direct/total costs: $781,020/$976,275

73. #MK-8931-019
Merck Sharp & Dohme Corp.                                             06/13/14 – 01/22/2018 (ongoing)
A randomized, placebo-controlled, parallel-group, double blind clinical trial to study the efficacy and safety of MK-8931 in subjects with amnestic mild cognitive impairment due to Alzheimer's disease. (Phase 3)
This study is to examine the safety, efficacy and tolerability of MK-8931 in the treatment of mild cognitive impairment due to Alzheimer's disease.
Role: Site PI
Total costs:$1,142,866

74. # AG0045058                      Obisesan  (PI)                   07/10/17 – 2020 (ongoing)
Genes, Exercise, Neurocognitive and Neurodegeneration: Community-Based Approach.
Role: Data safety monitoring board member

75. #221AD302                                                         07/01/15 – 2020 (ongoing)
Biogen MA Inc.
A phase 3 multicenter, randomized, double-blind, placebo-controlled, parallel-group study to evaluate the efficacy and safety of aducanumab (BIIB037) in subjects with early Alzheimer's disease. (EMERGE study)
This study is to evaluate the efficacy of monthly doses of aducanumab in slowing cognitive and functional impairment in subjects with early Alzheimer's disease.
Role: Site PI
Direct/total costs: $310,559/$388,199

76. #NPSASA-15-363629
Alzheimer's Association              Tremont (PI)                     9/1/15 – 8/31/18 (ongoing)
Pilot trial of a mind-body intervention for mild cognitive impairment.
This study is to determine the preliminary efficacy of a yoga intervention for improving cognition, quality of life/emotional function, and daily living skills in individuals with mild cognitive impairment compared to the control, healthy living education.
Role: Co-investigator (3%)

Total costs: $250,000

77.  #NPSASA-15-362133
Alzheimer's Association                 Ott (PI)                        9/1/15 – 8/31/18 (ongoing)
Video feedback intervention for cognitively impaired older drivers.
This study is to determine the efficacy of a video feedback intervention for reducing unsafe driving event frequency
in older individuals with mild cognitive impairment and early Alzheimer's disease compared to passive monitoring.
Role: Principal investigator (6%)
Direct/total costs: $226,659/$249,324

78. #LEARN-15-338730                     Aisen (PI)                     1/01/16 – 2020 (ongoing)
USC/Alzheimer's Association              Sperling (Project Director)
Anti-amyloid treatment in asymptomatic Alzheimer's disease (A4 Study). (Phase 3)
This study is to determine the natural history of cognitive change in older people who lack amyoid on PET imaging.
Role: Site PI
Direct/total costs: $202,727

79. 1R56AG053934-01                      Mor (PI)                       9/1/17 – 8/31/18 (ongoing)
NIA
Caregivers' reactions and experience: Imaging dementia evidence for amyloid scanning (CARE-IDEAS)
This study will fill important gaps in our understanding of how informal caregivers and patients react to the results
of Amyloid PET scans as part of the IDEAS study.
Role: Consultant

80. #I8D-MC-AZET                                                        11/14/16 – 2018 (ongoing)
Eli Lilly & Co.
Randomized, double-blind, placebo-controlled and delayed-start study of LY3314814 in mild Alzheimer's disease
dementia (The DAYBREAK Study).  (Phase 2/3)
This study is to test the hypothesis that LY3314814, administered orally at doses of 20 and 50 mg daily for 78
weeks, will slow the decline of AD as compared with placebo in patients with mild AD dementia.
Role: Site PI
Direct/total costs: $480,738

81. #54861911ALZ2003                     Sperling (PI)                  12/30/16 – 2020 (ongoing)
USC Alzheimer Therapeutic Research Institute/Janssen Research and Development, LLC
A randomized, double-blind, placebo-controlled, parallel group, multicenter study investigating the efficacy and
safety of JNJ-54861911 in subjects who are asymptomatic at risk for developing Alzheimer's dementia. (Phase
2b/3) (The EARLY Study)
This study is to investigate the efficacy and safety of JNJ-54861911 in subjects who are asymptomatic at risk for
developing Alzheimer's dementia.
Role: Site PI
Direct/total costs: $467,1600

