# Exhibit B

# Curriculum Vitae

# Mary Ellen Quiceno, MD, FAAN

**CURRENT TITLES:** Associate Professor of Neurology at University of Texas Southwestern Medical Center
Associate Professor of Medical Education at TCU/UNTHSC School of Medicine

## Chronology of Education

**UNDERGRADUATE EDUCATION:**

| Years | Degree(s) | Institution, City, State |
|---|---|---|
| 1990-1994 | B.S. Psychobiology | University of Miami, Coral Gables, FL |
| 1994-1995 | None (graduate course in Neuroscience) | Florida Atlantic University, Boca Raton, FL |

**GRADUATE EDUCATION:**

| Years | Degree(s) | Institution, City, State |
|---|---|---|
| 1995-1999 | Doctor of Medicine | University of Miami, Miami, FL |

**POSTGRADUATE TRAINING:**

| Years | Training Level/Specialty | Institution, City, State |
|---|---|---|
| 1999-2000 | Internship, Internal Medicine | University of Texas Southwestern Medical Center, Dallas, TX |
| 2000 – 2003 | Residency, Neurology | University of Texas Southwestern Medical Center, Dallas, TX |
| 8/2003 – 7/2004 | Fellowship, Behavioral Neurology & Dementia | University of Texas Southwestern Medical Center, Dallas, TX |

**BOARD CERTIFICATIONS:**

| Year Certified | Board | Specialty |
|---|---|---|
| 2004 | American Board of Psychiatry & Neurology | Adult Neurology |
| 2008 | United Council for Neurologic Subspecialties | Behavioral Neurology & Neuropsychiatry |
| 2014 | American Board of Psychiatry & Neurology | Adult Neurology (recertification) |

**LICENSURE:**

| Year Granted | Agency/State and License # | Expiration/Comments |
|---|---|---|
| 2003 | Texas TMB, L6149 | May 2019 |

**PROFESSIONAL EXPERIENCE:**

| Years | Title(s) | Institution, City, State |
|---|---|---|
| 8/2004 – 7/2005 | Neurology Physician | Neurology Consultants of Dallas, Dallas, TX Texas Health Resources, Dallas, TX |
| 7/2006 – 8/2015 | Assistant Professor of Neurology | University of Texas Southwestern Medical Center, Dallas, TX |
| 9/2015 to present | Associate Professor of Neurology | University of Texas Southwestern Medical Center, Dallas, TX |
| 11/2017 to present | Associate Professor of Medical Education | TCU/UNTHSC School of Medicine, Ft. Worth, TX |

**TEACHING RESPONSIBILITIES:**

| Years | Course/Site | Role(s) |
|---|---|---|
| 2006 to present | Neurology MS 3 Clerkship at UTSW | Preceptor at Zale and Clements University Hospitals and Parkland Hospital & Lecturer on Cognitive Disorders |
| 2006 to present | Parkland Neurology Resident Continuity Clinic | Preceptor at Parkland Neurology Resident Clinic |
| 2010 to present | Resident Lecture Series at UTSW | Lecturer in Dementias |
| 2017 to present | MS 1 Brain & Behavior Course at UTSW | Lecturer in Cognitive Disorders & Dementia and Higher Cortical Functions |
| 11/2017 to present | Neuromusculoskeletal Preclerkship Course at TCU/UNTHSC | Course Director |

**Honors and Awards**

| Years | Honor/Award Type | Institution |
|---|---|---|
| 2003 | Victor Rivera Resident Research Award | University of Texas Southwestern Medical Center, Dallas, TX |
| 2012 | Interprofessional Education Collabortaive Curriculum Module Development Award | Association of American Medical Colleges funded by the Josiah Macy Jr. Foundation |
| 2013 | Travel award to present at the American Academy of Neurology Annual Meeting | University of Texas Southwestern Medical Center, Dallas, TX |
| 2013 | Woman of the Year | Altrusa International, Inc., Richardson, TX Club |

**Administrative Duties**

| Years | Title/Role, | Institution, City, State, Country |
|---|---|---|
| 2007 - 2009 | Section Head, General Neurology Section | University of Texas Southwestern Medical Center, Dallas, TX |
| 2010 - 2017 | Director, Cognitive & Memory Disorders Clinic | University of Texas Southwestern Medical Center, Dallas, TX |
| 2015 to present | Fellowship Director, Behavioral Neurology & Dementia, accredited by the United Council on Neurologic Subspecialities | University of Texas Southwestern Medical Center, Dallas, TX |
| 2016 to present | Co-Director, Combined Psychiatry & Neurology Residency Program | University of Texas Southwestern Medical Center, Dallas, TX |

