**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>The Honorable Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF APPEAL

Non-party Movants RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC; RD LEGAL FUNDING PARTNERS, LP; and RONI DERSOVITZ, by undersigned counsel, appeal to the United States Court of Appeals for the Third Circuit from the Court's Order (ECF No. 9749), entered on February 20, 2018.

Dated:  March 5, 2018

BROTMAN LAW
ELLEN C. BROTMAN, ESQ.
150 North Radnor Chester Road
  Suite F200
Radnor, Pennsylvania 19087
Telephone: (610) 977-2412
Facsimile: (610) 977-0043

Respectfully submitted,

s/Michael D. Roth
BOIES SCHILLER FLEXNER LLP
DAVID K. WILLINGHAM
MICHAEL D. ROTH
JEFFREY M. HAMMER
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC; RD LEGAL FUNDINGPARTNERS, LP; and RONI DERSOVITZ