**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing Notice of Appeal

Appearance was served electronically via the Court's electronic filing system on the date below

upon all counsel of record in this matter.

Dated:  March 5, 2018                                    Respectfully submitted,

                                                         s/Michael D. Roth
BROTMAN LAW                                              BOIES SCHILLER FLEXNER LLP
ELLEN C. BROTMAN, ESQ.                                   DAVID K. WILLINGHAM
150 North Radnor Chester Road                            MICHAEL D. ROTH
   Suite F200                                            JEFFREY M. HAMMER
Radnor, Pennsylvania 19087                               725 South Figueroa Street, 31st Floor
Telephone: (610) 977-2412                                Los Angeles, California 90017-5524
Facsimile: (610) 977-0043                                Telephone: (213) 629-9040
                                                         Facsimile: (213) 629-9022

                                                         Attorneys for RD LEGAL FUNDING, LLC;
                                                         RD LEGAL FINANCE, LLC; RD LEGAL
                                                         FUNDINGPARTNERS, LP; and RONI
                                                         DERSOVITZ