UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB)<br><br>MDL No. 2323 |
| **Second Amended Master Administrative Long-Form Complaint Against Riddell Defendants and (if applicable)**<br>**Kevin Bradley Burnett, II v. Riddell Defendants., No. 1:17-cv-24727-JLK** | SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**JURY TRIAL DEMANDED** |

## SHORT FORM COMPLAINT AGAINST RIDDELL DEFENDANTS

1. Plaintiff, Kevin Bradley Burnett, II ("**Plaintiff**"), by counsel, brings this action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGE PLAYERS' CONCUSSOIN INJURY LITIGATION, MDL No. 2323.

2. Plaintiff files this Short Form Complaint against Riddell Defendants as required by this Court's Case Management Order ECF No. 7709, filed May 18, 2017.

3. Plaintiff asserts claims against Riddell Defendants.

4. Plaintiff incorporates by reference the allegations (as designated below) of the Second Amended Master Administrative Long-Form Complaint Against Riddell Defendants, as are fully set forth at length in this Short Form Complaint.

5. Plaintiff, Kevin Burnett, is a resident and citizen of Florida, and claims damages as set forth below.

6. Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. Plaintiff suffers from symptoms of brain injury

caused by repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

7. Plaintiff filed his original complaint in this matter in the United States District Court for the Southern District of Florida on December 29, 2017. If the case is transferred, it should be transferred to the United States District Court for the Southern District of Florida.

8. Plaintiff claims damages as a result of [check all that apply]:

    X    Injury to Herself/Himself

    _    Injury to the Person Represented

    _    Wrongful Death

    _    Survivorship Action

    X    Economic Loss

9. Plaintiff brings this case against the following Defendants in this action [check all that apply]:

    X    Riddell, Inc., d/b/a Riddell Sports Company

    X    Riddell Sports Group, Inc.

    X    All American Sports Corp. d/b/a Riddell/All American

    X    BRG Sports, Inc., f/k/a Easton-Bell Sports, Inc.

    X    BRG Sports, LLC, f/k/a Easton Bell Sports, LLC

    X    EB Sports Corp.

    X    BRG Sports Holding Corp., f/k/a RBG Holdings Corp.

10. Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL.

11. Plaintiff played in the NFL from 2005 until December of 2013. Plaintiff played for the Dallas Cowboys, San Diego Chargers, Miami Dolphins, and Oakland Raiders.

12. Plaintiff retired from playing professional football after the 2013 season.

## CAUSES OF ACTION

13. Plaintiff herein adopts by reference the following Counts of the Second Amended Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

- [X] Count I (Negligence)
- [X] Count II (Negligent Marketing)
- [X] Count III (Negligent Misrepresentation)
- [X] Count IV (Fraud)
- [X] Count V (Strict Liability/Design Defect)
- [X] Count VI (Failure to Warn)
- [X] Count VII (Breach of Implied Warranty)
- [X] Count VIII (Civil Conspiracy)
- [X] Count IX (Fraudulent Concealment)
- [ ] Count X (Wrongful Death)
- [ ] Count XI (Survival Action)
- [ ] Count XII (Loss of Consortium)
- [X] Count XIII (Punitive Damages under All Claims)
- [X] Count XIV (Declaratory Relief: Punitive Damages)

To the extent necessary, Plaintiff requests the right to amend his Complaint to include all of the above-referenced claims.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. An award of economic damages in the form of medical expenses, out of pocket expenses, lost earnings, and other economic damages in an amount to be determined at trial;

C. For punitive damages and exemplary damages as applicable;

D. For all applicable statutory damages of the state whose laws will govern this action;

E. For declaratory relief as applicable;

F. For an award of attorneys' fees and costs;

G. An award of prejudgment interest and costs of suit; and

H. An award of such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: March 5, 2018

Respectfully submitted,

_____
Adam B. Kenner
KENNER + IMPARATO PLLC
175 SW 7th Street PH 2410
Miami, Florida 33130
Telephone: 305.387.7370
Facsimile: 305.387.7371
E-Mail: adam@ki-law.com

*Attorneys for Plaintiff, Kevin Bradley Burnett, II*

Vernon E. Inge, Jr.
Patrick D. Houston
LECLAIRRYAN
919 East Main Street, 24th Floor
Richmond, Virginia 23219
Telephone:   804.783.2003
Facsimile:    804.783.2294
E-Mail:       vernon.inge@leclairryan.com
              patrick.houston@leclairryan.com

Brandon R. Sher
LECLAIRRYAN
1818 Market Street, 26th Floor
Philadelphia, Pennsylvania 19103
Telephone:   215.383.0913
Facsimile:    215.383.0915
E-Mail:       brandon.sher@leclairryan.com

*Attorneys for Plaintiff, Kevin Bradley Burnett, II*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, Plaintiff's Short Form Complaint was filed electronically and is available for downloading and viewing from the Court's electronic filing system. Notice of this filing will be sent to all registered counsel and parties of record by operation of the Court's electronic filing system.

Dated: March 5, 2018          */s/ Brandon R. Sher*
                              Brandon R. Sher