IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br><br>Adrian L. Robinson, Sr. and Terri J. Robinson as Personal Representatives and Co-Administrators of the Estate of Adrian Lynn Robinson, Jr., DECEASED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.<br><br>Defendants. | No. 2:17-cv-2736-AB |
| A.H. by her guardian, SHAYANNA JENKINS HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.<br><br>Defendants. | No. 2:18-cv-00464-AB |

**NOTICE**

In their Reply Briefs in the Opt Out Litigation,[1] the NFL Parties raise arguments seeking to dismiss claims made by Plaintiffs in *Robinson v. National Football League*, No 17-2736 and *Hernandez v. National Football League*, No. 18-464. *See, e.g.*, ECF No. 9665 at 32 n.19; ECF No. 9664 at 35-37. The arguments made by the NFL Parties raise issues unique to these Plaintiffs and not shared by the Opt Out Plaintiffs. By improperly arguing for dismissal based on those unique issues in their Reply Briefs, the NFL Parties have eliminated the *Robinson* and *Hernandez* Plaintiffs' ability to respond, and thus, the Court will not consider their arguments at this time.

3/6/2018
DATE

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to:

---

[1] The Opt Out Litigation involves claimants that opted out of the NFL Concussion Settlement Agreement. Briefing for this litigation has completed according to the structure laid out in an order issued on July 18, 2017 (*see* ECF No. 8030). Oral argument is scheduled for April 16, 2018 (*see* ECF No. 9752).