# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>The Honorable Anita B. Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | **RD LEGAL FUNDING, LLC, RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP, AND RONI DERSOVITZ'S MOTION FOR STAY PENDING APPEAL** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

BROTMAN LAW
ELLEN C. BROTMAN, ESQ.
150 North Radnor Chester Road
 Suite F200
Radnor, Pennsylvania 19087
Telephone:  (610) 977-2412
Facsimile:  (610) 977-0043

BOIES SCHILLER FLEXNER LLP
DAVID K. WILLINGHAM (*pro hac vice*)
 dwillingham@bsfllp.com
MICHAEL D. ROTH (*pro hac vice*)
 mroth@bsfllp.com
JEFFREY M. HAMMER (*pro hac vice*)
 jhammer@bsfllp.com
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for RD LEGAL FUNDING, LLC;
RD LEGAL FINANCE, LLC; RD LEGAL
FUNDING PARTNERS, LP; and RONI
DERSOVITZ

RD Legal Funding Partners, LP, RD Legal Finance, LLC ("FINCO"), RD Legal Funding, LLC, and Roni Dersovitz (collectively, "RD Legal") respectfully move the Court to enter an Order:  (1) staying this Court's orders issued on December 8, 2017 (ECF No. 9517) and February 20, 2018 (ECF No. 9749) (collectively, the "Orders") pending their appeals of those Orders (ECF Nos. 9559, 9755); or, alternatively, should the request for a stay be denied, (2) temporarily staying the Orders pending RD Legal's application for a stay to the Third Circuit.

RD Legal also requests that the stay be issued without the posting of a bond, as there is no risk here that funds will be unavailable to pay the NFL Players who contracted with FINCO should the Orders be affirmed by the Third Circuit.  *See, e.g.*, *Munoz v. City of Philadelphia*, 537 F. Supp. 2d 749, 752 (E.D. Pa. 2008) (staying judgment without the filing of a supersedeas bond because "there is no basis to think that prompt payment will not take place should the judgment be sustained on appeal"); *Fed. Prescription Serv., Inc. v. Am. Pharm. Ass'n*, 636 F.2d 755, 760 (D.C. Cir. 1980) (explaining district court's discretion to forego bond requirement, where the bond will not serve to further its purpose "to secure the appellee from loss" during the pendency of the appeal).

This Motion is based on Federal Rule of Civil Procedure 62(d) and *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982), the authorities and reasons set forth in the accompanying memorandum of law, and such other further evidence and arguments as may hereafter be adduced.

1

To prevent the distribution of a limited amount of the settlement proceeds due to the NFL

Players who contracted with FINCO—and thus the dissipation of funds that are subject to the

agreements at issue on appeal—RD Legal also asks that the Court issue a ruling on an expedited

basis.

Dated this 7th day of March, 2018.        Respectfully submitted,

                                          /s/ Michael D. Roth
                                          BOIES SCHILLER FLEXNER LLP
                                          MICHAEL D. ROTH

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Motion for Stay

Pending Appeal was served electronically via the Court's electronic filing system on the date

below upon all counsel of record in this matter.

Dated:  March 7, 2018

BROTMAN LAW
ELLEN C. BROTMAN, ESQ.
150 North Radnor Chester Road
  Suite F200
Radnor, Pennsylvania 19087
Telephone: (610) 977-2412
Facsimile: (610) 977-0043

Respectfully submitted,

s/Michael D. Roth
BOIES SCHILLER FLEXNER LLP
DAVID K. WILLINGHAM
MICHAEL D. ROTH
JEFFREY M. HAMMER
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for RD LEGAL FUNDING, LLC;
RD LEGAL FINANCE, LLC; RD LEGAL
FUNDINGPARTNERS, LP; and RONI
DERSOVITZ