# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-<br><br>AB  MDL No. 2323<br><br>Hon. Anita B. Brody |

Kevin Turner and Shawn Wooden,
*on behalf of themselves and others similarly situated*,

      Plaintiffs,

 v.

National Football League and
NFL Properties LLC,
successor-in-interest to
NFL Properties, Inc.,

      Defendants.

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the following change of address and contact information

for attorney Christopher A. Seeger:

Seeger Weiss LLP

55 Challenger Road, 6th Floor

Ridgefield Park, NJ 07660

Telephone (212) 584-0700

Facsimile (212) 584-0799

All notices, filings and written communication regarding this action should be sent to the above noted address.

Dated: March 12, 2018                                  Respectfully submitted,

                                                       /s/ Christopher A. Seeger
                                                       Christopher A. Seeger
                                                       SEEGER WEISS LLP
                                                       55 Challenger Road, 6th Floor
                                                       Ridgefield Park, NJ 07660
                                                       Phone: (212) 584-0700
                                                       Fax: (212) 584-0799
                                                       cseeger@seegerweiss.com

                                                       *Co-Lead Class Counsel*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a true and correct copy of the foregoing Notice of Change of Address was served electronically via the Court's electronic filing system upon all counsel of record in this matter on March 12, 2018.

<u>/s/ Christopher A. Seeger</u>
Christopher A. Seeger
