

**VIA ECF**

MICHAEL D. ROTH
mroth@bsfllp.com

March 12, 2018

Hon. Anita B. Brody
Senior United States District Judge
James A. Byrne United States Courthouse
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Re:   *In Re: National Football League Players' Concussion Injury Litigation*
      No. 2:12-md-023230-AB

Dear Judge Brody:

We represent RD Legal Funding Partners, LP, RD Legal Finance LLC, RD Legal Funding, LLC, and Roni Dersovitz (collectively, "RD Legal") and write in response to the March 9, 2018 letter (ECF No. 9764) submitted by counsel for non-party Thrivest Specialty Funding, LLC ("Thrivest"). RD Legal shares the concerns raised by Thrivest in its March 9 letter and joins in Thrivest's request that the Court schedule a conference. In the event the Court schedules a conference, RD Legal further requests to be included, both to discuss the issues raised in Thrivest's March 9 letter and the related issues raised in RD Legal's Motion for Stay Pending Appeal (ECF No. 9761).

Respectfully submitted,

/s/ Michael D. Roth

MICHAEL D. ROTH