# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS INVOLVING ANY RIDDELL DEFENDANT | Hon. Anita B. Brody |

*ABB*

## [~~PROPOSED~~] ORDER TO EXTEND DEADLINES

WHEREAS, on October 24, 2017 this Court issued an order (ECF No. 8472) ("October order") setting forth the schedule and terms for motion practice with respect to the plaintiffs' second amended master administrative complaint against the Riddell defendants (SAMAC-Riddell);

WHEREAS, on January 10, 2018, this Court issued an order (ECF No. 9562) extending the deadlines established in the October order;

WHEREAS, the parties have agreed to an eight-day extension of the deadlines with respect to the briefing on the motions to dismiss the SAMAC-Riddell;

IT IS SO ORDERED that:

(i) The deadline for the plaintiffs' opposition briefs to the Riddell defendants' motions to dismiss the SAMAC-Riddell on preemption grounds and on grounds including but not limited to Rules 8, 9, and 12 (referred to in paragraph 3(i) and (ii) of the October order) shall be extended to March 28, 2018.

i

(ii)   The deadline for the Riddell defendants' reply briefs in support of the Riddell defendants' motions to dismiss the SAMAC-Riddell on preemption grounds and on grounds including but not limited to Rules 8, 9, and 12 (referred to in paragraph 3(i) and (ii) of the October order) shall be extended to May 14, 2018.

_____
ANITA B. BRODY, J.

Copies via ECF on ___