# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Torrold Smart** | **NOTICE OF ATTORNEY'S LIEN** |

David Buckley, Attorney David Buckley, PLLC, The Mokaram Law Firm, Stern Law Group and Nasischa Biscette, attorneys for **Torrold Smart** in the above named and numbered cause of action, hereby notify this Court and all parties that David Buckley, Attorney David Buckley, PLLC, The Mokaram Law Firm, Stern Law Group and Nasischa Biscette, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Torrold Smart.

Dated: March 15, 2018.

                                                          Respectfully submitted,

                                                          ATTORNEY DAVID BUCKLEY, PLLC

          By: */s/ David Buckley*
               David Buckley
               State Bar No. 24078281
               FED ID No. 1465981
               1811 Bering Drive Ste. 300
               Houston, TX 77057
               Tel. (713)719-9312
               Fax. (713)719-9307

david@thebuckleylawgroup.com
**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 15, 2018.

                                            */s/ David Buckley*
                                            David Buckley