UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Mark Clayton** | **NOTICE OF ATTORNEY'S LIEN** |

  David Buckley, Attorney David Buckley, PLLC, The Mokaram Law Firm and Stern Law Group, attorneys for **Mark Clayton** in the above named and numbered cause of action, hereby notify this Court and all parties that David Buckley, Attorney David Buckley, PLLC, The Mokaram Law Firm and Stern Law Group, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Mark Clayton.

Dated: March 15, 2018.

            Respectfully submitted,

            ATTORNEY DAVID BUCKLEY, PLLC

      By: */s/ David Buckley*
         David Buckley
         State Bar No. 24078281
         FED ID No. 1465981
         1811 Bering Drive Ste. 300
         Houston, TX 77057
         Tel. (713)719-9312
         Fax. (713)719-9307
         david@thebuckleylawgroup.com
         **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 15, 2018.

                                    */s/ David Buckley*
                                    David Buckley