# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Terrance Shaw** | **NOTICE OF ATTORNEY'S LIEN** |

    David Buckley, Attorney David Buckley, PLLC, The Mokaram Law Firm and Stern Law Group, attorneys for **Terrance Shaw** in the above named and numbered cause of action, hereby notify this Court and all parties that David Buckley, Attorney David Buckley, PLLC, The Mokaram Law Firm and Stern Law Group, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Terrance Shaw.

Dated: March 15, 2018.

                                           Respectfully submitted,

                                           ATTORNEY DAVID BUCKLEY, PLLC

                              By: */s/ David Buckley*
                                   David Buckley
                                   State Bar No. 24078281
                                   FED ID No. 1465981
                                   1811 Bering Drive Ste. 300
                                   Houston, TX 77057
                                   Tel. (713)719-9312
                                   Fax. (713)719-9307
                                   david@thebuckleylawgroup.com
                                   **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 15, 2018.

                                       */s/ David Buckley*
                                       David Buckley