# Exhibit B



March 1, 2018


Christopher A Seeger
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA  19102

Re: Response to Case 2:12-md-02323-AB

Enclosed are the following:

1. Documents related to retirement monies Cambridge Entities received from Class Members
2. Un Audited accounting documents of all funds (not just retirement funds) provided to Cambridge Entities by each Class Member


Gail Milon

*Gail Milon*

Managing Vice President
Cambridge Capital Group

CAMB-2_000001