# Exhibit D

**From:** Cambridge Capital [mailto:info@cambridgecapitalgroup.holdings]
**Sent:** Tuesday, March 13, 2018 5:02 PM
**To:** Chris Seeger <CSeeger@seegerweiss.com>
**Cc:** TerriAnne Benedetto <TBenedetto@seegerweiss.com>; mbmblack8@gmail.com
**Subject:** In re NFL Players' Concussion Injury Litigation, No. 12-md-2323-AB

Good Afternoon Mr. Seeger,

This e-mail is in response to the e-mail and the Federal Express envelope I received from you on Wednesday, March 7, 2018 and Monday, March 12, 2018 respectively.

Unfortunately, I am unable to respond to your request within the time allotted due to the volume of information you are requesting and the availability of those assisting in providing the information. I am requesting to have this information to you by March 26, 2018.

In addition, I have not been able to retain legal counsel and I'm requesting a postponement of the April 2, 2018 hearing until I am able to obtain legal counsel to address the matters that are to be discussed at the hearing.

Your cooperation in honoring my request will be greatly appreciated.

Best Regards,
*Gail Milon, CASL, CLTC*                                                                Managing Vice President

**Cambridge Capital Group**

Email: info@cambridgecapitalgroup.holdings

Tallahassee Office:

2120 Killarney Way, Ste. 125

Tallahassee, Florida 32309

Main Office: (850) 298-4455 Ext. 109

Fax: (850) 765-8121