# Exhibit G

**From:** Chris Seeger
**Sent:** Monday, February 12, 2018 5:17 PM
**To:** Martin L Black <mbmblack8@gmail.com>
**Cc:** Dion Kekatos <DKekatos@seegerweiss.com>; TerriAnne Benedetto <TBenedetto@seegerweiss.com>
**Subject:** Re: notice of withdrawal on Cambridge

Mr. Black, we're going to object to your withdrawal unless you're substituting another firm in for you.   If so, whom?

Sent from my iPhone

On Feb 12, 2018, at 4:59 PM, Martin L Black <mbmblack8@gmail.com> wrote:

> <notice of withdrawal on Cambridge.pdf>

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-<br><br>AB MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**TO THE COURT, THE HONORABLE ANITA BRODY, AND CO-LEAD COUNSEL CHRISTOPHER SEEGER**

**PLEASE TAKE NOTICE, that the undersigned attorney, Martin L. Black, Attorney at Law LLC, appearance before this Court on behalf and as Counsel for Cambridge Entities, (a non-party), is hereby WITHDRAWN.**

*Martin L. Black*
Martin L. Black, Attorney
Florida Bar #: 0178990
4909 N. Monroe Street,1
Tallahassee, Florida
(850) 354-8008- Telephone
(850) 562-0916 Facsimile
mbmblack8@gmail.com

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Withdrawal has been sent to Judge Anita Brody by facsimile at (215) 580-2356 and by electronic mail (email) to Attorney Christopher Seeger at cseeger@seegerweiss.com on this 12th day of February, 2018.

*Martin L. Black*

Martin L. Black, Attorney