# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Mark Clayton** | **NOTICE OF ATTORNEY'S LIEN** |

    David Buckley, Attorney David Buckley, PLLC, The Mokaram Law Firm and Stern Law Group, attorneys for **Mark Clayton** in the above named and numbered cause of action, hereby notify this Court and all parties that David Buckley, Attorney David Buckley, PLLC, The Mokaram Law Firm and Stern Law Group, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Mark Clayton.

Dated: March 16, 2018.

                                          Respectfully submitted,

                                          ATTORNEY DAVID BUCKLEY, PLLC

                          By:  */s/ David Buckley*
                                  David Buckley
                                  State Bar No. 24078281
                                  FED ID No. 1465981
                                  1811 Bering Drive Ste. 300
                                  Houston, TX 77057
                                  Tel. (713)719-9312
                                  Fax. (713)719-9307
                                  david@thebuckleylawgroup.com
                                  **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 16, 2018.

                                                 */s/ David Buckley*
                                                 David Buckley