UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

                                                  :

IN RE: NATIONAL FOOTBALL     :     No. 2:12-md-02323-AB

LEAGUE PLAYERS' CONCUSSION   :

INJURY LITIGATION                 :     MDL No. 2323

_____

                                                  :     Hon. Anita B. Brody

THIS DOCUMENT RELATES ONLY TO:

**CHARLIE WILLIAMS**                              **Notice of Attorney's Lien**

**Settlement Program ID 100016580**

_____

      Attorney Jeffrey M. Kuntz with WAGSTAFF & CARTMELL, LLP, DUMAS LAW FIRM, LLC, and ROSS & KEI.LEY, PLLC, attorneys for Charlie Williams in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney Jeffrey M. Kuntz with WAGSTAFF & CARTMELL, LLP, DUMAS LAW FIRM, LLC, and ROSS & KELLEY, PLLC and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses relating to Mr. Charlie Williams, in the amount of $382,890.92.

                                                      Respectfully submitted,

                            By:     /s/ Jeffrey M. Kuntz_____
                                      Jeffrey M. Kuntz        MO #52371
                                      Wagstaff & Cartmell LLP
                                      4740 Grand Avenue, Suite 300
                                      Kansas City, MO 64112
                                      (816) 701-1100
                                      jkuntz@wcllp.com
                                      ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 16, 2018        By:    /s/ Jeffrey M. Kuntz
                                                Jeffrey M. Kuntz       MO #52371
                                                Wagstaff & Cartmell LLP
                                                4740 Grand Avenue, Suite 300
                                                Kansas City, MO 64112
                                                (816) 701-1100
                                                jkuntz@wcllp.com

                                                ATTORNEYS FOR PLAINTIFF