UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 <br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ORDER**

**AND NOW**, on this _____ day of _____, 2018, having considered Plaintiff's Motion of Co-Lead Counsel Anapol Weiss for a Hearing to Seek Court Intervention on the Processing of Certain Claims, the Memorandum of Law in support thereof, and all Responses and Replies, IT IS HEREBY ORDERED and DECREED that Plaintiff's Motion for a Hearing to Seek Court Intervention on the Processing of Certain Claims is **GRANTED**.

IT IS SO ORDERED.

BY THE COURT:

_____
The Honorable Anita B. Brody
United States District Judge