# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>   Plaintiffs,<br><br>   v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>   Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## DECLARATION OF WAYNE RADLOFF

1. I am over the age of 21 years old and reside in Hilton Head, South Carolina.

2. I am a retired National Football League player.

3. I am a named party in the Easterling, et al. v. National Football League Complaint, 2:11-cv-05209-AB.

4. I am a Class Member of the NFL Concussion Settlement. My Settlement Program ID is 100012465.

5. I have been asked by my attorneys to permit them to make use of some of my medical records to provide the Court with background information needed to advise the Court that

our NFL Concussion Settlement claim has been delayed and we are very frustrated and Court intervention to obtain compensation.

6. I hereby give my permission to use some of the information in my medical records to advise the Court of our circumstances related to receiving fair compensation.

DATED: March 14, 2018

*Wayne Radloff*
Wayne Radloff

STATE OF SOUTH CAROLINA §
§
COUNTY OF Beaufort §

Before me, the undersigned notary public in and for said state, on this day personally appeared Wayne Radloff, known to me to be the persons whose names are subscribed to the foregoing instrument, who acknowledged to me that each executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this the 14 day of March, 2018.

NOTARY PUBLIC
IN AND FOR THE STATE OF SOUTH CAROLINA

My Commission Expires: My Commission Expires July 21, 2020

2