# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF TED PEPIN

1. I am over the age of 21 years old, reside in Phoenix, Arizona and I'm employed by the law firm of Anapol Weiss.

2. I have been one of the coordinators of the claims process for this firm in its representation of the Radloffs.

3. The dates and substance of the communications and lack of communications set forth in the motion are true and correct.

DATED:     March 12, 2018

_____
Ted Pepin

STATE OF ARIZONA §
§
COUNTY OF Maricopa §

    Before me, the undersigned notary public in and for said state, on this day personally appeared Ted Pepin, known to me to be the persons whose names are subscribed to the foregoing instrument, who acknowledged to me that each executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this the 12th day of March, 2018.

_____
Rose A. Riley

**ROSE A. RILEY**
Notary Public - Arizona
Maricopa County
Expires 07/15/2021

NOTARY PUBLIC
IN AND FOR THE STATE OF ARIZONA

My Commission Expires: 7/15/2021

2