# Exhibit C

# Ted Pepin

| | |
|---|---|
| **From:** | Roma Petkauskas <rpetkauskas@browngreer.com> |
| **Sent:** | Monday, March 12, 2018 8:51 AM |
| **To:** | Ted Pepin |
| **Subject:** | FW: To:Orran Brown |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Ted: we received this email regarding Player Radloff's claim. The claim is still with the AAP member for review, but we expect to have result very soon.

Thank you.
Roma

-----Original Message-----
From: Garland Radloff [mailto:garland@wayneradloff.com]
Sent: Friday, March 09, 2018 3:13 PM
To: NFL Claims Administrator <claimsadministrator@nflconcussionsettlement.com>
Cc: Garland Radloff <garland@wayneradloff.com>
Subject: To:Orran Brown

Hi Orran,I hope you are well.Would you PLEASE take a quick look at the status of my very sick husband(Wayne Radloff,I.D.#100012465).Even our attorney Larry Coben isn't able to get status updates..
Yesterday I received a phone call from Coach Dan Reeves as he is one of the founders with Coach Mike Ditka of "After the Impact"organization.He wanted to know all about Waynes Alzheimer's Disease And Also about our present situation in this settlement.I told him how saddened I am that we can't get any answers Orran and Wayne (&I)are suffering!!Orran,Will you please look at our case today and let me know what the problem is,PLEASE?  Thank you so much,Garland Radloff
Garland S. Radloff
843-384-9860
garland@wayneradloff.com

Sent from my iPad

1