UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>   Plaintiffs,<br><br>   v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>   Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## [PROPOSED] ORDER

AND NOW, this __ day of _____ 2018, upon consideration of The Motion of Class Counsel The Locks Law Firm for Appointment of Administrative Class Counsel, and all responses thereto, it is hereby ORDERED that the Motion is GRANTED in the following respects:

1. The Locks Law Firm is appointed Administrative Class Counsel for the purpose of implementing the Settlement Agreement consistent with their duties under Settlement

-1-

-2-

Agreement section 28.1 and in the interests of the Class. Administrative Class Counsel shall have all the rights and duties of co-lead counsel for the plaintiffs.

2. A hearing on all issues raised by the Motion is scheduled for _____, 2018 so that the moving parties may present specific evidence raised by the Motion.

IT IS SO ORDERED.

                                                By the Court:

                                                _____

                                                Hon. Anita B. Brody
                                                United States District Judge