

Weisbrod Matteis & Copley PLLC
Two Logan Square, Suite 1925
100 N. 18th Street
Philadelphia, PA 19103
www.wmclaw.com

Lee M. Epstein
Direct Dial: 215-883-7422
Fax:  855-285-5078
lepstein@wmclaw.com

March 20, 2018

<u>**VIA ECF**</u>
Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 7613
Philadelphia, PA 19106

      Re:    *In re National Football League Players' Concussion Injury Litigation*, <u>No. 12-md-2323-AB</u>

Dear Judge Brody:

      My firm represents Walker Preston Capital Holdings, LLC ("Walker Preston"). Walker Preston has moved to intervene (ECF No. 8932) in the above-referenced action for the limited purpose of opposing on jurisdictional grounds Co-Lead Class Counsel's motion seeking, in part, to withhold funds from certain non-party lenders. (ECF No. 8470). Both Walker Preston's motion to intervene and Co-Lead Class Counsel's motion to withhold funds remain pending before the Court.

      In response to this Court's Order dated December 8, 2017 (ECF No. 9517), various requests for a conference with the Court have been submitted. (*See* ECF Nos. 9764, 9766, 9783). Co-Lead Class Counsel does not oppose the request for a conference and suggests that such a conference be held on April 2, 2018 in conjunction with a previously scheduled hearing. (*See* ECF No. 9780).

      In the event the Court convenes a conference, Walker Preston respectfully requests to be included for the purpose of discussing its pending motion to intervene.

      Respectfully submitted,

      */s/ Lee M. Epstein*

      Lee M. Epstein

cc:    All Counsel of Record (via ECF)

Honorable Anita B. Brody
March 20, 2018
Page 2

    Peter C. Buckley, Esquire (via email)
    Raul J. Sloezen, Esquire (via email)
    Bridget Giroud, Esquire (via email)
    Martin L. Black, Esquire (via email)
    Michael D. Roth, Esquire (via email)
    David K. Willingham, Esquire (via email)
    Jeffrey M. Hammer, Esquire (via email)
    Ellen C. Brotman, Esquire (via email)
    Lowell W. Finson, Esquire (via email)
    William P. Bray, Esquire (via email)
    Kenneth T. Stout, Esquire (via email)
    John M. Robb III, Esquire (via email)
    James Kim, Esquire (via email)
    Mark S. Melodia, Esquire (via email)
    Nipun J. Patel, Esquire (via email)
    Richard Scheff, Esquire (via email)