UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>          Plaintiffs,<br><br>          v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>          Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**NOTICE OF WITHDRAWAL OF MOTION**
**TO SEEK COURT INTERVENTION (ECF. No. 9784)**

Plaintiff(s) respectfully withdraws, without prejudice, his Motion to Seek Court Intervention (ECF No. 9784). On March 20, 2018, Plaintiffs' counsel received Notice by the Claims Administrator that a Monetary Award Determination was issued, thereby rendering the aforesaid Motion moot.

DATED:      March 20, 2018

Respectfully submitted,

/s/ Larry E. Coben
**ANAPOL WEISS**
Larry Coben
Sol Weiss.
*Attorneys for Plaintiffs' Radloff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing motion was served via the Electronic Filing System to all counsel of record, Case no. 2:12-md-02323-AB, MDL No. 2323.

DATE:      March 20, 2018

                                                         **/s/ Larry E. Coben**
                                                         Larry Coben
                                                         Counsel for Radloffs