# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## PREACIPE TO FILE CORRECTED EXHIBITS
## IN SUPPORT OF MOTION OF CLASS COUNSEL THE LOCKS LAW FIRM
## FOR APPOINTMENT OF ADMINISTRATIVE CLASS COUNSEL

TO THE CLERK OF THE COURT:

Undersigned Class Counsel The Locks Law Firm respectfully requests that the Clerk and the Court substitute the attached Corrected Exhibits for the original (and incorrect) Exhibits (document no. 9786-2) filed in support of its recently filed Motion (document no. 9786). The original Exhibits A through I (document no. 9876-2) are incorrect. The attached Exhibits have been corrected. Please remove document no. 9876-2 permanently from the docket and replace them with the attached.

-1-

By this Preacipe, the undersigned respectfully requests that the Court authorize the Clerk to remove from the docket permanently document no. 9876-2 (the incorrect Exhibits) and replace them with the attached corrected Exhibits.

Respectfully submitted,

/s/ Gene Locks
Gene Locks
David D. Langfitt
LOCKS LAW FIRM
The Curtis Center
Suite 720 East
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 893-3423
Fax: (215) 893-3444
Email: glocks@lockslaw.com
dlangfitt@lockslaw.com

CLASS COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Preacipe to Attach Corrected Exhibits to Motion (document no. 9876) was served on this date via the Electronic Filing System on all counsel of record in Case No. 2:12-md-02323-AB, MDL No. 2323.

DATE: March 20, 2018

/s/ Gene Locks
Gene Locks, Class Counsel