UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| KEVIN BRADLEY BURNETT, II,<br><br>*Plaintiff*,<br><br>v.<br><br>RIDDELL, INC., d/b/a RIDDELL SPORTS, COMPANY, *et al.*<br><br>*Defendants*. | Civil Action No. 1:17-cv-24727-JLK |

**ENTRY OF APPEARANCE OF VERNON E. INGE, JR.**

Please enter my appearance as counsel for Plaintiff, Kevin Bradley Burnett, II, in the above-captioned matter.

Respectfully submitted,

Dated: March 21, 2018

KEVIN BRADLEY BURNETT, II

*/s/ Vernon E. Inge, Jr.*

Vernon E. Inge, Jr. (Va. Bar No. 32699)
LeClairRyan PLLC
919 East Main Street, 24th Floor
Richmond, Virginia 23219
Telephone: 804.343.4095
Facsimile: 804.783.7632
E-Mail: vernon.inge@leclairryan.com

*Counsel for Plaintiff, Kevin Bradley Burnett, II*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of March, 2018, I caused a true and correct copy of this ***Entry of Appearance of Vernon E. Inge, Jr.*** to be served on this date upon all counsel of record *via* the Court's Electronic Case Filing system.

                                     */s/ Vernon E. Inge, Jr.*
                                     Counsel