# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : No. 2:12-md-2323-AB : : MDL No. 2323 : : Hon. Anita B. Brody : : : : : |
| THIS DOCUMENTS RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEAL

Non-parties Cash4Cases, Inc., Atlas Legal Funding, LLC, Atlas Legal Funding I, LP, Atlas Legal Funding II, LP and Atlas Legal Funding III, LP, by undersigned counsel, hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's Order (DKT # 9749) entered on February 20, 2018, which was entered in furtherance of the EXPLANATION AND ORDER (DKT. #9517) entered on December 8, 2017.

*/s/ Bridget C. Giroud*
Marissa Parker, Esquire
Bridget C. Giroud, Esquire
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
T: 215.564.8000
F: 215.584.8120
MParker@stradley.com; BGiroud@Stradley.com

Raul J. Sloezen, Esquire (*pro hac vice*)
Law Offices of Raul J. Sloezen, Esq.
18 Hasbrouck Ave.
Emerson, New Jersey 07630
T: (973) 928-6821
F: (201) 606-8203
rjsloezen@gmail.com

*Attorneys for Cash4Cases, Inc., Atlas Legal Funding, LLC,*
*Atlas Legal Funding I, LP,*
*Atlas Legal Funding II, LP and Atlas Legal Funding III, LP*