## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Notice of Appeal was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.


_/s/ Bridget C. Giroud_

Dated: March 22, 2018                          Bridget C. Giroud