# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Earnest Greene** | **NOTICE OF ATTORNEY'S LIEN** |

Comes now Petitioners, Attorney David Buckley, PLLC, Stern Law Group, Mokaram & Associates, PC and Buche & Associates, PC, attorneys for **Earnest Greene** in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, Stern Law Group, Mokaram & Associates, PC and Buche & Associates, PC, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Earnest Greene.

Dated: March 22, 2018.

                                                                  Respectfully submitted,

                                                                  ATTORNEY DAVID BUCKLEY, PLLC

                    By: */s/ David Buckley*
                          David Buckley
                          State Bar No. 24078281
                          FED ID No. 1465981
                          1811 Bering Drive Ste. 300
                          Houston, TX 77057
                          Tel. (713) 719-9312
                          Fax. (713) 719-9307

david@thebuckleylawgroup.com
**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 22, 2018.

                                        */s/ David Buckley*
                                        David Buckley