# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Joffrey Reynolds** | **NOTICE OF ATTORNEY'S LIEN** |

Comes now Petitioners, Fears Nachawati Law Firm, PLLC and Attorney David Buckley, PLLC, attorneys for **Joffrey Reynolds** in the above named and numbered cause of action, hereby notify this Court and all parties that Fears Nachawati Law Firm, PLLC and Attorney David Buckley, PLLC, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Joffrey Reynolds.

Dated: March 22, 2018.

                                          Respectfully submitted,

                                          ATTORNEY DAVID BUCKLEY, PLLC

                      By:  */s/ David Buckley*
                              David Buckley
                              State Bar No. 24078281
                              FED ID No. 1465981
                              1811 Bering Drive Ste. 300
                              Houston, TX 77057
                              Tel. (713) 719-9312
                              Fax. (713) 719-9307
                              david@thebuckleylawgroup.com
                              **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 22, 2018.

                                  */s/ David Buckley*
                                  David Buckley