# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Lee Wiggins** | **NOTICE OF ATTORNEY'S LIEN** |

      Comes now Petitioners, Fears Nachawati Law Firm, PLLC and Attorney David Buckley, PLLC, attorneys for **Lee Wiggins** in the above named and numbered cause of action, hereby notify this Court and all parties that Fears Nachawati Law Firm, PLLC and Attorney David Buckley, PLLC, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Lee Wiggins.

Dated: March 22, 2018.

                                          Respectfully submitted,

                                          ATTORNEY DAVID BUCKLEY, PLLC

                     By:  */s/ David Buckley*
                                David Buckley
                                State Bar No. 24078281
                                FED ID No. 1465981
                                1811 Bering Drive Ste. 300
                                Houston, TX 77057
                                Tel. (713) 719-9312
                                Fax. (713) 719-9307
                                david@thebuckleylawgroup.com
                                **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 22, 2018.

                                          */s/ David Buckley*
                                          David Buckley