# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>      v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW**, on this _____ day of _____, 2018, having considered Plaintiff's Motion to Compel Payment of the Common Benefit Costs Incurred by Class Counsel and the Establishment of the Education Fund, the Memorandum of Law in support thereof, and all Responses and Replies, IT IS HEREBY ORDERED and DECREED that Plaintiff's Motion is **GRANTED** as stated:

1. That the Settlement Administrator shall within 10 days of the date of this Order, provide notice to all Class Counsel who have incurred common benefit expenses that any supplementation of those expenses, previously documented to the Court, shall

have 10 business days to submit an amended cost statement.  Thereafter, within 10 days, those amended cost statements will be reviewed by co-lead Class Counsels and a determination of those expense will be made.  All approved common benefit expenses will be paid by the Settlement Administrator within 10 days of co-lead Counsels' determination.

2. Within thirty days (30) of the date of this Order, the parties will propose to the Court a list of names of persons who will be assigned the task of implementing the Education Fund per the Settlement Agreement.  Those persons will be responsible to develop programs and allocate funds to effectuate those programs.  These persons will be obliged to provide an annual accounting to the Settlement Administrator which is reviewable by the Court.

IT IS SO ORDERED.

                                         BY THE COURT:

                                         _____

                                         The Honorable Anita B. Brody
                                         United States District Judge