UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| KEVIN BRADLEY BURNETT, II,<br><br>*Plaintiff*,<br><br>v.<br><br>RIDDELL, INC., d/b/a RIDDELL SPORTS, COMPANY, *et al.*<br><br>*Defendants*. | Civil A. No. 1:17-cv-24727-JLK<br>S.D. Fla |

### **NOTICE OF WITHDRAWAL OF APPEARANCE OF BRANDON R. SHER**

Kindly withdraw my appearance on behalf of Plaintiff Kevin Bradley Burnett, II in the above-captioned matter.

Dated: March 22, 2018

*/s/ Brandon R. Sher*
Brandon R. Sher, Esq.
Attorney ID No. 314192
LeClairRyan, PLLC
1818 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 383-0913 – Direct
(215) 383-0915 - Fax
E-mail: Brandon.Sher@leclairryan.com

*Attorney for Plaintiff Kevin Bradley Burnett, II*

904148301-1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below I caused the foregoing Notice of Withdrawal of Appearance of Brandon R. Sher to be filed and served upon counsel of record through the Court's electronic filing system.

Dated: March 22, 2018　　　　　　　　　　　*/s/ Brandon R. Sher*
　　　　　　　　　　　　　　　　　　　　　Brandon R. Sher