# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323 –AB :<br>: MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** | :<br>: **NOTICE OF WITHDRAWAL OF**<br>: **LIEN** |
| **DEXTER MCCLEON, PLAINTIFF, SHORT FORM, DOC 431** | :<br>:<br>: |

    Pursuant to the filing of a Notice of Attorney's Lien, which were filed with the Court on May 17, 2017, this Notice of Withdrawal of Lein is submitted on behalf of the firm of Giddens Law Firm, John D. Giddens P.A., and Philip W. Thomas Law Firm, specifically including John D. Giddens, and Philip W. Thomas. The attached Notice of Lien (Ex. "A") was received in our office and we wish to fully withdraw any subrogation interest in Mr. McLeon's settlement.

  Dated: March 23, 2018

      Respectfully Submitted By:

                              s/John D. Giddens
                              John D. Giddens

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
(601) 714-5660

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 23rd day of March, 2017.

s/John D. Giddens
John D. Giddens
