# NFL CONCUSSION SETTLEMENT

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF LIEN
**DATE OF NOTICE:** March 12, 2018
**DEADLINE FOR SETTLEMENT CLASS MEMBER TO RESPOND:** April 2, 2018

### I. SETTLEMENT CLASS MEMBER INFORMATION

| Name | First: Dexter | M.I. | Last: Mccleon |
|---|---|---|---|

### II. LIEN INFORMATION

| Lien Type | Attorney Lien | |
|---|---|---|
| Lienholder | John D. Giddens, P.A. | |
| Address | Street: Post Office Box 22546 | |
| | City: Jackson | State: MS | Zip: 39225-2546 |
| Lien Amount | 40% of any Monetary Award | As of 3/12/18 |
| Date Received | 5/17/17 | |

### III. PURPOSE OF THIS NOTICE

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. This Notice confirms that we received your Lien for the amount stated in Section II against any Monetary Award or Derivative Claimant Award that may be received by the Settlement Class Member identified in Section I. We have notified the Settlement Class Member of your Lien and requested that he or she notify us whether he or she consents to or disputes this Lien by the deadline at the top of this Notice.

If the Lien Amount changes, it is your responsibility to notify us of the updated amount promptly and before we initiate the process to pay the Settlement Class Member any Monetary Award or Derivative Claimant Award.

### IV. PAYMENT OF LIEN

If and when the Settlement Class Member is entitled to a Monetary Award or Derivative Claimant Award, we will resolve the Lien as follows.

If the Settlement Class Member consents to the Lien, we will deduct the Lien Amount from any Monetary Award or Derivative Claimant Award otherwise due to the Settlement Class Member, to the extent there are sufficient funds available. We will resolve the Lien by paying you in accordance with your payment instructions, Sections 9.3(a) and 11.3(h) of the Settlement Agreement, and any applicable orders of the Court.



EXHIBIT A

If the Settlement Class Member disputes the Lien or fails to respond to this Notice by the deadline above, we will issue a Notice of Duty to Resolve Lien Dispute. We will withhold the Lien Amount from any Monetary Award or Derivative Claimant Award otherwise due to the Settlement Class Member, to the extent there are sufficient funds available, until the dispute is resolved.

<u>Attorney Liens</u>: If the Settlement Class Member disputes or fails to consent to an Attorney Lien, pursuant to the Court's 4/4/17 Order, we refer the dispute to the Magistrate Judge who will prepare a report and recommendation to the Court. We withhold an amount sufficient to satisfy the Lien, to the extent funds are available, until we receive either (1) notice of satisfaction and discharge of the Lien from you; (2) a written agreement signed by both you and the Settlement Class Member specifying the distribution of the withheld funds; or (3) a copy of a final decision from the Court determining the amount, if any, to be paid to you.

<u>Child Support Liens, Tax Liens, and Judgment Liens</u>: If the Settlement Class Member disputes or fails to consent to a Child Support Lien, Tax Lien, or Judgment Lien, we withhold an amount sufficient to satisfy the Lien, to the extent funds are available, until we receive either (1) notice of satisfaction and discharge of the Lien from you; (2) a written agreement signed both by you and the Settlement Class Member specifying the distribution of the withheld funds; or (3) a copy of a final decision from the applicable federal or state agency or court determining the amount, if any, to be paid to you.

### V. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

Contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.