UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, et.al,<br><br>Defendants.<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>Hon. Anita B. Brody |

### THE YERRID LAW FIRM AND NEUROCOGNITIVE FOOTBALL LAWYERS' NOTICE OF CORRECTION OF CERTIFICATE OF SERVICE

On Thursday March 22, 2018, The Yerrid Law Firm and Neurocognitive Football Lawyers served their Motion Requesting that the Special Master Review the Fraud Detection Procedures of the Claims Administrator to Set Aside Unreasonable Audit Notices, and to Direct the Claims Administrator to Provide Important Information to the Class Members. The Certificate of Service, however, indicates this Motion was filed with the District Court. That Certificate of Service was a Scrivener's error. The Motion was served on Special Masters Golkin, Verrier, Pritchett and Jennifer Goodwin at Brown Greer.

Respectfully submitted,

*/s/ Ralph L. Gonzalez*
C. STEVEN YERRID, ESQ.
RALPH L. GONZALEZ, ESQ.
HEATHER N. BARNES, ESQ.
THE YERRID LAW FIRM
101 E. Kennedy Boulevard, Suite 3910
Tampa, Florida 33602
(813) 222-8222 (telephone)

(813) 222-8224 (telefax)
hbarnes@yerridlaw.com
cjameson@yerridlaw.com
kodell@yerridlaw.com
Florida Bar No. 207594
Florida Bar No. 564140
Florida Bar No. 85522

JIM HOLLIDAY, ESQ.
HOLLIDAY KARATINOS LAW FIRM PLLC
18920 N. Dale Mabry Hwy. Suite 101
Lutz, Florida 33548
(813) 868-1887 (telephone)
(813) 909-8535 (telefax)
jamesholliday@helpinginjuredpeople.com
Florida Bar No. 45284

THOMAS PARNELL, ESQ.
GIBBS & PARNELL, P.A.
722 E. Fletcher Ave.
Tampa, Florida 33612
(813) 975-4444 (telephone)
(813) 975-4445 (telefax)
Florida Bar No. 441988

JEFFREY MURPHY, ESQ.
JEFFREY D. MURPHY, P.A.
511 W. Bay St., Suite 352
Tampa, Florida 33606
(813) 443-5553 (telephone)
(813) 436-5190 (telefax)
Florida Bar No. 860808

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2018, I caused this Notice of Correction to be filed with Perry Golkin, Esq., pgolkin@ppcenterprises.com, Jo-Ann M. Verrier, Esq., jverrier@law.upenn.edu, Wendell, Pritchett, Esq., Pritchett@law.upenn.edu, and Jennifer Goodwin, jgoodwin@browngreer.com .

/s/ *Ralph L. Gonzalez*
RALPH L. GONZALEZ
THE YERRID LAW FIRM

2