# EXHIBIT 1

| | |
|---|---|
| **From:** | TerriAnne Benedetto |
| **To:** | David Willingham; Michael Roth; Chris Seeger |
| **Cc:** | Jeffrey Hammer |
| **Subject:** | RE: RD Legal Motion to Stay |
| **Date:** | Wednesday, March 21, 2018 8:52:54 AM |

David – We cannot agree to the below.  We will be opposing the stay.  Thank you, Terri

**From:** David Willingham [mailto:DWillingham@BSFLLP.com]
**Sent:** Tuesday, March 20, 2018 8:15 PM
**To:** TerriAnne Benedetto <TBenedetto@seegerweiss.com>; Michael Roth <MRoth@BSFLLP.com>; Chris Seeger <CSeeger@seegerweiss.com>
**Cc:** Jeffrey Hammer <JHammer@BSFLLP.com>
**Subject:** RE: RD Legal Motion to Stay

TerriAnne –

Thank you for responding on behalf of Chris and we have considered the below proposal.  As you know, RD Legal never believed it should have been subject to the jurisdiction of the Court or the underlying NFL litigation.  RD Legal has three (of the seven contracts it funded) contracts at issue that have a variable payment to RD Legal.  Having been forced to deal with the litigation before Judge Brody, RD Legal cannot agree to limit its rights under the contract with Mr. Stewart or the other individuals pursuant to those contracts.  In order to limit the exposure of those people, RD Legal will agree to: (1) expedite the briefing schedule before the Third Circuit on appeal; (2) allow the Claims Administrator to retain the disputed amount (in other words, the disputed amount is the total amount assigned to RD legal as referenced in previous court filings) for any of the five Class Members with non-variable contracts who become eligible to receive a monetary award and are placed on the Claims Administrator Funding Request during the pendency of the appeal; and (3) allow the Claims Administrator to retain the disputed amount for any of the three Class Members with variable payments, which amounts to $665,234.45 for player 2, $510,000 for player 3, and $510,000 for player 4 should these individuals become eligible to receive a monetary award and are placed on the Claims Administrator Funding Request during the pendency of the appeal.

Please let us know as soon as possible if that is acceptable.

Best,
Dave

**David K. Willingham**
Partner

**BOIES SCHILLER FLEXNER LLP**

725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
(t)  (213) 995-5718
(f)  (213) 629-9022
dwillingham@bsfllp.com

www.bsfllp.com

The information contained in this electronic mail message is privileged and confidential and is intended for the personal use of the designated recipients only. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete all copies. Thank You.

---

**From:** TerriAnne Benedetto [mailto:TBenedetto@seegerweiss.com]
**Sent:** Tuesday, March 20, 2018 12:55 PM
**To:** Michael Roth; Chris Seeger
**Cc:** David Willingham; Jeffrey Hammer
**Subject:** RE: RD Legal Motion to Stay

I received Michael's "Out of Office" response yesterday. David or Jeffrey – Do you expect to be getting back to us today? Our response to your Motion to Stay is due tomorrow. We'd like to know if the below proposal is something your clients are considering. If it's not, we will move forward with filing the response sooner rather than later, in light of the impending snow storm. Thank you, Terri

---

**From:** TerriAnne Benedetto
**Sent:** Monday, March 19, 2018 3:27 PM
**To:** 'Michael Roth' <MRoth@BSFLLP.com>; Chris Seeger <CSeeger@seegerweiss.com>
**Cc:** David Willingham <DWillingham@BSFLLP.com>; Jeffrey Hammer <JHammer@BSFLLP.com>
**Subject:** RE: RD Legal Motion to Stay

Michael,

I am sending this response on Chris' behalf. As you are aware, Mr. Stewart's monetary award payment is imminent. Co-Lead Class Counsel placed the issues before the Court that resulted in the issuance of the Dec. 8 Explanation and Order and RD Legal appealed that Order. None of this was Mr. Stewart's doing, nor the result of action by any of the other 6 Class Members with whom RD Legal entered into purported assignment agreements. As such, we submit that they should not suffer by virtue of appellate delays.

We know that RD Legal's agreements are structured on a sliding scale such that the sooner the Class Member receives a monetary award, the sooner RD Legal gets its money, and the lesser the portion of the monetary award that would be paid to RD Legal (at monthly increments up to 48 months). For example, assuming Mr. Stewart receives his monetary award in July (30 months from the date of the agreement), under the Assignment and Sale Agreement, RD Legal would receive $521,759.66 ($665,234.45 - $143,474.79), assuming his monetary award exceeds that amount. The $143,474.79 is the "Additional Purchase Price" amount under paragraph 4 at page 1 and paragraph 10 at pages 11-13 of the Assignment and Sale Agreement that RD Legal will pay Mr. Stewart, if RD Legal recovers the "Property Amount" of $665,234.45 within 30 months of the date of the Assignment and Sale Agreement. Due to the appeal, RD Legal likely will not receive the Property Amount related to Mr. Stewart's claim by July, assuming that is when Mr. Stewart's monetary award would be paid.

So, in connection with Co-Lead Class Counsel stipulating to stay the effectuation of the December 8, 2017 and February 20, 2018 Orders pending appeal, as to the seven Class Members who entered into purported assignments with RD Legal, we ask RD Legal to stipulate: (1) to seeking an expedited disposition on the appeal (which would be in the best interest of both sides in securing prompt appellate resolution of the discrete legal questions presented by your clients' appeal, which also affect other third-party funders); (2) to allowing the Claims Administrator to retain up to the disputed amount for any of the seven Class Members who become eligible to receive a monetary award and are placed on the Claims Administrator Funding Request during the pendency of the appeal, calculated by fixing the "sliding scale" month at the month of placement on the Claims Administrator Funding Request, and assuming his net award is greater than that amount, to not objecting to the Class Member receiving the balance of his monetary award at that time; and (3) that, in the event that RD Legal prevails on appeal, each Class Member will not owe RD Legal any more than the lesser of (a) the amount of his monetary award or (b) the "Property Amount" that RD Legal purchased, less the "Additional Purchase Price" that RD Legal agreed to pay the Class Member, fixed as of the month that the monetary award was placed on the Claims Administrator Funding Request.

Please let us know.

Thank you,
Terri

TerriAnne Benedetto
Partner
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(t) 215-564-2300
(d) 215-553-7981
(f) 215-851-8029

---

**From:** Michael Roth [mailto:MRoth@BSFLLP.com]
**Sent:** Friday, March 16, 2018 3:10 PM
**To:** Chris Seeger <CSeeger@seegerweiss.com>
**Cc:** TerriAnne Benedetto <TBenedetto@seegerweiss.com>; David Willingham <DWillingham@BSFLLP.com>; Jeffrey Hammer <JHammer@BSFLLP.com>
**Subject:** RD Legal Motion to Stay

Chris,

We have reviewed your filing from yesterday, and would like to know if you would stipulate to a stay pending appeal as to RD Legal only?

Please let us know.

Thank you.

Michael

**Michael D. Roth**
Partner

BOIES SCHILLER FLEXNER LLP

725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
725 South Figueroa Street
Los Angeles, CA 90017
(t)  (213) 629-9040
(f)  (213) 629-9022
mroth@bsfllp.com
www.bsfllp.com

The information contained in this electronic mail message is privileged and confidential and is intended for the personal use of the designated recipients only.  This message may not be shared with, or forwarded to, third parties without the express written permission of the sender.  If you have received this message in error, please notify the sender immediately and delete all copies.  Thank You.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]