UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc.,<br><br>Defendants.<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Civ. Action No. 14-00029-AB |

**JOINDER OF POPE MCGLAMRY IN MOTION BY
THE LOCKS LAW FIRM FOR APPPOINTMENT OF
ADMINISTRATIVE CLASS COUNSEL AND FOR A HEARING**

The Locks Law Firm filed a Motion on March 20, 2018 (Doc. 9786) seeking various relief including a hearing on failures with respect to Claims Processing. Pope McGlamry, Kilpatrick, Morrison & Norwood, P.C. ("Pope McGlamry"), an original member of the Court-appointed Plaintiffs' Steering Committee, joins in

-1-

the request on behalf of its clients for an appointment of administrative class counsel and for a hearing to correct failures in Settlement implementation.

Pope McGlamry was one of the firms that originated this litigation. We represent more than 400 registered players. We have filed 30 pre-effective date claims. The implementation of the Settlement shows that the terms of the Settlement Agreement are not being applied properly and are often applied in a way that prejudices the Class and benefits the NFL. We concur with the list set forth in the filed Memorandum of the Locks Law Firm (Doc. 9786) at pages 6-7.

In addition, on information and belief, there may be other amendments and rules created by the NFL and others of which the Class is not aware and for which the Class never received notice. Any new amendment or rule that may adversely affect player claims, particularly in the context of pre-effective date claims subject to the less stringent review standard of Section 6.4(b), should be subject to the review and consideration of all Class Counsel who actually represent retired players and have submitted pre-effective date claims on their behalf. Such new rules also should be reviewed by the Court as well, possibly in the context of an hearing, to determine whether the new amendment or rule prejudices player/claimants and benefits the NFL.

Pope McGlamry respectfully requests that the Court appoint Administrative Class Counsel and hold a hearing on implementation failures to correct, among other things, failures identified in the Locks Law Firm Memorandum.

Dated: March 26, 2018.

        Respectfully submitted,

        POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.

        /s/ *Michael L. McGlamry*
        Michael L. McGlamry
        Georgia Bar No. 492515
        3391 Peachtree Road, NE, Suite 300
        P.O. Box 191625 (31119-1625)
        Atlanta, GA 30326
        Ph: (404) 523-7706
        Fax: (404) 524-1648
        efile@pmkm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record by the Court's ECF system.

Dated: March 26, 2018

                                              POPE, McGLAMRY, KILPATRICK,
                                              MORRISON & NORWOOD, P.C.

                                              /s/*Michael L. McGlamry*
                                              Michael L. McGlamry
                                              Georgia Bar No. 492515