UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) ) | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *On behalf of themselves and others similarly situated,* | ) ) ) ) ) | Hon. Anita B. Brody<br><br>Civ. Action No. 14-00029-AB |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| National Football League and NFL Properties, LLC, Successor-in-interest to NFL Properties, Inc., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) | |

**JOINDER OF PROVOST UMPHREY LAW FIRM, L.L.P.
IN MOTION BY THE LOCKS LAW FIRM FOR
APPOINTMENT OF ADMINISTRATIVE CLASS COUNSEL**

On March 20, 2018, The Locks Law Firm filed a Motion seeking the appointment of administrative class counsel (Doc. 9786). Provost Umphrey Law Firm, L.L.P. joins in The Locks Law Firm's motion.

Provost Umphrey has over 20 pre-effective date claims. In order to ensure the Settlement Agreement is appropriately implemented and interpreted the appointment of administrative class counsel is necessary at this time. Given the volume of players of represented, Locks Law Firm is best situated to serve as administrative class counsel. Further, Provost Umphrey, as well as others,

anticipate handling NFL claims for years into the future.  The class will be best served having an administrative counsel actively dealing with pending claims now and in the future.

 WHEREFORE, Provost Umphrey respectfully requests that the Court appoint The Locks Law Firm as Administrative Class Counsel.

Dated:  March 27, 2018

              Respectfully submitted,

              PROVOST ✯ UMPHREY
              LAW FIRM, L.L.P.
              Attorney at Law
              Post Office Box 4905
              Beaumont, Texas 77704
              (409) 835-6000
              (409) 813-8652 - Fax Number

              _____/s_____
              MATTHEW C. MATHENY
              STATE BAR NUMBER: 24039040
              JACQUELINE RYALL
              STATE BAR NUMBER: 17469445
              ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

 I hereby certify that on March 27, 2018, I caused the foregoing Joinder of Provost Umphrey Law Firm, L.L.P. In Motion by The Locks Law Firm For Appointment of Administrative Class Counsel to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

                    /s/
              By: _____

                                                               MATTHEW C. MATHENY