# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL AB LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-MDL No. 2323 |
| | Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* | Civ. Action No. 14-00029-AB |
| Plaintiffs, | |
| v. | |
| National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### JOINDER OF McCORVEY LAW, LLC IN MOTION BY THE LOCKS LAW FIRM FOR APPPOINTMENT OF ADMINISTRATIVE CLASS COUNSEL AND FOR A HEARING

The Locks Law Firm filed a Motion on March 20, 2018 (Doc. 9786) seeking various relief including a hearing on failures with respect to Claims Processing. McCORVEY LAW, LLC, an original member of the Court-appointed Plaintiffs'

-1-

Steering Committee, joins in the request on behalf of its clients for an appointment of administrative class counsel and for a hearing to correct failures in Settlement implementation.

McCORVEY LAW, LLC was one of the firms that originated this litigation. We represent more than 50 registered players. We have filed 1 pre-effective date claim. The implementation of the Settlement shows that the terms of the Settlement Agreement are not being applied properly and are often applied in a way that prejudices the Class and benefits the NFL. We concur with the list set forth in the filed Memorandum of the Locks Law Firm (Doc. 9786) at pages 6-7.

In addition, on information and belief, there may be other amendments and rules created by the NFL and others of which the Class is not aware and for which the Class never received notice. Any new amendment or rule that may adversely affect player claims, particularly in the context of pre-effective date claims subject to the less stringent review standard of Section 6.4(b), should be subject to the review and consideration of all Class Counsel who actually represent retired players and have submitted pre-effective date claims on their behalf. Such new rules also should be reviewed by the Court as well, possibly in the context of a hearing, to determine whether the new amendment or rule prejudices player/claimants and benefits the NFL.

-3-

McCORVEY LAW, LLC respectfully requests that the Court appoint Administrative Class Counsel and hold a hearing on implementation failures to correct, among other things, failures identified in the Locks Law Firm Memorandum.

Dated: March 27, 2018.

Respectfully submitted by,

**McCORVEY LAW, LLC**

/s/ Derriel C. McCorvey_____
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
H.D. Register, III
LA Bar Roll # 35290
102 Versailles Blvd., Ste. 620
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
derriel@mccorveylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record by the Court's ECF system.

Dated: March 27, 2018

                                      **McCORVEY LAW, LLC**

                                      /s/ Derriel C. McCorvey
                                      Derriel C. McCorvey