# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## <u>ORDER</u>

**AND NOW,** this  28th  day of March, 2018, it is **ORDERED** that Ron Cohen, counsel for Plaintiffs with claims against Riddell Defendants, must show cause **on or before April 6, 2018** as to why the Court should not direct the Clerk's office to withdraw all remand motions and motions relating to remand motions filed by Mr. Cohen.

Mr. Cohen seems to have attempted to withdraw these motions already (*see* ECF No. 9727), but they currently remain pending. An accounting of Mr. Cohen's motions can be found in Riddell Defendants' surreply (*see* ECF No. 9751-1, at 12-46).

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: