# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW,** this _28th __ day of March, 2018, it is **ORDERED** that the following Motions to Withdraw as Attorney are **GRANTED**:

- Motion to Withdraw as Attorney for Frank Middleton (ECF No. 9731 in docket 12-md-2323; ECF No. 32 in docket 12-cv-0683)
- Motion to Withdraw as Attorney for Quintas McDonald (ECF No. 9733 in docket 12-md-2323; ECF No. 39 in docket 13-cv-0051)
- Motion to Withdraw as Attorney for Jeffery Jackson (ECF No. 9735 in docket 12-md-2323; ECF No. 240 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for William Russell, III and Joanne Russell (ECF No. 9737 in docket 12-md-2323; ECF No. 238 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Richard Van Druten (ECF No. 9739 in docket 12-md-2323; ECF No. 236 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Keith Wortman and Kathleen Wortman (ECF No. 9741 in docket 12-md-2323; ECF No. 234 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Scott Hutchinson and Sharyn Hutchinson (ECF No. 9743 in docket 12-md-2323; ECF No. 198 in docket 12-cv-2219)

- Motion to Withdraw as Attorney for Erric Pegram and Michelle Pegram (ECF No. 9745 in docket 12-md-2323; ECF No. 196 in docket 12-cv-2219)
- Motion to Withdraw as Attorney for David Pivec and Sharon Pivec (ECF No. 9747 in docket 12-md-2323; ECF No. 194 in docket 12-cv-2219)

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: