# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>National Football League, et al.,<br><br>　　　　　Defendants. | No 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>Civ. Action No. 14-00029-AB |

## JOINDER OF GOLDBERG, PERSKY & WHITE, P.C., GIRARDI KEESE AND RUSSOMANNO & BORRELLO, P.A. IN MOTION BY THE LOCKS LAW FIRM FOR APPOINTMENT OF ADMINISTRATIVE CLASS COUNSEL AND FOR A HEARING

Goldberg, Persky & White, P.C., Girardi Keese and Russomanno & Borrello, P.A., hereby join in the Motion by the Locks Law Firm for Appointment of Administrative Class Counsel and for a Hearing, ECF No. 9786, for the reasons stated therein and in its Memorandum is Support.

WHEREFORE, this Court should grant the Motion by the Locks Law Firm for Appointment of Administrative Class Counsel and for a Hearing.

March 28, 2018　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ *Jason E. Luckasevic*
　　　　　　　　　　　　　　　　　　　　　GOLDBERG, PERSKY & WHITE, P.C.
　　　　　　　　　　　　　　　　　　　　　Jason E. Luckasevic, Esquire

PA ID #No. 85557
Jason T. Shipp, Esquire
PA ID #No. 87471
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 471-3980
Facsimile: (412) 471-8308

GIRARDI KEESE
Thomas Girardi, Esquire
Christopher Aumais, Esquire
Nicole Devanon, Esquire
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:  (213)481-1554

RUSSOMANNO & BORRELLO, P.A.
Herman J. Russomanno, Esquire
Robert J. Borrello, Esquire
150 West Flagler Street - PH 2800
Miami, FL 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served upon all counsel of record via the **CM/ECF system,** this 28th day of March, 2018.

                                      */s/ Jason E. Luckasevic*
                                      Jason E. Luckasevic, Esquire