## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record by the

Court's ECF system.

Dated:  March 28, 2018

> CASEY, GERRY, SCHENK,
> FRANCAVILLA, BLATT &
> PENFIELD, LLP
>
> /s/ *Frederick Schenk*
> Frederick Schenk
> California Bar No. 086392
> 110 Laurel Street
> San Diego, CA 92101
> Ph: (619) 238-1811
> Fax: (619) 544-9232
> fschenk@cglaw.com