IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:18-md-2323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

In relation to the allocation of class benefit fees among counsel representing the class, the Court will hold a **HEARING** on **May 15, 2018**, at **10 a.m.** in Courtroom 7B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA. All attorneys who were appointed Co-Lead Class Counsel, Class Counsel, or Subclass Counsel, as set forth in ECF No. 6084, must appear.[1]

On or before **May 1, 2018**, each law firm seeking payment from the Attorneys' Fees Qualified Settlement Fund[2] must submit a sworn declaration answering the questions and attaching the documents set forth below.[3]

---

[1] Additional lawyers may be ordered to appear at this hearing, after the Court has reviewed the declarations and related materials discussed below.

[2] This includes all law firms seeking fees, including all law firms listed in Co-Lead Class Counsel's Proposed Allocation of Common Benefit Attorneys' Fees (ECF No. 8447), and all

1

**SWORN DECLARATION:**

This declaration must be filed through the Court's Electronic Filing System in the docket specifically set aside for these submissions: **18-md-02323-AB.**

In answering questions with subsections you must provide individual answers for each subsection. The sworn declaration must contain answers to the following questions:

1. How many Settlement Class Members[4] have you, your law firm or[5] any attorney associated with your law firm:

    A. Previously represented in this litigation and do not currently represent; or

    B. Currently represent in this litigation?

2. How many Settlement Class Members previously or currently represented by you, your law firm or any attorney associated with your law firm:

    A. Have received a Monetary Award;

    B. Have been informed that they are entitled to receive a Monetary Award;

    C. Have applied for a Monetary Award; or

---

firms seeking fees through the Petitions for Attorneys' Fees filed by the "Faneca Objectors" (ECF No. 7070), the "Armstrong Objectors" (ECF No. 7232), the "Jones Objectors" (ECF No. 7364), and the "Alexander Objectors" (ECF No. 8725).

[3] Where the law firm seeking payment from the Attorneys' Fees Qualified Settlement Fund has members who were appointed by this Court as Co-Lead Class Counsel, Class Counsel, Subclass Counsel or were appointed to the Plaintiff's Executive Committee or Plaintiff's Steering Committee, as set forth in ECF No. 6084, the declaration must be signed by every attorney who was appointed.

[4] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

[5] As used herein, "or", "and" and "and/or" is to be interpreted inclusively, so that the greatest amount of responsive information is provided to the Court.

2

D. That you have knowledge that they will be eligible to receive a Monetary Award?

3. How many Settlement Class Members previously or currently represented by you, your law firm or any attorney associated with your law firm have entered agreements to assign their rights to a Monetary Award ("Assignment(s)")? Assignments include any agreements that are similar to the agreements attached to this Court's Explanation and Order relating to the Third Party Funder Litigation (ECF No. 9531). Assignments further include, but are not limited to, any agreement with any of the following third party litigation funders:

- Atlas Legal Funding, LLC (to include the following related entities: Atlas Legal Funding I, L.P., and Atlas Legal Funding II, L.P.)
- Cambridge Capital Group, LLC (to include the following related entities: Cambridge Capital Group Equity Option Opportunities L.P., and Cambridge Capital Partners, L.P.)
- Cash4Cases, Inc.
- Global Financial Credit, LLC
- HMR Funding, LLC (to include the following related entities: HMRF Fund I, LLC and HMRF Fund II, LLC)
- Justice Funds/Justicefunds, LLC
- Ludus Capital, LLC
- Peachtree Funding Northeast, LLC/Settlement Funding, LLC (to include the following related entities: Peachtree Settlement Funding, LLC, Peachtree Originations, LLC, Peachtree Financial Solutions, LLC, Peach Holdings,

   LLC, PeachHI, LLC, Orchard Acquisition Co. LLC, JGWPT Holdings, LLC, JGWPT Holdings, Inc., J.G. Wentworth, LLC, J.G. Wentworth S.S.C. Limited Partnership, J.G. Wentworth Structured Settlement Funding II, LLC, and Structures Receivables Finance #4, LLC)

   - Pravati Legal Funding/Pravati Capital, LLC
   - RD Legal Funding, LLC (to include the following related entities: RD Legal Finance, LLC, and RD Legal Funding Partners, LP)
   - Thrivest Specialty Funding, LLC
   - Top Notch Funding/Top Notch Lawsuit Loans/Top Notch Funding II, LLC
   - Walker Preston Capital Holdings, LLC
   - Case Strategies Group (formerly, NFL Case Consulting, LLC)
   - Legacy Pro Sports, LLC

4. Of the total number of Settlement Class Members included in your answer(s) to question #2, how many of these Settlement Class Members have also entered into the Assignments referenced in question #3?

5. Are you, your law firm or any attorney associated with your law firm obligated to pay or forward (directly or indirectly) any portion of a Settlement Class Member's Monetary Award to any third party litigation funder?

6. Explain any other role that you, your law firm, or any attorney associated with your law firm may have had in creating, promoting, or facilitating the Assignments referenced in question #3 and/or the obligations referenced in question #5.

7. Do you, your law firm, any attorney associated with your law firm or any individual or entity related to your law firm have any direct or indirect (professional or personal)

4

association with any of the third party litigation funders used by Settlement Class Members previously or currently represented by you, your law firm or any attorney associated with your law firm? If so, provide details of that association.  If any of these individuals and/or entities had such an association in the past, provide details of that association.  If any of these individuals and/or entities anticipates having such an association in the future, provide details of that association.

8. Have any of the Assignments referenced in question #3 been resolved in accordance with the rescission process provided for in ECF No. 9517?  If so, indicate those that have been resolved by their designated letter (*See* "Documents," below) and the date of the resolution.

**DOCUMENTS:**

Counsel must ensure that Settlement Class Members' identity and personal data are redacted from these filings.  References that would identify a Settlement Class Member must be redacted, replacing each Settlement Class Member's name with letters (*i.e.*, A, B, or C … AA or BB …) so that it will be clear to the Court if there are multiple submissions that relate to a single Settlement Class Member.

Attach true and correct copies of the following documents[6] to the declaration:

    A. Any Assignments referenced in question #3;

    B. Any collateral documents to the Assignments referenced in subsection (A), including, but not limited to:

---

[6] All documents referenced below should be complete and contain all appendices, exhibits and/or attachments. The term "documents" is to be interpreted inclusively, to include all Assignments referenced in question #3 and other agreements.

      i. Any documents creating, or relating to, any of the obligations referenced in question #5;

      ii. Any documents relating to an Assignment referenced in question #3 where you, your law firm or any attorney associated with your law firm is named or is a signatory; and/or

      iii. Any other documents related to an Assignment referenced in question #3 that are in your, your law firm, or any attorney associated with your law firm's possession, custody or control.

C. All versions and drafts of the documents described in subsections (A)-(B) and all such documents entered into or proposed, even if such documents have been terminated or replaced by subsequent documents.

D. All written communications regarding any of the documents described in subsections (A)-(C) between any third party litigation funder and you, your law firm, or any attorney associated with your law firm.

                                              s/Anita B. Brody

                                              _____

                                              ANITA B. BRODY, J.

                                                                    3/28/2018

COPIES VIA ECF ON