# SEEGERWEISS LLP

March 29, 2018

**Via ECF**

Honorable Anita B. Brody
United States District Judge
Eastern District of Pennsylvania
601 Market Street
Room 7613
Philadelphia, PA 19106

      Re:   *In re National Football League Players' Concussion Injury Litigation*,
                No. 12-md-2323-AB

Dear Judge Brody:

      I am writing in regards to the Motion of Class Counsel the Locks Law Firm for Appointment of Administrative Counsel which was filed on March 20, 2018. ECF No. 9786. As your Honor may have noticed, some firms have filed and, as of this afternoon, are still filing Joinders to that Motion. ECF Nos. 9813, 9816, 9819, 9820, 9821, 9824, 9827, 9829, 9830, 9831, and 9834.  We would be better able to respond fully to the issues raised by the Motion and any Joinders if a deadline is set for the filing of any additional Joinders and the record we are responding to is closed.

      Accordingly, I request that your Honor enter an order setting March 30, 2018 as the deadline for the filing of any Joinders or other papers in support of the Motion. I also request that we be permitted to file our response to the Motion and all related papers on April 10, 2018.  To ensure that this can be quickly resolved and avoid even further burgeoning of the pleadings, we believe that there will not be need for further replies.

      I remain available at you Honor's convenience.

                                Respectfully,

                               */s/ Christopher A. Seeger*
                              Christopher A. Seeger
                              *Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

Dated: March 29, 2018

*/s/ Christopher A. Seeger*
Christopher A. Seeger
