# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### JOINDER OF JR WYATT LAW IN MOTION BY THE LOCKS LAW FIRM FOR APPOINTMENT OF ADMINISTRATIVE COUNSEL

JR Wyatt Law joins The Locks Law Firm's Motion (the "Motion") for Appointment of Administrative Class Counsel (Doc. 9786).

This Firm confirms the difficulties in the settlement's implementation outlined in the Motion.

Unfortunately, these difficulties appear to have reached a breaking point and many players no longer have confidence in the process or believe that they will ever get paid.

Out of the 1119 'Level 1.5' and 'Level 2.0' claims that have been filed in the last year, only 6 have been paid. Each of these 1119 claims represents an actual human being (and their respective families) who is suffering. Each of these claims has been certified by a doctor under penalty of perjury. Doctors are not lying in mass. Even the 200+ players who have been diagnosed in the MAF/BAP are not immune from attack and are not receiving the payments promised to them.

A significant benefit achieved in this settlement was the promise that the claims process would be manageable. Players would not die while waiting for their settlement checks. This promise is currently a faded hope.

This Firm believes that the class and the players it represents will be best served by having an administrative counsel actively dealing with pending claims and communicating with the class and the lawyers representing individual players.

Dated: March 29, 2018

**JR WYATT LAW, PLLC**

/s/
_____

J.R. Wyatt, Esq.
NY Bar No.: 3938016
49 West 37th Street, 7th Floor
New York, NY 10017
Telephone: (212) 557-2776
Facsimile: (646) 349-2776

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 29, 2018, I cased the foregoing Joinder of JR Wyatt Law Firm in Motion by The Locks Law Firm for Appointment of Administrative Class Counsel to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By:   /s/ _____