# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:123-md-02323-AB MDL<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of himself and others similarly situated,*<br>                    Plaintiffs,<br><br>   v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.<br>                    Defendants. | CIVIL ACTION NO. 14-cv-29-AB |

## NOTICE OF JOINDER IN MOTION BY THE LOCKS LAW FIRM FOR APPOINTMENT OF ADMINISTRATIVE CLASS COUNSEL

Robins Cloud LLP, which represents over 150 players and their families in this action, and has filed over 40 claims, hereby join in the Motion by the Locks Law Firm for Appointment of Administrative Class Counsel and for a Hearing [ECF No. 9786], for the reasons states therein and in its Memorandum in Support.

WHEREFORE, this court should grant the Motion by the Locks Law Firm for Appointment of Administrative Class Counsel and for a Hearing.

Dated: March 29, 2018

Respectfully submitted,

Attorney Ian Cloud, Robins Cloud, LLP

By: \_\_\_\_/s/ Ian P. Cloud_____
      Ian P. Cloud
      State Bar No. 00783843
      Robins Cloud, LLP
      2000 West Loop South. 22nd Floor
      Houston, TX 77027
      Tel: (713) 650-1200
      Fax: (713) 650-1400
      icloud@robinscloud.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: March 29, 2018

      /s/ Ian P. Cloud_____
      Ian P. Cloud