**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>Plaintiffs,<br>v.<br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ANAPOL WEISS, CO-LEAD COUNSEL'S JOINDER IN THE REQUEST FOR A HEARING REGARDING THE NECESSITY FOR ADDITIONAL SUPERVSION OF THE ADMINISTRATION OF THE CLAIMS SETTLEMENT PROCESS.**

The Anapol Weiss law firm, by way of Sol H. Weiss (co-lead counsel) and Larry E. Coben (member of the Court appointed Executive Committee), hereby join with the Locks Law Firm's request (ECF No. 9786) for a Hearing to inquire about and address issues arising from the administration of the claims processing of the Settlement Agreement.

//

//

DATED: March 29, 2018

Respectfully submitted,

/s/ Larry E. Coben_____
**ANAPOL WEISS**
Larry Coben
Sol Weiss.
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing motion was served via the Electronic Filing System to all counsel of record, Case no. 2:12-md-02323-AB, MDL No. 2323.

DATE: March 29, 2018

**/s/ Larry E. Coben**
Larry Coben
*Counsel for Plaintiffs*