

**LOCKS LAW FIRM**

The Curtis Center
601 Walnut Street, Suite 720 East
170 S. Independence Mall West
Philadelphia, Pennsylvania 19106
T 215.893.0100
T 866.LOCKSLAW
F 215.893.3444
lockslaw.com

Gene Locks, Esquire

glocks@lockslaw.com

Direct Dial: 215-893-3434

March 29, 2018

Honorable Anita B. Brody
United States District Judge
Eastern District of Pennsylvania
601 Walnut Street, Room 7613
Philadelphia, PA  19106

      RE:   *In re National Football League Players' Concussion Injury Litigation*
              USDC, EDPA No. 12-md-2323-AB

Dear Judge Brody:

      I am writing in response to Chris Seeger's letter to you today requesting that Your Honor enter an Order setting March 30, 2018 as the deadline for the filing of any joinders to the Motion of Class Counsel the Locks Law Firm for Appointment of Administrative Class Counsel (ECF No. 9786).

      Although I agree that there should be a deadline for the filing of such of such joinders, I respectfully request that all parties be given until April 4, 2008 to file joinder or other papers in support of the Motion.

      In addition, I respectfully request that Locks Law Firm be given an opportunity to reply to any response filed by Mr. Seeger.

                                Respectfully submitted,

                                LOCKS LAW FIRM

                              BY:  /s/ Gene Locks
                                    GENE LOCKS

GL/ah

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Letter/Notice was served on this date via the Electronic Filing System on all counsel of record in Case No. 2:12-md-02323-AB, MDL No. 2323.

DATE: March 30, 2018

/s/ Gene Locks
Gene Locks, Class Counsel