UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : | No. 2:12-md-02323-AB  MDL No. 2323 |
| | : | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: | : : | |
| ALL ACTIONS | : | |

### NOTICE: ACCEPTANCE OF RESCISSION

On December 8, 2017, the Court issued an Explanation and Order (See ECF No. 9517) noting that the Settlement Agreement barred any Class Member from entering into an agreement that assigned or attempted to assign any monetary claims and that Third-Party Funders who nonetheless made these invalid agreements could accept rescission in such cases.

As of the date of this Notice, two Third-Party Funders have accepted rescission of funds advanced to Players. These Funders, Atlas Legal Funding III, LP and Resilience Finance Company, have submitted waivers relinquishing any claims or rights relating to any attempted assignment. The Players involved have likewise acknowledged the rescission. Accordingly, these Third-Party Funders, with the Players' knowledge and consent, will be paid funds advanced to the Players from the Players' Monetary Awards under the Settlement Agreement.

The Special Masters will report rescissions to the Court on an on-going basis.

_____
Jo-Ann M. Verrier, Special Master
3/29/18
Date

1