IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

**ORDER**

AND NOW, this 2nd day of April, 2018, after considering Co-Lead Class Counsel's request (ECF No. 9835), it is **ORDERED** that:

- All motions to join the Motion of Class Counsel the Locks Law Firm for Appointment of Administrative Counsel (ECF No. 9786) must be filed **on or before April 3, 2018**.

- Co-Lead Class Counsel may submit a response to the Motion and all related papers **on or before April 13, 2018**.

- The Court will not accept any replies to Co-Lead Class Counsel's response.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to:

O:\ABB 2018\L-Z\NFL Order request to respond to Locks Motion.docx