IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 2:12-md-02323-AB<br><br>**Hon. Anita B. Brody**<br><br>DECLARATION OF RON A. COHEN IN SUPPORT OF MOTION TO WITHDRAW ALL REMAND MOTIONS |

I, Ron A. Cohen, in response to Honorable Anita B. Brody's order dated March 28, 2018 states that there is no reason why the Court should not direct the Clerk's office to withdraw all remand motions and motions relating to remand motions filed by Ron A. Cohen.

Dated this 2nd of April, 2018.

/s/ Ron A Cohen
Ron A. Cohen
33 N. Dearborn Street Suite 1500
Chicago, Illinois 60602
(T) (312) 346-1145
(F) (312) 332-4663