IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No.: 2:12-md-02323-AB<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | CERTIFICATE OF SERVICE |

On April 2, 2018, I electronically filed the DECLARATION OF RON A. COHEN IN SUPPORT OF MOTION TO WITHDRAW ALL REMAND MOTIONS through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated this 2nd of April, 2018.

/s/ Ron A. Cohen
Ron A. Cohen
33 N. Dearborn Street Suite 1500
Chicago, Illinois 60602
(T) (312) 346-1145
(F) (312) 332-4663