# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB MDL<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of himself and others similarly situated,*<br><br>                            Plaintiffs,<br><br>   v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.<br><br>                          Defendants. | CIVIL ACTION NO. 14-cv-29-AB |

## NOTICE OF WITHDRAWAL OF JOINDER

Robins Cloud LLP, hereby withdraws its Notice of Joinder in this lawsuit. The Notice of Joinder in Motion by the Locks Law Firm for Appointment of Administrative Class Counsel was filed on March 30, 2018 (ECF No. 9837).

WHEREFORE, this Notice hereby withdraws the Notice of Joinder as filed in the docket as referenced above.

Dated: April 2, 2018

Respectfully submitted,

Attorney Ian Cloud, Robins Cloud, LLP

By: _____/s/ Ian P. Cloud_____
       Ian P. Cloud
       State Bar No. 00783843
       Robins Cloud, LLP
       2000 West Loop South. 22nd Floor
       Houston, TX 77027
       Tel: (713) 650-1200
       Fax: (713) 650-1400
       icloud@robinscloud.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: April 2, 2018

       /s/ Ian P. Cloud_____
       Ian P. Cloud