# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**NOTICE OF JOINDER BY THE LOCKS LAW FIRM TO THE MOTION
OF CO-LEAD CLASS COUNSEL ANAPOL WEISS TO COMPEL
REIMBURSEMENT TO ALL CLASS COUNSEL FOR CONTRIBUTIONS
TO COMMON BENEFIT EXPENSES
<u>AND TO COMPEL THE ESTABLISHMENT OF THE EDUCATION FUND</u>**

Undersigned Class Counsel the Locks Law Firm respectfully submits this Notice of Joinder adopting, supporting, and joining the motion of co-lead class counsel Anapol Weiss to compel the Claims Administrator to reimburse class counsel out of the Attorneys' Fees QSF fund the monies class counsel contributed to the common benefit expenses (as submitted for

reimbursement) and for the entry of an order establishing the Education Fund per the Settlement Agreement.  *See* Document No. 9807.

The basis for this Joinder is as follows:

1. The Locks Law Firm agrees with co-lead class counsel Anapol Weiss that expenses totaling approximately $5.7 million should be reimbursed to class counsel.  The precise figures for reimbursement derive from a Fee Petition filed by co-lead class counsel Seeger Weiss LLP, on Feb. 13, 2017 (ECF No. 7151).  A subsequent table that summarizes the expenses and the names of the law firms participating was compiled in Document 7205-1 and filed with the Court on February 27, 2017.  That table is attached here as Exhibit A.  For clarification purposes, the reimbursement amounts appear in the column labeled Expenses, totaling $5,682,779.38.  Many of these expenses date back to 2012.

2. The Locks Law Firm agrees with Anapol Weiss that the establishment of the Education Fund, as required by the Settlement Agreement, should be expedited and that the Court should intervene to ensure this happens.

For the forgoing reasons, Class Counsel the Locks Law Firm respectfully joins the motion filed by Anapol Weiss to compel payment of submitted expenses to class counsel and to establish the Education Fund in an appropriate and expedited manner.

    Respectfully submitted,

    /s/ Gene Locks
    Gene Locks
    David D. Langfitt
    LOCKS LAW FIRM
    The Curtis Center
    Suite 720 East
    601 Walnut Street
    Philadelphia, PA 19106
    Phone: (215) 893-3423

-3-

                Fax: (215) 893-3444
                Email: glocks@lockslaw.com
                dlangfitt@lockslaw.com

# Exhibit A

NFL Concussion Case CA. No. 2:12-md-2323-AB    Attorney Fee and Expense Report
Compiled from Co-Lead Class Counsel's Fee Petition dated Feb. 13, 2017 (ECF No. 7151)

| | Attorney Name | Firm Name | Hours | Fee Amount | Expenses | Total Fees + Expenses |
|---|---|---|---|---|---|---|
| 1 | Christopher A. Seeger | Seeger Weiss LLP | 21,044.06 | $ 18,124,869.10 | $ 1,498,690.99 | $ 19,623,560.09 |
| 2 | Arnold Levin | Levine Sedran & Berman | 5,021.25 | $ 6,031,806.25 | $ 519,893.97 | $ 6,551,700.22 |
| 3 | Gene Locks | Locks Law Firm | 4,243.00 | $ 3,084,500.00 | $ 639,160.00 | $ 3,723,660.00 |
| 4 | Steven C. Marks | Podhurst Orseck, PA | 4,510.80 | $ 3,005,744.50 | $ 771,127.79 | $ 3,776,872.29 |
| 5 | Dianne M. Nast | NastLaw LLC | 1,211.75 | $ 765,060.25 | $ 117,138.64 | $ 882,198.89 |
| 6 | Sol H. Weiss | Anapol Weiss | 4,241.22 | $ 1,857,436.00 | $ 1,031,971.55 | $ 2,889,407.55 |
| 7 | Garrett D. Blanchfield Jr. | Reinhardt Wendorf & Blanc | 23.10 | $ 14,899.50 | $ 1,480.57 | $ 16,380.07 |
| 8 | William G. Caldes | Spector Roseman Kodroff & Willis | 74.40 | $ 51,708.00 | $ 1,460.92 | $ 53,168.92 |
| 9 | Leonard A. Davis | Herman, Herman & Katz | 136.30 | $ 89,660.00 | $ - | $ 89,660.00 |
| 10 | James R. Dugan II | The Dugan Law Firm | 293.90 | $ 188,340.50 | $ 118,880.16 | $ 307,220.66 |
| 11 | Daniel C. Girard | Girard Gibbs LLP | 373.10 | $ 279,489.00 | $ 8,300.11 | $ 287,789.11 |
| 12 | Thomas V. Girardi | Girardi Keese | 626.80 | $ 472,370.00 | $ 5,509.15 | $ 477,879.15 |
| 13 | Bruce A. Hagen | Hagen, Rosskopf & Earle, LLC | 540.80 | $ 324,480.00 | $ 16,998.08 | $ 341,478.08 |
| 14 | Samuel Issacharoff | Issacharoff/Estlund | 801.75 | $ 800,512.50 | $ 7,302.22 | $ 807,814.72 |
| 15 | Richard Lewis | Hausfeld LLP | 1,281.80 | $ 763,917.50 | $ 165,468.47 | $ 929,385.97 |
| 16 | Jason E. Luckasevic | Goldberg, Persky & White, P.C. | 500.60 | $ 262,860.00 | $ 11,823.78 | $ 274,683.78 |
| 17 | Derriel C. McCorvey | McCorvey Law, LLC | 331.30 | $ 198,780.00 | $ 104,155.65 | $ 302,935.65 |
| 18 | Mike McGlamry | Pope McGlamry | 1,274.90 | $ 829,030.00 | $ 125,137.01 | $ 954,167.01 |
| 19 | Craig R. Mitnick | Mitnick Law Office, LLC | 1,198.15 | $ 898,612.50 | $ 83,082.20 | $ 981,694.70 |
| 20 | David A. Rosen | Rose, Klein & Marias LLP | 243.03 | $ 157,969.50 | $ 112,168.64 | $ 270,138.14 |
| 21 | Frederick Schnek | Casey, Gerry, Schenk LLP | 417.40 | $ 333,920.00 | $ 86,651.72 | $ 420,571.72 |
| 22 | Anthony Tarricone | Kreindler & Kreindler LLP | 1,573.00 | $ 1,258,400.00 | $ 120,832.04 | $ 1,379,232.04 |
| 23 | Charles S. Zimmerman | Zimmerman Reed LLP | 1,106.50 | $ 885,907.25 | $ 135,545.72 | $ 1,021,452.97 |
| | Total | | 51,068.91 | $40,680,272.35 | $5,682,779.38 | $46,363,051.73 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice was served on this date via the Electronic Filing System on all counsel of record in Case No. 1:12-md-02323-AB, MDL No. 2323.

DATE: April 3, 2018

By: /s/Gene Locks_____
     Gene Locks, Class Counsel