# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE RETIRED PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB-MDL<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.<br><br>Defendants. | CIVIL ACTION NO. 14-cv-29-AB |

APPLIES TO ALL CASES

## NOTICE OF WITHDRAWAL OF JOINDER IN LOCKS' MOTION

Lieff Cabraser Heimann & Bernstein, LLP, hereby withdraws its Joinder in the Motion by the Locks Law Firm for Appointment of Administrative Class Counsel was filed on March 30, 2018 (ECF No. 9837).

WHEREFORE, this Notice hereby withdraws the Notice of Joinder as filed in the docket as referenced above.

Dated: April 3, 2018

Respectfully Submitted,

By: */s/ Wendy R. Fleishman*
Wendy R. Fleishman

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street
8th Floor
New York, New York 10013
Telephone: (212) 355-9000
Facsimile: (212) 355-9592
wfleishman@lchb.com

Kenneth Byrd
Andrew R. Kaufman
Lieff Cabraser Heimann & Bernstein, LLP
222 2nd Avenue South
Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
kbyrd@lchb.com
akaufman@lchb.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 3rd day of April, 2018, upon all counsel of record.


Dated: April 3, 2018 /s/ *Wendy R. Fleishman*
Wendy R. Fleishman