# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and others similarly situated*,<br><br>         Plaintiffs,<br><br>              v.<br><br>National Football League and<br>NFL Properties LLC,<br>successor-in-interest to<br>NFL Properties, Inc.,<br><br>         Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS |  |

### CO-LEAD CLASS COUNSEL'S RESPONSE TO MOTION TO JOIN ANAPOL WEISS' REQUEST FOR A HEARING TO SEEK COURT <u>INTERVENTION ON THE PROCESSING OF CERTAIN CLAIMS</u>

Co-Lead Class Counsel respectfully submits this brief response to the request of the Mitnick Law Office (ECF No. 9785) to join the motion of Anapol Weiss, seeking this Court's intervention on the processing of certain claims arising from the Settlement (ECF No. 9784).  Just one day after filing its motion, Anapol Weiss withdrew it as moot, given its receipt of a monetary award determination issued to the client in question (ECF No. 9788).  The withdrawal of the underlying motion thereby renders the piggyback filing itself moot.  *Cf. Rudolph v. Safari Club Int'l*, No. 12CV1710, 2013 WL 1181897, at *8 n.6 (W.D. Pa. Mar. 20, 2013) (where underlying argument for dismissal to which certain defendants sought to join became moot, request for joinder to that argument became moot).

Accordingly, the Court should deny the joinder request without prejudice as moot.  If, for any reason, the Court should conclude that the Mitnick Law Office's joinder request is not moot, Co-Lead Class Counsel respectfully requests that he be afforded 14 days from any Order to that effect within which to respond to the Mitnick Law Office's filing.

Date:  April 3, 2018

Respectfully submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
cseeger@seegerweiss.com
Telephone:  (212) 584-0700

**CO-LEAD CLASS COUNSEL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on all counsel of record via the

Court's ECF system on April 3, 2018

/s/ *Christopher A. Seeger*
Christopher A. Seeger