IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |

# Movants' Motion to Join in the Motion of Class Counsel, the Locks Law Firm, for Appointment of Administrative Class Counsel (ECF 9786)

Come now, The Alexander Objectors and Lubel Voyles, LLP (hereinafter "Movants") and file this their joinder in the Motion of Class Counsel, the Locks Law Firm, for Appointment of Administrative Counsel (ECF 9786) as follows:

1. The Locks Law Firm (LLF) has filed a Motion for Appointment of Administrative Counsel. *See* ECF 9786.

2. The Court has ordered that all motions to join the LLF Motion for Appointment of Administrative Counsel must be filed on or before April 3, 2018. *See* ECF 9845.

3. In accordance with the Court's Order, Movants file this their Motion to Join the Motion for Appointment of Administrative Counsel.

4. Without the structural protection proposed by LLF, the Settlement Agreement is in danger of failing in its implementation.

5. LLF's request to serve as Administrative Class Counsel presents an opportunity for the Court to provide such structural protection for all of the Class Members.

6. Movants rely upon and incorporate by reference their Memorandum in Support of their Joinder in the Motion of Class Counsel, the Locks Law Firm, for Appointment of Administrative Class Counsel contemporaneously filed.

Date: April 3, 2018

Respectfully Submitted,

*/s/ Lance H. Lubel*

| | |
|---|---|
| Mickey Washington | Lance H. Lubel |
| Texas State Bar No.: 24039233 | Texas State Bar No.: 12651125 |
| WASHINGTON & ASSOCIATES, PLLC | Adam Voyles |
| 2019 Wichita Street | Texas State Bar No.: 24003121 |
| Houston, Texas 77004 | Justin R. Goodman |
| Telephone: (713) 225-1838 | Texas State Bar No.: 24036660 |
| Facsimile: (713) 225-1866 | LUBEL VOYLES LLP |
| Email: mw@mickeywashington.com | 675 Bering Dr., Suite 850 |
| | Houston, TX 77057 |
| James Carlos Canady | Telephone: (713) 284-5200 |
| Texas State Bar No.: 24034357 | Facsimile: (713) 284-5250 |
| THE CANADY LAW FIRM | Email: lance@lubelvoyles.com |
| 5020 Montrose Blvd., Suite 701 | adam@lubelvoyles.com |
| Houston, TX 77006 | jgoodman@lubelvoyles.com |
| Telephone: (832) 977-9136 | |
| Facsimile: (832) 714-0314 | |
| Email: ccanady@canadylawfirm.com | |

Attorneys for Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcom Frank

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on April 3, 2018.

*/s/ Lance H. Lubel*
Lance H. Lubel