# Lance Lubel

| | |
|---|---|
| **From:** | Lance Lubel |
| **Sent:** | Monday, February 19, 2018 11:46 AM |
| **To:** | 'cseeger@seegerweiss.com'; 'sweiss@anapolweiss.com'; 'smarks@podhurst.com'; 'glocks@lockslaw.com' |
| **Subject:** | RE: NFL concussion |

Counsel:

The number of paid claims in year 1, especially for Alzheimer's, Level 2 and Level 1.5 when compared to what was forecasted by NFL indicate something is either terribly wrong with the settlement or the claims process or both.  The paid level 1.5 and level 2 claims were less than 1% of the forecast supplied to the Court and part of the basis of the bargain.  Your recent filings seems to blame the NFL.  It is almost impossible to know what issues you are raising with the court, special master or claims administrator on behalf of the claimants.  There is no transparency to it at all and your filings suggest substantial disagreement or disharmony between your firms.   Please advise of the following:

1. Can you please share with me your correspondence and communications with the Court, special master and claims administrator with regard to interpretation of the settlement agreement and issues with the claims process as these are not privileged matters?
2. How are you dividing up the responsibilities between your firms in dealing with No. 1 above?
3. Are each of you having representatives present in person or by phone when discussing these issues with the decision maker(s)?
4. Has the NFL advised the Court how or why they were over 95% wrong on its forecast to the court and the class members to approve the settlement?
5. How are you assuring there is not disparate treatment in the claims administration process especially since there are 3 AAP members?
6. How do we learn about decisions coming out of the appeals including what positions are being taken by the NFL and class counsel in order to place our own clients claims in the best possible light given the precedence that is being created?

I look forward to your prompt response.

**From:** Lance Lubel
**Sent:** Thursday, October 19, 2017 4:41 PM
**To:** 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>; 'sweiss@anapolweiss.com' <sweiss@anapolweiss.com>; 'smarks@podhurst.com' <smarks@podhurst.com>; 'glocks@lockslaw.com' <glocks@lockslaw.com>
**Subject:** RE: NFL concussion

Chris and Sol:

See below.  Why haven't you filed an updated status report as it has now been over 4 months?  What is the status?

Lance

**From:** Lance Lubel
**Sent:** Wednesday, September 20, 2017 3:58 PM
**To:** cseeger@seegerweiss.com; 'sweiss@anapolweiss.com' <sweiss@anapolweiss.com>; 'smarks@podhurst.com' <smarks@podhurst.com>; 'glocks@lockslaw.com' <glocks@lockslaw.com>
**Cc:** Lance Lubel <Lance@lubelvoyles.com>
**Subject:** NFL concussion

Exhibit C

Counsel:

On or about June 15, Class Counsel filed a status report with information from the Claims administrator.  It would be helpful if you filed an updated Status Report since it has been over 3 months since the last one.  Please ask the Claims Administrator to include the following information:

1. Number of current claims filed for monetary awards;

2. Current Number of approved claims;

3. Breakdown of claims filed for each qualifying diagnoses under the settlement;

4. Breakdown of the number claims approved for each qualifying diagnoses;

5.  Breakdown by law firm of approved claims to date;

6.  The number of BAP exams completed;

7. The number of BAP exams scheduled to date;

8. The number of BAP evaluations that have resulted in approved monetary award claims;

9.  The total number of monetary award claims made by claimants not represented by counsel and out of those the total number approved for payment broken down by the claimed qualified diagnoses;

10.  The number of audits requested by the NFL parties, class counsel, and the results for each;

11.  The number and types of claims determined to be eligible for a monetary award by the claims administrator but waiting for feedback from the AAP.  Please  include the length of time between determination of eligibility and determination from the AAP.


I look forward to hearing back from you.   Hope you are doing well.

Lance