IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION _____ THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § § § § § § § | No. 12-md-2323 (AB) MDL No. 2323 |

## ORDER

On this date came on for consideration the The Alexander Objectors and Lubel Voyles, LLP's Motion to Join in the Motion of Class Counsel, the Locks Law Firm, for Appointment of Administrative Counsel. Having considered the motion, the Court is of the opinion that the joinder should be GRANTED. It is therefore

ORDERED that the The Alexander Objectors and Lubel Voyles, LLP's Motion to Join in the Motion of Class Counsel, the Locks Law Firm, for Appointment of Administrative Counsel is in all things GRANTED.

Dated this __ day of _____, 2018.    _____
                                           Hon. Anita B. Brody
                                           United States District Judge

1

Date: April 3, 2018

Mickey Washington
Texas State Bar No.: 24039233
WASHINGTON & ASSOCIATES, PLLC
2019 Wichita Street
Houston, Texas 77004
Telephone: (713) 225-1838
Facsimile: (713) 225-1866
Email: mw@mickeywashington.com

James Carlos Canady
Texas State Bar No.: 24034357
THE CANADY LAW FIRM
5020 Montrose Blvd., Suite 701
Houston, TX 77006
Telephone: (832) 977-9136
Facsimile: (832) 714-0314
Email: ccanady@canadylawfirm.com

Respectfully Submitted,

/s/ Lance H. Lubel
Lance H. Lubel
Texas State Bar No.: 12651125
Adam Voyles
Texas State Bar No.: 24003121
Justin R. Goodman
Texas State Bar No.: 24036660
LUBEL VOYLES LLP
675 Bering Dr., Suite 850
Houston, TX 77057
Telephone: (713) 284-5200
Facsimile: (713) 284-5250
Email: lance@lubelvoyles.com
adam@lubelvoyles.com
jgoodman@lubelvoyles.com

Attorneys for Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcolm Frank

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on April 3, 2018.

/s/ Lance H. Lubel
Lance H. Lubel

2