**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br>       v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                    Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

**AND NOW**, this 5th day of April, 2018, in accordance with the common benefit fund Memorandum issued on April 5, 2018, it is **ORDERED** that Class Counsel is awarded $106,817,220.62 in attorneys' fees and $5,682,779.38 in costs ($112.5 million total).

It is further **ORDERED** that Shawn Wooden, the estate of Corey Swinson, and the estate of Kevin Turner are each to be paid $100,000 from the common benefit fund as an incentive award for being Class Representatives.

                                        s/Anita B. Brody

                                        _____
                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: