**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                              Plaintiffs,<br>           v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                         Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

**AND NOW**, this _5th __ day of April, 2018, in accordance with the fee cap

Memorandum issued on April 5, 2018, it is **ORDERED** that fees to IRPAs are capped at 22%

plus reasonable costs unless the terms of a contingent fee contract reflect a rate lower than the

22% fee cap, in which case the lower fee will apply.  In exceptional or unique circumstances, the

Court will entertain petitions seeking an upward or downward deviation from the presumptive

fee cap.

It is further **ORDERED** that, pursuant to 28 U.S.C. § 636, all petitions seeking an

upward or downward deviation from the presumptive fee cap are **REFERRED** to the Honorable

David R. Strawbridge, United States Magistrate Judge for the Eastern District of Pennsylvania.

Judge Strawbridge is authorized to promulgate the rules and procedures governing IRPAs'

contingent fees.


s/ Anita B. Brody

_____

ANITA B. BRODY, J.




Copies **VIA ECF** on _____ to: