# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this _5th_ day of April, 2018, in consideration of Ron A. Cohen's response (ECF No. 9846) to the Court's Order to Show Cause (ECF No. 9822), it is **ORDERED** that all motions to remand and related motions filed by Mr. Cohen are withdrawn or moot as designated in the attached list.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

## *LIST OF REMAND MOTIONS AND MOTIONS RELATING THERETO FILED BY RON A. COHEN THAT ARE WITHDRAWN*

| ECF Nos. | Motion Name |
|---|---|
| #9144 | MOTION TO REMAND BY PLAINTIFF JOHNNY THOMAS |
| #9147 | MOTION TO REMAND BY PLAINTIFF MARK WASHINGTON |
| #9150 | MOTION TO REMAND BY PLAINTIFF DAMIEN ANDERSON |
| #9153 | MOTION TO REMAND BY PLAINTIFF DARRYL BLACKSTOCK |
| *#9154* | *MOTION TO REMAND BY PLAINTIFF COLBY BOCKWOLDT (DOCKETED AS E.O.A.)* |
| #9156 | MOTION TO REMAND BY PLAINTIFF COLBY BOCKWOLDT |
| #9162 | MOTION TO REMAND BY PLAINTIFF ANTHONY BRYANT |
| #9165 | MOTION TO REMAND BY PLAINTIFF DEXTER CARTER |
| #9168 | MOTION TO REMAND BY PLAINTIFF DANIEL CLARK |
| #9171 | MOTION TO REMAND BY PLAINTIFF COSEY COLEMAN |
| #9172 | MOTION TO REMAND BY PLAINTIFF JORGE CORDOVA |
| #9174 | MOTION TO REMAND BY PLAINTIFF JORGE CORDOVA |
| #9177 | MOTION TO REMAND BY PLAINTIFF MATTHEW DORSETT |
| #9180 | MOTION TO REMAND BY PLAINTIFF EARL DOTSON |
| #9183 | MOTION TO REMAND BY PLAINTIFF DERRICK FENNER |
| #9186 | MOTION TO REMAND BY PLAINTIFF DANIEL FELLS |
| #9189 | MOTION TO REMAND BY PLAINTIFF MICHAEL FLANAGAN |
| #9192 | MOTION TO REMAND BY PLAINTIFF ERIC FRAMPTON |
| #9195 | MOTION TO REMAND BY PLAINTIFF ANTONIO FREEMAN |
| #9198 | MOTION TO REMAND BY PLAINTIFF HUNTER GOODWIN |
| #9201 | MOTION TO REMAND BY PLAINTIFF J. SCOTTIE GRAHAM |
| #9204 | MOTION TO REMAND BY PLAINTIFF ROD GREEN |
| #9207 | MOTION TO REMAND BY PLAINTIFF MORLON GREENWOOD |
| #9210 | MOTION TO REMAND BY PLAINTIFF ROBERT GRIFFITH |
| #9213 | MOTION TO REMAND BY PLAINTIFF ALFRED GROSS |
| #9216 | MOTION TO REMAND BY PLAINTIFF TROY HAMBRICK GRANT |
| #9219 | MOTION TO REMAND BY PLAINTIFF MICHAEL HAMBY |
| #9222 | MOTION TO REMAND BY PLAINTIFF GREG HANOIAN |
| #9225 | MOTION TO REMAND BY PLAINTIFF ALAN HARPER |
| #9228 | MOTION TO REMAND BY PLAINTIFF MARGQUES HARRIS |
| #9231 | MOTION TO REMAND BY PLAINTIFF MICHAEL HAWKINS |
| #9234 | MOTION TO REMAND BY PLAINTIFF JEREMY HORNE |
| #9237 | MOTION TO REMAND BY PLAINTIFF MAURICE HURST |
| #9240 | MOTION TO REMAND BY PLAINTIFF RANDY HYMES |
| #9243 | MOTION TO REMAND BY PLAINTIFF CARLOS JENKINS |
| #9246 | MOTION TO REMAND BY PLAINTIFF ROBERT JENKINS |
| #9249 | MOTION TO REMAND BY PLAINTIFF MARCUS JOHNSON |
| #9252 | MOTION TO REMAND BY PLAINTIFF BRIAN JONES |
| #9255 | MOTION TO REMAND BY PLAINTIFF LEANDER JORDAN |
| #9258 | MOTION TO REMAND BY PLAINTIFF ABNER JUNKIN |
| #9261 | MOTION TO REMAND BY PLAINTIFF KEVIN KASPER |
| #9264 | MOTION TO REMAND BY PLAINTIFF PETE KENDALL |
| #9267 | MOTION TO REMAND BY PLAINTIFF ED KING |
| #9270 | MOTION TO REMAND BY PLAINTIFF JEREMY LEMAN |
| #9276 | MOTION TO REMAND BY PLAINTIFF SETH Mc KINNEY |
| #9279 | MOTION TO REMAND BY PLAINTIFF FREDDIE MITCHELL |
| #9282 | MOTION TO REMAND BY PLAINTIFF TIM MORABITO |
| #9285 | MOTION TO REMAND BY PLAINTIFF RYAN NEUFELD |
| #9288 | MOTION TO REMAND BY PLAINTIFF JEFFREY OLSON |

