# EXHIBIT B

| Jacobs, Ray | 5/6/2016 | FedEx to client encl. intake packet | $42.95 |
| Jacobs, Ray | 6/16/2016 | Postage- sending client HIPAA form to execute | $1.15 |
| Jacobs, Ray | 9/2/2016 | Postage- Update letter to client | $0.47 |
| Jacobs, Ray | 11/3/2016 | Check No. 1449 to North Carolina Neuropsychiatry for evaluation | $4,500.00 |
| | | | **$4,544.57** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-615-37322 | May 20, 2016 | 3440-9709-7 | 1 of 3 |

FedEx Tax ID: 71-0427007

**Billing Address:**
THE STECKLER LAW FIRM
JAMIE BACIAK
12720 HILLCREST RD STE 1045
DALLAS TX  75230-2079

**Shipping Address:**
BACIAK, JAMIE
THE STECKLER LAW FIRM
SUITE 1045
12720 HILLCREST RD STE 1045
DALLAS TX  75230-2079

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:  (800) 622-1147
             M-F 7 AM to 8 PM CST
             Sa 7 AM to 6 PM CST
Fax:     (800) 548-3020
Internet:  www.fedex.com

### Invoice Summary May 20, 2016

**FedEx Express Services**

| | | |
|---|---|---|
| Transportation Charges | | 41.50 |
| Bonus Discounts | | -6.64 |
| Special Handling Charges | | 8.09 |
| Total Charges | USD | $42.95 |
| **TOTAL THIS INVOICE** | **USD** | **$42.95** |

NFL

You saved $6.64 in discounts this period!

Shipments included in this invoice received an earned discount. If you would like to know how it was calculated, please go to the following URL: https://www.fedex.com/EarnedDiscounts/.
Other discounts may apply.

Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx. Please do not staple or fold. Please make check payable to FedEx.
☐ For change of address, check here and complete form on reverse side.

| Invoice Number | Account Number | Amount Due |
|---|---|---|
| 6-615-37322 | 3440-9709-7 | USD $42.95 |

### Remittance Advice
**Your payment is due by Jun 04, 2016**

3440970966153732290000000429525

THE STECKLER LAW FIRM
JAMIE BACIAK
12720 HILLCREST RD STE 1045
DALLAS TX  75230-2079

FedEx
P.O. Box 660481
DALLAS TX  75266-0481



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-615-37322 | May 20, 2016 | 3440-9709-7 | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** May 06, 2016
**Payor:** Third Party
**Cust. Ref.:**
**Ref.#3:**
**Ref.#2:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 0.50% to this shipment.
Incorrect recipient address.

| | | | |
|---|---|---|---|
| Automation | SSFO | | |
| Tracking ID | 783007682897 | | |
| Service Type | FedEx Intl Priority | | |
| Package Type | FedEx Envelope | | |
| Orig./Dest. | DAL/YYC | | |
| Zone | B | | |
| Packages | 1 | | |
| Rated Weight | 0.4 lbs | | |
| Declared Value | USD 25.00 | | |
| Delivered | May 12, 2016 17:17 | | |
| Signed by | R. JACOBS | | |
| FedEx Use | _/US0010/_ | | |

**Sender**
JAMIE BACIAK
FDX EXP/REDBIRD
12720 HILLCREST RD STE 1045
12720 HILLCREST RD STE 1045
DALLAS TX 75230 US

**Recipient** — NFL client
RAY JACOBS
526 HIGH PARK CT
HIGH RIVER AB T1V 0A4 CA

| | |
|---|---|
| Transportation Charge | 41.50 |
| Fuel Surcharge | 0.19 |
| Automation Bonus Discount | -6.64 |
| Residential Delivery | 3.65 |
| Direct Signature | 4.25 |
| **Total Transportation Charges** USD | **$42.95** |
| **Third Party Subtotal** USD | **$42.95** |
| **Total FedEx Express** USD | **$42.95** |

**DEAN GRESHAM PC**  03-12
2911 TURTLE CREEK BLVD STE 1400
DALLAS, TX 75219

1449
88-2299/1113
3313

DATE 11/3/16

PAY TO THE ORDER OF North Carolina Neuropsychiatry  $ 4500.00

four thousand five hundred & 00/100s  DOLLARS

**PlainsCapital** Bank
www.plainscapital.com
Dallas, Texas

FOR Ray Jacobs 11/11/16        Dean Gresham

REDACTED

# NCNeuropsychiatry
attention & memory centers

Chapel Hill | Charlotte | Raleigh | www.ncneuropsych.com

## North Carolina Neuropsychiatry, PA
## BILLING POLICY FOR PROFESSIONAL LEGAL SERVICES

**Legal evaluations performed in our office are required to be paid in full prior to the appointment.** If retaining Dr. Hervey as an expert witness, the retainer fee will be quoted on a case by case basis. Payment in full is expected for Independent Medical Evaluations prior to the appointment at the
rate of $4,000 - $10,000. Dr. Hervey does not allow third party observations or any form of audio or video recording of evaluations.

