# EXHIBIT B

| | | |
|---|---|---|
| 10/19/2016 | Payment to Pedro Nosnik, MD | $2,950.00 |
| 11/21/2016 | Payment to Pedro Nosnik, MD for time spent working on affidavit | $165.00 |
| 10/25/2017 | Printing/photocopying charges: 81 pages @ .20 per page | $16.20 |
| 11/13/2017 | Fee for filing Appeal | $1,000.00 *refunded 3/12/2018* |
| 3/26/2018 | Computerized Research- Pacer charges | $6.80 |
| | | **$3,138.00** |

# GRESHAM PC
## Transaction Detail by  Account
### All Dates

| Date | Transaction Type | Num | Name | Memo/Description | Amount | Balance | Customer |
|------|------|------|------|------|------|------|------|
| **Advanced Client Costs** | | | | | | | |
| **Expert Witness Fees** | | | | | | | |
| 10/19/2016 | Expense | | Pedro Nosnik, MD | CHECKCARD 1018 PEDRO NOSNIK MD 9 | 2,950.00 | 2,950.00 | NFL Concussion Litigation:Leeland McElroy |
| 11/21/2016 | Expense | | Pedro Nosnik, MD | CHECKCARD 1118 PEDRO NOSNIK MD 9 | 165.00 | 3,115.00 | NFL Concussion Litigation:Leeland McElroy |
| **Total for Expert Witness Fees** | | | | | **$ 3,115.00** | | |
| **Total for Advanced Client Costs** | | | | | **$ 3,115.00** | | |

Wednesday, Mar 21, 2018 09:14:53 AM GMT-7 - Accrual Basis



## BILLING HISTORY

[Close]

**Detailed Transaction Report by Client Code**
**All**
**from 03/26/2018 to 03/26/2018**

Fri Apr 06 10:54:34 CDT 2018
**Stecklerlaw**

[Back]   [New Search]

| Billing Transactions | | | | | | | |
|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
|  |  |  |  |  |  | ▬▬▬▬▬ |  |
| ▬▬ | ▬▬ | ▮ | ▬▬ |  | ▬▬▬▬ | ▬▬▬ | ▬ |
| ▬▬ | ▬▬ | ▮ | ▬▬ |  | ▬▬▬ | ▬ | ▬ |
| ▬▬ | ▬▬ | ▮ | ▬▬ |  | ▬▬ | ▬ | ▬ |
| ▬▬ | ▬▬ | ▮ | ▬▬ |  | ▬▬ | ▮ | ▬ |
| ▬▬ | ▬▬ | ▮ | ▬▬ |  | ▬▬ | ▬ | ▬ |
| ▬▬ | ▬▬ | ▮ | ▬▬ |  | ▬▬ | ▬ |  |
| ▬▬ | ▬▬ | ▮ | ▬▬ |  | ▬▬ | ▬ |  |
| ▬▬ | ▬▬ | ▮ | ▬▬ |  | ▬▬ | ▬ |  |
| ▬▬ | ▬▬ | ▮ | ▬▬ |  | ▬▬ | ▬▬ | ▬ |
| ▬▬ |  | ▮ | ▬▬ |  | ▬ |  |  |
|  |  | ▮ | ▬▬▬▬ |  | ▬ |  |  |
|  |  |  |  |  | ▬ |  |  |

| NFL-McElroy | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/26/2018 | 10:47:04 | 2 | PAEDC | NFL-McElroy | Docket Report | 2:16-cv-02005-AB | $0.20 |
| 03/26/2018 | 10:47:39 | 2 | PAEDC | NFL-McElroy | Image18-0 | 2:16-cv-02005-AB Document 18-0 | $0.20 |

| ▬▬ |  | ▮ | ▬▬▬ |  | ▬ |  |  |
|  |  | ▮ | ▬▬▬▬ |  | ▬ |  |  |
|  |  |  |  |  | ▬ |  |  |

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|------|------|-------|-------|-------------|-------------|--------|------|
| 03/26/2018 | 10:47:54 | 30 | PAEDC | NFL-Mcelroy | Image1-0 | 2:16-cv-02005-AB Document 1-0 | $3.00 |
| 03/26/2018 | 16:05:14 | 1 | PAEDC | NFL-Mcelroy | Docket Report | 2:12-cv-02323-JS Starting with document: 9786 | $0.10 |
| 03/26/2018 | 16:05:53 | 3 | PAEDC | NFL-Mcelroy | Docket Report | 2:12-md-02323-AB Starting with document: 9786 | $0.30 |
| 03/26/2018 | 16:06:15 | 30 | PAEDC | NFL-Mcelroy | Image9789-1 | 2:12-md-02323-AB Document 9789-1 | $3.00 |
| **Subtotal:** | | **68** | **pages** | | **$6.80** | | |
| | | **0** | **audio files ($2.40 ea)** | | **$0.00** | | |
| | | | | | **$6.80** | | |
| ██████ | | ██ | ████ | | ██ | | |
| | | █ | ███████ | | ██ | | |
| | | | | | ██ | | |

Back    New Search
