## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record by the Court's ECF system.

Dated: April 6, 2018

                                              CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP

                                              /s/ *Frederick Schenk*
                                              Frederick Schenk
                                              California Bar No. 086392
                                              110 Laurel Street
                                              San Diego, CA 92101
                                              Ph: (619) 238-1811
                                              Fax: (619) 544-9232
                                              fschenk@cglaw.com