UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
March 29, 2018
DCO-061E

Nos. 18-1040 & 18-1482

In Re: National Football League Players' Concussion Injury Litigation

*RD Legal Funding, LLC; RD Legal Finance, LLC;
RD Legal Funding Partners LP; Roni Dersovitz,
Appellants

*(Pursuant to Rule 12(a) Fed. R. App. P.)

(E.D. Pa. No. 2-12-md-02323)

Present: JORDAN and SHWARTZ, Circuit Judges

1. Emergency Motion of Appellants RD Legal Funding Partners, LP, RD Legal Finance, LLC, RD Legal Funding, LLC and Roni Dersovitz for Stay Pending Appeal;

2. Response in Opposition by Class Plaintiffs-Appellees to Appellants' Motion for Stay Pending Appeal;

3. Motion by Class Member Andrew Stewart to Intervene to Oppose Emergency Motion of Appellants to Stay Appeal;

4. Response in Opposition by Proposed Intervenor Class Member Andrew Stewart to Appellant's Motion for Stay Pending Appeal;

5. Reply to Response by Appellants RD Legal Funding Partners, LP, RD Legal Finance, LLC, RD Legal Funding, LLC and Roni Dersovitz for Stay Pending Appeal.

Respectfully,
Clerk/sb

Nos. 18-1040 & 18-1482
In re: NFL Players' Concussion
Page 2, Cont'd

_____ORDER_____

The foregoing Motion by Class Member Andrew Stewart to Intervene to Oppose Emergency Motion of Appellants to Stay Appeal is GRANTED. The Emergency Motion of Appellants for Stay Pending Appeal is DENIED.

By the Court,

s/ Kent A. Jordan
Circuit Judge

Dated: April 10, 2018
CJG/cc:	TerriAnne Benedetto, Esq.
Diogenes P. Kekatos, Esq.
Christopher A. Seeger, Esq.
Sol H. Weiss, Esq.
Lynn B. Bayard, Esq.
Bruce A. Birenboim, Esq.
Brad S. Karp, Esq.
Ellen C. Brotman, Esq.
Jeffrey M. Hammer, Esq.
Michael D. Roth, Esq.
David K. Willingham, Esq.
Michael H. Rosenthal, Esq.