# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## NOTICE

On Monday, April 16, 2018 at 11:00 a.m., the Court is holding oral argument regarding the NFL Parties' motion to dismiss based on preemption and the motions to remand in the Chiefs/Cardinals cases. *See* ECF No. 9752. The Court expects the following approximate timing for argument:

- NFL Parties' motion to dismiss on preemption

    o 30 minutes each for the NFL Parties and Opt Out Plaintiffs to argue. The NFL Parties will argue first and can reserve time for rebuttal.

    o 10 minutes each for the Seau Family and Ted Johnson to argue, if they choose. The NFL may respond to each argument.

- Motions to remand

- o 20 minutes each for the combined Chiefs/Cardinals Plaintiffs and the NFL Parties to argue. The Plaintiffs will argue first and can reserve time for rebuttal.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:				Copies **MAILED** on _____ to: