# SEEGERWEISS LLP

April 11, 2018

**Via ECF**

Honorable Anita B. Brody
United States District Judge
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

      Re:    *In re National Football League Players' Concussion Injury Litigation*,
               No. 12-md-2323-AB

Dear Judge Brody:

      In accordance with the Memorandum Opinion and Order that the Court issued on April 5, 2018 [ECF Nos. 9860, 9861], I respectfully submit the attached proposed order, authorizing the Fund Administrator to pay the approved incentive awards to the three Class Representatives and to reimburse Class Counsel and other firms that performed common benefit work for common benefit costs and expenses from the Attorneys' Fees Qualified Settlement Fund, and directing the recipients of funds to cooperate with the Fund Administrator to effectuate the order.

      I thank the Court for its consideration of this submission.

                                        Respectfully,

                                        */s/ Christopher A. Seeger*
                                        Christopher A. Seeger
                                        *Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing, along with the attachment, was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

Dated: April 11, 2018

*/s/ Christopher A. Seeger*
Christopher A. Seeger
