UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2018, in accordance with this Court's Memorandum Opinion and its Order, both dated April 5, 2018 [ECF Nos. 9860, 9861];

It is hereby **ORDERED** that the Fund Administrator for the Attorneys' Fees Qualified Settlement Fund ("AFQSF") shall pay the sum of one hundred thousand dollars ($100,000) as an incentive award to each of the following from the AFQSF: Plaintiffs and Class Representatives Shawn Wooden; the estate of Corey Swinson; and the estate of Kevin Turner; and,

It is hereby further **ORDERED** that the Fund Administrator shall pay each of the firms listed below, which submitted common benefit expenses contained in the Fee Petition, filed on February 13, 2017 [ECF Nos. 7151-06 to 7151-26], and the Declaration of Christopher A. Seeger in Support of Proposed Allocation, dated October 10, 2017 [ECF No. 8447], at ¶15, the amounts, as set forth below, from the AFQSF, as reimbursement for the common benefit costs and expenses incurred by those firms:

| Firm Name | Expenses |
|---|---|
| Seeger Weiss LLP | $ 1,498,690.99 |
| Anapol Weiss | $ 1,031,971.55 |
| Podhurst Orseck, PA | $ 771,127.79 |
| Locks Law Firm | $ 639,160.00 |
| Levin Sedran & Berman | $ 519,893.97 |
| Hausfeld LLP | $ 165,468.47 |
| Zimmerman Reed LLP | $ 135,545.72 |
| Pope McGlamry | $ 125,137.01 |
| Kreindler & Kreindler LLP | $ 120,832.04 |
| The Dugan Law Firm | $ 118,880.16 |
| NastLaw LLC | $ 117,138.64 |
| Rose, Klein & Marias LLP | $ 112,168.64 |
| McCorvey Law, LLC | $ 104,155.65 |
| Casey, Gerry, Schenk LLP | $ 86,651.72 |
| Mitnick Law Office, LLC | $ 83,082.20 |
| Hagen, Rosskopf & Earle, LLC | $ 16,998.08 |
| Goldberg, Persky & White, P.C. | $ 11,823.78 |
| Girard Gibbs LLP | $ 8,300.11 |
| Prof. Samuel Issacharoff | $ 7,302.22 |
| Girardi Keese | $ 5,509.15 |
| Reinhardt Wendorf & Blanc | $ 1,480.57 |
| Spector Roseman Kodroff & Willis | $ 1,460.92 |
| | |
| Total | $5,682,779.38 |

It is further **ORDERED** that each of the incentive award recipients and the law firms listed above shall cooperate with the Fund Administrator of the AFQSF to effectuate this Order.

_____
ANITA B. BRODY, J.