UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | **Hon. Anita B. Brody**<br><br><br><br>**NOTICE OF ATTORNEYS' FEE LIEN** |
| THIS DOCUMENT RELATES TO:<br>Plaintiff Marquice Cole - 900003700 | |

Attorney Patrick J. Tighe, of X1LAW, PA, attorney for Marquice Cole, in the above named and numbered cause of action, hereby notifies this Court and all parties that Attorney Patrick J. Tighe, of X1LAW, PA has a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Fee Lien relating to Plaintiff, Marquice Cole.

Dated: April 11, 2018

Respectfully Submitted,

LOREN & KEAN LAW

By: *s/Michael G. St. Jacques, II*

Michael G. St. Jacques, II
Florida Bar No. 0783471
7111 Fairway Drive, Suite 302
Palm Beach Gardens, FL 33418
Phone: 561-615-5701
Fax: 561-615-5708
mstjacques@lorenkeanlaw.com

OF COUNSEL:

Patrick J. Tighe
Florida Bar No. 568155
X1LAW, P.A.f/k/a Patrick J. Tighe, P.A.
721 US Highway 1, Ste 121
North Palm Beach, FL 33408
Phone: 561-537-3319
Fax: 561-537-7193
Pat@X1LAW.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2018, the foregoing Petition to Establish Attorney's Lien was electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

**LOREN & KEAN LAW**

*s/ Michael St. Jacques*
**MICHAEL G. ST. JACQUES, II**