## **CERTIFICATE OF SERVICE**

I, Brad S. Karp, hereby certify that on the 13th day of April 2018, I electronically transmitted a true and correct copy of the foregoing document, MEMORANDUM OF THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN OPPOSITION TO MOTION OF THE LOCKS LAW FIRM FOR APPOINTMENT OF ADMINISTRATIVE CLASS COUNSEL, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated:  April 13, 2018              /s/ Brad S. Karp
                                                              Brad S. Karp