# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>                              Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                              Defendants. | Civ. Action No.:  14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC'S MOTION FOR THE APPOINTMENT OF A SPECIAL INVESTIGATOR

The National Football League and NFL Properties, LLC (together, the "NFL Parties") respectfully move, pursuant to Federal Rule of Civil Procedure 53, for the immediate appointment of a Special Investigator to assist the Claims Administrator and the Court in investigating the submission of fraudulent claims to the NFL Concussion Settlement Program and recommending appropriate sanctions.

Dated: April 13, 2018

                                  Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/  Brad S. Karp
Brad S. Karp
Bruce Birenboim
Lynn B. Bayard
Richard C. Tarlowe
Sarah A. Istel
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:   (212) 373-3000
Email: bkarp@paulweiss.com

*Attorneys for Defendants the National Football League and NFL Properties LLC*