# CERTIFICATE OF SERVICE

I, Brad S. Karp, hereby certify that on the 13th day of April 2018, I electronically transmitted a true and correct copy of the foregoing documents, THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC'S MOTION FOR THE APPOINTMENT OF A SPECIAL INVESTIGATOR and MEMORANDUM OF LAW IN SUPPORT OF THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC'S MOTION FOR THE APPOINTMENT OF A SPECIAL INVESTIGATOR, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated:  April 13, 2018             /s/ Brad S. Karp
                                    Brad S. Karp