# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | : : : : : | Hon. Anita B. Brody |

## STATUS REPORT BY THE CLAIMS ADMINISTRATOR

BrownGreer PLC, the court-appointed Claims Administrator of the settlement program established under the Class Action Settlement Agreement in this litigation, submits the attached Declaration of Orran L. Brown, Sr., to apprise the Court and the public on the implementation of its duties as the Claims Administrator.

Respectfully submitted,

**CLAIMS ADMINISTRATOR**

By:   /s/ Orran L. Brown, Sr.
      Orran L. Brown, Sr.
      Virginia State Bar No.: 25832
      BrownGreer PLC
      250 Rocketts Way
      Richmond, Virginia  23231
      Telephone:  (804) 521-7201
      Facsimile:  (804) 521-7299
      Email:  obrown@browngreer.com

541198

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Status Report by the Claims Administrator was filed electronically on this 13th day of April, 2018, and was served electronically upon Class Counsel, counsel for the NFL Parties and all counsel of record by the United States District Court for the Eastern District of Pennsylvania's electronic filing system.

    /s/  Orran L. Brown, Sr.
Orran L. Brown, Sr.
Virginia State Bar No.:  25832
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com