UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## STATEMENT OF THE SPECIAL MASTERS

The undersigned, appointed Special Master in this matter by Order of the Honorable Anita B. Brody on July 13, 2016 (ECF Doc. 6871), hereby state the following:

1. In accordance with our appointment, we have overseen the work of Brown Greer PLC and the work of Garretson Resolution Group and have joined these Administrators, the Parties, and the Court in working to ensure the ongoing efficient administration of the Settlement Agreement;

2. We have read the Declaration of Orran L. Brown, Sr. and the Declaration of Matthew L Garretson, both filed in this Docket on April 13, 2018;

3. These Declarations accurately and thoroughly outline the work done by Brown Greer PLC and the Garretson Resolution Group.

_____
Wendell E. Pritchett

4/13/18
Date

_____
Jo-Ann M. Verrier

4/13/18
Date