# Exhibit A

# Scott George

| | |
|---|---|
| **From:** | David Langfitt <dlangfitt@lockslaw.com> |
| **Sent:** | Tuesday, September 26, 2017 11:15 AM |
| **To:** | Scott George |
| **Cc:** | Chris Seeger; Gene Locks; Michael Rosenberg; Steven C Marks; Matt Weinshall |
| **Subject:** | Re: Draft |
| **Attachments:** | DDL tracked changes to S. George Opposition to X1Law Motion.doc |

Gentlemen:  We like what you wrote.  Attached are LLF's suggested changes to the opposition brief in tracked changes format.  We do not think these are controversial but, rather, adhere to the plain language of the Agreement and BrownGreer's role.  Our edits to FN7 might give the NFL counsel or Seeger Weiss heartburn, but we do not think it should.  If it does, we suggest the following compromise: delete the last sentence of FN7 in its entirety or delete the entire footnote as not necessary.  Please let me know your thoughts.  David


**David Langfitt**, Partner
**e.** dlangfitt@lockslaw.com
**t.** 215.893.3423
**c.** 610.787.1706
  Admitted to Practice in NJ, PA



www.lockslaw.com

The Curtis Center
601 Walnut St. | Suite 720 East
Philadelphia, PA 19106
(215) 893-0100 (Phone) | (215) 893-3444 (Fax)

801 North Kings Hwy.
Cherry Hill, NJ 08034
(856) 663-8200 (Phone) | (856) 661-8400 (Fax)

800 Third Ave. | 11th Floor
New York, NY 10022
(212) 838-3333 (Phone) | (212) 838-3735 (Fax)

**\*CONFIDENTIALITY NOTE\*\***
\*This transmission and the documents accompanying this transmission contain information from the LOCKS LAW FIRM that is confidential and or privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited and the documents should be returned to this office immediately. Therefore, if you have received this transmission in error, please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

On Mon, Sep 25, 2017 at 4:40 PM, Scott George <sgeorge@seegerweiss.com> wrote:
> Please refer to the attached version instead.
>
> Scott George
> Seeger Weiss LLP
>
> -----Original Message-----

From: Scott George
Sent: Monday, September 25, 2017 2:29 PM
To: 'David Langfitt'
Cc: Chris Seeger; Gene Locks; Michael Rosenberg; STEVEN C. MARKS
Subject: RE: Draft

Sure. Here is the current draft.

Scott George
Seeger Weiss LLP

-----Original Message-----
From: David Langfitt [mailto:dlangfitt@lockslaw.com]
Sent: Monday, September 25, 2017 12:30 PM
To: Scott George
Cc: Chris Seeger; Gene Locks
Subject: Draft

Hello Scott: As per our agreement and understanding, may we see a draft of the response to the Tighe motion as soon as possible? Many thanks, David

David Langfitt
215-893-3423-w
610-787-1706-c