# Exhibit C

**From:** willis44nfl@aol.com [mailto:willis44nfl@aol.com]
**Sent:** Wednesday, May 17, 2017 7:48 PM
**To:** TerriAnne Benedetto <TBenedetto@seegerweiss.com>
**Subject:** Letter

May 17, 2017

TerriAnne Benedetto
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102

Dear Terry,

As per your request, here is the law firm that sent out the letter, if you read it, according to this information released by Locks Law, I don't see where my letter was misleading in any way, I am ready to comply regarding any misinformation? And please note, any letter I send out now or in the future is reviewed and approved by my legal council.

Regards,

Fred Willis

Important Baseline Testing Information

View this email in your browser

# LOCKS LAW FIRM







# NFL CONCUSSION SETTLEMENT

Dear _____,

As you likely know, the settlement requires baseline testing to begin in June. Because of the numbers of former players who will need to be tested and the limited schedules available for the baseline testing providers (i.e. neuropsychologists and neurologists), the administrator has determined that many of the tests be delayed for 6-12 months (or more, in some instances).

Our files indicate that you are not in immediate distress and if tested, likely would not be diagnosed with a compensable condition (dementia, Alzheimer's, ALS or Parkinson's). Therefore delaying your test will not affect your settlement benefits and we recommend that you follow the request of the administrator. We will look to schedule your exams in the near future.

If our records are incorrect and you feel there is a need to have testing done sooner, please contact us immediately and will work with the administrator to get an appointment as soon as possible. If you have any other questions along the way, please do not hesitate to reach out to one of us.

| | |
|---|---|
| Janet Lewis | 215-893-3400 |
| David Langfitt | 215-893-3423 |
| Michael Leh | 215-893-3410 |
| Gene Locks | 215-893-3434 |

Very truly yours,

Gene Locks, Esquire

*Copyright © 2017 Locks Law Firm, All rights reserved.*
You are receiving this e-mail due to your involvement with NFL concussion litigation.

**Our mailing address is:**
Locks Law Firm
601 Walnut Street, Philadelphia, PA
Suite 720 East
Philadelphia, PA 19106

Add us to your address book


Want to change how you receive these emails?
You can update your preferences or unsubscr be from this list

3