# Exhibit D

Colleen Barnes

---

**From:** Fred Willis NFL Players Brains Matter <fred.willis@hpnneurologic.com>
**Date:** May 27, 2017 at 11:52:20 AM EDT
**To:**
**Subject: An Invitation From Fred Willis & NFL Players Brains Matter-NFL Retired Players Champions Chat & Q & A, Friday June 2nd Bonaventure Resort Weston, FL**
**Reply-To:** us3-bd2b808f6d-3eab3e45bc@conversation01.mailchimpapp.com

| Fred Willis & NFL Players Brains Matter Invites You and Your Wife or Significant Other to the NFL Retired Players Champions Chat and Q & A - Friday, 6:30 PM, June 2, 2017, Bonaventure Hotel, Weston, FL. | View this email in your browser |



# NFL Players Brains Matter Invites You

**Fred Willis**, Founder & Executive Director of NFL Players Brains Matter, a former NFL player, player rep and NFLPA executive committee board member, who played 8 years with the Cincinnati Bengals, Houston Oilers and Denver Broncos would like to take this opportunity to invite you to:

1



# NFL Retired Players Champions Chat and Q & A?

## Friday, June 2nd - 6:30PM

**Bonaventure Resort & Spa,**

250 Racquet Club Rd, Weston, FL 33326

*"We'll Talk Brother to Brother about All Your Options for the NFL Concussion Lawsuit, and What You Need to Know to Prepare Through Our Respective Lenses for a Qualifying Diagnosis"*

## Topics of Discussion

1. There is a lot of Misinformation out there!
2. Nothing Happens Until You Get Baseline Tested!
3. The Pathway to qualifying!
4. The difference between an MAF exam vs. a BAP exam!
5. Discussing the Monetary Award Settlement Claims Process-The claims process

2

*for a monetary award could become very complicated and challenging if the proper preparation and steps are not taken throughout the process.*

*6. The Lien Resolution Process and what that means for the NFL Concussion Settlement.*

**Champions Chat RSVP**

Due to the lack of information out there to retired NFL players suffering from mental and physical illnesses, mood swings, uncontrolled anger, depression, suicidal tendencies and eventually dementia — from repeated head trauma arising from concussions we received during our playing careers.

To those of us characterized by this disease, this 2 hour **FREE** symposium is an opportunity to increase your quality of life and seek to examine the health conditions that affect retired NFL players and to find better ways to diagnose, treat, and prevent their most pressing medical problems and get them the benefits they deserve.



As a retired NFL Player if you have **NOT** been tested or received a baseline assessment examination to "Qualify" for the NFL Concussion Lawsuit, please click on the button below?

**Press Here If You Have Not Been Tested**

**For Your Information A "Qualifying Diagnosis" would have to include:**

**(a)** A standardized neuropsychological examination in accordance with the testing protocol performed by a neuropsychologist certified by the American Board of Professional Psychology (ABPP) or the American Board of Clinical Neuropsychology (ABCN), a member board of the American Board of Professional Psychology, in the specialty of Clinical Neuropsychology, who is a Qualified MAF or BAP Provider; and

**(b)** A basic neurological examination performed by a board-certified neurologist who is a Qualified MAF or BAP Provider.

**Press Here If You Have Not Been Tested**



# Presenting Keynote Speakers

Our "**Panel of Experts**" will include Player Relation and Family Advisor, Research Advisor, Board Certified Neurologist and Neuroradiologists Memory Specialists and Claims Process Adviser .



# Fred Willis

**Fred Willis** is the Founder, President and CEO of HPN Neurologic, HPN Concussion Management and NFL Players Brains Matter dedicated to solve the sports concussion crisis in America.

Fred Willis is frequently credited with being the person/advocate most responsible for bringing the plight of his NFL brothers and the concussion and CTE crisis to the forefront of consciousness. Over 4 years his aggressive advocacy has reshaped how we understand, research, and treat the effects of brain trauma. His programs honor a decision, action and initiative that has contributed to proving classification and qualification for the NFL Concussion Lawsuit, The 88 Plan and Total & Permanent Disability Benefits.

Fred Willis' aim within the NFL Retired Player community is to influence decisions and to provide step-by-step information to successfully obtain and guarantee retired players the benefits they deserve. He is dedicated to retaining the leading experts in science and medicine to evaluate former player's baseline requirements to present their claims in the most favorable light to determine how much compensation a player and their family are entitled to.

Fred's' leadership in this field has made him a force and sought-after voice for TBI/CTE awareness, and he has shared his story and work at corporations, medical conferences, schools, and sports organizations.



