# Exhibit E

From: Mitnick Law Office <Craig@MitnickLawOffice.com>
Date: June 2, 2016 at 3:41:31 PM CDT
To:
Subject: CONCUSSION STATUS UPDATE

# MITNICK LAW OFFICE
LITIGATION AND CLAIM RESOLUTION FIRM

1 - 877 - Mitnick
w.MitnickLawOffice.com

sey Office
 Highway East
ield, NJ 08033
27.9000
27.0360

Reply to NJ Office

**Philadelphia Office**
S Broad Street Suite 2500
Philadelphia, PA 19109
P. 215.769.9000
F. 856.427.0360

ʼur,

ie third Circuit Court of Appeals denied the objectors request for the Court to reconsider their appeal. The only option left now
tors to the Settlement is a possible application to the United States Supreme Court. As the "NFL concussion litigation" matter
s through this appeal process I continue to receive calls from retired players inquiring about the timeline with regard to benefits
g available. I anticipate that if the objectors make application to the United Stated Supreme Court and if that appeal is denied,
tration process could begin as soon as early fall of this year. Even if the matter does become final by early fall, the medical
id financial Claim Administrators will have several months to finalize the process for medical evaluations and financial awards
iy baseline examinations or financial payments are distributed to players.

in to questions about the timeline, the second most frequently asked question that I have been receiving from players has to do
 can they receive money now. I do not recommend dealing with traditional funding companies as their rates are often times
sly high. The only financial solution that I have come across is a product known as "**The NFL Concussion Advance Product**".
ȇ in need of financial resources now, you may want to take a look at the below information and if interested call the Company for
formation. They can be reached directly by calling 267-227-4810.

s, if you have any questions in regard to the Concussion Settlement or related issues, please do not hesitate to contact my
856-427-9000 or by email at nfl@mitnicklegal.com. For detailed up-to-date case status information, you can always
icklawoffice.com and click on "Current Concussion Status" on the site's home page. Warmest regards. Craig Mitnick

---

icussion Advance Product

ayers that have a current diagnosis and cannot afford to wait any longer for their award, Thrivest Specialty Funding has the
 Thrivest offers an alternative to the high priced lenders that you may have read about recently. All players who currently have
sis or anticipate a pending diagnosis can take advantage of Thrivest's NFL Concussion Advance Product.

ı your projected award amount you can receive the money you need now; $25,000, $50,000, $100,000 or more. There is a
ȇ-time transaction fee associated with each advance. That fee is paid for with part of the advance amount, so that there is no
cket cost to the applicant. When your award finally does distribute, Thrivest will be due the amount they purchased (what you

plus a small monthly rate, 1.58%, for the number of months it takes to collect. That rate equals 19% annualized, compounded That is less than most credit card rates.

e some examples based on different purchase amounts:

:r needs $25,000 now:

will purchase $25,000 of the player's award and will advance the player $25,000
award distributes in one year Thrivest will be paid $30,186.27 directly by your attorney
award distributes in 18 months Thrivest will be paid $33,169.91 directly by your attorney
award distributes in two years Thrivest will be paid $36,448.45 directly by your attorney

:r needs $50,000 now:

:st will purchase $50,000 of the player's award and will advance the player $50,000
award distributes in one year Thrivest will be paid $60,372.55 directly by your attorney
award distributes in 18 months Thrivest will be paid $66,339.82 directly by your attorney
award distributes in two years Thrivest will be paid $72,896.90 directly by your attorney

:r needs $100,000 now:

:st will purchase $100,000 of the player's award and will advance the player $100,000
award distributes in one year Thrivest will be paid $120,745.10 directly by your attorney
award distributes in 18 months Thrivest will be paid $132,679.64 directly by your attorney
award distributes in two years Thrivest will be paid $145,793.79 directly by your attorney

: information or to apply now, please contact Joseph R. Genovesi, President, THRIVEST FUNDING, LLC at 267-227-4810

:est

:raig R. Mitnick