# Exhibit F

4/9/2018
Case 2:12-md-02323-AB   Document 9885-7   Filed 04/13/18   Page 2 of 4
TrialFunder Claims Up to 79.9% Annual Returns. Adds NFL Lawsuits for Investors | Crowdfund Insider

Featured    Marketplaces    Offerings    Blockchain & Digital Currency

search...    Search



**Crowdfundinsider Would Like to Send You Push Notifications.**

Notifications can be turned off anytime

Don't Allow    Allow

 

Wondering what integration engine to choose?

# TrialFunder Claims Up to 79.9% Annual Returns. Adds NFL Lawsuits for Investors

       

13 SHARES

## Subscribe to our weekly email

Email Address

Subscribe

October 8, 2015 @ 9:44 am By JD Alois



Litigation crowdfunding platform TrialFunder is claiming some pretty lucrative returns available to investors. The site states that TrialFunder is now providing pre-settlement funding to plaintiffs that can deliver 3.5% to 5% compounded monthly, "which represent annualized returns of 51.1% to 79.9% to investors". These investment opportunities are available to accredited individuals only but you may "invest in a lawsuit" for as little as $50. TrialFunder draws a comparison between HedgeFunds and their site – highlighting the steep returns at a far smaller commitment.

TrialFunder views their platform as a "high yield alternative investment". TrialFunder CEO Anoush Hakimi, states;



"Before we launched, investors did not have access to these highly lucrative investment opportunities. A handful of industry players had a monopoly on these tremendous investments and were making all of the money. We're going to change that!"

4/9/2018 TrialFunder Claims Up to 79.9% Annual Returns. Adds NFL Lawsuits for Investors | Crowdfund Insider

Case 2:12-md-02323-AB   Document 9885-7   Filed 04/13/18   Page 3 of 4

Don't Allow    Allow

Trial Funder COO, Peter Shahriari, said litigation is a great investment and is not vagaries;

> "Our platform results in larger and faster settlements. The net result is high returns for investors in short periods of time. 95% of lawsuits settle before trial, so an investor can expect a high return within as short as a few months."

TrialFunder believes it is a "buyers market", and there is a shortage of capital meaning a favorable opportunity for investors.



### You May Like
Sponsored Links by Taboola

**The F-15 Is No Match For This Plane**
HistoryInOrbit.com

**Check Out The Classy Senior Living Facilities Near Melville**
Senior Living | Sponsored Links

**The Big Bang Theory Stars Finally Show Their Real Life Partners**
companion

**At Dealerships Now: The Exotic New Lineup Of 2018 SUV's**
SUVs | Sponsored Links

**Amazing 2018 Trucks You Might Want In Your Driveway**
Trucks | Sponsored Links

**He Puts A Toilet Paper Roll In A Flower Pot. The Results? Brilliant!**
Fallbrook247.com

**This Photo Has Not Been Edited, Look Closer**
Travelfuntu



**V-PLAN INC.**
Is offering up to **$1,070,000.00**
under Section 4(a)(6)/Reg CF of
Other at $1.00 each

on WEFUNDER    Closing on September 21, 2018

⚡ 4015



**Arolucha, Inc.**
Is offering up to **$1,070,000.00**
under Section 4(a)(6)/Reg CF of
Common Stock at $3.00 each

on WEFUNDER    Closing on September 14, 2018

⚡ 235

**Kwame Palace LLC**
Is offering up to **$100,000.00**
under Section 4(a)(6)/Reg CF of
Debt at $1.00 each

on WEFUNDER    Closing on August 17, 2018

Embed This

4/9/2018 　　　　　　　　　　　TrialFunder Claims Up to 79.9% Annual Returns. Adds NFL Lawsuits for Investors | Crowdfund Insider

Case 2:12-md-02323-AB   Document 9885-7   Filed 04/13/18   Page 4 of 4

Sponsored Links by DQ Promote

Don't Allow    Allow

# Invest Now

or promote your offering.



↯ 230

**Orthogonal Thinker Inc.**

Is offering up to **$1,070,000.00**

under Section 4(a)(6)/Reg CF of
Other at $1.00 each

on WEFUNDER                    Closing on
                               **April 30, 2018**



↯ 4015

**Arolucha, Inc.**

Is offering up to **$1,070,000.00**

under Section 4(a)(6)/Reg CF of
Common Stock at $3.00 each

on WEFUNDER                    Closing on
                               **September 14, 2018**



↯ 235

**Kwame Palace LLC**

Is offering up to **$100,000.00**

under Section 4(a)(6)/Reg CF of
Debt at $1.00 each

on WEFUNDER                    Closing on
                               **August 17, 2018**



↯ 158

**V-PLAN INC.**

Is offering up to **$1,070,000.00**

under Section 4(a)(6)/Reg CF of
Other at $1.00 each

on WEFUNDER                    Closing on
                               **September 21, 2018**