

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

AND NOW, this _16th_ day of April, 2018, after careful consideration of the Motion of Class Counsel the Locks Firm for Appointment of Administrative Class Counsel (ECF No. 9786) it is **ORDERED** that the Motion is **DENIED**. All Motions for Joinder in the Locks Firm's Motion are **DENIED** as moot.[1]

In reaching this decision, the Court also considered:

- The response from the NFL Parties (ECF No. 9879),

- The response of Co-Lead Class Counsel Christopher Seeger (ECF No. 9885) with particular attention to the Declaration,

- The Status Report from the Claims Administrator (ECF No. 9882),

- The declaration of Matthew L. Garretson (ECF No. 9883),

- The statement of the Special Masters (ECF No. 9884),

---

[1] The Joinder Motions are ECF Nos. 9839, 9855, 9830, 9828, 9827, 9829, 9852, 9816, 9842, 9856, 9821, 9834, 9831, 9813, 9819, 9854, 9836, 9843, and 9820.



- The Court's role as the fiduciary to the Class Members,

- The Court's familiarity with all aspects of the implementation of the settlement and the chance to witness the fine job Seeger Weiss has done in protecting all the Members of the Class, and

- The Locks Firm's role in facilitating Third-Party Funding Agreements to Class Members prohibited under the Settlement Agreement. This undermines any claim by the Locks Firm that it would be able to faithfully administer the Agreement.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to:


O:\ABB 2018\L-Z\NFL Locks Motion.docx