UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long Form Complaint and (if applicable)<br><br>*Hilliard, et al. v. National Football League, et al.,* No. 2:13-cv-00961-AB<br><br>Corey Dowden, Plaintiff | **NOTICE OF WITHDRAWAL OF ATTORNEY'S LIEN** |

On August 15, 2017, Norman F. Hodgins, III of the Hodgins Law Group, LLC ("HLG") filed a Notice of Attorney's Lien (ECF No. 8260), and Petition to Establish Attorney's Lien (ECF No. 8260-1), relating to HLG's representation of Plaintiff Corey Dowden in the above-captioned matter.

At this time, HLG moves to withdraw its Notice of Attorney's Lien and Petition to Establish Attorney's Lien. To the extent that an attorney's lien in favor of HLG was established against Corey Dowden, HLG releases such lien and hereby withdraws its Notice of Attorney's Lien.

Dated: April 19, 2018

                                        Respectfully submitted,

                                        *s/ Norman F. Hodgins, III*
                                        Norman F. Hodgins, III (LSBA No. 29909)
                                        **HODGINS LAW GROUP, LLC**
                                        4700 Highway 22, Suite 596
                                        Mandeville, LA 70471
                                        Tel: (504) 571-9211

                                              Facsimile: (504) 571-9112
                                              Email: norman@hodginslawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2018, I caused the foregoing *Notice of Withdrawal of Attorney's Lien* to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's Electronic Case Filing (ECF) system, which will provide electronic notice on all parties registered for CM/ECF in the litigation.

                                              *s/ Norman F. Hodgins, III*
                                              Norman F. Hodgins, III