UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>    Plaintiffs,<br>v.<br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>    Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF WITHDRAWAL OF UNCONTESTED MOTION FOR ENTRY OF ORDER REGARDING NON-MEDICAL LIENS IN THE <u>NFL CONCUSSION SETTLEMENT PROGRAM</u>**

Co-Lead Class Counsel hereby withdraws its Uncontested Motion for Entry of Order Regarding Non-Medical Liens in the NFL Concussion Settlement Program (ECF. No. 8307).

Date: April 19, 2018

                                              Respectfully submitted,

                                              */s/ Christopher A. Seeger*
                                              Christopher A. Seeger
                                              SEEGER WEISS LLP

                55 Challenger Road, 6th Floor
                Ridgefield Park, NJ  07660
                cseeger@seegerweiss.com
                Telephone:  (212) 584-0700

***CO-LEAD CLASS COUNSEL***

## **CERTIFICATE OF SERVICE**

I, Christopher A. Seeger, hereby certify that a true and correct copy of the foregoing notice was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

Dated: April 19, 2018                             Respectfully submitted,

                                                                    */s/ Christopher A. Seeger*

                                                                    Christopher A. Seeger
                                                                    SEEGER WEISS LLP
                                                                    55 Challenger Road, 6th Fl
                                                                    Ridgefield Park, New Jersey 07660
                                                                    Phone: (212) 584-0700
                                                                    Fax: (212) 584-0799

                                                                    *Co-Lead Class Counsel*