UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Richard S. Lewis, Michael D. Hausfeld, Brent W. Landau, Michael P. Lehmann, and Jeannine M. Kenney, of Hausfeld, LLP, hereby withdraw their appearance as attorneys of record for Plaintiff Edna Middleton **ONLY**, in the above-captioned matter.

DATE: April 19, 2018
   */s/ Richard S. Lewis*
   Richard S. Lewis
   Michael D. Hausfeld
   Jeannine M. Kenney
   HAUSFELD, LLP
   1700 K Street, NW
   Suite 650
   Washington, DC 20006
   Phone: (202) 540-7200
   Fax:    (202) 540-7201
   rlewis@hausfeld.com
   mhausfeld@hausfeld.com
   jkenney@hausfeld.com

   Brent W. Landau
   HAUSFELD, LLP

- 2 -

325 Chestnut Street
Suite 900
Philadelphia, PA 19106
Phone: (215) 985-3270
Fax:     (215) 985-3271
blandau@hausfeld.com

Michael P. Lehmann
HAUSFELD, LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax:     (415) 358-4980
mlehmann@hausfeld.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2018, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

        */s/ Richard S. Lewis*
Richard S. Lewis
HAUSFELD, LLP
1700 K Street, NW
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:     (202) 540-7201
rlewis@hausfeld.com