## PHYSICIAN DECLARATION

1. Contrary to what I have been told, all of the evaluations/examinations I did on any NFL players were conducted in my office. Neither the players' attorneys nor their representatives were present for any of the evaluations/examinations.
2. I charged a flat fee for each player I saw, although I billed additional time at a standard rate for some players if I had to spend more time reviewing records. To be clear, my flat fee or additional billing was never in any way related to the Diagnosis I provided.
3. My opinions and diagnoses were based upon my education, my experience diagnosing patients who have suffered brain injuries, my examination of the player, my understanding of Exhibits 1 and 2 of the NFL Agreement, and my review of prior medical records and supporting matters, such as neuropsychological test results, provider records, affidavits from non-family members, and, in some cases, from families.
4. In my reports, when I referenced the three relevant areas of the CDR (Community Affairs, Home and Hobbies, and Personal Care), my conclusion the patient had a 2.0 (and moderate) or 1.0 (and mild) was not an actual score of each of the CDR areas listed above. My report plainly states my examination and review of the records allowed me to conclude the player's functional impairment was generally consistent with the criteria for either Category 1.0 or 2.0. From all of the information I had, I reached that conclusion for each player by using my best judgment and discretion to select the level of the CDR impairment for each area that best fit the condition of the player, and after assessing the three areas of the CDR as a whole. My opinions and Diagnoses were not directed by the players' attorneys, were not derived from any communications with the players' attorneys, and were not in any way impacted or influenced by these attorneys.

**FURTHER AFFIANT SAYETH NOT.**

_____

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

The foregoing was acknowledged before me this ___19th___ day of April, 2018, by Dr. _____, who is personally known to me or who has produced _____, and who, after being duly sworn, deposes and says: that I have read the foregoing and state the same to be true and correct to the best of my knowledge and belief.

_Luz E. Pujol_
NOTARY PUBLIC

(SEAL)

LUZ E. PUJOL
Notary Public - State of Florida
Commission # FF 191068
My Comm. Expires Jan 20, 2019
Bonded through National Notary Assn.

EXHIBIT 1