## PHYSICIAN DECLARATION

1. Contrary to what I have read, all of the examinations I performed on any NFL players were conducted in my office. Neither the players' attorneys nor their representatives were present for any of the examinations.
2. I charged a flat fee for the examinations, although I charged more for some players if I had to spend additional time reviewing voluminous records. My fee was never in any way related to the Diagnosis.
3. My opinions and diagnoses were based upon my education, my extensive experience diagnosing patients who have suffered brain injuries, my examination of the player, my understanding of Exhibits 1 and 2 of the Settlement Agreement, and my review of prior medical records and supporting documentation, such as neuropsychological test results and affidavits from non-family members. When the reports I prepared referenced the three relevant areas of the CDR (Community Affairs, Home and Hobbies, and Personal Care), my conclusion the player had a 2.0 (moderate) or 1.0 (mild) was not an actual score of each area of the CDR areas listed above. My report plainly states that my examination and my review of the records provided allowed me to conclude the player's functional impairment was generally consistent with the criteria for either Category 1.0 or 2.0, as the case may be. From all the information I had, I reached that conclusion for each player by using my best judgment and discretion to select the level of CDR impairment for each area that best fit the condition of the player, and after assessing the three CDR areas as a whole. My opinions and Diagnoses were not directed by the players' attorneys, were not derived from any communications with the players' attorneys, and were not in any way impacted or influenced by these attorneys.

**FURTHER AFFIANT SAYETH NOT.**

_____

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

The foregoing was acknowledged before me this ____19th____ day of April, 2018, by Dr. _____ who is personally known to me or who has produced _____, and who, after being duly sworn, deposes and says: that I have read the foregoing and state the same to be true and correct to the best of my knowledge and belief.

*Luz E. Pujol*

NOTARY PUBLIC

(SEAL)

**EXHIBIT 2**

LUZ E. PUJOL
Notary Public - State of Florida
Commission # FF 191068
My Comm. Expires Jan 20, 2019
Bonded through National Notary Assn.