## AMENDED TRANSCRIPT PURCHASE ORDER
### for Third Circuit Court of Appeals

| | | |
|---|---|---|
| **District Court** | USDC, Eastern District of Pennsylvania | **Court of Appeals Docket No.** 18-1040 & 18-1482 |
| | | **District Court Docket No.** MDL No. 2323 |

Short Case Title: In Re: NFL Players' Concussion

Date Notice of Appeal Filed by Clerk of District Court: Jan. 4, 2018 and Mar. 9, 2018

**Part I.** (To be completed by party responsible for ordering transcript)
NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**A.** Check one of the following and serve ALL COPIES:

**TRANSCRIPT:**
___ None
___ Unnecessary for appeal purposes.
_X_ Already on file in the District Court Clerk's office.
___ This is to order a transcript of the proceedings heard on the date listed below from __Josette Jones__ (Court Reporter)
(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

August 30, 2017 (ECF No. 8363)

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

___ Voir dire                     ___ Open Statement of Plaintiff      ___ Opening Statement of Defendant
___ Closing Argument of Plaintiff  ___ Closing Argument of Defendant
___ Jury Instructions              ___ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

___ CJA Form submitted to District Court Judge     ___ Motion for Transcript has been submitted to District Court
___ CJA Form submitted to Court of Appeals         _✓_ Private Funds

Signature: /s/ Michael D. Roth    Date: April 18, 2018
Print Name: Michael D. Roth       Counsel for: RD Legal Entities and Roni Dersovitz
Address: 725 S. Figueroa St., 31st Fl., Los Angeles, CA 90017   Telephone: (213) 629-9040

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

___ Arrangements for payment were made on _____
___ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Name of Court Report | Telephone |
|---|---|---|

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____                        Signature of Court Reporter _____

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Transcript Purchase Order was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

Dated: April 17, 2018                                Respectfully submitted,

                                                     s/Michael D. Roth
BROTMAN LAW                                          BOIES SCHILLER FLEXNER LLP
ELLEN C. BROTMAN, ESQ.                               DAVID K. WILLINGHAM
*ebrotman@ellenbrotmanlaw.com*                       MICHAEL D. ROTH
One South Broad Street, Suite 1500                   JEFFREY M. HAMMER
Philadelphia, PA 19107                               725 South Figueroa Street, 31st Floor
Telephone: (215) 609 3247                            Los Angeles, California 90017-5524
                                                     Telephone: (213) 629-9040
                                                     Facsimile: (213) 629-9022

                                                     Attorneys for RD LEGAL
                                                     FUNDING, LLC; RD LEGAL
                                                     FINANCE, LLC; RD LEGAL
                                                     FUNDINGPARTNERS, LP; and
                                                     RONI DERSOVITZ

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Amended Transcript Purchase Order was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

Dated: April 18, 2018    Respectfully submitted,

BROTMAN LAW
ELLEN C. BROTMAN, ESQ.
*ebrotman@ellenbrotmanlaw.com*
One South Broad Street, Suite 1500
Philadelphia, PA 19107
Telephone: (215) 609 3247

s/Michael D. Roth
BOIES SCHILLER FLEXNER LLP
DAVID K. WILLINGHAM
MICHAEL D. ROTH
JEFFREY M. HAMMER
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC; RD LEGAL FUNDINGPARTNERS, LP; and RONI DERSOVITZ