# AMENDED TRANSCRIPT PURCHASE ORDER
## for Third Circuit Court of Appeals

| | |
|---|---|
| **District Court** USDC, Eastern District of Pennsylvania | **Court of Appeals Docket No.** 18-1482 & 18-1040 |
| | **District Court Docket No.** MDL No. 2323 |

Short Case Title: In Re: NFL Players' Concussion Injury Litigation

Date Notice of Appeal Filed by Clerk of District Court: Jan. 4, 2018

**Part I.** (To be completed by party responsible for ordering transcript)
A. Check one of the following and serve ALL COPIES:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**
____ None   ____ Unnecessary for appeal purposes.
__X__ Already on file in the District Court Clerk's office.

____ This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)
(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

ECF No. 8410, September 19, 2017 hearing

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

____ Voir dire         ____ Open Statement of Plaintiff    ____ Opening Statement of Defendant
____ Closing Argument of Plaintiff   ____ Closing Argument of Defendant
____ Jury Instructions  ____ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

____ CJA Form submitted to District Court Judge   ____ Motion for Transcript has been submitted to District Court
____ CJA Form submitted to Court of Appeals       ____ Private Funds

Signature: [signature]   Date: April 18, 2018
Print Name: Michael D. Roth   Counsel for: RD Legal Entities and Roni Dersovitz
Address: 725 S. Figueroa St., 31st Fl., Los Angeles 90017   Telephone: (213) 629-9040

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

____ Arrangements for payment were made on _____
____ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Name of Court Report | Telephone |
|---|---|---|

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____   Signature of Court Reporter _____

## CERTIFICATE OF SERVICE

I, Michael D. Roth, hereby certify that on the 15th day of March 2018, I electronically transmitted a true and correct copy of the foregoing document, **Transcript Purchase Order**, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

March 15th, 2018                              /s/ Michael D. Roth
                                          Michael D. Roth

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing Amended Transcript Purchase Order was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

Dated: April 18, 2018                           Respectfully submitted,

|  |  |
|---|---|
| BROTMAN LAW<br>ELLEN C. BROTMAN, ESQ.<br>*ebrotman@ellenbrotmanlaw.com*<br>One South Broad Street, Suite 1500<br>Philadelphia, PA 19107<br>Telephone: (215) 609 3247 | s/Michael D. Roth<br>BOIES SCHILLER FLEXNER LLP<br>DAVID K. WILLINGHAM<br>MICHAEL D. ROTH<br>JEFFREY M. HAMMER<br>725 South Figueroa Street, 31st Floor<br>Los Angeles, California 90017-5524<br>Telephone: (213) 629-9040<br>Facsimile: (213) 629-9022<br><br>Attorneys for RD LEGAL FUNDING, LLC; RD LEGAL FINANCE, LLC; RD LEGAL FUNDINGPARTNERS, LP; and RONI DERSOVITZ |