**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

On July 13, 2016, the Court appointed Wendell Pritchett and Jo-Ann Verrier as Special Masters. *See* ECF No. 6871. Under the Settlement Agreement, the Special Masters are authorized to "take all steps necessary to faithfully oversee the implementation and administration of the Settlement Agreement." § 10.1(a)(ii). In the July Order, the Court outlined the specific duties of the Special Masters in addition to all other requirements under Federal Rule of Civil Procedure 53. The Court also "retain[ed] the authority to alter the Masters' duties and responsibilities, as necessary, after providing the parties notice and an opportunity to be heard." ECF No. 6871, at 3-4.

The Court gave notice to the parties, and they have consented to the following additional duty[1]:

*Adjudication of Motions Related to Settlement Implementation*

• The Court may refer any pending motion related to Settlement implementation to the Master(s). After referral, the Master(s) can issue an order adjudicating the motion, a report, or a recommendation, and each order, report, or recommendation must be filed electronically via ECF so that notice is sent to each party. *See* Fed. R. Civ. P. 53(d)-(e). Once an order, report, or recommendation has been filed by the Master(s), any party may file an objection within **14 days**. The failure to meet this deadline or the failure to timely request an extension **will result in permanent waiver of any objection to the Master(s)' order, report, or recommendation.**

• The Court will review de novo all factual findings and conclusions of law made by the Master(s) regarding a Settlement implementation motion. Fed. R. Civ. P. 53(f)(3)-(4). All procedural rulings by the Master(s) will be reviewed for abuse of discretion. *Id.* (f)(5).

**AND NOW**, this _____ day of April, 2018, it is **ORDERED** that an additional duty is given to the Special Masters as specified above.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

---

[1] By simply providing an additional duty to the Special Masters, the Court keeps in place all general and specific duties as laid out in the July 2016 Order, as well as all other aspects of that Order.