**UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>                         Plaintiffs,<br>                    v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                         Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND**
**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT ENTER**
**PERMANENT INJUNCTION**

**AND NOW**, this ___ day of May, 2018, based on the Motion and supporting Declaration

and memorandum of law of Co-Lead Class Counsel Christopher A. Seeger, it is hereby

**ORDERED** that, pending the hearing on and the determination of the Motion for a

Permanent Injunction, Thrivest Specialty Funding, LLC ("Thrivest"), and its officers, agents,

servants, employees, attorneys, subsidiaries and affiliates, and those persons in active concert or

participation with any of them, who receive actual notice of this Order, by personal service or

otherwise, and each of them, be and hereby are temporarily restrained and enjoined, directly or

indirectly, from:

(1)    commencing or continuing any arbitration, judicial action, administrative action or

proceeding against any Class Member arising out of or relating to any agreement purporting to

assign claims or monetary awards under the nationwide settlement of the *NFL Players' Concussion Injury Litigation* that this Court approved on April 22, 2015 (ECF No. 6509) ("Settlement");

(2)      enforcing any arbitral, judicial or administrative judgment, assessment or order and commencing or continuing any act or any judicial or administrative proceeding to create, perfect or enforce any lien, set-off or other claim against any Class Member arising out of or relating to any agreement purporting to assign claims or monetary awards under the Settlement or any property of such Class Member;

(3)      transferring, disposing, hypothecating, alienating or affecting in any way property of any Class Member arising out of or relating to any agreement purporting to assign claims or monetary awards under the Settlement; and it is further

**ORDERED**, that Thrivest show cause before this Court, in Room _____ of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106, on the ____ day of May, 2018, at _____ o'clock in the _____m. of that day why an order should not be made and entered in this case:

(1)      permanently enjoining the commencement or continuation of any arbitration, judicial action, administrative action or proceeding against any Class Member arising out of or relating to any agreement purporting to assign claims or monetary awards under the Settlement;

(2)      permanently enjoining the enforcement of any arbitral, judicial or administrative judgment, assessment or order and commencement or continuation of any act or any arbitral, judicial or administrative proceeding to create, perfect or enforce any lien, set-off or other claim against any Class Member arising out of or relating to any agreement purporting to assign claims or monetary awards under the Settlement or any property of such Class Member;

(3)      permanently enjoining the transfer, disposition, hypothecation, alienation or the affecting in any way of property of any Class Member arising out of or relating to any agreement purporting to assign claims or monetary awards under the Settlement; and

(4)      awarding the Movant such other and further relief as this Court may deem just and proper; and it is further

**ORDERED**, that the security provisions of Fed. R. Civ. P. 65(c) be, and the same hereby are not required; and it is further

**ORDERED**, that service of this Temporary Restraining Order and Order to Show Cause, together with a copy of the papers on which it has been granted be made, if by overnight delivery, on or before _____, 2018 and if by hand delivery, on or before _____, 2018 upon counsel for Thrivest, Peter C. Buckley, at Fox Rothschild, 2000 Market Street, 20th Floor, Philadelphia, PA 19103, and such service shall be deemed good and sufficient service and adequate notice; and it is further

**ORDERED**, that all papers submitted for the purpose of opposing the relief sought in this Application shall be filed with the Court with a copy to Chambers and delivered so as to be received by Christopher A. Seeger, Movant and Court-appointed Co-Lead Class Counsel, on or before _____, 2018 at _____:00 _____m.; and it is further

**ORDERED**, that this Court shall retain jurisdiction over this matter for the purpose of implementing and carrying out the terms of all orders and decrees which may be entered herein and to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

_____
ANITA B. BRODY
United States District Judge