# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this __2nd_ day of May, 2018, as stated on the record during the May 2, 2018 teleconference, it is **ORDERED** that Co-Lead Class Counsel's Emergency Motion for a Temporary Restraining Order (ECF No. 9924) is **GRANTED**.

The Court enjoins the arbitration proceeding scheduled for Friday, May 4, 2018 at 1:00 p.m. involving Thrivest Specialty Funding, LCC.

The Court will hold a **HEARING** on Wednesday, May 9, 2018 at 11:00 a.m. to determine whether a permanent injunction is appropriate.

                                                s/Anita B. Brody

                                                _____
                                                ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                            Copies **MAILED** on _____ to: