**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION** §§§§§§§§§§ **No. 12-md-2323 (AB)** |
| _____ | |
| | **MDL No. 2323** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
LITIGATION
_____          No. 12-md-2323 (AB)

                                        MDL No. 2323

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## ORDER

On this day came on for consideration the Fed R. Civ. P. 59 Motion for Reconsideration/New Trial (the "Motion") of the Alexander Objectors and Lubel Voyles, LLP.  Having considered the Motion, the response, if any, and arguments of counsel, the Court finds that the Motion is meritorious and should be granted.  It is therefore

ORDERED that the Motion requesting reconsideration and/or a new trial be, and the same hereby is, granted.  It is further

ORDERED that this Court's Memorandums and Orders on attorneys fee (ECF 9860/9861 and 9862/9863) are withdrawn and vacated.

Dated: _____                    _____
                                            Hon. Anita B. Brody