IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION _____ This relates to: Plaintiffs' Master Administrative Long Form Complaint and (if applicable) **This document relates to:** **MICHAEL BELL,** Plaintiff, USDC, EDPA Docket No. 2:13-cv-06354 | MDL No. 2323 NOTICE OF WITHDRAWAL OF ATTORNEY'S LIEN |

On July 5, 2017, James R. Dugan, II of The Dugan Law Firm, APLC ("DLF") filed a Notice of Attorney's Lien (ECF No.7854), and Petition to Establish Attorney's Lien (ECF No. 7854-1), relating to DLF's representation of Plaintiff Michael Bell in the above captioned matter.

At this time, DLF moves to withdraw its Notice of Attorney's Lien and Petition to Establish Attorney's Lien.   To the extent that an attorney's lien in favor of DLF was established against Michael Bell, DLF released such lien and hereby withdraws its Notice of Attorney's Lien.

**DATED:**  May 2, 2018

                                                Respectfully Submitted:

                                                */s/ James R. Dugan, II*
                                                _____
                                                **James R. Dugan, II (LSBA No. 24785)**
                                                **The Dugan Law Firm, APLC**
                                                One Canal Place
                                                365 Canal Street, Suite 1000
                                                New Orleans, LA  70130
                                                Telephone:  (504) 648-0180
                                                Facsimile:  (504) 648-0181
                                                E-mail:  *jdugan@dugan-lawfirm.com*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I caused the foregoing *Notice of Withdrawal of Attorney's Lien* to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's Electronic Case Filing (ECF) system, which will provide electronic notice on all parties registered for CM/ECF in the litigation.

                                       /s/ James R. Dugan, II  
                                       James R. Dugan, II