## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  NATIONAL FOOTBALL )
LEAGUE PLAYERS' )    MDL No. 2323
CONCUSSION )
INJURY LITIGATION )
_____ )
This relates to: )    **NOTICE OF WITHDRAWAL**
 )    **OF ATTORNEY'S LIEN**
 )
Plaintiffs' Master Administrative Long )
Form Complaint and (if applicable) )
 )
**This document relates to:** )
 )
**Annette Lawson, individually and as Executrix** )
**of the Estate of Odell Lawson, Sr.,** Plaintiff, )
USDC, EDPA )
Docket No. 2:13-cv-6159-AB )

On July 6, 2017, James R. Dugan, II of The Dugan Law Firm, APLC ("DLF") filed a Notice of Attorney's Lien (ECF No.7900), and Petition to Establish Attorney's Lien (ECF No. 7900-1), relating to DLF's representation of Plaintiff, Annette Lawson, individually and as Executrix of the Estate of Odell Lawson, Sr.,  in the above captioned matter.

At this time, DLF moves to withdraw its Notice of Attorney's Lien and Petition to Establish Attorney's Lien.   To the extent that an attorney's lien in favor of DLF was established against Annette Lawson, individually and as Executrix of the Estate of Odell Lawson, Sr., DLF released such lien and hereby withdraws its Notice of Attorney's Lien.

**DATED:**  May 2, 2018

[signature on following page]

Respectfully Submitted:


*/s/ James R. Dugan, II*
**James R. Dugan, II (LSBA No. 24785)**
**The Dugan Law Firm, APLC**
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181
E-mail:  *jdugan@dugan-lawfirm.com*


## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I caused the foregoing *Notice of Withdrawal of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.


*/s/ James R. Dugan, II*
**James R. Dugan, II**