IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | NOTICE OF WITHDRAWAL OF ATTORNEY'S LIEN |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | |
| **This document relates to:** | |
| **SEAN SMITH,** Plaintiff, USDC, EDPA Docket No. 2:12-cv-04573 | |

    On July 13, 2017, James R. Dugan, II of The Dugan Law Firm, APLC ("DLF") filed a Notice of Attorney's Lien (ECF No.7956), and Petition to Establish Attorney's Lien (ECF No. 7956-1), relating to DLF's representation of Plaintiff, Sean Smith in the above captioned matter.

    At this time, DLF moves to withdraw its Notice of Attorney's Lien and Petition to Establish Attorney's Lien.   To the extent that an attorney's lien in favor of DLF was established against Sean Smith, DLF released such lien and hereby withdraws its Notice of Attorney's Lien.

**DATED:**  May 2, 2018

                          Respectfully Submitted:

                           /s/ James R. Dugan, II
                        **James R. Dugan, II (LSBA No. 24785)**
                        **The Dugan Law Firm, APLC**
                        One Canal Place
                        365 Canal Street, Suite 1000
                        New Orleans, LA  70130
                        Telephone:  (504) 648-0180
                        Facsimile:  (504) 648-0181
                        E-mail:  jdugan@dugan-lawfirm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I caused the foregoing *Notice of Withdrawal of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

                                         */s/ James R. Dugan, II*
                                         **James R. Dugan, II**