IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | NOTICE OF WITHDRAWAL OF ATTORNEY'S LIEN |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | |
| **This document relates to:** | |
| **James Gueno,** Plaintiff, USDC, EDPA Docket No. 2:12-cv-04573-AB | |

On July 5, 2017, James R. Dugan, II of The Dugan Law Firm, APLC ("DLF") filed a Notice of Attorney's Lien (ECF No.7858), and Petition to Establish Attorney's Lien (ECF No. 7858-1), relating to DLF's representation of Plaintiff, James Gueno in the above captioned matter.

At this time, DLF moves to withdraw its Notice of Attorney's Lien and Petition to Establish Attorney's Lien.   To the extent that an attorney's lien in favor of DLF was established against James Gueno, DLF released such lien and hereby withdraws its Notice of Attorney's Lien.

**DATED:**  May 2, 2018

Respectfully Submitted:

 */s/ James R. Dugan, II*

**James R. Dugan, II (LSBA No. 24785)**
**The Dugan Law Firm, APLC**
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181
E-mail:  [jdugan@dugan-lawfirm.com](mailto:jdugan@dugan-lawfirm.com)

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2018, I caused the foregoing *Notice of Withdrawal of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

                                       */s/ James R. Dugan, II*
                                       **James R. Dugan, II**