IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:18-md-2323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

On March 28, 2018, this Court issued an Order indicating that *all* law firms seeking payment from the Attorney's Fees Qualified Settlement Fund must submit a sworn declaration answering the questions and attaching the documents set forth in the Order. (Civil Action 12-2323, ECF No. 9833; Civil Action 18-2323, ECF No. 2). The responses were to be filed on a docket created expressly for the purpose of reviewing these filings: Civil Action No. 18-2323. The responses were due on or before May 1, 2018.

The following law firms are seeking payment from the Attorney's Fees Qualified Settlement Fund, but they have failed to file the material ordered:

- Dugan Law Firm
- Girard Gibbs
- Herman Herman & Katz
- Rose, Klein & Mariais
- Spector Roseman

1

These firms have until Monday, May 7, 2018 to file the materials required by this Court in its March 28, 2018 order. Consistent with the March 28th Order, these filings must be submitted to the Court on the docket for Civil Action 18-2323. Any firm that fails to file by May 7, 2018 will be **precluded from the receipt of any award of fees from the Attorney's Fees Qualified Settlement Fund.**

                                                  s/Anita B. Brody

                                        _____
                                        ANITA B. BRODY, J.

                                        Date:  May 3, 2018