IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody, U.S.D.J. |

## **ORDER**

AND NOW, this ___ day of May, 2018, upon consideration of Thrivest's Emergency Motion for Limited, Expedited Discovery in Advance of Preliminary Injunction Hearing, it is hereby ORDERED that Thrivest shall be permitted to take the deposition of Mr. W on either Friday, May 4 or Monday, May 7, 2018. The deposition shall take place in Columbus, Ohio and last no more than two hours on the video record. The area of inquiry shall be limited to the formation of an agreement to arbitrate; however, if Class Counsel and Mr. W stipulate on the record in advance of the deposition that Thrivest and Mr. W formed an agreement to arbitrate and/or that Mr. W had capacity to do so, then the area of inquiry covered by the stipulation shall be excluded from the scope of the deposition. If Class Counsel and Mr. W stipulate to both facts, then the deposition shall not proceed.

ANITA B. BRODY
United States District Judge