**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## NOTICE

A HEARING regarding ECF No. 9880, The National Football League and NFL Properties LLC's Motion for the Appointment of a Special Investigator will be held on **May 30, 2018** at **11:00 a.m.** in Courtroom 7-B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA.

ATTEST:                                   or                    BY THE COURT

      s/Marie O'Donnell

BY:_____          _____

 M. O'Donnell, Civil Deputy/Secretary          Anita B. Brody,      J.

COPIES VIA ECF ON:   5/3/2018