UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>NOTICE OF APPEARANCE |
| This relates to:<br><br>Plaintiff Master Administrative Long Form Complaint and *BRYAN CALDWELL, et al., vs. NATIONAL FOOTBALL LEAGUE* USDC, EDPA, Docket 12-cv-05200-AB | |

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Amelia Steelhead of Rose, Klein & Marias LLP hereby enters her appearance as attorney of record for Plaintiffs in the above referenced cases.

Executed on May 4, 2018, at Los Angeles, California.

_____
Amelia Steelhead

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2018, I caused the foregoing document to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

DATED: May 4, 2018                    ROSE, KLEIN & MARIAS LLP

By: _____
      Amelia A. Steelhead