UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| This relates to: <br><br> Plaintiff' Master Administrative Long Form Complaint and *NICKOLAS BELL, et al., vs. NATIONAL FOOTBALL LEAGUE* USDC, EDPA, Docket 13-cv-01790-AB | NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Amelia Steelhead of Rose, Klein & Marias LLP hereby enters her appearance as attorney of record for Plaintiffs in the above referenced cases.

Executed on May 4, 2018, at Los Angeles, California.

*/s/ Amelia Steelhead*
Amelia Steelhead

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 4, 2018, I caused the foregoing document to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

DATED: May 4, 2018          ROSE, KLEIN & MARIAS LLP

                                       By: _____
                                             Amelia A. Steelhead