IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:18-md-2323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## AMENDED ORDER FOR HEARING

As was indicated in the March 28, 2018 Order, the Court will hold a **HEARING** on **May 15, 2018**, at **10 a.m.** in Courtroom 7B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA., to address the allocation of class benefit fees among counsel representing the class. Co-Lead Class Counsel, Christopher Seeger, Esq., will be provided 20 minutes to present a brief summary of the analysis conducted to create the proposed allocation that has been submitted to the Court.

Any attorney who wishes to be heard as to his or her objections to the proposed allocation or in support of an independent fee petition will be provided 10 minutes to present the bases for their position. Counsel may rest their argument upon the written pleadings. No attorney is

1

required to appear.[1] However, any attorney who wishes to present argument must file a Notice of Intent to Argue that includes a direct reference to the docket entry for the objection or fee petition, which provides the bases for their argument. **The Notice must be filed on Civil Action 18-2323 and is due on or before May 11, 2018.**[2]

Co-Lead Class Counsel will be allotted time to respond to these arguments.

To the extent the arguments are not completed on May 15, 2018, the parties will be required to appear **on May 16, 2018, at 10:00 a.m. in Courtroom 7B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA.**

_____
ANITA B. BRODY, J.

Date: May 7, 2018

---

[1] The Court's March 28, 2018 Order indicated that Co-Lead Class Counsel, Class Counsel, and Subclass Counsel were required to appear on May 15, 2018. That requirement is withdrawn. Those attorneys may choose to appear to present their arguments, as is discussed in this Order. However, they may rest on the pleadings already submitted.

[2] An attorney who fails to submit a Notice in compliance with this Order will forfeit his or her opportunity for argument.