# EXHIBIT B

# Physician's Statement of Mental Competency

Date:

To Whom It May Concern:

William White born on February 19, 1966 has been a patient under the care of this medical practice since _10/5/16_ (*INSERT DATE*). He has been seen on a regular basis throughout this time. Medical records indicate that at no time during her care has he lacked capacity to make independent legal, medical, and financial decisions.

William White was diagnosed on _10/19/16_ (*INSERT DATE*) with *Amyotrophic lateral sclerosis* (*INSERT MEDICAL CONDITION*). However, it is my professional opinion that this has in no way impaired his ability to make his own legal, medical, and financial decisions.

Feel free to contact me at ███████████ *INSERT DOCTOR PHONE NUMBER*) if you require further information.

Sincerely,

_____                    *Kevin Weber, MD*
Signature of Physician                          Printed Name of Physician