# **EXHIBIT C**

**CERTIFICATION OF WILLIAM WHITE**

Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in that certain Non-Recourse Purchase Agreement dated December 8, 2016 by and between Thrivest Specialty Funding, LLC ("TSF"), as Buyer and the undersigned, as Seller (the "Agreement").

I, William White, hereby certify that all of my statements in the Agreement and the ancillary documents that I have provided to TSF, including but not limited to the Limited Irrevocable Power of Attorney and the document entitled "TSF Client Intake Application", are true and correct and that I know that I am subject to punishment (perjury) if any of those statements are willfully false.

BY: _[signature]_      DATE: 12/19/16

STATE OF OHIO      }:
                              SS:
COUNTY OF FRANKLIN }

On this, the 19th day of December 20 16, before me Robert C. Wood, the undersigned officer, personally appeared William White, known to me (or satisfactorily proven) to be the person whose name subscribed to the within instrument, and acknowledged that he (he/she/they) executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_[signature]_
Notary Public

Printed Name: Robert Wood

My Commission Expires:

ROBERT C. WOOD
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.