# **EXHIBIT D**

## LIMITED IRREVOCABLE POWER OF ATTORNEY

I, William White, appoint Joseph Genovesi, or any other Managers, Members or Officers of Thrivest Specialty Funding, LLC (*Buyer*) with a principal office located at 2 Penn Center Plaza, 1500 JFK Blvd. Suite 220, Philadelphia PA 19102 ("TSF"), as my true and lawful attorney/legal representative for the following purposes: All capitalized terms herein and not otherwise defined herein shall have the same meanings ascribed to them in that certain Non-Recourse Purchase Agreement dated December 8, 2016, by and between the undersigned, as Seller, and TSF, as Buyer (the "Agreement").

### *DISTRIBUTION FIRST POSITION CLAUSE*:

Specifically, to endorse and deposit any and all checks, drafts and/or other means of payment (the "Payments") payable to me with respect to my Award Amount in the matter associated with the In RE: National Football League Players' Concussion Injury Litigation (the "Funds"), a portion of which I sold and assigned to Buyer pursuant to the Agreement.

I understand that by executing this Power of Attorney, I am giving up the right to endorse and deposit the Payments, except as otherwise authorized by Buyer. This Power of Attorney may not be revoked or changed except upon the prior written consent of TSF.

BY: _[signature]_  DATE: _12/19/16_

STATE OF _OHIO_ }:
COUNTY OF _FRANKLIN_ } SS:

On this, the _19th_ day of _DECEMBER_ 20_16_, before me _Robert C. Wood_, the undersigned officer, personally appeared _WILLIAM WHITE_, known to me (or satisfactorily proven) to be the person whose name subscribed to the within instrument, and acknowledged that _he_ (he/she/they) executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_[signature]_
Notary Public

Printed Name: _Robert Wood_

My Commission Expires: _____

ROBERT C. WOOD
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.