# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**CO-LEAD CLASS COUNSEL'S MOTION FOR AN ORDER
(1) SANCTIONING THE CAMBRIDGE ENTITIES FOR FAILURE TO COMPLY WITH THE COURT'S FEBRUARY 20, 2018 ORDER [ECF NO. 9750], WHICH DIRECTED THEM TO PRODUCE ACCOUNTINGS FOR CLASS MEMBERS' RETIREMENT FUNDS INVESTED WITH CAMBRIDGE; (2) ORDERING CAMBRIDGE TO IMMEDIATELY RETURN THE RETIREMENT MONIES AND EARNINGS THEREON TO CLASS MEMBERS AND TO PRODUCE THE ACCOUNTINGS; (3) APPOINTING AN ACCOUNTANT, WHOSE FEES SHALL BE BORNE BY CAMBRIDGE, TO REVIEW THE ACCOUNTINGS AND REPORT TO THE COURT AS TO THEIR ACCURACY; (4) COMPELLING CAMBRIDGE TO DISCLOSE ACCOUNTINGS AND ALL DOCUMENTS RELATED TO NON-QUALIFIED FUNDS OF CLASS MEMBERS INVESTED WITH CAMBRIDGE; (5) COMPELLING CERTAIN CURRENT AND FORMER OFFICERS OF CAMBRIDGE TO SUBMIT TO DEPOSITIONS; AND (6) SETTING A FURTHER <u>HEARING TO DETERMINE WHETHER OTHER RELIEF IS APPROPRIATE</u>**

As directed by the Court at the Hearing held on April 2, 2018, and as a follow-up to the motion filed by Co-Lead Class Counsel ("Class Counsel") on January 26, 2018 [ECF No. 9578],[1] seeking various forms of relief regarding the Cambridge Entities, which resulted in this Court issuing an Order on February 20, 2018 [ECF No. 9750], Class Counsel now respectfully moves the Court for an order (1) sanctioning the Cambridge Entities[2] for failure to comply with the Court's February 20, 2018 Order, which directed them to produce accountings for Class Members' retirement funds invested with Cambridge; (2) ordering Cambridge to immediately return the retirement monies and earnings thereon to Class Members and to produce the accountings; (3) appointing an accountant, whose fees shall be borne by Cambridge, to review the accountings and report to the Court as to their accuracy; (4) compelling Cambridge to disclose accountings and all documents related to non-qualified funds (*i.e.*, non-retirement funds) of Class Members invested with Cambridge; (5) compelling certain current and former

---

[1] The full title of the motion filed on January 26, 2018 is Co-Lead Class Counsel's Motion for an Order (1) Prohibiting the Cambridge Entities from Seeking Repayment of Advances to Class Members related to Assignment Agreements through means other than Those Identified in the Court's December 8, 2017 Explanation and Order [ECF No. 9517], and from Spreading Misinformation concerning the Explanation and Order; (2) Requiring Corrective Disclosures; (3) Compelling Production by the Cambridge Entities of All Documents relating to Class Members' Retirement Funds Being Held by Them and Accountings as to Such Funds; and (4) Directing the Cambridge Entities to Return to Class Members Their Retirement Funds Held as Collateral related to Assignment Agreements, along with Earnings and Interest Thereon ("Motion to Prohibit Violation of December 8th Order" or "Motion to Prohibit") [ECF No. 9578].

[2] The "Cambridge Entities" or "Cambridge" include the following: Cambridge Capital Group, LLC; Cambridge Capital Advisors LLC; Cambridge Capital Partners, LP; Cambridge Capital Group Equity Option Opportunities, LP; Cambridge Capital Holdings; Cambridge Capital Funding, Inc.; Your Case, LLC; and their present and former directors, officers, partners, employees, contractors, agents, consultants, affiliates, successors and assigns, including, but not limited to Addys Walker, Gail Milon, and Phillip T. ("Tim") Howard.

officers of Cambridge to submit to depositions; and (6) setting a further hearing to determine whether other relief is appropriate.

Class Counsel respectfully requests that the Court issue an order consistent with the proposed order submitted herewith.

Dated:  May 8, 2018                                    Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road, 6th Fl
Ridgefield Park, NJ 07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing motion, along with the supporting documents, was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter. Because neither (former) counsel for the Cambridge Entities, Mr. Black, nor Mr. Howard has entered his appearance in this action, they, as well as Ms. Milon, Mr. Walker and Ms. Koons and counsel who Mr. Howard previously identified as representing him, are being served via Federal Express Overnight Mail (and via email where an email address is available) at the below addresses:

Phillip Timothy Howard
Howard & Associates
3522 Thomasville Road, Ste. 500
Tallahassee, FL 32309
Tim@howardjustice.com

Phillip Timothy Howard
Howard & Associates
8 Museum Way
Suite 2408
Cambridge, MA 02141

John Leonard
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075
jleonard@mdmc-law.com
*Counsel for Phillip T. Howard*

Martin L. Black
4909 N. Monroe Street
Tallahassee, FL 32303
Mbmblack8@gmail.com
*Counsel (Former) for Cambridge*

Gail Milon
Managing Vice President
Cambridge Capital Group
3522 Thomasville Road, Ste. 505
Tallahassee, FL 32309
info@cambridgecapitalgroup.holdings

Addys Walker
59 Damonte Ranch Parkway
Suite B-248
Reno, NV 89521

Addys Walker
327 Office Plaza Drive
Suite 108
Tallahasse, FL 32301

Lois Koons
1400 Village Square Blvd.
Suite 3-268
Tallahassee, FL 32312

Lois Koons
59 Damonte Ranch Parkway
Suite B-248
Reno, NV 89521


Dated: May 8, 2018

/s/ Christopher A. Seeger
Christopher A. Seeger

5