UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>        Plaintiffs,<br><br>         v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of Co-Lead Class Counsel's Motion for an Order (1) sanctioning the Cambridge Entities[1] for failure to comply with

---

[1] The "Cambridge Entities" or "Cambridge" include the following: Cambridge Capital Group, LLC; Cambridge Capital Advisors LLC; Cambridge Capital Partners, LP; Cambridge Capital Group Equity Option Opportunities, LP; Cambridge Capital Holdings; Cambridge Capital Funding, Inc.; Your Case, LLC; and their present and former directors, officers, partners, employees, contractors, agents, consultants, affiliates, successors and assigns, including, but not limited to Addys Walker, Gail Milon, and Phillip T. ("Tim") Howard.

the Court's February 20, 2018 Order (ECF No. 9750), which directed them to produce accountings for Class Members' retirement funds invested with Cambridge; (2) ordering Cambridge to immediately return the retirement monies and earnings thereon to Class Members and to produce the accountings; (3) appointing an accountant, whose fees shall be borne by Cambridge, to review the accountings and report to the Court as to their accuracy; (4) compelling Cambridge to disclose accountings and all documents related to non-qualified funds (*i.e.*, non-retirement funds) of Class Members invested with Cambridge; (5) compelling certain current and former officers of Cambridge to submit to depositions; and (6) setting a further hearing to determine whether other relief is appropriate ("Motion"),

IT IS ORDERED that Co-Lead Class Counsel's Motion be, and hereby is, GRANTED, and it is further ORDERED as follows:

1. The Cambridge Entities are hereby ordered to pay attorneys' fees, costs and expenses as a sanction for their noncompliance with this Court's February 20, 2018 Order directing them to produce accountings for Class Members' retirement funds invested with Cambridge, which noncompliance necessitated the filing of the Motion and related work by Co-Lead Class Counsel. Co-Lead Class Counsel shall submit his firm's fee and cost and expense details relating to the Motion within two weeks of the date of this Order. Once the amount of fees, costs and expenses is approved by the Court, Cambridge shall pay these monies to The Garretson Resolution Group, Inc. for deposit into the Attorneys' Fees Qualified Settlement Fund, established pursuant to section 23.7 of the Settlement Agreement and this Court's Order of March 7, 2017 (ECF No. 7246).

2. The Cambridge Entities shall immediately return Class Members' retirement funds invested with Cambridge, along with the earnings on the funds, and produce the accountings.

3.     The Court hereby appoints _____, a Certified Public Accountant, to review the Cambridge Entities' accountings. _____'s fees shall be submitted to the Court, through Co-Lead Class Counsel, for its review and approval, and those fees shall be borne by the Cambridge Entities. Cambridge shall cooperate fully with _____ and provide any and all documents and other information he/she requests.

4.     The Cambridge Entities shall produce to Co-Lead Class Counsel within ___ days of the date of this Order any and all documents related to non-qualified (i.e., non-retirement) monies that Cambridge has received from Class Members.

5.     Should the Cambridge Entities fail to return the Class Members' retirement monies and earnings thereon by _____, 2018, then Co-Lead Class Counsel is authorized to commence conducting the depositions of Phillip Timothy Howard, Gail Milon, Addys Walker, and Lois Koons, and any other current or former Cambridge officers or representatives with relevant knowledge and information.

6.     Should the Cambridge Entities fail to return the Class Members' retirement monies and earnings thereon by _____, 2018, then a further hearing shall be held on _____, at _____, in Courtroom 7B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA, to address why the Cambridge Entities should not be held in contempt. Phillip Timothy Howard, Gail Milon, Addys Walker, and Lois Koons are ordered to appear in person at that hearing.

_____
Anita B. Brody
United States District Judge