# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this _9th_ day of May, 2018, it is **ORDERED** that the temporary restraining order enjoining Thrivest Special Funding, LLC from further arbitration proceedings against Settlement Class Member "Mr. W." (ECF No. 9925) is extended until May 23, 2018.

Today the Court held a hearing involving Thrivest and Co-Lead Class Counsel on whether a permanent injunction under the All Writs Act should be issued by the Court against Thrivest. The Court needs time to study the parties' briefs, review their arguments, and make a final decision. In the meantime, the temporary restraining order is extended for good cause in order to maintain the status quo while the Court's decision remains pending.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on ____5/9/2018_____          Copies **MAILED** on _____