OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 10, 2018

James C. Canady, Esq.
McGinnis Feattherston Canady
1080 West Sam Houston Parkway North
Houston, TX 77043

Lance H. Lubel, Esq.
Lubel Voyles
5020 Montrose Boulevard
Suite 800
Houston, TX 77006

Mickey L. Washington, Esq.
1314 Texas Avenue
Houston, TX 77002

RE: In Re: National Football
Case Number: 18-2012
District Court Case Number: 2-12-mc-02323

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

Enclosed is case opening information regarding the above-captioned appeal filed by **Charlie Anderson, Christopher Crooms, Gerald McNeil, Rod Bernstine, Milton Wynn, Anthony E.**

**Newsom, Melvin Aldridge, Charles E. Arbuckle, Larry Centers, Butch Woolfolk, James Francis, Elbert Crawford, Baldwin Malcolm Frank, Emanuel McNeil, Thomas Sanders, Trevor Cobb, Frankie Smith, Clyde P. Glosson, Robert Pollard, Corris Ervin, Reatha Brown, Glenell Sanders, Tim Denton, James Williams, Anthony Guillory, Richard A. Siler, Doak Field, Jerry James Moses, Patsy Lewis, Anthony Toney, Darrell Colbert, Herbert E. Williams, Todd Scott, Jimmy Robinson, Michael Dumas, Gary Custinger, Patrick Jackson, Winslow Oliver, Curtis Ceasar, Ryan McCoy, Murray E. Garrett, Fulton Johnson, Robert Evans, Roderick W. Harris, Derrick Pope, Eric J. Swann, Derrick Frazier, Gary Jones, Jerry W. Davis, Keith Woodside, Eric Kelly, Nilo Silvan, Wilmer K. Hicks, John Owens, Dwight A. Scales, Cassandra Bailey, Leland C. Douglas, James A. Young, Richard Johnson, Patrise Alexander, Matthew Sinclair**, docketed at No.**18-2012**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**On December 1, 2009, the Federal Rules of Appellate and Civil Procedure were amended modifying deadlines and calculation of time. In particular those motions which will toll the time for filing a notice of appeal under Fed.R.App.P. 4(a)(4), other than a motion for attorney's fees under Fed.R.Civ.P. 54, will be considered timely if filed no later than 28 days after the entry of judgment. <u>Should a party file one of the motions listed in Fed.R.App.P 4(a)(4) after a notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed.</u> The case in the court of appeals will not be stayed absent such notification.**

### Counsel for Appellant

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case
6. Transcript Purchase Order Form.

These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

### Counsel for Appellee

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)

These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,


s/Patricia S. Dodszuweit,
Clerk


By: s/Stephanie
Case Manager
267-299-4926

cc: Lynn B. Bayard, Esq.
TerriAnne Benedetto, Esq.
Bruce A. Birenboim, Esq.
Brad S. Karp, Esq.
Diogenes P. Kekatos, Esq.
Christopher A. Seeger, Esq.
Sol H. Weiss, Esq.