IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION  : MDL
 :
 :
 :
 :
 : NO. 2012-2323

O R D E R

AND NOW, this **9th** day of **May, 2018**, it is Ordered that the transcript, audio recording and minute sheet for the chambers conference held in the above entitled case on 04-16-2018 are placed **UNDER SEAL**.

IT IS FURTHER ORDERED that counsel of record who attended the proceeding are permitted to get a copy of the transcript.

ATTEST:     or     BY THE COURT

BY:_____     /s/ Anita Brody
       Deputy Clerk                       Judge

Civ 12 (9/83)

xc: David Hayes, Transcription Coordinator

**Copies ecmf on _____ to:**        **Copies mailed on _____ to:**