# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| | : | **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* | : : : : | Civ. Action No. 14 – 00029 – AB |
| Plaintiffs, | : : | |
| v. | : : | |
| National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc., | : : : : : | |
| Defendants | : : | |
| THIS DOCUMENT RELATES TO | : : | |
| All Actions | : : | |

## NOTICE OF INTENT TO ARGUE

Pursuant to the Court's Order of May 8, 2018, undersigned Anthony Tarricone, partner at Kreindler & Kreindler LLP, and attorney appointed to the Plaintiff's Steering Committee in this matter by the Court, hereby gives notice of his intent to argue at the May 15, 2018 hearing concerning the allocation of attorneys' fees from the Attorneys' Fees Qualified Settlement Fund.

The basis for Kreindler & Kreindler, LLP's fee request and proposed allocation framework is based on the following documents:

1

- The Declaration of Anthony Tarricone, Esq. in Support of the Opposition to Co-Lead Counsel's Petition for an Award of Common Benefit Attorneys' Fees, Reimbursement of Costs and Expenses, Adoption of a Set-Aside of Five Percent and Certain Incentive Awards, filed October 27, 2017 (ECF Doc. 8720).

- Kreindler & Kreindler LLP's Opposition to Co-Lead Counsel's Petition for an Award of Common Benefit Attorneys' Fees, Reimbursement of Costs and Expenses, Adoption of a Set-Aside of Five Percent and Certain Incentive Awards filed October 27, 2017 (ECF Doc. 8720-2).

KREINDLER & KREINDLER, LLP

  /s/ Anthony Tarricone
Anthony Tarricone (MA BBO# 492480)
855 Boylston Street
Boston, MA 02116
 (617) 424-9100
atarricone@kreindler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018, I caused the foregoing document to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

                                           */s/ Anthony Tarricone*