# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this 14th day of May, 2018, the Motion to Resolve Attorney Fee Dispute filed by the Estate of Kevin Turner (ECF No. 7029) and Motion for Joinder (ECF No 7850) are **DENIED** without prejudice to the Class Member's right to file a Petition for Deviation from the Fee Cap, consistent with this Court's Order filed on April 5, 2018 (*see* ECF No. 9863).

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to:

1