UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER**

AND NOW, on this ___ day of May 2018, upon consideration of the Motion of Class Counsel the Locks Law Firm for Leave to File a Sur-Reply to the Reply by the NFL to its Motion for a Special Investigator, and upon consideration of all other filings in connection with the Motion, including any opposition thereto, it is hereby ORDERED that the Motion for Leave is GRANTED, and the Sur-Reply of Class Counsel the Locks Law Firm is hereby deemed filed

via the ECF system in this case and served on all counsel of record.

    IT IS SO ORDERED.

                                    BY THE COURT:

                                    _____
                                    Hon. Anita B. Brody
                                    United States District Judge