IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| PLAYERS' CONCUSSION INJURY<br>LITIGATION | Hon. Anita Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>                        Plaintiffs,<br>     v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                        Defendants. | Civ. Action No. 14-00029-AB |

## **MITNICK LAW OFFICE PETITION FOR AN INDEPENDENT AWARD OF ATTORNEYS' FEES**

Mitinck Law Office respectfully move, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure and Section 21.1 of the Class Action Settlement Agreement, as amended (ECF No. 6481-1) for the entry of an Order awarding attorney fees, through an independent fee application, to Mitnick Law Office for work preformed in this litigation.

The reasons supporting this fee request are based upon Co-Lead Counsel's Petition for an award of Attorneys' Fees filed under document No. 7151; the Court's subsequent Order granting Co-Lead Counsel's Petition for an award of Attorneys' Fees, filed under Document No. 9860; Page 10, Paragraph O of Co-Lead Counsel's Declaration for an Allocation of Common Benefit Attorney Fees, filed under Document No. 8447 that reads in pertinent part:

"Mitnick Law served at the direction of Co-Lead Counsel in the mulit-faceted outreach efforts to the Retired Player Community, including in-person events with alumni and other NFL players' association, which became increasingly important after the Settlement had received Preliminary Approval". Mitnick Law Office also relys on the attached Declaration of Craig R. Mitnick, Esquire with all Exhibits.

Dated: May 14, 2018

Respectfully submitted,

/s/ *Craig R. Mitnick,*

Craig R. Mitnick
MITNICK LAW OFFICE
35 Kings Highway East
Haddonfield, New Jersey 08033
craig@mitnicklegal.com
(T) 856-427-9000
(F) 856-429-2438

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Co-Lead Class Counsel Anapol Weiss's Notice of Intent to Argue was filed electronically with the Clerk of Court using the Cm/ECF System on May 10, 2018. The CM/ECF System will serve all counsel of record.

MITNICK LAW OFFICE
By: */S/ Craig R. Mitnick*
CRAIG R. MITNICK, ESQUIRE
I.D. No. 50728
35 KINGS HIGHWAY EAST
SECOND FLOOR EAST
HADDONFIELD, NJ 08033

(856) 427-9000
Dated: May 11, 2018