# EXHIBIT C



November 29, 2016

The Honorable Anita Brody

    RE:   NFL Concussion Litigation Acknowledgment

To the Court:

     As the President and CEO of the NFL Alumni Association, I speak with retired NFL players living throughout the country on a daily basis. Sadly, I have seen, and continue to see, the cognitive deterioration of many of my former teammates whose lives have been dramatically changed due to their days playing professional football.

     Initially, back in early 2012, when I learned of the lawsuits that were being filed against the NFL for concussions, I contacted Craig Mitnick, an attorney who I knew personally and trusted implicitly, in hopes of finding out more details about the lawsuit.

     Many of the members of the NFL Alumni Association were very hesitant about joining the suit and attaching their name because they feared the possibility of being labeled by the public in a negative light, such as being greedy. Craig was instrumental in changing so many of their minds because he explained to them thoroughly the lawsuit and its ramifications for us financially and really let us make a decision on our own to be involved or to opt out.

     Craig convinced hundreds, if not thousands of former players that supporting the lawsuit, whether they formally joined or not, was the correct thing to do. I truly believe that if not for Craig Mitnick's efforts and passion for their cause, far less of a percentage of retired players around the country would have joined the suit as quickly as they did. It was Craig's passion and detailed knowledge about the lawsuit and its importance that caused players to step up to the plate in order to not only protect themselves, but to also better the game of football by making it a safer sport.

     Throughout the entire course of the litigation Craig, at his own expense, visited Alumni Chapters around the country to clarify the details of the lawsuit, inform players of its importance and to address any questions and concerns they or their wives had. He visited San Diego, Austin, Tennessee, Chicago, Indianapolis, the Hall of Fame in Canton, Ohio and Orlando to name a few. He never once asked for reimbursement. He just wanted to get the players knowledgeable, up to speed with full disclosure regarding the concussion lawsuit.



November 29, 2016

The Honorable Anita Brody

RE:    NFL Concussion Litigation Acknowledgment

To the Court:

As the President and CEO of the NFL Alumni Association, I speak with retired NFL players living throughout the country on a daily basis. Sadly, I have seen, and continue to see, the cognitive deterioration of many of my former teammates whose lives have been dramatically changed due to their days playing professional football.

Initially, back in early 2012, when I learned of the lawsuits that were being filed against the NFL for concussions, I contacted Craig Mitnick, an attorney who I knew personally and trusted implicitly, in hopes of finding out more details about the lawsuit.

Many of the members of the NFL Alumni Association were very hesitant about joining the suit and attaching their name because they feared the possibility of being labeled by the public in a negative light, such as being greedy. Craig was instrumental in changing so many of their minds because he explained to them thoroughly the lawsuit and its ramifications for us financially and really let us make a decision on our own to be involved or to opt out.

Craig convinced hundreds, if not thousands of former players that supporting the lawsuit, whether they formally joined or not, was the correct thing to do. I truly believe that if not for Craig Mitnick's efforts and passion for their cause, far less of a percentage of retired players around the country would have joined the suit as quickly as they did. It was Craig's passion and detailed knowledge about the lawsuit and its importance that caused players to step up to the plate in order to not only protect themselves, but to also better the game of football by making it a safer sport.

Throughout the entire course of the litigation Craig, at his own expense, visited Alumni Chapters around the country to clarify the details of the lawsuit, inform players of its importance and to address any questions and concerns they or their wives had. He visited San Diego, Austin, Tennessee, Chicago, Indianapolis, the Hall of Fame in Canton, Ohio and Orlando to name a few. He never once asked for reimbursement. He just wanted to get the players knowledgeable, up to speed with full disclosure regarding the concussion lawsuit.



There is absolutely no doubt in my mind, given my first-hand knowledge, that Craig was instrumental in how quickly the case grew in numbers and how quickly the momentum behind the case increased. I believe him, in working with Chris Seeger, in getting information to our Alumni and to our members was instrumental in letting them make their decisions of not opting out of the suit.

Through educating and keeping our members up to date on the litigation, Craig was consistent from the time the suits were filed and remains consistent in his efforts as the claim process will hopefully now begin. In fact, Craig's efforts were complimented by the passion he always exhibited for the well-being of the players and the ultimate success of the case. During several meetings, as well as conference calls with Alumni and members of the Board of Directors, he was always able to handle players who were adverse to the lawsuit, most of the time changing their dislike for the litigation into support of it.

Throughout the course of the last several years, I have spoken with and met several attorneys involved in the case. Lastly, I must say Craig was the only one who was willing to drop his percentage drastically for all of his clients involved in the lawsuit. I really respected his willingness to take a large cut in commission and for coming to our players' aid.

Sincerely,

JOSEPH PISARCIK
President & CEO
NFL Alumni Association