# EXHIBIT D

## 62 MORE FORMER NFL PLAYERS FILE SUIT IN PHILADELPHIA

Philadelphia February 10, 2012 - Another mass federal lawsuit has been filed in Philadelphia on Friday, continuing the fight against the NFL by former players for concussion-related dementia and brain disease.

The latest lawsuit is one of the largest to date and names over 62 former players and 30 of their wives. The players include Seth Joyner, former linebacker for the Philadelphia Eagles, Arizona Cardinals, Green Bay Packers and Denver Broncos. Jeremiah Trotter, linebacker with the Philadelphia Eagles. Bob Landsee, former Eagle and the current owner of the Milwaukee Mustangs of the Arena Football League. Some of the other former players involved in the suit include center Steve Everitt, defensive tackle Andy Harmon, defensive lineman Glen Steele, linebacker Michael Stonebreaker, center Dave Alexander, running back Gary Ellerson, defensive back William Frizzelle, running back Richard Bielski, offensive lineman Leo Goeas, cornerback Jerry Holmes, as well 48 other players.

The complaint alleges fraud and negligence against the NFL and accuses the league of hiding medical evidence about the risks of concussions and failing to warn players they risked permanent brain injury if they returned to play too soon after they had sustained a concussion.

"The NFL knew about the debilitating and permanent effects of head injuries and concussions that regularly occur among professional players, yet ignored and actively concealed those risks," said Gene Locks, one of the attorneys representing the players.

Craig Mitnick, who represents over 100 players and is Locks co-counsel to the suit, said "the NFL concussion issue is one whose time has come after being covered up, profitably hidden for many decades. It is long overdue", Mitnick said.

Britt Hager, a former linebacker for the Philadelphia Eagles and Denver Broncos commented, "If the NFL knew that our futures were at risk and covered that medical evidence up, shame on them, they need to do what is right by us".

All court filing can be viewed at www.playerinjury.com

VIDEO: THE NFL MISLEAD AND WILL BE HELD ACCOUNTABLE

http://www.youtube.com/watch?v=mK7AvKCbQyA

The NFL "concussion" cases allege fraud and negligence against the NFL and accuses the league of hiding medical evidence about the risks of concussions and failing to warn players they risked permanent brain injury if they returned to play too soon after they had sustained a concussion.

The NFL has said that they will fight the allegations.

About Craig Mitnick: Mitnick received his BBA in finance from Emory University and subsequently received his Juris Doctor from the George Washington University School of Law. Given Mitnick's success as a trial attorney he was contracted as an on-air legal analyst for Fox News Channel, Fox Radio Network and CBS. Mitnick's current focus is the representation of former professional athletes who may have been subjected to traumatic brain injury and other debilitating injuries. He is actively involved in the mass tort action against the NFL by its' former players and currently represents over 175 players.

## AS NFL TRAINING CAMPS BEGIN, LAWSUITS CONTINUE TO BE FILED

Philadelphia July 24, 2012 – As NFL training camps around the country begin, the NFL continues to be hit with more concussion related lawsuits. A suit filed this week in Philadelphia Federal Court names 92 retired players and 72 of their wives. The lawsuit includes Hall of Famers Ron Yary and Roger Wehrli. The suit also names former Minnesota Vikings great and 5 time pro bowler Chuck Foreman. Additional players named in the lawsuit include former quarterback Bobby Hebert, former linebacker Ted Hendricks, and former quarterback Scott Brunner.

The lawsuit is just the latest brought against the National Football League by former players who suffered repeated concussions. The total number of players suing the league is approaching 3,000 and expected to rise.

"The NFL was aware of the risks of repeated head trauma and multiple concussive events, but nevertheless chose to deliberately ignore and conceal from the players and their families the risks of serious long-term health effects," said Craig Mitnick, an attorney representing over 900 players in the litigation, along with his co-counsel Gene Locks of Locks Law Firm.

The latest lawsuit alleges fraud and negligence against the NFL and accuses the league of hiding medical evidence about the risks of concussions and failing to warn players they risked permanent brain injury if they returned to play too soon after they had sustained a concussion.

The NFL had previously been ordered by the Federal Court to file its motion to dismiss all cases by August 9, 2012. That deadline has been extended until late August.

