EXHIBIT G



**Screen Shot 2014-08-03 at 9.10.19 PM 2 copy**

Portable Network Graphics image - 838 KB

Created **Wednesday, December 31, 1969 at 7:00 PM**
Modified **Thursday, September 4, 2014 at 4:57 PM**
Last opened **Thursday, September 4, 2014 at 4:57 PM**
Dimensions **1278 × 706**
Add Tags



00000 3.MTS

Preview   Text   Hex   Icon



**General**

Kind: FileTypeGroup451
Size: 158.2 MB (158,171,1...
Size on Disk: 158.2 MB
Created: Dec 31, 1969 07:00 PM
Modified: Sep 04, 2014 04:57 PM

**Misc Info**

Owner: CRAIGMITNICK
Group: staff
Read-Only: No
Hidden Ext: No
File Number: 743,908

**Permissions**

CRAIGMITN... Read, Write, & Execute
staff: Read, Write, & Execute
everyone: Read, Write, & Execute









DSC00016.JPG

JPEG image - 1.9 MB

Created Saturday, August 2, 2014 at 2:22 PM
Modified Saturday, August 2, 2014 at 2:22 PM
Last opened Saturday, August 2, 2014 at 2:22 PM
Dimensions 3984 × 2240

Add Tags...

April

- 00017.MTS
- 00018.MTS
- 00018.MTS
- 00019.MTS
- 00020.MTS
- 00021.MTS
- 00022.MTS
- 00023.MTS
- 00024.MTS
- 00025.MTS
- 00026.MTS
- 00027.MTS
- 00028.MTS
- 00029.MTS
- 6533-1 copy
- 134273p.pdf
- AGREEMEN...E[1]Murphy
- BAP
- BAP copy
- BAP147.pptx
- BEFFWYKBKK copy
- BEFFWYKBKK copy 2
- Benefits.mov
- Concussion...Q'S 2.docx
- Concussion.jpg
- Cpl. Long s...ent (1) copy
- Craig Mitnic...20p(1).mov
- Dropbox -...Video 2.mov
- Dropbox -...A_Video.mov
- DSC00001 copy
- DSC00001.JPG
- DSC00003.JPG
- DSC00004.JPG
- DSC00008.JPG
- DSC00015.JPG
- DSC00016.JPG
- DSC00017.JPG
- DSC00019.JPG





00009 2.MTS

FileTypeGroup451 - 364.8 MB

Created Wednesday, December 31, 1969 at 7:00 PM
Modified Thursday, September 4, 2014 at 4:57 PM
Last opened Thursday, September 4, 2014 at 4:57 PM
Dimensions   --
Duration

Add Tags...

5
5 2
00005 2.MTS
00005 3.MTS
00005.MTS
00005.MTS
6
6 2
00006 2.MTS
00006 3.MTS
00006.MTS
00006.MTS
00007.MTS
00007.MTS
00008 2.MTS
00008 3.MTS
00008.MTS
00008.MTS
00009 2.MTS
00009 3.MTS
00009.MTS
00009.MTS
00010 2.MTS
00010.MTS
00011 2.MTS
00011 3.MTS
00011.MTS
00012 3.MTS
00012.MTS
00013.MTS
00014.MTS
00015.MTS
00016.MTS
00017.MTS
00017.MTS
00018.MTS
00018.MTS
00019.MTS
00020.MTS



62

00012 2.M1S

Preview  Text  Hex  Icon



**General**

Kind: FileTypeGroup451
Size: 104.8 MB (104,792,0...

Size on Disk: 104.8 MB
Created: Dec 31, 1969 07:00 PM
Modified: Sep 04, 2014 04:57 PM

**Misc Info**

Owner: CRAIGMITNICK
Group: staff
Read-Only: No
Hidden Ext: No
File Number: 743,951

**Permissions**

CRAIGMITN... Read, Write, & Execute
staff: Read, Write, & Execute
everyone: Read, Write, & Execute



**00011.MTS**

FileTypeGroup451 - 128.8 MB

Created   Wednesday, December 31, 1969 at 7:00 PM
Modified   Thursday, September 4, 2014 at 4:57 PM
Last opened   Thursday, September 4, 2014 at 4:57 PM
Dimensions   --
Duration   --



00012 2.MTS

FileTypeGroup451 - 104.8 MB

Created   Wednesday, December 31, 1969 at 7:00 PM
Modified   Thursday, September 4, 2014 at 4:57 PM
Last opened   Thursday, September 4, 2014 at 4:57 PM
Dimensions   --
Duration   --



**00013.MTS**

FileTypeGroup451 - 401.8 MB

Created   Wednesday, December 31, 1969 at 7:00 PM
Modified   Thursday, September 4, 2014 at 4:57 PM
Last opened   Thursday, September 4, 2014 at 4:57 PM
Dimensions   --
Duration   --

Add Tags...



**00014.MTS**

FileTypeGroup451 - 40.1 MB
Created **Wednesday, December 31, 1969 at 7:00 PM**
Modified **Thursday, September 4, 2014 at 4:57 PM**
Last opened **Monday, May 16, 2016 at 8:34 PM**
Dimensions  --
Duration  --
Add Tags...



00000 2.MTS

FileTypeGroup451 - 158.2 MB
Created   Wednesday, December 31, 1969 at 7:00 PM
Modified  Thursday, September 4, 2014 at 4:57 PM
Last opened  Thursday, September 4, 2014 at 4:57 PM
Dimensions  --
Duration  --

Add Tags

















