EXHIBIT H











































INDEX.BDM
INDEX.BDM
INDEX.BDM
Jaguar 1 ...nion [DRAFT]
Long - Clean[1]
LongSepara...Agreement
MOVIEOBJ 2.BDM
MOVIEOBJ 3.BDM
MOVIEOBJ.BDM
MOVIEOBJ.BDM
MOVIEOBJ.BDM
NFL SETTL...ILITYNFLAA
NFL SETTL...ILITYNFLAA
NFL_MITNICK 2.mp4
NFL+Class+Action-SD
NFLAA2016.MOV
nflaaFootball_400x400
PlayerFAQ.mo.
Presentation1.pptx
Presentation2.pptx
Scan.pdf
Screen Sho...44.19 PM 2
Screen Sho...1.40.23 AM
Screen Sho...2.55.57 AM
Screen Sho...21 PM copy
Screen Sho...04 PM copy
Screen Sho...4.25.56 PM
Screen Sho...7.44.22 PM
Screen Sho...7.13.05 PM
Screen Sho...8.59.56 PM
Screen Sho...9.00.07 PM
Screen Sho...9.00.44 PM
Screen Sho...9.07.46 PM
Screen Sho...0.16.08 PM
Screen Sho...0.17.07 PM
Screen Sho...0.17.20 PM
Screen Sho...0.17.32 PM

PlayerFAQ.mov

QuickTime movie - 1.97 GB

Created    Wednesday, December 31, 1969 at 7:00 PM
Modified   Thursday, September 4, 2014 at 4:57 PM
Last opened Thursday, September 4, 2014 at 4:57 PM
Dimensions 720 × 480
Duration   08:40
           Add Tags...



DSC00039.JPG

JPEG image - 1.9 MB

Created   Tuesday, December 17, 2013 at 7:17 PM
Modified   Tuesday, December 17, 2013 at 7:17 PM
Last opened   Tuesday, December 17, 2013 at 7:17 PM
Dimensions   3984 × 2240

Add Tags...









00006.MTS

FileTypeGroup451 - 78.6 MB

Created  Tuesday, December 17, 2013 at 7:29 PM
Modified  Tuesday, December 17, 2013 at 7:30 PM
Last opened  Tuesday, December 17, 2013 at 7:30 PM
Dimensions  --
Duration  --

Add Tags...

00000.MTS
00001 2.MTS
00001 3.MTS
00001.MTS
00001.MTS
2
2 2
00002 2.MTS
00002 3.MTS
00002.MTS
00002.MTS
00003 2.MTS
00003 3.MTS
00003.MTS
00003.MTS
00004 2.MTS
00004 3.MTS
00004.MTS
00004.MTS
5
5 2
00005 2.MTS
00005 3.MTS
00005.MTS
00005.MTS
6
6 2
00006 2.MTS
00006 3.MTS
00006.MTS
00006.MTS
00007.MTS
00008 2.MTS
00008 3.MTS
00008.MTS
00008.MTS
00009 2.MTS







Preview   Text   Hex   Icon

**General**

Kind: FileTypeGroup451
Size: 1.8 GB (1,756,004,35...
Size on Disk: 1.8 GB
Created: Dec 14, 2013 08:40 PM
Modified: Dec 14, 2013 08:43 PM

**Misc Info**

Owner: CRAIGMITNICK
Group: staff
Read-Only: No
Hidden Ext: No
File Number: 1,348,874

**Permissions**

CRAIGMITN... Read, Write, & Execute
staff: Read, Write, & Execute
everyone: Read, Write, & Execute



00000.MTS

FileTypeGroup451 - 1.76 GB

Created Saturday, December 14, 2013 at 8:40 PM
Modified Saturday, December 14, 2013 at 8:43 PM
Last opened Monday, May 16, 2016 at 7:51 PM
Dimensions —
Duration —

Add Tags...



WHAT ARE THE HIDDEN BENEFITS OF THE SETTLEMENT?

00:02:56

00:03:25



HOW MUCH CONTROL DOES THE
NFL HAVE OVER THE SETTLEMENT?



Protects All Former Players

# SETTLEMENT HIGHLIGHTS

- NFL will pay in excess of $765 million dollars plus legal costs

- Medical component includes in excess of $75 million dollars allocated to medical testing for all retired players, as well as treatment for those that are experiencing symptoms

- Medical testing for all retired players will be available thru an independent network of board certified neurologist who are not associated with the NFL

- Qualifing diagnosis' include ALS, Alzheimer's, Parkinson's, early type Dementia and severe type Dementia

- Every injured player's situation will be evaluated independently in order to determine what medical and financial compensation they may receive

00:03:51

WHAT DOES THE SETTLEMENT ACCOMPLISH?