# EXHIBIT K

## Concussion Questions:

**Eligibility Questions:**

1. How do you find out if you are apart of the lawsuit, and if not, can you still join the lawsuit?
2. Are testing can only be conducted at the named sites around the country and are there specific dates for having it done? Are there specific times?
3. If a retired player has already been qualified to receive benefits under the 88 Plan will be individual need to be retested to qualify to receive a financial reward as part of this settlement?
4. Does being over 55 years old disqualify players from the settlement?
5. How does the settlement help if you are Not vested? (They have me playing in only 1 regular season game over a 4 year period).
6. Are players who have been retired for more than 15 years again disqualified from all benefits from the settlement. I wish someone could explain why 1993 is the magic number.
7. Is there anyway the settlement can be amended to include preseason games?
8. Are any former players excluded from this settlement? And if so, why? Voluntary opt out? Already receiving benefits? Pre-59ers?
9. Who, and under what justification, has the legal and moral right to declare that only Former Players with 2 credited seasons have the benefits and legal access to the Settlements rewards ???
10. Is it an automatic enrollment in the lawsuit or did you have to sign up? How do you know if you are included lawsuit?
11. Have any disputes been filed yet against accepting what the court has approved already ?
12. How would a dispute that is filed affect those players who have legitimate claims that would qualify and be able to receive payment right now ?
13. Since this settlement is in a part the result of a class action lawsuit, am I entitled to the same benefits of the claimants?
14. Will every player receive some type of a cash benefit as compensation for the concussion-related injuries they received while playing in the NFL. Or, does the settlement cover just those players who file a claim for concussion-related disabilities?
15. I played in the NFL for 5 years. During this time ('72 - '77) there was no "protocol" for concussions. How does the "settlement" affect my ability recover $ damages or participate in what's available to a member of the NFL Alumni?
16. 
    a. Is there a monetary award for those who qualify for 1.0
    b. What are the steps to start the qualification process? Examinations, test etc? Who do we contact?
    c. I qualified for NFL neuro cognitive benifit a couple years ago ( mild neuro cognitive benifit).......am I able to use those examination results for part of the documentation to the qualifying committee?
17. Are there any deadlines right now that would allow those players that would qualify right now to be paid on a claim without having to wait for any disputes or additional rulings that the court might need to rule on?

**Medical Qualifications:**

1. Does the NFL pay for players MRI, sonograms, etc or doctor visits to a neurologists or other brain doctors to get tested to see if a player has any beginning stages of ALS, dementia, Alzheimer's, etc?
2. Is their any monetary (cash) distribution to the players or is it only based on being diagnosed with one of the medical conditions discussed in the pass.
3. How would my avum septum pellicidum (CSP) and lower hippocampal volumes reports documented show evidence of my condition and effects be dealt with in the current settlement?
4. How will the level of a player's disability related to their CTE be determined? Who has the "burden of proof" regarding the extent of CTE or TBI suffered by the player?
5. The earliest diagnosis of my Parkinson's Disease was made in 1994 by my personal physician who is a Board Certified Internal Medicine Physician.
    a. Will her diagnosis be accepted, along with my neurosurgeons diagnosis of my Parkinson's confirmed at a later date?
6. I played OL for seven years in the NFL. I have been tested at University of Michigan Neurological sports center and have sever memory loss and sever depression. I have also had a couple of seizures. I am receiving help at a Metal Health facility and taking many medications. I am not sure what I need to do to get help from the NFL with my health problems? **Who do I contact?**
7. Are players allowed to see specialty neurological doctors of their choice who meet the standards of doctors who may have already be selected to provide services? If so will the cost of required exams and reports be cover with funds from the lawsuit? Suppose there is travel and hotel stays needed will those cost be covered as part of seeing a qualified specialist of our choice? If the answer to my questions are "No"….. please answer why is choosing our own qualified doctor not allowed and how were the doctors chosen and who chose them to be the exclusive providers of service?
8. Does this settlement cover a diagnosis of "Normal Pressure Hydrocephalus"? I have since needed surgery for placement of a shunt to combat the symptoms the NPH causes.
9. 
    a. If an alum has already been diagnosed with Parkinson's (or any of the other qualifying dementia disorders), does he need to get another diagnosis of the same in the baseline program (i.e., from a baseline approved physician)?
    b. Can the alum continue to treat with their regular physician, or are they required to be treated by an NFL approved physician. Is there a way to get their regular physician approved?
    c. Will the alum be reimbursed for any expenses they have incurred to date to treat their Parkinson's (or any of the other qualifying dementia disorders)?
    d. Please confirm this settlement is only for concussion-related injuries, and not other injuries (i.e., bad knees, bad back).
    e. When can the alum realistically begin receiving the settlement funds?
10. What happens to a former player say 62 years of age, who is diagnosed with moderate dementia. Then at 70 years of age he is diagnosed with Parkinson's disease. Will he receive two separate settlements?

