# EXHIBIT L

**Monday, November 21, 2016 at 2:32:57 PM Eastern Standard Time**

**Subject:** FW: Letter of acknowledgement

**Date:** Monday, November 21, 2016 at 2:31:29 PM Eastern Standard Time

**From:** Craig Mitnick

**To:** Craig Mitnick

**CC:** Tina Williams

From: Derrick Frost <dfrost@profusion-financial.com>
Date: Monday, November 21, 2016 at 2:19 PM
To: Craig Mitnick <craig@mitnicklegal.com>
Subject: Letter of acknowledgement from Derrick Frost, Former BOD member of the NFLPA

As a former NFL player who is one of 9 on the NFLPAs Former Players Board of directors, I have spent the most time and learned the most about the concussion lawsuit from Attorney Craig Mitnick. Not only did he spend numerous occasions with our members, but he attended the NFLPA Convention in Orlando, FL to meet players and educate them in person throughout the entire convention. Although the NFLPA has clearly taken a stance that they will not be helping players with the suit, and even have prevented them from getting educated, Craig had taken it upon himself to help, educate and provide critical information to many of the NFLPA members.

Best

Derrick Frost

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please reply as such and delete the e-mail.