# EXHIBIT O

**SYLVIA MACKEY, wife of former player JOHN MACKEY, Baltimore Colts 1963-1971, San Diego Chargers 1972**

"I believe it is a good settlement for what it stands for. I will never say that I know how the League works because I was surprised that this came, although slow, that this came at the time that it did. I was surprised that the amount of money went from $765 million to an amount of money with no cap. I just wondered what is the next cap was going to be; and there wasn't one. The settlement is a fair one."

**HARRY CARSON, New York Giants 1976-1988**

"In my lifetime I never really thought we would even be discussing any kind of settlement regarding traumatic brain injury and issues of former players and their neurological issues. I think that we have come a long way to go from being in denial years ago to $765 million to now an uncapped amount being afforded to a fund for this settlement. I think we have come a long way. I would be very hesitant to opt out of this agreement, let alone object, because we never know what's going to happen down the road.... at some point we all have to move forward and I think this is the best option."

## ART PLUNKETT, (Los Angeles Rams 1981, St. Louis Cardinals 1981-1985, N.E. Patriots 1985-1988)

"This lawsuit means long term protection for former players. For me, being an ex-lineman, it was not about the money but the care of any brain related disabilities as a result of concussions that many have suffered. The unfortunate thing about the proposed settlement for our lawsuit, is how much money is involved and now there are money hungry lawyers who have not been involved and former players looking for their cut. Its ridiculous that a few may ruin a settlement that would benefit thousands of former players that can use the help."

**MARK HAYES, Buffalo Bills 1991-1997, Arizona Cardinals 1998-2001**

"I being a player in the trenches and know the impacts of head trauma and know my memory is not what it use to be and the tingling I get in my arms and hands will not go away anytime soon. I'm in my mid 40's. I feel for my brothers that were there before me and the suffering they are having. Let them get their just do because I know time isn't on the side of my brothers who played in the early days. William Glassford played in 1937 and is a good friend of mine and we

**IRV EATMAN, Kansas City Chiefs 1986-1990, New York Jets 1991-1992, Los Angeles Rams 1993, Atlanta Falcons 1994, Houston Oilers 1995-1996**

"This lawsuit should be about what is best for the largest number of players. Does that mean some individuals may be adversity affected, probably but in my opinion this is about is helping those most in need right now. I'm good with that."

**ROD SMITH, New England Patriots 1992-1994, Carolina Panthers 1995-1998, Green Bay Packers 1998)**

"The rouge players appealing the ruling do not speak for me. I endorse the settlement."

**GARY COBB, Dallas Cowboys 1979, Detroit Lions 1979-1984, Dallas Cowboys 1985-1987, Dallas Cowboys 1988-1989, Philadelphia Eagles 1985-1987, Dallas Cowboys 1988-1989**

"I think it is a good settlement and the reason being is people like myself, I don't have any symptoms, but it's protection for the future and protection especially for the guys who are hurting right now."

**FRED NIXON, Green bay Packers 1980-1983**

"Lets stop the selfishness and greed and let the process play out. Myself, like many others have symptoms that have us deteriorating over time. The compensation would allow for a greater quality of life for those who need it now."

**CHARLES MCSHANE, Seattle Seahawks 1977-1979**

"I may not be but one small voice, but I implore that these few seeking monetary damages please do so on their own accord. Personally, I appreciate all that has been accomplished – and to have a handful upset and perhaps eliminate it all – is selfish and immoral. It is my hope that you few who have decided to 'take on' an appeal, please consider how many others you could potentially damage if you chose to not take on this fight outside of this current venue."