# EXHIBIT P

## DECLARATION OF FORMER NFL PLAYER BRAD QUAST

### *In Re National Football League Player's Concussion Injury Litigation*

Brad Quast declares, under penalty of perjury and pursuant to 28 U.S.C. Section 1746, based upon his personal knowledge, information and belief, as follows:

My name is Brad Quast and I am a retired NFL football player, having played with the New York Jets and the Philadelphia Eagles. After the NFL concussion lawsuit was settled, I was approached by a group of approximately twenty-five (25) retired NFL players who wanted to convince me to opt out of the settlement. Some of their points to me, such as the fact that I would not be receiving as much compensation as I would like, given the discounted financial structure of the settlement. I contacted Mr. Mitnick to get his opinion on whether to remain in the litigation or to opt out. After a lengthy discussion with Mr. Mitnick I decided to remain in the settlement and not to opt out. In addition to convincing me not to opt out of the settlement, Mr. Mitnick contacted many members of the group of players that were attempting to convince me to opt out, and after detailed discussions, all of those players remained in the litigation.

I know first-hand from speaking with several of these players that Mr. Mitnick went into detail about the consequences of not remaining in the litigation and attempting to pursue the matter independently.

I thank Mr. Mitnick for the time and efforts he has spent, given that I now am entitled to compensation through the settlement and I thank him for his efforts with regard to many of my former teammates.

DATED: 11/30/16                              BRAD QUAST