# EXHIBIT S

TO DECLARATION OF CRAIG R. MITNICK, ESQUIRE
IN SUPPORT OF FEE PETITION
In Re: National Football League Player's Concussion Injury Litigation

To whom it may concern:

In October 1998, at the very young age of 31 years old, my husband, Marion Butts, was seen by neurologists for symptoms for post traumatic head injuries sustained during his football career with the National Football League. He was diagnosed with permanent neurological damage and dementia. In 2002, Marion was declared permanently disabled by the Social Security Administration. Marion's struggle with neurological problems began long before Social Security deemed him totally and permanently disabled, nevertheless, after a more exacerbating struggle for many more years, the National Football League also followed suit and granted my husband his full disability benefits. This struggle has been a very arduous and devastating task for my family and many other NFL families who we have come to know over the years. Our struggles were battles that we all felt were being fought alone and without any advocacy. Many NFL players and their families are not versed in legal matters, and that includes my family as well. I was asked to speak before the United States Congress in the early years when concussions and deaths of NFL players where beginning to draw the attention of lawmakers. I decided not to appear because I did not want our private lives to be put on public display for the world to see. Most NFL players do not want people to know that they are having cognitive and neurological problems, and this does include my husband. This is precisely why I feel it is incumbent of me to work behind the scenes to help my husband and every other NFL player that I come in contact with. I have taken on this challenge and duty for my husband for many years, but many players do not have the means or wherewithal to fight for themselves, so it is imperative that we have committed, compassionate and vigilant people who can help us further our journey.

I was given the name of Craig Mitnick from a friend at a law firm I contacted. At 9.38 am on September 13, 2013, I contacted Mr. Craig Mitnick with regards to the concussion litigation. This was the most important call that I had ever made because it changed the course of our lives. After a very long detailed conversation detailing with what my husband and many other NFL players have endured with regards to injuries and deaths, I was certain, that finally my husband and all the other NFL players who had no one previously to advocate for them, now, had that advocate. I had never spoken to or met Mr. Mitnick prior to this initial conversation. What any person or family member who is related to a NFL player knows is that the large majority of players do not know what is happening to their brains and why they are having so many neurological issues that are turning their lives upside down.

To make matters even worse, NFL players have never had someone who can very poignantly and succinctly educate them regarding this very complicated concussion litigation. Mr. Craig Mitnick is the only lawyer who has taken the time, literally years, to travel across the country to meet with thousands of NFL players, their families, and their unions to inform and educate them about this settlement and how it can be advantageous to them and their families for their lifetime. Years prior to the settlement announcement, while in the litigation stage, Mr. Mitnick put in hundreds, if not thousands, of hours educating and updating our families about this concussion settlement and how it could effect us. We were all quite confused about whether or not we should opt in or out because no one was out there to help us understand what was going

on and how the lawsuit would effect us. Many NFL families, as well as our own, were reluctant to opt in because we were all afraid of signing our lives away and give away our rights to future litigation. I know for a fact, from the many discussions that I have had with other NFL players and their wives and families, that without Mr. Mitnick's dedication and commitment to our well-being, thousands of players would have opted out of this lawsuit.

I can also attest to the most important thing that players find more honorable about Mr. Mitnick than anything money or a settlement can buy... that Mr. Mitnick unselfishly gives the same resolute, undivided and dedicated attention to every NFL payer that he comes in contact with, regardless of whether he represents them or not. This is why I know that my husband and many NFL players across the country now have an advocate who has, and will continue to, dedicate a huge part of his life and practice to the betterment of players. His vigilance and knowledge has brought my family and the families of NFL players throughout the country the solace and peace that they all deserve.

This has been a hard struggle for all of the NFL payers and our families, but I am now optimistic and assured that our fight is going to be a much easier one with Mr. Mitnick on our side. Thank you for your care and concern regarding this matter.

Sincerely,

Valicia Butts, wife of Marion Butts