IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | MDL No. 2323<br>No. 12-md-2323-AB |
| **THIS DOCUMENTS RELATES TO ALL ACTIONS** | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Jessica K. Southwick, Esquire, of Pepper

Hamilton, LLP, as additional counsel of record for the Defendants National Football League and

NFL Properties LLC in the above-captioned matter.

Dated:  May 16, 2018

Respectfully submitted,

*/s/ Jessica K. Southwick*
Jessica K. Southwick (PA 308678)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
southwij@pepperlaw.com
 Telephone:  (215) 981-4122

## CERTIFICATE OF SERVICE

I, Jessica K. Southwick, hereby certify that on May 16, 2018, I electronically filed

the foregoing ENTRY OF APPEARANCE and electronically served it via the Court's

CM/ECF system upon all counsel of record.


Dated:  May 16, 2018

/s/ Jessica K. Southwick
Jessica K. Southwick (PA 308678)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
southwij@pepperlaw.com
 Telephone:  (215) 981-4122