**LOCKS** LAW FIRM

The Curtis Center
601 Walnut Street, Suite 720 East
170 S. Independence Mall West
Philadelphia, Pennsylvania 19106
T 215.893.0100
T 866.LOCKSLAW
F 215.893.3444
lockslaw.com

Gene Locks, Esquire

glocks@lockslaw.com

Direct Dial: 215-893-3434

May 17, 2018

**VIA E-FILING**
Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 7613
Philadelphia, PA  19106

      RE:   *In Re: National Football League Players' Concussion Injury Litigation*
              USDC, EDPA, No. 2:12-md-02323-AB

Dear Judge Brody:

    As the Court is aware, we have filed an opposition to The National Football League and NFL Properties LLC's Motion for the Appointment of a Special Investigator (ECF Document No. 9880).

    We would like the opportunity to appear and argue the substance of our opposition at the hearing on May 30, 2018.

                                      Respectfully yours,

                                      LOCKS LAW FIRM

                                      BY:   /s/ Gene Locks
                                             GENE LOCKS

GL/ah

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2018, I caused the foregoing Letter Request to Appear and Argue to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

BY: /s/ Gene Locks
GENE LOCKS