IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | MDL<br><br>NO. 2012-2323 |

O R D E R

AND NOW, this 16th day of **May, 2018**, it is Ordered that the attached hard copy of attorney Christopher Seeger's power-point presentation from the **05-15-2018** hearing is made a part of the record.

ATTEST:                     or     BY THE COURT

BY:_____          _____
    Deputy Clerk                          Judge

Civ 12 (9/83)

# NFL CONCUSSION SETTLEMENT

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

# Hearing on Fee Allocation

## May 15, 2018

### Co-Lead Class Counsel Christopher A. Seeger

# LITIGATION OVERVIEW & BACKGROUND

**MDL Formed in 2012**

**Unique & Challenging Claims**
- Complex & Evolving Science
- Significant Legal Issues – Preemption
- Substantial Alternative Causation & Other Trial Defenses
- Statute of Limitations Issues

**Novel Litigation Course**
- Early Stay on Discovery
- Litigation of Motions to Dismiss
- Circumstances Dictated Consideration of Early Resolution

2

# SETTLEMENT

**Extensive Negotiations**
   Months of Pre-Term Sheet Negotiations – Mediator Driven & Private

**Term Sheet** – August 29, 2013
   Two Rounds of Settlement Negotiations after Initial Term Sheet

**Preliminary Approval** – July 7, 2014

**Final Approval** – April 22, 2015

**Third Circuit Affirms Approval** – April 18, 2016

**United States Supreme Court Denies Cert Petitions** – December 19, 2016

3

# INNOVATIVE SETTLEMENT FRAMEWORK

## Faced the Challenges of *Amchem* and *Ortiz* for Classwide Settlement of Personal Injury Claims
- Uncapped Fund Addresses Major *Amchem* Concern
- Monetary Awards Keyed to Seasons (proxy for exposure) and Age at Diagnosis (tied to background rates)

## The BAP Program Is More than a Medical Monitoring Program
- Created Our Own HMO for the Concussion Settlement
- Extensive Neuropsychiatric Assessment Designed by Experts in the Field
- Catches Impairment Early - Healthcare Professionals Can Act to Slow Degeneration
- Source of Information for Future Medical Research

## 65-Year MAF Program
- Substantial Monetary Awards
- Provides Significant "Insurance" for Younger Retired Players

## Lien Resolution with Substantial Discounts

4

# ASSEMBLED A TEAM OF EXPERIENCED CLASS ACTION ATTORNEYS

## Prof. Samuel Issacharoff
- Bonnie and Richard Reiss Professor of Constitutional Law, NYU
- Nationally Renowned Expert on Class Actions - *VW Clean Diesel*, *BP Oil Spill*
- Argued Before 3rd Circuit – *DB Investments*, *Diet Drugs*, and *Avandia*

## Arnold Levin (Sub-Class One Counsel)
- Lead Counsel in the *Diet Drugs Litigation* and *Chinese-Manufactured Drywall*
- Leadership in *In re CertainTeed (Shingles)*, *In re TMI*, and *Asbestos School Litig.*

## Dianne Nast (Sub-Class Two Counsel)
- Lead Counsel in *Generic Pharm. Pricing*, *Augmentin Antitr.*, and *Paxil Antitr.*
- Leadership in the *Diet Drugs Litigation*, *Lipitor* Antitr., and *Skelaxin Antitr.*

## INNOVATIVE SETTLEMENT FRAMEWORK

"The performance of Class Counsel regarding this complex Settlement Agreement has been extraordinary. . . . Perhaps the strongest factor weighing in favor of the acceptance of Class Counsel's fee request is the final factor that takes into account **the innovative terms** of this Settlement Agreement. ... Without **these innovative terms**, a settlement might not have been possible under current Supreme Court precedent. This factor weighs heavily in Class Counsel's favor."

    2018 WL 1635648, at * 7, 8 (E.D. Pa. April 5, 2018)

"This settlement will provide nearly $1 billion in value to the class of retired players. It is a testament to the players, researchers, and advocates who have worked to expose the true human costs of a sport so many love."

