IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden,<br>On behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br><br>Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

AND NOW, this ___ day of May, 2018, it is hereby

ORDERED that the application of John P. Leonard, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.

_____ J.

3591093-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No.: 2:12-md-02323-AB

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, John P. Leonard, the undersigned, am an attorney who is not currently admitted to either the bar of this court of the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New Jersey | June 6, 1991 | 008181991 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney ID No.) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| USDC – New Jersey | June 6, 1991 | 008181991 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney ID No.) |
| Third Circuit Court of Appeals | July 11, 2005 | Nos. not assigned |
| (Court where admitted) | (Admission date) | (Attorney ID No.) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Phillip T. Howard, and for the purpose of the pending application, Gail Milon, Cambridge Capital Group, LLC; Cambridge Capital Advisors LLC; Cambridge Capital Partners, LP; Cambridge Capital Group Equity Option Opportunities, LP; Cambridge Capital Holdings; and Cambridge Capital Funding, Inc.

*[signature]*
(Applicant's Signature)

5/21/18
(Date)

3591093-1

APPLICANT'S FIRM NAME/ADDRESS/TELEPHONE NUMBER

McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
PO Box 2075
Morristown, New Jersey 07962
(973) 993-8100

Sworn and subscribed before me this
21st day of May, 2018

_____
Notary Public

HELEN CALICCHIO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 04/07/2019

3591093-1

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of John P. Leonard to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Matthew A. Lipman | _[signature]_ | 5/2/01 | 86892-PA |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney ID No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

McElroy, Deutsch, Mulvaney & Carpenter, LLP
1617 JFK Boulevard
Suite 1500
Philadelphia, PA 19103
215-557-2900

Sworn and subscribed before me this
21st day of May, 2018

_[signature]_
Notary Public

> Commonwealth of Pennsylvania - Notary Seal
> BRIDGET FALCO, Notary Public
> Philadelphia County
> My Commission Expires December 3, 2021
> Commission Number 1280553

3591093-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden,<br>On behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br><br>    Defendants. | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of John P. Leonard, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2 (b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Christopher A. Seeger, Esq.
Co-Lead Class Counsel
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660

_____
Signature of Attorney
    Matthew A. Lipman, Esquire

Name of Attorney
    Phillip T. Howard, Gail Milon, Cambridge Capital Group, LLC, et al.

Name of Moving Party
    May 21, 2018

Date

3591093-1