# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## NOTICE AND ORDER

On Wednesday, May 30, 2018 at 11:00 a.m., the Court is holding a hearing regarding the NFL Parties Motion for the Appointment of a Special Investigator (ECF No. 9880). The participants and timing will be as follows:

- The NFL Parties will have 30 minutes to present and can reserve time for rebuttal;
- Co-Lead Class Counsel Seeger Weiss will have 10 minutes to present;
- Class Counsel The Locks Firm will have 10 minutes to present;
- Class Counsel Podhurst Orseck will have 10 minutes to present; and
- The Special Masters and Claims Administrator will be given time to present as needed.

The Locks Firm and Podhurst Orseck both filed Motions to File Surreplies regarding this issue (ECF Nos. 9983, 9986 & 9987). Because both firms will have an opportunity to be heard at the hearing, it is **ORDERED** that those motions are **DENIED**.

5/21/2018                                    s/Anita B. Brody

_____                          _____
DATE                                         ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: