# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this 21ST day of May, 2018, after consideration of John Lorentz's Motion to Intervene to Resolve Fee Disputes with Anapol Weiss (ECF No. 7263) and the accompanying Supplement (ECF No. 7459), it is **ORDERED** that the Motion to Intervene is **GRANTED**; however:

- The request for a portion of common benefit fees is **DENIED**, and
- Any remaining requests regarding the portion of individual attorney's fees payable to Mr. Lorentz are **DENIED** without prejudice and must be raised as attorney's liens (*see* ECF No. 9760).

s/Anita B. Brody

_____
ANITA B. BRODY, J.

1

2

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: