# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this 21ST day of May, 2018, it is **ORDERED** that John D. Giddens' Motion for Attorney Fees (ECF No. 7291) is **DENIED** without prejudice and must be raised as an attorney's lien. (*see* ECF No. 9760).

                                                                        s/Anita B. Brody

                                                   ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to:

1