IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |

## ORDER

AND NOW, this 22nd day of May, 2018, upon consideration of the application filed by the Cambridge entities to extend the date to respond to Co-Lead Counsel's Motion for an Order Sanctioning the Cambridge entities and for other relief (ECF No. 9974), and any responses and/or replies thereto, it is HEREBY **ORDERED** that the motion is GRANTED. The time within which the Cambridge entities may respond to Co-Lead Counsel's Motion for an Order Sanctioning the Cambridge entities (ECF No. 9974) is extended through June 4, 2018.

ANITA B. BRODY, U.S.D.J.

Copies via ECF on ___