# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 2:18-md-02323-AB<br><br>MDL NO.2323 |
| Kevin Turner and Shawn Wooden, on behalf<br>Of themselves and others similarly situated,<br><br>Plaintiffs,<br>V<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants | No. 2:12-md-02323-AB<br><br>MDL NO. 2323<br><br><br><br><br><br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARANCE
## ON BEHALF OF CLASS COUNSEL THE LOCKS LAW FIRM

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of Class Counsel the Locks Law Firm in the above-captioned case.

                              Respectfully submitted,

Dated: May 22, 2018               /s/ Tobias Barrington Wolff
                                       Tobias Barrington Wolff
                                       Professor of Law,
                                       University of Pennsylvania Law School*
                                       3501 Sansom Street
                                       Philadelphia, PA 19104

Phone: 215-898-7471  
twolff@law.upenn.edu  
*For identification purposes only  
And

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2018, I caused the foregoing Notice to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

/s/ Tobias Barrington Wolff
Tobias Barrington Wolff, Esquire