# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Roosevlet Davis** | **NOTICE OF ATTORNEY'S LIEN** |

Comes now Petitioners, Mokaram Law Firm, John D. Giddens P.A., Philip W. Thomas Law Firm, and Stern Law Group, attorneys for **Roosevelt Davis** in the above named and numbered cause of action, hereby notify this Court and all parties that Mokaram Law Firm and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Roosevelt Davis.

Dated: May 23, 2018.

Respectfully submitted,

By: /s/ *Jeffrey Stern*
Jeffrey Stern
Texas State Bar No. 19175660
Federal Bar No. 8536
Stern Law Group
4909 Bissonnet St., Ste 100
Bellaire, TX 77401-4051
P: 713-952-4445
F: 713-666-5922
jstern@stern-lawgroup.com

Ali Mokaram
MOKARAM LAW FIRM
Texas State Bar No. 00794318
Mokaram Law Firm
2500 West Loop South, Ste. 450
Houston, Texas 77027
P: 713-952-4445
F: 713-952-4525
ali@mokaramlawfirm.com

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
(601) 714-5660

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 23, 2018.

<em>/s/ Jeffrey Stern</em><br>
Jeffrey Stern