# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff Roosevelt Davis</u> | <u>**PETITION TO ESTABLISH ATTORNEY'S LIEN**</u> |

Comes now Petitioners, Mokaram Law Firm, John D. Giddens P.A., Philip W. Thomas Law Firm, and Stern Law Group pursuant to an executed Agreement for Legal Services come now and states as follows:

1. Petitioners, Mokaram Law Firm and Stern Law Group are attorneys at law admitted to practice before the courts of Texas, Petitioners, John D. Giddens P.A., Philip W. Thomas Law Firm are attorneys at law admitted to practice before the courts of Mississippi, and files this Petition to establish a lien for attorney's fees as set forth hereinafter.

2. On or about May 10, 2012, Petitioners, John D. Giddens P.A., Philip W. Thomas Law Firm, were retained and employed by the Plaintiff, Roosevelt Davis, pursuant to an agreement for legal services, to pursue a claim for injuries and damages allegedly caused

by the National Football League's conduct associated with football-related concussions, head, and brain injuries.

3. On or about January 12, 2017, Petitioners, John D. Giddens P.A., Philip W. Thomas Law Firm associated Mokaram Law Firm and Stern Law Group as additional retained counsel to the Plaintiff and they collectively were retained and employed by the Plaintiff, Roosevelt Davis, pursuant to an agreement for legal services, to pursue a claim for injuries and damages allegedly caused by the National Football League's conduct associated with football-related concussions, head, and brain injuries.

4. The specifics of the agreement for legal services are as follows: If no recovery (by settlement or trial) is obtained, client will not owe a legal fee. If Mokaram Law Firm obtains a settlement or judgment for Client, Client will pay to the Petitioners one-third percent (33 1/3%) of the gross recovery plus reimbursement of expenses.

5. When Petitioners entered into contract with Plaintiff, Petitioners entered into the risk and expense of the litigation.

6. From the date the Petitioner was authorized to proceed on behalf of the Plaintiff, the Petitioner has actively and diligently investigated, prepared, and pursued Plaintiff's claims, and has taken all steps necessary to prosecute those claims, including, but not limited to, correspondence and communications with the client, preparation and review of client's factual and legal circumstances, providing client updates, analyzing Plaintiff's medical status and need for medical testing, etc.

7. The Petitioners claim the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiff in this action.

WHEREFORE, the Petitioners pray:

1. That an attorney's lien be established;

2. That the amount of the lien be determined;

3. That the Court order that Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement or judgment in this action;

4. That the Defendant or the Defendant's insurer be prohibited from paying to the Plaintiff any sums of money until said lien has been satisfied; and

5. For such other further relief as this Court deems just.

Dated: May 23, 2018.

Respectfully submitted,

By: /s/ Jeffrey Stern
Jeffrey Stern
Texas State Bar No. 19175660
Federal Bar No. 8536
Stern Law Group
4909 Bissonnet St., Ste 100
Bellaire, TX 77401-4051
P: 713-952-4445
F: 713-666-5922
jstern@stern-lawgroup.com

Ali Mokaram
MOKARAM LAW FIRM
Texas State Bar No. 00794318
Mokaram Law Firm
2500 West Loop South, Ste. 450
Houston, Texas 77027
P: 713-952-4445
F: 713-952-4525
ali@mokaramlawfirm.com

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
(601) 714-5660

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 23, 2018.

                                              */s/ Jeffrey Stern*
                                              Jeffrey Stern