## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>                         Plaintiffs,<br><br>         v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                         Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARANCE OF RICHARD C. TARLOWE AS COUNSEL FOR THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC

PLEASE TAKE NOTICE that the undersigned hereby enters a notice of appearance in the above-captioned action as counsel of record for Defendants the National Football League and NFL Properties LLC.

Dated: May 24, 2018

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
/s/  Richard C. Tarlowe
Richard C. Tarlowe
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:   (212) 373-3000
Email: rtarlowe@paulweiss.com

*Attorneys for Defendants the National Football League and NFL Properties LLC*

**CERTIFICATE OF SERVICE**

      I, Richard C. Tarlowe, hereby certify that on the 24th day of May 2018, I electronically transmitted a true and correct copy of the foregoing document, NOTICE OF APPEARANCE OF RICHARD C. TARLOWE AS COUNSEL FOR THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated: May 24, 2018                  /s/ Richard C. Tarlowe
                                                       Richard C. Tarlowe