## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: INDIVIDUALS AND SHORT-FORM COMPLAINTS IDENTIFIED IN EXHIBIT 1 | **Hon. Anita B. Brody** |

### NOTICE OF FILING AMENDED EXHIBIT 1 TO MOTION TO STRIKE THE SHORT-FORM COMPLAINTS OF THOSE ASSERTING CLAIMS FOR THE FIRST TIME AGAINST THE RIDDELL DEFENDANTS[1] (ECF NO. 9573)

Riddell respectfully submits the attached Amended Exhibit 1 in support of its motion to strike the short-form complaints (SAMAC-SFCs) of those individuals attempting to assert claims against the Riddell defendants for the first time by filing SAMAC-SFCs. (ECF No. 9573.) The attached Amended Exhibit 1 replaces the Exhibit 1 previously filed at ECF No. 9573-2.

Amended Exhibit 1 includes the names of three additional filers—William Hayhoe II, William Glass, and Edward R. Martin, Jr.[2] Like the individuals listed on Riddell's previously filed Exhibit 1 (ECF No. 9573-2), these individuals had no pending claims against any Riddell defendant prior to filing SAMAC-SFCS in December 2017. For the reasons addressed in Riddell's

---

[1] For convenience only, "Riddell" or "the Riddell defendants" refers collectively to the following defendants: Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., BRG Sports, Inc. (f/k/a Easton-Bell Sports, Inc.), BRG Sports, LLC (f/k/a Easton-Bell Sports, LLC), EB Sports Corp., and BRG Sports Holdings Corp. (f/k/a RBG Holdings Corp.).

[2] These individuals were not included in the original exhibit because they failed to file SAMAC-SFCs on the master docket until February 12, 2018. (*See Hayhoe* SAMAC-SFC, ECF No. 9703; *Martin* SAMAC-SFC, ECF No. 9710; *Glass* SAMAC-SFC, ECF No. 9711.)  Additionally, their SAMAC-SFCs were filed in individual dockets (to which no Riddell defendant is a party) a day after the deadline for filing SAMAC-SFCs. Their SAMAC-SFCs should be stricken. To the extent any of their filings survive the motion to strike, they should be dismissed as untimely. Riddell reserves all arguments on the issue of untimeliness.

motion to strike and accompanying memorandum (ECF Nos. 9573, 9573-1), the Court should strike their SAMAC-SFCs.

Dated: May 25, 2018                    Respectfully submitted,

                                       */s/ Paul G. Cereghini*_____
                                       Paul G. Cereghini
                                       Thomas C. Howard
                                       BOWMAN AND BROOKE LLP
                                       2901 N. Central Avenue, Suite 1600
                                       Phoenix, AZ  85012
                                       Telephone:  (602) 643-2300
                                       Facsimile:  (602) 248-0947
                                       paul.cereghini@bowmanandbrooke.com
                                       thomas.howard@bowmanandbrooke.com

                                       Robert L. Wise
                                       Eden M. Darrell
                                       BOWMAN AND BROOKE LLP
                                       901 East Byrd Street, Suite 1650
                                       Richmond, VA  23219
                                       Telephone:  (804) 649-8200
                                       Facsimile:  (804) 649-1762
                                       rob.wise@bowmanandbrooke.com
                                       eden.darrell@bowmanandbrooke.com

                                       Thomas P. Wagner
                                       MARSHALL DENNEHEY WARNER
                                       COLEMAN & GOGGIN
                                       2000 Market Street, Suite 2300
                                       Philadelphia, PA  19103
                                       Telephone: (215) 575-4562
                                       Facsimile: (215) 575-0856
                                       tpwagner@mdwcg.com

                                       Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 25, 2018, the foregoing was electronically filed and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

 /s/ Paul G. Cereghini