IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § § § § § | No. 12-md-2323 (AB) MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

**Motion to Stay Enforcement of Attorneys' Fee Allocation Order (ECF 10019) Pending Appeal**
**And**
**Request for Expedited Consideration**

The Alexander Objectors and Lubel Voyles, LLP (hereinafter "Movants") and file this motion pursuant to Fed. R. Civ. P. 62, and, for the reasons set forth in the accompanying memorandum, respectfuflly request the Court stay enforcement of the Court's attorneys' fee allocation order (ECF 10019) pending appeal of that order and the underlying, related orders awarding common benefit fee (ECF 9860/9861); maintaining a 5% holdback from Class Members' recoveries for future fees (ECF 7151); and presumptively limiting the effective IRPA fee recovery to 17% (ECF 9862/9863).

Date:  May 25, 2018                                   Respectfully Submitted,


                                                      /s/ Lance H. Lubel
Mickey Washington                                     Lance H. Lubel
Texas State Bar No.: 24039233                         Texas State Bar No.: 12651125

1

| | |
|---|---|
| WASHINGTON & ASSOCIATES, PLLC<br>2019 Wichita Street<br>Houston, Texas 77004<br>Telephone: (713) 225-1838<br>Facsimile: (713) 225-1866<br>Email: mw@mickeywashington.com<br><br>James Carlos Canady<br>Texas State Bar No.: 24034357<br>THE CANADY LAW FIRM<br>5020 Montrose Blvd., Suite 701<br>Houston, TX 77006<br>Telephone: (832) 977-9136<br>Facsimile: (832) 714-0314<br>Email: ccanady@canadylawfirm.com | Adam Voyles<br><br>Texas State Bar No.: 24003121<br>LUBEL VOYLES LLP<br>675 Bering Dr.., Suite 850<br>Houston, TX 77057<br>Telephone: (713) 284-5200<br>Facsimile: (713) 284-5250<br>Email: lance@lubelvoyles.com<br>adam@lubelvoyles.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2018, I filed the foregoing through the Court's CM/ECF system, which will provide electronic notice to all counsel of record and constitutes service on all counsel of record.

*/s/ Lance H. Lubel*
Lance H. Lubel