IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION _____ | § § § § § § | No. 12-md-2323 (AB) MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § | |

## [Proposed] ORDER

On this date came on for consideration the motion of the Alexander Objectors and Lubel Voyles, LLP ("Movants") pursuant to Fed. R. Civ. P. 62 for an order staying enforcement of the Court's attorneys' fee allocation order (ECF 10019) pending appeal of that order and the underlying, related orders awarding common benefit fee (ECF 9860/9861); maintaining a 5% holdback from Class Members' recoveries for future fees (ECF 7151); and presumptively limiting the effective IRPA fee recovery to 17% (ECF 9862/9863). Having considered the motion, and any responses thereto, the Court finds that the motion is well taken and should be granted. It is therefore

ORDERED that Movants motion is GRANTED. All orders regarding the award and allocation of common benefit attorneys fees under Article XXI of the Settlement Agreement are stayed pending resolution of the appeal in this matter.

Dated: _____                    _____
                                                                    Hon. Anita Brody
                                                                    United States District Court Judge

1