## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody, U.S.D.J.** |

### NOTICE OF APPEAL

Notice is hereby given that Thrivest Specialty Funding, LLC, a non-party to the above-captioned class action, appeals to the United States Court of Appeals for the Third Circuit from the Explanation and Order of May 22, 2018 (Dkt. No. 10011) issued by this Court and attached hereto as Exhibit A. The Explanation and Order permanently enjoins Thrivest Specialty Funding, LLC from seeking arbitration regarding the validity of its funding agreement with Class Member, William E. White.[1]

Respectfully submitted,

*Peter C. Buckley* (signature)

Peter C. Buckley, Esquire
Pennsylvania Attorney ID No. 93123
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA  19103-3222
Tel:  (215) 299-2854
Fax:  (215) 299-2150
pbuckley@foxrothschild.com

*Attorney for Thrivest Specialty Funding, LLC*

Dated:  May 29, 2018

---

[1] Pursuant to Local Appellate Rule 4.1, Thrivest will file a Motion to Expedite this appeal with the Clerk of the Court for the Third Circuit within fourteen (14) days of the opening of the case.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody, U.S.D.J.** |

## CERTIFICATE OF SERVICE

I, Peter C. Buckley, certify that a true and correct copy of the foregoing Notice of Appeal was filed on the Court's ECF System on all counsel of record in the above-captioned matter.

*/s/ Peter C. Buckley*
Peter C. Buckley, Esquire

Dated: May 29, 2018