**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) ) ) ) | NO. 12-MD-2323 (AB) MDL NO. 2323 Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK AND ALL PARTIES:

NOW COMES James R. Dugan, II, who represents to this Court that Chad J. Primeaux is no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter.  As such, the undersigned respectfully requests that Chad J. Primeaux be withdrawn as counsel of record for Plaintiff(s) in the above-numbered and entitled cause.  All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED: June 1, 2018

                              Respectfully Submitted:

                                /s/ James R. Dugan, II
                              James R. Dugan, II (LA Bar No. 24785)
                              Douglas R. Plymale (LA Bar No. 28409)
                              The Dugan Law Firm, APLC
                              365 Canal Street, Suite 1000
                              New Orleans, Louisiana  70130
                              Telephone:    (504) 648-0180
                              Facsimile:     (504) 648-0181
                              E-mail:         *jdugan@dugan-lawfirm.com*
                                                  *dplymale@dugan-lawfirm.com*
                              ***Counsel for Plaintiff(s)***

## *CERTIFICATE OF SERVICE*

I hereby certify that on June 1, 2018, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

  /s/ James R. Dugan, II_____
**James R. Dugan, II**