# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 12-MD-2323 (AB) <br><br> MDL NO. 2323 <br><br> Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please take note that David S. Scalia of The Dugan Law Firm, APLC hereby enters his appearance on behalf of Dalton Simmons, et al in the above captioned case.

Dated:  June 1, 2018

> */s/ David S. Scalia*
> David S. Scalia (LSBA No. 21369)
> The Dugan Law Firm, APLC
> 365 Canal Street, Suite 1000
> New Orleans, Louisiana  70130
> Telephone:  (504) 648-0180
> Facsimile:  (504) 648-0181
> E-mail: *dscalia@dugan-lawfirm.com*
> *Attorney for Plaintiffs*

2

CERTIFICATE OF SERVICE

    I hereby certify that June 1, 2018, I caused the foregoing Notice of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

        /s/ *David S. Scalia*
        David S. Scalia