# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION  ) ) ) ) ) | NO. 12-MD-2323 (AB)  MDL NO. 2323  Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:  ) ) ) | |
| ALL ACTIONS  ) ) | |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please take note that Bonnie A. Kendrick of The Dugan Law Firm, APLC hereby enters her appearance on behalf of Dalton Simmons, et al in the above captioned case.

Dated: June 1, 2018

                                                */s/ Bonnie A. Kendrick*
                                                Bonnie A. Kendrick ( LA Bar. 31806)
                                                The Dugan Law Firm, APLC
                                                365 Canal Street, Suite 1000
                                                New Orleans, Louisiana  70130
                                                Telephone:  (504) 648-0180
                                                Facsimile:  (504) 648-0181
                                                E-mail: *bonnie@dugan-lawfirm.com*
                                                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 1st day of June, 2018, I caused the foregoing Notice of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

                                                            /s/ *Bonnie A. Kendrick*
                                                             Bonnie A. Kendrick