IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and* others similarly situated,<br>        Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>        Defendants. | § § § § § § § § § § § § § § § § | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § | |

## NOTICE OF APPEAL

Notice is hereby given that Class Members Melvin Aldridge, Patrise Alexander, Charlie Anderson, Charles E. Arbuckle, Cassandra Bailey Individually and as the Representative of the Estate of Johnny Bailey, Rod Bernstine, Reatha Brown Individually and as the Representative of the Estate of Aaron Brown, Jr., Curtis Ceasar, Jr., Larry Centers, Trevor Cobb, Darrell Colbert, Elbert Crawford III, Christopher Crooms, Gary Cutsinger, Jerry W. Davis, Tim Denton, Leland C. Douglas, Jr., Michael Dumas, Corris Ervin, Robert Evans, Doak Field, James Francis, Baldwin Malcom Frank, Derrick Frazier, Murray Garrett, Clyde P. Glosson, Anthony Guillory, Roderick W. Harris, Wilmer K. Hicks, Jr., Patrick Jackson, Fulton Johnson, Richard Johnson, Gary Jones,

Eric Kelly, Patsy Lewis Individually and as the Representative of the Estate of Mark Lewis, Ryan McCoy, Emanuel McNeil, Gerald McNeil, Jerry James Moses, Jr., Anthony E. Newsom, Winslow Oliver, John Owens, Robert Pollard, Derrick Pope, Jimmy Robinson, Glenell Sanders, Thomas Sanders, Todd Scott, Nilo Silvan, Matthew Sinclair, Dwight A. Scales, Richard A. Siler, Frankie Smith, Eric J. Swann, Anthony Toney, Herbert E. Williams, James Williams, Jr., Butch Woolfolk, Keith Woodside, Milton Wynn, and James A. Young, Sr., and their counsel, Lubel Voyles LLP, Washington & Associates PLLC, and The Canady Law Firm, hereby appeal to the United States Court of Appeals for the Third Circuit from the Explanation and Order entered May 24, 2018 at docket number 10019.

Date:  June 1, 2018                              Respectfully Submitted,

Mickey Washington  
Texas State Bar No.: 24039233  
WASHINGTON & ASSOCIATES, PLLC  
2019 Wichita Street  
Houston, Texas 77004  
Telephone: (713) 225-1838  
Facsimile: (713) 225-1866  
Email: mw@mickeywashington.com  

James Carlos Canady  
Texas State Bar No.: 24034357  
THE CANADY LAW FIRM  
5020 Montrose Blvd., Suite 701  
Houston, TX 77006  
Telephone: (832) 977-9136  
Facsimile: (832) 714-0314  
Email: ccanady@canadylawfirm.com  

/s/ *Lance H. Lubel*  
Lance H. Lubel  
Texas State Bar No.: 12651125  
Adam Voyles  
Texas State Bar No.: 24003121  
LUBEL VOYLES  LLP  
675 Bering Dr.., Suite 850  
Houston, TX 77057  
Telephone: (713) 284-5200  
Facsimile: (713) 284-5250  
Email: lance@lubelvoyles.com  
adam@lubelvoyles.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2018, I filed the foregoing through the Court's CM/ECF system, which will provide electronic notice to all counsel of record and constitutes service on all counsel of record, including the following:

Brad S. Karp
Theodore V. Wells Jr.
Bruce Birenboim
Lynn B. Bayard
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Main: (212) 373-3000 Fax:
(212) 757-3990
bkarp@paulweiss.com
twells@paulweiss.com
bbirenboim@paulweiss.com
lbayard@paulweiss.com

Beth A. Wilkinson
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Main: (202) 223-7300 Fax:
(202) 223-7420
bwilkinson@paulweiss.com

Robert C. Heim
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Main: (215) 994-4000
Fax: (215) 994-2222
Robert.heim@dechert.com

*Attorneys for National Football League and NFL Properties LLC*

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Main: (212) 584-0700 Fax: (212) 584-0799
cseeger@seegerweiss.com

Sol Weiss
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103
Main: (215) 735-1130 Fax: (215) 735-2024
sweiss@anapolschwartz.com

*Co-Lead Class Counsel*

Steven C. Marks
PODHURST ORSECK P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Main: (305) 358-2800 Fax: (305) 358-2382
smarks@podhurst.com

Gene Locks
LOCKS LAW FIRM
The Curtis Center
Suite 720 East
601 Walnut Street
Philadelphia, PA 19106
Main: (866) 562-5752 Fax: (215) 893-3444
glocks@lockslaw.com

*Class Counsel*

Arnold Levin
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Main: (215) 592-1500 Fax: (215) 592-4663
alevin@lfsblaw.com

*Counsel for Subclass 1*

Dianne M. Nast
NAST LAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Main: (215) 923-9300 Fax: (215) 923-9302
dnast@nastlaw.com

*Counsel for Subclass 2*

                    */s/ Lance H. Lubel*
                    Lance H. Lubel
                    Texas State Bar No.: 12651125
                    Adam Voyles
                    Texas State Bar No.: 24003121
                    LUBEL VOYLES LLP
                    Bering Dr. Suite
                    Houston, TX 77006
                    Telephone: (713) 284-5200
                    Facsimile: (713) 284-5250
                    Email: lance@lubelvoyles.com
                             adam@lubelvoyles.com