UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of Themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS INCLUDING COMPLAINT AS AMENDED; SHORT FORM COMPLAINT<br>(Doc. 5331); CLASS ACTION SETTLEMENT AGREEMENT (Doc. 6481)<br><br>**DEVIN BUSH and<br>KESHA BUSH, his Wife** | |

## SUGGESTION OF BANKRUPTCY

8549529-1

Kenneth A. Welt, as Chapter 7 Trustee ("Chapter 7 Trustee") of the bankruptcy estate of Devin and Kesha Bush, by and through undersigned counsel, would show unto this Court as follows:

1. On December 20, 2017, Devin and Kesha Bush (collectively, the "Debtors") filed a voluntary petition under Chapter 13 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida, under Case No. 17-25114-RBR.

2. On March 14, 2018, the Debtors' Chapter 13 case was converted to a case under Chapter 7 of the Bankruptcy Code.

3. On March 15, 2018, Kenneth A. Welt was appointed as the Chapter 7 Bankruptcy Trustee over the Bankruptcy estate of the Debtors.

4. By the Debtors' bankruptcy filing, all of the Debtors' property is subject to the jurisdiction of the United States Bankruptcy Court for the Southern District of Florida.

5. The bankruptcy proceeding has not been dismissed.

6. The filing of this Suggestion of Bankruptcy is not intended to be a general appearance in this action for Kenneth A. Welt, Chapter 7 Trustee or Devin and Kesha Bush.

DATED this __31__ day of May, 2018.

                                    BERGER SINGERMAN LLP
*Attorneys for Chapter 7 Trustee*
One Town Center Road, Suite 301
Boca Raton, FL 33486
Tel. (561) 241-9500
Fax (561) 998-0028

By: _____
Ashley Dillman Bruce
Florida Bar No. 55718
adbruce@bergersingerman.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was served by first class, U.S. Mail on the 31 day of May, 2018, upon all parties on the attached Service List.

By: _____
Ashley Dillman Bruce

# SERVICE LIST

Christopher A. Seeger, Esq.
SEEGER WEISS LLP
*Co-Lead Class Counsel*
77 Water Street
New York, NY 10005

Sol Weiss, Esq.
ANAPOL SCHWARTZ
*Co-Lead Class Counsel*
1710 Spruce Street
Philadelphia, PA 19103

Steven C. Marks, Esq.
PODHURST ORSECK, P.A.
*Class Counsel*
City National Bank Building
25 W. Flagler Street
Suite 800
Miami, FL 33130-1780

Gene Locks, Esq.
LOCKS LAW FIRM
*Class Counsel*
The Curtis Center
Suite 720 East
601 Walnut Street
Philadelphia, PA 19106

JR Wyatt Law
*Counsel for Devin and Kesha Bush*
415 Madison Avenue
New York, NY 10017

Richard C. Tarlowe, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
*Counsel for National Football League and*
*NFL Properties LLC*
1285 Avenue of the Americas
New York, NY 10019-6064

R. Montgomery Donaldson
POLSINELLI PC
*Counsel for Estate of P. Kevin Turner*
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801