<mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark>

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
Attorneys for Non-Parties, Cambridge Capital Group, LLC,
Cambridge Capital Advisors, LLC, Cambridge Capital Partners, LP,
Cambridge Capital Group Equity Option Opportunities, LP,
Cambridge Capital Holdings, Cambridge Capital Funding, Inc.,
Gail Milon and Phillip Timothy Howard

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, <br><br> Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br> **Plaintiffs,** <br><br> vs. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> **Defendants.** | UNITED STATES DISTRICT COURT <br> EASTERN DISTRICT OF PENNSYLVANIA <br><br> Civil Action No.: 2:12-md-02323-AB <br><br><br> PROPOSED ORDER |

THIS MATTER, having been opened to the Court upon the application of Seeger Weiss, LLP, attorneys for Co-Lead Class Counsel on the Motion for Sanctions, and the opposition thereto filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Non-Parties, Cambridge Capital Group, LLC, Cambridge Capital Advisors, LLC, Cambridge Capital Partners, LP, Cambridge Capital Group Equity Option Opportunities, LP, Cambridge Capital Holdings, Cambridge Capital Funding, Inc. and Gail Milon

1

3590916

(collectively, "Cambridge"), and Phillip Timothy Howard ("Howard"), and the Court having considered the papers submitted herein, and for good cause having been shown;

IT IS on this _____ day of _____, 2018;

ORDERED that, on or before July 31, 2018, Cambridge and/or Howard will produce the results of the audit currently being conducted by Bill Bogan, Jr. of Bogan Public Management Co.; and it is further

ORDERED that, on or before _____, 2018, Cambridge and/or Howard will produce any documents in their possession relating to non-qualified funds of NFL Retired Players who invested with the Cambridge Entities; and it is further

ORDERED that the remainder of the Motion for Sanctions filed by Class Counsel is hereby denied; and it is further

ORDERED that the injunctive relief and any other remaining relief sought in the Motion to Prohibit (ECF 9578) is hereby denied; and it is further

ORDERED that a hearing is scheduled on _____, 2018, to address any remaining discovery issues that may exist at that time; and it is further

ORDERED that a copy of the within Order shall be served upon all counsel within seven (7) days of the date hereof.

_____
ANITA B. BRODY, J.