McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
Attorneys for Non-Parties, Cambridge Capital Group, LLC,
Cambridge Capital Advisors, LLC, Cambridge Capital Partners, LP,
Cambridge Capital Group Equity Option Opportunities, LP,
Cambridge Capital Holdings, Cambridge Capital Funding, Inc.,
Gail Milon and Phillip Timothy Howard

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION,**<br><br>**Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,**<br><br>**Defendants.** | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA<br><br>**Civil Action No.:  2:12-md-02323-AB**<br><br><br>**CERTIFICATION OF SERVICE** |

     I, John P. Leonard, Esq., of full age, certify that on the below date, I caused to be filed via ECF, and served upon all counsel of record by the same manner, the following documents:

1. Brief of Non-Parties Cambridge Capital Group, LLC, Cambridge Capital Advisors, LLC, Cambridge Capital Partners, LP, Cambridge Capital Group Equity Option Opportunities, LP, Cambridge Capital Holdings, Cambridge Capital Funding, Inc., Gail Milon and Phillip Timothy Howard, Esq. in Opposition to Co-Lead Counsel's Motion for Sanctions and Other Relief [Docket Entry No. 9974];

3599868-1

2. Certification of John P. Leonard, Esq., with exhibits, in support; and

3. Proposed form of Order.

/s/ John P. Leonard<br>John P. Leonard

Date: June 4, 2018

3599868-1