**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|   |   |   |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIG., | ) ) ) ) | 2:12-md-02323-AB |

      Objector Cleo Miller hereby appeals to the United States Court of Appeals for the Third Circuit from this Court's Memorandum (Document 9860), Order granting attorney's fees (Document 9861), and Explanation and Order (Document 10019) that were entered in this case.

      Respectfully submitted,
Cleo Miller,
By his attorneys,

*/s/ John J Pentz*
John J. Pentz
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
jjpentz3@gmail.com

Edward W. Cochran
20030 Marchmont Rd.
Cleveland Ohio 44122
Phone: (216) 751-5546
EdwardCochran@wowway.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on June 5, 2018, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                            */s/ John J. Pentz*
                                            John J. Pentz