UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIG., | 2:12-md-02323-AB |

    Objector Curtis Anderson hereby appeals to the United States Court of Appeals for the Third Circuit from this Court's Memorandum (Document 9860), Order granting attorney's fees (Document 9861), and Explanation and Order (Document 10019) that were entered in this case.

    Respectfully submitted,

Curtis Anderson,
By his attorney,

*/s/ George W. Cochran*
George W. Cochran
1385 Russell Drive
Streetsboro, Ohio  44241
Phone: (330) 607-2187
Fax: (330) 230-6136
lawchrist@gmail.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on June 6, 2018, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                                */s/ George W. Cochran*
                                                George W. Cochran