## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Reggie Barlow** | **NOTICE OF ATTORNEY'S LIEN** |

Comes now Petitioner, COHEN & MALAD, LLP for Reggie Barlow in the above named and numbered cause of action, hereby notify this Court and all parties that COHEN & MALAD, LLP, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Reggie Barlow.

Dated: June 6, 2018.

                Respectfully submitted,

                COHEN & MALAD, LLP

        By: */s/ Daniel S. Chamberlain*
                Daniel S. Chamberlain
                State Bar No. 16375-49
                One Indiana Square, Ste. 1400
                Indianapolis, IN 46204
                Tel. (317) 636-6481
                Fax. (317) 636-293
                dchamberlain@cohenandmalad.com
                **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

   I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: June 6, 2018.

                */s/ Daniel S. Chamberlain*
                Daniel S. Chamberlain