# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Joshua Gentry** | **NOTICE OF ATTORNEY'S LIEN** |

Comes now Petitioner, COHEN & MALAD, LLP for Joshua Gentry in the above named and numbered cause of action, hereby notify this Court and all parties that COHEN & MALAD, LLP, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Joshua Gentry.

Dated: June 6, 2018.

                                        Respectfully submitted,

                                        COHEN & MALAD, LLP

                             By: */s/ Daniel S. Chamberlain*
                                  Daniel S. Chamberlain
                                  State Bar No. 16375-49
                                  One Indiana Square, Ste. 1400
                                  Indianapolis, IN 46204
                                  Tel. (317) 636-6481
                                  Fax. (317) 636-293
                                  dchamberlain@cohenandmalad.com
                                  **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: June 6, 2018.

                                                      */s/ Daniel S. Chamberlain*
                                                      Daniel S. Chamberlain