# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Arthur Schlichter** | **NOTICE OF ATTORNEY'S LIEN** |

Comes now Petitioner, COHEN & MALAD, LLP for Arthur Schlichter in the above named and numbered cause of action, hereby notify this Court and all parties that COHEN & MALAD, LLP, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Arthur Schlichter.

Dated: June 6, 2018.

Respectfully submitted,

COHEN & MALAD, LLP

By: _/s/ Daniel S. Chamberlain_
Daniel S. Chamberlain
State Bar No. 16375-49
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Tel. (317) 636-6481
Fax. (317) 636-293
dchamberlain@cohenandmalad.com
**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: June 6, 2018.

*/s/ Daniel S. Chamberlain*
Daniel S. Chamberlain
