# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## [PROPOSED] ORDER

AND NOW, this ___ day of June, 2018, upon consideration of the Motion of Class Counsel the Locks Law Firm for reconsideration of the Court's Explanation and Order (ECF 10019) and all opposition thereto, it is hereby ORDERED as follows:

1. The multiplier of the Locks Law Firm is adjusted to 2.25, which is consistent with the multipliers granted to all other Class Counsel and the factors identified in the expert opinion proffered by Co-Lead Class Counsel.

2. The sums to pay for that adjustment shall be taken from the balance of the

-2-

Qualified Settlement Fund identified in ECF 10019 not yet allocated to any law firm.

IT IS SO ORDERED.

By the Court:

_____
Hon. Anita B. Brody
United States District Court