IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| PLAYERS' CONCUSSION INJURY LITIGATION | Hon. Anita Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　Plaintiffs, | Civ. Action No. 14-00029-AB |
| 　　v. | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　Defendants. | |

　　　　Mitnick Law Office hereby appeals to the US District Court of Appeals for the Third Circuit from the Court's Memorandum filed under Document No. 9860; Order granting attorney's fees filed under Document No. 9861; and the Court's explanation and Order filed under Document No. 10019, all of which were entered in this case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Craig R. Mitnick
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Craig R. Mitnick, Esquire

DATED: JUNE 8, 2018

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on June 8, 2018, and that as a result electronic notice of the filing was served upon all attorneys of record.

*/s/Craig R. Mitnick*

———————————————

Craig R. Mitnick, Esquire