IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, Plaintiffs, v. National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., Defendants. | No. 2:12-md-02323-AB MDL No. 2323 **Hon. Anita B. Brody** |
|---|---|

**Withdrawal of Petition for Deviation**

Comes now, The Taft Law Firm, P.C., Petitioner in the Petition for Deviation (Dkt. 10069).  Petitioner received late notice of the Order requiring filing of the Petition for Deviation with the Court and submitted the Petition as soon as the requirement came to our attention.  In acknowledgment of the timeliness issue detailed by The Magistrate Judge in the Order to Show Cause (Dkt. 10076), the Petition is hereby withdrawn.

Petitioner, through its undersigned counsel, hereby declares under penalty of perjury, that the Client/Settlement Class Member was made aware of the filing of the Petition for Deviation via his personal email and by personal telephone communication, including on the day of the filing of the Petition.  Likewise, the Client was made aware of the Magistrate's Response (Order to Show Cause) and this Withdrawal of the Petition via personal email and by personal telephone communication on this day.  Personal email and telephone exchanges have been our vehicle for communication from the outset of the engagement, outside of in-person communications.

Respectfully submitted,

THE TAFT LAW FIRM, P.C.

/s/Tony R. Taft_____
Tony R. Taft
Texas Bar No. 24008119
1515 Woodvine Dr.
Houston, Texas 77055
713/465-8238 Telephone
713/465-9400 Facsimile
ttaft@thetaftlawfirm.com
Attorney for Settlement Class Member
Darnell Walker

## CERTIFICATE OF SERVICE

I, Tony R. Taft, hereby certify that a copy of the foregoing document was filed through the Court's ECF system on June 13, 2018, and that such filing was emailed and mailed to Mr. Darnell Walker. Such ECF filing also generates a notice of filing that constitutes service on all counsel of record.

/S/Tony R. Taft

Tony R. Taft