UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>          Plaintiffs,<br><br> v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>          Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### **REPLY DECLARATION OF CHRISTOPHER A. SEEGER**

CHRISTOPHER A. SEEGER declares, pursuant to 28 U.S.C. § 1746, based upon his personal knowledge, information, and belief, the following:

1.  By Order dated April 25, 2012 [ECF No. 64], the Court appointed me as Co-Lead Counsel for the Plaintiffs in this multidistrict litigation ("MDL"). In its Amended Final Order and Judgment approving the class action settlement in this MDL [ECF No. 6534], the Court confirmed my appointment as Co-Lead Class Counsel for the Settlement Class.

2.  Having been appointed as Co-Lead Class Counsel, I am fully familiar with the matters set forth herein.

3. I submit this Reply Declaration in further support of my motion for sanctions and other relief, filed on May 8, 2018 [ECF No. 9974], and in support of the reply memorandum being filed contemporaneously herewith.

4. As Court-appointed Co-Lead Class Counsel, my firm has access to the Claims Portal. When we previously checked the Claims Portal in preparation for the April 2, 2018 hearing, Phillip Timothy Howard represented 234 Class Members. As of June 4, 2018, Mr. Howard represented 90 Class Members.

5. Seven of the ten Class Members with retirement funds invested with Cambridge have switched their representation from Mr. Howard to Shenaq, PC.

6. As per the Claims Portal, the Claims Administrator did not have record of Shenaq, PC representing any Class Members. As of June 4, 2018, Shenaq, PC represents 235 Class Members, at least 100 of whom are former clients of Mr. Howard.

7. Attached hereto as Exhibit 29 is a true and correct copy of an email chain which Mr. Howard forwarded to one of the Class Members who has retirement funds invested with Cambridge, specifically, the Class Member referred to as Player 5, on June 16, 2017, with attached portfolio valuations for Cambridge Capital Partners LP and Cambridge Capital Group Equity Option Opportunities LP. The Class Members' names have been redacted and replaced with either their "Player No.," as they were previously identified in the motion for sanctions and supporting exhibits, or, if the person was not one of those ten Class Member with retirement monies invested with Cambridge, the Class Member's Settlement Program Identification Number, which is assigned to each Class Member upon registration. For a few persons, we could not identify them as Settlement Class Members.

8.  Attached hereto as Exhibit 30 is a true and correct copy of the State of Florida, Department of Corporations, Detail by Officer/Registered Agent Name, for Seascape Properties of North Florida, Inc.

9.  The Class Member who was identified as Mr. Smith in my motion for an order prohibiting the Cambridge Entities from violating the Court's December 8, 2017 Explanation and Order, filed January 26, 2018 [ECF No. 9578], is a resident of Georgia and represented to me that at the time he made the recording of his telephone conversation with Addys Walker and Gail Milon, he was in Georgia.

10. To my knowledge, I did not receive a letter from Gail Milon on or about April 12, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2018

*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER
*Co-Lead Class Counsel*

# Exhibit 29 (Redacted)

**Attachments:**       CCP Portfolio Valuation 5-31-17.docx; CCG EOO Portfolio Valuation 5-31-17.docx

Begin forwarded message:

> **From:** Tim Howard <tim@howardjustice.com>
> **Date:** June 16, 2017 at 11:16:18 AM EDT
> **To:** Player 5
> **Subject: Fwd: Updated CCP and CCG EOO Portfolio Growth and Valuation 5/31/17**

FYI

*Tim Howard*

Professor Tim Howard, J.D., Ph.D.
Howard & Associates, P.A.



Tallahassee, Florida Office:
2120 Killarney Way, Suite 125
Tallahassee, FL 32309
(850) 298-4455 (o)
(850 216-2537 (f)
Law Firm Website:  www.howardjustice.com
tim@howardjustice.com

Fort Lauderdale, Florida Office:
101 NE Third Ave., Ste. 1500
Fort Lauderdale, Florida 33301
(954) 332-3633 (o)

Jacksonville, Florida Office:
Riverplace Tower, Suite 2101
1301 Riverplace Blvd.
Jacksonville, FL  32207

Cambridge, Massachusetts Office:
8 Museum Way, Suite 2407
Cambridge, MA 02141
(617) 373-6076

President, Cambridge Graduate University International
One Broad Street, 14th Floor
Cambridge, Massachusetts  02142
(877) 645-6225 (6GLOBAL)
www.cguiedu.com
president@cguglobal.net
https://www.facebook.com/tim.howard.752861

PLEASE NOTE: This message, including any attachments, may include privileged or confidential information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited. If you are not the intended recipient, please notify the sender by replying to this message and delete it from your system.


