IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:18-md-02323-AB <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br><br> Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Civ. Action No. 14-00029-AB |

## CO-LEAD CLASS COUNSEL ANAPOL WEISS'S NOTICE OF APPEAL

Co-Lead Class Counsel Anapol Weiss, P.C. hereby appeals, to the United States Court of Appeals for the Third Circuit, this Court's decision of May 24, 2018 (Explanation and Order, Dkt. 10019) addressing the allocation of the common benefit attorneys' fees award.

                                                                PIETRAGALLO GORDON ALFANO
                                                                 BOSICK & RASPANTI, LLP

                                                  By: */s/Gaetan J. Alfano*
                                                      GAETAN J. ALFANO, ESQUIRE
                                                      KEVIN E. RAPHAEL, ESQUIRE
                                                      ALEXANDER M. OWENS, ESQUIRE
                                                      I.D. No. 32971, 72673 & 319400
                                                      1818 Market Street - Suite 3402
                                                      Philadelphia, PA 19103
                                                      (215) 320-6200

Dated: June 15, 2018                              *Attorney for Anapol Weiss*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Co-Lead Class Counsel Anapol Weiss's Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF System on June 15, 2018. The CM/ECF System will serve all counsel of record.

          PIETRAGALLO GORDON ALFANO
          BOSICK & RASPANTI, LLP

By: */s/Gaetan J. Alfano*
    GAETAN J. ALFANO, ESQUIRE
    KEVIN E. RAPHAEL, ESQUIRE
    ALEXANDER M. OWENS, ESQUIRE
    I.D. No. 32971, 72673 & 319400
    1818 Market Street - Suite 3402
    Philadelphia, PA 19103
    (215) 320-6200

Dated: June 15, 2018        *Attorney for Anapol Weiss*