**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                       Plaintiffs,<br>     v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                       Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>The Taft Law Firm, P.C. v. Walker<br>Petition for Deviation<br>(Doc. No. 10069) | |

## ORDER

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE                                                                  June 15, 2018

      On June 7, 2018, The Taft Law Firm, P.C. ("Taft") filed a Petition for Deviation ("Petition") (Doc. No. 10069). On June 13, 2018, following upon the issuance of our Order to Show Cause (Doc. No. 10076), Taft withdrew the Petition (Doc. No. 10077).

      Accordingly, we DENY the Petition as moot and DISMISS with prejudice.

                                                        BY THE COURT:

                                                        /s/ David R. Strawbridge, USMJ
                                                        DAVID R. STRAWBRIDGE
                                                        UNITED STATES MAGISTRATE JUDGE