# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Rodney Bailey, et al.<br>v. National Football League et al.<br>No. 2:12-cv-05372-AB<br><br><br>**As to Plaintiff CLIFFORD BROWN Only** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **CLIFFORD BROWN** only in the above-referenced case.

Dated: June 18, 2018

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Telephone:  (412) 471-3980
jluckasevic@gpwlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2018 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSKY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*