UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE: PLAYER'S CONCUSSION INJURY LITIGATION | : : : | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* | : : : : | |
| Plaintiffs, | : | CIVIL ACTION NO. 14-CV-0029 |
| v. | : : | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., | : : : : | |
| Defendants. | : | |

## NOTICE OF APPEAL

    Notice is given that John Lorentz, intervenor in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final Judgment entered against him in this action on May 21, 2018 (Docket No. 10005)

                    Respectfully submitted,

                    /s/  Michael H. Moirano
                    Attorney for John Lorentz

Michael H. Moirano
Claire Gorman Kenny
MORIANO GORMAN KENNY, LLC
135 S. LaSalle Street, Suite 2200
Chicago, IL 60603
312-614-1260

## CERTIFICATE OF SERVICE

  I, the undersigned, certify that I served a true and correct copy of Plaintiff-appellant John Lorentz's Notice of Appeal on all counsel of record via the Court's CM/ECF system on the 18th of June, 2018. Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 18, 2018

                /s/  Michael H. Moirano
                Attorney for John Lorentz

Michael H. Moirano
Claire Gorman Kenny
MORIANO GORMAN KENNY, LLC
135 S. LaSalle Street, Suite 2200
Chicago, IL 60603
312-614-1260