# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW,** this _18th_ day of June, 2018, upon consideration of Non-Parties Preferred Capital Funding, Inc., Preferred Capital Funding-Nevada, LLC, Preferred Capital Funding-Missouri, LLC, Preferred Capital Funding-Ohio, LLC, and Brian Garelli's Motion for a Protective Order (ECF No. 8938), it is **ORDERED** that the motion is **DENIED**.

                                                                    s/Anita B. Brody

                                                    _____
                                                    ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: