## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) | No. 12-md-2323 (AB) |
| | ) | |
| | ) | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Plaintiffs' Master Administrative Long Form Complaint and | ) ) ) | **NOTICE OF ATTORNEY'S LIEN** |
| ANDRE M. WATERS, Deceased, (Tina Ricks, Personal Rep. of the Estate), Plaintiff, | ) ) ) ) | |
| USDC, EDPA, Docket No. 2:12-cv-04576-AB | ) ) ) | |

Attorney Jason E. Luckasevic and Goldberg, Persky & White, P.C., attorneys for Plaintiff **Tina Ricks, Personal Representative of the Estate of Andre M. Waters, Deceased** in the above entitled action, hereby notify this Court and all parties that they have a lien in this case for the entire value of attorney's fees and expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff **Tina Ricks, Personal Representative of the Estate of Andre M. Waters, Deceased.**

Dated:  June 21, 2018

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

/s/  *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Phone:  412-471-3980
Fax:  412-471-8308
jluckasevic@gpwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the

Electronic Case Filing (ECF) system in the United States District Court for the Eastern District

of Pennsylvania on all parties registered for CM/ECF in the litigation.


Dated: June 21, 2018                    /s/   *Jason E. Luckasevic*
                                        Jason E. Luckasevic, Esquire
                                        PA Bar No. 85557
                                        11 Stanwix Street, Suite 1800
                                        Pittsburgh, PA  15222
                                        Phone:  412-471-3980
                                        Fax:  412-471-8308
                                        jluckasevic@gpwlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) )     No. 12-md-2323 (AB) |
| ——————————————————————— | ) )     MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | ) ) |
| Plaintiffs' Master Administrative Long Form Complaint and | ) )     **PETITION TO ESTABLISH** )     **ATTORNEY'S LIEN** ) |
| ANDRE M. WATERS, Deceased, (Tina Ricks, Personal Rep. of the Estate), Plaintiff, | ) ) ) |
| USDC, EDPA, Docket No. 2:12-cv-04576-AB | ) ) ) |
| ——————————————————————— | ) |

Now comes the Petitioner, Jason E. Luckasevic, Esquire for Goldberg, Persky & White, P.C., ("GPW") pursuant to an executed retainer agreement, and states:

1.      Petitioners are attorneys at law admitted to practice before the Courts of Pennsylvania, and file this Petition to establish a lien for attorney's fees and expenses as set forth hereinafter.

2.      On or about October 5, 2011, Jason E. Luckasevic and GPW were retained and employed by the Plaintiff, **Tina Ricks, Personal Representative of the Estate of Andre M. Waters,** pursuant to a contingency fee agreement for legal services, to pursue a claim for injuries and damages allegedly caused by the National Football League's conduct associated with football-related concussions, head, and brain injuries.

3.  Ms. Rick's contingency fee agreement contains the following terms:

*I agree that the attorney's fees for services rendered shall be forty percent (40%) of the gross amount that is received or collected by reason of any suit or by reason of any settlement, unless a different percentage is required by applicable state law, plus reimbursement of all advanced costs if an action is filed in court or arbitration.*

Furthermore, on September 17, 2014, GPW notified clients that they were reducing the fee to twenty-five (25%) percent.

The agreement also states that *"It is understood the litigation may involve multiple plaintiffs and all costs incurred by my attorneys during this litigation may be pro-rated among each plaintiff."*

Furthermore, the agreement states that *"I understand that all such costs of prosecution that I may owe on any recovery I may receive as a result of this representation will be deducted from my settlement or judgment proceeds."*

Finally, the Retainer Agreement states that *"It is agreed and understood that this employment is upon a contingent fee basis, and if no recovery is made, I will not be indebted to my said attorneys for any sum whatsoever as attorney's fees or costs."* (See Exhibit A). Subsequently, Plaintiff's counsel has occurred $1,227.25 in costs on this prosecution of this claim.

4.      Subsequently, this Honorable Court entered an Order on April 5, 2018 capping contingent attorney's fees at 22%.

5.      When Petitioners entered into this contract with Plaintiff, Petitioners through originating the litigation entered into the extreme risk and the entire expected expense of the ligation.

6.      From the date the Petitioner was authorized to proceed on behalf of the Plaintiff, the Petitioner has actively and diligently investigated, prepared, and pursued Plaintiff's claims, and has taken all steps necessary to prosecute those claims including, but not limited to, correspondence and communications with the client, preparation and review of client's factual and legal circumstances, retaining experts, drafting and providing client updates, filing registration papers, communicating with the Estate's lawyers and submitting a claim for Qualifying diagnosis.

7.      As background, Tina Ricks was appointed the Personal Representative of the Estate of Andre Waters on August 11, 2009. This occurred after the original representative was removed by Court Order for wrongfully handling the administration of the Estate. (See Exhibit B).

8.      The Petitioners claim the right to have a lien for the entire value of his 22% contingent attorney's contingent fees and expenses incurred in the amount of $1,227.25.

WHEREFORE, the Petitioners pray:

(1)   That an attorney's lien be established;

(2)   That the amount of the lien awarded to plaintiff's counsel be 22% of the contingent fees obtained for the Estate of Andre Waters;

(3)   That Plaintiff's Counsel be awarded his costs of $1,227.25 incurred in this matter; and

(4)   For such other further relief as this Court deems just, including but not limited to awarding Plaintiff's counsel costs and fees for filing and defending this claim and prosecuting any frivolous and unwarranted claims brought by other parties or counsel who do not have standing.

Dated: June 21, 2018

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

/s/  *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Phone:  412-471-3980
Fax:  412-471-8308
jluckasevic@gpwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Petition to Establish Attorney's Fees* to be

served via the Electronic Case Filing (ECF) system in the United States District Court for the

Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.


Dated: June 21, 2018                                    /s/   *Jason E. Luckasevic*
                                                        Jason E. Luckasevic, Esquire
                                                        PA Bar No. 85557
                                                        11 Stanwix Street, Suite 1800
                                                        Pittsburgh, PA  15222
                                                        Phone:  412-471-3980
                                                        Fax:  412-471-8308
                                                        jluckasevic@gpwlaw.com