IN THE CIRCUIT COURT FOR
HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION

In Re:

Estate of Andre M. Waters
a/k/a Andre Maurice Waters

File No.: 07-CP-846

        Deceased.

_____/

*Successor*

C/RI

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

    WHEREAS, TINA RICKS has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

    NOW, THEREFORE, I, the undersigned circuit judge, declare TINA RICKS duly qualified under the laws of the State of Florida to act as personal representative of the estate of ANDRE WATERS a/k/a ANDRE MAURICE WATERS, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

    ORDERED on _____Aug, 11_____, 2009.

_____
Claudia Isom, Circuit Judge

**EXHIBIT B**