## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:18-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Civ. Action No. 14 – 00029 – AB |

## KREINDLER & KREINDLER LLP'S NOTICE OF APPEAL

Kreindler & Kreindler LLP hereby appeals, to the United States Court of Appeals for the Third Circuit, this Court's decision of May 24, 2018 (Explanation and Order, Dkt. 10019) addressing the allocation of the common benefit attorneys' fees award.

KREINDLER & KREINDLER, LLP

   */s/ Anthony Tarricone*
Anthony Tarricone (MA BBO# 492480)
855 Boylston Street
Boston, MA 02116
(617) 424-9100
atarricone@kreindler.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Kreindler & Kreindler LLP's Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF System on June 22, 2018. The CM/ECF System will serve all counsel of record.

_/s/ Anthony Tarricone_