UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**FANECA OBJECTORS' PETITION FOR AN AWARD OF
<u>ATTORNEYS' FEES AND EXPENSES</u>**




# NFL Europe

**Revised Settlement**
*June 25, 2014*

→ Faneca Objection →

**Final Settlement**
*April 22, 2015*

- No BAP for NFL-Europe-Only Players

- No "eligible season" credit

- 2,300 players added to BAP: **$13.2 million**

- Partial "eligible season" credit: **$23.6 million**

## Value: $36.8 million

# Modification of the BAP

**Revised Settlement**
*June 25, 2014*

→ Faneca Objection →

**Final Settlement**
*April 22, 2015*

- Cap of $75 million

- No Cap: BAP Exam for **all** eligible class members

- Full value of supplemental benefits

## Value: $29.6 million

# Waiver of Appeal Fee

**Revised Settlement**
*June 25, 2014*


Faneca Objection

**Final Settlement**
*April 22, 2015*

- $1,000 fee – all cases

- Financial hardship waiver

## Value: $11.6 million

# Death with CTE

**Revised Settlement**
*June 25, 2014*

→ Faneca Objection →

**Final Settlement**
*April 22, 2015*

- Limited to deaths before **preliminary** approval

- Extended to deaths before **final** approval

- 111 additional class members eligible

Value: $44.6 million

# Faneca Objectors' Efforts To Cure Defects

| Date | Event |
|---|---|
| 1/6/2014 | Class Counsel submit initial settlement for preliminary approval |
| 5/5/2014 | Faneca Objectors move to intervene |
| 5/19/2014 | Class Counsel oppose motion to intervene |
| 6/25/2014 | Class Counsel submit revised settlement for preliminary approval |
| 7/2/2014 | Faneca Objectors oppose preliminary approval |
| 7/21/2014 | Faneca Objectors file Rule 23(f) petition in Third Circuit |
| 7/29/2014 | Class Counsel file opposition to petition |
| 10/6/2014 | Faneca Objectors file objection to revised settlement (8 days early) |
| 11/12/2014 | Class Counsel file motion for final approval (response to objections) |
| 11/19/2014 | Fairness Hearing |
| 12/2/2014 | Faneca Objectors file post-hearing brief |
| 12/16/2014 | Class Counsel file reply in support of settlement |