# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEAL

NOTICE is hereby given that Objectors Alan Faneca, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine hereby appeal to the United States Court of Appeals for the Third Circuit from the April 5, 2018 Memorandum (Dkt. No. 9860) and Order (Dkt. No. 9861); the April 12, 2018 Order (Dkt. No. 9876); the May 24, 2018 Explanation and Order (Dkt. No. 10019); and the June 5, 2018 Order (Dkt. No. 10042) in 2:14-cv-00029-AB, 2:12-md-02323, and 2:18-md-2323, and from all rulings and orders merged therein, and all other underlying or related orders, rulings, and findings.  This appeal is made pursuant to 28 U.S.C. § 1291.

Dated:  June 22, 2018                                        Respectfully submitted,

                                                                                     /s/ Steven F. Molo

| William T. Hangley | Linda S. Mullenix | Steven F. Molo |
|---|---|---|
| Michele D. Hangley | 2305 Barton Creek Blvd., | Thomas J. Wiegand |
| HANGLEY ARONCHICK SEGAL | Unit 2 | MOLOLAMKEN LLP |
| PUDLIN & SCHILLER | Austin, TX  78735 | 430 Park Ave. |
| One Logan Square | (512) 263-9330 (telephone) | New York, NY  10022 |
| 18th & Cherry Streets | lmullenix@hotmail.com | (212) 607-8160 (telephone) |
| 27th Floor | | (212) 607-8161 (facsimile) |
| Philadelphia, PA  19103 | | smolo@mololamken.com |
| (215) 496-7001 (telephone) | | twiegand@mololamken.com |
| (215) 568-0300 (facsimile) | | |
| whangley@hangley.com | | Eric R. Nitz |
| mhangley@hangley.com | | Rayiner I. Hashem |
| | | MOLOLAMKEN LLP |
| | | 600 New Hampshire Ave., N.W. |
| | | Washington, DC  20037 |
| | | (202) 556-2000 (telephone) |
| | | (202) 556-2001 (facsimile) |
| | | enitz@mololamken.com |
| | | rhashem@mololamken.com |

*Attorneys for Alan Faneca, Roderick Cartwright, Jeff Rohrer, and Sean Considine*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018, I caused the foregoing Notice of Appeal to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

/s/ Steven F. Molo