# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | No. 12-md-2323 (AB) |
| KEVIN TURNER & SHAWN WOODEN on behalf of themselves and others similarly situated | MDL No. 2323 |
| | Hon. Anita B. Brody |
| v. | |
| | Civ. Action No. 14-00029-AB |
| National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEAL

The Coffman Law Firm, Weller, Green, Toups & Terrell, LLP, The Webster Law Firm, and The Warner Law Firm, all of which were counsel for the Armstrong Objectors, hereby appeal to the United States Court of Appeals for the Third Circuit from the district court's Memorandum (Doc. No. 9860), district court's Order awarding attorneys' fees (Doc. No. 9861), and district court's Explanation and Order (Doc. No. 10019) entered in this case.

Date: June 22, 2018

Respectfully submitted,

*/s/ Richard L. Coffman*
Richard L. Coffman
**THE COFFMAN LAW FIRM**
505 Orleans, Fifth Floor
Beaumont, Texas 77701
Telephone: (409) 833-7700
Email: rcoffman@coffmanlawfirm.com

Mitchell A. Toups
**WELLER, GREEN, TOUPS &TERRELL, LLP**
2615 Calder Ave., Suite 400
Beaumont, TX 77702
Telephone: (409) 838-0101
Email: matoups@wgttlaw.com

Jason C. Webster
**THE WEBSTER LAW FIRM**
6200 Savoy, Suite 150
Houston, TX 77036
Telephone: (713)581-3900
Email: jwebster@thewebsterlawfirm.com

Mike Warner
**THE WARNER LAW FIRM**
101 Southeast 11th Suite 301
Amarillo, TX 79101
Telephone: (806) 372-2595
Email: mike@thewarnerlawfirm.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Notice of Appeal was served on all counsel of record, via the Court's ECF system, on June 22, 2018.

*/s/ Richard L. Coffman*
Richard L. Coffman