UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Case No. 18-md-2323-AB |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>        Plaintiffs,<br><br>  v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br><br>        Defendants. | Civil Action No. 14-cv-00029-AB |

THIS DOCUMENT RELATES TO:

ALL ACTIONS

_____

## ZIMMERMAN REED LLP'S NOTICE OF APPEAL

Zimmerman Reed LLP hereby appeals to the United States Court of Appeals for the Third Circuit, the Court's May 24, 2018 Explanation and Order (Dkt. 10019) allocating the common benefit attorneys' fee award.

/ / / / /

/ / / / /

/ / / / /

| | |
|---|---|
| Dated:  June 22, 2018 | Respectfully submitted,<br><br>ZIMMERMAN REED LLP<br><br>s/ Charles S. Zimmerman<br>Charles S. Zimmerman – MN #120054<br>J. Gordon Rudd, Jr. – MN #222082<br>Brian C. Gudmundson – MN #336695<br>Michael J. Laird - MN #0398436<br>1100 IDS Center, 80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone:  (612) 341-0400<br>Facsimile:  (612) 341-0844<br>Email: Charles.Zimmerman@zimmreed.com<br>         Gordon.Rudd@zimmreed.com<br>         Brian.Gudmundson@zimmreed.com<br>         Michael.Laird@zimmreed.com<br><br>ATTORNEYS FOR PLAINTIFFS |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Zimmerman Reed LLP's Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF System on June 22, 2018. The CM/ECF System will serve all counsel of record.

Dated:  June 22, 2018                        ZIMMERMAN REED LLP

<div style="margin-left: 3em;">

s/ Charles S. Zimmerman
Charles S. Zimmerman – MN #120054
J. Gordon Rudd, Jr. – MN #222082
Brian C. Gudmundson – MN #336695
Michael J. Laird - MN #0398436
1100 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 341-0400
Facsimile:  (612) 341-0844
Email: Charles.Zimmerman@zimmreed.com
           Gordon.Rudd@zimmreed.com
           Brian.Gudmundson@zimmreed.com
           Michael.Laird@zimmreed.com

ATTORNEYS FOR PLAINTIFFS

</div>