# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　　Plaintiffs,<br>v.<br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　Defendants.<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>**THIS DOCUMENT RELATES TO:<br>ALL ACTIONS** | Civil Action No. 14-cv-00029-AB |

## POPE MCGLAMRY, P.C.'S NOTICE OF APPEAL

NOTICE is hereby given that Pope McGlamry appeals to the United States Court of Appeals for the Third Circuit, from the Court's May 24, 2018 Explanation and Order (Dkt. 10019) in MDL-2323 allocating the common-benefit attorneys' fee award.

Dated:  June 25, 2018.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　POPE McGLAMRY, P.C.

　　　　　　　　　　　　　　　　　　/s/ *Michael L. McGlamry*
　　　　　　　　　　　　　　　　　　Michael L. McGlamry

                                                                                   Georgia Bar No. 492515
3391 Peachtree Road, NE, Suite 300
P.O. Box 191625 (31119-1625)
Atlanta, GA 30326
Ph: (404) 523-7706
Fx: (404) 524-1648
efile@pmkm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Pope McGlamry P.C.'s Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF System on June 25, 2018. The CM/ECF System will serve all counsel of record.


Dated:  June 25, 2018

        POPE, McGLAMRY, KILPATRICK,
        MORRISON & NORWOOD, P.C.

        /s/*Michael L. McGlamry*
        Michael L. McGlamry
        Georgia Bar No. 492515