# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, | No. 2:12-md-02323-AB |
| Plaintiffs, | MDL No. 2323 |
| v. | |
| National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., | Hon. Anita B. Brody, U.S.D.J. |
| Defendants. | |

## ORDER

AND NOW, this the _____ of _____, 2018, on a matter coming before the Court on the Motion of Thrivest Specialty Funding, LLC ("Thrivest") for Bond Pending Appeal, and the Court having considered the Motion and any response thereto, IT IS HEREBY ORDERED that the Motion is GRANTED. Within seven days of the date of this Order, William White or Class Counsel shall post a bond in the amount of $788,535.65, which bond shall remain effective pending disposition of Thrivest's appeal to the Third Circuit in No. 18-2184. The May 22, 2018 Explanation and Order enjoining Thrivest from arbitrating its claim against Mr. White is dissolved unless said bond is posted by the date required.

_____
Anita B. Brody, U.S.D.J.