# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody, U.S.D.J. |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Peter C. Buckley, on behalf of Thrivest Specialty Funding, LLC, served the Motion for Bond Pending Appeal, docketed as ECF No. 10114 in the above-captioned matter, on Robert C. Wood, Esquire, counsel to William E. White via First-Class Mail and electronic mail at:

Robert C. Wood, Esquire
The Law Offices of Robert C. Wood
68 North High Street, Building B
Suite 202
New Albany, Ohio 43054
rwood@rwoodlaw.com

*/s/ Peter C. Buckley*
Peter C. Buckley, Esquire

Dated:  June 29, 2018