UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Natrone Means, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Hon. Anita B. Brody<br><br>Individual Action No. 2:12-cv-05781- |
| This Document Relates To:<br>Plaintiff Craig McEwen Only | |

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF CRAIG MCEWEN

JOHN H. GOMEZ and GOMEZ TRIAL ATTORNEYS hereby withdraw as counsel for Plaintiff CRAIG MCEWEN only, and CURD, GALINDO, & SMITH hereby enters an appearance as counsel for Plaintiff CRAIG MCEWEN, pursuant to Rule 5.1(c) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania. This matter is not set for trial.

DATED: San Diego, California, February 5, 2018.

*/s/ John H. Gomez*

JOHN H. GOMEZ
(Withdrawing Attorney)
Gomez Trial Attorneys
655 West Broadway, #1700
San Diego, CA 92101

DATED: Long Beach, California, February 6, 2018.

ALEX GALINDO
(Appearing Attorney)
Curd, Galindo, & Smith
301 East Ocean Blvd. Ste1700
Long Beach, CA 90802

## PROOF OF SERVICE BY MAIL

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 301 E. Ocean Blvd., Suite 1700, Long Beach, CA 90802.

On **June 28, 2018** I served the following document(s):

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF CRAIG MCEWEN**

in said action, on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

[X] **BY FIRST CLASS MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**: I hand caused _____ to hand deliver such envelope(s) to the named addressee.

[ ] **BY FACSIMILE**: The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a report of the transmission.

[ ] **BY E-FILE: (IN COMPLIANCE WITH GENERAL ORDER)** On **June  , 2018**, at my place of business, I e-filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to the parties listed below:

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **June 28, 2018** at Long Beach, California.

_Irene Duran_
Irene Duran

# SERVICE LIST

John H. Gomez
John P. Fiske   john@thegomezfirm.com
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, CA  92101
(619) 237-3490
Attorneys for Plaintiff, Aaron M. Taylor, Alfred Pupunu, Charles Dimry, III, Craig McEwen, Cristina P. Peterson, Donald P. Sutton, Lashonda Means, Natrone Means, William M. Peterson,

Stephanie S. Poli   spoli@gomeztrialattorneys.com
MERLIN LAW GROUP PA
1800 Century Park East, Suite 600
Los Angeles, CA  90017
(310) 229-5961
Attorneys for Plaintiff, Aaron M. Taylor, Alfred Pupunu, Charles Dimry, III, Craig McEwen, Cristina P. Peterson, Donald P. Sutton, Lashonda Means, Natrone Means, William M. Peterson,

John Michael Rappaport   John.Rappaport@mto.com
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
(213) 683-9586
Attorneys for Defendants, All American Sports Corporation, Easton-Bell Sports, Inc., Easton-Bell Sports, LLC, EB Sports Corp., National Football League, NFL Properties LLC, RBG Holdings Corp., Riddell Sports Group, Inc., Riddell, Inc.

NFL Concussion Settlement
Claims Administrator
P.O. Box 25369
Richmond, VA  23260

BROWNGREER PLC
250 Rocketts Way
Richmond, VA  23231

SEEGER WEISS LLP
Class Counsel
1515 Market Street, Suite 1380
Philadelphia, PA  19102