**TRANSCRIPT PURCHASE ORDER**
**for Third Circuit Court of Appeals**

| | |
|---|---|
| District Court: Eastern District of Pennsylvania | Court of Appeals Docket No.: No. 18-2417 |
| | District Court Docket No.: No. 2:12-md-2323 |

Short Case Title: In re: National Football League Players' Concussion Injury Litigation

Date Notice of Appeal Filed by Clerk of District Court: June 22, 2018

**Part I.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Check one of the following and serve ALL COPIES:

**TRANSCRIPT:**
- ___ None
- ___ Unnecessary for appeal purposes.
- ___ Already on file in the District Court Clerk's office.
- _X_ This is to order a transcript of the proceedings heard on the date listed below from **ESR** (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

Hearing regarding allocation of attorneys' fees held before Judge Brody on May 15, 2018, see Dkt. No. 9997.

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

- ___ Voir dire
- ___ Open Statement of Plaintiff
- ___ Opening Statement of Defendant
- ___ Closing Argument of Plaintiff
- ___ Closing Argument of Defendant
- ___ Jury Instructions
- ___ Sentencing Hearings

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- ___ CJA Form submitted to District Court Judge
- ___ Motion for Transcript has been submitted to District Court
- ___ CJA Form submitted to Court of Appeals
- _X_ Private Funds

| | | | |
|---|---|---|---|
| Signature | /s/ Steven F. Molo | Date | July 6, 2018 |
| Print Name | Steven F. Molo | Counsel for | Alan Faneca, Roderick Cartwright, Sean Considine, Jeff Rohrer |
| Address | 430 Park Ave., New York, NY 10022 | Telephone | 212-617-8160 |

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

___ Arrangements for payment were made on ___

___ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Name of Court Report | Telephone |
|---|---|---|

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court. Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages ___    Actual Number of Volumes ___

_____    _____
Date                                   Signature of Court Reporter

*In re: National Football League Players' Concussion Injury Litigation*
No. 18-2417

**Certificate of Issues for
<u>Alan Faneca, Roderick Cartwright, Jeff Rohrer, and Sean Considine</u>**

The Faneca Objectors-Appellants identify the following non-binding issues that they intend to present on appeal, *see* Fed. R. App. P. 10(b)(3)(A):

1. Whether the district court erred when it awarded counsel for the Faneca Objectors only $350,000 as compensation for their service as liaison counsel and their role in increasing the value of the settlement and providing benefits to the class.

Dated:  July 6, 2018                                               Respectfully submitted,

                                                                  <u>/s/ Steven F. Molo</u>

| | | |
|---|---|---|
| William T. Hangley | Linda S. Mullenix | Steven F. Molo |
| Michele D. Hangley | 2305 Barton Creek Blvd., | Thomas J. Wiegand |
| HANGLEY ARONCHICK SEGAL | Unit 2 | MOLOLAMKEN LLP |
| PUDLIN & SCHILLER | Austin, TX  78735 | 430 Park Ave. |
| One Logan Square | (512) 263-9330 (telephone) | New York, NY  10022 |
| 18th & Cherry Streets | lmullenix@hotmail.com | (212) 607-8160 (telephone) |
| 27th Floor | | (212) 607-8161 (facsimile) |
| Philadelphia, PA  19103 | | smolo@mololamken.com |
| (215) 496-7001 (telephone) | | twiegand@mololamken.com |
| (215) 568-0300 (facsimile) | | |
| whangley@hangley.com | | Eric R. Nitz |
| mdh@hangley.com | | MOLOLAMKEN LLP |
| | | 600 New Hampshire Ave., N.W. |
| | | Washington, DC  20037 |
| | | (202) 556-2000 (telephone) |
| | | (202) 556-2001 (facsimile) |
| | | enitz@mololamken.com |

*Attorneys for Alan Faneca, Roderick Cartwright, Jeff Rohrer, and Sean Considine*

## Certificate of Service

I certify that on July 6, 2018, one copy of the foregoing document was filed with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system. One copy of the foregoing was also served on counsel for Appellees via ECF.

/s/ Steven F. Molo
Steven F. Molo
