# Exhibit A

**POST-EFFECTIVE DATE LODESTAR AND EXPENSES THROUGH MAY 24, 2018**

| Firm | Professional Rank(s) | Hours | Blended Lodestar | Expenses | Total |
|---|---|---|---|---|---|
| Anapol Weiss | | 137.7 | $ 104,424.80 | $ 161,310.17 | $ 265,734.97 |
| | Partners | 137.7 | | | |
| Brad Sohn Law Firm | | 38.4 | $ 29,120.64 | | $ 29,120.64 |
| | Partner | 38.4 | | | |
| Levin Sedran and Berman | | 73.3 | $ 55,587.05 | $ 406.87 | $ 55,993.92 |
| | Partners | 71 | | | |
| | Counsel | 2.3 | | | |
| Locks Law Firm | | 670 | $ 508,094.50 | | $ 508,094.50 |
| | Partners | 670 | | | |
| NastLaw | | 80.1 | $ 49,251.77 | $ 1,422.74 | $ 50,674.51 |
| | Partner | 37.8 | | | |
| | Associate | 42.3 | | | |
| Podhurst Orseck | | 287.6 | $ 173,313.42 | $ 18,062.98 | $ 191,376.40 |
| | Partners | 187.8 | | | |
| | Associate | 9.1 | | | |
| | Paralegal | 90.7 | | | |
| Prof. Issacharoff | | 36.3 | $ 27,528.10 | | $ 27,528.10 |
| | Partner | 36.3 | | | |
| Seeger Weiss | | 12230.1 | $ 7,611,859.69 | $ 745,041.28 | $ 8,356,900.97 |
| | Partners | 6438.1 | | | |
| | Counsel | 2246.2 | | | |
| | Associates | 1112.3 | | | |
| | Paralegals | 2433.5 | | | |
| | TOTAL | 13553.5 | $ 8,559,179.97 | $ 926,244.04 | $ 9,485,424.01 |