IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> THIS DOCUMENTS RELATES TO ALL ACTIONS | MDL No. 2323 <br> No. 12-md-2323-AB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly please withdraw the appearance of Babatunde M. Cadmus of Pepper Hamilton, LLP as additional counsel of record for Defendants National Football League and NFL Properties LLC in the above captioned matter.

Dated: July 11, 2018

Respectfully submitted,

*/s/ Babatunde M. Cadmus*
Babatunde M. Cadmus (PA ID No. 321455)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
cadmusb@pepperlaw.com
 Telephone:  (215) 981-4019

## **CERTIFICATE OF SERVICE**

I, Babatunde M. Cadmus, hereby certify that on July 11, 2018, I electronically filed the foregoing Notice of Withdrawal of Appearance and electronically served it via the Court's CM/ECF system upon all counsel of record.

Dated:  July 11, 2018

/s/ *Babatunde M. Cadmus*
Babatunde M. Cadmus (PA PA ID No. 321455)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
cadmusb@pepperlaw.com
 Telephone:  (215) 981-4019