# Exhibit D

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
June 21, 2018
DCO-087-E

No. 18-2184

In Re: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

*Thrivest Specialty Funding LLC,
Appellant

*(Pursuant to Rule 12(a) Fed. R. App. P.)

Present: KRAUSE, Circuit Judge

1. Motion by Appellant to Expedite the Appeal with proposed briefing as follows:

   Appellant's opening brief due June 29, 2018

   Appellee's response brief due July 13, 2018

   Appellant's reply brief due July 20, 2018

2. Response by Appellees in Opposition to the Motion to Expedite.

3. Reply by Appellant to the Response to the Motion to Expedite.

Respectfully,
Clerk/sb

_____ORDER_____

Appellant's motion to expedite appeal is hereby denied. A party seeking to expedite an appeal must show an "exceptional reason that warrants expedition." Third Circuit L.A.R. 4.1. No such exceptional reason is present here. The issues raised in this appeal are largely identical to those that have been raised in *In re National Football League Players' Concussion Injury Litigation*, *RD Legal Funding, LLC; RD Legal Finance, LLC; RD Legal Funding Partners LP; Roni Dersovitz, Appellants, Nos. 18-1040 and 18-1482, in which briefing already has been completed, and the one issue that is raised only here and not in the other two cases does not warrant expedited consideration. *See Citigroup, Inc. v. Abu Dhabi Inv. Auth.*, 776 F.3d 126, 129 (2d Cir. 2015) ("[S]everal

of our sister circuits have held that the All Writs Act . . . permits district courts to enjoin arbitrations that threaten to undermine federal judgments.").

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: June 25, 2018
SB/JK/cc:    All Counsel of Record