# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW**, this _16th_ day of July, 2018, it is **ORDERED** that **on August 14, 2018 at 10:30 a.m.,** the Court will hold an in-person conference to address Settlement implementation issues related to Third-Party Funders in chambers. Class Counsel Gene Locks of the Locks Firm is directed to notify all Third-Party Funders with any funding agreement related to the NFL Concussion Settlement that each Funder, or a representative for each Funder, must attend the conference.

Class Counsel Locks must report to the Court **on or before July 25, 2018** with a list of all of the Funders for which he has received a confirmation of attendance. For any Funder that has not confirmed attendance, Class Counsel Locks will provide the Court with contact information sufficient for the Court to issue a subpoena.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

1

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: