# Exhibit A

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW**, this _28th_ day of June, 2018, it is **ORDERED** that:

- Co-Lead Class Counsel's Motion for Order Directing the Claims Administrator to Withhold Any Portions of Class Member Monetary Awards Purportedly Owed to Certain Third-Party Lenders and Claims Services Providers, and Direct Disclosure to the Claims Administrator of Existence of Class Member Agreements with All Third Parties (ECF No. 8470) is **DENIED** without prejudice as moot.[1]

---

[1] The relevant issues involving Third-Party Funders have been addressed in the Court's December 8, 2017 Explanation and Order (ECF No. 9517) and February 20, 2018 Order (ECF No. 9749). The Court has addressed the issues involving Claims Service Providers in its June 27, 2018 Order (ECF No. 10103). In the June 27 Order, the Court directed that any fees owed to Claims Service Providers should be added to fees owed to Individually Retained Plaintiff's Attorneys' (IRPAs) for purposes of calculating the Court's cap on attorneys' fees. *See In re Nat'l Football League Players' Concussion Injury Litig.*, No. 2:12-MD-02323-AB, 2018 WL 1658808 (E.D. Pa. Apr. 5, 2018).

1

- The following related motions are also **DENIED** as moot:

    o   Walker Preston Capital Holdings' Motion to Intervene (ECF No. 8932);

    o   Atlas Legal Funding's Motion to Intervene (ECF No. 8940); and

    o   Atlas Legal Funding's Motion for Leave to File Sur-Reply (ECF No. 9516).

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to:

---

The combined fees owed to Claims Service Providers and IRPAs by a given Class Member must not exceed the fee cap. Claims Service Providers perform the same type of work performed by IRPAs, thus, the Court has the authority to include them in the fee cap for all of the reasons laid out in the Court's fee cap opinion. *See id.* at *2.

2