**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:18-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br><br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Civ. Action No. 14-00029-AB |

## CO-LEAD CLASS COUNSEL ANAPOL WEISS'S NOTICE OF APPEAL

Co-Lead Class Counsel Anapol Weiss, P.C. hereby appeals, to the United States Court of Appeals for the Third Circuit, this Court's Orders of June 27, 2018 (Doc. Nos. 10103 & 10104) addressing the individually retained plaintiffs' attorneys' fees and the common benefit attorneys' fees holdback.

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP


By: */s/Gaetan J. Alfano*
GAETAN J. ALFANO, ESQUIRE
KEVIN E. RAPHAEL, ESQUIRE
ALEXANDER M. OWENS, ESQUIRE
I.D. No. 32971, 72673 & 319400
1818 Market Street - Suite 3402
Philadelphia, PA 19103
(215) 320-6200

Dated: July 17, 2018                    *Attorneys for Anapol Weiss*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of Co-Lead Class Counsel Anapol Weiss's Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF System on July 16, 2018. The CM/ECF System will serve all counsel of record.

<div style="margin-left:40%">

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By: */s/Gaetan J. Alfano*
    GAETAN J. ALFANO, ESQUIRE
    KEVIN E. RAPHAEL, ESQUIRE
    ALEXANDER M. OWENS, ESQUIRE
    I.D. No. 32971, 72673 & 319400
    1818 Market Street - Suite 3402
    Philadelphia, PA 19103
    (215) 320-6200

</div>

Dated: July 17, 2018                  *Attorneys for Anapol Weiss*