IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 2:18-md-02323-AB<br><br>MDL NO. 2323 |
| Kevin Turner and Shawn Wooden, on behalf Of themselves and others similarly situated,<br><br>Plaintiffs,<br>V<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | No. 2:12-md-02323-AB<br><br>MDL NO. 2323<br><br><br><br><br><br><br><br><br><br>Hon. Anita B. Brody |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2018, upon consideration of the Motion to Strike filed by Class Counsel the Locks Law Firm and all opposition thereto, it is hereby ORDERED that the Motion to Strike is GRANTED and that the NFL Objection is STRICKEN and OVERRULED.

IT IS FURTHER ORDERED that the Claims Administrator shall issue the Settlement Check to the Class Member within the month of July 2018 as required by Settlement procedures. IT IS SO ORDERED.

By the Court:

_____
Hon. Anita B. Brody
United States District Court