UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## NOTICE

Pending before the Court is the NFL Parties' Motion for the Appointment of a Special Investigator (ECF No. 9880). The NFL Parties have provided sufficient evidence of possible fraud to warrant serious concern. The Court appreciates the NFL Parties effort to faithfully implement the Settlement Agreement by bringing this issue to light. At this time, however, the Claims Administrator and Special Masters have demonstrated that they are capable of ferreting out any claims involving misrepresentations, omissions, or concealment of material fact, and ensuring that those claims are not paid. The audit process is working effectively.

Therefore, the Court will not appoint a Special Investigator at this time. Nevertheless, the Court will defer decision on the NFL Parties' motion. If the Claims Administrator or the Special Masters alert the Court—either formally or informally—that a Special Investigator is needed to faithfully implement the Settlement Agreement, the Court will rule on the motion at that time. Meanwhile, the Court expects the parties, the Claims Administrator, and the Special Masters to continue to ensure that all valid claims are paid promptly.

7/17/2018                                                          s/Anita B. Brody

_____                                                          _____
DATE                                                                ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: