## <u>CERTIFICATE OF SERVICE</u>

I, Brad S. Karp, hereby certify that on July 18, 2018, a true and correct copy of the foregoing MOTION TO FILE UNDER SEAL LIMITED PORTIONS OF THE NFL DEFENDANTS' MOTION TO DISMISS THE COMPLAINTS FILED BY SETTLEMENT CLASS MEMBERS TRACY SCROGGINS, ROSE STABLER, AND A.H., and accompanying exhibit and proposed order, was filed via CM/ECF, which caused notice to be sent to all counsel of record.  In addition, I caused a true and correct copy to be served on the following via FedEx:

George J. Leontire, Esq.
THE BAEZ LAW FIRM
6 Beacon St. Suite 510
Boston, MA 02108
Telephone: (855) 233-9080
Facsimile: (508) 207-9747
*Attorneys for Plaintiff*


Dated: July 18, 2018                                    /s/ Brad S. Karp
                                                       Brad S. Karp