UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>                         Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, *successor-in-interest to NFL Properties, Inc.*,<br>                         Defendants. | No. 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br><br>*Hernandez* v. *National Football League, et al.*<br><br>*Scroggins, et al.* v. *National Football League* | No. 18-cv-00464-AB<br><br>No. 16-cv-02058-AB |

**[PROPOSED] ORDER**

**AND NOW**, this ___ day of _____, 2018, upon consideration of the NFL Defendants' Motion to File Under Seal Limited Portions of Their Motion to Dismiss the Complaints Filed by Settlement Class Members Tracy Scroggins, Rose Stabler, and A.H. (the "Motion to Dismiss"), it is hereby **ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the NFL Defendants' Memorandum of Law in Support of the Motion to Dismiss is hereby sealed, and an unredacted copy of the

Memorandum of Law in Support of the Motion to Dismiss shall be filed with the Court in hard copy within five (5) days of this Order;

**IT IS FURTHER ORDERED** that the NFL Defendants shall electronically file their Motion to Dismiss and a redacted copy of the Memorandum of Law in Support of the Motion to Dismiss on the public docket within five (5) days of this Order; and

**IT IS FURTHER ORDERED** that the NFL Defendants shall serve counsel for Plaintiff Tracy Scroggins with an unredacted copy of the Memorandum of Law in Support of the Motion to Dismiss within five (5) days of this Order.

_____
ANITA B. BRODY, J.
United States District Judge

Copies **VIA ECF** on \_\_\_\_\_ to:            Copies **MAILED** on \_\_\_\_ to:

2