IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>RICKEY DIXON AND LORRAINE DIXON,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES, LLC., SUCCESSOR-IN-INTEREST TO NFL PROPERTIES, INC.,<br><br>Defendants. | Case No. 2-12-md-02323-AB<br>Dispute: <u>Rickey Dixon v. Zimmerman Reed</u><br>Lien ID: 200<br>CLASS MEMBER RICKEY DIXON'S UNOPPOSED REQUEST FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE MEMORANDUM TO ZIMMERMAN REED'S STATEMENT OF DISPUTE |

Comes now settlement class member Rickey Dixon, and in accordance with Rule 16(e) of the Rules Governing Attorney's Liens, submits this unopposed request for extension of time to file a response memorandum to Zimmerman Reed's statement of dispute and would respectfully show as follows:

The parties each submitted a statement of dispute, in accordance with Rule 16 of the Rules Governing Attorney's Liens and the Schedule of Document Submissions, on July 11, 2018. The current deadline for each party to submit a response memorandum to the Claims Administrator is July 30, 2018.

Rickey and Lorraine Dixon respectfully request an additional two weeks in which to file their response memorandum. The request is necessitated due to an unexpected increase in the press of business in the office of the undersigned counsel for Rickey and Lorraine Dixon. In

particular, a number of additional briefing tasks have arisen in another MDL case in which counsel is involved.

Since counsel will be preoccupied during this next week, Mr. and Mrs. Dixon respectfully request an additional two weeks in which to file their response memorandum, to and including August 13, 2018. As reflected in the certificate of conference below, the undersigned counsel has consulted with Charles Zimmerman of Zimmerman Reed, and Zimmerman Reed does not oppose mutual extensions.

Wherefore, premises considered, Rickey and Lorraine Dixon respectfully request that the deadline for the response memoranda for both sides in this dispute be extended to and including August 13, 2018.

Dated: July 23, 2018

Respectfully submitted,

**WATERS & KRAUS, LLP**

/s/ Charles S. Siegel
Charles S. Siegel
PA Bar No. 310882
Leslie MacLean
PA Bar No. 310875
3141 Hood St., Suite 700
Dallas, Texas 75219
(214) 357-6244
(214) 357-7252 (fax)
siegel@waterskraus.com
lmaclean@waterskraus.com

Counsel for Rickey Dixon and Lorraine Dixon

**CERTIFICATE OF CONFERENCE**

On July 19, 2018, I contacted Charles Zimmerman to ask whether Zimmerman Reed would oppose the requested two-week extension of time to file the response memorandum. On July 20, 2018, Mr. Zimmerman informed me that Zimmerman Reed does not oppose the mutual extensions.

/s/ Charles S. Siegel
Charles S. Siegel

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on July 23, 2018.

/s/ Charles S. Siegel
Charles S. Siegel