**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br>  v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>        Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Paul Turner v. Podhurst<br>Petition for Deviation<br>(Doc. No. 10025) | |

**<u>ORDER</u>**

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE                    July 24, 2018

  It appears that:

1. Podhurst Orseck P.A. ("Podhurst") has filed an Attorney's Lien against the claim of Kevin Turner, that will be resolved through the Rules Governing Attorneys' Liens ("Rules") adopted by the District Court (Doc. No. 9760);

2. Paul Turner, Representative Claimant for Kevin Turner, ("Turner") has filed a Petition for Deviation ("Petition") arguing that Podhurst was not entitled to receive any percentage sum of the Turner Award as an Individually Retained Plaintiff's Attorney ("IRPA") in light of attorneys' fees the firm has received from the Common Benefit Fund (Doc. No. 10025);

1

3. Both Podhurst and Turner have submitted Statements of Dispute as required by Rule 14; and

4. Turner's Statement of Dispute presents the same arguments that were contained in the Petition.

The issues in the Petition will be addressed and resolved in the Attorney's Lien Dispute Resolution Process. For these reasons and with the **CONSENT OF COUNSEL**, the Petition is **DENIED** as **MOOT**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE