**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br>                    Plaintiffs, <br><br>        v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br><br>                 Defendants. | No. 2:12-md-02323-AB <br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Rickey Dixon v. Zimmerman Reed <br> Lien Id. 200 <br> (Doc. No. 7266) | |

**<u>ORDER</u>**

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE                                 July 24, 2018

It appears that:

1. Zimmerman Reed LLP ("Zimmerman Reed") has filed an Attorney's Lien against the claim of Rickey Dixon that will be resolved through the Rules Governing Attorneys' Liens ("Rules") adopted by the District Court (Doc. No. 9760);

2. Waters & Kraus, LLP ("Water & Kraus"), counsel for Rickey Dixon, filed an Unopposed Request for Extension of Time in Which to File Response Memorandum to Zimmerman Reed's Statement of Dispute ("Extension Request") on 7/23/18 (Doc. No. 10155);

3. The current deadline for each Party to submit a Response Memorandum to the Claims Administrator is 7/30/18;

1

4.  Counsel from Waters & Kraus and Zimmerman Reed conferred on the Extension Request as required by Rule 16(e) of the Rules Governing Attorneys' Liens ("Rules") adopted by the District Court (Doc. No. 9760); and

5.  Zimmerman Reed does not oppose the Extension Request allowing both Parties until 8/13/18 to submit Response Memoranda to the Claims Administrator.

For these reasons and with the **CONSENT OF COUNSEL**, the Extension Request is **GRANTED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

2