# EXHIBIT 1

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NFL SETTLEMENT PROGRAM SUMMARY REPORT
### (AS OF 7/16/18)

### SECTION 1: TIMELY REGISTRATIONS
### TOTAL: 20,504



- **Retired Player** 15,965 (78%)
- **Representative Claimant** 1,253 (6%)
- **Derivative Claimant** 3,286 (16%)

### SECTION 2: REGISTRATION NOTICES ISSUED BY TYPE
### TOTAL: 20,502



|  | BAP Eligible | Not BAP Eligible | Adverse Notice | Incomplete Registration |
|---|---|---|---|---|
| **Total** | 12,812 | 6,520 | 1,163 | 7 |
| **Retired Player** | 12,726 | 2,432 | 804 | 2 |
| **Representative** | 86 | 857 | 304 | 5 |
| **Derivative** | 0 | 3,231 | 55 | 0 |

### SECTION 3: MONETARY AWARD CLAIMS SUBMITTED: 1,918

- **Retired Player** 1,519 (79%)
- **Representative Claimant** 399 (21%)

### SECTION 4: QUALIFYING DIAGNOSIS ASSERTED IN MONETARY AWARD CLAIMS

- Death with CTE: 82
- ALS: 41
- Alzheimer's Disease: 333
- Parkinson's Disease: 113
- Level 2: 521
- Level 1.5: 715
- Unknown / Multiple: 113

© 2018 BrownGreer PLC

1







# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## SECTION 5: QUALIFYING DIAGNOSIS DATE ASSERTED IN MONETARY AWARD CLAIMS

Pre-Effective Date: 1,497 | Post-Effective Date: 288 | No Date Asserted: 133

## SECTION 6: NOTICES ISSUED ON MONETARY AWARD CLAIMS: 1,465[1]

| | Payable | Denied | Denied After Audit[2] | Incomplete |
|---|---|---|---|---|
| TOTAL | 499 | 375 | 139 | 411 |
| Not Appealed | 423 | 320 | | |
| Appealed | 76 | 56 | | |

[1] Section 6 counts all Monetary Award claims that have received a notice after claim processing. Claims receiving multiple notices are counted only once based on the most recent notice issued. The number of appealed notices reflects only claims that have been appealed on the most recent notice issued. For a cumulative total of all appeals, see Section 9.

[2] The results of the audit closed these claims and directed further alternatives for these Settlement Class Members.

## SECTION 7: PAYABLE CLAIMS SUMMARY

| | Monetary Awards Issued[1] | Claims Funded by the NFL Parties for Final Monetary Awards | Payments Made to Retired Players and Rep. Claimants[2] | Payments for Liens |
|---|---|---|---|---|
| Dollars | $485,634,235 | $329,684,044 | $279,300,374 | $1,578,596 |
| Claims | 499 | 337 | 324 | 57 |

[1] The dollars and number of claims shown are the number of notices issued before holdbacks for potential Derivative Claimants, common benefit fees, liens and any determinations on appeals.

[2] The dollars reflected here include payments to third-party funders that have accepted rescission of prohibited assignments they had with Settlement Class Members.

© 2018 BrownGreer PLC



# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

| SECTION 8 | | \ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **STATUS OF MONETARY AWARD CLAIMS** | | | | | | | | | |
| | | CTE | ALS | Alzheimer's Disease | Parkinson's Disease | Level 2 | Level 1.5 | Unknown Qualifying Diagnosis | Total | % |
| 1. | In Review Process at Claims Administrator | 0 | 0 | 4 | 0 | 5 | 5 | 1 | 15 | <1% |
| 2. | Notice Will Issue Tomorrow | 0 | 0 | 5 | 1 | 18 | 9 | 3 | 36 | 2% |
| 3. | Needs Special Master Statute of Limitations Review | 3 | 7 | 9 | 3 | 1 | 1 | 0 | 24 | 1% |
| 4. | Last Notice was for Incomplete Claim Package[1] | 2 | 1 | 24 | 7 | 23 | 39 | 32 | 128 | 7% |
| 5. | Ready for Review by AAP | 3 | 1 | 57 | 11 | 49 | 57 | 0 | 178 | 9% |
| 6. | Last Notice was Award Notice[2] | 2 | 0 | 14 | 7 | 9 | 12 | 0 | 44 | 2% |
| 7. | Last Notice was Denial Notice[3] | 0 | 1 | 12 | 7 | 15 | 45 | 15 | 95 | 5% |
| 8. | On Appeal Now[4] | 0 | 1 | 0 | 0 | 19 | 17 | 1 | 38 | 2% |
| 9. | In Audit Investigation[5] | 0 | 0 | 6 | 0 | 44 | 58 | 82 | 190 | 10% |
| 10. | In Audit-Failure to Provide Information | 0 | 0 | 0 | 1 | 39 | 57 | 0 | 97 | 5% |
| 11. | Adverse Audit Report with the Parties for Review | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0% |
| 12. | Adverse Audit Report Awaiting Response from Those Audited | 0 | 0 | 3 | 0 | 82 | 67 | 0 | 152 | 8% |
| 13. | Adverse Audit Report with the Special Masters for Review | 0 | 0 | 35 | 0 | 24 | 63 | 0 | 122 | 6% |
| 14. | Denied After Audit[6] | 0 | 0 | 0 | 0 | 72 | 67 | 0 | 139 | 7% |
| 15. | Final Denial | 7 | 1 | 25 | 2 | 47 | 92 | 58 | 232 | 12% |
| 16. | Withdrawn | 0 | 0 | 7 | 1 | 16 | 13 | 4 | 41 | 2% |
| 17. | Ready for Next Month's Payment List | 0 | 0 | 3 | 1 | 1 | 1 | 7 | 13 | <1% |
| 18. | On this Month's Payment List | 2 | 1 | 16 | 12 | 9 | 10 | 0 | 50 | 3% |
| 19. | Paid[7] | 63 | 28 | 113 | 60 | 18 | 42 | 0 | 324 | 17% |
| 20. | Total Claim Packages Submitted | 82 | 41 | 333 | 113 | 491 | 655 | 203 | 1,918 | 100% |

