IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and* others similarly situated,<br>           Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>           Defendants. | § § § § § § § § § § § § § § § | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § | |

## NOTICE OF APPEAL

Notice is hereby given that Class Members Melvin Aldridge, Patrise Alexander, Charlie Anderson, Charles E. Arbuckle, Cassandra Bailey Individually and as the Representative of the Estate of Johnny Bailey, Rod Bernstine, Reatha Brown Individually and as the Representative of the Estate of Aaron Brown, Jr., Curtis Ceasar, Jr., Larry Centers, Trevor Cobb, Darrell Colbert, Elbert Crawford III, Christopher Crooms, Gary Cutsinger, Jerry W. Davis, Tim Denton, Leland C. Douglas, Jr., Michael Dumas, Corris Ervin, Robert Evans, Doak Field, James Francis, Baldwin Malcom Frank, Derrick Frazier, Murray Garrett, Clyde P. Glosson, Anthony Guillory, Roderick W. Harris, Wilmer K. Hicks, Jr., Patrick Jackson, Fulton Johnson, Richard Johnson, Gary Jones,

Eric Kelly, Patsy Lewis Individually and as the Representative of the Estate of Mark Lewis, Ryan McCoy, Emanuel McNeil, Gerald McNeil, Jerry James Moses, Jr., Anthony E. Newsom, Winslow Oliver, John Owens, Robert Pollard, Derrick Pope, Jimmy Robinson, Glenell Sanders, Thomas Sanders, Todd Scott, Nilo Silvan, Matthew Sinclair, Dwight A. Scales, Richard A. Siler, Frankie Smith, Eric J. Swann, Anthony Toney, Herbert E. Williams, James Williams, Jr., Butch Woolfolk, Keith Woodside, Milton Wynn, and James A. Young, Sr., and their counsel, Lubel Voyles LLP, Washington & Associates PLLC, and The Canady Law Firm, hereby appeal to the United States Court of Appeals for the Third Circuit from the Explanation and Order entered June 27, 2018 at docket number 10104.

Date:  July 24, 2018                                               Respectfully Submitted,

|  |  |
|---|---|
| Mickey Washington | */s/ Lance H. Lubel* |
| Texas State Bar No.: 24039233 | Lance H. Lubel |
| WASHINGTON & ASSOCIATES, PLLC | Texas State Bar No.: 12651125 |
| 2019 Wichita Street | Adam Voyles |
| Houston, Texas 77004 | Texas State Bar No.: 24003121 |
| Telephone: (713) 225-1838 | LUBEL VOYLES  LLP |
| Facsimile: (713) 225-1866 | 675 Bering Dr.., Suite 850 |
| Email: mw@mickeywashington.com | Houston, TX 77057 |
|  | Telephone: (713) 284-5200 |
| James Carlos Canady | Facsimile: (713) 284-5250 |
| Texas State Bar No.: 24034357 | Email: lance@lubelvoyles.com |
| THE CANADY LAW FIRM | adam@lubelvoyles.com |
| 5020 Montrose Blvd., Suite 701 |  |
| Houston, TX 77006 |  |
| Telephone: (832) 977-9136 |  |
| Facsimile: (832) 714-0314 |  |
| Email: ccanady@canadylawfirm.com |  |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2018, I filed the foregoing through the Court's CM/ECF system, which will provide electronic notice to all counsel of record and constitutes service on all counsel of record.

                                    */s/ Lance H. Lubel*
                                    Lance H. Lubel