# MITNICK LAW OFFICE
### A LITIGATION AND CLAIM RESOLUTION FIRM

1-877-MITNICK
www.MitnickLawOffice.com

**New Jersey Office**
35 Kings Highway East
Haddonfield, NJ 08033
P. 856.427.9000
F. 856.429.2438

Reply to New Jersey Office

**Philadelphia Office**
123 South Broad Street Suite 2500
Philadelphia, PA 19109
P. 215.769.9000
F. 856.429.2438

April 16, 2018

The Honorable Anita Brody
US DISTRICT COURT - EASTERN DISTRICT OF PA
James A. Byrne US Courthouse
601 Market St., Room 7613
Philadelphia, PA 19106-1717

  RE: NFL Concussion Settlement
     No. 2:12-md-02323-AB / MDL No. 2323

Dear Judge Brody:

  On Friday, April 13, 2018 I received electronic service of "Mr. Seeger's "Opposition to the Motion of Locks Law Firm for appointment of Administrative Counsel". After reviewing the filing, I felt obligated let alone compelled to respond to the allegations that Mr. Seeger crafted against my Firm, Mitnick Law Office, as well as against me personally.

  In his filing, Mr. Seeger specifically attacked my integrity through an allegation whereby he asserts that I solicited players on behalf of Thrivest funding group, one of the funding companies involved in an ongoing matter with the Court. In his response to the Lock's motion, Mr. Seeger attached an email from my office contending to be a solicitation by me on behalf of the funding group. The substance of the email sent by me to my clients addressed the status of the litigation at the time and then provided information for those players or families who were considering funding. Prior to the funding information being provided, the email clearly stated "I do not recommend traditional funding companies who charge exorbitant rates". Again, the email was sent to my clients for informational purposes only and was in no way intended as a solicitation on behalf of any perspective funding Company.

  What is equally as bothersome is the fact that while Mr. Seeger attempts to construct the inaccurate inference that I had a personal or professional relationship with Thrivest, he intentionally fails to mention in his filing that he personally solicited me in August of 2016 to assist Esquire Bank, another funding entity for which he held a seat on the board of directors. I was asked by Mr. Seeger to "meet with and assist Esquire in developing a funding program for Retired Players". Mr. Seeger never disclosed to me that he was either an active member of Esquire's Board of Directors or that he had recently resigned from that position, while possibly still holding an interest in the Company. Either way, the fact was extremely disturbing to me when I eventually found out about the conflict due to the fact that I had met with two of

The Honorable Anita Brody
RE: NFL Concussion Litigation
April 16, 2018
Page 2

Esquire's executives in my office for a substantial period of time and had assisted them with developing a funding formula for their proposed Concussion funding program. I also assisted Esquire at Mr. Seeger's suggestion while never being advised that any eventual funding Agreement would contain an "Assignment" clause. I have attached the relevant correspondence with Mr. Seeger and Esquire, as well as the Esquire funding agreement which includes the assignment language. In any event, why Mr. Seeger felt that it was necessary to include irrelevant, partial and inaccurate information in his response to the Lock's motion can only be construed as malignant on his part.

I must also note that contrary to Mr. Seeger's misguided assertions of solicitation by me on behalf of Thrivest, only 2 of the 1100 retired players who I represent obtained funding from Thrivest. That fact speaks volumes to the inaccuracy of Mr. Seeger's suggestions of solicitation. In any event, again, I have no idea what any of this has to do with the opposition to Locks Law Firm's request to become Administrative Counsel, or my Firm's joinder to that motion.

There is no legitimate reason why Mr. Seeger needs to practice in an unfair and bias manner, or attempt to discredit other attorneys involved in this litigation. The merits of the Settlement, the protection of the Players, fundamental fairness to all of the attorneys involved in the matter should always be primary. If Mr. Seeger could simply reflect on the dictates of common courtesy, the practice of law in this matter would be far less contentious and the administration of justice for the Retired Players better served.

Hopefully, Mr. Seeger will consider these words before he chastises another attorney, especially one who has always put their clients first and one who has constantly promoted the Settlement for which Mr. Seeger negotiated.

I thank your Honor for her time and consideration.

Respectfully,

CRAIG R. MITNICK

CRM/sjg

Case 2:12-md-02323-AB  Document 10165-2  Filed 07/24/18  Page 3 of 5
Case 2:12-md-02323-AB  Document 9888-2  Filed 04/17/18  Page 3 of 16

Monday, April 16, 2018 at 10:07:41 AM Eastern Daylight Time

**Subject:** RE: Intro
**Date:** Monday, August 1, 2016 at 10:22:40 AM Eastern Daylight Time
**From:** Ari Kornhaber
**To:** 'Craig Mitnick'

Craig:
I apologize for the multiple messages/emails, but I'm reaching out to you again at the suggestion of Chris Seeger. Have you been getting my messages or are you away, etc? Anyway, please let me know if we can schedule a few minutes to talk. I would greatly appreciate it.

