IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION <br><br> _____ <br><br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § § § § § § § <br><br> No. 12-md-2323 (AB) <br><br> MDL No. 2323 |

### [PROPOSED] ORDER

ON THIS DAY came on for consideration the First Verified Petition of Co-Lead Class Counsel Christopher A. Seeger for an Award of Post-Effective Date Common Benefit Attorneys' Fees and Costs ("Petition"). Upon consideration of the Petition and the response(s), the Court DENIES the Petition at this time.

Dated: July __, 2018

_____
Hon. Anita B. Brody
United States District Court Judge

1