# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:18-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civ. Action No. 14 – 00029 – AB |

## **KREINDLER & KREINDLER LLP'S NOTICE OF APPEAL**

Kreindler & Kreindler LLP hereby appeals, to the United States Court of Appeals to the Third Circuit, this Court's Orders of June 27, 2018 (Doc. Nos. 10103 & 10104) addressing the individually retained plaintiffs' attorneys' fees and the common benefit attorneys' fees holdback

                                                    KREINDLER & KREINDLER, LLP

                                                    */s/ Anthony Tarricone*
                                                    Anthony Tarricone (MA BBO# 492480)
                                                    855 Boylston Street
                                                    Boston, MA 02116
                                                    (617) 424-9100
                                                    atarricone@kreindler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Kreindler & Kreindler LLP's Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF System on July 25, 2018. The CM/ECF System will serve all counsel of record.

                                                */s/ Anthony Tarricone*