## **CERTIFICATE OF SERVICE**

I, Bruce Birenboim, hereby certify that on July 25, 2018, a true and correct copy of the foregoing letter and proposed order was filed via CM/ECF, which caused notice to be sent to all counsel of record. In addition, I caused a true and correct copy to be served on the following via FedEx:

George J. Leontire, Esq.
THE BAEZ LAW FIRM
6 Beacon St. Suite 510
Boston, MA 02108
Telephone: (855) 233-9080
Facsimile: (508) 207-9747
*Attorneys for Plaintiff*

Dated: July 25, 2018                               /s/ Bruce Birenboim
                                                   Bruce Birenboim