# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT APPLIES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>RODRICK MONROE, Deceased, (Gregory Monroe, Representative Claimant) | **NOTICE OF ATTORNEY'S LIEN** |

Comes now Petitioner, Robins Cloud, LLP, attorney for Rodrick Monroe in the above named and numbered cause of action, hereby notify this Court and all parties that Robins Cloud LLP, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Rodrick Monroe.

Dated: July 24, 2018

                                                  Respectfully submitted,

                                                  Attorney Ian Cloud, Robins Cloud, LLP

                                                  By: _____/s/ Ian P. Cloud_____
                                                          Ian P. Cloud
                                                          State Bar No. 00783843

        Robins Cloud, LLP
        2000 West Loop South. 22nd Floor
        Houston, TX 77027
        Tel: (713) 650-1200
        Fax: (713) 650-1400
        icloud@robinscloud.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: July 24, 2018        /s/ Ian P. Cloud
        Ian P. Cloud