## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>The Honorable Anita B. Brody |

## NOTICE OF APPEAL

Non-party Walker Preston Capital Holdings, LLC ("Walker Preston"), through undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Order (ECF No. 10124), filed July 3, 2018, denying Walker Preston's Motion to Intervene (ECF No. 8932).

Dated: July 27, 2018

Respectfully submitted,

By:   /s/ Lee M. Epstein
     Lee M. Epstein
     Weisbrod Matteis & Copley PLLC
     Two Logan Square, Suite 1925
     100 N. 18th Street
     Philadelphia, PA 19103
     T: (215) 883-7422
     F: (855) 285-5078
     lepstein@wmclaw.com
     *Attorneys for Walker Preston Capital Holdings, LLC*

## **CERTIFICATE OF SERVICE**

      I, Lee Epstein, Esquire, hereby certify that on July 27, 2018, I caused to be served a true and correct copy of the foregoing Notice of Appeal by filing the document on the Court's CM/ECF system, which will provide a Notice of Electronic Filing to all counsel of record in this case.

Dated: July 27, 2018        By:    /s/ Lee M. Epstein
                                                  Lee M. Epstein
                                                  Weisbrod Matteis & Copley PLLC
                                                  Two Logan Square, Suite 1925
                                                  100 N. 18th Street
                                                  Philadelphia, PA  19103
                                                  T: (215) 883-7422
                                                  F: (855) 285-5078
                                                  lepstein@wmclaw.com
                                                  *Attorneys for Walker Preston Capital Holdings, LLC*