# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                   Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                   Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Locks Law Firm v. Fuller<br>Attorney's Lien Dispute<br>(Doc. No. 8256) | |

## ORDER

**AND NOW**, this 30th of July, 2018, the Clerk of Court is directed to docket the attached letter from the Parties dated July 25, 2018, which the Court deems to be a Joint Response to the Show Cause Order filed on July 19, 2018.

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE