**LOCKS LAW FIRM**

The Curtis Center
601 Walnut Street, Suite 720 East
170 S. Independence Mall West
Philadelphia, Pennsylvania 19106
T 215.893.0100
T 866.LOCKSLAW
F 215.893.3444
lockslaw.com

**Michael B. Leh**
*Managing Partner*

mleh@lockslaw.com

Direct Dial: 215-893-3410

July 25, 2018

Hon. David R. Strawbridge
United States Magistrate Judge
James A. Byrne U.S. Courthouse
601 Market Street, Room 3030
Philadelphia, PA 19106

   **Re:** In Re: National Football League Players' Concussion Injury Litigation
      USDC, EDPA, No. 2:12-md-02323-AB

      Locks Law Firm vs. Fuller Attorney's Lien Dispute
      Document No. 8256

Dear Judge Strawbridge:

  Please excuse this informal letter as an initial response to the Order to Show Cause Your Honor issued in this matter on July 23, 2018. Mr. Wyatt and Mr. Fuller prefer that I initially send a letter rather than responding on record to your Order to Show Cause. Mr. Wyatt and I are available to discuss this matter by conference call with you and would be happy to do so. If you prefer a formal filing in response to your Order to Show Cause, I would be happy to do that as well.

  I have discussed this with J.R. Wyatt, Esquire, who currently represents Mr. Fuller in this matter. Both Mr. Wyatt and his client are in agreement that Locks Law Firm is entitled to be reimbursed for $16,000 in expenses in this case. A letter and list detailing expenses in excess of $16,000 was submitted to the Claims Administrator by me on June 29, 2018. I apologize on behalf of myself and the entire Locks Law Firm for our failure to provide the expenses as required in Rule (a)(5) or at any time prior to June 29th. Since the full $16,000 in expenses being sought by Locks Law Firm was withheld from the money forwarded to the client in this case and neither Mr. Wyatt nor the client object to Locks Law Firm being reimbursed these expenses, I respectfully request that the expenses be reimbursed to our Firm despite your Order to Show Cause why they should not be disallowed.

  I will await your response

              Respectfully Submitted,

          By: _____
             Michael B. Leh, Esquire

MBL/ah
cc: J.R. Wyatt, Esquire

PHIA, PA  N  CHERRY HILL, NJ  ROSELAND, NJ  ATLANTIC CITY, NJ