## **CERTIFICATE OF SERVICE**

I, Brad S. Karp, hereby certify that on the 31st day of July 2018, I electronically transmitted a true and correct copy of the foregoing document, RESPONSE OF THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN OPPOSITION TO MOTION TO STRIKE NFL PARTIES' OBJECTION TO POST-APPEAL MONETARY AWARD DETERMINATION, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated: July 31, 2018            /s/ Brad S. Karp
                                Brad S. Karp