## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>    Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, *successor-in-interest to NFL Properties, Inc.*,<br>    Defendants. | No. 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br><br>*Hernandez* v. *National Football League, et al.*<br><br>*Scroggins, et al.* v. *National Football* *League* | No. 18-cv-00464-AB<br><br>No. 16-cv-02058-AB |



[PROPOSED] ORDER

**WHEREAS**, on July 18, 2018, the National Football League, NFL Properties LLC, and the National Football League Foundation (collectively, the "NFL Defendants") filed a Motion to File Under Seal Limited Portions of Their Motion to Dismiss the Complaints Filed by Settlement Class Members Tracy Scroggins, Rose Stabler, and A.H. (ECF No. 10148);

**WHEREAS**, the NFL Defendants shall file an appropriate version of their motion to dismiss on the docket within five (5) days of the Court's order on the motion to seal;

**WHEREAS**, on July 18, 2018, A.H. filed a Motion to Remand to the Superior Court of Massachusetts (ECF No. 10149);

It is **ORDERED** that:

(i.)  Any opposition to the NFL Defendants' motion to dismiss shall be due sixty (60) days after the NFL Defendants' motion to dismiss is filed;

(ii.)  Any opposition to A.H.'s motion to remand shall likewise be due sixty (60) days after the NFL Defendants' motion to dismiss is filed;

(iii.)  Any reply briefs in support of the NFL Defendants' motion to dismiss shall be due thirty (30) days after the deadline for filing an opposition to the motion to dismiss; and

(iv.)  Any reply briefs in support of A.H.'s remand motion shall be due thirty (30) days after the deadline for filing an opposition to the remand motion.

_____  7/31/18
for ANITA B. BRODY, J.
United States District Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: