# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                     Plaintiffs,<br>     v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                     Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Eric Hilgenberg v. Anapol Weiss<br>Petition for Deviation<br>(Doc. No. 10038) | |

## ORDER

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE                                      July 31, 2018

It appears that:

1. Anapol Weiss has filed an Attorney's Lien against the claim of Wally Hilgenberg that will be resolved through the Rules Governing Attorneys' Liens ("Rules") adopted by the District Court (Doc. No. 9760);

2. Eric Hilgenberg, Representative Claimant for Wally Hilgenberg, ("Hilgenberg") has filed a Petition for Deviation ("Petition") arguing that Anapol Weiss was entitled to receive only 5% of the Hilgenberg Award as an Individually Retained Plaintiff's Attorney ("IRPA") in light of attorneys' fees the firm has received from the Common Benefit Fund (Doc. No. 10038);

3. Both Anapol Weiss and Hilgenberg have submitted Statements of Dispute as required by Rule 14; and

4. Hilgenberg's Statement of Dispute presents the same arguments that were contained in the Petition.

The issues in the Petition will be addressed and resolved in the Attorney's Lien Dispute Resolution Process. For these reasons and with the **CONSENT OF COUNSEL**, the Petition is **DENIED** as **MOOT**.

BY THE COURT:


/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE