# Exhibit A

(Submitted Under Seal Pursuant to February 20, 2018 Order [ECF No. 9750])