UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 –AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ANTIONE CASH, PLAINTIFF | Hon. Anita B. Brody |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to U.C.C. § 9-303, and *Stephens v. Wetzel*, Sb.2d 293 (Miss. 2000), the Petitioners, John D. Giddens for John D. Giddens, P.A. and Philip W. Thomas of Philip W. Thomas Law Firm, attorneys for the Plaintiff in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses.

On or about April 5, 2018, the Plaintiff entered into an employment agreement with John D. Giddens, PA and Philip W. Thomas, PA.  The employment agreement calls for expenses to be reimbursed to the firm(s) if the client terminates the agreement.  The Petitioners have paid out of pocket expenses in the amount of $6,802.33.  These expenses include Airfare, hotel, ground transportation, a neuropsychic exam, and a neurology exam.

On or about July 9, 2018 a fax was received from the Plaintiff terminating our services.  It is unknown if another attorney is involved in his matter.

Dated: August 2, 2018

Respectfully Submitted By:

s/John D. Giddens
John D. Giddens

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
(601) 714-5660

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 2nd day of August, 2018.

s/John D. Giddens
John D. Giddens