# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No.:2:12-md-02323-AB<br><br>MDL No. 2323<br>Civ. Action No. 14-00029-AB |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>                      Plaintiffs,<br>    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>                      Defendants. | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## **NOTICE OF APPEAL**

NOTICE is hereby given that Class Counsel, the Locks Law Firm (LLF) hereby appeals to the United States Court of Appeals for the Third Circuit from the May 24, 2018 Explanation and Order (ECF No. 10019).

                                      Respectfully submitted,

                                      **LOCKS LAW FIRM**

Dated:  August 2, 2018      By:    <u>/s/ Gene Locks</u>
                                                  Gene Locks, Esquire (PA ID No. 12969)
                                                  David D. Langfitt, Esquire (PA ID No. 66588)
                                                  THE CURTIS CENTER
                                                  601 Walnut Street, Suite 720 East
                                                  Philadelphia, PA 19106
                                                  Phone: (215) 893-0100
                                                  Fax: 215-893-3444
                                                  glocks@lockslaw.com
                                                  dlangfitt@lockslaw.com

Tobias Barrington Wolff (PA ID No. 207270)
Professor of Law,
 University of Pennsylvania Law School*
3501 Sansom Street
Philadelphia, PA 19104
Phone: 215-898-7471
twolff@law.upenn.edu

*For identification purposes only

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Appeal was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

                                              Respectfully Submitted,

                                              **LOCKS LAW FIRM**

Dated:  August 2, 2018          By:    <u>/s/ Gene Locks</u>
                                                  Gene Locks, Esquire (PA ID No. 12969)
                                                  David D. Langfitt, Esquire (PA ID No. 66588)
                                                  THE CURTIS CENTER
                                                  601 Walnut Street, Suite 720 East
                                                  Philadelphia, PA 19106
                                                  Phone: (215) 893-0100
                                                  Fax: 215-893-3444
                                                  glocks@lockslaw.com
                                                  dlangfitt@lockslaw.com

                                                  Tobias Barrington Wolff
                                                  Professor of Law,
                                                   University of Pennsylvania Law School*
                                                  3501 Sansom Street
                                                  Philadelphia, PA 19104
                                                  Phone: 215-898-7471
                                                  twolff@law.upenn.edu