

**LOCKS LAW FIRM**

The Curtis Center
601 Walnut Street, Suite 720 East
170 S. Independence Mall West
Philadelphia, Pennsylvania 19106
T 215.893.0100
T 866.LOCKSLAW
F 215.893.3444
lockslaw.com

**Michael B. Leh**
*Managing Partner*

mleh@lockslaw.com

Direct Dial: 215-893-3410

August 3, 2018

Hon. David R. Strawbridge
United States Magistrate Judge
James A. Byrne U.S. Courthouse
601 Market Street, Room 3030
Philadelphia, PA 19106

    **Re:** In Re: National Football League Players' Concussion Injury Litigation
       USDC, EDPA, No. 2:12-md-02323-AB

       Locks Law Firm vs. Smith
       Document No. 10156

Dear Judge Strawbridge:

  In response to the Order to Show Cause dated July 23, 2018 and entered on July 24, 2018, Locks Law Firm withdraws its request for reimbursement of expenses in this case.

            Respectfully Submitted,

            LOCKS LAW FIRM

         By: */s/ Michael B. Leh*
            Michael B. Leh, Esquire

MBL/ah

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2018, I caused the foregoing to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

/s/ *Michael B. Leh*
Michael B. Leh, Esq.