IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | NOTICE OF RELEASE<br>OF ATTORNEY'S LIEN |

Petitioner, Weisberg & Associates, P.A. (the "Lienholder") hereby gives NOTICE that it releases its Attorney's Lien (D.E. 7886) and any and all associated rights, stating as follows:

1.     On July 5, 2017, Petitioner filed Notice of Attorney's Lien as pertaining to a former client, SPID 100010593. *See* D.E. 7886 (the "Lien.")

2.     Pursuant to the Lien, the Claims Administrator has withheld the Claimant's funds.

3.     The Claimant and Lienholder have fully resolved this matter. Lienholder has agreed to fully and finally release the lien, and along with any and all rights associated thereto without qualification. Claimant has agreed to pay Lienholder a total amount (e.g., inclusive of claimed fees and costs) that is below the Court's cap on IRPA fees, in an effort to fully and finally resolve the matter. Lienholder accordingly releases the Lien, with Claimant to directly receive all withheld funds.

Dated: August 6, 2018              By:      Weisberg & Associates, P.A.,
                                   */s/ Lawrence Weisberg*
                                   Fla. Bar No. 962198
                                   21301 Powerline Rd. #100
                                   Boca Raton, FL 33433
                                   Telephone: (561) 362-7355
                                   Facsimile: (561) 880-6570
                                   LWeisberg@WeisbergLegal.com

## CERTIFICATE OF SERVICE

I hereby CERTIFY that the above has been filed via the CM/ECF system, which will provide service to all parties so designated this August 6, 2018.

By:    Weisberg & Associates, P.A.,
*/s/ Lawrence Weisberg*
Fla. Bar No. 962198
21301 Powerline Rd. #100
Boca Raton, FL 33433
Telephone: (561) 362-7355
Facsimile: (561) 880-6570
LWeisberg@WeisbergLegal.com