UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>**Keith Henderson**<br>**Peter Warrick**<br>**LeShon Johnson**<br>**William (Bill) Bates**<br>**William Offord** | |

### NOTICE OF ATTORNEY'S LIENS

      Comes Now, Attorney Lawrence Weisberg and the Weisberg & Associates, PA, Law Firm, in the above captioned cause of action, and hereby notify this Court and all parties that, Weisberg & Associates, PA, has liens in this case for reasonable attorney's fees plus expenses as set forth in the previously filed Petitions to Establish Attorney's Lien relating to Plaintiffs Travis Minor, Lamont Warren, John Rodgers, Kirby Dar Dar, Mario Bailey and James H. Brown.

      Representation of these Plaintiffs/Claimants was terminated without cause after Weisberg & Associates, PA, earned and secured fees, and incurred costs. Copies of the attorney's retainer agreements signed by each of the aforementioned Settlement Class Members have been attached to the individual filings, along with itemized statements of costs, as documentary proof of liens asserted herein.

Dated August 6, 2018

                                                  Respectfully submitted,

                                                  **WEISBERG & ASSOCIATES,**
                                                  **Attorneys at Law**

                                                  */s/ Lawrence Weisberg*
                                                  Fla. Bar No. 962198
                                                  21301 Powerline Rd. #100
                                                  Boca Raton, FL 33433
                                                  Telephone: (561) 362-7355
                                                  Facsimile: (561) 880-6570
                                                  LWeisberg@WeisbergLegal.com
                                                  *Attorney for Individual Class Members*

### CERTIFICATE OF SERVICE

      I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this August 6, 2018.

                                                    */s/ Lawrence Weisberg*
                                                    Lawrence Weisberg, Esq.