## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>**Keith Henderson**<br>**Peter Warrick**<br>**LeShon Johnson**<br>**William (Bill) Bates**<br>**William Offord** | |

### AMENDED NOTICE OF ATTORNEY'S LIENS

Comes Now, Attorney Lawrence Weisberg and the Weisberg & Associates, PA, Law Firm, in the above captioned cause of action, and hereby notify this Court and all parties that, Weisberg & Associates, PA, has liens in this case for reasonable attorney's fees plus expenses as set forth in the previously filed Petitions to Establish Attorney's Lien relating to Plaintiffs Keith Henderson, Peter Warrick LeShon Johnson, William Bates, and William Offord.

Representation of these Plaintiffs/Claimants was terminated without cause after Weisberg & Associates, PA, earned and secured fees, and incurred costs. Copies of the attorney's retainer agreements signed by each of the aforementioned Settlement Class Members have been attached to the individual filings, along with itemized statements of costs, as documentary proof of liens asserted herein.

Dated August 6, 2018

Respectfully submitted,

**WEISBERG & ASSOCIATES,**
**Attorneys at Law**

 _/s/ Lawrence Weisberg_____
Fla. Bar No. 962198
21301 Powerline Rd. #100
Boca Raton, FL 33433
Telephone: (561) 362-7355
Facsimile: (561) 880-6570
LWeisberg@WeisbergLegal.com
*Attorney for Individual Class Members*

### CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this August 6, 2018.

   _/s/ Lawrence Weisberg_____
Lawrence Weisberg, Esq.