# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 - AB |
| THIS DOCUMENT APPLIES TO: | MDL No. 2323 |
| Plaintiff's Mater Administrative Long-Form Complaint and | **NOTICE OF ATTORNEY'S LIEN** |
| **GERALD SULLIVAN,** Plaintiff, USDC, EDPA, Docket No. 2:13-cv-00095 - AB | |

Corboy & Demetrio, P.C., in the above entitled action, hereby notifies this Court and all parties that it has a lien in this case for reasonable contingent attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff, **Gerald Sullivan.**

Dated: August 10, 2018

Respectfully Submitted,

William T. Gibbs

*/s/ William T. Gibbs*
Thomas A. Demetrio
William T. Gibbs
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
(312) 346-3191
ARDC No.: 6282949

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 10, 2018

/s/ *William T. Gibbs*
Thomas A. Demetrio
William T. Gibbs
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
(312) 346-3191
ARDC No.: 6282949