UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2-12-md-02323-AB |
| _____ | |
| This Document Relates To: | |
| Robert Holt, et al. (Plaintiffs Rickey Dixon and Lorraine Dixon Only) | Court File No. 12-cv-4185 |
| v. | |
| National Football League, et al. | |
| _____ | |
| Dispute:  Rickey Dixon v. Zimmerman Reed | |
| Lien ID:  200 | |
| _____ | |

## JOINT REQUEST FOR EXTENSION OF TIME

## TO FILE RESPONSE MEMORANDA

Zimmerman Reed filed an Attorney's Lien against Rickey Dixon's NFL Concussion Settlement Claim, and that lien is currently progressing through the Court-ordered process for resolving Attorney's liens.  On July 23, 2018, counsel for Mr. Dixon moved for a two-week extension to file response memoranda.  On July 24, 2018, Magistrate Judge Strawbridge granted the extension, providing the parties until August 13, 2018 to submit response memoranda.

The Parties jointly and respectfully request an additional extension of the deadline to submit response memoranda to jointly explore a mutually agreed-upon resolution of the lien outside of the Court-ordered lien resolution process.

Therefore, the parties request the deadline for the response memoranda for both parties be extended to September 10, 2018.

                                                        Respectfully submitted,

Dated: August 10, 2018                    ZIMMERMAN REED LLP

                                                     s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com