# Exhibit A



August 10, 2018

John P. Leonard, MDM&C
Counsel for Cambridge Entities
1300 Mt. Kemble Ave.
Morristown, NJ 07962

Re:   Independent Accounting and Audit Status; Removal of Incorrect Audit Statements; Replacement Progress.

Dear Mr. Leonard:

This is an official notice regarding the release of audited financial statements submitted on July 31, 2018 for Cambridge Capital Partners Limited Partnership (CCP) and Cambridge Capital Group Equity Options Opportunities Limited Partnership (CCGEOO) for the year ending December 31, 2015, 2016 and 2017. This work is being done by independent professionals that Cambridge entities must rely upon, and upon which Cambridge entities do not control. Lack of control is a requirement for the independence of both the accounting and the audit.

Subsequent to the release of the audited financial reports, the auditor became aware that an unedited version was incorrectly released. In that version some pages in the report were lost, and CCP and CCGEOO were excluded from the report in error. Additionally, the auditor has found some typographical errors, including a reference to 41 class member retirement investors, when it was actually only 10. Although these items could have been addressed by the accountant and auditor in short order and the financials reissued in a short period of time, the accountant and auditor subsequently became aware of some significant financial transactions in 2015 that had a material effect on the financial statements. Neither management, the accountant, nor the auditor were aware of this activity. The accountant has made the auditor and management aware that these reports should not be relied upon due to the nature of this significant event. In addition, the accountant is having to re-validate accounting records based on records received from Bank of America, as well as other documents, such as loan, debit card use by the consultant, counter credits, and other similar items.

In summary, the final work product requires accounting and auditing for Cambridge Capital Advisors, a Consolidated Accounting and Audit Report for all three companies, and a comprehensive Supplement with attachments in support of the accounting and audit. These are also being prepared for a final work product. All of these reports are dependent upon the other and require integration.

From the review by management to date, the accountant and auditor have made great strides in completing accounting that the auditor will be independently verifying with CPAs. Management expects to have significant work product from the accountant and auditor to provide prior to the August 14, 2018 hearing. The remaining work product will arrive within a reasonable time thereafter. The final work product is not expected to be complete on August 14, 2018, as the items referenced above must still be addressed by the accountant, and after the accountant has completed his work, subsequently independently verified by the auditor and his independent CPAs.

While this is not a public company, the public company accounting oversight board (PCAOB) requires that notice be given to individuals that received these financial statements informing them that the statements should not be relied upon (standards attached). As detailed above, management is working with the accountant and auditor to reissue a revised set of financial statements as soon as possible. Management is requesting that its counsel notify anyone that was provided the July 31, 2018, audit reports with a copy of this letter stating the audit reports should not be relied upon. Additionally, individuals that counsel provided the audit reports to should supply a list of people that have been given these unedited and incorrect reports; so that this letter is forwarded to them as well.

Your cooperation in expediting the dissemination of this official notice is greatly appreciated.

*Gail Milon*

Gail Milon
Managing Vice President Cambridge Capital Group


CC: Alfred R. Brunetti

1400 Village Square Boulevard, Suite 3-268, Tallahassee, FL 32312
850-591-4010          Fax 850-386-6399
info@cambridgecapitalgroup.holdings

# AS 2905: Subsequent Discovery of Facts Existing at the Date of the Auditor's Report

**Amendments:** Amending releases and related SEC approval orders **Interpretations of AS 2905:** AI 22

**Guidance on AS 2905:** Staff Audit Practice Alert No. 15

.01     The procedures described in this section should be followed by the auditor who, subsequent to the date of the report upon audited financial statements, becomes aware that facts may have existed at that date which might have affected the report had he or she then been aware of such facts.

Note: When performing an integrated audit of financial statements and internal control over financial reporting, refer to paragraph .98 of AS *2201, An Audit of Internal Control Over Financial Reporting That Is Integrated with An Audit of Financial Statements,* which provides direction with respect to the subsequent discovery of information existing at the date of the auditor's report on internal control over financial reporting.

.02     Because of the variety of conditions which might be encountered, some of these procedures are necessarily set out only in general terms; the specific actions to be taken in a particular case may vary somewhat in the light of the circumstances. The auditor would be well advised to consult with an attorney when he or she encounters the circumstances to which this section may apply because of legal implications that may be involved in actions contemplated herein, including, for example, the possible effect of state statutes regarding confidentiality of auditor-client communications.

.03     After the date of the report, the auditor has no obligation to make any further or continuing inquiry or perform any other auditing procedures with respect to the audited financial statements covered by that report, unless new information which may affect the report comes to his or her attention.

.04     When the auditor becomes aware of information which relates to financial statements previously reported on by him, but which was not known to him at the date of his report, and which is of such a nature and from such a source that he would have investigated it had it come to his attention during the course of his audit, he should, as soon as practicable, undertake to determine whether the information is reliable and whether the facts existed at the date of his report. In this connection, the auditor should discuss the matter with his client at whatever management levels he deems appropriate, including the board of directors, and request cooperation in whatever investigation may be necessary.

.05     When the subsequently discovered information is found both to be reliable and to have existed at the date of the auditor's report, the auditor should take action in accordance with the procedures set out in subsequent paragraphs if the nature and effect of the matter are such that (a) his report would have been affected if the information had been known to him at the date of his report and had not been reflected in the financial statements and (b) he believes there are persons currently relying or likely to rely on the financial statements who would attach importance to the information. With respect to (b), consideration should be given, among other things, to the time elapsed since the financial statements were issued.

.06     When the auditor has concluded, after considering (a) and *(b)* in paragraph .05, that action should be taken to prevent future reliance on his report, he should advise his client to make appropriate disclosure of the newly discovered facts and their impact on the financial statements to persons who are known to be currently relying or who are likely to rely on the financial statements and the related auditor's report. When the client undertakes to make appropriate disclosure, the methods used and the disclosure made will depend on the circumstances.

1. If the effect on the financial statements or auditor's report of the subsequently discovered information can promptly be determined, disclosure should consist of issuing, as soon as practicable, revised financial statements and auditor's report. The reasons for the revision usually should be described in a note to the financial statements and referred to in the auditor's report. Generally, only the most recently issued audited financial statements would need to be revised, even though the revision resulted from events that had occurred in prior years.
2. When issuance of financial statements accompanied by the auditor's report for a subsequent period is imminent, so that disclosure is not delayed, appropriate disclosure of the revision can be made in such statements instead of reissuing the earlier statements pursuant to subparagraph (a).
3. **When the effect on the financial statements of the subsequently discovered information cannot be determined without a prolonged investigation, the issuance of revised financial statements and auditor's report would necessarily be delayed. In this circumstance, when it appears that the information will require a revision of the statements, appropriate disclosure would consist of notification by the client to persons who are known to be relying or who are likely to rely on the financial statements and the related report that they should not be relied upon, and that revised financial statements and auditor's report will be issued upon completion of an investigation.** If applicable, the client should be advised to discuss with the Securities and Exchange Commission, stock exchanges, and appropriate regulatory agencies the disclosure to be made or other measures to be taken in the circumstances.