# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Rickey Dixon v. Zimmerman Reed<br>Attorney Lien Dispute<br>(Doc. No. 7266) | |

## ORDER

DAVID R. STRAWBRIDGE  
UNITED STATES MAGISTRATE JUDGE　　　　　　　　　　　　　　August 13, 2018

　　The Joint Request for extension of time filed on August 10, 2018 (Doc. No. 10209) is GRANTED.[1]  The Parties both have until **September 10, 2018** to file their Response Memoranda with the Claims Administrator.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ David R. Strawbridge, USMJ  
　　　　　　　　　　　　　　　　　　DAVID R. STRAWBRIDGE  
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Requests for extension of time to file a Statement of Dispute or a Response to Statement of Dispute can be submitted through the Claims Administrator.  The request need not be filed on the ECF Docket.