UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Massey, et al. v. National Football League, et al. (Plaintiffs Emerson F. Martin, Jr. and Keschia Martin ONLY)<br><br>Court File No. 12-cv-6069-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiffs Emerson F. Martin, Jr. and Keschia Martin in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs Emerson F. Martin, Jr. and Keschia Martin.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  August 15, 2018                              Respectfully submitted,

                                                     ZIMMERMAN REED LLP


                                                     s/ Charles S. Zimmerman
                                                     Charles S. Zimmerman (#120054)
                                                     J. Gordon Rudd, Jr. (#222082)
                                                     Brian C. Gudmundson (#336695)
                                                     1100 IDS Center, 80 South 8th Street
                                                     Minneapolis, MN  55402
                                                     Telephone: (612) 341-0400
                                                     Facsimile: (612) 341-0844
                                                     Charles.Zimmerman@zimmreed.com
                                                     Gordon.Rudd@zimmreed.com
                                                     Brian.Gudmundson@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  August 15, 2018                    ZIMMERMAN REED LLP


                                            s/ Charles S. Zimmerman
                                            Charles S. Zimmerman (#120054)
                                            J. Gordon Rudd, Jr. (#222082)
                                            Brian C. Gudmundson (#336695)
                                            1100 IDS Center, 80 South 8th Street
                                            Minneapolis, MN  55402
                                            Telephone: (612) 341-0400
                                            Facsimile: (612) 341-0844
                                            Charles.Zimmerman@zimmreed.com
                                            Gordon.Rudd@zimmreed.com
                                            Brian.Gudmundson@zimmreed.com