UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiffs Carl Lee, III and Donna Marie Lee ONLY)<br><br>Court File No. 2:12-cv-4185-AB | **O R D E R** |

AND NOW, this _____ day of _____, 2018, upon consideration of the motion by Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Carl Lee, III and Donna Marie Lee ONLY in this action, and for good cause shown, said motion is granted.  The above-listed counsel are hereby granted leave to withdraw as counsel for Carl Lee, III and Donna Marie Lee.

_____
Honorable Anita B. Brody