UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al. (Plaintiff Douglas R. Dilts ONLY)<br><br>Court File No. 2:12-cv-2219-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF DOUGLAS R. DILTS** |

  Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP ("Plaintiff's Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Douglas R. Dilts only in this action, and state as follows:

  1. Plaintiff's counsel filed the action *Floyd Little, et al. v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Douglas R. Dilts.

  2. Plaintiff's counsel filed a short form complaint for Douglas R. Dilts on July 13, 2012.

3.      Since then, irreconcilable differences have arisen between Plaintiff Douglas R. Dilts and the undersigned.

4.      Plaintiff's counsel properly notified Douglas R. Dilts of counsel's intention to withdraw from representing him in this matter.

5.      Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiff's counsel respectfully requests this Court for leave to withdraw as counsel for Douglas R. Dilts only in Court File No. 2:12-cv-2219-AB.

Dated:  August 15, 2018                             Respectfully submitted,

                                                    ZIMMERMAN REED LLP


                                                     s/ Charles S. Zimmerman
                                                    Charles S. Zimmerman (#120054)
                                                    J. Gordon Rudd, Jr. (#222082)
                                                    Brian C. Gudmundson (#336695)
                                                    1100 IDS Center, 80 South 8th Street
                                                    Minneapolis, MN  55402
                                                    Telephone: (612) 341-0400
                                                    Facsimile: (612) 341-0844
                                                    Charles.Zimmerman@zimmreed.com
                                                    Gordon.Rudd@zimmreed.com
                                                    Brian.Gudmundson@zimmreed.com