IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                            Plaintiffs,<br>     v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                            Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Locks Law Firm v. Smith<br>Attorney's Lien Dispute<br>(Doc. No. 8233) | |

## ORDER

       **AND NOW**, this      day of            , 2018, upon careful and independent consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge and the Objections of the Parties, it is **ORDERED** that:

       1.     The Report and Recommendation is **APPROVED** and **ADOPTED**;

       2.     The Withdrawal of the Lien Dispute is **GRANTED**; and

       3.     The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:

_____

ANITA B. BRODY, J.