## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, *successor-in-interest to NFL Properties, Inc*.,<br><br>Defendants. | No.  14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br><br>*Hernandez* v. *National Football League, et al.*<br><br>*Scroggins, et al.* v. *National Football League* | No. 18-cv-00464<br><br>No. 16-cv-02058 |

## PROPOSED ORDER

**AND NOW**, this _____ day of _____, 2018, upon consideration of the Motion to Dismiss the Complaints Filed by Settlement Class Members Tracy Scroggins, Rose Stabler, and A.H. filed by the National Football League, NFL Properties LLC, and the NFL Foundation f/k/a NFL Charities, it is hereby **ORDERED** that the Motion is **GRANTED**, and the claims filed by Settlement Class Members Tracy

Scroggins and Rose Stabler in *Scroggins* v. *NFL*, No. 16-cv-02058, and A.H. in *Hernandez*

v. *National Football League*, No. 18-cv-00464 are dismissed with prejudice.


_____

ANITA B. BRODY, J.