## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION

SCOT E. BRANTLEY,

    Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE, et al.,

    Defendants.
_____/

Case Number: 2:12-md-02323-AB

## SCOT BRANTLEY'S NOTICE OF STIPULATED ATTORNEY'S LIEN

Former NFL Player, SCOT E. BRANTLEY, and NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC provide notice of an agreed attorney's lien and cost lien related to SCOT E BRANTLEY'S award and provide the following proof of the agreed liens:

- SCOT E. BRANTLEY: SETTLEMENT PROGRAM ID: 100001606;

- JAMES HOLLIDAY, ESQUIRE of HOLLIDAY KARATINOS LAW FIRM, PLLC and NEUROCOGNTIVE FOOTBALL LAWYERS, PLLC has represented SCOT E. BRANTLEY from February 10, 2015 to August 8, 2018. The parties to this notice acknowledge that NEUROCOGNITIVE FOOTBALL LAWERYS, PLLC has submitted SCOT E. BRANTLEY's claim prior to termination of representation. SCOT E. BRANTLEY terminated the representation by HOLLIDAY KARATINOS LAW FRIM, PLLC and NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC on August 8, 2018.

- SCOT E. BRANTLEY and NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC

stipulate and agree that NEUROCOGNITIVE FOOTBALL LAWERYS, PLLC shall be paid 12% from SCOT E. BRANTLEY'S gross recovery to satisfy their attorney's fee lien. SCOT E. BRANTLEY further agrees to payment of $9,150.81 to satisfy the lien for costs advanced by NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC from his award.

- SCOT E. BRANTLEY directs the claims administrator to issue a check directly to NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC for an amount equal to 12% of the gross amount of the award to satisfy the Attorney's Fee Lien and a separate check for $9,150.81 to satisfy the cost lien. NEUROCOGNTIVE FOOTBALL LAWYERS, PLLC will provide an itemization of the costs to SCOT E. BRANTLEY.

- SCOT E. BRANTLEY consents to the Attorney's Fee Lien and Cost Lien as specified herein.

- All representation by HOLLIDAY KARATINOS LAW FIRM, PLLC and NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC of SCOT E. BRANTLEY has ended. NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC will provide SCOT E. BRANTLEY with a copy of his NFL Concussion Claim records and forms at no cost to him.

_Scot E. Brantley_ 8/14/18
Scot E. Brantley        Date

_Mary Brantley_ 8/14/18
Mary Brantley        Date

_James Holliday_ 8/17/18
James Holliday, Esquire        Date
Holliday Karatinos Law Firm, PLLC
Neurocognitive Football Lawyers