# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this _21ST __ day of August, 2018, it is **ORDERED** that the following Motions to Withdraw as Attorney are **GRANTED**:

- Motion to Withdraw as Attorney for Emerson F. Martin and Keschia Martin (ECF No. 10213 in docket 12-md-2323; ECF No. 49 in docket 12-cv-6069);
- Motion to Withdraw as Attorney for Carl Lee, III and Donna Marie Lee (ECF No. 10215 in docket 12-md-2323; ECF No. 243 in docket 12-cv-4185);
- Motion to Withdraw as Attorney for Mickey Pruitt (ECF No. 10217 in docket 12-md-2323; ECF No. 203 in docket 12-cv-2219);
- Motion to Withdraw as Attorney for Douglas R. Dilts (ECF No. 10219 in docket 12-md-2323; ECF No. 201 in docket 12-cv-2219).

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: