## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this _27TH_ day of August, 2018, it is **ORDERED** The Locks Firm's Motion to Strike Objection of the NFL to Post-Appeal Monetary Award Determination (ECF No. 10143) is **DENIED**. A motion to strike is not the appropriate method to address this issue. Any issues raised by the NFL's Objection will be addressed through the Objection process and briefing schedule as determined by the Special Masters and Claims Administrator.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: