

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA



FILED
AUG 29 2018
Anita B. Brody, Judge
By_____ Dep. Clerk

| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Gayle v. National Football League, Inc., et al. | Hon. Anita B. Brody<br>No. 2:12-cv-~~0512~~ 5212-AB |

FILED
AUG 29 2018
Anita B. Brody, Judge
By_____ Dep. Clerk

## ORDER

AND NOW, this 28th day of August, 2018, it is **ORDERED** that Opt-Out Plaintiff Shaun Gayle has complied in good faith with the Court's July 24, 2018 Order (ECF No. 10160). Gayle must submit any additional supporting medical records to Opt-Out Coordinating Counsel **on or before December 31, 2018**. If Gayle cannot comply with that deadline, he must receive permission from the Court.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2018\L-Z\NFL Order Gayle.docx

1