Exhibit A

Revised – 7/20/2018

## CURRICULUM VITAE

PAUL SPENCER FISHMAN, M.D., PH.D.

Department of Neurology
University of Maryland School of Medicine
110 South Paca Street
Baltimore, Maryland  21201
Work Phone:  410-605-7000, Ext. 6612
Mobile Phone 410-274-5354
FAX:  410-605-7937
email:  pfishman@som.umaryland.edu     paul.fishman@va.gov


Home Address: 26 Dembeigh Hill Circle
Baltimore MD 21210
Home Phone:  410-377-8419

Born:  November 10, 1949; New York, New York
Married: Elizabeth Barry
Children: Leah Beth 4/12/1981, Edwin Barry 1/17/1999, Meyer Joseph 1/17/1999


## EDUCATION AND TRAINING

| | | |
|---|---|---|
| 1971 | B.A. | Johns Hopkins University |
| 1975 | Ph.D. | (Biology) Yale University |
| 1978 | M.D. | Johns Hopkins University School of Medicine |
| 1978-1979 | Medical Intern, Baltimore City Hospital, and Fellow in Medicine, Johns Hopkins University School of Medicine | |
| 1979-1982 | Resident, Department of Neurology, Columbia-Presbyterian Medical Center | |
| 1982-1983 | Fellow, Department of Neurology and Department of Anatomy and Cell Biology, Columbia University College of Physicians and Surgeons | |

## CERTIFICATION

| | |
|---|---|
| 1978 | FLEX |
| 1983 | Diplomate, American Board of Psychiatry and Neurology |

**LICENSURE**   Maryland, D0022432

## MAJOR  RESEARCH  INTERESTS

Development of novel therapeutics for neurodegenerative disorders (Parkinson's disease, motor neuron disease, Alzheimer's disease) and CNS injury
Delivery of protein and cell based therapeutics to the nervous system

Paul S. Fishman, M.D., Ph.D.                                                      Page 2
Curriculum Vitae - continued                                                      8/30/2018

Clostridial toxin action in the nervous system
Application of therapeutic ultrasound to the nervous system

## FACULTY POSITIONS

| | |
|---|---|
| 1983-1988 | Medical School Assistant Professor, Department of Neurology, University of Maryland School of Medicine |
| 1988-1991 | Assistant Professor, Department of Neurology, University of Maryland School of Medicine |
| 1991-1997 | Associate Professor (with tenure), Department of Neurology, University of Maryland School of Medicine |
| 1994-1997 | Associate Professor, Department of Anatomy and Neuroscience, University of Maryland School of Medicine (secondary appointment) |
| 1997-present | Professor, Department of Neurology, University of Maryland School of Medicine |
| 1997-present | Professor, Department of Anatomy and Neurobiology, University of Maryland School of Medicine (secondary appointment) |
| 1997-present | Professor, Department of Pharmacology, University of Maryland School of Medicine (secondary appointment) |

## MAJOR ACADEMIC TASKS

| | |
|---|---|
| 1984-1988 | Director, Continuing Education Programs, Department of Neurology |
| 1985-2005 | Assistant Chief, Neurology Service, Baltimore VA Medical Center |
| 1989-1990 | Acting Chief, Neurology Service, Baltimore VA Medical Center |
| 1989-2005 | Director, Program for Neurodegenerative Diseases, Department of Neurology |
| 1992-1994 | Associate Director for Neurobiology, Geriatric Research and Education Clinical Center (GRECC), Baltimore VA Medical Center |
| 1996-1999 | Chairman, Institutional Review Board (IRB), University of Maryland, Baltimore |
| 2000-2002 | Chairman, Neurobiology Review Group, Medical Research, Department of Veterans Affairs |
| 2005- 16 | Director of Research, Department of Neurology |
| 2006- Present | Chief, Neurology Service, VA Maryland Health Care System |
| 2010- 13 | Chairman, Neurobiology Review Group E, Biomedical and Laboratory Research, Department of Veterans Affairs |
| 2012- 14 | Chair, Appointments Promotions and Tenure (APT) Committee, University of Maryland School of Medicine |

## PROFESSIONAL MEMBERSHIP

AAAS
American Academy of Neurology
Society for Neuroscience
American Neurological Association

## HONORS AND AWARDS

| 1971 | Graduation with General Honors, Johns Hopkins University |
|---|---|
| 1973 | Elected to Sigma Xi - New Haven Chapter |
| 1981 | NINCDS Fellowship in Clinical Neuroscience |
| 1989 | Golden Hammer Award for excellence in Clinical Neurology, Department of Neurology |
| 1993, 2001 2002-2004 | Examiner, American Board of Psychiatry and Neurology |
| 1997 | Member, American Neurological Association |
| 1997, 2002, 2007 | Listed in "Top Docs" Baltimore Magazine, Neurology |
| 1998, 2002, 2005-2006, 2007-2008, 2009-2010, 2011-2017 | Listed in "Best Doctors in America" |
| 2011, 2012 2013 | Listed in "Super Doctors" for Virginia, DC, Maryland Region |
| 2011, 2012 | Listed in "Top Doctors" Washington Post Magazine |

## EDITORIAL TASKS

2000-2012   Editorial Board, Neura
Reviewer, Neurology
Reviewer, Journal of the American Medical Association
Reviewer, Journal of Neuroscience Methods
Reviewer, Journal of Comparative Neurology
Reviewer, Lancet
Reviewer, Journal of Neurosurgery
Reviewer, Journal of Biological Chemistry,
Reviewer, Journal of Neurochemistry
Reviewer, Vaccine
Reviewer, Journal of Immunology
Reviewer, Movement Disorders
Reviewer, Journal of Molecular Medicine
Reviewer, The Neurologist
Reviewer, Restorative Neurology and Neuroscience
Reviewer, Journal of Neurotoxicology
Reviewer, Human Molecular Genetics
Reviewer, Brain Structure and Function
Reviewer, Cell Transplantation
Reviewer, Proceedings of the National Academy of Sciences
Reviewer, JAMA Neurology
Reviewer, Expert Review in Neurotherapeutics

## SERVICE ACTIVITIES

| 1986-1988 | Guest Investigator, Armed Forces Institute of Pathology |
|---|---|
| 1987-1988 | Member, Governor's Council on Alzheimer's disease |

Paul S. Fishman, M.D., Ph.D.                                                                    Page 4
Curriculum Vitae - continued                                                              8/30/2018

| | |
|---|---|
| 1988-1989 | Advisory Consultant, Cellular and Molecular Neuroscience Section, National Science Foundation |
| 1989 | Advisory Consultant, National Institute on Aging |
| 1996-1998 | Consultant, Amgen Corporation, Thousand Oaks, California |
| 1999 | Consultant, Chiron Corporation, Emeryville, California |
| 1998 | Member, Center for Scientific Review, Special Emphasis Panel on End of Life Research, NIH |
| 2003 | Member, Joint NIH/VA Initiative on ALS, Washington, DC |
| 2003 | Member, Berry Award Committee, Department of Veterans Affairs |
| 2004 | Chair, Berry Award Committee, Department of Veterans Affairs |
| 2006-present | Consultant, FDA Office of Orphan Product Development |
| 2008 | Review Committee for Advanced Technology Clinical Awards for Traumatic Brain injury, AIBS and Department of Defense |
| 2009-13 | Member, Neurobiology Merit Review Committee, Department of Veterans Affairs |
| 2009 | Member, BCDN3 Review Committee, Center for Scientific Review, NIH |
| 2009 | Reviewer, Special Emphasis Panel/Scientific Review Group, ZRG1 BDA-A, NIH |
| 2012-present | Member, External Advisory Board VA Mid-Atlantic Epilepsy Center of Excellence |
| 2012-13 | Member, F02B: Review Committee, Center for Scientific Review, NIH, Sensory Motor and Cognitive Neuroscience Fellowship |
| 2012-present | Member, ZRG1-ETTN: Review Committee, Center for Scientific Review, NIH, SBIR/STTR for Neurodegenerative Diseases |
| 2013 | Site Visit Reviewer, Laboratory of Respiratory and Special Pathogens, Office for Vaccines Research and Review, Center for Biologics Evaluation and Research, FDA |
| 2015-present | Reviewer, Focused Ultrasound Foundation |
| 2015-present | Member, Alzheimer's Disease Steering Committee, Focused Ultrasound Foundation |
| 2016 | Member (ad hoc) Board of Scientific Councilors, NINDS |
| 2016-present | Member, Neurobiology Merit Review Committee E, Department of Veterans Affairs |
| 2016 | Chair, Search Committee, for Director, VA Multiple Sclerosis Center of Excellence, East |
| 2017-present | Co-Chair Parkinson's Disease Steering Committee, Focused Ultrasound Foundation |

**CAMPUS ACTIVITIES**

| | |
|---|---|
| 1983-1984 | Neuroscience Training Program Committee |
| 1983-1990 | Resident Selection Committee, Neurology Department |
| 1984-1985 | Pharmacology Peer Review Committee |
| 1984-1985 | Representative, Medical School Council, Neurology Department |
| 1985-1986 | Task Force on Student Examination and Evaluation |

Paul S. Fishman, M.D., Ph.D.                                                                          Page 5
Curriculum Vitae - continued                                                                         8/30/2018

| | |
|---|---|
| 1985-1991 | Short Term Research Training Program (Chairman, Neuroscience Section, 1989-1991) |
| 1986-1988 | Chancellor's Task Force on Aging, GGEAR Program (Committee on Alzheimer's Disease) |
| 1986-1991 | Research and Development Committee, Baltimore VAMC |
| 1986-1987 | Histology Peer Review Committee |
| 1988-1989 | Behavioral Sciences Peer Review Committee |
| 1989-1999 | M.D./Ph.D. Program Committee |
| 1990-1992 | Medical Staff Quality Assurance Committee, Baltimore VAMC |
| 1990-1992 | Ethics Committee, Baltimore VAMC |
| 1990-1999 | Medical Education Advisory Committee |
| 1990-1992 | Pharmacy Committee, University of Maryland Hospital |
| 1990-1991 | Physiology Peer Review Committee |
| 1992-1999 | Institutional Review Board (IRB) |
| 1992-1995 | Advisory Board, VA Eastern Regional Development Office |
| 1994 | Chairman, Ambulatory Care and Preventive Medicine Peer Review Committee |
| 1994-2001 | Interviewer, Admissions Committee, University of Maryland School of Medicine |
| 1996-1999 | Chairman, Institutional Review Board (IRB), University of Maryland, Baltimore |
| 1998-2004 | Neuroscience Development Committee |
| 2000-2003 | Member, GCRC Advisory Committee |
| 2004-2010 | Chair, GCRC Advisory Committee |
| 2002 | Member, Middleton Award Committee, Medical Research Department of Veterans Affairs |
| 2003-2004 | Member, Patient Safety Committee, Baltimore, VAMC |
| 2004 | Chair, Search Committee for ACOS for Research and Development, Baltimore, VAMC |
| 2002-2003 | Executive Committee, Faculty Assembly, University of Maryland School of Medicine |
| 2003-2005 | Vice Chair, Faculty Assembly, University of Maryland School of Medicine |
| 2004-2005 | Member-at-Large, Medical Executive Committee, University of Maryland Hospital |
| 2004-07 | Member, Faculty Senate, University of Maryland, Baltimore |
| 2006-09 | Search Committee for Chair of Internal Medicine, University of Maryland School of Medicine |
| 2006 | Chair, Neuromuscular Division Director Search Committee |
| 2006-07 | Member, Search Committee, Chief of Mental Health Services Maryland VAHCS |
| 2006- 13 | Chair, Appointments Promotions and Tenure Committee, Department of Neurology |
| 2007-present | Member Residency Oversight Committee, Department of Neurology |
| 2009-present | Founding Member, Embryonic Stem Cell Research Oversight Committee |
| 2009- 12 | Chair, Epilepsy Division Director Search Committee |
| 2009-present | Founding Member, University of Maryland Center for Stem Cell Biology and Regenerative Medicine |
| 2010- 15 | Member, Appointments Promotions and Tenure (APT) Committee, University of Maryland School of Medicine |
| 2010-present | Departmental Reviewer for Human Research |

Paul S. Fishman, M.D., Ph.D.                                                                Page 6
Curriculum Vitae - continued                                                              8/30/2018

| | |
|---|---|
| 2011 | Chair, Working Group for VA Animal Research |
| 2011-16 | Member, Faculty Senate, University of Maryland, Baltimore |
| 2012- 16 | Faculty Representative, Executive Committee, School of Medicine |
| 2015 | Member, SOM Committee for Evaluation of the Director, Maryland   Psychiatric Research Center |
| 2015 | Member, Committee for Criteria for Clinical Excellence, School of Medicine |
| 2016 | Member, Center of Excellence for Focused Ultrasound, University of Maryland School of Medicine |

## OUTSIDE ACTIVITIES

| | |
|---|---|
| 1989 | Walkathon Vice Chairman, Alzheimer's Society |
| 1986-1988 | Secretary-Treasurer, Maryland Neurological Society |
| 1988-1990 | Vice President, Maryland Neurological Society |
| 1990-1992 | President, Maryland Neurological Society |
| 1994-2000 | Board of Directors, Alzheimer's Association of Central Maryland |
| 1995-present | Member and Founding Chairman (1995-2000), Medical and Scientific Advisory Board, Alzheimer's Association of Central Maryland |
| 1996-1998 | Vice President, Alzheimer's Association of Central Maryland |
| 2000-2002 | President, Dembeigh Hill HOA |
| 2016-present | Board or Directors, Dembeigh Hill HOA |

## TEACHING RESPONSIBILITIES

Basic Sciences

| | |
|---|---|
| 1984-1993 | Neurosciences I<br>    Clinical Correlatives on Parkinson's Disease and Alzheimer's Disease<br>    Small group session on Neurodegenerative Diseases |
| 1984-1999 | Mini-mester Elective on Neurological Diseases of Unknown Cause |
| 1984-present | Neuroscience Journal Club |
| 1987-2002 | Pharmacology I, Clinical Correlative on Movement Disorders |
| 1991-1993 | Neurosciences I, Physiology of the Basal Ganglia, Supra-segmental Motor Control |
| 1993-1995 | Pathology II, Neuropathology of Toxic and Metabolic Disease |
| 1994-2010 | Pathology II, Pathology of Neurodegenerative Disease |
| 1995-2010 | Dementia, Physiology of Aging, School of Nursing |
| 2001 | Co-Chair, Program in Neuroscience 4th Annual Symposium "Molecular Biology of Neurodegeneration" |
| 2003-present | Alzheimer's disease, Epidemiology of Aging |
| 2003-2006 | Director, Breakfast Seminar "Mechanisms of Neurodegeneration as Targets for Therapy" at the Annual Meeting of the American Academy of Neurology |
| 2004 | Faculty, Workshop in Spasticity and Dystonia, American Academy of Neurology, Baltimore, MD |
| 2007-2008 | Director, Dinner Seminar "Developing Neuroprotective Therapies" at the Annual Meeting of the American Academy of Neurology |
| 2016 | Molecules to Medicine MD/PhD Seminar Series "Deep Brain Stimulation" |

Paul S. Fishman, M.D., Ph.D.                                                    Page 7
Curriculum Vitae - continued                                                    8/30/2018

Clinical Sciences

| | |
|---|---|
| 1983-present | Sophomore Physical Diagnosis - The Neurological Examination |
| 1983-present | Attending Neurologist on the Neurology Inpatient and Consult Services, University of Maryland Hospital and Baltimore VAMC |
| 1983-present | Neurology Residents Lecture Series (Altered Mental Status, Dementia, Alzheimer's Disease, Non-Alzheimer's Dementias, Rapidly Progressive Dementias, Movement Disorder Emergencies, Surgical Treatment of Movement Disorders, Normal Pressure Hydrocephalus) |
| 1987- 2010 | Morning Report, Department of Neurology |
| 1988-2010 | Neurology Residents Journal Club |
| 2014-present | Psychiatry Resident Lectures on Parkinson's disease, Atypical Parkinsonism |

