# Exhibit B

Friedland CV   January, 2018

## Robert P Friedland MD

2119 Starmont Road, Louisville, Kentucky, KY 40207 USA

Tel:  502- 852-2871          Fax: 502- 852-6344          robert.friedland@louisville.edu

### PRESENT POSITION AND OFFICE ADDRESS

Mason C. and Mary D. Rudd Chair
Professor
Chief, Laboratory of Neurogeriatrics
Department of Neurology
University of Louisville School of Medicine
500 S. Preston, A 113
Louisville, KY  40202

Visiting Professor
Molecular Neuroscience Research Center
Brain Disease Research Institute
Biomedical Innovation Center
Shiga University of Medical Science
Otsu, Japan

### DATE AND PLACE OF BIRTH

December 4, 1948    New York, N.Y.

### EDUCATION

| | |
|---|---|
| City College of New York, New York<br>Degree:  B.S., Biology | 1965-69 |
| University of Kentucky College of Medicine<br>Lexington, Kentucky | 1969-71 |
| Summer Fellowship in Neurology,<br>Department of Neurology<br>Boston University School of Medicine<br>Boston, Massachusetts | 1970 |
| Mount Sinai School of Medicine<br>City University of New York<br>New York, New York | 1971-73 |
| M.D. | June 1973 |

### POST GRADUATE TRAINING

| | |
|---|---|
| Straight Medicine Internship<br>Beth Israel Hospital<br>New York, New York | 1973-74 |
| Neurology Residency and Chief Residency<br>Mount Sinai School of Medicine<br>New York, New York | 1974-77 |
| Case Western Reserve University<br>Weatherhead School of Management<br>Member, Professional Fellows Program (15 credits) | 1992-1993 |

Friedland CV   January, 2018

| | |
|---|---|
| Banking & Finance 420: Health Finance & Economics (3 credits) | 1993 |
| Health Systems Management 456:  Issues in Health Management (3 credits) | 1994 |
| Harvard School of Public Health, Program for Chiefs of Clinical Services | 2009 |
| Harvard University and American Association of Medical Colleges Executive Development Seminar for Associate Deans and Department Chairs | 2010 |

## PROFESSIONAL CERTIFICATION

| | |
|---|---|
| Diplomate, National Board of Medical Examiners | 1974 |
| Certified, American Board of Psychiatry and Neurology | 1979 |
| Kentucky, Physician and Surgeon (GO 39005) | 2008-present |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| Research Fellow, National Institutes of Health (Senile Dementia: Biological and Behavioral Aspects) Albert Einstein College of Medicine New York, New York | 1977-78 |
| Associate, Department of Neurology Albert Einstein College of Medicine New York, New York Clinical Study of Aging, Dementia and Cerebral Blood Flow (133 Xe Inhalation) | 1977-78 |
| Assistant Attending Neurologist Lincoln Hospital, Bronx, New York | 1977-78 |
| Clinical Fellow Jacobi Hospital, Department of Neurology Bronx, New York | 1977-78 |
| Assistant Professor of Neurology, in Residence University of California, Davis | 1978-85 |
| Associate Professor of Neurology, in Residence University of California, Davis | 1985 |
| Staff Neurologist Veterans Administration Medical Center Martinez, California | 1978-85 |

Friedland CV   January, 2018

| | |
|---|---|
| Assistant Chief, Neurology Service<br>Veterans Administration Medical Center<br>Martinez, California | 1978-84 |
| Attending Neurologist, Highland General Hospital<br>Oakland, California | 1979-85 |
| Guest Scientist, Donner Laboratory<br>University of California, Berkeley | 1979-85 |
| Chief Neurologist<br>Research Medicine Group Donner Laboratory<br>University of California, Berkeley | 1982-85 |
| Director and Founder, Northern California Alzheimer's<br>Disease Center, University of California, Davis,<br>Berkeley, California | 1985 |
| Chief, Brain Aging and Dementia Section<br>Laboratory of Neurosciences<br>National Institute on Aging, NIH | 1986-1990 |
| Deputy Clinical Director<br>National Institute on Aging | 1986-1990 |
| Clinical Professor<br>Department of Neurology<br>Georgetown University School of Medicine | 1988-1990 |
| Director, Alzheimer's Disease and Memory Disorders Clinic<br>Georgetown University Hospital | 1988-1990 |
| Clinical Director<br>Acting Director<br>Associate Director<br>NIA Alzheimer's Disease Research Center<br>University Hospitals of Cleveland | 1990-1993<br>1993<br>1994 |
| Associate Professor<br>Professor<br>Departments of Neurology, Psychiatry and Radiology<br>Case Western Reserve University School of Medicine | 1990-2001<br>2001-2008 |
| Chief, Laboratory of Neurogeriatrics<br>Department of Neurology<br>Case Western Reserve University School of Medicine | 1994-2008 |
| Fellowship for Foreign Scientists, Japan Foundation for Aging and<br>Health, Osaka University Hospital, Japan | March, 2005 |
| Visiting Scholar, Institute of Public Health, Cambridge University,<br>United Kingdom (Sabbatical leave from CWRU) | 2008 |

Friedland CV   January, 2018

| | |
|---|---|
| Chairman, Dept of Neurology, University of Louisville School of Medicine | 2008-2013 |
| Mason C. and Mary D. Rudd Chair and Professor<br>Department of Neurology<br>University of Louisville School of Medicine | 2008-present |
| Acting Chair, Department of Neurosurgery, University of Louisville School of Medicine | 2009 |
| Associate Member, Dept of Anatomical Sciences and Neurobiology, University of Louisville School of Medicine | 2010-Present |
| Member of the Graduate Faculty, University of Louisville School of Medicine | 2011-present |
| Chief, Laboratory of Neurogeriatrics, Department of Neurology, University of Louisville School of Medicine | 2013-present |
| Senior Researcher, Kyoto University, Japan (sabbatical) | 2013 |
| Associate, Center on Aging and Vitality, Newcastle University Newcastle upon Tyne, UK (sabbatical) | 2013 |
| Director, Checkmating Dementia (Foundation) | 2014-present |

**PATENTS**

| | |
|---|---|
| Application for Letters Patent No. 62/404,447 "Improvements in bacterial amyloid and related methods" | Sept. 2017 |

**COMMUNITY ADVISORY ACTIVITIES**:

| | |
|---|---|
| Medical Advisor and Member, Board of Directors<br>Alzheimer's Aid Society of Northern California | 1983-85 |
| Member, Scientific Advisory Committee<br>Family Survival Project, San Francisco | 1984-1995 |
| Chief Witness, California Assembly Select Committee<br>on Mental Health, Hearing on "Organic Brain Syndromes," State Capital, Sacramento | 1984 |
| Member, Ad Hoc Committee to Consider a National Conference on Neurological Disease and Aging, Special Committee on Aging, U.S. Senate | 1986 |
| Consultant, WNET/Thirteen, New York | 1988 |
| Member, Neuroscience Advisory Panel, Conte Institute for Environmental Health, Pittsfield, MA | 1993-1994 |
| Consultant, Dementia and Driving Consensus Meeting, Swedish National Road Administration, Borlange | 1994 |

Friedland CV   January, 2018

**POSTDOCTORAL FELLOWS TRAINED IN GERIATRIC AND BEHAVIORAL NEUROLOGY**:

| Fellow | Dates | Institution | Current Position |
|---|---|---|---|
| William Jagust, MD | 1983-1985 | Univ. of CA, Berkeley | Prof. Public Health, UC Berkeley (formerly Chair of Neurology and Director of AD Research Center, Univ. CA, Davis; Recipient of the 2013 Potamkin Award from the AAN) |
| Charles DeCarli, MD | 1988-1990 | NIA, NIH | Prof. Neurology, Dir. of Alzheimer Disease Research Center, Univ. CA, Davis |
| Gary Gerard, MD | 1990-1992 | CWRU | Practice of Neurology Toledo , Ohio |
| Jeffrey Kaye, MD | 1986-1990 | NIA, NIH | Prof. Neurology, Dir. of Alzheimer's Disease Research Center, Univ. of Oregon, Portland |
| Anand Kumar, MD | 1988-1990 | NIA, NIH | Professor of Psychiatry, UCLA and President, American Association for Geriatric Psychiatry |
| Jay Luxenberg, MD | 1985-1987 | NIA, NIH | Geriatric practice, California |
| Conrad May, MD | 1985-1988 | NIA, NIH | Geriatric practice Maryland |
| Innocenzo Rainero, MD | 1987-1988 | NIA, NIH | Univ. of Turin, Dept. of Neuroscience and Neurology Italy |
| Judy Salerno, MD | 1989-1990 | NIA, NIH | Formerly Clinical Director, National Institute on Aging President, New York Academy of Sciences |
| Mark Shapiro, MD | 1985-1987 | NIA, NIH | SUNY, Dept. of Neurology |
| Concepion Esteban-Santillian, MD | 1997-2000 | Case Western Reserve Univ. | Neurology practice, Wisconsin |
| Peter Hedera, MD | 1992-1994 | Case Western Reserve Univ. | Assoc. Prof. Neurology, Vanderbilt Univ. |
| Alan Lerner, MD | 1991-1993 | Case Western Reserve Univ. | Prof. Neurology, Director Alzheimer Center, Case Western Reserve Univ. |
| Elihu Mizrahi, MD | 1999-2001 | Case Western Reserve Univ. | Dir. Geriatrics Unit, Sheba Medical Ctr., Tel Aviv, Israel |
| Jiong Shi, MD | 1998-2000 | Case Western Reserve | Attending Neurologist, Barrow |

Friedland CV   January, 2018

| | | Univ. | Neurological Institute, Phoenix, Arizona |
|---|---|---|---|
| Katarzyna Gustaw, MD, Ph.D. | 2004 | Case Western Reserve Univ. | Neurology/Psychiatry faculty Cleveland Clinic |

## EXTRAMURAL ADVISORY AND EDITORIAL ACTIVITIES

| | |
|---|---|
| Alzheimer's Diease Drug Discovery Foundation | 2015-present |
| Ad Hoc Reviewer of Research Programs | |
| Research Service, VA Central Office | 1984, 1986, 1988, 1989, 1991, 1993-95 |
| Division of Research Grants, NIH | 1987-1995, 1997, 1998 |
| Human Frontier Science Program (EEC, Strasbourg) | 1991, 1991-1993,1997 |
| Edison Biotechnology Center | 1992 |
| Retirement Research Foundation | 1993 |
| Netherlands Organization for Scientific Research | 1994 |
| Alzheimer Association | 1994, 1996-1999, 2007-present |
| British Columbia Health Research Foundation | 1995, 1999 |
| American Federation for Aging Research | 1995-present |
| The National Institute for Psychobiology in Israel | 1998, 2002, 2004,2005 |
| Special Emphasis Panel, NIH, CSR | 1998 |
| Warrant Committee, Italian Ministry of Research | 1998 |
| Douglas French Foundation, Los Angeles | 2002 |

## AD HOC REFEREE OF MANUSCRIPTS AND PROPOSALS

| | |
|---|---|
| Addiction Biology | 2016 |
| Agency for Health Care Policy and Research (DHHS) 1994 | |
| Alzheimer's Disease and Associated Disorders | 2005 |
| American Journal of LAzheimer's Disease and Other Dementias | 2013 |
| Annals of Neurology | 1993-1995. 2007 |

Friedland CV   January, 2018

| | |
|---|---|
| *Archives of Neurology* | 1986-1989, 1992,1997,2001-present |
| *Biological Psychiatry* | 1989-1991 |
| *Brain* | 2014, 2017 |
| *Brain Research* | 1987, 1993 |
| *Current Alzheimer Research* | 2008-present |
| *Circulation* | 2004 |
| *Investigative Radiology* | 1995 |
| *JAMA Psychaitry* | 2015 |
| *Journal of Alzheimer's Disease* | 2005-present |
| *Journal of the American Geriatrics Society* | 1999 |
| *Journal of the American Medical Association* | 1991-1998, 2000, 2002, 2003 |
| *Journal of Cerebral Blood Flow and Metabolism* | 1987, 1988, 1992-1994 |
| *Journal of Clinical Epidemiology* | 2007 |
| *Journal of Computer Assisted Tomography* | 1987 |
| *Journal of Geriatric Psychiatry and Neurology* | 1991, 1996 |
| *Journal of Neuroimmunology* | 1999 |
| *Journal of Neurological Sciences* | 2006 |
| *Journal of Nuclear Medicine* | 1993-1996,1998,1999,2002 |
| *Lancet Neurology* | 2004, 2006 |
| *Nature Biotechnology* | 2001 |
| *Nature Medicine* | 2000 |
| *Nature Microbiology* | *2016* |
| *Neurobiology of Aging* | 1991-1993, 1999, 2005 |
| *Neuroepidemiology* | 2002 |
| *Neurology* | 1988-1997,2002,2005, 2006 |

Friedland CV   January, 2018

| | | |
|---|---|---|
| *Neuroscience* | *2014* | |
| *Neurology Network Commentary* | | 1997 |
| *Nutrition Reviews* | | 2016 |
| *Public Library of Science One (PLOS One)* | *2013* | |
| *Proceedings of the National Academy of Sciences* | | 2001 |
| *Scanning Microscopy International* | | 1994 |
| *Science* | | 1984, 1985 |
| *Seminars in Neurology* | | 1998, 1999 |
| *Vaccines* | | 2017 |
| *Viruses 2016* | | |

| | |
|---|---|
| Member, Alzheimer's Disease Review Panel Department of Health Services State of California | 1985 |
| Member, Editorial Board *Alzheimer's Disease: an International Journal* | 1985-1994 |
| Member, Scientific Program Committee, IX European International Neuropsychology Society Conference, Veldhoven | 1986 |
| Member, Scientific Program Committee (Neurology) Annual Meeting of the Society for Nuclear Medicine, Washington, D.C. | 1986,1989 |
| Office of Medical Applications of Research NIH Planning Committee:  Consensus Development Conference on Nuclear Magnetic Resonance Imaging | 1986-87 |
| Temporary Advisor, Division of Mental Health World Health Organization, Geneva, Switzerland | 1987 |
| Temporary Advisor, Division of Mental Health World Health Organization, Beijing, China | 1987 |
| Consultant, World Health Organization Special Program for Research on Aging, Bethesda, MD. | 1988 |
| Consultant, "Cooperative Studies of Alzheimer's Disease in U.S. and Japan," National Institute of Neuroscience, National Center for Neurology and Psychiatry, Tokyo | 1989 |
| American Neurological Association, Representative to the National Coalition for Research in Neurological Disorders | 1991-1997 |
| Consultant for Review of Drug Development     Ayerst, Inc | 1986 |

Friedland CV   January, 2018

| | |
|---|---|
| Miles Pharmaceuticals | 1991 |
| Astra Zeneca | 1999 |
| Quintiles Pacific, Inc | 2000 |

| | |
|---|---|
| Consortium to Establish a Registry for Alzheimer's Disease (CERAD) (NIH) Clinical Task Force | 1991-1996 |
| Reviewer - Agency for Health Care Policy and Research (DHHS) Panel on recognition and initial assessment of Alzheimer's disease and related dementias | 1994 |
| Symposium Co-Organizer: "Neurodegenerative Disorders: Common Molecular Mechanisms", Ocho Rios, Jamaica, Goteborg University and University of the British West Indies | March, 1994<br>March, 1995<br>March, 1997<br>February, 1998 |
| Symposium Co-Organizer: "Neurodegenerative Disorders: Common Molecular Mechanisms," University of the British West Indies, Trinidad | April, 2000 |
| Medical and Scientific Advisory Board Alzheimer's Association, Chicago (Ad hoc member) | 1994 |
| Symposium Co-Organizer: The Second Tel Aviv University Alzheimer's Disease Conference-Joint meeting with Case Western Reserve University (Supported by the Joseph & Florence Mandel Foundation, Cleveland, OH, Tel Aviv University, the NIA, and Philip Morris)($81,000) | May 1995 |
| Consultant, Alzheimer's disease and fitness for driving, Association for the Advancement of Automotive Medicine, National Highway Safety Administration, Sweden | 1996 |
| Consultant, Monitor/Tracker for Alzheimer's disease, PI. R. Schmidt, Cleveland Medical Devices Corporation NIH/SBIR | 1996-1999 |
| Member, American Federation for Aging Research, National Scientific Advisory Council | 1996-present |
| Member, Review Board of the Medical and Scientific Advisory Council, Ronald and Nancy Reagan Research Institute, Alzheimer's Association | 1997-present |
| Member, Scientific Advisory Committee, National Institute for Psychobiology, Israel | 1999-present |
| Panel member, Workshop on Alzheimer's Disease Epidemiology Bethesda, NIH | March, 1998 |
| Consultant for Alzheimer's disease drug studies and biomarkers | |
| Chrysalis Corporation, (Contract Research Organization) Austin, Texas | 1997-1999 |
| Pfizer, Inc. | 2000 |

Friedland CV   January, 2018

| | |
|---|---|
| Member, International Advisory Board, "Vascular Factors in Alzheimer's Disease", International Meeting, Northumberland, UK | May, 1999 |
| Member, Special Emphasis Panel ZRG1 BDCN2(02) NIH Center for Scientific Review | October, 1999 |
| Member, Neuroscience of Aging Review committee, NIA Initial Review Group, NIH | June, 2000 |
| Member, Scientific Review Board, Institute for the Study of Aging, New York | 1999-present |
| Associate Editor and member, Editorial Board, *Journal of Alzheimer's Disease* | 1999-present |
| Principal Organizer, "First International Symposium on Alzheimer's Disease in the Middle East", Limassol, Cyprus | April, 2001 |
| Reviewer, Human Frontiers Science Program, Strasbourg | 1999-2000 |
| Member, Initial Review Board of the Medical and Scientific Advisory Council, Alzheimer's Association | 1999- present |
| Member, International Scientific Committee Third World Congress on Vascular Factors in Alzheimer's Disease Kyoto | April, 2002 |
| Principal Organizer, "First International Symposium on Alzheimer's Disease in the Middle East", Limassol | April, 2001 |
| Principal Organizer, "Second International Symposium on Alzheimer's Disease in the Middle East" Istanbul | May, 2003 |
| External Reviewer, Michael Smith Foundation for Medical Research, Vancouver | 2001-2002 |
| Member, International Coordinating Committee, and Founding Member,  International Society for Vascular Behavioral and Cognitive Disorders (VAS-COG), First Meeting, Goteborg | August, 2003 |
| Reviewer, State of Missouri Alzheimer's Disease and Related Disorders Advisory Board | 2003 |
| Member, Middle East Academy for Medicine of Ageing, Beirut | 2003-present |
| Member, Editorial Board, Middle East Journal of Age and Aging | 2004-present |
| Member, Editorial Advisory Board, Current Alzheimer Research | 2004-present |
| Member, International Scientific Advisory Board and Medical and Scientific Panel, Alzheimer's Disease International (Annual Meetings, Kyoto, 2004, and Istanbul, 2005) | 2004-present |

Friedland CV   January, 2018

| | |
|---|---|
| Principal Organizer, Third International Symposium on Alzheimer's Disease in the Middle East, Istanbul | October, 2005 |
| Principal Organizer, "What'z up on the grapevine: Memory loss, health and research in the African American community, Health Literacy Conference, Case Western Reserve University | September, 2005 |
| Extramural reviewer, American Institute of Biological Sciences | 2005 |
| Member, National Scientific Advisory Council, American Federation for Aging Research | 2004-2005 |
| Ad hoc reviewer for Special Emphasis Panel, NIDDK, NIH | 2005 |
| Associate Editor, The Scientific World Neurology (Berkshire, UK, Journal) | 2005-present |
| Member, International Scientific Committee, International Neuroscience Conference, Al Ain, UAE, | November, 2005 |
| Clinical Therapeutics (Elsevier), Editorial Board Consultant | 2005 |
| Member, Board of Directors, American Technion Society, Cleveland Chapter | 2005-2008 |
| Editorial consultant, "Clinical Therapeutics" | 2006 |
| Member, Advisory Council, Hospice of the Western Reserve | 2006-2008 |
| Member, Scientific Review Board, Alzheimer's Disease Drug Discovery Foundation | 2006-present |
| Member, Scientific Committee, Third Congress of the International Society for Vascular Cognitive and Behavioral Disorders, San Antonio, TX | July, 2007 |
| Member, Editorial Board, Journal of Pre-Clinical and Clinical Research | 2007 to 2011 |
| Member, Scientific Committee, Fourth Congress of the International Society for Vascular Cognitive and Behavioral Disorders, Singapore | January, 2009 |
| Reviewer of Driving Risk Guidelines, Neuroepidemiology Section, American Academy of Neurology | 2008 |
| Grant Reviewer, Welcome Trust, UK | 2008 |
| Honorary Editorial Board Member, "The Application of Clinical Genetics Journal", Dove Medical Press | 2008 to present |
| Member, Medical and Scientific Advisory Panel of Alzheimer's Disease International | 2008 to present |

Friedland CV   January, 2018

| | |
|---|---|
| Member, Editorial Board, Frontiers in Alzheimer's Disease | 2001 - present |
| Member, Editorial Board, Frontiers in Neurodegeneration (Review Editor) | 2012-present |
| Co-Organizer, Sixth International Symposium on Alzheimer's disease in the Middle East, Istanbul, | October, 2013 |
| Reviewer, Environmental Health Perspectives, NIEHS, NIH | 2013 |
| Member, Alzheimer's Disease Genetics Consortium, Executive Committee | 2013-present |
| Member, Editorial Board, Annals of Neuroscience | 2014-present |
| Co-organizer: Seventh International Sympoium on Alzheimer's disease in the Middle East, Abu Dhabi, UAE | Feb. 2017 |
| Reviewer, Arizona Biomedical Research Commission | 2014 |
| Member, Alzheimer's Drug Discovery Foundation, Scientific Review Board | 2013-present |
| Chair, Center For Scientific Review, Special Emphasis Panel ZRG1 ETTN-E 55 R, PAR15-359: Biomarker Studies for Diagnosing Alzheimer's Disease and Predicting Progression, NIH | March, 2016 |
| Reviewer, French National Research Agency | 2016 |

## EXTRAMURAL AND INTRAMURAL RESEARCH SUPPORT AND AWARDS

| | |
|---|---|
| Principal Investigator, "Effect of activation of ischemic neurons on recovery from stroke", University of California, Davis, Faculty Research Grant | 1979-81 |
| Principal Investigator, VA Merit Review Research Program, "Cerebral Metabolic Indices of Dementia Pathophysiology" | 1981-84 |
| Principal Investigator, (Renewal of above Program) "Structural and Functional Indices of Dementia Pathophysiology" ($47,337/year) | 1984-85 |
| Co-Investigator, "Ischemic Brain Disease," (NIH HL 25840), ($34,192/year), Principal Investigator, Philip Weinstein, M.D. | 1983-85 |
| Co-Investigator "Cerebral blood flow patterns in Alzheimer's disease", (NIH), ($187,000/year) Principal Investigator, Thomas F. Budinger, M.D., Ph.D. | 1985 |
| Principal Investigator, "Oxiracetam in the treatment of progressive degenerative dementia of mild to moderate severity", Ciba-Geigy Corporation ($67,000) | 1985 |
| Project Director and Founder "Northern California Alzheimer's Disease Center," Department of Health Services, State of California ($100,000/year) | 1985 |

Friedland CV   January, 2018

| | |
|---|---|
| Chief, Brain Aging and Dementia Section<br>National Institute on Aging, NIH  ($2.4 million/year) | 1986-1990 |
| Director, Clinical Core, Cleveland ADRC | 1990-1993 |
| Acting Director, Cleveland ADRC | 1993 |
| Co-Director Clinical Core<br>Alzheimer's Disease Research Center<br>University Hospitals of Cleveland NIA AG08012 ($1,386,582/year) | 1994 |
| Co-Investigator, Clinical Research Center for the Psychopathology of the<br>Elderly NIMH MH43444 ($100,000/year) | 1990-1991 |
| Principal Investigator, Monoclonal antibodies for the<br>immunochemical evaluation of Alzheimer's Disease<br>NIA ADRC Pilot grant ($22,150) | 1990-1992 |
| Co-Investigator, State of Ohio Center Grant "Causes and Treatments of<br>Alzheimer's Disease" ($265,909/year) | 1990-1992 |
| Lawrence C. McHenry Award<br>American Academy of Neurology | 1990 |
| Director Consortium to Establish a Registry for Alzheimer's<br>Disease Clinic (CERAD), Cleveland, NIA | 1990-1996 |
| Principal Investigator, "A Placebo Controlled Study of Acetyl-L-Carnitine in<br>Patients with Alzheimer's Disease: A Multi-Center Study," Sigma-Tau<br>Pharmaceuticals, Inc. ($140,000) | 1991-1994 |
| Principal Investigator (45%) "The effects of cigarette smoking on the<br>development of Alzheimer's disease:  Epidemiological, Clinical and<br>Neurobiological Studies."  Philip Morris USA<br>($6,989,078 Direct & Indirect Costs, 1991-1996) | 1991-1996 |
| Principal investigation (40%) "The effects of cigarette smoking<br>on the development of Alzheimer's disease: International<br>epidemiological and neurobiological studies." Philip Morris, USA,<br>(Jan. 1997-Dec.  2001) $9,809,202 (Direct and Indirect costs) | 1997-2001 |
| Principal Investigator (20%) "Monoclonal antibody imaging of cerebral Aß in<br>Alzheimer's disease," Philip Morris USA ($59,103 Direct costs per year) | 1991-1996 |
| Sponsor, IND-BB-5059, "Technetium 99mTc Murine monoclonal antibody<br>10H3 Fab," Food and Drug Administration (Collaboration with the<br>Massachusetts General Hospital, Mallinckrodt Medical and NeoRx<br>Corporation) | 1994 |
| Saul Horowitz, Jr. Memorial Award<br>Mt. Sinai School of Medicine, New York, New York | 1994 |
| Co-Investigator, "The effect of lazabemide on regional brain monoamine<br>oxidase type B activity in patients with Alzheimer's Disease as measured<br>by $^{11}$C-L-Selegiline positron emission tomography,"  Hoffmann-LaRoche, Inc. | 1994-1995 |

Friedland CV   January, 2018

Principal Investigator: "Cross-Cultural (Cleveland-Israel) studies of the basic and clinical sciences of Alzheimer's disease," [(Joseph and Florence Mandel Foundation ($150,000)]
1995-98

Principal Investigator: "A population based prevalence study of genetic and environmental factors for Alzheimer's disease in Kenya", Alzheimer's Association (Chicago) ($68,000 per year, direct and indirect costs)
1997-2000

Principal Investigator:  "Noninvasive imaging of cerebral amyloid-ß deposition in Alzheimer's disease," Nickman Family gift to University Hospitals of Cleveland ($250,000)
1997-2003

Principal Investigator: CWRU Site, Multi-institutional Research on Alzheimer Genetic Epidemiology, NIA Grant (L. Farrer, PI)
1998-2008

Principal Investigator: Israel and Alzheimer's disease, Epidemiology, Demography and Biometry Program, NIA, NIH, Contract #263-MO-818915, $22,950 (total costs)
1998-1999

Principal Investigator: "Genetic and environmental risk factors for Alzheimer's disease in Israeli Arabs", $50,000, Institute for the Study on Aging, New York, New York
1999-2000

Principal Investigator: "Genetics of Alzheimer's Disease in Israeli Arabs," National Institutes of Health, National Institute on Aging, NIH, R01 AG017173-01A1, ($473,753 total costs year one), Data sharing administrative supplement funded (9/03)
2000-2005

Principal Investigator: "Genetic and environmental factors for Alzheimer's disease in Israeli Arabs", Institute for the Study of Aging, NY, 3 years, direct costs $210,000
2000-2003

Principal Investigator, "First International Symposium on Alzheimer's Disease in the Middle East" NIH R13 grant, (total costs $10,000) Institute for the Study of Aging, NY, $30,000
2001-2002

Principal Investigator: "Family based studies of gene-environment Interactions in Alzheimer's disease" Philip Morris External Research Program, $2,111,035 total costs
2002-2005

Convener and primary organizer, Second International Symposium on Alzheimer' s Disease in the Middle East, Istanbul, Turkey, National Institute on Aging (R13 AG021082-01A1), and  Alzheimer Association, USA, $89,000 direct costs
May, 2003

Principal Investigator: "Labeling of cerebral ABeta deposits in vivo using intranasal administration of serum amyloid P component" Presidential Technology Development Grant Program, CWRU $50,000 direct costs
2002-2003

Principal Investigator, Unrestricted gift to CWRU for research support, $50,000, GOJO Corp., Akron, OH
2003-2006

Friedland CV   January, 2018

| | |
|---|---|
| Principal Investigator, The First Congress of the International Society for Vascular Behavioral and Cognitive Disorders (Vas-Cog 2003) Goteborg, Sweden, August 28-31, 2003, NIH R13, $30,000 direct costs | 2003-2004 |
| Principal Investigator: Molecular epidemiology and neurobiology of anti-Abeta antibody-antigen interactions in Alzheimer's disease" Fullerton Family Foundation (Gift to CWRU), $300,000 direct costs | 2002-2007 |
| Principal Investigator, CWRU site, Multi-institutional Research in Alzheimer's Genetic Epidemiology (MIRAGE) (L. Farrer, PI), $55,000/year direct costs, NIA, NIA | |
| Principal Investigator, National Alzheimer's Disease African–American Health Literacy Program, Pfizer, Eisai, Forest Corps., $456,,000 total costs | 2004-2008 |
| Principal Investigator "Lipid metabolism and the causal web of Alzheimer's disease in the San Antonio Heart Study", Philip Morris Research Management Group, $950,000  total costs | 2005-2008 |
| Visitor, Osaka University Hospital, Japan, Mentor: M. Takeda, Japan Foundation for Aging and Health | March, 2005 |
| Principal Investigator, Joseph and Florence Mandel Alzheimer's Disease Research Fund, CWRU, $50,000/year 2004-2005, then $100,000/year | 2004-2008 |
| Principal Investigator, The Second Congress of the International Society for Vascular Behavioral and Cognitive Disorders (Vas-Cog 2003) Goteborg, Sweden, NIH. 1R13N5052985-01 | 2005-2006 |
| Principal Investigator: "Genetics of Alzheimer's Disease in Israeli Arabs, National Institute of Health, National Institute on Aging, RO1 AG017173-04A2, $5,834,526 total costs | 2005-2010 |
| Principal Investigator, Convener and primary organizer, Regional Symposium on Alzheimer's Disease in the Middle East, Istanbul, Turkey, Alzheimer Association, Kobe Steel Company, [Satellite Meeting to the 21st International Conference of the Alzheimer's Disease International] NIH, 1R13 AG026842-01 | Oct, 2005 |
| Co-investigator, "A Multi-Center, Randomized, Double-Blind, Placebo Controlled Trial of Simvastatin to Slow the Progression of Alzheimer's Disease." Alzheimer's Disease Cooperative Study, NIH | 2006-2008 |
| Study Physician, Alzheimer's Disease Neuroimaging Initiative, CWRU site | 2006-2008 |
| Principal Investigator: Clinical & Translational Science Pilot Grant Program's Basic Award "The role of the potato virus Y nuclear inclusion B protein in the immunobiology of Alzheimer's disease" University of Louisville | 2010-2011 |

