IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Garner, et al.* v. *National Football League, et al.* | Hon. Anita B. Brody<br><br>No. 12-cv-4634 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among plaintiff Ted C. Johnson Jr. ("Plaintiff") and defendants National Football League and NFL Properties, LLC, by and through their respective counsel, that Plaintiff's claims in the above-captioned action, as set forth in the July 20, 2012 complaint originally filed in the Southern District of Florida prior to transfer to this MDL (ECF No. 1), the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323 ECF No. 8026), and Plaintiff's related Short Form Complaint (MDL No. 2323 ECF No. 8027), be dismissed with prejudice, with each party to bear their own costs, expenses, and attorneys' fees.

Dated: Sept 4, 2018

Respectfully submitted,

_____

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Brad S. Karp

Bruce Birenboim
Lynn B. Bayard
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:   (212) 373-3000
Email:  bkarp@paulweiss.com

PEPPER HAMILTON LLP
Sean P. Fahey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel:   (215) 981-4000

*Attorneys for Defendants National Football League and NFL Properties LLC*

_(signature)_

THE BRAD SOHN LAW FIRM, PLLC
Bradford R. Sohn
2600 S. Douglas Road, Suite 1007
Coral Gables, FL 33134
Tel:   (786) 708-9750
Email:  Brad@Sohn.com

*Attorneys for Plaintiff Ted C. Johnson Jr.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on ___September___ _4,_ 2018, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

/s/ Brad S. Karp

PAUL, WEISS, RIFKIND, WHARTON &

GARRISON LLP
Brad S. Karp
Bruce Birenboim
Lynn B. Bayard
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:   (212) 373-3000
Email: bkarp@paulweiss.com

PEPPER HAMILTON LLP
Sean P. Fahey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel:   (215) 981-4000

*Attorneys for Defendants National Football League and NFL Properties LLC*