IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*LEWIS et al., v. KANSAS CITY CHIEFS FOOTBALL CLUB, INC.* | Hon. Anita B. Brody<br><br>No. 2: 14-cv-1995 |

## ORDER

**AND NOW**, this ___ day of September, 2018, it is **ORDERED** that the Kansas City Chiefs Football Club, Inc.'s letter motion for an extension of time (ECF No. 63) is **GRANTED**. The Kansas City Chiefs Football Club, Inc. must respond to proposed Plaintiff-Intervenor Cynthia Phillips' Motion to Intervene (ECF No. 62) **on or before September 27, 2018**.

_____
ANITA B. BRODY, J.

Copies VIA ECF on  9/10/18          Copies MAILED on _____ to: