UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : | No. 2:12-md-02323-AB |
| | : | MDL No. 2323 |
| | : | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : | |

## REQUEST TO THE COURT

The Special Masters request that, according to the Court's Notice (ECF No. 10144) in response to the NFL's Motion for the Appointment of a Special Investigator (ECF No. 9880), the Court appoint a Special Investigator so that the Special Masters can faithfully implement the Settlement Agreement and move toward the prompt payment of all valid claims.

_____
Wendell E. Pritchett, Special Master

9/11/18
Date

_____
Jo-Ann M. Verrier, Special Master

9/11/18
Date