# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this 12TH _ day of September, 2018, in consideration of the Special Masters' request that the Court grant the NFL Parties' Motion for the Appointment of a Special Investigator (ECF No. 9880) so that the Special Masters can faithfully implement the Settlement Agreement, it is **ORDERED** that the NFL Parties' Motion for the Appointment of a Special Investigator (ECF No. 9880) is **GRANTED**. The Special Investigator will be appointed by the Court, and will serve under the direction of the Special Masters.

s/Anita B. Brody

_____                               _____
DATE                                         ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: