# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No.:2:12-md-02323-AB <br> : <br> : MDL No. 2323 |
| THIS DOCUMENT RELATES TO | : |
| DAVID RICHIE AND CARIN RICHIE <br>         PLAINTIFFS, | : <br> : <br> : |

**PETITION TO WITHDRAW NOTICE OF ATTORNEY'S LIEN AND ACCOMPANYING PETITION TO ESTABLISH ATTORNEY'S LIEN**

TO THE CLERK OF COURT:

    Please withdraw the Notice of Attorney's Lien and Accompanying Petition to Establish Attorney's Lien on behalf of undersigned counsel in the above-captioned case.

                            Respectfully submitted,

                            LOCKS LAW FIRM

Dated: September 13, 2018      By:    /s/ *Gene Locks*
                                              Gene Locks, Esquire (PA ID No. 12969)
                                              Michael B. Leh, Esquire (PA ID No. 42962)
                                              David D. Langfitt, Esquire (PA ID No. 66588)
                                              THE CURTIS CENTER
                                              601 Walnut Street, Suite 720 East
                                              Philadelphia, PA 19106
                                              (215) 893-0100

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO | : : : : : | |
| DAVID RICHIE AND CARIN RICHIE<br>         PLAINTIFFS, | : : : | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Petition to Withdraw Notice of Attorney's Lien and Accompanying Petition to Establish Attorney's Lien was filed via the Electronic Case Filing System in the United States District for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully submitted,

LOCKS LAW FIRM

Dated: September 13, 2018        By:        /s/ *Gene Locks*
                                                          Gene Locks, Esquire (PA ID No. 12969)
                                                          Michael B. Leh, Esquire (PA ID No. 42962)
                                                          David D. Langfitt, Esquire (PA ID No. 66588)
                                                          THE CURTIS CENTER
                                                          601 Walnut Street, Suite 720 East
                                                          Philadelphia, PA 19106
                                                          (215) 893-0100