IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL            MDL 2012-2323
LEAGUE PLAYERS' CONCUSSION
INJURY LITITGATION

+++++++++++++++++++++++++++   :   +++++++++++++++++++++
                                   CIVIL ACTION
ALBERT LEWIS, ET. AL.
                              :
            v.                :
                              :
KANSAS CITY CHIEFS FOOTBALL        NO. 2014-1995
CLUB, INC.                    :

## O R D E R

AND NOW, this _17_ day of **September, 2018**, it is

Ordered that the transcript, audio recording and minute sheet of

the **09-12-2018** proceedings in the above entitled are placed <u>UNDER</u>

<u>SEAL</u>.

        **IT IS FURTHER ORDERED** that counsel of record who

participated in the proceeding are permitted to obtain a copy of

the transcript.


ATTEST:                    or    BY THE COURT

BY:_____         _____
      Deputy Clerk                    Judge

Civ 12 (9/83)


**Copies ECMF on _____ to:**          **Copies mailed on _____ to:**