UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Hon. Anita B. Brody<br><br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>*BRISTER et al v. NATIONAL FOOTBALL LEAGUE* | No. 12-cv-03693-AB<br><br>MDL No. 2323 |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among plaintiff Edward Scott ("Plaintiff") and defendant National Football League, acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all of Plaintiff's claims in this action, as set forth in Plaintiff's Complaint and Amended Complaint (12-cv-3693, Doc. Nos. 1, 91), Plaintiff's related Short Form Complaint (12-cv-3693, Doc. No. 67), and the Second Amended Master Administrative Long-Form Complaint (Doc. No. 8026), be dismissed with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

It is so STIPULATED AND AGREED,

By: /s/ _____

Date: 8-31-18

Kenneth B. McClain
HUMPHREY, FARRINGTON & MCCLAIN
221 West Lexington, Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com

**Counsel for Edward Scott**

By: /s/ _____

Date: 9/19/18

Brad Karp
Bruce Birenboim
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bkarp@paulweiss.com
bbirenboim@paulweiss.com

**Counsel for National Football League**

1

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 21st day of September, 2018, upon all counsel of record.

Dated: September 21, 2018              /s/ Bruce Birenboim
                                       Bruce Birenboim