UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Hon. Anita B. Brody |
| | No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO: | No. 14-cv-4779-AB |
| KENNEY et al., v. KANSAS CITY CHIEFS FOOTBALL CLUB, INC. | MDL No. 2323 |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among plaintiffs William Patrick Kenney, Sandra Louise Kenney, Thomas Baugh, and Jean Baugh ("Plaintiffs") and Defendant Kansas City Chiefs Football Club, Inc., acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all Plaintiffs' claims in this action, as set forth in the petition captioned *Kenney, et al.* v. *Kansas City Chiefs Football Club, Inc.*, No. 1416-CV00047 (Mo. Cir. Ct. Jackson Cty. Dec. 31, 2013) and the related Short Form Complaints (14-cv-4779, Doc. Nos. 30-31), be dismissed with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

It is so STIPULATED AND AGREED,

By: _____  
Date: 8-31-18

Kenneth B. McClain  
HUMPHREY, FARRINGTON & MCCLAIN  
221 West Lexington, Suite 400  
Independence, MO 64051  
Telephone: (816) 836-5050  
Facsimile: (816) 836-8966  
kbm@hfmlegal.com

By: _____  
Date: 9/19/18

Brad Karp  
Bruce Birenboim  
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  
1285 Avenue of the Americas  
New York, NY 10019  
Telephone: (212) 373-3000  
Facsimile: (212) 757-3990

1

                                                bkarp@paulweiss.com
                                                bbirenboim@paulweiss.com

**Counsel for William Kenney, Sandra Louise Kenney, Thomas Baugh and Jean Baugh**

**Counsel for Kansas City Chiefs Football Club, Inc.**

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 21st day of September, 2018, upon all counsel of record.


Dated: September 21, 2018                           /s/ Bruce Birenboim
                                                    Bruce Birenboim