UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Hon. Anita B. Brody |
| | No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO: | No. 14-cv-1995-AB |
| *LEWIS et al., v. KANSAS CITY CHIEFS FOOTBALL CLUB, INC.* | MDL No. 2323 |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs Albert Lewis, Art Still, Lizabeth Still, Todd McNair, Lynette McNair, Frederick Jones, Tim Barnett, Chelonda Barnett, Walker Lee Ashley, Jr., Emile Harry, Lori Harry, Chris Smith, Billie Smith, Alexander Cooper, Leonard Griffin, Dawn Griffin, Christopher Martin, Yolanda Thompson-Martin, Joseph Phillips, Kevin Porter, and Annjela Hynes-Porter ("Plaintiffs"), and Defendant Kansas City Chiefs Football Club, Inc., acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all Plaintiffs' claims in this action, as set forth in the Petition and First Amended Petition captioned *Lewis, et al. v. Kansas City Chiefs Football Club, Inc.*, No. 1316-CV30043 (Mo. Cir. Ct. Jackson Cty.) and the relevant Short Form Complaints (14-cv-1995, Doc Nos. 3-16, 47-59) be dismissed with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

It is so STIPULATED AND AGREED,

By: _____        By: _____

Date: 8-31-18                         Date: 9/19/18

Kenneth B. McClain                    Brad Karp
HUMPHREY, FARRINGTON & McCLAIN        Bruce Birenboim

1

221 West Lexington, Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bkarp@paulweiss.com
bbirenboim@paulweiss.com

**Counsel for Albert Lewis, Art Still, Lizabeth Still, Todd McNair, Lynette McNair, Frederick Jones, Tim Barnett, Chelonda Barnett, Walker Lee Ashley, Jr., Emile Harry, Lori Harry, Chris Smith, Billie Smith, Alexander Cooper, Leonard Griffin, Dawn Griffin, Christopher Martin, Yolanda Thompson-Martin, Joseph Phillips, Kevin Porter and Annjela Hynes-Porter**

**Counsel for Kansas City Chiefs Football Club, Inc.**

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 21st day of September, 2018, upon all counsel of record.


Dated: September 21, 2018                    /s/ Bruce Birenboim
                                                                                        Bruce Birenboim