UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: | No. 12-md-2323-AB |
| | No. 12-cv-03533-AB |
| *MONK et al. v. NATIONAL FOOTBALL LEAGUE et al.* | MDL No. 2323 |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs John Smith and Monica Smith ("Plaintiffs") and defendants National Football League and NFL Properties LLC (collectively, the "NFL Parties"), acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all of Plaintiffs' claims against the NFL Parties in this action, as set forth in Plaintiffs' Complaint for Damages captioned as *Monk, et al. v. Nat'l Football League, et al* , No. LC097123 (Cal. Super. Ct. Cty. of Los Angeles May 3, 2012), Plaintiffs' related Short Form Complaint (12-cv-3533, Doc. No. 53), and the Second Amended Master Administrative Long-Form Complaint (Doc. No. 8026), be dismissed with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

It is so STIPULATED AND AGREED,

By: _____

Date: 8-31-18

Kenneth B. McClain
HUMPHREY, FARRINGTON & McCLAIN
221 West Lexington, Suite 400
Independence, MO 64051

By: _____

Date: 9/19/18

Brad Karp
Bruce Birenboim
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

1

Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hflnlegal.com

1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bkarp@paulweiss.com
bbirenboim@paulweiss.com

**Counsel for John Smith and Monica Smith**

**Counsel for National Football
League and NFL Properties LLC**

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 21st day of September, 2018, upon all counsel of record.


Dated:  September 21, 2018                    /s/ Bruce Birenboim
                                              Bruce Birenboim