UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: | No. 12-md-2323-AB |
| *SMITH et al., v. ARIZONA CARDINALS FOOTBALL CLUB, LLC* | No. 16-cv-01704-AB |
| | MDL No. 2323 |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among plaintiffs John T. Smith, Monica Smith, Edward Scott, and Jade Scott ("Plaintiffs") and Defendant Arizona Cardinals Football Club LLC, acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all Plaintiffs' claims in this action, as set forth in the Petition and First Amended Petition captioned as *Green, et al. v. Arizona Cardinals Football Club*, No. 1422-CC00005 (Mo. Cir. Ct. City of St. Louis), the Second Amended Petition captioned as *Smith, et al. v. Arizona Cardinals Football Club*, No. 1422-CC00005-01 (Mo. Cir. Ct. City of St. Louis Dec. 10, 2015), and the related Short Form Complaints (16-cv-1704, Doc. Nos. 17, 18), be dismissed with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

It is so STIPULATED AND AGREED,

By: _____
Date: 8-31-18

Kenneth B. McClain
HUMPHREY, FARRINGTON & MCCLAIN
221 West Lexington, Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966

By: _____
Date: 9/12/18

Brad Karp
Bruce Birenboim
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

1

kbm@hfmlegal.com

Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bkarp@paulweiss.com
bbirenboim@paulweiss.com

**Counsel for John Smith, Monica Smith, Edward Scott and Jane Scott**

**Counsel for Arizona Cardinals Football Club LLC**

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 21st day of September, 2018, upon all counsel of record.


Dated:  September 21, 2018                                  /s/ Bruce Birenboim
                                                                                             Bruce Birenboim