UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | **Hon. Anita B. Brody** <br><br> No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO: <br><br> *SMITH et al., v. KANSAS CITY CHIEFS FOOTBALL CLUB, INC.* | No. 14-cv-3383-AB <br><br> MDL No. 2323 |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among plaintiffs Neil Smith and Douglas Terry ("Plaintiffs") and Defendant Kansas City Chiefs Football Club, Inc., acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all Plaintiffs' claims in this action, as set forth in the petition captioned *Smith, et al. v. Kansas City Chiefs Football Club, Inc.*, No. 1416-CV00043 (Mo. Cir. Ct. Jackson Cty.) and the related Short Form Complaints (14-cv-33863, Doc Nos. 2, 6, 37, 39), be dismissed with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

It is so STIPULATED AND AGREED,

By: _____          By: _____

Date: 8-13-18                                            Date: 9/18/18

Kenneth B. McClain                                  Brad Karp
HUMPHREY, FARRINGTON & MCCLAIN    Bruce Birenboim
221 West Lexington, Suite 400              PAUL, WEISS, RIFKIND, WHARTON
Independence, MO 64051                       & GARRISON LLP
Telephone: (816) 836-5050                    1285 Avenue of the Americas
Facsimile: (816) 836-8966                      New York, NY 10019
kbm@hfmlegal.com                                Telephone: (212) 373-3000
                                                                Facsimile: (212) 757-3990
                                                                bkarp@paulweiss.com
                                                                bbirenboim@paulweiss.com

**Counsel for Neil Smith and Douglas Terry**    **Counsel for Kansas City Chiefs Football Club, Inc.**

1

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 21st day of September, 2018, upon all counsel of record.


Dated: September 21, 2018              /s/ Bruce Birenboim
                                       Bruce Birenboim