IN THE UNITED STATES DISTRICR COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL ) <br> LEAGUE PLAYERS' CONCUSSION ) <br> INJURY LITIGATION ) <br> ) <br> This document relates to: ) <br> ) <br> **Raymond Chris Perry** ) <br> ) <br> ) <br> ) | **2:12-md-02323-AB** <br><br> **NOTICE OF ATTORNEY'S LIEN** |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to *Bennett v. Weitz*, 220 Mich. App. 295, 297; 559 N.W.2d 354 (1996), the Petitioner, Attorney James R. Acho of Cummings, McClorey, Davis & Acho, P.L.C., hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses in accordance with Raymond Chris Perry's "Contingency Fee Agreement" as set forth in the accompanying Petition to Establish Attorney's Lien relating to Raymond Chris Perry.

                                            Respectfully Submitted,

                                            /s/ James R. Acho
                                            Cummings, McClorey, Davis & Acho, P.L.C.
                                            14736 College Parkway
Dated: September 24, 2018     Livonia, MI 48152
                                            (734) 261-2400
                                            jacho@cmda-law.com
                                            Michigan Bar No. (P-62175)

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: September 24, 2018

/s/James R. Acho
Cummings, McClorey, Davis & Acho, P.L.C.
14736 College Parkway
Livonia, MI 48152
(734) 261-2400
jacho@cmda-law.com
Michigan Bar No. (P-62175)