IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| This Document Relates to: | NOTICE OF ATTORNEY'S LIEN |
| RETIRED NFL PLAYER, FERNANDO SMITH | |

COME NOW Caroline V. Davis and the Law Offices of Caroline V. Davis, P.C., counsel for Retired NFL Player, Fernando Smith, pursuant to the March 6, 2018 Order of this Court, Document Number 9760, and Rules 7 and 9 of this Court's Rules Governing Attorneys' Liens in this matter, and hereby file their Notice of Attorney's Lien to provide notice to this Court, all parties, and persons of interest of their lien for attorney's fees and costs.  Pursuant to Rules 5 and 8 of the Court's Rules Governing Attorneys' Liens in this matter, the undersigned counsel is providing notice and Rule 8 required proof to the Claims Administrator under separate cover.

DATED:   September 27, 2018

                                            Respectfully submitted,

                                            /s/ *Caroline V. Davis*
                                            Caroline V. Davis, Esquire
                                            Virginia Bar No. 48123
                                            Law Offices of Caroline V. Davis, P.C.
                                            100 West Franklin Street, Ste 100
                                            Richmond, Virginia 23220
                                            Telephone: 804-291-6792
                                            Facsimile: 804-303-8911
                                            cdavis@dhgclaw.com
                                            *Counsel for Retired NFL Player Fernando Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2018, I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing ("ECF") system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in this litigation and likewise provided an electronic copy of the same to the Claims Administrator at ClaimsAdministrator@NFLConcussionSettlement.com.

/s/ *Caroline V. Davis*
Caroline V. Davis, Esquire
Virginia Bar No. 48123
Law Offices of Caroline V. Davis, P.C.
100 West Franklin Street, Ste 100
Richmond, Virginia 23220
Telephone: 804-291-6792
Facsimile: 804-303-8911
cdavis@dhgclaw.com
*Counsel for Retired NFL Player Fernando Smith*