UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon Anita B. Brody** |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### NOTICE OF FIRM CHANGE AND CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, effective September 27, 2018, Richard L. Scheff and David Herman are now affiliated with the law firm of Armstrong Teasdale, LLP. All future references to Messrs. Scheff and Herman in this matter should be addressed to Armstrong Teasdale, LLP.

1

In addition to changing firms, counsel's addresses and contact information have changed.

Future correspondence should be addressed as follows:

| | |
|---|---|
| Richard L. Scheff | David Herman |
| Armstrong Teasdale, LLP | Armstrong Teasdale, LLP |
| 1500 Market Street | 1500 Market Street |
| 12th Floor, East Tower | 12th Floor, East Tower |
| Philadelphia, PA 19102 | Philadelphia, PA 19102 |
| rlscheff@armstrongteasdale.com | dherman@armstrongteasdale.com |
| (215) 246-3469 | (215) 246-3467 |

Emails sent to the foregoing counsel's prior email addresses will not be delivered.

Dated: September 27, 2018

                                  Respectfully submitted,

                                  /s/ Richard L. Scheff
                                  Richard L. Scheff (I.D. No. 35213)
                                  David F. Herman (I.D. No. 318518)
                                  ARMSTRONG TEASDALE, LLP
                                  1500 Market Street
                                  12th Floor, East Tower
                                  Philadelphia, PA 19102
                                  Telephone: (215) 246-3469
                                  Facsimile: (215) 569-8228
                                  rlscheff@armstrongteasdale.com
                                  dherman@armstrongteasdale.com

## CERTIFICATE OF SERVICE

I, Richard L. Scheff, hereby certify that on September 27, 2018, a true and correct copy of the foregoing *NOTICE OF FIRM CHANGE AND CHANGE OF ADDRESS* was filed electronically using the Court's ECF filing system. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record.

/s/ Richard L. Scheff
Richard L. Scheff