UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION : : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: :<br> :<br>**RAYMOND SMOOT,** Plaintiff in :<br>Moss v. NFL, No. 14-cv-4480<br> : |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of the *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of McCORVEY LAW, LLC, specifically including Derriel C. McCorvey as counsel for plaintiff Raymond Smoot in this MDL proceeding.

Dated: September 27, 2018

Respectfully Submitted By:

                                                **McCORVEY LAW, LLC**

                                                /s/ Derriel C. McCorvey
                                                Derriel C. McCorvey
                                                LA Bar Roll # 26083
                                                TX Bar Roll# 24073351
                                                102 Versailles Blvd., Ste. 620
                                                Post Office Box 2473
                                                Lafayette, LA 70502
                                                Tel. 337-291-2431
                                                Fax 337-291-2433
                                                Email: derriel@mccorveylaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September 27, 2018, I electronically filed the foregoing *Notice of Withdrawal of Appearance* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

<u>/s/Derriel C. McCorvey</u>
DERRIEL C. MCCORVEY
