# EXHIBIT 5

# Has Troubled Joe Phillips Resurfaced Online?



VIDEO   THE CONCOURSE   ADEQUATE MAN   NFL   MLB   NBA   DREW MAGARY

A.J. Daulerio
5/14/08 3:01pm

14.2K   41

VIDEO   THE CONCOURSE   ADEQUATE MAN   NFL   MLB   NBA   DREW MAGARY



Most of us not in the Kansas City-area probably heard first about former Chiefs' defensive lineman Joe Phillips' troubles through the fascinating HBO Real Sports segment from last January titled "Family Burden." The story focused on a handful of wives of ex-NFL players going through hard times physically, financially and emotionally. Phillips' ex-wife Cynthia was featured prominently in the piece and she painted a very scary picture of the former popular defensive lineman. In the story, HBO suggested that Phillips was on the lam in Oregon on a DUI charge and was nowhere to be found. Apparently, he's out of hiding and he's now got his own creepy, unnerving blog.

"His" first post is long, rambling and, not surprisingly, a little unhinged. Here's a sampling:

> While I was doing everythng to save my family, I was accused of drugs and alcohol abuseI said fine you say I am crazy or on drugs I do what ever it takes. I sought extensive professional advice. It turned out to be a good thing, they could vouch for me, my actions and my stability. One analyst after being involved in a deposition and review of the case and the facts said alcohol may have kept me sane! I was never diagnosed by them with anything other than depression.
>
> I went so far as to have myself tested before and after ever visitation with my children. I t to was a good thing as we used the tests in court when she accuse me ob being on drugs during a visitation with my children. With over 2 and 1/2 years of random testing, testing before and after seeing my children at times and sites of Cindy's chosing I never tested positive for anything.—nothing—ever— inspite of this she continues to make allegations. I ask people to look at the facts not just her assertions.

ADVERTISEMENT

Per Chris Thorman at Arrowheadpride.com, the only real clue as to whether or not this is *really* Joe Phillips or not some elaborate, wacky prank can be found on another Chiefs' fan blog, Arrowheadaddict, where a Joe Phillips chimed in on the message boards to thank them for a positive post about him last April and then pointed them to his own blog.

Of course that doesn't really prove anything either, and the boys at Arrowheadaddict have yet to get back to us to actually confirm if it's him or not. (UPDATE: They have. They say it's him.)

Randy Covitz, sports reporter for the Kansas City Star, who penned a lenghty piece about Phillips rapid downward spiral in 2006, says that he doesn't doubt that those are Phillips words, but would be shocked if Phillips is actually typing them. Covitz says Phillips' thoughts and protests are probably being funneled through a family member, most likely, his sister who has also popped up on Chiefs' message boards to defend her brother.

ADVERTISEMENT

So why is this coming up now, a few months removed from the airing of the special? Most likely, Phillips is out of money and trying desperately to generate some interest in his side of the story to anybody who still cares at this point. That's even more depressing than some of the things revealed in the "Real Sports" special.

Crazy Joe Phlilips: Former Chief On The Lam [Arrowhead Addict]
Joe Phillips Speaks: The Other Side Of The Story [Arrowhead Addicts]
Football to fugitive: The Fall Of Joe Phillips [Free-Lance Star]

**SHARE THIS STORY**

https://deadspin.com/...



Want Deadspin's email newsletter?

Your email address

Subscribe