## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing documents were served electronically via the Court's electronic filing system on the 27 day of September, 2018, upon all counsel of record.


Dated:  September 27, 2018                          /s/ Brad S. Karp
                                                    Brad S. Karp