UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>           Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, *successor-in-interest to NFL Properties, Inc*.,<br>           Defendants. | No. 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br><br>*Martin* v. *Kansas City Chiefs Football Club, LLC* | No. 14-cv-3381 |
| *Lewis* v. *Kansas City Chiefs Football Club, LLC* | No. 14-cv-1995 |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2018, upon consideration of the Motion to Dismiss the Complaint Filed by Settlement Class Member Anita Martin filed by the Kansas City Chiefs Football Club, LLC, it is hereby **ORDERED** that the Motion is **GRANTED**, and the claim filed by Settlement Class Member Anita Martin in *Martin* v. *Kansas City Chiefs Football*

2

*Club, LLC*, No. 14-cv-3381 and *Lewis* v. *Kansas City Chiefs Football, LLC*, No. 14-cv-1995 is dismissed with prejudice.

_____
ANITA B. BRODY, J.