# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> Seau, et al. v. National Football League et al., No. 13-cv-01531-AB | Hon. Anita Brody |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE BY SEAU FAMILY**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Tyler Seau, Sydney Seau, Jake Seau, Hunter Seau and Bette Hoffman, as co-Trustee of the Tiaina B. Seau, Jr. 2002 Trust, voluntarily dismiss their claims against Defendants The National Football League and NFL Properties LLC with prejudice and without costs.

Dated:  October 5, 2018   **RESPECTFULLY SUBMITTED:**

/s/ Steven M. Strauss
Steven M. Strauss

COOLEY LLP
STEVEN M. STRAUSS (SBN 99153)
(SMS@COOLEY.COM)
MEGAN L. DONOHUE (SBN 266147)
(MDONOHUE@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Plaintiffs Tyler Seau, Sydney Seau, Jake Seau, Gina Seau as guardian ad litem for H. Seau, a minor, and Bette Hoffman, as trustee of the Tiaina B. Seau, Jr. 2002 Trust*

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated:  October 5, 2018

/s/ Steven M. Strauss
Steven M. Strauss
