**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                      Plaintiffs,<br>    v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                                      Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Anapol Weiss v. Hilgenberg<br>Attorney Lien Dispute<br>(Doc. No. 8136) | |

**ORDER**

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE                                    October 9, 2018

      Before the Court is a Petition to Establish Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Representative Claimant, Eric Hilgenberg, which was filed on July 26, 2017, by Anapol Weiss (Doc. No. 8136).

      The District Court referred all Petitions for individual attorney's liens to this Court. (Doc. No. 7746). Rules Governing Attorneys' Liens ("Rules") were adopted on March 6, 2018, and amended on October 3, 2018. (Doc. Nos. 9760 and 10283).

      Following a Settlement Conference presided over by Magistrate Judge Thomas J. Rueter, this Attorney Lien Dispute has been resolved to the satisfaction of the Parties and Withdrawal of Lien Dispute ("Withdrawal") has been submitted to this Court. Having reviewed the Record, we

are also satisfied that the Withdrawal is a reasonable resolution of this matter.

Accordingly, we conclude that the Withdrawal is granted and Claims Administrator is ordered to distribute the funds to Mr. Hilgenberg and Anapol Weiss as was set forth in the Withdrawal.[1]

## CONCLUSION

**AND NOW**, this 9th day of October, 2018, it is **ORDERED** that:

1. The Withdrawal of the Lien Dispute is **GRANTED**; and

2. The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the Court's Order Regarding Withholdings for Common Benefit Fund (Doc. No. 10104), 5% of the Award is currently being held in the Attorney's Fees Qualified Settlement Fund, where it must remain until further order of the Court. The Claims Administrator will ensure that if any portion of those funds are later released they will be paid pursuant to the agreed terms in the Withdrawal.