UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff Everett Gay</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

      Attorney David Buckley, PLLC, The Mokaram Law Firm, Stern Law Group and Larry P. McDougal, attorneys for Everett Gay in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, The Mokaram Law Firm, Stern Law Group and Larry P. McDougal, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Everett Gay.

Dated: October 9, 2018.

                                    Respectfully submitted,

                                    ATTORNEY DAVID BUCKLEY, PLLC

                        By:  */s/ David Buckley*
                            David Buckley
                            State Bar No. 24078281
                            FED ID No. 1465981
                            1811 Bering Drive Ste. 300
                            Houston, TX 77057
                            Tel. (713)719-9312
                            Fax. (713)719-9307
                            david@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: October 9, 2018

                                              */s/ David Buckley*
                                              David Buckley