IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYER'S CONCUSSION LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Plaintiffs Master Administrative Long Form Complaint and:<br><br>Plaintiffs:  See attached list | Case No.: 2:12-md-02323-AB<br><br>**Hon. Anita B. Brody**<br><br>**NOTICE OF ATTORNEY'S LIEN** |

John W. Lorentz, a member of The Lorentz Law Firm, PA, attorney for the Settlement Class Members ("SCMs") identified on the attached list, hereby asserts a lien for 50% any fees awarded to or recovered by the firm of Anapol Weiss (f/k/a Anapol Schwartz) in connection with the claims of SCMs identified on the attached list. This claim is made under the District Court's May 21, 2018 Order (ECF No. 10005) and Mr. Lorentz's Petition to Adjudicate Fee Dispute with Anapol Weiss (ECF 7459-1).

/S/ Michael Moirano _____
Michael Moirano
Moirano Gorman Kenny, LLC
135 South LaSalle Street, Suite 2200
Chicago, IL 60603
(T) (312) 614-1260

ATTORNEYS FOR JOHN W. LORENTZ

**CERTIFICATE OF SERVICE**

On October 10, 2018, I electronically filed the NOTICE OF ATTORNEY'S LIEN through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/S/ Michael Moirano_____
Michael Moirano

| SETTLEMENT CLASS MEMBER |
|---|
| Akbar, Akmal |
| Aldridge, Kevin |
| Allen, Terry |
| Andrews, Shawn |
| Andrews, Stacy |
| Baber, William |
| Bates, Patrick |
| Battaglia, Marco |
| Beisel, Monty |
| Bell, Jacob |
| Bercich, Peter |
| Bertuca, Tony |
| Bidwell, Josh |
| Bingham, Ryon |
| Birk, Matt |
| Blackwell, William |
| Blanton, Robert Scott |
| Boschetti, Ryan |
| Boulware, Michael |
| Bouman, Todd |
| Branson, Marquez |
| Browning, John E |
| Buczkowski, Bob |
| Burgess, Derrick |
| Cadrez, Glenn |
| Camarillo, Greg |
| Carpenter, Rudy |
| Carter, Jerome |
| Ciurciu, Vinny |
| Clark, Ken |
| Cloud, Mike |
| Cooper, Adrian |
| Cooper, Jon |
| Crawford, Michael |
| Curtis, Tony |
| Daniels, Prince |
| Davis, Bruce |
| Davis, Shockmain |
| Dayne, Ron |
| Dearth, James |
| Devoe, Todd |
| Dykes, Keilen |
| Eason, Nick |
| Edwards, Dovonte |
| Edwards, Troy |
| Elliott, John |

| |
|---|
| Elliss, Luther |
| Fazande, Jermaine |
| Fields, Mark |
| Fisher, Travis |
| Foster, George |
| Fraley, Hank |
| Fraser, Simon |
| Freeman, Lorenzo |
| Gaiter, Tony |
| Ganther, Quinton |
| Ghiaciuc, Eric |
| Hall, John |
| Hamilton, Conrad |
| Harper, Dwayne |
| Harper, Nick |
| Harris, Arlen |
| Harris, Marques |
| Haselrig, Carlton |
| Haynes, Michael |
| Herrera, Anthony |
| Hobgood-Chittick, Nate |
| Hodgdon, Lincoln Drew |
| Hoke, Chris |
| Holland, Darius |
| Horton, Chris |
| Horton, Greg |
| Ioane, Junior |
| Jackson, Curtis |
| Jackson, Scott |
| Jennings, Keith |
| Johnson, Eric |
| Johnson, John |
| Johnson, Mark |
| Jones, Brian |
| Jones, Michael |
| Jones, Sean |
| King, Joe |
| Knight, Roger |
| Kooistra, Scott |
| Kyle, Jason |
| Lacina, Corbin |
| Lawrence, Matt |
| Leman, Jeremy |
| Lewis, Keith |
| Liddiard, Brody |
| Lilly, Sam |
| Lindsay, Everett |

| |
|---|
| Liwienski, Chris |
| London, Antonio |
| Lyons, Pratt |
| Maslowski, Mike |
| Mays, Damon |
| McAlister, Chris |
| McCall, Ed |
| McClover, Darrell |
| McCray, Bobby |
| McIntosh, Damion |
| McKinney, Seth |
| McKinney, Steve |
| McMahon, James |
| McQuarters, Robert |
| Metcalf, Terrence |
| Miller, Jamir |
| Mitchell, Brandon |
| Mitchell, Mel |
| Moore, Jay |
| Moore, Kareem |
| Moore, Otis |
| Moreno, Moses |
| Moreno, Zeke |
| Ned, Larry |
| Octavien, Steven |
| O'Dwyer, Matt |
| Palepoi, Anton |
| Pass, Patrick |
| Pearson, Michael |
| Peter, Jason |
| Perry, Jason |
| Perry, Tab |
| Plummer, Gary |
| Pociask, Jason |
| Polley, Tommy |
| Poole, Keith |
| Price, James |
| Price, Marcus |
| Pucillo, Mike |
| Quinn, Jonathon |
| Reed, Jake |
| Richard, Kristopher |
| Rogers, Sam |
| Ruff, Orlando |
| Runnels, J.D. |
| Sayler, James |
| Schable, Andrew |

| |
|---|
| Salaam, Ephraim |
| Savage, Josh |
| Schuening, Roy |
| Sims, Ryan |
| Shamsid-Deen, Muhammed |
| Smith, Zuriel |
| Stryzinski, Dan |
| Stecker, Aaron |
| Smith, Raonall |
| Shaw, Bobby |
| Stills, Gary |
| Stanley, Derek |
| Stuckey, Jim |
| Stuckey, Chansi |
| Talavou, Kelly |
| Tennell, Derek |
| Thomas, Doug |
| Thomas, Fred |
| Thomas, Joseph Elleweyn |
| Tippins, Kenneth |
| Trapp, James |
| Tucker, Ryan |
| Tubbs, Winifred |
| Tucker, Rex |
| Veal, Demetrin |
| Volek, John William |
| Walz, Zack |
| Warren, Chris |
| Warren, Paris |
| Westbrook, Bryant |
| Williams, Ricky |
| Williams, Jamal |
| Williams, Karl |
| Witherspoon, Derek |
| Wright, Anthony |