UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | NOTICE OF WITHDRAWAL |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the appearance of John P. Fiske on behalf of the Plaintiffs' listed below is hereby WITHDRAWN and you are respectfully requested to remove the undersigned from all service and notice lists.

PLEASE TAKE FURTHER NOTICE that the Plaintiffs' listed below will continue to be represented by Ahmed S. Diab of Gomez Trial Attorneys.

(1)  Natrone Means, Lashonda Means, Aaron M. Taylor, Alfred Pupunu, Charles Dimry, III, Craig McEwen, William W. Peterson, Cristina P. Peterson, and Donald P. Sutton in Means; Case No. 12-cv-05781-AB

(2)  Heath Sherman; Case No. 14-cv-01616-AB;

(3)  Mitch Hoopes; Case No. 2:14-cv-01617-AB;

(4)  Kevin House and Michael Lewis; Case No. 2:13-cv-06681-AB;

(5)  Ken Neil; Case No. 2:14-cv-03842-AB; and

(6)  J.R. Niklos; Case No. 2:13-cv-05766-AB.

- 2 -

Dated: October 10, 2018　　　　　　　　　　RESPECTFULLY SUBMITTED:

　　　　　　　　　　　　　　　　　　　　　　　s/ John P. Fiske
　　　　　　　　　　　　　　　　　　　　JOHN P. FISKE

　　　　　　　　　　　　　　　　　　　　BARON & BUDD, P.C.
　　　　　　　　　　　　　　　　　　　　John P. Fiske (SBN 249256)
　　　　　　　　　　　　　　　　　　　　11440 West Bernardo Court Suite 265,
　　　　　　　　　　　　　　　　　　　　San Diego, CA 92127
　　　　　　　　　　　　　　　　　　　　Telephone:  858-251-7424 Fax: 214-520-1181
　　　　　　　　　　　　　　　　　　　　Email: jfiske@baronbudd.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

- 3 -

## **CERTIFICATE OF SERVICE**

I, the undersigned certify that on October 10, 2018, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** to be filed via the CM/ECF system, which caused notice to be sent to all counsel of record.

                                                s/ John P. Fiske
                                                JOHN P. FISke