# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Martin v. Kansas City Chiefs Football Club, LLC*<br><br>*Lewis et al. v. Kansas City Chiefs Football Club, Inc.* | **Hon. Anita B. Brody**<br><br>No. 14-3381<br><br>No. 14-1995 |

## ORDER

**AND NOW**, this _15th__ day of October, 2018, it is **ORDERED** that, on or before October 22, 2018, Plaintiff Anita Martin must show cause why Defendant's Motion to Dismiss (ECF No. 70) should not be granted as unopposed.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on  10/15/2018