UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Anapol Weiss v. Scoggins<br>Attorney's Lien Dispute<br>(Doc. No. 8110) | |

### RESPONSE TO COURT ORDER (DOC. NO. 10305)

Anapol Weiss submits this response to the Court's Order (Doc. No. 10305) issued on October 16, 2018. Anapol Weiss seeks a fee of 22% of the client's recovery permitted under the presumptive fee cap established by the District Court's April 5, 2018 Order and Memorandum. (Doc. Nos. 9863 and 9862, respectively). We apologize for any misunderstanding.


Dated: October 16, 2018

                RESPECTFULLY SUBMITTED,

                /s/ Larry E. Coben_____
                Sol H. Weiss, Esquire (I.D. 15925)
                Larry E. Coben, Esquire (I.D. 17523)
                **ANAPOL WEISS**
                One Logan Square, 130 North 18th Street
                Suite 1600
                Philadelphia, Pennsylvania 19103
                (215) 735-1130 Telephone
                (215) 875-7700 Facsimile
                sweiss@anapolweiss.com
                lcoben@anapolweiss.com

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing Response to Court Order (Doc. No. 10305) was served electronically via the Court's electronic filing system on the 16th day of October 2018, upon all counsel of record and via electronic mail to Eran Scoggins.

Dated: October 16, 2018

/s/ Larry E. Coben
Larry E. Coben, Esquire (I.D. 17523)
**ANAPOL WEISS**
One Logan Square, 130 North 18th Street
Suite 1600
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
(215) 875-7700 Facsimile
lcoben@anapolweiss.com