# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody <br><br> No. 12-cv-1025 |
| THIS DOCUMENT RELATES TO: <br><br> *Pear, et al. v. National Football League, et al.* | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(I), Plaintiffs Bert Deems May and Susan May (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the August 3, 2011 complaint originally filed in Superior Court of the State of California, County of Los Angeles prior to removal to Central District of California (No. 11-cv-8395 (C.D. Cal.), ECF No. I), and transfer to this MDL (ECF No. 1), the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (ECF No. 98; MDL No. 2323, ECF No. 7948), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: October 22, 2018

                              Respectfully submitted,

                              s/ Jason E. Luckasevic
                              GOLDBERG, PERSKY & WHITE, P.C.
                              Jason E. Luckasevic, Esquire
                              11 Stanwix Street, Suite 1800
                              Pittsburgh, PA 15222
                              Tel:    (412) 471-3980
                              Email: jluckasevic@gpwlaw.com

                              *Attorneys for Plaintiffs Bert Deems May and Susan May*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 22, 2018, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

s/ Jason E. Luckasevic

GOLDBERG, PERSKY & WHITE, P.C.
Jason E. Luckasevic
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
Tel:    (412) 471-3980
Email: jluckasevic@gpwlaw.com

*Attorneys for Plaintiffs. Bert Deems May and Susan May*