IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Maxwell, et al. v, National Football League, et al.* | No. 12-md-2323-AB<br><br>MDL No. 2323 Hon.<br><br>Anita B. Brody No.<br><br>12-cv-1023 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Shante Carver ("Plaintiff') is voluntarily dismissing with prejudice all his claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the July 19, 2011 complaint originally filed in Superior Court of the State of California, County of Los Angeles prior to removal to Central District of California (No. 11-cv-8394 (C.D. Cal.), ECF No. 1), and transfer to this MDL (ECF No. 1), the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiff's related Short. Form Complaints (ECF No. 121; MDL No. 2323, ECF No. 8477), with each party to bear their own costs, expenses, and attorneys' fees.

Dated:  October 22, 2018

                                        Respectfully submitted,


                                        s/ Jason E. Luckasevic
                                        GOLDBERG, PERSKY &WHITE, P.C.
                                        Jason E. Luckasevic, Esquire
                                        11 Stanwix Street, Suite 1800
                                        Pittsburgh, PA 15222
                                        Tel:     (412) 471-3980
                                        Email: jluckasevic@gpwlaw.com

                                        *Attorneys for Plaintiff Shante Carver*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2018, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

                                        s/ Jason E. Luckasevic
                                        GOLDBERG, PERSKY & WHITE, P.C.
                                        Jason E. Luckasevic
                                        11 Stanwix Street, Suite 1800
                                        Pittsburgh, PA 15222
                                        Tel: (412) 471-3980
                                        Email: jluckasevic@gpwlaw.com

                                        *Attorneys for Plaintiff Shante Carver*