# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Scroggins et al. v. National Football League* | Hon. Anita B. Brody<br><br>No. 16-02058 |

## ORDER

**AND NOW**, this _22ND _ day of October, 2018, it is **ORDERED** that, on or before October 29, 2018, Plaintiff Rose Stabler must show cause why Defendant's Motion to Dismiss (ECF No. 10227, ECF No. 15) should not be granted as unopposed.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF**      10/22/2018