# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-2684

In Re: NFL Players' Concussion

(E.D. Pa. No. 2-12-md-02323)

# O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: October 29, 2018

CJG/cc:  TerriAnne Benedetto, Esq.
Lee M. Epstein, Esq.
Diogenes P. Kekatos, Esq.
Christopher A. Seeger, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate