UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Culpepper, et al. v. NFL, et al.*, | Hon. Anita B. Brody<br><br>No. 12-cv-2490 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 4l (a)(l), Plaintiff Joseph Iorio is voluntarily dismissing without prejudice all his claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the May 7, 2012 complaint, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiff's related Short Form Complaint (ECF No. 6; MDL No. 2323, ECF No. 1874), with each party to bear their own costs, expenses, and attorneys' fees.

-2-

Dated:  November 2, 2018    Respectfully Submitted,

By: */s/ Wendy R. Fleishman*
    Wendy R. Fleishman

Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, New York 10013
Telephone: (212) 355-9000
Facsimile:  (212) 355-9592
wfleishman@lchb.com

*Lead Counsel on Behalf of Opt-Out Plaintiff Joseph Iorio*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Culpepper, et al. v. NFL, et al.*, | Hon. Anita B. Brody<br><br>**CERTIFICATE OF SERVICE**<br><br>No. 12-cv-2490 |

      I hereby certify that on November 2, 2018, I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-mail notice of electronic filing to counsel of record.

Dated:  November 2, 2018      By: */s/ Wendy R. Fleishman*
                                                Wendy R. Fleishman

                                               Wendy R. Fleishman, Bar No. WF 3017
                                               LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                               250 Hudson Street, 8th Floor
                                               New York, NY  10013-1413
                                               Telephone:  (212) 355-9500
                                               Facsimile:  (212) 355-9592