# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| **THIS DOCUMENT RELATES TO:** | |
| *Bailey, et al., v. National Football League, et al.,* | No. 2:12-cv-05372-AB |
| *Bauman, et al., National Football League, et al.,* | No. 2:12-cv-03533-AB |
| *Cunningham, et al., v. National Football League, et al.,* | No. 2:12-cv-04574-AB |
| *Henderson, et al., v. National Football et al.,* | No. 2:12-cv-03534-AB |
| *Kapp, et al., v. National Football League, et al.,* | No. 2:12-cv-04575-AB |
| *Kuechenberg, et al., v. National Football League, et al.,* | No. 2:12-cv-03535-AB |
| *Maxwell, et al., v. National Football League, et al.,* | No. 2:12-cv-01023-AB |
| *Monk, et al., v. National Football League, et al.,* | No. 2:12-cv-03533-AB |
| *Morton, et al., v. National Football League, et al.,* | No. 2:12-cv-04087-AB |

| | |
|---|---|
| *Pear, et al., v. National Football League, et al.,* : | No. 2:12-cv-01025-AB |
| *Sweet v. National Football League, et al.,* : | No. 2:12-cv-07214-AB |
| *Wallace v. National Football League, et al.,* : | No. 2:12-cv-03715-AB |

## NOTICE OF WITHDRAWAL OF ASSOCIATION

PLEASE TAKE NOTICE that the plaintiffs by and through their attorneys of record hereby withdrawal Richard Platel as association of counsel.

Dated: November 5, 2018

Respectfully Submitted,
GIRARDI AND KEESE

By:  /s/ Nicole F. DeVanon
Nicole F. DeVanon
James G. O'Callahan
Attorneys for Plaintiff
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone : (213) 977-0211
Fax : (213) 481-1554

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF WITHDRAWAL OF ASSOCIATION was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 5th day of November, 2018.

**GIRARDI | KEESE**

By: /s/ *Nicole F. DeVanon*
Nicole F. DeVanon
