UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> **Plaintiff Stefan Rodgers** | **NOTICE OF ATTORNEY'S LIEN** |

     Comes now Petitioners, Attorney David Buckley, PLLC, The Mokaram Law Firm and Stern Law Group, attorneys for **Stefan Rodgers** in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, The Mokaram Law Firm and Stern Law Group, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Stefan Rodgers.

Dated: November 7, 2018.

                                                    Respectfully submitted,

                                                    ATTORNEY DAVID BUCKLEY, PLLC

                                By:  */s/ David Buckley*
                                          David Buckley
                                          State Bar No. 24078281
                                          FED ID No. 1465981
                                          1811 Bering Drive Ste. 300
                                          Houston, TX 77057
                                          Tel. (713) 719-9312
                                          Fax. (713) 719-9307
                                          david@thebuckleylawgroup.com
                                          **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: November 7, 2018.

                                        */s/ David Buckley*
                                        David Buckley