**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

No. 12-md-2323 (AB)

**MDL No. 2323**

This relates to:

Plaintiffs' Master Administrative Long-Form Complaint and

**TIM McKYER**

**NOTICE OF ATTORNEY'S LIEN**

Petitioner, Podhurst Orseck, P.A., attorney for the above-referenced Plaintiff, pursuant to the Amended Rules Governing Attorneys' Liens, hereby notifies this Court and all parties that it has a lien in this case for reasonable attorneys' fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated: November 9, 2018.

Respectfully submitted,

**PODHURST ORSECK, P.A**
SunTrust International Center
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By: /s/ *Steven C. Marks*
STEVEN C. MARKS

Podhurst Orseck, P.A.
SunTrust International Center, One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 Miami 305.358.2800 Fax 305.358.2382 $ Ft. Lauderdale 954.463.4346 | www.podhurst.com

Fla. Bar. No. 516414
Email: smarks@podhurst.com
STEPHEN F. ROSENTHAL
Fla. Bar No. 0131458
Email: srosenthal@podhurst.com
RICARDO M. MARTÍNEZ-CID
Fla. Bar No. 383988
Email: rmcid@podhurst.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2018, I caused the foregoing Notice of Attorney's Lien, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

/s/ Steven C. Marks
STEVEN C. MARKS

Podhurst Orseck, P.A.
SunTrust International Center, One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 Miami 305.358.2800 Fax 305.358.2382 $ Ft. Lauderdale 954.463.4346 | www.podhurst.com