# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| This relates to: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and <br><br> **TIM McKYER** | **PETITION TO ESTABLISH ATTORNEY'S CHARGING LIEN** |

Petitioner, Podhurst Orseck, P.A., pursuant to the Amended Rules Governing Attorneys' Liens and the executed retainer agreement, formerly counsel to the above-referenced Plaintiff or class member, hereby petitions this Court, on behalf of itself and its co-counsel, to establish a charging lien under Florida law, for the reasons set forth herein

## BASIS FOR THE CHARGING LIEN

1. Podhurst Orseck, P.A. ("Podhurst") satisfies the requirements for an attorney's charging lien under Florida law as to the above-listed former client. *See generally Daniel Mones, P.A. v. Smith*, 486 So. 2d 559, 561 (Fla. 1986).

2. Podhurst has a signed contract for legal representation with the above-referenced former client for claims for damages against the National Football League arising out of head injuries he sustained while playing professional football. The contract was signed and accepted by one or more Podhurst lawyers in Miami, Florida, such that Florida law governs the agreement.

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 $ Ft. Lauderdale 954.463.4346     www.podhurst.com

3. Other law firms who referred the case to Podhurst and assumed responsibility for the representation also appear on this contract and share in the contractual right to a fee. This Petition is intended to assert a lien on behalf of Podhurst along with its co-counsel law firm who appear on the contract with the above-referenced former client.

4. The contract expressly provided that Podhurst would be paid attorneys' fees and reimbursed for reasonable costs expended on a contingency basis, out of any recovery obtained for the client.

5. Podhurst and its co-counsel performed work on behalf of the above-referenced former client, including but not limited to some or all of the following: interviewing the client to gather information relevant to his claims, collecting pertinent medical records, analyzing the client's standing for a claim, filing claim on his behalf in this multi-district litigation, updating him on the status of the litigation, numerous telephone calls responding to questions about the case, identifying the status of a qualified provider's MAF certification, scheduling additional testing, preparing the claim package for submission, curing claim deficiencies and providing updates as to the status of his claim and award.

6. The above-named former client has not served Podhurst with a notice of termination of employment but has informed the Claims Administrator that he is not represented by counsel.

7. This effective termination was not for cause owing to any malfeasance by Podhurst or its co-counsel.

9. This petition is being timely asserted in this action while it remains active, and the Court has reserved jurisdiction over the parties, their counsel, and all settlement class members, and to consider matters concerning attorneys' fees and costs.

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 $ Ft. Lauderdale 954.463.4346     www.podhurst.com

Accordingly, Podhurst respectfully requests that the Court:

(i) Determine its charging lien with respect to the above-referenced former client;

(ii) Establish the amount of each such lien;

(iii) Order that Podhurst be permitted to enforce its lien against the proceeds of the above-referenced client settlement award in this action;

(iv) Order that the Defendant, its insurer, and the Claims Administrator be prohibited from paying to the above-listed client any such recovery until said lien has been satisfied; and

(v) Grant such other relief as the Court deems just and appropriate.

Respectfully submitted,

**PODHURST ORSECK, P.A**
SunTrust International Center
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382
By: /s/ *Steven C. Marks*
STEVEN C. MARKS
Fla. Bar. No. 516414
Email: smarks@podhurst.com
STEPHEN F. ROSENTHAL
Fla. Bar No. 0131458
Email: srosenthal@podhurst.com
RICARDO M. MARTÍNEZ-CID
Fla. Bar No. 383988
Email: rmcid@podhurst.com

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 $ Ft. Lauderdale 954.463.4346    www.podhurst.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2018, I caused the foregoing Notice of Attorney's Lien, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

/s/ Steven C. Marks
STEVEN C. MARKS

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 $ Ft. Lauderdale 954.463.4346    www.podhurst.com