# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW**, this 14th day of November, 2018, it is **ORDERED** that the matter raised in the "Objection to Special Master's October 11, 2018 Ruling" (ECF No. 10315) is to be handled pursuant to the Rules Governing Appeals of Claims Determinations, which require all materials to be submitted to the Claims Administrator rather than filing in this docket. The Objection is **DENIED** without prejudice.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF on 11/14/2018**