## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing Reply Memorandum of Law in Support of NFL Defendants' Motion to Dismiss the Complaint Filed by Settlement Class Member A.H. was served electronically via the Court's electronic filing system on the 15th day of November, 2018, upon all counsel of record.


Dated:  November 15, 2018             /s/ Brad S. Karp
                                                                              Brad S. Karp