UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>JEFF CROSS, PLAINTIFF<br><br>Case No. 2:12-cv-00092-AB | **NOTICE OF ATTORNEY'S LIEN** |

Comes Now, Attorney Mark Stallworth and the Smith and Stallworth, P.A. Law Firm, in the above named and numbered cause of action, and hereby notify this Court and all parties that, Mark Stallworth and the Smith and Stallworth, P.A. Law Firm have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff, Jeff Cross. Representation of this Plaintiff/Claimant was terminated without cause after the Smith and Stallworth, P.A. Law Firm earned and secured fees, and incurred costs. A copy of the attorney's retainer agreement signed by this Settlement Class Member has been provided to the Claims Administrator, along with itemized statements of costs, as documentary proof of the lien asserted herein.

Filed this _16th_ day of November, 2018 in the United States District Court for the Eastern District of Pennsylvania, MDL 2323.

Respectfully Submitted,

/S/MARK STALLWORTH
MARK STALLWORTH, ESQUIRE
COUNSEL FOR CLAIMANTS/PLAINTIFFS
FLORIDA BAR NUMBER 0506079

1

                                                **SMITH AND STALLWORTH, P.A.**
                                                **201 EAST KENNEDY BOULEVARD**
                                                **SUITE 1475**
                                                **TAMPA, FLORIDA 33602**
                                                **TELEPHONE: 813-223-7799**
                                                **FACSIMILE: 813-223-7711**

## CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this November 16, 2018.

                                              **/s/MARK STALLWORTH**
                                                **MARK STALLWORTH, ESQUIRE**
                                                **COUNSEL FOR CLAIMANTS/PLAINTIFFS**
                                                **FLORIDA BAR NUMBER 0506079**
                                                **SMITH AND STALLWORTH, P.A.**
                                                **201 EAST KENNEDY BOULEVARD**
                                                **SUITE 1475**
                                                **TAMPA, FLORIDA 33602**
                                                **TELEPHONE: 813-223-7799**
                                                **FACSIMILE: 813-223-7711**