# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW**, this _14th_ day of November, 2018, it is **ORDERED** that Defendants' request for stay of payment is **GRANTED**. Payment of the 17 claim awards which are the subject of Defendants' two pending appeals shall be stayed until the Court rules on these appeals.[1]

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF on 11/16/2018**

---

[1] Co-Lead Class Counsel is correct in identifying the four factors that this Court must consider in determining whether a stay is appropriate. *See Hilton v. Braunskill*, 481 U.S. 770, 776–77 (1987) (listing factors). Because the Court plans to rule on the merits of Defendants' appeals quickly, the affected Class Members will not be substantially harmed. Balancing the factors weighs in favor of a stay.