# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | **Hon. Anita B. Brody** |
| *Martin v. Kansas City Chiefs Football Club, LLC* | No. 14-3381 |
| *Lewis et al. v. Kansas City Chiefs Football Club, Inc.* | No. 14-1995 |

## ORDER

**AND NOW,** this __19TH___ day of November, 2018, it is **ORDERED** that Plaintiff Anita Martin's Motion for Leave to File a Surreply in support of her opposition to Defendant Kansas City Chiefs' Motion to Dismiss (ECF No. 11, 76) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on  11/20/2018