# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

On November 16, 2018, the Court entered an Order (ECF No. 10337) granting the NFL Parties' Request for Stay of payment of 17 Monetary Awards during the pendency of two appeals by the NFL Parties from rulings by the Special Master. On December 4, 2017, the NFL Parties requested the same stay of payment on two additional Monetary Awards also involved in the pending appeals and that entered the payment processes after the original Request for Stay. As these two awards are in the same posture as those subject to the November 16 Order, it is **ORDERED**, this __10TH _ day of December, 2018, that such Request for Stay of payment is **GRANTED**. Payment of the two awards shall be stayed until the Court rules on these appeals.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF on 12/10/2018**