**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　Defendants. | Civil Action No. 12-1623 |
| THIS DOCUMENT RELATES TO:<br><br>Locks Law Firm v. Steven Hamilton Attorney's Lien Dispute<br>(Doc. No. 8423) | |

## ORDER

**AND NOW**, this ____ day of _____, 201__, upon careful and independent consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

　　1.　　The Report and Recommendation is **APPROVED** and **ADOPTED**;

　　2.　　The Withdrawal of the Lien Dispute is **GRANTED**; and

　　3.　　The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:

_____
ANITA B. BRODY, J.