10360

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE )   12-MDL-2323-AB-JS
PLAYERS' CONCUSSION INJURY )
LITIGATION )
)
_____)
)
Kevin Turner and Shawn Wooden, )   Philadelphia, PA
on behalf of themselves and )   November 14, 2018
others similarly situated, )   1:08 p.m.
)
        Plaintiffs, )
)
    vs. )
)
National Football League and )
NFL Properties, LLC, )   FILED
successor-in-interest to )   DEC 19 2018
NFL Properties, Inc., )   KATE BARKMAN, Clerk
)   By_____ Dep. Clerk
        Defendants. )
_____)

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE THOMAS J. RUETER
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Charles              SOL H. WEISS, ESQUIRE
Easterling, et al:       ANAPOL, SCHWARTZ, WEISS, COHAN,
                         One Logan Square
                         130 North 18th Street
                         Suite 1600
                         Philadelphia, PA  19103

Audio Operator:          DEBORAH OWENS

Transcribed by:          DIANA DOMAN TRANSCRIBING, LLC
                         P.O. Box 129
                         Gibbsboro, New Jersey  08026
                         Office:  (856) 435-7172
                         Fax:     (856) 435-7124
                         Email:   dianadoman@comcast.net

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

Colloquy                                                2

1              (The following was heard at 1:08 p.m.)

2              THE COURT:  Mrs. Scroggins, yeah, are you there?

3              MS. SCROGGINS:  Yup.

4              THE COURT:  Okay.  So Mr. Weiss is in the room with

5   me and I have my Deputy Clerk, Debbie Owens, and she's going

6   to record what I'm saying and what Mr. Weiss and you are going

7   to be saying.  I just want to put on the record our agreement

8   today.

9              So let me just first start, I called BrownGreer and

10  I spoke with Janet Moyers.  She's an attorney in the office

11  there.  And she tells me what's left is 153,450 as of today.

12  As I told you, it's in some interest-bearing account so

13  there's -- it's accruing interest.

14             So Mr. Weiss is here.  He's agreed on my

15  recommendation to accept 100,000 of the 153,450 in settlement

16  of his attorney lien dispute here.  The 5 percent which has

17  been withheld and already been transferred, which is the

18  44,000 -- 550,000 -- $550.

19             That may go to class counsel depending on what Judge

20  Brody does.  If there is anything left and it's reverted back

21  to Mr. Weiss, he keeps that and you have no further claim on

22  that, okay?  That's the -- so that's the agreement.  Did I

23  state it correctly as I explained to you earlier?

24             MS. SCROGGINS:  Yes.

25             THE COURT:  Okay.

1    MR. WEISS:  And Anapol Weiss agrees.

2    THE COURT:  Okay.  All right, so do you have any --

3  Mrs. Scroggins, do you have any further questions of me before

4  we end here today?

5    MS. SCROGGINS:  No.  Only that -- that the release

6  of the funds is an expedited one written up.

7    THE COURT:  Okay.  I will pass that request to

8  BrownGreer.  I have no control over that but I don't see why

9  it wouldn't be a problem but --

10    MR. WEISS:  They're slow in releasing the funds, but

11  I will do everything in my power to make sure that they're

12  released before the end of the year.

13    THE COURT:  Did you hear Mr. Weiss?

14    MS. SCROGGINS:  Yes.

15    THE COURT:  Okay.  Okay, so here's what -- I just

16  spoke to Janet Moyers and I'm going to email her now and tell

17  her what the agreement was.  I told her over the phone.  She's

18  going to send out paperwork both to you and Mr. Weiss for you

19  to fill out and as soon as that paperwork is returned, then

20  they'll start cutting the checks and Mr. Weiss I'm sure will

21  speak to her too.

22    MR. WEISS:  We will --

23    MS. SCROGGINS:  Okay.

24    MR. WEISS:  -- and it just depends when they put it

25  in the funding order.

1          THE COURT:  Okay.

2          MS. SCROGGINS:  Judge, I'm sorry, I didn't

3   understand that.

4          THE COURT:  Go ahead.

5          MR. WEISS:  Okay.  All of the money that gets paid

6   from the Claims Administrator is on a schedule that I get once

7   a month as class counsel and they're usually 60 days behind,

8   so when I get the scheduling order that says that this is on

9   it, I will email you.

10         MS. SCROGGINS:  Okay.

11         MR. WEISS:  And then just look for it and we'll look

12  for it as well and as soon as we get notification that the

13  funds are being disbursed, I will let you know.

14         MS. SCROGGINS:  Okay.

15         THE COURT:  Okay?  All right, well thank you very

16  much.  I'll report this to Judge Strawbridge so he won't need

17  to have a hearing, okay?

18         MS. SCROGGINS:  Yes.

19         THE COURT:  All right.  Okay, you have a good day

20  and good luck to you both.

21         MS. SCROGGINS:  Bye-bye.

22         THE COURT:  All right, thanks.

23         (Hearing concluded, 1:12 p.m.)

24                        * * *

25

# C E R T I F I C A T I O N

I, Diane Gallagher, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_Diane Gallagher_

DIANE GALLAGHER                    DATE 12-14-18

DIANA DOMAN TRANSCRIBING, LLC