## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | **Hon. Anita B. Brody** |
| *Martin v. Kansas City Chiefs Football Club, LLC* | No. 14-3381 |
| *Lewis et al. v. Kansas City Chiefs Football Club, Inc.* | No. 14-1995 |

## ORDER

**AND NOW**, this __3rd__ day of January,2019, it is **ORDERED** that:

- Defendant Kansas City Chiefs Football Club, Inc.'s Motion to Dismiss the Complaint Filed by Anita Martin (ECF No. 7 in 14-3381; ECF No. 70 in 14-1995; ECF No. 10282 in 12-2323) is **GRANTED.**

- Plaintiff Anita Martin's Motion to Opt Out of the Class Action Settlement Agreement (ECF No. 12 in 14-3381; ECF No. 77 in 14-1995) is **DENIED**.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on: 1/3/2019