**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                         Plaintiffs,<br>       v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                         Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Podhurst Orseck, P.A. v. Turner<br>Attorneys' Lien Dispute<br>(Doc. No. 7071)<br><br>Podhurst Orseck, P.A. v. Smith<br>Attorneys' Lien Dispute<br>(Doc. No. 7064)<br><br>Cummings, McClorey,<br>   Davis & Acho, PLC v. Johnson<br>Attorneys' Lien Dispute<br>(Doc. No. 7449) | |

<u>**ORDER**</u>

**AND NOW**, this        day of                , 2019, upon careful and independent consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**. Accordingly:

1. **As to the Lien filed by Podhurst against Turner (Doc. No. 7071):**

    (a) Podhurst shall receive 15½ % of the Monetary Award as its fee, subject to this Court's ruling on the 5% Holdback Request;

    (b) The remaining funds shall be distributed to Turner.

2. **As to the Lien filed by Podhurst against Smith (Doc. No. 7064):**

    (a) Podhurst shall receive 17 % of the Monetary Award as its fee, subject to this Court's ruling on the 5% Holdback Request;

    (b) The remaining funds shall be distributed to Smith.

3. **As to the Lien filed by CMDA against Johnson (Doc. No. 7449):**

    (a) CMDA shall receive 7½ % of the Monetary Award as its fee, subject to this Court's ruling on the 5% Holdback Request;

    (b) The remaining funds shall be distributed to Johnson.

The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:

_____

ANITA B. BRODY, J.