# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>████████████████████ | |

## MOTION TO CONSIDER SUPPLEMENTAL BRIEF AS PART OF CLAIMANT'S OBJECTION

Pursuant to the Claims Administrator's instructions, Retired NFL Players ████████ ████████████████████ (collectively the "Plaintiffs") file this motion for the Court to review and consider Plaintiffs' Supplemental Briefing filed through the Settlement Portal on November 27, 2018. Because replies are not permitted under the Appeals Rules, Plaintiffs were instructed to file the instant motion with the Court. Plaintiffs hereby request that the Court review and consider the Supplemental Briefing filed in the portal, because there is no prejudice to other parties and it will further aid the Court in ensuring a misapplication of the Settlement Agreement does not undermine Plaintiffs' claim award.

Dated: January 7, 2019          By: _/s/ Wendy Fleishman_____
                                    Wendy Fleishman
                                    wfleishman@lchb.com

1680628.1

-2-

                    LIEFF CABRASER HEIMANN &
                    BERNSTEIN, LLP
                    250 Hudson Street, 8th Floor
                    New York, NY 10013-1413
                    Telephone: (212) 355-9500
                    Facsimile: (212) 335-9592

## CERTIFICATE OF SERVICE

On January 7, 2019, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

_____
Wendy R. Fleishman