IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this 9th day of January, 2019, it is **ORDERED** that the Motions for Clarification and Leave to Participate (ECF Nos. 10364, 10365) regarding the oral argument previously scheduled for January 10, 2019, are **DENIED** as moot, because the NFL Parties have withdrawn their appeal and the oral argument has been cancelled. *See* ECF No. 10370.

                                                                                           s/Anita B. Brody

                                                                      ANITA B. BRODY, J.

Copies **VIA ECF  1/9/2019**