# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>A.G. AND R.M. | |

## MOTION TO CONSIDER SUPPLEMENTAL BRIEF
## AS PART OF CLAIMANT'S OBJECTION

Pursuant to the Claims Administrator's instructions, Retired NFL Players A.G. and his wife, R.M. (collectively the "Plaintiffs") respectfully move this Court to accept and consider Plaintiffs' Supplemental Briefing filed through the Settlement Portal on November 27, 2018. Although replies are not permitted under the Appeals Rules, Plaintiffs submit that the supplemental briefing will further aid the Court in an important undertaking -- ensuring that a misapplication of the Settlement Agreement does not occur. Plaintiffs' award was approved three times including once by the Special Master. It was then rejected after the fourth (unnecessary) review because of a mistake in the clear language of the Settlement Agreement as it applies to pre-effective date claimants. Therefore, Plaintiffs again request the Court to review the Supplemental Briefing.

1680628.3

Dated: January 9, 2019

Respectfully submitted,

By: _____
Wendy Fleishman
wfleishman@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 335-9592

## CERTIFICATE OF SERVICE

On January 9, 2019, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

_____
Wendy R. Fleishman