**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>       Plaintiffs,<br>  v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>       Defendants. | Civil Action No. 12-1623 |
| THIS DOCUMENT RELATES TO:<br><br>Locks Law Firm v. Rodney Bellinger Attorney's Lien Dispute<br>(ECF No. 8419) | |

## ORDER

**AND NOW**, this 10th day of January, 2019, it is **ORDERED** that the Court's Order adopting the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 10366) is **CORRECTED** as follows:

- The caption is modified to reflect that this document relates to Locks Law Firm v. Rodney Bellinger, Attorney's Lien Dispute (ECF No. 8419). This document does not relate to Locks Law Firm v. Steven Hamilton, Attorney's Lien Dispute (ECF No. 8423).

                   s/Anita B. Brody

                   ANITA B. BRODY, J.

COPIES VIA ECF  1/10/2019