# Exhibit A

**POST-EFFECTIVE DATE LODESTAR AND EXPENSES MAY 25, 2018 THROUGH NOVEMBER 30, 2018**

| Firm | Professional Rank(s) | Hours | Blended Lodestar | Expenses | Total |
|---|---|---|---|---|---|
| Levin Sedran and Berman | | 19.1 | $ 14,102.56 | $ 55.00 | $ 14,157.56 |
| | *Partners* | 13.3 | | | |
| | *Counsel* | 5.8 | | | |
| Locks Law Firm | | 545.6 | $ 413,755.76 | | $ 413,755.76 |
| | *Partners* | 545.6 | | | |
| Podhurst Orseck | | 62.2 | $ 45,973.33 | $ 2,887.99 | $ 48,861.32 |
| | *Partners* | 59.8 | | | |
| | *Paralegal* | 2.4 | | | |
| Prof. Issacharoff | | 22.8 | $ 17,290.38 | | $ 17,290.38 |
| | *Partner* | 22.8 | | | |
| Seeger Weiss | | 3728.4 | $ 2,403,922.14 | $ 297,647.27 | $ 2,701,569.41 |
| | *Partners* | 2097 | | | |
| | *Counsel* | 543.3 | | | |
| | *Associates* | 681.7 | | | |
| | *Paralegals* | 406.4 | | | |
| | **TOTAL** | 4,378.10 | $ 2,895,044.17 | $ 300,590.26 | $ 3,195,634.43 |