# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Lewis et al. v. Kansas City Chiefs Football Club, Inc.* | **Hon. Anita B. Brody**<br><br>No. 14-1995 |

## ORDER

**AND NOW**, this 14th day of January, 2019, it is **ORDERED** that Cynthia Phillips's Motion to Intervene (ECF No. 62 in 14-1995) is **DENIED**.

                                                s/Anita B. Brody

                                            _____
                                            ANITA B. BRODY, J.

Copies **VIA ECF** on: 1/14/2019

O:\ABB 2019\L - Z\NFL Motion to Intervene order.docx