# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>       Plaintiffs,<br>   v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>       Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Locks Law Firm v. Owens<br>Attorney's Lien Dispute<br>(Doc. No. 8399) | |

## **ORDER**

AND NOW, this 18th day of January, 2019, and for the reasons set out in the accompanying Memorandum Opinion, the Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

                BY THE COURT:

                /s/ David R. Strawbridge, USMJ
                DAVID R. STRAWBRIDGE
                UNITED STATES MAGISTRATE JUDGE