# Exhibit B

Podhurst Orseck, P.A.

Partial Reconstructed Time for Kevin Turner

| Date | Time Keeper | Detail Description | Time Spent |
|---|---|---|---|
| 9/26/2011 | SFR | Initial meeting with Kevin Turner, Ricardo Martinez-Cid & Bob Penza to discuss retention for his individual case | 1.5 |
| 12/16/2011 | BRS | T/Call with Kevin Turner | 1 |
| 1/13/2012 | SFR | Telephone conference with Kevin Turner re: his medical condition Dr. Cantu records, treating doctors, NFL disability benefits | 0.5 |
| 1/17/2012 | SFR | Telephone conference and email with Kevin Turner Re: represetation and assistance in dealing with Kevin Mitnick | 1 |
| 1/17/2012 | SFR | Emails to Gene Locks and David Langfitt re: clarifying Kevin Turner's wishes re: representation and confusion re: Kevin Mitnick | |
| 1/25/2012 | BRS | Conf with Kevin Turner | 2 |
| 2/1/2012 | SFR | T/Conf with Re: Kevin Turner CNN interview | 1 |
| 2/1/2012 | SFR | Emails with Tamara Alan re: copyright permission for CNN to use footage of Kevin Turner | |
| 2/8/2012 | SFR | Email Kevin Turner re: fact that his ex-wife, Joyce, reached out to us and requested advise | |
| 2/10/2012 | SFR | Read email from Tamara Alan re: Kevin Turner's media appearances | |
| 2/15/2012 | SFR | Emails with Kevin Turner re: unauthorized use of his photo on other law firm's website (Mitnick) | 0.5 |
| 3/15/2012 | SFR | Meeting with Dr. Bob Cantu, Chris Nowinski, Kevin Turner, Kyle Turley with Brad Soh in Boca Raton | 1.5 |
| 5/5/2012 | SFR | Telephone conference with Kevin Turner | |
| 5/11/2012 | SFR | Email with Brad Shohn re: documentary filmmaker, Jon Frankel, and name of Kevin's worker's compensation lawyer in California | |
| 5/15/2012 | SFR | Review email that Kevin Turner forwarded to Brad Sohn from Ron Makurin, California worker's compensation lawyer, re: July 2012 depo in worker's compensation case and Dr. Lucciano appointment | |
| 5/16/2012 | SFR | Review bio of Eric Farber, work compensation lawyer; telephone conference with Eric Farber re: Kevin Turner's worker's compensation claim; discussions re: selection of doctors at UCSF for CTE diagnosis | 0.75 |
| 5/24/2012 | SFR | Telephone conference with Eric Farber re: Kevin Turner's upcoming deposition | 0.5 |
| 6/1/2012 | SFR | Telephone conference with Eric Farber re: plan to use depo in work compensation case for case vs. NFL also | 0.5 |

Podhurst Orseck, P.A.

Partial Reconstructed Time for Kevin Turner

| Date | Time Keeper | Detail Description | Time Spent |
|---|---|---|---|
| 6/7/2012 | SFR | Listen to Kevin Turner's press conference | |
| 6/7/2012 | SFR | Emails with Tamara Alan re: '88 Plan approval | |
| 6/8/2012 | SFR | Emails with Tamara Alan re: '88 Plan approval | |
| 6/9/2013 | GP | T/Calls and Emails – Kevin Turner / Miami Heat | 1 |
| 7/14/2012 | SFR | Emails with Eric Farber re: date set for Kevin Turner's worker's compensation depo on 7/30 and piggybacking depo for his concussion case | |
| 7/14/2012 | SFR | Emails with Steve Marks, Ricardo Martinez-Cid re: idea of trying to get NFL consent to take in extremis depo of Kevin at same time as worker's compensation depo | |
| 7/14/2012 | SFR | Draft email to Beth Wilkenson (NFL) re: in extremis depo, for Steve Marks review | 0.5 |
| 7/15/2012 | SFR | Email with Eric Farber re: Kevin Turner's deposition | |
| 7/18/2012 | SFR | Revise email and send to Beth Wilkenson requesting in extremis depo | |
| 7/18/2012 | SFR | Telephone conference with Eric Farber re: preparation for Kevin Turner's depo (status of Dr. Closson's letter, need for link between head trauma and ALS) | 0.5 |
| 7/24/2012 | SFR | Email Chris Nowinski to help Eric Farber find expert on link to ALS for use in worker's compensation case | |
| 7/25/2012 | SFR | Emails with Eric Farber re: Nowinski conversations; recommend that Eric contact Dr. Cantu to possibly testify in worker's compensation case | |
| 7/25/2012 | SFR | Telephone conference with Beth Wilkenson -- NFL refuses to conduct in extremis depo | |
| 7/29/2012 | SFR | Email Eric Farber to advise of NFL's position | |
| 7/30/2012 | SFR | Telephone conference with Kevin Turner and Eric Farber re: preparation for deposition for worker's compensation case | |
| 7/30/2013 | SFR | Listen in on deposition in worker's compensation case and take notes | 3 |
| 8/15/2013 | SCM | Meeting w/Kevin Turner & GP | 2 |
| 8/23/2013 | GP | T/Calls with Kevin Turner | 0.3 |
| 11/13/2013 | GP | Neuro Cog Disability Application; Fill out form for K Turner | 1.5 |
| 8/6/2015 | GP | T/Calls w/Kevin Turner and Esquire Bank | 0.75 |

Time Keepers:

| | |
|---|---|
| SFR | Stephen F. Rosenthal - Partner |
| SCM | Steven C. Marks - Parnter |
| BRS | Brad Sohn - Law Clerk |
| GP | Gina Palacio - Senior Paralegal |