## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE    **Case Number: 2:12-md-02323-AB**
PLAYERS' CONCUSSION INJURY
LITIGATION,                            **MDL No. 2323**
_____/

### NOTICE OF ATTORNEY'S LIEN

Petitioner, James Holliday, Esquire of Holliday Karatinos Law Firm, PLLC and Neurocognitive Football Lawyers, PLLC, has been the attorney representing Class Member, GERALD WUNSCH, from February 24, 2015 to the present in the above-entitled action and gives notice to all parties of a lien in this case for reasonable attorney's fees plus reasonable costs. Proof of the lien will be submitted to the Claims Administrator.

Respectfully Submitted By:

_____
JAMES W. HOLLIDAY
HOLLIDAY KARATINOS LAW FIRM, PLLC
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
722 East Fletcher Avenue
Tampa, Florida 33612
(813) 975-4444 (telephone)
(813) 975-4445 (telefax)
jimholliday@helpinginjuredpeople.com
ko@gibbsandparnell.com
Florida Bar No. 0045284

### CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2019, I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the above-captioned matter.

_____
JAMES W. HOLLIDAY