# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>A.G.<br>SPID: 260006736 | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this __24TH__ day of January, 2019, it is **ORDERED** that Retired NFL Player A.G.'s Motion to file a Supplemental Brief in support of his Objection (ECF No. 10372) is **GRANTED**. The Court will consider the Supplemental Brief filed by A.G. on the claims portal.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on 1/25/2019