# EXHIBIT B

Subject: Call-- steve smith
Date: 1/5/2012 3:58 PM
From: "Brad R. Sohn" <BSohn@PODHURST.com>
To: "RICARDO M. MARTINEZ-CID" <RMartinez-Cid@PODHURST.com>

Another Nowinski case-- this is another recent guy in very bad shape.

---------
BSohn@Podhurst.com
Podhurst Orseck, P.A.
25 West Flagler St., Suite 800
Miami, Florida 33130
Phone: 305.358.2800
Fax: 305:358.2382

Sent via mobile transmission, please excuse errors

Begin forwarded message:

> **From:** "Nowinski, Christopher, John" <nowinski@bu.edu>
> **Date:** January 5, 2012 3:01:19 PM EST
> **To:** "Brad R. Sohn" <BSohn@PODHURST.com>
> **Cc:** "RAMON A. RASCO" <RRASCO@PODHURST.com>
> **Subject: RE: smith**

It was, just harder to see on your cell – here is an image.



**From:** Brad R. Sohn [mailto:BSohn@PODHURST.com]
**Sent:** Thursday, January 05, 2012 2:58 PM
**To:** Nowinski, Christopher, John
**Cc:** RAMON A. RASCO
**Subject:** Re: smith

Great... Info not attached tho.  Thanks

---------

BSohn@Podhurst.com

Podhurst Orseck, P.A.

25 West Flagler St., Suite 800

Miami, Florida 33130

Phone: 305.358.2800

Fax: 305:358.2382

Sent via mobile transmission, please excuse errors

On Jan 5, 2012, at 2:57 PM, "Nowinski, Christopher, John" <nowinski@bu.edu> wrote:

> Brad,
>
> Spoke with Chie Smith, wife of Steve Smith – ALS case from HBO piece on a ventilator. She is happy to speak with you or someone from the office – info attached. Not involved in a suit but recently worked with an attorney on benefits, and got them.
>
> Best
>
> Chris
>
>
> **Christopher Nowinski**
>
> Center for the Study of Traumatic Encephalopathy
>
> Boston University School of Medicine | Co-Director
>
> Sports Legacy Institute | CEO
>
> Email: nowinski@bu.edu
>
> Office: (617) 638-5668

Cell: (617) 216-9512

<image007.png><image008.png><image009.png>