# EXHIBIT C

**From:** Gina Palacio <GPalacio@PODHURST.com>
**Sent:** Wednesday, October 24, 2018 10:22 AM
**To:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>; STEVEN C. MARKS <SMARKS@PODHURST.com>
**Subject:** NFL Email from Chie - Re Opt Out of Publicity


Gina C. Palacio, F.R.P.
Sr. Certified Paralegal
**Podhurst Orseck, P.A.**
Tel:  (305) 358-2800
Fax: (305) 358-2382
Email:  gpalacio@podhurst.com

**From:** Chie Smith <chiesmith@ymail.com>
**Sent:** Wednesday, July 17, 2013 2:58 PM
**To:** GPalacio@PODHURST.com
**Subject:**

Hi Gina,

Were you able to find out if I should exclude Steve from the lawsuit that I had sent copies to you? I completely forgot and a friend just reminded me. She's attorney and represents her husband who is a former player. They have decided to opt out. Not sure what to do. Please advise. Thank you.

Chie