# EXHIBIT A

| | |
|---|---|
| **From:** | MATT P. WEINSHALL <MWeinshall@PODHURST.com> |
| **Sent:** | Tuesday, November 13, 2018 8:16 PM |
| **To:** | Gina Palacio; NFL Claims Administrator; STEVEN C. MARKS; STEPHEN F. ROSENTHAL |
| **Cc:** | Jessica M. Holder; Robert Penza |
| **Subject:** | RE: Lien ID 664:  Paul R. Turner v. Podhurst Orseck, P.A. |
| **Attachments:** | NOTICE OF JOINDER Re Lien Disputes(329874.pdf |

Dear Claims Administrator,

In connection with the above-referenced lien dispute, please find attached Podhurst Orseck's supplemental submission, pursuant to Rule 18 of the Amended Rules Governing Attorneys' Liens.  Please transmit the document to Magistrate Judge Strawbridge for inclusion in the Dispute Record.  Thank you.

Sincerely,

**Matthew P. Weinshall**
**Podhurst Orseck P.A**.
SunTrust International Center
One S.E. 3rd Ave., Suite 2300
Miami, FL 33131
Office: (305) 358-2800
Fax: (305) 358-2382
Email: mweinshall@podhurst.com