# EXHIBIT C

| | |
|---|---|
| **From:** | NFL Claims Administrator <claimsadministrator@nflconcussionsettlement.com> |
| **Sent:** | Thursday, November 15, 2018 4:03 PM |
| **To:** | Robert Penza; mweinshall@podhurst.com; 'smarks@podhurst.com'; gpalacio@podhurst.com; jholder@podhurst.com; 'srosenthal@podhurst.com' |
| **Cc:** | NFL Claims Administrator |
| **Subject:** | Paul Turner v. Podhurst Orseck - Supplemental Filings |

*This is an official communication from the Claims Administrator for the NFL Concussion Settlement Program.*

On 11/13/18, we received (1) the Notice of Joinder letter from Podhurst; and (2) Polsinelli's objection on behalf of Mr. Turner to the Joinder. Judge Strawbridge will not accept the Joinder. The Court has asked that we reach out to you to see if either Party plans on submitting any additional documents that they would like to be considered for inclusion in the Dispute Record before it is closed. Thank you.

**Claims Administrator**
**NFL Concussion Settlement**
**BROWNGREER PLC**
Telephone: (855) 887-3485
ClaimsAdministrator@NFLConcussionSettlement.com
www.NFLConcussionSettlement.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*