IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>Lien ID 664 | |

**ORDER**

**AND NOW**, this _____ day of _____, 20___, upon consideration of the Estate of Kevin Turner's Partial Motion to Strike the Response of Podhurst Orseck, P.A. (the "Estate's" "Motion" to strike the "Response") it is hereby **ORDERED** that:

1. The Estate's Motion is **GRANTED**;

2. The Court strikes Podhurst's Response (ECF Doc. No. 10420), the "Response" in the following respects:

    a. Exhibit A to the Response, the Notice of Joinder, is stricken in its entirety;

    b. The first full sentence on page 12 of the Response, in which Podhurst cites the Notice of Joinder, is stricken in its entirety; and

      c.      The second full paragraph beginning on page 17 and continuing to page 18 is stricken in its entirety, as is the phrase in the Conclusion, on page 18, "with the exception of an apportionment of the 5% holdback."

**IT IS SO ORDERED**.

                                                **BY THE COURT:**

                                                Hon. Anita B. Brody