UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-2219-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS JOHN WILLAIMS AND BARBARA BUTTS WILLIAMS** |

      Charles S. Zimmerman, J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of John Williams (now deceased) and Barbara Butts Williams only in this action, and state as follows:

      1.     Plaintiffs' counsel filed the action *Floyd Little, et al. v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including John Williams and Barbara Butts Williams.

2. Plaintiffs' counsel filed a short form complaint for John Williams and Barbara Butts Williams on July 16, 2012.

3. On or about January 3, 2013 our office was advised that John Williams was deceased.

4. Since then, Zimmerman Reed has been trying to work with Plaintiff Barbara Butts Williams regarding the claim for John Williams.

5. Plaintiff's counsel has attempted to reach Plaintiff Barbara Butts Williams via telephone, U.S. Mail, and Federal Express on numerous occasions since March of 2017. Plaintiff Barbara Butts Williams has been completely nonresponsive to Plaintiff's counsel.

6. Plaintiff's counsel properly notified Barbara Butts Williams of counsel's intention to withdraw from representing her and John Williams in this matter as a result of her non-responsiveness.

7. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for John Williams and Barbara Butts Williams only in Court File No. 2:12-cv-2219-AB.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated: February 21, 2019                             Respectfully submitted,

                                                            ZIMMERMAN REED LLP

                                                              s/ Brian C. Gudmundson
                                                              Charles S. Zimmerman (#120054)
                                                              J. Gordon Rudd, Jr. (#222082)
                                                               Brian C. Gudmundson (#336695)
                                                               Michael J. Laird (#0398436)
                                                               1100 IDS Center, 80 South 8th Street
                                                               Minneapolis, MN  55402
                                                               Telephone: (612) 341-0400
                                                               Facsimile: (612) 341-0844
                                                              Charles.Zimmerman@zimmreed.com
                                                               Gordon.Rudd@zimmreed.com
                                                               Brian.Gudmundson@zimmreed.com