# EXHIBIT 1

## STATUS MASTER REPORT
## NFL CONCUSSION CLASS ACTION SETTLEMENT 02/22/19

| # | PROGRAM ID | SUBMIT CLAIMS PACKAGE | NOTICE OF DEFICIENCY | 1st NOTICE OF PR | RESPONSE TO 1st NOTICE OFPR | 1st AUDIT | RESPONSE TO 1st AUDIT | NOTICE OF CONCLUDED AUDIT WITH NO FINDINGS | 2nd NOTICE OF PR | RESPONSE TO OUR 2nd PR | NOTICE OF DENIAL OF CLAIM | SCM APPEALS FILED | NFL REPLY TO APPEAL | 2nd AUDIT | RESPONSE TO 2nd AUDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 950001367 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | | | | | Stayed by Audit | | | |
| 2 | 100000328 | 6/29/17 | | 9/25/17 | 12/20/17 | 9/26/17 | 10/23/17 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 8/9/18 | | | 8/29/18 | 11/28/18 |
| 3 | 900000835 | 6/27/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 7/25/18 | 8/24/18 | Stayed by Audit | 8/29/18 | 11/28/18 |
| 4 | 100000978 | 6/27/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 9/26/17 | 10/23/17 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | | | | 8/29/18 | 11/28/18 |
| 5 | 100001053 | 6/27/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 9/26/17 | 10/23/17 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 6/6/18 | 7/6/18 | 8/9/18 | 8/29/18 | 11/28/18 |
| 6 | 900003656 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 6/5/18 | 7/5/18 | 8/8/18 | 8/29/18 | 11/28/18 |
| 7 | 100002971 | 6/28/17 | | 9/25/17 | 12/18/17 | 9/26/17 | 10/23/17 | 3/23/18 | 3/30/18 | 04/26/18 Sent to AAP | 7/11/18 | 8/10/18 | Stayed by Audit | 8/29/18 | 11/28/18 |
| 8 | 900003916 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 8/9/18 | Stayed by Audit | | 8/29/18 | 11/28/18 |
| 9 | 900005730 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 6/5/18 | 7/5/18 | 8/8/18 | 8/29/18 | 11/28/18 |
| 10 | 100004998 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 9/26/17 | 10/30/17 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 7/17/18 | 8/16/18 | Stayed by Audit | 8/29/18 | 11/28/18 |

| | PROGRAM ID | SUBMIT CLAIMS PACKAGE | NOTICE OF DEFICIENCY | 1st NOTICE OF PR | RESPONSE TO 1st NOTICE OFPR | 1st AUDIT | RESPONSE TO 1st AUDIT | NOTICE OF CONCLUDED AUDIT WITH NO FINDINGS | 2nd NOTICE OF PR | RESPONSE TO OUR 2nd PR | NOTICE OF DENIAL OF CLAIM | SCM APPEALS FILED | NFL REPLY TO APPEAL | 2nd AUDIT | RESPONSE TO 2nd AUDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 100005793 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 9/26/17 | 10/23/17 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 7/17/18 | 8/16/18 | Stayed by Audit | 8/29/18 | 11/28/18 |
| 12 | 100006318 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 9/26/17 | 10/25/17 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 8/1/18 | Stayed by Audit | | 8/29/18 | 11/29/18 |
| 13 | 100006364 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 9/26/17 | 10/20/17 | 3/23/18 | 3/30/18 | 04/19/18 Sent to AAP | 8/1/18 | Stayed by Audit | | 8/29/18 | 11/29/18 |
| 14 | 100006825 | 6/28/17 | | 9/25/17 | 12/18/17 | 8/11/17 | 9/7/17 | 3/23/18 | | | 7/5/18 | 8/6/18 | Stayed by Audit | 8/29/18 | 11/29/18 |
| 15 | 900009395 | 7/25/17 | | 9/25/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 6/6/18 | 7/6/18 | 8/9/18 | 8/29/18 | 11/28/18 |
| 16 | 110020412 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 7/17/18 | 8/16/18 | Stayed by Audit | 8/29/18 | 11/28/18 |
| 17 | 900009941 | 6/28/17 | | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | | | | 8/29/18 | 11/28/18 |
| 18 | 950000168 | 6/28/17 | | 10/3/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | | | | 8/29/18 | 11/28/18 |
| 19 | 900011914 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 7/25/18 | 8/24/18 | Stayed by Audit | 8/29/18 | 11/28/18 |
| 20 | 100009522 | 6/28/17 | 07/12/17 Changed to PR | 8/24/17 | 12/18/17 | 9/26/17 | 10/25/17 | 3/23/18 | 3/30/18 | | 8/1/18 | Stayed by Audit | | 8/29/18 | 11/28/18 |
| 21 | 100010585 | 6/29/17 | | 9/25/17 | 12/18/17 | 9/26/17 | 10/25/17 | 3/23/18 | 5/4/18 | 05/04/18 Sent to AAP | 8/14/18 | Stayed by Audit | | 8/29/18 | 11/29/18 |

| | PROGRAM ID | SUBMIT CLAIMS PACKAGE | NOTICE OF DEFICIENCY | 1st NOTICE OF PR | RESPONSE TO 1st NOTICE OFPR | 1st AUDIT | RESPONSE TO 1st AUDIT | NOTICE OF CONCLUDED AUDIT WITH NO FINDINGS | 2nd NOTICE OF PR | RESPONSE TO OUR 2nd PR | NOTICE OF DENIAL OF CLAIM | SCM APPEALS FILED | NFL REPLY TO APPEAL | 2nd AUDIT | RESPONSE TO 2nd AUDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 100010859 | 6/29/17 | | 9/25/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 6/5/18 | 7/5/18 | 8/8/18 | 8/29/18 | 11/27/18 |
| 23 | 100011009 | 6/28/17 | 07/18/17 Changed to PR | | | | | | | | | | Stayed by Audit | | 11/28/18 |
| 24 | 100011127 | 6/29/17 | | 9/25/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 7/17/18 | Stayed by Audit | | 8/29/18 | 11/28/18 |
| 25 | 100012053 | 6/29/17 | | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 8/9/18 | Stayed by Audit | | 8/29/18 | 10/12/18 |
| 26 | 100012125 | 6/29/17 | 07/18/17 Changed to PR | 9/25/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 8/9/18 | 7/6/18 | 8/9/18 | 8/29/18 | 11/29/18 |
| 27 | 950000167 | 6/29/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 6/6/18 | 8/16/18 | 8/9/18 | 8/29/18 | 11/28/18 |
| 28 | 100013111 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 7/17/18 | 8/16/18 | Stayed by Audit | 8/29/18 | 10/12/18 |
| 29 | 100013967 | 7/6/17 | 9/25/17 | | 12/18/17 Deficiency Response | 11/17/17 | 2/16/18 | 3/23/18 | 03/30/18 Req for Additional Document | 4/26/18 | 8/2/18 | Stayed by Audit | | 8/29/18 | 11/28/18 |
| 30 | 100014232 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/23/18 | 04/18/18 Sent to AAP | 7/17/18 | 8/16/18 | Stayed by Audit | 8/29/18 | 11/28/18 |
| 31 | 100014253 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 8/14/18 | Stayed by Audit | | 8/29/18 | 11/28/18 |
| 32 | 100014709 | 6/28/17 | 07/18/17 Changed to PR | 8/24/17 | 12/18/17 | 11/17/17 | 2/16/18 | 3/23/18 | 3/30/18 | 04/18/18 Sent to AAP | 7/17/18 | 8/16/18 | Stayed by Audit | 8/29/18 | 11/28/18 |