# EXHIBIT 2



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CLAIM PACKAGE DEFICIENCY
DATE OF NOTICE: **July 18, 2017**
CURE DEADLINE: **November 15, 2017**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| Settlement Program ID | 900003916 |
| Name: | First             M.I.             Last |
| Settlement Class Member Type | Retired NFL Football Player |
| Primary Counsel | X1Law, PA |

### II. EXPLANATION OF DEFICIENCY(IES)

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. Your Claim Package is missing documents or information required by Section 8.2(a) of the Settlement Agreement.

This Notice explains what is missing and what you may do to address the issue. We can help if you have questions. To cure the issues identified in this Notice, click the Respond to Notice of Claim Package Deficiency button on your secure online portal and follow the instructions provided to upload the information identified below. If you already have provided us with the missing information, let us know because we may have received it after conducting the review that generated this notice.

The following requires attention before we can act further:

| | What is Missing | How to Address this Item |
|---|---|---|
| 1. | You did not submit any medical records from the physician who signed the Diagnosing Physician Certification Form and examined the Retired NFL Football Player. | Click the Respond to Deficiency button, go to Section 3 for Medical Records, click on the Upload Medical Records button and follow the instructions to upload medical records reflecting the Qualifying Diagnosis. Make sure the records are from the same physician who signed the Diagnosing Physician Certification Form. If the wrong physician signed the Diagnosing Physician Certification Form, go to Section 2 for the Diagnosing Physician Certification Form, click on the Upload Diagnosing Physician Certification Form button and follow the instructions to upload a new Diagnosing Physician Certification Form signed by the diagnosing physician reflected in the medical records. |

| | | |
|---|---|---|
| 2. | Your medical records did not show any neuropsychological testing for evidence of cognitive decline from a previous level of performance in the required number and type of cognitive domains (complex attention, executive function, learning and memory, language, and perceptual-spatial). | Click the Respond to Deficiency button, go to Section 3 for Medical Records, click on the Upload Medical Records button and follow the instructions to upload medical records reflecting the Qualifying Diagnosis. For a Qualifying Diagnosis of Level 1.5 Neurocognitive Impairment or Level 2 Neurocognitive Impairment, the diagnosis must meet the criteria set forth in Settlement Agreement Exhibit 1, subsections 1(a)(i)-(iv) or 2(a)(i)-(iv), for diagnoses through the BAP and must otherwise be based on evaluation and evidence generally consistent with the diagnostic criteria set forth in those subsections for diagnoses made outside of the BAP. The medical records must include evidence that these diagnostic criteria were followed. |
| 3. | Your medical records indicate that the diagnosing physician did not consider documentary evidence of functional impairment for a Qualifying Diagnosis of Level 1.5 or 2 Neurocognitive Impairment. The Settlement Agreement requires that pre-Effective Date Qualifying Diagnoses of Level 1.5 or 2 Neurocognitive Impairment be based on evidence and evaluation generally consistent with Exhibit A-1, subsections 1(a)(iii) and 2(a)(iii). These sections contemplate that the Retired NFL Football Player's functional impairment be corroborated by documentary evidence, such as medical records or employment records from before the date of the Qualifying Diagnosis, the sufficiency of which will be determined by the physician making the Qualifying Diagnosis. If no such corroborating documentary evidence exists, the Settlement Agreement contemplates that functional impairment be corroborated by a sworn statement from a person familiar with the Retired NFL Football Player's condition (other than the player or his family members). | Click the Respond to Deficiency button, go to Section 3 for Medical Records, click on the Upload Medical Records button and follow the instructions to upload medical records reflecting the Qualifying Diagnosis that show that the diagnosing physician considered documentary evidence of functional impairment. Make sure you also submit that evidence with your response. If you need to submit a third-party sworn affidavit from a person familiar with the Retired NFL Football Player's condition, go to https://www.nflconcussionsettlement.com/Forms.aspx to download a copy of this affidavit. |
| 4. | Settlement Agreement Exhibit A-1 requires that the Retired NFL Football Player exhibit functional impairment generally consistent with the criteria set forth in the National Alzheimer's Coordinating Center's Clinical Dementia Rating (CDR) scale Category 1.0 (for Level 1.5 Neurocognitive Impairment) or Category 2.0 (for Level 2 Neurocognitive Impairment) in the areas of Community Affairs, Home & Hobbies, and Personal Care. Your medical records do not indicate that the diagnosing physician evaluated functional impairment in the area of Community Affairs. | Click the Respond to Deficiency button, go to Section 3 for Medical Records, click on the Upload Medical Records button and follow the instructions to upload medical records reflecting the Qualifying Diagnosis. For a Qualifying Diagnosis of Level 1.5 Neurocognitive Impairment or Level 2 Neurocognitive Impairment, the diagnosis must meet the criteria set forth in Settlement Agreement Exhibit 1 (subsections 1(a)(i)-(iv) or 2(a)(i)-(iv)) for diagnoses through the BAP, or must otherwise be based on evaluation and evidence generally consistent with the diagnostic criteria set forth in those subsections for diagnoses made outside of the BAP. The medical records must include evidence that these diagnostic criteria were followed. If the medical records you provide modify the date of the Qualifying Diagnosis, you must submit a new Diagnosing Physician Certification Form and update the Claim Form to reflect that new date. |

| | | |
|---|---|---|
| 5. | Settlement Agreement Exhibit A-1 requires that the Retired NFL Football Player exhibit functional impairment generally consistent with the criteria set forth in the National Alzheimer's Coordinating Center's Clinical Dementia Rating (CDR) scale Category 1.0 (for Level 1.5 Neurocognitive Impairment) or Category 2.0 (for Level 2 Neurocognitive Impairment) in the areas of Community Affairs, Home & Hobbies, and Personal Care. Your medical records do not indicate that the diagnosing physician evaluated functional impairment in the area of Personal Care. | Click the Respond to Deficiency button, go to Section 3 for Medical Records, click on the Upload Medical Records button and follow the instructions to upload medical records reflecting the Qualifying Diagnosis. For a Qualifying Diagnosis of Level 1.5 Neurocognitive Impairment or Level 2 Neurocognitive Impairment, the diagnosis must meet the criteria set forth in Settlement Agreement Exhibit 1 (subsections 1(a)(i)-(iv) or 2(a)(i)-(iv)) for diagnoses through the BAP, or must otherwise be based on evaluation and evidence generally consistent with the diagnostic criteria set forth in those subsections for diagnoses made outside of the BAP. The medical records must include evidence that these diagnostic criteria were followed. If the medical records you provide modify the date of the Qualifying Diagnosis, you must submit a new Diagnosing Physician Certification Form and update the Claim Form to reflect that new date. |

### III. HOW TO RESPOND TO THIS NOTICE

By the Cure Deadline stated above, send us the missing information identified in Section II. If you do not respond in full on or before the Cure Deadline, we will have to assess your claim based on the materials we have, which could lead to a lower Monetary Award or denial of your claim in its entirety.

You have 120 days to respond to this Notice and provide the missing information. We will wait the full 120 days to re-review your claim, unless you click the Submit Claim Package for Review button to confirm that your response is complete and we may continue to review your claim.

Submit the requested information using your secure online portal to upload additional documents.

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.