# EXHIBIT

# 6

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950001367 |

| | First | M.I. | Last |
|---|---|---|---|
| **Name** | ██████ | | ██████ |

| | |
|---|---|
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100000328 |

| | First | M.I. | Last |
|---|---|---|---|
| **Name** | ████ | | ███████ |

| | |
|---|---|
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 900000835 |
| **Name** | First ████████    M.I.    Last ████████ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*

No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100000978 |
| **Name** | First ▮▮▮   M I   Last ▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100001053 |
| **Name** | First ███████  M.I.  Last ███████ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 900003656 |
| **Name** | First ▮▮▮▮  M.I.  Last ▮▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: March 23, 2018

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100002971 |
| **Name** | First       M.I.       Last |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

## I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 900003916 |
| **Name** | First ▇▇▇  M.I.  Last ▇▇▇ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

## II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

## I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| Settlement Program ID | 900005730 |
| Name | First ██████ M.I. Last ██████ |
| Settlement Class Member Type | Retired NFL Football Player |
| Lawyer | X1Law, PA |

## II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100004998 |
| **Name**     First ███████     M.I.     Last ███████ | |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

## I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100005793 |
| **Name** | First ▇▇▇▇     M.I.     Last ▇▇▇▇ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

## II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100006318 |
| **Name** | First ▐  M.I.  Last ▐ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.



# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

## I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100006364 |
| **Name** | First ███████  M.I.  Last ████████ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

## II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100006825 |
| **Name** | First ▓▓▓▓ M.I. Last ▓▓▓▓ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.



# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*

No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 900009395 |
| **Name** | First [REDACTED]    M.I.    Last [REDACTED] |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 110020412 |
| **Name** | First ▮▮▮▮  M.I.  Last ▮▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 900009941 |
| **Name** | First ▮▮▮▮▮  M.I.  Last ▮▮▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.



# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

## I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950000168 |
| **Name** | First ▮▮▮▮  M.I.  Last ▮▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

## II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 900011914 |
| **Name** | First ▮▮▮▮  M.I.  Last ▮▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100009522 |
| **Name** | First ███    M.I.    Last ███ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program.  We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact.  We will resume processing your claim from the point at which we suspended review because of the Audit.  If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process.  We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100010585 |
| **Name** | First ████  M.I.  Last ████ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program.  We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact.  We will resume processing your claim from the point at which we suspended review because of the Audit.  If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process.  We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100010859 |
| **Name** | First ▮▮▮▮  M.I. ▮  Last ▮▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100011009 |
| **Name** | First ██████████   M.I. ████   Last ██████████ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.



# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100011127 |
| **Name** | First ▮▮▮▮  M.I.  Last ▮▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*

No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100012053 |
| **Name** | First ████  M.I.  Last ████ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100012125 |
| **Name** | First ▮▮▮▮  M.I.  Last ▮▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

## I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950000167 |
| **Name** | First ■■■■■  M.I.  Last ■■■■■ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

## II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100013111 |
| **Name** | First ▮▮▮▮▮   M.I. ▮▮▮▮▮ Last ▮▮▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

 **CONCUSSION SETTLEMENT**

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100013967 |
| **Name** | First ▮▮▮  M.I.  Last ▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100014232 |
| **Name** | First ▮▮▮   M.I.   Last ▮▮▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100014253 |
| **Name** First ▉▉▉▉ M.I. Last ▉ | |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.



# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF CONCLUDED AUDIT
### DATE OF NOTICE: **March 23, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 100014709 |

| | First | M.I. | Last |
|---|---|---|---|
| **Name** | ███████ | | ███████ |

| | |
|---|---|
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | X1Law, PA |

### II. REMOVAL OF CLAIM FROM AUDIT

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We previously told you that your claim was in Audit under Section 10.3 of the Settlement Agreement and the Rules Governing the Audit of Claims ("Audit Rules") adopted by the Special Masters.

Under Audit Rule 14, this Notice is to inform you that we have concluded our Audit of your claim and determined that there is not a reasonable basis to conclude that there has been a misrepresentation, omission, or concealment of a material fact. We will resume processing your claim from the point at which we suspended review because of the Audit. If we already have issued a determination notice for your claim and the deadline to appeal the determination had not yet expired when we began the Audit, or if you had already appealed the determination, we have preserved your right to appeal or stayed the appeal process. We soon will issue a new determination notice for any claim not yet in the appeal process, and for any claim in the appeal process, we will resume processing the appeal.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need help. If you are unrepresented and have questions about this Notice, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com, where you can read or download the Rules Governing the Audit of Claims, Frequently Asked Questions about the Settlement, the complete Settlement Agreement and other helpful materials.