# EXHIBIT 7



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF PRELIMINARY REVIEW
DATE OF NOTICE: **March 30, 2018**
RESPONSE DEADLINE: **July 30, 2018**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| Settlement Program ID | 900003916 |
| Name: | First / M.I. / Last |
| Settlement Class Member Type | Retired NFL Football Player |
| Primary Counsel | X1Law, PA |

### II. WHY AM I RECEIVING THIS NOTICE?

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. We reviewed your claim as mandated by Section 8.4 of the Settlement Agreement. The table below shows the result of that review.

Exhibit A-1 to the Settlement Agreement requires that Qualifying Diagnoses of Level 1.5 and 2 Neurocognitive Impairment made outside of the Baseline Assessment Program ("BAP") be "generally consistent" with the BAP requirements for Level 1.5 and 2 Diagnoses. Your claim is based on such a Qualifying Diagnosis made before the Effective Date of the Settlement. Under Section 6.4 of the Settlement Agreement, an Appeals Advisory Panel ("AAP") member must review your claim. In this Notice, we point out medical records and supporting evidence that are not present in your file but that you may wish to provide before we send your claim to the AAP member. However, if you prefer to have the AAP member review your Claim Package as submitted, or do not have such records and supporting evidence, you can let us know by following the instructions described in Section III of this Notice and we will send it to the AAP member for review. This Notice also may show certain items that must be addressed before we send your claim to the AAP member. The third column in the table labeled "Required to Send Claim to AAP?" indicates whether you have to submit the requested information or document before we can send the Claim Package to the AAP member (marked with Yes) or whether you can direct us to forward it to the AAP without the item (marked with No).

| | Issue | How to Address this Item | Required to Send Claim to AAP? |
|---|---|---|---|
| 1. | Your medical records did not show any neuropsychological testing for evidence of cognitive decline from a previous level of performance in the required number and type of cognitive domains (complex attention, executive function, learning and memory, language, and perceptual-spatial). | Click the Respond button, go to Section 3 for Medical Records, click on the Upload Medical Records button and follow the instructions to upload records showing neuropsychological testing for evidence of cognitive decline. For a Qualifying Diagnosis of Level 1.5 Neurocognitive Impairment or Level 2 Neurocognitive Impairment made through the BAP, the diagnosis must meet the criteria set forth in Settlement Agreement Exhibit 1, subsections 1(a)(i)-(iv) or 2(a)(i)-(iv). Diagnoses made outside of the BAP must be based on evaluation and evidence generally consistent with the BAP diagnostic criteria set forth in Exhibit 1. | No |

| | | | |
|---|---|---|---|
| 2. | Your medical records indicate that the diagnosing physician did not consider documentary evidence of functional impairment for a Qualifying Diagnosis of Level 1.5 or 2 Neurocognitive Impairment. The Settlement Agreement requires that pre-Effective Date Qualifying Diagnoses of Level 1.5 or 2 Neurocognitive Impairment be based on evidence and evaluation generally consistent with Exhibit A-1, subsections 1(a)(iii) and 2(a)(iii). These sections contemplate that the Retired NFL Football Player's functional impairment be corroborated by documentary evidence, such as medical records or employment records from before the date of the Qualifying Diagnosis, the sufficiency of which will be determined by the physician making the Qualifying Diagnosis. If no such corroborating documentary evidence exists, the Settlement Agreement contemplates that (a) there must be evidence of moderate to severe (for Level 1.5) or severe (for Level 2) cognitive decline from a previous level of performance in the executive function or learning and memory cognitive domain, plus at least one other cognitive domain, and (b) functional impairment be corroborated by a sworn statement from a person familiar with the Retired NFL Football Player's condition (other than the player or his family members). The sworn statement must be dated on or before the date of the Qualifying Diagnosis. | Click the Respond button, go to Section 3 for Medical Records, click on the Upload Medical Records button and follow the instructions to upload records showing that the diagnosing physician considered documentary evidence of functional impairment dated on or before the date of the Qualifying Diagnosis. Make sure you also submit the documentary evidence or sworn statement with your response. This corroborating documentary evidence or sworn statement must be dated on or before the date of the Qualifying Diagnosis. If the documentary evidence you provide modifies the date of the Qualifying Diagnosis, you must submit a new Diagnosing Physician Certification Form and update the Claim Form to reflect that new date. If the updated Qualifying Diagnosis date is after the January 7, 2017 Effective Date, the Qualifying Diagnosis can be made only by a Qualified MAF Physician, except that a Qualifying Diagnosis of Level 1.5 Neurocognitive Impairment or Level 2 Neurocognitive Impairment may also be made by Qualified BAP Providers. Go to https://www.nflconcussionsettlement.com for a list of Qualified MAF Physicians or to schedule a baseline assessment examination. If you receive a new Qualifying Diagnosis from a Qualified MAF Physician or Qualified BAP Providers, you must submit a new MAF or BAP Diagnosing Physician Certification Form (and any corresponding medical records reflecting that Qualifying Diagnosis). | No |
| 3. | Your medical records did not indicate neuropsychological testing was performed on or before the date of the Qualifying Diagnosis for performance validity. | Click the Respond button, go to Section 3 for Medical Records, click on the Upload Medical Records button and follow the instructions to upload records indicating that neuropsychological testing was performed on or before the date of the Qualifying Diagnosis for performance validity. For a Qualifying Diagnosis of Level 1.5 Neurocognitive Impairment or Level 2 Neurocognitive Impairment made through the BAP, the diagnosis must meet the criteria set forth in Settlement Agreement Exhibit 1, subsections 1(a)(i)-(iv) or 2(a)(i)-(iv). Diagnoses made outside of the BAP must be based on evaluation and evidence generally consistent with the BAP diagnostic criteria set forth in Exhibit 1. The medical records must include evidence that these diagnostic criteria were followed. | No |

