# EXHIBIT 13

**From:** James Hoban
**To:** Sharon Seldow; Pat Tighe
**Subject:** RE: NFL Audit
**Date:** September 04, 2018 3:30:15 PM

Good afternoon,

I clarified that we are conducting an Audit of the player's diagnosis, as well as representations the player made to his healthcare providers. Rule #8 of The Rules Governing the Audit of Claims ("Audit Rules") states that we may place a claim in Audit at any time. There is nothing prohibiting us from conducting more than one Audit of a claim. If we are able to conclude this Audit, we will issue a Notice of Concluded Audit. If we determine that there is a reasonable basis to support any findings that there has been misrepresentation, omission or concealment, we will issue an Audit Report and recommend referral to the Special Masters.

**From:** James Hoban
**Sent:** Tuesday, September 04, 2018 12:42 PM
**To:** 'sharon@x1law.com' <sharon@x1law.com>; Pat Tighe <pat@x1law.com>
**Subject:** NFL Audit -

Good afternoon,

As the Claims Administrator under the NFL Concussion Class Action Settlement Agreement, we are conducting an audit of            s Monetary Award claim (SPID 100010859). As a part of that audit, we ask that you:

1. Answer the attached audit questions and provide the requested documentation;
2. Complete and submit to us the attached IRS Form 4506-T; and
3. Complete and submit to us the attached NFL Disability Plan Authorization Form.

Please complete each of these items within 15 days of this request.

Pursuant to Rule 10 of the Rules Governing the Audit of Claims adopted by the Special Masters appointed by the federal court overseeing this Settlement, any request for information from us has the force and effect of a subpoena under Rule 45 of the Federal Rules of Civil Procedure. You must respond to these questions and provide all information and documents requested in detail. If you do not understand a question or request for some reason, then contact us and we will explain. If you fail to respond in full to these questions and provide the requested documents within 15 days, the Monetary Award claims subject to this Audit investigation will be held until complete information and documents are provided. Objections and incomplete answers can lead to the denial of the claims.

**James J. Hoban**
Law Firm Contact
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 214-2839 Ext. 7828#

Facsimile: (804) 521-7299
www.browngreer.com

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.