UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Marvin Fleming, et al. v. National Football League, et al. (Plaintiffs Albert Dixon and Charlene Frost-Dixon ONLY)<br><br>Court File No. 2:13-cv-51-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ALBERT DIXON AND CHARLENE FROST-DIXON** |

Charles S. Zimmerman, J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Albert Dixon and Charlene Frost-Dixon only in this action, and state as follows:

1.  Plaintiffs' counsel filed the action *Marvin Fleming, et al. v. National Football League, et al.*, No. 2:13-cv-51-AB, in the Eastern District of Pennsylvania on January 4, 2013, for the benefit of several retired National Football League players, including Albert Dixon and Charlene Frost-Dixon.

2.  Plaintiffs' counsel filed a short form complaint for Albert Dixon and Charlene Frost-Dixon on January 10, 2013.

3. Since then, irreconcilable differences have arisen between Plaintiffs Albert Dixon, Charlene Frost-Dixon, and the undersigned.

4. Plaintiffs' counsel properly notified Albert Dixon and Charlene Frost-Dixon of counsel's intention to withdraw from representing them in this matter.

5. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Albert Dixon and Charlene Frost-Dixon only in Court File No. 2:13-cv-51-AB.

Dated: February 25, 2019                    Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Brian C. Gudmundson
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com