UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al. (Plaintiff Thomas Hendricks ONLY)<br><br>Court File No. 12-cv-2219-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, attorney for the Plaintiff Thomas Hendricks in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Thomas Hendricks.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  February 25, 2019

Respectfully submitted,

ZIMMERMAN REED LLP


 s/ Brian C. Gudmundson
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served

via the Electronic Case Filing (ECF) system in the United States District Court for the

Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  February 25, 2019                                  ZIMMERMAN REED LLP


                                                            s/ Brian C. Gudmundson
                                                           Charles S. Zimmerman (#120054)
                                                           J. Gordon Rudd, Jr. (#222082)
                                                           Brian C. Gudmundson (#336695)
                                                           Michael J. Laird (#0398436)
                                                           1100 IDS Center, 80 South 8th Street
                                                           Minneapolis, MN  55402
                                                           Telephone: (612) 341-0400
                                                           Facsimile: (612) 341-0844
                                                           Charles.Zimmerman@zimmreed.com
                                                           Gordon.Rudd@zimmreed.com
                                                           Brian.Gudmundson@zimmreed.com
                                                           Michael.Laird@zimmreed.com