UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiff Lemuel Stinson ONLY)<br><br>Court File No. 2:12-cv-4185-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF LEMUEL STINSON** |

Charles S. Zimmerman, J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiff's Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Lemuel Stinson only in this action, and state as follows:

1.  Plaintiff's counsel filed the action *Robert Holt, et al. v. National Football League, et al.*, No. 2:12-cv-4185-AB, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including Lemuel Stinson.

2.  Plaintiff's counsel filed a short form complaint for Lemuel Stinson on August 20, 2012.

3. Since then, irreconcilable differences have arisen between Plaintiff Lemuel Stinson and the undersigned.

4. Plaintiff's counsel properly notified Lemuel Stinson of counsel's intention to withdraw from representing him in this matter.

5. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiff's counsel respectfully requests this Court for leave to withdraw as counsel for Lemuel Stinson only in Court File No. 2:12-cv-4185-AB.

Dated:  February 25, 2019                           Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Brian C. Gudmundson
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com