UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>LANCE JOHNSTONE, PLAINTIFF<br><br>Case No. 2:12-cv-04632-AB | |

## NOTICE OF ATTORNEYS' LIEN

COMES NOW, Attorney Wendy R. Fleishman and Lieff Cabraser Heimann & Bernstein, LLP, in the above named and numbered cause of action, and hereby notify this Court and all parties that, Wendy R. Fleishman and Lieff Cabraser Heimann & Bernstein, LLP have an attorneys' lien in this case for reasonable contingent attorneys' fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Lance Johnstone.

Dated: February 26, 2019       Respectfully submitted,

                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                    By:   */s/ Wendy R. Fleishman*

                                    Wendy R. Fleishman (WF3017)
                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                    250 Hudson Street, 8th Floor
                                    New York, NY  10013-1413
                                    Telephone:  (212) 355-9500
                                    Facsimile:   (212) 355-9592
                                    wfleishman@lchb.com

Header: Case 2:12-md-02323-AB Document 10463 Filed 02/26/19 Page 2 of 2

## CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this February 26, 2019.

*/s/ Wendy R. Fleishman*

Wendy R. Fleishman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592