UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>QUINN GRAY, PLAINTIFF<br><br>Case No. 2:12-cv-04632-AB | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |

## NOTICE OF ATTORNEYS' LIEN

COMES NOW, Attorney Wendy R. Fleishman and Lieff Cabraser Heimann & Bernstein, LLP, in the above named and numbered cause of action, and hereby notify this Court and all parties that, Wendy R. Fleishman and Lieff Cabraser Heimann & Bernstein, LLP have an attorneys' lien in this case for reasonable contingent attorneys' fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Quinn Gray.

Dated: February 26, 2019

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   */s/ Wendy R. Fleishman*

Wendy R. Fleishman (WF3017)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592
wfleishman@lchb.com

1504101.1

## CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this February 26, 2019.

                                                         */s/ Wendy R. Fleishman*

                                                         Wendy R. Fleishman
                                                         LIEFF CABRASER HEIMANN &
                                                         BERNSTEIN, LLP
                                                         250 Hudson Street, 8th Floor
                                                         New York, NY  10013-1413
                                                         Telephone:  (212) 355-9500
                                                         Facsimile:   (212) 355-9592