UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ROBERT HICKS, PLAINTIFF<br><br>Case No. 2:13-cv-02244-AB | |

## PETITION TO ESTABLISH ATTORNEYS' LIEN

NOW COMES the Petitioner, Wendy R. Fleishman, Esquire for Lieff Cabraser Heimann & Bernstein, LLP, ("LCHB") pursuant to an executed retained agreement, and states:

1. Petitioner is an attorney at law admitted to practice before the Courts of the Commonwealth of Pennsylvania and the federal court in the Eastern District of Pennsylvania; and respectfully submits this Petition to establish a lien for attorneys' fees and expenses as explained below.

2. Petitioner was retained by the Plaintiff, Robert Hicks (the "Client" or the "Plaintiff"), pursuant to a contingent fee agreement, to pursue a claim for injuries and damages against the National Football League (the "NFL"), and any other entities who are or may be legally liable or responsible, in whole or in part, for injuries incurred by the Plaintiff as a result of head injuries and concussions sustained while playing professional football in the NFL.

3. When Petitioner entered into contract with the Plaintiff, Petitioner entered into the risk and expense of the litigation before any settlement discussions had been held.

4. On January 4, 2017, after the Petitioner concluded the work outlined in ¶ 5, and after arranging both neurological and neuropsychological testing for Mr. Hicks and arranging for

1523442.1

transportation and accommodations, Petitioner received an email from Mr. Hicks, that Plaintiff is represented by a different lawyer in this matter.

5. The Petitioner was not terminated by the Plaintiff for cause nor due to any malfeasance or other improper action on the part of the Petitioner.

WHEREFORE, the Petitioner prays:

1. An attorneys' lien be determined based upon the time for professional fees incurred and reimbursement of expenses advanced on behalf of Plaintiff in the amount of $2,661.08;

2. The lodestar for work performed is $643.50;

3. The expenses advanced on behalf of Plaintiff are $1,869.60;

4. Miscellaneous expenses including fax, printing, telephone, experts and Federal Express in the amount of $147.98. The cost breakdown is attached as Exhibit A;

5. The Court order that Petitioner be entitled to enforce an attorneys' lien against the proceeds to be derived from any settlement or judgment in this action;

6. The Claims Administrator be prohibited from paying to the Plaintiff any sums of money until this attorneys' lien has been satisfied; and

7. For such other further relief as this Court deems just and proper.

Dated: February 26, 2019　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

　　　　　　　　　　　　　　　　　　By:　　*/s/ Wendy R. Fleishman*

　　　　　　　　　　　　　　　　　　Wendy R. Fleishman (WF3017)
　　　　　　　　　　　　　　　　　　LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
　　　　　　　　　　　　　　　　　　250 Hudson Street, 8th Floor
　　　　　　　　　　　　　　　　　　New York, NY  10013-1413
　　　　　　　　　　　　　　　　　　Telephone:  (212) 355-9500
　　　　　　　　　　　　　　　　　　Facsimile:   (212) 355-9592
　　　　　　　　　　　　　　　　　　wfleishman@lchb.com

## CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this February 26, 2019.

                                        */s/ Wendy R. Fleishman*

                                        Wendy R. Fleishman
                                        LIEFF CABRASER HEIMANN &
                                        BERNSTEIN, LLP
                                        250 Hudson Street, 8th Floor
                                        New York, NY  10013-1413
                                        Telephone:  (212) 355-9500
                                        Facsimile:  (212) 355-9592

# EXHIBIT A

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on  11/07/2018 10:26:01 AM

Current = 11/01/18 To 11/07/18
Matter-to-Date = Inception To Present

**NFL HEAD INJURY - HICKS, ROBERT AND SHAUNETTE**

Matter Number: 3554-0067

### Soft Costs Incurred

|  | Current | Matter-to-Date |
|---|---|---|
| Fax | $0.00 | $2.00 |
| Print | $0.00 | $9.20 |
| Telephone | $0.00 | $21.42 |
| **Total Soft Costs:** | **$0.00** | **$32.62** |

### Hard Costs Incurred

|  | Current | Matter-to-Date |
|---|---|---|
| Experts/Consultants | $0.00 | $1,869.60 |
| Federal Express/Messenger | $0.00 | $115.36 |
| **Total Hard Costs:** | **$0.00** | **$1,984.96** |
| **Total Matter Costs:** | **$0.00** | **$2,017.58** |
| **Total Cost Receipts:** | **$0.00** | **$0.00** |
| **Net Costs:** | **$0.00** | **$2,017.58** |