UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: TONY MCCOMBS, PLAINTIFF Case No. 2:12-cv-06774-AB | |

### NOTICE OF ATTORNEYS' LIEN

COMES NOW, Attorney Wendy R. Fleishman and Lieff Cabraser Heimann & Bernstein, LLP, in the above named and numbered cause of action, and hereby notify this Court and all parties that, Wendy R. Fleishman and Lieff Cabraser Heimann & Bernstein, LLP have an attorneys' lien in this case for reasonable contingent attorneys' fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Tony McCombs.

Dated: February 26, 2019         Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:     */s/ Wendy R. Fleishman*

Wendy R. Fleishman (WF3017)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592
wfleishman@lchb.com

1504105.1

## CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this February 26, 2019.

                        */s/ Wendy R. Fleishman*

                        Wendy R. Fleishman
                        LIEFF CABRASER HEIMANN &
                        BERNSTEIN, LLP
                        250 Hudson Street, 8th Floor
                        New York, NY  10013-1413
                        Telephone:  (212) 355-9500
                        Facsimile:  (212) 355-9592