UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>KEYONTA MARSHALL, PLAINTIFF<br><br>Case No. (Unknown) | |

**NOTICE OF ATTORNEYS' LIEN**

COMES NOW, Attorney Wendy R. Fleishman and Lieff Cabraser Heimann & Bernstein, LLP, in the above named and numbered cause of action, and hereby notify this Court and all parties that, Wendy R. Fleishman and Lieff Cabraser Heimann & Bernstein, LLP have an attorneys' lien in this case for reasonable contingent attorneys' fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Keyonta Marshall.

Dated: February 26, 2019            Respectfully submitted,

                                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                                            By:      */s/ Wendy R. Fleishman*

                                                            Wendy R. Fleishman (WF3017)
                                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                                            250 Hudson Street, 8th Floor
                                                            New York, NY  10013-1413
                                                            Telephone:  (212) 355-9500
                                                            Facsimile:   (212) 355-9592
                                                            wfleishman@lchb.com

1526627.1

## CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this February 26, 2019.

                                        */s/ Wendy R. Fleishman*

                                        Wendy R. Fleishman
                                        LIEFF CABRASER HEIMANN &
                                        BERNSTEIN, LLP
                                        250 Hudson Street, 8th Floor
                                        New York, NY  10013-1413
                                        Telephone:  (212) 355-9500
                                        Facsimile:  (212) 355-9592