1  Rudy Nolen, State Bar No. 059808
   **NOLEN LAW FIRM**
2  1501 28th Street
   Sacramento, California 95816
3  Telephone: (916) 733-0600
4  Facsimile: (916) 733-0601

5  Attorney for Lien Holder
   NOLEN LAW FIRM
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

10

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | CASE NO. 2:12-md-02323-AB<br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>            Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, Successor-in-interest to NFL Properties, Inc.,<br>            Defendants. | **NOLEN LAW FIRM'S NOTICE OF LIEN** |
| AND ALL RELATED ACTIONS. | |

22                          **NOTICE OF LIEN**

23      TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD, AND TO
24  ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:
25      PLEASE TAKE NOTICE THAT the undersigned law firm was formerly the attorney of
26  record for THOMAS K. WICKERT, and ceased its representation of THOMAS K. WICKERT on
27  September 28, 2018.
28      PLEASE TAKE NOTICE THAT by virtue of the written fee agreement with NOLEN

LAW FIRM, THOMAS K. WICKERT contracted to be bound by all the terms and conditions of his fee agreement with NOLEN LAW FIRM. Accordingly, NOLEN LAW FIRM has, and claims, the lien ahead of all others on THOMAS K. WICKERT'S claims and causes of action asserted herein, and on any judgment rendered in favor of THOMAS K. WICKERT, or recovery by THOMAS K. WICKERT, to secure payment for legal services rendered (and costs and expenses advanced on behalf of him) all in accordance with the terms of the aforementioned fee agreement.

Dated: November 20, 2018                                   **NOLEN LAW FIRM**

                                                  By:   /s/ *Rudy Nolen*
                                                         RUDY NOLEN
                                                         Attorney for Lien Holder
                                                         NOLEN LAW FIRM