UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRAIG CURRY,       Case Number: 2:12-md-02323-AB

    Plaintiff,      MDL No. 2323

v.

NATIONAL FOOTBALL LEAGUE, et al.,

    Defendants.
_____/

## NOTICE OF ATTORNEY'S LIEN

Petitioner, James Holliday, Esquire of Holliday Karatinos Law Firm, PLLC and Neurocognitive Football Lawyers, PLLC, has been the attorney representing Class Member, Craig Curry, from October 14, 2015 to the present in the above-entitled action and hereby notifies this Court and gives notice to all parties that they have a lien in this case for reasonable attorney's fees plus reasonable costs. Proof of the attorney's lien of James Holliday, Esquire of Holliday Karatinos Law Firm, PLLC and Neurocognitive Football Lawyers, PLLC will be submitted to the Claims Administrator.

Respectfully Submitted By: _____
JAMES W. HOLLIDAY
HOLLIDAY KARATINOS LAW FIRM, PLLC
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
722 East Fletcher Avenue
Tampa, Florida 33612
(813) 975-4444 (telephone)
(813) 975-4445 (telefax)
jimholliday@helpinginjuredpeople.com
ko@gibbsandparnell.com
Florida Bar No. 0045284

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the above-captioned matter.

_____
JAMES W. HOLLIDAY