**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br>  v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>       Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Podhurst Orseck, P.A. v. Turner Attorneys' Lien Dispute<br>(Doc. No. 7071) | |

## ORDER

  **AND NOW**, this 6th day of March, 2019, it is **ORDERED** that the Estate of Kevin Turner's Partial Motion to Strike Response of Podhurst Orseck, P.A. (ECF No. 10426) is **GRANTED**.

                     s/Anita B. Brody

                     _____
                     ANITA B. BRODY, J.

COPIES VIA ECF 3/6/2019