**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br>　　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Podhurst Orseck, P.A. v. Turner<br>Attorneys' Lien Dispute<br>(Doc. No. 7071)<br><br>Podhurst Orseck, P.A. v. Smith<br>Attorneys' Lien Dispute<br>(Doc. No. 7064)<br><br>Cummings, McClorey,<br>　Davis & Acho, PLC v. Johnson<br>Attorneys' Lien Dispute<br>(Doc. No. 7449) | |

**ORDER**

**AND NOW**, this 6TH day of March, 2019, it is **ORDERED** that after careful and independent consideration of the record, the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, the Objections by the Estate of Kevin Turner, the Objections by Steven A. Smith and Chie T. Smith, and the Responses of Podhurst Orseck, P.A. to the Objections, the Report and Recommendation is **APPROVED** and **ADOPTED**. Accordingly:

1. **As to the Lien filed by Podhurst against Turner (Doc. No. 7071):**

    (a) Podhurst shall receive 15½ % of the Monetary Award as its fee, subject to the 5% Holdback Request;

    (b) The remaining funds shall be distributed to Turner.

2. **As to the Lien filed by Podhurst against Smith (Doc. No. 7064):**

    (a) Podhurst shall receive 17 % of the Monetary Award as its fee, subject to the 5% Holdback Request;

    (b) The remaining funds shall be distributed to Smith.

3. **As to the Lien filed by CMDA against Johnson (Doc. No. 7449):**

    (a) CMDA shall receive 7½ % of the Monetary Award as its fee, subject to the 5% Holdback Request;

    (b) The remaining funds shall be distributed to Johnson.

The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

s/Anita B. Brody

ANITA B. BRODY, J.

COPIES VIA ECF 3/6/2019