UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: National Football League** | ) | Case No.: 2:12-md-02323-AB |
| **Players' Concussion** | ) | MDL No. 2323 |
| **Injury Litigation** | ) | |
| | ) | |
| This relates to: | ) | |
| | ) | |
| Plaintiffs' Master Administrative Long | ) | |
| Form Complaint (if applicable) | ) | **NOTICE OF** |
| | ) | **ATTORNEY'S LIEN** |
| **This document relates to:** | ) | |
| | ) | |
| **Reynaldo Hill** | ) | |
| Plaintiffs, USDC, EDPA, | ) | |
| Docket No. 2:12-cv-04635-AB | ) | |

Pursuant to the Court's continuing jurisdiction under the Court's Amended Final Approval Order and Judgment (ECF No. 6534), pursuant to the Court's April 4, 2017 order (ECF No. 7446), and as authorized under 28 U.S.C. § 636(b)(3), the Lienholder, Athlaw LLP, attorneys for the Plaintiffs in the above-entitled action, hereby notifies this Court and all parties that it has a lien in this case for reasonable attorney's fees, plus expenses. The Lienholder is appearing in this Court through local counsel, Kim Winston LLP.

Dated:  March 8, 2019

                                                         Respectfully submitted,

                                                         *s/ Firouzeh Nur-Vaccaro*
                                                         Firouzeh Nur-Vaccaro, Esq.
                                                         Pennsylvania Bar No. 312173

                                                         Kim Winston LLP
                                                         129 West Evesham Road
                                                         Voorhees, NJ 08043
                                                         Phone: (856) 520-8988
                                                         Fax: (914) 297-6660
                                                         firouzehnurvaccaro@kimwinston.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notice of such filing to counsel of record for all parties.

Dated: March 8, 2019             _s/ Firouzeh Nur-Vaccaro_
                                           Firouzeh Nur-Vaccaro, Esq.