## **CERTIFICATE OF SERVICE**

    I, Brad S. Karp, hereby certify that on the 13th day of March 2019, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated:  March 13, 2019          /s/ Brad S. Karp
                                               Brad S. Karp