# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br><br>Defendants. | **Hon. Anita B. Brody**<br><br><br>Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF
## TERRIANNE BENEDETTO AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 5.1(c), the undersigned, TerriAnne Benedetto of Seeger Weiss LLP, hereby withdraws her appearance as one of the attorneys of record for Plaintiffs in the above captioned-matter. Plaintiffs will continue to be represented by other counsel of record, including other attorneys with Seeger Weiss LLP, who continue their appearances.

Dated: March 15, 2019

Respectfully submitted,

*/s/ TerriAnne Benedetto*
TerriAnne Benedetto
SEEGER WEISS LLP
1515 Market Street, Suite 1380

Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029