# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                              Plaintiffs,<br>       v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                              Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Second Verified Petition of Co-Lead Class Counsel for Post-Effective Common Benefit Fees and Costs<br>(ECF No. 10374) | |

## **NOTICE**

The Court will hold a conference between the party who filed the Second Verified Petition of Co-Lead Class Counsel for an Award of Post-Effective Date Common Benefit Attorneys' Fees and Costs (ECF No. 10374) and the objector to the Petition on Tuesday, April 16, 2019 at 10:30 a.m. in chambers.

                                                  s/Anita B. Brody

                                                  _____
                                                  ANITA B. BRODY, J.

COPIES VIA ECF  3/18/2019