IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | | |

**MOTION FOR LEAVE TO AMEND RESPONSE BY THE CLAIMS ADMINISTRATOR TO MOTION BY X1LAW, PA, TO STOP AUDIT INVESTIGATIONS OF ITS CLAIMS**

BrownGreer PLC, the Court-appointed Claims Administrator of the Class Action Settlement Agreement in this litigation, respectfully moves for leave to file an Amended Response by the Claims Administrator to Motion by X1Law, PA, to Stop Audit Investigations of its Claims.  The proposed Amended Response is Attachment 1 to this Motion.

Since we filed our Response to the X1Law Motion on March 11, 2019 (Document No. 10488), we have detected three factual statements we would like to correct:

1. Page 6 of Filed Response (also page 6 of the Amended Response):  Our filed Response said that on February 20-21, 2018, an AAP member expressed to us serious concerns about Doctor 1.  Those dates were incorrect.  The AAP member told us these concerns on August 20 and 21, 2018.

2. Page 10 of Filed Response (also page 10 of the Amended Response):  Our Response stated that out of 51 X1Law clients with diagnoses from Doctor 1, 35 were in the normal function range on the MMSE, yet Doctor 1 had assigned a Qualifying Diagnosis to all 35 of them.  This read as if X1Law still represents all 51 of those players.  X1Law no longer represents two of the 51 players, but did so at the time of their diagnoses.  We have changed the statement and now explain in a footnote that one player who scored in the normal range on the MMSE is now represented by a different law firm, while one who scored in the range indicating possible mild dementia is now proceeding without counsel.

3. Pages 11-12 of Filed Response (now page 12 of the Amended Response):  Our filed Response explained that Doctor 1 assigned a Level 2 diagnosis to 30 X1Law players.  That was correct.  We said that all but six of those players were still working and that Doctor 1 gave Level 2 diagnoses to 24 of them despite their telling him they were still employed in some capacity at the time.  The Response then built upon these numbers in explaining CDR scores assigned by Doctor 1.  These numbers were off by one.  We have changed this paragraph to say correctly that all but seven players represented by X1Law were still working and that Doctor 1 gave Level 2 diagnoses to 23 of them despite their telling him they were still employed in some capacity at the time.  He recorded a CDR score of 2 in Community Affairs for 12 of these 23 Level 2 players; nine players did not receive specific scores for each CDR level but got an overall score of 2 from Doctor 1; the other two were given scores of 1 for each CDR level.

WHEREFORE, BrownGreer PLC asks that the Court grant this Motion and permit the filing of our Amended Response by the Claims Administrator to Motion by X1Law, PA, to Stop Audit Investigations of its Claims.  A proposed Order granting this relief is Attachment 2 to this Motion.  We pride ourselves on accuracy, efficiency and completeness.  We apologize to the Court and to the parties involved in this proceeding for having to make these corrections.

Respectfully submitted,

BROWNGREER PLC

By:  /s/ Orran L. Brown, Sr.
Orran L. Brown, Sr.
Virginia State Bar No. 25832
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7201
Facsimile: (804) 521-7299
Email:  obrown@browngreer.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record through the Court's ECF system on March 19, 2019.

/s/ Orran L. Brown, Sr.
Orran L. Brown, Sr.
Virginia State Bar No. 25832
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7201
Facsimile: (804) 521-7299
Email: obrown@browngreer.com