## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| | : | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: | : : | |
| ALL ACTIONS | : : | |

### [PROPOSED] ORDER

**AND NOW**, upon consideration of the Motion by the Claims Administrator for leave to amend its Response by the Claims Administrator to Motion by X1Law, PA, to Stop Audit Investigations of its Claims, it is hereby ORDERED that the Motion is **GRANTED** and the Amended Response tendered with the Motion for Leave is hereby accepted for filing as of the date of this Order.

**SO ORDERED** this _____ day of _____, 2019.

_____
Anita B. Brody
United States District Court Judge

# ATTACHMENT 2