UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER**

**AND NOW**, upon consideration of the Motion by the Retired NFL Players represented by XLaw, P.A. for an Extension of Time to file their Reply to the Response by the Claims Administrator to Motion by X1Law, P.A., to Stop Audit Investigations of its Claims, it is hereby ORDERED that the Motion is **GRANTED**, the Retired NFL Players shall have through and including March 29, 2019 to file their Reply.

**SO ORDERED** this _____ day of March, 2019.

_____
Anita B. Brody
United States District Court Judge