

# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE, CONSENT, AND REFERENCE OF AN ATTORNEY'S LIEN DISPUTE TO A MAGISTRATE JUDGE FOR A FINAL DECISION

### I. PARTIES TO THE DISPUTE

| Dispute: | Jeff Herrod v. Podhurst Orseck, P.A. |
|---|---|
| Lien IDs: | 11 (and 1359 asserted by current attorney) |

### II. NOTICE OF A MAGISTRATE JUDGE'S AVAILABILITY

A United States Magistrate Judge of this Court is available to conduct all proceedings and enter a final decision dispositive of each Dispute. A Magistrate Judge may exercise this authority to resolve a Dispute over an Attorney's Lien only if all Parties voluntarily consent.

### III. CONSENT

All Parties to the Dispute may consent to have the Dispute referred to a Magistrate Judge for entry of a final decision, or any Party may withhold consent without adverse substantive consequences. The name of any Party withholding consent will not be revealed to a Magistrate Judge who may otherwise be involved with your case.

If all Parties do not consent to have the Dispute referred to a Magistrate Judge for final disposition, the District Judge will enter a final decision resolving the Dispute after consideration of the Report and Recommendation from the Magistrate Judge and any objections from the Parties.

### IV. CERTIFICATION

The Settlement Class Member or his or her attorney, if represented, and both attorney lienholders must submit a signed copy of this form to the Claims Administrator to allow a Magistrate Judge to enter a final order resolving the Dispute. The statement may be signed by a current attorney on behalf of the Settlement Class Member. The signature may be an original wet ink signature, a PDF or other electronic image of an actual signature, or an electronic signature.

**By signing below, the following Party consents to have a United States Magistrate Judge conduct any and all proceedings and enter a final decision as to the Notice of Attorney's Lien (ECF Nos. 7064 and 10385).**

| Signature | *(signed)* | | | Date | 3/22/2019 |
|---|---|---|---|---|---|
| Printed Name | First: James | | M.I. W. | Last: Holliday | |
| Law Firm | Neurocognitive Football Lawyers, PLLC | | | | |



# NOTICE, CONSENT, AND REFERENCE OF AN ATTORNEY'S LIEN DISPUTE TO A MAGISTRATE JUDGE FOR A FINAL DECISION

## I. PARTIES TO THE DISPUTE

| | |
|---|---|
| Dispute: | Jeff Herrod v. Podhurst Orseck, P.A. |
| Lien IDs: | 11 (and 1359 asserted by current attorney) |

## II. NOTICE OF A MAGISTRATE JUDGE'S AVAILABILITY

A United States Magistrate Judge of this Court is available to conduct all proceedings and enter a final decision dispositive of each Dispute. A Magistrate Judge may exercise this authority to resolve a Dispute over an Attorney's Lien only if all Parties voluntarily consent.

## III. CONSENT

All Parties to the Dispute may consent to have the Dispute referred to a Magistrate Judge for entry of a final decision, or any Party may withhold consent without adverse substantive consequences. The name of any Party withholding consent will not be revealed to a Magistrate Judge who may otherwise be involved with your case.

If all Parties do not consent to have the Dispute referred to a Magistrate Judge for final disposition, the District Judge will enter a final decision resolving the Dispute after consideration of the Report and Recommendation from the Magistrate Judge and any objections from the Parties.

## IV. CERTIFICATION

The Settlement Class Member or his or her attorney, if represented, and both attorney lienholders must submit a signed copy of this form to the Claims Administrator to allow a Magistrate Judge to enter a final order resolving the Dispute. The statement may be signed by a current attorney on behalf of the Settlement Class Member. The signature may be an original wet ink signature, a PDF or other electronic image of an actual signature, or an electronic signature.

**By signing below, the following Party consents to have a United States Magistrate Judge conduct any and all proceedings and enter a final decision as to the Notice of Attorney's Lien (ECF Nos. 7064 and 10385).**

| | | | |
|---|---|---|---|
| **Signature** | *[signature]* | **Date** | 3/19/2019 |
| **Printed Name** | First: STEVEN | M.I.: C | Last: MARKS |
| **Law Firm** | PODHURST ORSECK, P.A. | | |