# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this __25th__ day of March, 2019, it is **ORDERED** that the Motion for Extension of Time to Reply to BrownGreer's Response (ECF No. 10504) is **GRANTED**. Movants may amend their Reply (ECF No. 10509) **on or before April 1, 2019**.

                                            s/Anita B. Brody

                                            _____
                                            ANITA B. BRODY, J.

Copies **VIA ECF  3/25/2019**