# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br>　　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Pope McGlamry v. Leeland McElroy<br>Attorney Lien Dispute<br>(Doc. No. 6522) | |

## ORDER

AND NOW, this 28th day of March, 2019, for the reasons set out in the accompanying Memorandum Opinion, the Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with the Memorandum Opinion, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ David R. Strawbridge, USMJ
　　　　　　　　　　　　　　　　　　　　DAVID R. STRAWBRIDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE