IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>Lien ID 664 | |

## NOTICE OF APPEAL

Notice is hereby given that Paul Raymond Turner, personal representative of the Estate of Kevin Turner ("Estate"), plaintiff in the above-named case and settlement class member in the above-named lien dispute, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered in this action on March 6, 2019 (ECF Doc. No. 10479, a copy of which is attached as **Exhibit A**) approving and adopting the January 7, 2019 Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF Doc. No. 10368, a copy of which is attached as **Exhibit B**).

Dated:  April 4, 2019                    Respectfully submitted,

                                          */s/ R. Montgomery Donaldson*
                                          R. Montgomery Donaldson   (PA 63400)
                                          Robert A. Penza   (admitted *pro hac vice*)

**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
rmdonaldson@polsinelli.com
rpenza@polsinelli.com

**ATTORNEYS FOR ESTATE OF KEVIN TURNER**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned Court, with notice of case activity to be generated and sent electronically by the Clerk of said Court this 4th day of April, 2019 to all counsel of record.

*R. Montgomery Donaldson*

Attorney for Estate of Kevin Turner