## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Berkowitz and Hanna, LLC v. Roderick Green<br>Attorney Lien Dispute<br>(Doc. No. 7445) | |

## REPORT AND RECOMMENDATION

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE                                    April 4, 2019

Before the Court for Report and Recommendation is a Notice of an Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Claim to be paid to Settlement Class Member Roderick Green, which was filed on April 4, 2017 by Berkowitz and Hanna LLC ("Berkowitz"). (Doc. No. 7445). On January 30, 2018, the Claims Administrator issued a Notice of Lien to Mr. Green's current counsel, The Lorentz Law Firm, P.A. ("Lorentz"). On September 27, 2018, the Claims Administrator issued a Notice of Monetary Award Claim Determination.

The District Court referred all Petitions for individual attorney's liens to this Court. (Doc. No. 7746). Rules Governing Attorneys' Liens ("Rules") were adopted on March 6, 2018 and amended on October 3, 2018. (Doc. Nos. 9760 and 10283). Accordingly, the Claims

Administrator has referred the Lien Dispute and the Withdrawal to this Court for Report and Recommendation.

This Court scheduled the matter for a hearing to be held on March 22, 2019.  The day before the hearing, however, counsel notified the Court that they had resolved the Lien Dispute and that the hearing would not be necessary.  Pursuant to Rule 24, the Parties then submitted a Withdrawal of Attorney's Lien Dispute (the "Withdrawal").[1]  The signed agreement clearly indicates the amount of the Award that each law firm and the Settlement Class Member will receive and sets forth an agreement as to how to disburse any portion of the 5% holdback that may be released in the future.  Upon review of the Withdrawal, the contingency fee agreements, the lists of itemized costs submitted by each firm, and in consideration of the Presumptive Fee Cap (Doc. No. 9863), we conclude that each firm is entitled to the costs asserted.  We further conclude that the fee to be paid to each firm is reasonable, does not exceed the percentage for which the parties contracted, and that the collective fees are within the percentage allowed under the 22% Presumptive Fee Cap.

Accordingly, we conclude that the Withdrawal should be granted and that the Claims Administrator should be ordered to distribute the attorneys' fees and costs to Berkowitz, the attorneys' fees and costs to Lorentz, and the refund to Mr. Green as was set forth in the Withdrawal.[2]

---

[1]  Lorentz signed its copy of the withdrawal on March 21, 2019 and Berkowitz signed its on March 22, 2019.

[2]  Pursuant to the Court's Order Regarding Withholdings for Common Benefit Fund (Doc. No. 10104), 5% of the Award is currently being held in the Attorney's Fees Qualified Settlement Fund, where it must remain until further order of the Court.  The Claims Administrator will ensure that if any portion of those funds are later released they will be paid pursuant to the agreed terms in the Withdrawal.

## RECOMMENDATION

**AND NOW**, this 4th    day of April, 2019, it is respectfully **RECOMMENDED** that the

withdrawal of lien dispute be **GRANTED** and the Claims Administrator be ordered to distribute

the attorneys' fees and costs as is set forth in the Withdrawal submitted by the Parties.

The Parties may file objections to this Report and Recommendation.  *See* Rule 25(d).

BY THE COURT:

 /s/ David R. Strawbridge, USMJ

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br>                   Plaintiffs, <br>      v. <br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br>                   Defendants. | |
| THIS DOCUMENT RELATES TO: <br><br> Berkowitz and Hanna, LLC v. Roderick Green Attorney Lien Dispute <br> (Doc. No. 7445) | |

## ORDER

**AND NOW**, this      day of               , 2019, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. _____), and no objection having been docketed, it is **ORDERED** that:

1.     The Report and Rencommendation is **ADOPTED**;

2.     The Withdrawal of the Lien Dispute is **GRANTED**; and

3.     The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:

_____

ANITA B. BRODY, J.