# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |

## NOTICE OF CROSS-APPEAL

NOTICE IS HEREBY GIVEN that Podhurst Orseck, P.A., hereby cross-appeals to the United States Court of Appeals for the Third Circuit from the Orders entered in this action on March 6, 2019: (1) the Order approving and adopting the January 7, 2019 Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF Doc. No. 10479); and (2) the related Order granting the Estate of Kevin Turner's Partial Motion to Strike Response of Podhurst Orseck, P.A. (ECF Doc. No. 10478).

DATED:  April 5, 2019

Respectfully submitted,

**PODHURST ORSECK, P.A.**
SunTrust International Center
One S.E. 3rd Ave, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By: */s/ Stephen F. Rosenthal*
STEVEN C. MARKS
Fla. Bar. No. 516414
Email: smarks@podhurst.com
STEPHEN F. ROSENTHAL
Fla. Bar No. 0131458
Email: srosenthal@podhurst.com
RICARDO M. MARTÍNEZ-CID
Fla. Bar No. 383988
Email: rmcid@podhurst.com

1

MATTHEW P. WEINSHALL
Fla. Bar No. 84783
Email: mweinshall@podhurst.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I caused the foregoing document to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

      */s/ Stephen F. Rosenthal*
      Stephen F. Rosenthal

2

**Podhurst Orseck, P.A.**
One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 • Fax 305.358.2382 • Ft. Lauderdale 954.463.4346   www.podhurst.com