# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Bauman, et al.* v. *Nat'l Football League, et al.* | No. 12-cv-4576 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Charles Wesley Walls and Christy Walls (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the May 31, 2012 complaint originally filed in Superior Court of the State of California, County of Los Angeles, No. BC485779, prior to removal to the United States District Court for the Central District of California, No. 12-cv-5835, and transferred to this MDL, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (ECF No. 49; MDL No. 2323, ECF No. 3518), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: April 15, 2019

          Respectfully submitted,

          */s/ Wendy R. Fleishman*

          Wendy R. Fleishman

          Lieff Cabraser Heimann & Bernstein
          250 Hudson Street
          8th Floor
          New York, NY 10013
          Tel: (212) 355-9000
          Fax: (212) 355-9592
          wfleishman@lchb.com

          *Attorneys for Plaintiffs Charles Wesley Walls and Christy Walls*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 15, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

_____
Wendy R. Fleishman

Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiffs Charles Wesley Walls and Christy Walls*

1716201. 1