# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Demarie, et al.* v. *Nat'l Football League, et al.* | No. 13-cv-7659 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Patrick Stant and Helene Stant (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the December 8, 2013 complaint originally filed in United States District Court for the Southern District of Louisiana (ECF No. 1) and transferred to this MDL, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (ECF Nos. 7, 29; MDL No. 2323, ECF Nos. 5643, 8130), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: April 15, 2019

                                        Respectfully submitted,

                                        _____

                                        Wendy R. Fleishman

                                        Lieff Cabraser Heimann & Bernstein
                                        250 Hudson Street
                                        8th Floor
                                        New York, NY 10013
                                        Tel: (212) 355-9000
                                        Fax: (212) 355-9592
                                        wfleishman@lchb.com

                                        *Attorneys for Plaintiffs Patrick Stant and*
                                        *Helene Stant*

1716222. 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

_____
Wendy R. Fleishman

Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiffs Patrick Stant and Helene Stant*

1716222. 1