# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Boyd et al.* v. *Nat'l Football League, et al.* | Hon. Anita B. Brody<br><br>No. 12-cv-0092 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Paul Krause and Pamela Krause (by and through her personal representative, Paul Krause) (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the January 9, 2012 complaint (ECF No. 1) and April 11, 2012 amended complaint (ECF No. 8) filed in the above-captioned action, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (ECF Nos. 206, 289; MDL No. 2323, ECF No. 2324, 7986), with each party to bear their own costs, expenses, and attorneys' fees.

1716242.1

Dated: April 15, 2019

                                                Respectfully submitted,

                                                /s/ Wendy R. Fleishman

                                                Wendy R. Fleishman

                                                Lieff Cabraser Heimann & Bernstein
                                                250 Hudson Street
                                                8th Floor
                                                New York, NY 10013
                                                Tel: (212) 355-9000
                                                Fax: (212) 355-9592
                                                wfleishman@lchb.com

                                                *Attorneys for Plaintiffs Paul Krause and Pamela Krause*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 15, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

*/s/ Wendy R. Fleishman*

Wendy R. Fleishman

Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiffs Paul Krause and Pamela Krause*