# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Jordan, et al.* v. *Nat'l Football League* | Hon. Anita B. Brody<br><br>No. 12-cv-2802 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Ronald Brown ("Plaintiff") is voluntarily dismissing with prejudice all his claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the April 24, 2012 complaint originally filed in United States District Court for the Southern District of Texas (ECF No. 1) and transferred to this MDL, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (ECF No. 3; MDL No. 2323, ECF No. 1255), with each party to bear their own costs, expenses, and attorneys' fees.

1716247.1

Dated: April 15, 2019

        Respectfully submitted,

*/s/ Wendy R. Fleishman*

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiff Ronald Brown*

1716247.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

                                                Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiff Ronald Brown*

1716247.1