# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Steed* v. *Nat'l Football League* | Hon. Anita B. Brody<br><br>No. 12-cv-1026 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Joel Steed ("Plaintiff") is voluntarily dismissing with prejudice all his claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the January 19, 2012 complaint originally filed in United States District Court for the Southern District of Florida (ECF No. 1) and transferred to this MDL, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiff's related Short Form Complaints (ECF Nos. 3, 24; MDL No. 2323, ECF Nos. 2385, 9533), with each party to bear their own costs, expenses, and attorneys' fees.

1716216.1

Dated: April 15, 2019

                                                               Respectfully submitted,

                                                               */s/ Wendy R. Fleishman*
                                                               Wendy R. Fleishman
                                                               Lieff Cabraser Heimann & Bernstein
                                                               250 Hudson Street
                                                               8th Floor
                                                               New York, NY 10013
                                                               Tel: (212) 355-9000
                                                               Fax: (212) 355-9592
                                                               wfleishman@lchb.com

                                                               *Attorneys for Plaintiff Joel Steed*

1716216.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 15, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

*(signature)*
Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiff Joel Steed*

1716216.1