# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Wisniewski, et al.* v. *Nat'l Football League* | No. 12-cv-4187 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Neal Olkewicz ("Plaintiff") is voluntarily dismissing with prejudice all his claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the July 23, 2012 complaint filed in the above-captioned action (ECF No. 1), the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (ECF No. 21; MDL No. 2323, ECF No. 2798), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: April 15, 2019

                                         Respectfully submitted,

                                         Wendy R. Fleishman
                                         Lieff Cabraser Heimann & Bernstein
                                         250 Hudson Street
                                         8th Floor
                                         New York, NY 10013
                                         Tel: (212) 355-9000
                                         Fax: (212) 355-9592
                                         wfleishman@lchb.com

                                         *Attorneys for Plaintiff  Neal Olkewicz*

1716238.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

_____
Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiff Neal Olkewicz*

1716238.1