IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Jones, et al.* v. *Nat'l Football League* | Hon. Anita B. Brody<br><br>No. 12-cv-1027 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Lamont Brightful ("Plaintiff") is voluntarily dismissing with prejudice all his claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the February 8, 2012 complaint originally filed in United States District Court for the Southern District of Florida (ECF No. 1) and transferred to this MDL, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiff's related Short Form Complaints (ECF No. 24, 153; MDL No. 2323, ECF Nos. 1271, 7998), with each party to bear their own costs, expenses, and attorneys' fees.

1716252.1

Dated: April 15, 2019

        Respectfully submitted,

        */s/ Wendy R. Fleishman*

        Wendy R. Fleishman
        Lieff Cabraser Heimann & Bernstein
        250 Hudson Street
        8th Floor
        New York, NY 10013
        Tel: (212) 355-9000
        Fax: (212) 355-9592
        wfleishman@lchb.com

        *Attorneys for Plaintiff Lamont Brightful*

1716252.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

_____
Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiff Lamont Brightful*

1716252.1