IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Hannah et al. v. Nat'l Football League, et al.* | No. 12-cv-3379 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Jay Tant and Natalie Tant (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the June 24, 2012 complaint filed in the above-captioned action (ECF No. 1), the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaint (ECF No. 13; MDL No. 2323, ECF No. 1814), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: April 15, 2019

Respectfully submitted,

David D. Langfitt, Esq.
Locks Law Firm
The Curtis Center
Suite 720 East
601 Walnut St.
Philadelphia, PA 19106
Tel: (215) 893-3423
Fax: (215) 893-3444

1716209.1

dlangfitt@lockslaw.com

*Attorneys for Plaintiffs Jay Tant and Natalie Tant*

Respectfully submitted,

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiffs Jay Tant and Natalie Tant*

1716209.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

David D. Langfitt, Esq.
Locks Law Firm
The Curtis Center
Suite 720 East
601 Walnut St.
Philadelphia, PA 19106
Tel: (215) 893-3423
Fax: (215) 893-3444
dlangfitt@lockslaw.com

*Attorneys for Plaintiffs Jay Tant and Natalie Tant*

1716209.1