# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re: National Football League**   ) <br> **Players' Concussion**   ) <br> **Injury Litigation**   ) <br>   ) <br> This relates to:   ) <br>   ) <br> Plaintiffs' Master Administrative Long   ) <br> Form Complaint (if applicable)   ) <br>   ) <br> **This document relates to:**   ) <br>   ) <br> **Reynaldo Hill**   ) <br> Plaintiffs, USDC, EDPA,   ) <br> Docket No. 2:12-cv-04635-AB   ) | Case No.: 2:12-md-02323-AB <br> MDL No. 2323 <br><br><br><br><br><br> **NOTICE OF WITHDRAWAL** <br> **OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Firouzeh Nur-Vaccaro of Kim Winston LLP hereby withdraws her appearance as attorney of record effective as of April 15, 2019 for Plaintiff **REYNALDO HILL** in the above-referenced case.

Dated:  April 15, 2019

Respectfully submitted,

*s/ Firouzeh Nur-Vaccaro*
Firouzeh Nur-Vaccaro, Esq.
Pennsylvania Bar No. 312173

Kim Winston LLP
129 West Evesham Road
Voorhees, NJ 08043
Phone: (856) 520-8988
Fax: (914) 297-6660
firouzehnurvaccaro@kimwinston.com

{00089922 2 }

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notice of such filing to counsel of record for all parties.

Dated: April 15, 2019                                         _s/ Firouzeh Nur-Vaccaro_
                                                                              Firouzeh Nur-Vaccaro, Esq.

{00089922 2 }