UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Adrian L. Robinson, Sr. and Terri J. Robinson as Personal Representatives and Co-Administrators of the Estate of Adrian Lynn Robinson, Jr., DECEASED, et al., | **Hon. Anita B. Brody**<br><br>No. 2:17-cv-2736-AB |

**RIDDELL DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Riddell, Inc., Riddell Sports Group, Inc., All American Sports Corporation, BRG Sports, Inc., f/k/a Easton-Bell Sports, Inc., BRG Sports, LLC f/k/a Easton Bell Sports, LLC, EB Sports Corp., BRG Sports Holdings Corp. f/k/a RBG Holdings Corp.[1] submit their Corporate Disclosure Statement and identify the following parent corporation(s) and any publicly held corporation(s) owning 10% or more of their stock:

1. Defendant Riddell, Inc. is a wholly owned subsidiary of Defendant Riddell Sports Group, Inc.;

2. Defendant All American Sports Corporation is a wholly owned subsidiary of Defendant Riddell Sports Group, Inc.;

---

[1] The named defendants are collectively referred to as the Riddell defendants for convenience only, and without conceding proper joinder or waiving the right to move to dismiss one or more of them. These defendants file this certification only to comply with Federal Rule of Civil Procedure 7.1, and in doing so, do not waive their objections or concede that jurisdiction over them is appropriate in this action.

3.       Defendant Riddell Sports Group, Inc. is the parent corporation of both Defendants Riddell, Inc. and All American Sports Corporation and is, in turn, a wholly owned subsidiary of BRG Sports, Inc.;

4.       Defendant BRG Sports, Inc. is the parent corporation of Riddell Sports Group, Inc. and is, in turn, a wholly owned subsidiary of BRG Sports Holdings Corp. (f/k/a RBG Holdings Corp.);

5.       Defendant BRG Sports Holdings Corp. (f/k/a RBG Holdings Corp.) is the parent corporation of BRG Sports, Inc. and is, in turn, a wholly owned subsidiary of EB Sports Corp.;

6.       Defendant EB Sports Corp. is the parent corporation of BRG Sports Holdings Corp. (f/k/a RBG Holdings Corp.) and is, in turn, a wholly owned subsidiary of BRG Sports, LLC (f/k/a Easton-Bell Sports, LLC); and

7.       Defendant BRG Sports, LLC (f/k/a Easton-Bell Sports, LLC) is the parent company of EB Sports Corp. and it has neither any parent corporation nor any publicly held corporation owning more than 10% of its stock.

Dated: April 16, 2019                             Respectfully Submitted,


                                                                 /s/ Paul G. Cereghini_____
                                                                 Paul G. Cereghini
                                                                 Thomas C. Howard
                                                                 BOWMAN AND BROOKE LLP
                                                                 2901 N. Central Avenue, Suite 1600
                                                                 Phoenix, AZ  85012
                                                                 Telephone: (602) 643-2300
                                                                 Facsimile: (602) 248-0947
                                                                 paul.cereghini@bowmanandbrooke.com
                                                                 thomas.howard@bowmanandbrooke.com

Robert L. Wise
Eden M. Darrell
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 649-8200
Facsimile: (804) 649-1762
rob.wise@bowmanandbrooke.com
eden.darrell@bowmanandbrooke.com

Thomas P. Wagner
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (215) 575-4562
Facsimile: (215) 575-0856
tpwagner@mdwcg.com

*Attorneys for Riddell, Inc.; All American Sports Corporation; Riddell Sports Group, Inc.; BRG Sports, Inc.; BRG Sports, LLC; EB Sports Corp., and BRG Sports Holdings Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was electronically filed and served via ECF on April 16, 2019, on all counsel of record registered to receive service via the Court's ECF system.

*/s/ Paul G. Cereghini*_____