# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>McCorvey Law, LLC v. Dexter Carter<br>Attorney Lien Dispute<br>(Doc. No. 7213) | |

## ORDER

AND NOW, this 16th day of April, 2019, for the reasons set out in the accompanying Memorandum Opinion, the Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with the Memorandum Opinion, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

    BY THE COURT:


    /s/ David R. Strawbridge, USMJ
    DAVID R. STRAWBRIDGE
    UNITED STATES MAGISTRATE JUDGE