IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Hairston, et al.* v. *Nat'l Football League, et al.* | No. 12-cv-0989 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Woodrow Campbell and Cheryl Campbell (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the February 24, 2012 complaint filed in the above-captioned action (ECF No. 1), the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (ECF Nos. 22, 59; MDL No. 2323, ECF Nos. 390, 7989), with each party to bear their own costs, expenses, and attorneys' fees.

1

2

Dated:  April 17, 2019

        Respectfully submitted,

        */s/ Wendy R. Fleishman*

        Wendy R. Fleishman
        Lieff Cabraser Heimann & Bernstein
        250 Hudson Street
        8th Floor
        New York, NY 10013
        Tel: (212) 355-9000
        Fax: (212) 355-9592
        wfleishman@lchb.com

        *Attorneys for Plaintiffs Woodrow Campbell and Cheryl Campbell*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

*Wendy R. Fleishman*
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiffs Woodrow Campbell and Cheryl Campbell*