# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Holt, et al.* v. *Nat'l Football League, et al.* | No. 12-cv-4185 |
| *Jani, et al.* v. *Nat'l Football League, et al.* | No. 14-cv-2064 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Richard Eber and Ellen Eber (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned actions, as set forth in the July 23, 2012 complaint filed in *Holt, et al.* v. *Nat'l Football League, et al.* (ECF No. 1), the February 14, 2014 complaint originally filed in Superior Court of the State of California, County of Los Angeles, No. BC36585, prior to removal to the United States District Court for the Central District of California, No. 14-cv-2077, and transfer to this MDL, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (*Holt*, ECF Nos. 64, 223; *Jani*, ECF No. 67; MDL No. 2323, ECF Nos. 3161; 6024; 7999), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: April 17, 2019

Respectfully submitted,

*(signature)*

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiffs Richard Eber and Ellen Eber*

1716429.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 17, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

_____
Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiffs Richard Eber and Ellen Eber*