IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Boyd, et al.* v. *Nat'l Football League, et al.* | No. 12-cv-0092 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Fred Forsberg and Kaye Forsberg (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the January 9, 2012 complaint (ECF No. 1) and April 11, 2012 amended complaint (ECF No. 8) filed in the above-captioned action, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (ECF Nos. 148, 294; MDL No. 2323, ECF No. 2432, 8001), with each party to bear their own costs, expenses, and attorneys' fees.

1

Dated: April 17, 2019

                                               Respectfully submitted,

                                               Wendy R. Fleishman
                                               Lieff Cabraser Heimann & Bernstein
                                               250 Hudson Street
                                               8th Floor
                                               New York, NY 10013
                                               Tel: (212) 355-9000
                                               Fax: (212) 355-9592
                                               wfleishman@lchb.com

                                               *Attorneys for Plaintiffs Fred Forsberg and Kaye Forsberg*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 17, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

/s/ Wendy R. Fleishman
Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiffs Fred Forsberg and Kaye Forsberg*

1716434.1