IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff William Healy, Jr. ("Plaintiff") is voluntarily dismissing with prejudice all his claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiff's related Short Form Complaint (ECF No. 8015), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: April 17, 2019

Respectfully submitted,

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiff William Healy, Jr.*

1

1716438.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

_____
Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiff William Healy, Jr.*