# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Hopkins, et al.* v. *Nat'l Football League, et al.* | Hon. Anita B. Brody<br><br>No. 12-cv-1239 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs William Bain and Elizabeth Bain (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the March 9, 2012 complaint filed in the above-captioned action (ECF No. 1), the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (ECF Nos. 25, 36; MDL No. 2323, ECF Nos. 2516, 8004), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: April 16, 2019

                                                  Respectfully submitted,

                                                  /s/ Wendy R. Fleishman

                                                  Wendy R. Fleishman
                                                  Lieff Cabraser Heimann & Bernstein
                                                  250 Hudson Street
                                                  8th Floor
                                                  New York, NY 10013
                                                  Tel: (212) 355-9000
                                                  Fax: (212) 355-9592
                                                  wfleishman@lchb.com

                                                  *Attorneys for Plaintiffs William Bain and Elizabeth Bain*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 17, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

_____
Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiffs William Bain and Elizabeth Bain*