**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Boyd et al.* v. *Nat'l Football League, et al.* | No. 12-cv-0092 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs John Jarvis and Cynthia Jarvis (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the January 9, 2012 complaint (ECF No. 1) and April 11, 2012 amended complaint (ECF No. 8) filed in the above-captioned action, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (ECF Nos. 187, 290; MDL No. 2323, ECF Nos. 2277, 7987), with each party to bear their own costs, expenses, and attorneys' fees.

Dated:  April 17, 2019

Respectfully submitted,

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiffs John Jarvis and
Cynthia Jarvis*

1716440.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2019, a copy of the

foregoing was served via the Court's electronic filing system upon all counsel of record.

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com


*Attorneys for Plaintiffs John Jarvis and Cynthia Jarvis*

3