# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Holt, et al.* v. *Nat'l Football League, et al.* | No. 12-cv-4185 |
| *Morton* v. *Nat'l Football League, et al.* | No. 13-cv-7660 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Larry Craig Morton and Kym Galloway (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned actions, as set forth in the July 23, 2012 complaint filed in *Holt, et al.* v. *Nat'l Football League, et al.* (ECF No. 1), the December 10, 2013 complaint originally filed in the United States District Court for the Northern District of California, No. 13-cv-5708 (ECF No. 1), prior to transfer to this MDL, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (*Holt*, ECF Nos. 103, 221; MDL No. 2323, ECF Nos. 3273, 7980), with each party to bear their own costs, expenses, and attorneys' fees.

1

2

Dated: April 17, 2019

                Respectfully submitted,

                */s/ Wendy R. Fleishman*
                Wendy R. Fleishman
                Lieff Cabraser Heimann & Bernstein
                250 Hudson Street
                8th Floor
                New York, NY 10013
                Tel: (212) 355-9000
                Fax: (212) 355-9592
                wfleishman@lchb.com

                *Attorneys for Plaintiffs Larry Craig Morton and Kym Galloway*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

*[signature]*

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiffs Larry Craig Morton and Kym Galloway*