IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Pugh, et al.* v. *Nat'l Football League* | No. 12-cv-1165 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Marvin Cobb ("Plaintiff") is voluntarily dismissing with prejudice all his claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the March 5, 2012 complaint filed in the above-captioned action (ECF No. 1), the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiff's related Short Form Complaints (ECF Nos. 9, 92; MDL No. 2323, ECF Nos. 441, 7975), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: April 18, 2019

                    Respectfully submitted,

                    /s/ Wendy R. Fleishman

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiff Marvin Cobb*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 18, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

_____
Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiff Marvin Cobb*