IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Robert Stein ("Plaintiff") is voluntarily dismissing with prejudice all his claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiff's related Short Form Complaint (ECF No. 8167), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: April 18, 2019

Respectfully submitted,

*Robert A. Stein*

Robert A. Stein

Bob Stein, LLC
2313 Cedar Shore Drive
Minneapolis, MN 55416
Tel: (612) 886-3582
Fax: (612) 886-2676
rastein66@aol.com

*Attorneys for Plaintiff Robert Stein*

1

1716455.1

/s/ Wendy R. Fleishman
Wendy R. Fleishman

Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
Tel: (212) 355-9000
Fax: (212) 355-9592
wfleishman@lchb.com

*Attorneys for Plaintiff Robert Stein*

2

1716455.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 18, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

*Robert A. Stein*

Robert A. Stein

Bob Stein, LLC
2313 Cedar Shore Drive
Minneapolis, MN 55416
Tel: (612) 886-3582
Fax: (612) 886-2676
rastein66@aol.com

*Attorneys for Plaintiff Robert Stein*