# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 - AB<br><br>MDL No. 2323 |

## NOTICE OF ATTORNEY'S LIEN

Corboy & Demetrio, P.C., in the above entitled action, hereby notifies this Court and all parties that it has a lien in this case for reasonable contingent attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff, **Tariano "Tori" Noel.**

Dated: April 19, 2019

    Respectfully Submitted,

    William T. Gibbs


    */s/ William T. Gibbs*
    Thomas A. Demetrio
    William T. Gibbs
    Corboy & Demetrio, P.C.
    Attorneys for Plaintiff
    33 North Dearborn Street, 21st Floor
    Chicago, Illinois  60602
    (312) 346-3191
    ARDC No.: 6282949

    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: April 19, 2019

/s/ *William T. Gibbs*
Thomas A. Demetrio
William T. Gibbs
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
(312) 346-3191
ARDC No.: 6282949