# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**DAMON WASHINGTON** | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br><br><br>**NOTICE OF ATTORNEY'S LIEN** |

Pursuant to O.C.G.A. § 15-19-14, the Petitioners, Shenaq PC and its co-counsel, formerly attorneys for **Damon Washington** in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: April 17, 2019.

                                             Respectfully submitted,

                                             SHENAQ PC

          By: */s/ Amir Shenaq*
                 Amir Shenaq
                 State Bar No. 505281
                 3500 Lenox Road Ste. 1500
                 Atlanta, GA 30326
                 Tel. (888) 909-9993
                 Fax. (713) 583-3538
                 amir@shenaqpc.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 17, 2019.

            */s/ Amir Shenaq*
            Amir Shenaq