# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**DONALD BRADY** | **NOTICE OF ATTORNEY'S LIEN** |

      Pursuant to O.C.G.A. § 15-19-14, the Petitioners, Shenaq PC and its co-counsel, formerly attorneys for **Donald Brady** in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: April 17, 2019.

                            Respectfully submitted,

                            SHENAQ PC

      By: */s/ Amir Shenaq*
           Amir Shenaq
           State Bar No. 505281
           3500 Lenox Road Ste. 1500
           Atlanta, GA 30326
           Tel. (888) 909-9993
           Fax. (713) 583-3538
           amir@shenaqpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 17, 2019.

*/s/ Amir Shenaq*
Amir Shenaq