# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**HENRI CROCKETT** | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to O.C.G.A. § 15-19-14, the Petitioners, Shenaq PC and its co-counsel, formerly attorneys for **Henri Crockett** in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: April 17, 2019.

                                                Respectfully submitted,

                                                SHENAQ PC

                           By: */s/ Amir Shenaq*
                                         Amir Shenaq
                                         State Bar No. 505281
                                         3500 Lenox Road Ste. 1500
                                         Atlanta, GA 30326
                                         Tel. (888) 909-9993
                                         Fax. (713) 583-3538
                                         amir@shenaqpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 17, 2019.

> */s/ Amir Shenaq*
> Amir Shenaq