# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**JOHN TYE HILL** | **NOTICE OF ATTORNEY'S LIEN** |

  Pursuant to O.C.G.A. § 15-19-14, the Petitioners, Shenaq PC and its co-counsel, formerly attorneys for **John Tye Hill** in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: April 17, 2019.

          Respectfully submitted,

          SHENAQ PC

  By: */s/ Amir Shenaq*
          Amir Shenaq
          State Bar No. 505281
          3500 Lenox Road Ste. 1500
          Atlanta, GA 30326
          Tel. (888) 909-9993
          Fax. (713) 583-3538
          amir@shenaqpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 17, 2019.

                                          */s/ Amir Shenaq*
                                           Amir Shenaq