IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>SPID 100004715 | **Hon. Anita B. Brody** |

## ORDER PURSUANT TO SETTLEMENT IMPLEMENTATION DETERMINATION

On April 12, 2019, this Court denied an objection by the NFL Parties, and found that the Special Master did not abuse his discretion when he decided not to consult a member of the Appeals Advisory Panel (AAP) and/or an Appeals Advisory Panel Consultant (AAPC) when reviewing 17 claims that "turn[ed] on technical, medical grounds." *See* ECF No. 10528. The Court reserved decision on the claim submitted by SPID 100004715, pending results of an inquiry by the Special Investigator. That inquiry has now concluded, and found clear evidence of a false affidavit in the claims package.

Therefore, this _24TH_ day of April, 2019, the claim submitted by SPID 100004715 is **REMANDED** to the Special Masters.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies VIA ECF   4/24/2019