## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 2:18-md-02323-AB<br><br>MDL NO.2323 |
| Kevin Turner and Shawn Wooden, on behalf Of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants<br><br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | No. 2:12-md-02323-AB<br><br>MDL NO. 2323<br><br><br><br><br><br><br><br><br><br>Hon. Anita B. Brody |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2019, upon consideration of the Motion and Memorandum of Class Counsel for Reconsideration of the April, 2019 Order (MDL ECF No. 10527) and the Rules Governing Qualified MAF Physicians that are attached to that Order, and all responses to Class Counsel's Motion and Memorandum, it is hereby ORDERED that:

(a) The Court's Order of April 11, 2019 and the attached Rules are held in abeyance until further ORDER of this Court; and

(b) A hearing is set for _____, 2019 in which Class Counsel may be heard on the Rules Governing Qualified MAF Physicians.

It is FURTHER ORDERED that Class Counsel is permitted to present evidence and witnesses at the hearing.

It is so Ordered.

BY THE COURT:

_____
Hon. Anita B. Brody
United States District Court Judge