## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Hon. Anita B. Brody** |

## NOTICE

On **Tuesday, May 7, 2019 at 10:30 a.m.**, the Court will hold a hearing regarding the objections (ECF No. 10582, ECF No. 10583) to the Court's April 11, 2019 adoption of the amended Rules Governing Qualified MAF Physicians (ECF No. 10527).


_____
ANITA B. BRODY, J.


Copies VIA ECF