## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | |
| Plaintiff's Master Administrative Long-Form Complaint and: | **Notice of Attorney's Lien** |
| Greg Bracelin | |

      Pursuant to O.C.G.A. § 15-19-14, the Petitioners, Acosta and Associates and its co-counsel, formerly attorneys for Greg Bracelin in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: 4/26/2019

                                                Respectfully submitted,

                                                ACOSTA AND ASSOCIATES

                                                By: /s/ Michael J. Acosta
                                                Michael J. Acosta
                                                PA State Bar No: 90658
                                                8558 Glen Campbell Road
                                                Philadelphia, PA 19128
                                                Tel: 610-462-3332
                                                Fax: 877-847-1615
                                                info@lawacosta.com

## Certificate of Service

    I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for the CM/ECF in the litigation.

Dated: 4/26/2019

                                                                        /s/ Michael J. Acosta