## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>Willie Harper | **Notice of Attorney's Lien** |

      Pursuant to O.C.G.A. § 15-19-14, the Petitioners, Acosta and Associates and its co-counsel, formerly attorneys for Willie Harper in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: 4/26/2019

                                              Respectfully submitted,

                                              ACOSTA AND ASSOCIATES

                                              By: /s/ Michael J. Acosta
                                              Michael J. Acosta
                                              PA State Bar No: 90658
                                              8558 Glen Campbell Road
                                              Philadelphia, PA 19128
                                              Tel: 610-462-3332
                                              Fax: 877-847-1615
                                              info@lawacosta.com

## Certificate of Service

  I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for the CM/ECF in the litigation.

Dated: 4/26/2019

                   /s/ Michael J. Acosta