MESSAGE FROM THE CLAIMS ADMINISTRATOR:  The Court and the Special Masters have approved revised [Rules Governing Qualified MAF Physicians.](#) This Quick Reference Guide summarizes the Rules and what has changed in them. We hope this is helpful.

| | QUICK REFERENCE GUIDE:  QUALIFIED MAF PHYSICIAN RULES | |
|---|---|---|
| RULE | TITLE OF THE RULE | WHAT THE RULE COVERS |
| 1. | The Purpose of These Rules | Explains why we have these Rules. This Rule is not new. |
| 2. | Adoption of These Rules | Explains that the Court and Special Masters approved and can change these Rules. This Rule is not new. |
| 3. | Definitions Used in These Rules | Defines the terms used often in the Rules. Some of the defined terms are new. |
| 4. | Execution of Participating Qualified MAF Physician Agreement | Qualified MAF Physicians are to sign their contracts within 60 days after getting them from the Claims Administrator. This Rule is not new. |
| 5. | Required Education Before Rendering Services as a Qualified MAF Physician | Describes the training and preparation Qualified MAF Physicians do before they start performing MAF Examinations of Retired Players. This Rule is not new but has been revised. |
| 6. | Continuous Education | Qualified MAF Physicians do on-going training with the Claims Administrator that may earn continuing medical education credits. This Rule is new. |
| 7. | Publication of Status as a Qualified MAF Physician | Encourages Qualified MAF Physicians to publicize the important role they have in this Program. This Rule is new. |
| 8. | Scheduling of MAF Examinations with Settlement Class Members | Retired NFL Football Players or their representatives schedule appointments directly with Qualified MAF Physicians. This Rule is not new but has been revised. |
| 9. | 150-Mile Rule for MAF Examinations | In general, a Player will see a Qualified MAF Physician whose office is within 150 miles of the Retired Player's primary residence. The Claims Administrator may grant exceptions to this requirement. This Rule is new. |

| QUICK REFERENCE GUIDE:  QUALIFIED MAF PHYSICIAN RULES ||  |
|---|---|---|
| RULE | TITLE OF THE RULE | WHAT THE RULE COVERS |
| 10. | Neuropsychological Testing | If neuropsychological testing is needed, Qualified MAF Physicians are to refer the Retired Player to a neuropsychologist who is a Qualified BAP Provider or otherwise qualified and is someone the Claims Administrator has approved. In general, the neuropsychologist is to be within 50 miles of the Qualified MAF Physician's office, but the Claims Administrator may grant exceptions to that requirement. Most of this Rule is new. |
| 11. | Information on All MAF Appointments | Qualified MAF Physicians are to tell the Claims Administrator about all their MAF appointments and examinations, including those where no Qualifying Diagnosis is found. This Rule is not new. |
| 12. | Information on Charges and Insurance | Qualified MAF Physicians are to tell the Claims Administrator their charges and whether they accept insurance for MAF Examinations. This Rule is not new. |
| 13. | Avoidance of Questionable Practices | Describes the ethical requirements for Qualified MAF Physicians to avoid conflicts of interest or the appearance of impropriety. This Rule is not new but has been revised. |
| 14. | MAF Examinations of Retired NFL Football Players | Explains the standards for doing MAF Examinations. This Rule is not new but has been revised. |
| 15. | Employment Activities of the Retired NFL Football Player | Qualified MAF Physicians are to obtain information about the Retired Player's employment and business activities over the past five years. While the physicians have been asking about such information during exams, this Rule is new. |
| 16. | Activities of the Retired NFL Football Player Outside the Home | Qualified MAF Physicians are to obtain information about the Retired Player's social, recreational and other activities outside of the home around the time of the exam. This also is something the physicians have covered in exams before now, but this Rule is new. |
| 17. | Submissions to the Claims Administrator on a Qualifying Diagnosis | Explains what Qualified MAF Physicians upload to the Claims Administrator if a Qualifying Diagnosis is found and how long to preserve the records. This Rule is not new but has been revised. |

| QUICK REFERENCE GUIDE:  QUALIFIED MAF PHYSICIAN RULES ||||
|---|---|---|
| RULE | TITLE OF THE RULE | WHAT THE RULE COVERS |
| 18. | Provision of Results to the Retired NFL Football Player | Qualified MAF Physicians are to give the Retired Player a copy of his file if he asks for it. This Rule is not new. |
| 19. | Neuropsychological Testing Used for Qualifying Diagnoses of Level 1.5 Neurocognitive Impairment or Level 2 Neurocognitive Impairment | On these Level 1.5 and Level 2 Qualifying Diagnoses, Qualified MAF Physicians are to identify the tests used and provide the scores to the Claims Administrator. This Rule is not new. |
| 20. | Qualifying Diagnoses that Deviate from the BAP Diagnostic Criteria | Explains how to tell when a Level 1.5 or Level 2 Qualifying Diagnosis by a Qualified MAF Physician deviates from the diagnostic criteria used in the BAP and that the Qualified MAF Physician is to explain the differences and how he or she reached the Qualifying Diagnosis. While many physicians already provide this explanation in their reports, this Rule is new. |
| 21. | Analysis of Claims Based on Diagnoses from Qualified MAF Physicians | The Claims Administrator monitors all Claim Packages based on a diagnosis by a Qualified MAF Physician to help make sure they follow the Settlement Agreement and these Rules. This Rule is not new but has been revised. |
| 22. | Assistance by the Claims Administrator in the Operation of the Network of Qualified MAF Physicians | Describes work by the Claims Administrator to facilitate the successful operations of the network of Qualified MAF Physicians. This Rule is new. |
| 23. | AAP Leadership Council | Two neurologists on the Appeals Advisory Panel provide advice and help the Claims Administrator in its review of claims. This Rule is new. |
| 24. | MAF Steering Committee | The Claims Administrator may appoint up to 10 Qualified MAF Physicians to this Steering Committee to give it guidance. This Rule is new. |
| 25. | Follow-Up Actions with a Qualified MAF Physician | Explains actions the Claims Administrator does with Qualified MAF Physicians to assist and support their performance. This Rule is new. |
| 26. | Suspension of a Qualified MAF Physician | Covers suspending a Qualified MAF Physician where there is a problem until the Claims Administrator clears it up. This Rule is not new but has been revised. |

546138
4/11/19

| QUICK REFERENCE GUIDE:  QUALIFIED MAF PHYSICIAN RULES | | |
|---|---|---|
| RULE | TITLE OF THE RULE | WHAT THE RULE COVERS |
| 27. | Termination of a Qualified MAF Physician | Covers terminating a physician from the Qualified MAF Physician role. This Rule is not new but has been revised. |

546138
4/11/19