IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION                    :        MDL
                                     :
                                     :
                                     :
                                     :        NO. 2012-2323

ORDER

**AND NOW**, this **6th day** of **May, 2019**, the following is ordered for the 05-07-2019 hearing in the above entitled case.

1. The United States Marshals Service shall utilize security measures including the use of a magnetometer at the entrance of courtroom 7-B to monitor activity in and around courtroom 7-B for the duration of the proceeding.
2. Cell phones are prohibited in courtroom 7-B. Counsel of record are exempt from this prohibition as are court staff and U.S. Marshals. Cell phones are to be checked at the entrance of the building.
3. Spectators may not bring electronic devices into the courtroom. The U.S. Marshals Service shall scan spectators with a magnetometer to prevent them from bringing electronic devices into the courtroom. These measures will not apply to members of the media, all counsel of record, their staff, court staff and security personnel.
4. These measures shall be implemented on an as-needed basis as determined by the U.S. Marshals Service and the Court.

*[signature]*
**Hon. Anita B. Brody, J.**

xc: US Marshals

civil-o.frm (9/97)