# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Antuan Edwards** | **NOTICE OF ATTORNEY'S LIEN** |

    Comes now Petitioners, Mokaram Law Firm, attorneys for **Antuan Edwards** in the above named and numbered cause of action, hereby notify this Court and all parties that Mokaram Law Firm, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Antuan Edwards.

Dated: May 7, 2019.

                            Respectfully submitted,

                            MOKARAM LAW FIRM

                            By: */s/ Jeffrey Stern*
                            Ali Mokaram
                            Texas State Bar No. 00794318
                            Mokaram Law Firm
                            2500 West Loop South, Ste. 450
                            Houston, Texas 77027
                            P: 713-952-4445
                            F: 713-952-4525
                            ali@mokaramlawfirm.com

OF COUNSEL:

Jeffrey Stern
Texas State Bar No.  19175660
Federal Bar No. 8536
Stern Law Group
4909 Bissonnet St., Ste 100
Bellaire, TX 77401-4051
P: 713-952-4445
F:  713-666-5922
jstern@stern-lawgroup.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 7, 2019.

                                          */s/ Jeffrey Stern*
                                          Jeffrey Stern