IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and* others similarly situated,<br>        Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>        Defendants. | § § § § § § § § § § § § § § | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § | |

## NOTICE OF APPEAL

Notice is hereby given that Class Members Melvin Aldridge, Patrise Alexander, Charlie Anderson, Charles E. Arbuckle, Cassandra Bailey Individually and as the Representative of the Estate of Johnny Bailey, Rod Bernstine, Reatha Brown Individually and as the Representative of the Estate of Aaron Brown, Jr., Curtis Ceasar, Jr., Larry Centers, Trevor Cobb, Darrell Colbert, Elbert Crawford III, Christopher Crooms, Gary Cutsinger, Jerry W. Davis, Tim Denton, Leland C. Douglas, Jr., Michael Dumas, Corris Ervin, Robert Evans, Doak Field, James Francis, Baldwin Malcom Frank, Derrick Frazier, Murray Garrett, Clyde P. Glosson, Anthony Guillory, Roderick W. Harris, Wilmer K. Hicks, Jr., Patrick Jackson, Fulton Johnson, Richard Johnson, Gary Jones,

Eric Kelly, Patsy Lewis Individually and as the Representative of the Estate of Mark Lewis, Ryan McCoy, Emanuel McNeil, Gerald McNeil, Jerry James Moses, Jr., Anthony E. Newsom, Winslow Oliver, John Owens, Robert Pollard, Derrick Pope, Jimmy Robinson, Thomas Sanders, Todd Scott, Nilo Silvan, Matthew Sinclair, Dwight A. Scales, Richard A. Siler, Frankie Smith, Eric J. Swann, Anthony Toney, Herbert E. Williams, James Williams, Jr., Butch Woolfolk, Keith Woodside, Milton Wynn, and James A. Young, Sr., hereby appeal to the United States Court of Appeals for the Third Circuit from the ORDER IN AID OF IMPLEMENTATION OF THE SETTLEMENT AGREEMENT RULES GOVERNING QUALIFIED MAF PHYSICIANS, entered April 11, 2019 at ECF 10527.

Date:  May 10, 2019                                            Respectfully Submitted,

|  |  |
|---|---|
| Mickey Washington | */s/ Lance H. Lubel* |
| Texas State Bar No.: 24039233 | Lance H. Lubel |
| WASHINGTON & ASSOCIATES, PLLC | Texas State Bar No.: 12651125 |
| 2019 Wichita Street | Adam Voyles |
| Houston, Texas 77004 | Texas State Bar No.: 24003121 |
| Telephone: (713) 225-1838 | LUBEL VOYLES  LLP |
| Facsimile: (713) 225-1866 | 675 Bering Dr.., Suite 850 |
| Email: mw@mickeywashington.com | Houston, TX 77057 |
|  | Telephone: (713) 284-5200 |
| James Carlos Canady | Facsimile: (713) 284-5250 |
| Texas State Bar No.: 24034357 | Email: lance@lubelvoyles.com |
| THE CANADY LAW FIRM | adam@lubelvoyles.com |
| 2323 South Shepherd Drive, Suite 805 |  |
| Houston, TX 77019 |  |
| Telephone No.: (713) 221-2551 |  |
| Facsimile No.: (713) 221-2552 |  |
| Email: ccanady@canadylawfirm.com |  |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, I filed the foregoing through the Court's CM/ECF system, which will provide electronic notice to all counsel of record and constitutes service on all counsel of record.

>                                        */s/ Lance H. Lubel*
>                                        Lance H. Lubel