**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 2:18-md-02323-AB<br><br>MDL NO.2323 |
| Kevin Turner and Shawn Wooden, on behalf Of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | No. 2:12-md-02323-AB<br><br>MDL NO. 2323<br><br><br><br><br><br><br><br><br>Hon. Anita B. Brody |

**SUPPLEMENTAL MEMORANDUM
OF CLASS COUNSEL IN SUPPORT OF MOTION FOR RECONSIDERATION**

Undersigned Class Counsel respectfully submits this Supplemental Memorandum in

Support of the Motion for Reconsideration of the Court's April 11, 2019 Order.

Having heard from the Claims Administrator on May 7 the reasons that form the basis of

the new MAF rules, Class Counsel is still opposed to them in their present form, in part, because

they constitute a "change, modification, amendment or addition" to the Agreement without the

consent of Class Counsel. That consent is required by, among other things, paragraph 18 of the

Court's Final Approval Order. The changes adversely impact the class.

We also write to say that we engaged in discussions with Mr. Orran Brown in the

courtroom after the May 7 hearing. During those discussions, we offered him examples of

suggested edits we made to the Court's new MAF rules that he and the Court might consider.  Mr. Brown requested that we send him our suggested edits so he could review them.  We sent them to him by email on May 7, and we attach them here as Exhibits 1 and 2, so the Court can consider them as well.  Exhibit 1 is a clean copy of our edited MAF Rules.  Exhibit 2 is a Comparite version in color for the Court's convenience.

As Class Counsel, we believe the suggested edits will benefit and enhance the MAF procedures, and they will not constitute a change, modification, amendment or addition to the Agreement that is adverse to the Class.

We respectfully suggest that if we are granted leave to have discussions and Mr. Brown and/or the Special Masters concerning the MAF rules, we may be able to reach a compromise that leads Class Counsel to withdraw the Motion for Reconsideration.


Dated: May 10, 2019                              Respectfully submitted,


                                                 /s/ Gene Locks
                                                 Gene Locks, Esq.
                                                 David D. Langfitt, Esq.
                                                 LOCKS LAW FIRM
                                                 The Curtis Center
                                                 Suite 720 East
                                                 601 Walnut Street
                                                 Philadelphia, PA 19106
                                                 Phone: 215-893-3423
                                                 Fax: (215) 893-3444
                                                 glocks@lockslaw.com
                                                 dlangfitt@lockslaw.com

                                                 **Class Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Supplemental

Memorandum of Class Counsel was filed and consequently served via the Electronic Filing

System on all counsel of record in Case No. 2:12-md-02323-AB, MDL No. 2323, and 2:18-md-

2323-AB.


DATE: May 10, 2019


                                           /s/ David D. Langfitt
                                           David D. Langfitt