**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |

Kevin Turner and Shawn Wooden, on behalf
of themselves and others similarly situated,

> Plaintiffs,

     v.

National Football League and NFL Properties, LLC,
successor-in-interest to NFL Properties, Inc.,

> Defendants.

THIS DOCUMENT RELATES TO:

Mokaram Law Firm v. Kareem Kelly
Attorney Lien Dispute
(Doc. Nos. 7868, 7880)

**ORDER**

**AND NOW**, this    day of        , 2019, upon consideration of the Attorney Lien identified above and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. _____), it is **ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The funds currently withheld for counsel fee, representing 17% of Mr. Kelly's Monetary Award, and the funds withheld for costs, are **APPORTIONED** as follows:

   a. Goldberg, Persky & White, P.C., shall receive the entirety of the withheld fees, plus $7,036.17 in costs;

   b. Mr. Kelly shall receive the balance of the funds withheld for attorney costs but not approved for reimbursement to counsel ($1,300.00); and

1

2

3.       The 5% portion of Mr. Kelly's Monetary Award that is currently withheld in the

Attorneys' Fees Qualified Settlement Fund pursuant to the Court's June 27, 2018

Order Regarding Withholdings for Common Benefit Fund (Doc. No. 10104), to the

extent any of these funds are later released for payment to individual attorneys,

shall be **APPORTIONED** entirely to Goldberg, Persky & White, P.C.

The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:

ANITA B. BRODY, J.