IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § | No. 12-md-2323 (AB) <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| ------------------------------------------------ | § § § § | |
| THIS DOCUMENT RELATES TO: <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Rafferty, et al v. The National Football League No. 4:12-cv-02302 USDC, EDPA. 2:12-cv-04741** <br><br> **ROBERT D. BEAN** | § § § § § § § § § § § § | **NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF PLAINTIFF ROBERT BREUNIG** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of Plaintiff, **ROBERT BREUNIG** ONLY in *Rafferty, et al vs. The National Football League, No. 4:12cv-02302 USDC, EDPA 2:12-cv-04741, and In Re National Football League Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

Respectfully submitted,

May 16, 2019

By: _____/s/_____
MATTHEW C. MATHENY
STATE BAR NUMBER: 24039040
mmatheny@provostumphrey.com
JACQUELINE RYALL
STATE BAR NUMBER: 17469445
jryall@provostumphrey.com

1

>PROVOST ✯ UMPHREY
>LAW FIRM, L.L.P.
>Attorney at Law
>Post Office Box 4905
>Beaumont, Texas 77704
>(409) 835-6000
>(409) 838-8888 - Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

>/s/
>By: _____
>MATTHEW C. MATHENY