UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 18-1040, 18-1482
_____

In Re: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY
LITIGATION

*RD Legal Funding, LLC; RD Legal Finance, LLC;
RD Legal Funding Partners LP; Roni Dersovitz,
                                                        Appellants

*(Pursuant to Rule 12(a) Fed. R. App. P.)

_____

No. 18-1639
_____

In Re: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY
LITIGATION

**Cash4Cases, Inc.; *Atlas Legal Funding, LLC; Atlas Legal Funding I, LP;
Atlas Legal Funding II, LP; Atlas Legal Funding III, LP,
                                                        Appellants

*(Pursuant to Rule 12(a) Fed. R. App. P.)

**(Dismissed pursuant to the Clerk's Order dated 8/2/18.)

_____

Nos. 18-2184, 18-2582
_____

In Re: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

*Thrivest Specialty Funding, LLC,
                Appellant

*(Pursuant to Rule 12(a), Fed. R. App. P.)

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 2-12-md-02323
District Judge: The Honorable Anita B. Brody

_____

No. 18-3005
_____

THRIVEST SPECIALTY FUNDING, LLC,
                Appellant

v.

WILLIAM E. WHITE

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 2-18-cv-01877
District Judge: The Honorable Anita B. Brody

Argued January 23, 2019

Before: SMITH, *Chief Judge*, CHAGARES, and BIBAS, *Circuit Judges*

_____

JUDGMENT

_____

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on January 23, 2019.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that:

- The order of the District Court entered December 8, 2017, appealed in case number 18-1040, be and the same is hereby AFFIRMED IN PART and REVERSED IN PART;
- The order of the District Court entered May 22, 2018, appealed in case number 18-2184, be and the same is hereby VACATED and the case is remanded;
- The order of the District Court entered August 29, 2018, appealed in case number 18-3005, be and the same is hereby VACATED and the case is remanded;
- The appeals at 18-1639, 18-2582, and 18-1482 are DISMISSED.

All of the above in accordance with the opinion of this Court.

Attest:

s/Patricia S. Dodszuweit
Clerk

DATED: April 26, 2019

Certified as a true copy and issued in lieu of a formal mandate on May 20, 2019

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**