# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| ----------------------------------------------- | § § § § | |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Gregg, et al v. The National Football League No. 4:13-cv-01315 USDC, EDPA. 2:12-cv-03092<br><br>MARCUS ALLEN | § § § § § § § § § § § § § | NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF PLAINTIFF MARCUS ALLEN |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of Plaintiff, **MARCUS ALLEN** <u>ONLY</u> in *Gregg, et al vs. The National Football League, No. 4:13cv-01315 USDC, EDPA 2:12-cv-03092*, and *In Re National Football League Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

    Respectfully submitted,

May 20, 2019

By: _____/s/_____
    MATTHEW C. MATHENY
    STATE BAR NUMBER: 24039040
    mmatheny@provostumphrey.com
    JACQUELINE RYALL
    STATE BAR NUMBER: 17469445

jryall@provostumphrey.com

PROVOST ✯ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

### **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2019, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By: /s/ _____
    MATTHEW C. MATHENY