IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

I recognize the outstanding result Class Counsel have achieved in securing an uncapped settlement agreement lasting sixty-five years that benefits qualifying Class Members with substantial awards. Class Counsel did an excellent job in shepherding the Agreement through the stages of final approval and appeal. What remains, of course, is for each lawyer to assist individual clients in the claims process.[1] Additionally, there is a need to conserve the common benefit fund.

AND NOW, this 24th day of May, 2019, it is **ORDERED** that:

- The appointments of Class Counsel, Co-Lead Class Counsel, and Subclass Counsel, made pursuant to Rule 23(g) in the Final Approval Order (ECF No. 6510), are terminated;

---

[1] Many Class Counsel currently represent a substantial number of Settlement Class Members. For example, one lawyer represents over a thousand individual Class Members. *See* ECF 9786 at 3.

1

- All counsel appointments in the Court's Case Management Orders (*See* ECF No. 64, ECF No. 72) are terminated; and

- Christopher A. Seeger is reappointed as Class Counsel.[2]

_____
ANITA B. BRODY, J.

Copies VIA ECF

---

[2] Nothing in this Order precludes any attorney who represents an individual class member from filing a submission to the Court advocating for his or her client's position.