_____



SO ORDERED,

**Judge Edward Ellington**
United States Bankruptcy Judge
Date Signed: June 5, 2017

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| GLEN LEON COLLINS, SR.<br>CHARLOTTE DENISE COLLINS | CASE NO. 17-00281 EE |

### ORDER GRANTING MOTION TO EMPLOY SPECIAL COUNSEL

THIS MATTER COMES before the Court upon Trustee's Motion to Employ Special Counsel (Docket No. 33), Objection filed by the Debtors (Docket No. 47), and Response filed by Peckham Martin, PLLC and Wayne E. Ferrell, Jr., PLLC (Docket No. 54). The matter has been resolved.

THEREFORE, IT IS ORDERED that the employment of the Berkowitz and Hanna, LLC law firm as special counsel for the Trustee on behalf of the estate for the specific purpose of pursuing a potential claim in the National Football League Players' Concussion Injury Litigation is hereby approved.

IT IS, FURTHER, ORDERED that the employment of Wayne E. Ferrell, Jr. of the law firm of Wayne E. Ferrell, Jr., PLLC and Charles H. Peckham of the law firm of Peckham Martin, PLLC are hereby terminated. Wayne E. Ferrell, Jr. of the law firm of Wayne E. Ferrell, Jr., PLLC and Charles H. Peckham of the law firm of Peckham Martin, PLLC have no further responsibility to

EXHIBIT "A"

represent the Debtor, the Trustee or the bankruptcy estate.

     IT IS, FURTHER, ORDERED that the compensation is approved as -

Berkowitz and Hanna, LLC - 20% of any recovery plus expenses reimbursement

Peckham Martin, PLLC and Wayne E. Ferrell, Jr., PLLC - 5% of any recovery plus expense reimbursement

The legal fees and expenses shall not exceed fifty percent (50%) of the gross recovery. No fees or expenses shall be paid except upon Court approval after notice and a hearing as contemplated by 11 U.S.C. §330, Rule 2016 of the Federal Rules of Bankruptcy Procedure and any other applicable or related statutes and rules.

     IT IS FURTHER ORDERED that the five percent (5%) of gross recovery to be paid to Peckham Martin, PLLC and Wayne E. Ferrell, Jr., PLLC shall be split equally between the two (2) law firms.

     IT IS FURTHER ORDERED that no fees shall be paid without order of this Court and that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts so allowed.

## END OF ORDER ##

Approved by:

s/Derek A. Henderson
Derek A. Henderson, MS Bar #2260
Attorney for the Trustee
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com

s/Charles H. Peckham
Charles H. Peckham, TX Bar #15704900
Peckham Martin, PLLC
Two Bering Park
800 Bering Drive, Suite 220
Houston, TX 77057
(713) 574-9044
cpeckham@pmlaw-us.com


s/Wayne E. Ferrell, Jr.
Wayne E. Ferrell, Jr., MS Bar #5182
Wayne E. Ferrell, Jr., PLLC
PO Box 24448
Jackson, MS 39225-4448
(601) 969-4700
wferrell@airlawonline.com


s/Kelly E. Ferraro
Kelly E. Ferraro, Esq., CT Bar #_____
Berkowitz and Hanna, LLC
733 Summer Street, 2nd Floor
Stamford, CT 06901
(203) 324-7909
kferraro@theberkowitzlawfirm.com


s/Eileen N. Shaffer
Eileen N. Shaffer, MS Bar #1687
Attorney for the Debtor
PO Box 1177
Jackson, MS 39215
(601) 969-3006
enslaw@bellsouth.net