UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Lawrence Pillers** | **NOTICE OF ATTORNEY'S LIEN** |

Petitioners, Wayne E. Ferrell, Jr., Charles Peckham, and Mary Martin and their co-counsel, formerly attorneys for Lawrence Pillers in the above named and numbered cause of action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees plus reasonable expenses incurred for medical testing and miscellaneous expenses. Proof of Attorneys' lien will be submitted to the Claims Administrator.

Dated: May 24, 2019.

Respectfully submitted,

LAW OFFICES OF WAYNE FERRELL, JR., PLLC

*/s/ Wayne E. Ferrell*
WAYNE E. FERRELL
MBN: 5182
405 Tombigbee Street
Post Office Box 24448
Jackson, Mississippi 39225-4448
(610) 696-4700
(610) 696-7514 (Fax)

        PECKHAM, PLLC

*/s/ Charles H. Peckham*
Charles H. Peckham
TBN:  15704900
FBN:  15770
Mary A. Martin
TBN:  00797280
FBN:  12272
Two Bering Park
800 Bering Drive, Suite 220
Houston, Texas 77057
(713) 574-9044 Phone
(713) 493-2255 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 24, 2019.

                                        /s/ Wayne E. Ferrell, Jr.
                                        Wayne E. Ferrell, Jr.