UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff William Timothy Anderson | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, attorney for Plaintiff William Timothy Anderson in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses relating to Plaintiff William Timothy Anderson.

Dated:  May 30, 2019

Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  May 30, 2019                                    ZIMMERMAN REED LLP

                                                                         s/ Brian C. Gudmundson
                                                                        J. Gordon Rudd, Jr. (#222082)
                                                                        Brian C. Gudmundson (#336695)
                                                                        Michael J. Laird (#0398436)
                                                                        1100 IDS Center, 80 South 8th Street
                                                                        Minneapolis, MN  55402
                                                                        Telephone: (612) 341-0400
                                                                        Facsimile: (612) 341-0844
                                                                        Gordon.Rudd@zimmreed.com
                                                                        Brian.Gudmundson@zimmreed.com
                                                                        Michael.Laird@zimmreed.com