UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiff Eric Bailey ONLY)<br><br>Court File No. 2:12-cv-4185-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ERIC R. BAILEY** |

   J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Eric Bailey only in this action, and state as follows:

   1. Plaintiffs' counsel filed the action *Robert Holt, et al. v. National Football League, et al.*, No. 2:12-cv-4185-AB, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including Eric Bailey.

   2. Plaintiffs' counsel filed a short form complaint for Eric Bailey on August 9, 2012.

3.   Since then, irreconcilable differences have arisen between Plaintiff Eric Bailey and the undersigned.

4.   Plaintiffs' counsel properly notified Eric Bailey of counsel's intention to withdraw from representing them in this matter.

5.   Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Eric Bailey only in Court File No. 2:12-cv-4185-AB.

Dated:  May 30, 2019                                     Respectfully submitted,

                                                        ZIMMERMAN REED LLP


                                                         s/ Brian C. Gudmundson
                                                        J. Gordon Rudd, Jr. (#222082)
                                                        Brian C. Gudmundson (#336695)
                                                        Michael J. Laird (#0398436)
                                                        1100 IDS Center, 80 South 8th Street
                                                        Minneapolis, MN  55402
                                                        Telephone: (612) 341-0400
                                                        Facsimile: (612) 341-0844
                                                        Gordon.Rudd@zimmreed.com
                                                        Brian.Gudmundson@zimmreed.com
                                                        Michael.Laird@zimmreed.com