UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Massey, et al. v. National Football League, et al. (Plaintiffs Lydell Mitchell and Jeanette Mitchell ONLY)<br><br>Court File No. 2:12-cv-6069-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS LYDELL MITCHELL AND JEANETTE MITCHELL** |

J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Lydell Mitchell and Jeanette Mitchell only in this action, and state as follows:

1. Plaintiffs' counsel filed the action *Robert Massey, et al. v. National Football League, et al.*, No. 2:12-cv-6069-AB, in the Eastern District of Pennsylvania on September 27, 2012, for the benefit of several retired National Football League players, including Lydell Mitchell and Jeanette Mitchell.

2. Plaintiffs' counsel filed a short form complaint for Lydell Mitchell and Jeanette Mitchell on October 29, 2012.

3.  Since then, irreconcilable differences have arisen between Plaintiffs Lydell Mitchell, Jeanette Mitchell, and the undersigned.

4.  Plaintiffs' counsel properly notified Lydell Mitchell and Jeanette Mitchell of counsel's intention to withdraw from representing them in this matter.

5.  Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Lydell Mitchell and Jeanette Mitchell only in Court File No. 2:12-cv-6069-AB.

Dated:  May 30, 2019                             Respectfully submitted,

                                                 ZIMMERMAN REED LLP


                                                  s/ Brian C. Gudmundson
                                                 J. Gordon Rudd, Jr. (#222082)
                                                 Brian C. Gudmundson (#336695)
                                                 Michael J. Laird (#0398436)
                                                 1100 IDS Center, 80 South 8th Street
                                                 Minneapolis, MN  55402
                                                 Telephone: (612) 341-0400
                                                 Facsimile: (612) 341-0844
                                                 Gordon.Rudd@zimmreed.com
                                                 Brian.Gudmundson@zimmreed.com
                                                 Michael.Laird@zimmreed.com