# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                          Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                                          Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Goldberg, Persky & White, P.C. v. Lorenzo Hampton<br>Attorney Lien Dispute<br>(Doc. No. 7775)<br><br>AND<br><br>Smith & Stallworth, P.A. v. Lorenzo Hampton<br>Attorney Lien Dispute<br>(Doc. No. 7447) | |

## ORDER

**AND NOW**, this 6 day of June, 2019, upon consideration of the Attorney Liens identified above and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 10609), it is **ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The funds currently withheld for counsel fee, representing 17% of Mr. Hampton's Monetary Award, and the funds withheld for costs, are **APPORTIONED** as follows:

1

a. Goldberg, Persky & White, P.C., shall receive 41% of the withheld fees, plus $5,878.67 in costs;

b. Smith & Stallworth, P.A., shall receive 36% of the withheld fees, plus $1,650.46 in costs;

c. Mitnick Law Office LLC, shall receive 23% of the withheld fees;

d. Mr. Hampton shall receive the balance of the funds withheld for attorney costs but not approved for reimbursement to counsel ($784.59); and

3. The 5% portion of Mr. Hampton's Monetary Award that is currently withheld in the Attorneys' Fees Qualified Settlement Fund pursuant to the Court's June 27, 2018 Order Regarding Withholdings for Common Benefit Fund (Doc. No. 10104), to the extent any of these funds are later released for payment to individual attorneys, are **APPORTIONED** as follows:

a. Goldberg, Persky & White, P.C., shall receive 41% of any such funds released;

b. Smith & Stallworth, P.A., shall receive 36% of any such funds released; and

c. Mitnick Law Office LLC, shall receive 23% of any such funds released.

The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:

_/s/ Anita B. Brody_
ANITA B. BRODY, J.