**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| ROBERT MASSEY, *et al.*,<br>　　　　　　　Plaintiffs,<br>　　v.<br>NATIONAL FOOTBALL LEAGUE,<br>　　　　　　　Defendant. | Civil Action No. 12-6069 |

**ORDER**

**AND NOW**, this 6th day of June, 2019, it is **ORDERED** that the Motion to Withdraw as Attorney for Gary Burley and Barbara Knight (ECF No. 52 in 12-6069; ECF No. 10598 in 12-2323) is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　/s/ Anita B. Brody

　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

COPIES VIA ECF 6.6.19