## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| MARVIN FLEMING, *et al*.,<br>                    Plaintiffs,<br>        v.<br>NATIONAL FOOTBALL LEAGUE, *et al.*,<br>                    Defendants. | Civil Action No. 13-00051 |

## <u>ORDER</u>

**AND NOW**, this <u>6th</u> day of June, 2019, it is **ORDERED** that the Motion to Withdraw as Attorney for Albert Dixon and Charlene Frost-Dixon (ECF No. 42 in 13-00051; ECF No. 10440 in 12-2323) is **GRANTED**.

/s/ Anita B. Brody

ANITA B. BRODY, J.

COPIES VIA ECF 6.6.19