# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| FLOYD LITTLE, *et al.*,<br>　　　　　　　Plaintiffs,<br>　　v.<br>NATIONAL FOOTBALL LEAGUE, *et al.*,<br>　　　　　　　Defendants. | Civil Action No. 12-2219 |

## ORDER

**AND NOW**, this 6th day of June, 2019, it is **ORDERED** that the following Motions to Withdraw as Attorney are **GRANTED**:

- Motion to Withdraw as Attorney for John Williams and Barbara Butts Williams (ECF No. 206 in 12-2219; ECF No. 10431 in 12-2323)

- Motion to Withdraw as Attorney for James Arnold (ECF No. 207 in 12-2219; ECF No. 10436 in 12-2323)

- Motion to Withdraw as Attorney for Thomas Hendricks (ECF No. 210 in 12-2219; ECF No. 10442 in 12-2323)

　　　　　　　　　　　　　　　　　　/s/ Anita B. Brody

　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

COPIES VIA ECF 6.6.19