IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| ROBERT HOLT, *et al.*,<br>                     Plaintiffs,<br>     v.<br>NATIONAL FOOTBALL LEAGUE, *et al.*,<br>                     Defendants. | Civil Action No. 12-4185 |

## **ORDER**

**AND NOW**, this 6th day of June, 2019, it is **ORDERED** that the following Motions to Withdraw as Attorney are **GRANTED**:

- Motion to Withdraw as Attorney for Leon Bright, Jr. and Tammy Bright (ECF No. 248 in 12-4185 ECF No. 10438 in 12-2323)

- Motion to Withdraw as Attorney for Elbert "Ickey" Woods (ECF No. 250 in 12-4185; ECF No. 10444 in 12-2323)

- Motion to Withdraw as Attorney for Robert Young and Latricia Nicole Evans-Young (ECF No. 252 in 12-4185; ECF No. 10446 in 12-2323)

- Motion to Withdraw as Attorney for Earl Edwards and Janice Edwards (ECF No. 254 in 12-4185; ECF No. 10448 in 12-2323)

- Motion to Withdraw as Attorney for Lemuel Stinson (ECF No. 256 in 12-4185; ECF No. 10450 in 12-2323)

- Motion to Withdraw as Attorney for Ron Stone and Roxanne Stone (ECF No. 258

in 12-4185; ECF No. 10452 in 12-2323)

/s/ Anita B. Brody

ANITA B. BRODY, J.

COPIES VIA ECF 6.6.19