UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | ) ) ) ) | No.: 2:12-md-2323-AB  MDL No. 2323 |
| Plaintiffs, vs. | ) ) ) | **NOTICE OF ATTORNEY'S LIEN** |
| NATIONAL FOOTBALL LEAGUE, et. al., Defendants, | ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: Floyd Turner, Jr. | ) ) ) | |

Petitioner, Daniel D. Dolan, II, attorney for the Plaintiff Floyd Turner, Jr. in the above-entitled action, hereby notifies this Court and all parties that Dolan Dobrinsky Rosenblum LLP is the client's current attorney of record and was responsible for filing the Claim for a Monetary Award on behalf of Mr. Turner in the NFL Concussion Settlement Program and in an abundance of caution is asserting that the firm has a lien in this case for reasonable attorney's fees, plus expenses. Additional information regarding the lien will be submitted to the Claims Administrator.

Dated: June 20th, 2019.                    Respectfully Submitted,

*/s/ Daniel D. Dolan, II*
Daniel D. Dolan, II
Florida Bar No.: 00084913
DOLAN DOBRINSKY ROSENBLUM LLP
2665 S. Bayshore Drive, Suite 603
Miami, Florida 33133
Tel. (305) 371-2692
Fax. (305) 371-2691
ddolan@ddrlawyers.com
jcoss@ddrlawyers.com