**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>  Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Podhurst Orseck P.A. v. Tim McKyer<br>Attorney Lien Dispute<br>(Doc. No. 10327) | |

**ORDER**

**AND NOW**, this _____ day of _____, 2019, upon consideration of the Attorney Lien identified above and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. _____), it is **ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The funds currently withheld for counsel fee, representing 17% of Mr. McKyer's Monetary Award, and the funds withheld for costs, are **APPORTIONED** as follows:

    a. Podhurst Orseck P.A. shall receive a fee in the amount equal to 15% of the monetary award; and

    b. Mr. McKyer shall receive the balance of the funds withheld for counsel fee and costs (i.e., 2% of the monetary award plus $4,450.00).

1

3. The 5% portion of Mr. McKyer's Monetary Award that is currently withheld in the Attorneys' Fees Qualified Settlement Fund pursuant to the Court's June 27, 2018 Order Regarding Withholdings for Common Benefit Fund (Doc. No. 10104), to the extent any of these funds are later released for payment to individual attorneys, is **APPORTIONED** as follows:

   a. Podhurst Orseck P.A. shall receive 91% of any such funds released; and

   b. Mr. McKyer shall receive 9% of any such funds released.

The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:

ANITA B. BRODY, J.