## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Anderson, et al.* v. *Nat'l Football League, et al.* | Hon. Anita B. Brody<br><br>No. 13-cv-2325 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs George Walker (by and through his estate's personal representative, Sandra Glover) and Margrid Walker (by and through her estate's personal representative, Sandra Glover) (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the April 29, 2013 complaint filed in the above-captioned action (ECF No. 1), the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiffs' related Short Form Complaints (ECF Nos. 10, 22; MDL No. 2323, ECF Nos. 4800, 8022), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: June 21, 2019                                Respectfully submitted,


                                                     /s/Richard S. Lewis
                                                    Richard Lewis
                                                    Amanda Lee-DasGupta
                                                    HAUSFELD LLP
                                                    1700 K Street NW, Suite 650
                                                    Washington, DC 20006
                                                    Telephone: (202) 540-7200
                                                    Facsimile: (202) 540-7201
                                                    rlewis@hausfeld.com
                                                    alee@hausfeld.com

                                                    *Attorneys for Plaintiffs George Walker and Margrid Walker*