# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>KERMIT ALEXANDER AND<br>TAMRA ALEXANDER | : : : : | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to the Rules Governing Attorneys' Liens adopted by the Court on March 6, 2018, rules of procedure, and the executed Retainer Agreement dated May 5, 2016, Petitioners, Gene Locks, Esquire, and Michael B. Leh, Esquire, of LOCKS LAW FIRM, attorneys for the Plaintiffs in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs, as set forth in the accompanying Petition to Establish Attorney's Lien.

Respectfully submitted,

**LOCKS LAW FIRM**

Dated: June 21, 2019      By:      /s/ *Gene Locks*
          Gene Locks, Esquire (PA ID No. 12969)
          Michael B. Leh, Esquire (PA ID No. 42962)
          THE CURTIS CENTER
          601 Walnut Street, Suite 720 East
          Philadelphia, PA 19106
          (215) 893-0100

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE | : | No.:2:12-md-02323-AB |
| PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | MDL No. 2323 |
| | : | |
| _____ | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| KERMIT ALEXANDER AND | : | |
| TAMRA ALEXANDER | : | |
| | : | |

### PETITION TO ESTABLISH ATTORNEY'S LIEN

NOW, comes, Petitioners, Gene Locks, Esquire, and Michael B. Leh, Esquire, of LOCKS LAW FIRM, pursuant to the Rules Governing Attorneys' Liens adopted by the Court on March 6, 2018, rules of procedure, and the executed Retainer Agreement dated May 6, 2016, and states as follows:

(1) Petitioners are attorneys at law admitted to practice before any court in the State of Pennsylvania, and files this petition to establish their lien for attorney's fees and costs as set forth hereinafter;

(2) On or about May 5, 2016, Petitioners were retained and employed by Plaintiffs, Kermit Alexander and Tamra Alexander, pursuant to a Retainer Agreement, to pursue a claim for injuries and damages on Plaintiffs' behalf in the NFL Concussion MDL against the NFL and any other responsible parties for any football-related injuries. A copy of the Retainer Agreement, dated May 5, 2016, is attached as Exhibit A.

(3) The Retainer Agreement contains the following terms:

    a. "2. The parties acknowledge and agree that the CLIENT retain the Attorneys on a contingency fee basis, and that CLIENT shall pay Attorneys a fee for their services in an amount equal to 10% (ten percent) of the gross proceeds of recovery by the CLIENT, whether by settlement, verdict, award, judgment, or otherwise."

    b. "3. The CLIENT and Attorneys agree that the CLIENT's claim and/or civil action, or are awarded attorneys' fees, the attorneys' fees recovered shall be applied against the amounts to which the Attorneys would be entitled under paragraphs two (2) and three (3) of this Agreement. If any attorneys' fee award exceeds the amount of the contingent fee under paragraphs two (2) and three (3) of this Agreement, the Attorneys shall be entitled to the higher of the attorneys' fee award or the contingency fee."

    c. "4. The CLIENT understands and agrees that the claim and/or civil action has and will require the expenditure of funds for litigation expenses and costs, such as medical examinations, travel expenses, filing fees, discovery expenses, witness fees, and transcripts. The Attorneys and the CLIENT agree that the Attorneys will initially pay and thus advance all such litigation costs and expenses on the CLIENT's behalf and that in the event of a recovery or award, the CLIENT will reimburse the Attorneys for such expenses and costs out of CLIENT's recovery or award."

(4) From the date Petitioners were authorized to proceed on behalf of Plaintiffs, Petitioners have actively and diligently applied themselves to the investigation, preparation, and pursuit of Plaintiffs' claims, and have taken all steps necessary to prosecute those claims,

document Plaintiff Kermit Alexander's diagnoses, retrieve medical records, and continue to pursue the best interests of Plaintiffs in this matter.

(5) The specific services performed required expenses and costs incurred by Petitioners.

(6) Petitioners have incurred expenses and costs in this matter.

(7) Plaintiffs have recently discharged Petitioners as his attorneys in this matter, and he is now being represented by a new attorney in this action.

(8) Petitioners were not terminated by Plaintiffs for cause, and the termination was not due to any malfeasance or other improper action on the part of Petitioners.

(9) Petitioners claim the right to have a lien for attorney's fees, expenses and costs established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiffs in this action.

WHEREFORE, Petitioners pray:

(1) That an attorney's lien be established;

(2) That their attorney's lien for the above-stated attorney's fees, expenses, and costs be awarded;

(3) That the Court order that Petitioners be entitled to enforce their attorney's lien against the proceeds to be derived from any settlement or judgment in this action;

(4) For such other and further relief as this Court deems just.

                                                Respectfully submitted,

                                                **LOCKS LAW FIRM**

Dated: June 21, 2019        By:    /s/ *Gene Locks*
                                                      Gene Locks, Esquire (PA ID No. 12969)
                                                        Michael B. Leh, Esquire (PA ID No. 42962)
                                                        THE CURTIS CENTER
                                                        601 Walnut Street, Suite 720 East
                                                        Philadelphia, PA 19106
                                                        (215) 893-0100

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>KERMIT ALEXANDER AND<br>TAMRA ALEXANDER | : : : : | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien and accompanying Petition to Establish Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

                Respectfully submitted,

                **LOCKS LAW FIRM**

Dated: June 21, 2019   By:  /s/ *Gene Locks*
                Gene Locks, Esquire (PA ID No. 12969)
                Michael B. Leh, Esquire (PA ID No. 42962)
                THE CURTIS CENTER
                601 Walnut Street, Suite 720 East
                Philadelphia, PA 19106
                (215) 893-0100