UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |

### NOTICE OF APPEARANCE

TO THE CLERK:

    Please take notice that Melanie J. Garner of Langfitt Garner PLLC hereby enters her appearance on behalf of Carl Simpson, *et al.* in the above-captioned matter.

Dated: <u>June 27, 2019</u>                  Respectfully submitted,

                                                          BY:    */s/ Melanie J. Garner*
                                                                   David D. Langfitt (Attorney ID #66588)
                                                                   Melanie J. Garner (Attorney ID #315058)
                                                                   LANGFITT GARNER PLLC
                                                                   Two Commerce Square
                                                                   2001 Market Street, Suite 3900
                                                                   Philadelphia, PA 19103
                                                                   215-772-2260 (Main)
                                                                   267-295-6705 (Direct)
                                                                   215-735-5170 (Fax)
                                                                   melanie@langfittgarner.com
                                                                   *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I, Melanie J. Garner, Esquire, do hereby certify that on the 27th day of June, 2019, I electronically filed the foregoing Entry of Appearance, and it was served on all counsel of record this date via the CM/ECF electronic filing system.

                                    BY:    */s/ Melanie J. Garner*
                                                         Melanie J. Garner
                                                         *Attorney for Plaintiffs*