## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br>  v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>       Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>McCorvey Law, LLC v. Reginald Nelson Attorney Lien Dispute<br>(Doc. No. 7217) | |

## ORDER

AND NOW, this 27th day of June, 2019, following an unrecorded telephone conference with counsel, **IT IS HEREBY ORDERED** that the above-referenced attorney lien dispute **IS REFERRED** to the Honorable Timothy R. Rice for settlement discussions.

                BY THE COURT:

                /s/ David R. Strawbridge
                DAVID R. STRAWBRIDGE
                UNITED STATES MAGISTRATE JUDGE