# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE | : | No.:2:12-md-02323-AB |
| PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | MDL No. 2323 |
| | : | |
| _____ | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| DENNIS HOMAN AND | : | |
| CHARLOTTE T. HOMAN | : | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, rules of procedure, and the executed Retainer Agreement between Petitioners and Plaintiffs, Petitioners, Gene Locks, Esquire, and Michael B. Leh, Esquire, of LOCKS LAW FIRM, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs, as set forth in the accompanying Petition to Establish Attorney's Lien.

Respectfully submitted,

**LOCKS LAW FIRM**

Dated: June 28, 2019      By:    /s/ *Gene Locks*
                                        Gene Locks, Esquire (PA ID No. 12969)
                                        Michael B. Leh, Esquire (PA ID No. 42962)
                                        THE CURTIS CENTER
                                        601 Walnut Street, Suite 720 East
                                        Philadelphia, PA 19106
                                        (215) 893-0100

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE | : | No.:2:12-md-02323-AB |
| PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | MDL No. 2323 |
| | : | |
| _____ | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| DENNIS HOMAN AND | : | |
| CHARLOTTE T. HOMAN | : | |

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

                                                            Respectfully submitted,

                                                            **LOCKS LAW FIRM**

Dated: June 28, 2019          By:    */s/ Gene Locks*
                                                    Gene Locks, Esquire (PA ID No. 12969)
                                                    Michael B. Leh, Esquire (PA ID No. 42962)
                                                    THE CURTIS CENTER
                                                    601 Walnut Street, Suite 720 East
                                                    Philadelphia, PA 19106
                                                    (215) 893-0100