IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) | NO. 12-MD-2323 (AB) |
| | ) | MDL NO. 2323 |
| _____ | ) | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS _____ | ) ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK AND ALL PARTIES:

NOW COMES James R. Dugan, II, who represents to this Court that Bonnie A. Kendrick is no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter.  As such, the undersigned respectfully requests that Bonnie A. Kendrick be withdrawn as counsel of record for Plaintiff(s) in the above-numbered and entitled cause.  All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED:  July 1, 2019

                                         Respectfully Submitted:

                                        _/s/ James R. Dugan, II_____
                                       James R. Dugan, II (LA Bar No. 24785)
                                       David S. Scalia (LA Bar No.21369)
                                       The Dugan Law Firm, APLC
                                       365 Canal Street, Suite 1000
                                       New Orleans, Louisiana  70130
                                       Telephone:      (504) 648-0180
                                       Facsimile:       (504) 648-0181
                                       E-mail:           _jdugan@dugan-lawfirm.com_
                                                                  _dscalia@dugan-lawfirm.com_
                                         ***Counsel for Plaintiff(s)***

## *CERTIFICATE OF SERVICE*

 I hereby certify that on July 1, 2019, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

               /s/ James R. Dugan, II
               **James R. Dugan, II**