UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK:

    TO THE CLERK OF THE COURT:

    Kindly note that I, as counsel for Plaintiffs, no longer work with the Locks Law Firm and have changed my address. My new address is:

> David D. Langfitt, Esquire
> Langfitt Garner PLLC
> Two Commerce Square
> 2001 Market Street, Suite 3900
> Philadelphia, PA 19103
> 215-772-2260 (Main)
> 267-295-6701 (Direct)
> 215-735-5170 (Fax)
> david@langfittgarner.com

    Respectfully submitted,

LANGFITT GARNER PLLC

BY:   /s/ David D. Langfitt _____
       David D. Langfitt (Attorney ID #66588)
       Two Commerce Square
       2001 Market Street, Suite 3900
       Philadelphia, PA 19103
       215-772-2260 (Main)
       267-295-6701 (Direct)
       215-735-5170 (Fax)
       david@langfittgarner.com

## CERTIFICATION OF SERVICE

I, David D. Langfitt, Esquire, do hereby certify that on the 1st day of July, 2019, I electronically filed the foregoing Notice of Change of Address, and it was served on all counsel of record this date via the CM/ECF electronic filing system.
Respectfully submitted,

        LANGFITT GARNER, PLLC

        BY: /s/ David D. Langfitt
            David D. Langfitt