# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE | | |
| PLAYERS' CONCUSSION INJURY LITIGATION | ) | NO. 12-MD-2323 (AB) |
| | ) | MDL NO. 2323 |
| _____ | ) | Hon. Anita B. Brody |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **ALL ACTIONS** | ) | |
| _____ | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK AND ALL PARTIES:

NOW COMES Bonnie A. Kendrick who represents to this Court that she is no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter.  As such, the undersigned respectfully requests that she be withdrawn as counsel of record for Plaintiff(s) in the above-numbered and entitled cause.  All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED:  July 2, 2019

                                                   Respectfully Submitted:

                                                     /s/ Bonnie A. Kendrick_____
Bonnie A. Kendrick (LA Bar No. 31806)
James R. Dugan, II (LA Bar No. 24785)
David S. Scalia (LA Bar No.21369)
The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana  70130
Telephone:     (504) 648-0180
Facsimile:      (504) 648-0181
E-mail:          *bonnie@dugan-lawfirm.com*
                    *jdugan@dugan-lawfirm.com*
                    *dscalia@dugan-lawfirm.com*
***Counsel for Plaintiff(s)***

## *CERTIFICATE OF SERVICE*

I hereby certify that on July 2, 2019, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

  /s/ Bonnie A. Kendrick
**Bonnie A. Kendrick**