## CERTIFICATE OF SERVICE

I, Brad S. Karp, hereby certify that on the 10th day of July 2019, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated:  July 10, 2019                                /s/ Brad S. Karp
                                                              Brad S. Karp