**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**This document relates to:**<br><br>**ALL ACTIONS** | No. 2:12-md-02323-AB<br>MDL No. 2323 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Notice is hereby given that Erin C. Burns withdraws her appearance as counsel for Plaintiffs in the above-captioned matter.

Dated: July 15, 2019                               Respectfully Submitted,

                                              /s/ *Erin C. Burns*
                                              Erin C. Burns
                                              NastLaw LLC
                                              1101 Market Street
                                              Suite 2801
                                              Philadelphia, Pennsylvania 19107
                                              Telephone:  215-923-9300
                                              Facsimile:  215-923-9302
                                              eburns@nastlaw.com