**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| ROBERT HOLT, *et al.*,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>NATIONAL FOOTBALL LEAGUE, *et al.*,<br>　　　　　　　　　　Defendants. | Civil Action No. 12-4185 |

## ORDER

**AND NOW**, this _15th_ day of July, 2019, it is **ORDERED** that the following Motions to Withdraw as Attorney are **GRANTED**:

- Motion to Withdraw as Attorney for Ryan Hannam and April Hannam (ECF No. 262 in 12-4185; ECF No. 10643 in 12-2323)

- Motion to Withdraw as Attorney for Eric Bailey (ECF No. 263 in 12-4185; ECF No. 10644 in 12-2323)

- Motion to Withdraw as Attorney for Walt Sweeney and Nancy Sweeny (ECF No. 265 in 12-4185; ECF No. 10650 in 12-2323)

　　　　　　　　　　　　　　　　　　　　　　　s/Anita B. Brody

　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

COPIES VIA ECF  7/15/2019