**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| ROBERT MASSEY, *et al.*,<br>                    Plaintiffs,<br>          v.<br>NATIONAL FOOTBALL LEAGUE,<br>                    Defendant. | Civil Action No. 12-6069 |

**ORDER**

**AND NOW**, this ____15th_ day of July, 2019, it is **ORDERED** that the Motion to Withdraw as Attorney for Lydell Mitchell and Jeanette Mitchell (ECF No. 54 in 12-6069; ECF No. 10648 in 12-2323) is **GRANTED**.

                                        s/Anita B. Brody

                                        _____
                                        ANITA B. BRODY, J.

COPIES VIA ECF 7/16/2019