**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| MARVIN FLEMING, *et al.*,<br>　　　　　　　Plaintiffs,<br>　　v.<br>NATIONAL FOOTBALL LEAGUE, *et al.*,<br>　　　　　　　Defendants. | Civil Action No. 13-00051 |

## ORDER

**AND NOW**, this ___15TH___ day of July, 2019, it is **ORDERED** that the Motion to Withdraw as Attorney for Bruce Thornton and Janet Thornton (ECF No. 44 in 13-00051; ECF No. 10646 in 12-2323) is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　s/Anita B. Brody

　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

COPIES VIA ECF  7/16/19