UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> **Plaintiff Robert Pena** | **NOTICE OF ATTORNEY'S LIEN** |

Comes now Petitioners, Attorney David Buckley, PLLC and Fears Nachawati Law Firm, PLLC, attorneys for **Robert Pena** in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC and Fears Nachawati Law Firm, PLLC, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Robert Pena.

Dated: July 18, 2019.

                                        Respectfully submitted,

                                        ATTORNEY DAVID BUCKLEY, PLLC

                    By:  */s/ David Buckley*
                            David Buckley
                            State Bar No. 24078281
                            FED ID No. 1465981
                            1811 Bering Drive Ste. 300
                            Houston, TX 77057
                            Tel. (713) 719-9312
                            Fax. (713) 719-9307
                            david@thebuckleylawgroup.com
                            **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: July 18, 2019.

                                        */s/ David Buckley*
                                        David Buckley