**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION III | **MDL No. 2323**<br>**2:19-md-02323-AB**<br><br>No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

The Clerk of Court is directed to issue a new case number in this matter: **19-md-2323-AB**. This docket is reserved exclusively for a subset of matters in the National Football League Players' Concussion Injury Litigation relating to all Defendants other than the National Football League and NFL Properties, LLC and any other issues as are specified by this Court.

*/s/ Anita B. Brody*   July 23, 2019

ANITA B. BRODY, J.

Copies VIA ECF on _____ to:      Copies MAILED on _____ to:
O:\ABB 2019\L - Z\Riddell Docket Order (20190723).docx