# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

MDL No. 2323
2:12-md-02323-AB
2:19-md-02323-AB

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## NOTICE

Until now, in *In re: National Football League Players' Concussion Injury Litigation*, 2:12-md-02323-AB, the Court has focused upon resolving the case against the National Football League. The second phase will now begin. The Court will concentrate on dealing with the case against the remaining Defendants, including Riddell, Inc.

On or before August 22, 2019, any counsel who wishes to serve as Lead Counsel or as a member of the Steering Committee for the cases involving the remaining Defendants must file an application with the Clerk of Court on the docket described below. The application must include a resumé, a description of prior experience in complex litigation, if any, and judges before whom counsel has appeared.

The Clerk of Court will maintain a new master docket case file styled "*In re: National Football League Players' Concussion Injury Litigation III*," 2:19-md-02323-AB. The docket will be coordinated with the dockets relating to first phase of this case.

*Anita B. Brody* 7/23/19

ANITA B. BRODY, J.

Copies VIA ECF on _____ to:        Copies MAILED on _____ to:
O:\ABB 2019\L - Z\Riddell Docket & Lead Counsel Application Notice (20190723).docx