# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE RETIRED PLAYERS' CONCUSSION INJURY LITIGATION<br><br>Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Amon Gordon<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants.<br>Case No. 2:13-cv-05309 | Hon. Anita B. Brody |

## NOTICE OF APPEAL

NOTICE is hereby given that Class Member Amon Gordon hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered July 2, 2019 at ECF Dkt. 10712.

1815333.1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 29, 2019 | By: _____<br>Wendy R. Fleishman |
|  | Wendy R. Fleishman<br>Kenneth S. Byrd<br>Lieff Cabraser Heimann & Bernstein, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 |

1815333.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2019, I filed the foregoing through the Court's CM/ECF system, which will provide electronic notice to all counsel of record and constitutes service on all counsel of record.

                                              */s/ Wendy R. Fleishman*
                                                 Wendy R. Fleishman

1815333.1