# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this __12th__ day of August, 2019, it is **ORDERED** that X1Law, P.A.'s Motion for Reconsideration (ECF No. 10400) is **DENIED** as moot.[1]

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF  8/13/2019**

O:\ABB 2019\L - Z\NFL order mooting motion to reconsider.docx

---

[1] Movants ask the Court to reconsider an Order (ECF No. 10370) directing the Claims Administrator to develop for review and approval by the Court a clarification of the existing Rules Governing Qualified MAF Physicians. Because the Claims Administrator did so, and because these Revised Rules were approved by the Court, see ECF No. 10527, the Motion to Reconsider is moot.