# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Smith et al. v. Arizona Football Club, LLC* | **Hon. Anita B. Brody**<br><br>No. 16-1704 |

## ORDER

AND NOW, this _12TH_ day of August, 2019, it is **ORDERED** that Plaintiffs'[1] Motion to Remand (ECF No. 7963 in 12-2323) is **DENIED** as moot, because all Plaintiffs voluntarily dismissed their claims.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on: 8/13/2019

---

[1] The Plaintiffs who filed this Motion are: John T. Smith, Monica Smith, Edward Scott, and Jade Scott.