# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Lewis et al. v. Kansas City Chiefs Football Club, Inc.*<br><br>*Smith et al. v. Kansas City Chiefs Football Club, Inc.* | **Hon. Anita B. Brody**<br><br>No. 14-1995<br><br><br>No. 14-3383 |

## ORDER

**AND NOW**, this 12TH __ day of August, 2019, it is **ORDERED** that Plaintiffs'[1] Motion to Remand (ECF No. 7966 in 12-2323; ECF No. 45 in 14-1995; ECF No. 35 in 14-3383) is **DENIED** as moot, because all Plaintiffs either voluntarily dismissed their claims or revoked their opt-out status.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on:  8/13/2019

---

[1] The Plaintiffs who filed this Motion are: Albert Lewis, Art Still, Lizabeth Still, Todd McNair, Lynette McNair, Frederick Jones, Tim Barnett, Chelonda Barnett, Walker Lee Ashley, Emile Harry, Lori Harry, Chris Smith, Billie Smith, Alexander Cooper, Leonard Griffin, Dawn Griffin, Christopher Martin, Yolanda Thompson-Martin, Joseph Phillips, Kevin Porter, Annjela Hynes-Porter, Neil Smith, Jayice Pearson, Joi Pearson, Paul Palmer, Douglas Terry, William Kenney, Sandra Louise Kenney, Thomas Baugh, Jean Baugh, Robin Bryant, Trent Bryant, and Darrel Colbert.