# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | **Hon. Anita B. Brody** |
| *Lewis et al. v. Kansas City Chiefs Football Club, Inc.* | No. 14-1995 |
| *Smith et al. v. Kansas City Chiefs Football Club, Inc.* | No. 14-3383 |

## ORDER

**AND NOW**, this _12TH__ day of August, 2019, it is **ORDERED** that the Clerk of Court is directed to mark 2:14-cv-01995-AB and 2:14-cv-03383-AB as **CLOSED**, because all Plaintiffs either voluntarily dismissed their claims or revoked their opt-out status.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on:  8/13/2019