IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW**, this _15th_ day of August, 2019, it is **ORDERED** that Thrivest Specialty Funding, LLC's Motion requesting a conference (ECF No. 10736) is DENIED. After reading the Motion, the Claims Administrator's Statement in response, and Thrivest's response in support of its Motion, the Court concludes that a conference is unnecessary.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF  8/15/2019**