## UNITED STATES DIRECT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>SPID No. 260006736 | **Hon. Anita B. Brody** |

### PLAINTIFF'S MOTION TO CORRECT A MISTAKE IN APPLICATION OF THE SETTLEMENT AGREEMENT TO PLAINTIFF'S CLAIM PURSUANT TO RULE 60 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff A.G. respectfully moves this Court pursuant to Rule 60(b)(1),(2) and (6) for an Order overruling the Special Master's denial of A.G.'s clam under the Class Action Amended Settlement Agreement in the Order of July 2, 2019 [Dkt. 10712], Ex. 1. for the reasons set forth in the accompanying memorandum of law.

Dated: August 22, 2019

Respectfully submitted,

By: _____
    Wendy R. Fleishman

Lieff Cabraser Heimann & Bernstein, LLP
Wendy R. Fleishman
Rachel Geman
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9000
Facsimile:  (212) 355-9592
wfleishman@lchb.com
rgeman@lchb.com

-2-

        Lieff Cabraser Heimann & Bernstein, LLP
        Kenneth S. Byrd
        Andrew R. Kaufman
        150 Fourth Avenue, North, Suite 1650
        Nashville, TN 37219
        Telephone:  (615) 313-9000
        Facsimile:   (615) 313-9965
        kbyrd@lchb.com
        akaufman@lchb.com

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2019, I filed the foregoing through the Court's CM/ECF system, which will provide electronic notice to all counsel of record and constitutes service on all counsel of record.

                                        */s/ Wendy R. Fleishman*
                                          Wendy R. Fleishman