UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | **Hon. Anita B. Brody** |
| SPID No. 260006736 | |

### DECLARATION OF WENDY R. FLEISHMAN, ESQUIRE

I, Wendy R. Fleishman, Esq., declare under penalties of perjury that the following exhibits are true and correct copies of the originals:

1. Settlement Implementation Determination [Dkt. 10712], 7/2/2019

2. Order of Judge Anita Brody [Dkt. 10370], 1/9/2019

3. Report of Michael A. Lobatz, M.D., 7/10/2015

4. Report of Laura Hopper, Ph.D., 1/5/2015

5. Pre-Effective Date Diagnosing Physician Certification Form, 4/5/2017

6. Notice of Monetary Award Claim Determination, 7/20/2017

7. Notice of Audit of Claim, 8/21/2017

8. Response to Notice of Audit of Claim, 9/7/2017

9. Report of Ezekiel Fink, M.D., 2/5/2014

10. NFL Parties' Appeal of Monetary Award Claim Determination, 1/3/2018

11. Post-Appeal Notices of Denial of Claim, 5/31/2018 and 10/11/2018

12.     Special Master's Objection Decision, 10/10/2018

13.     Plaintiff's Objection to Special Master's Decision, 10/26/2018

14.     Appeal Advisory Panel Consultant Review, 8/12/2017

15.     Settlement Program FAQ 101

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.  Executed on this 22nd day of August, 2019 in New York, New York.

Dated:  August 22, 2019                    Respectfully submitted,

By: _____

Wendy R. Fleishman

Lieff Cabraser Heimann & Bernstein, LLP
Wendy R. Fleishman
Rachel Geman
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9000
Facsimile:  (212) 355-9592
wfleishman@lchb.com
rgeman@lchb.com

-2-

1829387.1

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, I filed the foregoing through the Court's

CM/ECF system, which will provide electronic notice to all counsel of record and constitutes

service on all counsel of record.

/s/ Wendy R. Fleishman
Wendy R. Fleishman

1829387.1