# EXHIBIT 4a

CONFIDENTIAL PSYCHOLOGICAL REPORT

Name: ▇
Date of Birth: ▇
Dates of Assessment: December 24, 29, and 30, 2014
Examiner: Laura Hopper, Ph.D.
Date of report: January 5, 2015

BACKGROUND INFORMATION:

▇ is a 33 year-old, married, African-American male seeking treatment for physical pain and stress. The current evaluation was conducted for both treatment planning purposes and to assess Mr. ▇ cognitive and intellectual functioning.

Mr. ▇ is second born of three to an intact family. He has an older sister and a younger brother. His parents divorced when he was nine years old. He describes his upbringing as "chaotic, lonely, sad." He reports that his family was very poor and received welfare assistance. He states that he was teased at school because his peers knew he was poor because of his clothing and that he sometimes did not eat lunch. He believes that his mother suffered from depression and states that she was unaffectionate and unavailable. "My mother poisoned me against him" (his father). He reports feeling embarrassed about both of his parents and that they "were like oil and water." He indicates that he is close with his sister, but his relationship with his brother has been "tumultuous. He listened to his peers in the street and was led down the wrong path. They told him not to follow in my footsteps, which is hurtful."

Mr. ▇ completed high school and earned a Bachelor's Degree from Stanford University. He denies any difficulties during his schooling initially, but reports when he returned to attempt to complete his degree, he suffered from headaches and had problems with memory and reading. Mr. ▇ began playing football around age eight or nine. He played consistently through junior high, high school, and college playing a number of positions including wide receiver, fullback, defensive end, and linebacker. Mr. ▇n became a professional football player in 2004 and played for nine different teams as a defensive lineman in the National Football League (NFL) and retired in 2012. Since retiring from football, he has worked in the boiler maker mechanic oil industry and as a youth development liaison for a non-profit organization. He is currently unemployed.

Mr. ▇ has been married for six years. The couple has a four year-old son. Mr. ▇ has a 16 year-old daughter from a previous relationship. He has full custody of his daughter and a permanent protection order against the child's mother is in place. When his daughter was very young, she suffered from neglect and was abandoned "in a flop house." She has significant emotional issues and Mr. ▇ describes her behavior as "quiet disobedience." He reports that his daughter is a large contributor to his stress. "Every morning I wake up thinking, 'What's it going to be today?'" Mr. ▇ indicates that he has some close friends, but tends to avoid social situations. He states

that he "misses social cues," which makes him self-conscious and furthers his desire to remain isolated.

Mr. ▆ reports "I cracked my head open twice" as well as other injuries during childhood. Mr. ▆ reports a number of injuries sustained while playing football in the NFL including broken elbow, thumb, fingers, several knee and shoulder injuries, and an Achilles rupture. He states it's "nearly bone on bone in both knees." Many of these injuries required surgery. He reports chronic pain in his neck, lower back, and knees.

Mr. ▆ has no history of in-patient psychiatric treatment. He reports brief out-patient therapy in 2007 for stress.

BEHAVIORAL OBSERVATIONS:
Mr. ▆ was assessed on three days for approximately one and half hours each day. He is approximately 6'3" and 305 pounds and has a muscular build. He appears his stated age. Mr. ▆ presented for the assessment wearing jeans and a sweatshirt on all three days of the assessment, which was appropriate for the setting. His hair is very short and well groomed. During the clinical interview, Mr. ▆ talked easily and openly about his background, and appeared to be in a depressed state. He spoke with a monotone voice and displayed constricted affect. When speaking about issues regarding his daughter, he put his hand on his head and his gaze turned downward. Otherwise, he maintained eye contact. He was polite with the examiner. At the beginning of the assessment, Mr. ▆ expressed concern that his intelligence would be used against him. After further discussion of the purpose of the assessment, Mr. ▆ stated he understood and was ready to begin. He followed directions and occasionally required repetition of directions. Occasionally he appeared irritated when he did not understand an item he was presented or the purpose of a subtest, but he made attempts at every task despite this irritation. He appeared focused on the task at hand and answered all items he was presented. He did not appear to be distracted by environmental stimuli. Mr. ▆ often closed his eyes when he was attempting to remember items presented to him. On some items he would repeat a response to himself before saying to the examiner. He also frequently drew with his finger on the table and to assist his performance on tasks. "I learn in all ways: visually, auditorily, kinesthetically." He remarked after the second day of testing (which entailed mostly memory assessment) that he was "physically and emotionally drained" afterwards, and was pleased that the assessment occurred over several days. He noted that he was disappointed in his performance. "I'm programmed to win. It doesn't feel good to lose." Despite this, he persevered and completed all assessments. There was no evidence of a thought disorder.

