# EXHIBIT 7

# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## NOTICE OF AUDIT OF CLAIM
### DATE OF NOTICE: AUGUST 21, 2017

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 260006736 |
| **Name** | First ■   M.I. ■   Last ■ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Primary Counsel** | Lieff Cabraser Heimann & Bernstein, LLP |

### II. EXPLANATION AND REQUEST FOR INFORMATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. Your claim has been selected for audit under Section 10.3 of the Settlement Agreement.

### III. HOW TO RESPOND TO THIS NOTICE

We may determine that we need additional information and may send you a Follow-Up Notice requesting additional information and/or records. If you would like to receive and submit forms like this one electronically online rather than on paper, go to www.NFLConcussionSettlement.com/Login.aspx, click the Create New User button and follow the instructions there to establish a secure online portal account with us.

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.