# EXHIBIT 11



# POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE:** May 31, 2018

## I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 260006736 |
| **Name:** | First ▮    M.I. ▮    Last ▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | Lieff Cabraser Heimann & Bernstein, LLP |
| **Asserted Qualifying Diagnosis** | Level 1.5 Neurocognitive Impairment |
| **Appellant** | NFL |
| **Appellee** | Settlement Class Member |

## II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal granted. Appellant provided clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding. In deciding this appeal, the Special Master was assisted by a member of the Appeals Advisory Panel and/or an Appeals Advisory Panel Consultant. The Special Master has adopted the analysis from the AAP.

1. Special Master ruled that the claim is denied

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.





# POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE:** October 11, 2018

| I. SETTLEMENT CLASS MEMBER INFORMATION ||
|---|---|
| **Settlement Program ID** | 260006736 |
| **Name:** | First ▮   M.I. ▮   Last ▮ |
| **Settlement Class Member Type** | Retired NFL Football Player |
| **Lawyer** | Lieff Cabraser Heimann & Bernstein, LLP |
| **Asserted Qualifying Diagnosis** | Level 1.5 Neurocognitive Impairment |
| **Appellant** | NFL |
| **Appellee** | Settlement Class Member |

## II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

See Special Master opinion uploaded on 10/10/18.

1. Special Master ruled that the claim is denied

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.

