# EXHIBIT 14

*Appeal Advisory Panel Consultant*
*NFL Concussion Settlement Program*

August 12, 2017
AAPC Review for
Settlement Program ID 260006736

At the request of            , I reviewed the neuropsychological assessment of this player that was conducted over two December 2014 sessions by Laura Hoppner PhD as documented in a report dated January 5, 2015. At question is whether the player met criteria for Level 1.5 neurocognitive impairment. Based on his reading performance and vocabulary skill I would estimate this player to have above average premorbid intellectual function. The assessment included one stand-alone and several embedded measures of symptom validity. The cognitive measures of symptom validity suggest adequate effort and motivation. However, personality testing (MMPI-RF) was not valid due to an over-reporting of symptoms. Nevertheless I believe it is reasonable to assume the cognitive assessment is valid.

The cognitive assessment included many of the settlement prescribed standard tests (WAIS-IV, WMS-IV and Boston Naming) and a few additional tests not included in the prescribed battery. In a few cases comparable but non-prescribed tests were conducted (e.g. DKEFS versions of fluency and trail making). But in two cases no measures was provided, for comprehension (prescribed measure is BDAE complex ideation) and problem solving (prescribed measure is Booklet Category). At delineated below this was not ultimately contributory. This is because even if scores on those measures had been severely deficient the determination would not change.

Unfortunately, Dr. Hoppner did not appear to follow the algorithm in reaching her determination of impairment. For example she deemed a cognitive domain (processing speed) as impaired based on a single outlier scores. Moreover she interpreted test scores that fell within normal limits as impaired (learning and memory).

Based the scores provided in the report (assembled in a table below), and following the settlement algorithm, the player's neuropsychological performance does **not meet criteria for even Level 1.0 neurocognitive impairment** on the following basis:

Complex Attention and Processing Speed (level 0)
- Only 1 scores (symbol search) falls below T-35

Learning and Memory (level 0)
- No scores fall below T-35

Visual Perception (level 0)
- No scores fall below T-40

Language (Level .0)
- BDAE was not administered. Even if it had fallen below T 0f 30 the level for language would still be 0 since the two other scores fell above 40.

Executive Function (Level 0)
- At most 1 score (Booklet Category not administered) would fall below T-30.
- Two other scores fall well above T 40

Since none of the 5 domains falls at even Level 1 the player does not qualify for neurocognitive impairment.

NFL: Score Table 260006736 Scores Based on Laura Hopper PhD eval dated 1/5/15
Premorbid estimate: above average

| Domain | Test | Substitute if used | T-Score Equivalent | Nl,1.0,1.5,2.0 |
|---|---|---|---|---|
| Processing Speed and Complex Attention ALL WAIS-IV | • | | | Level 0; only one scores below 35 |
| | Digit Span• | | 50 | |
| | Arithmetic | | 56 | |
| | Cancellation | | 53 | |
| | Symbol Search | | 29 | |
| | Letter-Number Sequencing | | 62 | |
| | Coding | | 44 | |
| Learning and Memory ALL WMS IV | | | | Level 0; no scores below 35 |
| | Logical Memory I | | 47 | |
| | Verbal Paired Associates I | | 40 | |
| | Visual Reproduction | | 56 | |
| | Logical Memory II | | 40 | |
| | Verbal Paired Associates II | | 44 | |
| | Visual Reproduction II | | 50 | |
| Visual Perception All WAIS-IV | | | | Level 0, no scores below 40 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Block Design |  | 53 |  |
|  | Matrix Reasoning |  | 44 |  |
|  | Visual Puzzles |  | 47 |  |
| Language |  |  |  | Level 0; at most 1 score that could fall below 40 |
|  | Boston Naming |  | Reported only as normal |  |
|  | COWAT Animal Fluency | DKEFS Category Fluency | 70 |  |
|  | BDAE Complex ideation |  |  |  |
| Executive Function |  |  |  | Level 0; at most 1 score below 37. |
|  | Similarities |  | 53 |  |
|  | FAS | DEKS Letter fluency | 80 |  |
|  | Trail Making B | DEFS Trails | Reported only as normal |  |
|  | Booklet Category |  |  |  |

NOTE: Domains in green are 'critical' domains for establishing level of impairment,

I hope this analysis is helpful to ▮▮▮▮▮▮▮ and the AAP.
Regards,