**UNITED STATES DIRECT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> SPID No. 260006736 | **Hon. Anita B. Brody** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT A MISTAKE IN APPLICATION OF THE SETTLEMENT AGREEMENT TO PLAINTIFF'S CLAIM PURSUANT TO RULE 60 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

And Now, this ___ day of _____, 2019, Plaintiff's Motion for Rule 60 Consideration of this Matter is GRANTED and the Claimant's Objection to the Special Master's Decision is Sustained and the matter is referred back to the Claims Administrator to reinstate the Monetary Award.

_____