**CERTIFICATE OF SERVICE**

      It is hereby certified that a true copy of the foregoing letter was served electronically via the Court's electronic filing system on the 3rd day of September, 2019, upon all counsel of record.

Dated:  September 3, 2019          /s/ Bruce Birenboim
                                                                  Bruce Birenboim