## CERTIFICATE OF SERVICE

      I, Wendy R. Fleishman, counsel for the Plaintiff Appellant Amon C. Gordon and a member of the Bar of this Court, certify that, on September 9, 2019, an electronic copy of this Reply Memorandum was filed with the Clerk of Court using the CM/ECF system. I further certify that all parties required to be served have been served.

                                                         s/ Wendy R. Fleishman
                                                         Wendy R. Fleishman

1835267.1