IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody, U.S.D.J. |

## NOTICE OF FILING OF
## PETITION FOR WRIT OF MANDAMUS

Notice is hereby given that Thrivest Specialty Funding, LLC has filed the attached Petition for Writ of Mandamus (Exhibit "A") in the United States Court of Appeals for the Third Circuit.

Respectfully submitted,

/s/ Peter C. Buckley
Peter C. Buckley, Esquire
Attorney ID No. 93123
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103-3222
Tel: (215) 299-2854
Fax: (215) 299-2150
pbuckley@foxrothschild.com

*Attorneys for Thrivest Specialty Funding, LLC*

Date: September 18, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody, U.S.D.J. |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and correct copy of the foregoing Notice of Filing of Petition for Writ of Mandamus upon all counsel of record via ECF.

/s/ Peter C. Buckley
Peter C. Buckley

Dated: September 18, 2019