**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>                     Plaintiffs,<br>   v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                     Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>The Dugan Law Firm, APLC v. Roy Foster Attorney Lien Dispute<br>(Doc. No. 7950) | |

## ORDER

AND NOW, this 26th day of September, 2019, following an unrecorded telephone conference with counsel on September 13, 2019, **IT IS HEREBY ORDERED** that the above-referenced attorney lien dispute **IS REFERRED** to the Honorable Timothy R. Rice for settlement discussions.

                                              BY THE COURT:

                                              /s/ David R. Strawbridge, USMJ
                                              DAVID R. STRAWBRIDGE
                                              UNITED STATES MAGISTRATE JUDGE