# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Related to: No. 2:19-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS AGAINST THE RIDDELL DEFENDANTS | Hon. Anita B. Brody |

## APPOINTMENT OF RIDDELL PLAINTIFFS' CO-LEAD COUNSEL

The Judicial Panel on Multidistrict Litigation has transferred actions in the above-captioned to this Court for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 as part of a nationwide litigation involving the Riddell Defendants. Pursuant to its jurisdiction over these actions, this Court enters the following order:

**I.     Organization and Responsibilities of Plaintiffs' Counsel.**

    1.     The Court revokes all prior appointments of Plaintiffs' Counsel as they relate to claims against the Riddell Defendants.

    2.     **Riddell Plaintiffs' Co-Lead Counsel:**  The Court designates the following counsel as Riddell Plaintiffs' Co-Lead Counsel:

18007800v4

>Bradford R. Sohn, Esq.
>The Brad Sohn Law Firm, PLLC
>2600 Douglas Road, Suite 1007
>Coral Gables, FLA 33134
>Phone: (786) 708-9750; Fax: (305) 397-0650
>
>Wendy R. Fleishman, Esq.
>Lieff, Cabraser, Heimann & Bernstein, LLP
>250 Hudson Street, 8th Floor
>New York, NY 10013-1413
>Phone: (212) 355-9500; Fax: (212) 355-9592

3. Riddell Plaintiffs' Co-Lead Counsel will be responsible for coordinating the activities of Riddell Plaintiffs during pretrial proceedings.

4. Further orders regarding procedures for counsel seeking reimbursement for common benefit fees and costs will follow.

**s/Anita B. Brody**

ANITA B. BRODY, J.

Copies **VIA ECF** on