# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                        Plaintiffs,<br><br>     v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                        Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Zimmerman Reed LLP v. Willie P. (Billy) Milner Attorney Lien Dispute<br>(Doc. No. 6971) | |

## ORDER VACATING REPORT AND RECOMMENDATION

**AND NOW**, this 2nd day of October, 2019, having been made aware on September 27, 2019 that the parties to this attorney lien dispute consented on September 18, 2019 to jurisdiction by a Magistrate Judge (ECF No. 10853), it is **ORDERED** that the Report and Recommendation filed on September 26, 2019 (ECF No. 10852) is **WITHDRAWN**.[1]

                                            BY THE COURT:

                                            /s/ David R. Strawbridge, USMJ
                                            DAVID R. STRAWBRIDGE
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the parties' consent to magistrate judge jurisdiction of the lien dispute, the undersigned will issue a final decision.