# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : : | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>LEMAR PARRISH AND<br>LYNDA LOUISE PARRISH | | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, rules of procedure, and the executed Retainer Agreement between Petitioners and Plaintiffs, Petitioners, Gene Locks, Esquire, and Michael B. Leh, Esquire, of LOCKS LAW FIRM, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs, as set forth in the accompanying Petition to Establish Attorney's Lien.

                                                          Respectfully submitted,

                                                        **LOCKS LAW FIRM**

Dated: October 17, 2019        By:    /s/ *Gene Locks*
                                                         Gene Locks, Esquire (PA ID No. 12969)
                                                         Michael B. Leh, Esquire (PA ID No. 42962)
                                                         THE CURTIS CENTER
                                                         601 Walnut Street, Suite 720 East
                                                         Philadelphia, PA 19106
                                                         (215) 893-0100

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |
| _____ | : : : | |
| THIS DOCUMENT RELATES TO:<br>LEMAR PARRISH AND<br>LYNDA LOUISE PARRISH | : : : | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully submitted,

**LOCKS LAW FIRM**

Dated: October 17, 2019        By:    /s/ *Gene Locks*
                                      Gene Locks, Esquire (PA ID No. 12969)
                                      Michael B. Leh, Esquire (PA ID No. 42962)
                                      THE CURTIS CENTER
                                      601 Walnut Street, Suite 720 East
                                      Philadelphia, PA 19106
                                      (215) 893-0100