UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and: <br><br> <u>Robert Massey, et al.</u> v. National Football League, et al. (Plaintiff Keith Wagner ONLY) <br><br> Court File No. <u>12-cv-6069-AB</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, attorney for the Plaintiff Keith Wagner in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Keith Wagner.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  October 21, 2019               Respectfully submitted,

                                       ZIMMERMAN REED LLP


                                        s/ Brian C. Gudmundson
                                       J. Gordon Rudd, Jr. (#222082)
                                       Brian C. Gudmundson (#336695)
                                       Michael J. Laird (#0398436)
                                       1100 IDS Center, 80 South 8th Street
                                       Minneapolis, MN  55402
                                       Telephone: (612) 341-0400
                                       Facsimile: (612) 341-0844
                                       Gordon.Rudd@zimmreed.com
                                       Brian.Gudmundson@zimmreed.com
                                       Michael.Laird@zimmreed.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  October 21, 2019  ZIMMERMAN REED LLP

 s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com