IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Gayle* v. *Nat'l Football League, et al.* | No. 12-cv-5212 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Shaun Gayle ("Plaintiff") is voluntarily dismissing with prejudice all his claims against defendants National Football League and NFL Properties LLC in the above-captioned action, as set forth in the July 10, 2012 complaint originally filed in the Circuit Court of Cook County, Illinois, No 2012L007703, and transferred to this MDL, the Second Amended Master Administrative Long-Form Complaint (MDL No. 2323, ECF No. 8026), and Plaintiff's related Short Form Complaints (ECF Nos. 2, 25; MDL No. 2323, ECF No. 8072), with each party to bear their own costs, expenses, and attorneys' fees.

Dated: October 22, 2019

Respectfully submitted,

John F. Winters, Jr.
Winters, Salzetta, O'Brien & Richardson LLC
111 W. Washington Street, Suite 1200
Chicago, IL 60602
Tel: (312) 236-6324
jwinters@wsorlaw.com
*Attorneys for Plaintiff Shaun Gayle*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2019, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

_____
John Francis Winters, Jr.
Winters, Salzetta, O'Brien & Richardson LLC
111 W. Washington St.
Suite 1200
Chicago, IL 60602
Tel: (312) 236-6324
jwinters@wsorlaw.com
*Attorneys for Plaintiff Shaun Gayle*