IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                              Plaintiffs,<br><br>       v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                              Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Zimmerman Reed v. Floyd Turner, Jr.<br>Attorney Lien Dispute<br>(ECF No. 7269) | |

# ORDER

**AND NOW**, this _24TH __ day of October, 2019, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 10833), and no objection having been docketed, it is **ORDERED** that:

   1.   The Report and Recommendation is **ADOPTED**;

   2.   The Withdrawal of the Lien Dispute is **GRANTED**; and

   3.   The Claims Administrator is **ORDERED** to disburse the withheld funds for attorneys' fees and costs in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.  It is **FURTHER ORDERED** that the Claims Administrator is to retain any remaining portion of these withheld funds not designated for attorneys' fees or costs pending resolution of other, non-attorney liens against Mr. Turner's recovery.

      s/Anita B. Brody

_____
ANITA B. BRODY, J.

COPIES VIA ECF  10/25/2019