**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                                   Plaintiffs,<br><br>                v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                                                   Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Attorney David Buckley, PLLC v. Brodney Pool<br>Attorney Lien Dispute<br>(Doc. Nos. 8050, 8054) | |

**ORDER VACATING REPORT AND RECOMMENDATION**

        **AND NOW**, this 5th    day of November, 2019, having been made aware on November 1, 2019 that the parties to this attorney lien dispute consented on October 30 and 31, 2019 to jurisdiction by a Magistrate Judge (ECF No. 10886, docketed Nov. 5, 2019), it is **ORDERED** that the Report and Recommendation signed on October 31, 2019 and docketed on November 1, 2019 (ECF No. 10885) is **WITHDRAWN**.[1]

                                        BY THE COURT:


                                        /s/ David R. Strawbridge, USMJ
                                        DAVID R. STRAWBRIDGE
                                        UNITED STATES MAGISTRATE JUDGE

---

[1]  Consistent with the parties' consent to magistrate judge jurisdiction of the lien dispute, the undersigned will issue a final decision.