**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| ROBERT MASSEY, *et al*.,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>NATIONAL FOOTBALL LEAGUE, *et al*.,<br>　　　　　　　　Defendants. | Civil Action No. 12-6069 |

**ORDER**

**AND NOW**, this _14th __ day of November, 2019, it is **ORDERED** that the Motion to Withdraw as Counsel for Plaintiff Keith Wagner (ECF No. 10871 in 12-2323; ECF No. 58 in 12-6069) is **GRANTED**.  Zimmerman Reed LLP must send a copy of this Order via any email address they have for Mr. Wagner and must send a physical copy via U.S. Mail to Mr. Wagner's last known address.

　　　　　　　　　　s/Anita B. Brody

　　　　　　　　　　_____
　　　　　　　　　　ANITA B. BRODY, J.

COPIES VIA ECF  11/14/2019