UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, et. al.<br><br>Defendants,<br><br>THIS DOCUMENT RELATES TO:<br><br>**JEFFREY BRYANT** | No. 2:12-md-02323-AB<br>MDL No. 2323 |

## PETITION TO WITHDRAW NOTICE OF ATTORNEY'S LIEN

TO THE CLERK OF COURT:

Please withdraw the Notice of Attorney's Lien on behalf of the undersigned counsel in the above-captioned case.

Dated: November _19_, 2019.

Respectfully Submitted By:

*[signature]*

THOMAS E. PARNELL, ESQ.
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
GIBBS AND PARNELL, P.A.
722 E. Fletcher Ave.
(813) 975-4444 (telephone)
(813) 975-4445 (telefax)
tep@gibbsandparnell.com
ko@gibbsandparnell.com
Florida Bar No. 441988

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Petition to Withdraw Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: November 19, 2019

Respectfully submitted,

*[signature]*

Thomas E. Parnell, Esq.
Neurocognitive Football Lawyers, PLLC
Gibbs and Parnell, P.A.