UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-2361
_____

In Re: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY
LITIGATION

JOHN LORENTZ,
                                                 Appellant

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Civil No. 2:12-md-02323)
District Judge: Honorable Anita B. Brody
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
October 24, 2019
_____

Before: GREENAWAY, JR., PORTER, and GREENBERG, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted under Third Circuit L.A.R. 34.1(a) on October 24, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the District Court's Order entered on May 21, 2018 is AFFIRMED, noting that

the denial of the request for a portion of common benefit fees was without prejudice to the filing of a plenary action in a court with jurisdiction. Costs taxed against Appellant.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: October 31, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** November 22, 2019

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**