IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>No. 19-2323 |
| THIS DOCUMENT RELATES TO ALL RELEVANT CASES WITH PENDING MOTIONS TO REMAND TO STATE COURT | Hon. Anita B. Brody |

# ORDER

**AND NOW**, this _4th __ day of December, 2019, it is **ORDERED** that the following Motions to Remand are **DENIED** as moot, in light of the withdrawal of those motions:

- **Remand Motions on the 12-2323 MDL Docket**
    - ECF No. 7945
    - ECF No. 9389
    - ECF No. 9427
    - ECF No. 9447
    - ECF No. 9472
    - ECF No. 9483
    - ECF No. 9487
    - ECF No. 9489
    - ECF No. 9492
    - ECF No. 9495
    - ECF No. 10149

- **Remand Motions in Other Related Dockets**
    - ECF No. 8 in 12-4631
    - ECF No. 11 in 13-00095
    - ECF No. 13 in 13-00095
    - ECF No. 15 in 13-00095
    - ECF No. 8 in 13-4230
    - ECF No. 9 in 13-5258
    - ECF No. 18 in 13-7376
    - ECF No. 20 in 13-7376
    - ECF No. 3 in 17-2736
    - ECF No. 5 in 18-464

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on: 12/4/2019