IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : | MDL<br><br>NO. 2012-2323 |

FILED
DEC 06 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

ORDER

**AND NOW**, this **5th** day of **December, 2019**, it is ordered that the minute sheet, transcript and audio recording of the proceedings held on **11-07-2019** in the above entitled case are placed **UNDER SEAL.**

_____
Hon. Anita B. Brody, J.

Copies sent _____ to:        Copies mailed _____ to:

civil-o frm (9/97)