# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : <br> : <br> : <br> : <br> :  MDL No. 2323 <br> :  12-md-2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : <br> : |

## ORDER

**AND NOW**, this ___11th__ day of December, 2019, it is **ORDERED** as follows:

1. I **APPOINT** retired United States Magistrate Judge Diane M. Welsh as Mediator for all pending cases implicating Section 6.2(b) of the Settlement Agreement and the eligibility for a Monetary Award of a Representative Claimant of a deceased Retired NFL Football Player who died before January 1, 2006 ("Statutes of Limitations Cases").

2. It is further **ORDERED** that Judge Welsh, in her role as Mediator, will have the power to establish scheduling deadlines and procedures for structuring mediation in the Statutes of Limitations Cases.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF**  12/11/2019