IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| ------------------------------------------------ | § § § § | |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and White, et al v. The National Football League No. 4:12-cv-01727 USDC, EDPA. 2:12-cv-03778-AB<br><br>EVERETTE PEDESCLEAUX | § § § § § § § § § § § § | NOTICE OF WITHDRAWAL OF APPEARANCE FOR PLAINTIFF, EVERETTE PEDESCLEAUX |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of Plaintiff, EVERETTE PEDESCLEAUX **ONLY** in *White, et al vs. The National Football League, No. 4:12cv-01727 USDC, EDPA 2:12-cv-03778-AB, and In Re National Football League Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

Respectfully submitted,

December 12, 2019

By: _____/s/_____
MATTHEW C. MATHENY
STATE BAR NUMBER: 24039040
mmatheny@provostumphrey.com
JACQUELINE RYALL
STATE BAR NUMBER: 17469445

1

jryall@provostumphrey.com

PROVOST ✫ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2019, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

```
                            /s/
By: _____
    MATTHEW C. MATHENY
```