

# Howard & Associates
# Attorneys at Law, P.A.

*Dr. Tim Howard, J.D., Ph.D., Senior Partner\**
*Florida Supreme Court Certified Mediator*
www.HowardJustice.com

**Tallahassee Office:**
1415 East Piedmont Drive – Suite 5
Tallahassee, Florida  32308
Email: Tim@HowardJustice.com
Phone: (850) 298-4455
Fax: (850) 216-2537

December 13, 2019

**NOTICE OF ATTORNEY'S LIENS** and **PETITION TO ESTABLISH ATTORNEY'S LIENS** for the following (5) NFL Concussion claimants:

| CLAIMANT | SPID |
|---|---|
| 1) Aaron Jones | 100008089 |
| 2) Jessie Small | 100014059 |
| 3) John Washington | 100016098 |
| 4) Myron Guyton | 100006019 |
| 5) Tracy Scroggins | 1000013632 |

---

\*Admitted to practice in Florida, the District of Columbia, Northern, Middle, and Southern United States District Courts of Florida, the United States Court of Appeals for the 11th Circuit, and the United States Supreme Court.  Ph.D, Northeastern University, Law, Policy & Society.  Former Visiting Health Law, Bioethics, and Human Rights Scholar and Constitutional Law, Media & Politics and Judicial Process Instructor at Boston University.  Former Director of and Professor with Northeastern University's Law & Policy Doctorate Program. President of Cambridge Graduate University International.