**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : | **Case No. 2:12-md-2323 (AB)** **MDL NO. 2323** |
| **Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,** | : : : : : | **Hon. Anita B. Brody** |
| **Plaintiffs,** | : : | |
| **v.** | : : | **PETITION TO ESTABLISH** |
| **National Football League and NFL Properties, LLC, Successor-in-Interest to NFL Properties, Inc.,** | : : : : : | **ATTORNEY'S LIEN** |
| **Defendants.** | : : | |

Petitioner, Howard & Associates, Attorneys at Law, P.A., pursuant to

Pursuant to Title II, Rule 7 and Rule 8 of the Amended Rules Governing

Attorneys' Liens, adopted October 3, 2018, in the above-styled action, and the

executed Agreement for Legal Services, states as follows:

1. Petitioner's law firm has attorneys admitted to practice before the

Courts of Florida and files this Petition to establish a lien for attorney's fees as set

forth hereinafter.

2.     On or about December 6, 2016, Petitioner was retained and employed by Plaintiff, Myron Guyton, pursuant to an agreement for legal services, to pursue a claim for injuries and damages allegedly caused by the National Football League's conduct associated with football-related concussions, head, and brain injuries.

3.     The Retainer Agreement & Power of Attorney ("Agreement"), attached hereto as Exhibit A, states that, "It is agreed and understood that this employment is on a contingency fee basis, and, if no recovery or savings is made, the Client will not be indebted to the Attorneys for an sums whatsoever as attorney's fees and costs."

4.     The Agreement also states that "the Client agrees to pay the Attorneys 20% of all gross monies recovered on the Client's behalf in relation to the IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION (No. 2:12-md-02323-AB) Final Settlement Agreement."

5.     Since December 6, 2016, Petitioner has provided counsel for any needed matter, such as Social Security Disability, NFL Total and Permanent Disability, neuropsychological treatment, counseling for depression or suicide, family matters, paid costs relating to neuropsychological, Clinical Dementia Rating, neurological, MRI, follow up testing, travel, meals, local transportation, bi-weekly consultation and client updates, MAF and BAP, third-party sworn

affidavits, retaining experts, and more.

6.     Plaintiff has continued the representation by co-counsel, who has worked with Petitioner on many claims, but has dropped Petitioner, despite the fact that Petitioner has paid all costs pertaining to his claim.

7.     Plaintiff dropped Petitioner only after his claim was submitted, he received an award, and he was in the process of receiving payment.

8.     Petitioner was not terminated due to any malfeasance or other improper action, but only after the award was given and the claim was being processed for payment.

9.     Petitioner claims the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiff in this action.

WHEREFORE, the Petitioner prays:

1.     That an attorney's lien be established;

2.     That the amount of the lien be determined;

3.     That the Court order that Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement or judgment in this action;

4.     That the Defendant or Defendant's insurer be prohibited from paying to the Plaintiff any sums or money until said lien has been satisfied; and

5.      For such other further relief as this Court deems just.

Dated: December 12, 2019                    Respectfully Submitted,


s/ Timothy Howard
Timothy Howard
(#0655325)
Howard & Associates, P.A.
1415 East Piedmont Dr. Suite 5
Tallahassee, Florida 32308
Telephone:        (850) 298-4455
Facsimile:        (850) 216-2537
Tim@HowardJustice.com


## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that he has served via the

Electronic Case Filing (ECF) system in the United States District Court for the

Eastern District of Pennsylvania, on all parties registered for CM/ECF in the

litigation.

Dated December 12, 2019

s/Timothy Howard
Timothy Howard
(#0655325)
Howard & Associates, P.A.
1415 East Piedmont Dr. Suite 5
Tallahassee, Florida 32308
Telephone:        (850) 298-4455
Facsimile:        (850) 216-2537
Tim@HowardJustice.com

4