# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | |
| **This document relates to:** | |
| **RON MORRIS**, Plaintiff, USDC, EDPA, Docket No. 2:13-cv-01185-AB | |

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien,* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C., specifically including Michael L. McGlamry, N. Kirkland Pope and Jay F. Hirsch as counsel for Plaintiff Ron Morris in this MDL proceeding.

Dated:  December 19, 2019

    Respectfully submitted,

    /s/ *Michael L. McGlamry*
    Michael L. McGlamry
    Georgia Bar No. 492515
    POPE, McGLAMRY, KILPATRICK,
    MORRISON & NORWOOD, P.C.
    3391 Peachtree Road, NE, Suite 300

P.O. Box 19337 (31126-1337)<br>
Atlanta, GA 30326<br>
Ph: (404) 523-7706<br>
Fx: (404) 524-1648<br>
efile@pmkm.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED: December 19, 2019

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, P.C.
3391 Peachtree Road, NE, Suite 300
P.O. Box 19337 (31126-1337)
Atlanta, GA 30326
Ph: (404) 523-7706
Fx: (404) 524-1648
efile@pmkm.com