# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>John D. Giddens, P.A. v. Nathaniel Lewis<br>Attorney Lien Dispute<br>(Doc. No. 8453) | |



## ORDER

AND NOW, this 20th day of December, 2019, following an unrecorded telephone conference with the parties on December 17, 2019 and the subsequent communication from the settlement class member, **IT IS HEREBY ORDERED** that the above-referenced attorney lien dispute **IS REFERRED** to the Honorable Timothy R. Rice for settlement discussions.

BY THE COURT:

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE