# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> **NAJEH DAVENPORT (SID 100003594)** | **NOTICE OF ATTORNEY'S LIEN** |

      Pursuant to O.C.G.A. § 15-19-14, the Petitioners, Weisberg & Associates, through Luis Cartaya, Esq., formerly attorneys for **Najeh Davenport** in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: December 24, 2019.

                                                   Respectfully submitted,

                                  By:  */s/ Luis Cartaya*
                                            Luis Cartaya, Esq.
                                            FL Bar No. 0105787
                                            On behalf of:
                                            Weisberg & Associates
                                            **21301 Powerline Rd. 100**
                                            **Boca Raton, FL 33433**
                                            **Telephone: 561-362-7355**
                                            **Facsimile: 561-880-6570**
                                            **LWeisberg@WeisbergLegal.com**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: December 24, 2019.

                                          */s/ Luis Cartaya*
                                          Luis Cartaya, Esq.