## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Provost Umphrey Law Firm, LLP v. Scott Kellar Notice of Attorney's Lien<br>(Doc. No. 7466) | |

### ORDER TO SHOW CAUSE

**AND NOW**, this 3rd day of January, 2020, upon consideration of the "Notice of Attorney's Lien" (Doc. 7466) filed by Provost Umphrey Law Firm, LLP ("Provost"); and where Provost asserts a claim upon a portion of the monetary award issued to its former client, Scott Kellar, for recovery of its fees and/or costs associated with its representation of him; and where current counsel for Mr. Kellar, Mokaram Law Firm ("Mokaram"), has not complied with either of the Schedules of Document Submissions issued by the Claims Administrator on October 23, 2019 and December 5, 2019; and where Mokaram has not responded to the settlement proposal advanced by Provost on November 14, 2019, **IT IS HEREBY ORDERED** that, in a filing to be made on the docket on or before January 22, 2020, Mokaram **SHALL SHOW CAUSE** why the undersigned should not recommend that the Court order that Provost be awarded the amount

1

2

sought in its November 14, 2019 proposal and that the remainder of the funds withheld from Mr. Kellar's award for counsel fee, including any portion of the 5% holdback that may be released in the future, be disbursed to Mr. Kellar.

                                                  BY THE COURT:

                                                  /s/ David R. Strawbridge, USMJ
                                                  DAVID R. STRAWBRIDGE
                                                  UNITED STATES MAGISTRATE JUDGE