# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-2323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this 6th day of January 2020, it is **ORDERED** that the Court's December 10, 2018 Order appointing the Honorable Lawrence F. Stengel (Ret.) as Special Investigator (ECF No. 10355) is **AMENDED** as follows:

- Section VI of the December 10, 2018 Order established a one-year term for the Special Investigator. The Special Investigator's term is hereby **EXTENDED** until **March 30, 2020**.

- All other aspects of the December 10, 2018 Order remain unchanged.

                                                                             s/ANITA B. BRODY, J.
                                                                             ANITA B. BRODY, J.

Copies **VIA ECF**   1/6/2020