- 1 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION,<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint,**<br><br>*Robert Holt, et al.,*<br>v.<br>*National Football League, et al.,*<br>No. 2:12-cv-4185-AB, and<br><br>**Second Amended Master Administrative Long-Form Complaint Against Riddell Defendants**<br><br>**Plaintiff George Cumby** | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |

## NOTICE OF APPEARANCE

TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:

Attorney Jonathan Udell hereby enters an appearance as attorney of record for Plaintiff George Cumby in the above-captioned matter. All notices and copies of pleadings, papers, and other materials relevant to this action that are not served via the ECF system should be directed to and served upon:

//

//

- 2 -

Jonathan Udell, Esq.
Rose Law Group pc
7144 E Stetson Drive, Suite 300
Scottsdale, AZ 85251
Telephone:  480-505-3936
Fax:  480-505-3925
Email:  judell@roselawgroup.com
docket@roselawgroup.com

Dated:  January 6, 2020                     Respectfully submitted,

                                                         **ROSE LAW GROUP pc**

                                                        By:  s/ Jonathan Udell
                                                              Jonathan Udell, Esq.

                                                        7144 E Stetson Drive, Suite 300,
                                                        Scottsdale, AZ 85251
                                                        Telephone:  480-505-3936
                                                        Fax:  480-505-3925
                                                        judell@roselawgroup.com
                                                        docket@roselawgroup.com

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 6th day of January, 2020.

                **ROSE LAW GROUP pc**

                By: _s/ Jonathan Udell_
                        Jonathan Udell, Esq.