UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION,<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint Against NFL Defendants,**<br><br>*Adams, et al.,*<br>v.<br>*National Football League, et al.,*<br>No. 2:12-cv-00683-AB, and<br><br>**Second Amended Master Administrative Long-Form Complaint Against Riddell Defendants**<br><br>**Plaintiff Byron Williams** | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |

### NOTICE OF DISASSOCIATION OF ATTORNEY KATHRYN HONECKER

    The law firm of Rose Law Group pc and attorney Jonathan Udell hereby notify the Court that attorney Kathryn Honecker is no longer with Rose Law Group pc.  Attorney Udell continues to represent Plaintiff Byron Williams in the above-referenced matter. All future communications, filings, and rulings should be directed to attorney Jonathan Udell as counsel for Plaintiff in the above-referenced matter.

//
//

- 1 -

- 2 -

Dated:  January 7, 2020                                  Respectfully submitted,

                                                        **ROSE LAW GROUP pc**

s/ Jonathan Udell
Jonathan Udell, Esq.

7144 E Stetson Drive, Suite 300,
Scottsdale, AZ 85251
Telephone:  480-505-3936
Fax:  480-505-3925
judell@roselawgroup.com
docket@roselawgroup.com

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF DISASSOCIATION was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 7th day of January, 2020.

**ROSE LAW GROUP pc**

By: s/ Jonathan Udell
     Jonathan Udell, Esq.