UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION,

No. 12-md-2323 (AB)

MDL No. 2323

**THIS DOCUMENT RELATES TO:**

**Plaintiffs' Master Administrative Long-Form Complaint Against NFL Defendants, and**

**Second Amended Master Administrative Long-Form Complaint Against Riddell Defendants**

**Plaintiff Eddie Lee Jones**

<u>**NOTICE OF DISASSOCIATION OF ATTORNEY KATHRYN HONECKER**</u>

The law firm of Rose Law Group pc and attorney Jonathan Udell hereby notify the Court

that attorney Kathryn Honecker is no longer with Rose Law Group pc.  Attorney Udell continues

to represent Plaintiff Eddie Lee Jones in the above-referenced matter. All future communications,

filings, and rulings should be directed to attorney Jonathan Udell as counsel for Plaintiff in the

above-referenced matter.

//

//

//

- 1 -

Dated:  January 7, 2020                          Respectfully submitted,

                                                 **ROSE LAW GROUP pc**


                                                 s/ Jonathan Udell
                                                 Jonathan Udell, Esq.

                                                 7144 E Stetson Drive, Suite 300,
                                                 Scottsdale, AZ 85251
                                                 Telephone:  480-505-3936
                                                 Fax:  480-505-3925
                                                 judell@roselawgroup.com
                                                 docket@roselawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing NOTICE OF DISASSOCIATION was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 7th day of January, 2020.

**ROSE LAW GROUP pc**

By: _s/ Jonathan Udell_
    Jonathan Udell, Esq.