UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION,

No. 12-md-2323 (AB)

MDL No. 2323

**THIS DOCUMENT RELATES TO:**

**Plaintiffs' Master Administrative Long-Form Complaint Against NFL Defendants, and**

**Second Amended Master Administrative Long-Form Complaint Against Riddell Defendants**

**Plaintiff Hurles Scales**

**NOTICE OF DISASSOCIATION OF ATTORNEY KATHRYN HONECKER**

The law firm of Rose Law Group pc and attorney Jonathan Udell hereby notify the Court that attorney Kathryn Honecker is no longer with Rose Law Group pc. Attorney Udell continues to represent Plaintiff Hurles Scales in the above-referenced matter. All future communications, filings, and rulings should be directed to attorney Jonathan Udell as counsel for Plaintiff in the above-referenced matter.

//

//

//

- 1 -

Dated:  January 7, 2020                    Respectfully submitted,


                                           **ROSE LAW GROUP pc**


                                           s/ Jonathan Udell
                                           Jonathan Udell, Esq.

                                           7144 E Stetson Drive, Suite 300,
                                           Scottsdale, AZ 85251
                                           Telephone:  480-505-3936
                                           Fax:  480-505-3925
                                           judell@roselawgroup.com
                                           docket@roselawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing NOTICE OF DISASSOCIATION was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 7th day of January, 2020.

**ROSE LAW GROUP pc**

By: <u> s/ Jonathan Udell         </u>
        Jonathan Udell, Esq.