# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 (AB) |
| THIS DOCUMENT RELATES TO: | MDL No. 2323 |
| Plaintiffs' Master Administrative Long Form Complaint and | **NOTICE OF ATTORNEYS LIEN** |
| **Daunte R. Culpepper and Kimberly Culpepper**, Plaintiffs | |

Edward S. Stone, Esq. for Edward Stone Law P.C., attorneys for Plaintiffs **Daunte R. Culpepper and Kimberly Culpepper** in the above entitled action, hereby notify this Court and all parties that EDWARD STONE LAW P.C. has a lien in this case for reasonable contingent attorneys' fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiffs **Daunte R. Culpepper and Kimberly Culpepper**.

Dated: January 8, 2020          Respectfully submitted,

/s/ Edward S. Stone_____
EDWARD STONE LAW, P.C.
Edward S. Stone, Esq.
Marc Davies, Esq. (PA#81789), *Of Counsel*
300 Park Avenue, 12th Floor
New York, New York 10022
(646) 933-3143
Fax: (203) 348-8477

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorneys' Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.

Dated:  January 8, 2019          */s/  Edward S. Stone*_____
                              EDWARD STONE LAW, P.C.
                              Edward S. Stone, Esq.
                              Marc Davies, Esq. (PA#81789), *Of Counsel*
                              300 Park Avenue, 12th Floor
                              New York, New York 10022
                              (646) 933-3143
                              Fax: (203) 348-8477