UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, et. al.<br><br>Defendants,<br><br>THIS DOCUMENT RELATES TO:<br><br>**WILLIAM PERRY** | No. 2:12-md-02323-AB<br>MDL No. 2323 |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to *Sinclair, Louis, Siegel, Heath, Nussbaum, Zavertnik, P.A. v. Baucom*, 428 So.2d 1383 (Fla. 1983), the Petitioner, Neurocognitive Football Lawyers, PLLC, attorneys for the Plaintiff in the above-entitled action, hereby notifies this Court and all parties that it has a lien in this case for reasonable attorney's fees, plus reasonable costs. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: January 20, 2020.

Respectfully Submitted By:

THOMAS E. PARNELL, ESQ.
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
GIBBS AND PARNELL, P.A.
722 E. Fletcher Ave.
(813) 975-4444 (telephone)
(813) 975-4445 (telefax)
tep@gibbsandparnell.com
ko@gibbsandparnell.com
Florida Bar No. 441988

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2020 I cause the foregoing Entry of Appearance to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

Thomas E. Parnell, Esq.
Neurocognitive Football Lawyers, PLLC
Gibbs and Parnell, P.A.