**STATE OF TEXAS**           §
                             §
**COUNTY OF HARRIS**         §

## AFFIDAVIT OF FACT

BEFORE ME, the undersigned notary public, on this day personally appeared **Peyman Momeni** and being duly sworn on oath stated:

My name is Peyman Momeni, I am over 18 years old and fully competent to make this affidavit. I have knowledge of the facts and opinions stated in my affidavit.

Recently, our law firm Mokaram Law Firm has switched IT providers. This has created problems with our email notification system. Due to these errors I did not receive the Schedules of Document Submissions issued by the Claims Administrator giving deadlines of October 23, 2019, December 5, 2019 and November 14, 2019 for various responses. The failure to answer timely was neither intentional nor the result of conscious indifference.

_____
Peyman Momeni

**STATE OF TEXAS**           §
                             §
**COUNTY OF HARRIS**         §

Executed this 20th day of January 2020, in Harris County, Texas

SWORN TO AND SUBSCRIBED before me by Peyman Momeni, on this 20th day of January 2020.



BY: _____
Notary Public, State of Texas