# EXHIBIT A

**Athletic Healthcare In Traditionally Underserved High School Populations- Innovative Strategies for Introducing Standard of Care Athletic Training Services (The innovATe Project)**

The innovATe project (the "Project") will fund an estimated twenty to twenty-five school districts in underserved communities to hire and retain much-needed athletic trainers, a critical step in protecting the health and safety of the hundreds or thousands of student athletes at these schools.  As described below, it is difficult to overstate the benefits that athletic trainers have on the health and safety of youth athletes.  The Project will not only help grantee schools fill this much-needed role, but it will also provide funding to further train the hired athletic trainers, including on concussion education.

Each selected school will receive funding for three years.  To ensure the Project's self-sustainability after the expiration of the three-year period, schools will engage in collaborative, community-based partnerships with local healthcare professionals and Settlement Class Members (namely, former NFL players) to create long-term sources of funding.

Spearheading these efforts will be the Korey Stringer Institute (KSI), a recognized expert in the field of sports health and safety with significant experience managing multi-million dollar programs, including one very similar to this proposal.  KSI will bring its deep expertise to bear, developing the grant program and criteria, administering the program, distributing the funding, collaborating with schools to help select athletic trainers and community partners, and more.  At every critical step, KSI will report and review its progress with the Special Masters of the NFL Concussion Settlement Program, Class Counsel and the NFL Parties, and then KSI will distribute remaining grant funds accordingly in years two and three of the program.

*<u>The Critical Health and Safety Role Played By Athletic Trainers:</u>*
During high school sports participation, there is a certain level of risk and injury that is inherent.  However, studies have shown that the presence of a health care professional such as an athletic trainer (AT) benefits players in many ways, including by reducing risk of injury and injury rate, and improving return-to-play decisions and the overall health of student athletes.

For example, a recent study conducted by KSI examined all high school sport-related deaths from 2000-2013 and found that an AT was not onsite to triage the victim 70% of the time.

Data from the comprehensive KSI/National Athletic Trainers' Association (NATA) led Athletic Training Locations and Services (ATLAS) 2019 survey that tracks athletic training services at every high school in America (public and private) have shown that approximately 1/3 of high schools in America currently have no AT services.  In addition, only 1/3 of high school sports programs currently have the services of a full-time AT.

It is worth noting that ATLAS data also reveals that school districts in "higher" socioeconomic areas are ten times more likely to have AT services than "low" socioeconomic status areas, a disturbing problem that the Project hopes to address.

***Related Historical Information:***
This program seeks to add to recent grant programs to fund AT services in under-resourced high schools. In 2014, NATA teamed up with the NFL Foundation, and the Professional Football Athletic Trainers Society to develop the NFL Foundation Club Athletic Trainer Grant. To date, this grant has led to the employment of athletic trainers in twenty-two NFL communities across the country. In March 2016, Gatorade joined this effort to award each of fifteen schools a $50,000 grant to fund ATs through a nationwide contest. In 2017, the NFL partnered with KSI to assist with placing more than 50 athletic trainers in high schools that had not previously benefited from athletic training services. These programs have demonstrated the interest of leaders in both the medical and educational communities to partner in providing student athletes with ATs.


***KSI Deliverables:***
KSI is proposing to lead the administration of the Project to bring ATs to under-resourced high schools. KSI would undertake grant criteria development, program promotion, on-site collaboration to assist potential applicants to nurture local medical partnerships, grant review, grant distribution, and ongoing engagement with the awardees. KSI plans to administer the program as outlined below.

Grant Procurement
KSI will provide expertise based on its prior related work to assist with the development of the grant criteria, grant application and grant resources.

KSI will promote the grant program by working to notify and educate local key stakeholders about the grant opportunity including:
- State high school athletic associations;
- Regional rehabilitation clinics and hospitals;
- Individual high schools (e.g. principals, athletic directors, coaches, superintendents); and
- State athletic training associations and secondary school committee chairs.

KSI will manage any inquiries from potential applicants regarding the grant application process, and any necessary follow up.

KSI will collect and organize all applications, which will include a pre-review to confirm application is complete upon submission. KSI will organize these documents for review by the grant review committee.

Review of Grants
KSI will be responsible for identifying and inviting members to sit on a grant review committee. The grant review committee will consist of members in fields of work such as:
- Athletic trainers;
- Physicians; and
- Principals, athletic directors, and other secondary school administrators.

KSI will develop and direct the review committee through a review process that will follow standards similar to that of federal granting agencies (e.g. NIH, NSF, DARPA) to ensure a thorough review of submitted proposals.

