IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br> A.G. <br> SPID: 260006736 | Hon. Anita B. Brody |

## ORDER

**AND NOW,** this 27th day of January, 2020, it is **ORDERED** that **on or before February 3, 2020**, Retired NFL Player A.G. must **SHOW CAUSE** why his Motion to Amend/Correct ("Rule 60(b) Motion") (ECF No. 10817) should not be denied for lack of jurisdiction.[1]

                            s/ ANITA B. BRODY, J.
                            ANITA B. BRODY, J.

Copies **VIA ECF**    01/27/2020

---

[1] A.G. filed the Rule 60(b) Motion on August 22, 2019, while his related appeal was pending in the Third Circuit. In a September 3, 2019 letter, the NFL argued that this Court should summarily deny the motion for lack of jurisdiction, asserting that A.G.'s appeal divested this Court of jurisdiction. ECF No. 10828. In a September 9, 2019 letter, A.G. agreed that this Court lacks jurisdiction over the Rule 60(b) Motion and asked the Court to "not consider the issues raised" by the motion until A.G. submitted a "follow-up" motion for an indicative ruling under Federal Rule of Civil Procedure 62.1. ECF No. 10835. More than four months have since passed with no further action from A.G.