# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## NOTICE

**On Wednesday, February 12, 2020, at 10:00am EST**, the Court will hold a hearing on Class Counsel's Motion for Approval of the Education Fund Programs (ECF No. 10970). This hearing will take place in Courtroom 7-B on the 7th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

　　　　　　　　　　　　　　　　　　　　s/ ANITA B. BRODY, J
　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

**COPIES VIA ECF**