# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**LARRY WEBSTER** | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to O.C.G.A. § 15-19-14, the Petitioners, Shenaq PC and its co-counsel, formerly attorneys for **Larry Webster** in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: February 1, 2020.

                                        Respectfully submitted,

                                        SHENAQ PC

                         By:  */s/ Amir Shenaq*
                                       Amir Shenaq
                                       State Bar No. 505281
                                       3500 Lenox Road Ste. 1500
                                       Atlanta, GA 30326
                                       Tel. (888) 909-9993
                                       Fax. (713) 583-3538
                                       amir@shenaqpc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: February 1, 2020.

                                          */s/ Amir Shenaq*
                                            Amir Shenaq