# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 - AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>**GERALD SULLIVAN,** Plaintiff,<br>USDC, EDPA, Docket No. 2:13-cv-00095 - AB | **NOTICE OF WITHDRAWL OF APPEARANCE** |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Thomas A. Demetrio hereby withdraws his appearance as attorney of record for Plaintiff GERALD SULLIVAN only in the above-referenced case.

Dated: January 29, 2020.

Respectfully Submitted,

Thomas A. Demetrio
Corboy & Demetrio, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
ARDC No.: 0611506

ATTORNEY FOR PLAINTIFF