## UNITED STATES DIRECT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>SPID No. 260006736 | Hon. Anita B. Brody |

## **PLAINTIFF'S MOTION FOR AN INDICATIVE RULING UNDER FED.R.CIV.P. 62.1**

Plaintiff A.G. respectfully moves this Court pursuant to Rule 62.1 for an Order indicating how this Court would rule if the matter were to be remanded to this Court for the reasons set forth in the accompanying memorandum of law and the Rule 60(b) Motion previously submitted to this Court.

Dated: February 3, 2020

Respectfully submitted,

By: _____
Wendy R. Fleishman

Lieff Cabraser Heimann & Bernstein, LLP
Wendy R. Fleishman
Rachel Geman
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9000
Facsimile: (212) 355-9592
wfleishman@lchb.com
rgeman@lchb.com

1921501.1

Lieff Cabraser Heimann & Bernstein, LLP
Kenneth S. Byrd
Andrew R. Kaufman
150 Fourth Avenue, North, Suite 1650
Nashville, TN 37219
Telephone:  (615) 313-9000
Facsimile:   (615) 313-9965
kbyrd@lchb.com
akaufman@lchb.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2020, I filed the foregoing through the Court's CM/ECF system, which will provide electronic notice to all counsel of record and constitutes service on all counsel of record.

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman

1921501.1