UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE RETIRED PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>BAGGS et al. v. NATIONAL FOOTBALL LEAGUE, et al.,<br>Civil Action No. 2:13-cv-05309-AB<br><br>THIS MATTER RELATES TO:<br><br>AMON GORDON | **Hon. Anita B. Brody** |

## DECLARATION OF WENDY R. FLEISHMAN, ESQUIRE

I, Wendy R. Fleishman, Esq., declare under penalties of perjury that the following exhibits are true and correct copies of the originals:

1. Motion and Memorandum of Law in Support of Plaintiff's F.R.C.P. Rule 60 Motion.

Executed on this 3rd day of February 2020 in New York, New York.

Dated: February 3, 2020

Respectfully submitted,

By: _/s/ Wendy Fleishman_
Wendy R. Fleishman

Lieff Cabraser Heimann & Bernstein, LLP
Wendy R. Fleishman
Rachel Geman
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9000
Facsimile: (212) 355-9592
wfleishman@lchb.com
rgeman@lchb.com

1921537.1

                        Lieff Cabraser Heimann & Bernstein, LLP
                        Kenneth S. Byrd
                        Andrew R. Kaufman
                        150 Fourth Avenue, North, Suite 1650
                        Nashville, TN 37219
                        Telephone:  (615) 313-9000
                        Facsimile:   (615) 313-9965
                        kbyrd@lchb.com
                        akaufman@lchb.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2020, I filed the foregoing through the Court's CM/ECF system, which will provide electronic notice to all counsel of record and constitutes service on all counsel of record.

                                            */s/ Wendy R. Fleishman*
                                              Wendy R. Fleishman