# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYER'S CONCUSSION
INJURY LITIGATION

NO: 12-md-2323 - AB

MDL No. 2323

**STIPLULATION WAIVING RIGHT TO APPEAL RE: ATTORNEY LIEN**

## FOR JURISDICTION: JUDGE STRAWBRIDGE

### STIPULATION WAIVING RIGHT TO APPEAL for ATTORNEY LIEN WITHDRAWAL AND RESOLUTION RE GERALD SULLIVAN:

The law firms and undersigned counsel Corboy & Demetrio, P.C. and Cohen & Malad, LLP ("the Parties") entered a Withdrawal of Attorney Lien Dispute regarding GERALD SULLIVAN (the "Withdrawal") on January 14, 2020. Thereafter, on January 21, 2020 Magistrate Judge Strawbridge entered an Order and final decision granting the Withdrawal.

This serves as a Stipulation by Corboy & Demetrio, P.C. and Cohen & Malad, LLP as respects the Withdrawal regarding Gerald Sullivan attorney lien that both Parties hereby stipulate to Waive the right to appeal the January 21, 2020 Order and final decision of Magistrate Judge Strawbridge. With this Stipulation to Waive the right to appeal this January 21, 2020 Order, the Parties hereby respectfully request Magistrate Judge Strawbridge to allow the Claims Administrator to distribute withheld attorneys fees and expenses to the Parties re Gerald Sullivan lien at the next monthly disbursement, without the need for an appeal period to run.

Further, this serves to confirm that Settlement Class Member Gerald Sullivan consents to this Waiver of the right to appeal the January 21, 2020 Order, and understands the meaning and effects of this Waiver.

Dated: February 10, 2020

Respectfully submitted,

*/s/ Thomas A. Demetrio*

Thomas A. Demetrio
Corboy & Demetrio, P.C.
33 North Dearborn Street
21st Floor
Chicago, IL  60602
(312) 346-3191
ARDC No.: 0611506

*/s/ Daniel Chamberlain*

Daniel Chamberlain
Cohen & Malad, LLP
One Indiana Square
Suite #1400
Indianapolis, IN 46204
(317) 636-6481