## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Stipulation Waiving Right to Appeal for Attorney Lien Withdrawal and Resolution was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: February 11, 2020

/s/ *William T. Gibbs*
Thomas A. Demetrio
William T. Gibbs
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
(312) 346-3191
ARDC No. 611506