# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,            Plaintiffs<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                Defendants. | STIPULATION: WAIVING RIGHT TO APPEAL ATTORNEY LIEN RE: WILLIAM BATES<br><br>FOR JURISDICTION: MAGISTRATE JUDGE DAVID R. STRAWBRIDGE |
| THIS DOCUMENT RELATES TO:<br><br>Weisberg & Associates v. William Bates Attorney Lien Dispute<br>(Doc. Nos. 10200, 10202, 10206, 10996) | |

Dated: February 13, 2020

The two law firms Weisberg & Associates and Douglas Grossinger, Attorney at Law both hereby Stipulate and waive their right to appeal Magistrate Judge Strawbridge's Explanation and Order issued on February 12, 2020 at Docket # 10996 wherein Magistrate Strawbridge granted the withdrawal of the lien dispute re William Bates after resolution by the two law firms, and ordered the distribution of withheld funds.

This Stipulation Waiving Right to Appeal Lien re William Bates filed by both Weisberg & Associates and Douglas Grossinger, Attorney at Law hereby notices to Magistrate Judge Strawbridge and the Claims Administrator to take note that these two law firms have stipulated not to file any appeal regarding Magistrate Judge Strawbridge's Explanation and Order at Docket # 10996, and respectfully requests therefore that the withheld funds re attorneys fees and expenses be distributed at the next payment by the Claims Administrator, along with the Monetary Award funds to be paid to William Bates.

This Stipulation Waiving Right to Appeal Lien re William Bates further represents that the Settlement Class Member William Bates understands the implications of this Stipulation, and also consents to this waiver of the right to appeal herein.

Respectfully submitted,

*Luis Cartaya, Esq.*
_____
Luis Cartaya
Weisberg & Associates
7675 Estrella Circle
Boca Raton, FL  33433
Tel: (954) 336-7307

_____
Douglas Grossinger
Douglas Grossinger, Attorney at Law
200 Monument Road, Suite 11
Bala Cynwyd, PA  19004
Tel: (610) 304-2012