UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, et. al.<br><br>Defendants,<br><br>THIS DOCUMENT RELATES TO:<br><br>**CHIDI AHANOTU** | No. 2:12-md-02323-AB<br>MDL No. 2323 |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to *Sinclair, Louis, Siegel, Heath, Nussbaum, Zavertnik, P.A. v. Baucom*, 428 So.2d 1383 (Fla. 1983), the Petitioner, Neurocognitive Football Lawyers, PLLC, attorney for the Plaintiff in the above-entitled action, hereby notifies this Court and all parties that it has a lien in this case for reasonable attorney's fees, plus reasonable costs. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: February __17__, 2020.

Respectfully Submitted By:

*[signature]*

THOMAS E. PARNELL, ESQ.
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
GIBBS AND PARNELL, P.A.
722 E. Fletcher Ave.
(813) 975-4444 (telephone)
(813) 975-4445 (telefax)
tep@gibbsandparnell.com
ko@gibbsandparnell.com
Florida Bar No. 441988

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2020 I cause the foregoing Entry of Appearance to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

*[signature]*

Thomas E. Parnell, Esq.
Neurocognitive Football Lawyers, PLLC
Gibbs and Parnell, P.A.