## **CERTIFICATE OF SERVICE**

      I, Brad S. Karp, hereby certify that on the 18th day of February 2020, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated:  February 18, 2020                /s/ Brad S. Karp
                                                          Brad S. Karp