IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) No. 12-md-2323 (AB) ) ) ) MDL No. 2323 |
| _____ | ) **Entry of Appearance** ) |
| This relates to: | ) ) |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | ) ) ) |
| **This document relates to:** | ) ) |
| **Donald Rolle** | ) |

## ENTRY OF APPEARANCE

COMES NOW, Byron Cuthbert, Attorney at Law, and files this Entry of Appearance on behalf of the PLAINTIFF DONALD ROLLE in the above styled case.

This the 17th day of February, 2020.

Respectfully submitted,

*/s/ Byron Cuthbert*

_____
Byron Cuthbert
For Byron Cuthbert & Associates, LLC
admitted in GA
1860 Sandy Plains Road
Suite 204 Box 301
Marietta, GA 30066
Phone: 404-403-7855
Fax: 1(866) 990-9743

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing *Entry of Appearance* to be served via the Electronic Case Filing (ECF) System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered CM/ECF involved in the litigation.

DATED: February 17, 2020

                                                    /s/ *Byron Cuthbert*
                                                _____
                                                Byron Cuthbert
                                                For Byron Cuthbert & Associates, LLC
                                                admitted in GA
                                                1860 Sandy Plains Road
                                                Suite 204 Box 301
                                                Marietta, GA 30066
                                                Phone: 404-403-7855
                                                Fax: 1(866) 990-9743