UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiffs C.R. Roberts and Yvonne Roberts ONLY)<br><br>Court File No. 2:12-cv-4185-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, attorney for the Plaintiffs C.R. Roberts and Yvonne Roberts in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs C.R. Roberts and Yvonne Roberts.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  February 24, 2020					Respectfully submitted,

						ZIMMERMAN REED LLP


						 s/ Brian C. Gudmundson
						J. Gordon Rudd, Jr. (#222082)
						Brian C. Gudmundson (#336695)
						Michael J. Laird (#0398436)
						1100 IDS Center, 80 South 8th Street
						Minneapolis, MN  55402
						Telephone: (612) 341-0400
						Facsimile: (612) 341-0844
						Gordon.Rudd@zimmreed.com
						Brian.Gudmundson@zimmreed.com
						Michael.Laird@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  February 24, 2020                ZIMMERMAN REED LLP


                                                        s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com