UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiffs C.R. Roberts and Yvonne Roberts ONLY)<br><br>Court File No. 2:12-cv-4185-AB | **PETITION TO ESTABLISH ATTORNEY'S LIEN** |

Petitioner, Brian C. Gudmundson for Zimmerman Reed LLP ("Zimmerman Reed"), pursuant to Minn. Stat. § 481.13 and pursuant to the executed Agreement for Legal Services section titled "Termination" petitions and states as follows:

1. Petitioner is an attorney at law admitted to practice before the courts of Minnesota and files this Petition to establish a lien for attorney's fees as set forth hereinafter.

2. On or about April 24, 2012, Petitioner was retained and employed by the Plaintiffs, C.R. Roberts and Yvonne Roberts, pursuant to an agreement for legal services, to pursue a claim for injuries and damages allegedly caused by the National Football League's conduct associated with football-related concussions, head, and brain injuries.

3. The specifics of the agreement for legal services are as follows: If no recovery (by settlement or trial) is obtained client will not owe a legal fee. If

Zimmerman Reed obtains a settlement or judgment for Client, Client will pay to Zimmerman Reed twenty percent (20%) of the gross recovery plus reimbursement of expenses.

4. When Petitioner entered into contract with Plaintiffs, Petitioner entered into the risk and expense of the litigation before any settlement discussion had been held. Pursuant to this agreement, the Petitioner filed a Complaint on July 23, 2012 in this matter on behalf of the Plaintiffs, which is the subject of the instant action.

5. From the date the Petitioner was authorized to proceed on behalf of the Plaintiffs, the Petitioner has actively and diligently investigated, prepared, and pursued Plaintiffs' claims, and has taken all steps necessary to prosecute those claims, including, but not limited to, the preparation and filing of complaints, correspondence and communications with the client, preparation and review of client's factual and legal circumstances, retaining experts, drafting and providing client updates, analyzing Plaintiff's medical status and need for medical testing, scheduling testing through the Baseline Assessment Program, and more.

6. During the litigation, Petitioner's partner, Charles S. Zimmerman, served on the Plaintiffs' Steering Committee, which has inured to the Plaintiffs benefit with Zimmerman Reed's representation.

7. The Plaintiffs have been non-responsive and uncooperative with Zimmerman Reed regarding scheduling relevant medical testing, attending scheduled testing, and otherwise responding to communication attempts.

8. Zimmerman Reed notified Plaintiffs that it would move the Court to withdraw as counsel on his behalf and would request an attorney's lien on any potential claim.

9. Petitioner was not terminated due to any malfeasance or other improper action.

10. The Petitioner claims the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiffs in this action.

WHEREFORE, the Petitioner prays:

1. That an attorney's lien be established;

2. That the amount of the lien be determined;

3. That the Court order that Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement or judgment in this action;

4. That the Defendant or the Defendant's insurer be prohibited from paying to the Plaintiffs any sums of money until said lien has been satisfied; and

5. For such other further relief as this Court deems just.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  February 24, 2020	Respectfully submitted,

	ZIMMERMAN REED LLP


	 s/ Brian C. Gudmundson	
	J. Gordon Rudd, Jr. (#222082)
	Brian C. Gudmundson (#336695)
	Michael J. Laird (#0398436)
	1100 IDS Center, 80 South 8th Street
	Minneapolis, MN  55402
	Telephone: (612) 341-0400
	Facsimile: (612) 341-0844
	Gordon.Rudd@zimmreed.com
	Brian.Gudmundson@zimmreed.com
	Michael.Laird@zimmreed.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  February 24, 2020                ZIMMERMAN REED LLP

                                                                     s/ Brian C. Gudmundson
                                                                    J. Gordon Rudd, Jr. (#222082)
                                                                    Brian C. Gudmundson (#336695)
                                                                    Michael J. Laird (#0398436)
                                                                    1100 IDS Center, 80 South 8th Street
                                                                    Minneapolis, MN  55402
                                                                    Telephone: (612) 341-0400
                                                                    Facsimile: (612) 341-0844
                                                                    Gordon.Rudd@zimmreed.com
                                                                    Brian.Gudmundson@zimmreed.com
                                                                    Michael.Laird@zimmreed.com