UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiffs C.R. Roberts and Yvonne Roberts ONLY)<br><br>Court File No. 2:12-cv-4185-AB | **O R D E R** |

Pending is Plaintiff's Counsel's Motion to Withdraw as Counsel, filed on February 24, 2020.  In the motion, Zimmerman Reed LLP seeks to withdraw as counsel.  As a basis for withdrawal, Zimmerman Reed LLP asserts Plaintiff has not cooperated with scheduling and attending neurological evaluations, and as a result, Zimmerman Reed has not been able to secure BAP scheduling dates or otherwise pursue Plaintiff's interests in this case.

BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of C.R. Roberts and Yvonne Roberts in this action, and for good cause shown, said motion is granted.  The above-listed counsel are hereby granted leave to withdraw as counsel for C.R. Roberts and Yvonne Roberts. Zimmerman Reed LLP is directed to send a copy of this Order via any email address they have for Plaintiffs, and via U.S. Mail to their last known address.

IT IS SO ORDERED.

Dated:                                                UNITED STATES DISTICT JUDGE


_____

Honorable Anita B. Brody