UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: HARRY E. HAMILTON,<br>And<br>PNC MORTAGAGE BANK | : No.<br>:<br>: |
| HARRY E. HAMILTON,<br>    Plaintiff<br>    v.<br><br>BERT BELL/PETE ROZELLE<br>NFL PLAYER RETIREMENT PLAN,<br>RETIREMENT BOARD OF THE BERT<br>BELL NFL RETIREMENT PLAN,<br>BECKY SUE THOMPSON, ESQ.<br>JOHN DOE, JANE DOE, ABC<br>CORPORATION (FICTIOUS ENTITIES<br>OR PERSONS TO BE DISCOVERED)<br>    Defendants | :<br>:<br>: MDL No. 2323<br>: 12-md-2323 and 14-6353<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DECLARATORY JUDGEMENT OF REMOVAL TO THE EASTERN DISTRICT OF PENNSYLVANIA AND INJUNCTIVE RELIEF AND IMMEDIATE IN FORMA PAUPERIS

AND NOW, Comes H subrogating for Harry E. Hamilton, Plaintiff appearing pro se as Black Horse and H interchangeably on behalf of the corporate entity Harry E. Hamilton, and in accordance with appropriate Rules of Civil Procedure, Article I section 10, Article III, Article IV section 1, 42 USC 1981, 1983, 1988, 2000, and **12101 (1), (5), et.seq**. 28 USC 2201 and 2202 and **28 USC 1441**, (a) (b)(1) (c) and (d), 1446, 1608 and the Code of Federal Regulations files this document also seeking removal of all actions respecting 112 Seaview Avenue in the State of New Jersey, se initial objections and respectful request for extension with additions and jury demand averring or stating as follows:

       Should the access granted pursuant to 42 USC 12101 et seq. require the removal of a state court mortgage action by PNC Bank or other mortgage servicing company

when not only is a Veterans' Administration loan involved but also the waning mental abilities of the person in litigation as a plaintiff or otherwise part of a settlement who seeks to retain his property?[1]

While this is only part of the seemingly never ending attacks on that which has come into my life over the years as I succumb to the debilitating effects of a life suffering repeated concussive blows, I reluctantly limit this submission at this time to the need for cessation of the action upon the New Jersey home.[2] There is only one home in New Jersey and having just received a confirming email from the Vice President, the home is under foreclosure review and any reinstatement of the offered $707 a month is not possible. This is not the first time a state court has ignored federal laws respecting foreclosure and although New Jersey has not yet ignored federal laws to my knowledge, I do have experience with New Jersey interfering with the right of contract (even more perversely than Pennsylvania) when it comes to agreements respecting child support as

---

[1] The totality of this request cannot be understated for as a man of color of Aboriginal and African lines, I as the individual remain a target from all portals with the only hope being federal intervention not unlike that which has been historically necessary. It is a sad happening that I must put all notions of citizenship aside and declare myself an individual separate from the name on a birth certificate given before I could separate myself from the totality of repercussions befalling me and my ethnic male children. This document can easily detail the arrest on the front porch in new Jersey as my then terminally ill and recovering son came from the hospital simply because a white said I looked suspicious unloading the car as we returned from the hospital, the citation after my automobile was removed from my property by local authorities because two of the tires were on dirt as opposed to fully on the paved driveway of the home. If I were to detail all the trivial things and state actions that had health and other implications, the immediate point of this dual captioned filing respecting the need for immediate removal might get lost as my mind races with the overall connectedness to why it is necessary to reclaim allegiance to Ghana and my Aboriginal heritage to hope for the necessary assumption of federal jurisdiction before collapse.

[2] I firmly believe and would contend that as I file about the matters respecting race and engage in all attempts with the waning energy I have left to secure some semblance of the provisions for my family if I can indeed keep them from falling prey to the system. (I have to request from the Secretary of State to issue a passport to me and have advised my son to do the same so that perhaps we can avoid the encounters on public throughways of travel and enter a semblance of diplomatic immunity so that matters can be handled in federal courts if the payment of monies cannot put an end to the matter)

states essentially do much of the time when it comes to taking children and especially children of color.[3]

1. My military home of record had been the New Jersey home of record for considerable time and I have even begun placing the address in federal filings.[4] A loan on the home began pursuant to the Veteran's Administration and began with another entity besides PNC Bank but PNC Bank has been the mortgage entity and has a branch in New Jersey as well as Pennsylvania. As a private entity, I have to claim individual state status.

