# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Howard and Associates, P.A. v. Tracy Scroggins Attorney Lien Dispute<br>(Doc. Nos. 10920-9, 10920-10) | |

## WAIVER OF APPEAL

Pursuant to Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on February 25, 2020, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien (Lien) seeking attorney's fees and costs from any Monetary Claim to be paid to Settlement Class Member Tracy Scroggins, who was issued Post-Appeal Notice of Monetary Award Claim Determination on December 6, 2019. The lien was filed on December 13, 2019 by Howard & Associates, Attorneys at Law, P.A. ("Howard"). Mr. Scroggins is currently represented by Slater Slater Schulman LLP ("Slater").

As Slater's counsel, Slater represents that Mr. Scroggins fully understands the terms and implications of this stipulation and consents to the waiver of the right to appeal.

1

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_[signature]_
Name: Tim Howard

Howard & Associates, P.A.

2/22/2020

_[signature]_
Tracy Scroggins
NFL Concussion Settlement Client

02/26/20

_[signature]_
Name: Jonathan E. Schulman

Slater, Slater, Schulman, LLP

2/25/2020

APPROVED:

Date: February 26, 2020

_[signature]_
David R. Strawbridge
United States Magistrate Judge