**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| IN RE: NATIONAL FOOTBALL LEAGUE | : | MDL No. 2323 |
| PLAYERS' CONCUSSION INJURY LITIGATION | : | 12-md-2323 |
| | : | |
| | : | No. 14-cv-6353 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *Hamilton v. National Football League*, 14-cv-6353 | : | |

## ORDER

**AND NOW**, this 28th day of February, 2020, it is **ORDERED** that Plaintiff Harry

Hamilton's Motion for Removal, Declaratory Judgment, and Injunctive Relief (ECF No.

11015 in 12-md-2323; ECF No. 12 in 14-cv-6353) is **DENIED**.[1]


\_\_\_s/ ANITA B. BRODY, J.\_\_\_
ANITA B. BRODY, J.

Copies **VIA ECF** and E-MAIL  02/28/2020

---

[1] Mr. Hamilton's pro se filing appears to (1) seek removal of state court proceedings in New Jersey; (2) request an order staying state-court proceedings in New Jersey relating to a foreclosure of his home; and (3) seek an injunction preventing any such foreclosure. Defendants seeking removal of a state-court action must file a notice of removal in the federal district court for the district and division "embracing the place where such action is pending." 28 U.S.C. §§ 1441(a) & 1446(a). To the extent that Mr. Hamilton seeks to removal relating to a state-court action taking place in New Jersey, the Eastern District of Pennsylvania is not an appropriate location in which to seek removal.

Additionally, Mr. Hamilton's filing—which he submitted with docket numbers for the NFL Concussion Litigation—does not appear to be related in any way to the NFL Concussion Litigation.