**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>          Plaintiffs,<br><br>               v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>          Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ORDER AND EXPLANATION FOR**
**APPROVAL OF EDUCATION FUND PROGRAMS**

On January 23, 2020, Class Counsel filed a Motion for Approval of the Education Fund Programs (the "Education Fund Motion"). ECF No. 10970. On February 12, 2020, the Court held a hearing on the Education Fund Motion. At the hearing, all in attendance were given the opportunity to comment upon or ask questions about the proposed programs. Upon consideration of the Education Fund Motion and the February 12, 2020 hearing, the Court will now grant the Education Fund Motion, as explained further below.

The Amended Settlement Agreement approved by the Court created a $10 million Education Fund to support education programs promoting safety and injury prevention with respect to football players, and programs to educate Retired Players regarding the NFL CBA Medical and Disability Benefits.  Amended Settlement Agreement, Section 3.1(c). The Education Fund was fully funded by the NFL upon the Effective Date of the Settlement in accordance with Article XXIII of the Amended Settlement Agreement. Article XII establishes the requirements of the fund:

> Section 12.1 - An Education Fund will be established to fund programs promoting safety and injury prevention with respect to football players, including safety related initiatives in youth football, the education of Retired NFL Football Players regarding the NFL CBA Medical and Disability Benefits programs and other educational initiatives benefitting Retired NFL Football Players. The Court shall approve these education programs, with input from Co-Lead Class Counsel, Counsel for the NFL Parties and medical experts, as further set forth below. Co-Lead Class Counsel and Counsel for the NFL Parties will agree to a protocol through which Retired NFL Football Players will actively participate in such initiatives.

> Section 12.2 - Co-Lead Class Counsel, with input from Counsel for the NFL Parties, and with Court approval, will take all necessary steps to establish the Education Fund and establish procedures and controls to manage and account for the disbursement of funds to the education projects and all other costs associated with the Education Fund. The costs and expenses to administer the Education Fund will be paid out of the Education Fund Amount.

Relatedly, the Amended Settlement Agreement expressly contemplates that the medical information generated through Retired Players' BAP examinations will be made available for "medical research into cognitive impairment and safety and injury prevention with respect to football players . . . ."  *See* Amended Settlement Agreement, Section 5.10(a).

Class Counsel, Counsel for the NFL, and the Special Masters spent considerable time and effort to identify programs that would best serve the purposes of the Education Fund, as set forth in the Amended Settlement Agreement.  In accordance with this Court's direction (*see* April 22,

2015 Final Approval Memorandum at 19-20), Class Counsel filed the Education Fund Motion on January 23, 2020.  The motion proposed the following three initiatives for Court approval:

1.  Financial support for The innovATe Project;

2.  Funding for, and creation of, a Medical Information Research Database; and

3.  Distribution of additional Educational Materials to Retired Players.

The Court now approves all three initiatives, as outlined below.

**1. The innovATe Project**

The Court authorizes Class Counsel to distribute up to $3 million to the Korey Stringer Institute ("KSI")[1] to be used in support of its innovATe Project.

The innovATe Project, to be managed by KSI, directly addresses the promotion of safety and injury prevention with respect to youth football. Over its five-year duration, the innovATe Project will provide funding to 10 – 14 school districts, currently without athletic trainers, to hire and retain much-needed athletic trainers, a critical step in promoting safety and injury prevention for thousands of student-athletes at these schools.  With the funds to be allocated to the innovATe Project, KSI anticipates that it will be able to provide athletic trainers to 10 – 14 school districts, serving between approximately 60,000 and 100,000 high school students (attending approximately 50 high schools).  Not only will the innovATe Project help the selected school districts fill their need for athletic trainers, it will also require the athletic trainers to provide education, including on concussions and emergency preparedness, to the high-school population to promote concussion awareness and concussion-management best practices.

---

[1] KSI is a non-profit organization dedicated to continuing the legacy of Korey Stringer, a Minnesota Vikings player who died from heat stroke during training camp in 2001.  Founded in 2010 and located at the University of Connecticut, KSI has been recognized as an expert in the field of sports health and safety, and has significant experience managing large-scale safety related programs, such as the one approved by this Order.

