IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### BAP ADMINISTRATOR STATUS REPORT – 1st QUARTER 2020

1. The Garretson Resolution Group, Inc. d/b/a Epiq Mass Tort serves as the Baseline Assessment Program ("BAP") Administrator ("the Administrator") for the Settlement program in the above-captioned action.[1] Since its appointment by the Court to serve in this role, the Administrator has worked diligently with Class Counsel and Counsel for the NFL Parties ("the Parties") to meet its responsibilities under the Settlement Agreement. The Administrator submits this Status Report to provide an update to the Court on the status of the Administrator's work implementing the BAP.

*Effects of COVID-19 Pandemic*

2. As a result of the COVID-19 pandemic, in recent weeks the BAP has experienced unusually heavy appointment cancellations by both Retired NFL Football Players and Qualified BAP Providers. In the two-week period ending March 16, 2020, Retired NFL Football Players cancelled 119 appointments scheduled to take place by the end of March 2020, with an additional

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement.

18 appointments scheduled to take place in that period cancelled by Qualified BAP Providers. Several Qualified BAP Provider organizations (especially those affiliated with hospitals) have also notified the Administrator that they are cancelling all non-emergency appointments (including BAP appointments) until further notice, due to COVID-19.

3. At the time of submission of this report, the Administrator is communicating with all Qualified BAP Providers and Retired NFL Football Players with appointments scheduled during the coming weeks and months to better understand the impact of COVID-19, to minimize the disruptions associated with the resulting appointment cancellation, to prepare for resumption of affected BAP activities as soon it is feasible to do so, and to assure everyone associated with the BAP that there will be no negative consequences for appointment cancellations resulting from COVID-19. In addition to communicating directly with affected Qualified BAP Providers and Retired NFL Football Players, the Administrator is working with the Claims Administrator to communicate with the Settlement Class through the Settlement Website and periodic newsletters to Settlement Class Members and their attorneys.

*Maintaining the Qualified BAP Provider Network*

4. In implementing the BAP, the Administrator is responsible for establishing and maintaining a network of Qualified BAP Providers to administer the specified baseline assessment examinations under the BAP and authorized medical services under the BAP Supplemental Benefits program.

5. As of March 16, 2020, the Administrator has contracted with 325 Qualified BAP Providers in fifty-two metropolitan areas across the United States. The Administrator continues to diligently enroll Qualified BAP Providers to expand the BAP network wherever necessary to ensure sufficient depth of coverage and improve program efficiencies. For cities without a

sufficient number of contracted Qualified BAP Providers to fully meet demand, the Administrator continues to seek alternate arrangements to ensure timely appointments for Retired NFL Football Players. In the previous quarter, the Administrator accommodated demand for clinical neuropsychology appointments in cities with limited capacity by bringing Qualified BAP Providers from other cities with excess provider capacity to administer baseline assessment examinations. Specifically, the Administrator has utilized this approach in several cities with high concentrations of Retired NFL Football Players, including Dallas, Nashville, Seattle, Cincinnati, and Jackson, MS.

*Baseline Assessment Examinations Scheduled and Attended to Date*

6. The BAP offers a two-part baseline assessment examination, consisting of a clinical neuropsychology appointment lasting an average of six to eight hours and a basic neurological examination lasting approximately one hour. The Administrator's scheduling process is intended to ensure that Retired NFL Football Players are scheduled at a provider location, date, and time acceptable and convenient to them. Typically, the Administrator attempts to schedule the clinical neuropsychology appointment so that it occurs first, and far enough in advance of the neurology appointment that the clinical neuropsychologist's report is available for review during the neurology appointment.

7. As of March 16, 2020, the Claims Administrator of the Settlement program determined that 12,837 Retired NFL Football Players are eligible to participate in the BAP. Of these 12,837 individuals, the BAP Administrator has received requests to schedule baseline assessment examinations from 7,463 Retired NFL Football Players directly or through their attorneys. This represents 58.1% of BAP-eligible Retired NFL Football Players.

8. Of the 7,463 Retired NFL Football Players who have requested appointments, the Administrator has offered one or more appointments with Qualified BAP Providers to 7,277 of them (97.6%). Retired NFL Football Players who have requested appointments have waited a median time of 15 days until the Administrator secured and offered a neuropsychology appointment (consisting of a specific date, time, and location) from a Qualified BAP Provider neuropsychologist. To ensure the neuropsychology appointment takes place before the neurology appointment, the Administrator seeks to confirm with the Retired NFL Football Player or his attorney that the Retired NFL Football Player accepts the offered neuropsychology appointment before securing a neurology appointment. As a result of these activities, the median time between the initial offer of a neuropsychology appointment and the initial offer of a neurology appointment is 66 days. Median time from the initial request until the actual neuropsychology appointment is 106 days; the median time from request until the actual neurology appointment is 179 days. Table 1 summarizes wait times as of March 16, 2020.

