UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| | : | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : | |

# REPORT OF THE SPECIAL MASTERS

1.  Wendell E. Pritchett and Jo-Ann M. Verrier, as Special Masters appointed by the Court on July 13, 2016 (ECF 6871), and David Hoffman, appointed by the Court on March 5, 2020 (ECF 11022) pursuant to Article X of the Class Action Settlement Agreement (Settlement Agreement) in this matter, submit this Report to the Court alongside Status Reports from the Claims Administrator, Brown Greer LLC ("Claims Administrator"), and the Baseline Assessment Program Administrator, Garretson Resolution Group ("BAP Administrator"; now known as Epiq Mass Tort), to provide an update on the Agreement's effectuation and progress.

2.  The Special Masters have reviewed the 1st Quarter 2020 Status Reports submitted by both Administrators. These accurately and thoroughly reflect the work of both firms.

3. The Special Masters continue to augment their weekly reports to the Court by highlighting work detailed in these Status Reports and conducting work that is beyond the purview of the Claims Administrators.

### Overall Administration

4. As we have reported in past quarterly reports, the Special Masters continue to participate in bi-weekly calls with the Claims Administrator and the BAP Administrator. Additionally, both Administrators make themselves available for additional discussions and communications as necessary to support the fair and efficient administration of the Settlement Agreement.

5. The Special Masters remain constantly informed about the progress of all Claims through the Claims Administrator's robust systems, including its published reports as found on the NFL Concussion Settlement website.

6. Each month, after review with the Claims Administrator, the Special Masters approve the monthly disbursement report to the Trustee authorizing payments of Monetary Awards to Settlement Class Members (SCMs) as well as to relevant attorneys, lienholders, and third-party funders where appropriate.

7. The Special Masters are informed about the BAP Administrator's management of requests for and scheduling of Baseline Assessment Program examinations as well as of the BAP Administrator's ongoing work to ensure that trained BAP authorized neuropsychologists and neurologists complete their work effectively. The BAP Administrator also oversees the Supplemental Benefits program for Players within the Settlement Agreement.

8. The Special Masters ensure that the work of the Administrators is communicated to the Court via a weekly report and other communication and ensure the Court's input into matters arising in the efficient and fair administration of the Settlement Agreement.

### Overall Progress

9. Despite the challenging circumstances required by the national response to the coronavirus and COVID-19, both claims administrators continue to support Players in accessing the benefits to which they are entitled. This report is abbreviated as we support our colleagues in that effort.

10. On March 27, 2020, the Court approved a plan for effectuation of the Settlement Agreement's Education Fund requirements (ECF 10970).

11. The work of the Special Investigator continues, with reports received in four out of five referrals. The Special Masters have those reports under consideration and will be in a position to report on them by the next quarterly report.

Respectfully submitted,

*Wendell Pritchett*

*JoAnn M Verrier*

*David A. Hoffman*

Special Masters