IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-2323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this 30th day of March, 2020, it is **ORDERED** that the Court's December 10, 2018 Order appointing the Honorable Lawrence F. Stengel (Ret.) as Special Investigator (ECF No. 10355), and the Court's January 6, 2020 Order extending the Special Investigator's term (ECF No. 10937) are **AMENDED** as follows:

- Section VI of the December 10, 2018 Order established a one-year term for the Special Investigator. The January 6, 2020 Order extended the Special Investigator's term until March 30, 2020. The Special Investigator's term is hereby further **EXTENDED** until **May 30, 2020**.

- All other aspects of the December 10, 2018 Order remain unchanged.

    s/ANITA B. BRODY, J.
    ANITA B. BRODY, J.

Copies **VIA ECF**  03/30/2020