**From:** Jason Luckasevic <jluckasevic@gpwlaw.com>
**Sent:** Friday, March 13, 2020 2:28 PM
**To:** Burns, Douglas <dburns@paulweiss.com>
**Subject:** RE: SPID 950011972

No problem as to the extension. Obviously, my objections are preserved.

Sincerely,
Jason Luckasevic


**From:** Burns, Douglas [mailto:dburns@paulweiss.com]
**Sent:** Friday, March 13, 2020 11:00 AM
**To:** Jason Luckasevic
**Subject:** SPID 950011972

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

**EXTERNAL EMAIL**

Jason,

Pursuant to Rule 6(c) of the Rules Governing Appeals of Claim Determinations, the NFL Parties write to ask for your consent to a seven-day extension of the deadline to file Objections to a Conclusion of Law in a Decision by the Special Master (to March 24)? As I am sure is affecting you too, we are experiencing significant disruption as a result of the COVID-19 pandemic, and appreciate your prompt consideration.

Respectfully submitted,


**Douglas Burns** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3403 (Direct Phone) | +1 212 492 0403 (Direct Fax)
dburns@paulweiss.com | www.paulweiss.com


This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

**EXHIBIT #1**

**From:** Jason Luckasevic
**Sent:** Monday, March 23, 2020 5:11 PM
**To:** 'Tisa Adkins'
**Cc:** Cynthia DeUnger
**Subject:** RE: NFL - K. Watson - SPID: 950011972

Dear Tisa,

Kindly provide us with a copy of the court's order regarding this continuance as delaying this indefinitely for my client will cause prejudice and a hardship given the current state of affairs.

Sincerely,
Jason Luckasevic

**From:** Tisa Adkins [mailto:tadkins@browngreer.com]
**Sent:** Monday, March 23, 2020 4:34 PM
**To:** Jason Luckasevic
**Cc:** Cynthia DeUnger
**Subject:** NFL - K. Watson - SPID: 950011972

**EXTERNAL EMAIL**

Mr. Luckasevic:

**SCM: Kenny Watson**
**SPID:950011972**

We wanted to update you that, given the COVID-19 pandemic and related work issues, the Court approved the NFL's request for a continuance of the deadline to file objections with regard to CID 950011972 for Kenny Watson's claim. The continuance is until such future time when the Court orders the objections to be filed.

Thank you,

**Tisa Adkins**
Law Firm Contact
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 214-2839 (ext. 4380)
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**EXHIBIT #2**