IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, <br><br>———————————————————————<br><br>Kevin Turner and Shawn Wooden,<br>On behalf of themselves and<br>Others similarly situated,<br><br>    Plaintiffs,<br><br>            v.<br><br>National Football League and<br>NFL Properties LLC,<br>Successor-in-interest to<br>NFL Properties, Inc.,<br><br>    Defendants.<br>---------------------------------------------------------------<br>THIS DOCUMENT RELATES TO:<br>SP ID #: 950011972 | No. 2:12-md-02323 – AB<br><br>MDL NO. 2323<br><br>**Hon. Anita B. Brody** |

## MOTION TO ENFORCE SETTLEMENT

AND NOW comes Jason E. Luckasevic, Esquire of GOLDBERG, PERSKY & WHITE, P.C. on behalf of Claimant identified as Settlement Program ID #: 950011972 (Herein "Claimant") and files the following Motion to Enforce Settlement:

1. Claimant submitted a claim for monetary award on September 25, 2019. (Document #214540). This submission was submitted after Claimant underwent strict BAP program testing from BAP approved physicians selected and approved by the NFL parties.

2. On November 8, 2019, after review by the BAP administrator and approval by the Claims Administrator a Notice of Monetary Award Claim Determination was rendered in favor of the Claimant. (Document #216903).

3. The NFL subsequently filed an appeal of Claimant's Monetary Award Claim Determination on December 13, 2019. (Document #218078 and #218079).

4. Claimant, through his undersigned counsel, filed a Response to the appeal on December 18, 2019. (Document #218510).

5. Class Counsel elected not to file a position Statement related to the appeal filed by the NFL.

6. Following the appeal, a Post-Appeal Notice of Monetary Award Claim Determination was entered on February 26, 2020 denying the appeal. As such, the Notice states "Appeal Denied. The appellant did not show clear and convincing evidence of error in the Claims Administrator's Decision. ***The Special Master's decision is a factual decision and is final and binding***." (Document #221102—*emphasis added*).

7. On March 13, 2020, counsel for the NFL emailed the undersigned asking for an extension until March 24, 2020 to file Objections to a Conclusion of Law by the Special Master. The undersigned agreed to the extension while preserving Claimant's objections to the same. (See Exhibit #1).

8. However, on March 23, 2020, counsel for Claimant received a communication from BrownGreer stating that "the Court approved the NFL's request for a continuance of the deadline to file objections. … The continuance is until such future time when the Court orders the objections to be filed." (See Exhibit #2).

9. Claimant's portal and/or the ECF Docket lack any evidence of the Order referenced in paragraph #8 above. As such, there is no record of an extension being granted.

10. Pursuant to The Rules Governing Appeals of Claim Determinations, the determination of the Special Master of a Factual issue is final and binding on all parties. Rule 31 reads: Finality of the Special Master's Decision. The Special Master's decision on an Appeal is final and binding on the Settlement Class Member(s), the Parties to the Appeal and the Claims Administrator and is not subject to appeal or review by the Court, except that pursuant to Fed. R. Civ. P. 53(f)(4) and the Court's July 13, 2016 Order appointing the Special Masters, the Court will review de novo (that is, anew) any objection to the Special Master's conclusions of law. The Special Master will identify in each decision any issue the Special Master determines to be a conclusion of law to which a Party to the Appeal may object and have reviewed by the Court.

11. Claimant is prejudiced by the NFL's failure to follow the Settlement Agreement, particularly with respect to BAP program, Monetary award claims and the Rules Governing Appeals of Claim Determinations.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court Grant Claimant's Motion to Enforce Settlement.

Dated: March 31, 2020                          Respectfully submitted,

                                               GOLDBERG, PERSKY & WHITE, P.C.


                                               s/ Jason E. Luckasevic, Esquire
                                               jluckasevic@gpwlaw.com

PA I.D. #85557

11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
(412) 471-3980 (phone)
(412) 471-8308 (facsimile)

*Counsel for SP ID #: 950011972*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | No. 2:12-md-02323 – AB |
| | MDL NO. 2323 |
| | **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, On behalf of themselves and Others similarly situated, | |
| Plaintiffs, | |
| v. | |
| National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: SP ID #: 950011972 | |

## ORDER

AND NOW, to wit, this _____ day of 2020, upon consideration of Claimant's Motion to Enforce Settlement and the record in the above-captioned case, It is hereby ordered that the Motion is Granted and the Appeal of the NFL is DENIED and the Claims Administrator is ORDERED to pay the monetary award to the Claimant.

By the Court,

_____, J.