UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Michael Ball, Jr., et al. v. National Football League, et al. (Plaintiff Michael Ball, Jr. ONLY)<br><br>Court File No. 2:13-cv-03891-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF MICHAEL BALL, JR.** |

J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiff's Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Michael Ball, Jr. only in this action, and state as follows:

1.  Plaintiff's counsel filed the action *Michael Ball, Jr., et al. v. National Football League, et al.*, No. 13-CIV-3707, in the Southern District of New York on May 31, 2013, for the benefit of several retired National Football League players, including Michael Ball, Jr.

2.  Plaintiff's counsel filed a short form complaint for Michael Ball, Jr. on July 25, 2013.

3.  Despite the efforts of the undersigned on Plaintiff's behalf, Plaintiff has informed the undersigned that he no longer wants Zimmerman Reed LLP to represent him in this litigation.

4.  Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiff's counsel respectfully asks this Court for leave to withdraw as counsel for Michael Ball, Jr. only in Court File No. 2:13-cv-03891-AB.

Dated:  March 31, 2020                    Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com