UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br><u>Michael Ball, Jr., et al.</u> v. National Football League, et al. (Plaintiff Michael Ball, Jr. ONLY)<br><br>Court File No. <u>2:13-cv-03891-AB</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, former attorney for Plaintiff Michael Ball, Jr. in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Michael Ball, Jr.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  March 31, 2020                      Respectfully submitted,

                                                                    ZIMMERMAN REED LLP

                                                                    /s/ Brian C. Gudmundson
                                                                    J. Gordon Rudd, Jr. (#222082)
                                                                    Brian C. Gudmundson (#336695)
                                                                    Michael J. Laird (#0398436)
                                                                    1100 IDS Center, 80 South 8th Street
                                                                    Minneapolis, MN  55402
                                                                    Telephone: (612) 341-0400
                                                                    Facsimile: (612) 341-0844
                                                                    Gordon.Rudd@zimmreed.com
                                                                    Brian.Gudmundson@zimmreed.com
                                                                    Michael.Laird@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  March 31, 2020                                     ZIMMERMAN REED LLP

       s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com