UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Michael Ball, Jr., et al. v. National Football League, et al. (Plaintiff Michael Ball, Jr. ONLY)<br><br>Court File No. 2:13-cv-03891-AB | **O R D E R** |

      Pending is Plaintiff's Counsel's Motion to Withdraw as Counsel, filed on March 31, 2020. In the motion, Zimmerman Reed LLP seeks to withdraw as counsel. As justification for the withdrawal, counsel states that Plaintiff has terminated their representation of him in this action.

      BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Michael Ball, Jr. in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for Michael Ball, Jr.. Zimmerman Reed LLP is directed to send a copy of this Order via any email address they have for Plaintiff, and via U.S. Mail to his last known address.

      IT IS SO ORDERED.

Dated:                         UNITED STATES DISTICT JUDGE

_____

Honorable Anita B. Brody