# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: HARRY E. HAMILTON, <br>     And <br> PNC MORTAGAGE BANK      : <br>                                      : <br> HARRY E. HAMILTON,          : <br>      Plaintiff               : <br>      v.                          : <br>                           : <br> BERT BELL/PETE ROZELLE  : <br> NFL PLAYER RETIREMENT PLAN,  : <br> RETIREMENT BOARD OF THE BERT  : <br> BELL NFL RETIREMENT PLAN,  : <br> BECKY SUE THOMPSON, ESQ.   : <br> JOHN DOE, JANE DOE, ABC      : <br> CORPORATION (FICTIOUS ENTITIES  : <br> OR PERSONS TO BE DISCOVERED)  : <br>      Defendants           : | No. <br><br><br><br><br> MDL No. 2323 <br> 12-md-2323 and 14-6353 |

## MOTION FOR RECONSIDERATION OF DECLARATORY JUDGEMENT OF REMOVAL TO THE EASTERN DISTRICT OF PENNSYLVANIA AND INJUNCTIVE RELIEF AND IMMEDIATE IN FORMA PAUPERIS

AND NOW, Comes H subrogating for Harry E. Hamilton, Plaintiff appearing pro se as Black Horse and H interchangeably on behalf of the corporate entity Harry E. Hamilton, and in accordance with appropriate Rules of Civil Procedure, Article I section 10, Article III, Article IV section 1, 42 USC 1981, 1983, 1988, 2000, and **12101 (1), (5), et.seq**. 28 USC 2201 and 2202, **12 USC 2605** and **28 USC 1441**, (a) (b)(1) (c) and (d), 1442, 11446, 1608 and the Code of Federal Regulations files this document also seeking removal of all actions respecting 112 Seaview Avenue in the State of New Jersey, se initial objections and respectful request for extension with additions and jury demand averring or stating as follows:

I am not even completely sure why I have relied upon this filing to set the record straight but I think I should begin by attaching this letter indicating that back when I began or first noticed my mental abilities slipping, I filed desperately in federal court for declaratory relief citing I believe the criminal provision of 50 USC 3952 (I really cannot remember back to 2000 after coming back from a tour in Bosnia only to have foreclosure proceedings commenced within months of my return).  I was able to get the home out of foreclosure proceedings only because the bank was required to hire separate counsel in the federal action beyond the locally established and connected firm that would have simply gone on with the court permitted procedure.[1]

By Captioning the matter as "In Re:….", my intention was to commence a separate action showing that the institution of an action of foreclosure without compliance with 12 USC 2605 required relief as specified.  I had hoped that again like in 2000 a separate counsel might seek a different result rather than proceed with PNC's failures under 12 USC 2605, not to mention the failure to ascertain my military status.[2]

**Simply, PNC did not send the information of 12 USC 2605 timely and should now be precluded from foreclosing.**

Adding to the above request is the issue of where to file the separate action hoping a new attorney will see the violation and seek different resolution.  I seek under the above caption because I believe another issue is the disabling condition underlying

---

[1] I would later learn that I was a fortunate exception and that literally thousands of service members lost their homes to foreclosure despite being on active duty (see attached letter indicating a quote from an article published online in 2011 – that I quickly searched and found by typing in criminal penalties for foreclosure on active duty servicemembers or words to that effect).  I would like to incorporate by reference herein that unfortunate history of years of failure to consider the criminal law against foreclosing on active duty personnel as demonstrative.

[2] Brief research indicates that the foreclosing on military personnel continued without any repercussions.  My hope is that another approach using suffering, retired professional football players and the federal law might invoke a declaration begetting relief.

the concussion litigation. In much the same way that allowances have been made in some courts for COVID-19, **(1) not all persons will be treated equally under the adjustments and (2) adjustments should be made with respect to life, liberty, and pursuit of happiness for persons with disabling conditions (and that must involve all those inside and outside the settlement).**

I implore this Honorable Court to gather the issues that not only exacerbate my debilitating conditions but also provide a life-line to continue with my life-long effort at social justice. In this regard, as background, please see attached. I have little doubt that it is a combination of these types of issues of a domestic nature that has driven the demise of many ball players. **Certainly, the federal laws including 42 USC 12101 et. seq. provides protection in the form of equitable relief stopping the foreclosure action.**

Wherefore, I respectfully request accepting a separate action under the above caption to ascertain compliance with the federal laws mentioned above and providing equitable relief.

        Respectfully submitted,

        /s/ xI308
        H/and on behalf of Harry Hamilton, Pro Se
        Living on the Land and Best to Call
        P.O. Box 986/P.O. Box 1737
        Lemont, PA 16851/Wilkes-Barre, PA 18702
        973-951-9091

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: HARRY E. HAMILTON,     And<br>PNC MORTAGAGE BANK | :<br>: | No. |
| HARRY E. HAMILTON,<br>    Plaintiff<br>    v.<br><br>BERT BELL/PETE ROZELLE<br>NFL PLAYER RETIREMENT PLAN,<br>RETIREMENT BOARD OF THE BERT<br>BELL NFL RETIREMENT PLAN,<br>BECKY SUE THOMPSON, ESQ.<br>JOHN DOE, JANE DOE, ABC<br>CORPORATION (FICTIOUS ENTITIES<br>OR PERSONS TO BE DISCOVERED)<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | MDL No. 2323<br>12-md-2323 and 14-6353 |

## **CERTIFICATE OF SERVICE**

I, H on behalf of Harry Hamilton, Party, hereby certify that I am causing a true and correct copy or electronic copy of the foregoing to be served this 28th day of March 2020 via email to the following:

Chastin J. O'Connor
Vice President, PNC

                                      Respectfully submitted,

                                      /s/ xI308
                                      H/and on behalf of Harry Hamilton, Pro Se
                                      Living on the Land

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: HARRY E. HAMILTON, <br> And <br> PNC MORTAGAGE BANK | : <br> : <br> : | No. |
| HARRY E. HAMILTON, <br>     Plaintiff <br>     v. <br> <br> BERT BELL/PETE ROZELLE <br> NFL PLAYER RETIREMENT PLAN, <br> RETIREMENT BOARD OF THE BERT <br> BELL NFL RETIREMENT PLAN, <br> BECKY SUE THOMPSON, ESQ. <br> JOHN DOE, JANE DOE, ABC <br> CORPORATION (FICTIOUS ENTITIES <br> OR PERSONS TO BE DISCOVERED) <br>     Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | MDL No. 2323 <br> 12-md-2323 and 14-6353 |

## **ORDER**

AND NOW, this _____ day of _____ 202__, upon consideration of the motion for reconsideration, the same is HEREBY GRANTED, the clerk will assign a case number and upon notification to petitioner, the petitioner shall file an amended complaint for declaratory relief within 90 days.

                                                                                            _____
                                                                                                                       J.