# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>SPID: 100015138 | |

## ORDER

**AND NOW**, this 6th day of April, 2020, it is **ORDERED** that any appeal to this Court related to this claim must be filed **on or before April 15, 2020**.

                                                             _s/ ANITA B. BRODY, J._
                                                             ANITA B. BRODY, J.

COPIES VIA ECF  04/06/2020