UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | : : | |
| MARK SMITH | : : | NOTICE OF AN ATTORNEY'S LIEN |

### NOTICE OF AN ATTORNEY'S LIEN

Now, comes, the Petitioner, Russell J. Berkowitz of Berkowitz and Hanna LLC, Attorney for the Plaintiff, Mark Smith, to notify this Court and all parties that Berkowitz and Hanna LLC and its Attorneys have a lien in this case for attorney's fees and costs for work performed, as set forth below, and in accordance with Mr. Smith's executed employment agreement.

(1) The Petitioner is an attorney at law admitted to practice before the courts of Connecticut, and files this Notice to establish a lien for attorney's fees as set forth hereinafter.

(2) On or about June 15, 2016, the Petitioner was retained and employed by the Plaintiff, Mark Smith, pursuant to a contingent fee agreement, to pursue a claim for injuries and damages against the National Football League associated with football-related concussions, head and brain injuries.

(3) Mr. Smith's contingency fee agreement contains the following terms: If no recovery is made, the client will not owe any legal fee or expenses to Petitioner.

> If Plaintiff's counsel obtains settlement or judgment for Client, Client will pay counsel, before the deduction of any liens, unpaid medical bills, and costs, 25% of the award, plus expenses and costs up to $2,000,000.00; 20% of any reward in excess of $2,000,000.00.

(4) From the date the Petitioner was authorized to proceed on behalf of the Plaintiff, the Petitioner has actively and diligently applied himself to the investigation, preparation, and pursuit of Plaintiff's claim, and has taken all steps necessary to prosecute those claims, including but not limited to, correspondence and communications with the client, preparation and review of client's factual and legal circumstances, retrieve prior medical records, and continue to pursue the best interests of the Plaintiff in this matter.

(5) Specifically, Petitioner scheduled and paid for a flight and a hotel room, and scheduled and paid for Mr. Smith to be examined for a MAF evaluation per the Amended Settlement Agreement. Petitioner filed Mr. Smith's claim package for his qualifying diagnosis rendered by said MAF physician.

(6) On March 4, 2020, the plaintiff, Mark Smith, discharged the Petitioner as his attorney in this matter, and it is expected that a new attorney will be pursing representation of the Plaintiff in this action.

(7) Petitioner was not terminated by the Plaintiff for cause, and the termination was not due to any malfeasance or other improper action on the part of the Petitioner.

(8) The Petitioner claims the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiff in this action.

WHEREFORE, the Petitioner prays:

(1) That his attorney's lien and expenses be determined;

(2) That the amount of the lien and expenses be established;

(3) That the Court order that the Petitioner be entitled to enforce his attorney's lien and expenses against the proceeds to be derived from any settlement or judgment in this action;

(4) That the Defendant or the Defendant's insurer be prohibited from paying to the Plaintiffs any sums of money until said lien has been satisfied; and

(5) For such other and further relief as the Court deems just and proper.

Dated: April 8, 2020

    Respectfully Submitted By:

        THE PETITIONER,

        _____/s/ Russell J. Berkowitz_____
        Russell J. Berkowitz, Esq.
        Kelly E. Ferraro, Esq.
        Berkowitz and Hanna LLC
        2 Corporate Drive, 3rd Floor
        Shelton, CT 06484
        Tel.: (203) 324-7909; Fax: (203) 324-5067
        Connecticut Federal Bar No. 00605

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for the CM/ECF in the litigation.

Dated: April 8, 2020

THE PETITIONER,

    /s/ Russell J. Berkowitz
Russell J. Berkowitz, Esq.
Kelly E. Ferraro, Esq.
Berkowitz and Hanna LLC
2 Corporate Drive, 3rd Floor
Shelton, CT 0648
Tel.: (203) 324-7909; Fax: (203) 324-5067
Connecticut  Federal Bar No. 00605