

# Howard & Associates
# Attorneys at Law, P.A.

*Dr. Tim Howard, J.D., Ph.D., Senior Partner**
*Florida Supreme Court Certified Mediator*
www.HowardJustice.com

Tallahassee Office:
1415 East Piedmont Drive – Suite 5
Tallahassee, Florida  32308
Email: Tim@HowardJustice.com
Phone: (850) 298-4455
Fax: (850) 216-2537

April 8, 2020

**NOTICE OF ATTORNEY'S LIENS** for the following 14 NFL Concussion claimants:

| CLAIMANT | SPID |
|---|---|
| 1) Jamar Enzor | 90005726 |
| 2) Marquis Johnson | 250012442 |
| 3) Jamie Nails | 100011106 |
| 4) Kanavis McGhee | 100010152 |
| 5) Daryl Gardner | 950006411 |
| 6) Corey Fuller | 950010254 |
| 7) Victor Floyd | 100004935 |
| 8) Victor Green | 100005853 |
| 9) Scott Cloman | 100002881 |
| 10) William Floyd | 100004936 |
| 11) Roshad Kent | 950007764 |
| 12) Gerald Perry | 100011956 |
| 13) Tyrone Rogers | 100013070 |
| 14) Marvcus Patton | 100011822 |

*Admitted to practice in Florida, the District of Columbia, Northern, Middle, and Southern United States District Courts of Florida, the United States Court of Appeals for the 11th Circuit, and the United States Supreme Court. Ph.D, Northeastern University, Law, Policy & Society. Former Visiting Health Law, Bioethics, and Human Rights Scholar and Constitutional Law, Media & Politics and Judicial Process Instructor at Boston University. Former Director of and Professor with Northeastern University's Law & Policy Doctorate Program. President of Cambridge Graduate University International.