IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | Case No. 2:12-md-2323 (AB)<br><br>MDL NO. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, Successor-in-Interest to NFL Properties, Inc.,<br><br>   Defendants. | : : : : : : : : : : : : : : : | Hon. Anita B. Brody<br><br><br><br><br><br>NOTICE OF ATTORNEY'S LIEN<br><br>THIS DOCUMENT RELATES TO:<br><br>**SCOTT CLOMAN** |

Pursuant to Title II, Rule 7 and Rule 8 of the Amended Rules Governing Attorneys' Liens, adopted October 3, 2018, in the above-styled action, attorneys for Plaintiff **Scott Cloman** in the above-styled action, hereby notifies the Court and all parties that Howard & Associates, Attorneys at Law, P.A., has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff **Scott Cloman**.

Dated: April 8, 2020.

1

Respectfully Submitted,

HOWARD & ASSOCIATES, PA

s/ Timothy Howard
Timothy Howard
(#0655325)
Howard & Associates, P.A.
1415 East Piedmont Dr. Suite 5
Tallahassee, Florida 32308
Telephone: (850) 298-4455
Facsimile: (850) 216-2537
Tim@HowardJustice.com

CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that he has served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 8, 2020.

s/Timothy Howard
Timothy Howard
(#0655325)
Howard & Associates, P.A.
1415 East Piedmont Dr. Suite 5
Tallahassee, Florida 32308
Telephone: (850) 298-4455
Facsimile: (850) 216-2537
Tim@HowardJustice.com