## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNYSLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION,

Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE,
et. al.

Defendants,

THIS DOCUMENT RELATES TO:

**OLIVER HOYTE**

No. 2:12-md-02323-AB
MDL No. 2323

## <u>NOTICE OF ATTORNEY'S LIEN</u>

Pursuant to *Sinclair, Louis, Siegel, Heath, Nussbaum, Zavertnik, P.A. v. Baucom,* 428
So.2d 1383 (Fla. 1983), the Petitioner, Neurocognitive Football Lawyers, PLLC, attorney for the
Plaintiff in the above-entitled action, hereby notifies this Court and all parties that it has a lien in
this case for reasonable attorney's fees, plus reasonable costs.  Proof of Attorney's lien will be
submitted to the Claims Administrator.

Dated: May _6_ᵀᴴ, 2020.

Respectfully Submitted By:

THOMAS E. PARNELL, ESQ.
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
GIBBS AND PARNELL, P.A.
722 E. Fletcher Ave.
(813) 975-4444 (telephone)
(813) 975-4445 (telefax)
tep@gibbsandparnell.com
ko@gibbsandparnell.com
Florida Bar No. 441988

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2020 I cause the foregoing Entry of Appearance to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

Thomas E. Parnell, Esq.
Neurocognitive Football Lawyers, PLLC
Gibbs and Parnell, P.A.