# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Pope McGlamry P.C. v. Jacob Ford<br>Attorney Lien Dispute<br>(Doc. No. 7198) | |

## EXPLANATION AND ORDER

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE　　　　　　　　　　　　　　　May 6, 2020

　　Before the Court is a Notice of Attorney's Lien ("Lien") and a Petition to Establish Attorney's Lien (Doc. No. 7198) seeking attorney's fees and costs from any Monetary Claim to be paid to Settlement Class Member Jacob Ford, who was issued a Notice of Monetary Award Claim Determination on February 21, 2020.  The lien was filed on February 26, 2017 by Pope McGlamry, P.C. ("Pope").  Mr. Ford is currently represented by Locks Law Firm ("Locks").  On October 11, 2019, the Claims Administrator issued to Locks a Notice of this lien.

　　The District Court referred all Petitions for individual attorney's liens to this Magistrate Judge.  (Doc. No. 7746).  Rules Governing Attorneys' Liens ("Rules") were adopted on March 6, 2018 and amended on October 3, 2018.  (Doc. Nos. 9760 and 10283).  Pursuant to Rule 12, Pope

and Locks (the "Parties") were advised of their right to consent to have the Magistrate Judge issue a final Order to resolve this dispute. The Parties have consented to jurisdiction by a Magistrate Judge. (Doc. No. 11054.) Accordingly, this Opinion will serve as the final decision of the Court concerning this attorney lien dispute.

The Parties submitted a Withdrawal of Attorney's Lien Dispute (the "Withdrawal") pursuant to Rule 24 on April 20 and 22, 2020. The Withdrawal agreement clearly indicates the portion of the Award that each law firm will receive and sets forth an agreement as to how to disburse any portion of the 5% holdback that may be released in the future. The agreement was negotiated by law firms that were informed and concerned about their own interest. Upon review of the Withdrawal and the contingency fee agreements, and in consideration of the Presumptive Fee Cap (Doc. No. 9863), we conclude that the fee to be paid to each firm is reasonable, does not exceed the percentage for which the parties contracted, and that the collective fees are within the percentage allowed under the 22% Presumptive Fee Cap. Accordingly, we conclude that the Withdrawal should be granted and that the Claims Administrator should be ordered to distribute the attorneys' fees to the parties (and to Mr. Ford) as the parties set forth in the Withdrawal.[1] We also have reviewed the lists of itemized costs submitted by each firm and the provisions of Mr. Ford's agreements with the firms that provide for reimbursement of certain costs. We conclude that each firm is entitled to the costs asserted, *save for the line item of $362.81*

---

[1] Pursuant to the Court's Order Regarding Withholdings for Common Benefit Fund (Doc. No. 10104), 5% of the Award is currently being held in the Attorney's Fees Qualified Settlement Fund, where it must remain until further order of the Court. The Claims Administrator will ensure that if any portion of those funds are later released they will be paid pursuant to the agreed terms in the Withdrawal.

*asserted by Pope for "NFL Administrative Fees,"* which we do not find to be encompassed within its fee agreement with Mr. Ford. Accordingly, that portion of the withheld costs shall be refunded to Mr. Ford.

**AND NOW**, this 6th day of May, 2020, it is **ORDERED** that:

1. The Withdrawal of the Lien Dispute is **GRANTED**, with the modification set forth above; and

2. The Claims Administrator is **ORDERED** to distribute the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

                                                                 BY THE COURT:

                                                                 /s/ David R. Strawbridge, USMJ  
                                                                DAVID R. STRAWBRIDGE  
                                                                UNITED STATES MAGISTRATE JUDGE