UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al. (Plaintiffs Alfred Anderson and Kimberly Anderson ONLY)<br><br>Court File No. 2:12-cv-02219-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ALFRED ANDERSON AND KIMBERLY ANDERSON** |

J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiff's Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Alfred Anderson and Kimberly Anderson only in this action, and state as follows:

1. Plaintiffs' counsel filed the action *Floyd Litte, et al. v. National Football League, et al.*, No. 12-CV-02219, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Alfred Anderson and Kimberly Anderson.

2. Plaintiffs' counsel filed a short form complaint for Alfred Anderson and Kimberly Anderson on July 16, 2012.

3.      Despite the efforts of the undersigned on Plaintiffs behalf, Plaintiffs have informed the undersigned that they no longer want Zimmerman Reed LLP to represent them in this litigation.

4.      Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully asks this Court for leave to withdraw as counsel for Alfred Anderson and Kimberly Anderson only in Court File No. 2:12-cv-02219-AB.

Dated:  May 12, 2020                                        Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com