UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and: <br><br> Floyd Little, et al. v. National Football League, et al. (Plaintiffs Alfred Anderson and Kimberly Anderson ONLY) <br><br> Court File No. 2:12-cv-02219-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, former attorney for Plaintiffs Alfred Anderson and Kimberly Anderson in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs Alfred Anderson and Kimberly Anderson.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  May 12, 2020                                  Respectfully submitted,

                                                                                 ZIMMERMAN REED LLP

                                                                                 _s/ Brian C. Gudmundson_____
                                                                                 J. Gordon Rudd, Jr. (#222082)
                                                                                 Brian C. Gudmundson (#336695)
                                                                                  Michael J. Laird (#0398436)
                                                                                  1100 IDS Center, 80 South 8th Street
                                                                                  Minneapolis, MN  55402
                                                                                  Telephone: (612) 341-0400
                                                                                  Facsimile: (612) 341-0844
                                                                                  Gordon.Rudd@zimmreed.com
                                                                                  Brian.Gudmundson@zimmreed.com
                                                                                  Michael.Laird@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  May 12, 2020                                                    ZIMMERMAN REED LLP


                                                  s/ Brian C. Gudmundson
                                                 J. Gordon Rudd, Jr. (#222082)
                                                 Brian C. Gudmundson (#336695)
                                                 Michael J. Laird (#0398436)
                                                 1100 IDS Center, 80 South 8th Street
                                                 Minneapolis, MN  55402
                                                 Telephone: (612) 341-0400
                                                 Facsimile: (612) 341-0844
                                                 Gordon.Rudd@zimmreed.com
                                                 Brian.Gudmundson@zimmreed.com
                                                 Michael.Laird@zimmreed.com