UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and: <br><br> Floyd Little, et al. v. National Football League, et al. (Plaintiffs Alfred Anderson and Kimberly Anderson ONLY) <br><br> Court File No. 2:12-cv-02219-AB | **PETITION TO ESTABLISH ATTORNEY'S LIEN** |

Petitioner, Brian C. Gudmundson for Zimmerman Reed LLP ("Zimmerman Reed"), pursuant to Minn. Stat. § 481.13 and pursuant to the executed Agreement for Legal Services section titled "Termination" petitions and states as follows:

1.   Petitioner is an attorney at law admitted to practice before the courts of Minnesota and files this Petition to establish a lien for attorney's fees as set forth hereinafter.

2.   On or about February 20, 2012, Petitioner was retained and employed by the Plaintiffs, Alfred Anderson and Kimberly Anderson, pursuant to an agreement for legal services, to pursue a claim for injuries and damages allegedly caused by the National Football League's conduct associated with football-related concussions, head, and brain injuries.

3. The agreement for legal services states as follows: If no recovery (by settlement or trial) is obtained client will not owe a legal fee. If Zimmerman Reed obtains a settlement or judgment for Client, Client will pay to Zimmerman Reed twenty percent (20%) of the gross recovery plus reimbursement of expenses.

4. When Petitioner entered into contract with Plaintiff, Petitioner entered into the risk and expense of the litigation before any settlement discussion had been held. Pursuant to this agreement, the Petitioner filed a Complaint on April 24, 2012 in this matter on behalf of the Plaintiff, which is the subject of the instant action.

5. From the date the Petitioner was authorized to proceed on behalf of the Plaintiff, the Petitioner has actively and diligently investigated, prepared, and pursued Plaintiff's claims, and has taken all steps necessary to prosecute those claims, including, but not limited to, the preparation and filing of complaints, correspondence and communications with the client, preparation and review of client's factual and legal circumstances, retaining experts, drafting and providing client updates, analyzing Plaintiff's medical status and need for medical testing, obtaining medical testing through the Baseline Assessment Program, and more.

6. During the litigation, Petitioner's partner, Charles S. Zimmerman, served on the Plaintiffs' Steering Committee, which has inured to the Plaintiff's benefit with Zimmerman Reed's representation.

7. Petitioner has been advised by the Claims Administrator that Plaintiffs are now represented by Shenaq PC.

8. Zimmerman Reed notified Plaintiffs that it would move the Court to withdraw as counsel on their behalf and would request an attorney's lien on any potential claim.

9. Petitioner was not terminated due to any malfeasance or other improper action.

10. The Petitioner claims the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiffs in this action.

WHEREFORE, the Petitioner prays:

1. That an attorney's lien be established;

2. That the amount of the lien be determined;

3. That the Court order that Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement or judgment in this action;

4. That the Defendant or the Defendant's insurer be prohibited from paying to the Plaintiffs any sums of money until said lien has been satisfied; and

5. For such other further relief as this Court deems just.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  May 12, 2020                                  Respectfully submitted,

                                                   ZIMMERMAN REED LLP

                                                   _s/ Brian C. Gudmundson_
                                                   J. Gordon Rudd, Jr. (#222082)
                                                   Brian C. Gudmundson (#336695)
                                                   Michael J. Laird (#0398436)
                                                   1100 IDS Center, 80 South 8th Street
                                                   Minneapolis, MN  55402
                                                   Telephone: (612) 341-0400
                                                   Facsimile: (612) 341-0844
                                                   Gordon.Rudd@zimmreed.com
                                                   Brian.Gudmundson@zimmreed.com
                                                   Michael.Laird@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  May 12, 2020                              ZIMMERMAN REED LLP


                                                   s/ Brian C. Gudmundson
                                                  J. Gordon Rudd, Jr. (#222082)
                                                  Brian C. Gudmundson (#336695)
                                                  Michael J. Laird (#0398436)
                                                  1100 IDS Center, 80 South 8th Street
                                                  Minneapolis, MN  55402
                                                  Telephone: (612) 341-0400
                                                  Facsimile: (612) 341-0844
                                                  Gordon.Rudd@zimmreed.com
                                                  Brian.Gudmundson@zimmreed.com
                                                  Michael.Laird@zimmreed.com