UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiffs Gerald Robinson and Melissa Robinson ONLY)<br><br>Court File No. 2:12-cv-04185-AB | **O R D E R** |

    Pending is Plaintiffs' Counsel's Motion to Withdraw as Counsel, filed on May 12, 2020. In the motion, Zimmerman Reed LLP seeks to withdraw as counsel. As justification for the withdrawal, counsel states that Plaintiff has terminated their representation of him in this action.

    BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Gerald Robinson and Melissa Robinson in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for Gerald Robinson and Melissa Robinson. Zimmerman Reed LLP is directed to send a copy of this Order via any email address they have for Plaintiffs, and via U.S. Mail to their last known address.

    IT IS SO ORDERED.

Dated:                                UNITED STATES DISTICT JUDGE

                                                             _____

                                                             Honorable Anita B. Brody