# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br>    v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                    Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Steckler Gresham Cochran PLLC v. Tim Morabito<br>Attorney Lien Dispute<br>(ECF No. 8283) | |

## ORDER

**AND NOW**, this 13th day of May, 2020, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 10995), it is **ORDERED** that:

    1.      The Report and Recommendation is **ADOPTED**;

    2.      The Withdrawal of the Lien Dispute is **GRANTED**; and

    3.      The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:


<u>s/ANITA B. BRODY, J.</u>
ANITA B. BRODY, J.