# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>                              Plaintiffs,<br>    v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                              Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>McCorvey Law LLC v. Errict Rhett<br>Attorney Lien Dispute<br>(Doc. No. 8048)<br><br>AND<br><br>Locks Law Firm v. Errict Rhett<br>Attorney Lien Dispute<br>(Doc. No. 10769) | |

## **ORDER**

AND NOW, this 4th day of June, 2020, for the reasons set out in the accompanying Memorandum Opinion, the Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with the Memorandum Opinion, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

                                                            BY THE COURT:

                                                            /s/ David R. Strawbridge, USMJ
                                                            DAVID R. STRAWBRIDGE
                                                            UNITED STATES MAGISTRATE JUDGE