UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 18-2012, 18-2225, 18-2249, 18-2253, 18-2281, 18-2332, 18-2416, 18-2417, 18-2418, 18-2419, 18-2422, 18-2650, 18-2651, 18-2661, 18-2724, and 19-1385

In Re: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
MELVIN ALDRIDGE; PATRISE ALEXANDER; CHARLIE ANDERSON; CHARLES E. ARBUCKLE; CASSANDRA BAILEY, individually and as the Representative of the Estate of JOHNNY BAILEY; ROD BERNSTINE; REATHA BROWN, Individually and as the Representative of the Estate of AARON BROWN, JR.; CURTIS CEASAR, JR.; LARRY CENTERS; TREVOR COBB; DARRELL COLBERT; ELBERT CRAWFORD, III; CHRISTOPHER CROOMS; GARY CUTSINGER; JERRY W. DAVIS; TIM DENTON; LELAND C. DOUGLAS, JR.; MICHAEL DUMAS; CORRIS ERVIN; ROBERT EVANS; DOAK FIELD; JAMES FRANCIS; BALDWIN MALCOLM FRANK; DERRICK FRAZIER; MURRAY E. GARRETT; CLYDE P. GLOSSON; ANTHONY GUILLLORY; RODERICK W. HARRIS; WILMER K. HICKS, JR.; PATRICK JACKSON; FULTON JOHNSON; RICHARD JOHNSON; GARY JONES; ERIC KELLY; PATSY LEWIS, Individually and as the Representative of the Estate of MARK LEWIS; RYAN MCCOY; EMANUEL MCNEIL; GERALD MCNEIL; JERRY JAMES MOSES; ANTHONY E. NEWSOM; WINSLOW OLIVER; JOHN OWENS; ROBERT POLLARD; DERRICK POPE; JIMMY ROBINSON; GLENELL SANDERS; THOMAS SANDERS; TODD SCOTT; NILO SILVAN; MATTHEW SINCLAIR; DWIGHT A. SCALES; RICHARD A. SILER; FRANKIE SMITH; ERIC J. SWANN; ANTHONY TONEY; HERBERT E. WILLIAMS; JAMES WILLIAMS, JR.; BUTCH WOOLFOLK; KEITH WOODSIDE; MILTON WYNN; JAMES A. YOUNG, SR.; LUBEL VOYLES, LLP; WASHINGTON & ASSOCIATES PLLC; THE CANADY LAW FIRM,
                Appellants
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(No. 2:12-md-02323)
District Judge: Hon. Anita B. Brody
_____

Submitted under Third Circuit L.A.R. 34.1(a)
April 24, 2020

---

Before: AMBRO, SHWARTZ, and BIBAS, <u>Circuit Judges</u>.

---

JUDGMENT

---

This cause came to be considered on the record of the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on April 24, 2020.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Orders of the District Court entered on April 5, 2018, April 12, 2018, June 5, 2018, June 27, 2018, July 10, 2018, and January 16, 2019 are hereby AFFIRMED. The Order of the District Court entered on May 24, 2018 is hereby REMANDED. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: May 7, 2020

**Certified as a true copy and issued in lieu of a formal mandate on** May 29, 2020

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**