UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BRIAN BLADES,**

**Plaintiff,**

Case Number: 2:12-md-02323-AB

v.

**NATIONAL FOOTBALL LEAGUE, et al.,**

**Defendants.**

_____/

## NOTICE OF ATTORNEY'S LIEN

Petitioner Thomas Parnell, Esquire of Gibbs & Parnell, P.A. and Neurocognitive Football Lawyers, PLLC has been the attorney representing Settlement Class Member Brian Blades from January 9, 2016 to the present time in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus reasonable costs. On August 2, 2017, the undersigned notified the Claims Administrator that Settlement Claims Member Brian Blades disputes the lien previously filed by Goldberg Persky & White, P.C. Proof of the attorney's lien of Thomas Parnell, Esquire of Gibbs & Parnell, P.A. and Neurocognitive Football Lawyers, PLLC will be submitted to the Claims Administrator.

Respectfully Submitted By: _/s/ Thomas Parnell_

THOMAS PARNELL, ESQUIRE
GIBBS & PARNELL, P.A.
NEUORCOGNITIVE FOOTBALL LAWYERS, PLLC
722 E. Fletcher Ave.
(813) 975-444 (telephone)
(813) 975-4445 (telefax)
kodell@yerridlaw.com
Florida Bar No. 441988

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2020, I caused the foregoing Notice of Attorney's Lien, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

_/s/ Thomas Parnell_

THOMAS PARNELL, ESQUIRE