-1-

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 22, 2020, a true copy of the foregoing Notice of Attorney's Lien was filed and served on all counsel of record in 12-md-2323 via the ECF system in the Eastern District of Pennsylvania.

                                           */s/ David D. Langfitt*
                                           David D. Langfitt