### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |

THIS DOCUMENT RELATES TO:
CLIFFORD CHARLTON

### NOTICE OF ATTORNEY'S LIEN

    Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, rules of procedure, and the executed Retainer Agreement between Petitioner and Plaintiff, Petitioner, David D. Langfitt, Esquire, of LANGFITT GARNER PLLC, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs, as set forth in the accompanying Petition to Establish Attorney's Lien.

    Respectfully submitted,

**LANGFITT GARNER PLLC**

Dated: June 22, 2020    By:    */s/ David D. Langfitt*
    David D. Langfitt, Esquire (PA ID No. 66588)
    Two Commerce Square
    2001 Market Street, Suite 3900
    Philadelphia, PA 19103
    (215)772-2260

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |

THIS DOCUMENT RELATES TO:
CLIFFORD CHARLTON

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for *CM/ECF* in the litigation.

Respectfully submitted,

**LANGFITT GARNER PLLC**

Dated: June 22, 2020         By:     *Isl David D. Langfitt*
David D. Langfitt, Esquire (PA ID No. 66588)
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
(215)772-2260



**Langfitt Garner PLLC**
**NFL CONCUSSION**
**RETENTION AGREEMENT**

Client Name: Clifford Charlton

Years Played in NFL: 2

Actual Games on Active Team Roster for Each Year: Cleveland Browns: 1998 (16), 1989 (15).

Positions Played: Linebacker

Address: 5506 Metrowest Blvd Apt 111

City: Orlando    State: Fl    Zip Code: 32811

Home Telephone: _____    Cell Phone: 407-492-1448

Email: CliffordCharlton56@Gmail.com

Date of Birth: February 16, 1965

Social Security Number: 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

    The CLIENT, CLIFFORD CHARLTON, (hereinafter collectively the "CLIENT"), and Langfitt Garner PLLC (2001 Market Street, Suite 3900, Philadelphia, PA 19103) specifically David Langfitt (hereinafter "Attorneys"), in consideration of the mutual promises contained herein, for the purposes of providing legal services to the CLIENT, agree as follows:

    1.    The CLIENT hereby retains and employs the Attorneys to represent the CLIENT in connection with any and all claims the CLIENT may have arising out of CLIFFORD CHARLTON'S participation as a player in games, practices, or training sponsored or approved by the National Football League ("NFL") as those claims relate to head injuries, concussions, and/or brain trauma of any kind sustained by CLIFFORD CHARLTON.

2. The CLIENT retains the attorneys specifically in connection with the approved Settlement Agreement in the case captioned IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, No. 2:12-md-02323-AB-MDL No. 2323, Civ. Action No. 14-00029-AB (hereinafter the "Settlement Agreement").

3. The parties acknowledge and agree that the CLIENT retains the Attorneys on a contingency fee basis for the claims and/or civil actions in connection with the NFL Settlement Agreement, and that CLIENT shall pay Attorneys a fee for their services <u>in an amount equal to 20% (twenty percent) of the gross proceeds of recovery by the CLIENT</u>, if any, specifically in connection with the NFL Settlement Agreement.

4. The CLIENT understands and agrees that recovering for this claim and/or in connection with the Settlement Agreement may require the expenditure of funds for case-related and administrative–related expenses and costs, such as the costs of travel expenses, settlement administrative costs and fees, and filing fees.

5. The Attorneys and the CLIENT agree that, upon the CLIENT'S request and at the CLIENT'S option, the Attorneys will initially pay and thus advance all such expenses and costs on the CLIENT'S behalf, and that in the event of a recovery or award, the CLIENT will reimburse the Attorneys for such expenses and costs out of CLIENT'S recovery or award. In light of the fact that the case is now settled, those expenses are anticipated to be minimal.

6. The CLIENT shall keep the Attorneys informed at all times of all current address(es), telephone numbers, and e-mail address(es).

7. The CLIENT agrees not to discuss and/or negotiate and/or accept any other settlement regarding the subject matter of this case with any defendant, and/or potential defendant, without first consulting the Attorneys.

8. The CLIENT agrees not to discuss and/or negotiate with any defendant and/or potential defendant, without first consulting the Attorneys, any settlement claim in the context of the Settlement Agreement the Attorneys may file and/or administratively prosecute on the CLIENT'S behalf.

9. In the context of any administrative procedures connected with the Settlement Agreement, the CLIENT authorizes the ATTORNEYS to execute and sign any and all administrative and procedural documents, including disbursement checks, related to (a) the registration of the CLIENT for the Settlement Agreement and (b) any Claim the CLIENT asserts and files under the Settlement Agreement.

10. This Agreement between the CLIENT and the Attorneys may be signed in counterparts, and each counterpart is valid. Together, the signed counterparts of each party shall constitute a fully executed agreement.

**ACCEPTED AND AGREED**:

**CLIENT**: _/s/ Clifford Charlton_   Dated: 7-11-19
Clifford Charlton

**ATTORNEYS**:

By: _/s/ David D. Langfitt_   Dated: 7/9/2019
David D. Langfitt, Esquire