# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Robinson, et al.* v. *Nat'l Football League, et al.* | Hon. Anita B. Brody<br><br>No. 17-cv-2736 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Adrian Lynn Robinson, Jr. (by and through his personal representatives, Adrian L. Robinson, Sr. and Terri J. Robinson), Avery Marie Robinson (by and through her guardian Hawa Binturabi Conteh), the Estate of Avery Marie Robinson (by and through its co-guardians Adrian L. Robinson, Sr., Terri J. Robinson, Hawa Binturabi Conteh, and Marie Wuyatta Conteh), Adrian L. Robinson Sr. (in his individual capacity), Terri J. Robinson (in her individual capacity), Hawa Binturabi Conteh (in her individual capacity), and Marie Wuyatta Conteh (in her individual capacity) (collectively, "Plaintiffs") are voluntarily dismissing with prejudice all their claims against defendants National Football League, NFL Properties LLC, and The National Football League Foundation in the above-captioned action, as set forth in the May 15, 2017 complaint originally filed in the Court of Common Pleas of Philadelphia, No. 170502513, prior to removal to the United States District Court for the Eastern District of Pennsylvania, No. 17-cv-2736, with each party to bear their own costs, expenses, and attorneys' fees.

Dated: June 26, 2020

                                            Respectfully submitted,

                                            _/s/Bradford Rothwell Sohn_

THE BRAD SOHN LAW FIRM, PLLC
Bradford R. Sohn
1600 Ponce De Leon Blvd., Suite 1205
Coral Gables, Florida 33134
Tel:     (786) 708-9750
Email:  Brad@BradSohnLaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 26, 2020, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record.

       /s/Bradford Rothwell Sohn

THE BRAD SOHN LAW FIRM, PLLC
Bradford R. Sohn
1600 Ponce De Leon Blvd., Suite 1205
Coral Gables, Florida 33134
Tel: (786) 708-9750
Email:  Brad@BradSohnLaw.com

*Attorneys for Plaintiff*