# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO: | MDL No. 2323 |
| Plaintiffs' Master Administrative Long Form Complaint and | **NOTICE OF ATTORNEY'S LIEN** |
| **BRENT McCLANAHAN and DIANE M. McCLANAHAN**, Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-03533-AB | |

Attorney Jason E. Luckasevic and Goldberg, Persky & White, P.C., attorneys for Plaintiffs **Brent McClanahan and Diane M. McClanahan** in the above entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable contingent attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs **Brent McClanahan and Diane M. McClanahan.**

Dated: June 29, 2019

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

/s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
Phone: 412-471-3980
Fax: 412-471-8308
jluckasevic@gpwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.


Dated: June 29, 2020                     /s/   *Jason E. Luckasevic*
                                         Jason E. Luckasevic, Esquire
                                         PA Bar No. 85557
                                         11 Stanwix Street, Suite 1800
                                         Pittsburgh, PA  15222
                                         Phone: 412-471-3980
                                         Fax: 412-471-8308
                                         jluckasevic@gpwlaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | **PETITION TO ESTABLISH ATTORNEY'S LIEN** |
| Plaintiffs' Master Administrative Long Form Complaint and | |
| BRENT McCLANAHAN and DIANE M. McCLANAHAN, Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-03533-AB | |

Now comes the Petitioner, Jason E. Luckasevic, Esquire for Goldberg, Persky & White, P.C., ("GPW") pursuant to an executed retainer agreement, and states:

1. On or about April 12, 2012, Jason E. Luckasevic and Goldberg, Persky & White, P.C. were retained by Brent and Diane McClanahan, pursuant to a contingency fee agreement with GPW taking advancing all costs regarding the above captioned litigation. (See Exhibit #1 produced herewith).

2. From the date the Petitioner was authorized to proceed on behalf of the Plaintiff; the Petitioner has actively and diligently investigated, prepared, and pursued Plaintiff's claims, and has taken all steps necessary to prosecute those claims including, but not limited to, correspondence and communications with the client, preparation and review of client's factual and legal circumstances, retaining experts, drafting and providing client updates, analyzing

Plaintiff's medical status and need for medical testing, and complying with every step of the Case Management Order and/or settlement agreement

3. On June 18, 2020, Petitioner was notified of his termination by Mr. McClanahan and new counsel for Mr. McClanahan agreed to a fee split of one-third to Petitioner and two-thirds to Langfitt Gardner law firm. This also includes protecting Petitioner's costs in the amount of $2,083.79.

4. The Petitioners claim the right to have a lien for attorney's contingent fees and costs protected as described above.

Dated: June 29, 2020

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

/s/ Jason E. Luckasevic
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
Phone: 412-471-3980
Fax: 412-471-8308
jluckasevic@gpwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Petition to Establish Attorney's Fees* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.

Dated: June 29, 2020

/s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
Phone: 412-47.1-3980
Fax: 412-471-8308
jluckasevic@gpwlaw.com

# EXHIBIT 1



# GOLDBERG PERSKY WHITE P.C.
## ATTORNEYS AT LAW

1030 FIFTH AVENUE PITTSBURGH PA 15219
PHONE (412) 471-3980 - FAX (412) 471-8308
WWW.GPWLAW.COM
INFO@GPWLAW.COM

THOMAS W. WHITE (PA)
PETER T. PALADINO, JR. (PA, MI & NY)
DAVID P. CHERVENICK (PA & WV)
LANE A. CLACK (PA & MI)
BRUCE E. MATTOCK (PA & WV)
DAVID B. RODES (PA)
JOSEPH J. CIRILANO (PA, MI & OH)
CHARLES J. McLEIGH (PA, WV & OH)
JASON E. LUCKASEVIC (PA, MI & AZ)
JASON T. SHIPP (PA & MI)
LEE W. DAVIS (PA, WV & MI)
DIANA NICKERSON JACOBS (PA & OH)
HOWARD M. LOUIK (PA)
JOHN N. KELSEY (MI & IN)
JOHN R. POMERVILLE (MI)
STEPHANIE N. BELL (PA & OH)

CORI J. KAPUSTA (PA)
HOLLY L. DEIHL (PA & WV)
LEIF J. OCHELTREE (PA & WV)
JEFFREY V. MANSELL (PA)
ELIZABETH A. RESSLER (PA & WV)
M. MICHAEL ELMER (PA)

Retired:
JOEL PERSKY

Of Counsel:
THEODORE GOLDBERG
MARK C. MEYER
CINDY STINE
JOHN T. TIERNEY III (PA & AZ)

## POWER OF ATTORNEY

The undersigned appoints GOLDBERG, PERSKY & WHITE, P.C. to be my attorneys to represent me in a personal injury claim for concussion-related brain injuries which I sustained as a result of my NFL football career.

