UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| | : : | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | : : | |

## Notice Regarding Special Investigations

On September 12, 2018, in response to a request from the Special Masters, Judge Anita B. Brody appointed former federal judge Lawrence F. Stengel as Special Investigator in the NFL Concussion Settlement Program. The Special Masters referred certain matters to the Special Investigator, who has now concluded his work and uncovered a number of inappropriate and troubling actions on the part of attorneys, medical providers, players, and third parties in connection with the claims process. While the Parties and the subjects of these investigations were aware of the investigations and given the opportunity to participate, all individual cases are confidential.

The Special Masters have taken necessary and appropriate steps to remediate the wrongful conduct documented by the Special Investigator, including the denial of certain claims. In addition, although the Special Masters have not reached any conclusions regarding potential legal liability, they have shared the results of the Special Investigator's work with legal authorities.

The Special Masters are committed to the principle that all former Players and/or Representative Claimants who are entitled to compensation under the agreed-upon terms of the settlement, and only those entitled to compensation, receive an Award. This can only be effectuated if all submitted materials are truthful, honest, free from undue influence, and compiled with careful attention to the requirements of the claims process.

      Anyone with questions about the Audit process, or about fairness in the administration of the Settlement Agreement, can share them by phone or email to the addresses here. In addition, if you suspect or know of any potential fraud concerning the NFL Concussion Settlement Program, you should report it to the Claims Administrator. You can contact the Claims Administrator by calling 1-844-812-5666, emailing ClaimsAdministrator@NFLConcussionSettlement.com, or submitting a comment on the Settlement Website at https://www.nflconcussionsettlement.com/Report_Fraud.aspx.

 

          s/ANITA B. BRODY, J.

The Honorable Anita B. Brody

_____  
David A. Hoffman, Special Master

_____  
Wendell E. Pritchett, Special Master

_____  
Jo-Ann M. Verrier, Special Master