UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-2085
_____

In Re: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY
LITIGATION

*Melvin Aldridge; Patrise Alexander; Charlie Anderson; Charles E. Arbuckle;
Cassandra Bailey, Individually and as the Representative of the Estate of Johnny Bailey;
Rod Bernstine; Reatha Brown, Individually and as the Representative of the Estate of
Aaron Brown, Jr.; Curtis Ceasar, Jr.; Larry Centers; Trevor Cobb; Darrell Colbert; Elbert
Crawford III; Christopher Crooms; Gary Cutsinger; Jerry W. Davis; Tim Denton; Leland
C. Douglas, Jr.; Michael Dumas; Corris Ervin; Robert Evans; Doak Field; James Francis;
Baldwin Malcolm Frank; Derrick Frazier; Murray E. Garrett; Clyde P. Glosson; Anthony
Guillory; Roderick W. Harris; Wilmer K. Hicks, Jr.; Patrick Jackson; Fulton Johnson;
Richard Johnson; Gary Jones; Eric Kelly; Patsy Lewis, Individually and as the
Representative of the Estate of Mark Lewis; Ryan McCoy; Emanuel McNeil; Gerald
McNeil; Jerry James Moses, Jr.; Anthony E. Newsom; Winslow Oliver; John Owens;
Robert Pollard; Derrick Pope; Jimmy Robinson; Thomas Sanders; Todd Scott; Nilo
Silvan; Matthew Sinclair; Dwight A. Scales; Richard A. Siler; Frankie Smith; Eric J.
Swann; Anthony Toney; Herbert E. Williams; James Williams, Jr.; Butch Woolfolk;
Keith Woodside; Milton Wynn; James A. Young, Sr.,
                                                            Appellants

*(Pursuant to Rule 12(a), Fed. R. App. P.)
_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-12-md-02323)
District Judge: Honorable Anita B. Brody
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
January 14, 2020
_____

Before: JORDAN, GREENAWAY, JR., and KRAUSE, *Circuit Judges*.

---

## JUDGMENT

---

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted under Third Circuit L.A.R. 34.1(a) on January 14, 2020.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the District Court's Orders entered on April 11, 2019 and May 16, 2019 are **AFFIRMED**. All of the above in accordance with the Opinion of this Court. Costs taxed against Appellants.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: June 12, 2020

**Certified as a true copy and issued in lieu of a formal mandate on** July 6, 2020

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**