**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| ----------------------------------------------- | § § § § | |
| THIS DOCUMENT RELATES TO: | § § § | NOTICE OF ATTORNEYS' LIEN AS TO ANTOWAIN SMITH |
| Plaintiffs' Master Administrative Long-Form Complaint and Gregg, et al v. The National Football League No. 4:13-cv-01315 USDC, EDPA. 2:12-cv-03092 | § § § § § § | |
| Antowain Smith | § | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Petitioners Matthew C. Matheny and Jacqueline Ryall, attorneys for Plaintiff in the above-entitled action, hereby notify the Court and all parties that they have a lien in this case for reasonable attorneys' fees, plus expenses, as set forth in the accompanying Petition to Establish Attorneys' Lien.

Dated:  July 9, 2020

By:_____/s/_____
    MATTHEW C. MATHENY
    STATE BAR NUMBER: 24039040
    mmatheny@provostumphrey.com
    JACQUELINE RYALL
    STATE BAR NUMBER: 17469445
    jryall@provostumphrey.com

    PROVOST ☆ UMPHREY

LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

### **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, I caused the foregoing Notice of Attorneys'

Lien to be served via the Electronic Case Filing (ECF) system in the United States

District of Pennsylvania, on all parties registered for CM/ECF in the above captioned

matter.

/s/
By:_____
    MATTHEW C. MATHENY