# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT APPLIES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>Plaintiff Limas Sweed | **NOTICE OF ATTORNEY'S LIEN** |

Comes now Petitioner, Robins Cloud, LLP, attorney for Limas Sweed in the above named and numbered cause of action, hereby notify this Court and all parties that Robins Cloud LLP, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Limas Sweed.

Dated: July 15, 2020

Respectfully submitted,

Attorney Ian Cloud, Robins Cloud, LLP

By: /s/ Ian P. Cloud
 Ian P. Cloud
 State Bar No. 00783843
 Robins Cloud, LLP
 2000 West Loop South. 22nd Floor
 Houston, TX 77027
 Tel: (713) 650-1200
 Fax: (713) 650-1400
 icloud@robinscloud.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: July 15, 2020 /s/ Ian P. Cloud
 Ian P. Cloud