UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>**Case No. 2:12-md-02323-AB** |

## REQUEST FOR REMOVAL FROM SERVICE LIST

TO CLERK OF COURT AND ALL PARTIES OF RECORD:

STEPHEN J. NOLAN respectfully requests that the Court remove him (snolan@sgs-law.com) from the service list in connection with the above-captioned matter.

Respectfully submitted,

Dated: July 17, 2020    BY: _____

Stephen J. Nolan, Esquire
SMITH, GILDEA & SCHMIDT, LLC
600 Washington Avenue, Suite 200
Towson, MD  21204
(410) 821-0070-Tel.
(410) 821-0071-Fax
snolan@sgs-law.com
Attorney for Plaintiffs