UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Art Monk, et al.<br>v. National Football League et al.<br>No. 2:12-cv-03533-AB<br><br><br>**As to Plaintiff WILLIAM ROBERTS Only** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **WILLIAM ROBERTS** only in the above-referenced case.

Dated: July 27, 2020

                                                  Respectfully submitted,

                                                  GOLDBERG, PERSKY & WHITE, P.C.

                                                  By: s/ *Jason E. Luckasevic*
                                                  Jason E. Luckasevic, Esquire
                                                  (PA Bar No. 85557)
                                                  11 Stanwix Street, Suite 1800
                                                  Pittsburgh, PA  15222
                                                  Telephone:  (412) 471-3980
                                                  jluckasevic@gpwlaw.com
                                                  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2020 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSKY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*