IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | No. 2:12-md-02323 – AB |
| | MDL NO. 2323 |
| | **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, On behalf of themselves and Others similarly situated, | |
| Plaintiffs, | |
| v. | |
| National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: ALL CLIENTS OF GIRARDI KEESE | |

### GIRARDI KEESE'S JOINDER IN ALL OBJECTIONS TO CLASS COUNSEL'S MOTION TO SUPPLEMENT PETITION FOR ADOPTION OF A SET-ASIDE FROM EACH MONETARY AWARD AND DERIVATIVE CLAIMANT AWARD

AND NOW comes Thomas Girardi, Esquire of GIRARDI KEESE on behalf of all Girardi Keese's clients and files the following Joinder in all Objections to Class Counsel's Motion to Supplement Petition for Adoption of a Set-Aside from Each Monetary Award and Derivative Claimant Award.

On July 14, 2020, Class Counsel filed a Motion to Supplement their Petition for Adoption of a Set-Aside from Each Monetary Award and Derivative Claimant Award.  Specifically, Class

Counsel is seeking a set-aside of five-percent of every monetary award already paid and paid into the future which equates compensation of tens of millions of dollars.

Class Counsel's request for this Common Benefit Fund holdback money must fail.

The undersigned joins the Responses Petitions filed by all counsel of record in opposition to Class Counsel's Petition.

Accordingly, the undersigned respectfully requests that this Honorable Court Deny Class Counsel's Motion. The undersigned further requests this Honorable Court to direct the Claims Administrator to pay the five-percent holdback of the undersigned's monetary awards to Girardi Keese according to the report and recommendation of Professor William Rubenstein. (See ECF #9571).

Dated: July 28, 2020

Respectfully submitted,

GIRARDI KEESE

*s/ Thomas Girardi*
tgirardi@girardikeese.com
1126 Wilshire Blvd.
Los Angeles, CA 90017
ON BEHALF OF ALL GIRARDI KEESE CLIENTS