# Exhibit A

## EXHIBIT A

***Calculations of Required Amounts to Cover Class Counsel Costs over the Future of the Settlement:***

| | | |
|---|---:|---|
| Class Counsel's Total Charges from 5 Fee Petitions | $16,746,781 | See bottom line of Exhibit B. |
| Non-Recurring Initiation Costs | $5,962,169 | See bottom line of Exhibit C. |
| Recurring Costs from first 5 Fee Petitions | $10,784,612 | Subtract the two prior numbers. |
| Benefits Paid to Date | $752,804,000 | This is the total value of the awards that have been funded to date. |
| Recurring Costs as a Percent of Funding to Date | 1.43% | This is the percent of costs per dollar funded [divide the two prior numbers]. |
| Estimated Value of Future Benefits | $544,196,000 | This is based on Class Counsel's Estimates (see Exhibit D). |
| ***Computation of Class Counsel Costs for all Future Funding*** | ***$7,796,110*** | Multiply Class Counsel's current cost rate by total future funding [1.42% of $544,196,000]. |

***Add all Class Counsel Past and Future Charges:***

| | | |
|---|---:|---|
| Class Counsel's Total Charges from 5 Fee Petitions | $16,746,781 | |
| Class Counsel's Non-Recurring Initiation Costs | $5,962,169 | |
| Computation of Class Counsel Costs for all Future Funding | $7,796,110 | |
| ***TOTAL COSTS REQUIRED TO PAY CLASS COUNSEL*** | ***$30,505,060*** | Add the prior three numbers together. |

***Use the AFQSF to Cover as Much as Possible:***

| | | |
|---|---:|---|
| Total costs required to pay Class Counsel | $30,505,060 | |
| Amount of AFQSF | $22,500,000 | |
| ***AMOUNT THAT MUST BE COVERED BY SET-ASIDE*** | ***$8,005,060*** | Subtract two prior numbers to calculate how much is missing. |

***How Much Set-Aside is Needed:***

| | | |
|---|---:|---|
| Amount that must be covered by the Set-Aside | $8,005,060 | |
| Total Monetary Award Funding | $1,297,000,000 | This is based on Class Counsel's Estimates (see Exhibit D). |
| ***SET-ASIDE PERCENTAGE REQUIRED*** | ***0.62%*** | |

# Exhibit B

# EXHIBIT B

## EXTRAPOLATE CLASS COUNSEL FEE PETITIONS TO MATCH DATE RANGES OF CLAIMS ADMINISTRATOR'S STATUS REPORTS

**Class Counsel Fee Petitions:**         *Costs defined as Class Counsel Fees plus Expenses

|   | Start Date | End Date | Status | Fees | Hours | Avg. Rate | Expenses | Total Cost* | No. Weeks | Cost Per Wk. |   |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/7/2017 | 5/24/2018 | paid | 8,455,717 | 13,354.1 | 633 | 926,244 | 9,381,961 | 72 | 130,000 | |
| 2 | 5/25/2018 | 11/30/2018 | pending | 2,895,044 | 4378 | 661 | 300,590 | 3,195,634 | 27 | 118,000 | |
| 3 | 12/1/2018 | 5/31/2019 | pending | 1,445,489 | 2180 | 663 | 243,788 | 1,689,277 | 26 | 65,000 | |
| 4 | 6/1/2019 | 11/30/2019 | pending | 1,146,470 | 1814 | 632 | 91,160 | 1,237,630 | 26 | 48,000 | *First one w/o other class counsel |
| 5 | 12/1/2019 | 5/31/2020 | pending | 998,513 | 1444 | 691 | 155,032 | 1,153,545 | 26 | 44,000 | |
| TOT | | | | | | | | 16,658,047 | 177 | | |

