UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**PROPOSED ORDER**

AND NOW, this ___ Day of _____, 2020, upon consideration of Class Counsel's Petition and Supplemental Declaration (ECF 111126 and 111127-1) and all opposition thereto, it is hereby Ordered as follows:

1. The Claims Administrator, BrownGreer, shall pay back 80% ($29,600,000) of the $37 million Fund that currently holds the proceeds of the 5% Set-Aside to the pro se claimants and individual attorneys from whom the 5% Set-Aside was collected;

2. The Claims Administrator shall retain in that Fund 20% ($7,400,000) of the 5% Set-Aside;

-2-

3. On the date of this Order, BrownGreer shall impose a 1% Set-Aside on all awards to be placed in the Fund;

4. Class Counsel shall submit a competitive bid to the Court that includes reduced rates and a budget for future work that will be paid from the 1% Set-Aside and the AFQSF. Qualified competent counsel may also submit bids.

5. The Court shall reserve judgment on any further set-aside or source of payment for Class Counsel's charges, costs and fees.

It is so Ordered.

                                  BY THE COURT:

                                  _____

                                  Hon. Anita B. Brody
                                  United States District Court Judge