UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**OPPOSITION OF THE *PRO SE* CLAIMANTS**
**TO THE PETITION OF SEEGER WEISS TO BE PAID A 5% SET-ASIDE**

The *pro se* claimants below write this on behalf of themselves and all of the other *pro se* claimants who have received benefits or might receive benefits in the future from the NFL Concussion Settlement. We write this in opposition and response to ECF 11127 and ECF 7151.

We, the *pro se* claimants, oppose the Petitions of Seeger Weiss, otherwise known as Class Counsel, to receive money out of our awards and future awards, because Class Counsel is

-1-

seeking $2,500,000 per year, at an average rate of $700 ***per hour***, plus $300,000 per year ***in expenses alone*** without providing any details to justify the payments.

We don't get to see any of Mr. Seeger's time sheets or costs, and we respectfully request the opportunity to hire a lawyer to review Class Counsel's four pending petitions.

Class Counsel seeks to be paid 5% of our monetary awards but we have never hired him and have no agreement with him for representation. The Claims Administrator and the BAP Administrator file detailed status reports available on the internet, but we do not pay directly the Claims Administrator or the BAP Administrator, as we do to Class Counsel. We respectfully request that Class Counsel provide billing reports and expense reports, and that he prove that he has paid each attorney the amount invoiced – in other words, we do not approve a mark-up over what the law firm actually pays to its lawyers.

The Court-appointed specialist, Mr. Rubenstein, who was paid to give an analysis, reported that Class Counsel should keep all costs through the end of the Settlement within the $112.5 million the NFL contributed for Class Counsel fees. When we approved the Settlement and did not opt out, we did not expect to have to pay large amounts of money to lawyers we have never met and have not personally selected. Mr. Rubenstein warned in his report against overreaching by attorneys, and he stated that Class Counsel should keep its fees within $1,000,000 per year. We feel that Mr. Rubenstein is correct, and we feel the Court should cap fees paid to Class Counsel.

The requested 5% holdback increases the percentage that is taken from our awards beyond the $112.5 million recommended by Mr. Rubenstein. Each of the *pro se* plaintiffs has

been victimized by a system that has not capped fees and pays exorbitant hourly rates and expenses to Class Counsel without justification and transparency.

From our point of view, Class Counsel's new filing does not support his claim for 5% of every award.  He does not state the specific tasks he will be doing to earn this money.  There should be a budget, and Class Counsel should come up with one that is reasonable.  He should use lawyers that stay within budget and keep it within the $112.5 million the NFL has already paid for attorney fees and costs.  Mr. Rubenstein should be permitted to finish what he started.

We request that Class Counsel and Mr. Seeger turn over details about the bills and expenses for class members to review.  If we are expected to pay these bills, we should be able to review them in detail and have a chance to respond to them.  This should occur before the Court makes a decision about taking over $37 million so far from our awards plus 5% of each award going forward.

We also request that you incorporate for consideration each and every response filed in opposition by or on behalf of other class members.  We write this with respect for the Court.

                         Respectfully,

*Mary Andrie-Brooks*

                         Mary Andrie-Brooks
                         Power of Attorney for George J. Andrie
                         Claim number 100000381

*Rickey Dixon*
_____
Rickey Dixon

*Lorraine Dixon*

Lorraine Dixon

_____
Rickey Dixon, Jr.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 28, 2020, a copy of the foregoing was filed with the Court and served on all counsel of record in 12-md-2323 via the ECF system in the Eastern District of Pennsylvania.

_/s/ Mary Andrie-Brook_

Mary Andrie-Brook