IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, ) ) ) ) _____ ) ) Kevin Turner and Shawn Wooden, ) on behalf of themselves and ) Others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) National Football League and ) NFL Properties LLC, ) Successor-in-interest to ) NFL Properties, Inc., ) ) Defendants. ) ---------------------------------------------------------------- ) THIS DOCUMENT RELATES TO: ) ALL CLIENTS OF GOLDBERG, PERSKY & ) WHITE, P.C. ) | No. 2:12-md-02323 – AB<br><br>MDL NO. 2323<br><br>**Hon. Anita B. Brody** |

### GOLDBERG, PERSKY & WHITE, P.C.'s
### NOTICE OF JOINDER IN RESPONSE OF LANGFITT
### GARNER PLLC IN OPPOSITION TO CLASS COUNSEL'S FIFTH
### FEE PETITIONAND DECLARATION SEEKING A PERMANENT 5% SET-ASIDE

Goldberg, Persky and White, P.C. (GPW), by and through undersigned counsel, joins in the Response of Langfitt Garner PLLC in Opposition to Class Counsel's Fifth Fee Petition and Declaration Seeking a Permanent 5% Set-Aside.

Dated: July 29, 2020

                                                            Respectfully submitted,

                                                            GOLDBERG, PERSKY & WHITE, P.C.

                                                            *s/ Jason T. Shipp, Esquire*
                                                            Jason E. Luckasevic, Esquire
                                                            jluckasevic@gpwlaw.com

PA I.D. #85557
Jason T. Shipp, Esquire
PA ID No. 87471
jshipp@gpwlaw.com
Diana Nickerson Jacobs, Esquire
PA ID No. 73733
djacobs@gpwlaw.com

11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
(412) 471-3980 (phone)
(412) 471-8308 (facsimile)

*Counsel for Clients of Goldberg, Persky and White P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served upon all counsel of record via the **CM/ECF system,** this 29th day of July, 2020.

> /s/ *Jason T. Shipp*
> Jason T. Shipp, Esquire
>
> *Counsel for Clients of Goldberg, Persky and White P.C.*