UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL CLIENTS OF POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C. | |

**POPE MCGLAMRY'S NOTICE OF JOINDER
IN THE RESPONSES OF OPPOSITION FILED BY
LANGFITT GARNER PLLC, THE LOCKS LAW FIRM, AND LUBEL
VOYLES LLP TO CLASS COUNSEL'S FIFTH FEE PETITION AND
DECLARATION SEEKING A PERMANENT 5% SET ASIDE**

Pope McGlamry, Kilpatrick, Morrison & Norwood, P.C. ("Pope McGlamry"), an original member of the Court-appointed Plaintiffs' Steering

-1-

Committee, by and through undersigned counsel, joins in the Response of Langfitt Garner PLLC in Opposition to Class Counsel's Fifth Fee Petition and Declaration Seeking a Permanent 5% Set-Aside (ECF 11138), the Response in Opposition of the Locks Law Firm to Class Counsel's Motion to Supplement Petition for Adoption of a 5% Set-Aside (ECF 11136), and the Supplemental Opposition of Lubel Voyles LLP and Certain Class Members to Class Counsel's Motion to Supplement Petition for Adoption of a Set-Aside (ECF 11135).

Dated: July 30, 2020.

                Respectfully submitted,

                POPE, McGLAMRY, KILPATRICK,
                MORRISON & NORWOOD, P.C.

                /s/ *Michael L. McGlamry*
                Michael L. McGlamry
                Georgia Bar No. 492515
                3391 Peachtree Road, NE, Suite 300
                P.O. Box 19337 (31126-1337)
                Atlanta, GA 30326
                Ph: (404) 523-7706
                Fax: (404) 524-1648
                efile@pmkm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record by the Court's ECF system.

Dated:  July 30, 2020

POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, P.C.

/s/*Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
