IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 2:12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | | |

# [PROPOSED] ORDER

On this day came on for consideration the Fifth Verified Petition of Class Counsel for an Award of Post-Effective Date Common Benefit Attorneys' Fees and Costs (ECF 11126). Having considered the Petition, the responses in opposition, and the reply, the Court finds that the Petition should be DENIED at this time.

It is so ORDERED.

Dated: _____, 2020        _____
                                          Hon. Anita B. Brody
                                          United States District Court

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, I filed the foregoing through the Court's CM/ECF system, which will provide electronic notice to all counsel of record and constitutes service on all counsel of record.

*/s/  Lance  H. Lubel*
Lance H. Lubel