-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION §§§§ _____ § §§ THIS DOCUMENT RELATES TO: § ALL ACTIONS § | No. 2:12-md-2323 (AB)  MDL No. 2323 |

[PROPOSED] ORDER

On this day came on for consideration the Motion of Class Counsel Seeger Weiss to Supplement Petition for Adoption of a Set-Aside (ECF 11127). Having considered the Motion, the responses in opposition, and the reply, the Court finds that the Motion should be DENIED at this time.

It is so ORDERED

Dated: _____, 2020            _____
                                              Hon. Anita B. Brody
                                              United States District Court Judge

-1-

## CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2020, I filed the foregoing through the Court's CM/ECF system, which will provide electronic notice to all counsel of record and constitutes service on all counsel of record.

                                      */s/  Lance  H. Lubel*
                                      Lance H. Lubel