# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> The Honorable Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE that Lee M. Epstein, counsel for non-party Walker Preston Capital Holdings, LLC in the above-captioned matter, has changed law firms and is longer affiliated with Weisbrod Matteis & Copley PLLC. Mr. Epstein is now affiliated with the law firm of:

> Flaster Greenberg PC
> 1835 Market Street, Suite 1050
> Philadelphia, PA 19103
> Phone (215) 279-9380

Mr. Epstein's new e-mail address is: lee.epstein@flastergreenberg.com

Please enter the appearance of Flaster Greenberg PC as counsel for non-party Walker Preston Capital Holdings, LLC in the above-captioned matter.

Dated: August 4, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Lee M. Epstein
　　　　　　　　　　　　　　　　　　　　Lee M. Epstein
　　　　　　　　　　　　　　　　　　　　**Flaster Greenberg PC**
　　　　　　　　　　　　　　　　　　　　1835 Market Street, Suite 1050
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　Phone (215) 279-9380
　　　　　　　　　　　　　　　　　　　　lee.epstein@flastergreenberg.com

## **CERTIFICATE OF SERVICE**

I, Lee Epstein, Esquire, hereby certify that on August 4, 2020, I caused to be served a true and correct copy of the foregoing Notice of Change of Firm and Address by filing the document on the Court's CM/ECF system, which will provide a Notice of Electronic Filing to all counsel of record in this case.

Dated:  August 4, 2020	Respectfully submitted,

/s/ Lee M. Epstein
Lee M. Epstein
**Flaster Greenberg PC**
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Phone (215) 279-9380
lee.epstein@flastergreenberg.com