IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>                      Plaintiffs,<br>    v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                      Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Provost Umphrey Law Firm, LLP v. Scott Kellar<br>Attorney Lien Dispute<br>(Doc No. 7466) | |

## ORDER

**AND NOW**, this 5th day of August, 2020, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 11044), and no objections having been docketed, it is **ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. The Claims Administrator is **ORDERED** to disburse the withheld funds for attorneys' fees and costs in accordance with the provisions of the Settlement Agreement, all Court Orders regarding implementation, and in the following manner:

    a. From the currently withheld funds representing 17% of Mr. Kellar's monetary award: $3,022.86 to Provost and the balance to Mr. Kellar; and

    b. At such time as the Court rules upon the 5% holdback request: any available funds to Mr. Kellar.

BY THE COURT:

s/ANITA B. BRODY, J.
ANITA B. BRODY, J.
