# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323<br><br>No. 14-cv-6353 |
| THIS DOCUMENT RELATES TO:<br>*Hamilton v. National Football League*, 14-cv-6353 | |

## ORDER

**AND NOW**, this 5th day of August, 2020, it is **ORDERED** that Plaintiff Harry Hamilton's Motion for Reconsideration (ECF No. 11041 in 12-md-2323; ECF No. 14 in 14-cv-6535) is **DENIED**.

       s/ANITA B. BRODY, J.
       ANITA B. BRODY, J.

Copies **VIA ECF**     08/05/2020