# EXHIBIT "C"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL ACTIONS:** | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody<br><br>Civ. Action No. 14-00029-AB |

## **DECLARATION OF GENE LOCKS**

I, GENE LOCKS, declare under oath, based upon my personal knowledge, information and belief as follows:

1. My experience is set forth in my previous declaration filed in this case on October 17, 2017 [ECF No. 8709], attached as Exhibit A.

2. Throughout my career, I have been involved in negotiating many large settlements, including but not limited to MDLs and asbestos bankruptcy trusts.

3. I have served as an overseer and/or an advisor for numerous Trusts, including the Manville, Amatex, Celotex, Eagle-Picher, Raytech, UNR and Pacor Trusts.

4. The Trusts which I have helped to negotiate and for which I have served as an overseer and/or an advisor have collectively processed well over two million claims and have paid out well over two billion dollars.

5. All of the overseers and advisors to each of these Trusts, including me, either worked pro bono or for a modest per diem fee.

6. The total compensation received by the overseers and/or advisors of each of these Trusts never exceeded $500,000 in any single year.

7. Neither I nor any other advisor or overseer to any of these Trusts have ever been accused of having a conflict of interest despite the fact that I and many of the other overseers and advisors also represented individual claimants who filed claims with the Trusts.

8. I have previously set forth in detail reasons why a set aside is not necessary and in the unlikely event that it is, it should be very minimal. *See* Declaration of Gene Locks, filed on October 27, 2017, ECF No. 8709, at pp. 22-30, ¶¶46-83, attached as Exhibit A. *See also*, Sur-Reply of the Locks Law Firm to Report of Professor William B. Rubenstein, filed on January 30, 2018, ECF No. 9579, at pp. 3-5, attached as Exhibit B.

        Respectfully submitted,

Dated: August 11, 2020

*/s/* Gene Locks
Gene Locks
Atty. I.D. #12969
LOCKS LAW FIRM
The Curtis Center
601 Walnut St., Suite 720 East
Philadelphia, PA 19106
Phone: (215) 893-3423
Fax: (215) 893-3444
Email: glcoks@lockslaw.com