# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                      Plaintiffs,<br><br>     v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                      Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven N. Herman, and the law firm of Zuckerman Spaeder LLP, file this Notice of Appearance as counsel for KEVIN HENRY and NAJEH DAVENPORT in the above-styled cause.

Undersigned counsel request that a copy of all pleadings and notices in the above-styled cause be sent to Steven N. Herman at sherman@zuckerman.com, Zuckerman Spaeder LLP, 1800 M Street, NW, Suite 1000, Washington, DC  20036.

August 25, 2020                                          Respectfully submitted,

                                                                    */s/ Steven N. Herman*
                                                                     Steven N. Herman (Bar No. 205832)
                                                                     Zuckerman Spaeder LLP
                                                                     1800 M Street, NW, Suite 1000
                                                                     Washington, DC  20036
                                                                     sherman@zuckerman.com
                                                                     (202) 778-1800