## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## MOTION FOR RELIEF UNDER ARTICLE XXVII OF THE SETTLMENT AGREEMENT OR FOR RELIEF FROM JUDGMENT

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                      Plaintiffs<br><br>     v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                      Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |

**MOTION FOR RELIEF UNDER ARTICLE XXVII OF THE SETTLMENT AGREEMENT OR FOR RELIEF FROM JUDGMENT**

Movants Kevin Henry and Najeh Davenport, by their attorneys Zuckerman Spaeder LLP, Edward Stone Law P.C., and JR Wyatt Law PLLC, move for relief under Article XXVII of the Settlement Agreement or for relief from the underlying judgment. In support of this motion, Mr. Henry and Mr. Davenport rely on the points and authorities in the accompanying brief, which Plaintiffs submit herewith and incorporate herein in their entirety.

Movants respectfully request oral argument on this motion.

Dated: August 25, 2020	Respectfully submitted,

    /s/  *Cyril V. Smith*
Cyril V. Smith*
Zuckerman Spaeder LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
csmith@zuckerman.com

    /s/  *Steven N. Herman*
Aitan D. Goelman*
Steven Herman (Bar No. 205832)
David Reiser*
Ezra B. Marcus*
Megan S. McKoy*
Zuckerman Spaeder LLP
1800 M Street, 10th Floor
Washington, DC 20036
(202) 778-1800
agoelman@zuckerman.com
sherman@zuckerman.com
emarcus@zuckerman.com
mmckoy@zuckerman.com

    /s/ *Edward S. Stone*
Edward S. Stone
Edward Stone Law P.C.
300 Park Avenue, 12th Floor
New York, NY 10022
(203) 504-8425
eddie@edwardstonelaw.com

    /s/ *J.R. Wyatt*
J.R. Wyatt
JR Wyatt Law PLLC
49 West 37th Street, 7th Floor
New York, New York 10018
(215) 557-2776
justin@jrwyattlaw.com

Attorneys for Plaintiffs

---

[*] *Pro hac vice* applications forthcoming.

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court on the 25th day of August 2020, to be served by operation of the Court's electronic filing system which sent notification of such filing via electronic mail to all counsel of record.


Dated: August 25, 2020                                         /s/ *Steven N. Herman*