**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER

212-373-3165

WRITER'S DIRECT FACSIMILE

212-492-0165

WRITER'S DIRECT E-MAIL ADDRESS

bbirenboim@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT, EDWARD T. ACKERMAN, JACOB A. ADLERSTEIN, JUSTIN ANDERSON, ALLAN J. ARFFA, JONATHAN H. ASHTOR, ROBERT A. ATKINS, DAVID J. BALL, SCOTT A. BARSHAY, PAUL M. BASTA, J. STEVEN BAUGHMAN, LYNN B. BAYARD, CRAIG A. BENSON, MARK S. BERGMAN, DAVID M. BERNICK, JOSEPH J. BIAL, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, ANGELO BONVINO, ROBERT BRITTON, DAVID W. BROWN, SUSANNA M. BUERGEL, JESSICA S. CAREY, DAVID CARMONA, GEOFFREY R. CHEPIGA, ELLEN N. CHING, WILLIAM A. CLAREMAN, LEWIS R. CLAYTON, YAHONNES CLEARY, RACHAEL G. COFFEY, JAY COHEN, KELLEY A. CORNISH, CHRISTOPHER J. CUMMINGS, THOMAS V. DE LA BASTIDE III, MEREDITH DEARBORN**, ARIEL J. DECKELBAUM, KAREN L. DUNN, ALICE BELISLE EATON, ANDREW J. EHRLICH, GREGORY A. EZRING, ROSS A. FIELDSTON, ANDREW C. FINCH, BRAD J. FINKELSTEIN, BRIAN P. FINNEGAN, ROBERTO FINZI, PETER E. FISCH, HARRIS FISCHMAN, ANDREW J. FOLEY, ANDREW J. FORMAN*, HARRIS B. FREIDUS, CHRISTOPHER D. FREY, MANUEL S. FREY, ANDREW L. GAINES, KENNETH A. GALLO, MICHAEL E. GERTZMAN, ADAM M. GIVERTZ, SALVATORE GOGLIORMELLA, NEIL GOLDMAN, MATTHEW B. GOLDSTEIN, ROBERTO J. GONZALEZ*, CATHERINE L. GOODALL, ERIC GOODISON, CHARLES H. GOOGE, JR., ANDREW G. GORDON, BRIAN S. GRIEVE, UDI GROFMAN, NICHOLAS GROOMBRIDGE, BRUCE A. GUTENPLAN, ALAN S. HALPERIN, CLAUDIA HAMMERMAN, BRIAN S. HERMANN, MICHELE HIRSHMAN, ROBERT E. HOLO, DAVID S. HUNTINGTON, AMRAN HUSSEIN, LORETTA A. IPPOLITO, WILLIAM A. ISAACSON*, JAREN JANGHORBANI, BRIAN M. JANSON, JEH C. JOHNSON, MEREDITH J. KANE, JONATHAN S. KANTER, BRAD S. KARP, PATRICK N. KARSNITZ, JOHN C. KENNEDY

BRIAN KIM, KYLE J. KIMPLER, ALEXIA D. KORBERG, ALAN W. KORNBERG, DANIEL J. KRAMER, CAITH KUSHNER, DAVID K. LAKHDHIR, JOHN E. LANGE, GREGORY F. LAUFER, BRIAN C. LAVIN, XIAOYU GREG LIU, LORETTA E. LYNCH, JEFFREY D. MARELL, MARCO V. MASOTTI, DAVID W. MAYO, ELIZABETH R. MCCOLM, JEAN M. MCLOUGHLIN, ALVARO MEMBRILLERA, MARK F. MENDELSOHN, CLAUDINE MEREDITH-GOUJON, WILLIAM B. MICHAEL, JUDIE NG SHORTELL*, CATHERINE NYARADY, JANE B. O'BRIEN, ALEX YOUNG K. OH, BRAD R. OKUN, KELLEY D. PARKER, LINDSAY B. PARKS, ANDREW M. PARLEN, CHARLES J. PESANT, JESSICA E. PHILLIPS*, VALERIE E. RADWANER, JEFFREY J. RECHER, CARL L. REISNER, LORIN L. REISNER, JEANNIE S. RHEE*, WALTER G. RICCIARDI, WALTER RIEMAN, RICHARD A. ROSEN, ANDREW N. ROSENBERG, JUSTIN ROSENBERG, JACQUELINE P. RUBIN, CHARLES F. "RICK" RULE*, RAPHAEL M. RUSSO, ELIZABETH M. SACKSTEDER, JEFFREY D. SAFERSTEIN, JEFFREY B. SAMUELS, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JOHN M. SCOTT, BRIAN SCRIVANI, KYLE T. SEIFRIED, KANNON K. SHANMUGAM*, AUDRA J. SOLOWAY, SCOTT M. SONTAG, SARAH STASNY, TARUN M. STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, BRETTE TANNENBAUM, RICHARD C. TARLOWE, MONICA K. THURMOND, DANIEL J. TOAL, LAURA C. TURANO, CONRAD VAN LOGGERENBERG, LIZA M. VELAZQUEZ, MICHAEL VOGEL, RAMY J. WAHBEH, LAWRENCE G. WEE, THEODORE V. WELLS, JR., LINDSEY L. WIERSMA, STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, AUSTIN WITT, MARK B. WLAZLO, JULIA TARVER MASON WOOD, JENNIFER H. WU, BETTY YAP*, JORDAN E. YARETT, KAYE N. YOSHINO, TONG YU, TRACEY A. ZACCONE, TAURIE M. ZEITZER, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
**ADMITTED TO THE CALIFORNIA BAR

September 2, 2020

**By ECF**

Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 7613
Philadelphia, PA 19106

      *In re NFL Players' Concussion Injury Litigation, No. 2:12-md-02323-AB*

Dear Judge Brody:

      On behalf of the National Football League and NFL Properties LLC (collectively, the "NFL Parties"), I write to request a 30-day extension of time to respond to the Motion for Relief filed by Settlement Class Members Kevin Henry and Najeh Davenport. (Doc. No. 11169 (the "Motion").) Class Counsel joins in this request, and Counsel for Mr. Henry and Mr. Davenport consent.

      Pursuant to Local Rule 7.1, the NFL Parties' response is currently due on September 8, 2020; the new deadline would be October 8, 2020. The request is made in light of the workplace challenges posed by the ongoing COVID-19 pandemic and the upcoming federal and Jewish holidays.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Anita B. Brody                                                                                           2

A proposed order is attached to this letter.

Respectfully submitted,

/s/ Bruce Birenboim
Bruce Birenboim

Enclosure

cc:     All counsel of record (via ECF)