# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc. <br><br> Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Anita B. Brody |

## [PROPOSED] ORDER

**WHEREAS**, Settlement Class Members Kevin Henry and Najeh Davenport, by and through their counsel Zuckerman Spaeder LLP, Edward Stone Law P.C., and JR Wyatt Law PLLC, filed a Motion for Relief in the above-captioned matter on August 25, 2020 (Doc. No 11169);

**WHEREAS**, the National Football League and NFL Properties LLC, as joined by Class Counsel Christopher A. Seeger, have requested a 30-day extension of time, until October 8, 2020, to respond to Mr. Henry's and Mr. Davenport's Motion for Relief;

It is **ORDERED** that the request for an extension of time is **GRANTED**.

**SO ORDERED** this _____day of _____, 2020.

_____
Anita B. Brody
United States District Court Judge