## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 2nd day of September, 2020, upon all counsel of record.

Dated:  September 2, 2020                                                                  /s/ Bruce Birenboim
                                                                                                            Bruce Birenboim