# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> Thomas Henderson, et al. <br> v. National Football League et al. <br> No. 2:12-cv-003534-AB <br><br><br> **As to Plaintiffs MELVIN RENFRO and ELIZABETH RENFRO Only** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiffs **MELVIN RENFRO and ELIZABETH RENFRO** only in the above-referenced case.

Dated: September 3, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GOLDBERG, PERSKY & WHITE, P.C.

　　　　　　　　　　　　　　　　　　　　By: s/ *Jason E. Luckasevic*
　　　　　　　　　　　　　　　　　　　　Jason E. Luckasevic, Esquire
　　　　　　　　　　　　　　　　　　　　(PA Bar No. 85557)
　　　　　　　　　　　　　　　　　　　　11 Stanwix Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　　　　　Telephone:  (412) 471-3980
　　　　　　　　　　　　　　　　　　　　jluckasevic@gpwlaw.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2020 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSKY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*