UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>　　　　　　　　　　Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ORDER**

　　**AND NOW**, on this **2nd day** of **September, 2020,** it is **ORDERED** that Defendants' Motion for Extension of Time to File Response/Reply to Motion for Relief (ECF No. 11172) is **GRANTED**.[1] Defendants must file their response to the Motion for Relief (ECF No. 11169) on or before **October 8, 2020**.

　　　　　　　　　　　　　　　　　　　　　　__S/Anita B. Brody_____
　　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] Class Counsel Christopher A. Seeger joined in the motion. Counsel for Mr. Henry and Mr. Davenport consented to the extension.