**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>         Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ezra B. Marcus, and the law firm of Zuckerman Spaeder LLP, file this Notice of Appearance as counsel for KEVIN HENRY and NAJEH DAVENPORT in the above-styled cause.

Undersigned counsel requests that a copy of all pleadings and notices in the above-styled cause be sent to Ezra B. Marcus at emarcus@zuckerman.com, Zuckerman Spaeder LLP, 1800 M Street, NW, Suite 1000, Washington, DC 20036.

September 25, 2020

Respectfully submitted,

*/s/ Ezra B. Marcus*
Ezra B. Marcus
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
Email: emarcus@zuckerman.com

*Attorney for Kevin Henry & Najeh Davenport*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 25, 2020, I caused the foregoing to be served

on counsel of record via the Court's electronic case filing system.

*/s/ Ezra B. Marcus*
Ezra B. Marcus