## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br>                                   Plaintiffs,<br><br>      v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                                   Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Cyril V. Smith, and the law firm of Zuckerman Spaeder LLP, files this Notice of Appearance as counsel for KEVIN HENRY and NAJEH DAVENPORT in the above-styled cause.

Undersigned counsel requests that a copy of all pleadings and notices in the above-styled cause be sent to Cyril V. Smith at csmith@zuckerman.com, Zuckerman Spaeder LLP, 100 East Pratt Street, Suite 2440, Baltimore, MD 21202-1031.

September 29, 2020

                                          Respectfully submitted,

                                          */s/ Cyril V. Smith*
                                          Cyril V. Smith
                                          Zuckerman Spaeder LLP
                                          100 East Pratt Street, Suite 2440
                                          Baltimore, MD  21202-1031
                                          Tel: (410) 332-0444
                                          Fax: (410) 659-0436
                                          Email: csmith@zuckerman.com

                                          *Attorney for Kevin Henry & Najeh Davenport*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 29, 2020, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

*/s/ Cyril V. Smith*
Cyril V. Smith
