UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 19-1760 & 19-1771

_____

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS'
CONCUSSION INJURY LITIGATION

Paul Raymond Turner, personal representative of the
Estate of Kevin Turner,
                                Appellant in No. 19-1760

Podhurst Orseck, P.A.,
                                Appellant in No. 19-1771

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:12-md-02323)
District Judge: Honorable Anita B. Brody

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on May 22, 2020

Before: McKEE, BIBAS, and NYGAARD, *Circuit Judges*

_____

JUDGMENT

_____

    This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted under L.A.R. 34.1(a) on May 22, 2020.

    On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on March 6, 2019, is hereby **AFFIRMED**. Costs to be taxed against Appellant in No. 19-1760/Cross-Appellee in No. 19-1771. All of the above in accordance with the Opinion of this Court.

ATTEST:

Dated: September 9, 2020

s/Patricia S. Dodszuweit
Clerk

**Certified as a true copy and issued in lieu of a formal mandate on** October 1, 2020

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**