**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB  MDL No. 2323  Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: | : : | |
| ALL ACTIONS | : : : | |

## BAP ADMINISTRATOR STATUS REPORT – 3rd QUARTER 2020

1.      The Garretson Resolution Group, Inc. d/b/a Epiq Mass Tort serves as the Baseline Assessment Program ("BAP") Administrator ("the Administrator") for the Settlement program in the above-captioned action.[1]  Since its appointment by the Court to serve in this role, the Administrator has worked diligently with Class Counsel and Counsel for the NFL Parties ("the Parties") to meet its responsibilities under the Settlement Agreement.  The Administrator submits this Status Report to provide an update to the Court on the status of the Administrator's work implementing the BAP.

***Effects of COVID-19 Pandemic***

2.      As a result of the COVID-19 pandemic, the BAP has continued to experience unusually heavy appointment cancellations by both Qualified BAP Providers and Retired NFL Football Players.  During the 3rd Quarter of 2020, Qualified BAP Providers cancelled 250 appointments scheduled to take place by the end of the quarter, with an additional 196 appointments scheduled to take place in that period cancelled by Retired NFL Football Players.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement.

During that same period, 121 Retired NFL Football Players attended BAP appointments, with an additional 106 scheduled to attend appointments by the end of the quarter.

3.      At the time of submission of this report, the Administrator continues to communicate with Qualified BAP Providers and Retired NFL Football Players with appointments scheduled during the coming weeks and months to confirm their intention to complete appointments, to minimize the disruptions associated with appointment cancellations, to prepare for resumption of affected BAP activities as soon it is feasible to do so, and to assure everyone associated with the BAP that there will be no negative consequences for appointment cancellations resulting from COVID-19.  The Administrator continues to schedule appointments for later in 2020 and into 2021 to take advantage of any increase in Retired NFL Football Player and Qualified BAP Provider availability.

***Maintaining the Qualified BAP Provider Network***

4.      In implementing the BAP, the Administrator is responsible for maintaining a network of Qualified BAP Providers to administer the specified baseline assessment examinations under the BAP and authorized medical services under the BAP Supplemental Benefits program.

5.      As of September 14, 2020, the Administrator has contracted with 327 Qualified BAP Providers in fifty-two metropolitan areas across the United States.  The Administrator continues to diligently enroll Qualified BAP Providers to expand the BAP network wherever necessary to ensure sufficient depth of coverage and improve program efficiencies.  For cities without a sufficient number of contracted Qualified BAP Providers to fully meet demand, the Administrator continues to seek alternate arrangements to ensure timely appointments for Retired NFL Football Players.  In the previous quarter, the Administrator accommodated demand for clinical neuropsychology appointments in cities with limited capacity by bringing Qualified BAP Providers from other cities with excess provider capacity to administer baseline assessment

examinations.  Specifically, the Administrator has utilized this approach in several cities with high concentrations of Retired NFL Football Players, including Dallas, Tallahassee, Little Rock, and Jackson, MS.

***Baseline Assessment Examinations Scheduled and Attended to Date***

6.     The BAP offers a two-part baseline assessment examination, consisting of a clinical neuropsychology appointment lasting an average of six to eight hours and a basic neurological examination lasting approximately one hour.  The Administrator's scheduling process is intended to ensure that Retired NFL Football Players are scheduled at a provider location, date, and time acceptable and convenient to them.  Typically, the Administrator attempts to schedule the clinical neuropsychology appointment so that it occurs first, and far enough in advance of the neurology appointment that the clinical neuropsychologist's report is available for review during the neurology appointment.

7.     As of September 14, 2020, the Claims Administrator of the Settlement program determined that 12,837 Retired NFL Football Players are eligible to participate in the BAP.  Of these 12,837 individuals, the BAP Administrator has received requests to schedule baseline assessment examinations from 7,382 Retired NFL Football Players directly or through their attorneys.  This represents 57.5% of BAP-eligible Retired NFL Football Players.

