**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**<u>REPORT OF THE SPECIAL MASTERS</u>**

1. Wendell E. Pritchett and Jo-Ann M. Verrier, as Special Masters appointed by the Court on July 13, 2016 (ECF 6871), and David Hoffman, appointed by the Court on March 5, 2020 (ECF 11022) pursuant to Article X of the Class Action Settlement Agreement (Settlement Agreement) in this matter, submit this Report to the Court alongside Status Reports from the Claims Administrator, Brown Greer LLC ("Claims Administrator"), and the Baseline Assessment Program Administrator, Garretson Resolution Group ("BAP Administrator"; now known as Epiq Mass Tort), to provide an update on the Agreement's effectuation and progress.

2. The Special Masters have reviewed the 3rd Quarter 2020 Status Reports submitted by both Administrators. These accurately and thoroughly reflect the work of both firms.

3. The Special Masters continue to augment their weekly reports to the Court by highlighting work detailed in these Status Reports and conducting work that is beyond the purview of the Claims and BAP Administrators.

## Overall Administration

4. The COVID-19 pandemic has not caused noticeable disruption in the operations of the Settlement Program, and the Claims Administrator, BAP Administrator, Special Masters have continued to actively perform their responsibilities.

5. The Special Masters continue to participate in bi-weekly calls with the Claims Administrator and the BAP Administrator. Additionally, both Administrators make themselves available for additional discussions and communications as necessary to support the fair and efficient administration of the Settlement Agreement.

6. The Special Masters remain constantly informed about the progress of all Claims through the Claims Administrator's robust systems, including its published reports as found on the NFL Concussion Settlement website.

7. Each month, after review with the Claims Administrator, the Special Masters approve the monthly disbursement report to the Trustee authorizing payments of Monetary Awards to Settlement Class Members (SCMs) as well as to relevant attorneys, lienholders, and third-party funders where appropriate.

8. The Special Masters are informed about the BAP Administrator's management of requests for and scheduling of Baseline Assessment Program examinations as well as of the BAP Administrator's ongoing work to ensure that trained BAP authorized neuropsychologists and neurologists complete their work effectively. The BAP Administrator also oversees the Supplemental Benefits program for Players within the Settlement Agreement.

9. The Special Masters ensure that the work of the Administrators is communicated to the Court via a bi-weekly report and other communication and ensure the Court's input into matters arising in the efficient and fair administration of the Settlement Agreement.

**Baseline Assessment Program Milestones**

10. Due to the COVID-19 Pandemic, the BAP Administrator has continued to experience unusually heavy appointment cancellations, with 250 appointments cancelled by Qualified BAP Providers and 196 appointments cancelled by Retired NFL Football Players during the 3rd Quarter of 2020. The BAP Administrator has worked diligently to mitigate the disruptions caused by the pandemic, including working to reschedule appointments and ensuring that there will not be negative consequences for cancellations caused by COVID-19.

11. The BAP Administrator has received requests for appointments, as noted in the BAP report, from 57.5% of Players eligible to receive a BAP examination.

12. The BAP Administrator oversees a Supplemental Benefit program for Players diagnosed with Level 1 Neurocognitive Impairment under the Settlement Agreement. As of September 14, 2020, 184 Players had been notified of their eligibility to participate in the program, and 147 had completed orientation. As part of this program, the BAP Administrator is piloting a cognitive rehabilitation therapy service in response to request from participating Players.

13. As of September 14, 2020, 5,667 Players have had full BAP examinations completed, resulting in 108 Level 2 diagnoses, 165 Level 1.5 diagnoses, 187 Level 1 diagnoses (entitling these Players to Supplemental Benefits under the Settlement Agreement), and 4,724 cases with no diagnosis.

## **Claims Administrator Milestones**

14. As of September 14, 2020, the Claims Administrator issued 1,170 Notices of Monetary Award, totaling $796,625,374. One thousand one hundred eleven of these have been paid, for a total payment to date to Settlement Class Members of $719,114,600.

## **Audits**

15. Under the terms of Section 10.3 of the Settlement Agreement, the Special Masters review determinations of the Claims Administrator concerning misrepresentation, omission, or concealment of a material fact in connection with a Monetary Award Claim.

16. The Claims Administrator continues its careful and detailed recommendations of Audits to the Special Masters.

## **Special Investigator**

17. At the request of the Special Masters, the Court granted the NFL's motion for the appointment of a Special Investigator in order to ensure the faithful implementation of the Settlement Agreement.

18. The Special Masters referred five cases to the Special Investigator. After thorough investigation, the Special Investigator presented reports to the Special Masters in all five matters.

19. On the basis of these reports, the Special Masters denied 171 claims. All parties to these matters are informed of the status of those claims.

20. The Special Masters reported select results of these investigations to the United States Attorney's Office for the Eastern District of Pennsylvania.

**Appeals**

21. Alongside the Special Masters' authority to hear appeals of Registration determinations under the terms of Section 10.1(b)(i)(3) of the Settlement Agreement, the Court has directed the Special Masters to hear appeals of the Claims Administrator's decisions on Claims pursuant to the Rules Governing Appeals of Claim Determinations.

22. To date, approximately 5.2% of payable awards have been appealed by Players, 11.2% of payable awards have been appealed by the NFL, and 29.5% of denied claims have been appealed by Players. The Special Masters continue to review and issue decisions on these appeals.

**Monitoring of the Qualified Attorney's Settlement Fund**

23. The Special Masters have worked with the BAP Administrator, responsible for this Fund, to present a monthly report on the Fund to the Court.

24. The Court has the information in this report available to it as it considers requests for funding from Class Counsel in this matter.

**Education Fund**

25. Pursuant to Article XII of the Settlement Agreement, and Education Fund was established to fund programs promoting safety and injury prevention with respect to football players, including safety related initiatives in youth football, the education of Retired NFL Football Players regarding the NFL CBA Medical and Disability Benefits, and other educational initiatives benefitting retired NFL Football Players.

26. With the Court's knowledge and approval, the Parties have successfully worked together to establish three programs in response: an educational communication with Players

about on-going benefits; a program in youth sports safety run in connection with the Korey Stringer Institute; and a research program focused on data that Players have voluntarily contributed to this effort run in connection with Columbia University.

27. The Korey Stringer Institute has presented Parties and The Special Masters with an approved outline for implementation of the InnovATe project, which includes: locating and selecting qualifying school districts in which to implement the program, educating and establishing athletic trainers in these districts, establishing training and education sessions for coaches and student athletes regarding concussion safety, locating community partners for continued sponsorship, and involving retired NFL Football Players in the process as the representatives/spokespersons for each selected district. Significant progress has been made toward project implementation, but may be delayed by the COVID-19 pandemic as many schools across the country are suspending sports partially or entirely.

28. The Parties and Columbia University have established a structure for the research program focused on data voluntarily contributed by Players, which has been reviewed by the Special Masters. Columbia University will provide data compilation and extraction necessary to create two datasets—one web-based data-mining tool to be accessed by the public, and a more complete set of individual, deidentified data to be given to approved researchers. Columbia will create and oversee a Data Use Committee to assess and approve requests for researchers to use individualized data. This project has made substantial progress and is in the final stages of design.

Respectfully submitted,

Wendell E. Pritchett
Special Master

Jo-Ann M. Verrier
Special Master

David A. Hoffman
Special Master