IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| ------------------------------------------------ | § § § | |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Thomas, et al v. The National Football League No. 4:12-cv-02875 USDC, EDPA. 2:12-cv-05953<br><br>VERSHAN JACKSON | § § § § § § § § § § § § § | NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF PLAINTIFF VERSHAN JACKSON |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of Plaintiff, VERSHAN JACKSON **ONLY** in *Thomas, et al vs. The National Football League, No. 4:12cv-02875 USDC, EDPA 2:12-cv-05953*, and *In Re National Football League Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

Respectfully submitted,

October 6, 2020

By: _____/s/_____
MATTHEW C. MATHENY
STATE BAR NUMBER: 24039040
mmatheny@provostumphrey.com
JACQUELINE RYALL
STATE BAR NUMBER: 17469445

1

<jryall@provostumphrey.com>

PROVOST ✯ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2020, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By: /s/ _____
     MATTHEW C. MATHENY