# EXHIBIT 1

Prepared on October 5, 2020

Scott Richard Millis, Ph.D., ABPP, CStat, PStat
Professor
313-993-8085
smillis@med.wayne.edu

Contact Information

261 Mack Blvd
Detroit, MI 48201

smillis@med.wayne.edu
313-993-8085

Degrees

| 2004 | Other, Statistics, Montclair State University, Montclair, New Jersey |
| 2003 | Master of Education (M.Ed.), Evaluation and Research, Wayne State University, Detroit, Michigan |
| 1984 | Doctor of Philosophy (Ph.D.), Clinical Psychology (APA-accredited), University of Cincinnati, Cincinnati, Ohio |
| 1982 | Master of Arts (M.A.), Clinical Psychology (APA-accredited), University of Cincinnati, Cincinnati, Ohio |
| 1978 | Bachelor of Arts (A.B.), Psychology, Oberlin College, Oberlin, Ohio |

Postgraduate Training

Oberlin College, Psychological Services

Cleveland Center for Cognitive Therapy

Cincinnati Neurological Associates

Internship, Cincinnati Veterans Affairs Medical Center, Clinical Psychology

Faculty Appointments

Professor - Research Educator (with tenure), Department of Physical Medicine & Rehabilitation, School of Medicine, Wayne State University, Detroit, Michigan, United States, March 2005, Ongoing

Professor, Department of Physical Medicine and Rehabilitation, University of Medicine and Dentistry of New Jersey - New Jersey Medical School, January 2003, January 2005

Associate Professor, Department of Physical Medicine and Rehabilitation, University of Medicine and Dentistry of New Jersey - New Jersey Medical School, January 2000, January 2003

Associate Professor, Department of Physical Medicine and Rehabilitation, Wayne State University School of Medicine, January 1996, January 1999

Adjunct Associate Professor, Department of Psychology, Wayne State University, January 1996, January 1999

Adjunct Assistant Professor, Department of Psychology, Wayne State University, January 1993, January 1996

Associate Graduate Faculty, Wayne State University, January 1991, January 1999

Assistant Professor, Department of Physical Medicine and Rehabilitation, Wayne State University School of Medicine, January 1990, January 1996

Assistant Professor, Department of Physical Medicine and Rehabilitation, University of Cincinnati College of Medicine, January 1988, January 1990

## Hospital or Other Professional Appointments

Acting Chair, Wayne State University, School of Medicine, Department of Physical Medicine & Rehabilitation, Detroit, Michigan, December 2018, January 2019

Director of Research, Rehabilitation Institute of Michigan, January 2005

Senior Research Scientist & Director, Office of Clinical Trials, Kessler Medical Rehabilitation Research & Education Corporation, January 1999, January 2005

Chief, Rehabilitation Institute of Michigan, January 1993, January 1999

Associate Director, Rehabilitation Institute of Michigan, January 1990, January 1993

Assistant Director, University of Cincinnati Medical Center, Brain Injury Program, January 1988, January 1990

## Major Professional Societies

| | |
|---|---|
| Nov 2006 - Present | Royal Statistical Society |
| Jul 1985 - Jan 2002 | American Psychological Association |
| Jan 2002 - Present | American Psychological Association |
| Dec 1994 - Present | American Statistical Association |

## Medical Licensure

Psychology, Michigan, United States, License Number: 6301007792, Active, 1990, 2019-08-31

## Board Certification

American Statistical Association, 2010

Royal Statistical Society (UK), 2007

American Board of Professional Psychology, Clinical Psychology, Certification Number: 6279, 2007, 2019, Lifetime Board Certification: Yes

American Board of Professional Psychology , Rehabilitation Psychology, Certification Number: 4919, 1997, 2019, Lifetime Board Certification: Yes

American Board of Professional Psychology, Clinical Neuropsycholohy, Certification Number: 4176, 1992, 2027

## Honors/Awards

**January 2006**

Physician / Faculty of the Year, Rehabilitation Institute of Michigan

**January 2005**

Fellow, American Psychological Association,

(Div. 5 - Evaluation, Measurement, and Statistics)

**January 2004**

Fellow, American Psychological Association,

(Div. 22 - Rehabilitation Psychology)

**January 2002**

Fellow, American Psychological Association,

(Div. 40 - Clinical Neuropsychology)

**January 1996**

Fellow, National Academy of Neuropsychology

**January 1974**

Ohio Scholar, Oberlin College

Service: Institutional

**University**

**June 2019 - Ongoing**

Institutional Review Board, (Wayne State University) [Responsibility: Chair]

**May 2017 - Ongoing**

Institutional Review Board, (Wayne State University) [Description: B3 - Expedited Reviewer] [Responsibility: Member]

**October 2010 - October 2013**

Institutional Review Board, (Wayne State University) [Description: B3 Committee] [Responsibility: Chair]

**January 2008 - January 2009**

Department Review Committee, (Wayne State University) [Responsibility: Member]

**January 2007 - January 2011**

Clinical and Translational Science Awards Committee, (Wayne State University) [Responsibility: Member]

**October 2006 - October 2010**

Institutional Review Board, (Wayne State University) [Description: Member - B3] [Responsibility: Member]

**March 2005 - Ongoing**

Associate Chair of Research , (Wayne State University) [Description: Dept of PM&R] [Responsibility: Member]

Service: Professional

**National**

**January 2009 - January 2010**

Panel Member, Neuropsychology Subcommittee - Advancing Integrated Research in Psychological Health and Traumatic Brain Injury: Common Data Elements [Responsibility: Member]
National Institutes of Health, US Department of Defense, & National Institute on Disability and Rehabilitation Research

**January 2003 - July 2003**

Expert Panel Member, Measurement and Treatment Research to Improve Cognition in Schizophrenia (MATRICS) [Responsibility: Member]
NIMH

**Additional Activities**

**January 2011 - January 2012**

> Past President
>   Detroit Chapter - American Statistical Association

**January 2010 - January 2011**

> President
>   Detroit Chapter - American Statistical Association

**January 2009 - January 2010**

> Vice President
>   Detroit Chapter - American Statistical Association

**January 2008 - January 2009**

> Subcommittee Chair, Consensus Conference Statement on the Neuropsychological Assessment of Effort, Response Bias, and Malingering
>   American Academy of Clinical Neuropsychology

**January 2006 - January 2009**

> Advisory Panel Member
>   Wechsler Adult Intelligence Scale IV and Wechsler Memory Scale - IV

**January 1995 - January 1996**

> Treasurer
>   Psychology Disciplinary Interest Group, American Congress of Rehabilitation Medicine

**January 1993 - January 1999**

> Member Representative
>   Association of Postdoctoral Programs in Clinical Neuropsychology

**January 1992 - Ongoing**

> Work Sample Reviewer
>   American Board of Clinical Neuropsychology

**January 1990 - January 1994**

> Surveyor
>   Commission on Accreditation of Rehabilitation Facilities

Service: Other

**Affiliate Medical Organization**

**January 2008 - November 2017**

> Senior Management Group, DMC - Rehabilitation Institute of Michigan

**January 2007 - February 2018**

> Chair, Ethics Committee, DMC - Rehabilitation Institute of Michigan

**January 2006 - January 2007**

> Member, Ethics Committee, DMC - Rehabilitation Institute of Michigan

**January 2005 - Ongoing**

    Director of Research, DMC - Rehabilitation Institute of Michigan

**Consulting**

**January 2013 - Ongoing**

    Neuropsychology Consultant, National Football League

**January 2012 - January 2013**

    Neuropsychology Consultant, Banyan Biomarkers, Inc.

**January 2008 - Ongoing**

    Statistical Consultant, Archives of Physical Medicine & Rehabilitation

**January 2006 - January 2015**

    Statistical Consultant, Pfizer, Inc.

**January 2006 - January 2008**

    Statistical Consultant, Neurorecovery, Inc.

**January 2005 - January 2009**

    Psychometric & Measurement Consultant, Harcourt Assessments

**January 2004 - January 2009**

    Neuropsychology Consultant, Prudential Insurance Company of America


Scholarly Service: Peer-Reviewed Journals

**Editorial Board Member**

**January 2016 - Ongoing**

    Archives of Clinical Neuropsychology, Editorial Board

**January 2011 - Ongoing**

    Journal of Head Trauma Rehabilitation, Editorial Board

**January 2007 - January 2012**

    Assessment, Editorial Board

**January 2000 - January 2005**

    Journal of Spinal Cord Medicine, Editorial Board

**January 1997 - January 2006**

    Journal of Forensic Neuropsychology, Editorial Board

**January 1993 - January 1999**

    Editorial Board, Advances in Medical Psychotherapy

**January 1992 - January 1998**

    Journal of Head Trauma Rehabilitation, Editorial Board

**Additional Activities**

**January 2017 - January 2017**

Psychological Assessment, 01/17 - 12/17

**January 2016 - Ongoing**

The Clinical Neuropsychologist

**January 2009 - January 2011**

Journal of the International Neuropsychological Society

**January 2009 - Ongoing**

Archives of Physical Medicine and Rehabilitation

**January 1999 - January 2006**

Journal of Clinical and Experimental Neuropsychology

**January 1996 - January 2010**

The Clinical Neuropsychologist


Scholarly Service: Grant Review Committees

**National/International**

**January 2008 - January 2010**

US Department of Defense

**January 2007 - January 2008**

National Institute on Disability and Rehabilitation Research - US Department of Education