82. #M15-566                                                           01/02/17 – 2020 (ongoing)
AbbVie
A phase 2 multiple dose, multicenter, randomized, double-blind, placebo-controlled study to evaluate the efficacy
and safety of ABBV-8E12 in subjects with early Alzheimer's disease (The AWARE Study). (Phase 2)
This study is to assess the efficacy of ABBV-8E12 in slowing disease progression (cognitive and functional
impairment) in subjects with early AD as measured by the CDR-SB and to assess long term efficacy for up to 96
weeks.
Role: Site PI
Total costs: $1,981,296

83. NIH/NIA U19AG024904                  Weiner (PI)                    09/15/16 - 7/31/17 (ongoing)

NIH/NIA/ADCS                              Petersen and Aisen (Protocol directors)
The Alzheimer's disease neuroimaging initiative 3.
This study is to develop improved methods which will lead to uniform standards for acquiring longitudinal, multi-site MRI and PET data on persons with Alzheimer's disease, mild cognitive impairment, and normal elderly.
Role: Site PI
Total costs: $187,484


84. #I5T-MC-AACG                              11/2/17 – 2020 (ongoing)
Eli Lilly and Company
Assessment of Safety, Tolerability and Efficacy of LY3002813 Alone and in Combination with LY3202626 in Early Symptomatic Alzheimer's disease (The TRAILBLAZER Study). (Phase 3)
This study is to assess the safety, tolerability and efficacy of LY3002813 alone and in combination with LY3202626 in early symptomatic Alzheimer's disease.
Role: Site PI
Total costs: $881,500


UNIVERSITY TEACHING ROLES:

| | |
|---|---|
| 1984-1985 | Introductory lectures to Harvard medical students on neurology rotation, Brigham & Women's Hospital |
| 1989-1996 | BioMed 301 *Clerkship in Internal Medicine* |
| | Introductory lectures and group case discussions in neurology for third year Brown medical students rotating on medical clerkship, Roger Williams Medical Center |
| | One session every three months, 1989-1995 |
| | Outpatient general neurology clerkship.  One student every other month for one afternoon each week, 1995-1996 |
| 1989-2005 | BioMed 304F *Clerkship in Consultative Neurology* |
| | Clinical teaching rotation for medical students, Roger Williams Medical Center and Memorial Hospital |
| 1990-2006 | BioMed 262 *Neurosciences Pathophysiology* lectures |
| | Revised and improved syllabus and presented lectures. |
| | Toxic and Metabolic Disorders of the CNS |
| | Instituted new syllabus and presented lectures. |
| | Infections of the CNS |
| | Revised and improved syllabus and presented lectures. |
| | Aging and Dementia |
| 1990-2006 | BioMed 262 *Neurosciences Pathophysiology*  Small Group Laboratory Session leader |
| | Four to five sessions each year, 10-12 students |
| 1993 | With assistance of Dr. Sydney Louis, designed and produced a self study and assessment computer program in *Behavioral Neurology* for medical students and housestaff. |
| 1993-2005 | BioMed 315F *Clerkship in Adult Ambulatory Medicine (Neurology)* |

For  Brown medical students, Roger Williams Medical Center and Memorial  Hospital.
One half-day weekly over six months with one student in general neurology outpatient practice setting

1998-2005          Clerkship leader

1993-            Clinical supervisor for graduate student research projects in dementia, Brown University Department of Psychology, at Roger Williams, Memorial and Rhode Island Hospitals

1994            Independent *Clerkship in Advanced Physical Diagnosis* for third year Brown medical student

1994-            Instituted new syllabi and presented lectures for University of Rhode Island course PHP 561/562, *Advanced Human Pathophysiology I and II* and PHP/BPS 312, *Foundations of Human Disease I and II*

Pathophysiology of Pain

Aging and Dementia

Stroke: Ischemic and Hemorrhagic

1995            Brown University Summer FOCUS Program course, *So You Think You Want to be a Doctor: An Introduction to Medicine*, lecture to high school students

The Neurological Examination

1997-2005        BioMed 373-374 *Introduction to Clinical Medicine* lecture to second year Brown medical students
The Neurological Examination

1998-2000        University of Rhode Island Pharmacy Program course, *Advanced Human Pathophysiology for Practitioners* lectures