**Professional & Scientific Committees**

| Years | Title/Role, | Institution, City, State, Country |
|---|---|---|
| 2011 to present | Member, Steering Committee | NIA Alzheimer's Disease Cooperative Study (ADCS) group, UCSD, San Diego, CA, USA |
| 2013 - present | Junior Faculty Representative for UTSW, Council of Faculty & Academic Societies | AAMC, Washington, DC, USA |
| 2014 - 2016 | Elected Member, Steering Committee Outreach, Recruitment & Education Cores | NIA Alzheimer's Disease Centers |
| 2016 to present | Member, Steering Committee | Alzheimer's Therapeutic Research Institute (ATRI), USC, San Diego, CA, USA |

**Grant Review Committee/Study Sections**

| Years | Title/Role, | Institution, City, State, Country |
|---|---|---|
| 2010 - 2017 | Reviewer, Alzheimer's Disease Center Pilot Project Review Committee | University of Texas Southwestern Medical Center, Dallas, TX |
| 2010 - 2017 | Reviewer, Friends of the ADC (Alzheimer's Disease Center) Grant Review Committee | University of Texas Southwestern Medical Center, Dallas, TX |
| 2015, 2016 | NIH Ad Hoc R01 invited grant reviewer (Alzheimer's disease) | National Institutes of Health: National Institute of Aging |

**Symposium/Meeting Chair/Coordinator**

| Years | Title/Role, | Institution, City, State, Country |
|---|---|---|
| 2012, 2013, 2014 | Symposium Director, Alzheimer's Disease Center | University of Texas Southwestern Medical Center, Dallas, TX |
| 2016 | Chair, Steering Committee, NIA funded Alzheimer's Disease Centers, Education and Outreach Leaders Annual Meeting | National Institute of Aging, Chicago, IL, USA |
| 2017 to present | Member, Planning Committee for research symposium planned for Jan. 2018 | Alzheimer's Association, Greater Dallas Chapter, Dallas, TX, USA |

**PROFESSIONAL COMMUNITY ACTIVITIES**

| Years | Title/Role, | Institution/Organization, City, State, |
|---|---|---|
| 2004 - 2008 | Member, Medical Advisory Board | American Parkinson's Disease Association, North Texas Chapter, Dallas, TX |
| 2011 - 2016 | Board of Directors | Alzheimer's Association, Greater Dallas Chapter, Dallas, TX |
| 2014 - 2016 | Co-Director, Programs & Services Committee | Alzheimer's Association, Greater Dallas Chapter, Dallas, TX |
| 2015 – present | Member, Medical Advisory Board | The Aging Mind Foundation, Dallas, TX |

**UNIVERSITY COMMUNITY ACTIVITIES**

| Years | Title/Role, | Institution/Organization, City, State, |
|---|---|---|
| 2009 | Ambulatory Clinics Epic Committee | University of Texas Southwestern Medical Center, Dallas, TX |
| 2009 | Interviewer, Neurology Residency | University of Texas Southwestern Medical Center, Dallas, TX |
| 2012 - 2013 | Interviewer for Medical School Applicants | University of Texas Southwestern Medical Center, Dallas, TX |
| 2012 - 2015 | Alternative Faculty Senate Representative for Neurology | University of Texas Southwestern Medical Center, Dallas, TX |

**Active Grants**

2007 to 2017

P30 Neurobiology of Aging (Alzheimer's Disease Center)

NIA

Role: Investigator

2007 to 2017

TARCC (Texas Alzheimer's Research and Care Consortium)

State of Texas

Role: Investigator

2010 to present

ADNI: Alzheimer's Disease Neuroimaging Initiative

NIA

Role: Investigator

2013 to present
A4 Study: Anti-Amyloid Treatment in Asymptomatic Alzheimer's Disease
NIA & Eli Lilly
Role: Site PI

2016 to present
A Phase 3, Multicenter, Randomized, Double-blind, Placebo-controlled Study to Assess the Efficacy, Safety, and Tolerability of AVP-786 for the Treatment of Agitation in Patients with Dementia of the Alzheimer's Type.
Avanir
Role: Subinvestigator