#9291   MOTION TO REMAND BY PLAINTIFF ANTON PALEPOI
#9294   MOTION TO REMAND BY PLAINTIFF JAYICE PEARSON
#9297   MOTION TO REMAND BY PLAINTIFF ZACH PILLER
#9300   MOTION TO REMAND BY PLAINTIFF ANDREW PINNOCK
#9303   MOTION TO REMAND BY PLAINTIFF MONTAE REAGOR
#9306   MOTION TO REMAND BY PLAINTIFF ED REED
#9309   MOTION TO REMAND BY PLAINTIFF JEFF ROBINSON
#9312   MOTION TO REMAND BY PLAINTIFF DERRICK RODGERS
#9315   MOTION TO REMAND BY PLAINTIFF DEREK ROSS
#9318   MOTION TO REMAND BY PLAINTIFF MATTHEW ROTH
#9321   MOTION TO REMAND BY PLAINTIFF CRAIG SAUER
#9324   MOTION TO REMAND BY PLAINTIFF PAUL SMITH
#9327   MOTION TO REMAND BY PLAINTIFF TERRELLE SMITH
#9330   MOTION TO REMAND BY PLAINTIFF DEREK STANLEY
#9333   MOTION TO REMAND BY PLAINTIFF BARRY STOKES
#9336   MOTION TO REMAND BY PLAINTIFF FREDERICK THOMAS
#9339   MOTION TO REMAND BY PLAINTIFF JEFFREY THOMASON
#9342   MOTION TO REMAND BY PLAINTIFF TYSON THOMPSON
#9345   MOTION TO REMAND BY PLAINTIFF KYLE TURLEY
#9348   MOTION TO REMAND BY PLAINTIFF COURTNEY VAN BUREN
#9351   MOTION TO REMAND BY PLAINTIFF ROSS VERBA
#9354   MOTION TO REMAND BY PLAINTIFF JONATHAN WADE
#9357   MOTION TO REMAND BY PLAINTIFF DANTE WESLEY
#9360   MOTION TO REMAND BY PLAINTIFF JERRY WILSON
#9363   MOTION TO REMAND BY PLAINTIFF CAMERON WORRELL
#9364   MOTION TO REMAND BY PLAINTIFF MOHAMMED MASSAQOI
#9367   MOTION TO REMAND BY PLAINTIFF AARON ROUSE
#9370   MOTION TO REMAND BY PLAINTIFF ADAM SCHREIBER
#9375   MOTION TO REMAND BY PLAINTIFF SAMMY KNIGHT
#9378   MOTION TO REMAND BY PLAINTIFF RONALD SINGLETON
#9382   MOTION TO REMAND BY PLAINTIFF EBENEZER EKUBAN
#9385   MOTION TO REMAND BY PLAINTIFF TERRY ALLEN

## OTHER MOTIONS MOOT AS RESULT OF WITHDRAWAL

#9498   MOTION TO CORRECT FILINGS  DENIED AS MOOT
#9514   CORRECTED MOTION TO REMAND BY PLAINTIFFS TERRY ALLEN, ET. AL.  AS MOOT
#9520   CORRECTED MOTION TO REMAND BY PLAINTIFFS TERRY ALLEN, ET. AL. AS MOOT