**Payment in full is expected for all depositions at the rate of $500 per hour scheduled with a 2-hour minimum ($1000).** Record review, conferences and pre-deposition meetings will be billed at $300/hour. Expert witness fees, travel fees and expenses will be billed separately.

The appointment made for all legal services will be guaranteed upon receipt of payment and the signing of this document. If payment in full is not received at least one week prior to the appointment from the appropriate person, the appointment may be cancelled except for Worker's Compensation Depositions. By signing this document, in regards to a Worker's Compensation Deposition, you are agreeing to submit the bill and a proposed order to the Industrial Commission and inform us when doing so.

It is understood that if an appointment or deposition is cancelled within 24 hours for any reason, the party responsible for payment will be charged for the original appointment fee. If the appointment or deposition will be rescheduled, you will be responsible for repayment.

Payment in full for all billed legal services (other than evaluation prepayment) is due 30 days from the date services were rendered. There will be an interest charge of 1.5% per month (18% annually) applied to all balances over $10.00.

Patient/Case Name: __Ray Jacobs - NFL Concussion Settlement - Class Action__

Quoted Retainer: _____ Evaluation Fees: __$4500.00__

**Note.** The retainer is a separate charge above and beyond the evaluation fee.

### LEGAL RETAINER FEE

In many instances upon completion of the initial records review, you will be given the option of simply paying for the record review or paying a Legal Retainer Fee. The legal retainer fee is separate from all other legal fees and evaluation fees. It is non-refundable and includes the initial record review. It guarantees the right to use Dr. Hervey as an expert witness and that he will ensure availability if the case goes to trial.

If you decide not to retain, we cannot guarantee the provider's availability.

**Please sign below that you have read, understood, and agree to the above policy.**

_[signature]_         Tonja Nichols                                11 / 3 / 2016
**Signature** of Legal Representative    **Printed Name** of Legal Representative    Date

_[signature] Kelly A. Copeland_   Kelly A. Copeland   11 / 3 / 2016
**Signature** of Witness    **Printed Name** of Witness    Date

---

| 1829 E. Franklin Street, Bldg. 400 | 6911-100 Shannon Willow Road | 2605 Blue Ridge Road, Suite 225 |
| Chapel Hill, NC 27514 | Charlotte, NC 28226 | Raleigh, NC 27607 |
| T 919 933-2000 | T 704 529-4101 | T 919 785-5055 |
| F 919 933-2830 | F 704 529-6655 | F 919 573-6689 |

**NCNeuropsychiatry**
attention & memory centers          Chapel Hill | Charlotte | Raleigh | www.ncneuropsych.com

# LEGAL REFERRAL FORM

**Claims to be billed to:**
- Name: Steckler Gresham Cochran
- Address: 12720 Hillcrest Rd. Ste 1045, Dallas, TX 75230
- Phone: 972-387-4040
- Fax: 972-387-4041
- Email: tnichols@greshampc.com

**Patient Name:** Ray Jacobs      **Date:** / /
**Address:** 700 Shepard Rd.
**City:** Hampstead     **State:** NC     **Zip:** 28443
**Home Phone:** ( )    **Cell Phone:** (403) 861-7081    **Email:** rayjacobs1972@yahoo.com
**Date of Birth:** 8/16/72   **Sex:** Male ✓  Female ___   **SSN:** / /
**Reason for Visit:** ~~Medical Record Review~~ / (IME) / ~~Deposition~~ / ~~Expert Testimony~~ / ~~Retainer~~ / (Other) Testing as described in Exhibits sent
**Basic History:** Retired NFL player. Needs Neuropsych testing to see if he qualifies to be a class member & receive class payouts from a Class Action Settlement regarding Concussions.

**Please Indicate: Plaintiff or Defendant** - neither. Potential Class member
**Attorney:** Bruce Steckler   **Firm:** Steckler Gresham Cochran
**Address:** 12720 Hillcrest Rd. Ste 1045, Dallas, TX 75230
**Phone:** 972-387-4040   **Fax:** 972-387-4041   **Email:** bruce@stecklerlaw.com
**Paralegal/Contact:** Tonja Nichols  **P:** 469.916.0524  **F:** 469-535-8100  **Email:** tnichols@greshampc.com
**Deadlines for Trials / Service Dates:** No trial - Report needed ASAP
**Case Name and/or Reference #:** NFL Concussion Settlement - Class Action
**Opposing Attorney:** N/A

---

**FOR OFFICE USE ONLY~ FOR OFFICE USE ONLY~ FOR OFFICE USE ONLY~ FOR OFFICE USE ONLY**

**Appointment made with:** _____  **Date:** _____  **Time:** _____  **Office:** _____
**Acct #:** _____  **Letter to the Payer/Billing Policy Sent:** _____  **Received:** _____
**Encounter Form Sent:** _____  **Payment Received:** _____  **Medical Records Received:** _____
**NOTES:**

---

PLEASE RETURN TO:
Sharon Adkins P: 919.785.5005 confidential legal ext.1004 F: 919.573.6689 email:sadkins@ncneuropsych.com
2605 Blue Ridge Rd., Suite 225, Raleigh, NC 27607-6459