# Dr. Frank Conidi

**Dr. Frank Conidi** is a Boston trained sports neurologist/headache specialist. He is the Director of the Florida Center for Headache and Sports Neurology a tertiary center dedicated to the treatment of patients with chronic/refractory headache disorders and sports related concussion and sports related neurological disorders. The center is currently evaluating and has evaluated over 200 retired NFL players for signs of progressive neuro-degenerative disorders. He is a nationally recognized expert on sports concussion and the team neurologist for the NHL's Florida Panthers and has served as a consulting neurologist for the NFL, USTA, NCAA and MLB players. Dr. Conidi is currently developing and participating in clinical trials for sports concussion and headache and is the founder and Chair of The Seeing Stars Foundation a 501c3 charity dedicated to funding research and education for sports related concussion and sports related neurological issues.



# Eliot Budnick, D.O.

**Eliot Budnick, D.O.** is a board certified Diagnostic and Neuroradiologist who is the Co-Founder and Partner at iCare Radiology.  iCare Radiology is a state-of-the art imaging center leading the nation in metabolic brain imaging, with specialized expertise in evaluating Alzheimer's dementia and sports related traumatic brain injuries.

Dr. Budnick co-founded iCare Radiology after a vast career in radiology imaging, and nearly 15 years of experience, including reading a wide array of imaging modalities from inner city trauma cases to outpatient clinics and urgent care centers, locally and throughout the nation.



## Jeffrey S. Bong., CAQ

**Jeffrey S. Bong, D.O., CAQ** neuroradiologist, is a co-founder and practicing member for iCARE Radiology, LLC, located in Port St. Lucie, FL. He completed his neuroradiology fellowship at the University of Texas, Southwestern in Dallas, Texas and became board-certified in neuroradiology in 2010. He completed his general diagnostic radiology residency at Michigan State University in 2009, and served as chief resident at Mount Clemens Regional Medical Center.

Dr. Bong has a keen interest in Alzheimer's dementia, as well as, sports-related traumatic brain injury, and is actively involved, along with his co-founder, with the IDEAS-STUDY (The Imaging Dementia-Evidence for Amyloid Scanning).

**You Can Only Be Examined by A Qualified MAF or BAP Doctor!**

# "MAF VS BAP EXAM!"

Players will be examined by a Qualified/Administrator Approved MAF Neurologist and Neuropsychologist who are board-certified doctor approved physicians authorized to make a "**Qualifying Diagnosis**". Qualified MAF Physicians will diagnose all 5 levels of disease, Level 1.5 and Level 2.0 Neurocognitive Impairment, Alzheimer's disease, Parkinson's disease and ALS.

A Qualified MAF Physician is a board-certified doctor who is part of an approved list of physicians authorized to make a "Qualifying Diagnosis".  Qualified MAF

7

Physicians will diagnose all 5 levels of disease, Level 1.5 and Level 2.0 Neurocognitive Impairment, Alzheimer's disease, Parkinson's disease and ALS.

A Qualified BAP Physician will only diagnose dementia Level 1.0, Level 1.5 and Level 2.0 Neurocognitive Impairment, they will not diagnose Alzheimer's disease, Parkinson's disease and ALS. Retired NFL Football Players diagnosed during their BAP baseline assessment examinations—which are paid for by the settlement fund—are not sufficient to diagnose Alzheimer's, Parkinson's, or ALS.

**Former players who worry they may have those (3) three other conditions will have to pay out of pocket for additional testing by an MAF physician.**

**IT COULD EASILY TAKE 6 MONTHS TO 1 YEAR BEFORE YOU WILL BE SCHEDULED FOR TESTING WITH A BAP DOCTOR**

NFL Player Brains Matter, will assist you in obtaining an examination through a MAF Provider! We will work with you to help schedule an immediate examination with approved MAF doctors. If the process is confusing or you need assistance, please do not hesitate to contact me.

**Press Here If You Have Not Been Tested**

CONFIDENTIALITY NOTE: As an Advocate for retired NFL Players I abide by Model Rule 5.4(c); ABA Formal Ethics Opinion 87-355 (1987) which prohibits sharing fees with non-lawyers. This extends to agreements with non-attorneys to solicit clients in return for a share of the fees. I am not a spokesperson for the NFL. The information contained herein expresses the opinions of the author.  I am not an attorney and nothing stated herein is intended to constitute legal advice. The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

[fred.willis@hpnneurologic.com](mailto:fred.willis@hpnneurologic.com)

O: **(978) 526-0928**  |  Cell/Text **(508) 212-2074**

   

Facebook    Twitter    Website    Email

*Copyright © 2017 HPN Neurologic, All rights reserved.*
You are receiving this email because of your interest in high performance neurofeedback.

**Our mailing address is:**
HPN Neurologic
8 Ferry Lane, Marblehead, MA, United States
Marblehead, MA 01945

Add us to your address book


unsubscribe from this list    update subscription preferences