Contact: Craig R. Mitnick, Esquire at 609.868.2800

PHILADELPHIA, April 12, 2012

Former Detroit Lions defensive tackle and well-known Hollywood actor, Alex Karras has joined the concussion litigation against the NFL. Karras has joined hundreds of other retired NFL players who want to bring more awareness to the seriousness of concussions and brain injury in sports at all levels. "Alex is seeking medical monitoring and cognitive health benefits, as well as financial compensation for the short-term, long-term, and chronic injuries he and his fellow football players have suffered said Craig Mitnick, Karras's attorney.

Susan Clark, Karras's wife and sitcom "Webster" co-star, said "Even though he is suffering from dementia, he still enjoys many things. Alex can't be left alone and it is not safe for him to drive, but he still enjoys life, including watching football. All Alex wants is for the game of football to be safer. If he recovers financially from this lawsuit he may well decide to give that money to other players who are not as fortunate as he is".

## GROWING LIST OF FORMER NFL PLAYERS JOIN TOGETHER AS A TEAM ONCE AGAIN

PHILADELPHIA, Jan. 16, 2012. More and more former NFL players are rapidly joining the class action lawsuit anticipated to be filed tomorrow in Philadelphia Federal Court. The concussion lawsuit is necessary, because of the debilitating and permanent effects of head injuries and concussions that have afflicted present and former professional football players in the NFL. For close to one hundred years, evidence has linked concussions to long-term neurological problems. For decades, specialists in brain trauma have warned about the risks of permanent brain damage from repetitive concussions. The NFL, as the organizer, marketer, and face of the most popular sport in the United States, in which head trauma is a regular occurrence, was aware of these risks but deliberately ignored the risks associated with concussions and actively concealed them.

Given the current concussion litigation that has begun between the NFL and many of its former players, PlayerInjury.com has been set up by the players, for the players, to provide one accurate centralized source for lawsuit information.

Kevin Turner, a former New England Patriot and Philadelphia Eagle who was diagnosed with ALS in May of 2010 said "I knew that there were risks involved with football. When I say that, I mean I knew I had a risk of knee trouble, arthritis, and neck pain. No trainer or doctor ever cautioned me about concussions and their cumulative effects. I believe that I had well over 100 concussions and they kept me playing. We need to protect every athlete - and that includes our children. Awareness is the first step".

Former center, Steve Everitt, who played for the Cleveland Browns, Philadelphia Eagles, and St. Louis Rams commented that "there must be fundamental fairness with regard to medical monitoring and our health. After being that physical for so long, who knows what the future holds".

Former offensive lineman, Joe Panos, now an NFL agent, who previously played for the Philadelphia Eagles and Buffalo Bills, stated "that everyone involved needs to understand that we must move on after our professional football careers and that our health is vital to both our professional and personal lives".

Britt Hager, a former linebacker for the Philadelphia Eagles, Denver Broncos and St Louis Rams said, " If the NFL had evidence regarding our health and didn't tell us, shame on them. I thought we were suppose to be in this thing together".

Several former NFL players and attorney, Craig R. Mitnick, Esq. established Playerinjury.com to provide information and increase awareness. For a more in-depth description of the current NFL litigation and related information, please visit playerinjury.com.

MORE NFL LAWSUITS FILED AND PLAYERS BEGIN TO TAKE A STANCE

PHILADELPHIA, Feb 06, 2012 – Two new concussion lawsuits have been filed against the NFL. The first suit includes 42 former players and 23 spouses. The named players include Leroy Kelly, a Hall of Fame running back, and former Philadelphia Eagles Britt Hager, Keith Byars, Brian Baldinger, Mike Schad, Brad Quast, and Michael Pitts. Others players named in the suit include Daniel Stubbs, Rodney Bellinger, John Avery, Douglas Skene, Warren Bankston, Joe Cocozzo, and 29 other players.

The suit charges that the NFL intentionally and fraudulently misrepresented and/or concealed medical evidence about the short and long-term risks regarding repetitive traumatic brain injury and concussions and failed to warn players that they risked permanent brain damage if they returned to play too soon after sustaining a concussion.