11.
   a. Since current technology does not allow for the diagnosis of CTE until post-mortem how can we ensure we are covered in case this develops later?
   b. Is Post-Concussive Syndrome covered?
   c. What are the requirements for documentation? Is a diagnosis by an expert in the field adequate or does it have to be made by one of the NFLs designated experts?
   d. What all expenses are covered? Medical? Psychological/psychiatric? Lost earning potential? Damages for pain and suffering? Do my spouse and children qualify for any reimbursement?
   e. Does the Alumni Association provide assistance for those who opt out of the settlement?
   f. Are their case managers to help us navigate the complicated legal process?

12. I've been diagnosed with brain damage( dementia) by a neuropsychologist doctor and treated for related issues, will I have to have baseline testing again?
13. I had concussions while playing, I don't currently have major symptoms. Should I be getting a medical exam? If so, where and who do I go see?
14. What happens to all of the surgeries a retiree has had over 50 years, all caused by pro ball. Also Alzheimers.

## POST Settlement Questions:

1. What are the next steps in this settlement? Is there going to be any type of settlement payment? If so, how will it be distributed? Also, what type of time frame are we looking at?
2. Will there be educational resources for the retired community?

## Legality Questions:

1. My Attorney (Firm) is not one of the main attorney's. Am I responsible to pay the attorney or do his fees come from the 112 million allocated to the attorneys
2. How long does anyone have to file any dispute to this court approval?
3. Their is so much confusion out there, about who opted out, who did not, etc. I just recently saw a list of those that have opted out, is there a list of those that are still in the lawsuit?
   a. Also, some players have received checks in the amount of $14,000, I have no idea why they have received these checks, and why weren't we notified of this money. It seems like the communication to the former players is non-existent to some of us.

**Spousal Questions:**

1. As the widow of an NFL lineman who played in the league and demonstrated memory loss and trouble with cognitive thinking am I entitled to any benefits and if so what would they constitute.
2. My husband, John Amberg, played for the New York Giants in 1951 and 1952. He died in 2004. During a home game in 1952, he received a concussion, but continued to play out the game. He does not remember playing. Would he be covered under the settlement?

**Retirement:**

1. Most jobs when you pay into a retirement fund you get the money back when you leave or at some point it is returned to you. Does the NFL follow these rules?
2. In the past, the vast majority of NFL players who applied for disability have been denied. How will this be different?
    a. In the past, players who applied for disability were stripped of their dignity as they were made to grovel and beg before the board to even be considered for compensation. How will this be different?

| |
|---|
| If a retired player has already been qualified to receive benefits under the 88 Plan will be individual need to be retested to qualify to receive a financial reward as part of this settlement? |
| Since this settlement is in a part the result of a class action lawsuit, am I entitled to the same benefits of the claimants? |
| Is their any monetary (cash) distribution to the players or is it only based on being diagnosed with one of the medical conditions discussed in the pass. |
| In the settlement, does the NFL pay for players MRI, sonograms, etc or doctor visits to a neurologists or other brain doctors to get tested to see if a player has any beginning stages of ALS, dementia, Alzheimer's, etc? |
| What can we expect for players with no immediate health needs such as Dementia, Alzheimer's, etc. Can we expect a payout? |
| 1. Are testing can only be conducted at the named sites around the country and are there specific dates for having it done? Are there specific times?<br>2. Also I have bouts of Vertigo. In my first checking on it it was considered Meniere's disease but later consider from increased contact with to the head. After 12 years of playing, I wonder about this and if others are having this problem? |
| How does the settlement help if you are Not vested?  (They have me playing in only 1 regular season game over a 4 year period). |
| As the widow of an NFL lineman who played in the league and demonstrated memory loss and trouble with cognitive thinking am I entitled to any benefits and if so what would they constitute. |