    821 F.3d 410, 447-48 (3d Cir. 2016)

6

# SETTLEMENT PARTICIPATION

## Substantial Efforts to Ensure Broad Participation
- Town-Hall Meetings at NFL and Alumni Events
- Ongoing Television and Radio Interviews
- Conference Calls with Hundreds of Players
- Targeting of Key Media Markets in Advance of Registration

## The Result: Unprecedented Class Member Participation

## 20,497 Total Registrations
- 15,982 Retired NFL Football Players
- 3,285 Representative Claimants

## Extremely High Participation Rates

7

# THE SETTLEMENT: FIRST YEAR RESULTS

## Monetary Awards
- 411 MAF Notices Totaling Over $423 million
- Awards Exceed Projected Claim Value for the First 10 years

## BAP Examinations
- 12,755 Retired NFL Football Players Are Eligible for BAP Exams
- 4,077 Retired NFL Football Players Currently Scheduled or Scheduling
- 2,422 Retired NFL Football Players with Reports from At Least One Examination
- The Examinations Have Identified Qualifying Diagnoses in Several Men
    - ❖ 18 Level 1 Neurocognitive Impairment
    - ❖ 28 Level 1.5 Neurocognitive Impairment
    - ❖ 16 Level 2 Neurocognitive Impairment

# THE SETTLEMENT: FIRST YEAR RESULTS

## Protection of Settlement Class From Predatory Practices
- Stopping Misrepresentations
- Litigation Funding Abuses

## Advocacy for Favorable Interpretations and Procedures
- Unrepresented Players Can Navigate Registration and Claims
- Definition of "Generally Consistent"
- Definition of "Eligible Season"
- "Downgrading of Claims"
- 88 Plan

## Support of Players and their Counsel
- Engagement with Hundreds of Players and their Counsel
- Support at Every Stage – From Registration to Monetary Awards

# COMMON BENEFIT FEES & COSTS

## Seeger Weiss Collected Common Benefit Time and Expenses
- Solicited Time from All Firms Appearing in MDL
- Review and Audit of Time and Expenses Submitted
- CMO-5 Common Benefit Considerations

## Time and Expenses Submitted for 24 Firms
- Declarations from Each Firm Presented with the Fee Petition
- Total Submitted Lodestar: $40,559,978.60 (51,068 hours)
- Total Submitted Expenses: $5,682,779.38

## Court-Approved Fee Petition
- $112.5 million for fees, costs, and incentive awards
- Decision on the 5% Holdback Reserved

# ALLOCATION OF ATTORNEYS FEES AMONG COUNSEL

## Court Directed Recommendations
- Co-Lead Class Counsel Directed All Common Benefit Work
- Knew Firsthand the Value of Each Firm's Contributions
- Request for Proposal from Lead Counsel is Common. *In re: IPO*

## Co-Lead Class Counsel Reviewed Time Submissions and Declarations from Each Firm

## Considered Three Key Criteria:
1. Appointed Role in Litigation
2. Value of Engagement in the Litigation
3. Contributions to the Settlement

11

# ALLOCATION OF ATTORNEYS' FEES AMONG COUNSEL

## Proposed Multipliers Range from .75 to 3.885

**Brian Fitzpatrick:** "The net result of the adjustment made by lead class counsel in this case left the original lodestars of the firms here with adjustments over a range of multipliers from 0.75 to 3.885. This is a spread of 1:5.2. Not only is this spread reasonable, but it is more equitable than the spreads in other cases of which I am aware."

*In re: TFT-LCD* – Range of .1 to 5.45 for Spread of 1:54.5

*In re: Vitamins Antitr.* – Range of 2.25 to 26 for a Spread of 1:11.6

# ALLOCATION OF ATTORNEYS' FEES AMONG COUNSEL: FOUR PROPOSED TIERS

**High Tier** – More than a Multiplier of Two
- Leaders That Devoted Substantial Efforts to Securing and Defending the Settlement

**Mid Tier** - Over Lodestar, But a Multiplier Less than Two
- Notable Contributions to the MDL
- Typically with Leadership Appointment

**Straight Lodestar**

**Negative Multiplier**

## AVAILABLE FUNDS (as of May 10, 2018)

**Original QSF Balance:** $112,500,000.00
- Interest Earned: $1,261,652.94
- Fees and Taxes: ($495,933.14)
- Court Approved Expenses: ($5,682,779.38)
- Incentive Awards: ($300,000.00)
- Dennis Suplee (to April): ($208,290.50)
- Available Balance: $107,074,649.92

**Escrow Funds:** $1,368,050.20

**Total Available Funds:** $108,442,700.12

14