---------- Forwarded message ----------
From: **Tim Howard** <tim@howardjustice.com>
Date: Fri, May 26, 2017 at 5:48 PM
Subject: Fwd: Updated CCP and CCG EOO Portfolio Growth and Valuation 5/31/17
To: Neil Epstein <neil@howardjustice.com>


*Tim Howard*

Professor Tim Howard, J.D., Ph.D.
Howard & Associates, P.A.



Tallahassee, Florida Office:
2120 Killarney Way, Suite 125
Tallahassee, FL 32309
(850) 298-4455 (o)
(850 216-2537 (f)
Law Firm Website:  www.howardjustice.com
tim@howardjustice.com

Fort Lauderdale, Florida Office:
101 NE Third Ave., Ste. 1500
Fort Lauderdale, Florida 33301
(954) 332-3633 (o)

Massachusetts Office:
8 Museum Way, Suite 2407
Cambridge, MA 02141
(617) 373-6076

President, Cambridge Graduate University International
One Broad Street, 14th Floor
Cambridge, Massachusetts  02142
(877) 645-6225 (6GLOBAL)
www.cguiedu.com
president@cguglobal.net
https://www.facebook.com/tim.howard.752861


PLEASE NOTE: This message, including any attachments, may include privileged or confidential information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited. If you are not the intended recipient, please notify the sender by replying to this message and delete it from your system.

**SCMPRODCAMB-PLYR5_000029**

---------- Forwarded message ----------
From: **Tim Howard** <tim@howardjustice.com>
Date: Fri, May 26, 2017 at 4:44 PM
Subject: Updated CCP and CCG EOO Portfolio Growth and Valuation 5/31/17
To: Gail Milon <gail@ccwealthadvisors.com>, Addys Walker <addyswalker@yahoo.com>, Jeffrey Kahn <kahnadvisorsllc@gmail.com>, Brenda Murphy <Brenda@howardjustice.com>

Attached please find an updated CCP and CCG EOO Portfolio Growth and Valuation up to 5/31/17.

The total $12.55 million.

CCP at $7,369,119.10 is growing at 7.4% a month, and CCG EOO at $5,182,102.47 is growing at 7.4% per month.

Note, these number are slightly under the precise valuation as the monthly growth was not compounded.  We will get these numbers into a spreadsheet so that compounding automatically takes place for each contract and each month.

There may be some plural or singular references to Contract verse Contracts headers that need editing.  Other than that, these are good to go.


*Tim Howard*

Professor Tim Howard, J.D., Ph.D.
Howard & Associates, P.A.



Tallahassee, Florida Office:
2120 Killarney Way, Suite 125
Tallahassee, FL 32309
(850) 298-4455 (o)
(850 216-2537 (f)
Law Firm Website:  www.howardjustice.com
tim@howardjustice.com

Fort Lauderdale, Florida Office:
101 NE Third Ave., Ste. 1500
Fort Lauderdale, Florida 33301
(954) 332-3633 (o)

Massachusetts Office:
8 Museum Way, Suite 2407
Cambridge, MA 02141
(617) 373-6076

President, Cambridge Graduate University International
One Broad Street, 14th Floor
Cambridge, Massachusetts  02142
(877) 645-6225 (6GLOBAL)
www.cguiedu.com
president@cguglobal.net
https://www.facebook.com/tim.howard.752861

PLEASE NOTE: This message, including any attachments, may include privileged or confidential information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited. If you are not the intended recipient, please notify the sender by replying to this message and delete it from your system.