1. The Program has issued notices to 1,281 incomplete claim packages, which is 72% of all Level 1.5 and Level 2 claims and 57% of all other claims.
2. For details on all claims receiving an Award Notice and the dollar values assigned, see Sections 7 and 11.
3. For details on all denied claims, including the denial reasons, see Section 10.
4. For details on all appeals filed by Settlement Class Members and the NFL parties, see Section 9.
5. The Program has audited 1,038, or 54%, of all claims, including 373 claims removed from audit and put back into the claims review process, 287 claims currently in Audit Investigation, 274 claims on Adverse Audit Reports with the Parties or Special Masters for Review or awaiting a response from those audited and 139 claims denied after audit.
6. The results of the audit denied these claims and directed further alternatives for these Settlement Class Members.
7. For total dollars paid to or on behalf of these Settlement Class Members, see Part 5 of Section 11.

# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

| SECTION 9 | | STATUS OF ALL APPEALS ON MONETARY AWARD CLAIMS | | |
|---|---|---|---|---|
| | Status[1] | Appealed by Class Member | Appealed by NFL Parties | Total |
| A. | Payable Claims | 12 | 80 | 92 |
| 1. | Appeal Filed and in Preliminary Steps | 0 | 0 | 0 |
| 2. | Appellee's Opposition Memo Not Received | 1 | 8 | 9 |
| 3. | Appellee's Opposition Memo Received | 1 | 8 | 9 |
| 4. | Remanded to Claims Administrator | 2 | 2 | 4 |
| 5. | With Special Masters for Decision | 1 | 21 | 22 |
| 6. | Result Upheld on Appeal | 5 | 26 | 31 |
| 7. | Result Overturned on Appeal | 1 | 3 | 4 |
| 8. | Closed or Withdrawn[2] | 1 | 12 | 13 |
| B. | Denied Claims | 81 | 0 | 81 |
| 1. | Appeal Filed and in Preliminary Steps | 0 | 0 | 0 |
| 2. | Appellee's Opposition Memo Not Received | 7 | 0 | 7 |
| 3. | Appellee's Opposition Memo Received | 6 | 0 | 6 |
| 4. | Remanded to Claims Administrator | 42 | 0 | 42 |
| 5. | With Special Masters for Decision | 4 | 0 | 4 |
| 6. | Result Upheld on Appeal | 17 | 0 | 17 |
| 7. | Result Overturned on Appeal | 0 | 0 | 0 |
| 8. | Closed or Withdrawn[2] | 5 | 0 | 5 |
| C. | TOTAL APPEALS | 93 | 80 | 173 |

[1] Co-Lead Class Counsel has filed statements in 22 of the Appeals across multiple statuses in the Appeals Process.
2 These are appeals we are no longer processing because (1) the appealing party withdrew or (2) it was closed after being in audit.

# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

| SECTION 10 | REASONS IN NOTICES OF DENIAL ISSUED ON MONETARY AWARD CLAIMS | |
|---|---|---|
| | **Reason Claim Denied** | **Notices** |
| 1. | Death with CTE Claims | 7 |
| | (a) Death Occurred After Final Approval | 3 |
| | (b) Death Occurred Before 7/7/14 but Qualifying Diagnosis Was After Final Approval | 1 |
| | (c) Death Between 7/7/14 & 4/22/15; Qualifying Diagnosis was greater than 270 Days From Death | 1 |
| | (e) Appeals Advisory Panel Denial - Diagnosis Made by Inappropriate Physician | 0 |
| | (f) Appeals Advisory Panel Denial - Not Death with CTE | 0 |
| | (g) Complete Claim Package Never Provided by Class Member | 2 |
| 2. | ALS Claims | 2 |
| | Complete Claim Package Never Provided by Class Member | 1 |
| 3. | Alzheimer's Disease Claims | 40 |
| | (a) Appeals Advisory Panel Denial - Diagnosis Made by Inappropriate Physician | 8 |
| | (b) Appeals Advisory Panel Denial - Not Alzheimer's Disease | 21 |
| | (c) Physician Not Qualified to Sign Diagnosis Physician Certification Form | 1 |
| | (d) Complete Claim Package Never Provided by Class Member | 5 |
| 4. | Parkinson's Disease Claims | 9 |
| | (a) Appeals Advisory Panel Denial - Diagnosis Made by Inappropriate Physician | 3 |
| | (b) Appeals Advisory Panel Denial - Not Parkinson's Disease | 1 |
| | (c) Complete Claim Package Never Provided by Class Member | 0 |
| 5. | Level 2 Claims | 77 |
| | (a) Appeals Advisory Panel Denial - Diagnosis Made by Inappropriate Physician | 7 |
| | (b) Appeals Advisory Panel Denial - Not Level 2 | 40 |
| | (c) Physician Not Qualified to Sign Diagnosis Physician Certification Form | 17 |
| | (d) Complete Claim Package Never Provided by Class Member | 5 |
| 6. | Level 1.5 Claims | 166 |
| | (a) Appeals Advisory Panel Denial - Diagnsosis Made by Inappropriate Physician | 15 |
| | (b) Appeals Advisory Panel Denial - Not Level 1.5 | 99 |
| | (c) Physician Not Qualified to Sign Diagnosis Physician Certification Form | 12 |
| | (d) Complete Claim Package Never Provided by Class Member | 15 |
| 7. | Unconfirmed Qualifying Diagnosis - Complete Claim Package Not Provided | 74 |
| 8. | TOTAL DENIAL REASONS PROVIDED ON NOTICES | 317 |
| 9. | TOTAL NUMBER OF SETTLEMENT CLASS MEMBERS RECEIVING A DENIAL NOTICE | 375 |



# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

| SECTION 11 | | MONETARY AWARD PAYMENTS | |
|---|---|---|---|
| | **Status by Confirmed Qualifying Diagnosis** | **Number** | **Amount** |
| 1. | Notices of Monetary Award (Dollars Shown are Before Holdbacks) | 499 | $485,634,235 |
| | (a) Death with CTE | 67 | $83,724,595 |
| | (b) ALS | 30 | $86,220,000 |
| | (c) Alzheimer's Disease | 149 | $76,870,036 |
| | (d) Parkinson's Disease | 80 | $59,492,486 |
| | (e) Level 2.0 Neurocognitive Impairment | 70 | $107,978,754 |
| | (f) Level 1.5 Neurocognitive Impairment | 103 | $71,348,364 |
| 2. | Not Ready to be Included on the Next Monthly Payment List; or a Claim Hold is in Place (Dollars Shown are Before Holdbacks) | 121 | $166,840,455 |
| | (a) Death with CTE | 2 | $10,021,547 |
| | (b) ALS | 1 | $11,990,635 |
| | (c) Alzheimer's Disease | 18 | $13,722,271 |
| | (d) Parkinson's Disease | 7 | $7,016,208 |
| | (e) Level 2.0 Neurocognitive Impairment | 42 | $82,055,383 |
| | (f) Level 1.5 Neurocognitive Impairment | 51 | $42,034,411 |
| 3. | Ready to be Included on the Next Monthly Payment List (Dollars Shown are Before Holdbacks) | 4 | $1,063,978 |
| | (a) Death with CTE | 0 | $0 |
| | (b) ALS | 0 | $0 |
| | (c) Alzheimer's Disease | 2 | $438,901 |
| | (d) Parkinson's Disease | 1 | $574,042 |
| | (e) Level 2.0 Neurocognitive Impairment | 1 | $51,035 |
| | (f) Level 1.5 Neurocognitive Impairment | 0 | $0 |
| 4. | Claims in the Payment Process (Dollars Shown are After Holdbacks) | 50 | $36,850,833 |
| | (a) Death with CTE | 2 | $360,205 |
| | (b) ALS | 1 | $380,000 |
| | (c) Alzheimer's Disease | 16 | $5,658,589 |
| | (d) Parkinson's Disease | 12 | $14,911,257 |
| | (e) Level 2.0 Neurocognitive Impairment | 9 | $10,809,051 |
| | (f) Level 1.5 Neurocognitive Impairment | 10 | $4,731,731 |
| 5. | Paid Claims/Paid to or on Behalf of Class Members or to Lien Holders | 380 | $281,347,365 |
| | (a) Death with CTE | 63 | $73,342,844 |
| | (b) ALS | 28 | $73,849,365 |
| | (c) Alzheimer's Disease | 113 | $57,050,275 |
| | (d) Parkinson's Disease | 60 | $36,990,979 |
| | (e) Level 2.0 Neurocognitive Impairment | 18 | $15,063,285 |
| | (f) Level 1.5 Neurocognitive Impairment | 42 | $24,582,222 |
| | (g) Derivative Claimants | 56 | $468,395 |