-----Original Message-----
From: Craig Mitnick [mailto:craig@craigmitnick.com]
Sent: Friday, February 13, 2015 12:49 PM
To: Ari Kornhaber
Cc: Chris Seeger; craig mitnick
Subject: Re: Intro

Ari is a pleasure to meet you. At least informal leave this way. And I have a feeling we'll get to meet each other personally real soon. Chris thank you very much for the introduction. Sorry I am running around today because I have an event at my home tonight for 35 kids that are on my son's crew team so I am available sporadically. Whenever you have a chance please call me on my cell phone at 609-868-2800 and if you receive my voicemail, know that I will call you right back. I have my phone with me and will throughout the rest of the day. I look forward to hearing from you. And again, Chris thank you much for the introduction

Sent from my iPhone

> On Feb 13, 2015, at 9:52 AM, Ari Kornhaber <Ari.Kornhaber@esqbank.com> wrote:
> Thank you Chris. Craig, I look forward to speaking with you. I'm am available today other than from 12:30-1:30.
>
> Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
>   Original Message
> From: Chris Seeger
> Sent: Friday, February 13, 2015 6:49 AM
> To: craig mitnick
> Cc: Ari Kornhaber
> Subject: Intro
> Craig, I want to introduce you to a very close friend, Ari Kornhaber, who I think can help you out with all kinds of banking needs and who works for a bank with a special relationship to the plaintiffs' bar. I'd like to get you both on the phone for 2 mins. Any time work today?
> Sent from my iPhone
> Please consider the environment before printing this email.
> Confidentiality Notice: The information contained in this e-mail and any attachments are privileged, confidential and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete it from any drives or storage media and destroy any printouts of the e-mail and attachment.
> Please Note: Emails sent to this address may be read by a designated Esquire Bank employee.

Case 2:12-md-02323-AB    Document 10165-2    Filed 07/24/18    Page 4 of 5
Case 2:12-md-02323-AB    Document 9888-2    Filed 04/17/18    Page 4 of 16

Monday, April 16, 2018 at 10:10:33 AM Eastern Daylight Time

**Subject:** Fw: Allan Clark
**Date:** Friday, September 16, 2016 at 6:42:15 PM Eastern Daylight Time
**From:** Ayal Glezer
**To:** Craig Mitnick
**CC:** Ari Kornhaber, Ave Doyle

Craig,

I ran the calc by Seeger and Buchanan today. David had a couple of suggestions that I will run by you.

Also, see below regarding Clark. Did you discuss the new foe players with altzheimer and dementia to get a power of attorney? I believe they are required under the settlement agreement to sign the release with a power of attorney, so will be needed anyhow.

---

**From:** Ave Doyle <Ave.Doyle@esqbank.com>
**Sent:** Friday, September 16, 2016 2:44 PM
**To:** Ari Kornhaber; Ayal Glezer
**Subject:** Allan Clark

Hi

I spoke with Mr Clark and explained we are finishing up the paperwork . He understands

I did ask for him to confirm his ailment and he did state Parkinson's and Alzheimers. I asked if he had set up any power of attorneys or representatives and he has not .

Lets discuss our next steps.

Ave

**Ave Doyle** | *SVP & Retail Director*
233 Broadway, Ste 820 | New York, NY 10279
Direct: 212.286.3030 | Cell: 718.986.8561 | Fax: 212.286.9052

esquirebank.com

**Please consider the environment before printing this email.**
*Confidentiality Notice: The information contained in this e-mail and any attachments are privileged, confidential and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete it from any drives or storage media and destroy any printouts of the e-mail and attachment.*
**Please Note: Emails sent to this address may be read by a designated Esquire Bank employee.**

Monday, April 16, 2018 at 10:22:43 AM Eastern Daylight Time

**Subject:** NFL Calc Sheet v 11.xlsx
**Date:** Monday, September 19, 2016 at 2:23:34 PM Eastern Daylight Time
**From:** Ayal Glezer
**To:** Craig Mitnick
**CC:** David Buchanan
**Attachments:** NFL Calc Sheet v 11.xlsx

Hi Craig,

I made the changes we discussed earlier and incorporated David Buchanan's suggestions as well to the attached calc sheet.

David – I could not find the pay grid by year other than the one with range of years that we looked at on Friday.

Thank you both for assisting the bank in putting together this loan program.

AG

\*\*Please note the new address below\*\*

**Ayal Glezer** | *Chief Lending Officer*
233 Broadway, Ste 820 | New York, NY 10279
Direct: 212.286.3030 | Cell: 212.671.0712 | Fax: 212.286.9052

esquirebank.com

ATTENTION CUSTOMERS: For your protection, please remember to mask sensitive data, such as account numbers and tax identification numbers on all emails (e.g. for SS# XXX-XX-1234, for TIN XX-XXX1234, for acc. # XXXXXX1234)

Please consider the environment before printing this email.
*Confidentiality Notice: The information contained in this e-mail and any attachments are privileged, confidential and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete it from any drives or storage media and destroy any printouts of the e-mail and attachment.*
**Please Note: Emails sent to this address may be read by a designated Esquire Bank employee.**