Laboratory Trainees

| | |
|---|---|
| 1985-1986 | Jennifer Gass, MSII, STRTP Trainee |
| 1986 | Hinda Dubin, MSII |
| 1987 | Joseph Savitt, MSI, STRTP Trainee |
| 1988 | Matthew Kramer, MSII, STRTP Trainee |
| 1989 | Lisa Wolfe, MSII, STRTP Trainee, M.D./Ph.D. Program |
| 1990 | Amal Mattu, MSII |
| 1992 | Edward McDaniel, MSII, STRTR Trainee |
| 1993 | Patrick Wynnyk, MSIV |
| 1992-1994 | Xiao Feng Zhang, Postdoctoral Fellow |
| 1993-1995 | Jonathan Francis, Ph.D., Pre-doctoral Student |
| 1995-1996 | Anil Patwardhan, Graduate Student in Neuroscience |
| 1996-1998 | Christopher Matthews, Ph.D., Postdoctoral Fellow |
| 1996-1998 | Dayse Figuieredo, Ph.D., Postdoctoral Fellow |
| 1998 | Kristen Park, Summer Student |
| 1999 | Michael Box, Ph.D., Pre-Doctoral Student |
| 1999-2003 | Yien Che Tsai, Ph.D., Pre-Doctoral Student |
| 2002 | Kelly Mills, MSI |
| 2002-2007 | Kirsten Messmer, Ph.D., Post-Doctoral Fellow |
| 2001-2005 | Samir Jafri, Ph.D., Post-Doctoral Fellow |
| 2003-2005 | Frank Skidmore, M.D., Post-Doctoral Fellow |
| 2003-2004 | Terry Shum, Pre-Doctoral Student |
| 2004 | Randall Rief, Summer Student |
| 2005 | Chelsea Barrow, Summer Student |
| 2006 | Lisa Einhorn, Summer Student |
| 2006-09 | Michael Gillmeister, Ph.D, Pre-Doctoral Student |
| 2006-09 | Rosemary Schuh, Ph.D., Post-Doctoral Fellow |
| 2008- 2013 | Manfred Schubert, Ph. D., Visiting Scientist (N.I.H.) |
| 2008 | Emily Chen, Graduate Student |
| 2009-11 | Claire Ciarkowski MSI Student |
| 2010-11 | Brian Brown, UMBC Student |
| 2011- 15 | Paul Gramlich, Pre-Doctoral Student |

| | |
|---|---|
| 2011 | Julian Amin, UMCP Summer Student |
| 2012 | Tyler Demarest, Graduate Student |
| 2012 | Adam Zhao, Summer Student |
| 2013 | Amanda Labuza, Graduate Student |
| 2013-16 | Nicholas Mello, Graduate Student |
| 2013 | Nina Klimova, Graduate Student |
| 2013 | Paige Studlach, Graduate Student |
| 2012-15 | Kathleen Gilpin, Dissertation Committee Member |
| 2014 | Tien Duong, MD, PhD Student |
| 2014 | Eryn Dixon, Graduate Student |
| 2014-16 | Joseph Thomas, Dissertation Committee Member |
| 2014-present | Cameron Lassiter, Dissertation Committee Member |

## GRANT SUPPORT

Principal Investigator

| | |
|---|---|
| 1983-1984 | Veterans Administration, Associate Investigator Award "Regeneration of the Corticospinal Tract"   $72,000 (direct costs). |
| 1983-1984 | Frank C. Bressler Research Fund "Transplantation into Glial Toxin Treated Spinal Cords"   $4,800. |
| 1984-1985 | Frank C. Bressler Research Fund "Corticospinal Degeneration in Human Disease"   $3,000. |
| 1985-1988 | Veterans Administration, Merit Review Grant "Viral Encephalitis Involving the Basal Ganglia"   $105,000 (direct costs). |
| 1987-1988 | UMAB Special Research Initiative "Role of Transsynaptic Uptake in Motoneuron Disease"   $9,700. |
| 1988-1991 | Veterans Administration, Merit Review Grant "Synaptic Uptake in Motoneuron Disease"   $145,000 (direct costs). |
| 1990-1991 | Smith, Kline and French Laboratories "Oxiracetam for the Treatment of Dementia of the Alzheimer Type" (Site Principal Investigator as part of a multicenter study) $60,000 (direct and indirect site costs). |
| 1990-1991 | Smith, Kline and French Laboratories "Safety and Efficacy of Long Term Use of Oxiracetam in Alzheimer's Disease". |
| 1990-1992 | Hoechst-Roussel Pharmaceuticals "Long Term Tolerance and Safety Study of Velnacrine Maleate in Patients with Alzheimer's Disease".   $42,000 (direct and indirect costs). |
| 1991-1992 | Heavy Equipment DRIF Award, University of Maryland at Baltimore, "Rapid Magnetic Stimulator."  $18,000. |
| 1991-1992 | Frank C. Bressler Research Fund "Interaction of Cortical Projection Neurons with Transplanted Fetal Cortex". $9,300. |
| 1992-1994 | Veterans Administration Research Advisory Group Award "Influence of Trophic Factors in Injury to Aged Cerebral Cortex."  $80,000. |
| 1992-1994 | Parke Davis Laboratories |

Paul S. Fishman, M.D., Ph.D.                                                                             Page 9
Curriculum Vitae - continued                                                                         8/30/2018

|          | "Treatment IND for Cognex (Tacrine HCl) in Patients with Alzheimer's Disease." |
|----------|----------|
| 1992-1994 | SmithKline Beacham Pharmaceuticals<br>"Ropinirole in Early Parkinsonian Patients Not Receiving Dopaminergic Therapy."  $54,000. |
| 1992-1994 | Smithkline Beacham Pharmaceuticals<br>"Ropinirole as Adjunctive Therapy in Patients Not Optimally Controlled on L-Dopa."  $58,000. |
| 1993-1995 | Glaxo Research Institute<br>"Ondansetron in the Treatment of Alzheimer-type Dementia."  $55,000. |
| 1994-1996 | Miles Laboratories<br>"Metrifonate in Patients with Probable Alzheimer's Disease."  $219,000. |
| 1995-1998 | Department of Veterans Affairs Research Service, Merit Review Grant<br>"Regeneration of Cortical Pyramidal Cells."  $305,000 |
| 1995-1998 | Department of Veterans Affairs, Research Training Initiative<br>"Synaptogenesis by Human Neurons Derrived from Cell Lines."  $180,000<br>(Co-PI with C. M Tang) |
| 1995-2000 | NIA<br>"Tetanus Toxin C-Fragment/SOD Hybrid as a Neuroprotectant."  $590,140 (direct)<br>Project 3 of Program Project "Superoxide Dismutase in Aging and Neuro-degeneration".   1 PO1 AG12992-01 (R. H. Brown, Jr., P.I.) |
| 1996-1998 | Hoechst-Marion-Roussel Pharmaceuticals<br>"Propentofylline in Patients with Alzheimer's Disease."  $72,000 |
| 1996-1998 | Hoechst-Marion Roussel Pharmaceuticals<br>"Propentofylline in Patients with Vascular Dementia."  $72,000 |
| 1997-2000 | Eisai Pharmaceuticals<br>"Donepezil in Vascular Dementia."  $55,000 |
| 1998-2000 | Eisai Pharmaceuticals<br>"Donepezil in Parkinsonian Dementia."  $90,000 |
| 1998-2003 | Department of Veterans Affairs Research Service, Merit Review Grant<br>"Neuronal Vectors from Clostridial Neurotoxins."  $620,000 |
| 1999-2004 | Department of Veterans Affairs, Research Enhancement Award Program (REAP)<br>"Mechanisms of Neuronal Degeneration."  $1,090,000 |
| 2000-2002 | ALS Association<br>"Enzyme Protection of Motor neurons from Glutamate, $109,000. |
| 2001-2003 | NINDS 5R21-NS1660-02.<br>"Motor Neuron Protection through Glutamate Degradation" $297,000, |
| 2001-2002 | Society for Progressive Supranuclear Palsy<br>"Interaction of Parkin Protein with Abnormal Forms of Tau", $40,000. |
| 2002-2003 | Benign Essential Blepharospasm Research Foundation<br>"Permanent Motor Denervation with a Tetanus-Diphtheria Hybrid Neurotoxin" $58,000 |
| 2003-2008 | Department of Veterans Affairs Research Service, Merit Review Grant,<br>"Delivery of Therapeutic Proteins to the CNS" $650,000. |
| 2005-2009 | Department of Veterans Affairs – Research Enhancement Award Program (REAP) Novel Therapeutic Strategies for Neurodegenerative Diseases" $1,340,000. |

| | |
|---|---|
| 2007-2009 | State of Maryland Stem Cell Initiative<br>"Transcription Factor Directed Differentiation of Neural Progenitor Cells"<br>$230,000 |
| 2008-2012 | Department of Veterans Affairs Research Service, Merit Review Grant,<br>"Tetanus Toxin as a Potential Therapeutic" $540,000. |
| 2009-2014 | Department of Veterans Affairs, Rehabilitation Research and Development –<br>Research Enhancement Award Program (REAP), "Biologic Therapeutics to<br>Restore Nervous System Function", $1,850,000 |
| 2010-2011 | Allergan Educational Grant<br>Fellowship in Neurotoxin Therapeutics, $20,000 |
| 2012-2014 | Department of Veterans Affairs, Biomedical and Laboratory Research and<br>Development Pilot Project Award "Dopaminergic transcription factor delivery<br>to fibroblast derived neurons" $175,000 |
| 2013 | Department of Veterans Affairs, Shared Equipment Research Program (SHEP)<br>"MRI Guided Focused High Intensity Ultrasound Small Animal System"<br>$190, 000 |
| 2015-2016 | Focused Ultrasound Surgery Foundation<br>"Enhancement of FUS Mediated Delivery of Stem Cells to Brain."<br>$100,000 |
| 2015 | Gift of Atom and Nancy Giannopoulos<br>"FUS Mediatized Stem Cell Delivery to the Brain"<br>$25,000 |
| 2016-2018 | Department of Veterans Affairs, Biomedical and Laboratory Research and<br>Development Pilot Project Award<br>"Enhancing Cell Delivery for Parkinson's Disease" $203,000 |
| 2016 | Focused Ultrasound Surgery Foundation/Gift of Mr. John Madigan<br>"FUS Enhancement of Intra-Nasal Delivery of Stem Cells to Brain."<br>$25,000 |

Co-Investigator

| | |
|---|---|
| 1991-1993 | Army Research Office<br>"Toxin-Mediated Transfer and Expression of Genes in Nerve Cells."      $100,000<br>Gregory Mueller, Principal Investigator |
| 1994-1996 | National Institute of Aging<br>Energy Metabolism in Alzheimer's Disease."      $297,000<br>Eric Poehlman, Principal Investigator |
| 1997-1998 | Guilford Pharmaceuticals<br>"DOPAC in Diagnosis of Early Parkinson's Disease."   $60,000<br>Selma Kahn, M.D., Principal Investigator |
| 1998-2001 | Wellcome Trust Biomedical Research Collaboration Grant (Travel).<br>"Cell Binding and Retrograde Transport of Tetanus Toxin."   $20,000<br>Neil Fairweather, Ph.D., Principal Investigator |
| 2000-2003 | Department of Veterans Affairs<br>"Targeted Delivery of Enzymes to Decrease Neuronal Death" $327,000<br>Christopher Matthews, Principal Investigator |
| 2002-2004 | NINDS |

Paul S. Fishman, M.D., Ph.D.                                                                 Page 11
Curriculum Vitae - continued                                                                 8/30/2018

|             | "Neuroprotective Mechanisms of Parkin" $365,000, George Oyler, Principal Investigator |
|-------------|---------------------------------------------------------------|
| 2004-2007   | Department of Veterans Affairs "Neuroprotection by Targeted Delivery of Glutamate Degrading Enzymes" $592,000 Christopher Matthews, Principal Investigator |
| 2004-2008   | Department of Veterans Affairs,"Early Nerve Terminal Dysfunction in Dopaminergic Neurodegeneration"   $355,000 Samir Jafri, Principal Investigator |
| 2004-2009   | NIEHS "Domoic Acid Neurotoxicity in Native Americans" Lynne Grattan, Principal Investigator |
| 2008-2011   | Department of Veterans Affairs,  "Tetanus Toxin for Disuse Muscle Atrophy" $610,000 Christopher Matthews, Principal Investigator |
| 2009-2012   | Department of Veterans Affairs,  "Synergy of Mitochondrial Mechanisms in Toxic Neurodegeneration" $420,000 Rosemary Schuh, Principal Investigator |
| 2011-2013   | Maryland Stem Cell Research Fund "Stem Cell Therapy for Traumatic Brain." $230,000 Paul Yarowsky, Principal Investigator |
| 2012-2014   | Department of Veterans Affairs, "Targeted migration of stem cells to improve cellular therapy after TBI." $200,000 Paul Yarowsky, Principal Investigator |
| 2014-present | Insightec, "ExAblate in the treatment of essential tremor, a placebo controlled study" $300,000  Howard Eisenberg, Principal Investigator |
| 2015-present | Insightec, "ExAblate in the treatment of essential tremor, open labeled treatment" $300,000  Howard Eisenberg, Principal Investigator |
| 2015-present | Insightec, MJ Fox Foundation "A phase I clinical trial of the management of medical-refractory motor symptoms of advanced idiopathic Parkinson's disease with unilateral lesioning of the globus pallidum using ExAblate transcranial system."  $200,000  Howard Eisenberg, Principal Investigator |
| 2017-2021   | National Institute of Health "Functional MRI Biomarkers Predicting Cognitive Progression in PD" $478,000 Brenda Hanna-Pladdy, Principal Investigator |
| 2018-present | Insightec, "A pivotal clinical trial of the management of medically-refractory motor dyskinesia symptoms or motor fluctuation of advanced idiopathic Parkinson's disease with unilateral lesioning of the globus pallidum using ExAblate transcranial system."  $325,000 Howard Eisenberg, Principal Investigator |

Consultant

| 1991-1999 | National Institute of Aging "Epidemiology of Dementia in Aged Nursing Home Admissions." Jay Magaziner, Principal Investigator |
|-----------|---------------------------------------------------------------|

| | |
|---|---|
| 2002-2005 | NINDS<br>"A Simple Neuroprotection Trial in Parkinson's Disease"<br>Lisa Shulman, Principal Investigator |
| 2005-2010 | NINDS<br>Non-Viral Delivery of Neurotrophic Factor to the CNS<br>Jonathan W. Francis, Principal Investigator |
| 2009-2011 | Maryland Stem Cell Initiative<br>Targeting Stem Cells in the CNS with External Magnetic Fields<br>Paul Yarowsky, Principal Investigator |
| 2010-2012 | Maryland Stem Cell Research Fund<br>"Combinatorial RNAi Strategy for Neural Cell Replacement in the<br>Post-ischemic Brain"<br>Tibor Kristian, Principal Investigator |

## PUBLICATIONS

### Book Chapters and Invited Reviews

1) Fishman PS: A study of dendritic form in identified lamprey neurons. Ph.D. Dissertation, Yale University, 1975. Portions printed in: Bulletin of the Neuroscience Research Program, 17:106-109, 1979. and in: Simple Networks in Behavior. Fentress JC, Ed., Sinaur, Sunderland, Mass., 1976, pp. 45-50.

2) Fishman PS: Neural transplantation. In: Methods in Animal Experimentation, Vol. 5, Heavner JC, Gay WI, Eds. Academic Press, Orlando, Florida, 1989, pp. 171-205.

3) Panitch HS, Vriesendorp F, Fishman PS: Neurologic diseases. In: Basic and Clinical Immunology, Stites DP, Ed. Appleton-Lange, San Mateo, CA, 1991, pp. 552-563 (7th Edition); 1994, pp. 507-519 (8th Edition).

4) Drachman DB, Fishman PS, Rothstein JD, Motomura M, Lang B, Vincent A, Mellits Ed: Amyotrophic Lateral Sclerosis: An Autoimmune Disease II. In: Amyotrophic Lateral Sclerosis: Pathogenesis and Treatment, Munsat TL and Serratrice G., Eds. Raven Press, 1995, pp. 59-68.

5) Silver KA, Fishman PS. Movement Disorders. In: Rehabilitation Medicine Secrets, O'Young B, Young MA, Stiens SA, Eds. Mosby, St. Louis, 1977, pp. 270-276.

6) Fishman PS. Paroxysmal dystonias. In: Current Treatment Options in Neurology, Vol 3, Movement Disorders, Weiner WJ, Ed Current Science Inc, Philadelphia PA. 2001 PP 519-525.

7) Fishman PS. Neuronal delivery vectors derived from tetanus toxin. In: Scientific and Therapeutic Aspects of Botulinum Toxin, Brin M., Jankovic J, Hallet M, Eds, Lippincott, Williams and Wilkins, Baltimore, MD 2002 pp 485-493.

8) Fishman PS, Oyler GA. Significance of the Parkin gene and protein in understanding Parkinson's Disease. Neurology and Neuroscience Reports, 2002;2(4) 296-302.