Friedland CV   January, 2018

Prinicpal investigator, "The influence of bacterial amyloid on neuroinflammation and aggregation of brain proteins". Rapid Response Innovation Award, Michael J. Fox Foundation                    2013-2106

Principal Investigator, The influence of bacterila amyloid proteins on Alpha syncuclein misfolding in transgenic mice, Univeristy of Louisiville Basic Research Grant          2016-present

Principal Investigator, Influence of Bacterial Amyloid on Amyloid Beta Protein     2016-present
Aggregation and Inflammation in a Mouse Model of Alzheimer's Disease,
Kentucky Science and Ediucation Foundation

Principal Investigator, Convener and primary organizer, Seventh International     April, 2017
Symposium on Alzheimer's Disease in the Middle East, Abu Dhabi, UAE

Patent submitted: Bacterial amyloid induced proteinopathies and treatments therefor     Sept. 2017
International Application Number: PCT/US17/55394

Prinicpal Investigator: The influence of the microbiota on disease phenotype     2017-present
in a mouse model of amyotrophic lateral sclerosis
Axial Biotherapeutics, contract

## EDUCATIONAL ACTIVITIES

|  |  |
|---|---|
|  | 1977-85 |
| Participation in Neurosciences Course<br>University of California, Davis<br>(First and second year students) |  |
| Instruction of medical students in Clinical Neurology<br>University of California, Davis<br>(Third and fourth year students) | 1977-85 |
| Supervisor of Neurology Residency Training Program<br>University of California, Davis, Martinez VAMC Participation on<br>Doctoral Qualifying Examination Committees, University of<br>California, Berkeley | 1977-82 |
| Biophysics and Medical Physics | 1981 |
| Physiological Optics | 1984 |
| Instructor, Graduate Interdisciplinary Studies Course, IDS 271,<br>"Seminars in Neuropsychology" (4), Department of Psychology,<br>University of California, Berkeley | 1981, 1982 |
| Instructor, Graduate Interdisciplinary Studies Seminar on Memory<br>Pathology, Department of Psychology, University of California,<br>Berkeley | 1983 |
| Visiting Professor, Department of Neurology, University of<br>Kentucky College of Medicine, Lexington, Kentucky | 1988 |
| Course Coordinator, Neurobiology of Aging and Dementia, Clinical<br>Elective for 3rd and 4th year medical students, Clinical Center, NIH | 1985-1990 |
| Course Coordinator, Type A Elective, Alzheimer's disease:  From<br>biology to clinical medicine, CWRU School of Medicine | 1992-present |

Friedland CV   January, 2018

| | |
|---|---|
| Course Coordinator - Type A Elective -DGMS-2002 Critical Thinking for Clinical Medicine, CWRU School of Medicine | 1995- present |
| Participation on Doctoral Qualifying Examination Committee, CWRU Department of Pathology | 1992-1995 |
| Participating speaker, CWRU: | |
| GEMD 3002: The Physiology of Aging | 1994-2000 |
| Anthropology 215: Health Culture & Disease Introduction to Medical Anthropology | 1996-2005 |
| Philosophy 101, Introduction to Philosophy | 1999 |
| Participant, CWRU School of Medicine Prematriculation Program | 1997 |
| Applicant Interviewer, CWRU School of Medicine | 1997-2005 |
| Member, Admissions Committee, CWRU School of Medicine | 2000-2004 |
| Member, Dissertation Committee, Heather A. Lindstrom-Ufuti: "Determinants of Social Status in the Elderly. A field study in American and Western Samoa," CWRU Department of Anthropology | 1999-2004 |
| Course Director:  "Alois Alzheimer and his Friends," American Academy of Neurology Educational Program, Annual Meeting, Philadelphia | 2000 |
| Member, Dissertation Committee: | |
| Abdalla Bowirrat, MD, Tel Aviv University, Dept. of Neurology, "Epidemiological and Genetic Studies of Alzheimer type Dementia in an Elderly Arab Population in Israel" | 2001 |
| Katherine Miller, CWRU Dept. of Epidemiology and Biostatistics, "Genetic Susceptibility in Alzheimer's Disease and the Role of Lipid Metabolism" | 2005-2007 |
| Jonathan Tedesco, CWRU Dept. of Chemistry | 2005-present |
| External Thesis Examiner, N. Cookson, University of Newcastle, Faculty of Medicine, MPH | 2002 |
| Advisor, Journal Distribution Project, CWRU Student Government | 2004-present |
| Advisor, summer student David Bonda | 2006, 2007 |
| Participating instructor, Scientific enrichment and opportunity program | 2007 |
| University of Louisville | |
| Lecturer, Neuroscience course and neurology clerkship | 2009-present |

Friedland CV   January, 2018

     Mentor, Undergraduate Research Scholar, Ramakanth Yakkanti     2011

     Lecturer, Molecualr Neuroscience Course (ASNB 614)     2016

University of Louisville, Thesis Committees

Dmitry Familtsev PhD, Department of Anatomical Sciences and
Neurobiology     2013

Adam Gerstenecker PhD, Dept of Psychology
Taking Clinical Judgment out of the Equation: A Call for the
Standardization of MCI Diagnostic Criteria and Construction of a
Statistical Model to Predict Conversion to Dementia
2012-present

Jessica Strong PhD, Dept. of Psychology
The Neuropsychological Profile of Older Adult Musicians and Non-Musicians:
Implications for Cognitive Reserve in Late Life     2013-present

Jeremy Carmasin PhD, Dept. of Psychology     2013-present
Awareness of executive functioning as a diagnostic tool in MCI and AD

Sadejah Hindi PhD, Dept. of Anatomical Sciences and Neurobiology
Signaling Mechanisms in Skeletal Muscle Regeneration     2014-2015

Joseph McMillan MA, Dept. of Anatomical Sciences and Neurobiology
TNF-like Weak Inducer of Apoptosis (TWEAK): Not So Weak After All     2016

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS

    American Neurological Association

    American Academy of Neurology, Fellow
    Geriatric Neurology Section (Research Committee)
    Behavioral Neurology Section
    Section on Neuroepidemiology

    Greater Louisville Medical Society

    Innominate Society for the History of Medicine, University of Louisville

    International Society for Vascular Behavioral and Cognitive Disorders (VAS-COG) (Founding
    Member)

    Society for Neuroscience

    Behavioral Neurology Society

    World Federation of Neurology
    Research Group on Neuroepidemiology
    Dementia Research Group

Friedland CV   January, 2018

Association of University Professors of Neurology

## COMMITTEES

VA Medical Center, Martinez

| | |
|---|---|
| Quality Assurance Committee | 1978-85 |
| Neurology Service Quality Assurance Committee (Chairman) | 1984-85 |
| Pharmacy and Therapeutics Committee | 1979-82 |
| Library Advisory Committee (Vice-Chairman) | 1978-84 |
| Research and Development Committee | 1985 |

| | |
|---|---|
| Lawrence Berkeley Laboratory | 1980-85 |

University of California, Berkeley Pituitary Tumor Board

| | |
|---|---|
| University of California, Davis School of Medicine | 1982-85 |
| Admissions Committee | |
| National Institutes of Health | |
| Clinical Center Medical Board | 1986-1990 |
| Subcommittee on Promotions | |
| PET Steering Committee (Secretary) | 1987-1989 |

**Case Western Reserve University/University Hospitals of Cleveland**

| | |
|---|---|
| ElderHealth Center Advisory Committee | 1990-1994 |
| Subcommittee on Neurology Resident Education | 1991-2008 |
| Department of Neurology, Credentials Committee | 1991-2008 |
| Committee on Appointments, Promotion and Tenure | 1995-2008 |
| Pharmacy and Therapeutics Committee | 1991-1992 |
| Center on Aging and Health, | |
| Senior Faculty Associate, member | 1991-2008 |
| Development Committee | 1999-2008 |
| CWRU/Henry Ford Hospital Affiliation Committee | 1992-1994 |
| Flexible Elective Committee | 1995-2008 |
| Neurology Coordinator, Generalist Initiative | 1995-2008 |
| Department of Neurology -Investigational Review Com. | |
| (Chair) | 1995-1996 |
| Radiation Safety Committee | 1996-2008 |
| Radioactive Drug Research Committee | 1996 -2008 |
| Primary Care Track Committee | 1996-2008 |
| Admissions Committee (SOM) | 2000-2004 |
| | 2007-2008 |
| Cleveland Mind Brain Group | 2005-2008 |
| Member, Program Committee | |

**University of Louisville School of Medicine**                    2008-2013

Member, Medical Council
Member, United Physician Associates Board of Directors and Compensation Committee

Friedland CV   January, 2018

    Member, Single Point Contracting Executive Committee
    Member, Medical School Fund
    Member, Compliance Committee, Medical School Fund
    Member, Medical Executive Committee
    Member, Anatomical Sciences and Neurobiology Chair Search Committee

**American Academy of Neurology**

    Member, Research Subcommittee                                    2011-2013

## BIBLIOMETRICS 11/15/2015

**ResearcherID**
341 publications
10,517 citations
37.16 citations per article
H-index 51

**Research Gate**
47.61 Score
12,696 citations

## PAPERS PUBLISHED IN REFEREED JOURNALS

1.    Friedland RP, Yahr MD.  Meningoencephalopathy secondary to infectious mononucleosis.  **Archives of Neurology** 34:186-188, 1977.

2.    Friedland RP, Whetsell W.  Clinicopathologic notes: Adrenocortical carcinoma with Cushing's syndrome, organic psychosis and aphasia, **Mount Sinai Journal of Medicine** 45:509-523, 1978.

3.    Friedland RP, Grant S.  Hematocrit, viscosity and cerebral blood flow.  **American Heart Journal** 97:404-405, 1979.

4.    Yen CK, Yano Y, Budinger TF, Friedland RP, Derenzo SE, Huesman RH, O'Brien HA.  Brain tumor evaluation using RB-82 and positron emission tomography.  **Journal of Nuclear Medicine** 23:532-537, 1982.

5.    Cooper JA, Nakada T, Knight RT, Friedland RP.  Autosomal dominant motor system degeneration in a black family.  **Annals of Neurology** 14:585-587, 1983.

6.    Friedland RP, Budinger TF, Yano Y, Huseman R, Knittel B, Derenzo, SE, Koss, B, Ober BA.  Regional cerebral metabolic alterations in Alzheimer-type dementia:  Kinetic studies with 18-fluorodeoxyglucose.  **Journal of Cerebral Blood Flow and Metabolism** 3, Suppl 1:S510-511, 1983.

7.    Friedland RP, Mathis CA, Budinger TF, Moyer BR.  Labeled choline and phosphorylcholine:  Body distribution and brain autoradiography.  **Journal of Nuclear Medicine** 24:812-815, 1983.

8.    Friedland, RP, Budinger TF, Ganz E, Yano Y, Mathis CA, Koss B, Ober BA, Huesman R, Derenzo S.  Regional cerebral metabolic alterations in dementia of the Alzheimer-type: positron emission tomography with 18-fluorodeoxyglucose.  **Journal of Computer Assisted Tomography** 7:590-598, 1983.

9.    Jones A, Friedland RP, Koss B, Ober BA, Stark, L.  Saccadic intrusions in Alzheimer-type dementia.  **Journal of Neurology** 229:189-194, 1983.

Friedland CV   January, 2018

10.    Friedland RP, Yano Y, Budinger TF, Ganz E, Huesman RH, Derenzo SE, Knittel B.  Quantitative evaluation of blood brain barrier integrity in Alzheimer-type dementia:  Positron emission tomographic studies with rubidium-82.  **European Neurology** 22, Suppl 2:19-20, 1983.

11.    Koss E, Ober BA, Delis D, Friedland RP.  The Stroop color-word test: Indicator of dementia severity.  **International Journal of Neurosciences** 24:53-61, 1984.

12.    Friedland RP, Prusiner S, Jagust W, Budinger TF.  Bitemporal hypometabolism in Creutzfeldt-Jakob disease:  Positron emission tomography with 18F-2-fluorodeoxyglucose.  **Journal of Computer Assisted Tomography** 8:978-981, 1984.

13.    Friedland RP, Budinger TF, Brant-Zawadzki MN, Jagust WJ.  The diagnosis of Alzheimer-type dementia: a preliminary comparison of PET and proton NMR imaging.  **Journal of the American Medical Association** 252:2750-2752, 1984.

14.    Friedland RP, Budinger TF, Koss E, Ober BA.  Alzheimer's disease:  anterior-posterior and lateral hemispheric alterations in cortical glucose utilization.  **Neuroscience Letters** 53:235-240, 1985.

15.    Ober BA, Koss E, Friedland RP, Delis DC.  Processes of verbal memory failure in Alzheimer-type dementia.  **Brain and Cognition** 4:90-103, 1985.

16.    Jagust WJ, Friedland RP, Budinger TF.  Positron emission tomography differentiates normal pressure hydrocephalus from Alzheimer's disease.  **Journal of Neurology, Neurosurgery and Psychiatry** 48:1091-1096, 1985.

17.    Koss E, Friedland RP, Ober BA, Jagust WJ. Differences in lateral hemispheric asymmetries of glucose utilization between early-and late-onset Alzheimer-type dementia.  **American Journal of Psychiatry** 142:638-640, 1985.

18.    Jagust WJ, Friedland RP.  Positron emission tomography in the study of Alzheimer's disease.  **VA Practitioner** 2:55-66, 1985.

19.    Friedland RP, Koss E, Jagust WJ.  Lateral hemispheric asymmetries of glucose use in Alzheimer's disease:  Relationships to behavior, age of onset and prognosis.  **Journal of Cerebral Blood Flow and Metabolism** 5, (Suppl 1):S123-124, 1985.

20.    Friedland RP, Jagust WJ, Budinger TF, Huesman RH, Knittel B.  Methodological factors affecting the accuracy of metabolic measurements in PET studies with (18F)-2-fluoro-2-deoxy-D-glucose (FDG).  **Journal of Cerebral Blood Flow and Metabolism** 5(Suppl. 1):S609-610, 1985.

21.    Ober BA, Dronkers NF, Koss E, Friedland RP, Delis DC.  Retrieval from semantic memory in Alzheimer-type dementia.  **Journal of Clinical and Experimental Neuropsychology** 8:75-92, 1986.

22.    Lakshminarayanan V, Friedland RP, Muller EC, Koss E, Stark L.  The vestibular-ocular reflex in Alzheimer's disease.  **Neuro-ophthalmology** 6:205-208, 1986.

23.    Jagust WJ, Budinger TF, Huesman RH, Friedland RP, Mazoyer BM, Knittel BL.  Methodological factors affecting PET measurements of cerebral glucose metabolism.  **Journal of Nuclear Medicine** 27:1358-1361, 1986.

24.    Luxenberg J, Friedland RP, Rapoport SI.  Quantitative X-ray computed tomography (CT) in dementia of the Alzheimer type (DAT).  **Canadian Journal of the Neurological Sciences** 13:570-572, 1986.

25.    Haxby JV, Grady CL, Friedland RP, Rapoport SI.  Neocortical metabolic abnormalities precede nonmemory cognitive impairments in early dementia of the Alzheimer type:  Longitudinal confirmation.  **Journal of Neural Transmission** 24:49-53, 1987.

Friedland CV   January, 2018

26.     Grady C, Haxby JV, Horwitz B, Sundaram M, Berg G, Schapiro M, Friedland RP, Rapoport SI.  A longitudinal study of the early neuropsychological and cerebral metabolic changes in dementia of the Alzheimer type.  **Journal of Clinical and Experimental Neuropsychology** 10:576-596, 1988.

27.     Kaye JA, May C, Daly E, Atack JR, Sweeney DJ, Luxenberg JS, Kay AD, Kaufman S, Milstein S, Friedland RP, Rapoport SI.  Cerebrospinal fluid monoamine markers are decreased in dementia of the Alzheimer type with extrapyramidal features.  **Neurology** 38:554-557, 1988.

28.     Rainero I, May C, Kaye JA, Friedland RP, Rapoport SI.  Cerebrospinal fluid alpha melanocyte stimulating hormone in dementia of the Alzheimer type.  **Neurology** 38:1281-1284, 1988.

29.     Jagust WJ, Friedland RP, Budinger TF, Koss E, Ober B.  Longitudinal studies of regional cerebral glucose utilization in Alzheimer's disease.  **Neurology** 38:909-912, 1988.

30.     Luxenberg J, Plato CC, Fox KM, Friedland RP, Rapoport SI.  Digital and palmar dermatoglyphics in dementia of the Alzheimer's type.  **Journal of Medical Genetics** 30:733-740, 1988.

31.     Koss E, Weiffenbach JM, Haxby JV, Friedland RP.  Olfactory detection and identification performance in Alzheimer's disease.  **Neurology** 38:1228-1232, 1988.

32.     Friedland RP, Horwitz B, Koss E.  Measurement of disease progression in Alzheimer's disease.  **Neurobiology of Aging** 9:95-97, 1988.

33.     Luxenberg J, Swedo S, Flament MF, Friedland RP, Rapoport SI.  Neuroanatomic abnormalities in obsessive compulsive disorder detected with quantitative x-ray computed tomography.  **American Journal of Psychiatry** 145: 1089-1093, 1988.

34.     Friedland RP, Koss E, Haxby JV, Grady C, Luxenberg J, Schapiro MB, Kaye J. The clinical and biological heterogeneity of Alzheimer's disease.  **Annals of Internal Medicine** 109:298-311, 1988.

35.     Friedland RP, Koss E, Kumar A, Gaine S, Metzler D, Haxby JV, Moore A,  Rapoport SI, Motor vehicle crashes in dementia of the Alzheimer type.  **Annals of Neurology** 24:782-786, 1988.

36.     Kumar A, Koss E, Metzler D, Moore A, Friedland RP.  Behavioral symptomatology in dementia of the Alzheimer type.  **Alzheimer's Disease and Associated Disorders: An International Journal** 2:363-365, 1988.

37.     Rainero I, Kaye JA, May C, Durso R, Katz DI, Albert ML, Wolfe N, Pinessi L, Friedland RP, Rapoport SI.  Alpha-melanocyte stimulating hormone immunoreactivity is increased in cerebrospinal fluid of patients with Parkinson's disease.  **Archives of Neurology** 45:1224-1227, 1988.

38.     Haxby JV, Grady CL, Koss E, Horwitz B, Shapiro M, Friedland RP, Rapoport SI.  Heterogeneous anterior-posterior metabolic patterns in dementia of the Alzheimer type.  **Neurology** 38:1853-1863, 1988.

39.     Kaye JA, May C, Atack JR, Daly E, Sweeney DL, Beal MF, Kaufman S, Milstein S, Friedland RP, Rapoport SI.  Cerebrospinal fluid neurochemistry in the myoclonic subtype of Alzheimer's disease.  **Annals of Neurology** 24:647-650, 1988.

40.     Friedland RP.  Positron imaging in the dementing illnesses.  **Journal of Neuropsychiatry and Clinical Neurosciences** 39:309-310, 1989.

41.     Swedo SE, Schapiro MB, Grady CL, Cheslow DL, Leonard HL, Kumar A, Friedland RP, Rapoport SI, Rapoport JL.  Cerebral glucose metabolism in childhood-onset obsessive compulsive disorder.  **Archives of General Psychiatry** 46:518-523, 1989.

Friedland CV   January, 2018

42.    Friedland RP, Jagust WJ, Huesman RH, Koss E, Knittel B, Mathis CA, Ober BA, Mazoyer BM, Budinger TF.  Regional cerebral glucose transport and utilization in Alzheimer's disease.  **Neurology** 39:1427-1434, 1989.

43.    Friedland RP. "Normal" pressure hydrocephalus and the saga of the treatable dementias. **Journal of the American Medical Association** 262:2577-2581, 1989.

44.    Grady CL, Berg G, Carson RE, Daube-Witherspoon WE, Friedland RP, Rapoport SI. Quantitative comparison of glucose metabolic rates from two position emission tomographs. **Journal of Nuclear Medicine** 30:1386-1392, 1989.

45.    Schapiro MB, Luxemberg JS, Kaye JA, Haxby JV, Friedland RP, Rapoport SI. Serial quantitative CT analysis of brain morphometrics in adult Down's Syndrome at different ages. **Neurology** 39:1349-1353, 1989.

46.    Friedland RP.  Position emission tomography in dementia. **Seminars in Neurology** 9:338-344, 1989.

47.    Friedland RP, May C, Dahlberg J. The viral hypothesis of Alzheimer's Disease: Absence of antibodies to lentiviruses. **Archives of Neurology** 47:177-178, 1990.

48.    Ship JA, DeCarli C, Friedland RP, Baum B. Diminished submandibular salivary flow in dementia of the Alzheimer type. **Journal of Gerontology** 45:M61-66, 1990.

49.    May C, Kaye JA, Atack JR, Schapiro MB, Friedland RP, Rapoport SI.  Cerebrospinal fluid production is reduced in healthy aging. **Neurology** 40:500-503, 1990.

50.    Friedland RP, Luxemberg JS, Koss E. A quantitative study of intracranial calcification in dementia of the Alzheimer type. **International Psychogeriatrics** 2:37-43, 1990.

51.    Kaye JA, Grady CL, Haxby JV, Moore A, Friedland RP. Plasticity in the aging brain: Reversibility of anatomic, metabolic and cognitive deficits in normal pressure hydrocephalus following shunt surgery. **Archives of Neurology** 47:1336-1341, 1990.

52.    Schapiro MB, Grady CL, Kumar A, Herscovitch P, Haxby JV, Moore AM, White B, Friedland RP, Rapoport SI. Regional cerebral glucose metabolism is normal in young adults with Down Syndrome. **Journal of Cerebral Blood Flow and Metabolism** 10:199-206, 1990.

53.    May C, Haber M, Young SH, Tomai TP, Csako G, Friedland RP. Osmoregulation in Alzheimer's Disease. **Dementia** 1:90-94, 1990.

54.    Haxby JV, Grady CL, Koss E, Horwitz B, Heston L, Schapiro M, Friedland RP, Rapoport SI. Longitudinal study of cerebral metabolic asymmetries and associated neuropsychological patterns in early dementia of the Alzheimer type. **Archives of Neurology** 47:753-760, 1990.

55.    Schapiro MB, Kumar A, White B, Fox D, Grady CL, Haxby JV, Friedland RP, Rapoport SI.  Dementia without mental retardation in mosaic translocation Down Syndrome. **Brain Dysfunction** 3:165-174, 1990.

56.    Kumar A, Schapiro MB, Haxby JV, Grady CL, Friedland RP.  Cerebral metabolic and cognitive studies in dementia with frontal lobe behavioral features. **Journal of Psychiatric Research** 24(2):97-109, 1990.

57.    Kumar A, Schapiro MB, Grady CL, Haxby JV, Wagner E, Salerno JA, Friedland RP, Rapoport SI. High resolution studies of cerebral glucose metabolism in Alzheimer's disease. **Neuropsychopharmacology** 4:35-46, 1991.

58.    Friedland RP, Iadecola C. Roy and Sherrington (1890): A centennial re-examination of "On the regulation of the blood-supply of the brain". **Neurology** 41:10-14, 1991. (Recipient of Lawrence McHenry Award, American Academy of Neurology, 1990)

Friedland CV   January, 2018

59.    Koss E, Haxby JV, DeCarli C, Schapiro MB, Friedland RP, Rapoport SI. Patterns of performance preservation and loss in healthy aging.  **Developmental Neuropsychology** 7:99-113, 1991.

60.    Ober BA, Jagust WJ, Koss E, Delis DC, Friedland RP. Visuoconstructive performance and regional cerebral glucose metabolism in Alzheimer's disease.  **Journal of Clinical and Experimental Neuropsychology** 13:752-772, 1991.

61.    DeCarli C, Fugate L, Falloon J, Eddy J, Katz D, Friedland R, Rapoport S, Brouwers P, Pizzo P.  Brain growth and cognitive improvement in children with HIV-induced encephalopathy after six months of continuous infusion AZT therapy.  **Journal of the Acquired Immune Deficiency Syndrome** 4:585-592, 1991.

62.    Godec MS, Asher DM, Masters CL, Kozachuk WE, Friedland RP, Gibbs CJ, Gajdusek DC, Rapoport SI, Schapiro MB.  Evidence against the transmissibility of Alzheimer's Disease.  **Neurology** 41:1320, 1991.

63.    Majocha RE, Reno JM, Friedland RP, Van Haight C, Lyle LR, Marotta CA.  Development of a monoclonal antibody specific for ß/A4 Amyloid in Alzheimer's disease brain for application to in vivo imaging of amyloid angiopathy **Journal of Nuclear Medicine** 33:2184-2189, 1992.

64.    Friedland RP.  Alzheimer's disease:  Clinical features and differential diagnosis **Neurology** 43 (suppl 4):S45-S51, 1993.

65.    Friedland RP, Koss E, Lerner A, Hedera P, Jagust WJ, Ellis W, Dronkers N, Ober A.  Functional imaging, the frontal lobes, and dementia.  **Dementia** 4:192-203, 1993.  (Abstracted in **NeuroCase** 4:8, 1998)

66.    Lerner A, Friedland RP, Whitehouse PJ.  Editorial:  Role of biological markers of Alzheimer's Disease.  **Alzheimer's Disease:  An International Journal** 6:197-200, 1993.

67.    Friedland RP, Lerner AJ, Hedera P, Brass EP, Encephalopathy associated with bismuth subgallate therapy.  **Clinical Neuropharmacology** 16:173-176, 1993.

68.    Drachman DA, Swearer JM, Barnes HJ, Woodward BM, Peterson KE, Moonis M, Weintraub S, Morecroft K, Guinessey J, Acar D, Sandson T, Blass J, Nolan K, Ryan B, Morris JC, Ball LA, Friedland RP, Martin R, DeKosky ST, FuQua-Whitley D, Lineman DA, Castle J.  Driving and Alzheimer's Disease:  The risk of crashes.  **Neurology** 43:2448-2456, 1993.

69.    Lai S, Hopkins AL, Haacke EM, Li D, Wasserman BA, Buckley P, Friedman L, Meltzer H, Hedera P, Friedland RP.  Identification of vascular structures as a major source of signal contrast in high resolution 2D and 3D functional activation imaging of the motor cortex at 1.5T:  Preliminary results.  **Magnetic Resonance in Medicine** 30:387-392, 1993.

70.    Hedera P, Friedland RP.  Duane's syndrome with giant aneurysm of the vertebral basilar arterial junction.  **Journal of Clinical Neuro-ophthalmology** 13:271-274, 1993.

71.    Friedland RP.  Editorial:  Epidemiology, education, and the ecology of Alzheimer's disease.  **Neurology** 43:246-249, 1993 (published also in Portuguese in: **Cadernos IPUB Envelhecimento e Saude Menta**l, Ed. By A. Leibing, Instituto de Psiquiatria, UFRJ, No. 10, 1999, pp. 165-174.

72.    Friedland RP.  Epidemiology and the multiple determinants of Alzheimer's disease.  **Neurobiology of Aging** 15:239-241, 1994.

73.    Friedland RP, Majocha RE, Reno JM, Lyle LR, Marotta CA.  Development of an anti-Aß monoclonal antibody for in vivo imaging of amyloid angiopathy in Alzheimer's disease.  **Molecular Neurobiology** 9:107-113, 1994.

74.    Lerner AJ, Koss E, Patterson MB, Hedera P, Ownby RL, Friedland RP, Whitehouse PJ.  Concomitants of visual hallucinations in Alzheimer's disease.  **Neurology** 44:523-527, 1994.

Friedland CV   January, 2018

75.     Hedera P, Cohen ML, Lerner AJ, Friedland RP.  Dementia preceding motor symptoms in Parkinson's disease:  A case study.  **Neuropsychiatry, Neuropsychology and Behavioral Neurology** 7:67-72, 1994.

76.     Weinstein EA, Friedland RP, Wagner EE. Denial/unawareness of impairment and symbolic behavior in Alzheimer's disease. **Neuropsychiatry, Neuropsychology and Behavioral Neurology** 7:176-184, 1994.

77.     Hedera P, Lai S, Haacke EM, Lerner AJ, Hopkins AL, Lewin JS, Friedland RP. Abnormal connectivity of the visual pathways in human albinos demonstrated by susceptibility sensitized magnetic resonance imaging. **Neurology** 44:1921-1926, 1994.

78.     Haacke EM, Hopkins A, Lai S, Buckley P, Friedman L, Meltzer H, Hedera P, Friedland RP, Klein S, Thompson L, Detterman D, Tkach J, Lewin JS.  2D and 3D high resolution gradient echo functional imaging of the brain venous contributions to signal in motor cortex studies.  **NMR in Biomedicine** 7:54-62, 1994.

79.     Hedera P, Lerner AJ, Castellani R, Friedland RP.  Concurrence of Alzheimer's disease, Parkinson's disease; diffuse Lewy body disease and amyotrophic lateral sclerosis.  **Journal of Neurological Sciences** 128:219-224, 1995.