| | | | |
|---|---|---|---|
| 4. | Your medical records did not indicate neuropsychological testing was performed on or before the date of the Qualifying Diagnosis for premorbid intellectual ability. | Click the Respond button, go to Section 3 for Medical Records, click on the Upload Medical Records button and follow the instructions to upload records indicating that neuropsychological testing was performed on or before the date of the Qualifying Diagnosis for premorbid intellectual ability. For a Qualifying Diagnosis of Level 1.5 Neurocognitive Impairment or Level 2 Neurocognitive Impairment made through the BAP, the diagnosis must meet the criteria set forth in Settlement Agreement Exhibit 1, subsections 1(a)(i)-(iv) or 2(a)(i)-(iv). Diagnoses made outside of the BAP must be based on evaluation and evidence generally consistent with the BAP diagnostic criteria set forth in Exhibit 1. The medical records must include evidence that these diagnostic criteria were followed. | No |
| 5. | Your medical records did not indicate neuropsychological testing was performed on or before the date of the Qualifying Diagnosis for mental health assessment. | Click the Respond button, go to Section 3 for Medical Records, click on the Upload Medical Records button and follow the instructions to upload records indicating that neuropsychological testing was performed on or before the date of the Qualifying Diagnosis for mental health assessment. For a Qualifying Diagnosis of Level 1.5 Neurocognitive Impairment or Level 2 Neurocognitive Impairment made through the BAP, the diagnosis must meet the criteria set forth in Settlement Agreement Exhibit 1, subsections 1(a)(i)-(iv) or 2(a)(i)-(iv). Diagnoses made outside of the BAP must be based on evaluation and evidence generally consistent with the BAP diagnostic criteria set forth in Exhibit 1. The medical records must include evidence that these diagnostic criteria were followed. | No |

### III. ADDITIONAL EXPLANATION OF WHAT IS MISSING

Your medical records did not show neuropsychological testing for evidence of cognitive decline from a previous level of performance in the required number and type of cognitive domains.

Your medical records indicate that the diagnosing physician, Dr. Mircea Morariu, Sr. did not consider documentary evidence of functional impairment.

Your medical records did not indicate neuropsychological testing was performed on or before the date of the Qualifying Diagnosis for performance validity, premorbid intellectual ability, and mental health assessment

### IV. HOW TO RESPOND TO THIS NOTICE

For any items shown in Section II with a Yes in the "Required to Send Claim to AAP?" column, you need to send us the information or documents to cure the issue on or before the Response Deadline stated at the top of the Notice. If you have any items in Section II with a No, you may send us the requested information or documents, or elect instead to have the AAP member review the Claim Package without those materials. If you have both Yes and No items in Section II, you must respond to all Yes items before we will send the Claim Package to the AAP member, but you have the option whether to respond to any No items.

If you are submitting any new documents or information, you may do so using your secure online portal by clicking the Respond to Notice of Preliminary Review button, which will take you to the Claim Package submission screens that you used to submit the claim to us. After you have finished supplementing your Claim Package or uploading new documents, click the Submit Claim Package for Review button at the bottom of the screen. We will review the Claim Package again using the new information or documents to see if it is ready to send to the AAP member.

If all items in Section II have a No in the "Required to Send Claim to AAP?" column and you want the AAP member to review your Claim Package as submitted without the additional materials, or do not have such records and supporting evidence, you can click the Send to AAP for Review button on your secure online portal and we will present your Claim Package to the assigned AAP member. The Send to AAP for Review button will not be available to you if there are any Yes items in Section II, which means you must supplement your Claim Package as described above to cure those items before we will send your Claim Package to the assigned AAP member.

You have 120 days to respond to this Notice and/or provide the requested information or documents. We will wait the full 120 days to re-review your Claim Package unless you (1) click the Submit Claim Package for Review button to confirm that you have finished responding, or (2) click the Send to AAP for Review button if it is available. If you do not take action on or before the Response Deadline, we or the assigned AAP member will assess your Claim Package based on the materials you already provided.

### V. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.