ASSESSMENT PROCEDURES:
Clinical Interview
Wechsler Adult Intelligence Scale, Fourth Edition (WAIS-IV)
Wechsler Memory Scale, Fourth Edition (WMS-IV) Select Subtests
Advanced Clinical Solutions for WAIS-IV and WMS-IV
Boston Naming Test (BNT)

Test of Memory Malingering (TOMM)
Medical Symptom Validity Test (MSVT)
Structured Interview of Reported Symptoms, Second Edition (SIRS-2)

Tests Administered by Robert Knol, Ph.D.
Conners' Continuous Performance Test II (CPT II)
Minnesota Multiphasic Personality Inventory, Second Edition, Restructured Form (MMPI-2-RF)

RESULTS OF ASSESSMENT:

Intellectual Functioning:

Mr. ▮ was administered the Wechsler Adult Intelligence Scale, Fourth Edition (WAIS-IV), a comprehensive clinical instrument designed to assess an individual's cognitive ability. This measure is comprised of 10 core subtests and yields composite scores for specific cognitive domains (i.e., Verbal Comprehension Index, Perceptual Reasoning Index, Working Memory Index, and Processing Speed Index) as well as a composite score that represents general intellectual ability (i.e., Full Scale IQ). This measure was administered following the standardized administration outlined in the test manual and is considered a valid representation of Mr. ▮ current level of functioning.

Mr. ▮ demonstrated too much variability across the Indexes, which suggests that his overall ability cannot be summarized by the Full Scale IQ (FSIQ). Since his performance on the Verbal Comprehension (116) and Perceptual Reasoning (96) Indexes were similar, those scores can be combined to yield the General Ability Index (GAI). The GAI differs from the FSIQ in that is not influenced directly by performance on working memory and processing speed tasks. Mr. ▮ earned a GAI of 106, which places his general intellectual ability at the 66th percentile and is classified as Average. Chances are good (95%) that his true intellectual ability falls between 101-111. This indicates that Mr. ▮ general intellectual ability, as measured by the WAIS-IV, is similar to others his age.

The Verbal Comprehension Index (VCI) measures an individual's verbal and crystallized reasoning- the ability to draw from learned information, reason to create a response, and express thoughts verbally. This index is comprised of three subtests, one that required Mr. ▮ to provide definitions of words (Vocabulary), one that required him to describe how two objects or concepts are similar (Similarities), and one that required him to respond to questions about general knowledge (Information). Mr. ▮ earned a VCI of 116, which is ranked at the 86th percentile and is classified as Above Average. Chances are good (95%) that his true verbal and crystallized reasoning falls between 110-121. This score indicates that Mr. ▮ verbal and crystallized abilities are greater than many of his peers. In addition, his ability in this area is higher than his abilities in other areas. In fact, the difference between his verbal and crystallized abilities and abilities in other areas is so large that it is not commonly achieved by other

individuals his age in the normative population. Mr. ▇▇▇ strong ability in this area allows him to function in a manner that makes him appear to have minimal or no deficits in other areas despite their existence.