KSI will organize and provide the facility for the grant review process to take place at a time after the close of the grant submission deadline.

Following the review committee's review of grants, KSI will be responsible for reporting the recommendations of the review committee to the Special Masters of the NFL Concussion Settlement Program, Class Counsel and the NFL Parties, and KSI then will notify the grant award winners.

Grant Management
KSI will distribute the grant dollars to the school districts;
KSI will manage the three-year grant commitment with each of the grant winning school districts;
KSI will develop a system to review grant reports and document compliance of each school for required and recommended items outlined by KSI; and
KSI will report the outcome of its review to the Special Masters of the NFL Concussion Settlement Program, Class Counsel and the NFL Parties, and then KSI will distribute remaining grant funds accordingly in years two and three of the program.

Education/Implementation Agenda
After a school is informed that they have been awarded a grant, KSI will be available to assist the school with:
- How to locate athletic training services; and
- Job posting and requirements for an athletic trainer.

Unique Aspects of This Program
This program will implement three important factors that take advantage of the lessons learned in previous partnerships and maximize the opportunity to build a successful, self-sustaining athletic training program at the grantee high schools:
1) Sports Medicine Partnerships
    a. KSI will work with interested school districts to develop relationships/partnerships with local sports medicine clinics/hospitals/practices so that each grant application includes a financial commitment from a local sports medicine organization.
    b. This will be a requirement for every successful applicant. The objective is that the phasing out of the grant dollars will coincide with a ramping up of committed funds from these partner sources.
2) Settlement Class Members/Current Player Ambassadors
    a. During the grant application process and during the life of the grant program each school district/community will identify former or current NFL players who would be willing to serve in the role of ambassador to assist with promoting the

      enhancement and necessity of proper athletic health care for secondary school athletes.
  b. We will also work with the NFLPA to identify current and former players who originate from the school district or area in which we are working to develop a relationship. A minimum of one representative from the NFLPA will be part of a 6-8 member advisory group for each individual school district that participates in the project. A school district advisory group will be composed of: 1) one-two reps from the school district; 2) one-two reps from the partnering medical organization; 3) at least one NFLPA current or former player; 4) an experienced high school athletic trainer; and 5) approximately two influential community members (ex. PTA, school board, community leaders). Each advisory group will have a KSI staff person member serve ex officio.
  c. We will ask Class Counsel, on behalf of retired player Settlement Class Members, to work closely with KSI to identify retired players as we believe the involvement and visibility of former or current NFL players will be a substantial benefit in promoting the grant program.

3) Athletic Training education

The athletic trainers that the school districts hire with the grant dollars will be required to provide education and advocacy above and beyond normal job responsibilities, including concussion education and a KSI-led Continuing Education Unit (CEU) course for preventing sudden death in sport.

<u>After the AT has been hired, KSI will:</u>
Serve as a liaison between the hired AT, school, local hospitals, and other national organizations to establish or support effective communication among different entities; and
Create a structure to disseminate educational materials and support effective implementation of grant program.


<u>Approximate Costs/Parameters of Program:</u>
1) School districts will receive funding for a 3-year period

2) 10-14 school districts- receiving a total of about $160,000-$200,000/school district (numbers provided estimates 12 school districts and $180,000/school district)
   a. ~$80,000-$90,000 1st year,
   b. ~$55,000-$65,000 2nd year
   c. ~$30,000-$40,000 3rd year

3) We will aim to utilize a total grant school allotment of $2.16 million dollars in funding (that would be about 12 school districts at $180,000/school district).


4) KSI Project Management Fee would be about $110,000 per year for 5 years ($550,000 total)
   a. Start January 1, 2020- Year 1- $120,000

      b. 2021- Year 2- $140,000
      c. 2022- Year 3- $140,000
      d. 2023- Year 4- $100,000
      e. End December 31, 2024- Year 5- $50,000

5) UCONN indirect rates would be 10% of total project cost for money coming from a not-for-profit (total cost of project pre-indirects equals $2.71 million)
      a. Approximately $271,000
      b. Typical fees at UCONN are 60% indirects, but we have been able to get 10% for previous contracts with not-for-profit entities.

6) We would have the following schedule
      a. 1/3 of school districts start summer 2020 (last funding 2022)
      b. 1/3 of school districts start summer 2021 (last funding 2023)
      c. 1/3 of school districts start summer 2022 (last funding 2024)

7) Total Costs- Approximately $2.98 million dollars