2. In addition to not believing PNC Bank has the appropriate documents, the bank had failed to provide requested information pursuant to the Code of Federal Regulations.[5]

3. Notwithstanding, any momentary lapse in judgement, I began paying back at the amount or the approximate amount of over $700 I recalled but soon forgot where to send what or to whom and maintain some semblance of my position with PNC Bank.

4. As an accommodation, I will have to have this faxed and then mailed to the Middle District or to the Eastern District of Pennsylvania for appropriate filing and for the acceptance of the electronic filing to the email address of the Vice President (my computer speed and availability requires as another accommodation a phone call to ensure any response is addressed).

---

[3] In spite of my knowledge of the often incendiary effect of raising the race issue, I do not believe I will ever be able to stop in much the same way, I will never change the color of my skin or the true texture of my hair.
[4] I believe that like the mentioning of my accomplishments, mentioning the New Jersey home has caused or at least immediately precipitated this foreclosure.
[5] Yes memory is failing but that which was provided was not that which was requested or otherwise did not contain the requested information with necessary clarity.

5. Whatever the ultimate basis that can be formulated, I need federal intervention and removal before the home is taken from me and my family and a stay of all state court proceedings (just like the other home they are continuing to take in Pennsylvania). The basis is outlined in the opening statements of the document including the citations.

6. The signature or electronic signature below represents the necessary Rule 11 requirements as the positions I am prepared to articulate to protect me and my family have a basis in law and require resolution by this Honorable Court. Included in this is my request for the issuance of a passport for me and my lineage for humanitarian purposes unlike that which befell the plaintiff in Walker v. Tillerson, (Dist. Court, MD North Carolina 2018).

7. For all the above stated reasons and with respect to a court of equity, I respectfully request accommodation of a phone call respecting proceedings, removal of the state court proceeding respecting the New Jersey property in the name of Harry E. Hamilton but affecting other family members and injunctive relief and time for all adjustments to be made to save the home initially purchased circa 1997 or 1998 for 80K or thereabouts and currently being offered 200K with information that it is listed at over 300K on the internet including an index number.

8. I do not have the money at this time but can forward later.

Wherefore I respectfully request removal staying state court proceedings and an injunction preventing foreclosure.

Respectfully submitted,

/s/ xI308
H/and on behalf of Harry Hamilton, Pro Se
Living on the Land and Best to Call
P.O. Box 986/P.O. Box 1737
Lemont, PA 16851/Wilkes-Barre, PA 18702
973-951-9091

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: HARRY E. HAMILTON, And PNC MORTAGAGE BANK | : No. : |
| HARRY E. HAMILTON, Plaintiff v. BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN, RETIREMENT BOARD OF THE BERT BELL NFL RETIREMENT PLAN, BECKY SUE THOMPSON, ESQ. JOHN DOE, JANE DOE, ABC CORPORATION (FICTIOUS ENTITIES OR PERSONS TO BE DISCOVERED) Defendants | : : : MDL No. 2323 : 12-md-2323 and 14-6353 : : : : : : : : |

## CERTIFICATE OF SERVICE

I, H on behalf of Harry Hamilton, Party, hereby certify that I am causing a true and correct copy or electronic copy of the foregoing to be served this 21st day of February 2020 via email to the following:

Chastin J. O'Connor
Vice President

Respectfully submitted,

/s/ xI308
H/and on behalf of Harry Hamilton, Pro Se
Living on the Land

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: HARRY E. HAMILTON,
    And
PNC MORTAGAGE BANK          :   No.
                                              :

HARRY E. HAMILTON,            :
    Plaintiff                           :
    v.                                   :   MDL No. 2323
                                              :   12-md-2323 and 14-6353
BERT BELL/PETE ROZELLE       :
NFL PLAYER RETIREMENT PLAN,  :
RETIREMENT BOARD OF THE BERT  :
BELL NFL RETIREMENT PLAN,      :
BECKY SUE THOMPSON, ESQ.       :
JOHN DOE, JANE DOE, ABC         :
CORPORATION (FICTIOUS ENTITIES :
OR PERSONS TO BE DISCOVERED)  :
    Defendants                    :

## MODIFIED CERTIFICATE OF SERVICE

I, H on behalf of Harry Hamilton, Party, hereby certify that I am causing a true and correct copy or electronic copy of the foregoing to be served this 22nd day of February 2020 via email to the following:

Countyclerk@co.monmouth.nj.us

Philip A. Kahn, Esq.

Chastin J. O'Connor
Vice President

                                                             /s/
                                           Respectfully submitted,

/s/ xI308
H/and on behalf of Harry Hamilton, Pro Se
Living on the Land

H Living on the Land
best to call
C/O P.O. Box 1737
Wilkes-Barre Pa 18702

Clerk of Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106