The innovATe Project will utilize Sports Medicine Partnerships, Settlement Class Member Ambassadors, and Athletic Training Education to help achieve KSI's goal of building successful, self-sustaining athletic trainer programs at the selected school districts.

a) <u>Sports Medicine Partnerships</u> – KSI will work with the selected school districts to develop relationships/partnerships with local sports medicine clinics/hospitals/practices so that each grant application includes a financial commitment from one or more of those entities, thereby increasing the likelihood that the program will become self-sustaining.

b) <u>Settlement Class Member Ambassadors</u> – Consistent with the Parties' and Court's desire that Retired Players be active participants in the initiatives funded by the Education Fund, and as contemplated by Section 12.1 of the Amended Settlement Agreement, each school district will identify and engage a Retired Player who would be willing to serve as an ambassador to assist with promoting the necessity of proper athletic health care for secondary school athletes. KSI also intends to create an advisory group for each selected school district, which will include at least one Retired Player. The involvement and visibility of Retired Players will be a substantial benefit in promoting the Project and procuring long-term funding.

c) <u>Athletic Training Education</u> – The athletic trainers hired by the selected school districts will be required to provide education and advocacy above and beyond normal job responsibilities, including concussion education and a KSI-led Continuing Education Unit course of preventing sudden death in sports.

Class Counsel proposed—and the Court now approves—a preliminary budget of $3 million as a reasonable amount necessary to establish, implement, and manage the innovATe Project. In

addition, the Court understands that in the future, and in consultation with the Special Masters and the NFL Parties, Class Counsel will consider whether to recommend, and seek Court approval for, Education Fund funding for additional school districts in further support of the Project.

### 2.  Medical Information Research Database

The Court also authorizes up to $850,000 to be distributed by Class Counsel to establish, maintain, and operate a Medical Information Research Database utilizing medical information generated through the Baseline Assessment Program ("BAP").  The Court also approves Class Counsel's request to reserve $1.5 million of the Education Fund for future awarding of research grants to approved researchers.

The Amended Settlement Agreement contemplates that the medical information generated through the BAP will be made available for medical research, subject to the consent of each Retired Player and consistent with HIPAA.  Specifically, Section 5.10(a) states:

> All Retired NFL Football Players who participate in the BAP will be encouraged to provide their confidential medical records for use in medical research into cognitive impairment and safety and injury prevention with respect to football players. The provision of such medical records shall be subject to the reasonable informed consent of the Retired NFL Football Players, and in compliance with applicable law, including a HIPAA-compliant authorization form. Medical records and information used in medical research will be kept confidential.

To date, 70% of the Retired Players (approximately 5,560 out of 7,950) who have returned signed HIPAA authorizations have consented to the use of their medical information for research.

The medical information gathered through the BAP presents significant opportunity for future medical research into cognitive impairment and safety and injury prevention with respect to football players, particularly because both symptomatic and asymptomatic Retired NFL Football Players are being examined through the BAP program. The medical information generated through

BAP examinations includes reports of neurological and neuropsychological examinations, including data from the neuropsychological test battery administered as part of the BAP.

Creation of the Medical Research Database will require: (i) the extraction, normalization, and standardization of the data and information generated in the BAP; (ii) the establishment and maintenance of the Medical Research Database; and (iii) the approval and generation of data for medical research projects. To facilitate the technical aspects of these tasks, Class Counsel will engage the Department of Biostatistics of the Mailman School of Public Health at Columbia University, which currently serves as a data coordinating center for clinical and observational studies in analogous settings.

In addition to the technical services provided by the Columbia team, Class Counsel anticipates the need for the services of medical and other professionals throughout the life of the Medical Information Research Database. Specifically, there may be a need to hire a Principal Investigator, ideally someone at Columbia, to serve as the administrative (and perhaps scientific) head of the project overseeing such matters. In addition, Class Counsel will establish, staff and maintain a Data Use and Research Committee, which will be responsible for reviewing and evaluating all requests from entities seeking (i) access to the data in the Medical Information and Research Database, and/or (ii) financial support for their research through the awarding of research grants.

Class Counsel will work in consultation with the Special Masters to determine the precise composition of the Data Use and Research Committee, subject to Court approval. The Court anticipates that the Data Use and Research Committee will consist of at least two medical professionals, each with a different specialty; neurology and neuropsychology being the most obvious specialties. However, there may be the need for other professional expertise, such as

6

sports medicine, epidemiology, or public health.  Those medical professionals will have responsibility for the Committee's two functions noted above.  In addition to the medical professionals, and consistent with Section 12.1 of the Amended Settlement Agreement, a Retired Player should also serve as a member of the Data Use and Research Committee, and Class Counsel should also be represented on the Committee.[2] A representative of Columbia University's Biostatistics team will also be a member of the Committee.  Lastly, the NFL Parties may provide input to Class Counsel with respect to the Data Use and Research Committee, as contemplated by Sections 12.2 of the Amended Settlement Agreement.

Class Counsel proposed—and the Court now approves—preliminary budget of $850,000 for the first five (5) years of the Medical Information Research Database, which covers the work involved in establishing, maintaining and making available for research the medical information gathered through the BAP.