**Table 1. Appointment Scheduling Wait Times**

| Metric | Median in Days |
|---|---|
| Time from request to offered neuropsychology appointment | 15 |
| Time from offered neuropsychology appointment to offered neurology appointment | 66 |
| Time from request to neuropsychology appointment date | 106 |
| Time from request to neurology appointment date | 179 |

9. As of March 16, 2020, 6,326 Retired NFL Football Players (84.8% of those who have requested appointments) have attended a total of 12,110 appointments. This number consists of 5,520 Retired NFL Football Players (74.0%) who have attended two or more[2] appointments and 806 Retired NFL Football Players (10.8%) who have attended one appointment.

---

[2] Certain Retired NFL Football Players have attended more than two appointments because they and/or the Qualified BAP Providers have requested to break up the clinical neuropsychology appointments, which the Administrator has accommodated.

10.	Of the 7,277 Retired NFL Football Players for whom the Administrator has scheduled or offered one or more appointments, 6,468 (86.7% of those who have requested appointments) currently have one or more appointments scheduled (including appointments that have already taken place). Of the 6,468 Retired NFL Football Players with scheduled appointments, 5,790 (77.6% of all who have requested) have been scheduled for both neuropsychology and neurology appointments, and 678 (9.1% of all who have requested) have been scheduled for one appointment. For the latter group, the Administrator will continue to work to promptly schedule these Retired NFL Football Players' second appointments.

11.	Of the 7,277 Retired NFL Football Players for whom the Administrator has scheduled or offered one or more appointments, 809 have had at least one appointment scheduled or offered to them in the past but did not accept or attend. These 809 Retired NFL Football Players have had a total of 3,150 rejected, cancelled, or missed appointments (an average of 3.9 each). Table 2 breaks down the reasons and sources of those cancellations.

**Table 2.  Cancellation Reasons – Players with No Active Appointments**

| Cancellation Reason | Source | | |
| --- | --- | --- | --- |
| | **Player** | **Provider** | **Administrator** |
| Confirmed, then Cancelled | 13.4% | 5.2% | 1.0% |
| Rejected or Withdrawn | 56.3% | 13.4% | 3.2% |
| Missed | 7.6% | 0.0% | 0.0% |

More than half of these Retired NFL Football Players reside in or near eleven cities – Atlanta, Houston, Dallas, Los Angeles, Phoenix, New Orleans, Miami, Tampa, Charlotte, San Francisco, and Jacksonville – all of which are among the cities with the highest populations of Retired NFL Football Players. The median time from request to clinical neuropsychology appointment offered among Retired NFL Football Players with no active appointments in these cities ranges from four days in Houston to 40 days in San Francisco, with an average of 17 days. In all such cases, the

Administrator continues to work with Qualified BAP Providers, and Retired NFL Football Players or their attorneys, to ensure Retired NFL Football Players receive appointments that meet their preference for location, provider, and schedule, while accommodating the Qualified BAP Providers' schedules.

12. Finally, 186 (2.5%) Retired NFL Football Players have requested baseline assessment examinations but have not yet had appointments scheduled or offered to them. Of these 186 Retired NFL Football Players, 144 (77.4%) verbally requested participation in the BAP in the days immediately preceding their deadline for participation in the BAP but have been unresponsive to the Administrator's requests to submit a signed BAP HIPAA Authorization, which is the next step in the scheduling process (*see* paragraphs 13 through 15 below for additional details). Table 3 summarizes Retired NFL Football Players with requests and appointments scheduled through March 20, 2019.

**Table 3.  Summary of Requests and Scheduling Activity to Date**

| Status | Number | % of Requested |
|---|---|---|
| Players requesting participation in BAP | 7,463 | 100.0% |
| Players offered one or more appointments | 7,277 | 97.5% |
| Players with two appointments currently scheduled | 5,790 | 77.6% |
| Players with one appointment currently scheduled | 678 | 9.1% |
| Players with appointments previously offered but none attended or currently scheduled | 809 | 10.8% |
| Players waiting for their first offered appointments | 186 | 2.5% |

*Note:  Indented rows are subsets of rows above.*

### *Defining "Participation in the BAP"*

13. Section 5.4 of the Settlement Agreement provides for a 10% Monetary Award offset for any Retired NFL Football Player who "chooses not to participate in the BAP" and then

6

receives a Qualifying Diagnosis on or after the Effective Date, unless the Qualifying Diagnosis is ALS, or any Qualifying Diagnosis has been made for that Retired NFL Football Player prior to his BAP deadline.  Accordingly, this raised the question of how to determine who has participated in the BAP, and who has therefore chosen not to participate in the BAP, for the purposes of the Claims Administrator applying the 10% offset to applicable Monetary Awards.