It is agreed and understood that Goldberg, Persky & White, P.C. will make an investigation to determine whether to file a lawsuit on my behalf against the National Football League, Riddell and/or other manufacturers of football helmets, and/or other potential defendants. It is agreed and understood that Goldberg, Persky & White, P.C. is under no obligation to file a lawsuit. It is further agreed and understood that Goldberg, Persky & White, P.C. is under no obligation to file an appeal from any adverse determination of any court.

Because my attorneys must rely on information I provide in investigating my claim, I agree that I will provide truthful information to my attorneys. I further agree that I will cooperate and participate with my attorneys in the conduct of my lawsuit, in the event such a lawsuit is filed.

I agree that the attorney's fees for services rendered shall be ~~forty percent (40%)~~ *twenty-five 25%* of the gross amount that is received or collected by reason of any suit or by reason of any settlement, unless a different percentage is required by applicable state law, plus reimbursement of all advanced costs if an action is filed in court or arbitration.

I understand that Goldberg, Persky & White, P.C. may retain other counsel to co-represent me in the prosecution of the litigation. This shall be without change in my fee agreement. All attorneys will divide all fees between themselves.

It is understood the litigation may involve multiple plaintiffs and all costs incurred by my attorneys during this litigation may be pro-rated among each plaintiff.

It is agreed and understood that this employment is upon a contingent fee basis, and if no recovery is made, I will not be indebted to my said attorneys for any sum whatsoever as attorney's fees or costs.

I understand that Goldberg, Persky & White, P.C. does not keep hourly time records in contingency fee matters such as this one. I further understand that if Goldberg, Persky & White, P.C. is successful in representing me in this matter, the time that Goldberg, Persky & White, P.C. lawyers have spent winning or settling cases for me may or may not result in compensating

JOHNSTOWN
132 JACKSON STREET
JOHNSTOWN, PA 15901-2134
TELEPHONE (814) 539-4007
FAX (814) 539-3961

WEST VIRGINIA
WESBANCO BUILDING, 2ND FLOOR
333 PENCO ROAD
WEIRTON, WV 26062
TELEPHONE (304) 723-0213

GREENSBURG
205 COULTER BUILDING
231 SOUTH MAIN STREET
GREENSBURG, PA 15601-3102
TELEPHONE (724) 836-3305
FAX (724) 832-8747

MICHIGAN
2085 MIDLAND ROAD
SAGINAW, MI 48603-3438
TELEPHONE (989) 799-4848
FAX (989) 799-5727

MICHIGAN
16411 SOUTHFIELD ROAD
ALLEN PARK, MI 48101
TELEPHONE (313) 389-2723
FAX (313) 389-4962

Goldberg, Persky & White, P.C. at an effective hourly rate greater or lesser than the prevailing hourly rate charged by lawyers in my community in non-contingency fee cases, cases where such lawyers do not assume the financial risk of loss assumed by law firms like Goldberg, Persky & White, P.C., which handles contingency fee cases.

I also understand that instead of retaining Goldberg, Persky & White, P.C. on the contingency fee basis outlined in this Agreement where I do not have to pay my attorneys unless and until I win or settle my claim, Goldberg, Persky & White, P.C. has offered to discuss with me, if I wish, representing me on a fee-paying basis instead where I would have to pay my attorneys on an hourly basis whether or not I win. I also understand that I could attempt to retain other attorneys to represent me by paying them an hourly rate instead of being represented on a contingency fee basis.

I understand that all such costs of prosecution that I may owe on any recovery I may receive as a result of this representation will be deducted from my settlement or judgment proceeds after my attorney's contingency fee has been calculated and deducted from the gross proceeds.

I understand that this Power of Attorney may be revoked by my attorneys consistent with their ethical obligations.

I understand that my attorneys have made no representations or guarantees as to the outcome of this litigation.

I have had the opportunity to fully review and consider the Power of Attorney Agreement and have had my questions and concerns answered to my satisfaction. I believe that it is in my best interest to retain Goldberg, Persky & White, P.C. to represent me on the contingency fee basis outlined in this Agreement.

IT IS DISTINCTLY UNDERSTOOD that GOLDBERG, PERSKY & WHITE, P.C. or any of my attorneys are not to make any settlement without my oral or written consent.

x _[signed: Brent McClanahan]_  4/12/12
Brent McClanahan                Signature/Date

x _[signed: Diane McClanahan]_  4/12/12
Diane McClanahan                Signature/Date

x _[signed: Kionna Randle]_  4/12/12
Witness                         Signature/Date

x _[signed: Jason E. Luckasevic]_  4/12/12
Jason E. Luckasevic             Signature/Date