**Match to date ranges of the Claims Administrator Status Reports:**

|   | Start Date | End Date | | Fee Petition | No. Wks. | Fee Petition | No. Wks. | Costs | Tot. Weeks |   |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/7/2017 | 4/10/2018 | | No. 1 | 65 | | | 8,469,826 | 65 | |
| 2 | 4/11/2018 | 7/16/2018 | | No. 1 | 7 | No. 2 | 7 | 1,740,633 | 14 | |
| 3 | 7/17/2018 | 10/15/2018 | | No. 2 | 13 | | | 1,538,639 | 13 | |
| 4 | 10/16/2018 | 2/11/2019 | | No. 2 | 7 | No. 3 | 10 | 1,478,220 | 17 | |
| 5 | 2/12/2019 | 5/13/2019 | | No. 3 | 13 | | | 844,639 | 13 | |
| 6 | 5/14/2019 | 8/19/2019 | | No. 3 | 3 | No. 4 | 11 | 718,529 | 14 | |
| 7 | 8/20/2019 | 12/2/2019 | | No. 4 | 15 | | | 714,017 | 15 | |
| 8 | 12/3/2019 | 3/16/2020 | | No. 5 | 15 | | | 665,507 | 15 | |
| 9 | 3/17/2020 | 6/15/2020 | | No. 5 | 13 | | | 576,773 | 13 | **This prd. takes 2 extra wks. from 5th Fee Petition. |
| TOT | | | | | | | | 16,746,781 | 179 | |

# Exhibit C

## EXHIBIT C

### DATA FROM THE CLAIMS ADMINISTRATOR'S NINE REPORTS ENDING JUNE 15, 2020:

| As-of-Date | 4/10/2018 | 7/16/2018 | 10/15/2018 | 2/11/2019 | 5/13/2019 | 8/19/2019 | 12/2/2019 | 3/16/2020 | 6/15/2020 | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. Weeks Covered | 65 | 14 | 13 | 17 | 13 | 14 | 15 | 15 | 13 | |
| No. Claims Reviewed | 1757 | 161 | 132 | 594 | 143 | 77 | 69 | 56 | 45 | |
| Avg. No. Claims per Week | 27 | 12 | 10 | 10 | 11 | 6 | 5 | 4 | 3 | |
| No. Claims Funded | 187 | 150 | 127 | 146 | 152 | 66 | 140 | 91 | 67 | |
| Value of Awards Funded | $171,625,000 | $158,059,000 | $94,656,000 | $75,054,000 | $50,647,000 | $44,679,000 | $56,094,000 | $56,220,000 | $45,770,000 | |
| Class Counsel Fees plus Expenses | *$8,469,826* | $1,740,633 | $1,538,639 | $1,478,220 | $844,639 | $718,529 | $714,017 | $665,507 | $576,773 | |
| Costs as a % of Dollars Funded | *4.94%* | 1.10% | 1.63% | 1.97% | 1.67% | 1.61% | 1.27% | 1.18% | 1.26% | *1.46%* |

| As-of-Date | 4/10/2018 | |
|---|---|---|
| No. Weeks Covered | 65 | |
| No. Claims Reviewed | 1757 | |
| Avg. No. Claims per Week | 27 | |
| No. Claims Funded | 187 | |
| Value of Awards Funded | $171,625,000 | |
| Class Counsel Fees plus Expenses | *$2,507,657* | This a normalized value that excludes $6,000,000 of non-recurring initiation costs. |
| Costs as a % of Dollars Funded | 1.46% | This is the Average over the last 8 Periods (exclude the first period). |

$5,962,169   This is the Total Amount of Non-recurring Initiation Costs [$8,469,826 minus $2,507,657].

# Exhibit D

## EXHIBIT D

**Class Counsel's Estimates of Total and Future Awards:**

| | | |
|---|---:|---|
| Class Counsel's Estimate of Total Benefits | $1,297,000,000 | ECF 9860 at fn 10. |
| Class Counsel's Estimate of Total No. of Awards | 5500 | ECF 111127-1 at 38. |
| Computation of Avg. Awd. Value over life of Settlement | $235,818 | Divide the two numbers. |
| | | |
| Benefits Paid to Date | $752,804,000 | This is the total value of the awards that have been funded to date. |
| No. of Awards Paid to Date | 1126 | This is the total no. of awards that have been funded to date. |
| Computation of Avg. Awd. Value to Date | $668,565 | Divide the two numbers. |
| | | |
| Computation of Future Benefits (based on above estimate) | $544,196,000 | This the estimate of Total Benefits less Benefits Paid to Date. |
| Computation of Future Awards (based on above estimate) | 4374 | This is the estimate of Total No. of Awards less No. of Awards Paid to Date. |
| Computation of Avg. Awd. Value in Future | $124,416 | Divide the two numbers. |