8.     Of the 7,382 Retired NFL Football Players who have requested appointments, the Administrator has offered one or more appointments with Qualified BAP Providers to 7,336 of them (99.4%).  Retired NFL Football Players who have requested appointments have waited a median time of 15 days until the Administrator secured and offered a neuropsychology appointment (consisting of a specific date, time, and location) from a Qualified BAP Provider neuropsychologist.  To ensure the neuropsychology appointment takes place before the neurology appointment, the Administrator seeks to confirm with the Retired NFL Football Player or his

attorney that the Retired NFL Football Player accepts the offered neuropsychology appointment before securing a neurology appointment.  As a result of these activities, the median time between the initial offer of a neuropsychology appointment and the initial offer of a neurology appointment is 68 days.  Median time from the initial request until the actual neuropsychology appointment is 106 days; the median time from request until the actual neurology appointment is 180 days.  Table 1 summarizes wait times as of September 14, 2020.

**Table 1.  Appointment Scheduling Wait Times**

| Metric | Median in Days |
|---|---|
| Time from request to offered neuropsychology appointment | 15 |
| Time from offered neuropsychology appointment to offered neurology appointment | 68 |
| Time from request to neuropsychology appointment date | 106 |
| Time from request to neurology appointment date | 180 |

9.      As of September 14, 2020, 6,419 Retired NFL Football Players (87.0% of those who have requested appointments) have attended a total of 12,698 appointments.  This number consists of 5,667 Retired NFL Football Players (76.8%) who have attended two or more[2] appointments and 752 Retired NFL Football Players (10.2%) who have attended one appointment.

10.     Of the 7,336 Retired NFL Football Players for whom the Administrator has scheduled or offered one or more appointments, 6,556 (88.8% of those who have requested appointments) currently have one or more appointments scheduled (including appointments that have already taken place). Of the 6,556 Retired NFL Football Players with scheduled appointments, 5,837 (79.1% of all who have requested) have been scheduled for both neuropsychology and neurology appointments, and 719 (9.7% of all who have requested) have

---

[2]  Certain Retired NFL Football Players have attended more than two appointments because they and/or the Qualified BAP Providers have requested to break up the clinical neuropsychology appointments, which the Administrator has accommodated.

been scheduled for one appointment.  For the latter group, the Administrator will continue to work to promptly schedule these Retired NFL Football Players' second appointments.

11.    Of the 7,336 Retired NFL Football Players for whom the Administrator has scheduled or offered one or more appointments, 780 have had at least one appointment scheduled or offered to them in the past but have not attended any appointments and do not currently have any upcoming appointments scheduled.  Of those 780 Retired NFL Football Players, 103 have had their requests closed due to lack of interest (after numerous attempts by the Administrator to schedule appointments on their behalf), while 677 are still active in the scheduling process.  These 677 Retired NFL Football Players have had a total of 2,129 rejected, cancelled, or missed appointments (an average of 3.1 each).  Table 2 breaks down the reasons and sources of those cancellations.

**Table 2.  Cancellation Reasons – Players with No Active Appointments**

| Cancellation Reason | Source[3] | | |
|---|---|---|---|
| | **Player** | **Provider** | **Administrator** |
| Confirmed, then Cancelled | 12.8% | 5.6% | 0.8% |
| Rejected or Withdrawn | 54.4% | 15.0% | 2.8% |
| Missed | 8.7% | 0.0% | 0.0% |

More than half of these Retired NFL Football Players reside in or near twelve cities – Houston, Los Angeles, Dallas, Miami, Tampa, New Orleans, Phoenix, Atlanta, Chicago, Washington, DC, Jacksonville, and New York – all of which are among the cities with the highest populations of Retired NFL Football Players.  The median time from request to clinical neuropsychology appointment offered among Retired NFL Football Players with no active appointments in these cities ranges from four days in Houston to 45 days in New Orleans, with an average of 16 days. In all such cases, the Administrator continues to work with Qualified BAP Providers, and Retired

---

[3] Note that these percentages may not add up to exactly 100% due to rounding.