Teaching

**August 2017 - Ongoing**

Wayne State University, Resident Lecture: Research , Didactic/Traditional Course Teaching, Trainee
(Resident/Fellow/Intern), Lecturer, 10, 50, 80

**January 2016 - Ongoing**

Wayne State University, Mentoring & Advising, Mentoring/Advising, Trainee (Resident/Fellow/Intern), Research
Mentor/Advisor, 100, 400, 25


Essays/Theses/Dissertations

**December 2019 - Ongoing**

Snapp, E, Graduate, Using social cognitive theory to predict physical activity participation for individuals with traumatic brain
injury

**January 2013 - January 2015**

Greene, H., The psychometric properties and clinical utility of the Coping Inventory for Stressful Situations (CISS) in
individuals with traumatic brain injury

**January 2012 - January 2015**

Bashem, J., Detecting suboptimal effort in traumatic brain injury assessment

**January 2008 - January 2015**

Olm-Madden, T., A reliable approach to psychological assessment using cognitive test batteries. External examiner: Doctoral dissertation

**January 2005 - January 2015**

Taneja, C., Utility of the CVLT-II Short Form in differentiating between subgroups of stroke. External examiner: Doctoral dissertation

**January 2004 - January 2015**

Berry, D., Neuropsychological test norms based on multiple samples: Effects of demographic variables, sample characteristics, and substance disorders. Doctoral dissertation

Alverzo, J., Orientation and the onset of neurological complications among brain injury and stroke patients. Doctoral dissertation

**January 2001 - January 2015**

Murji. S., Clinical subtypes in HIV-1 infection. External examiner: Doctoral dissertation

**January 2000 - January 2015**

Coleman, R., Awareness and fitness to drive in a TBI population. Doctoral dissertation

**January 1999 - January 2015**

Stogner, B. L., Prediction of postconcussion syndrome from neuropsychological and personality variables. Doctoral dissertation

**January 1998 - January 2015**

Ross, S. R., Clarifying the construct of schizotypy: Variability as a marker of subtype. Doctoral dissertation

**January 1997 - January 2015**

Coleman, R., Effects of coaching on the detection of malingering on the California Verbal Learning Test: An analog study of malingered head injury. Masters thesis

Anderson, P., Memory functioning in children and adolescents with Williams Syndrome. External examiner: Doctoral dissertation

Nanna, M. J., Comparative power properties of Hotelling's T2 versus the rank transformation test using real pretest/posttest Likert scale data. Doctoral dissertation

**January 1996 - January 2015**

Hanks, R., Ecological validity of measures of executive functioning in a traumatically brain-injured population. Doctoral dissertation

Johnson, P., Standardization of the Visual Object and Space Perception Battery (VOSP) on an American sample. Masters thesis

**January 1994 - January 2015**

Gola, T., Investigation of the validity of common methods to detect simulation in neuropsychological examination of mild traumatic brain injury. Doctoral dissertation

**January 1993 - January 2015**

Czarnota, M., Information processing speed and its relation to attention in a traumatic brain injury population. Doctoral dissertation

Clinical Trials
**Additional Activities**

**January 2005 - January 2005**

Assessment of improvement of motor, sensory, and functional status of chronic Guillain-Barre Syndrome with the use of 4-aminopyridine, Co-Investigator,

03/01/05 - 12/31/05; $165,000; 10%

**January 2002 - January 2003**

A randomized, double-blind, placebo-controlled study of C105 to improve memory in patients suffering from anterior communicating artery syndrome, Co-Investigator,

PI: R. Bogey; Sention, Inc.; 11/01/02 - 06/30/03; $57,780, 15%

**January 2002 - January 2004**

Relationship between fatigue and endocrine abnormalities post traumatic brain injury, Co-Investigator,

PI: E. Elovic; Pharmacia; 11/01/02 - 10/31/04; $60,000, 2%

Efficacy of pharmacological treatment of working memory impairment after traumatic brain injury: Evaluation with fMRI, Co-Investigator,

PI: E. Elovic; Cephalon; 08/01/02 - 07/31/04; $128,387, 2%

**January 1998 - January 1999**

A 30-week study to compare the efficacy and safety of Aricept (5mg a day and 10 mg a day) with placebo in the treatment of dementia associated with multiple sclerosis, Co-Investigator,

PI: O. Khan; Pfizer, Inc., 12/98 - 10/99

**January 1997 - January 1998**

Neuropsychological data collection - Randomized, double-blind, placebo controlled study of intravenous CI-1009 in patients with severe head injury, Coordinator,

PI: W. Coplin; Parke-Davis, 05/97 to 01/98

**January 1995 - January 1997**

Neuropsychological data collection - National acute brain injury study: Hypothermia, Coordinator,

PI: J. Muizelaar; National Institutes of Health (NS-32786), 7/15/95 - 03/97

**January 1995 - January 1996**

Neuropsychological data collection - Multi-center, randomized, double-blind, parallel group trial comparing the efficacy and safety of multiple bolus injections of 5 mg/kg of Selfotel with placebo in intubated, severe closed traumatic brain injured patients, Coordinator,

PI: J Muizelaar; Ciba-Geigy, 5/15/95 - 8/96

Grants, Contracts, and Other Funding

**Completed**

Additional Activities

Defining Ablation Parameters for Optimal Cognitive and Seizure Freedom Outcome with MRI-Guided Stereotactic Laser Ablation in Epilepsy Surgery, Sponsored by Emory University (April 1, 2015 - March 31, 2016) (**$4,656.00**), Completed, February 2017, PI Scott Millis

Prevention of Long-term Consequences of Mild Traumatic Brain Injury (October 1, 2013 - September 29, 2016) (**$591,330.00**), Completed, September 2016, PI Scott Millis

Prevention of Blast-Related Injuries, Sponsored by DoD/USMRAA (August 1, 2012 - January 31, 2016) (**$3,188,362.00**), Completed, January 2016, PI Scott Millis

Treatment for Social Competence in Military Veterans, Service Members and Civilians with Traumatic Brain Injury, Sponsored by Craig Hospital (August 1, 2011 - January 31, 2016) (**$292,134.00**), Completed, January 2016, PI Scott Millis

Assessing development trajectories of the brain biochemistry in ADHD at 4 Tesla, Sponsored by NIH (January 15, 2010 - December 31, 2015) (**$511,597.00**), Completed, December 2015, PI Scott Millis

A new measure of subjective fatigue in persons with traumatic brain injury, Sponsored by National Institute on Disability and Rehabilitation Research , U. S. Department of Education (October 1, 2008 - September 30, 2011) (**$124,025.00**), Completed, September 2011, PI Scott Millis

Project Co-Director & Statistician: Southeastern Michigan Traumatic Brain Injury System., Sponsored by National Institute on Disability and Rehabilitation Research, U. S. Department of Education (October 1, 2008 - September 30, 2011) (**$1,569,845.00**), Completed, September 2011, PI Scott Millis

Neuroanatomical correlates of positive psychology among people with traumatic brain injury: A biopsychosocial model. PI: R Hanks; National Institute on Disability and Rehabilitation Research, Sponsored by U. S. Department of Education (October 1, 2008 - September 30, 2011) (**$450,525.00**), Completed, September 2011, PI Scott Millis

Stroke Care Delivery and Outcomes: Comparison between JCAHO-certified primary stroke centers and non-certified hospitals, Sponsored by Blue Cross Blue Shield (March 1, 2008 - March 1, 2009) (**$83,768.00**), Completed, March 2009, PI Scott Millis

Functional assessment and treatment of neurogenic hypotension due to spinal cord injury, Sponsored by National Institute on Disability and Rehabilitation Research, U. S. Department of Education (September 1, 2005 - August 31, 2006) (**$352,395.00**), Completed, August 2006, PI Scott Millis

National Institute on Disability and Rehabilitation Research and Centers for Disease Control and Prevention traumatic brain injury data comparability study, Sponsored by Centers for Disease Control and Prevention (September 1, 2004 - December 31, 2005) (**$54,080.00**), Completed, December 2005, PI Scott Millis

Retraining driving skills after spinal cord injury: A virtual reality approach, Sponsored by New Jersey Commission on Spinal Cord Research (June 1, 2004 - February 14, 2005) (**$284,514.00**), Completed, February 2005, PI Scott Millis

Examining the demands of driving in multiple sclerosis, Sponsored by National Multiple Sclerosis Society (October 1, 2002 - February 14, 2005) (**$387,341.00**), Completed, February 2005, PI Scott Millis

The Traumatic Brain Injury National Data Center at the Kessler Medical Rehabilitation Research and Education Corporation, Sponsored by National Institute on Disability and Rehabilitation Research, U. S. Department of Education (July 1, 2001 - February 14, 2005) (**$1,740,000.00**), Completed, February 2005, PI Scott Millis

Relating cognitive dysfunction and functional status in multiple sclerosis, Sponsored by National Multiple Sclerosis Society (September 30, 2000 - August 31, 2003) (**$285,154.00**), Completed, August 2003, PI Scott Millis

Body weight supported training for recovery of walking after stroke., Sponsored by Rippel Foundation (January 1, 2003 - June 30, 2003) (**$103,050.00**), Completed, June 2003, PI Scott Millis