Pathophysiology of Pain

Alzheimer's Disease

Cerebrovascular Disease

1998-            Website administrator, Department of Neurology, Brown University

2005            BioMed 372 *Epidemiology for the Practice of Medicine* small group laboratory leader

2007            Brown University PHP 2210 *Epidemiology of Chronic Disease*

Alzheimer's Disease lecture and discussion session

2008-            BIOL 903 *So You Want To Be a Doctor*

Case and career discussions; office shadowing experience: High school seniors

2010-            BIOL 3790 *Aging and Dementia*
Course leader: elective for fourth year medical students

2011-            BIOL 3795 *Elective Clerkship in Neurology*

48

Clerkship development working group leader and later faculty member

2012-        Roger Williams University Law School: *Planning for the Elderly Client* and *Introduction to Elder Law* courses

Lecture and discussion session

## HOSPITAL TEACHING ROLES:

1989-2005        Two month required clinical rotation in consultative neurology for first year psychiatry residents from Butler Hospital, at Roger Williams Hospital & Memorial Hospitals.

1989-2005        Noon lectures, consultation rounds, and neurology elective for medical housestaff, one out of every two to three months, Roger Williams and Memorial Hospitals.

1990-        Alzheimer's disease and memory disorders specialty outpatient teaching clinic for third year neurology residents, one morning per week year round, Roger Williams, Memorial, and Rhode Island Hospitals

1990-2005        Supervisor/mentor, two month required clinical rotation in consultative neurology for third year neurology residents, Roger Williams & Memorial Hospitals.

1990-        Mentor, Neurology Residency Training Program, Rhode Island Hospital
                1990-1993        Ann Hake, MD
                2010-2013        Serggio Lanata, MD
                2016-2019        Timothy Steinhoff, MD

1992-1995        Workshop and journal club lectures in dementia diagnosis and treatment to psychiatry residents at Butler Hospital.

1993-1999        Internal Medicine Board Examination Review in Neurology for third year medical residents, Roger Williams & Memorial Hospitals.  Three hour neurology review session, annual.

1994-1996        Director of Neurology Education for the Roger Williams Hospital Internal Medicine Residency. Compiled curriculum for neurology education, 1994.

1996-2005        Lectures and weekly case discussions for internal medicine residents, family practice residents, and Brown medical students, Memorial Hospital

1997-        Organizer for monthly Aging and Dementia Research seminar series
                2012-    Sponsored by the Norman Prince Neuroscience Institute Aging Brain Initiative

1998-        Organizer for monthly Aging and Dementia Research Seminar Series
                1998 --  Sponsored by the Alzheimer's disease & Memory Disorders Center
                2012 --  Co-sponsored by the Norman Prince Neurosciences Institute Aging Brain Initiative

1998-2013        Supervisor/mentor, memory disorder clinic outpatient teaching rotation for Brown University Geriatric Psychiatry Fellowship Training Program

1999-        Internship faculty member, Brown University Clinical Psychology Training Consortium
                2004-    Research supervisor

2000-        Supervisor/mentor, memory disorder clinic outpatient teaching rotation for Brown University Geriatric Medicine Fellowship Training Program

| | |
|---|---|
| 2001-2003 | F-32 research fellowship co-sponsor (Rebecca Reddy, PhD) |
| 2001-2008 | Steering committee member, mentor, and lecturer for the Brown University T-32 Dementia Research Fellowship program |
| 2003-2004 | Director and mentor, Brown University Geriatric Neurology Fellowship (Anelyssa D'abreu, MD) |
| 2005- | Teaching attending 1-2 months per year, ward and consultation services, for neurology and medical housestaff and medical students, Rhode Island Hospital. |
| 2009-2014 | K-08 research career award primary mentor (Lori Daiello, PharmD) |
| 2013-2015 | Predoctoral Fellowship award mentor (Michael Alosco, PhD) |
| 2015- | Director, Rhode Island Hospital and Warren Alpert Medical School of Brown University Aging and Dementia Fellowship |

2015- Director, Rhode Island Hospital and Warren Alpert Medical School of Brown
University Aging and Dementia Fellowship
2016-2018     Seth Margolis, PhD
2017-2018     Jonathan Drake, MD
2018-2020     Laura Korthauer, PhD