**Pending Grants or Studies**
2017
A Phase 2b/3 Randomized, Double-blind, Placebo-Controlled, Parallel
Group, Multicenter Study Investigating the Efficacy and Safety of JNJ-
54861911 in Subjects who are Asymptomatic At Risk for Developing
Alzheimer's Dementia (Early)
NIA & Janssen
Role: Site PI

2017
A Study of Lanabecestat (LY3314814) in Participants With Mild Alzheimer's Disease Dementia (DAYBREAK-ALZ)
Eli Lilly
Role: Site PI

2017
Multicenter, randomized, placebo-controlled study evauating the efficacy and safety of the drug Prazosin. (PEACE AD)
NIA
Role: Site PI

2017
Advancing Research and Treatment for Frontotemporal Lobar Degeneration. (ARTFL)
NCATS and NINDS
Role: Investigator

2017
Dominantly Inherited Alzheimer Network Trial: An Opportunity to Prevent Dementia. A Study of Potential Disease Modifying Treatments in Individuals at Risk for or With a Type of Early Onset Alzheimer's Disease Caused by a Genetic Mutation. (DIAN-TU)
NIH

Role: Investigator

**Past Grants**

2007 to 2017

P30 Neurobiology of Aging (Alzheimer's Disease Center)

NIA

Role: Leader, Education & Outreach Core

2007 to 2016

P30 Neurobiology of Aging (Alzheimer's Disease Center)

NIA

Role: Co-Leader, Native American Satellite Clinic

2013 to 2017

Expedition 3: Effect of Passive Immunization on the Progression of Mild Alzheimer's Disease: Solanezumab (LY2062430) Versus Placebo.

Eli Lilly

Role: Site PI

2010 – 2015
A Phase 3 Study Evaluating Safety and Effectiveness of Immune Globulin Intravenous (IGIV 10%) for the Treatment of Mild-to-Moderate Alzheimer's Disease.
NIH & Baxter

Role: Site PI

**Active Contracts**

1/2017 to present (will end by 10/2017)

Unversity of Texas at Dallas, Center for Brain Health

Role: Medical consultant

## TEACHING RESPONSIBILITIES/ASSIGNMENTS

### Course and Curriculum Development

| Inclusive years (yyyy-yyyy) | Course title and number | Number of times the course is taught annually | Type of students taking the course (e.g., medical; dental; nursing; etc. | Number of students taking the course |
|---|---|---|---|---|
| 2012 - 2016 | Clinical Neurology | 1 | Medical (MS 2) | ~200 |

**Courses Directed**

| Inclusive years (yyyy-yyyy) | Course title and number | Number of times the course is taught annually | Type of students taking the course (e.g., medical; dental; nursing; etc. | Number of students taking the course |
|---|---|---|---|---|
| 2012 - 2016 | Clinical Neurology | 1 | Medical (MS 2) | ~200 |
| 11/2017 to present | Neuromuscxkuloskeletal Medicine | 1 | Medical students (MS 2) | ~60 |

**Course Lectures**

| Inclusive years (yyyy-yyyy) | Course title and number | Number of times the course is taught annually | Type of students taking the course (e.g., medical; dental; nursing; etc. | Number of students taking the course |
|---|---|---|---|---|
| 2012 - 2016 | Stroke & Cerebrovascular Diseases | 1 | Medical (MS 2) | ~200 |
| 2012 – 2016 | Neuromuscular Diseases | 1 | Medical (MS 2) | ~200 |
| 2012 – 2016 | Multiple Sclerosis & Demyleniating Disorders | 1 | Medical (MS 2) | ~200 |
| 2012 – 2016 | Dementias | 1 | Medical (MS 2) | ~200 |
| 2014 – 2016 | Higher Cortical Functions: Language, Praxis, Vision | 1 | Medical (MS 1) | ~200 |
| 2014 - 2016 | Alzheimer's Disease | 1 | Medical (MS 1) | ~200 |
| 2017 | Higher Cortical Functions: Language, Praxis, Vision | Once every 18 months | Medical (MS 1) | ~200 |
| 2017 | Alzheimer's Disease | Once every 18 months | Medical (MS 1) | ~200 |

**Clinical Teaching**

| Inclusive years (yyyy-yyyy) | Course title and number/teaching topic | Number of times the course is taught annually | Type of students taking the course (e.g., medical; dental; nursing; etc. | Number of students taking the course |
|---|---|---|---|---|
| 2006 to present | Neurology Clerkship | 10 (I would participate 2-6 weeks per year) | Medical (MS 3 & 4) | 2-4 students with each preceptor |
| 2006 to present | Ambulatory Neurology | 12 (I would participate 2-4 times yearly) | Medical (MS 4) | 1 student per preceptor |