"Competition is healthy, but you have to be healthy to compete. I have an extremely strong opinion about the concussion issue – When I look back I had numerous concussions and I was sent back out to play. If we only knew then what we know now" said Seth Joyner, a former linebacker in the National Football League for the Philadelphia Eagles, Arizona Cardinals, Green Bay Packers and Denver Broncos.

"The NFL knew about the debilitating and permanent effects of head injuries and concussions that regularly occur among professional players, yet ignored and actively concealed the risks," said Gene Locks. "And these players' problems don't just impact themselves -- they affect their wives, their children and their families as well as their ability to earn a living because many are nowhere close to being able to retire."

Craig Mitnick, co-counsel to Locks said "one player summed it all up well by saying: "My wife reminds me regularly that my memory is getting worse, but I disagree with her. I guess I disagree because I don't want to believe that my life as I know it is slowly passing me by".

Mitnick said "This suit is long overdue. The NFL had an obligation to its players and they failed miserably".

All court filings can be viewed at www.playerinjury.com

PHILADELPHIA, March 28, 2012 – SUPERBOWL XXVI MVP AND TWO-TIME PRO-BOWLER, MARK RYPIEN JOINS CONCUSSION BATTLE

Super Bowl XXVI MVP and two-time pro-bowler, Mark Rypien, has joined the concussion litigation against the NFL. The former quarterback is seeking medical monitoring, compensation, and financial recovery for the short-term, long-term, and chronic injuries he and his fellow football players have suffered.

Rypien said his rationale for joining the lawsuit had nothing to do with money. He said it had to do with principle. "We all knew that by playing football we were subjecting ourselves to risk, however we had a high expectation that the league would protect our health as best as they could. They knew the dangers of head trauma and they knew the consequences of allowing a player to prematurely return to play". Rypien said he is worried about his future and his family. " The things that use to come simple to me, naturally, aren't so simple anymore". Rypien said that he was joining the concussion litigation to protect retired players, current players and future players as well. "The game of football can remain the same, the rules just need to be changed in order to protect the players".

Ripian's attorney Craig Mitnick said "The NFL's active and purposeful concealment and misrepresentation of the severe neurological risks of multiple concussions exposed players to dangers they could have avoided had the League provided them with truthful and accurate information".

For further comment or question please contact: Craig Mitnick, Esq at 609.868.2800 or craig@mitnicklawoffice.com

PHILADELPHIA, JANUARY 14, 2014

More and more former NFL players are slowly digesting, endorsing and putting their stamp of approval on the proposed concussion litigation settlement terms as the Court this morning denied preliminary approval without prejudice. What this means is that that Judge needs further confidence that the financial monies being put on the table by the NFL are sufficient for payouts to injured players over the next 60 years before considering the Agreement terms again.

Christopher Seeger, lead negotiator and co-lead counsel for the Class, along with Craig Mitnick, attorney for over 1400 of the players who actually filed suit against the NFL, stated that they firmly believe that the Proposed Settlement would ultimately be approved by the Court and the attorneys commend the Court for taking the necessary steps required to ensure the Settlement's fairness and reasonableness by guarantying there will be enough money to compensate players for the next 60 years.

Here is what some of the players had to say bout the Agreement:

**Mark Rypian**, a 2x Pro Bowl Selection, 2x Superbowl Champion, Superbowl MVP and voted one of the 70 greatest Redskins commented as follows in regard to the class concussion settlement: "that as long as the League protects all retired players, monitors their health, compensates the ones that truly need help, and supports those players and their families who are in need, then both sides won the battle.

**Eric Allen**, a 6x Pro Bowler, AP First Team All-Pro, Eagles Hall Of Fame, 3X UPI first team, Television commentator who supports the Settlement. Allen said "the concussion issue has existed for years, however now there is is finally awareness we can all make the game of football safer for the players and just as exciting for the fans." "The settlement is a win win for everyone because every retired player is protected first by medical monitoring, then treatment if applicable no the League's expense and he you get sick you then get paid.

**Joe Montana**, "The more awareness that is created around the issue of player safety, the better chance we have of protecting the players of the past, the present, and the future. Through continued research and the continuing discussion on the affect of concussions, we can ensure that the game of American football will remain the greatest game in the world". The 14 years that I spent in the NFL were some of the best years of my life, and the opportunities that they created for my future were endless. I was one of the fortunate players who did not suffer cognitive declines after my football career. The same cannot be said for many of my teammates. We played in an era when player safety was not as high a priority as it is now becoming for the NFL. If this settlement truly compensates those players who are injured now and protects those players who do not currently show any signs of cognitive impairment this point but who may develop them in the future, I support the settlement.