| |
|---|
| My husband, John Amberg, played for the New York Giants in 1951 and 1952. He died in 2004. During a home game in 1952, he received a concussion, but continued to play out the game. He does not remember playing. Would he be covered under the settlement? |
| The earliest diagnosis of my Parkinson's Disease was made in 1994 by my personal physician who is a Board Certified Internal Medicine Physician. Will her diagnosis be accepted, along with my neurosurgeons diagnosis of my Parkinson's confirmed at a later date? |
| 1. Is there a monetary award for those who qualify for T.0<br>2. What are the steps to start the qualification process? Examinations, test etc? Who do we contact?<br>3. I qualified for NFL neuro cognitive benifit a couple years ago ( mild neuro cognitive benifit)......am I able to use those examination results for part of the documentation to the qualifying committee? |
| Hello, I played with the Seattle Seahawks for one season 1980, I paid into the retirement fund that year, that was my only year playing, most jobs when you pay into a retirement fund you get the money back when you leave or at some point it is returned to you. Does the NFL follow these rules |
| I played OL for seven years in the NFL. I have been tested at University of Michigan Neurological sports center and have sever memory loss and sever depression. I have also had a couple of seizures. I am receiving help at a Metal Health facility and taking many medications. I am not sure what I need to do to get help from the NFL with my health problems? Who do I contact? |
| What are the next steps in this settlement? Is there going to be any type of settlement payment? If so, how will it be distributed? Also, what type of time frame are we looking at? |

1. Does the settlement apply to all former NFL players? Or, just those who are vested?
2. In the past, the vast majority of NFL players who applied for disability have been denied. How will this be different?
3. In the past, players who applied for disability were stripped of their dignity as they were made to grovel and beg before the board to even be considered for compensation. How will this be different?
4. Will every player receive some type of a cash benefit as compensation for the concussion-related injuries they received while playing in the NFL. Or, does the settlement cover just those players who file a claim for concussion-related disabilities?
5. Are there spousal benefits involved?
6. How will the level of a player's disability related to their CTE be determined? Who has the "burden of proof" regarding the extent of CTE or TBI suffered by the player?

I played in the NFL for 5 years. During this time ('72 - '77) there was no "protocol" for concussions. How does the "settlement" affect my ability recover $ damages or participate in what's available to a member of the NFL Alumni?

I have a pituitary dysfunction from concussions. This ailment has multiple symptoms including: Headache, Vision Impairment, Nausea and vomiting, Weakness, Sexual dysfunction, Unintended weight loss or gain, emotional instability. Because the Pituitary gland is the hub of the endocrine system, the entire endocrine system must be monitored regularly and the medications needed include, Growth Hormone, Testosterone, Thyroid medicine, Anti-depressant, and ADHD medicine. My symptoms have been controlled with these medicines but they are very expensive. What is in this settlement for me?

| |
|---|
| I was wondering if I've been diagnosed with brain damage( dementia) by a neuropsychologist doctor and treated for related issues, will I have to have baseline testing again? I was going to go to the Cleveland Clinic when it was made available for baseline testing, but when I talked to them by phone, they said there was nothing further they could do because I had been already tested. They said they would just be wasting time because they were offering the same thing I already had done |
| I only played one year, actually two games in 1983 with the NY Giants. I did go to camp with the Cowboys that summer and was with them for about 8 weeks until cut on the last day of camp. I did go to camp the following summer in 1984 with the Giants and was cut. Because of my active roster position with the Giants, in 1983, am I in any way eligible for any benefits with the NFL Concussion Settlement? |
| Are players who have been retired for more than 15 years again disqualified from all benefits from the settlement. I wish someone could explain why 1993 is the magic number. |
| I have attached an MRI report from the Cleveland Clinic stating that my August 2014 MRI scan had multiple findings associated with repetitive head trauma and concussion, which are associated with memory issues and neurocognitive impairment. These were cavum septum pellicidum (CSP) and lower hippocampal volumes. The doctor stated that these "certainly may reflect the repetitive head trauma you were exposed to the symptoms (memory and functional issues) you are noticing." Specifically, how would this documented evidence of my condition and effects be dealt with in the current settlement? |
| Is there anyway the settlement can be amended to include preseason games? |
| My husband passed away on January 13,2015. Is there any particular procedures to follow? What if his doctors doesn't have all the records, if any are needed? |