**SCMPRODCAMB-PLYR5_000031**



# CAMBRIDGE CAPITAL PARTNERS LP PORTFOLIO VALUATION
## December 31, 2016 Valuation
## Valuation and Growth January 1, 2017 through May 31, 2017

**SUMMARY:**

| | |
|---|---:|
| SWAP CONTRACT VALUATION GROWTH AT 16.6% MONTHLY, MAY 31, 2017 VALUE: | $4,810,559.00 |
| LUMP SUM CONTRACT VALUATION GROWTH AT 3.5% MONTHLY, MAY 31, 2017 VALUE: | $1,541,422.00 |
| REAL ESTATE CONTRACT VALUATION GROWTH AT 1.81% MONTHLY, MAY 31, 2017 VALUE: | $1,017,138.10 |
| TOTAL PORTFOLIO VALUATION GROWTH AT 7.4% MONTHLY, MAY 31, 2017 VALUE: | $7,369,119.10 |

### SWAP CONTRACT VALUATION GROWTH
### 16.6% Monthly and 199.2% Annual Return

| | JANUARY 31, 2017 | MAY 31, 2017 |
|---|---|---|
| | **$2,890,961.00** | **$4,810,559.00** |
| **MONTHLY DISBURSEMENT SWAP AGREEMENTS** | 12/31/2016 | 1/31/2017 |
| INTEREST SWAP CONTRACT OF SPID: 100015720 | $145,243.00 | $169,581.00 x |
| INTEREST SWAP CONTRACT OF Player 5 | $133,600.00 | $158,157.00 x |
| INTEREST SWAP CONTRACT OF Player 5 | $33,566.00 | $36,991.00 x |
| INTEREST SWAP CONTRACT OF Player 10 | $127,555.00 | $140,624.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100013632 | $148,623.00 | $163,825.00 x |
| INTEREST SWAP CONTRACT OF Player 6 | $120,701.00 | $135,322.00 x |
| INTEREST SWAP CONTRACT OF Player 1 | $98,015.00 | $115,231.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100007446 | $104,256.00 | $116,123.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100013651 | $95,642.00 | $105,675.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100004935 | $97,048.00 | $108,717.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100017188 | $81,399.00 | $90,638.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100001561 | $79,269.00 | $88,394.00 x |
| INTEREST SWAP CONTRACT OF Player 2 | $79,089.00 | $88,201.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100016757 | $104,784.00 | $116,951.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100002513 | $104,242.00 | $142,283.00 x |
| INTEREST SWAP CONTRACT OF Player 9 | $58,988.00 | $65,557.00 x |
| INTEREST SWAP CONTRACT OF Player 4 | $59,148.00 | $65,769.00 x |
| INTEREST SWAP CONTRACT OF Player 3 | $72,956.00 | $84,145.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100004539 | $61,768.00 | $70,479.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100002859 | $76,977.00 | $88,094.00 x |
| INTEREST SWAP CONTRACT OF NO SPID FOUND | $70,545.00 | $79,683.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100004089 | $50,001.00 | $59,001.00 x |
| INTEREST SWAP CONTRACT FOR SPID: 110012530 | $50,535.00 | $63,806.00 x |
| INTEREST SWAP CONTRACT FOR Player 7 | $48,598.00 | $57,036.00 x |

2120 Killarney Way, Suite 125, Tallahassee, FL 32309
850-270-9898    Fax 888-859-4958
info@cambridgecapitalgroup.holdings

SCMPRODCAMB-PLYR5_000032



| | | | |
|---|---|---|---|
| INTEREST SWAP CONTRACT OF SPID: 100002124 | | $45,849.00 | $60,012.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100008265 | | $38,409.00 | $73,289.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100008624 | | $38,912.00 | $48,094.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100014195 | | $38,720.00 | $47,881.00 X |
| INTEREST SWAP CONTRACT OF SPID: 100002927 | | $0.00 | $40,119.00 x |
| INTEREST SWAP CONTRACT OF SPID: 100004040 | | $0.00 | $42,434.00 |
| INTEREST SWAP OF SPID: 100016350 | | $0.00 | $42,434.00 |
| INTEREST SWAP CONTRACT OF SPID: 100015913 | | $0.00 | $42,284.00 |
| INTEREST SWAP CONTRACT OF SPID: 100012939 | | $0.00 | $42,130.00 |
| INTEREST SWAP CONTRACT OF SPID: 260001304 (DAD) | | $0.00 | $42,000.00 |
| | TOTALS | $2,264,438.00 | $2,890,961.00 |