9) Fishman PS. Common disorders of movement: Tremor and Parkinson's Disease. In: Principles of Ambulatory Medicine, Sixth Edition, Barkder LR, Burton JR, Zieve PD, et al. Eds, Lippincott, Williams and Wilkins, Baltimore, MD 2003 pp 1431-1443

10) Fishman PS. Common disorders of movement:  Tremor and Parkinson's Disease.  In:
Principles of Ambulatory Medicine, Seventh Edition, Feibach NH, Kern DE, Thomas PA,
Zeigelstein Eds. Lippincott Williams and Wilkins, Philadelphia PA 2007 pp 1554-1568

11) Fishman PS.  "Seizing the Moment" An assessment of current research and treatment of
Alzheimer's disease.  Baltimore Sun, June 16, 2004 pg 15A.

12) Fishman PS, Animal models of Parkinson's Disease. In: Parkinson's Disease: Diagnosis
and    Clinical Management, Second Edition, Factor SA and Weiner WJ Eds. Demos,
New York 2008 pp329-340

13) Fishman PS, "Should EMG be Used Routinely in the Treatment of Dystonia?  Yes" in
Moving Along,(Newsletter of the Movement Disorders Society) Vol. 9, Issue 2.
Summer/Fall 2007.

14) Silver KA, Fishman PS.  Movement Disorders.  In:  Rehabilitation Medicine Secrets,
O'Young B, Young MA, Stiens SA, Eds.  Mosby, St. Louis, 3rd Ed.,  2007, pp. 466-477.

15) Fishman PS, Tetanus toxin. In: Botulinum Toxin: Therapeutic Clinical Practice and
Science, Jankovik J, Albanese A, Atassi MZ, Dolly JO, Hallett M, Eds.
Elsevier,Philadelphia, 2009 pp 406-424

16) Fishman PS, CBD: Some Answers. In: A Guide for People Living with PSP and CBD.
Society for PSP (CurePSP) 2010

17) Fishman PS, The Promotions and Tenure Process, The Faculty Voice (University of
Maryland Baltimore) May, 2013

18) Fishman PS, Minimally Invasive Brain Intervention: What all the FUS is About.  Practical
Neurology 2017

## Journal Articles - Refereed

1) Fishman PS, Nilaver G, Kelly JP:  Astrogliosis limits the integration of peripheral nerve
grafts into the spinal cord.  Brain Res 277:175-180, 1983.

2) Fishman PS, Kelly JP:  Fate of severed corticospinal axons.  Neurology 34:1161-1167,
1984.

3) Fishman PS, Kelly JP:  Identified central axons differ in their response to spinal cord
transection.  Brain Res 305:152-156, 1984.

4) Bernard PA, Rance NE, Fishman PS, Max SR:  Neural control of cytosolic androgen
receptor in rat skeletal muscle.  J Neurochem 43:1479-1483, 1984.

5) Fishman PS, Gass JS, Swoveland PT, Lavi E, Highkin MK, Weiss SR:  Infection of the
basal ganglia by a murine coronavirus.  Science 229:877-879, 1985.

6) Fishman PS:  Neural transplants:  Scientific gains and clinical perspectives.  Neurology
36:389-392, 1986.

7) Camenga DL, Johnson KP, Alter M, Engelhardt CD, Fishman PS et al.:  Systemic
recombinant alpha-2 interferon in relapsing multiple sclerosis.  Arch Neurol 43:1239-
1246, 1986.

8) Fishman PS:  Late convalescent poliomyelitis:  Corticospinal tract integrity.  Arch Neurol
44:98-102, 1987.

9) Fishman PS, Carrigan DR:  Retrograde transneuronal transfer of the C-fragment of
tetanus toxin.  Brain Res 406:275-279, 1987.

10) Fishman PS:  Retrograde changes in the corticospinal tract of the post-traumatic
paraplegics.  Arch Neurol 44:1082-1085, 1987.

11) Lavi E, Fishman PS, Highkin MK, Weiss SR:  Limbic encephalitis following inhalation of a murine coronavirus.  Lab Invest 58:31-36, 1988.

12) Fishman PS and Carrigan DR:  Motoneuron uptake from the circulation of the binding fragment of tetanus toxin.  Arch Neurol 45:558-561, 1988.

13) Fishman PS and Savitt JM:  Selective localization by neuroglia of immunoglobulin G in normal mice.  J Neuropath Exp Neurol 48:212-220, 1989.

14) Fishman PS and Savitt JM:  Transsynaptic transfer of retrogradely transported tetanus protein-peroxidase conjugates.  Exp Neurol 106:197-203, 1989.

15) Good J, Barry E, Fishman PS:  Post-traumatic narcolepsy: The complete syndrome with tissue typing.  J Neurosurg 71:765-767, 1989.

16) The Multiple Sclerosis Study Group:  Efficacy and toxicity of cyclosporine in chronic progressive multiple sclerosis.  Ann Neurol 27:591-605, 1990.

17) Fishman PS, Savitt JM, Farrand DA:  Enhanced neuronal uptake of systemically administered proteins through conjugation with tetanus C-fragment.  J Neurol Sci 98:311-325, 1990.

18) Fishman PS, Farrand DA, Kristt DA:  Internalization of plasma proteins by cerebellar Purkinje cells. J Neurol Sci 100:43-49, 1990.

19) Tipett DS, Fishman PS, Panitch HS:  Relapsing transverse myelitis.  Neurology 41:703-706, 1991

20) Fishman PS, Farrand DA, Kristt DA:  Penetration and internalization of plasma proteins in the human spinal cord.  J Neurol Sci 104:166-175, 1991.

21) Fishman PS, Shy ME, Hart DE, Thompson PE, Cashman NR:  Antibodies to the ganglioside $GD_{1b}$ in a patient with motor neuron disease and thyroid adenoma.  Arch Neurol 48:1188-1190, 1991.

22) Fishman PS, Farrand DA, Halpern JL, Latham WC.  A simplified method for the preparation of tetanus toxin binding fragment for neurobiology.  J Neurosci Meth 42:229-236, 1992.

23) Burgerman R, Rigamonte D, Randle JM, Fishman PS, Panitch HS, Johnson KP.  Association of cervical spondylosis and multiple sclerosis.  Surg Neurol 38:265-270, 1992

24) Fishman PS, Mattu A.  Fate of severed cortical projection axons.  J Neurotrauma 10:457-470, 1993.

25) Ghadge G, Roos RP, Kang UJ, Wollmann R, Fishman PS et al.  CNS gene delivery by retrograde transport of a recombinant replication-defective adenovirus.  Gene Ther 2:132-137, 1995.

26) Fishman PS, Drachman DB.  Internalization of IgG in motoneurons of patients with ALS: selective or nonselective.  Neurology 45:1551-1554, 1995.

27) Francis JW, Hosler BA, Brown RH Jr, Fishman PS.  CuZn superoxide dismutase (SOD-1): tetanus toxin fragment C hybrid protein for targeted delivery of SOD-1 to neuronal cells.  J Biol Chem 270:15434-15442, 1995.

28) Poehlman ET, Toth MJ, Fishman PS, Vaitkevicius P, Gottlieb S, Fonong T.  Sarcopenia in aging humans:  Impact of menopause and disease.  J Gerontol 50:73-77, 1995.

29) Magaziner J, Zimmerman SI, German PS, Kuhn K, May C, Hooper F, Cox D, Hebel JR, Kittner S, Burton L, Fishman PS, Kaup B, Rosario J, Cody M.  Ascertaining dementia by an expert panel in epidemiologic studies of nursing home residents.  Ann. Epidemiol. 28:286-298, 1996.

30) Toth MJ, Fishman PS, Poehlman ET.  Energy expenditure in Parkinson's Disease.  Neurology 48:88-91, 1997.

Paul S. Fishman, M.D., Ph.D.                                                                            Page 15
Curriculum Vitae - continued                                                                          8/30/2018

31) Figueiredo DM, Hallewell RA, Chen LL, Fairweather NF, Dougan G, Savitt JM, Parks DA, Fishman PS. Delivery of recombinant tetanus-superoxide dismutase proteins to central nervous system neurons by retrograde axonal transport. Exp. Neurol. 145:546-555, 1997.

32) Elliott EJ, Parks DA, Fishman PS. Effect of proximal axotomy on GAP-43 expression in cortical neurons in the mouse. Brain Res. 755:221-228, 1997.

33) Adler CH, Sethi KD, Hauser RA and the Ropinirole Study Group (includes PS Fishman). Ropinirole for the treatment of Parkinson's Disease. Neurology 49:393-39, 1997.

34) Fishman PS, Parks DA. Death of transcallosal neurons after close axotomy. Brain Res. 779:231-239, 1998.

35) Cummings JL, Cyrus PA, Bieber F, Mas and the Metrifonate Study Group (includes PS Fishman). Metrifonate treatment of the cognitive deficits of Alzheimer's Disease Neurology. 50:1214-1221, 1998.

36) Lieberman A, Olanow CE, Sethi K, Swanson P, Waters CH, Fahn S, Jurtig H, Yahr M, and the Ropinorole Study Group (includes PS Fishman). A multicenter trial of ropinirole as adjunct treatment for Parkinson's disease. Neurology. 1998 Oct;51(4):1057-62.

37) Sethi KD, O'Brien CF, Hammerstad JP, and the Ropinrole Study Group(include PS Fishman) Ropinorole for the treatment of early Parkinson's Disease. Archives of Neurol. 55:1211-1216, 1998.

38) Elliott EJ, Parks DA, Fishman PS. Alpha tubulin expression in proximally axotomized mouse cortical neurons. J. Neurotrauma. 16:333-339, 1999.

39) Hartley RS, Margulis H, Fishman PS, Lee VM-Y, Tang C-M. Functional synapses are formed between human N Tera 2 (NT2N, hNT) neurons grown on astrocytes. J. Comparative Neurology. 407:1-10, 1999.

40) Fishman PS, Parks DA, Patwardhan AJ, Matthews CC: Neuronal binding of tetanus toxin compared to its ganglioside binding fragment (Hc). Natural Toxins 7:151-156, 1999.

41) Magaziner J, German P, Zimmerman SI, Hebel JR, Burton L, Gruber-Baldini AL, May C, Kittner S. Epidemiology of Dementia in Nursing Homes Research Group (includes PS Fishman) The prevalence of dementia in a statewide sample of new nursing home admissions aged 65 and older: diagnosis by expert panel. Gerontologist. 2000 Dec;40(6):663-7

42) Francis JW, Brown RH Jr., Figueiredo D, Remington MP, Castillo O, Schwarzchild MA, Fishman PS, Murphy JR, vanderSpek JC: Enhancement of diphtheria toxin potency by replacement of the receptor binding domain with tetanus toxin C-fragment: A potential vector for delivering heterogonous proteins to neurons. J. Neurochem. 74:2582-2536, 2000.

43) Figueiredo DM, Matthews CC, Parks DA, Fairweather NF, Dougan G, Wilt SG, Fishman PS. Interaction of tetanus toxin derived hybrid proteins with neuronal cells: J. Natural Toxins 4:363-79, 2000.

44) Matthews CC, Figueiredo DM, Wollack JB, Fairweather NF, Dougan G, Hallewell RA, Cadet JL, Fishman PS. Protective effect of supplemental superoxide dismutase on survival of neuronal cells during starvation: Requirement for cytosolic distribution. J Molecular Neuroscience 3: 155-66, 2000.

45) Matthews CC, Zielke HR, Wollack JB, Fishman PS. Enzymatic degradation protect neurons from glutamate toxicity. J. Neurochem 3:1045-52, 2000.

46) Burton LC, German PS, Gruber-Baldini AL, Hebel JR, Zimmerman S, Magaziner J. Medical care for nursing home residents: differences by dementia status.

Epidemiology of Dementia in Nursing Homes Research Group (includes PS Fishman). J Am Geriatr Soc. 2001 Feb;49(2):142-7.

47) Goodnough MC, Oyler G, Fishman PS, Johnson EA, Neal EA, Keller JE, Tepp WH, Clark M, Hartz S, Adler M.  Development of a delivery vehicle for intracellular transport of botulinum neurotoxin antagonists.  FEBS Lett. 513:0163-8,2002.

48) Makar TK, Wilt S, Dong Z, Fishman P, Mouradian MM, Dhib-Jalbut S.  IFN-beta gene transfer into the central nervous system using bone marrow cells as a delivery system.  J Interferon Cytokine Res. July;22(7):783-991, 2002.

49) Black S, Roman GC, Geldmacher DS, Salloway S, Hecker J, Burns A, Perdomo C, Kumar D, Pratt R.  Donepezil 307 Vascular Dementia Study Group (includes PS Fishman).  Efficacy and tolerability of donepezil in vascular dementia:  positive results of a 24-week, multicenter, international, randomized, placebo-controlled clinical trial. Stroke Oct 24(10) 2322-30, 2003

50) van Doorn C, Gruber-Baldini AL, Zimmerman S, Hebel JR, Port CL, Baumgarten M, Quinn CC, Taler G, May C, Magaziner J; Epidemiology of Dementia in Nursing Homes Research Group (includes PS Fishman). Dementia as a risk factor for falls and fall injuries among nursing home residents. J Am Geriatr Soc. 2003 Sep;51(9):1213-8.

51) Tsai YC, Fishman PS, Thakor NV, Oyler GA.  Parkin facilitates the elimination of expanded polyglutamine proteins and leads to preservation of proteasome function.  J. Biol. Chem. 278:22044-55, 2003.

52) Matthews CC, Zielke HR, Park DA, Fishman PS.  Glutamate-pyruvate, transaminase protects against glutamate toxicity in hippocampal slices.  Brain Res. 978:59-64, 2003.

53) Box M, Yarnell, Knight A, Hale Chris, Fishman PS, and Fairweather, N.  A multidomain protein system for targeting DNA to fragment of tetanus toxin neuronal cells.  J Drug Targeting 11:333-43,2003.

54) Goolsby J, Marty MC, Heletz D, Chiapelli J, Tashko G, Yarnell D, Fishman PS, Dhib-Jalbut S, Bever Jr, CT, Pessac B, and Trisler D.  Haematopoietic Progenitors Express Neural Genes.  Proc. Nat Acad Sciences (USA) 100:14926-31, 2003.

55) Francis JW, Figueiredo D, vanderSpek JC, Ayala L, Young SK, Remington MP, Young PJ, Lorson CL, Shinichiro I, Fishman PS, Brown Jr, RH.  A Survival Motor Neuron (SMN):  Tetanus Toxin Fragment C Fusion Protein for the Targeted Delivery of SMN Protein to Neurons.  Brain Research 95:84-96, 2004.

56) Francis JW, Bastia E, Matthews CC, Parks DA, Schwarzschild MA, Brown RH Jr, Fishman PS.  Tetanus toxin fragment C as a vector to enhance delivery of proteins to the CNS.  Brain Research 1011:7-13, 2004.

57) Alzheimer's Association, MedSci Board, Greater Maryland Chapter (includes PS Fishman).  Research consent for cognitively impaired adults:  Recommendations for IRBs and investigators.  Alz Dis Assoc Disord 18:171-175, 2004.

58) Magaziner J, Zimmerman S, Gruber-Baldini AL, van Doorn C, Hebel JR, German P, Burton L, Taler G, May C, Quinn CC, Port CL, Baumgarten M; Epidemiology of Dementia in Nursing Homes Research Group (includes PS Fishman). Mortality and adverse health events in newly admitted nursing home residents with and without dementia. J Am Geriatr Soc. 2005 Nov;53(11):1858-66.

59) Fishman PS.  Clinical uses of botulinum toxin.  Adv Stud Med 5:176-184,2005.

60) Benn SC, Ay I, Bastia E, Celia SA, Pepinsky RB, Fishman PS, Brown RH Jr, Francis JW.  Tetanus toxin fragment C fusion facilitates delivery to CNS neurons from the cerebrospinal fluid in mice.  J Neurochem 95:1118-31, 2005.

61) Jafri MS, Farhang S, Tang R, Desai N, Fishman PS, Rohwer RG, Tang C-T. Optical coherence tomography in the diagnosis and treatment of neurological disorders. 10: 510-521, 2005

62) Fishman PS, Matthews CC, Parks DA, Box M, Fairweather NF. Immunization does not interfere with uptake and transport by motor neurons of the binding fragment of tetanus toxin. J Neurosci Res. 2006 Jun 1;83(8):1540-3.

63) Haines S, Chen H, Anderson KE, Fishman PS, Shulman LM, Weiner WJ, Reich SG. When do patients with Parkinson disease disclose their diagnosis?  Neurology. 2006 Aug  8;67(3):488-90.