80.     Hedera P, Wu D, Lewin JS, Miller D, Lerner AJ, Friedland RP.  Temporal patterns of uncoupling between oxidative metabolism and regional cerebral blood flow demonstrated by functional magnetic resonance imaging. **Investigative Radiology** 30:625-633, 1995.

81.     Premkumar DRD, Cohen DL, Hedera P, Friedland RP, Kalaria RN. Apolipoprotein E4 alleles in cerebral amyloid angiopathy and cerebrovascular pathology associated with Alzheimer's disease.  **American Journal of Pathology** 148:2083-95, 1996.

82.     Hedera P, Lai S, Lewin JS, Haacke EM, Wu D, Lerner AJ, Friedland RP.  Assessment of cerebral blood flow reserve using functional magnetic resonance imaging.  **Journal of Magnetic Resonance Imaging** 6:718-725, 1996.

83.     Thal LF, Carta A, Clarke WR, Ferris SH, Friedland RP, et al.  A one-year multicenter placebo-controlled study of acetyl-l-carnitine in patients with Alzheimer's disease.  **Neurology** 47:705-711, 1996.

84.     Ogeng'o JA, Cohen DL, Sayi G, Matuja WB, Chande HM, Kitinya J, Kimani JK, Friedland RP, Mori H, Kalaria RN.  Cerebral amyloid ß protein deposits and other alzheimer lesions in non-demented elderly East Africans.  **Brain Pathology** 6:101-107, 1996.

85.     Salomon A, Jao S-C, Marcinowski K, Friedland RP, Zagorski M. Nicotine inhibits amyloid formation by the ß-peptide. **Biochemistry** 35:13568-78, 1996.

86.     Ford AB, Mefrouche Z, Friedland RP, Debanne SM.  Smoking and cognitive impairment: A population based study.  **Journal of the American Geriatrics Society** 44:905-909,1996.

87.     Lewin JS, Friedman L, Wu D, Miller D, Thompson L, Klein S, Wise A, Hedera P, Buckley P, Friedland RP. Cortical localization of human sustained attention: Detection with functional MR using a visual vigilance paradigm. **Journal of Computer Assisted Tomography** 20:695-701, 1996.

88.     Lundberg C, Johansson K, Ball K, Bjerre B, Blomqvist C, Braekhus A, Brouwer W, Bylsma F, Carr D, Englund L, Friedland RP, et al.  Dementia and driving - an attempt at consensus.  **Alzheimer's Disease and Associated Disorders** 11:28-37, 1997.

89.     Lerner AJ, Hedera P, Koss E, Stuckey J, Friedland RP. Delirium in Alzheimer's disease. **Alzheimer's Disease and Associated Disorders** 11:16-20, 1997.

Friedland CV   January, 2018

90.    Friedland RP. Strategies for driving cessation in Alzheimer's disease. **Alzheimer's Disease and Associated Disorders** 11:73-75, 1997.

91.    Hedera P, Friedland RP. Cerebral autosomal dominant anteriopathy with subcortical infarcts and leukoencephalopathy: Study of two American families with predominant dementia. **Journal of Neurological Sciences** 146:27-33, 1997.

92.    Lerner AJ, Koss E, Debanne SM, Rowland DY, Smyth KA, Friedland RP. Interactions of smoking history with estrogen replacement therapy as protective factors for Alzheimer's disease (Letter). **Lancet** 349:403-404, 1997.

93.    Kalaria RN, Ogeng'o JA, Patel NB, Sayi JG, Kitinya JN, Chande HM, Matuja WB, Mtui EP, Kimani JK, Premkumar DRD, Koss E, Gatere S, Friedland RP.  Evaluation of risk factors for Alzheimer's disease in elderly east Africans, **Brain Research Bulletin** 44:573-577, 1997.

94.    Sayi JG, Patel NB, Premkumar DRD, Adem A, Winblad B, Matuja WB, Mtui EP, Gatere S, Friedland RP, Koss E, Kalaria RN. Apolipoprotein E polymorphism in elderly East Africans. **East African Medical Journal** 74:668-670, 1997.

95.    Hedera P, Wu D, Collins S, Lewin JS, Miller D, Lerner AJ, Klein S, Friedland RP.  Sex and EEG synchronization after photic stimulation predict signal changes in the visual cortex detected on functional MR images.  **American Journal of Neuroradiology**, 19:853-857, 1998.

96.    Perry G, Smith MA, McCann CE, Siedlak SL, Jones P, Friedland RP. Cerebrovascular muscle atrophy is a feature of Alzheimer Disease. **Brain Research** 791:63-66, 1998.

97.    Muzic RF, Berridge MS, Friedland RP, Zhu N, Nelson AD.  Quantification of specific binding of [$^{11}$C] nicotine in human brain using PET.  **Journal of Nuclear Medicine** 39:2048-2054, 1998.

98.    Friedland RP, Farrer LA, Cupples LA, Debanne SM, Lerner AJ, and the MIRAGE Study Group.  Smoking and risk of Alzheimer's disease (letter) **Lancet** 352:819, 1998.

99.    Friedland RP, McMonagle J. Medical Legal Aspects of Alzheimer's disease. **Journal of the Cleveland Bar Association** 70:69, 1999.

100.   Shi J, Perry G, Aliev G, Smith MA, Ashe KH, Friedland RP.  Serum amyloid P is not present in amyloid ß deposits of a transgenic animal model. **NeuroReport** 10:3229-3232, 1999.

101.   Shi J, Perry G, Smith MA, Friedland RP. Vascular abnormalities: The insidious pathogenesis of Alzheimer's disease.  **Neurobiology of Aging** 21:357-361, 2000.

102.   Aliev G, Shi J, Perry G, Friedland RP, LaManna J. Decreased constitutive nitric oxide synthase, but increased inducible nitric oxide synthase and endothelin-1 immunoreactivity in aortic endothelial cells of Donryu rats on a cholesterol-enriched diet.  **The Anatomical Record** 259:1-10, 2000.

103.   Lerner AJ, Elston R, Chen C, Friedland RP. Response of the hypothalamic-pituitary-adrenal axis to lumbar puncture induced stress. **Journal of Alzheimer's Disease** 2:193-198, 2000.

104.   Bowirrat A, Friedland, RP, Chapman J, Korczyn AD. *Expedited publication*:The very high prevalence of Alzheimer's disease in an Arab population is not explained by high APOE e4 allele frequency. **Neurology** 55:731, 2000.

105.   Nunomura A, Perry G, Pappolla MA, Friedland RP, Hirai K, Chiba S, Smith MA. Neuronal oxidative stress precedes amyloid-Beta deposition in Down's syndrome. **Journal of Neuropathology and Experimental Neurology** 59:1011-1017,2000.

Friedland CV   January, 2018

106.   Aliev, G, Smith, MA, Turmaine, M, Neal ML, Zimina, TV, Friedland, RP, Perry, G, LaManna, JC, Burnstock, G.  Atherosclerotic lesions are associated with increased immunoreactivity for inducible nitric oxide synthase and endothelin-1 in thoracic aortic intimal cells of hyperlipidemic Watanabe rabbits. **Experimental and Molecular Pathology** 71, 40-54, 2000

107.   Zeng H, Shao H, Menon NK, Yang J, Salomon AR, Friedland RP,  Zagorski M. Nicotine and amyloid formation. **Biological Psychiatry** 49:248-257, 2001.

108.   Demissie S, Green RC, Mucci L, Tziavas S, Martelli K, Bang K, Coons L, Bourque S, Buchillon D, Johnson K,  Smith T, Lautenschlager N,  Friedland RP, Cupples LA, Farrer LA.  Reliability of information collected by proxy in family studies of Alzheimer's disease.  **Neuroepidemiology** 20:105-111, 2001.

109.   Seyidova D, Aliev G, Neal ML, Shi J, Vigano T, Hernandez A, Folco G, Soas AH, Smith MA, Perry G, LaManna JC, Friedland RP.The effect of agonists and antagonists on the morphology of non-transformed human smooth muscle cells in vitro. **Journal of Submicroscopic Cytology and Pathology** 33(1-2):141-9, Jan-Apr 2001.

110.   Bowirrat A, Treves TA, Friedland RP, Korczyn AD. Prevalence of Alzheimer's type dementia in an elderly Arab population. **European Neurology** 8:119-123, 2001.

111.   Petot GJ, Debanne SM, Reidel TM,. Smyth KA, Cook TB, Koss E, Lerner AJ, Friedland RP. Surrogate responders do not introduce bias in a case control study of dietary risk factors for Alzheimer's disease. **Journal of the American Dietetic Association** 102:848-850, 2002.

112.   Friedland RP, Fritsch T, Smyth KA, Koss E, Lerner AJ, Chen CH, Petot GJ, Debanne SM. Patients with Alzheimer's disease have reduced premorbid activities compared to healthy controls. **Proceedings of the National Academy of Sciences (USA)** 98:3440-3445, 2001.

113.   Aliev, G, Seyidove, D, Neal, ML, Shi, J, Vigano, T, Hernandez, A, Folco, G., Soas, AH, Zimina, TV, Smith, MA, Perry, G, Lamanna, JC, Friedland, RP. The effect of agonists and antagonists on the morphology of non-transformed human smooth muscle cell in vitro. **Journal of Submicroscopic Cytology and Pathology** 33:141-149, 2001.

114.   Debanne SM, Petot GJ, Li J, Koss E, Lerner AJ, Riedel TM, Rowland DY, Smyth KA, Friedland RP. On the use of surrogate respondents for controls in a case-control study of Alzheimer's disease. **Journal of the American Geriatrics Society** 49:1-5,2001.

115.   Mizrahi E, Fritsch T, Smyth KA, Friedland RP, Lerner AJ. Medication use in Alzheimer's Disease. **Clinical Gerontologist** 24:75-84, 2001

116.   Aliev G, Smith MA, Zimina TV, Neal ML, Lamb BT, Nunomura A, Seyidova D, Vinters HV, LaManna JC, Perry G, Friedland RP. The role of oxidative stress in the pathophysiology of cerebrovascular lesions in Alzheimer's' disease.  **Brain Pathology** 12:21-35, 2002.

117.   Fritsch T, McLendon MJ, Smyth KA, Lerner AJ, Chen CH, Petot GJ, Debanne SM, Soas A, Friedland RP. Effects of educational attainment on the clinical expression of Alzheimer's disease: Results from a research registry. **American Journal of Alzheimer's Disease and Other Dementias** 16:369-376, 2001.

118.   Mizrahi E, Jacobsen DW, Friedland RP. Plasma homocysteine: A new risk for Alzheimer's disease? **Israel Medical Association Journal** 4:1-4,2002.

119.   Friedland RP, Petot GJ, Farrer LF. Diet and Alzheimer's disease. **Arab Journal of Psychiatry** 13:10-17, 2002.

120.   Shi J, Perry G, Berridge MS, Aliev G, Siedlak SL, Smith MA, La Manna JC, Friedland RP. Labeling of cerebral Aβ deposits in vivo using intranasal bFGF and SAP component in mice, **Journal of Nuclear Medicine**

Friedland CV   January, 2018

43:1044-1051, 2002. (Invited Commentary on this paper was published in the same issue: Potential for a sprecific neuroradiological diagnosis of Alzheimer's disease, Blass JB, **Journal of Nuclear Medicine** 43:1051-1053, 2002).

121.   Aliev G, Smith MA, Perry G, Samedov S, Seyidova D, Friedland RP, La Manna JC, Gasimov EK.  The experimental model of Alzheimer's disease and its selective pharmacological treatments. **Academy of Sciences of Azerbaijan Reports** 57:112-118, 2001.

122.   Friedland RP, Lipid Metabolism, epidemiology and the mechanisms of Alzheimer's disease. **Annals of the New York Academy of Sciences** 977:387-390, 2002

123.   Bowirrat A, Friedland RP, Farrer L, Baldwin C, Korczyn A.  Genetic and environmental risk factors for Alzheimer's disease in Israeli Arabs. **Journal of Molecular Neuroscience** 19: 239-245, 2002.

124.   Aliev G, Seyidova D, Neal ML, Shi J, Lamb BT, Siedlak SL, Winters HV, Head E, Perry G, Lamanna JC, Friedland RP, Cotman CW.  Atherosclerotic lesions and mitochondria DNA deletions in brain microvessels as a central target for the development of human AD and AD-like pathology in aged transgenic mice. **Annals of the New York Academy of Sciences** 977:45-64, 2002.

125.   Aliev G, Smith MA, Seyidova D, Neal ML, Shi J, Loizidou M, Turmaine M, Friedland RP, Taylor I, Burnstock G, Perry G, Lamanna JC. Increased expression of NOS and ET-1 immunoreactivity in human colorectal metastatic liver tumours is associated with selective depression of constitutive NOS immunoreactivity in vessel endothelium. **J Submicroscopic and Cytological Pathology** 34:37-50, 2002 .

126.   Green RC, Cupples LA, Kurz A, Auerbach S, Go R, Sadovnick D, Duara R, DeCarli C, Kukull W, Chui H, Edeki T, Griffith P, Friedland RP, Bachman D, Farrer LA: Depression as a risk factor for Alzheimer's disease: The MIRAGE study. **Archives of Neurology** 60:753-759,2003**.**

127.   Petot G, Chen C, Traore F, Debanne S, Friedland RP, Interactions of apolipoprotein E genotype and dietary fat intake of healthy older persons during mid-adult life. **Metabolism** 52:279-281, 2003.

128.   Farrer, L.A., Friedland RP, Bowirrat A, Waraska, Korczyn AD, Baldwin CT. Genetic and environmental risk factors for Alzheimer's disease in Israeli Arabs. **Journal of Molecular Neuroscience** 20:207-212, 2003.

129.   Farrer, LA, Bowirrat, A, Friedland RP, Waraska, K, Korczyn, AD, Baldwin, CT.  Identification of multiple loci for Alzheimer disease in a consanguineous Israeli-Arab community. **Human Molecular Genetics** 12:415-422, 2003.

130.   Mizrahi EH, Jacobsen DW, Debanne SM, Traore F, Lerner AJ, Friedland RP, Petot GJ. Plasma total homocysteine levels, dietary B6 and folate intake in AD and healthy aging. **Journal of Nutrition, Health and Aging** 7:160-165, 2003.

131.   Bowirrat A, Friedland RP, Korczyn AD, Vascular dementia among elderly Arabs in Wadi Ara, **Journal of Neurological Sciences** 203-204:73-76, 2003.

132.   Friedland RP. Editorial: Fish consumption and the risk of Alzheimer's disease: Is it time to make dietary recommendations? **Archives of Neurology**, 60:923-924, 2003.

133.   Aliev G, Seyidova D, Lamb BT, Obrenovich ME, Siedlak SL, Vinters HV, Friedland RP, LaManna JC, Smith MA, Perry G. Mitochondria and vascular lesions as a central target for the development of Alzheimer's disease and Alzheimer-like pathology in transgenic mice. **Neurological Research** 25:655-674, 2003.

134.   Castellani RJ, Smith MA, Perry G, Friedland RP. Cerebral amyloid angiopathy: Major contributor or decorative response to Alzheimer's disease pathogenesis.  **Neurobiology of Aging**;25(5):599-602; May-Jun 2004.

Friedland CV   January, 2018

135.   Petot G, Friedland RP. Diet, lipids and Alzheimer's disease. **Journal of the Neurological Sciences** 226:31-33, 2004.

136.   Smyth KA, Fritsch T, Cook TB, McClendon MJ, Santillan CE, Friedland RP. Worker functions and traits associated with occupations and the development of Alzheimer's disease. **Neurology** 63:498-503, 2004.

137.   Mizrahi EH, Bowirrat A, Jacobsen DW, Korczyn AD, Traore F, Petot GJ, Lerner AJ, Debanne SM, Adunsky A, DiBello PM, Friedland, RP.  Plasma homocysteine, vitamin B12 and folate in Alzheimer's patients and healthy Arabs in Israel. **Journal of Neurological Sciences** 15;227:109-13, 2004.

138.   Geula C, Emre M, Friedland RP. The 2nd International Symposium on Alzheimer's disease and Related Disorders in the Middle East, May 1-3, 2004, Istanbul, Turkey. **Amyloid** 11:276-280, 2004.

139.   Bowirrat A, Cui J, Waraska K, Friedland RP, Oscar-Berman M, Farrer LA, Korczyn A , Baldwin CT. Lack of association between angiotensin-converting enzyme (ACE) and dementia of the Alzheimer's type (DAT) in an elderly Arab population in Wadi Ara, Israel. **Neuropsychiatric Disease and Treatment**, 1:73-76, 2005.

140.   Lindstrom HA, Fritsch T, Petot G, Smyth KA, Chen CH, Debanne SM, Lerner AJ, Friedland RP, The relationships between television viewing in midlife and the development of Alzheimer disease in a case-control study, **Brain and Cognition** 58:157-165, 2005.

141.   Lee JH, Friedland RP, Whitehouse PJ, Woo JI. Twenty-four hour rhythms of sleep wake cycle and temperature in Alzheimer's disease. **Journal of Neuropsychiatry and Clinical Neuroscience** 16:192-198, 2004.

142.   Fritsch T, Smyth KA, Debanne SM, Petot G, Friedland RP. Participation in "novelty seeking" leisure activities and Alzheimer's disease. **Journal of Geriatric Psychiatry and Neurology**, 18:134-141, 2005.

143.   Sparks DL, Robert Friedland RP (The first 2 authors contributed equally as lead investigators), Petanceska S, Schreurs BG, Shi J, Perry G, Smith MA, Sharma A, DeRosa S, Ziolkowski C, Stankovic G. Trace copper levels in the drinking water, but not zinc or aluminum, influence CNS Alzheimer-like pathology. **Journal of Nutrition, Health and Aging** 10:247-254, 2006.

144.   Inzelberg, R,  Mazarib A,  Masarwa, M, Abuful A,  Strugatsky R.  Friedland, RP
Essential tremor prevalence is low in Arabic villages in Israel -Door-to-door neurological examinations. **Journal of Neurology** 253:1557-1560, 2006.

145.   Meng Y, Baldwin CT, Bowirrat A, Waraska K, Friedland RP, Farrer LA, Associations in the angiotensin-converting enzyme gene with Alzheimer's disease in an Israeli-Arab community.  **American Journal of Human Genetics** 78:871-877, 2006.

146.   Inzelberg, R,  Schechtman, E, Abuful, A, Masarwa, M, Mazarib A, Strugatsky R,  Farrer LF, Friedland RP. Education effects on cognitive function in a healthy aged Arab population. **International Psychogeriatrics** 2006:1-11, 2006.

147.   Kishikawa Y, Friedland RP, Socio-cultural background of suicide in Alzheimer's disease – A cross cultural study of two Alzheimer's disease patients in the United States and Japan. **International Psychogeriatrics** (in press).

148.   Akomolafe A, Lunetta KL, Erlich PM, Cupples LA, Baldwin CT, Huyck M, Green RC, Farrer LA and the MIRAGE Study Group (including Friedland RP). Genetic association between endothelial nitric oxide synthase and Alzheimer's disease. **Clinical Genetics** 70:49-56, 2006.

149.   Erlich PE, Lunetta KL, Cupples  LA , Huyck M, Green RC, Baldwin CT,  Farrer  LA , and the  MIRAGE Study Group (including RP Friedland) Polymorphisms in the PON gene cluster are associated with Alzheimer disease, [Human] **Molecular Genetics** 15:77-85, 2006.

Friedland CV   January, 2018

150. Green RC, McNagny SE, Jayakumar P, Cupples LA, Benke K, Farrer LA for the MIRAGE Study (including Friedland RP).  Statin use and the risk of Alzheimer's disease: The MIRAGE Study. **Alzheimer's & Dementia** 2:96-103, 2006

151. Rogaeva E, Meng Y, Leen JH, Gu Y, Kawarai T, Zou F, Katayama T, Baldwin CT, Cheng R, Hasegawa H, Chen F, Shibata N, Lunetta KL, Pardossi-Piquard R, Bohm C, Wakutani Y, Cupples LA, Cuenco KT, Green RC, Pinessi L, Rainero I, Sorbi S, Bruni A, Duara R, Friedland R, Inzelberg R, Hampe W, Bujo H, Song Y, Andersen O, Graff-Radford N, Petersen R, Dickson D, Der SD, Fraser PE, Schmitt-Ulms G, Younkin S, Mayeux R, Farrer LA, St George-Hyslop P. The neuronal sortilin-related receptor SORL1 is genetically associated with Alzheimer's Disease. **Nature Genetics** 39:168-177, 2007.

152. Petot GJ, Vega U, Traore F, Fritsch T,  Debanne SM,  Friedland RP, Lerner AJ  Height and Alzheimer's disease:  Findings from a case-control study. **Journal of Alzheimer's Disease** 11:337–341, 2007.

153. Fritsch T, McClendon MJ, Smyth KA,  Lerner AJ, Friedland, RP, Larsen J. Cognitive functioning in healthy aging: The role of reserve and lifestyle factors early in life. **The Gerontologist** 47:307-22,2007.

154. Friedland RP, Armon C, Editorial - Tales of Pacific tangles: Cycad exposure and Guamanian neurodegenerative diseases, **Neurology** 68:1759-761, 2007.

155. Huang J, Friedland RP, Auchus AP, Diffusion tensor imaging of normal appearing white matter in MCI and early AD: Preliminary evidence of axonal degeneration in temporal lobe. **American Journal of Neuroradiology** 28:1943-48, 2007,

156.  Bonda DJ, Webber KM, Siedlak SL, Perry G, Friedland RP, Smith MA.  The pathology of Alzheimer's disease elicits an in vivo immunological response. **American Journal of Immunology** 3: 10-14, 2007.

157. Goodenowe DB, Cook LL, Liu J, Yingshen Lu,. Jayasinghe DA, Pearson W.K. Ahiahonu, Heath D, Yamazaki Y, Flax J, Krenitsky KF, Sparks DL, Lerner AL, Friedland RP, Kudo T, Kamino K, Morihara T, Takeda M, Wood PL. Peripheral ethanolamine plasmalogen deficiency: A logical causative factor in Alzheimer's disease and dementia. **Journal of Lipid Research** 48:2485-98,2007.

158. Friedland RP, Emre M, Geula C. The Third International Symposium  on Alzheimer's Disease and Related Disorders in the Middle East, Istanbul, Turkey, October 1-2, 2005 **Amyloid** 14:161-168, 2007.

159. Taguchi H, Planque S, Nishiyama Y, Symersky J, Boivin S, Szabo P, Friedland RP, Ramsland PA, Edmundson AB, Weksler ME, Paul S. Autoantibody catalyzed hydrolysis of amyloid beta peptide. **Journal of Biological Chemistry** 283:4714-22, 2008.

160. Taguchi H, Planque S, Nishiyama Y, Szabo P, Weksler ME, Friedland RP, Sudhir  S Catalytic antibodies to amyloid β peptide in defense against Alzheimer disease **Autoimmunity Reviews** 7:391-7, 2008.

161. Gustaw KA,. Garrett MR , Lee  H-G, Castellani RJ, Zagorski MG, Prakasam A, Siedlak SL,  Zhu X,  Perry G, Petersen RB, Friedland RP,. Smith MA Antigen-Antibody Dissociation in Alzheimer Disease: A Novel Approach to Diagnosis.  **Journal of Neurochemistry**  2008;106:1350-6. Epub 2008 May 12.

162. Friedland RP, Tedesco JM,  Wilson AC, Atwood CS, Smith MA, Perry G, Zagorski G.  Antibodies to the potato virus Y bind the Aβ peptide: Immunochemical and NMR studies. **Journal of Biological Chemistry** 283:22550-22556, 2008 (Epub 5/27/08).

163. Chen CH, Mizuno T, Elston R, Kariuki MM, Hall K, Unverzagt F, Hendrie H, Gatere S, Kioy P, Patel NB, Friedland RP, Kalaria RN.  A comparative study to screen dementia and APOE genotypes in an ageing East African population. **Neurobiol Aging**. 31:732-740,2010.

Friedland CV   January, 2018

164. Kalaria RN, Maestre GE, Arizaga R, Friedland RP, Galasko D, Hall K, Luchsinger JA, Ogunniyi A, Perry EK, Potocnik F, Prince M, Stewart R, Wimo A, Zhang ZX, Antuono P; World Federation of Neurology Dementia Research Group. Alzheimer's disease and vascular dementia in developing countries: prevalence, management, and risk factors **Lancet Neurol**. 2008 ;7:812-26. Epub 2008 Jul 28.

165. Cuenco K, Lunetta KL, Baldwin CT, McKee AC, Guo J, Cupples LA, Green RC, St George-Hyslop PH, Chui H, DeCarli C, Farrer LA; MIRAGE Study Group(including RP Friedland) Association of distinct variants in SORL1 with cerebrovascular and neurodegenerative changes related to Alzheimer disease. **Archives of Neurology**. 2008;65:1640-8.

166. Glik A, Masarwa M, Abuful A, Deeb A, Strugatsky R, Farrer LA, Friedland RP, Essential tremor might be less frequent than Parkinson's disease in North Israel Arab villages. Inzelberg R **Movement Disorders.** 2008. [Epub ahead of print].

167. Cuenco K, Friedland R, Baldwin C, Jianping G, Varadarajan B, Lunetta K, Cupples A, Green R, DeCarli C, Association of TTR polymorphisms with hippocampal atrophy in Alzheimer disease families. Farrer L **Neurobiology of Aging**. 2011;32:249-56.

168. Friedland RP, Brayne. What should the pediatrician know about Alzheimer's disease? **Journal of Developmental and Behavioral Pediatrics** 30:239-41, 2009

169. Friedland RP, Petersen RB, Rubenstein R. Bovine spongiform encephalopathy and aquaculture. **Journal of Alzheimer's Disease**. 2009 Jun;17:277-9. Mar 6, 2009.

170. Hardwick A, Rucker, JC ,Cohen M L, Friedland, RP. Gustaw-Rothenberg K,; Riley, David E, Leigh RJ. Evolution of ocular motor and clinical findings in autopsy-proven Richardson's syndrome**. Neurology** 2009, 15;73:2122-4.

171. Israeli-Korn SD, Masarwa M,  Schechtman E, Abuful A,  Strugatsky R,  Avni S, Farrer LA, Friedland RP, Inzelberg R.  Hypertension increases the probability of Alzheimer's disease  and of mild cognitive impairment in an Arab community in Northern Israel. **Neuroepidemiology** 2010;34:99-105.

172. Llewellyn DJ, Langa KM, Friedland RP, Lang IA. Serum albumin concentration and cognitive impairment. **Current Alzheimer Research.** 7:91-96,2010.

173  Keage HA, Carare RO, Friedland RP, Ince PG, Love S, Nicoll JA, Wharton SB, Weller RO, Brayne C. Population studies of sporadic cerebral amyloid angiopathy and dementia: a systematic review. **BioMedCentral Neurology.** 2009 Jan 13;9:3.

174. Cuenco KT, Friedland R, Baldwin CT, Guo J, Vardarajan B, Lunetta KL, Cupples LA, Green RC, Decarli C, Farrer LA; for the MIRAGE Study Group.Association of TTR polymorphisms with hippocampal atrophy in Alzheimer disease families. **Neurobiology of Aging** (2011) 32:249-56

175. Holland D, Brewer JB, Hagler DJ, Fenema-Notestine C, …….Friedland RP, ……..et al.. Subregional neuroanatomical change as a biomarker for Alzheimer's disease. **Proceedings of the National Academy of Sciences U S A.** 2009;106:20954-20959.

176. Geula C, Efthymiopoulos S, Friedland RP, Meeting Report: The 4th International Symposium on Alzheimer's Disease and Related Disorders in the Middle East, October, 2007, Athens, Greece, **Amyloid,** 2010;17:86-90.

177. Mormino EC, Kluth JT, Madison CM, Rabinovici GD, Baker SL…….Friedland RP, ……..et al... Episodic memory loss is related to hippocampal-mediated beta-amyloid deposition in elderly subjects. **Brain.** 2009;132:1310-23. Epub 2008 Nov 28.

Friedland CV   January, 2018

178. Jack CR Jr, Lowe VJ, Weigand SD, Wiste HJ, …….Friedland RP, ……..et al... (206 collaborators). Serial PIB and MRI in normal, mild cognitive impairment and Alzheimer's disease: implications for sequence of pathological events in Alzheimer's disease. **Brain.** 2009;132:1355-65. Epub 2009 Mar 31

179. Rexroth, DF, Friedland, RP Lessons learned regarding recruitment to the National African American Alzheimer's Disease Health Literacy Program. **Alzheimer's Disease and Associated Disorders** 17:86-90, 2010.

180. Hunter S, Friedland RP, Brayne C Time for a Change in the Research Paradigm for Alzheimer's Disease: The Value of a Chaotic Matrix Modeling Approach. **CNS Neuroscience Therapuics** Epub ahead of print. CNS Neurosci Ther. 2010;16:254-62.

181. Jun G, Naj AC, Beecham GW, Wang LS, Buros J, …….**Friedland RP, ……..et al..**. Meta-analysis Confirms CR1, CLU, and PICALM as Alzheimer Disease Risk Loci and Reveals Interactions With APOE Genotypes. **Archives of  Neurology.** 2010 Sep 3. [Epub ahead of print]

182. Perneczky R, Wagenpfeil S, Lunetta KL, Cupples LA, Green RC, Decarli C, Farrer LA, Kurz A; MIRAGE Study Group. Baldwin C, Logue MW, Auerbach S, Wake M, Akomolafe A, Ashley A, Freedman L, Ofili E, Chui H, Duara R, Foroud T, Farlow M, Friedland R, Lerner A, Go R, Obisesan T, Petrovich H, White L, Sabbagh M, Sadovnick D, Tsolaki M. Head circumference, atrophy, and cognition: implications for brain reserve in Alzheimer disease. **Neurology.** 2010;75:137-42.

183. Khatchaturian A, Khatchaturian Z, Inzelberg R, Farrer LA, Roses A,  Sager M, Friedland RP US-Israel Demonstration Project for a Longitudinal Database for Healthy Aging and Pre-Clinical Dementia: A Perspective, **Alzheimer's Disease and Related Disorders** 6:475-481, 2010.