The Perceptual Reasoning Index (PRI) measures an individual's nonverbal and fluid reasoning- the ability to examine a problem, use visual-motor and visual-spatial skills, organize thoughts, and develop and test solutions. This index is comprised of three subtests, one that required Mr. ▇▇▇ to arrange multicolored blocks to match a picture he was presented (Block Design), one that required him to select an option that would complete a matrix (Matrix Reasoning), and one that required him to identify three responses to reconstruct a puzzle that was presented to him. Mr. ▇▇▇ earned a PRI of 96, which is ranked at the 39th percentile and is classified as Average. Chances are good (95%) that his true nonverbal and fluid reasoning falls between 90-102.

The Working Memory Index (WMI) measures an individual's ability to actively maintain information in conscious awareness, perform some operation or manipulation with it, and produce a result. This index is comprised of two subtests, one that required Mr. ▇▇▇ to solve arithmetic problems verbally (Arithmetic) and another that required him to repeat numbers spoken to him verbatim, in reverse order, and in numeric sequence (Digit Span). Mr. ▇▇▇ earned a WMI of 105, which is ranked at the 63rd percentile and is classified as Average. Chances are good (95%) that his true working memory falls between 98-111. Mr. ▇▇▇ was administered a supplemental Working Memory subtest, Letter-Number Sequencing, which required him to repeat numbers and letters spoken to him in numerical and alphabetical order. This subtest is similar to the Digit Span subtest; however, it is more complex in that it requires an individual to manipulate two sets of information simultaneously. Mr. ▇▇▇ performance on this subtest was somewhat better than his performance on both the Digit Span subtest. It is possible that the first subtest provided Mr. ▇▇▇ with a learning opportunity that prepared him for the following subtest.

The Processing Speed Index (PSI) measures an individual's ability to quickly and correctly scan, sequence, or discriminate simple visual information. This index is comprised of two subtests, one that required Mr. ▇▇▇ to identify whether target shapes appear within a group of shapes (Symbol Search) and another that required him to use a key to copy symbols that are paired with numbers (Coding). Mr. ▇▇▇ demonstrated significant variability among his scores in this area, which suggests that his processing speed cannot be summarized in one score (i.e. the PSI). Mr. ▇▇▇ performed at the low end of the average range on the Coding subtest, but significantly lower on the Symbol Search subtest. On this task, he appeared to sacrifice speed for accuracy. He spent an unusual amount of time surveying each item despite knowing he was under time constraints. He was also administered a supplemental Processing Speed subtest, Cancellation, which required him to rapidly identify target shapes among foils. This task is less demanding than the other Processing Speed subtests, and Mr. ▇▇▇ performed similarly to peers on this task. Given Mr. ▇▇▇ level of functioning in other areas, his performance was expected to be better in this area. This suggests a possible decline in functioning, which may be related to brain injury. This

difficulty with processing may also explain Mr. ███ difficulty picking up on social cues.

| Scale | Composite Score | Percentile Rank | 95% Confidence Interval | Descriptive Category |
|---|---|---|---|---|
| Verbal Comprehension | 116 | 86 | 110-121 | Above Average |
| Perceptual Reasoning | 96 | 39 | 90-102 | Average |
| Working Memory | 105 | 63 | 98-111 | Average |
| Processing Speed | 76 | 5 | 70-87 | Borderline |
| Full Scale | 100 | 50 | 96-104 | Average |

| Scale | Score | Scale | Score |
|---|---|---|---|
| Block Design | 11 | Arithmetic | 12 |
| Similarities | 11 | Symbol Search | 3 |
| Digit Span | 10 | Visual Puzzles | 9 |
| Matrix Reasoning | 8 | Information | 14 |
| Vocabulary | 14 | Coding | 8 |
| Letter-Number Sequencing* | 14 | Cancellation* | 11 |

*scores from these supplemental subtests do not contribute to index scores

The Conners' Continuous Performance Test II (CPT II) was administered to Mr. ███ by a colleague of this writer, Robert Knol, Ph.D. This measure indicates that there is a 50% chance that a significant attention problem exists. This is a benign score, indicating that Mr. ███ ability to attend to stimuli and inhibit responding when necessary is similar to others and is not likely to interfere with his functioning.