In addition to providing access to the medical information generated through the BAP to approved researchers, a portion of the Education Fund should be used to financially support scientific research that seeks to utilize the Medical Information Research Database through the awarding of research grants. As noted above, one of the responsibilities of the Data Use and Research Committee will be to evaluate grant requests.  In determining whether to approve funding to any research entity, that Committee will consider the extent to which the proposed research is relevant to safety and injury prevention with respect to football players, and/or the broader education of Retired NFL Football Players.

The Court now approves Class Counsel's request that $1.5 million of the Education Fund be reserved for such research grants.  The Data Use and Research Committee will have the initial

---

[2] Class Counsel shall report to the Special Masters regarding the activities of the Committee.

responsibility of approving grant requests.  Once a request is approved, Class Counsel must then file a separate motion seeking Court authorization to distribute the approved grant amount from the reserved $1.5 million portion of the Education Fund.

Finally, Class Counsel—in consultation with the Special Masters and the NFL Parties— shall monitor the Data Use and Research Committee's research grant approval process and consider whether to recommend that further portions of the Education Fund, beyond the initial $1.5 million, be reserved for the awarding of additional grants for approved research utilizing the data in the Medical Information Research Database.  If so, Class Counsel can file a motion to formally seek Court approval to reserve more funds for this purpose.

### 3.   Program to Educate Retired Players Regarding Available NFL Benefits

The Court also approves the third initiative proposed in the Education Fund Motion, authorizing Class Counsel to distribute up to $20,000 to prepare and disseminate materials to Retired Players to more fully educate them regarding the NFL's benefits and education programs.

Section 12.1 of the Amended Settlement Agreement states that one of the purposes of the Education Fund is to fund programs promoting "the education of Retired NFL Football Players regarding the NFL CBA Medical and Disability Benefits programs and other educational initiatives benefitting Retired NFL Football Players."

The Court agrees with the Education Fund Motion's suggestion that supplemental communications may improve awareness in Retired NFL Football Players of the benefits that may be available to them.  In addition, Retired NFL Football Players should be reminded that any award they may receive in the Settlement Program (monetary or Supplemental BAP benefits) in no way affects their ability to receive current or future benefits under one of the NFL's disability plans. This was a key benefit to Retired NFL Football Players under the Amended Settlement Agreement,

and should be emphasized.  No Retired NFL Football Player should forego filing a claim in the Settlement Program under the mistaken belief that he will lose, or become ineligible to receive, NFL disability benefits.

Accordingly, the Court now approves the Education Fund Motion's proposed budget for $20,000 to be used to distribute information materials about these benefits, via direct mail and through postings on the settlement website and on each Class Member's portal (for those Class Members with a portal).  The Court agrees that an effective way to better educate Retired Players "regarding the NFL CBA Medical and Disability Benefits programs and other educational initiatives benefitting Retired NFL Football Players" is to provide all Class Members with written educational materials through these channels that advise them more fully of all of the NFL's benefits and education programs and inform them that any award received through the settlement program has no effect on their receipt of other NFL benefits to which they are entitled.  Class Counsel and the NFL shall jointly agree on the contents of the educational materials.

**4.  Possible Modifications to Approved Programs**

The Court recognizes that the Education Fund programs outlined in the corresponding exhibits and approved by this Order remain in their initial stages and may need to be amended in the future.  Accordingly, should Class Counsel, in consultation with the NFL Parties and the Special Masters, wish to modify any of these programs in the future, Class Counsel must file the appropriate motion(s) with the Court.

## ORDER

**AND NOW**, this 23rd day of March, 2020, it is **ORDERED** that the Education Fund Motion (ECF No. 10970) is **GRANTED**.

It is further **ORDERED** that $3,870,000 of the $10,000,000 Education Fund is authorized to be distributed by Class Counsel without the need of further approval by the Court as follows:

- Up to $3,000,000 to KSI to establish, implement, and manage the innovATe Project initiatives;

- Up to $850,000 to establish, maintain, and operate a Medical Information Research Database utilizing medical information generated through the Baseline Assessment Program ("BAP");

- Up to $20,000 to prepare and distribute materials to Retired Players to more fully educate them regarding the NFL's benefits and education programs.

It is further **ORDERED** that an additional $1.5 million of the Education Fund is reserved for the future awarding of research grants to approved researchers.  Class Counsel must file a separate motion seeking the Court's authorization to distribute any portion of the $1.5 million of reserved funds from the Education Fund.

It is further **ORDERED** that Class Counsel must submit bi-annual reports to the Court and the Special Masters regarding the status of each of the Education Fund programs approved by this Order.

s/ ANITA B. BRODY, J.
ANITA B. BRODY, J.

**VIA ECF** 03/23/2020

10