14. After consulting with one another and with the Administrator, the Parties agreed that a Retired NFL Football Player will be deemed to have participated in the BAP if he attends one or more BAP appointments (either clinical neuropsychology or neurology), although all Retired NFL Football Players are strongly encouraged to attend both appointments.  The Parties also agreed that those Retired NFL Football Players who have not yet attended one or more of their BAP appointments, and whose deadline to participate in the BAP, as defined by Section 5.3 of the Settlement Agreement, had passed will be given one final opportunity to schedule and attend BAP appointments if they met all of the following criteria:

    a. Timely requested to participate in the BAP;

    b. Had not been a "no-show" for more than one scheduled BAP appointment: and

    c. Had their appointment request closed due to lack of interest, lack of cooperation with the Administrator, or failure to submit a signed BAP HIPAA Authorization.

15. Of the 7,463 Retired NFL Football Players who have requested participation in the BAP, 253 met the criteria described above:  109 had their requests closed due to continued lack of response or cooperation, and 144 had their requests closed due to failure to submit a signed BAP HIPAA Authorization (*see* paragraph 12 above).  Pursuant to the agreement between the Parties to allow these Retired NFL Football Players one final opportunity to participate in the BAP, the

7

Administrator, in coordination with Class Counsel, notified all Retired NFL Football Players who met the above criteria (or their attorneys) during the week of March 16, 2020, that the Retired NFL Football Players or their attorneys had 45 days to respond to said notice and either re-engage in the scheduling process (for those 109 whose requests had been closed due to lack of interest or cooperation) or submit a signed BAP HIPAA Authorization (for those 144 whose requests had been closed due to a failure to submit a signed BAP HIPAA Authorization).

*Providing Reports from Baseline Assessment Examinations*

16. As part of its efforts to ensure prompt and accurate production of medical records and reports, the Administrator conducts training sessions and offers guidance materials to each Qualified BAP Provider. The Administrator is also in regular contact with Qualified BAP Providers as questions or issues arise that may slow the production of medical records and reports. Importantly, to provide incentives for Qualified BAP Providers to submit medical records and reports in a timely manner, the Administrator included a provision in all of its Qualified BAP Provider contracts that makes provider payment contingent on the Qualified BAP Providers submitting such documents.

17. Since inception of the BAP, the Administrator has received BAP-generated medical records and reports from at least one specialist (neurologist or clinical neuropsychologist) for 6,137 Retired NFL Football Players, including records and reports from both specialists for 5,223 Retired NFL Football Players, and records from one specialist for 1,025 Retired NFL Football Players.

18. After the Administrator receives the medical records and reports, the Administrator reviews them for accuracy and completion, particularly against the requirements of the Settlement Agreement.

19. When either the records or reports are incomplete, the Administrator works with the Qualified BAP Provider to ensure completion. The most common reasons for such follow-ups with providers include:

    a. failure to clearly state what, if any, Neurocognitive Impairment level the Retired NFL Football Player qualified for, as defined by the Settlement Agreement;

    b. omission of references to corroborating evidence, as required for diagnosing Level 1.5 Neurocognitive Impairment or Level 2 Neurocognitive Impairment under the Settlement;

    c. failure to adequately address test validity and/or functional impairment, two topics required to be reported by clinical neuropsychologists as part of their reports; and

    d. failure to meet other administrative requirements as articulated in the Clinician's Interpretation Guide promulgated pursuant to Exhibit A-2 of the Settlement Agreement.

20. Of the 5,223 Retired NFL Football Players for whom both reports have been submitted by Qualified BAP Providers, the Administrator has completed its review process for 4,600 and has published (or is in the process of publishing) them to the Retired NFL Football Player's online portal.  Table 4 shows the status for Retired NFL Football Players whose reports have been submitted to the Administrator as of March 16, 2020.