NFL Football Players or their attorneys, to ensure Retired NFL Football Players receive appointments that meet their preference for location, provider, and schedule, while accommodating the Qualified BAP Providers' schedules.

12.     Finally, 46 (0.6%) Retired NFL Football Players have requested baseline assessment examinations but have not yet had appointments scheduled or offered to them.  Table 3 summarizes Retired NFL Football Players with requests and appointments scheduled through September 14, 2020

**Table 3.  Summary of Requests and Scheduling Activity to Date**

| Status | Number | % of Requested[4] |
|---|---|---|
| Players requesting participation in BAP | 7,382 | 100.0% |
| Players offered one or more appointments | 7,336 | 99.4% |
| Players with two appointments currently scheduled | 5,837 | 79.1% |
| Players with one appointment currently scheduled | 719 | 9.7% |
| Players with appointments previously offered but none attended or currently scheduled (active) | 677 | 9.2% |
| Players with appointments previously offered but none attended or currently scheduled (inactive) | 103 | 1.4% |
| Players waiting for their first offered appointments | 46 | 0.6% |

*Note:  Indented rows are subsets of rows above.*

***Providing Reports from Baseline Assessment Examinations***

13.     As part of its efforts to ensure prompt and accurate production of medical records and reports, the Administrator conducts training sessions and offers guidance materials to each Qualified BAP Provider. The Administrator is in regular contact with Qualified BAP Providers as questions or issues arise that may slow the production of medical records and reports.  To provide incentives for Qualified BAP Providers to submit medical records and reports in a timely manner,

---

[4] Note that these percentages may not add up to exactly 100% due to rounding.

the Administrator included a provision in all of its Qualified BAP Provider contracts that makes provider payment contingent on the Qualified BAP Providers submitting such documents.

14.    Since inception of the BAP, the Administrator has received BAP-generated medical records and reports from at least one specialist (neurologist or clinical neuropsychologist) for 6,404 Retired NFL Football Players, including reports from both specialists for 5,483 Retired NFL Football Players, and records from one specialist for 921 Retired NFL Football Players.

15.    After receiving the medical records and reports, the Administrator reviews them for accuracy and completion, particularly against the requirements of the Settlement Agreement.

16.    When either the records or reports are incomplete, the Administrator works with the Qualified BAP Provider to ensure completion.  The most common reasons for such follow-ups with providers include:

    a.   failure to clearly state what, if any, Neurocognitive Impairment level the Retired NFL Football Player qualified for, as defined by the Settlement Agreement;

    b.   omission of references to corroborating evidence, as required for diagnosing Level 1.5 Neurocognitive Impairment or Level 2 Neurocognitive Impairment under the Settlement;

    c.   failure to adequately address test validity and/or functional impairment, two topics required to be reported by clinical neuropsychologists as part of their reports; and

    d.   failure to meet other administrative requirements as articulated in the Clinician's Interpretation Guide promulgated pursuant to Exhibit A-2 of the Settlement Agreement.

17.     Of the 5,483 Retired NFL Football Players for whom both reports have been submitted by Qualified BAP Providers, the Administrator has completed its review process for 5,184 and has published (or is in the process of publishing) them to the Retired NFL Football Player's online portal.  Table 4 shows the status for Retired NFL Football Players whose reports have been submitted to the Administrator as of September 14, 2020.

**Table 4.  BAP Report Review Status**

| Status | Number | % of Players with Both Appts Attended[5] |
|---|---|---|
| Players who have attended both appointments | 5,667 | 100.0% |
| Players with both reports submitted to the Administrator | 5,483 | 96.8% |
| Players with review completed and approved to publish to portal | 5,184 | 91.5% |
| Players with reports awaiting initial review | 0 | 0.0% |
| Players with reports in follow up status with Qualified BAP Providers | 263 | 4.6% |
| Players with reports undergoing review by the Appeals Advisory Panel due to conflicting diagnoses between Qualified BAP Providers (per the Settlement Agreement) | 36 | 0.6% |

*Note:  Indented rows are subsets of rows above.*

18.     As of September 14, 2020, BAP examinations have resulted in 187 diagnoses of Level 1 Neurocognitive Impairment, 165 diagnoses of Level 1.5 Neurocognitive Impairment, and 108 diagnoses of Level 2 Neurocognitive Impairment, with 4,724 Retired NFL Football Players receiving no diagnosis.