Northeast Cognitive Rehabilitation Research Network., Sponsored by National Institutes of Health, National Institute of Child Health and Human Development (November 1, 2001 - June 30, 2002) (**$118,481.00**), Completed, June 2002, PI Scott Millis

Northern New Jersey Spinal Cord Injury System, Sponsored by National Institute on Disability and Rehabilitation Research, U. S. Department of Education (January 6, 2000 - June 19, 2000) (**$1,865,000.00**), Completed, June 2000, PI Scott Millis

Southeastern Michigan Traumatic Brain Injury System: A model system of comprehensive care for persons with traumatic brain injury., Sponsored by National Institute on Disability and Rehabilitation Research, U. S. Department of Education (June 1, 1999 - September 27, 1999) (**$1,409,977.00**), Completed, September 1999, PI Scott Millis

Predictors of health-related quality of life following traumatic brain injury., Sponsored by National Institute on Disability and Rehabilitation Research, U. S. Department of Education (January 1, 1998 - September 27, 1999), Completed, September 1999, PI Scott Millis

Neuropsychological data collection - Southeastern Michigan Traumatic Brain Injury System: A Model System of Comprehensive Care for Persons with Traumatic Brain Injury., Sponsored by National Institute on Disability and Rehabilitation Research, U. S. Department of Education (January 1, 1993 - June 30, 1999) (**$1,813,696.00**), Completed, June 1999, PI Scott Millis

Long-term training grant in rehabilitation psychology, Sponsored by Rehabilitation Services Administration, U. S. Department of Education (September 1, 1994 - August 31, 1997) (**$291,000.00**), Completed, August 1997, PI Scott Millis

Enteral versus parental nutrition support following traumatic brain injury: Rates of infection and neuropsychological outcome., Sponsored by National Institute on Disability and Rehabilitation Research, U. S. Department of Education (January 1, 1993 - May 1, 1994) (**$52,255.00**), Completed, May 1994, PI Scott Millis

## Funded - In Progress

### Institutional

Dissecting the Cognitive Roles of Hippocampus, Sponsored by Emory University (July 1, 2014 - April 30, 2018), awarded July 1, 2014 (**$78,553.00**), Funded - In Progress, April 2018, PI Scott Millis [Type of Grant: Research]

### Additional Activities

Social competence treatment for traumatic brain injury (January 1, 2018), Funded - In Progress, January 2018, PI Scott Millis

Rehabilitation Research Support (January 1, 2016 - December 31, 2018) (**$180,280.00**), Funded - In Progress, January 2016, PI Scott Millis

Visual Gaze and Validity of Cognitive Evaluations (October 1, 2015 - September 29, 2018) (**$596,558.00**), Funded - In Progress, October 2015, PI Scott Millis

## Submitted - Not Funded

### Federal

Brain and behavioral influences on motor skill learning in multiple sclerosis, Sponsored by NIH (January 24, 2020), Submitted - Not Funded, October 2019, PI Nora Fritz [Type of Grant: Research]

Myelin junction therapy in peripheral neuropathies, Sponsored by NIH (January 1, 2020 - January 2, 2023), Submitted - Not Funded, May 2019, CoInvestigator Scott Millis with PI Jun Li [Type of Grant: Research]

Spinal Cord Injury Model System (January 1, 2016), Submitted - Not Funded, January 2016, CoInvestigator Scott Millis [Type of Grant: Research]

### Additional Activities

DETROIT COMMunity Outreach Network: Minimizing the Gap in HypeRtension thrOUgh PatieNt CentereD Healthcare (DETROIT COMMON GROUND), Sponsored by AHRQ (January 1, 2018), Submitted - Not Funded, January 2018, PI Scott Millis

Traditional vs. Psychoeducational interventions to prevent long-term consequences of mild TBI, Sponsored by PCORI (January 1, 2018), Submitted - Not Funded, January 2018, PI Scott Millis

Biopsychosocial prediction of mild traumatic brain injury outcome, Sponsored by Canadian Institutes of Health Research (January 1, 2018), Submitted - Not Funded, January 2018, PI Scott Millis

Non-Conventional Multiparametric MRI Model for Exploratory drug trails in ALS, Sponsored by Muscular Dystrophy Society (January 1, 2018), Submitted - Not Funded, January 2018, PI Scott Millis

Real-world implications for attention, multitasking and neuroplasticity of TBI, Sponsored by NIH R01 (January 1, 2018), Submitted - Not Funded, January 2018, PI Scott Millis

Establishing MR Scurrogates of TBI for improved diagnosis and outcomes prediction, Sponsored by NIH R01 (January 1, 2018), Submitted - Not Funded, January 2018, PI Scott Millis

TBI mild concussion, Sponsored by US DEPARTMENT OF DEFENSE (January 1, 2012), Submitted - Not Funded, January 2012, PI Scott Millis

Prevention of Long-term Consequences of Mild Traumatic Brain Injury, Sponsored by NIDRR (January 1, 2012), Submitted - Not Funded, January 2012, PI Scott Millis

Southeastern Michigan Traumatic Brain Injury System, Sponsored by NIDRR (January 1, 2012), Submitted - Not Funded, January 2012, PI Scott Millis

Southeastern Michigan Spinal Cord Injury System, Sponsored by NIDRR (January 1, 2011), Submitted - Not Funded, January 2011, PI Scott Millis

Scholarship

**Original Observations (Peer Reviewed)**

Completed/Published

1. Seidel GK, Seidel ME, Hakopian D, Alabdulkarim M, Rahman A, Andary MT, Millis SR. Frequency of Electrodiagnostically Measurable Berrettini Anastomosis. Journal of clinical neurophysiology : official publication of the American Electroencephalographic Society. 2019 Jul;

2. Engel TW, Thomas C, Medado P, Bastani A, Reed B, Millis S, O'Neil BJ. End tidal CO and cerebral oximetry for the prediction of return of spontaneous circulation during cardiopulmonary resuscitation. Resuscitation. 2019 Jun;139:174–181.

3. Hanks R, Millis S, Scott S, Gattu R, O'Hara NB, Haacke M, Kou Z. The relation between cognitive dysfunction and diffusion tensor imaging parameters in traumatic brain injury. Brain injury. 2019;33(3):355–363.

4. Hanks RA, Rapport LJ, Seagly K, Millis SR, Scott C, Pearson C. Outcomes after Concussion Recovery Education: Effects of Litigation and Disability Status on Maintenance of Symptoms. Journal of neurotrauma. 2019 Feb;36(4):554–558.

5. Pearson C, Kim DS, Mika VH, Imran Ayaz S, Millis SR, Dunne R, Levy PD. Emergency department visits in patients with low acuity conditions: Factors associated with resource utilization. The American journal of emergency medicine. 2018 Aug;36(8):1327–1331.

6. McLaughlan JK, Vos L, Waldron-Perrine B, Sherman T, Millis SR. Cognitive Log performance among individuals without brain injury in an inpatient rehabilitation setting. Rehabilitation psychology. 2018 Aug;63(3):479–485.

7. Waldron-Perrine B, Kisser JE, Brody A, Haacke EM, Dawood R, Millis S, Levy P. MRI and Neuropsychological Correlates in African Americans With Hypertension and Left Ventricular Hypertrophy. American journal of hypertension. 2018 Jul;31(8):865–868.

8. Robinson DM, Bazzi MS, Millis SR, Bitar AAA. Predictors of readmission to acute care during inpatient rehabilitation for non-traumatic spinal cord injury. The journal of spinal cord medicine. 2018 Jul;41(4):444–449.

9. Harrison-Felix C, Newman JK, Hawley L, Morey C, Ketchum JM, Walker WC, Bell KR, Millis SR, Braden C, Malec J, Hammond FM, Eagye CB, Howe L. Social Competence Treatment after Traumatic Brain Injury: A Multicenter, Randomized, Controlled Trial of Interactive Group Treatment versus Non-Interactive Treatment. Archives of physical medicine and rehabilitation. 2018 Jun;

10. Nouriel JE, Millis SR, Ottolini J, Wilburn JM, Sherwin RL, Paxton JH. Blood pressure variability as an indicator of sepsis severity in adult emergency department patients. The American journal of emergency medicine. 2018 Apr;36(4):560–566.

11. Messana EA, Saely S, Millis SR, Levy PD. Safety and effectiveness of high-dose, weight-based factor VIII inhibitor bypassing activity for warfarin-induced life-threatening bleeding. Blood coagulation & fibrinolysis : an international journal in haemostasis and thrombosis. 2018 Mar;29(2):205–210.

12. Be'eri E, Owen S, Beeri M, Millis SR, Eisenkraft A. A Chemical-Biological-Radio-Nuclear (CBRN) Filter can be Added to the Air-Outflow Port of a Ventilator to Protect a Home Ventilated Patient From Inhalation of Toxic Industrial Compounds. Disaster medicine and public health preparedness. 2018 Feb;1–5.

13. Seraji-Bozorgzad N, Khan O, Cree BAC, Bao F, Caon C, Zak I, Razmjou S, Tselis A, Millis S, Bernitsas E. Cerebral Gray Matter Atrophy Is Associated with the CSF IgG index in African American with Multiple Sclerosis. Journal of neuroimaging : official journal of the American Society of Neuroimaging. 2017;27(5):476–480.