**Students Supervised**

| Inclusive years (yyyy-yyyy) | Student Name | Awards / Recognitions that student received during your supervision | Where did student go after completing training with you? |
|---|---|---|---|
| 2017 | Niyatee Samudra, MD & Alka Khera, MD | Mentoring | Completing Neurology residency at UTSW |
| 2016 | Danielle Rucker | Completed MS 2 research project | MS 3 at UTSW |
| 2016 | Rob Weir, MD | | MS 2 at UTSW Combined Psychiatry & Neurology Residency |
| 2016 | Whitney Zentgraf, PharmD | | Geriatric Clinical Pharmacy Specialist at Wesley Medical Center |
| 2014 | Becky Mahan, PharmD | | Assistant Professor, Geriatrics Division, Texas Tech University HSC SOP- Abilene |

**Other Educational Activities**

1. Quiceno ME. (2013). SAGE Southwestern Aging and Geriatrics Education Program Module: Cognitive Assessment in the elderly. Access at http://www.gerisage.com/.

**PEER-REVIEWED JOURNAL ARTICLES (Bold/underline faculty member's name)**
1. Torabi AM, **Quiceno M**, Mendeksohn DB, Powell CM. (2004) Multilevel Intramedullry Spinal

Neurocysticercosis with Eosiniophilic Meningitis. *Archives of Neurology, 61: 770-2.*

2. Kamm K, Simpkins S, Shah A, **Quiceno M**, Gupta R, Hoggatt Krumwiede K. Acknowledging Roles and Abilities of Team Members: A simulated geriatric care team meeting with the Coopers. MedEdPORTAL; 2013. Available from: www.mededportal.org/publication/9305
3. Wadsworth HE, Galusha-Glasscock JM, Womack KB, **Quiceno M**, Weiner MF, Hynan LS, Shore J, Cullum CM. (2016) Remote Neuropsychological Assessment in Rural American Indians With and Without Cognitive Impairment. *Archives of Clinical Neuropsychology, 31(5):420-5.*
4. O'Bryant SE, Edwards M, Johnson L, Hall J, Villarreal AE, Britton GB, **Quiceno M**, Cullum CM, Graff-Radford NR. (2016) A blood screening test for Alzheimer's disease. *Alzheimers Dement (Amst), 3:83-90.*
5. Team-based science peer-reviewed journal articles: https://www.ncbi.nlm.nih.gov/sites/myncbi/1pcvAt9S0oxQf/bibliography/43483694/public/?sort=date&direction=descending

## NON PEER-REVIEWED JOURNAL ARTICLES

1. Lipton AM, Attmore J, **Quiceno ME**, Rubin CD (2004). Update on Alzheimer's Disease. *Dallas Medical Journal, 90(1):16-21.*
2. **Quiceno ME**, Whittington T (2017). Cognitive Fuction & Aging. *Healthy Living Made Simple, Sept/Oct 2017: 22-23.*

## BOOK CHAPTERS

1. Zamrini E, **Quiceno ME** (2009). Chapter 14: Other Causes of Dementia. *The American Psychiatric Publishing Textbook of Alzheimer's Disease and Other Dementias.* American Psychiatric Publishing; Arlington, VA, USA.

## UNPUBLISHED POSTER PRESENTATIONS

1. Smyth S, Daffner K, Barrett AM, **Quiceno M**, Rao-Frisch A, Lerner A (2012). The Mental Status Tree: an educational tool. American Academy of Neurology, New Orleans, LA USA.
2. Nguyen TP, Womack KW, **Quiceno, ME** (2015). Dementia with Lewy Bodies in American Indians: A case series. International Dementia With Lewy Bodies Conference, Miami, FL, USA.
3. Nguyen T, Brown S, Logan R, O'Suilleabhain P, Dewey R, **Quiceno M**, Khemani P. (2017). Instrumented Gait and Balance Analyses in Progressive Supranuclear Palsy and Mild Cognitive Impairment Compared with Parkinson Disease. American Academy of Neurology, Vancouver, Canada.
4. Bateman J, Daffner K, Gale S, Barrett A, Boeve B, Finney G, Gitleman D, Hart J, Lerner A, Meador K, **Quiceno M**, Voeller K, Whitney V, Kaufer D. Do We Practice What We Preach Regarding Clinical Cognitive Testing?: Results From an AAN Behavioral Neurology Section Survey. American Academy of Neurology, Vancouver, Canada.