## AS NFL TRAINING CAMPS BEGIN, LAWSUITS CONTINUE TO BE FILED

Philadelphia July 24, 2012 – As NFL training camps around the country begin, the NFL continues to be hit with more concussion related lawsuits. A suit filed this week in Philadelphia Federal Court names 92 retired players and 72 of their wives. The lawsuit includes Hall of Famers Ron Yary and Roger Wehrli. The suit also names former Minnesota Vikings great and 5 time pro bowler Chuck Foreman. Additional players named in the lawsuit include former quarterback Bobby Hebert, former linebacker Ted Hendricks, and former quarterback Scott Brunner.

The lawsuit is just the latest brought against the National Football League by former players who suffered repeated concussions. The total number of players suing the league is approaching 3,000 and expected to rise.

"The NFL was aware of the risks of repeated head trauma and multiple concussive events, but nevertheless chose to deliberately ignore and conceal from the players and their families the risks of serious long-term health effects," said Craig Mitnick, an attorney representing over 900 players in the litigation, along with his co-counsel Gene Locks of Locks Law Firm.

The latest lawsuit alleges fraud and negligence against the NFL and accuses the league of hiding medical evidence about the risks of concussions and failing to warn players they risked permanent brain injury if they returned to play too soon after they had sustained a concussion.

The NFL had previously been ordered by the Federal Court to file its motion to dismiss all cases by August 9, 2012. That deadline has been extended until late August.

Contact: Craig R. Mitnick, Esquire at 609.868.2800

## JUDGE'S DECISION TO DENY NFL PROPOSED CONCUSSION SETTLEMENT ENCOURGES PLAYER'S

PHILADELPHIA, JANUARY 14, 2014 - More and more former NFL players are slowly digesting the terms of the Proposed NFL Concussion Settlement and putting their stamp of approval on the proposed Settlement. On Monday, January 6, 2014 the U.S. District Judge, Judge Anita Brody denied the Parties motion for preliminary approval without prejudice. What this means is that that Judge needs further confidence that the financial monies being put on the table by the NFL are sufficient for payouts to injured players over the next 60 years before considering the Agreement a second time.

Christopher Seeger, Esq. lead negotiator and co-lead counsel for the Class, along with Craig Mitnick, Esq. who represented over 1400 of the players who actually filed suit against the League, stated that each firmly believe that the Proposed Settlement will ultimately be approved by the Court. Seeger and Mitnick commended the Court for taking the necessary steps required to ensure the Settlement's fairness and reasonableness to both the NFL and the players by guarantying there will be enough money to compensate those injured for the next 60 years.

Here is what some of the players had to say about the Proposed Settlement and Judge Brody's initial denial of that Settlement:

> **Mark Rypian**, a 2x Pro Bowl Selection, 2x Superbowl Champion, Superbowl MVP and voted one of the 70 greatest Redskins commented as follows in regard to the class concussion settlement: "that as long as the League protects all retired players, monitors their health, compensates the ones that truly need help, and supports those players and their families who are in need, then both sides won the battle. The fact that Judge Brody denied the initial Agreement makes me more comfortable because I know that she wants complete comfort with the fact that retired players will be protected under this Agreement for 60 years to come.

> **Eric Allen**, a 6x Pro Bowler, AP First Team All-Pro, Eagles Hall Of Fame, 3X UPI first team, Television commentator who supports the Settlement. Allen said "the concussion issue has existed for years, however now there is finally awareness we can all make the game of football safer for the players and just as exciting for the fans." "The settlement is a win for everyone because every retired player is protected through medical monitoring, followed by treatment (if applicable). If any player gets sick they get financial recovery. End of story. That is the way the law is suppose to work.

> **Greg Landry**, a former player and coach who played quarterback in the National Football League from 1968 to 1981 and again in 1984. Greg played for the Detroit Lions, Baltimore Colts, and Chicago Bears. Landry said "I am in complete favor of the Concussion Settlement because I really want the money to get to the guys and their families that truly need it as soon as possible. Another misconception that many players