| |
|---|
| 1) My Attorney (Firm) is not one of the main attorney's. Am I responsible to pay the attorney or do his fees come from the 112 million allocated to the attorneys. |
| 1. Are any former players excluded from this settlement? And if so, why? Voluntary opt out? Already receiving benefits? Pre-59ers?<br>2. Timeline of settlement. I have read numerous articles and commentary this will be extended and appealed many times - is there truth to this?<br>3. Is this combined or separate from other concussion related lawsuits the NFL is facing? |
| Please discuss SPOUSAL RIGHTS. |
| Does this settlement affect any and all former players or did you have to participate in the lawsuit to be eligible |
| Who, and under what justification, has the legal and moral right to declare that only Former Players with 2 credited seasons have the benefits and legal access to the Settlements rewards ??? |
| I had concussions while playing, I don't currently have major symptoms. Should I be getting a medical exam? If so, where and who do I go see? |
| Is it an automatic enrollment in the lawsuit or did you have to sign up? How do you know if you are included lawsuit? |
| I only have one credited season (1970) I was in 4 NY Giants training camps (1968-1971).I was on injure reserve 1968 (knee operation) and the Taxi Squad (Long Island Bulls, 1969). Can I be a part of the concussion Law suit and who should I contact. |
| Are players allowed to see specialty neurological doctors of their choice who meet the standards of doctors who may have already be selected to provide services? If so will the cost of required exams and reports be cover with funds from the lawsuit? Suppose there is travel and hotel stays needed will those cost be covered as part of seeing a qualified specialist of our choice? If the answer to my questions are "No"..... please answer why is choosing our own qualified doctor not allowed and how were the doctors chosen and who chose them to be the exclusive providers of service? |

1. If an alum has already been diagnosed with Parkinson's (or any of the other qualifying dementia disorders), does he need to get another diagnosis of the same in the baseline program (i.e., from a baseline approved physician)?
2. Can the alum continue to treat with their regular physician, or are they required to be treated by an NFL approved physician. Is there a way to get their regular physician approved?
3. Will the alum be reimbursed for any expenses they have incurred to date to treat their Parkinson's (or any of the other qualifying dementia disorders)?
4. Please confirm this settlement is only for concussion-related injuries, and not other injuries (i.e., bad knees, bad back).
5. When can the alum realistically begin receiving the settlement funds?

Does being over 55 years old disqualify players from the settlement?

1) Since current technology does not allow for the diagnosis of CTE until post-mortem how can we ensure we are covered in case this develops later?
2) Is Post-Concussive Syndrome covered?
3) What are the requirements for documentation? Is a diagnosis by an expert in the field adequate or does it have to be made by one of the NFLs designated experts?
4) What all expenses are covered? Medical? Psychological/psychiatric? Lost earning potential? Damages for pain and suffering? Do my spouse and children qualify for any reimbursement?
5) Does the Alumni Association provide assistance for those who opt out of the settlement?
6) Are their case managers to help us navigate the complicated legal process?

| |
|---|
| See email attachment |
| what happens to all of the surgeries a retiree has had over 50 years, all caused by pro ball. Also Alzheimers. |
| Is his settlement will cover a diagnosis of "Normal Pressure Hydrocephalus"? Which I was diagnosed with in my early 60's and which I was told, came from head trauma. I have since needed surgery for placement of a shunt to combat the symptoms the NPH causes. |
| Will there be educational resources for the retired community? |
| 1. Have any disputes been filed yet against accepting what the court has approved already ?<br>2. how long does anyone have to file any dispute to this court approval ?<br>3. How would a dispute that is filed affect those players who have legitimate claims that would qualify and be able to receive payment right now ?<br>4. Are there any deadlines right now that would allow those players that would qualify right now to be paid on a claim without having to wait for any disputes or additional rulings that the court might need to rule on ? |
| What happens to a former player say 62 years of age, who is diagnosed with moderate dementia. Then at 70 years of age he is diagnosed with Parkinson's disease. Will he receive two separate settlements? |
| How do you find out if you are apart of the lawsuit, and if not, can you still join the lawsuit? |

Their is so much confusion out there, about who opted out, who did not, etc. I just recently saw a list of those that have opted out, is there a list of those that are still in the lawsuit? Also, some players have received checks in the amount of $14,000, I have no idea why they have received these checks, and why weren't we notified of this money. It seems like the communication to the former players is non-existent to some of us.