### LUMP SUM ADVANCE CONTRACT VALUATION GROWTH
### 3.5% Monthly and 42% Annual Return

| | JANUARY 31, 2017 | MAY 31, 2017 |
|---|---|---|
| | **$1,352,125** | **$1,541,422.50** |

### LUMP SUM ADVAMCE AGREEMENTS AT 3.5% MONTHLY RETURN

| | | | |
|---|---|---|---|
| LITIGATION CLAIM OF SPID: 100007446 | | $51,892.00 | $53,968.00 x |
| LITIGATION CLAIM OF Player 6 | | $385,350.00 | $398,837.00 x |
| LITIGATION CLAIM OF Player 6 | | $0.00 | $145,000.00 |
| LITIGATION CLAIM OF Player 10 | | $198,943.00 | $204,911.00 x |
| LITIGATION CLAIM OF Player 5 | | $465,175.00 | $477,968.00 x |
| LITIGATION CLAIM OF Player 5 | | $17,925.00 | $17,283.00 x |
| LITIGATION CLAIM OF SPID: 100004539 | | $52,581.00 | $54,158.00 x |
| | TOTALS | $1,171,866.00 | $1,352,125.00 |

### REAL ESTATE LOAN VALUATION AND GROWTH
### 1.81% Monthly and 21.7% Annual Return

| | JANUARY 31, 2017 | MAY 31, 2017 |
|---|---|---|
| | **$947,055.96** | **$999,326.66** |

| REAL ESTATE LOANS | | December 31, 2016 | January 31, 2016 |
|---|---|---|---|
| DEBT OF SEASCAPE PROPERTIES (Loan 1) | | $92,738.76 | $94,748.68 x |
| DEBT OF SEASCAPE PROPERTIES (Loan 2) | | $55,000.00 | $55,995.50 x |
| DEBT OF SEASCAPE PROPERTIES (Loan 3) | | $68,000.00 | $69,230.80 x |
| DEBT TO SEASCAPE PROPERTIES (Loan 4) | | $145,511.00 | $148,144.75 x |
| DEBT T0 SEASCAPE PROPERTIES (Loan 5) | | $177,633.00 | $180,848.15 x |
| DEBT TO BOSTON PROPERTIES (Loan 6) | | $370,090.00 | $376,788.62 x |
| DEBT OF SEASCAPE PROPERTIES - CCA | | $21,247.00 | $21,631.57 x |
| | TOTALS | $930,219.00 | $947,055.96 |

2120 Killarney Way, Suite 125, Tallahassee, FL 32309
850-270-9898    Fax 888-859-4958
info@cambridgecapitalgroup.holdings

**SCMPRODCAMB-PLYR5_000033**



# CAMBRIDGE CAPITAL GROUP EQUITY OPTION OPPORTUNITIES LP PORTFOLIO VALUATION
## December 31, 2016 Valuation
## Valuation and Growth January 1, 2017 through May 31, 2017

**SUMMARY:**

| | |
|---|---:|
| LUMP SUM ADVANCE AGREEMENTS AT 4.0% MONTHLY, MAY 31, 2017 VALUE: | $1,819,417.53 |
| SWAP CONTRACTS VALUATION GROWTH AT 16.6% MONTHLY, MAY 31, 2017 VALUE: | $665,005.93 |
| TRAVEL COSTS ADVANCE VALUATION GROWTH AT 6% MONTHLY, MAY 31, 2017 VALUE: | $107,021.07 |
| NFL MEDICAL/TOBACCO LIT. COSTS GROWTH AT 4.5% MONTHLY, MAY 31, 2017 VALUE: | $2,590,658.01 |
| TOTAL PORTFOLIO VALUATION GROWTH AT 4.6% MONTHLY, MAY 31, 2017 VALUE: | $5,182,102.47 |