64) Larsen KE, Benn SC,Ay I,Chian R-J, Celia SA, Remington MP, Bejarano M, Liu M, Ross J, Carmillo P, Sah D, Phillips KA, Sulzer D, Fishman PS, Pepinsky B, Brown RH Jr.,Francis JW, A glial cell line-derived neurotrophic factor (GDNF):tetanus toxin fragment C  protein conjugate improves delivery of GDNF to spinal cord motor neurons in mice. Brain Research  2006 Nov 20;1120(1):1-12

65) Messmer K, Remington MP, Skidmore F, Fishman PS. Induction of tyrosine hydroxylase expression by the transcription factor Pitx3.   International Journal of Developmental Neuroscience  2007 Feb;25(1):29-37.

66) Matthews CC Zielke HR, Fishman PS, Remington MP, Bowen TG. Glutamate decarboxylase protects neurons from excitotoxic injury. J Neuroscience Research 2007 Mar;85(4):855-9.

67) Fishman PS. Paradoxical aspects of Parkinsonian tremor. Movement Disorders 2008 Jan 30;23(2):168-73.

68) Anderson KE, Gruber-Baldini AL, VaughnCG, Reich SG,  Fishman PS, Weiner WH, Shulman LM. Impact of psychogenic movement disorders vs. Parkinsonism on disability, quality of life and psychopathology. Movement Disorders 2007 Nov 15;22(15):2204-9

69) Schuh R, Matthews CC, Fishman PS. Interaction of mitochondrial respiratory inhibitors and excitotoxins potentiate cell death in hippocampal slice cultures.  J Neuroscience Research 2008 Nov 15;86(15):3306-13

70) Shulman LM, Gruber-Baldini AL, Anderson KE, Vaughan CG, Reich SG, Fishman PS, Weiner WJ. The evolution of disability in Parkinson disease. Mov Disord. 2008 Apr 30;23(6):790-6.

71) Tanji H, Anderson KE, Gruber-Baldini AL, Fishman PS, Reich SG, Weiner WJ, Shulman LM. Mutuality of the marital relationship in Parkinson's disease. Mov Disord. 2008 Oct 15;23(13):1843-9

72) Tanji H, Gruber-Baldini AL, Anderson KE, Pretzer-Aboff I, Reich SG, Fishman PS, Weiner WJ,Shulman LM. A comparative study of physical performance measures in Parkinson's disease. Mov Disord. 2008 Oct 15;23(13):1897-905

73)  Li, J,  Chian, R-J, Ay, I, Celia, SA,  Kashi, BB, Tamrazian E, Matthews, JC, Remington, MP, Pepinsky, RB, Fishman, PS, Brown, Jr., RH and Francis, JW. Recombinant GDNF:tetanus  toxin fragment C fusion protein produced in insect cells. Biochem Biophys Res Comm.  2009 Jul 31;385(3):380-4.

74)  Fishman PS, Yarnell DA, Bowen T, Matthews CC.  Localized Tetanus in Immunized Mice. Neurotoxicology. 2009 Jul;30(4):697-701

75) Chian RJ, Li J, Ay I, Celia SA, Kashi BB, Tamrazian E, Matthews JC, Bronson RT, Rossomando A, Pepinsky RB, Fishman PS, Brown RH Jr, Francis JW. IGF-1:tetanus toxin fragment C fusion protein improves delivery of IGF-1 to spinal cord but fails to prolong survival of ALS mice. Brain Res 2009.Sept. 1,;1287: 1-19

76) Li J, Chian RJ, Ay I, Kashi BB, Celia SA, Tamrazian E, Pepinsky RB, Fishman PS, Brown RH Jr, Francis JW. Insect GDNF:TTC fusion protein improves delivery of GDNF to mouse   CNS.Biochem Biophys Res Commun. 2009 Dec 18; 390(3): 947-51

77) Shulman LM, Gruber-Baldini AL, Anderson KE, Fishman PS, Reich SG, Weiner WJ. The clinically important difference on the unified Parkinson's disease rating scale. Arch Neurol. 2010 Jan;67(1):64-70.

78) Shen W-B, McDowell KA, Siebert AA, Clark SM, Dugger NV, Valentino KM, Jinnah HA, Sztalryd C, Fishman PS, Shaw CA, Jafri MS, Yarowsky PJ. Environmental neurotoxin-induced progressive model of parkinsonism in rats. Annals of Neurology 2010 68(1) 70-80

79) Tsai YC, Maditz R, Kuo CL, Fishman PS, Shoemaker CB, Oyler GA, Weissman AM..Targeting botulinum neurotoxin persistence by the ubiquitin-proteasome system. Proc Natl Acad Sci U S A. 2010 Sep 21;107(38):16554-9

80) Hemming PJ, Gruber-Baldini AL, Anderson KE, Fishman PS, Reich SG, Weiner WJ, Shulman LM. Racial and socioeconomic disparities in Parkinsonism. Archives of Neurology 2011 Apr;68(4):498-503.

81) Gillmeister MP,Betenbaugh MJ, Fishman PS. Cellular trafficking and photochemical internalization of cell penetrating peptide linked cargo proteins: A dual fluorescent labeling  study. Bioconjugate Chemistry Apr 20, 2011;22(4):556-66.

82) McDowell KA, Shen WB, Siebert AA, Clark SM, Jinnah HA, Sztalryd C, Fishman PS, Shaw CA, Jafri MS, Yarowsky PJ. Reply. Ann Neurol. 2011 Feb;69(2):423-4.

83) Fishman PS. Pramipexole and its extended release formulation for Parkinson's disease. Journal for Central Nervous System Disease 2011:3 169-178.

84) Josiah AF, Gruber-Baldini AL, Anderson KE, Fishman PS, Weiner WJ, Reich SG, Shulman LM. The effects of gait impairment with and without freezing of gait in Parkinson's disease. Parkinsonism Relat Disord. 2011 Nov 11. [Epub ahead of print] PubMed PMID: 22079524.

85) Robottom BJ, Gruber-Baldini AL, Anderson KE, Reich SG, Fishman PS, Weiner WJ, Shulman LM. What determines resilience in patients with Parkinson's disease? Parkinsonism Relat Disord. 2012 Feb;18(2):174-7.

86) Messmer K, Shen W-B, Remington M, Fishman PS.  Induction of Neural Differentiation by the transcription factor NeuroD2. International Journal of Developmental Neuroscience 2012 Apr;30(2):105-12. Epub 2011 Dec 17.2011 (second most downloaded article of the year for this journal)

87) Goolsby J, Atamas M, Roller S, Asanuma D, Schuh R, Makar T, Fishman PS, Bever CT, Trisler D. Retinal neural progenitors express topographic map markers. Neurochem Int, 2012 Nov;61(6):859-65.

88) Pessac B, Nimmagadda VK, Makar T, Fishman PS, Bever CT Jr, Trisler D. Adult hematopoietic progenitors are multipotent in chimeric mice. Comptes Rendus Biologies. 2012 Jul;335(7):454-62.

89) Elm JJ; NINDS NET-PD Investigators (includes P Fishman). Design innovations and baseline findings in a long-term Parkinson's trial: the National Institute of Neurological Disorders and Stroke Exploratory Trials in Parkinson's Disease Long-Term Study-1. Mov Disord. 2012 Oct;27(12):1513-21. doi: 10.1002/mds.25175. PubMed PMID:23079770;

90) Ommaya AK, Adams KM, Allman RM, Collins EG, Cooper RA. Dixon CE, Fishman PS, Henry JA, Kardon R, Kerns RD, Kupersmith J, Lo A, Macko R, McArdle R,

McGlinchey, McNeil MR, O'Toole TP, Peckham PH, Tuszynski MH, Waxman SG, MD, Wittenberg GF.  Opportunities in Rehabilitation Research, J Rehab Res and Devel 2013 50(6) vii-xxxii

91) Gramlich PA, Remington MP, Amin J, Betenbaugh MP, Fishman PS. Tat-Tetanus Toxin Fragment C: A novel protein delivery vector and its use with photochemical internalization. J Drug Delivery 2013 Aug 21(17) 662-70

92) Tanji H, Koyama S, Wada M, Kawanami T, Kurita K, Tamiya G, Saito N, Suzuki K, Kato T, Anderson KE, Gruber-Baldini AL, Fishman PS, Reich SG, Weiner WJ, Shulman LM. Comparison of caregiver strain in Parkinson's disease between Yamagata, Japan, and Maryland, The United States. Parkinsonism Relat Disord. 2013 Jun;19(6):628-33

93) Shen WB, Plachez C, Chan A, Yarnell D Puche AC, Fishman PS, Yarowsky P. Human neural progenitor cells retain viability, phenotype, proliferation, and lineage differentiation when labeled with a novel iron oxide nanoparticle, Molday ION Rhodamine B. International Journal of Nanomedicine 2013 8:4593-600

94) Schuh RA,  Jackson KC, Schlappal AE, Spangenburg EE, Ward CW, Park JH, Dugger N, Guo LG, Fishman PS. Mitochondrial oxygen consumption deficits in skeletal muscle isolated from an Alzheimer's disease-relevant murine model. BMC Neuroscience 2014 Feb 13;15(1):24. doi: 10.1186/1471-2202-15-24.

95) Matthews CC,  Lovering RM, Bowen TG, Fishman PS.  Tetanus toxin preserves skeletal muscle contractile force and size during limb immobilization. Muscle and Nerve 2014 Mar 3. doi: 10.1002/mus.24231. [Epub ahead of print] PubMed PMID:

96) Salloway S, Sperling R, Fox NC, Blennow K, Klunk W, Raskind M, Sabbagh M, Honig LS, Porsteinsson AP, Ferris S, Reichert M, Ketter N, Nejadnik B, Guenzler V, Miloslavsky M, Wang D, Lu Y, Lull J, Tudor IC, Liu E, Grundman M, Yuen E, Black R, Brashear HR; Bapineuzumab 301 and 302 Clinical Trial Investigators (includes P Fishman). Two phase 3 trials of bapineuzumab in mild-to-moderate Alzheimer's disease. N Engl J Med. 2014 Jan 23;370(4):322-33. doi: 10.1056/NEJMoa1304839. PubMed PMID003A24450891.

97) Matthews CC, Fishman PS, Wittenberg GF. Tetanus toxin reduces local and descending regulation of the H-reflex. Muscle and Nerve 2014 Apr;49(4):495-501

98) Armstrong MJ, Gruber-Baldini AL, Reich SG, Fishman PS, Lachner C, Shulman LM. Which features of Parkinson's disease predict earlier exit from the workforce? Parkinsonism Relat Disord. 2014 Aug 20. pii: S1353-8020(14)00303-4. Doi 10.1016/j.parkreldis.2014.08.005. [Epub ahead of print]

99) Remington R, Bechtel C, Larsen D, Samar A, Doshanjh L, Fishman P, Luo Y, Smyers K, Page R, Morrell C, Shea T.A phase II randomized clinical trial of a nutritional formulation for cognition and mood in Alzheimer's disease. J Alzheimer's 2015;45(2):395-405. doi: 10.3233/JAD-142499. PubMed PMID:25589719.

100) Long AN, Owens K, Schlappal AE, Kristian T, Fishman PS, Schuh RA. Effect of nicotinamide mononucleotide on brain mitochondrial respiratory deficits in an Alzheimer's disease-relevant murine model. BMC Neurology 2015 Mar 1;15:19. doi: 10.1186/s12883-015-0272-x. PubMed PMID: 25884176; PubMed Central PMCID: PMC4358858.

101) Shen WB, Plachez C, Tsymbalyuk O, Tsymbalyuk N, Xu S, Smith A, Michel D, Mullins J, Yarnell D, Gulapalli R,  Puche A, Simard JM, Fishman PS, Yarowsky PJ. Cell-based therapy in TBI: Magnetic retention of neural stem cells in vivo. Cell Transplantation. 2015 Sep 21. doi: 10.3727/096368915X689550. [Epub ahead of print]

PubMed PMID: 26395573.

102) Mentis HM, Shrewbridge R, Powell S, Armstrong M, Fishman P, Shulman L. Co-Interpreting Movement With Sensors: Assessing Parkinson's Patients' Deep Brain Stimulation Programming. Human Computer Interaction 2015 ; 30 Sept 21 DOI:10.1080/07370024.2015.1073592

103) Shen WB, Vaccaro DE, Fishman PS. Groman EV, Yarowsky PJ. SIRB, Sans Iron Oxide Rhodamine B, a novel cross-linked dextran nanoparticle labels human neuroprogenitor and SH-SY5Y neuroblastoma cells and serves as a USPIO cell labeling control. Contrast Media and Molecular Imaging. 2016 May;11(3):222-8. doi:10.1002/cmmi.1684. Epub 2016 Jan 25. PubMed PMID: 26809657.

104) Gramlich PA, Westbroek W, Feldman RA, Awad O, Mello N, Remington MP, Sun Y, Zhang W, Sidransky E, Betenbaugh MJ, Fishman PS. A Peptide-Linked Recombinant Glucocerebrosidase for Targeted Neuronal Delivery: Design, Production, and Assessment. J Biotechnology 2016 Mar 10;221:1-12. doi:10.1016/j.jbiotec.2016.01.015. Epub 2016 Jan 18. PubMed PMID: 26795355.

105) Elias WJ, Lipsman N, Ondo WG, Ghanouni P, Kim YG, Lee W, Schwartz M, Hynynen K, Lozano AM, Shah BB, Huss D, Dallapiazza RF, Gwinn R, Witt J, Ro S, Eisenberg HM, Fishman PS, Gandhi D, Halpern CH, Chuang R, Butts Pauly K, Tierney TS, Hayes MT, Cosgrove GR, Yamaguchi T, Abe K, Taira T, Chang JW. A Randomized Trial of Focused Ultrasound Thalamotomy for Essential Tremor. N Engl J Med. 2016 Aug 25;375(8):730-9. doi: 10.1056/NEJMoa1600159. PubMed PMID: 27557301.

106) Thomas JM, Li T, Yang W, X F, Fishman PS, Smith W.  68 and FX2149 attenuate mutant LRRK2-R1441C-induced neural transport impairment. Frontiers in Neuroscience Research 2017 Jan 10;8:337. doi: 10.3389/fnagi.2016.00337. PubMed PMID: 28119604; PubMed Central PMCID: PMC5222795.

107) Fishman PS, Frenkel V. Focused Ultrasound: An Emerging Therapeutic Modality for Neurologic Disease. Neurotherapeutics 2017 Feb 27. doi:10.1007/s13311-017-0515-1. [Epub ahead of print] PubMed PMID: 28244011.

108) Lachner C, Armstrong MJ, Gruber-Baldini AL, Rezvani Z, Reich SG, Fishman PS, Salazar R, Shulman LM. Discordance between Physician Assessment and Patient-Reported Depressive Symptoms in Parkinson's disease. Journal of Geriatric Psychiatry and Neurology 2017 Jan 1:891988717710335. doi: 10.1177/0891988717710335. [Epub ahead of print] PubMed PMID: 28535723.

109) Fishman PS, Frenkel V. Treating Movement Disorders with Focused Ultrasound. Journal of Central Nervous System Disease  2017 Jun 6;9:1179573517705670. doi: 10.1177/1179573517705670

110) Shen W-B, Anastasiadis P, Nguyen B, Yarnell D, Yarowsky P, Frenkel V, Fishman PS Magnetic enhancement of stem cell targeted delivery into the brain following MR guided focused ultrasound for opening the blood brain barrier. Cell Transplantation 2017 June 30;27(7): 1235–1246

111) Fishman PS. Thalamotomy for Essential Tremor: FDA Approval Brings Brain Treatment with FUS to the Clinic Journal of Therapeutic Ultrasound 2017 Jul 13;5:19. doi: 10.1186/s40349-017-0096-9

112) Alshaikh J, Fishman PS. Revisiting bilateral thalamotomy for tremor. Clinical Neurology and Neurosurgery 2017 Jul;158:103-107. doi: 10.1016/j.clineuro.2017.04.025. Epub 2017 May 1. Review. PubMed PMID: 28505539.