184. Israeli-Korn SD, Massarwa M, Schechtman E, Strugatsky R·Avni S, Farrer LA, Friedland RP, Inzelberg R, Mild cognitive impairment is associated with mild parkinsonian signs in a door-to-door study of an elderly Arab population, **Journal of Alzheimer's Disease**,22:1005-1013, 2010.

185. Sherva R, Baldwin CT, Vardarajan B, Cupples A, Lunetta K, Bowirrat A, Inzelberg R, Friedland RP, Farrer LA Identification of Novel Candidate Genes for Alzheimer Disease by Autozygosity Mapping Using Genome Wide SNP Data From an Israeli-Arab Community, **Journal of Alzheimer's Disease**, 2011, 23:349-59.

186. Logue MW, Posner H, Green H, Moline M, Cupples LA, Lunetta KL, Zou H, Hurt SW, Farrer LA, Decarli C; MIRAGE Study Group (including Friedland RP). Magnetic resonance imaging-measured atrophy and its relationship to cognitive functioning in vascular dementia and Alzheimer's disease patients. **Alzheimer's Dementia**. 2011;7:493-500; PubMed Central PMCID.

187. Wolk DA, Dickerson BC…. Friedland RP et al….(194 collaborators). Alzheimer's Disease Neuroimaging Initiative. Apolipoprotein E (APOE) genotype has dissociable effects on memory and attentional-executive network function in Alzheimer's disease. **Proceedingss of the National Academy of  Sciences USA**. 2010;107:10256-61. Epub 2010 May 17. PMID: 20479234; PMC2890481.

188. Ho AJ, Stein JL, ….Friedland RP…. et al…(194 collaborators). Alzheimer's Disease Neuroimaging Initiative. A commonly carried allele of the obesity-related FTO gene is associated with reduced brain volume in the healthy elderly. **Proceedings of theNational Academy of Sciences USA**. 2010;107:8404-9. Epub 2010. PMID: 20404173; PMC2889537.

189. Rimol LM, Agartz I, ….Friedland RP….(194 collaborators). Alzheimer's Disease Neuroimaging Initiative. Sex-dependent association of common variants of microcephaly genes with brain structure. **Proceedings of the National Academy of Sciences USA** 2010;107:384-8. Epub 2009 Dec 22. PubMed PMID: 20080800; PubMed Central PMCID: PMC2806758.

Friedland CV   January, 2018

190. Perneczky R, Wagenpfeil S, ….Friedland RP…..et al…(21 collaborators). MIRAGE Study Group. Head circumference, atrophy, and cognition: implications for brain reserve in Alzheimer disease. **Neurology**. 2010;75:137-42. PMID: 20625166; PMCID: PMC2905931.

191. Logue MW, Schu M, Vardarajan BN, Buros J, Green RC, Go RC, Griffith P, Obisesan TO, Shatz R, Borenstein A, Cupples LA, Lunetta KL, Fallin MD, Baldwin CT, Farrer LA; Multi-Institutional Research on Alzheimer Genetic Epidemiology (MIRAGE) Study Group (including Friedland RP). A comprehensive genetic association study of Alzheimer disease in African Americans. **Arch Neurol.** 2011;68:1569-79, PMCID: PMC3356921.

192. Afgin AA, Massarwa M,  Schechtman E, Israel-Korn SD,  Strugatsky R, Abuful A, Farrer LA,  Friedland RP, Inzelberg R. High Prevalence of Mild Cognitive Impairment and Alzheimer's Disease in Arabic Villages in Northern Israel:  Impact of Gender and Education. **Journal of Alzheimer's Disease,** 2012;29:431-9.

193. Inzelberg R, Afgin AE, Massarwa M, Schechtman E, Israeli-Korn SD, Strugatsky R, Abuful A, Kravitz E, Farrer LA, Friedland RP. Prayer at midlife is associated  with reduced risk of cognitive decline in Arabic women. **Current Alzheimer Research** 2012:10:340-6.PMID: 23116476.

194. Rothenberg KG, Piądło R, Nagaraj UD, Veluvolu S, Friedland RP The Complex Picture Test in Dementia, **Dementia and Geriatric Cognitive Disrders, Extra,** 2:411-7, 2012.

195. Friedland RP, Shah JJ, Farrer LA, Vardarajan B, Rebolledo-Mendez JD, Mok B, Hardy J, Behavioral variant frontotemporal lobar degeneration with amyotrophic lateral sclerosis with a chromosome 9p21 hexanucleotide repeat. **Frontiers in Neurogenomics** 3:136, 2012, oi:10.3389/fneur.2012.00136

196. Sabbagh MN, Messis C, Friedland RP, Geula C. The 5th International Conference  on Alzheimer's Disease and related disorders in the Middle East, 15-17 May 2009,  Limassol Cyprus. **Journal of Alzheimer's Disease**. 2012;30:711-27. PubMed PMID: 22614876.

197. Vardarajan BN, Bruesegem SY, Harbour ME, St George-Hyslop P, Seaman MN, Inzelberg R, Friedland RP, Farrer LA. Identification of Alzheimer disease-associated variants in genes that regulate retromer function. **Neurobiology of Aging** 2012:33:2231.

198. Friedland RP, Nandi S, A Modest Proposal for a Longitudinal Study of Dementia Prevention (with apologies to Jonathan Swift, 1729) **Journal of Alzheimer's Disease**, 2013;33:313-5. doi: 10.3233/JAD-2012-121459

199. Liu R, Vaishnav R, Roberts A, Friedland RP (2013) Humans Have Antibodies against a Plant Virus: Evidence from Tobacco Mosaic Virus. **PLoS ONE** 8:e60621. doi:10.1371/journal.pone.0060621.

200.  Vaishnav RA,  Liu R,  Chapman J,  Roberts AM, Ye H,  Rebolledo-Mendez JD, Tabira T,  Fitzpatrick AH, Achiron A, Running MP, Friedland RP, Aquaporin 4 Molecular Mimicry and Implications for Neuromyelitis Optica, **Journal of Neuroimmunology**, 2013;260(1-2):92-8. doi: 10.1016/j.jneuroim.2013.04.015.

201. Rebolledo-Mendez JD, Radhika A. VaishnavRA, Cooper NG, Friedland RP. Cross-kingdom sequence similarities between human micro-RNAs and plant viruses. **Communicative and Integrative Biology,** 2013;6:e24951. doi: 10.4161/cib.24951. PMID:24228136

202. Raha AA, Vaishnav RA, Friedland RP, Bomford A, Raha-Chowdhury R, The systemic iron-regulatory proteins hepcidin and ferroportin are reduced in the brain in Alzheimer's disease. **Acta Neuropathologica Communications** (2013) 55. doi: 10.1186/2051-5960-1-55. PMID:24252754

203. Fujioka H, Phelix CF, Friedland RP, Zhu X, Perry E, Castellani RJ, Perry G,  Apolipoprotein E e4 prevents growth of malaria at the intraerythrocyte stage: Implications for differences in racial susceptibility to Alzheimer's disease.  **Journal of Health Care for the Poor and Underserved** 2013;24: 70–78.

Friedland CV    January, 2018

204. Furman CD, Earnshaw LA, Doukas DJ, Farrer LA, Friedland RP. A case of inappropriate Apolipoprotein E testing in Alzheimer's disease due to lack of an informed consent discussion. **American Journal of Alzheimers Disease and Other Dementias** 2014;29:590-5. PMID: 24615498.

205. Inzelberg R, Massarwa M, Schechtman E, Strugatsky R, Farrer LA, Friedland RP. Estimating the risk for conversion from mild cognitive impairment to Alzheimer's disease in an elderly Arab community **Journal of Alzheimer's Diease** 2015;45:865-71

206. Friedland RP, Mechanisms of molecular mimicry involving the microbiota in neurodegeneration. **Journal of Alzheimer's Disease** 2015;45:349-62

207. Werner P, Friedland R, Inzelberg R, Alzheimer's disease and the elderly in Israel: Are we paying enough attention to the topic in the Arab population? **American Journal of Alzheimer's Disease and Other Dementias** 2015. pii: 1533317515577130.

208. Planque SA, Nishiyama Y, Sonoda S, Lin Y, Taguchi H, Hara M, Kolodziej S, Mitsuda Y, Gonzalez V, Sait HB, Fukuchi KI, Massey RJ, Friedland RP, O'Nuallain B, Sigurdsson EM, Paul S. Specific Amyloid β Clearance by a Catalytic Antibody Construct. **Journal of Biological Chemistry** 2015. pii: jbc.M115.641738.

209. Banik A, Brown RE, Bamburg J, Lahiri DK, Khurana D, Friedland RP, Chen W, Ding Y, Mudher A, Padjen AL, Mukaetova-Ladinska E, Ihara M, Srivastava S, Padma Srivastava MV, Masters CL, Kalaria RN, Anand A Translation of pre-clinical studies into successful clinical trials for Alzheimer 's disease: What are the roadblocks and how can they be overcome? **Journal of Alzheimer's Disease** 2015 11;47:815-43. doi: 10.3233/JAD-150136. PubMed PMID: 26401762.

210. Miyatani F, Kuriyama  N, Watanabe I, Nomura R, Nakano K, Matsui D, Ozaki E, Koyama T, Nishigaki M, Yamamoto T, Mizuno T, Akazawa K, Takada A, Takeda  K, Yamada K, Nakagawa M,   Ihara  M,   Kanamur M, Friedland RP, Watanabe Y. Relationship between *Cnm*-positive *Streptococcus mutans* and cerebral microbleeds in humans **Oral Diseases** 2015;21:886-93. doi: 10.1111/odi.12360.

211. Tonomura S, Ihara M, Kawano T, Tanaka T, Okuno Y, Saito S, Friedland RP, Kuriyama N, Nomura R, Watanabe Y, Nakano K, Toyoda K, Nagatsuka K. Intracerebral hemorrhage and deep microbleeds associated with cnm-positive Streptococcus mutans; a hospital cohort study, **Scientific Reports** 2016 Feb 5;6:20074. doi: 10.1038/srep20074

212. Raha AA, Henderson JW, Simon RW, Stott RW, Vuono R, Foscarin S, FriedlandRP, Zaman SH, Raha-Chowdhury R, Neuroprotective effect of TREM-2 in ageing and Alzheimer's disease model. **Journal of Alzheimer's Disease**, 2017;55:199-217.

213. Roberts A, Jagadapillai R, Vaishnav R, Friedland R, Drinovac R, Lin X, Gozal E. Increased pulmonary arteriolar tone associated with lung oxidative stress and nitric oxide in a mouse model of Alzheimer's disease. **Physiological Reports**, 2016;4. pii: e12953. doi: 10.14814/phy2.12953

214. Chen SG, Stribinskis V, Rane MJ, Demuth D, Gozal E, Roberts AM, Rekha Jagadapillai R, Liu R, Choe K, Shivakumar B, Son F, Jin S, Kerber K, Adame A, Masliah E, Friedland RP, Exposure to the Functional Bacterial Amyloid Protein Curli Enhances Alpha-Synuclein Aggregation in Aged Fischer 344 Rats and Caenorhabditis elegans **Scientific Reports**, 6:34477;DOI: 10.1038/srep34477 1

215. Watanabe I, Kuriyama N, Miyatani F, Nomura R, Naka S, Nakano K, Ihara M, Iwai K, Matsui D, Ozaki E, Koyama T, Nishigaki M, Yamamoto T, Tamura A, Mizuno T, Akazawa K, Takada A, Takeda K, Yamada K, Nakagawa M, Tanaka T, Kanamura N, Friedland RP, Watanabe Y. Oral Cnm-positive Streptococcus Mutans Expressing Collagen Binding Activity is a Risk Factor for Cerebral Microbleeds and Cognitive Impairment. **Scientific Reports** 2016;9;6:38561. doi: 10.1038/srep38561.

Friedland CV   January, 2018

216. Bert R, Nagel M, Hattab E, Friedland RP, Gilden D. Varicella-Zoster Virus: One Pathogen with Multifaceted Imaging and Clinical Manifestations Influenced by Varied Pathophysiological Mechanisms of Dissemination **Neurographics** (in press).

217. Jun GR, Chung J, Mez J, Barber R, Beecham GW, Bennett DA, Buxbaum JD, Byrd GS, Carrasquillo MM, Crane PK, Cruchaga C, Jager PD, Ertekin-Taner N, Evans D, Fallin MD, Foroud TM, Friedland RP, Goate AM, Graff-Radford NR, Hendrie H, Hall KS, Kara L, Hamilton-Nelson KL, Inzelberg R, Kamboh MI, Kauwe JSK, Kukull WA, Kunkle BW, Kuwano R, Larson EB, Logue MW, Manly JJ, Martin ER, Montine TJ, Mukherjee S, Naj A, Reiman EM, Reitz C, Sherva R, St. George-Hyslop PH, Thornton T, Younkin SG, Vardarajan BN, Wang L, Wendlund JR, Winslow AR., Alzheimer Disease Genetics Consortium*, Haine J, Mayeux R, Pericak-Vance  MA, Schellenberg G, Lunetta KL**,** and Farrer LA. **Alzheimer's Disease and Dementia** 2017 Jul;13(7):727-738. doi: 10.1016/j.jalz.2016.12.012. Epub 2017 Feb 7.

218. Garcia-Pena C, Friedland RP. Microbiota and Aging, A review and Commentary. **Archives of Medical Research** 2017 Dec 8. pii: S0188-4409(17)30234-5. doi: 10.1016/j.arcmed.2017.11.005.

219. Hindi S, Shin J, Gallot Y, Straughn A, Simionescu-Bankston, Hindi L, Xiong G, Friedland RP, Kumar A. MyD88 promotes myoblast fusion in a cell-autonomous manner **Nature Communciations** 2017 Nov 20;8(1):1624. doi: 10.1038/s41467-017-01866-w.

220. Raha-Chowdhury R, Henderson JW, Raha AA, Stott SRW, Vuono R, Foscarin S, Wilson L, Annus T, Fincham R, Allinson K, Devalia V, Friedland RP, Holland A, Zaman SH. Erythromyeloid-Derived TREM2: A Major Determinant of Alzheimer's Disease Pathology in Down Syndrome. J Alzheimers Dis. 2017 Dec 16. doi:10.3233/JAD-170814.PMID: 29278889.

221. Friedland RP, Chapman MR, The role of the bacterial amyloid in neurodegeneration, **PLOS Pathogens** 13(12): e1006654. https://doi.org/10.1371/journal.ppat.1006654

## RECORDED TALKS

1. Louisville Free Pubic Library series: Boom Time Series Jan 18, 2012
Dr. Robert Friedland. "Your brain: How to reduce your risk"
http://louisville.edu/television/Med/Alzheimers/Friedland.asx

2. Alzheimer Meeting Sep 17th 2011, Crowne Plaza Louisville
"The Journey: Alzheimer's Disease and Caregiving".
http://louisville.edu/television/Med/Alzheimers/Friedland1.asx

3. Neurology Grand Rounds, UofL, Mar 16, 2012
Dr. Robert Friedland. The Framing of the Concept of Dementia:
"From Emil Kraepelin to National Institute of Aging"
http://louisville.edu/television/Med/GrandRounds/NGR031612.asx

4. Rotary Club or Louisville, Jan 31, 2013
Alzheimer's disease, dementia and aging
http://www.youtube.com/watch?v=jFD2K4Ns-0Y

## BOOKS AND BOOK CHAPTERS

1.    Weinstein EA, Friedland RP (Editors): **Advances in Neurology, Volume 18: Hemi- inattention and Hemisphere Specialization**, Raven Press, New York, 1977.

Friedland CV   January, 2018

2.     Friedland RP, Weinstein EA.  Hemi-inattention and hemisphere specialization: Introduction and historical review. In: **Advances in Neurology, Volume 18: Hemi-inattention and Hemisphere Specialization.** Edited by Weinstein EA, Friedland RP, Raven Press, New York, 1977, pp. 131.

3.     Weinstein EA, Friedland RP. Behavioral disorders associated with hemi-attention. In: **Advances in Neurology, Volume 18: Hemi-inattention and hemisphere specialization**, Edited by Weinstein EA, Friedland RP, Raven Press, New York, 1977, pp. 51-62.

4.     Weinstein EA, Friedland RP. Glossary and concluding remarks. In**: Advances in Neurology, Volume 18, Hemi-inattention and hemisphere specialization,** Edited by Weinstein EA, Friedland RP, Raven Press, New York, 1977, pp. 137-147.

5.     Friedland RP. (Editor): **The Selected Papers of Morris B. Bender**, Raven Press, New York, 445 pages, 1983.

6.     Budinger TF, Huesman RH, Knittel B, Friedland RP, Derenzo SE. Physiological modeling of dynamic measurements of metabolism using positron emission tomography. In: **The Metabolism of the Human Brain Studied with Positron Emission Tomography**. Edited by T. Greitz et al, Raven Press, New York, pp. 165-183, 1985.

7.     Friedland RP, Budinger TF, Jagust WJ, Yano Y, Huesman RH, Knittel B. Positron emission tomography and the blood brain barrier in Alzheimer's disease. In: **New Brain Imaging in Cerebrovascular Diseases.** Cahn J. Lassen NA (Eds.), John Libbey Eurotext, Montrouge, France, 1985, pp. 85-93.

8.     Friedland RP, Budinger TF, Jagust WF, Koss E, Derenzo S, Huesman RH, Yano Y. Positron tomography and the differential diagnosis and pathophysiology of Alzheimer's disease. In: **Senile Dementia of the Alzheimer Type**, Traber J, Gispen WH, (Eds.), Springer-Verlag Co., Heidelberg, 1985, pp. 124-133.

9.     Friedland RP. Neurological aspects and cognitive dysfunction imaging and dementia, and Neuroanatomy of dementia. **World Health Organization International Workshop on Epidemiology of Mental and Neurological Disease of the Elderly**. Published in Chinese by the Beijing Medical University, Institute of Mental Health, Peoples Republic of China, pp. 4.1-4,.8 and 6.1-6.6, 1987.

10.     Schapiro MB, Luxenberg JS, Kaye JA, Haxby JV, White B, Moore A, Friedland RP, Rapoport SI. Serial quantitative computed tomography (CT) analysis of brain morphometry in adult Down syndrome at different ages. In: **New Trends in Aging Research**, volume 15 Edited by G. Pepeu, B. Tomlinson, GM Wischik. pp. 141-152, 1988.

11.     Friedland RP, Luxenberg JS. Neuroimaging in dementia. In: **Clinical Neuroimaging,** Theodore W, (ed.), New York, Alan R. Liss, Inc., pp. 139-163, 1988.

12.     Friedland RP. Metabolic brain imaging techniques in dementia of the Alzheimer type. In: **classification and diagnosis of Alzheimer's disease: An international perspective.** World Health Organization, Geneva. Edited by Hovaguimian T, Henderson S, Khatchaturian Z, Orley J, Hogrefe and Huber Publishers, Geneva pp. 122-134, 1989.

13.     Friedland RP. Brain imaging and cerebral metabolism. In: **Handbook of Neuropsychology** Vol. 4. Eds. Boller F, Grafman J, Elsevier Science Publishers, pp. 195-209, 1990.

14.     Friedland RP, Jagust WJ. Positron and single photon emission tomography in the differential diagnosis of dementia. In: **Dementia and Positron Emission Tomography**. Edited by Duara R, New York, Wiley-Liss Publishers, pp. 161-177, 1990.

Friedland CV   January, 2018

15.    Friedland RP. The cerebral circulation and the mechanisms of Alzheimer's disease: In: **Aging of the brain: Cellular and molecular aspects of brain aging and Alzheimer's disease** (Taniguchi Symposium on Brain Sciences, No. 13). Eds: Nagatsu T and Hayaishi O, Japan Scientific Societies Press, Tokyo and Karger, Basel, pp. 147-159, 1990.

16.    Friedland RP. Positron emission tomography in dementia. In: **Psychogeriatrics: Biomedical and Social Advances**. Eds. Hasegawa K, Homma A., Amsterdam, Excerpta Medica, pp. 157-160, 1990.

17.    Whitehouse PJ, Friedland RP, Strauss ME. Neuropsychiatric aspects of degenerative dementias associated with motor dysfunction. In: **Textbook of Neuropsychiatry.** Edited by S. Yudofsky, American Psychiatric Press, Washington, D.C., pp. 585-604, 1992.

18.    Friedland RP. Wilcock G.  Dementia. In: **Oxford Textbook of Geriatric Medicine.**  Edited by J.G. Evans and T.F. Williams, Oxford University Press, Oxford, pp. 483-489, 1993.

19.    Hedera P, Friedland RP. Normal pressure hydrocephalus. In: **Neurobase**, Ed, S. Gilman et al, Arbor Publishing Co. Rochester, NY (electronic publishing, 1995, updated in 2003, 2005 and 2016, Medlink.com).

20.    Friedland RP. Effects of aging and Alzheimer's disease on perception, attention and cognition: Relationships to driving performance In: **Aging and Driving** Ed.  By K. Johannson, and C. Lundberg, Karolinska Institutet, Stockholm, pp. 93-96, 1994.

21.    McRae A, Rodgers-Johnson P, Friedland RP (Editors). Neurodegenerative Disorders: Common molecular mechanisms, **Molecular and Chemical Neuropathology** 28;1-3:1-306,1996.

22.    Friedland RP, Smyth K, Esteban-Santillan C, Koss E, Cole R, Lerner AJ, Strauss M, Whitehouse PJ, Petot G, Rowland DY, Debanne S.  Premorbid environmental complexity is reduced in patients with Alzheimer's disease (AD) as compared to age and sex matched controls: Results of a Case-Control Study.  Proceedings of the Fifth International Conference on Alzheimer's Disease and Related Disease, K. Iqbal, B. Winblad, H. Wisniewck,i Eds. **Neurobiology of Aging**, John Wiley and Sons, New York, pp. 33-37, 1997.

23.    Friedland RP, Kalaria R, Berridge M, Miraldi F, Hedera P, Reno J, Lyle L, Marotta CA. Neuroimaging of vessel amyloid in Alzheimer's disease.  In: **Cerebrovascular Pathology in Alzheimer's Disease** J. De la Torre, V. Hachinski, Eds. **Annals of the New York Academy of Sciences**, Vol. 826:242-247,1997.

24.    Friedland RP. Wilcock G.  Dementia. In: **Oxford Textbook of Geriatric Medicine.**  (2nd edition) Edited by J.G. Evans and T.F. Williams, Oxford University Press, Oxford, pp. 922-932, 2000.

25.    Cohen DL, Hedera P, Premkumar DRD, Friedland RP, Kalaria RN. Amyloid-ß protein angiopathies masquerading as Alzheimer's Disease? **Cerebrovascular Pathology in Alzheimer's Disease**. J. De la Torre, V. Hachinski, Eds. **Annals of the New York Academy of Sciences**, Vol. 826:390-395, 1997.

26.    Korczyn AD, Kahana E, Friedland RP.  Education and dementia. In: **Handbook of Aging and Mental Health** Ed. by J. Lomranz, Plenum Press, New York, pp. 449-458, 1998.

27.    Friedland RP. Prospects for noninvasive imaging of brain amyloid ß in Alzheimer's disease. **Annals of the New York Academy of Sciences** 903:123-128, 2000.

28.    Perry G, Nunomura A, Friedlich A, Boswell M, Brazdil L, Jones P, Rottkamp C, Zhu X, Raina A, Hirai K, Friedland RP, Shi J, Aliev G, Cash A, Russell R, Wataya T, Shimohama S, Atwood C, Smith MA. Factors controlling oxidative damage in Alzheimer disease: Metals and mitochondria. In: **Free Radicals in Chemistry, Biology and Medicine**, T. Yoshikawa, S. Et al, Eds., pp. 417-423, 2000.

29.    Small GW, DeLeon MJ, Foster NL, Friedland RP, O'Brein JT. Clinical and post-mortem validation studies. IN: Neuroimaging Research in Alzheimer's Disease: Observations and Issues. **Neurobiology of Aging** (in press).

Friedland CV   January, 2018

30. Bowirrat A, Friedland, RP, Korczyn AD. Epidemiology of Alzheimer's disease. In: **Brain Disease: Theraputic Stategies and Repair.** O. Abramsky, et al, Eds., Martin Dunitz Ltd, Pub. London, 299-312, 2002.

31.    Friedland RP, Korczyn AD, Farrer L.  Position Paper: Genetic and Environmental risk factors for Alzheimer's disease in Arabs residing in Israel. In: **Drug Discovery and Development for Alzheimer's Disease: 2000,** Springer Pub. Co., H. M. Fillit, A.W. O'Connel, Eds., pp. 13-16. 2002.

32.    Friedland RP. Should dietary modifications be recommended to lower the risk of Alzheimer's Disease. In: **The Diversity of Alzheimer's Disease - Different Approaches and Contexts** Ed. By A. Leibing and L. Sheinkman, Rio de Janeiro: ColecoesIPUB, pp. 25-36, 2002

33.    Friedland RP, Anosognosia, **Encyclopedia of the Neurological Sciences**, Harcourt Press, 1:198-201, 2003.

34.    Casadesus, G, Zhu X, Lee H, Friedland RP, Gustaw KA, Perry G, Smith MA, Neurogenesis in Alzheimer's disease: Compensation, crisis or chaos? In: **Cell Cycle in the Central Nervous System** (Ed) Janigro D, Humana Press, 2006, Totowa, New Jersey, (p.359-370).

35.    Gustaw KA, Casadesus G, Friedland RP, Perry G, Smith MA, Cell cycle activation and the beta-amyloid protein in Alzheimer's disease In: **Cell Cycle in the Central Nervous System** (Ed) Janigro D, Humana Press, 2006, Totowa, New Jersey, (p.299-308).

36.    Friedland RP, Petot GJ, Gustaw K, Global perspectives on lipid metabolism and amyloid Beta protein homeostasis in Alzheimer's disease. **Proceedings of the 17th Symposium on Aging and Health, National Institute of Longevity Sciences**, Nagoya, Japan, 2006.

37.    Perry G, Friedland R, Petot G, Nunomura A, Castellani RJ, Kubat Z, Smith MA.  Alzheimer as a Disease of Metabolic Demand: Benefits of Physical and Brain Exercise.   In: **Exercise and Diseases: Prevention Through Training**. Radak Z (Ed.), Oxford: Meyer & Meyer Sport (UK) Ltd., United Kingdom, 2005, pp.7-13.

38. Friedland RP, The role of the oral, nasal and intestinal microbiota in neurodegenerative disorders and cerebrovascular disease, Proceedings of Streptococcus mutans and systemic diseases 2015, Cutting-edge knowledge and future perspectives, Osaka University Graduate School fo Dentistry, Osaka, Japan, 2015: 4-5.

39. Friedland RP, Preface: Proceedings, Streptococcus Mutans and Systemic Disease 2016: Cutting Edge Knowledge and Future Perspectives, Osaka University School of Denitstry, K. Nakano, editor.

## LETTERS AND BOOK REVIEWS

1.    Friedland RP, Bodis-Wollner I. Letter to the Editor: Absence of somatosensory evoked potentials in patients with anosognosia. **Neurology** 27:695-697, 1977.

2.    Yahr MD, Friedland RP. Letter to the Editor: Acute neurological forms for infectious mononucleosis, Reply. **Archives of Neurology** 34:651, 1977.

3.    Friedland RP. Letter to the Editor: Communicating hydrocephalus. **Lancet** ii:1188, 1977.

4.    Friedland RP. Letter to the Editor: Hematocrit and cerebral blood flow. **Lancet** i:41, 1978.

5.    Friedland RP. Book Review: Essays on Kuru, Edited by Hornabrook RW. **Archives of Neurology** 36:183, 1979.

6.    Friedland RP. Letter to the Editor: Transmission of Creutzfeldt-Jakob disease. **Lancet** 11:1198, 1979.

Friedland CV   January, 2018

7.      Friedland RP, Koss B. Letter to the editor: Endocrine effects: laterality of lesions. **Stroke** 12:888, 1981.

8.      Friedland RP, Morris B. Bender: In Memorial. **International Journal of Neurosciences** 21:151, 1983.

9.      Friedland RP, Budinger TF. Positron emission tomography in Alzheimer's disease. **IEEE Spectrum** 21:103, 1984.

10.    Friedland RP, St. John JN. Video game palsy: distal ulnar neuropathy in a video game enthusiast. **New England Journal of Medicine** 311:58-59, 1984.

11.    Friedland RP, Brun A, Budinger TF. Pathological and positron emission tomographic correlations in Alzheimer's disease. **Lancet** i:228, 1985.

12.    Koss E, Friedland RP, Jagust WJ. Letter to the editor, reply: Early and late onset of Alzheimer-type dementia. **American Journal of Psychiatry** 143:272, 1986.

13.    Koss E, Friedland RP. Letter to the Editor (Reply): Differences between early and late onset Alzheimer-type dementia. **Archives of Neurology** 44:797-798, 1987.

14.    Koss E, Weiffenbach JM, Haxby JV, Friedland RP. Olfactory detection and recognition in Alzheimer's disease. **Lancet** 1:622, 1987.

15.    Friedland RP. Commentary on the NIH Consensus Conference on the Differential Diagnosis of Dementing Diseases. **Alzheimer's Disease and Associated Disorders: An International Journal** 2:17, 1988.

16.    Friedland RP, Koss E, Kumar A, Haxby JV. Letter to the Editor: Occurrence of motor vehicle crashes among patients with Alzheimer's disease: Reply. **Annals of Neurology** 24:782-786, 1988**.**

17.    Jagust WJ, Friedland RP, Budinger TF, Koss E, Ober BA. Letter to the Editor: Cerebral metabolism in Alzheimer's disease, reply. **Neurology** 39:309-310, 1989.

18.    Friedland RP. Letter to the Editor: Normal Pressure Hydrocephalus, reply. **Journal of the American Medical Association** 264:336, 1990.

19.    Friedland RP. Book Review: Eponymists in Medicine: Alzheimer and the Dementias. Eds G.E. Berrios and H.L. Freeman. **Neurology** 42:1258, 1992.

20.    Friedland RP. Book Review: Dementia, A Clinical Approach. JL Cummings and DF Benson, **Neurology** 42:1648, 1992.

21.    Friedland RP. Book Review. Neurodevelopment, Aging and Cognition. Kostovic I, Snezevic S, Wisniewski HMI, Spilich GJ, **Neurology** (in press).