Mr. ███ was also administered selected subtests from the Wechsler Memory Scale, Fourth Edition (WMS-IV). The WMS-IV is a measure of episodic, declarative memory functioning and working memory. It is designed to measure memory functions that are impaired in a variety of neurodevelopmental, neuropsychiatric, and neurological conditions. Mr. ███ was administered subtests that required him to recall stories told to him immediately and after a delay (Logical Memory I and II); subtests that required him to recall a series of word pairs presented to him immediately and after a delay (Verbal Paired Associates I and II); and subtests that required him to draw designs presented to him immediately and after a delay (Visual Reproduction I and II). Each of these subtests also includes a recognition trial. Mr. ███ was also administered the Brief Cognitive Status Exam included in this measure.

The Brief Cognitive Status Exam assesses global cognitive functioning. Mr. ▮ performance on this exam was similar to others his age and level of education. He was able to identify the month, day, date, and year accurately. He knew the name of the current President. He was able to draw and clock and set its hands to a specific time.

Mr. ▮ auditory memory was assessed by Logical Memory (narrative memory) and Verbal Paired Associates (verbal memory) subtests. These scores are combined to yield the Auditory Memory Index (AMI). Mr. ▮ earned an AMI of 87, which is ranked at the 19th percentile and is classified as Low Average. Mr. ▮ became flustered while attempting to recall details from stories he was presented. While he was able to recall some, his performance was somewhat lower than his peers. He recalled even fewer details from the stories after the delay. He was somewhat further assisted by cues when presented with details from the stories (recognition trial), suggesting stronger abilities in recognition than recall. Mr. ▮ performed similarly on the Verbal Paired Associates subtests. Although his performance improved slightly over the four trials, by the fourth trial he was still only able to recall nine of the 14 word pairs he was presented. This is unexpected given his level of overall cognitive functioning. This suggests a significant deficit in Mr. ▮ auditory memory, which is likely the result of brain trauma, particularly to the temporal lobe.

Mr. ▮ visual memory was assessed by Visual Reproduction (memory for nonverbal visual stimuli) and Designs (spatial memory) subtests. These scores are combined to yield the Visual Memory Index (VMI). Mr. ▮ earned a VMI of 80, which is ranked at the 9th percentile and is classified as Borderline. Mr. ▮ attempted to replicate all the designs on the immediate recall subtest and his designs mostly accurate. The time he took to complete these designs was longer than others his age. This is, in part, due to Mr. ▮ retracing lines he had already drawn. After the delay, Mr. ▮ attempted to draw three of the designs, and he once again took more time than others to complete the designs. When presented with a multiple choice recognition trial, he was able to correctly identify all of the designs he had been presented. He had even more difficulty remembering where designs were to be placed on a grid. He remarked that "it's not enough time." His scores are likely also impacted by the aforementioned deficit in processing speed. As his remark suggested, he did not have enough time to process the information in order to remember it. Mr. ▮ performance on these subtests suggests that his visual memory is below that of his peers, and significantly below what would be expected given his level of general intellectual functioning. Again, this is evidence of an injury to the brain.

| Subtest | Scaled Score | Subtest | Cumulative Percentage |
|---|---|---|---|
| Logical Memory I (LM I) | 9 | LM II Recognition | 26-50% |
| Logical Memory II | 7 | | |
| Verbal Paired Associates I (VPA I) | 7 | VPA II Recognition | 3-9% |
| Verbal Paired Associates II (VPA II) | 8 | | |
| Visual Reproduction I (VR I) | 12 | VR II Recognition | 17-25% |
| Visual Reproduction II (VR II) | 10 | | |
| Designs I | 1 | | |
| Designs II | 3 | | |

The Advanced Clinical Solutions for WAIS-IV and WMS-IV is an individually administered array of tasks and procedures that enhance the clinical utility of those measures. This includes additional subtests as well as additional scores for the subtests completed on the WAIS-IV and WMS-IV.