Table 4.  BAP Report Review Status

| Status | Number | % of Players with Both Appts Attended |
|---|---|---|
| Players who have attended both appointments | 5,520 | 100.0% |
| Players with both reports submitted to the Administrator | 5,172 | 93.7% |
|     Players with review completed and approved to publish to portal | 4,600 | 83.3% |
|     Players with reports undergoing initial review | 0 | 0.0% |
|     Players with reports in follow up status with Qualified BAP Providers | 538 | 9.7% |
|     Players with reports undergoing review by the Appeals Advisory Panel due to conflicting diagnoses between Qualified BAP Providers (per the Settlement Agreement) | 34 | 0.6% |

*Note:  Indented rows are subsets of rows above.*

21. As of March 16, 2020, BAP examinations have resulted in 155 diagnoses of Level 1 Neurocognitive Impairment, 142 diagnoses of Level 1.5 Neurocognitive Impairment, and 94 diagnoses of Level 2 Neurocognitive Impairment, with 4,209 Retired NFL Football Players receiving no diagnosis.

*BAP Supplemental Benefits*

22. Under the Settlement Agreement, a Retired NFL Football Player diagnosed with Level 1 Neurocognitive Impairment is eligible to receive BAP Supplemental Benefits related to the Retired NFL Football Player's impairment in the form of medical treatment, counseling, and/or examination by Qualified BAP Providers, including pharmaceuticals if medically appropriate and prescribed by a Qualified BAP Provider.

23. The Settlement Agreement required Class Counsel and Counsel for the NFL Parties, in consultation with the BAP Administrator, to establish the maximum per-player benefit under the BAP Supplemental Benefits on the first anniversary of the commencement of the BAP. Accordingly, on June 6, 2018 (the first anniversary of the commencement of the BAP), Co-Lead

Class Counsel and Counsel for the NFL Parties, in consultation with the BAP Administrator, established a $35,000 maximum per-player benefit under the BAP Supplemental Benefits. Given the number of Retired NFL Football Players eligible for the BAP at that time, this amount was determined to be the maximum benefit that would ensure sufficient funds to pay for all possible baseline assessment examinations, which in turn, ensured the overall sufficiency of the BAP Fund. Co-Lead Class Counsel and Counsel for the NFL Parties agreed to revisit this amount after June 6, 2019, the date when eligibility for baseline assessment examinations expired for Retired NFL Football Players born on or before June 6, 1974. The Administrator is currently performing an analysis to support this effort. As of March 16, 2020, the maximum amount of funds billed for covered services to any one participant's account in the BAP Supplemental Benefits is $13,089.55.

24. Once a Retired NFL Football Player's diagnosis of Level 1 Neurocognitive Impairment is finalized, the Administrator contacts the Retired NFL Football Player (or, in the case of a represented Retired NFL Football Player, his attorney) to inform him of his eligibility and schedule an orientation. Given that Retired NFL Football Players eligible for the BAP Supplemental Benefits suffer from moderate cognitive impairment, the Administrator seeks to include a family member or close friend of the Retired NFL Football Player during scheduling who can help the Retired NFL Football Player maximize program benefits. During this orientation, the Administrator outlines the benefits offered and solicits the Retired NFL Football Player's choice of a Qualified BAP Provider neurologist to perform an initial consultation. The purpose of the initial consultation is to review the results of the baseline assessment examination and determine a treatment and evaluation plan for the Retired NFL Football Player. Table 5 shows the status of Retired NFL Football Players who have been notified of their eligibility for participation in the BAP Supplemental Benefits, as of March 16, 2020.

Table 5.  BAP Supplemental Benefits Participation Status

| Status | Number |
|---|---:|
| Retired Players/Attorneys notified of BAP Supplemental Benefits eligibility | 151 |
| Awaiting attorney response to schedule orientation | 7 |
| Retired Players in scheduling process for orientations | 18 |
| Retired Players with upcoming orientations scheduled | 4 |
| Retired Players with orientation complete | 122 |
| Awaiting provider selection by Retired Player | 35 |
| Contracting with selected provider | 8 |
| In process of scheduling initial consultation | 9 |
| Initial consultation upcoming | 5 |
| Initial consultation attended/receiving ongoing benefit | 65 |

*Note:  Indented rows are subsets of rows above.*

25.  During the fourth quarter of 2019, the Administrator initiated a pilot program to evaluate the feasibility of offering cognitive rehabilitation therapy, a treatment that had been requested by several Settlement Class Members and their treating Qualified BAP Providers.  As of March 16, 2020, the Administrator had contracted with three Qualified BAP Providers to participate in the pilot program.  In addition, the first nine Retired NFL Football Players to participate in the pilot have undergone or have been scheduled for an initial assessment to develop a customized treatment plan, with therapy expected to be underway within the next few months.  As with all other BAP efforts, the progress of this pilot program will be affected by the (as yet unknown) duration of the COVID-19 pandemic.

Respectfully submitted,

BAP ADMINISTRATOR

By: *[signature]*

Sylvius von Saucken
Vice President
Epiq Mass Tort
9144 Arrowpoint Boulevard, 4th Floor
Charlotte, NC  28173

12