***BAP Supplemental Benefits***

19.     Under the Settlement Agreement, a Retired NFL Football Player diagnosed with Level 1 Neurocognitive Impairment is eligible to receive BAP Supplemental Benefits related to the Retired NFL Football Player's impairment in the form of medical treatment, counseling, and/or

---

[5] Note that these percentages may not add up to exactly 100% due to rounding.

examination by Qualified BAP Providers, including pharmaceuticals if medically appropriate and prescribed by a Qualified BAP Provider.

20.     The Settlement Agreement required Class Counsel and Counsel for the NFL Parties, in consultation with the BAP Administrator, to establish the maximum per-player benefit under the BAP Supplemental Benefits on the first anniversary of the commencement of the BAP. Accordingly, on June 6, 2018 (the first anniversary of the commencement of the BAP), Class Counsel and Counsel for the NFL Parties, in consultation with the BAP Administrator, established a $35,000 maximum per-player benefit under the BAP Supplemental Benefits.  As of September 14, 2020, the maximum amount of funds billed for covered services to any one qualifying Settlement Class Member's account in the BAP Supplemental Benefits is $13,110.36.  As a result, the Administrator does not currently recommend changing the maximum per-player benefit.  The Administrator will continue to monitor benefits received under the BAP Supplemental Benefits and will revisit the issue of maximum per-player benefits if one or more players' expenditures under the BAP Supplemental Benefits approaches the current maximum.

21.     Once a Retired NFL Football Player's diagnosis of Level 1 Neurocognitive Impairment is finalized, the Administrator contacts the Retired NFL Football Player (or, in the case of a represented Retired NFL Football Player, his attorney or other legal representative) to inform him of his eligibility and schedule an orientation.  Given that Retired NFL Football Players eligible for the BAP Supplemental Benefits suffer from moderate cognitive impairment, the Administrator seeks to include a family member or close friend of the Retired NFL Football Player during scheduling who can help the Retired NFL Football Player maximize program benefits. During this orientation, the Administrator outlines the benefits offered and solicits the Retired NFL Football Player's choice of a Qualified BAP Provider neurologist to perform an initial consultation.  The purpose of the initial consultation is to review the results of the baseline

assessment examination and determine a treatment and evaluation plan for the Retired NFL Football Player.   Table 5 shows the status of Retired NFL Football Players who have been notified of their eligibility for participation in the BAP Supplemental Benefits, as of September 14, 2020.

**Table 5.  BAP Supplemental Benefits Participation Status**

| Status | Number |
|---|---:|
| Retired Players/Attorneys notified of BAP Supplemental Benefits eligibility | 184 |
| Awaiting attorney response to schedule orientation | 15 |
| Retired Players in scheduling process for orientations | 20 |
| Retired Players with upcoming orientations scheduled | 2 |
| Retired Players with orientation complete | 147 |
| Awaiting provider selection by Retired Player | 57 |
| Contracting with selected provider | 3 |
| In process of scheduling initial consultation | 5 |
| Initial consultation upcoming | 1 |
| Initial consultation attended/receiving ongoing benefit | 83 |

*Note:  Indented rows are subsets of rows above.*

22.   Finally, during the fourth quarter of 2019, the Administrator initiated a pilot program to evaluate the feasibility of offering cognitive rehabilitation therapy, a treatment that had been requested by several Settlement Class Members and their treating Qualified BAP Providers. This pilot program remains ongoing.   As with all other BAP efforts, the progress of this pilot program will be affected by the (as yet unknown) duration of the COVID-19 pandemic.

Respectfully submitted,

BAP ADMINISTRATOR

By:

Sylvius von Saucken
Vice President
Epiq Mass Tort
9144 Arrowpoint Boulevard, 4th Floor
Charlotte, NC  28173