14. Miller JB, Nowak RM, Reed BP, DiSomma S, Nanayakkara P, Moyer M, Millis S, Kinni H, Levy P. Hemodynamic characteristics of suspected stroke in the emergency department. The American journal of emergency medicine. 2017 Dec;35(12):1915–1918.

15. Welch RD, Ellis M, Lewis LM, Ayaz SI, Mika VH, Millis S, Papa L. Modeling the Kinetics of Serum Glial Fibrillary Acidic Protein, Ubiquitin Carboxyl-Terminal Hydrolase-L1, and S100B Concentrations in Patients with Traumatic Brain Injury. Journal of neurotrauma. 2017;34(11):1957–1971.

16. Nowak RM, Reed BP, DiSomma S, Nanayakkara P, Moyer M, Millis S, Levy P. Presenting phenotypes of acute heart failure patients in the ED: Identification and implications. The American journal of emergency medicine. 2017 Apr;35(4):536–542.

17. Brody A, Twiner M, Kumar A, Goldberg E, McNaughton C, Souffront K, Millis S, Levy PD. Survey of Emergency Physician Approaches to Management of Asymptomatic Hypertension. Journal of clinical hypertension (Greenwich, Conn). 2017 Mar;19(3):265–269.

18. Seraji-Bozorgzad N. ., Khan O, Cree B a. c., Bao F, Caon C, Zak I, Razmjou S, Tselis A, Millis S, Bernitsas E. Cerebral Gray Matter Atrophy Is Associated with the CSF IgG index in African American with Multiple Sclerosis. Journal of Neuroimaging. 2017;27(5):476–480.

19. Bernitsas E, Khan O, Razmjou S, Tselis A, Bao F, Caon C, Millis S, Seraji-Bozorgzad N. Cerebrospinal fluid humoral immunity in the differential diagnosis of multiple sclerosis. PloS one.2017;12(7):e0181431.

20. Miller JB, Nowak RM, Reed BP, DiSomma S, Nanayakkara P, Moyer M, Millis S, Kinni H, Levy P. Hemodynamic characteristics of suspected stroke in the emergency department. American Journal of Emergency Medicine. 2017;35(12):1915–1918.

21. Reslan S, Kalpakjian CZ, Hanks RA, Millis SR, Bombardier CH. Rasch analysis of alcohol abuse and dependence diagnostic criteria in persons with spinal cord injury. Spinal Cord. 2017;55(5):497–501.

22. Nowak RM, Reed BP, DiSomma S, Nanayakkara P, Moyer M, Millis S, Levy P. Presenting phenotypes of acute heart failure patients in the ED: Identification and implications. American Journal of Emergency Medicine. 2017;35(4):536–542.

23. Brody A, Twiner M, Kumar A, Goldberg E, McNaughton C, Souffront K, Millis S, Levy PD. Survey of Emergency Physician Approaches to Management of Asymptomatic Hypertension. Journal of Clinical Hypertension. 2017;19(3):265–269.

24. Wilson SS, Kwiatkowski GM, Millis SR, Purakal JD, Mahajan AP, Levy PD. Use of nitroglycerin by bolus prevents intensive care unit admission in patients with acute hypertensive heart failure. American Journal of Emergency Medicine. 2017;35(1):126–131.

25. Ayaz SI, Sharkey CM, Kwiatkowski GM, Wilson SSS, John RS, Tolomello R, Mahajan A, Millis S, Levy PD. Intravenous enalaprilat for treatment of acute hypertensive heart failure in the emergency department. International journal of emergency medicine. 2016 Dec;9(1):28.

26. Hanks RA, Rapport LJ, Waldron Perrine B, Millis SR. Correlates of resilience in the first 5 years after traumatic brain injury. Rehabilitation psychology. 2016;61(3):269–276.

27. Nowak RM, Reed BP, Nanayakkara P, DiSomma S, Moyer ML, Millis S, Levy P. Presenting hemodynamic phenotypes in ED patients with confirmed sepsis. The American journal of emergency medicine. 2016 Dec;34(12):2291–2297.

28. Brody AM, Sharma VK, Singh A, Kumar VA, Goldberg EM, Millis SR, Levy PD. Barriers to emergency physician diagnosis and treatment of uncontrolled chronic hypertension. American Journal of Emergency Medicine. 2016;34(11):2241–2242.

29. Nowak RM, Reed BP, Nanayakkara P, DiSomma S, Moyer ML, Millis S, Levy P. Presenting hemodynamic phenotypes in ED patients with confirmed sepsis. American Journal of Emergency Medicine. 2016;34(12):2291–2297.

30. Hanks RA, Rapport LJ, Perrine BW, Millis SR. Correlates of resilience in the first 5 years after traumatic brain injury. Rehabilitation Psychology. 2016;61(3):269–276.

31. Zenisek R, Millis SR, Banks SJ, Miller JB. Prevalence of below-criterion Reliable Digit Span scores in a clinical sample of older adults. Archives of Clinical Neuropsychology. 2016;31(5):426–433.

32. Kalra A, Saif T, Shen M, Jin X, Zhu F, Begeman P, Yang KH, Millis S. Characterization of Human Rib Biomechanical Responses due to Three-Point Bending. Stapp car crash journal. 2015 Nov;59:113–30.

33. Kalra A, Saif T, Shen M, Jin X, Zhu F, Begeman P, Yang KH, Millis S. Characterization of Human Rib Biomechanical Responses due to Three-Point Bending. Stapp car crash journal. 2015;59:113–130.

34. Brody A, Rahman T, Reed B, Millis S, Ference B, Flack JM, Levy PD. Safety and efficacy of antihypertensive prescription at emergency department discharge. Academic Emergency Medicine. 2015;22(5):632–635.

35. Greene HA, Rapport LJ, Millis SR, Hanks RA, Williams MW. Rasch analysis of the coping inventory for stressful situations in individuals with moderate to severe traumatic brain injury. Archives of Physical Medicine and Rehabilitation. 2015;96(4):659–666.

36. Bernitsas E, Bao F, Seraji-Bozorgzad N. ., Chorostecki J, Santiago C, Tselis A, Caon C, Zak I, Millis S, Khan O. Spinal cord atrophy in multiple sclerosis and relationship with disability across clinical phenotypes. Multiple Sclerosis and Related Disorders. 2015;4(1):47–51.

37. Drane DL, Loring DW, Voets NL, Price M, Ojemann JG, Willie JT, Saindane AM, Phatak V, Ivanisevic M, Millis S, Helmers SL, Miller JW, Meador KJ, Gross RE. Better object recognition and naming outcome with MRI-guided stereotactic laser amygdalohippocampotomy for temporal lobe epilepsy. Epilepsia. 2015;56(1):101–113.

38. Williams MW, Rapport LJ, Millis SR, Hanks RA. Psychosocial outcomes after traumatic brain injury: Life satisfaction, community integration, and distress. Rehabilitation Psychology. 2014;59(3):298–305.

39. Bashem JR, Rapport LJ, Miller JB, Hanks RA, Axelrod BN, Millis SR. Comparisons of five performance validity indices in bona fide and simulated traumatic brain injury. Clinical Neuropsychologist. 2014;28(5):851–875.

40. Davis JJ, Millis SR. Examination of performance validity test failure in relation to number of tests administered. Clinical Neuropsychologist. 2014;28(2):199–214.

41. Hanks RA, Rapport LJ, Waldron-Perrine B. ., Millis SR. Role of character strengths in outcome after mild complicated to severe traumatic brain injury: A positive psychology study. Archives of Physical Medicine and Rehabilitation. 2014;95(11):2096–2102.

42. Gardizi E, Hanks RA, Millis SR, Figueroa MJ. Comorbidity and insurance as predictors of disability after traumatic brain injury. Archives of Physical Medicine and Rehabilitation. 2014;95(12):2396–2401.

43. Millis SR, Meachen S -j., Griffen JA, Hanks RA, Rapport LJ. Rasch analysis of the community integration measure in persons with traumatic brain injury. Archives of Physical Medicine and Rehabilitation. 2014;95(4):734–740.

44. Binder LM, Larrabee GJ, Millis SR. Intent to fail: Significance testing of forced choice test results. Clinical Neuropsychologist. 2014;28(8):1366–1375.

45. Pellicane AJ, Millis SR, Barker K d. d., Temme KE, Sayyad A, Oswald MC, Roth EJ. The effect of protein and calorie intake on prealbumin, complications, length of stay, and function in the acute rehabilitation inpatient with stroke. NeuroRehabilitation. 2013;33(3):367–376.

46. Hanks RA, Sander AM, Millis SR, Hammond FM, Maestas KL. Changes in sexual functioning from 6 to 12 months following traumatic brain injury: A prospective tbi model system multicenter study. Journal of Head Trauma Rehabilitation. 2013;28(3):179–185.

47. Davis JJ, Axelrod BN, Mchugh TS, Hanks RA, Millis SR. Number of impaired scores as a performance validity indicator. Journal of Clinical and Experimental Neuropsychology. 2013;35(4):413–420.

48. Silverberg ND, Lange RT, Millis SR, Rose A, Hopp G, Leach S, Iverson GL. Post-concussion symptom reporting after multiple mild traumatic brain injuries. Journal of Neurotrauma. 2013;30(16):1398–1404.

49. Dyke V, Millis, Axelrod, Hanks. Assessing effort: Differentiating performance and symptom validity. Clinical Neuropsychologist. 2013;27(8):1234–1246.