## ORAL PRESENTATIONS

### Meeting Presentations

#### National

Year   CME   Author(s). Title of Presentation. Sponsoring Institution/Organization, City, State, Country.

| Year | CME | |
|---|---|---|
| 2012 | * | Kaufer D, Menendez M, Quiceno, ME. Co-presenter, Behavioral Neurology course American Academy of Neurology Annual Meeting, New Orleans, LA, USA. |
| 2012 | | Quiceno ME. Chair & Emcee. Alzheimer's Disease Center Symposium. UTSW, Dallas, TX, USA. |
| 2013 | * | Quiceno ME. Interprofessional Education. AB Baker Education Section Symposium at the American Academy of Neurology Annual Meeting, San Diego, CA, USA. |
| 2013 | | Quiceno ME. Chair & Emcee. 2nd Annual Alzheimer's Disease Center Symposium. UTSW, Dallas, TX, USA. |
| 2014 | | Quiceno ME. Chair & Emcee. 3rd Annual Alzheimer's Disease Center Symposium. UTSW, Dallas, TX, USA. |
| 2016 | | Quiceno ME. Chair of Meeting & Emcee. National ADC Education & Outreach Cores Annual Meeting, NIA, Chicago, IL, USA. |

**Regional/Local**

| Year | CME | Author(s). Title of Presentation. Sponsoring Institution/Organization, City, State, Country. |
|---|---|---|
| 2014 | * | Quiceno ME. Alzheimer Disease. North Texas Nurse Practitioners (NTNP) Annual CE Conference, Dallas, TX, USA. |
| 2014 | * | Quiceno ME, Martiez N, Logan R. Understanding & Identifying Stages of Dementia due to Alzheimer's Disease Workshop. 31st Annual Adult Protective Services Conference, Texas Dept. of Family & Protective Services, San Antonio, TX, USA. |
| 2014 | * | Quiceno, ME. Alzheimer's Disease UTSW Academic Clinical Provider Lecture Series for Nurse Practitioners & Physician Assistants. UTSW, Dallas, TX, USA. |
| 2015 | * | Quiceno, ME. Alzheimer Disease. 1st Annual UTSW Neurotherapeutics Update, Dallas, TX. |
| 2015 | | Quiceno, ME. Diminished Capacity: When Philanthropy and Mental Health Collide. Partnership for Philanthropic Planning. Dallas, TX, USA. |
| 2015 | | Quiceno ME. Alzheimer disease. Dallas County Dental Society, Retired Dentists Seminar Series. Dallas, TX, USA. |
| 2016 | | Quiceno ME. Diminished Capacity: When Philanthropy and Mental Health Collide. Dallas Estate Planning Council. Dallas, TX, USA. |
| 2016 | | Quiceno ME. Maintain Your Brain: Update on Prevention of Memory Loss. Federal Judges Meeting (Eastern District of Texas), McKinney, TX, USA. |
| 2017 | * | Quiceno ME. Update on Alzheimer Disease. 5th Annual Alzheimer's Disease Symposium. Texas Tech Health Health Sciences Center School of Nursing and Pharmacy, Abilene, TX,USA. |
| 2017 | * | Quiceno ME. Non-Alzheimer Disease Dementias. 3rd Annual UTSW Neurotherapeutics Update. Dallas, TX. |

**Grand Rounds Presentations**

| Year | CME | Author(s). Title of Presentation. Sponsoring Institution/Organization, City, State, Country. |
|---|---|---|
| 2008 | * | Quiceno ME. Dementia Syndromes. Terrell State Hospital, Terrell, TX. |
| 2009 | * | Quiceno ME. Dementia Syndromes. Hendrick Medical Center Annual CME symposium, Abilene, TX. |