### LUMP SUM ADVANCE CONTRACTS VALUATION GROWTH
### 4.0% Monthly and 48% Annual Return

| | JANUARY 31, 2017 | MAY 31, 2017 |
|---|---|---|
| | $1,568,462 | $4,810,559.00 |

| LUMP SUM ADVANCE AGREEMENTS | December 31, 2017 | January 31, 2017 |
|---|---|---|
| LITIGATION CLAIM OPTION OF SPID: 100005427 | $94,745.00 | $98,534.00 x |
| LITIGATION CLAIM OPTION OF NO SPID FOUND | $17,508.00 | $18,209.00 x |
| LIT CLAIM OF OPTION OF SPID: 100010453 | $17,653.00 | $18,536.00 x |
| LITIGATION CLAIM OPTION OF SPID: 100004935 | $25,326.00 | $26,592.00 x |
| LITIGATION CLAIM OPTION OF SPID: 100012217 | $18,598.00 | $19,457.00 x |
| LITIGATION CLAIM OF Player 5      (IRS) | $28,225.00 | $29,060.00 x |
| DIRECT LOAN TO Player 5      (Locker) | $4,496.00 | $3,753.00 x |
| LIT CLAIM OPTION OF Player 5      (Arizona) | $38,456.00 | $40,175.00 x |
| TOBACCO LITIGATION CLAIM OF NOT NFL | $84,046.00 | $89,929.00 x |
| LITIGATION CLAIM OPTION OF SPID: 100002124 | $49,594.00 | $51,592.00 x |
| LITIGATION CLAIM OPTION OF SPID: 100001561 | $129,781.00 | $133,882.00 x |
| LITIGATION CLAIM OPTION OF SPID: 100002513 | $34,484.00 | $35,863.00 x |
| LITIGATION CLAIM OPTION OF Player 4 | $16,309.00 | $17,115.00 x |
| LIT CLAIM OPTION OF Player 3 | $28,544.00 | $29,666.00 x |
| LIT CLAIM OPTION OF NO SPID FOUND (ASSE) | $27,635.00 | $28,666.00 x |
| LIT CLAIM OPTION OF SPID: 100013632 | $22,155.00 | $23,145.00 x |
| LIT CLAIM OPTION OF SPID: 100013632 | $120,072.00 | $123,578.00 x |
| LIT CLAIM OPTION OF NO SPID FOUND | $15,435.00 | $16,133.00 x |
| LIT CLAIM OPTION OF Player 6 | $32,200.00 | $33,166.00 x |
| LIT CLAIM OPTION OF SPID: 100015720 | $66,753.00 | $64,198.00 x |
| LIT CLAIM OPTION OF SPID: 100015720 | $34,965.00 | $36,539.00 x |

2120 Killarney Way, Suite 125, Tallahassee, FL 32309
850-270-9898     Fax 888-859-4958
info@cambridgecapitalgroup.holdings

SCMPRODCAMB-PLYR5_000034



| | | | |
|---|---|---|---|
| LIT CLAIM OPTION OF SPID: 100002859 | | $81,437.00 | $84,678.00 x |
| LIT CLAIM OPTION OF SPID: 100004539 | | $55,353.00 | $57,174.00 x |
| LIT CLAIM OPTION OF Player 2 | | $72,501.00 | $74,676.00 x |
| LIT CLAIM OPTION OF Player 9 | | $89,120.00 | $91,794.00 x |
| LIT CLAIM OPTION OF SPID: 100013651 | | $208,332.00 | $216,666.00 x |
| DIRECT LOAN TO NO SPID FOUND | | $6,489.00 | $6,748.56 x |
| DIRECT LOAN TO SPID: 260001304 | | $17,215.00 | $19,132.00 x |
| LIT CLAIM OPTION OF NOT ABLE TO ID | | $29,575.00 | $30,832.00 x |
| LIT CLAIM OPTION OF SPID: 100002927 | | $13,370.00 | $13,972.00 x |
| | **TOTALS** | **$1,508,125.00** | **$1,568,462.56** |