113) Park JW, Elias WJ, Lipsman N, Ondo WG, Ghanouni P, Kim YG, Lee W, Schwartz M,

Hynynen K, Lozano AM, Shah BB, Huss D, Dallapiazza RF, Gwinn R, Witt J, Ro S, Eisenberg HM, Fishman PS, Gandhi D, Halpern CH, Chuang R, Butts Pauly K, Tierney TS, Hayes  MT, Cosgrove GR, Yamaguchi T, Abe K, Taira T, Chang JW. Magnetic Resonance guided Focused Ultrasound for Essential Tremor: 2-year Result. Annals of Neurology 2017 Dec 19. doi: 10.1002/ana.25126. [Epub ahead of print]

114) Fishman PS, Elias WJ, Ghanouni P, Gwinn R, Lipsman N, Schwartz M, Chang JW, Taira T, Krishna V, Rezai A, Yamada K, Igase K, Cosgrove GR, Kashima H, Kaplitt  MG, Tierney TS, Eisenberg HM. Neurologic Adverse Event Profile of MRI-Guided Focused Ultrasound Thalamotomy for Essential Tremor. Movement Disorders (in press)

115) Makar T, Nimmagadda VK, Guda PR, Hampton B, Huang W, Kane MA, Fishman PS, Pessac B, Bever CT, David Trisler D. A subset of mobilized human hematopoietic stem cells express germ layer lineage genes which can be modulated by culture conditions. Stem Cell Research & Therapy (in press).

## Abstracts

Fishman PS, Fambrough DM:  Particle flow in the processes of cultured neurons.  Yearbook of the Carnegie Institute of Washington 70:60-61, 1971.

Fishman PS, Cohen MJ:  Changes in dendritic structure during development and regeneration in identified neurons of the lamprey brain.  Physiologist 17:112, 1974.

Fishman PS, Nilaver G, Kelly JP:  Reactive astrogliosis in a focal process.  Neurosci Abs 9:448, 1983.

Fishman PS:  Late convalescent poliomyelitis: A search for transneuronal degeneration.  Neurology (34 Suppl) 1:146, 1984.

Max SR, Bernard PA, Rance NE, Fishman PS:  Androgen cytosolic receptor number increase after degeneration of rat skeletal muscle.  Neurology (34 Suppl) 1:80, 1984.

Fishman PS and Kelly JP:  Integration of peripheral nerve grafts into glial toxin-treated spinal cords.  Neurosci Abs 10:947, 1984.

Fishman PS:  Long-term changes in the corticospinal tract after spinal cord injury.  Neurology (53 Suppl) 1:125, 1985.

Fishman PS, Gass JG, Swoveland PT, Highkin MD, Weiss SR:  Coronavirus MHV-A59 infects the substantia nigra.  Neurology (35 Suppl) 1:280 (Abs), 1985.

Lavi E, Fishman PS, Highkin MK, Weiss SR:  Limbic encephalitis following inhalation of murine coronavirus MHV-A59.  Neurology (36 Suppl) 1:221, 1986.

Fishman PS:  Pharmacotherapy for nervous system injury.  Abstracts of the 152nd Meeting of the American Association for the Advancement of Science 58, 1986.

Fishman PS, Carrigan DR:  Motoneuron uptake of the C-fragment of tetanus toxin.  Neurology (37 Suppl) 1:163, 1987.

Fishman PS, Savitt JM, Carrigan DR:  Transsynaptic transfer of the binding fragment of tetanus toxin.  Neurosci Abs 13:121, 1987.

Tippett DS, Fishman PS, Panitch HS:  Relapsing transverse myelitis.  Ann Neurol 24:243, 1988.

Fishman PS, Savitt JM, Farrand DA:  C-fragment of tetanus toxin: A non-toxic carrier for delivery of proteins into the central nervous system.  Neurosci Abs 14:631, 1988.

Fishman PS, Farrand DA, Kristt DA:  Presence of IgG in cerebellar Purkinje cells.  Neurology 39 (Suppl 1), 1989.

Fishman PS, Farrand DA, Kristt DA:  Localization of immunoglobulin in the human spinal cord.  Neurology 39 (Suppl 1), 402, 1989.

Paul S. Fishman, M.D., Ph.D.                                                      Page 22
Curriculum Vitae - continued                                                     8/30/2018

Fishman PS, Evans V, Shy ME:  Anti-GD$_{1b}$ antibodies in a patient with motor neuron disease and thyroid adenoma.  Neurology 40 (Suppl 1), 316, 1990.

Burgerman RS, Rigamonti D, Fishman PS, Johnson KP:  Association of cervical spondylosis and multiple sclerosis.  Ann Neurol 28:278, 1990.

Fishman PS, Farrand DA:  Abortive regeneration of cortical projection axons.  Neurosci Abs 16:163, 1990.

Hilt D, Mical T, Farrand D, Fishman P, Kligman D:  Cell type specific expression of phosphomyristin C in glial cell lines and the murine nervous system.  Neurosci Abs 16:649, 1990.

Fishman PS, Wozniak MA, Dwyer B:  Remission of paraneoplastic limbic encephalitis with combined immuno-onco therapy.  Ann Neurol 30:274, 1991.

Fishman PS, Broadwell R, Sofroniew M:  Extracellular pathways for entry of serum proteins in the CNS.  Neurosci Abs 17:240, 1991.

Fishman PS, Parks DA:  Death of cerebral cortical neurons after close axotomy.  Neurosci Abs 18:575, 1992.

Francis JW, Hosler BA, Brown RH Jr., Fishman PS:  Recombinant expression of copper/zinc superoxide dismutase-tetanus fragment C fusion protein in E. Coli.  Neurosci Abs 20:642, 1994.

Fishman PS, Parks DA, Drachman DB:  Motoneuron uptake of IgG in ALS is not an immune specific process.  Neurosci Abst 20:620, 1994.

Zhang XF, Elliott EJ, Parks DA, Fishman PS:  BFGF induces astrogliosis in adult mouse brain.  Neurosci Abs 20:1095, 1994.

Fishman PS, Savitt JM, Parks DA, Figueiredo D, Dougan G, Hallewell RA:  Superoxide dismutase/tetanus toxin fragment C hybrids for delivery of enzyme to the nervous system.  Neurosci Abs 21:561, 1995.

Elliott EJ, Parks DA, Fishman PS:  GAP-43 mRNA levels are unchanged by proximal axotomy in mouse cortical neurons.  Neurosci Abs 21:1076, 1995.

Fishman PS, Parks DA, Patwardhan AJ.  Protein delivery to neurons:  Tetanus toxin compared to its ganglioside binding fragment (fragment C).  Neurosci Abs 22:1705, 1996.

Elliott EJ, Parks DA, Fishman PS.  Alpha tubulin mRNA levels are unchanged by proximal axotomy in mouse cortical neurons.  Neurosci Abs 22:1017, 1996.

Matthews CC, Wollack JB, Figueiredo DM, Fishman PS.  Suitability of N18-RE105 cells as models for the study of tetanus based delivery of therapeutic proteins.  Neuroscience Abstracts, 23:880.11, 1997.

Fishman PS, Figueiredo DM, Parks DA, Matthews CC, Collin KD.  Proteolysis of beta-amyloid by bacterial thermolysin.  Neuroscience Abstracts, 24:107.11, 1998.

Figueiredo DM, Matthews CC, Parks DA, Fairweather NF, Dougan G, Fishman PS.  Interaction of tetanus toxin derived hybrid proteins with neuronal cells.  Neuroscience Abstracts, 24:713.9, 1998.

Tsai YC, Thakor NV, Fishman PS, Oyler GA.  Parkin Facilitates the Degradation of Misfolded Proteins.  Society for Neuroscience Meeting, Nov 2001 (Platform Presentation).

Oyler GA, Tsai YC, Zou S, Fishman PS, Clark M, Adler M.  Development of a Cell-based High-Throughput Screening System for Inhibotrs of Botulinum Neurotoxins.  Meeting of the Interagency Botulinum Research Coordinating Committee, Oct 2001.

Fishman PS, Parks DA, Matthews CC,  Fairweather N.  Retrogade transport of tetanus toxin fragement C is not blocked by vaccination.  Abstracts of Society of Neuroscience 31st Annual Meeting, Nov 2001

Paul S. Fishman, M.D., Ph.D.                                                                 Page 23
Curriculum Vitae - continued                                                          8/30/2018

Tsai YC, Bhattacharjee N, Oyler GA, Thakor NV. Genetic Control of Neurons in Microsystems. ICBME, Dec 2002.

Tsai YC, Fishman PS, Oyler GA.  Role of Parkin in Proteasome Function.  NYAS Conference on Parkinson's Disease:  The Life Cycel of the Dopamine Neuron, Sep 2002.

Oyler GA, Tsai YC, Kincaid R, Adler M, Clarke M, Sheridan R, Thompson C, Neil EA, Fishman PS.  Extracellular Delivery of Engineered SNAP-25 Reverses BoNT/A and /E Intoxication. International Conference on Basic and Therapeutic Aspects of Botulinum and Tetanus Toxins, Jun 2002.

Tsai YC, Kincaid R, Fishman PS, Oyler GA.  Successful delivery of botulinum light chains using sindbis virus vectors.  Gordon Research Conference on New Frontiers in Chemical and Biological Terrorism Defense, Mar 2002.

Messmer K, Matthews CC, Parks D, Remington M, Oyler GA, Fishman PS.  Neuroprotection by GPT and TTC-GPT in spinal cord. Abstracts of the Society for Neuroscience 33rd Annual Meeting, 2003

Tsai YC, Fishman, PS, Thakor NV, Oyler GA. Parkin facilitates the degradation of expanded polyglutamine proteins.  Cold Spring Harbor Laboratory Meeting on The Ubiquitin Family, Apr 2003.

Matthews C, Oyler G, Remington M, Bowen T, Parks D, Fishman.  A streptavidin-tetanus toxin C fragment fusion protein for the delivery of biotinylated molecules to neurons, Neuroscience Abstracts 2004

Haines S, Chen H, Anderson KE, Fishman PS, Shulman LM, Weiner WJ, Reich SG, Disclosing the Diagnosis of Parkinson's Disease" Patient Experiences, Movement Disorders 2004;19:1126-1127.

Oyler GA, Mesmer K, Tsai YC, Frost DO, Fishman PS.  Decreased aggregation of polyglutamine expanded huntingtin in presence E4s.  Abstract for Society of Neuroscience 34th Annual Meeting,  2004

Messmer K, Oyler GA, Tsai YC, Fishman PS, Frost DO.  Ubiquination regulates trkB receptor signaling. Abstracts for Society for Neuroscience 34th Annual Meeting 2004

Shulman LM, Anderson KE, Vaughn CG, Fishman PS, Reich SG, Weiner WJ.  Impact of symptoms of advanced Parkinsons Disease on daily function and quality of life.  Neurol 63 (Suppl 1) 2004.

Malecki EA, Vaughn CG, Anderson KE, Fishman PS, Reich SG, Weiner WJ, Shulman LM. What symptoms's are most troubling to patients with Parkinson's Disease.  Neurol 63 (Suppl 1) 2004.

Ay I, Benn SC, Chian R, Celia S, Fishman PS, Brown Jr  RH, Francis JW.  Targeted delivery of SOD-1 to CNS Neurons.  Abstracts of Society of Neuroscience 34th Annual Meeting  2004.

Matthews CC, Remington M, Bowen T, Parks DA, Fishman PS.  Neuroprotection by the bacterial isoform of glutamic acid decarboxylase.  Abstracts of the Society of Neuroscience 34th Annual Meeting  2004.

Shum TS, Oyler GA, Skidmore F, Tsai YC, Fishman PS.  Induction of tyrosine hydroxylase by Nurr-1 . Abstracts of the Society for Neuroscience 34th Annual Meeting 2004.

Shulman LM, Gruber-Baldini AL, Anderson KE, Vaugh CG, Fishman PS, Reich SG, Weiner WJ. Evolution of disability in Parkinson's Disease.  Neurology 64 (Supp1) A395, 2005.

Shulman LM, Oh S, Anderson KE, Gruber-Baldini A, Fishman PS, Reich SG, Weiner WJ. Comparison of disability and quality of life in chronic neurological disorders.  Annals of Neurology 58(suppl 9)S55, 2005

Paul S. Fishman, M.D., Ph.D.                                                                          Page 24
Curriculum Vitae - continued                                                                        8/30/2018

Anderson KE, Gruber-Baldini AL, Vaugh CG, Reich SG, Shulman LM, Fishman P, Weiner WJ. Impact of psychogenic movement disorders on psychiatric co-morbidity, disability and quality of life compared to Parkinson's Disease.  Neurology 64 (Suppl 1) A419, 2005.

Fishman PS, Skidmore S, Messmer K, Oyler GA.  Induction of dopaminergic differentiation in cell lines and embryonic stem cells by introduction of the transcription factor Nurr1 Neurology 64 (Suppl1) A90, 2005.

Skidmore F, Trisler GD, Messmer K, Matthews CC, Fishman PS. A comparison of the vital dye Cell Tracker Orange and transgenic GFP label.Abstracts of the Society for Neuroscience 35th Annual Meeting Washington, DC Nov, 2005

Messmer K, Remington M, Skidmore F, Fishman PS : Dopaminergic differentiation of cell lines and embryonic stem cells. Abstracts for Society for Neuroscience 35th AnnualMeeting, Washington D.C., 2005

Reich SG, Haines S, Chen H, Anderson KE, Fishman PS and Shulman LM, Disclosing the diagnosis of Parkinson's disease, Movement Disorders 2006;21(suppl 13):S13.

Shulman LM, Anderson KE, Gruber-Baldini AL, Reich SG. Fishman PS and Weiner WJ, Disease-specific or Co-morbid factors- Which has the greatest impact on quality of life in Parkinson's disease?, Neurology 2006,66(Suppl 2):A116.

Shulman LM, Baumgarten M, Gruber-Baldini AL, Anderson KE, Shardell M, Fishman PS, Reich SG, Weiner WJ, Racial and Socioeconomic Disparities in Elderly Patients with Parkinsonism, Movement Disorders 2006;21(9):1549.

Tanji H, Pretzer-Aboff I, Gruber-Baldini AL, Anderson KE, Reich SG, Fishman PS, Weiner WJ, Shulman LM, Comparison of Performance Measures for Assessment of Gait, Balance and Mobility in Patients with Parkinson's Disease, Movement Disorders 2006; 21(Suppl 15): S507.

Shulman LM, Anderson KE, Gruber-Baldini AL, Reich SG, Fishman PS, Weiner WJ, Disease-Specific of Co-morbid Factors- Which has the Greatest Impact on Disability in Parkinson's Disease", Movement Disorders 2006; 21(Suppl 15): S509.

Fishman PS, Yarnell DA, Matthews CC. Local tetanus in vaccinated animals Abstracts of the Society for Neuroscience 36th Annual Meeting, Atlanta GA October, 2006,

Messmer K, Remington M, Fishman PS. Expression of bHLH transcription factors and neuronal differentiation. Abstracts of the Society for Neuroscience Annual Meeting, Atlanta GA, October, 2006,

Matthews CC, Schuh RA, Fishman PS.  Synergistic effect on neuronal cell death of the pesticide rotenone in the presence of excitotoxins on organotypic rat hippocampal slice cultures. (Winner of the Bern Schwetz Award from the SOT.) Society of Toxicology Annual Meeting May, 2007

Shulman LM, Gruber Balidini AL, Anderson KE, Fishman PS, Reich SG and Weiner WJ, What is a Clinically Meaningful Difference In the UPDRS?, Neurology 2007;68(Suppl 1):A100-101.

Shulman LM, Baumgarten M, Gruber-Baldini AL, Anderson KE, Shardell M, Fishman PS, Reich SG, Weiner WJ, Racial and Socioeconomic Disparities in Parkinsonism, Neurology 2007;68(Suppl 1):A104.

Tanji H, Gruber-Baldini AL, Anderson KE, Reich SG, Fishman PS, Weiner WJ and Shulman LM, Accuracy of Patient versus Spousal Reports of Disability in Parkinson's Disease, Poster Presentation at 11th International Congress of Parkinson's Disease and Movement Disorders, Istanbul, Turkey, June, 2007.