22.    Friedland RP. Letter to the Editor: Julius Hallervorden. **Neurology** 43: 1453, 1993.

23.    Friedland RP. Book Review: Hannah's Heirs: The Quest for the Genetic Origins of Alzheimer's Disease. **Neurology** 44:590, 1994.

24.    Friedland RP. Book Review: Alzheimer's Disease: Advances in Clinical and Basic Research, B. Corain et al, Eds., **Neurology** 44:1989, 1994.

25.    Friedland RP, Hedera P. Letter to the Editor, Reply: The prevalence of treatable dementia. **Neurology** 45:601, 1995.

26.    Friedland RP. Book Review: Alzheimer's disease. RD Terry et al, Eds. Dementia. A. Burns, R. Levy (editors) **Neurology** 45:209-210, 1995.

Friedland CV   January, 2018

27.    Friedland RP. Letter to the Editor: Fluorine-18. **Trends in Biochemical Sciences**, 20:17, 1995.

28.    Friedland RP, McMonagle JJ**.** Crisis of competence: Capacity to execute wills is tenuous for victims of Alzheimer's disease. **American Bar Association Journal**, 82:80, 1996.

29.    Friedland RP, Gilman S, Morris JC. Dementia in the elderly: is it Alzheimer's? **Patient Care** 30,18-40, 1996.

30.    Ford A, Mefrouche Z, Friedland RP, Debanne SM. Smoking and cognitive impairment.  Letter (Reply) **Journal of the American Geriatrics Society** 44(8):905-9, 1996.

31.    Friedland RP. Molecular Mechanisms of Dement**ia**, W. Wasco, RE Tanzi, Humana Press, 1977, **Neurology** 49:1192, 1997.

32.    Lerner A V, Friedland RP, The Evolution of Alzheimer's disease (Book Review) **The Gerontologist**. 36:713-714, 1997.

33.    Debanne SM, Rowland DY, Friedland RP, Lerner A.  Smoking and Alzheimer's disease: Reply **The Lancet**, 295, 1997.

34.    Friedland RP.  Neuroimaging in dementia.  **Mediguide for Clinical Neurology**, V1(4)1-8, 1997.  L. Delacorte Publishers, 1997.

35.    Friedland RP and Krasner B. Managing Alzheimer's patients, Letter to the Editor. **Science** 282:2194-2195, 1998.

36.    Friedland RP, Book Review: Alzheimer's Disease: First Steps in Caring and Treatment, D. Kuhn, Hunter House Publishers, **Journal of Alzheimer's Disease** 1:425.

37.   Friedland RP, Kishikawa Y, Vega V. Suicide and Alzheimer's disease. **Journal of Geriatric Psychiatry** 10:484-485, 2002.

38.   Friedland RP, Etribi A, Korczyn AD, Fillit H. The First International Symposium on Alzheimer's disease in the Middle East. **World Neurology** 16:10, 2001.

39. Friedland RP, Review: Neurological Disorders in Famous Artists, Part 3, Volume Editors J. Bogousslavsky, M.G. Hennerici, H. Bazner, C. Bassetti, Karger Publishers, Frontiers in Neurology and Neuroscience, Volume 27, 2010, **Journal of Alzheimer's Disease** 2010 1;21:1023-4.

40. Book Review: *Whole Person Dementia Assessment* by Benjamin T. Mast, Ph.D.; HPP  [Health Professions Press], Baltimore, Maryland, 2011, 271pp**, Journal of Alzheimer's Disease**, in press.

41. Liu R, Vaishnav RA, Roberts AM, Friedland RP. Parkinson disease, edible solanaceae, and tobacco mosaic virus. Ann Neurol. 2014;75:162-3. doi: 10.1002/ana.24041. Epub 2013 Nov 7. PubMed PMID: 24523201.

42. Friedland RP. Ten reasons why basketball is neurology. **Louisville Medicine** 61:35, 2014.

43. Friedland RP. Perspectives on the clean India campaign, the microbiota and Ayurveda. **Annals of Neuroscience** 2015:21;130-131.

## INVITED  PRESENTATIONS

1.    Weinstein EA, Friedland RP. Behavioral disorders associated with hemi-inattention. Hemi-inattention and Hemisphere Specialization Symposium, Mount Sinai School of Medicine, New York, February 1976.

Friedland CV   January, 2018

2.      Friedland RP. Cerebral blood flow in aging and dementia: A review. Workshop on non-invasive xenon cerebral blood flow applications, Cerebrovascular Clinical Research Center Workshop, Phoenix, February, 1979.

3.      Friedland RP, Budinger TF. Positron tomography and the diagnosis of Alzheimer's disease. AARP-NIA Conference on the Diagnosis of Alzheimer's Disease, Bethesda, Maryland, December, 1983.

4.      Budinger TF, Huesman RH, Knittel BC, Friedland RP, Ganz E, Derenzo SE. Modeling dynamic processes of metabolism, permeability and flow in the brain. Nobel Conference VII on the Metabolism of the Human Brain Studied with Positron Emission Tomography, Stockholm, May, 1983.

5.      Friedland RP. Eye movement abnormalities in Alzheimer's disease. Oculomotor System Society, Berkeley, California, February, 1984.

6.      Friedland RP. Positron imaging in dementia: implications for diagnosis and pathophysiology. Alzheimer's Disease: A Conference on Assessment and Treatment of Patients and Caregivers, Office of Geriatrics and Extended Care, VA Central Office, Palo Alto, June, 1984.

7.      Friedland RP. The etiology of Alzheimer's disease; recent developments. San Francisco Neurological Society, Pebble Beach, California, March, 1984.

8.      Friedland RP. Positron emission tomography and the blood brain barrier in Alzheimer's disease. Beaune Conference on Acute Cerebrovascular Diseases Pharmacology, Beaune, France, October, 1984.

9.      Friedland RP. PET in the early diagnosis of Alzheimer's disease. International Tropan-Bayer Symposium on Brain Aging, Cologne, November, 1984.

10.     Friedland RP. Regional alterations of glucose use in Alzheimer's disease.  Symposium on Biological Correlates of Cognitive Impairment in Alzheimer's Disease, European International Neuropsychological Society, Copenhagen, June 19985, Journal of Clinical and Experimental Neuropsychology 7:168, 1985 (Abstract).

11.     Friedland RP. Applications of PET to neuropsychology. Symposium on Diagnostic Imaging of the Brain, European International Neuropsychological Society, Copenhagen, June, 1985.

12.     Friedland RP. PET scanning and dementia. American Society of Neuroimaging, Tampa, Florida, February, 1985.

13.     Friedland RP, Jagust W. Alzheimer's disease and the blood-brain barrier. San Francisco Neurological Society, Reno, March, 1985.

14.     Friedland RP. Positron imaging in dementia: diagnostic and physiologic implications, Symposium on State of the Art Research on Alzheimer's Disease, American Psychological Association, Los Angeles, August, 1985.

15.     Budinger TF, Friedland RP. Brain imaging on dementia. Brooklodge Symposium, Cognitive dysfunctions: Therapeutic approaches. Upjohn Company, Kalamazoo, MI, June 6, 1985.

16.     Friedland RP. Positron tomography and physiologic imaging: Contrast to MRI. Neuroimaging Course, American Academy of Neurology, New Orleans, April, 1986.

17.     Friedland RP. Cerebral metabolism and blood flow in Alzheimer's disease and related disorders. Symposium on Consensus Development in the Diagnosis of Alzheimer's Disease. World Health Organization, Geneva, Switzerland, March, 1987.

18.     Friedland RP, Haxby J, Grady C, Koss E, Horwitz B, Schapiro MB, Kumar A, Rapoport SI. Longitudinal studies of neocortical metabolic alterations in dementia of the Alzheimer type. World Congress of Neurosciences, Budapest, August, 1987. Neuroscience 22(Suppl):S2, 1987.

Friedland CV   January, 2018

19.    Friedland RP. The 2-deoxy-D-glucose method and PET methodology. World Congress of Neurosciences, Budapest, August, 1987. Neuroscience 22(Suppl):S107, 1987.

20.    Friedland RP. The diagnosis of dementia. Italian-USA Conference on Epidemiological Studies on Aging. Taormina, Sicily, November, 1987.

21.    Friedland RP. Neurological aspects and cognitive dysfunction in aging and dementia, and Neuroanatomy of dementia. World Health Organization International Workshop on Epidemiology of Mental and Neurological disorders in the Elderly, Beijing, November, 1987.

22.    Friedland RP. Imaging molecular pathology: Studies in dementing illness. Imaging brain chemistry: Principles and practice, Johns Hopkins Medical Institutions, March, 1988.

23.    Friedland RP. Brain imaging in Alzheimer's disease. The Fourth Congress of the International Psychogeriatric Association, Tokyo, September, 1989.

24.    Friedland RP. Chairperson and speaker, Symposium on Recent Advances in Neuroimaging Investigations of Dementing Illnesses. American Geriatrics Society and American Federation for Aging Research, Boston, May, 1989.

25.    Friedland RP. Chairperson and speaker, Intensive: Managing the Social Burden of Alzheimer's Disease. American Society on Aging, Washington, D.C., March, 1989.

26.    Friedland RP. The brain in Alzheimer's disease. Symposium: Breakthroughs in Gerontological Research. American Society on Aging, Washington, D.C., March, 1989.

27.    Friedland RP. The neuroanatomy of dementia. Symposium on Alzheimer's Disease Research in Japan, National Institute of Neuroscience, Tokyo, March, 1989.

28.    Friedland RP. The Aging Brain. American Society of Neuroradiology Course on Basic Sciences, Chicago, August, 1989.

29.    Friedland RP. The diagnosis and management of dementia. Summer Institute in Research on Aging, National Institute on Aging, Airlie, Virginia, July, 1989.

30.    Friedland RP. Brain metabolism in the neuro-degenerative disorders. The Role of Environmental Agents in Neurotoxicity. Environmental Health Institute Workshop, Stockbridge, May, 1990.

31.    Friedland RP. The cerebral circulation and the mechanisms Alzheimer's disease. The 13th Taniguchi International Symposium on Brain Sciences, La Jolla, CA, January, 1990.

32.    Friedland RP. Positron emission tomography and imaging in Alzheimer's disease. Symposium: Recent advances in the understanding of Alzheimer's disease. Foundation of American Societies for Experimental Biology, Washington, DC, April, 1990.

33.    Friedland RP. Comparative drug development and therapy for Alzheimer and multi-infarct dementia: An American perspective. Japan Neuroscience Advisory Committee, Bristol-Myers Research Institute, Ltd., Tokyo, November, 1990.

34.    Friedland RP (Chairman). Symposium on Physiological Imaging Studies of Age Related Brain Disorders. International Psychogeriatric Association, Jerusalem, August 1991.

35.    Friedland RP. What is new in understanding, assessing, and treating Alzheimer's disease. Scientific Conference of the Ohio Network of Educational Consultants in the Field of Aging, Cleveland State University, April 19, 1991.

Friedland CV   January, 2018

36.     Friedland RP. The Alzheimer patient: clinical picture and differential diagnosis. American Academy of Neurology Satellite Symposium: Neuroscience and the Socioeconomic Challenge of Alzheimer's disease (Chairman and Speaker) San Diego, May 1992.

37.     Friedland RP. Epidemiology and neurobiology of the multiple determinants of Alzheimer's disease. First Berkshire Neuroscience Symposium, Hancock, MA, July 1992.

38.     Friedland RP. Brain imaging in frontal lobe dementia, Second International Conference on Frontal Lobe Degeneration of Non Alzheimer Type. Lund, Sweden, September 1992.

39.     Friedland RP. Development of a monoclonal antibody for imaging ß amyloid in vivo. Progress in the diagnosis of Alzheimer's disease. National Caregiving Foundation, Rancho Mirage, CA, November 1993.

40.     Friedland RP, Co-Chairperson. Alzheimer's disease special interest social. Society for Neuroscience, Washington DC, November 1993.

41.     Friedland RP. Driving and behavior in Alzheimer's disease. Dementia and Driving Consensus Meeting, Swedish National Road Administration, Borlange, Sweden, September 1994.

42.     Friedland RP. Perceptual mechanisms and motor vehicle crashes in Alzheimer's Disease. Aging and Driving Symposium. Swedish Medical Society, Karolinska Institutet, Stockholm, September 1994.

43.     Friedland RP. Major nonpharmacological management issues in Alzheimer's disease. Dementia Update, American Academy of Neurology Annual Meeting, Post-graduate course, San Francisco, March, 1996.

44.     Friedland RP. Interventions to prevent driving. Driving and Dementia: Research, Practice and Policy. Washington University, St. Louis, May 1996.

45.     Friedland RP.  Driving behavior in Alzheimer's disease.  National Criteria for Medical Evaluation for Driver Licensure Working Group, Association for the Advancement of Automotive Medicine, Washington University, St. Louis, May 1996.

46.     Friedland RP.  Diagnosis and neuroimaging of Alzheimer's disease: Disciplinary and diagnostic issues in dementia.  12th Annual Alzheimer's Disease Symposium, University of Tennessee Medical Center at Knoxville, May 1996.

47.     Friedland RP.  The placebo effect and Alzheimer's disease drug studies. The Third Tel Aviv University Alzheimer's Disease Conference, Tel Aviv, May 1996.

48.     Friedland RP.  (Plenary speaker) Denial and dementia.  Alzheimer's Disease International, Twelfth International Conference, Jerusalem, October 1996.

49.     Friedland RP. Antibody imaging in neurodegeneration. Cerebrovascular pathology in Alzheimer's disease. New York Academy of Sciences, November 1996.

50.     Friedland RP. Major nonpharmacological management issues in Alzheimer's disease. Dementia Update, American Academy of Neurology Annual Meeting, Post-graduate course, San Francisco, April 1997.

51.     Friedland RP.  Neuroimaging of vessel amyloid in Alzheimer's disease, OHOLO 41st Conference on Progress in Alzheimer's and Parkinson's Disease.  Eilat, Israel, May 1997.

52.     Friedland RP.  Amyloid imaging in Alzheimer's disease, Fourth Tel Aviv University Alzheimer's disease conference, May 1997.

53.     Friedland RP.  Cross-cultural epidemiology of dementia. International Psychogeritaric Association, Jerusalem, August 1997.

Friedland CV   January, 2018

54.     Friedland RP. International issues in the epidemiology of dementia: Considerations from the perspective of natural selection. American Public Health Association. Indianapolis, November 1997.

55.     Friedland RP.  Management and Treatment of Alzheimer's Disease(s). Thirteenth Annual Alzheimer's Disease Symposium, University of Tennessee, Knoxville, May 1997.

56.     Friedland RP.  Evaluation of the presence of latent cytomegalovirus infection in cerebral arteries in Alzheimer's disease. 4th Congress of the European Society for Clinical Neuropharmacology, Eilat, Israel, December 1997.

57.     Friedland RP.  Prospects for neuroimaging in early diagnosis and monitoring of therapy of Alzheimer's disease.  Neuroimaging Workshop International Conference on Alzheimer's Disease and Associated Disorders, Amsterdam, July 1998.

58.     Whitehouse PJ, Friedland RP.  Activities, appreciation and aging: Lesson for behavioral management. Workshop "Aging 2000" Symposium: Behavioral approaches to the treatment of Alzheimer's disease. International Psychogeriatric Association, Munich, September 1998.

59.     Friedland RP. Laterality of frontotemporal lesions and behavior.  Third International Conference on Frontal Dementias, University of Lund, Sweden August 1998.

60.     Friedland RP.  Alzheimer's disease and the 21st Century, Japan Well Aging Society, Annual meeting, Tokyo, November 1998.

61.     Friedland RP. Imaging amyloid in Alzheimer brain.  Vascular factors in Alzheimer's Disease International Meeting, Northumberland, UK, May 1999.

62.     Friedland RP. Genetic and environmental risk factors for Alzheimer's disease in Kenya and Israel. Neuroscience in Developing Countries: Getting Around the Problems. Society for Neuroscience Workshop, November 1998, Los Angeles. (**Int J Neurosci** 99:102, 1999).

63.     Ogunniyi S, Friedland RP.  Epidemiology of dementia in Africa: The Nigerian experience.  World Federation of Neurology Research Group on Dementia, Johannesberg, September 1999.

64.     Friedland RP.  The very high prevalence of Alzheimer's disease in an Arab population is not explained by apolipoprotein E ☐4 allele frequency. *World Federation of Neurology Research Group on Dementia,* Johannesberg, September 1999.

65.     Friedland RP. Biological markers for Alzheimer's disease. Seventh Tel Aviv University Alzheimer's Disease Conference, Tel Aviv, June 1999.

66.     Friedland RP. Keynote speaker: Implications of evolutionary biology for our understanding of neurodegenerative disease. World Federation of Neurology Research Group on Neuroepidemiology, San Diego, May 2000.

67.     Friedland RP.  Apolipoprotein E genotype and dietary lipid interactions as Alzheimer's disease risk factors. Eighth Tel Aviv University Alzheimer's Disease Conference, Tel Aviv, June 2000.

68.     Friedland RP. Gene-environment interactions and the causal web of Alzheimer's disease: Implications for drug studies. Fifth International Conference on the Progress in Alzheimer's Disease and Parkinson's Disease. Kyoto, April 2001.

69.     Friedland RP. Alzheimer's disease and diet. American Academy of Neurology, Kickoff Presentations, Philadelphia, May 2001

Friedland CV   January, 2018

70.    Friedland, RP. Genetic and environmental risk factors for Alzheimer's disease in Arabs residing in Israel. Institute for the Study of Aging, First Annual Investigators Meeting, Tarrytown, NY, November 2000.

71.    Friedland RP, Lipid metabolism, statins and Alzheimer's disease (Discussant). National Lipid Education Council, Tucson, AZ, January, 2001.

72.    Friedland RP, Alzheimer's disease and evolution: Lessons from the old world. Thirteenth Annual Alzheimer's Disease Symposium, University of Tennessee, Knoxville, Gatlinburg, TN, June 2001.

73.    Friedland RP, Farrer LA, Bowirrat A, Launer LJ, Jacobsen DW, Mizrahi E, Baldwin C, Korczyn A.  High Alzheimer's disease prevalence and low apolipoprotein E e4 allele frequency in Arabs residing in Israel.  Society of Neuroscientists of Africa, Nairobi, May 2001.

74.    Friedland RP. Mental activity in midlife as a protective factor for Alzheimer's disease, Eighth Tel Aviv University Alzheimer's Disease Conference, Tel Aviv, June 2001.

75.    Friedland RP. Genetic risk factors for Alzheimer's disease in Arabs residing in Israel. Institute for the Study of Aging, Second Annual Investigators Meeting, Purchase, NY, November 2001.

76.    Friedland RP. Diet and Alzheimer's disease. Eight International Conference on Alzheimer's Disease and Related Disorders, Stockholm, July 2002.

77.    Friedland RP, Clinical factors of Alzheimer's disease and vascular dementia. Third World Congress on Vascular factors in Alzheimer's Disease, Kyoto, April 2002.

78.    Friedland RP, Approaches for the development of early diagnosis of Alzheimer's disease.  Third Annual Aluminum and Health Forum, Council on Aluminum and Health, Tokyo, April, 2002.

79.    Friedland RP, Mental and physical activity and Alzheimer's risk. 2002 Annual University of California, Irvine, Research Conference, May 2002.

80.    Friedland, RP, Farrer L. Genetic risk factors for Alzheimer's disease in Arabs. Institute for the Study of Aging, Third Annual Investigators Meeting, Purchase, NY, October 2002.

81.    Friedland RP. Evolutionary perspectives on diet and brain aging. Nutrition and Aging XVII: Nutritional Challenges in the Elderly, Little Rock, Arkansas, September 2002.

82.    Friedland RP. Dietary and genetic interactions in Alzheimer's disease. Nutritional Modulation of Aging and Age –Related Diseases, American Aging Association Annual Conference, Boston, June, 2003.

83.    Friedland RP, Lipids Diet and Alzheimer's disease. International Society for Vascular Behavioural and Cognitive Disorders (VAS-COG), Goteborg, August, 2003

84.    Friedland RP, Update on early diagnosis of vascular dementia and progress in amyloid Beta protein imaging. International Society for Vascular Behavioural and Cognitive Disorders (VAS-COG), Goteborg, August, 2003

85.    Friedland, RP, Cerebral amyloid angiopathy is not directly linked to the pathogenesis of Alzheimer's disease. Challenging Views of Alzheimer's Disease Round 2, Cincinnati, July 2003.

86.    Friedland RP, Genetic and environmental risk factors for Alzheimer's disease in Arabs residing in Israel. Institute for the Study of Aging, Fourth Annual Investigators Meeting, Teaneck, NJ, Sept. 2003.

87.    Friedland, RP. Lipid metabolism, diet and Alzheimer's disease. Research Institute for Brain and Blood Vessels, Akita, Japan, January, 2004.

Friedland CV   January, 2018

88.     Friedland RP, Transthyretin and Alzheimer's disease. <u>Alzheimer's Disease - From Molecular Mechanisms to Drug Discovery</u>.  Cancun, Mexico, December 2004.

89.     Friedland RP, Global perspectives on Alzheimer's disease risk and protective factors: What can be done to lower risk? The 17th International Symposium on Aging and Health, National Institute of Longevity Sciences, Nagoya, Japan, October, 2004.

90. Friedland RP, Gustaw K, Petot G, Baldwin C, Goldgaber D, Green RC , Cupples LA, Erlich PM, Miller K, Farrer LA.  Diet and mental and physical activities for preventing MCI. 3rd Annual Mild Cognitive Impairment (MCI) Symposium, University of Miami and Mount Sinai Hospital, Miami Beach, March, 2005.

91. Friedland RP,  Alzheimer's disease in the Middle East,  Regional Middle East Seminar, Alzheimer's Disease International, Istanbul, September, 2005.

92. Friedland, RP. Risk and protective factors for Alzheimer's disease in the Middle East. Alzheimer's Disease International, Istanbul, September, 2005.

93. Friedland RP. Epidemiology , risk factors and economics of Alzheimer's disease, Van der Meulen Symposium: Dementia 2006: Advances in Diagnosis and Treatment,  Hope through Translational Research, Improving Health Care Delivery, University of Southern California, March, 2006.

94. Friedland RP, Evolutionary perspectives on the risk and protective factors for Alzheimer's disease. Smoky Mountain Alzheimer's Disease Symposium, Gatlinberg, Tennessee, University of Tennessee, Knoxville, June, 2006.

95. Friedland RP. The role of cerebrovascular factors in Alzheimer's disease. 12th Annual Alzheimer's Disease Symposium. Medical College of Wisconsin, November 2006.

96. Friedland RP, Inflammation and the etiopathogenesis of Alzheimer's disease,
Philip Morris External Research Program Symposium, "Inflammatory Processes and Disease", December, 2006, Lansdowne, VA.

97. Friedland RP. Global perspectives on the biology of Alzheimer's disease. 5th Panhellenic Conference of Alzheimer Disease, Thessaloniki, Feb. 2007.

98. Friedland RP.  An evolutionary perspective on Alzheimer's disease and gene-environment interactions, Brain Aging and Dementia Symposium, World Federation of Neurology and International Brain Research Organization, Nairobi, Kenya, April, 2007.

99. Friedland RP. Future of Lewy Body Disorders 25th. Annual Congress of the International Psychogeriatric Association, Osaka, October 2007.

100. Friedland RP. Management of Parkinson's disease dementia. 25th. Annual Congress of the International Psychogeriatric Association, Osaka, October 2007.

101. Friedland RP, Dementia in the Arab community. The 2nd US-Israeli-Palestinian Brain Research Conference - Early Detection of Alzheimer's Disease: Promoting Interdisciplinary and International Collaboration, NIA, Hebrew University, Rutgers University, Jerusalem, May 2008.

102. Friedland RP, Antibodies to the potato virus Y bind the Aβ peptide: Immunochemical and NMR studies. CSL Behring International Immunoglobulin Symposium, Interlaken, March, 2009.

103. Friedland RP.The pathogenesis and salutogenesis of Alzheimer's disease. Qatar Health 2009: Rehabilitation and Physical Medicine, December 2009, Doha, Qatar.

Friedland CV   January, 2018

104. Friedland RP Molecular mimicry and the pathobiology of Alzheimer's disease, Morris B. Bender Lecture, Department of Neurology, Mount Sinai School of Medicine, New York, December, 2009.

105. Friedland RP, Alzheimer Update, Kentucky Medical Assocation Annual Meeting, Sept 2011, Louisville KY.

106. Friedland, RP. Imaging of dementia. Eigth Annual Update Symposium in Clinical Neurology and Neurophysiology, Feb. 2012, Tel Aviv, Israel.

107. Friedland RP. Does the microbial metagenome influence neurodegeneration through molecular mimicry? 8th Neuroscience Ireland Conference, joint meeting with the Irish Biochemical Society, September, 2013, Cork, Ireland.

108. Friedland RP, Molecular mimicry and the causes and mechanisms of the neurodegenerative diseases, 25th Neuroscience Seminar, Kanazawa University, Japan, October 2013

109. Friedland RP.  Keynote Lecture, The role of the oral, nasal and intestinal microbiota in neurodegenerative disorders and cerebrovascular disease.  Symposium: *Streptococcus mutans* and systemic diseases -2015- Cutting-edge knowledge and future perspectives. Osaka University Graduate School of Dentistry. April 2015.

110. Friedland RP. The influence of bacterial amyloid on Alpha synulcein misfolding in the rat. Parkinson's Disease Theraputics Conference. Michael J Fox Foundation, New York, November, 2015.

111. Friedland RP. Plenary speaker, 21st Molecular Neuroscience Research Center International Symposium on Novel Diagnostic and Therapeutic Approaches to Alzheimer's Disease: Results from animal models and prospects of clinical applications, Shiga Univ. of Medical Sciences, April 2016, Japan.

112. Friedland RP, The role of our oral, nasal and intestinal microbiota in the vascular/degenerative disorders of the brain: Prospects for gene therapy. Symposium on Streptococcus mutans and systemic diseases 2016 -Cutting-edge knowledge and future perspectives. October 2016, Osaka University Graduate School of Dentistry.

113. Friedland RP, The role of the microbiota in neurodegenerative disorders, Japanese Society of Neuroinfection, Kanazawa, Japan, October 2016. Neuroinfection 21:185, 2016, Abstract.

114. Friedland RP The Influence of Bacterial Amyloid on Alpha Synuclein (AS) Misfolding in the Rat, Microbiome R&D and Businesss Collaboration Forum, San Diego, October, 2016.

115. Friedland RP, Role of gut microbiota in neurodegenerative diseases, 22nd MNRC International Symposium, Neurodgenerative Diseases: New Insights of the Pathological Process, October, 2016, Shiga University of Medical Sciences, Shiga, Japan.

116. Friedland RP, Bacterial seeding of protein aggregation in the brain. Brain Diseases and Gut Microbiota Symposium, April 2017, Geneva, Switzerland.

117. Friedland RP, The microbiota in neurodegeneration and the prospects for gene therapy, Seventh International Symposium on Alzheimer's Disease in the Middle East, Abu Dhabi, UAE, April 2017.

118. Friedland RP, Global pattern of disease occurrence in dementia, Biological mechanisms of Alzheimer's disease, Risk and protective factors for dementia, International Conference on Advances in Dementia, XXI National Conference of the Alzheimer's and Related Disorders Society of India, Kolkatta, Sept. 2017.

Friedland CV   January, 2018

119. Friedland RP, Microbial amyloid and neurodegeneration. Molecular Medicine Tri-Conference, February, 2018, San Francisco, CA.

## ABSTRACTS AND PRESENTATIONS

1. Abeliuk ON, Friedland RP, Nakada T, Remler MP. Multifocal glioblastoma involving both hemispheres, brainstem and cerebellum with familial tendency. **Federation of Western Societies of Neurological Science**, 1981.

2.     Budinger TF, Yen CK, Yano Y, Friedland RP, O'Brien HA: Blood brain barrier permeability and intravascular flow volume measurements using rubidium-82 and dynamic positron emission tomography. Society of Nuclear Medicine, St. Louis, June 1981. **Journal of Nuclear Medicine** 22:15, 1981.

3.     Budinger TF, Yen CK, Friedland RP. Blood brain barrier permeability and intravascular flow volume measurements using rubidium-82 and dynamic positron emission tomography. International Symposium on Cerebral Blood Flow and Metabolism, St. Louis, Missouri, June 19-24, 1981. **Journal of Cerebral Blood Flow and Metabolism** I (Supp.1):S47, 1981.

4.     Friedland RP, Budinger TF, Yen CK, Sargent T, Mathis C, Yano Y. Positron emission tomographic approaches to the study of dementia pathophysiology. International Study Group on the Pharmacology of Memory Disorders Associated with Aging, Zurich, Switzerland, April 3-5, 1981.

5.     Friedland RP, Meibach RC. Effects of acetylcholinesterase inhibitors on 2-deoxy-D-glucose uptake in the rat brain. Society for Neuroscience, October, 1981, Los Angeles, California. **Society for Neuroscience Abstracts** 7:494, 1981.

6.     Friedland RP, Budinger TF, Ganz E, Yano T, Mathis C, Huesman R, Knittel B, Ober BA, Koss B. Dementia pathophysiology: X-ray computed tomography and dynamic emission tomographic studies with 18-fluorodexoyglucose and rubidium-82. Society for Neuroscience, Minneapolis, Minnesota, November 1, 1982. **Society for Neuroscience Abstracts** 8(1):30, 1982.

7.     Friedland RP, Ganz E, Yano Y, Budinger T, Koss B, Ober BA. Positron emission tomography: A new approach to the dementias. San Francisco Neurological Society, Yosemite National Park, California, March 1982.

8.     Friedland RP, Koss B, Ober BA, Budinger TF, Ganz E, Yano Y. Neuropsychological correlates of regional cerebral metabolic alterations in Alzheimer-type dementia. International Neuropsychological Society, **International Neuropsychological Society Bulletin**, p. 22, September 1982.