The Advanced Clinical Solutions provides additional Auditory Memory Indexes: the Auditory Immediate Index (AII) includes the immediate recall portions of the Logical Memory and Verbal Paired Associates subtests; the Auditory Delayed Index (ADI) includes the delayed recall portions of the Logical Memory and Verbal Paired Associates subtests; the Auditory Recognition Index (ARI) includes the recognition trials for the Logical Memory and Verbal Paired Associates subtests. Mr. ▇ earned an AII of 89, which is ranked at the 23rd percentile and is classified as Low Average. He also earned an ADI of 89, which is ranked at the 23rd percentile and is classified as Low Average. In addition, Mr. ▇ ARI of 85 is ranked at the 16th percentile and is classified as Low Average. This is consistent with previously mentioned auditory memory deficits and evidence of traumatic brain injury.

When comparing Mr. ▇ ability to his memory using the WAIS-IV and WMS-IV scores, a significant difference was found between his overall ability and his auditory immediate memory. This difference is not typically seen in the normative population and suggests significant areas of impairment in memory based on what would be expected given Mr. ▇ overall cognitive ability. Differences such as these are often associated with brain trauma.

The Advanced Clinical Solutions also includes additional subtests taken from the Delis-Kaplan Executive Function System (D-KEFS). The Trail Making Test assesses visual scanning, number sequencing, letter sequencing, motor speed in drawing lines, visual-motor sequencing, and cognitive flexibility. The Verbal Fluency Test assesses an

individual's ability to generate words fluently in an effortful, phonemic format (Letter Fluency) and from overlearned concepts (Category Fluency).

Mr. ███ performance on the Trail Making Test was similar others his age on all conditions he was presented: Number Sequencing, Letter Sequencing, and Number-Letter Sequencing. He completed the trails accurately and within an average amount of time. This is similar to his performance on other visual motor tasks.

Mr. ███ performance Letter Fluency fell within the Superior range. This indicates that his phonemic fluency is better than most others his age. He was able retrieve words quickly from his verbal knowledge while observing the rules of the task. He appeared to develop a strategy for helping himself retrieve the words. He often grouped words together that sounded the same or had the same beginning syllable. His score on the Category Fluency task was within the Above Average range. Retrieval of words for the Category Fluency task requires less effort than the Letter Fluency task. Again, he developed a strategy by naming animals that began with the same letter. Towards the end he used another strategy where he named animals in the same species. His performance on these tasks is consistent with his verbal ability as assessed by the WAIS-IV.

| Subtest | Scaled Score |
| --- | --- |
| Letter Fluency | 19 |
| Category Fluency | 16 |

The Advanced Clinical Solutions also includes a Test of Premorbid Functioning that assesses skills relatively unaffected by neurocognitive change. In addition, effort is assessed through four embedded effort measures in the WAIS-IV and WMS-IV as well as an additional subtest, Word Choice.

The Test of Premorbid Functioning required Mr. ███ to read and pronounce words that have irregular grapheme-to-phoneme translation. In other words, they do not sound as they are spelled. Mr. ███ score of 122 falls within the Superior range and suggests that his intellectual and memory functioning should be stronger than others his age. This is supported by his performance on verbal tasks of the WAIS-IV. Given that his performance on memory tasks was significantly lower, this is further evidence of a decline in functioning, most likely related to brain injury.

The Effort scores are derived from an individual's performance on the WAIS-IV Digit Span subtest, the WMS-IV Logical Memory II Recognition subtest, Verbal Paired Associates Recognition subtest, and the Visual Reproduction Recognition subtest. Measures of effort indicate Mr. ███ effort on cognitive and memory tasks was similar to others. This suggests that the results of this assessment are a reliable and valid representation of Mr. ███ current level of functioning.