50. Williams MW, Rapport LJ, Hanks RA, Millis SR, Greene HA. Incremental validity of neuropsychological evaluations to computed tomography in predicting long-term outcomes after traumatic brain injury. Clinical Neuropsychologist. 2013;27(3):356–375.

51. Rajamani K, Millis S, Watson S, Mada F, Salowich-Palm L. ., Hinton S, Chaturvedi S. Thrombolysis for acute ischemic stroke in joint commission-certified and -noncertified hospitals in michigan. Journal of Stroke and Cerebrovascular Diseases. 2013;22(1):49–54.

52. Bhattacharya P, Mada F, Salowich-Palm L. ., Hinton S, Millis S, Watson SR, Chaturvedi S, Rajamani K. Are racial disparities in stroke care still prevalent in certified stroke centers? Journal of Stroke and Cerebrovascular Diseases. 2013;22(4):383–388.

53. Pellicane AJ, Millis SR, Zimmerman SE, Roth EJ. Calorie and protein intake in acute rehabilitation inpatients with traumatic spinal cord injury versus other diagnoses. Topics in Spinal Cord Injury Rehabilitation. 2013;19(3):229–235.

54. Gardizi E, Millis SR, Hanks R, Axelrod B. Rasch analysis of the Postconcussive Symptom Questionnaire: Measuring the core construct of brain injury symptomatology. Clinical Neuropsychologist. 2012;26(6):869–878.

55. Davis JJ, Millis SR, Axelrod BN. Derivation of an embedded rey auditory verbal learning test performance validity indicator. Clinical Neuropsychologist. 2012;26(8):1397–1408.

56. Holcomb EM, Millis SR, Hanks RA. Comorbid disease in persons with traumatic brain injury: Descriptive findings using the modified cumulative illness rating scale. Archives of Physical Medicine and Rehabilitation. 2012;93(8):1338–1342.

57. Miller JB, Axelrod BN, Rapport LJ, Millis SR, Vandyke S, Schutte C, Hanks RA. Parsimonious prediction of Wechsler Memory Scale, Fourth Edition scores: Immediate and delayed memory indexes. Journal of Clinical and Experimental Neuropsychology. 2012;34(5):531–542.

58. Rohling ML, Larrabee GJ, Millis SR. The miserable minority following mild traumatic brain injury: Who are they and do meta-analyses hide them? Clinical Neuropsychologist. 2012;26(2):197–213.

59. Johnson SC, Silverberg ND, Millis SR, Hanks RA. Symptom validity indicators embedded in the controlled oral word association test. Clinical Neuropsychologist. 2012;26(7):1230–1241.

60. Holdnack JA, Zhou X, Larrabee GJ, Millis SR, Salthouse TA. Confirmatory factor analysis of the WAIS-IV/WMS-IV. Assessment. 2011;18(2):178–191.

61. Schutte C, Millis S, Axelrod B, Vandyke S. Derivation of a composite measure of embedded symptom validity indices. Clinical Neuropsychologist. 2011;25(3):454–462.

62. Miller JB, Millis SR, Rapport LJ, Bashem JR, Hanks RA, Axelrod BN. Detection of insufficient effort using the advanced clinical solutions for the wechsler memory scale, fourth edition. Clinical Neuropsychologist. 2011;25(1):160–172.

63. Bercaw EL, Hanks RA, Millis SR, Gola TJ. Changes in neuropsychological performance after traumatic brain injury from inpatient rehabilitation to 1-year follow-up in predicting 2-year functional outcomes. Clinical Neuropsychologist. 2011;25(1):72–89.

64. Whiteneck GG, Dijkers MP, Heinemann AW, Bogner JA, Bushnik T, Cicerone KD, Corrigan JD, Hart T, Malec JF, Millis SR. Development of the participation assessment with recombined tools- Objective for use after traumatic brain injury. Archives of Physical Medicine and Rehabilitation. 2011;92(4):542–551.

65. Mrazik M, Millis S, Drane DL. The oral trail making test: Effects of age and concurrent validity. Archives of Clinical Neuropsychology. 2010;25(3):236–243.

66. Wolfe PL, Millis SR, Hanks R, Fichtenberg N, Larrabee GJ, Sweet JJ. Effort indicators within the California verbal learning test-II (CVLT-II). Clinical Neuropsychologist. 2010;24(1):153–168.

67. Ylioja S, Hanks R, Baird A, Millis S. Are cognitive outcome and recovery different in civilian penetrating versus non-penetrating brain injuries? Clinical Neuropsychologist. 2010;24(7):1097–1112.

68. Miller JB, Fichtenberg NL, Millis SR. Diagnostic efficiency of an ability-focused battery. Clinical Neuropsychologist. 2010;24(4):678–688.

69. Kirsch NL, de L MB, Maio RF, Millis SR, Tan-Schriner CU, Frederiksen S. Characteristics of a Mild Head Injury Subgroup With Extreme, Persisting Distress on the Rivermead Postconcussion Symptoms Questionnaire. Archives of Physical Medicine and Rehabilitation. 2010;91(1):35–42.

70. Schultheis MT, Weisser V, Ang J, Elovic E, Nead R, Sestito N, Fleksher C, Millis SR. Examining the Relationship Between Cognition and Driving Performance in Multiple Sclerosis. Archives of Physical Medicine and Rehabilitation. 2010;91(3):465–473.

71. Boster A, Hreha S, Berger JR, Bao F, Penmesta R, Tselis A, Endress C, Zak I, Perumal J, Caon C, Vazquez J, Tyler KL, Racke MK, Millis S, Khan O. Progressive multifocal leukoencephalopathy and relapsing-remitting multiple sclerosis: A comparative study. Archives of Neurology. 2009;66(5):593–599.

72. Randolph C, Millis S, Barr WB, McCrea M, Guskiewicz KM, Hammeke TA, Kelly JP. Concussion symptom inventory: An empirically derived scale for monitoring resolution of symptoms following sport-related concussion. Archives of Clinical Neuropsychology. 2009;24(3):219–229.

73. Leon de, Kirsch, Maio, Tan-Schriner, Millis, Frederiksen, Tanner, Breer. Baseline Predictors of Fatigue 1 Year After Mild Head Injury. Archives of Physical Medicine and Rehabilitation. 2009;90(6):956–965.

74. Silverberg ND, Millis SR. Impairment versus deficiency in neuropsychological assessment: Implications for ecological validity. Journal of the International Neuropsychological Society. 2009;15(1):94–102.

75. Iramaneerat C, Smith Jr., Millis SR, Lyden PD. Selecting a measurement model for the analysis of the national institutes of health stroke scale. International Journal of Neuroscience. 2009;119(7):1042–1059.

76. Meachen S -j., Hanks RA, Millis SR, Rapport LJ. The Reliability and Validity of the Brief Symptom Inventory-18 in Persons With Traumatic Brain Injury. Archives of Physical Medicine and Rehabilitation. 2008;89(5):958–965.

77. Tsanadis J, Montoya E, Hanks RA, Millis SR, Fichtenberg NL, Axelrod BN. Brain injury severity, litigation status, and self-report of postconcussive symptoms. Clinical Neuropsychologist. 2008;22(6):1080–1092.

78. Kashluba S, Hanks RA, Casey JE, Millis SR. Neuropsychologic and Functional Outcome After Complicated Mild Traumatic Brain Injury. Archives of Physical Medicine and Rehabilitation. 2008;89(5):904–911.

79. Elovic EP, Brashear A, Kaelin D, Liu J, Millis SR, Barron R, Turkel C. Repeated Treatments With Botulinum Toxin Type A Produce Sustained Decreases in the Limitations Associated With Focal Upper-Limb Poststroke Spasticity for Caregivers and Patients. Archives of Physical Medicine and Rehabilitation. 2008;89(5):799–806.

80. Hanks RA, Millis SR, Ricker JH, Giacino JT, Nakese-Richardson R. ., Frol AB, Novack TA, Kalmar K, Sherer M, Gordon WA. The Predictive Validity of a Brief Inpatient Neuropsychologic Battery for Persons With Traumatic Brain Injury. Archives of Physical Medicine and Rehabilitation. 2008;89(5):950–957.

81. Silverberg ND, Hanks RA, Buchanan L, Fichtenberg N, Millis SR. Detecting response bias with performance patterns on an expanded version of the controlled oral word association test. Clinical Neuropsychologist. 2008;22(1):140–157.

82. Hart T, Hanks R, Bogner JA, Millis S, Esselman P. Blame attribution in intentional and unintentional traumatic brain injury: Longitudinal changes and impact on subjective well-being. Rehabilitation Psychology. 2007;52(2):152–161.

83. Schultheis MT, Schultheis MT, Rebimbas J, Mourant R, Millis SR. Examining the usability of a virtual reality driving simulator. Assistive Technology. 2007;19(1):1–10.

84. Larrabee GJ, Millis SR, Meyers JE. Sensitivity to brain dysfunction of the halstead-reitan vs an ability-focused neuropsychological battery. Clinical Neuropsychologist. 2007;22(5):813–825.

85. Chu B -c., Millis S, Arango-Lasprilla JC, Hanks R, Novack T, Hart T. Measuring recovery in new learning and memory following traumatic brain injury: A mixed-effects modeling approach. Journal of Clinical and Experimental Neuropsychology. 2007;29(6):617–625.