| | | |
|---|---|---|
| 2012 | * | Quiceno ME. The Latest in Detecting & Preventing Memory Loss. Neurology Grand Rounds, Presbyterian Hospital of Dallas, Dallas, TX. |
| 2012 | * | Quiceno ME. Alzheimer Disease: Diagnostic Tools and Emerging Treatments. East Texas Medical Center, Tyler, TX. |
| 2012 | * | Quiceno ME. Alzheimer Disease: Diagnostic Tools and Emerging Treatments. UT Tyler, Tyler, TX. |
| 2013 | * | Quiceno ME. Alzheimer Disease: Diagnostic Tools and Emerging Treatments. Internal Medicine Grand Rounds, Presbyterian Hospital of Dallas, Dallas, TX. |
| 2013 | * | Quiceno, ME. Alzheimer Disease: Diagnostic Tools and Emerging Treatments. 23rd Annual Myron Weiner, MD Geriatric Psychiatry Conference, UTSW, Dallas, TX. |
| 2013 | * | Quiceno ME. Alzheimer Disease: Diagnostic Tools and Emerging Treatments. East Texas Family Physician Annual Conference, Carthage, TX. |
| 2016 | * | Quiceno ME. Updates in Alzheimer Disease. UTSW Dept. of Family Medicine, Dallas, TX. |
| 2016 | * | Quiceno ME. Updates in Alzheimer Disease. UTSW APPs, Dallas, TX. |
| 2017 | * | Quiceno ME. Alzheimer Disease Detection. UT Tyler Dept.of Internal medicine, Tyler, TX. |
| 2017 | * | Quiceno ME. Alzheimer Disease Detection. Methodist Health System Dept. of Internal Medicine, Dallas, TX. |

**Outreach Presentations**

| Year | Author(s). Title of Presentation. Sponsoring Institution/Organization, City, State, Country. |
|---|---|
| 2013 | Quiceno ME. Alzheimer Disease: Diagnostic Tools & Emerging Treatments, Louisiana Alzheimer Association, Caregiver Conference, Shreveport, LA, USA. |
| 2007 | Quiceno ME. Neuropsychiatric Issues in Parkinson Disease American Parkinson Disease Association, Northeast Texas Fall Parkinson Disease Symposium, Dallas, TX, USA. |
| 2007 | Quiceno ME. Alzheimer Disease. UT Southwestern Women's Day Symposium, Dallas, TX, USA. |
| 2010 | Quiceno ME. Challenges in Moderate Stage Alzheimer Disease. Richard J Price Caregiver Symposium sponsored by the Greater Dallas Chapter of the Alzheimer's Association, Dallas, TX, USA. |
| 2011 | Quiceno ME. Memory and Cognitive Health Heritage Ranch, Fairview, TX, USA. |
| 2011 | Quiceno ME. End of Life Issues in Alzheimer Disease Richard J Price Caregiver Symposium sponsored by the Greater Dallas Chapter of the Alzheimer's Association, Dallas, TX, USA. |
| 2012 | Quiceno ME. African Americans & Alzheimer Disease Fabulous 50 to Sexy at 60 Lecture Series sponsored by the National Physician & Family Referral Project (NPFR), Dallas, TX, USA. |
| 2012 | Quiceno ME. The Latest in detecting & Preventing Memory Loss. CC Young, Dallas, TX. Featured speaker at the annual Body, Mind & Spirit Lecture Series, Dallas, TX,USA. |
| 2013 | Quiceno ME.     Alzheimer Disease: Diagnostic Tools and Emerging Treatments. Alzheimer's Association North Central Texas Chapter Annual Caregiver Conference, Ft. Worth, TX, USA. |
| 2014 | Quiceno ME. Alzheimer Disease: Emerging Treatments. AWARE lecture series speaker (Alzheimer's Women's Association to Reach & Engage), Dallas, TX,USA. |

| | |
|---|---|
| 2014 | Quiceno ME. A Glimpse of the Future: Research Trends in Alzheimer's disease. Richard J Price Caregiver Symposium sponsored by the Greater Dallas Chapter of the Alzheimer's Association, Dallas, TX, USA. |
| 2016 | Quiceno ME. Update of the Research and Prevention of Alzheimer Disease. Mindshare 2016 Lecture series for the Alzheimer's Association, Longview, TX, USA. |
| 2016 | Quiceno ME. "Brain Smart". Mindshare 2016 Lecture series for the Alzheimer's Association, Dallas, TX, USA. |
| 2016 | Quiceno ME. Update on the Research and Prevention of Alzheimer Disease. Mindshare Lecture series for the Alzheimer's Association in Irving, TX, USA. |
| 2017 | Quiceno ME. Update on Alzheimer Disease. Community Conversations Project sponsored by the Greater Dallas Chapter of the Alzheimer's Association, CC Young, Dallas, TX, USA. |
| 2017 | Quiceno ME. AAIC Update. Midshare program sponsored by the Greater Dallas Chapter of the Alzheimer's Association, Longview, TX, USA. |
| 2017 | Quiceno ME. Alzheimer Disease and Related Dementias. Dementia Essentials program sponsored by the Wellness Center for Older Adults, Plano, TX, USA. |