### SWAP CONTRACTS VALUATION GROWTH
### 16.6% Monthly and 199.2% Annual Return

| | | JANUARY 31, 2017 | MAY 31, 2017 |
|---|---|---|---|
| | | **$399,642.99** | **$665,005.93** |
| **MONTHLY DISBURSEMENT SWAP AGREEMENTS** | | December 31, 2016 | January 31, 2017 |
| INTEREST SWAP CONTRACT FOR SPID: 100005427 | | $108,748.00 | $131,091.00 x |
| INTEREST SWAP CONTRACT FOR SPID: 100008196 | | $85,258.00 | $96,815.00 x |
| INTEREST SWAP CONTRACT FOR NO SPID FOUND | | $23,957.00 | $27,735.00 x |
| INTEREST SWAP CONTRACT FOR SPID: 100008197 | | $61,265.00 | $71,434.99 x |
| INTEREST SWAP CONTRACT FOR SPID: 100012217 | | $62,026.00 | $72,561.00 x |
| | **TOTALS** | **$341,254.00** | **$399,642.99** |

### TRAVEL COSTS ADVANCE CONTRACTS VALUATION GROWTH
### 6% Monthly and 72% Annual Return

| | JANUARY 31, 2017 | MAY 31, 2017 |
|---|---|---|
| | **$86,307.32** | **$107,021.07** |
| **TRAVEL COSTS ADVANCE AGREEMENTS** | December 31, 2016 | January 31, 2017 |
| LIT CLAIM OPTION OF SPID: 950004260 (COSTS) | $3,097.00 | $3,283.00 x |
| LIT CLAIM OPTION OF SPID: 100012217 (COSTS) | $2,585.00 | $2,688.00 x |
| LIT CLAIM OPTION OF SPID: 100012217 (COSTS-Koberda) | $1,966.00 | $2,084.00 x |
| LIT CLAIM OPTION OF SPID: 250021840 (COSTS) | $3,050.00 | $3,208.00 x |
| LIT CLAIM OPTION OF SPID: 950000347 (COSTS) | $1,837.00 | $1,929.00 x |
| LIT CLAIM OPTION OF SPID: 950006410 (COSTS) | $3,328.00 | $3,524.00 x |
| LIT CLAIM OPTION OF SPID: 100002881 (COSTS) | $3,172.00 | $3,362.00 x |
| LIT CLAIM OPTION OF SPID: 100011106 (COSTS) | $1,239.00 | $1,312.00 x |
| LIT CLAIM OPTIOM OF SPID: 110012530 (COSTS) | $2,562.00 | $2,715.00 x |

2120 Killarney Way, Suite 125, Tallahassee, FL 32309
850-270-9898     Fax 888-859-4958
info@cambridgecapitalgroup.holdings