Schuh RA, Mathews CC, Fishman PS; Synergistic effect of the pesticide rotenone in the

presence of excitotoxins on organotypic rat hippocampal slice cultures. Society for Neuroscience Annual Meeting, San Diego Nov 06, 2007

Matthews CC, Fishman PS, Carlsen RC, Bowen TG. Tetanus toxin prevents skeletal muscle disuse atrophy. Society for Neuroscience Annual Meeting, San Diego Nov 06, 2007

Shulman L, Gruber-Baldini A, Anderson K, Fishman P ,Reich S , Weiner W. What Parkinson's Disease Subtypes Are Associated with Greatest Disability? American Acaademy of Neurology Annual Meeting, Chicago IL, April 2008

Mitchell SB, Mullins RJ, Anderson K, Gruber-Baldini A, Hill T, Tanji H, Fishman P, Reich S, Weiner W, Shulman L. What Is the Role of Spirituality or Religiosity in Parkinson's Disease? American Academy of Neurology Annual Meeting, Chicago IL, April 2008

Robottom BJ, Anderson K, Mullins RJ, Tai A, Gruber-Baldini A, Fishman P, Reich S, Weiner W, Shulman L. What Determines Resilience in Patients with Parkinson's Disease? American Academy of Neurology Annual Meeting, Chicago IL, April 2008

Anderson K, Gordon E, Mullins RJ, Gruber-Baldini A, Fishman P, Reich S, Weiner W, Shulman L. How Do Behavioral Symptoms Impact on Disability and Quality of Life in Huntington's Disease? American Academy of Neurology Annual Meeting, Chicago IL,April 2008

Schuh R, Kristian T, Matthews C, Fishman P. Mitochondrial Respiratory Inhibitors Sensitize Organotypic Hippocampal Slice Cultures to Excitotoxicity-Induced Cell Death 47th Annual Meeting of the Society of Toxicology, Seattle, Washington, March, 2008.

Morris JD, Miller RR, Anderson KE, Fishman PS, Shulman LM , Weiner WJ, Reich SG The circumstances associated with falls in Parkinson's disease. 12th International Congress on Parkinson's and Movement Disorder of the Movement Disorders Society. Chicago IL June 2008

Tanji H, Hill TA, Gruber-Baldini AL,. Mitchell SB, , Anderson KE, , Reich SG, Fishman PS, , Weiner WJ Shulman LM. Detecting early changes of functional status in Parkinson's disease. 12th International Congress on Parkinson's and Movement Disorder of the Movement Disorders Society. Chicago IL June 2008

Anderson KE, Gruber-Baldini AL, Mullins JR, Reich SG, Fishman PS, Weiner WJ, Shulman LM. Self-efficacy −a marker for psychogenic movement disorders. 12th International Congress on Parkinson's and Movement Disorder of the Movement Disorders Society. Chicago IL June 2008

Robottom B, Anderson KE, Mullins JR, Fishman PS, Reich SG, Weiner WJ, Shulman LM. Do personality traits increase the risk of apathy in Parkinson's disease? 12th International Congress on Parkinson's and Movement Disorder of the Movement Disorders Society. Chicago IL June 2008

Gillmeister MG, Remington M, Bowen TG, Parks DA, Betenbaugh MJ, Fishman PS. Distribution of fluorescently labeled proteins linked to a cell penetrating peptide in neuronal cell lines Society for Neuroscience Annual Meeting Washington DC Nov 15, 2008

R. Schuh, P. Fishman. Reactive Oxygen Species Produced by Mitochondrial Respiratory Inhibitors Potentiates Excitotoxicity-Induced Cell Death in Organotypic Hippocampal Slice Cultures. Presented at Society of Toxicology annual meeting, Baltimore, MD March 2009.

R. Schuh, P. Fishman EUK 134 and sulforaphane protect against reactive oxygen species produced by mitochondrial respiratory inhibitors and decreases microglial activation in organotypic hippocampal slice cultures. Society for Neuroscience Annual Meeting,

Chicago, IL October 2009:

Medalie JB, Mitchell SB, Gruber-Baldini AL, Mullins JR, Anderson KE, Reich SG, Fishman PS, Weiner WJ, and Shulman LM, Discordance between Physician and Patient Recognition of Motor Fluctuations in Parkinson's Disease, Presented International Congress of Movement Disorders, Paris, France, June 2009, Movement Disord 2009; 24(1): S539.

Shulman LM, A Gruber-Baldini, K Anderson, P Fishman, S Reich, W Weiner, Longitudinal Assessment of a Clinically Meaningful Difference in the UPDRS. American Academy of Neurology Annual Meeting, Seattle, April 2009

Gillmeister MG, Remington MP, Parks DA, Bowen TG, Betenbaugh MJ, Fishman PS. Expression of TAT-NeuroD2 for transduction and differentiation of neuronal cells. Society for Neuroscience Annual Meeting, Chicago, IL October 2009:

Schuh R, Schlappal A, Fishman P. Mitochondrial Dysfunction in an APP/PS1 Mouse Model of Alzheimer's Disease. Society of Toxicology Annual Meeting, Salt Lake City, Utah March 2010.

Shulman LM, Gruber-Baldini AL, Anderson KE, Robottom B, Fishman PS, Reich SG, and Weiner WJ. What Features of Parkinson Disease Impact Disability and Quality of Life? World Parkinson Congress, Glasgow, Scotland, September 2010 Movement Disorders,2010; 25(Suppl);S706

Schuh R, Schlappal A, Kristian T, Fishman P. Mitochondrial dysfunction and amyloid plaque burden in an APP/PS1 double transgenic mouse model of Alzheimer's disease Society for Neuroscience Annual Meeting, San Diego CA, October 2010.

Shulman LM, Gruber-Baldini AL, Anderson KE, Fishman PS, Robottom B, Reich SG, Weiner WJ. Increased Reporting of Somatic Symptoms Independently Predicts Disability and Quality of Life in Parkinson Disease. American Academy of Neurology Annual Meeting, Honolulu Hawaii, April 2011.

Shulman LM, Katzel LI, Ivey FM, Sorkin JD, Smith BA, Anderson KE, Hill T, Hammers J, Fishman PS, Robottom B, Reich SG, Weiner WJ, Macko RF. Exercise and Gait-Related Disability in Parkinson Disease, American Academy of Neurology Annual Meeting, Honolulu Hawaii, April 2011.

Shea TB, Remington R, Bechtel C, Lortie JJ, Hoffmann H, Smyers K, Dosanjh L, Luo Y, Fishman P, Monnot M, Samar A. Efficacy of a nutriceutical formulation on cognitive performance and function in MCI and AD. International Congress on Alzheimer's disease. Paris France July 2011

Schubert M, Fishman PS. Expression of the Transcriptional Co-Activator PGC1a by a Lentiviral Vector in Human Neural Progenitor Cells Arrests Cell Proliferation, Induces b-tubulin III Expression and Causes a Microtubule Catastrophe – At the Intersection of Energy Production and Microtubule Stability? American Society for Gene and Cell Therapy. Philadelphia, PA. May 2012

Figari R, Anderson KE, Gruber-Baldini AL, Reich SG, Fishman PS, Shulman LM. Comparison of Quality of Life and Disability in Three Different Dementias. American Academy of Neurology Annual Meeting, New Orleans, LA, May 2012

Figari R, Anderson KE, Gruber-Baldini AL, Reich SG, Fishman PS, Shulman LM. Comparison of Quality of Life and Disability in Parkinsonian Syndromes American Academy of Neurology Annual Meeting, New Orleans, LA, May 2012

Perry C, Holmes K, Anderson K, Gruber-Baldini A, Fishman P, Shulman L, Weiner W, Reich S, Are Patients with Psychogenic Movement Disorders More Likely to be Healthcare Workers? American Academy of Neurology 64th Annual Meeting, New

Orleans 2012.

Shulman L, Gruber-Baldini A, Anderson K, Figari-Jordan R, Fishman P, Reich S, Weiner W, Is Quality of Life Affected Equally by Decline and Improvement in Parkinson Disease Severity? American Academy of Neurology 64th Annual Meeting, New Orleans 2012.

Morrow C, Smentkowski K, Schwartz S, Gruber-Baldini A, Anderson K, Weiner W, Reich S, Shulman L, Does Spouse Participation Influence Quality of Life Reporting in Patients with Parkinson's Disease? Presented at the American Academy of Neurology 64th Annual Meeting, New Orleans 2012.

Holmes K, Chen K, Figari R, Fishman P, Anderson K, Shulman L, Weiner W, Reich S, Do patients with parkinsonism use properly sized canes? Movement Disorder Society Annual Meeting, Dublin Ireland, June 2012

Figari R, Anderson KE, Gruber-Baldini AL, Reich SG, Fishman PS, Shulman LM. Motor Asymmetry in Parkinson's disease (PD)- What is the impact on Impairment, Disability and Quality of Life Movement Disorder Society Annual Meeting, Dublin Ireland, June 2012

Figari-Jordan R, Gruber-Baldini A, Anderson K, Armstrong M, Fishman P, Reich S, Weiner W, Shulman L, Does motor asymmetry predict impairment, disability or quality of life in PD?, Mov Disord 2012;27(4):e13.

Gramlich PA, Betenbaugh MJ, Fishman PS. Tat-Tetanus Toxin Fragment C: A Novel Protein Delivery Vector and Its Use with Photochemical Internalization. Interagency Botulism Research Consortium Conference, Baltimore MD, July 2012

McAllister ML, Gruber-Baldini AL, Anderson KE, Reich SG, Fishman PS, Weiner WJ, Armstrong M, Shulman LM. "Levodopa Improves Psychiatric Symptoms of Parkinson's Disease More Than Dopamine Agonists" Neurology 2013;80(suppl 1):S04.195

Salazar-Montero R, Gruber-Baldini AL, Anderson KE, Reich SG, Fishman PS, Weiner WJ, Armstrong M, Shulman LM. Discordance between Physician Assessment and Patient-Reported Depressive Symptoms in Parkinson's Disease" Neurology 2013;80(suppl 1):S03.002

Akinwale A, Holmes K, Armstrong M Gruber-Baldini AL, Anderson KE, Reich SG, Fishman PS, Weiner WJ, Shulman LM. Assessing Prevalence and Efficacy of Medication Management Aids in Patients with Parkinson's Disease. Neurology 2013;80(suppl 1):P02.086

Salazar-Montero R, Chai TC, Fishman PS, Eisenberg H, Reich SG. Acute Lower Urinary Tract Dysfunction after Bilateral STN Deep Brain Stimulation Surgery for PD. 17th International Congress on Parkinson's Disease and Movement Disorders, Sydney, Australia, June 2013.

Gramlich PA, Betenbaugh MJ, Fishman PS. Use of Ganglioside Binding TET1 Peptide and Cell Penetrating Peptide TAT to Deliver Recombinant Glucoceribrosidase to the CNS. Interagency Botulism Research Consortium Conference, Annapolis MD, October 2013

C Lachner, M Armstrong, A. L. Gruber-Baldini, E. A. Barr, PS Fishman, S Reich, WJ. Weiner, L Shulman. What Level of Parkinson's Disease Severity Is Associated with Significant Differences in Cognitive Function? Abstracts of the American Academy of Neurology Annual Meeting, April 2014

M Armstrong, , E. A. Barr, A. L. Gruber-Baldini, S Reich, C Lachner PS Fishman, , L Shulman. Association of Cognitive Screening Tests with Disability in Parkinson's Disease Abstracts of the American Academy of Neurology Annual Meeting, April 2014

R Salazar, T Chai, PS Fishman, H Eisenberg, S Reich Acute Lower Urinary Tract Dysfunction After Bilateral STN Deep Brain Stimulation Surgery For PD: Case Reports And Literature Review. Abstracts of the American Academy of Neurology Annual Meeting, April 2014

J Martello, M Armstrong, A Gruber-Baldini, EA. Barr, S Reich, P Fishman, L Shulman. Determinants of the Frequency of Post-Operative DBS Office Visits. Abstracts of the American Academy of Neurology Annual Meeting, April 2014

Paul S. Fishman, M.D., Ph.D.                                                                              Page 28
Curriculum Vitae - continued                                                                             8/30/2018

M Armstrong, A Gruber-Baldini, S Reich, C Lachner, K Anderson, P Fishman, L Shulman
      What Are the Determinants of Leaving the Workforce in Parkinson's Disease?  Abstracts of the
      American Academy of Neurology Annual Meeting, April  2014
Mello N, Gramlich P, Remington M, Fishman PS. Rabies glycoprotein derived peptide shows higher
      capacity for delivery model-protein GFP than tetanus toxin fragment C, Tat, and Tet-1
      Society of Neuroscience Abstracts 2014.


# BOOK REVIEW

Fishman PS.  Review of Neurological Aspects of Substance Abuse by John C.M. Brust,
      Electroenceph. Clin. Neurophysiol. (1994).

# PATENTS AWARDED

Brown RH, Fishman PS, Francis JW, Hosler BA. Superoxide dismutase/tetanus toxin fragment
      hybrid protein 1998
Kincaid RL, Oyler GA, Tsai YC, Fishman PS. Method for identifying inhibitors of botulinum
      neurotoxin. October 19, 2009

# PUBLISHED PATENTS

Francis JW, Brown RH Jr., Fishman PS. Delivery of therapeutics to the brain and spinal cord.
      November 2, 2006
Francis JW, Brown RH Jr., Murphy JR, Vanderspeck JC, Oyler GA, Fishman PS. Fusion proteins
      that specifically inhibit protein synthesis in neuronal cells. Filed November 2000
Yarowsky PJ, Fishman PS, Puche A, Shen W-B, Targeted delivery to the brain of magnetically
      labeled stem cells, Filed September 17,2010, Published March 2011
Fishman PS.  Therapeutic uses of tetanus toxin. Filed August 2006, Published July2010

# INVITED PRESENTATIONS

"Dendritic Morphology of Lamprey Mueller Cells."  Eastern Neuroscience Society, Washington,
      DC, April, 1983.
"Changes in Dendritic Structure during Development and Regeneration of Identified Neurons of
      the Lamprey Brain."  American Society of Physiology, Albany, NY, May, 1974.
"Regeneration of Severed Spinal Tracts."  Neurology Grand Rounds, University of Maryland,
      Baltimore, MD, June, 1983.
"Corticospinal Degeneration in Amyotrophic Lateral Sclerosis."  American Academy of
      Neurology, Boston, MA, April, 1984.
"Histology Techniques in Experimental Pathology."  National Society for Histotechnology,
      Timonium, MD, June, 1984.
"Coronavirus Encephalitis Involving the Basal Ganglia."  Department of Microbiology, University
      of Pennsylvania, Philadelphia, PA, December, 1984.
"Parkinsonism."  Maryland Academy of Family Physicians, Easton, MD, March, 1985.
"Parkinson's Disease."  Grand Rounds, Perry Point VAMC, Perryville, MD, July, 1985.
"Dementia."  Grand Rounds, Perry Point VAMC, Perryville, MD, July, 1985.
"Pathology of Neural Transplantation."  Department of Neuropathology, Armed Forces Institute
      of Pathology, Washington, DC, August, 1985.

Paul S. Fishman, M.D., Ph.D.                                                                 Page 29
Curriculum Vitae - continued                                                              8/30/2018

"Current Concepts in Parkinson's Disease."  Grand Rounds, Delaware State Hospital, New Castle,
    DE, October, 1985.
"Causes and Treatments of Parkinson's Disease."  Delaware Psychiatric Society, Wilmington, DE,
    November, 1985.
"Neurodegenerative Disease."  M.D./Ph.D. Program, University of Maryland, Baltimore, MD,
    December, 1985.
"Parkinson's Disease."  Medical Grand Rounds, University of Maryland, Baltimore, MD,
    February, 1986.
"Treatment of Parkinson's Disease."  Sandoz Symposium on Parkinson's Disease, Baltimore, MD,
    March, 1986.
"Treatment of Parkinson's Disease."  Sandoz Symposium on Parkinson's Disease, Alexandria, VA,
    April, 1986.
"Upper Motor Neuron Disease in ALS."  Neurology Grand Rounds, Thomas Jefferson University,
    Philadelphia, PA, April, 1986.
"Pharmacotherapy of Brain Injury."  Annual Meeting of the American Association for the
    Advancement of Science, Philadelphia, PA, May, 1986.
"Current Therapy of Parkinson's Disease."  Medical Grand Rounds, District of Columbia General
    Hospital, Washington, DC, October, 1986.
"Transsynaptic Uptake in Motoneuron Disease."  Neurology Grand Rounds, New Jersey Medical
    School, Newark, NJ, January, 1987.
"Neural Transplantation."  Neurology Grand Rounds, Robert Wood Johnson Medical School,
    New Brunswick, NJ, January, 1987.
"Diagnosis and Management of Motor Neuron Disease."  Medical Grand Rounds, Baltimore
    VAMC, Baltimore, MD, February, 1987.
"Poliomyelitis, Tetanus and the Pathogenesis of ALS."  Neurology Grand Rounds, University of
    Maryland, Baltimore, MD, February, 1987.
"Update on Parkinsonism."  Neurology Grand Rounds, George Washington University Medical
    Center, Washington, DC, March, 1987.
"Etiology and Treatment of Parkinson's Disease."  Neurology Grand Rounds, Washington
    VAMC, Washington, DC, April, 1987.
"Parkinson's Disease."  Neurology and Music at Maryland Program, Baltimore, MD, February,
    1988.
"Parkinson's Disease."  Department of Family Medicine, University of Maryland, Baltimore, MD,
    March, 1988.
"Evaluation of Altered Mental Status."  Dean's Conference, University of Maryland, Baltimore,
    MD, October, 1988.
"The Neurological Examination."  Neurology and Music at Maryland Program, Baltimore, MD,
    November, 1989.
"Management of the Patient with Parkinson's Disease."  Baltimore County Department of Aging,
    Baltimore, MD, February, 1990.
"Human Fetal Tissue Transplantation for Parkinson's Disease."  WBAL TV, Baltimore, MD,
    February, 1990.
"Current Understanding of Alzheimer's Disease."  WJZ TV, Baltimore, MD, April, 1990.
"Treatment of Parkinson's Disease."  Medical Grand Rounds, Baltimore VAMC, Baltimore, MD,
    April, 1990.
"Alzheimer's Disease and Parkinson's Disease - Major Problems of the Elderly."  WCBM Radio,
    Baltimore, MD, May, 1990.

"Current Concepts of Parkinson's Disease."  Department of Health and Mental Hygiene, State of Maryland, September, 1990.

"Treatment of Spinal Cord Injury."  Fidia Pharmaceutical Corporation, Washington, DC, November, 1990.

"Parkinson's Disease and Aging."  Division of General Internal Medicine and Geriatrics, University of Maryland, Baltimore, MD, January, 1991.

"Current Treatment of Parkinson's Disease."  Department of Family Medicine, University of Maryland, Baltimore, MD, March, 1991.

"Understanding Alzheimer's Disease - Implications for Diagnosis."  Medical and Chirurgical Faculty of Maryland, Baltimore, MD, May, 1991.

"Diagnosis and Treatment of Parkinson's Disease."  Grand Rounds, Kent and Queen Anne Hospital, Chestertown, MD, May, 1991.

"Psychiatric Aspects of Parkinson's Disease."  Grand Rounds, Spring Grove State Hospital, Catonsville, MD, June, 1991.

"Environmental Toxins and Neurodegenerative Disease."  Grand Rounds, Peninsula General Hospital, Salisbury, MD, August, 1991.

"Dementia with Parkinson's Disease."  Maryland Gerontological Association Annual Meeting, October , 1991.

"Understanding Alzheimer's Disease."  WLIF Radio, Baltimore, MD, November, 1991.

"What is Alzheimer's Disease?"  WPOC Radio, Baltimore, MD, November, 1991.

"What's New in Research on Alzheimer's Disease."  Annual Symposium of the Alzheimer's Disease Association (Maryland Chapter), November, 1991.

"Paraneoplastic Syndromes."  Neuroimmunology Symposium, University of Maryland, Baltimore, MD, November, 1991.

"Environmental Toxins and Neurological Disease."  Grand Rounds, Harford Community Hospital, Havre de Grace, Maryland, March, 1992.

"Effects of Systemic Cancer on the Nervous System."  Medical Grand Rounds, Baltimore VAMC, Baltimore, MD, June, 1992.

"Current Understanding of Alzheimer's Disease."  Neurology Grand Rounds, National Naval Medical Center, Bethesda, MD, June, 1992.

"Focus on Alzheimer's Disease."  WBAL TV, Baltimore, MD, June, 1992.

"Aging and Alzheimer's Disease."  Rosemont Seniors Center, Baltimore, MD, August, 1992.

"Diagnosis and Treatment of Alzheimer's Disease."  Grand Rounds, John F. Kennedy Medical Center, NJ, March, 1993.

"Magnetic Stimulation of the Nervous System."  Department of Biomedical Engineering, Johns Hopkins Medical School, Baltimore, MD, March, 1993.

"Update on Alzheimer's Disease."  Grand Rounds, Hunterdon Medical Center, NJ, March, 1993.

"Recent Progress in ALS and Huntington's Disease."  WBAL Radio, Baltimore, MD, May, 1993.

"Current Management of Alzheimer's Disease."  Grand Rounds, Malcolm Grow Medical Center, Washington, D.C., August, 1993.

"Tacrine in the Treatment of Alzheimer's Disease."  WMAR TV, Baltimore, MD, September, 1993.

"Neurologic Aspects of Alzheimer's Disease."  Maryland Gerontological Association, October, 1993.

"Management of Patients with Alzheimer's Disease."  Peninsula General Hospital, Salisbury, MD, October, 1993.

"Therapeutic Strategies in Alzheimer's Disease."  Grand Rounds, Thomas Jefferson University
     Hospital, Philadelphia, PA, January, 1994.
"Treatment of Alzheimer's Disease."  WCBM Radio, Baltimore, MD, June, 1994.
"Movement Disorders in the Elderly."  Grand Rounds, Holy Cross Medical Center, Silver
     Springs, MD, June, 1994.
"Alzheimer's Disease."  WEAA Radio, Baltimore, MD, September, 1994.
"Acute Management of Dementia."  Maryland Society of Emergency Room Nurses, October,
     1994.
"Understanding Alzheimer's Disease."  WLIF Radio, Baltimore, MD, February, 1995.
"Medical Management of Alzheimer's Disease."  Grand Rounds, Franklin Square Hospital,
     Baltimore, MD, April, 1995.
"Management of Parkinson's Disease."  Conference on Therapeutic Dilemmas in the Geriatric
     Patient, University of Maryland School of Pharmacy, Baltimore, MD, April, 1995.
"Recent Progress in Alzheimer's Disease."  Grand Rounds, Southern Maryland Hospital Center,
     Clinton, MD, June, 1995.
"Early Diagnosis of Parkinson's Disease."  WBAL TV, Baltimore, MD, July, 1995.
"Management of Alzheimer's Disease."  Grand Rounds, Welbourne Medical Center, Evansville, IN,
     July, 1995.
"Alzheimer's Disease."  WBFF TV, Baltimore, MD, August, 1995.
"Molecular Delivery Systems for Neurological Disease."  Grand Rounds, Department of
     Neurology, University of Maryland Hospital, Baltimore, MD, December, 1995.
"Treatment of Parkinson's Disease."  St. Agnes Medical Center, Baltimore, MD, January, 1996.
"Management of Parkinson's Disease."  Topics in Rehabilitation, Baltimore, MD, February, 1996.
"Early Diagnosis of Alzheimer's Disease."  WMAR TV, Baltimore, MD, March, 1996.
"What's New in Alzheimer's Research."  Dilemmas in Dementia Symposium, Baltimore VA
     Medical Center, Baltimore, MD, March, 1996.
"Clostridial Toxin Based Vectors for Protein Delivery to the Nervous System."  Institute for
     Neurobiology, San Juan, P.R., April, 1996.
"Tremors."  Annual Family Medicine Review Course, Ocean City, MD, June, 1996.
"Dementia and Its Management."  WCBM Radio, Baltimore, MD, September, 1996.
"Diagnosis and Treatment of Parkinson's Disease."  Grand Rounds, Kernan Hospital, Baltimore,
     MD, September, 1996.
"Progress in Alzheimer's Disease."  Grand Rounds, Holy Cross Hospital, Silver Spring, MD,
     January, 1997.
"Diagnosis and Treatment of Alzheimer's Disease."  Grand Rounds, Franklin Square Hospital,
     Baltimore, MD, January, 1997.
"Treatment of Alzheimer's Disease."  Grand Rounds, Perry Point VAMC, Perryville, MD, March,
     1997.
"Diagnosis and Treatment of Alzheimer's Disease."  Grand Rounds, Wyman Park Hospital,
     Baltimore, MD, March, 1997.
"Dementia."  St. Joseph's Hospital, Baltimore, MD, March, 1997.
"Tetanus Toxin Fragments as a Delivery System to Neurons."  Neurex Corporation, Menlo Park,
     CA, April, 1997.
"Consent for Emergency Research."  WJZ TV, Baltimore, MD, April, 1997.
"Recent Developments in Alzheimer's Disease."  WJHU Radio, Mark Steiner Show, Baltimore,
     MD, April, 1997.

Paul S. Fishman, M.D., Ph.D.                                                          Page 32
Curriculum Vitae - continued                                                          8/30/2018

"Fragment C Compared to Tetanux Toxin as a Vector for Neuronal Delivery."  Second
     International Meeting on the Molecular Genetics and Pathogenesis of Clostridia, Onzain,
     France, June, 1997.
"Neuroscience Research and Native American Art."  IDEA TV. Brazil, December, 1997.
"Research Update on Alzheimer's Disease."  Maryland Geroutological Society, Baltimore, MD,
     December, 1997.
"Alzheimer's Disease."  WEAE Radio, Baltimore, MD, January, 1998.
"Diagnostic Tests for Alzheimer's Disease."  Maryland Neurological Society, Baltimore, MD,
     February, 1998.
"Mechanisms of Neurodegenerative Diseases."  Peter Lamy Memorial Symposium, Baltimore,
     MD, April, 1998.
"Update on Parkinson's Disease."  Grand Rounds, St. Joseph's Hospital, Baltimore, MD, May,
     1998.
"Management of Parkinson's Disease."  St. Agnes Hospital, Baltimore, MD, May, 1998.
"Management of Alzheimer's Disease."  Grand Rounds, Harbor Hospital, Baltimore, MD, June,
     1998.
"Parkinson's Disease."  Grand Rounds, Anne Arrundel Hospital, Annapolis, MD, June, 1998.
"Atypical Parkinsonism." Grand Rounds, Christiana Hospital, Wilmington, DE, September, 1998.
"Diagnosis and Management of Alzheimer's Disease."  Fairfax Hospital, Fairfax, VA, November,
     1998.
"Parkinson's Disease." Grand Rounds, Hanover Hospital, Hanover, PA, January, 1999.
"Management of Parkinson's Disease"  Grand Rounds Mercy Medical Center, Baltimore, MD
     February 1999.
"New Treatmensts for Parkinson's Disease"  Grand Rounds, Harrisburg Hospital, Harrisburg, PA
     February 1999.
"A Delivery System from Bacterial Toxins"  Neurology Research Conference, Baltimore, MD,
     March 1999.
"Therapy of Parkinson's Disease" Grand Rounds, Peninsula Regional Medical Center, Salisbury,
     MD July 1999.
"Tremors – Evaluation and Treatment" Family Medicine Review Course, Ocean City, MD  June
     1999.
"Parkinson's Disease Update: Temple University, Neuroscience Grand Rounds, Philadelphia, PA,
     March 2000.
"Novel Neurotoxins for Dystonia" Baltimore Dystonia Support Group.  April 2000.
"Institutional Review Boards" Trial Builder Seminar, Baltimore, MD, June 2000, June 2001
"Current Concept of Alzheimer's Disease" Medical Society of Delaware, December 2000.
"Delivery Vectors from Tetanus Toxin".  International Conference on Basic and Therapeutic
     Aspects of Botulinum and Tetanus Toxin, Orlando, FL, November 1999.
"Current Therapies of Parkinson's Disease" Medical Society of Delaware, June 2000.
"Update on Alzheimer's Disease"  Peninsula Regional Medical Center, Salisbury, MD, February
     2001.
"Parkinson's Disease Management Update" University of Maryland CME Symposium April 2001.
"Neurodegeneneerative Diseases – Shared Features and Mechanism" Program in Neuroscience
     Annual Symposium, Baltimore, Maryland, May 2001.
"Diagnosis and Treatment of  Alzheimer's Disease"  Grand Rounds North Arundel Hospital, Glen
     Burnie, MD, January 2001.

"Immunologic Aspects of Treatment with Botulinum Toxin" Symposium Dystonia Medical
    Research Foundation, Baltimore, MD September 2001.
"Update on Parkinson's Disease" Symposium, Saint Joseph Medical Center, Baltimore, MD,
    March 2002
"The Cause of PSP" Society for PSP, Baltimore, MD, September 2001.
"Current Concepts of PSP" Society for PSP, National Symposium, Baltimore, MD, May 2002.
"The Cause of Parkinson's Disease"  Johns Hopkins Parkinson's Disease Symposium, Baltimore,
    MD, October 2002.
"Common Features of Alzheimer's Disease, Parkinson's Diseases and ALS".  In the Movement
    Disorders Course of the 54th Annual Meeting of the American Academy of Neurology,
    Denver, CO May 2002.
"Role of Parkin in Proteasomal Function" New York Academy of Sciences Symposium
    Parkinson's Disease:  Life Cycle of the Dopamine Neuron,  Princeton, NJ, September 2002
"Differential Diagnosis of Parkinsonism" in Parkinson's Disease Update Symposium, University
    of Maryland, Ocean, City, MD, November 2002.
"Clinical Uses of Botulinum Toxin" Family Medicine Review Course, University of Maryland,
    Ocean City, MD, June 2003.
"Amyloid Toxicity in Alzheimer's Disease", in Mechanism of Neurodegeneration Course at 55th
    Annual Meeting of the American Academy of Neurology, Honolulu, HI May 2003.
"Common Aspects of Neurodegenerative Disease", Neurology Grand Rounds, University of
    Maryland, September 2003.
"Neuroprotective Agents in Neurodegenerative Diseases" in John Whitakeer Memorial
    Symposium, Baltimore VAMC, September 2003.
"Experimental Treatment for Parkinson's Disease" Parkinson Disease Symposium, University of
    Maryland, October 2003.
"Common Movement Disorders" Family Medicine Review Course University of Maryland, Ocean
    City, MD June 2004.
"Amyloid and Alzheimer's Disease" Neuroscience Grand Round.  University of Alabama School
    of Medicine, Birmingham, AL June 2002.
"Glutamate Toxicity in Neurodegenerative Diseases" Cooper University Hospital Grand Rounds,
    Philadelphia, PA, August 2004.
"Update on PSP" Baltimore Chapter of the PSP Society, Baltimore, MD, September 2004.
"Alzheimer's Disease Strategies" Medical Crossfire, Baltimore, MD, November 2004.
"Current Diagnosis of Dementia", Grand Rounds Northwest Hospital, November 2004.
"Current Treatment of Alzheimer's Disease", Grand Rounds, Mercy Medical Center, October
    2004.
"Amyloid Toxicity" and Oxidative Injury in AD, PD, and ALS" in Mechanism of
    Neurodegenerative Diseases seminar at the 56th Annual Meeting of American Academy of
    Neurology, May 2004.
"Surgical Treatment of Parkinson's Disease" 3rd Annual Movement Disorders Symposium,
    University of Maryland School of Medicine, November 2004.
"Stem Cells for Neurodegenerative Diseases" Tech Council of Maryland, "Business of Stem Cell
    Research Conference" Bethesda, MD, May 2005.
"Non-Alzheimer's Dementias" Delaware Medical Society, December 2004.
"Current State of Alzheimer's Research" in Support of the Ronald Reagan Breakthrough Act,
    U.S. Senate News conference chaired by Senator Barbara Mikulski, Washington, DC,
    March 2005.

Paul S. Fishman, M.D., Ph.D.                                                     Page 34
Curriculum Vitae - continued                                                     8/30/2018

"Pathogenic Proteins" in Mechanism of Neurodegenerative Diseases Seminar, 57th Annual
        Meeting of the American Academy of Neurology, Miami, FL, April 2005.
"Current Treatment of Alzheimer's Disease" Grand Rounds, Upper Chesapeake, Medical Center,
Bel Air, Maryland, May 2005.
"Management of Alzheimer's Disease", 5th Annual Update in Internal Medicine, Baltimore, MD
        June 2005.
"Parkinson's Disease and Related Syndromes" Contemporary Issues in Neurology Symposium,
        Jersey Shore University Medical Center, September 2005
"Regenerative Medicine", State of Maryland Senate Budget and Taxation Committee, September
        2005
"Surgical Therapies for Parkinson's Disease" Giannaris-University of Maryland Patient
        Symposium, Hagerstown, MD, October 2005
"Restless Leg Syndrome" Maryland Academy of Physicians Assistants" October 2005
"Current Research in Alzheimer's Disease" , Association Alzheimer's, Ocean City , MD,
        November 2005
"Cellular Therapies for Neurological Diseases"  Medical School Council of the University of
        Maryland School of Medicine, November 2005
"PSP Research Update"  Baltimore-Washington Regional Family Conference on Progressive
        Supranuclear Palsy, November 2005
"Neurotoxin Therapeutics Beyond Botox" Neurology Grand Rounds, North Shore-Long Island
        Jewish Medical Center, New Hyde Park, NY, November 2005
"Neuroprotective Therapy for Parkinson's Disease" 4th Annual Movement Disorders Symposium"
        University of Maryland School of Medicine, December 2005
"Current Treatment of Alzheimer's Disease" Grand Rounds, Franklin Square Medical Center,
        Baltimore MD, December 2005
"Treatment of Spasticity with Botulinum Neurotoxin"  VA MS Center of Excellence-East
        Symposium, Baltimore MD. April 2006
"Stem Cells for Neurological Diseases" Neurology Grand Rounds, University of Maryland School
        of Medicine, April 2006
"Developing Neurological Therapeutics from Tetanus Toxin" Keynote Speaker, Research Day,
        Baltimore VAMC, April 2006
"Pathogenic Proteins" in Mechanism of Neurodegenerative Diseases Seminar, 58th Annual
        Meeting of the American Academy of Neurology, San Diego CA, April 2006.
"Surgical Therapies for Parkinson's Disease" APDA-University of Maryland Patient Symposium,
        Bethesda, MD, May 2006
"Management of Dementia", Delaware Medical Society, July 2006
"Recent Progress in Alzheimer's Disease" Alzheimer's Association of Greater Maryland,
        November 2006
"Tetanus Toxin as a Neurological Therapeutic" Allergan Corporation, Irvine CA, March 2007
"Neuroprotection for Parkinson's Disease" in Developing Neuroprotective Therapies Seminar
        (Course Director PS Fishman), 59th Annual Meeting of the American Academy of
        Neurology, Boston MA, April 2007
"Transcription Factor Driven Differentiation of Neural Stem Cells" 1st Annual Stem Cell
        Symposium, University of Maryland School of Medicine, May 2007
"Surgical Interventions: Deep Brain Stimulation and Future Stem Cell Therapy", Parkinson's
        Matters Symposium, Baltimore MD, June 2007

"Stem Cells for Neurological Diseases" Neurology Grand Rounds,  North Shore-Long Island Jewish Medical Center, New Hyde Park, NY, October 2007

"Diagnosis and Treatment of Alzheimer's Disease" Grand Rounds, Saint Agnes Medical Center, Baltimore MD, September 2007

"Delivery Vectors Derived from Tetanus Toxin" NIH Workshop on Delivery of Gene Therapy to the CNS, Washington, DC, November 2007

"Bringing New Neurologic Therapies to Marylanders"  Maryland State Legislature, Annapolis, MD, January 2008

"Neuroprotection for Parkinson's Disease" in Developing Neuroprotective Therapies Seminar (Course Director PS Fishman), 60th Annual Meeting of the American Academy of Neurology, Boston MA, April 200

"Disease Modifying Therapy for Alzheiner's Disease" in Developing Neuroprotective Therapies Seminar (Course Director PS Fishman), 60th Annual Meeting of the American Academy of Neurology, Boston MA, April 2008

"Atypical Parkinsonism" Grand Rounds, York Hospital, York PA, May 2008

"Diagnosis and Treatment of Parkinson's Disease" Department of Family Medicine Annual Review Course, Ocean City, MD, June 2008

"Management of Parkinson's Disease" Grand Rounds, Harbor Hospital, Baltimore MD, August 2008

"Moving Toward a Cure of Parkinson's Disease" Wellspan Neurology Patient Symposium, New Oxford, PA, September 2008

"Tetanus Toxin" Neurology Grand Rounds, Yale University School of Medicine, New Haven, CT, October 2008

"Surgical Treatments for Parkinson's Disease",  APDA/University of Maryland Medical Center "Parkinson's Matters" Symposium, Elkridge MD, November 2008.

"Transcription Factor Directed Differentiation of Neural Progenitor Cells", 1st Maryland Stem Cell Research Symposium, Columbia MD, December 2008

"Diagnosis and Management of Dementia", Grand Rounds, Frederick Memorial Hospital, Frederick MD, January 2009

"Parkinson's Disease: Cause, Diagnosis and Treatment Strategies",  21st Geriatric Symposium, Salisbury MD, May 2009

"Transcription Factor Driven Neuronal Differentiation of Stem Cells", Center for Vascular Disease, University of Maryland, May 2009

"Diagnosis and Treatment of Parkinson's Disease" Grand Rounds, Saint Joseph's Hospital, Baltimore, MD, June 2009

"What is PSP", "Good Morning Maryland",  WMAR TV Baltimore, MD, July, 2009

"Stem Cell Strategies for Repair of Damaged Brain" Department of Chemical and Biomolecular Engineering, Johns Hopkins University,  Baltimore, MD September 20090

" Cell Penetrating Peptide-ND2  Directed Differentiation of Neural Progenitor Cells", World Stem Cell Summit', Baltimore MD, September 2009

"Interventions: Today and Tomorrow". APDA/University of Maryland Medical Center "Parkinson's Matters" Symposium, Elkridge, MD, October 2009.

Moderator, Clinical Session: Interagency Botulism Research Coordinating Committee Meeting, Alexandria VA, October 2009

"Current Research" Parkinson's Foundation of the National Capitol Area Symposium. Falls Church VA, November 2009

"Following the Botox Trail with Tetanus Toxin: from Pathogen to Therapeutic" Neurology Grand Rounds, University of Maryland School of Medicine, January 2010

"Toxins as Therapy" featured in VA Research Currents, January 2010

"Pathogenic and Therapeutic Aspects of Tetanus Toxin" List Biological Laboratories" Campbell CA, March 2010

"Changing Concepts of Parkinson's Disease" APDA Support Group, Severna Park MD, May 2010

"Non-Alzheimer's Dementia", University of Maryland "Town and Gown" Neurology Symposium, Baltimore MD, June 2010

"Differentiation of Neural Progenitor Cells with the Transcription factor ND2" 3rd Annual Maryland Stem Cell Research Symposium, Gaithersburg MD, September 2010

"Surgical Management of Parkinson's Disease", Neurosurgery Grand Rounds, University of Maryland School of Medicine, October 2010

"Understanding Alzheimer's Disease" Temple Beth-El, Baltimore MD, October 2010

"Current and Experimental Surgery for Parkinson's Disease" APDA/University of Maryland Medical Center "Parkinson's Matters" Symposium, Elkridge MD, October 2010.

"Research Progress in Parkinson's Disease" Delmarva Parkinson's Disease Symposium, Lewes DE, November 2010

"New Concepts in Parkinson's Disease" Capital Area Parkinson's Disease Group. Washington DC, December 2010

"Synergy of VA and University in Neurology" Neurology Faculty Retreat Jan. 2011

"Animal Research at the Baltimore VAMC" VA Research Retreat, Baltimore MD, March 2011

"Diagnosis and Management of Alzheimer's Disease" Grand Rounds, Peninsula Regional Medical Center, Salisbury MD, May 2011

"Neurodegenerative Diseases: Dementias and Movement Disorders" FDA Educational Program (CIDER) White Oak MD June 2011

"On the Road to a Cure for Parkinson's Disease: Are We There Yet?" APDA/University of Maryland Medical Center "Parkinson's Matters" Symposium, Columbia MD, October 2011.

"Disease Modifying Therapy for Neurodegenerative Diseases: Lost in Translation" Neurology Grand Rounds, University of Maryland School of Medicine, December 2011

"Synucleinopathies from Bench to Bedside" World Conference on Parkinson's Disease, Shanghai China, December 2011

"Psychogenic Movement Disorders" World Conference on Parkinson's Disease, Shanghai China, December 2011

"Biologic Therapies to Improve Nervous System Function" National Meeting of VA Rehabilitation Centers of Excellence and REAPs" Washington DC, April 2012

"Parkinson's Disease Q&A" APDA Support Group, Severna Park Maryland, April 2012

"Current Status of Treatment and Research in Parkinson's Disease" APDA Support Group, Silver Spring Maryland, May 2012

"Difficulties in Translational Research: Lessons from Neurodegenerative Disease" VA MS Center of Excellence East, Baltimore MD, May 2012

"Dystonia", WCBM Radio, Baltimore MD, June 2012

"Chemodenervation: Scientific and Practical Aspects" 6th Annual Johns Hopkins Symposium and Practicum on Dystonia and Spasticity.  Baltimore MD, September 2012

"Cutting Edge Research in Parkinson's Disease" APDA/University of Maryland Medical Center "Parkinson's Matters" Symposium, Columbia MD, October 2012.

"Parkinson's Disease Research Update" APDA Capital Chapter, Washington DC, October 2012

"Medical and Surgical Treatment for Movement Disorders" University of Maryland Health
    Seminar, Baltimore MD, November 2012
"Movement Disorders Update" 5th International Conference of the Jordanian Neurological
    Society, Amman Jordan, November 2012
"Navigating the Crowded Field of Neurotoxins: From Chaos to Clarity" CME Webcast,
    November 2012
"Developing Novel Therapeutics from Clostridial Neurotoxins" Neurology Research Rounds,
    Baltimore MD, January 2013
"Alzheimer's Disease", Maryland Public Television, Owings Mills MD, January 2013
"The Legacy of William J. Weiner M.D." University of Maryland, Baltimore MD, March 2013
"Developing Therapeutics from Clostridial Neurotoxins" 11th Annual Center for Biomedical
    Engineering and Technology Retreat, Baltimore MD, April, 2013
"Medical and Surgical Treatment for Parkinson's Disease: Pros and Cons" University of Maryland
    Health Seminar, Annapolis MD, May 2013
"Abnormalities in Body Posture in Parkinson's Disease" William J. Weiner Town and Gown
    Update XII, Baltimore MD, June 2013
"Promotions and Tenure at the School of Medicine" BIRCWH Scholars Program, University of
    Maryland School of Medicine, Baltimore, MD, September 2013
"Dystonia: " 6th Annual Johns Hopkins Symposium and Practicum on Dystonia and Spasticity.
    Baltimore MD, October 2013
Co-Chair, Clinical Session: 50th Annual Interagency Botulism Research Coordinating Committee
    Meeting, Annapolis MD, October 2013
"Surgical Treatment for Movement Disorders" University of Maryland Health Seminar, Frederick
    MD, November 2013
"The Role of Basic Research in a Department of Neurology", Department of Neurology Annual
    Retreat, December 2013
"Surgical Treatment of Parkinson's Disease" APDA/University of Maryland Medical Center
    "Parkinson's Matters" Symposium, Linthicum MD, March 2014.
"Surgical Treatment for ET and Parkinson's disease" University of Maryland Health Seminar,
    Belcamp MD, April 2014
"Surgical Treatment for Movement Disorders" University of Maryland Health Seminar,
    Cambridge MD, October 2014
"Delivering Molecular and Cellular Therapies to the Brain" Neurology Research Faculty Meeting,
    Baltimore MD, November 2014
"Minimally Invasive Brain Intervention: What's All the FUS About?" Neurology Grand Rounds,
    University of Maryland School of Medicine, March 2015
"It's a Wire" APDA/University of Maryland Medical Center "Within Our Reach" Symposium,
    Linthicum MD, May 2015.
"Surgical Management of Parkinson's Disease" APDA/University of Maryland Medical Center
    "Within Our Reach" Symposium, Linthicum MD, May 2015.
"Diagnosis and Management of Demetria and Alzheimer's Disease" Grand Rounds, Union
    Memorial Hospital, Baltimore MD, May 2015
"Delivering Cellular/Molecular Therapies to the Brain" First Annual VA Research Week
    Symposium, Tampa, Florida, May 2015
"Nuclear Medicine Imaging in the Diagnosis and Management of Dementia" Annual Meeting of
    the Society for Nuclear Medicine and Molecular Imaging, Baltimore MD, June 2015
"Alzheimer's Disease: Science and Treatment" Focused Ultrasound for Alzheimer's Workshop,

Paul S. Fishman, M.D., Ph.D.                                                        Page 38
Curriculum Vitae - continued                                                      8/30/2018

Bethesda, MD September 2015

"The First Pallidotomy for Parkinson's disease using FUS" WNBC TV September 2015
    Washington DC

"Treatment for Parkinson's Could Replace Surgery" Baltimore Sun (page 1) September 2015

"Diagnosis and Management of Parkinson's disease" Grand Rounds, Union Memorial Hospital,
    Baltimore MD, March 2016

"ABCs of Parkinson's Disease" Parkinson's Foundation of the National Capital Area Annual
    Symposium, Falls Church VA, March 2016

"Therapeutic Ultrasound to the Brain: What's All the FUS About" Brain Research Consortium,
    University of Maryland School of Medicine, March 2016

"Medical and Surgical therapy of Dose Fluctuations in Parkinson's Disease APDA/University of
    Maryland Medical Center "Within Our Reach" Symposium, Linthicum MD, April 2016.

"Diagnosis and Treatment of Parkinson's disease" Grand Rounds, Greater Baltimore Medical
    Center, Baltimore MD, April  2016

"Therapeutic Ultrasound for Movement Disorders" 10th Weiner Memorial Symposium, University
    of Maryland School of Medicine, May 2016

"Focused Ultrasound for Parkinson's Disease" Center for Neuromodulation , Ohio State
    University School of Medicine, Columbus Ohio , May 2016

"Patient Evaluation During Focused Ultrasound Treatment" Insightec International Users
    Meeting, Chicago IL, June 2016

"A Role for Focused Ultrasound in the Treatment of Parkinson's Disease" FUS Foundation
    Webinar, Charlottesville VA, July 2016

"Enhancing FUS Mediated Stem Cell Delivery to the Brain"  FUS International Symposium,
    Bethesda MD" August 2016

"FUS in the Treatment of Movement Disorders" Panelist, FUS International Symposium,
    Bethesda MD" August 2016

"FUS Mediated Opening of the Blood-Brain Barrier: Current and Future Goals" FUS
    International Symposium, Bethesda MD" August 2016

"Therapeutic Ultrasound for Movement Disorders" Delaware Valley Movement Disorder Society,
    Philadelphia PA, August 2016

"Minimally Invasive Brain Intervention: What's All the FUS About"  Neurology Grand Rounds,
    Drexel University School of Medicine, Philadelphia PA, August 2016

"FUS Thalamotomy for Essential Tremor" Maryland/DC Movement Disorder Society, Columbia
    MD, January 2017

"New Treatment Options for Essential Tremor" Hopenet Support Group, Columbia MD,
    February 2017

"Feasibility of FUS Mediated Pallidotomy for Parkinson's Disease" Insightec Investigator's
    Meeting, Miami FLA, February 2017

"Parkinson's Disease and Deep Brain Stimulation" Park School, Brooklandville MD April, 2017

"A Randomized Trial of Focused Ultrasound Thalamotomy for Essential Tremor". Top Ten
    Translational Science Award Winner, Clinical Research Forum, Translational Science 2017,
    Washington DC 2017

"Is Focused Ultrasound Better that Deep Brain Stimulation: Yes". Controversies in Neurology
    Plenary Session, Annual Meeting of the American Academy of Neurology , Boston MA,
    April 2017

"Surgical Therapy of Parkinson's Disease APDA/University of Maryland Medical Center "Within
    Our Reach" Symposium, Linthicum MD, May 2017.

Paul S. Fishman, M.D., Ph.D.                                                    Page 39
Curriculum Vitae - continued                                                    8/30/2018

"New Treatment for Essential Tremor" International Essential Tremor Foundation, Webinar
    June 2017
"Focused Ultrasound Treatment" Direct Connections, Maryland Public Television, Owings Mills
    MD July 2017
"You Asked: How Can I Spot Early Signs of Dementia In an Aging Parent?" in TIME Health by
Makham Heid October 17
"Was a spy's Parkinson's disease caused by a secret microwave weapon attack" in Washington
Post by Ira Shapira December 2017
"Patient Selection for FUS Mediated Pallidotomy" InSightec Investigator's Meeting, Toronto,
Ontario, January 2018.
"Minimally Invasive Surgery for Movement Disorders" Neurology Education Network, Silver
Spring MD, February 2018
"Enhancing Gene and Cellular Therapy for Neurodegenerative Diseases with FUS". 21st US-Japan
Gene and Cellular Therapy Conference, FDA, Silver Spring MD, March 2018
"Recent Progress in Alzheimer's Disease" Direct Connections, Maryland Public Television,
Owings Mills MD March 12, 2018
"Focused Ultrasound for Movement Disorders" 9th Annuli Medical Imaging Technology
Showcase" April 2018, Washington DC
"DBS Programming and Management" Parkinson's Foundation of the National Capital Area
Annual Symposium, Owings Mills MD, April, 2018
"Parkinson's Disease Q&A Panel" APDA/University of Maryland Medical Center "Within Our
Reach" Symposium, Linthicum MD, April 2018.