9.     Koss B, Ober BA, Friedland RP, Budinger TF, Ganz E, Yano Y, Delis DC. Stroop interference effect in Alzheimer-type dementia: Relationships to severity of cognitive impairment and regional alterations in cerebral glucose metabolism: International Neuropsychological Society, Mexico City, February 1, 1983. **International Neuropsychological Society Bulletin**, p. 25, September 1982.

10.     Tompkins-Ober BA, Koss B, Friedland RP, Budinger TF, Ganz E, Delis DC. Verbal learning and memory functions in Alzheimer-type dementia. Society for Neuroscience, Minneapolis, Minnesota, November 1982. **Society for Neuroscience Abstracts** 8(II):629, 1982.

11.     Tompkins-Ober BA, Koss B, Friedland RP, Budinger TF, Ganz E, Yano Y, Delis DC. Verbal learning and visual recognition memory functions in Alzheimer-type dementia: Relationships to alternations in regional cerebral metabolic rates. International Neuropsychological Society, Mexico City, February 1983. **International Neuropsychological Bulletin,** p. 35, September 1982.

Friedland CV   January, 2018

12.    Koss B, Friedland RP, Ober BA. Lateral asymmetry in cerebral metabolism: a prominent feature of Alzheimer-type dementia. International Neuropsychological Society, Houston, February 1984. **International Neuropsychological Society Bulletin**, p. 24, October 1983.

13.    Koss B, Jones A. Friedland RP, Ober B. Saccadic intrusions in Alzheimer-type dementia. **American Psychological Association**, Anaheim, August 1983.

14.    Friedland RP. The use of positron imaging in the differential diagnosis of dementia. **San Francisco Neurological Society**, Konocti Harbor, March 1983.

15.    Friedland RP, Budinger TF, Yano Y, Huesman R, Knittel B, Derenzo S, Koss B, Ober BA. Regional cerebral metabolic alterations in Alzheimer-type dementia: Studies with 18-Fluorodeoxyglucose. **International Symposium on Cerebral Blood Flow and Metabolism,** Paris, June 1983.

16.    Friedland RP, Yano Y, Budinger TF, Ganz E, Huesman RH, Derenzo SE, Knittel B. Quantitative evaluation of blood brain barrier integrity in Alzheimer-type dementia: Positron emission tomographic studies with rubidium-82. **Satellite Symposium on Effects on Aging on Regulation of Cerebral Blood Flow and Metabolism**, San Remo, Italy, June 1983.

17.    Ober BA, Dronkers NF, Koss B, Friedland RP, Delis DC. Retrieval from semantic memory in Alzheimer-type dementia. International Neuropsychological Society, Houston, February 1984. **International Neuropsychological Society Bulletin,** p. 26, October 1983.

18.    Koss E, Ober BA, Friedland RP, Jagust WJ. Cognitive deterioration in Alzheimer-type dementia is related to age and cerebral metabolic asymmetries. International Neuropsychological Society, San Diego, February 1985, International Neuropsychological Society Bulletin, p. 20, November 1984.

19.    Lakshiminarayanan V, Friedland RP, Muller E, Koss E, Stark L. Integrity of the vestibular-ocular reflex in Alzheimer's Disease. Society for Neuroscience, Los Angeles, October 1984. **Society for Neuroscience Abstracts** 10 (Part 2):775, 1984.

20.    Friedland RP, Prusiner SB, Jagust W, Koss E, Budinger TF. Regionally diminished glucose utilization in Creutzfeldt-Jakob Disease is similar so that in Alzheimer's disease. American Academy of Neurology, Boston, April 1984. **Neurology** (Supp. 1) 34:122, 1984.

21.    Dronkers NF, Ober BA, Simpson GV, Friedland RP. Neuropsychological and physioanatomical features of suspected Pick's disease. **International Neuropsychological Society**, San Diego, February 1985, International Neuropsychological Society Bulletin, p. 13, November 1984.

22.    Friedland RP, Budinger TF, Jagust WJ, Yano Y, Huesman RH, Knittel B, Koss E, Ober BA. Anterior-posterior and lateral hemispheric alterations in cortical glucose utilization in Alzheimer's Disease. Society of Nuclear Medicine, Los Angeles, CA, June 1984. **Journal of Nuclear Medicine** 25:57, 1984.

23.    Friedland RP, Budinger TF, Prusiner SB, Jagust WF. Bitemporal hypometabolism in Creutzfeldt-Jakob disease measured by PET with (F-18) 2-fluorodeoxyglucose. Society of Nuclear Medicine, Los Angeles, June 1984. **Journal of Nuclear Medicine** 25:109, 1984.

24.    Jagust W, Friedland RP, Budinger TF. Differentiation of normal pressure hydrocephalus from Alzheimer's disease by 18-F-fluorodeoxyglucose positron emission tomography. **Federation of Western Societies of Neurological Science**, Napa, California, February 1984.

25.    Jagust WJ, Friedland RP, Budinger TF. Cerebellar hypermetabolism in neurodegenerative disease. American Academy of Neurology, Dallas, Texas, April/May 1985. **Neurology** (Suppl 1) 35:1385.

Friedland CV   January, 2018

26.	Jagust WJ, Friedland RP, Budinger TF, Huesman RH, Knittel B. Methodological factors affecting PET measurements of glucose metabolism. American Academy of Neurology, Dallas, April/May 1985. **Neurology** (Suppl 1) 35:138, 1985.

27.	Friedland RP, Jagust WJ, Budinger TF, Huesman RH, Knittel B. Blood-brain barrier permeability studies in Alzheimer's disease. American Academy of Neurology, Dallas, Texas, April/May 1985. **Neurology** (Suppl 1) 35:177, 1985.

28.	Friedland RP, Jagust WJ, Budinger TF, Huesman RH, Knittel B. Methodological factors affecting the accuracy of metabolic measurements in PET studies with (18F)-2-fluoro-2-deoxy-D-glucose (FDG). **International Symposium on Cerebral Blood Flow and Metabolism,** Lund, June 16-20, 1985.

29.	Friedland RP, Jagust WJ, Budinger TF, Yano Y, Huesman RH, Knittel B. Dynamic PET studies of blood-brain permeability in Alzheimer's disease. Society of Nuclear Medicine Houston, June 1985. **Journal of Nuclear Medicine** 26:103, 1985.

30.	Friedland RP, Koss E, Jagust WJ. Lateral hemispheric asymmetries of glucose use in Alzheimer's disease: relationships to behavior, age of onset and prognosis. **International Symposium on Cerebral Blood Flow and Metabolism**, Lund, Sweden, June 1985.

31.	Dronkers NF, Koss E, Friedland RP, Wertz RT. "Differential" language impairment and language mixing in a polyglot with probable Alzheimer's disease. **International Neuropsychological Society**. June 1986, Journal of Clinical and Experimental Neuropsychology 8, 1986.

32.	Friedland RP, Jagust WJ, Ober BA, Dronkers NF, Koss E, Simpson GV, Ellis WG, Budinger TF. The pathophysiology of Pick's disease: a comprehensive case study.  **American Academy of Neurology**, New Orleans, May 1985. **Neurology** 36 (Suppl 1):268, 1986.

33.	Friedland R, Koss E, Jagust WJ, Borich J. Familial subcortical arteriosclerotic encephalopathy (SAE) in two families: studies with X-ray CT, NMR, and PET. American Academy of Neurology, New Orleans, May 1986. **Neurology** 36 (Suppl 1):102, 1986.

34.	Friedland RP, Smith C, Jagust WJ, Sokoloff L, Budinger TF. Diminished rates of cortical glucose utilization in Alzheimer's disease are not related to plasma beta-hydroxybutyrate concentrations. Society for Neuroscience, November 1986, Abstracts. **Society for Neuroscience** 12(Part 2):945, 1986.

35.	Jagust WJ, Friedland RP, Budinger TF, Huesman RH, Mazoyer BM, Brennan KM, KNittel FL, Yano Y, Mathis CA. Kinetics of regional cerebral glucose transport and phosphorylation in Alzheimer's disease. American Academy of Neurology, New Orleans, May 1986. **Neurology** 35(Suppl 1):264, 1986.

36.	Jagust WJ, Friedland RP, Budinger TF, Huesman R, Mazoyer BM, Brennen KM, Knittel BL, Yano Y, Mathis CA. Cerebral glucose transport and phosphorylation in Alzheimer's disease. Society of Nuclear Medicine, Washington DC, June 1986. **Journal of Nuclear Medicine** 27:955, 1986.

37.	Koss E, Weiffenbach JM, May C, Haxby JV, Friedland RP. Variability of olfactory dysfunction in Alzheimer's disease. Society for Neuroscience, November 1986. **Abstracts, Society for Neurosciences** 12(part 2):945, 1986.

38.	Schapiro MB, Luxenberg JS, Kaye JA, Haxby JV, White B, Friedland RP, Rapoport SI. Serial quantitative computed tomography (CT) analysis of brain morphometry in adult Down's syndrome at different ages. International Symposium on Aging Research, Florence, 1987.

39.	Friedland RP, Jagust WJ, Budinger TF, Koss E, Ober BA. Consistency of temporal-parietal cortex hypometabolism in probable Alzheimer's disease (AD) - relationships to cognitive decline. American Academy of Neurology, New York, April 1987. **Neurology** 37(Suppl 1):224, 1987.

Friedland CV   January, 2018

40.    Friedland RP, Jagust WJ, Budinger TF, Koss E, Ober BA, Dronkers NF, Swain BE. Consistency of temporal-parietal cortex hypometabolism in probable Alzheimer's disease: Relationships to cognitive decline. International Symposium on Cerebral Blood Flow and Metabolism, Montreal, June 1987. **Journal of Cerebral Blood Flow and Metabolism** 7(Supp 1):5403, 1987.

41.    Haxby JV, Grady CL, Friedland RP, Rapoport SI. Neocortical metabolic abnormalities precede memory cognitive impairments in early dementia of the Alzheimer type: Longitudinal confirmation. **International Symposium on the Pharmacology of Memory Disorders Associated with Aging.** Zurich, Switzerland, January 1987.

42.    Haxby JV, Grady CL, Koss E, Friedland RP, Rapoport SI. Heterogeneous metabolic and neuropsychological patterns in dementia of the Alzheimer type: cross-sectional and longitudinal studies. American Academy of Neurology, New York, April 1987. **Neurology** 37(Suppl 1):159, 1987.

43.    Haxby JV, Grady CL, Koss E, Friedland RP, Rapoport SI. Longitudinal study of brain metabolism and neuropsychological heterogeneity in dementia of the Alzheimer type: Evidence for subtypes. International Symposium on Cerebral Blood Flow and Metabolism, Montreal, June 1987. **Journal of Cerebral Blood Flow and Metabolism** 7(Suppl 1):S377, 1987.

44.    Haxby JV, Luxenberg J, Grady CL, Koss E, Friedland RP, Rapoport SI. Lateral ventricular asymmetry correlates with neuropsychological and brain metabolic asymmetries in Alzheimer type dementia. International Neuropsychological Society, Washington, DC**, Journal of Clinical and Experimental Neuropsychology** 9:80, 1987.

45.    Jagust WJ, Friedland RP, Koss E, Ober BA, Mathis CA, Huesman RH, Budinger TF. Progression of regional cerebral glucose metabolic abnormalities in Alzheimer's Disease. American Academy of Neurology, New York, **Neurology** 37(Suppl 1): 156, April 1987.

46.    Jagust WJ, Friedland RP, Koss E, Ober BA, Mathis CA, Huesman RH, Budinger TF. Sequential studies of regional cerebral glucose metabolism in Alzheimer's disease. International Symposium on Cerebral Blood Flow Metabolism, Montreal, June 1987. **Journal of Cerebral Blood Flow and Metabolism** 7:(Suppl 1):S414, 1987.

47.    Kaye JA, Atack J, May D, Daly E, Kaufman S, Luxenberg J, Beal MF, Rapoport SI, Friedland RP, Milstein S. Extrapyramidal signs in dementia of the Alzheimer Type (DAT): Cerebrospinal fluid (CSF) acetylcholinesterase (AchE), somatostatin and neuropeptide Y. American Academy of Neurology, New York, **Neurology** 37(Suppl 1):155, April 1987.

48.    Kaye JA, Grady CL, Haxby JV, Moore A, Friedland RP, Rapoport SI. Reversibility of metabolic and cognitive deficits in normal pressure hydrocephalus (NPH) following shunt surgery. American Neurological Association, San Francisco, October 1987. **Annals of Neurology** 22:124, 1987.

49.    Kaye JA, Kay AP, May C, Atack J, Daly E, Kaufman S, Friedland RP, Sweeney DJ, Milstein S, Luxenberg J, Rapoport SI. Cerebrospinal fluid (CSF) monoamine markers are reduced in dementia of the Alzheimer type (DAT) with extrapyramidal features. American Academy of Neurology, April 1987. **Neurology** 376(Suppl 1):332, 1987.

50.    Kaye JA, Luxenberg JS, Rapoport SI, Friedland RP. Age-related acceleration of cerebral atrophy in healthy men and women measured by quantitative computed X-ray tomography, **American Geriatrics Society,** New Orleans, May 1987.

51.    Kaye JA, May C, Atack J, Daly E, Sweeney D, Beal MF, Kaufman S, Milstein S, Friedland RP, Rapoport SI. Cerebrospinal fluid (CSF) neurotransmitter markers in the myoclonic subtype of dementia of the Alzheimer type (DAT). American Neurological Association, San Francisco, October 1987. **Annals of Neurology** 22:121, 1987.

Friedland CV   January, 2018

52.    Koss E, Friedland RP, Luxenberg JS, Moore A. Effects of occupational toxin exposure on regional cerebral glucose utilization and behavior in probable Alzheimer's disease (AD). International Symposium on Cerebral Blood Flow and Metabolism, Montreal, June 1987. **Journal of Cerebral Blood Flow and Metabolism** 7(Suppl 1):S402, 1987.

53.    Koss E, Haxby JV, Burg C, Rice M, Friedland RP, Rapoport SI. Optimally healthy individuals do not show decreases in verbal memory with aging. American Academy of Neurology, New York, April 1987. **Neurology** 37(Suppl 1):333, 1987.

54.    Luxenberg JS, Plato CC, Fox KM, Friedland RP, Rapoport SI. Dermatoglyphics in dementia of the Alzheimer type. American Academy of Neurology, New York, April 1987. **Neurology** 37(Suppl 1):333, 1987.

55.    Luxenberg JS, Swedo SE, Flament MF, Friedland RP, Rapoport J, Rapoport SI. Neuroanatomic abnormalities in obsessive-compulsive disorder detected with quantitative X-ray computed tomography. American Academy of Neurology, New York, April 1987. **Neurology** 37(Suppl 1):110, 1987.

56.    May C, Haber M, Young S, Tomai T, Gold P, Friedland RP. Osmoregulation in Alzheimer's Disease. American Academy of Neurology, New York, April 1987. **Neurology** 37(Suppl 1):166, 1987.

57.    Ober BA, Koss E, Delis DC, Jagust WJ, Friedland RP. Drawing performance in Alzheimer-type dementia and its relationship to brain glucose metabolism. International Neuropsychological Society, Washington, D.C. **Journal of Clinical and Experimental Neuropsychology** 9:80, 1987.

58.    Renfrew JW, May C, Tamarkin L, Friedland RP, Rapoport SI. Circadian rhythms in Alzheimer's disease, Society for Neuroscience, New Orleans, November 1987. **Society for Neurosciences Abstracts** 13(Part 2):1039, 1987.

59.    Luxenberg JS, Kaye J, Friedland RP, Rapoport SI. Serial quantitative CT in mild dementia of the Alzheimer type, American Geriatrics Society, **Journal of the American Geriatrics Society,** 1987.

60.    Luxenberg JS, Plato CC, Fox KM, Friedland RP, Rapoport SI. Digital and palmar dermatoglyphics in dementia of the Alzheimer type. **International Congress of Anthropological and Ethnological Sciences**, Zagreb, Yugoslavia, July 1988.

61.    Kaye JA, Morre AM, Friedland RP, Rapoport SI. Distinctive features of patients with dementia of the Alzheimer type and myoclonus. American Neurological Association, Philadelphia, PA, October 1988. **Annals of Neurology** 24:132-133, 1988.

62.    Kaye JA, DeCarli C, Tocchi L, Friedland RP. Basal forebrain hypointensites are increased in healthy aging, but not in Alzheimer's disease. **Society of Magnetic Resonance in Medicine**. San Francisco, August 1988.

63.    Koss E, Luxenberg J, Moore A, Friedland RP. Occupational exposure to toxins in Alzheimer's disease (AD): Metabolic and behavioral correlates. International Neuropsychological Society, New Orleans, LA, January 1988. **Journal of Clinical and Experimental Neuropsychology** 10:39, 1988.

64.    Kumar A, Friedland RP, Rapoport S. Metabolic studies in identical twins discordant for dementia of the Alzheimer type. **Society of Biological Psychiatry.** Montreal, April 1988.

65.    Berman KF, Schapiro MB, Friedland RP, Rapoport SI, Weinberger DR. Regional cerebral blood flow during cognitive activation in Down's syndrome. Society for Neuroscience, Toronto, October 1988. **Society for Neuroscience Abstracts** 14(Part 2):1012, 1988.

66.    DeCarli C, Kaye J, Levy LM, May C, Daly E, Friedland RP. MRI morphometry of the midbrain in Alzheimer's disease. **Society of Magnetic Resonance in Medicine** San Francisco, August 1988.

Friedland CV   January, 2018

67.     DeCarli C, Kaye J, Levy LM, May C, Friedland. Quantitative analysis of midbrain structures in Alzheimer's disease using MRI. American Neurological Association. Philadelphia, October 1988. **Annals of Neurology** 24:133, 1988.

68.     Friedland RP, Koss E, Kumar A, Gaine S, Metzler D, Haxby JV, Moore A, Grady C, Rapoport SI. Motor vehicle accidents in dementia of the Alzheimer type. American Neurological Association. Philadelphia, October 1988. **Annals of Neurology** 24:133, 1988.

69.     Friedland RP, Luxenberg J, Koss E. A quantitative study of intracranial calcification in dementia of the Alzheimer type. Society for Neuroscience, Toronto, October 1988. **Society for Neuroscience Abstracts** 14(Part 2):101, 1988.

70.     Grady CL, Berg G, Carson RE, Daube-Witherspoon ME, Friedland RP, Rapoport SI. Quantitative comparison of glucose metabolic rates from two positron emission tomographs. Society of Nuclear Medicine, San Francisco, June 1988. **Journal of Nuclear Medicine** 29:867, 1988.

71.     Haxby JV, Grady CL, Horwitz B, Schapiro MB, Carson RE, Ungerleider LG, Mishkin M, Herscovitch P, Friedland RP, Rapoport SI. Mapping two visual pathways in man with regional cerebral blood flow (rCBF) as measured by positron emission tomography (PET) H2 150. Society for Neuroscience. Toronto, October 1988. **Society for Neuroscience Abstracts** 14(Part 1):750, 1988.

72.     Kumar A, Friedland RP, Rapoport S. Structural and neuropsychological studies in three identical twin pairs discordant for dementia. **Society of Biological Psychiatry.** Montreal, April 1988.

73.     DeCarli C, Fugate L, Falloon J, Eddy J, Pizzo P, Friedland RP. Brain growth and cognitive improvement in children with human immunodeficiency virus-induced encephalopathy after 6 months of chronic infusion azidothymidine therapy. American Academy of Neurology, Chicago, 1989. **Neurology** 39(Suppl 1):186, 1989.

74.     DeCarli C, Teichberg D, Horwitz B, Friedland RP, Rapoport SI. A method for measurement of whole brain, temporal lobe, central and peripheral cerebral spinal fluid (CSF) volume from magnetic resonance image (MRI). American Academy of Neurology, Chicago, April 1989

75.     Friedland RP, Grady CL, Schapiro MB, Moore A, Kumar A, Kinsel V. Family history of dementia and regional cerebral glucose utilization (rCMRglc) in dementia of the Alzheimer type (AD). American Academy of Neurology, Chicago, April 1989. **Neurology** 39(Suppl 1):168, 1989.

76.     Friedland RP, Horwitz B, Grady C, DeCarli C, Schapiro MB, Kumar A, Rapoport SI. An ROC analysis of the diagnostic accuracy of PET with FDG and X-ray computed tomography in Alzheimer's disease. International Symposium on Cerebral Blood Flow and Metabolism, Bologna, May 1989. **Journal of Cerebral Flood Flow and Metabolism** 9(Suppl 1):S566, 1989.

77.     Friedland RP and Raichle M. Co-Chairman and Speaker, Roundtable on functional and pharmacological activation studies of neurodegenerative disease using physiological imaging. **International Symposium on Cerebral Blood Flow and Metabolism**, Bologna, May 1989.

78.     Grady CL, Haxby JV, Horwitz B, Schapiro MB, Carson RE, Herscovitch P, Ungerleider LG, Mishkin M, Friedland RP, Rapoport SI. Mapping human visual systems for object recognition and spatial localization by measurement of regional cerebral blood flow. International Symposium on Cerebral Blood Flow and Metabolism, Bologna, June 1989. **Journal of Cerebral Blood Flow and Metabolism** 9(Suppl 1):S574, 1989.

79.     Grady CL, Haxby J, Schapiro MB, Kumar A, Friedland RP, Rapoport SI. Heterogeneity in dementia of the Alzheimer type (DAT): subgroups identified from cerebral metabolic patterns using positron emission tomography (PET). American Academy of Neurology, Chicago, April 1989. **Neurology** 39(Suppl 1):167-168, 1989.

Friedland CV   January, 2018

80.   Kozachuk WE, Friedland RP, Aronin N, Marshall P. Magnetic resonance imaging (MRI) in familial inverted chorea (FIC). American Academy of Neurology, Chicago, April 1989. **Neurology** 39(Suppl 1):128, 1989.

81.   Kumar A, Schapiro MB, Grady C, Friedland RP, Rapoport SI. High resolution studies of cerebral glucose metabolism with 18-FDG PET in Alzheimer's Disease. Society of Nuclear Medicine, St. Louis, June 1989. **Journal of Nuclear Medicine** 30:771, 1989.

82.   Kumar A, Schapiro MB, Grady JV, Friedland RP, Ball MJ, Rapoport SI. Cerebral metabolic and structural studies in three pairs of identical twins discordant for Alzheimer's disease. Symposium on Familial Alzheimer's Disease, Seattle, May 1989. **Alzheimer's Disease and Associated Disorders: An International Journal** 3(Suppl 1):9, 1989.

83.   Kumar A, Schapiro MB, Grady CL, Friedland RP, Rapoport SI. Serial metabolic studies in twins discordant for dementia. **American Psychiatric Association**, San Francisco, May 1989.

84.   Schapiro MB, Kumar A, White B, Grady CL, Friedland RP, Rapoport SI. Alzheimer's disease (AD) in mosaic/translocation Down's Syndrome (DS) without mental retardation. American Academy of Neurology, Chicago, April 1989. **Neurology** 39(Suppl 1):169, 1989.

85.   Friedland RP, Iadecola C. Roy and Sherrington (1890): A centennial re-examination. American Academy of Neurology, Miami, April 1990. **Neurology** 40(Suppl 1):289, 1990.

86.   Pietrini P, Schapiro MB, Kozachuk W, Aronin N, Marshall P, Kumar A, Kaye JA, Friedland R, Rapoport SI. Cerebral glucose metabolism in familial inverted chorea assessed by PET. Society of Nuclear Medicine, Washington, DC, **Journal of Nuclear Medicine** 31:740-741, June 1990.

87.   Friedland RP. The cerebral circulation in Alzheimer's disease (AD): Model of a pathophysiological cascade. **All Ohio Alzheimer's Disease Symposium**, Columbus, Ohio, September 1990.

88.   Friedland RP, Marotta CA, Majocha RE, Reno JM, Lyle LR, Berridge M, Miraldi F. Anti-amyloid antibodies for in-vivo diagnosis of Alzheimer's disease. American Academy of Neurology, Cincinnati, April 1991. **Neurology** 41(Suppl 1):156, 1991.

89.   Friedland RP, Marotta CA, Majocha RE, Lyle LR, Reno JM, Miraldi F, Berridge MS. Anti-amyloid antibodies for in-vivo immunocytochemical studies of Alzheimer's disease using neuroimaging. International Symposium on Cerebral Blood Flow and Metabolism, Miami, June 1991. **Journal of Cerebral Blood Flow and Metabolism** 11(Suppl 2):S186, 1991.

90.   Lerner AJ, Koss E, Patterson M, Ownby RL, Chatterjee A, Friedland RP, Whitehouse P. Visual hallucinations in Alzheimer's Disease and the Behave-AD, American Academy of Neurology, San Diego, May 1992. **Neurology** 42(suppl 3): 140, 1992.

91.   Weinstein EA, Friedland RP, Wagner EE. Denial/unawareness of impairment in Alzheimer's Disease. American Academy of Neurology, San Diego, May 1992, **Neurology** 42(Suppl 3):200.

92.   Debanne SM, Rowland DV, Schnell A, Hedera P, Koss E, Lerner A, Smyth K, Whitehouse P, Friedland RP. Issues related to the selection of controls when exposure is related to diagnosis. World Federation of Neurology, Research Group on Neuroepidemiology, San Diego, May 1992, **Neuroepidemiology** 11(2):9, 1992.

93.   Smyth KA, Koss E, Neundorfer M, Friedland RP, Whitehouse PJ. Deficit awareness and denial in Alzheimer's disease. **Third International Conference on Alzheimer's Disease and Related Disorders.** Padova, July 1992.

94.   Lerner A, Friedland RP, Riley D, Whitehouse PJ, Lanska D, Vick N, Cochron E, Tresser N, Cohen M, Gambetti P. Dementia with pathologic findings of cortical basal ganglionic degeneration. American Neurological Association, Toronto, October 1992, **Annals of Neurology** 32:271, 1992.

Friedland CV   January, 2018

95.    Friedland RP, Weinstein EA, Wagner EE. Frontal lobe hypometabolism is associated with denial of illness in Alzheimer's disease. **Society of Neuroscience**. Anaheim, October 1992, **Society for Neuroscience Abstracts** 1992; 18:735.

96.    Friedland RP, Reno JM, Majocha RE, Van Haight C, Lyle LR, Berridge MS, Miraldi F, Marotta CA. Development of a monoclonal antibody targeting the amyloid ß protein for immunochemical neuroimaging. **American Academy of Neurology**, New York, April 1993, **Neurology** 43:A213, 1993.

97.    Petot G, Debanne S, Hedera P, Koss E, Lerner AJ, Rowland D, Schnell A, Smyth K, Friedland RP. Use of a food frequency questionnaire in a risk factor study of Alzheimer's disease. **World Federation of Neurology Research Group on Neuroepidemiology**, New York, April 1993, **Neuroepidemiology** 12:135, 1993.

98.    Friedland RP, Smyth KA, Koss E, Schnell A, Lerner A, Hedera P, Petot G, Rowland D, Debanne S. Education and its surrogates as protective factors for Alzheimer's disease (AD): Design of a case-control study. **World Federation of Neurology Research Group on Neuroepidemiology**, New York, April 1993, **Neuroepidemiology** 12:124, 1993.

99.    Ford AB, Debanne SM, Friedland RP, Fitzgerald PA. Smoking and the incidence of dementia: A population based study. **American Epidemiological Society**, Pittsburgh, December 1992.

100.   Friedland RP, Reno JM, Majocha RE, Van Haight C, Lyle LR, Berridge MS, Miraldi F, Marotta CA. Immunochemistry of Alzheimer's disease: Development of a monoclonal antibody targeting the amyloid ß protein for neuroimaging. International Symposium on Cerebral Blood Flow and Metabolism, Sendai, Japan, May 1993. **Journal of Cerebral Blood Flow and Metabolism** 13:S244, 1993.

101.   Ben-Meir A, Bardenstein DS, Lee P, Friedland RP, Mulvihill P, Perry G. Tau protein, ubiquitin and amyloid precursor protein in the eyes of patients with Alzheimer disease (AD). **Association for Research in Vision and Ophthalmology**, Sarasota, Florida, April 1993.

102.   Lerner A, Cohen DL, Pax AB, Friedland RP, Kalaria RN. Cell adhesion molecules in the vascular and neocortical pathology of Alzheimer's disease. **Society for Neuroscience,** Washington DC, November 1993. Society for Neuroscience Abstracts 19:623, 1993.

103.   Hedera P, Lerner AJ, Stuckey J, Friedland RP. Acute confusional states in Alzheimer's disease. **Society for Neuroscience**, Washington, DC, November 1993. Society for Neuroscience Abstracts 19:229, 1993.

104.   Hedera P, Lai S, Haacke ME, Hopkins AL, Friedland RP, Friedman L. High resolution gradient echo functional imaging of visual cortex. **Radiological Society of North America,** Chicago, November 1993. **Radiology**, 189:140, 1993.

105.   Lai S, Haacke ME, Hopkins A, Wasserman B, Buckley P, Friedman L, Meltzer H, Hedera P, Friedland RP. High resolution 2D and 3D gradient-field-echo functional imaging correlated with high resolution MRA. Society for Magnetic Resonance in Medicine. **Magnetic Resonance in Medicine** p. 167, 1993.

106.   Hedera P, Lai S, Haacke EM, Hopkins AL, Friedland RP, and Friedman L. High resolution GRE functional imaging of visual cortex. **Radiology**, Volume 189, 140, 1993.

107.   Friedland RP (Chairman), Raskind M, Clarfield M. Symposium: The evaluation of the patient with dementia: Differential diagnosis and use of medical resources. American Geriatrics Society, May 1994, Los Angeles, **Journal of the American Geriatrics Society** (Abstract), 1994.

108.   Petot GJ, Debanne SM, Hedera P, Koss E, Lerner AJ, Rowland DY, Schnell AH, Smyth K, Friedland RP. Determination of diet patterns throughout adult life in a case control study of Alzheimer's disease. **Nutritional Assessment of Elderly Populations: Measure and Function**, United States Department of Agriculture, Boston, MA, October 1993.

Friedland CV   January, 2018

109.   Hedera P, Lai S, Haacke EM, Lerner AJ, Hopkins AL, Lewin JS, Friedland RP. Localization of visual cortical activation using susceptibility sensitized MRI: studies in albinos and normal subjects. American Academy of Neurology, Washington, DC, May 1994, **Neurology**, 44(Suppl 2):A266, 1994.

110.   Lerner AJ, Strick N, Lowy M, Hedera P, Friedland RP. Altered hypothalamic-pituitary-adrenal axis responsivity in Alzheimer's disease. American Academy of Neurology, Washington DC, May 1994. **Neurology** 44 (Suppl 2) A241, 1994.

111.   Rowland D, Debanne SM, Schnell A, Durand E, Koss E, Smyth KA, Whitehouse PJ, Friedland RP. The choice of respondent for controls in a case-control study where cases cannot self report. World Federation of Neurology: Research Group on Neuroepidemiology, **Neuroepidemiology** (Abstract).

112.   Bardenstein DS, Friedland RP, Richey P, Harik S, Perry G. Immunocytochemical (ICC) localization of glucose transporter (GLUT-1) in the human eye. Association for Research in Vision and Ophthalmology, Sarasota, Florida, May 1994, **Investigative Ophthalmology and Visual Science**, 33:2085, 1994.

113.   Friedland RP, Reno JM, Majocha RE, Berridge MS, Miraldi F, Hedera P, Lyle LR, Marotta CA. Imaging studies of a TC-99 anti Aß Fab monoclonal antibody (MAB) in Alzheimer's disease (AD) using SPECT. Society for Neuroscience, November 1994, Miami Beach, **Society for Neuroscience Abstracts** 20:1057, 1994.

114.   Lai S, Hedera P, Haacke EM, Lerner AJ, Hopkins AL, Lewin JS, Friedland RP. Functional MRI: Promising approach for the evaluation of visual pathway abnormalities associated with albinism. **Society of Magnetic Resonance, San Francisco, California, Journal of Magnetic Resonance Imaging,** 4:59, 1994.

115.   Petot GJ, Debanne SM, Durand E, Hedera P, Koss E, Lerner AJ, Rowland DY, Schnell AH, Smyth K, Friedland RP. Diet Patterns During Adult Life a Case Control Study of Risk Factors for Alzheimer's Disease: Preliminary Data for Selected Nutrients and Food Groups. Fourth International Conference on Alzheimer's Disease and Related Disorders, Minneapolis, July-August 1994. **Neurobiology of Aging**, 15, Suppl: S47, (Abstract), 1994.

116.   Friedland RP, Marotta CA, Lyle L, Reno J, Miraldi F, Berridge M, Kalaria R, Hedera P. Noninvasive Imaging Using a Murine Monoclonal Anti-Aß Antibody Fab Labeled with Technetium 99m in Alzheimer's Disease. Fourth International Conference on Alzheimer's Disease and Related Disorder, Minneapolis, July-August 1994. **Neurobiology of Aging**, 15, Suppl 1: S96-97, (Abstract), 1994.

117.   Koss E, Rowland DY, Debanne SM, Schnell AH, Porter C, Durand E, Hedera P, Lerner AJ, Petot GJ, Smyth K. Relationships Between Past Cigarette Smoking Status and Cognitive Functions in Healthy Aging. Fourth International Conference on Alzheimer's Disease and Related Disorders, Minneapolis, July-August 1994. **Neurobiology of Aging**, 15 Supp, S47 (Abstract), 1994.

118.   Petot GJ, Debanne SM, Durand E, Hedera P, Koss E, Lerner AJ, Rowland DY, Schnell AH, Smyth K, Friedland RP. Adaptation of the Block Food Frequency Questionnaire to Obtain Adult Life-Time Dietary patterns from Alzheimer's Patients' Surrogates, Controls and Controls' Surrogates. **Second International Conference on Dietary Assessment Methods** (Abstract), 1994.

119.   Friedland RP, Kalaria RN. Alzheimer's Disease and Related Disorders Research in the Developing World and Eastern Europe - Workshop. **Fourth International Conference on Alzheimer's Disease and Related Disorders**, Minneapolis, August 1994.

120.   Lewin JS, Friedman L, Wu D, Miller DA, Thompson LA, Klein SK, Hedera P, Buckley P, Friedland RP, Meltzer. Localization of human sustained attention neural networks: detection with functional MR using a visual vigilance paradigm **Proceedings of the Society for Nuclear Magnetic Resonance** (Abstract, in press).

121.   Lerner A, Hedera P, Koss E, Stuckey J, Friedland RP. Acute confusional states in Alzheimer's disease. **First World Congress on Stress**, NIH, Bethesda, October 1994.

Friedland CV   January, 2018

122.   Lai S, Hedera P, Haacke EM, Lewin J, Wu D, Friedland RP. Effects on Acetazolamide on Cerebral Blood Flow in Normal Humans as Assessed with T2* weighted MR Imaging at 1.5-T: Preliminary Results. **Society for Magnetic Resonance. Proceedings of the Society of Magnetic Resonance,** San Francisco, p. 699, August 1994.

123.   Koss E, Elshaw E, Salipante E, Rowland D, Cole R, Friedland RP, Whitehouse PJ, Smyth KA, Petot G, Hedera P, Esteban-Santillan C, Debanne S. Positive relationship between practicing a musical instrument and IQ scores in older healthy adults. World Federation of Neurology Research Group on Neuroepidemiology, Seattle, May 1995, **Neuroepidemiology**, 14;18, (Abstract), 1995.

124.   Lerner A, Cole R, Debanne S, Esteban-Santillan E, Hedera P, Koss E, Friedland RP, Whitehouse PJ, Smyth KA, Rowland D, Petot G. Immunological and endocrine conditions in an Alzheimer's disease case-control study. World Federation of Neurology Research Group on Neuroepidemiology, Seattle, May 1995, **Neuroepidemiology**, 14;12, (Abstract), 1995.

125.   Friedland RP, Smyth KA, Koss E, Esteban-Santillan E, Cole R, Lerner AJ, Hedera P, Durand E, Petot G, Rowland DY, Debanne S. Persons with Alzheimer's disease (AD) engage in fewer premorbid stimulating activities than controls: Results from a case-control study. World Federation of Neurology Research Group on Neuroepidemiology, Seattle, May 1995, **Neuroepidemiology**, 14:8, (Abstract), 1995.

126.   Petot GJ, Feinstein S, Cole R, Debanne S, Koss E, Lerner AJ, Rowland DY, Smyth K, Whitehouse PJ, Friedland RP. Preliminary data on diet patterns throughout adult life in a case control study of risk factors for Alzheimer's disease. World Federation of Neurology Research Group on Neuroepidemiology, Seattle, May 1995, **Neuroepidemiology**, 14:7-8, (Abstract), 1995.

127.   Marotta CA, Friedland RP, Muswick G, Nelson D, Berridge MS, Miraldi F, Hedera P, Lyle L, Reno J, Majocha R. Imaging studies with murine anti Aß monoclonal antibody (MAB) Fab 10H3 in Alzheimer's disease (AD) patients. American Academy of Neurology, May 1995, Seattle. **Neurology** 45(Suppl 4): A405, (Abstract), 1995.

128.   Friedland RP, Kalaria RJ. Alois Alzheimer, Willibald Scholz and the history of cerebrovascular pathology in Alzheimer's disease. Society for Neuroscience, San Diego, November 1985, **Society for Neuroscience Abstracts**, 21(1):247, 1995.

129.   Petot GJ, Feinstein SJ, Cole R, Debanne SM, Koss E, Lerner AJ, Rowland  DY, Smyth K, Whitehouse PJ, Friedland RP. Preliminary data on diet patterns throughout adult life in a case-control study of risk factors for Alzheimer's disease. World Federation of Neurology, **Research  Group on Neuroepidemiology**, 14:6-7 (Abstract), 1995.

130.   Friedland RP, Smyth KA, Koss E, Esteban-Santillan C, Cole R, Lerner AJ, Hedera P, Durand E, Petot G, Rowland DY, Debanne S. Persons with Alzheimer's disease (AD) engage in fewer premorbid stimulating activities than controls: Results from a case control study. World Federation of Neurology, Research Group on Neuroepidemiology, **Neuroepidemiology**, 14:8 (Abstract), 1995.

131.   Lerner AJ, Cole R, Debanne S, Esteban-Santillan C, Hedera P, Koss E, Petot G, Rowland D, Smyth K, Whitehouse PJ, Friedland RP. Immunological and endocrine conditions in an Alzheimer's disease case-control study. World Federation of Neurology, Research Group on Neuroepidemiology, **Neuroepidemiology**, 14:10 (Abstract), 1995.

132.   Koss E, Elshaw E, Salipante E, Rowland D, cole R, Debanne S, Esteban-Santillan C, Hedera P, Lerner AJ, Petot G, Smyth KA, Whitehouse PJ, Friedland RP. Positive relationship between playing a musical instrument and IQ scores in older healthy adults. World Federation of Neurology, Research Group on Neuroepidemiology, **Neuroepidemiology**, 14:13 (Abstract), 1995.

Friedland CV   January, 2018

133.   Esteban-Santillan C, Smyth KA, Conaway C, Rowland D, Debanne S, Koss E, Lerner A, Petot G, Whitehouse PJ, Friedland RP. Mental, social and physical demands of jobs as risk factors for Alzheimer's disease, American Academy of Neurology, March 1996, San Francisco. **Neurology** : 46(2 suppl) A433-434. (Abstract), 1996

134.   Sauer S, Bardenstein DS, Friedland RP, Perry G.  Immunohistochemical detection of increased facilitative glucose transporter-1 expression in corneal endothelial stress. Association for Research in Vision and Ophthalmology, Sarasota, May 1996, **Investigative Ophthalmology and Visual Science** 37:S86 (Abstract), 1996.

135.   Friedland RP, Smyth K, Esteban-Santillan C, Koss E, Cole R, Lerner AJ, Strauss M, Whitehouse PJ, Petot G, Rowland DY, Debanne S.  Premorbid environmental complexity is reduced in patients with Alzheimer's disease (AD) as compared to age and sex matched controls: Results of a Case-Control Study.  Fifth International Conference on Alzheimer's Disease and Related Disease, Osaka, July 1996. **Neurobiology of Aging**, 17:S122, (Abstract), 1996.

136.   O'gengo JA, Sayi JG, Cohen DL, Matuja WB, Kitinya J, Kimani JK, Friedland RP, Kalaria RN.  Brain amyloid ß deposition in non-demented african subjects from East Africa. Fifth International Conference on Alzheimer's Disease and Related Disease, **Neurobiology of Aging**, 17:S123, (Abstract), 1996.

137.   Sayi JG, Premkumar DRD, Patel NB, Bhandari AS, Gatere S, Matuja WB, Friedland RP, Koss E, Kalaria RN.  Apolipoprotein E alleles in elderly East Africans. Society for Neuroscience, Washington DC, November, 1996, **Society for Neuroscience Abstracts**, 22:207, 1996.

138.   Muzic RF, Berridge MS, Friedland RP, Zhu N, Miraldi F.  PET measurement of nicotine receptor binding. Society of Nuclear Medicine 43rd annual meeting, Denver, June 1996. **Journal of Nuclear Medicine** Abstract, 37:11, (Abstract), 1996.

139.   Petot GJ, Cole R, Debanne SM, Koss E, Lerner AJ, Rowland DJ, Smyth K, Whitehouse PJ, Friedland RP. Adult lifetime dietary intake patterns of antioxidant nutrients and foods in a case control study of risk factors for Alzheimers' Disease: Preliminary data.  World Federation of Neurology - Research Group on Neuroepidemiology, San Francisco, March, 1996, **Neuroepidemiology** 15: p.13, (Abstract), 1996.

140.   Rowland DY, Whitehouse PJ, Rossor M, Roques P, Debanne SM, Koss E, Lerner A, Petot G, Friedland RP, Smyth K.  Influences on the expression of autosomal-dominant Alzheimer's disease: Comparison of methods to analyze environmental factors.  World Federation of Neurology. Research Group on Neuroepidemiology, San Francisco, March, 1996, **Neuroepidemiology** 15: p.18, (Abstract), 1996.

141.   Petot G, Debanne S, Smyth K, Rowland D, Koss E, Lerner A, Cole R, Friedland RP.  Adult lifetime dietary patterns of antioxidant vitamin and carotenoid consumption in a case control study of risk factors for Alzheimer's disease. **American Aging Association**, San Francisco, October 1996.

142.   Friedland RP, Kalaria RN, Marotta CA..  Prospects for non-invasive imaging of amyloid ß protein in Alzheimer's disease. **Symposium on Neurodegenerative Disorders: Common Molecular Mechanisms**, Ocho Rios, Jamaica, February 1997.

143.   Bowriratt A, Korczyn A, Kahana E, Friedland RP. Prevalence of dementia of the Alzheimer's type in an elderly Arab population: A door to door survey.  **Alzheimer's Disease International, Twelfth International Conference**. Jerusalem, October 1996.

144.   Friedland RP.  Denial of Illness in Alzheimer's Disease. **Alzheimer's Disease International: 12th International Conference**, Jerusalem, October 1996.

145.   Friedland RP, Kalaria RN, Marotta CA.  Neuroimaging of vessel amyloid in Alzheimer's disease. **Cerebrovascular pathology in Alzheimer's Disease**. New York Academy of Sciences, East Rutherford, New Jersey, November 1996.

Friedland CV   January, 2018

146.   Lerner AJ, Koss E, Gilham S, Cole R, Debanne S, Esteban-Santillan C, Petot G, Rowland DY, Smyth KA, Whitehouse PJ, Friedland RP. Estrogen replacement therapy as a protective factor for Alzheimer disease: Interactions with other risk factors. **Society for Neuroscience**, Washington DC, November 1996, **Society for Neuroscience**, Vol. 22, p.15 (Abstract), 1996.

147.   O'gengo JA, Cohen DL, Sayi JG, Matuja WB, Kitinya JN, Kimani JK, Friedland RP, Kalaria RN.  Amyloid ß protein deposition in brains of non-demented East Africans. Society for Neuroscience, Washington DC, November 1996. **Society for Neuroscience Abstracts** Vol. 22, 1173, 1996.

148.   Friedland RP, Smyth K, Esteban-Santillan C, Koss E, Cole R, Lerner AJ, Strauss M, Whitehouse PJ, Petot G, Rowland DY, Debanne S.  Premorbid environmental complexity is reduced in patients with Alzheimer's disease (AD) as compared to age and sex matched controls: Results of a Case-Control Study.  Proceedings of the Fifth International Conference on Alzheimer's Disease and Related Disease, Osaka, Japan, **Neurobiology of Aging**, 17(45) S122 (Abstract) 1996.

149.   Bowirrat A, Treves T, Friedland RP, Korczyn AD.  Prevalence of dementia of Alzheimer's type in Arab community in Israel **World Federation of Neurology Research Group on Neuroepidemiology**, Boston, April, 1997, (Dr. Bowirrat won the 1997 Bruce Schoenberg Award from the American Academy of Neurology for this paper), April 1997.

150.   Friedland RP, Lerner AJ, Smith AL, Huang SL, Siedlak S, Perry G.  Latent infection with cytomegalovirus in Alzheimer's disease (AD).  Serum antibody and immunocytochemical studies.  Society for Neuroscience, New Orleans, October 1997.  **Society for Neuroscience Abstracts** 23 (Part I): 563, 1997.

151.   Friedland RP, Hall K, Unverzagt F, Hendrie H, Kalaria RN, Patel N, Gatere S, Bowirrat A, Korczyn A.  Cross-Cultural Studies of Alzheimer's disease in Africa and Israel.  **Neurodegenerative Disorders: Common Molecular Mechanisms**, Jamaica, February 1998.

152.   Koss E, Cole R, Gilmore GC, Debanne SM, Lerner AJ, Petot G, Riedel T, Smith A, Smyth KS, Strauss ME, Teel W, Whitehouse PJ, Friedland RP.  Relations between cognition and personality in healthy older adults. International Conference on Alzheimer's Disease and Associated Disorders, Amsterdam, July 1998, **Neurobiology of Aging**, 19(4S):S13, 1998.

153.   Friedland RP.  Prospects for neuroimaging in early diagnosis and monitoring of therapy of Alzheimer's disease.   International Conference on Alzheimer's Disease and Associated Disorders, Amsterdam, July1998. **Neurobiology of Aging** 19:4S, 1998**.**

154.   Friedland RP, Bowirrat A, Treves T, Chapman J, Korczyn AD.  Alzheimer's disease prevalence is high in Israeli Arabs. **International Conference on Alzheimer's Disease and Associated Disorders**, Amsterdam, July 1998, **Neurobiology of Aging**, 19(4S): S139, 1998.

155.   Petot GJ, Riedel TM, Cole R, Debanne SM, Koss E, Lerner AJ, Smyth KA, Whitehouse PJ, Friedland RP. Long term dietary intake patterns influence the development of Alzheimer's disease in a Case Control study of lifestyle risk factors. International Conference on Alzheimer's Disease and Associated Disorders, Amsterdam, July 1998. **Neurobiology of Aging** 19:45, S27, (Abstract), 1998.

156.   Teel WB, Farrer LA, Cupples LA, Debanne SM, Koss E, Lerner AJ, Rowland DY, Smith AL, Cole R Friedland RP, Duration of survival after onset of Alzheimer's disease is not affected by cigarette smoking status in two epidemiologic studies. International Conference on Alzheimer's Disease and Associated Disorders, Amsterdam, July 1998, **Neurobiology of Aging** 19(4S):S26, 1998.

157.   Teel WB, Farrer LA, Cupples LA, Debanne SM, Koss E, Lerner AJ, Rowland DY, Smith AL, Cole R Friedland RP, Duration of survival after onset of Alzheimer's Disease is not affected by cigarette smoking status in two epidemiologic studies World Federation of Neurology Research Group on Neuroepidemiology, Minneapolis, May, **Neuroepidemiology** 17, 1998.

Friedland CV   January, 2018

158.   Bowirrat A, Treves T, Friedland, RP, Korcczyn AD.  Illiteracy is a risk factor for Alzheimer's disease among Arab elderly in Israel. American Academy of Neurology, Minneapolis, April 1998, **Neurology** 50:A229, April 1998.

159.   Friedland RP, Bowirrat A, Treves T, Chapman J, Korczyn AD.  The prevalence of dementia of Alzheimer type (DAT) is high in Israeli Arabs. Society of Neuroscience 1998, **Society for Neuroscience Abstracts** 24:257, 1998.

160.   Smith AL, Cole R, Smyth KA, Koss E, Lerner AJ, Rowland DY, Debanne SM, Petot GJ, Teel WB, Friedland RP.  Protective effects of physical exercise on the development of Alzheimer's disease. **Neurology**, 50, A90, 1998 (Abstract).

161.   Friedland RP. Genetic and environmental risk factors for Alzheimer's disease in Kenya and Israel. Neuroscience in Developing Countries: Getting Around the Problems, Society for Neuroscience Workshop, November 1998, Los Angeles, **International Journal of Neuroscience** 99:19, 1999.

162.   Bowirrat A, Friedland RP, Chapman J, Korczyn, AD. The very high prevalence of Alzheimer's disease in an Arab population is not explained by apolipoprotein E e4 allele frequency.  American Academy of Neurology Annual Meeting, Toronto, April, 1999, **Neurology** 52(Suppl) A297, (Abstract), 1999.

163.   Friedland RP.  Prospects for noninvasive imaging of brain amyloid in Alzheimer's disease Vascular factors in Alzheimer's Disease, International Meeting, Northumberland, UK, May 1998.  **Alzheimer Reports** 2(S1): p.S27, 1999.

164.   Shi J, Perry G, Friedland RP, Siedlak S, Lamanna J.  Basic fibroblast growth factor and serum amyloid P component binding to amyloid deposits in a transgenic animal model overexpressing ß-amyloid: Evidence for the integrity of the blood-brain barrier.  Society for Neuroscience Annual Meeting, Miami Beach, October 1999. **Society for Neuroscience Abstracts** 25(2): 1860, 1999.

165.   Bowirrat A, Treves T, Chapman J, Friedland RP, Korczyn A. Alzheimer's disease in an Israeli Arab village. Fifth Tel Aviv University Alzheimer's Disease Conference. June 1998.

166.   Bowirrat A, Friedland RP, Chapman J, and Korczyn AD.   The very high prevalence of Alzheimer's disease in an Arab population is not explained by apolipoprotein allele frequency. World Federation of Neurology Neurogenetics Research Group, Toronto, April 1999.

167.   Bowirrat A, Friedland RP, Chapman J, and Korczyn AD. The frequency of the APO-e4 allele in Arab population in Israel.  World Federation of Neurology, Research Group on Neuroepidemiology, Toronto, April 1999.

168.   Bowirrat A, Friedland RP, Chapman J, and Korczyn AD. Alzheimer's disease in Israeli Arabs. The First National Conference on Health Issues in the Arab-American Community, Dearborn, Michigan, April 1999.

169.   Baldwin C, Bowirrat A, Korczyn AD, Farrer L, Friedland RP. Increased Prevalence of Alzheimer's Disease in an Arab-Israeli Community.  American Society for Human Genetics, San Francisco, October, 1999, **American Journal of Human Genetics**, 65:A263, (Abstract), 1999.

170.   Kalaria RN, Patel NB, Kariuki M, Kioy P, Gatere S, Hall KS, Unverzagt FW, Hendrie HC, Friedland RP. Epidemiological studies and genetic factors in Alzheimer's disease in rural Kenya.   Society of Neuroscientists of Africa 4th International Congress, Dakar, Senegal, April1999.

171.   Koss E, Cook TB, Cole R, Debanne SM, Petot GJ, Lerner AJ, Smyth KA, Friedland RP. Occupational lead exposure is a risk factor for Alzheimer's disease: A case-control study. The Role of Human Exposure in the Prevention of Environmental Disease, Washington, DC,  September, 1999, National Institute for Environmental health Sciences.

Friedland CV   January, 2018

172.   Lerner AJ, Mizrahi E, Chen C, Eckman C, Younkin S, Siavalas L, Koss  E, Petot G, Smyth KA, Debanne S, Cook T, Elston R, Friedland RP. Relationship of plasma amyloid beta fragments to serum cholesterol, high density lipoprotein, albumin and apolipoprotein E genotype.  American Academy of Neurology 52nd Annual Meeting Program, San Diego, May 2000, **Neurology** 54 (Suppl. 3), p. A366, April 2000.

173.   Friedland RP, Fritsch T, Smyth KA, Koss E, Lerner AJ, Chen CH, Petot G, Debanne SM.  Participation in non-occupational activities in midlife is protective against the development of Alzheimer's disease: Results from a Case-Control study.  American Academy of Neurology, San Diego, April 2000, **Neurology** 54(suppl. 3), p. A360, 2000.

174.   Baldwin C, Korczyn AD, Bowirrat A, Friedland RP, Farrer L. Identification of a novel genetic locus for Alzheimer's disease and age associated memory impairment in an Arab-Israeli community. American Academy of Neurology, San Diego, April 2000, **Neurology** 54(Suppl 3), p. A428, 2000.

175.   Koss E, Cook TB, Cole R, Debanne SM, Petot GJ, Lerner AJ, Smyth KA, Friedland RP. Occupational lead exposure is a risk factor for Alzheimer's disease American Academy of Neurology, San Diego, April 2000, **Neurology** 54(suppl. 3), p. A361, 2000.

176.   Friedland RP. Implications of evolutionary biology of our understanding of neurodegenerative disease. Regional North American Annual Meeting of the World Federation of Neurology -  Research Group on Neuroepidemiology, San Diego, May 2000, **Neuroepidemiology** 19:281-290, 2000.

177.   Chen C, Elston RC, Patel NB, Gatere  S, Kalaria RN, Friedland RP. Pilot study of a screening test for cognitive impairment for use in an East African population.  Regional North American Annual Meeting of the World Federation of Neurology -  Research Group on Neuroepidemiology, San Diego, May 2000, **Neuroepidemiology** 19:281-290, 2000.

178.   Bowirrat A, Friedland RP, Korczyn AD. Incidence of Alzheimer's type dementia in an elderly Arab population. Regional North American Annual Meeting of the World Federation of Neurology -  Research Group on Neuroepidemiology, San Diego, May 2000, **Neuroepidemiology**19:281-290, 2000.

179.   Friedland RP, Kalaria RN, Korczyn A, Farrer L. Update on the role of apolipoprotein E in Alzheimer's disease.  6th Annual Symposium on Neurodegenerative Disorders: Common molecular mechanisms, Tobago, April 2000, **Journal of Alzheimer's Disease** 2:151-191, 2000.

180.   Mizrahi E, Jacobsen D, Lerner AJ, Cook T, Soas A, Petot G, Koss E, Chen C, Friedland RP. Plasma homocysteine (tHcy) and dietary vitamin B6 and folic acid in Alzheimer's disease (AD) and healthy aging. Society for Neuroscience New Orleans, **Society for Neuroscience Abstracts** 26:1827, November 2000.

181.   Shi J, Perry G, Berridge MS, Aliev G, Smith M, LaManna J, Friedland RP.  Labeling of cerebral amyloid ß deposits in vivo using nasally administrated basic fibroblast growth factor (bFGF). Society for Neuroscience New Orleans, **Society for Neuroscience Abstracts** 26:294, November 2000.

182.   Friedland RP. Teaching critical thinking to medical students: How do doctors and scientists make decisions? Society for Neuroscience New Orleans, November 2000, **Society for Neuroscience Abstracts** 26; 21.52, November 2000.

183.   Friedland RP, Fritsch T, Smyth K, Koss E, Lerner AJ, Chen C, Petot G, Debanne S. Participation in nonoccupational activities in midlife is protective against the development of Alzheimer's disease: Results from a case control study. American Academy of Neurology 52nd Annual Meeting Program, San Diego, May 2000, **Neurology** 54 (suppl. 3), p. A360, April 2000.

184.   Koss E, Cook T, Cole R, Debanne S, Lerner AJ, Petot G, Smyth K, Friedland RP. Occupational lead exposure is a risk factor for Alzheimer's disease: A case-control study. American Academy of Neurology 52nd Annual Meeting Program, San Diego, May 2000, **Neurology** 54 (suppl. 3), p. A361, April 2000.

Friedland CV   January, 2018

185.   Baldwin C, Bowirrat A, Korczyn A, Farrer L, Friedland RP. Identification of a novel genetic locus for Alzheimer disease and age-associated memory impairment in an Arab-Israeli community.  American Academy of Neurology 52nd Annual Meeting Program, San Diego, May 2000, **Neurology** 54 (suppl. 3), p. A428, April 2000.

186.   Aliev  G, Shi J, LaManna J,  Friedland RP, Lamb BT. Mitochondria abnormalities mark vulnerable neurons in a YAC transgenic mice overexpression of amyloid ß.  World Alzheimer Congress 2000, Washington DC, July 2000, **Neurobiology of Aging** 21:S267, 2000.

187.   Aliev G, Shi J, LaManna J, and Friedland RP. The presence of atherosclerotic-like changes of the vascular wall in transgenic mice overexpressing amyloid ß.  World Alzheimer Congress 2000, Washington DC, July 2000 **Neurobiology of Aging** 21:S267, 2000.

188.   Farrer L, Baldwin C, Korczyn A, Bowirrat A, Friedland RP. Genetic linkage studies of Alzheimer's disease in Israeli Arabs. World Alzheimer Congress 2000, Washington DC, July 2000 **Neurobiology of Aging** 21:S128, 2000.

189.   Friedland RP, Fritsch T, Smyth K, Koss E, Lerner AJ, Chen C, Petot G, Debanne S. Intellectual and physical activities are protective against the development of Alzheimer's disease. World Alzheimer Congress 2000, Washington DC, July 2000 **Neurobiology of Aging** 21:S99, 2000.

190.   Mizrahi E, Fritsch T, Geldmacher D, Friedland RP, Lerner AJ. Medication utilization in Alzheimer's disease and healthy aging: Results in a research registry. World Alzheimer Congress 2000, Washington DC, July 2000 **Neurobiology of Aging** 21:S26, 2000.

191.   Koss E, Fritsch T, Rogus C, Friedland RP, Lerner AJ, Mizrahi E, Siavalis E, Smyth K. Risk factors for cognitive decline in healthy older adults. World Alzheimer Congress 2000, Washington DC, July 2000 **Neurobiology of Aging** 21:S33, 2000.

192.   Petot G, Cook T, Chen C, Riedel T, Debanne S, Koss E, Lerner AJ, Friedland RP. A high fat diet during adulthood increases risk for Alzheimer's disease for those with the ApoE-☐4 allele. World Alzheimer Congress 2000, Washington DC, July 2000 **Neurobiology of Aging** 21:S246, 2000.

193.   Cook T, Lerner AJ, Mizrahi E, Siavalas E, Friedland RP, Koss E.  Increased risk for Alzheimer's disease among women whose spouses engaged in lead-related activities. World Alzheimer Congress 2000, Washington DC, July 2000 **Neurobiology of Aging** 21:S246, 2000.

194.   Patel NB, Kalaria RN, Kioy P, Kariuki M, Hall K, Unverzagt F, Hendrie H, Gatere S, Friedland RP. High ApoE ☐4 allele frequencies in elderly Kikuyus in Kenya. World Alzheimer Congress 2000, Washington DC, July 2000 **Neurobiology of Aging** 21:S64, 2000.

195.   Lerner AJ, Mizrahi E, Chen C, Eckman C, Younkin S, Siavalas EL, Koss E, Petot G, Smyth KA, Debanne SM, Cook T,  Elston R, Friedland RP.  Relationship of plasma amyloid beta fragments to serum cholesterol, HDL, albumin and ApoE genotype.  World Alzheimer Congress 2000, Washington DC, July 2000 **Neurobiology of Aging** 21:S155, 2000.

196.   Aliev G, Shi J, Perry G, Lamb B, La Manna J, Friedland RP Neuronal mitochondrial abnormalities in yeast artificial chromosome transgenic mice overexpressing amyloid precursor protein. Society for Neuroscience, New Orleans, November 2000, **Society for Neuroscience Abstracts** 26:804, 2000.

197.   Mizrahi EH, Jacobsen DW, Lerner AJ, Cook TB, Soas AH, Petot GJ, Koss E, Chen CH, Kapur V, Friedland RP. Plasma total homocysteine and dietary vitamin B6 and folic acid in Alzheimer's disease and healthy aging. Society for Neuroscience, New Orleans, November 2000, **Society for Neuroscience Abstracts** 26: 1827, 2000.

Friedland CV   January, 2018

198.   Shi J, Perry G, Berridge MS, Aliev G, Smith MA, LaManna JC, Friedland RP. Labeling of cerebral amyloid Beta deposits in vivo using nasally administered basic fibroblast growth factor. Society for Neuroscience, New Orleans, November, 2000, **Society for Neuroscience Abstracts** 26: 1827, 2000.

199.   Smith MA, Nunomura A, Sayre LM, Rottkamp CA, Zhu X, Raina AK, Hirai K, Friedland RP, Shi J, Aliev G, Wataya T, Shimohama S, Atwood CS, Perry G. Fundamental role of oxidative stress and stressors in Alzheimer's disease. **Dementia** 14:232, 2000.

200.   Fritsch T, McClendon MJ, Smyth KA, Koss E, Lerner AJ, Chen CH, Petot G, Debanne SM, Friedland RP. The relationships between ethnicity, gender, education, occupational status and age at symptom onset in Alzheimer's disease. **The Gerontologist** 40:145, 2000.

201.   Bowirrat A, Friedland RP, Korczyn A. Genetic analysis of dementia of the Alzheimer type among an elderly Arab population in Wadi Ara. World Federation of Neurology Research Group in Neuroepidemiology, Philadelphia, May 2001. **Neuroepidemiology** 20:215-220, 2001.

202.   Mizrahi EH, Bowirrat A, Korczyn AD, Jacobsen DW, Traore F, Petot GJ, Soas AH, Lerner AJ, Chen CH, Friedland RP. Homocysteine metabolism in Alzheimer's disease patients and healthy controls in North America and Israel. Society for Neuroscience, San Diego, CA, November 2001, **Society for Neuroscience Abstracts,** 2001.

203.   Smith MA, Petot G, Nunomura A, Takeda A, Hirai K, Atwood CS, Friedland RP, Perry G. The role of oxidative stress and dietary modulation in Alzheimer's disease. Presented at: Diet and Optimum Health, Portland, OR, May 2001.

204.   Soas AH, Bowirrat A, Korczyn AD, Baldwin C, Farrer LA, Friedland RP. High prevalence of Alzheimer disease (AD) and low apolipoprotein E e4 allele frequency in an Arab population in Wadi Ara. Tenth Saudi Neurosciences Symposium, Riyadh, November 2000.

205.   Bowirrat A, Friedland RP, Korczyn AD. Incidence of Alzheimer-Type dementia among elderly Arab subjects with age related cognitive decline (ARCD) in Wadi Ara. American Academy of Neurology, Philadelphia, April 2001, **Neurology** 56:A184, 2001.

206.   Friedland RP, Farrer LA, Soas AH, Debanne SM, Petot GJ, Traore F, Bowirrat A, Jacobsen DW, Launer L, Chen C, Korczyn AD. Gene-environment interactions and the causal web of Alzheimer's disease. The First International Symposium on Alzheimer's Disease in the Middle East, Limassol, Cyprus, April 2001.

207.   Bshara O, Bowirrat A, Friedland RP, Korczyn AD.  Comparison of the diagnoses of dementia in the Wadi Ara study. The First International Symposium on Alzheimer's Disease in the Middle East, Limassol, Cyprus, April 2001.

208.   Baldwin CT, Bowirrat A, Farrer, Waraska K, Korczyn AD, Friedland RP. Molecular genetic studies of Alzheimer disease in the Middle East. The First International Symposium on Alzheimer's Disease in the Middle East, Limassol, Cyprus, April 2001.

209.   Treves T, Bowirrat A, Friedland RP, Korczyn AD, Schooling and smoking in dementia. The First International Symposium on Alzheimer's Disease in the Middle East, Limassol, Cyprus, April 2001.

210.   Bowirrat A, Friedland RP, Korczyn AD, Epidemiology of dementia of the Alzheimer type among an elderly Arab population in Israel, The First International Symposium on Alzheimer's Disease in the Middle East, Limassol, Cyprus, April 2001.

211.   Farrer LA, Bowirrat A, Friedland RP, Waraska K, Adams JC, Korczyn A, Baldwin CT. Identification of multiple loci for Alzheimer's disease in an Israeli-Arab community. American Society for Human Genetics, San Diego, October 2001, **American Journal of Human Genetics** 125:2001.

Friedland CV   January, 2018

212.  Farrer LA, Friedland RP, Baldwin C, Waraska K, Korczyn A, Bowirrat A. Genetic studies of unique ethnic populations. The Latest Links: Genes and Alzheimer's Disease, National Institute on Aging Symposium, San Diego, November 2001.

213.  Arvanitakas Z, Lucas JA, Lerner AJ, Friedland RP, Younkin LH, Younkin SG, Graff-Radford NR. Amyloid beta protein plasma levels correlate with serum cholesterol parameters in Apo E4 negative Alzheimer's disease patients and controls. American Neurological Association, Annual Meeting, **Annals of Neurology** 50:3, S64-S65, 2001.

214.  Bowirrat A, Friedland RP, Korczyn AD. Incidence of dementia among the elderly Arab population in Wadi Ara, Israel. American Academy of Neurology, Denver, April, 2002.  **Neurology** 58:A273, (Abstract).

215.  Bowirrat A, Friedland RP, Korczyn AD. Vascular dementia among elderly Arbs in Wadi Ara. Second International Congress on Vascular Dementia, Salzburg, February, 2002.

216.  Farrer, L, Bowirrat, A, Friedland, R, Waraska, K, Korczyn, A, Baldwin, C.  Identification of multiple loci for Alzheimer disease in an inbred Israeli-Arab community.  8th Annual International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July, 2002, **Neurobiology of Aging** 23(1S), S425, Abstract No.1558, 2002.

217.  Bowirrat, A, Friedland, R, Farrer, L.  Incidence of Alzheimer's disease in an elderly Arab population in Wadi Ara, Israel.  8th Annual International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July, 2002, **Neurobiology of Aging** 23(1S), S328, Abstract No. 1220, 2002.

218.  Friedland, R, Bowirrat, A, Farrer, L, Korczyn, A.  Vascular dementia (VaD) among elderly Arabs in Wadi Ara.  8th Annual International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July, 2002, **Neurobiology of Aging** 23(1S), S54, Abstract No. 208, 2002.

219.  Korczyn, A, Bowirrat, Friedland, R.  Mortality from dementia of Alzheimer type (DAT) among elderly Arabs in Wadi Ara.  8th Annual International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July, 2002, **Neurobiology of Aging** 23(1S), S300, Abstract No. 1118, 2002.

220.  Shi, J, Perry, G, Berridge, M, Aliev, G, Smith, M, LaManna, J, Kuniyoshi, S, Friedland, R.  In vivo labeling of cerebral amyloid-beta deposits using intranasal BFGF and SAP in a transgenic mouse model.  8th Annual International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July, 2002, **Neurobiology of Aging** 23(1S), S276, Abstract No. 1032, 2002.

221.  Petot, G, Debanne, S, Traore, F, Fritsch, T, Lerner, A, Smyth, K, Friedland, R.  Dietary patterns during mid-adult life and risk for Alzheimer's disease.  8th Annual International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July, 2002, **Neurobiology of Aging** 23(1S), S301, Abstract No. 1124, 2002.

222.   Aliev, G, Perry, G, Seyidova, D, Lamb, B, Neal, M, Siedlak, S, Smith, M, LaManna, J, Friedland, R.  The role of mitochondria failure in the development of ad-like pathology in an aged transgenic mouse model of AD.  8th Annual International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July, 2002, **Neurobiology of Aging** 23(1S), S415, Abstract No. 1525, 2002.

223.  Friedland, R, Petot, Grace.  Dietary recommendations for Alzheimer's disease: an evolutionary perspective.  8th Annual International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July, 2002, **Neurobiology of Aging** 23(1S), S6, Abstract No. 20, 2002.

224.  Debanne, S, Traore, F, Petot, G, Fritsch, T, Lerner, A, Rowland, D, Friedland, R.  The presence of the apoliproprotein E-e4 allele modifies the association between Alzheimer's disease and smoking.  8th Annual International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July, 2002, **Neurobiology of Aging** 23(1S), S296, Abstract No. 1106, 2002.

Friedland CV   January, 2018

225.  Petot, G, Traore, F, Debanne, S, Fritsch, T, Lerner, A, Smyth, A, Friedland, R.  Dietary fat intake in mid-adulthood and  apoliproprotein E genotype as risk factors for Alzheimer's disease.  8th Annual International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July, 2002, **Neurobiology of Aging** 23(1S), S297, Abstract No. 1107, 2002.

226.  Mizrahi, E, Bowirrat, A, Korczyn, A, Jacobsen, D, Traore, F, Petot, G, Lerner, A, Debanne, S, Aundsky, A, Friedland, R.  Plasma total homocysteine, vitamin B12 and folate levels in Alzheimer's disease and healthy aged controls in Arabs residing in Israel.  8th Annual International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden, July, 2002, **Neurobiology of Aging** 23(1S), S304, Abstract No. 1135.

227. Bowirrat A, Friedland RP, Korczyn AD. Vascular dementia among elderly Arabs in Wadi Ara. Ninth Tel Aviv University Alzheimer's Disease Conference, Israel, June 2002.

228.  Aliev, G, Perry, G, Seyidova, D, Lamb, BT, Neal, ML, Siedlak, SL, Smith MA, LaManna, J, Friedland, RP.  Aged YAC A β PP transgenic mice developed atherosclerotic lesions and mitochondrial DNA deletions in brain microvessels. Third World Congress on Vascular Factors in Alzheimer's Disease, Kyoto, Japan, April 7-10, 2002.

229.  Friedland, FR, Bowirrat, A, Korczyn, AD.  Vascular Dementia among Elderly Arabs in Wadi Ara.  Regional North American Annual Meetings of the World Federation of Neurology – Research Group on Neuroepidemiology, Denver, Colorado, April 2002, **Neuroepidemiology**, 2002-21, pp.4-5 (Abstract), 2002.

230.  Bowirrat, A, Friedland, RP, Korczyn, AD.  Prevalence of age-related cognitive decline and incidence of Alzheimer's disease in an elderly Arab population in Wadi, Ara, Israel.  Regional North American Annual Meetings of the World Federation of Neurology – Research Group on Neuroepidemiology, Denver, Colorado, April 2002, **Neuroepidemiology,** 2002-21, p. 5 (Abstract), 2002.

231.  Korczyn, AD, Bowirrat A, Friedland, RP.  Mortality from dementia of Alzheimer type among Elderly Arabs in Wadi Ara.  Regional North American Annual Meetings of the World Federation of Neurology – Research Group on Neuroepidemiology, Denver, Colorado, April 2002, **Neuroepidemiology**, 2002;21, p. 5 (Abstract), 2002.

232.  Mizrahi E, Jacobsen D, Petot G, Korczyn AD, Friedland RP. Plasma total homocysteine, vitamin B12 and folate levels in AD and healthy controls and Arabs residing in Israel. Forth Bessie and Louis Stein Geriatrics Conference in Advance of Rehabilitation in the Elderly, Tel Aviv, January 2003.

233.  LaManna JC, Xu K, Puchowicz MA, Radhakrishan K, Seyidova D, Shi J, Aliev G, Friedland RP. Age-dependent features of cerebral blood flow change in APOE deficient mice.  Second International Conference on Cerebral Amyloid Angiopathy.  December 2002, Newcastle.

234.  Petot GJ, Traore F, Debanne SM, Fritsch T, Lerner A, Friedland RP. Dietary patterns and antioxidant intake during mid-adult life as risk factors for Alzheimer's disease. International Academy of Nutrition and Aging, Second International Meeting, Albuquerque, July, 2003.

235.  Shi J, Seyidova D, Perry G, Lamb BT, Lamanna JC, Friedland RP, Aliev G. Abnormal ultrastructural features of neuronal mitochondria in C57B6/SJL transgenic mice overexpressing amyloid beta precursor protein. American Academy of Neurology 55th Annual Meeting, Honolulu, **Neurology** 60(S5):A67, March 2003.

236.  Fritsch T, Smyth KA, Debanne SM, Vega U, Petot GJ, Lerner AJ, Friedland RP.  The relationships between novelty-seeking leisure activities and Alzheimer disease.  American Academy of Neurology 55th Annual Meeting, Honolulu, **Neurology** 60(S5):A129-130, March 2003.

237.  Petot G, Fritsch T, Debanne SM, Travore F, Friedland RP.  Midlife obesity and the risk of Alzheimer's disease,  American Academy of Neurology, San Francisco, April, 2004, **Neurology**, 62, A211(S5): 2004 (Abstract).

Friedland CV   January, 2018

238.  Friedland RP, Shi J, Smith MA, Perry G, Sparks L.  Cholesterol feeding enhances cerebral amyloid deposits in beagles. Ninth International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, July, 2004, **Neurobiology of Aging** (Abstract).

239.  Lindstrom HA, Fritsch T, Petot, G, Smyth KA, Chen CH, Debanne SM, Lerner AJ, Friedland RP. The relationships between television viewing in midlife and the development of Alzheimer disease in a case-control study. Ninth International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, July, 2004, **Neurobiology of Aging** 25:S399, 2004 (Abstract).

240.  Petot GJ, Fritsch T, Debanne SM, Traore F, Friedland RP, Obesity during the mid-adult years is A risk factor for Alzheimer's disease independent of APOE e4 genotype. Ninth International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, July, 2004, **Neurobiology of Aging** (Abstract).

241.  Farrer LA, Friedland RP, Bowirrat A, Green RC, Yip A, Inzelberg RI, Baldwin C. Using a genetic approach to understand the vascular basis of Alzheimer disease. Ninth International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, July, 2004, **Neurobiology of Aging** (Abstract).

242.  Debanne SM, Friedland RP, Thomas Fritsch T, Petot GJ, Rowland DY, Alzheimer's disease and smoking: Estimation of the competing risk due to smoking-related deaths. Ninth International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, July, 2004, **Neurobiology of Aging** (Abstract).

243.  Sparks DL, Friedland R, Petersen R, Grady E, Rolf C, Davis GJ, Hunsaker JC. Increased risk of sudden infant death syndrome among infants harboring the apolipoprotein E e4 allele: Genetic and pathologic similarities to Alzheimer's disease.  **American Academy of Forensic Sciences**, New Orleans, February, 2005.

244.  Petot G, Debanne S, Friedland RP. High fat diets during mid-life, ApoE genotype, and Alzheimer's disease. 2nd Congress of the International Society for Vascular, Cognitive and Behavioural Disorders (VAS-COG) Florence, Italy, June, 2005, **Journal of Neurological Sciences**  26:30, 2005.

245.  Friedland RP, MD, Gustaw K, Petot G, Baldwin C, Goldgaber D, Green R, Cupples LA, Erlich, PM, Farrer LA, Amyloid beta protein clearance from brain to blood, transthyretin and the risk factors for Alzheimer's disease**.** 2nd Congress of the International Society for Vascular, Cognitive and Behavioural Disorders (VAS-COG) Florence, Italy, June, 2005, **Journal of Neurological Sciences** 30:6, 2005.

246.  Sparks DL, Petanceska S, Sharma A, DeRosa S, Perry G, Smith M, Shi J, Friedland R. Copper may influence the clearance of Alzheimer-like amyloid (Abeta) from the brain. International Nutrition and Aging Conference, St Louis, May, 2005. **Journal of Nutrition Health and Aging** (Abstract) 9:2; 136, 2005.

247.  Petot G, Debanne S, Friedland RP. Dietary linoleic acid and APOE genotype and risk for Alzheimer's disease. American Neurological Association. San Diego, Sept. 2005, **Annals of Neurology** 2005, 58, S15.

248.Debanne S, Petot G, Fritsch T, Rowland D, Friedland. Alzheimer's disease and smoking: a dose-response relationship association. American Neurological Association, San Diego, CA, September 2005, **Annals of Neurology** 58;S14, 2005

249. Sparks, LD, Petanceska S, Scheurs BG, Sharma A, Perry G, Shi J, Friedland RP. Copper may influence the clearance of Alzheimer-like amyloid Beta from the brain. Third Congress of the International Academy of Nutrition and Aging, **Journal of Nutrition Health and Aging,** 9:136, 2005 (Abstract).

250. Meng Y, Cupples LA, Baldwin CT, Inzelberg R, Friedland RP, Farrer LA, Lunetta KL.  Performance of Random Forests in Identifying SNPs Predictive of Phenotype when SNPs are in Linkage Disequilibrium. **American Society of Human Genetics**, New Orleans, October, 2006, American Journal of Human Genetics p. 422, 2006.

Friedland CV   January, 2018

251. Miller KH, Friedland RP, Petot GJ, Kuivaniemi H, Tromp, Goddard K. Genetic analysis of LRP in Alzheimer's disease. International Conference on Alzheimer's Disease and Related Disorders, Madrid, July 2006 (**Alzheimer's and Dementia**, Abstract in press).

252. Inzelberg R, Mazarib A, Masarwa, M, Strugatsky R, Baldwin C, Farrer LA, Friedland RP. Exclusion of the G2019S *LRRK2* mutation in sporadic Parkinson's disease in Arabic villages in Israel: A door-to-door prevalence study. The Movement Disorder Society's (MDS) 10th International Congress of Parkinson's Disease and Movement Disorders, Kyoto, November 2006. **Movement Disorders** 21:S578, 2006 (Abstract).

253. Lerner A, Friedland RP, McClendon MJ, Auchus AP. Comparison of demographics and referral source of African-American cases and controls in a longitudinal study of Alzheimer's disease. Alzheimer's Association 10th International Conference on Alzheimer's disease and related disorders, Madrid, Spain, July 2006. **Alzheimer's and Dementia** 2: Suppl 1, 146, 2006.

254. Inzelberg R, Mazarib A, Masarwa, M, Strugatsky R, Baldwin C, Farrer LA, Friedland RP. Exclusion of the G2019S LRRK2 mutation in sporadic Parkinson's disease in Arabic villages in Israel: A door-to-door prevalence study. **American Academy of Neurology** Annual Meeting, Boston MA, April, 2007, Neurology (Abstract, in press).

255. Nelson AS, Piper JW, Friedland RP, Freeman B. Probabilistic brain atlas for functional imaging: Comparison to single brain atlases. Society of Nuclear Medicine, Washington DC, June, 2007 **Journal of Nuclear Medicine** (Abstract, in press).

256. Inzelberg R, Friedland Exclusion of the G2019S LRRK2 mutation in sporadic Parkinson's disease in Arabic villages in Israel: A door-to-door prevalence study. American Academy of Neurology, May, 2007, Boston, **Neurology** (Abstract 7.140).

257. Inzelberg R, Schechtman E, Masarwa M, Strugatsky R, Farrer LA, Friedland RP. Vascular risk factors for Alzheimer's disease: A door to door study in an Arab population. Third Congress of the International Society for Vascular Behavioral and Cognitive Disorders. San Antonio, July, 2007, **Journal of Neurological Sciences** (Abstract, in press).

258. Petot GJ, Traore F, Debanne SM, Friedland RP. Dietary folate and vitamin B6 during mid-adult life and risk for Alzheimer's disease Third Congress of the International Society for Vascular Behavioral and Cognitive Disorders. San Antonio, July, 2007, **Journal of Neurological Sciences** (Abstract, in press).

259. Aliev G, Perry G, Shenk JC, M, Xu K, Siedlak SL, Obrenovich ME, Smith MA, Friedland RP, Chen SG, Ames BN, Liu J, DeLa Tore, JC, LaManna JC, Koistinaho J. The primary pathogenetic role of vascular hypoperfusion, and oxidative street in Alzheimer's Disease. 76th Congress of the European Atherosclerosis Society. Helsinki Finland, June 2007, **Atherosclerosis.** Suppl 8:105, June 2007

260. Aliev G, Puchowicz M, Xu K, Shenk J, Smith MA, Siedlak SL, Obrenovich ME, DeLaTorre JC, Friedland RP, Perry G, La Manna JC. ApoE deficiency induces age dependent brain hypoperfusion and neuronal-glial and microvascular damage in mice. **Proceedings of the 8th International Conference on Alzheimer's and Parkinson's Diseases, Salzburg, Austria, P545, 2007.**

261. Nelson AS, Piper J, Friedland R, Freeman B. Probabilistic human brain atlas for functional imaging: Comparison to single brain atlases. **J Nucl Med.** 2007; 48 (Supplement 2): 40

262. Friedland RP, Bennett DA, Chui HC, Farlow MR, Gluck MA, Obisesan TO. National African American Alzheimer's Disease Health Literacy Program. Alzheimer's Association Prevention Meeting, Washington, DC, June 2007.

Friedland CV   January, 2018

263. Inzelberg R, Masarwa M, Strugatsky R, Baldwin C, Farrer L, Friedland R.Prevalence of sporadic Parkinsons' disease in Arabic villages in Israel: A door-to-door study. Presented at the International Congress of Movement Disorders and Parkinson's disease, Istanbul 2007**. Movement Disorders** 2007, 22: Suppl 16, S247.

264. Masarwa M,  Glik A, Abuful A, Deeb A, Strugatsky R, Farrer LA, Friedland RP, Inzelberg R Essential tremor is less prevalent than Parkinson's disease in Northern Israel Arabic villages.. International Congress of Movement Disorders and Parkinson's disease, June 2008.

265. Murray S, Friedland RP, Cytryn K, Multi-phased evaluation of a community based program targeting Alzheimer's disease risk factors, CME CONGRESS 2008**,** Vancouver, BC.

266. Friedland, RP, Tedesco, JM, Wilson, AC, Atwood C, Smith M, Perry G, Zagorski Ml. Antibodies to potato virus Y blind the aß peptide: Immunohistochemical and NMR studies. ICAD (Alzheimer's Association International Conference on Alzheimer's Disease), Chicago, July 2008.

267. Friedland RP, Gustaw-Rothenberg K, Janowski K, Nagaraj U, D, Piądło R. Complex pictures test in different forms of dementia. ICAD (Alzheimer's Association International Conference on Alzheimer's Disease) Chicago, July 2008.

268. Smith MA, Garrett MR, Lee H-G,, Siedlak SL, Zhu X, Perry G, Friedland RP, Gustaw K.  A novel approach to diagnosis: Antigen-antibody disassociation in Alzheimer's disease.   ICAD (Alzheimer's Association International Conference on Alzheimer's Disease) Chicago, July 2008.

269. Gustaw-Rothenberg K, Bylina J, Friedland RP, Petot G.  Dietary patterns during early adult life associated with Alzheimer's disease - A population based study (BERCAL).  ICAD (Alzheimer's Association International Conference on Alzheimer's Disease) Chicago, July 2008.

270. Taguchi H, Planque S, Nishiyama Y, Szabo, Pl, Weksler ME, Friedlan, RP, Paul S.  Increased catalytic autoantibodies to amyloid ß peptide in Alzheimer's disease.  ICAD (Alzheimer's Association International Conference on Alzheimer's Disease) Chicago, July 2008.

271. Huang J, Friedland, R, Tkach J,. Auchus AP . Altered Intra- and Inter-Hemispheric Fiber Connections in Agenesis of the Corpus Callosum: A Case Report. 32nd Annual Meeting of the American Society of Neuroimaging, **Journal of Neuroimaging 19, 105 (**abstract)

272. Hardwick, A, Rucker, J, Gustaw, K, Cohen, M, Leigh, J, Friedland, R, Riley, D.  Ocular movement studies yield early diagnosis in pathologically-proven atypical progression supranuclear palsy (PSP), (The Movement Disorder Society's 13th International Congress of Parkinson's Disease and Movement Disorders)

273. Gustaw-Rotherberg, K, Siedlak, S, Perry, G, Friedland, R, Smith, M.  Dissociated Aβ antibody level in newly diagnosed Alzheimer's Disease population based study, Alzheimer's Association  International Conference on Alzheimer's Disease, July 11-16, 2009, Vienna. (Alzheimer's Disease and Related Disorders (Abstract, in press).

274. Auchus AP, Huang J, Koubeisse MZ, Tkach J, Friedland RP, Wee AS. Diffusion tensor tractography of corpus callosum agenesis: report of two cases.  19th World Congress of Neurology, Poster Abstracts/Journal of the Neurological Sciences, 285S1 (2009) S155-S339.

275. Robinson KM, Friedland RP, The Louisville African American Alzheimer's Disease Health Literacy Program. 37th National Conference on the Black Family in America, March, 2010, at the Hyatt Regency, Louisville, KY.

276.  Gustaw-Rothenberg KA, Friedland RP, Dmoszynska M, Siedlak SL, Smith MA, Transthyretin and Aβ in Alzheimer's Disease, International Conference on Alzheimer's Disease, July 10-15, 2010, Honolulu, Hawaii.

277.  Goldgaber D, Davies P, Gambetti P, Walker LC, Friedland RP, White LR, Piccardo P, Asher DM, Transmission of Alzheimer Amyloidosis to Chimpanzees and Monkeys: Revisited, International Conference on Alzheimer's Disease, July 10-15, 2010, Honolulu, Hawaii.

Friedland CV   January, 2018

278. Nishiyama Y, Sigurdsson EM. Taguchi H, Hara M. Planque S, Rajamohamedsait HB, Friedland RP, Paul S, Developing Therapeutics: Candidate Therapeutic Antibody with Specific Ability to Catalyze Beta-Amyloid Degradation, International Conference on Alzheimer's Disease, July 10-15, 2010, Honolulu, Hawaii.

279. Friedland RP, Murray S, Obisesan TO, Gluck MA, Gatz M, Farlow MR, Bennett DA, Hayes, S, Evaluation of a dementia awareness program in an African Amercian Community, Alzheimer's Disease International, Toronto, March, 2011.

280. Vaishnav RA, Palmer KE, Lasnik AB, Vaishnav AG, Roberts AM, Friedland Tobacco mosaic virus antibodies are found in human serum. Alzheimer's Disease International, London, UK, March, 2012.

281. Huang J, Chen J, Cai H, Friedland RP, Koubeissi MZ, Laidlaw DH, Auchus AP. Diffusion tensor MRI tractography reveals altered brainstem fiber connections accompanying agenesis of the corpus callosum. American Neurological Assocation Annual Meeting, San Diego, Annals of Neurology 70 (Suppl 15):S48-S49,2011 (Abstract).

282. Philips J, Mast B, Zeigler C, Hornung C, Friedland R. Relationships between asymmetry of cerebral amyloid deposition and cognitive performance in mild cognitive impairment and Alzheimer's disease. American Academy of Neurology, San Diego, March 2013. Neurology (Abstract) 80:P06.032.

283. Liu R, Vaishnav R, Roberts A, Friedland RP, Tobacco Mosaic Virus Antibodies Are Present in Serum of Smokers and Non-Smokers American Academy of Neurology 65th Annual Meeting, March, 2013, San Diego San Diego, Neurology, in press (Abstract).

284. Familtsev D, Vaishnav R, Friedland RP, Bickford M, Zinc, synaptopodin and Alzheimer's disease. Society of Neuroscience, New Orleans, Nov. 2012, Abstract.

285 Liu R, Vaishnav R, Roberts A, Friedland RP, Tobacco mosaic virus antibodies are present in serum of smokers and non-smokers. American Academy of Neurology 65th Annual Meeting, March, 2013, San Diego, CA. Neurology February 2013; 80 (Meeting Abstracts 1): P04.240.

286. Jagadapillai R, Roberts AM, Vaishnav R, Friedland RP, Sachleben LR, Jr., Gozal E. Progressive astroglial activation and decreased heat shock proteins expression in aging APP transgenic mice. Society for Neuroscience, November 2013.

287. Friedland RP, Marinello B, Glassman S, Cognitive activity and the goal of checkmating dementia, Alzheimer's Disease International, Puerto Rico, May, 2014.

288. Friedland RP, The multiple reserve hypothesis and the salutogenesis of aging, Alzheimer's Disease International, Puerto Rico, May, 2014.

289. Roberts AM, Jagadapillai R, Vaishnav RA, Friedland RP, Sachleben, Jr LR, Gozal E,  Oxidative stress-induced changes in nitric oxide availability contribute to increased pulmonary microvascular tone in a mouse model of Alzheimer's disease. Experimental Biology Symposium, April 2014 San Diego, Federation of American Societies for Experimental Biology Journal, Abstract, 2014, 28: S1 108.2.

290. Jagadapillai, Roberts AM, Vaishnav R, Friedfland RP, Sachleben LR, Gozal E.  Nitric oxide, platelet and microvascular involvement in AD pathophysiology in aging APP transgenic mice.  Society for Neuroscience, Nov 2014.

291. Roberts AM, Jagadapillai R, Vaishnav R, Friedland RP, Drinovac R, Lin X, Gozal E.  Altered nitric oxide signaling and oxidative stress increase pulmonary arteriolar tone and cause lung fibrosis in a mouse model of Alzheimer's disease. Experimental Biology, San Diego, April, 2016.

Friedland CV   January, 2018

292. Friedland RP, Rane M, Gozal E, Jin S, JagadapillaiR, Roberts AM, Liu R, Adame A, Masliah E, Stribinskis V The influence of bacterial amyloid on Alpha synuclein (AS) misfolding in the rat. American Academy of Neurology Annual Meeting, Vancouver BC, April 2016, Neurology 2106, 86:16, 1I1.003.

293. Friedland R, Chen S, Rane M, Gozal E, Jin S, Jagadapillai R, Roberts AM, Liu R, Masliah E, Stribinskis V, Exposure to Bacterial Amyloid in the Gut enhances Alpha Synuclein (AS) Misfolding and Neuroinflammation in the brain.  Microbiome R&D and Business Collaboration Forum: USA, San Diego, October, 2016.

294. Friedland RP, The influence of bacterial amyloid on Alpha synuclein aggregation and neuroinflammation in he rat and C elegans. Thirteenth International Conference on Alzheimer's and Parkinson's Diseases, Vienna 2017.

295. Friedland RP, The role of the microbiota in neurodegeneration: molecular mechanisms and prospects for gene therapy. Fifth World Congress on Targeting Microbiota, Berlin, October, 2017.