86. Corrigan JD, Selassie AW, Lineberry LA, Millis SR, Wood KD, Pickelsimer EE, Rosenthal M. Comparison of the Traumatic Brain Injury (TBI) Model Systems National Dataset to a Population-Based Cohort of TBI Hospitalizations. Archives of Physical Medicine and Rehabilitation. 2007;88(4):418–426.

87. Matheis RJ, Schultheis MT, Tiersky LA, DeLuca J, Millis SR, Rizzo A. Is learning and memory different in a virtual environment? Clinical Neuropsychologist. 2007;21(1):146–161.

88. Benson RR, Meda SA, Vasudevan S, Kou Z, Govindarajan KA, Hanks RA, Millis SR, Makki M, Latif Z, Coplin W, Meythaler J, Haacke EM. Global white matter analysis of diffusion tensor images is predictive of injury severity in traumatic brain injury. Journal of Neurotrauma. 2007;24(3):446–459.

89. Millis SR, Straube D, Iramaneerat C, Smith Jr., Lyden P. Measurement Properties of the National Institutes of Health Stroke Scale for People With Right- and Left-Hemisphere Lesions: Further Analysis of the Clomethiazole for Acute Stroke Study-Ischemic (Class-I) Trial. Archives of Physical Medicine and Rehabilitation. 2007;88(3):302–308.

90. Ross SR, Putnam SH, Millis SR, Adams KM, Krukowski RA. Detecting insufficient effort using the seashore rhythm and speech-sounds perception tests in head injury. Clinical Neuropsychologist. 2006;20(4):798–815.

91. Hart T, Whyte J, Millis S, Bode R, Malec J, Richardson RN, Hammond F. Dimensions of Disordered Attention in Traumatic Brain Injury: Further Validation of the Moss Attention Rating Scale. Archives of Physical Medicine and Rehabilitation. 2006;87(5):647–655.

92. Axelrod BN, Fichtenberg NL, Millis SR, Wertheimer JC. Detecting incomplete effort with digit span from the Wechsler Adult Intelligence Scale - Third Edition. Clinical Neuropsychologist. 2006;20(3):513–523.

93. Simone LK, Schultheis MT, Rebimbas J, Millis SR. Head-mounted displays for clinical virtual reality applications: Pitfalls in understanding user behavior while using technology. Cyberpsychology and Behavior. 2006;9(5):591–602.

94. Lequerica AH, Rapport LJ, Whitman RD, Millis SR, Vangel Jr., Hanks RA, Axelrod BN. Psychometric properties of the rehabilitation therapy engagement scale when used among individuals with acquired brain injury. Rehabilitation Psychology. 2006;51(4):331–337.

95. Lehtonen S, Stringer AY, Millis S, Boake C, Englander J, Hart T, High W, Macciocchi S, Meythaler J, Novack T, Whyte J. Neuropsychological outcome and community re-integration following traumatic brain injury: The impact of frontal and non-frontal lesions. Brain Injury. 2005;19(4):239–256.

96. Linsenmeyer TA, Harrison B, Oakley A, Kirshblum S, Stock JA, Millis SR. Evaluation of cranberry supplement for reduction of urinary tract infections in individuals with neurogenic bladders secondary to spinal cord injury. A prospective, double-blinded, placebo-controlled, crossover study. Journal of Spinal Cord Medicine. 2004;27(1):29–34.

97. Millis SR, Campagnolo DI, Kirshblum S, Elovic E, Jain SS, DeLisa JA. Improving resident research in physical medicine and rehabilitation: impact of a structured training program. The journal of spinal cord medicine. 2004;27(5):428–433.

98. Ross SR, Millis SR, Krukowski RA, Putnam SH, Adams KM. Detecting Incomplete Effort on the MMPI-2: An Examination of the Fake-Bad Scale in Mild Head Injury. Journal of Clinical and Experimental Neuropsychology. 2004;26(1):115–124.

99. Johnston MV, Wood K, Millis S, Page S, Chen D. Perceived quality of care and outcomes following spinal cord injury: Minority status in the context of multiple predictors. Journal of Spinal Cord Medicine. 2004;27(3):241–251.

100. Kirshblum S, Millis S, McKinley W, Tulsky D. Late neurologic recovery after traumatic spinal cord injury. Archives of Physical Medicine and Rehabilitation. 2004;85(11):1811–1817.

101. Bush BA, Novack TA, Malec JF, Stringer AY, Millis SR, Madan A. Validation of a Model for Evaluating Outcome after Traumatic Brain Injury. Archives of Physical Medicine and Rehabilitation. 2003;84(12):1803–1807.

102. Rohling ML, Meyers JE, Millis SR. Neuropsychological Impairment Following Traumatic Brain Injury: A Dose-Response Analysis. Clinical Neuropsychologist. 2003;17(3):289–302.

103. Sherer M, Nick TG, Millis SR, Novack TA. Use of the WCST and the WCST-64 in the assessment of traumatic brain injury. Journal of Clinical and Experimental Neuropsychology. 2003;25(4):512–520.

104. Hart T, Millis S, Novack T, Englander J, Fidler-Sheppard R. ., Bell KR. The relationship between neuropsychologic function and level of caregiver supervision at 1 year after traumatic brain injury. Archives of Physical Medicine and Rehabilitation. 2003;84(2):221–230.

105. Hillary FG, Schultheis MT, Challis BH, Millis SR, Carnevale GJ, Galshi T, DeLuca J. Spacing of repetitions improves learning and memory after moderate and severe TBI. Journal of Clinical and Experimental Neuropsychology. 2003;25(1):49–58.

106. Hart T, Whyte J, Polansky M, Millis S, Hammond FM, Sherer M, Bushnik T, Hanks R, Kreutzer J. Concordance of patient and family report of neurobehavioral symptoms at 1 year after traumatic brain injury. Archives of Physical Medicine and Rehabilitation. 2003;84(2):204–213.

107. Hanks RA, Wood DL, Millis S, Harrison-Felix C. ., Pierce CA, Rosenthal M, Bushnik T, High Jr., Kreutzer J. Violent traumatic brain injury: Occurrence, patient characteristics, and risk factors from the Traumatic Brain Injury Model Systems project. Archives of Physical Medicine and Rehabilitation. 2003;84(2):249–254.

108. Millis SR. Warrington's recognition memory test in the detection of response bias. Journal of Forensic Neuropsychology. 2003;2(4-Mar):147–166.

109. Movsas SB, Chang VT, Tunkel RS, Shah VV, Ryan LS, Millis SR. Rehabilitation Needs of an Inpatient Medical Oncology Unit. Archives of Physical Medicine and Rehabilitation. 2003;84(11):1642–1646.

110. Tai Q, Kirshblum S, Chen B, Millis S, Johnston M, DeLisa JA. Gabapentin in the treatment of neuropathic pain after spinal cord injury: A prospective, randomized, double-blind, crossover trial. Journal of Spinal Cord Medicine. 2002;25(2):100–105.

111. Meyers JE, Millis SR, Volkert K. A validity index for the MMPI-2. Archives of Clinical Neuropsychology. 2002;17(2):157–169.

112. Campagnolo DI, Filart RA, Millis SR, Lann DE. Appropriateness of the Ilfeld Psychiatric Symptom Index as a screening tool for depressive symptomatology in persons with spinal cord injury. Journal of Spinal Cord Medicine. 2002;25(2):129–132.

113.  Carnevale GJ, Anselmi V, Busichio K, Millis SR. Changes in ratings of caregiver burden following a community-based behavior management program for persons with traumatic brain injury. Journal of Head Trauma Rehabilitation. 2002;17(2):83–95.

114.  Schultheis MT, Garay E, Millis SR, DeLuca J. Motor vehicle crashes and violations among drivers with multiple sclerosis. Archives of Physical Medicine and Rehabilitation. 2002;83(8):1175–1178.

115.  Coleman RD, Rapport LJ, Ergh TC, Hanks RA, Ricker JH, Millis SR. Predictors of driving outcome after traumatic brain injury. Archives of Physical Medicine and Rehabilitation. 2002;83(10):1415–1422.

116.  Kirshblum SC, Memmo P, Kim N, Campagnolo D, Millis S. Comparison of the revised 2000 American Spinal Injury Association Classification Standards with the 1996 guidelines. American Journal of Physical Medicine and Rehabilitation. 2002;81(7):502–505.

117.  Price LR, Tulsky D, Millis S, Weiss L. Redefining the factor structure of the Wechsler Memory Scale-III: Confirmatory factor analysis with cross-validation. Journal of Clinical and Experimental Neuropsychology. 2002;24(5):574–585.

118.  Ross SR, Millis SR, Bonebright TL, Bailley SE. Confirmatory factor analysis of the Behavioral Inhibition and Activation Scales. Personality and Individual Differences. 2002;33(6):861–865.

119.  Millis SR, Jain SS, Eyles M, Tulsky D, Nadler SF, Foye PM, Elouic E, DeLisa JA. Assessing physicians' interpersonal skills: Do patients and physicians see eye-to-eye? American Journal of Physical Medicine and Rehabilitation. 2002;81(12):946–951.

120.  Zafonte RD, Wood DL, Harrison-Felix CL, Millis SR, Valena NV. Severe penetrating head injury: A study of outcomes. Archives of Physical Medicine and Rehabilitation. 2001;82(3):306–310.

121.  Millis SR, Volinsky CT. Assessment of response bias in mild head injury: Beyond malingering tests. Journal of Clinical and Experimental Neuropsychology. 2001;23(6):809–828.

122.  Martens M, Donders J, Millis SR. Evaluation of invalid response sets after traumatic head injury. Journal of Forensic Neuropsychology. 2001;2(1):1–18.

123.  Ricker JH, MÈ_ller R -a., Zafonte RD, Black KM, Millis SR, Chugani H. Verbal recall and recognition following traumatic brain injury: A [O-15]-water positron emission tomography study. Journal of Clinical and Experimental Neuropsychology. 2001;23(2):196–206.

124.  Ho CH, Kirshblum S, Linsenmeyer TA, Millis SR. Effects of the routine change of chronic indwelling Foley catheters in persons with spinal cord injury. Journal of Spinal Cord Medicine. 2001;24(2):101–104.

125.  Malina A, Regan T, Bowers D, Millis S. Psychometric analysis of the Visual Form Discrimination Test. Perceptual and Motor Skills. 2001;92(2):449–455.

126.  Kirshblum S, Lim S, Garstang S, Millis S. Electrodiagnostic changes of the lower limbs in subjects with chronic complete cervical spinal cord injury. Archives of Physical Medicine and Rehabilitation. 2001;82(5):604–607.

127.  Boake C, Millis SR, High Jr., Delmonico RL, Kreutzer JS, Rosenthal M, Sherer M, Ivanhoe CB. Using early neuropsychologic testing to predict long-term productivity outcome from traumatic brain injury. Archives of Physical Medicine and Rehabilitation. 2001;82(6):761–768.

128.  Millis SR, Rosenthal M, Novack TA, Sherer M, Nick TG, Kreutzer JS, High Jr., Ricker JH. Long-term neuropsychological outcome after traumatic brain injury. Journal of Head Trauma Rehabilitation. 2001;16(4):343–355.

129.  Black K, Zafonte R, Millis S, Desantis N, Harrison-Felix C. ., Wood D, Mann N. Sitting balance following brain injury: Does it predict outcome? Brain Injury. 2000;14(2):141–152.

130.  Sweet JJ, Demakis GJ, Ricker JH, Millis SR. Diagnostic efficiency and material specificity of the Warrington Recognition Memory Test: A collaborative multisite investigation. Archives of Clinical Neuropsychology. 2000;15(4):301–309.

131. Zafonte R, Millis S, Mann N, Black K, Watanabe T, DeSantis N, Pelshaw C. Functional independence measure prediction: An initial evaluation of residents' skills. American Journal of Physical Medicine and Rehabilitation. 2000;79(3):278–282.

132. Ho CH, Linsenmeyer TA, Millis SR. The reproducibility of urodynamic studies of neurogenic bladders in spinal cord injury. Journal of Spinal Cord Medicine. 2000;23(4):276–283.

133. Grew M, Kirshblum SC, Wood K, Millis SR, Ma R. The ankle brachial index in chronic spinal cord injury: A pilot study. Journal of Spinal Cord Medicine. 2000;23(4):284–288.

134. Fichtenberg NL, Millis SR, Mann NR, Zafonte RD, Millard AE. Factors associated with insomnia among post-acute traumatic brain injury survivors. Brain Injury. 2000;14(7):659–667.

135. Hanks RA, Rapport LJ, Millis SR, Deshpande SA. Measures of executive functioning as predictors of functional ability and social integration in a rehabilitation sample. Archives of Physical Medicine and Rehabilitation. 1999;80(9):1030–1037.

136. Jong CN, Zafonte RD, Millis SR, Yavuzer G. The effect of cocaine on traumatic brain injury outcome: A preliminary evaluation. Brain Injury. 1999;13(12):1017–1023.

137. Millis SR, Malina AC, Bowers DA, Ricker JH. Confirmatory factor analysis of the Wechsler Memory Scale-III. Journal of Clinical and Experimental Neuropsychology. 1999;21(1):87–93.

138. Watanabe TK, Black KL, Zafonte RD, Millis SR, Mann NR. Do calendars enhance posttraumatic temporal orientation?: A pilot study. Brain Injury. 1998;12(1):81–85.

139. Wall JR, Millis SR. Can motor measures tell us if someone is trying? An assessment of sincerity of effort in simulated malingering. International Journal of Rehabilitation and Health. 1998;4(1):51–57.

140. Millis SR, Ross SR, Ricker JH. Detection of incomplete effort on the Wechsler adult intelligence scale- revised: A cross-validation. Journal of Clinical and Experimental Neuropsychology. 1998;20(2):167–173.

141. Rapport LJ, Millis SR, Bonello PJ. Validation of the Warrington theory of visual processing and the visual object and space perception battery. Journal of Clinical and Experimental Neuropsychology. 1998;20(2):211–220.

142. Coleman RD, Rapport LJ, Millis SR, Ricker JH, Farchione TJ. Effects of coaching on detection of malingering on the California verbal learning test. Journal of Clinical and Experimental Neuropsychology. 1998;20(2):201–210.

143. Malina AC, Bowers DA, Millis SR, Uekert S. Internal consistency of the Warrington recognition memory test. Perceptual and Motor Skills. 1998;86(3 PART 2):1320–1322.

144. Rapport LJ, Hanks RA, Millis SR, Deshpande SA. Executive functioning and predictors of falls in the rehabilitation setting. Archives of Physical Medicine and Rehabilitation. 1998;79(6):629–633.

145. Ross SR, Bailley SE, Millis SR. Positive self-presentation effects and the detection of defensiveness on the NEO PI-R. Assessment. 1997;4(4):395–408.

146. Zafonte RD, Mann NR, Millis SR, Black KL, Wood DL, Hammond F. Posttraumatic amnesia: Its relation to functional outcome. Archives of Physical Medicine and Rehabilitation. 1997;78(10):1103–1106.

147. Nabors NA, Millis SR, Rosenthal M. Use of the Neurobehavioral Cognitive Status Examination (Cognistat) in traumatic brain injury. Journal of Head Trauma Rehabilitation. 1997;12(3):79–84.

148. Bonello PJ, Rapport LJ, Millis SR. Psychometric properties of the Visual Object and Space Perception Battery in normal older adults. Clinical Neuropsychologist. 1997;11(4):436–442.

149. Ross SR, Millis SR, Rosenthal M. Neuropsychological prediction of psychosocial outcome after traumatic brain injury. Applied Neuropsychology. 1997;4(3):165–170.

150. Zafonte RD, Mann NR, Millis SR, Wood DL, Lee CY, Black KL. Functional outcome after violence related traumatic brain injury. Brain Injury. 1997;11(6):403–407.

151. Deshpande AA, Millis SR, Zafonte RD, Hammond FM, Wood DL. Risk factors for acute care transfer among traumatic brain injury patients. Archives of Physical Medicine and Rehabilitation. 1997;78(4):350–352.

152. Ricker JH, Millis SR. Differential visuospatial dysfunction following striatal, frontal white matter, or posterior thalamic infarction. International Journal of Neuroscience. 1996;84(4-Jan):75–85.

153. Zafonte RD, Hammond FM, Mann NR, Wood DL, Millis SR, Black KL. Revised trauma score: An additive predictor of disability following traumatic brain injury? American Journal of Physical Medicine and Rehabilitation. 1996;75(6):456–461.

154. Zafonte RD, Hammond FM, Mann NR, Wood DL, Black KL, Millis SR. Relationship between Glasgow Coma Scale and functional outcome. American Journal of Physical Medicine and Rehabilitation. 1996;75(5):364–369.

155. Milanovich JR, Axelrod BN, Millis SR. Validation of the Simulation Index-Revised with a mixed clinical population. Archives of Clinical Neuropsychology. 1996;11(1):53–59.

156. Deshpande SA, Millis SR, Reeder KP, Fuerst D, Ricker JH. Verbal learning subtypes in traumatic brain injury: A replication. Journal of Clinical and Experimental Neuropsychology. 1996;18(6):836–842.

157. Millis SR, Kier S. Limitations of the Rey Fifteen-Item Test in the Detection of Malingering. The Clinical Neuropsychologist. 1995;9(3):241–244.

158. Millis SR. Factor structure of the California Verbal Learning Test in moderate and severe closed-head injury. Perceptual and motor skills. 1995;80(1):219–224.

159. Millis SR, Ricker JH. Verbal learning and memory impairment in adult civilians following penetrating missile wounds. Brain Injury. 1995;9(5):509–515.

160. Millis SR, Putnam SH, Adams KM, Ricker JH. The California Verbal Learning Test in the Detection of Incomplete Effort in Neuropsychological Evaluation. Psychological Assessment. 1995;7(4):463–471.

161. Lichtenberg PA, Ross T, Millis SR, Manning CA. The relationship between depression and cognition in older adults: A cross-validation study. Journals of Gerontology - Series B Psychological Sciences and Social Sciences. 1995;50 B(1):P25–P32.

162. Lichtenberg PA, Millis SR, Nanna M. Use of the visual form discrimination test with geriatric urban medical inpatients. Clinical Neuropsychologist. 1994;8(4):462–465.

163. Millis SR, Putnam SH. The Recognition Memory Test in the assessment of memory impairment after financially compensable mild head injury: a replication. Perceptual and Motor Skills. 1994;79(1 Pt 2):384–386.

164. Millis SR, Ricker JH. Verbal Learning Patterns in Moderate and Severe Traumatic Brain Injury. Journal of Clinical and Experimental Neuropsychology. 1994;16(4):498–507.

165. Millis SR. Assessment of motivation and memory with the recognition memory test after financially compensable mild head injury. Journal of Clinical Psychology. 1994;50(4):601–605.

166. Axelrod BN, Millis SR. Preliminary standardization of the cognitive estimation test. Assessment. 1994;1(3):269–274.

167. Millis SR, Rosenthal M, Lourie IF. Predicting community integration after traumatic brain injury with neuropsychological measures. International Journal of Neuroscience. 1994;79(4-Mar):165–167.

168. Seidel GK, Millis SR, Lichtenberg PA, Dijkers M. Predicting bowel and bladder continence from cognitive status in geriatric rehabilitation patients. Archives of Physical Medicine and Rehabilitation. 1994;75(5):590–593.

169. Bergquist TF, Boll TJ, Corrigan JD, Harley JP, Malec JF, Millis SR, Schmidt MF. Neuropsychological rehabilitation: Proceedings of a consensus conference. Journal of Head Trauma Rehabilitation. 1994;9(4):50–60.

170. Millis SR, Dijker M. Use of the recognition memory test in traumatic brain injury: Preliminary findings. Brain Injury. 1993;7(1):53–58.

171.   Millis SR. The Recognition Memory Test in the detection of malingered and exaggerated memory deficits. Clinical Neuropsychologist. 1992;6(4):406–414.

**Case Reports (Peer Reviewed)**

Completed/Published

172.   Larrabee GJ, Millis SR, Meyers JE. 40 plus or minus 10, a new magical number: Reply to russell. Clinical Neuropsychologist. 2009 p. 841–849. Report No.: 5.

**Review Articles (Peer Reviewed)**

Completed/Published

173.   Davis JJ, Millis SR. Reply to commentary by bilder, sugar, and helleman (2014 this issue) on minimizing false positive error with multiple performance validity tests. Clinical Neuropsychologist. 2014. p. 1224–1229.

174.   Pellicane AJ, Millis SR. Efficacy of methylprednisolone versus other pharmacologic interventions for the treatment of central post-stroke pain: A retrospective analysis. Journal of Pain Research. 2013. p. 557–563.

175.   Rhoney DH, Parker Jr., Millis SR, Whittaker P. Kidney dysfunction at the time of intracerebral hemorrhage is associated with increased inhospital mortality: A retrospective observational cohort study. Neurological Research. 2012. p. 518–521.

176.   Nagaraja N, Bhattacharya P, Mada F, Salowich-Palm L. ., Hinton S, Millis S, Watson SR, Chaturvedi S,Rajamani K. Gender based differences in acute stroke care in Michigan hospitals. Journal of the Neurological Sciences. 2012. p. 88–91.

177.   Wilde EA, Whiteneck GG, Bogner J, Bushnik T, Cifu DX, Dikmen S, French L, Giacino JT, Hart T, Malec JF, Millis SR, Novack TA, Sherer M, Tulsky DS, Vanderploeg RD, Von Steinbuechel N. Recommendations for the use of common outcome measures in traumatic brain injury research. Archives of Physical Medicine and Rehabilitation. 2010. p. 1650–1.66E+20.

178.   Heilbronner RL, Sweet JJ, Morgan JE, Larrabee GJ, Millis SR. American academy of clinical neuropsychology consensus conference statement on the neuropsychological assessment of effort, response bias, and malingering. Clinical Neuropsychologist. 2009. p. 1093–1129.

179.   Savarese R, Diamond M, Elovic E, Millis SR. Intraparotid Injection of Botulinum Toxin A as a Treatment to Control Sialorrhea in Children with Cerebral Palsy. American Journal of Physical Medicine and Rehabilitation. 2004. p. 304–313+336.

180.   Linsenmeyer TA, House JG, Millis SR. The role of abnormal congenitally displaced ureteral orifices in causing reflux following spinal cord injury. Journal of Spinal Cord Medicine. 2004. p. 116–119.

181.   Millis SR. Statistical Practices: The Seven Deadly Sins. Child Neuropsychology. 2003. p.221–233.

182.   Millis SR, Putnam SH. Evaluation of malingering in the neuropsychological examination of mild head injury. NeuroRehabilitation. 1996. p. 55–65.

183.   Rosenthal M, Millis S. Relating Neuropsychological Indicators to Psychosocial Outcome after Traumatic Brain Injury. NeuroRehabilitation. 1992. p. 1–8.

**Letters to the Editor (Peer Reviewed)**

Completed/Published

184.   Drane DL, Loring DW, Voets NL, Price M, Ojemann JG, Willie JT, Saindane AM, Phatak V, Ivanisevic M, Millis S, Helmers SL, Miller JW, Meador KJ, Gross RE. In response: Naming and recognition after laser amygdalohippocampotomy: Is the hippocampus involved? Epilepsia. 2015. p. 1318–1319.

185.   Millis SR. Methodological challenges in assessment of cognition following mild head injury: response to malojcic et al. 2008. Journal of Neurotrauma. 2009. p. 2409–2410.

**Chapter**

Completed/Published

186. Holdnack JA, Millis S, Larrabee GJ, Iverson GL. Assessing Performance Validity with the ACS. WAIS-IV, WMS-IV, and ACS: Advanced Clinical Interpretation. 2013. p. 331–365.

187. Millis SR. What clinicians really need to know about symptom exaggeration, insufficient effort, and malingering: Statistical and measurement matters. Neuropsychology of Malingering Casebook. 2008. p. 21–37.

188. Morgan JE, Millis SR, Mesnik J. Malingered dementia and feigned psychosis. Neuropsychology of Malingering Casebook. 2008. p. 231–243.

**Published Abstracts**

Completed/Published

189. Ayaz SI, Sharkey CM, Kwiatkowski GM, Wilson SS, John RS, Tolomello R, Mahajan, Millis, Levy, D. P. Intravenous enalaprilat for treatment of acute hypertensive heart failure in the emergency department. International journal of emergency medicine; 2016. p. 28.

190. Brody AM, Sharma VK, Singh A, Kumar VA, Goldberg EM, Millis SR. Barriers to emergency physician diagnosis and treatment of uncontrolled chronic hypertension. The American journal of emergency medicine; 2016. p. 2241–2.

191. Brody A, Rahman T, Reed B, Millis S, Ference B, Flack JM. Safety and efficacy of antihypertensive prescription at emergency department discharge. Academic Emergency Medicine; 2015. p. 632–5.

192. Kapustina I, Reed B, Rosenspire K, Millis S, Choucair I, Levy P. Quantitative radiographic correlates of acute failure. Annals of Emergency Medicine; 2015. p. S22.

193. Nowak R, BReed B, DiSomma S, Nanayakkara P, Moyer M, Millis S. The hemodynamic phenotyping of acute stroke patients by cluster analysis. Academic Emergency Medicine; 2015. p. S317–S8.

194. Nowak R, Reed B, Nanayakkara P, DiSomma S, Moyer M, Millis S. Emergency department patients with confirmed sepsis present with different hemodynamic monitored clusters. Academic Emergency Medicine; 2015. p. S229.

195. Tschautscher C, Kumar V, Millis S, Mohan M, Tang J, Reed B. Absolute and relative changes in contemporary sensitivity caridac troponin levels. Academic Emergency Medicine; 2015.

196. Bernitsas E, Bao F, Sriwastava S, Caon C, Tselis A, Millis S. CSF isoelectric focusing differentiates multiple sclerosis from other CNS autoimmune disorders. Multiple Sclerosis Journal; 2014.

197. Millis SR. Physician perception in predicting good neurological outcomes in patients resuscitated from cardiac arrest. Annal of Emergency Medicine; 2014. p. S71.

198. Ayaz S, Thomas C, Mika V, Medado P, Robinson D, Millis S. Comparison of quantitative EEG with current clinical Decision rules for head CT utilization in acute mild traumatic brain injury in the emergency department. Annals of Emergency Medicine; 2013. p. S27–S8.

199. Mika V, Ayaz S, Robinson D, Medado P, Pearson C, Millis S. Utility of hand-held EEG device in predicting post-concussion syndrome in patients with closed head injury. Annals of Emergency Medicine; 2012. p. S58.

200. Pearson C, Ayaz S, Mika V, Robinson D, Medado P, Millis S. The Predictive Value of a Hand-held EEG Acquisition Device in Patients with Closed Head Injury. Annals of Emergency Medicine; 2012. p. S94.

201. Vidri B, Ayaz S, Medado P, Millis S, B. O. Early predictors of post-concussive syndrome in mild traumatic brain injuries presenting to the ED. Academic Emergency Medicine; 2012. p. S46.

202. Millis SR. Emerging standards in statistical practice: Implications for clinical trials in rehabilitation medicine. American Journal of Physical Medicine and Rehabilitation. 2003. p. S32–S37.

**Other (Peer Reviewed)**

Completed/Published

203. Brody AM, Sharma VK, Singh A, Kumar VA, Goldberg EM, Millis SR, Levy PD. Barriers to emergency physician diagnosis and treatment of uncontrolled chronic hypertension. The American journal of emergency medicine. 2016 Mar;34(11):2241–2242.

204. Millis SR. Measuring change: A commentary on Keith et al. (2002). Neuropsychology. 2002;16(3).