SCMPRODCAMB-PLYR5_000035



| | | | |
|---|---|---|---|
| LIT CLAIM OPTION OF SPID: 100004089 (COSTS) | $2,724.00 | $2,887.00 | x |
| LIT CLAIM OPTION OF NO SPID FOUND (COSTS) | $2,138.00 | $2,267.00 | x |
| LIT CLAIM OPTION OF SPID: 100010763 (COSTS) | $2,133.00 | $2,261.00 | x |
| LIT CLAIM OPTION OF SPID: 100013070 (COSTS) | $1,760.00 | $1,848.00 | x |
| LIT CLAIM OPTION OF SPID: 100013070 (COSTS - Koberda) | $1,500.00 | $1,588.00 | x |
| LIT CLAIM OPTION OF SPID: 100010294 (COSTS) | $2,119.00 | $2,246.00 | x |
| LIT CLAIM OPTION OF SPID: 100003299 (COSTS) | $2,121.00 | $2,246.00 | x |
| LIT CLAIM OPTION OF Player 6 (COSTS) | $1,917.00 | $2,013.00 | x |
| LIT CLAIM OPTION OF SPID: 100017202 (COSTS) | $2,685.00 | $2,846.00 | x |
| LIT CLAIM OPTION OF Player 7 (COSTS) | $2,228.00 | $2,339.00 | x |
| LIT CLAIM OPTION OF SPID: 100014892 (COSTS) | $2,999.00 | $3,149.00 | x |
| LIT CLAIM OPTION OF SPID: 100007816 COSTS) | $3,277.00 | $3,408.00 | x |
| LIT CLAIM OPTION OF SPID: 100011605 (COSTS) | $2,147.00 | $2,297.00 | x |
| LIT CLAIM OPTION OF SPID: 950004329 (COSTS) | $3,806.00 | $4,030.00 | x |
| LIT CLAIM OPTION OF SPID: 100005816 (COSTS) | $2,280.00 | $2,416.00 | x |
| LIT CLAIM OPTION OF SPID: 950006420 (COSTS) | $2,760.00 | $2,925.00 | x |
| LIT CLAIM OPTION OF SPID: 100011917 (COSTS) | $4,305.00 | $4,563.00 | x |
| LIT CLAIM OPTION OF SPID: 100016583 (COSTS) | $2,184.00 | $2,315.00 | x |
| LIT CLAIM OPTION OF SPID: 100001423 (COSTS) | $2,594.00 | $2,747.00 | x |
| LIT CLAIM OPTION OF SPID: 100003606 (COSTS) | $2,225.00 | $2,356.00 | x |
| LIT CLAIM OPTION OF SPID: 100012775 (COSTS) | $2,175.00 | $2,303.00 | x |
| LIT CLAIM OPTION OF SPID: 100014195 (COSTS) | $1,754.00 | $1,856.00 | x |
| LIT CLAIM OPTION OF SPID: 100012500 (COSTS) | $2,600.00 | $2,753.00 | x |
| LIT CLAIM OPTION OF SPID: 100009505 (COSTS) | $2,155.00 | $2,282.00 | x |
| **TOTALS** | **$81,422.00** | **$86,307.32** | |

**NFL MEDICAL/TOBACCO LIT. COSTS CONTRACTS VALUATION GROWTH**
**4.7% Monthly and 56.4% Annual Return**

| | JANUARY 31, 2017 | MAY 31, 2017 |
|---|---|---|
| | **$2,180,688.56** | **$2,590,658.01** |

| | December 31, 2016 | January 31, 2017 |
|---|---|---|
| **NFL MEDICAL/TOBACCO LIT. COSTS CONTRACTS** | $2,082,797.10 | $2,180,688.56 |

**2120 Killarney Way, Suite 125, Tallahassee, FL 32309**
**850-270-9898    Fax 888-859-4958**
**info@cambridgecapitalgroup.holdings**

SCMPRODCAMB-PLYR5_000036

# Exhibit 30



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Officer/Registered Agent Name

**Florida Profit Corporation**
SEASCAPE PROPERTIES OF NORTH FLORIDA, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P00000026223 |
| **FEI/EIN Number** | 59-3635229 |
| **Date Filed** | 03/06/2000 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/23/2016 |
| **Event Effective Date** | NONE |

**Principal Address**

2120 KILLARNEY WAY
SUITE 125
TALLAHASSEE, FL 32309

Changed: 04/29/2014

**Mailing Address**

2120 KILLARNEY WAY
SUITE 125
TALLAHASSEE, FL 32309

Changed: 04/29/2014

**Registered Agent Name & Address**

HOWARD, TIMOTHY P
2120 KILLARNEY WAY
SUITE 125
TALLAHASSEE, FL 32309

Address Changed: 04/29/2014

**Officer/Director Detail**

**Name & Address**

Title PT

HOWARD, TIMOTHY P

2120 KILLARNEY WAY
SUITE 125
TALLAHASSEE, FL 32309

Title VS

HOWARD, JENNIFER
2120 KILLARNEY WAY
SUITE 125
TALLAHASSEE, FL 32309

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 05/01/2013 |
| 2014 | 04/29/2014 |
| 2015 | 01/07/2015 |

### Document Images

| | |
|---|---|
| 01/07/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2014 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/01/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2008 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/05/2003 -- ANNUAL REPORT | View image in PDF format |
| 06/07/2002 -- REINSTATEMENT | View image in PDF format |
| 04/25/2001 -- ANNUAL REPORT | View image in PDF format |
| 03/06/2000 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations