# EXHIBIT 3-B

TABLE 5.19　Hierarchical Multiple Regression Vocabulary, Matrix Reasoning, and Demographics Prorated GAI Development Sample

| Predictor | R | $R^2$ | Adj $R^2$ | SEE | $R^2$ Change | F Change | DF1 | DF2 | Sig F Change |
|---|---|---|---|---|---|---|---|---|---|
| *Vocabulary and Matrix Reasoning* | | | | | | | | | |
| Vocabulary | 0.70 | 0.49 | 0.49 | 10.82 | 0.49 | 1068.86 | 1 | 1098 | 0.000 |
| Matrix Reasoning | 0.77 | 0.59 | 0.59 | 9.74 | 0.10 | 258.52 | 1 | 1097 | 0.000 |
| Age | 0.79 | 0.63 | 0.63 | 9.25 | 0.04 | 60.30 | 2 | 1095 | 0.000 |
| Sex | 0.81 | 0.65 | 0.65 | 8.96 | 0.02 | 72.95 | 1 | 1094 | 0.000 |
| Ethnicity | 0.82 | 0.67 | 0.67 | 8.75 | 0.02 | 53.67 | 1 | 1093 | 0.000 |
| *Vocabulary Only* | | | | | | | | | |
| Vocabulary | 0.73 | 0.53 | 0.53 | 10.15 | 0.53 | 1162.59 | 1 | 1016 | 0.000 |
| Age | 0.75 | 0.56 | 0.56 | 9.86 | 0.03 | 31.75 | 2 | 1014 | 0.000 |
| Education | 0.76 | 0.58 | 0.57 | 9.72 | 0.01 | 5.90 | 6 | 1008 | 0.000 |
| Sex | 0.78 | 0.60 | 0.60 | 9.39 | 0.03 | 71.19 | 1 | 1007 | 0.000 |
| Ethnicity | 0.79 | 0.63 | 0.62 | 9.10 | 0.02 | 66.86 | 1 | 1006 | 0.000 |
| *Matrix Reasoning Only* | | | | | | | | | |
| Matrix Reasoning | 0.56 | 0.31 | 0.31 | 12.48 | 0.31 | 458.71 | 1 | 1016 | 0.000 |
| Age | 0.64 | 0.41 | 0.41 | 11.51 | 0.10 | 179.18 | 1 | 1015 | 0.000 |
| Education | 0.69 | 0.48 | 0.47 | 10.89 | 0.07 | 14.05 | 9 | 1006 | 0.000 |
| Sex | 0.70 | 0.49 | 0.49 | 10.75 | 0.01 | 28.98 | 1 | 1005 | 0.000 |
| Region | 0.71 | 0.50 | 0.50 | 10.66 | 0.01 | 16.98 | 1 | 1004 | 0.000 |

Note: The demographic variables in the OPIE–IV equations are non-liner age effects (entered as age in years and the square of age in years); education level (coded 1 for belongs to that level or 0 does not belong to that level); sex (coded 1 for males and 0 for females); region (coded 1 belongs to that region and 0 does not belong to that region); and ethnicity (coded 1 belongs to that group and 0 does not belong to that group).

## OPIE–IV Prediction Equations

All of the information required for using the OPIE–IV WAIS–IV Indexes is provided in the Appendix as Tables A5.7–A5.13. The regression equations for predicting standard, prorated, or alternate WAIS–IV indexes appear in Tables A5.7, A5.10, and A5.12, respectively. Each equation has different predictors and values associated with those predictors. For each equation, the clinician will need to use the examinee's age, age to the third power, and/or age to the 6th power (e.g., because

TABLE 5.20 Hierarchical Multiple Regression Vocabulary, Matrix Reasoning, and Demographics Alternate GAI Development Sample

| Predictor | R | $R^2$ | Adj $R^2$ | SEE | $R^2$ Change | F Change | DF1 | DF2 | Sig F Change |
|---|---|---|---|---|---|---|---|---|---|
| *Vocabulary and Matrix Reasoning* | | | | | | | | | |
| Vocabulary | 0.73 | 0.53 | 0.53 | 10.15 | 0.53 | 1162.59 | 1 | 1016 | 0.000 |
| Matrix Reasoning | 0.82 | 0.68 | 0.68 | 8.43 | 0.15 | 459.36 | 1 | 1015 | 0.000 |
| Age | 0.86 | 0.75 | 0.75 | 7.47 | 0.07 | 138.42 | 2 | 1013 | 0.000 |
| Sex | 0.87 | 0.77 | 0.76 | 7.22 | 0.02 | 75.02 | 1 | 1012 | 0.000 |
| Ethnicity | 0.88 | 0.78 | 0.77 | 7.05 | 0.01 | 48.34 | 1 | 1011 | 0.000 |
| *Vocabulary Only* | | | | | | | | | |
| Vocabulary | 0.74 | 0.55 | 0.55 | 9.88 | 0.55 | 1245.91 | 1 | 1016 | 0.000 |
| Age | 0.76 | 0.58 | 0.58 | 9.60 | 0.03 | 31.29 | 2 | 1014 | 0.000 |
| Education | 0.77 | 0.59 | 0.59 | 9.47 | 0.01 | 6.64 | 5 | 1009 | 0.000 |
| Sex | 0.78 | 0.61 | 0.61 | 9.19 | 0.02 | 63.59 | 1 | 1008 | 0.000 |
| Ethnicity | 0.80 | 0.64 | 0.63 | 8.91 | 0.02 | 66.11 | 1 | 1007 | 0.000 |
| *Matrix Reasoning Only* | | | | | | | | | |
| Matrix Reasoning | 0.57 | 0.32 | 0.32 | 11.90 | 0.32 | 476.85 | 1 | 1016 | 0.000 |
| Age | 0.65 | 0.42 | 0.42 | 11.00 | 0.10 | 175.77 | 1 | 1015 | 0.000 |
| Education | 0.70 | 0.48 | 0.48 | 10.41 | 0.06 | 14.07 | 9 | 1006 | 0.000 |
| Sex | 0.70 | 0.50 | 0.49 | 10.31 | 0.01 | 20.96 | 1 | 1005 | 0.000 |
| Region | 0.71 | 0.50 | 0.50 | 10.25 | 0.01 | 12.60 | 1 | 1004 | 0.000 |
| Ethnicity | 0.73 | 0.53 | 0.53 | 9.93 | 0.03 | 65.51 | 1 | 1003 | 0.000 |

Note: The demographic variables in the OPIE−IV equations are non-liner age effects (entered as age in years and the square of age in years); education level (coded 1 for belongs to that level or 0 does not belong to that level); sex (coded 1 for males and 0 for females); region (coded 1 belongs to that region and 0 does not belong to that region); and ethnicity (coded 1 belongs to that group and 0 does not belong to that group).

the relationship is non-linear, age to specific power is calculated to create a curvilinear relationship). Education, region, and ethnicity are coded as "1" (belongs to that category) or "0" (does not belong to that category). Sex is coded as "0" for female and "1" for male. These values along with the equation constant are used to obtain the predicted premorbid score for each index. Additional tables at the end of this chapter provide critical values for statistically significant differences between actual and predicted scores (Table A5.8) and base rates

TABLE 5.21 Hierarchical Multiple Regression Vocabulary and Demographics Predicted Standard, Prorated, and Alternate VCI Development Sample

| Predictor | R | $R^2$ | Adj $R^2$ | SEE | $R^2$ Change | F Change | DF1 | DF2 | Sig F Change |
|---|---|---|---|---|---|---|---|---|---|
| *Standard VCI* | | | | | | | | | |
| Vocabulary | 0.88 | 0.78 | 0.78 | 6.77 | 0.78 | 3657.00 | 1 | 1016 | 0.000 |
| Age | 0.91 | 0.82 | 0.82 | 6.11 | 0.04 | 79.01 | 3 | 1013 | 0.000 |
| Education | 0.91 | 0.83 | 0.83 | 6.07 | 0.00 | 4.98 | 3 | 1010 | 0.002 |
| Sex | 0.91 | 0.84 | 0.83 | 5.91 | 0.01 | 55.99 | 1 | 1009 | 0.000 |
| Ethnicity | 0.92 | 0.84 | 0.84 | 5.87 | 0.00 | 8.75 | 2 | 1007 | 0.000 |
| *Prorated VCI* | | | | | | | | | |
| Vocabulary | 0.78 | 0.60 | 0.60 | 9.26 | 0.60 | 1547.90 | 1 | 1016 | 0.000 |
| Age | 0.80 | 0.64 | 0.64 | 8.86 | 0.03 | 32.60 | 3 | 1013 | 0.000 |
| Education | 0.80 | 0.65 | 0.64 | 8.78 | 0.01 | 5.30 | 4 | 1009 | 0.000 |
| Sex | 0.82 | 0.67 | 0.66 | 8.53 | 0.02 | 60.63 | 1 | 1008 | 0.000 |
| Ethnicity | 0.82 | 0.67 | 0.67 | 8.46 | 0.01 | 18.68 | 1 | 1007 | 0.000 |
| *Alternate VCI* | | | | | | | | | |
| Vocabulary | 0.80 | 0.65 | 0.65 | 8.58 | 0.65 | 1862.46 | 1 | 1016 | 0.000 |
| Age | 0.83 | 0.68 | 0.68 | 8.17 | 0.03 | 36.17 | 3 | 1013 | 0.000 |
| Education | 0.83 | 0.69 | 0.68 | 8.12 | 0.01 | 4.37 | 4 | 1009 | 0.002 |
| Sex | 0.84 | 0.70 | 0.70 | 7.92 | 0.02 | 51.25 | 1 | 1008 | 0.000 |
| Ethnicity | 0.84 | 0.71 | 0.70 | 7.86 | 0.01 | 17.48 | 1 | 1007 | 0.000 |

Note: The demographic variables in the OPIE–IV equations are non-liner age effects (entered as age in years and the square of age in years); education level (coded 1 for belongs to that level or 0 does not belong to that level); sex (coded 1 for males and 0 for females); region (coded 1 belongs to that region and 0 does not belong to that region); and ethnicity (coded 1 belongs to that group and 0 does not belong to that group).

for the difference between actual and predicted scores (Tables A5.9, A5.11, and A5.13).

Using the data from the previously presented case, premorbid predictions can be made for WAIS–IV FSIQ, GAI, VCI, and PRI indexes. For illustrative purposes, the WAIS–IV standard FSIQ and WAIS–IV standard PRI will be presented. The first step is to identify the information needed to calculate the desired scores. According to Table A5.28, WAIS–IV standard FSIQ scores from VC and MR require Vocabulary

TABLE 5.22 Hierarchical Multiple Regression Matrix Reasoning and Demographics Predicted Standard, Prorated, and Alternate PRI Development Sample

| Predictor | R | $R^2$ | Adj $R^2$ | SEE | $R^2$ Change | F Change | DF1 | DF2 | Sig F Change |
|---|---|---|---|---|---|---|---|---|---|
| **Standard PRCI** | | | | | | | | | |
| Matrix Reasoning | 0.69 | 0.48 | 0.48 | 10.80 | 0.48 | 921.44 | 1 | 1016 | 0.000 |
| Age | 0.81 | 0.66 | 0.66 | 8.74 | 0.18 | 536.60 | 1 | 1015 | 0.000 |
| Education | 0.81 | 0.66 | 0.66 | 8.69 | 0.00 | 11.48 | 1 | 1014 | 0.001 |
| Sex | 0.82 | 0.67 | 0.67 | 8.59 | 0.01 | 25.83 | 1 | 1013 | 0.000 |
| **Prorated PRI** | | | | | | | | | |
| Matrix Reasoning | 0.50 | 0.25 | 0.25 | 13.42 | 0.25 | 347.74 | 1 | 1016 | 0.000 |
| Age | 0.59 | 0.34 | 0.34 | 12.59 | 0.09 | 138.55 | 1 | 1015 | 0.000 |
| Education | 0.60 | 0.35 | 0.35 | 12.51 | 0.01 | 8.13 | 2 | 1013 | 0.000 |
| Sex | 0.61 | 0.37 | 0.37 | 12.34 | 0.02 | 28.45 | 1 | 1012 | 0.000 |
| **Alternate PRI** | | | | | | | | | |
| Matrix Reasoning | 0.53 | 0.28 | 0.28 | 12.00 | 0.28 | 388.88 | 1 | 1016 | 0.000 |
| Age | 0.60 | 0.36 | 0.36 | 11.26 | 0.09 | 138.32 | 1 | 1015 | 0.000 |
| Education | 0.61 | 0.37 | 0.37 | 11.21 | 0.01 | 10.93 | 1 | 1014 | 0.001 |
| Sex | 0.62 | 0.38 | 0.38 | 11.12 | 0.01 | 17.28 | 1 | 1013 | 0.000 |
| Ethnicity | 0.64 | 0.41 | 0.40 | 10.88 | 0.03 | 45.77 | 1 | 1012 | 0.000 |

Note: The demographic variables in the OPIE−IV equations are non-liner age effects (entered as age in years and the square of age in years); education level (coded 1 for belongs to that level or 0 does not belong to that level); sex (coded 1 for males and 0 for females); region (coded 1 belongs to that region and 0 does not belong to that region); and ethnicity (coded 1 belongs to that group and 0 does not belong to that group).

raw score, Matrix Reasoning raw score, age, age to the third power, education, sex, region, and ethnicity.

- Vocabulary raw score = 46
- Matrix Reasoning raw score = 10
- Age = 71 years, age to the third power = 357911 (i.e., 71×71×71)
- Education level is doctorate, 0 for variables in this equation
- Sex is female = 0
- Region is Midwest = 1
- Ethnicity = white, 0 for variables in this equation
- Predicted FSIQ = 57.84718185 + (0.706570548 *Vocab Raw) + (1.38658557 * MR raw) + (−0.204106431*Age in years) + (0000415057 *

TABLE 5.23   Predictive Accuracy of OPIE Equations Validation Sample

| Scores | Independent Variables | | Differences Between Predicted and Actual Scores | | | | |
|---|---|---|---|---|---|---|---|
| | | | Number of Points | | Ability Classification | | |
| | | | ±5 | ±10 | ±15 | Same Category | One Category |
| Full-Scale IQ | VC, MR, Age, Ed, Sex, Region, Eth | 74.4 | 93.3 | 98.3 | 62.2 | 97.4 | |
| Full-Scale IQ | VC, Age, Ed, Sex, Eth | 68.0 | 86.9 | 95.2 | 53.7 | 94.0 | |
| Full-Scale IQ | MR, Age, Ed, Sex, Region | 45.0 | 75.1 | 90.3 | 53.7 | 92.8 | |
| Full-Scale IQ Prorated | VC, MR, Age, Ed, Sex, Eth | 66.6 | 87.5 | 96.3 | 55.3 | 94.8 | |
| Full-Scale IQ Prorated | VC, Age, Ed, Sex, Eth | 65.2 | 84.3 | 93.9 | 55.1 | 93.0 | |
| Full-Scale IQ Prorated | MR, Age, Ed, Sex, Region | 41.7 | 71.8 | 87.0 | 52.6 | 90.2 | |
| Full Scale IQ Alternate | VC, MR, Age, Ed, Sex, Eth | 66.8 | 89.0 | 97.0 | 57.5 | 95.7 | |
| Full Scale IQ Alternate | VC, Age, Ed, Sex | 45.2 | 72.7 | 91.4 | 55.4 | 93.1 | |
| Full Scale IQ Alternate | MR, Age, Ed, Region | 45.7 | 74.0 | 89.8 | 52.0 | 93.3 | |
| General Ability Index | VC, MR, Age, Ed, Sex, Eth | 75.6 | 94.0 | 99.3 | 62.9 | 99.5 | |
| General Ability Index | VC, Age, Ed, Sex, Eth | 69.3 | 88.0 | 95.3 | 55.6 | 95.1 | |
| General Ability Index | MR, Age, Ed, Sex, Region | 45.4 | 76.2 | 93.0 | 54.1 | 92.9 | |
| General Ability Index Prorated | VC, MR, Age, Ed, Sex, Eth | 64.4 | 84.9 | 94.1 | 51.7 | 95.3 | |
| General Ability Index Prorated | VC, Age, Ed, Sex, Eth | 66.1 | 84.7 | 93.8 | 51.3 | 93.2 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| General Ability Index Prorated | MR, Age, Ed, Sex, Region | 38.9 | 68.2 | 86.4 | 49.7 | 90.0 |
| General Ability Index Alternate | VC, MR, Age, Ed, Sex, Eth | 65.6 | 86.7 | 95.7 | 56.7 | 96.7 |
| General Ability Index Alternate | VC, Age, Ed, Sex, Eth | 66.8 | 84.8 | 93.8 | 53.5 | 93.7 |
| General Ability Index Alternate | MR, Age, Ed, Sex, Region | 56.5 | 81.2 | 93.3 | 50.4 | 90.6 |
| Verbal Comprehension Index | VC, Age, Ed, Sex, Eth | 76.4 | 95.1 | 99.1 | 64.8 | 99.0 |
| Verbal Comprehension Index Prorated | VC, Age, Ed, Sex, Eth | 61.6 | 86.0 | 95.0 | 52.8 | 94.9 |
| Verbal Comprehension Index Alternate | VC, Age, Ed, Sex, Eth | 64.5 | 88.3 | 96.6 | 58.8 | 96.4 |
| Perceptual Reasoning Index | MR, Age, Ed, Sex | 45.5 | 77.8 | 92.7 | 54.4 | 94.5 |
| Perceptual Reasoning Index Prorated | MR, Age, Ed, Sex | 32.7 | 62.1 | 80.2 | 43.4 | 85.0 |
| Perceptual Reasoning Index Alternate | MR, Age, Ed, Sex, Eth | 52.5 | 76.7 | 90.1 | 49.7 | 89.6 |

*Copyright 2009 Pearson, Inc. Reproduced with Permission, All rights reserved.*

TABLE 5.24  Descriptive Statistics, Comparison Tests, and Prediction Ranges for OPIE Prediction Equations Validation Sample

| Dependent Variable | Independent Variables | Obtained Scores | | Comparison Scores | | | | | | Sample Prediction Range | | Theoretical Prediction Range | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mean | SD | Mean Diff | Std Diff | Min | Max | p | r | Min | Max | Min | Max |
| Full-Scale IQ | VC, MR, Age, Ed, Sex, Region, Eth | 99.57 | 13.88 | 0.21 | 7.17 | −24 | 21 | 0.53 | 0.89 | 56 | 130 | 44 | 146 |
| Full-Scale IQ | VC,Age,Ed,Sex,Eth | 99.91 | 12.59 | −0.14 | 9.11 | −35 | 27 | 0.73 | 0.81 | 63 | 127 | 59 | 133 |
| Full-Scale IQ | MR,Age,Ed,Sex,Region | 99.67 | 11.90 | 0.10 | 9.49 | −32 | 30 | 0.77 | 0.79 | 59 | 129 | 48 | 142 |
| Full-Scale IQ Prorated | VC,MR,Age,Ed,Sex,Eth | 99.50 | 12.83 | 0.23 | 8.84 | −28 | 27 | 0.51 | 0.82 | 59 | 129 | 43 | 140 |
| Full-Scale IQ Prorated | VC,Age,Ed,Sex,Eth | 99.95 | 11.75 | −0.16 | 10.11 | −38 | 30 | 0.70 | 0.76 | 65 | 126 | 61 | 131 |
| Full-Scale IQ Prorated | MR,Age,Ed,Sex,Region | 99.73 | 11.04 | 0.10 | 10.46 | −37 | 35 | 0.82 | 0.74 | 62 | 127 | 54 | 141 |
| Full Scale IQ Alternate | VC,MR,Age,Ed,Sex,Eth | 99.50 | 12.83 | 0.28 | 8.31 | −28 | 24 | 0.46 | 0.84 | 59 | 128 | 46 | 142 |
| Full Scale IQ Alternate | VC,Age,Ed,Sex | 99.90 | 11.71 | −0.16 | 9.49 | −35 | 27 | 0.69 | 0.79 | 67 | 126 | 66 | 131 |
| Full Scale IQ Alternate | MR,Age,Ed,Region | 99.69 | 11.72 | −0.01 | 9.61 | −31 | 28 | 0.98 | 0.78 | 60 | 128 | 52 | 144 |
| General Ability Index | VC,MR,Age,Ed,Sex,Eth | 99.59 | 14.42 | 0.11 | 6.24 | −15 | 20 | 0.68 | 0.92 | 54 | 133 | 44 | 150 |
| General Ability Index | VC,Age,Ed,Sex,Eth | 99.85 | 13.05 | −0.15 | 8.41 | −26 | 28 | 0.76 | 0.84 | 62 | 127 | 65 | 138 |
| General Ability Index | MR,Age,Ed,Sex,Region | 99.67 | 12.27 | 0.03 | 9.16 | −27 | 25 | 0.94 | 0.81 | 59 | 131 | 47 | 144 |
| General Ability Index Prorated | VC,MR,Age,Ed,Sex,Eth | 100.17 | 13.26 | 0.12 | 9.06 | −22 | 29 | 0.58 | 0.82 | 58 | 131 | 49 | 144 |
| General Ability Index Prorated | VC,Age,Ed,Sex,Eth | 100.18 | 12.53 | −0.23 | 9.42 | −30 | 31 | 0.58 | 0.80 | 64 | 129 | 59 | 135 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Ability Index Prorated | MR,Age,Ed,Sex,Region | 99.98 | 11.03 | 0.08 | 11.01 | −34 | 32 | 0.84 | 0.72 | 62 | 128 | 51 | 138 |
| General Ability Index Alternate | VC,MR,Age,Ed,Sex,Eth | 99.77 | 13.96 | −0.11 | 8.53 | −25 | 25 | 0.90 | 0.84 | 56 | 133 | 44 | 149 |
| General Ability Index Alternate | VC,Age,Ed,Sex,Eth | 99.85 | 12.52 | −0.15 | 8.53 | −29 | 28 | 0.54 | 0.80 | 63 | 128 | 59 | 135 |
| General Ability Index Alternate | MR,Age,Ed,Sex,Region | 99.50 | 11.07 | 0.20 | 9.22 | −34 | 26 | 0.85 | 0.73 | 68 | 127 | 47 | 123 |
| Verbal Comprehension Index | VC,Age,Ed,Sex,Eth | 99.70 | 14.31 | 0.04 | 6.02 | −17 | 24 | 0.90 | 0.92 | 62 | 130 | 58 | 133 |
| Verbal Comprehension Index Prorated | VC,Age,Ed,Sex,Eth | 100.15 | 13.01 | −0.02 | 8.57 | −25 | 35 | 0.97 | 0.84 | 64 | 128 | 56 | 129 |
| Verbal Comprehension Index Alternate | VC,Age,Ed,Sex,Eth | 99.62 | 13.12 | 0.17 | 7.82 | −25 | 26 | 0.66 | 0.86 | 64 | 127 | 60 | 132 |
| Perceptual Reasoning Index | MR, Age, Ed, Sex | 99.56 | 12.63 | 0.11 | 8.81 | −23 | 26 | 0.77 | 0.82 | 58 | 131 | 48 | 149 |
| Perceptual Reasoning Index Prorated | MR, Age, Ed, Sex | 100.20 | 9.76 | 0.24 | 12.69 | −38 | 39 | 0.66 | 0.60 | 66 | 125 | 58 | 138 |
| Perceptual Reasoning Index Alternate | MR, Age, Ed, Sex, Eth | 99.50 | 9.39 | 0.21 | 11.46 | −34 | 41 | 0.68 | 0.61 | 70 | 121 | 62 | 132 |

*Copyright 2009 Pearson, Inc. Reproduced with Permission, All rights reserved.*

- Age$^3$) + (−4.213630131 * Kinder) + (−1.880854304 * 8−10th grade) + (1.765273315* Bachelor's degree) + (1.568961576 * sex) + (1.061002858 * Midwest) + (−5.143182795 * African-American)
- Predicted FSIQ = 57.84718185 + (0. 706570548 *46) + (1.38658557 * 10) + (−0.204106431 * 71) + (.0000415057 * 357911) + (− 4.213630131 * 0) + (−1.880854304 * 0) + (1.765273315 * 0) + (1.568961576 * 0) + (1.061002858 * 1) + (−5.143182795 * 0)
- Predicted FSIQ = 57.84718185 + 32.50224521 + 13.8658557 − 14.4915566 + 14.85534659 + 0 + 0 + 0 + 0 + 1.061002858 + 0
- Predicted standard FSIQ = 106
- Actual-Predicted = 86−106 = −20
- Critical value $p < 0.01 = 9.01$, difference is statistically significant (Table A5.8)
- Base Rate = 0.20% (Table A5.9).

The WAIS−IV actual PRI is 82. The predicted PRI requires the following data: Matrix Reasoning raw score, age to the third power, education, and sex.

- Matrix Reasoning raw score = 10
- Age = 71 years, age to the third power = 357911
- Education level is doctorate, 0 for variables in this equation
- Sex is female = 0
- Predicted PRI = 48.98035805 + (2.560129553 * MR raw) + (0000386971 * Age$^3$) + (−3.365709173 * 8−10th grade) + (2.759698382 * sex)
- Predicted PRI = 48.98035805 + (2.560129553 * 10) + (0000386971 * 357911) + (−3.365709173 * 0) + (2.759698382 * 0)
- Predicted FSIQ = 48.98035805 + 25.60129553 + 13.85011776 + 0 + 0
- Predicted WAIS−IV PRI = 88
- Actual-Predicted = 82−88 = −6
- Critical value $p > 0.05 = 7.96$, difference is not statistically significant (Table A5.8)
- Base Rate = 28.25% (Table A5.9)

The OPIE−IV and TOPF with simple demographics yield similar predictions and interpretations. In both cases, actual FSIQ is significantly below estimates of premorbid ability, indicative of cognitive decline. The PRI premorbid prediction was 88 for the OPIE−IV equation and 104 for the TOPF with simple demographics. The OPIE−IV equation indicated no significant difference between actual and premorbid abilities; however, the TOPF scores indicated a large, significant, discrepancy between actual and predicted PRI. These results show that different results may be obtained depending upon which model is used.

# CASE STUDIES

Two case studies are presented in this chapter to illustrate the application of the TOPF and OPIE−IV models. These procedures are used to estimate premorbid functioning in adults with known or suspected neurological dysfunction, and OPIE−IV and TOPF are not to be used in lieu of formal intellectual assessment or as a replacement for a comprehensive evaluation of intellectual abilities. Each model has strengths and weaknesses. The clinician must determine the most appropriate model for a specific individual based on presenting problems and background information.

**CASE STUDY 1**

Mr. J. is a 25-year-old Hispanic man, referred for neuropsychological evaluation after sustaining a moderate traumatic brain injury. Mr. J. was injured in a motorcycle accident in which he struck a brick and lost control of his vehicle. He crashed into the rear end of a parked car and was ejected from his motorcycle head first into the car. He lost consciousness for approximately 55 minutes. He had a GCS score of 11 and post-traumatic amnesia for approximately 36 hours. A day-of-injury CT scan performed in the ER indicated a large right temporal/parietal subdural hematoma. He was released from the hospital after 2 days.

After a 6-week recovery period, Mr. J. returned to his position as lead HVAC installation technician for a small heating and air conditioning company. He struggled to complete his work on time and made multiple mistakes that were inconsistent with his work history. He reported disrupted sleep but otherwise denied any physical difficulties. Cognitively, he reported mild problems with attention and concentration. Neurological evaluation showed no signs of significant impairment and his EEG was normal. He was referred by his treating neurologist for a neuropsychological evaluation to assess his cognitive symptoms.

Mr. J.'s family emigrated from Mexico when he was an infant. He was raised in California where his father worked as a mechanic and his mother worked at a local grocery store. Mr. J. learned English from an early age, even though his family primarily spoke Spanish at home. He attended day care and local public schools. He was an average to above average student. He graduated from high school and completed 1 year of college. Mr. J. left school and obtained employment as a mechanic. He is married and has one child. He still lives in California close to his parent's home.

The WAIS−IV, WMS−IV, and TOPF were administered as part of the evaluation. His TOPF standard score was 98, which was not

significantly different from the predicted TOPF score of 94. Therefore, his TOPF score did not appear to be affected by the injury. Table 5.25 provides Mr. J.'s TOPF with simple demographics predicted and actual scores for WAIS–IV and WMS–IV indexes. Based on the TOPF with simple demographics, his predicted FSIQ is 99 and his actual FSIQ is 92. This is significantly different at the $p < 0.01$ level but has a base rate of 24.1% indicating the difference is not unusual in the standardization sample. VCI, PRI, WMI, and GAI predicted premorbid scores are not significantly different from his obtained scores. Therefore, there is no obvious decline in verbal abilities, perceptual reasoning, or auditory working memory abilities relative to estimated premorbid functioning. However, PSI and CPI show significant discrepancies between premorbid and actual scores and occurred infrequently (e.g., 0.4% and 1.08%, respectively). It is not necessary, however, for the clinician to interpret the CPI discrepancy because it is being driven by the very large PSI discrepancy (CPI = WMI + PSI). Actual WMS–IV Immediate, Delayed, and Visual Working Memory Index scores were all statistically lower than predicted memory scores; although, only immediate and delayed memory discrepancies were uncommon in the standardization sample. The TOPF equations indicate generally preserved intellectual functioning with declines in processing speed and immediate and delayed memory functioning.

OPIE–IV based estimates are provided below. The OPIE–IV is less reliant on demographic variables and generally reflects the individual's

TABLE 5.25  TOPF with Simple Demographics WAIS–IV/WMS–IV Actual–Predicted Comparison for Mr. J.

| Composite | Actual | Predicted | Difference | Critical Value | Significant Difference | Base Rate (%) |
|---|---|---|---|---|---|---|
| FSIQ | 92 | 99 | −7 | 5.8 | Y | 24.10 |
| GAI | 102 | 103 | −1 | 7.52 | N | 48.90 |
| VCI | 107 | 100 | 7 | 7.23 | N | 20.10 |
| PRI | 98 | 100 | −2 | 6.67 | N | 46.50 |
| WMI | 95 | 97 | −2 | 7.48 | N | 46.00 |
| PSI | 65 | 98 | −33 | 9.64 | Y | 0.40 |
| CPI | 77 | 98 | −21 | 7.66 | Y | 1.08 |
| IMI | 84 | 101 | −17 | 6.45 | Y | 10.40 |
| DMI | 80 | 100 | −20 | 6.33 | Y | 7.00 |
| VWMI | 91 | 102 | −11 | 7.72 | Y | 22.80 |

ability more than the TOPF. The results of OPIE–IV equations for Mr. J. are presented in Table 5.26. FSIQ is significantly lower than predicted and the degree of difference is rare in the general population. No other comparison is statistically significant. The results suggest a general decline in intellectual functioning but not specifically associated with loss of verbal or perceptual reasoning abilities.

Both the TOPF and the OPIE–IV identified a decline in cognitive functioning. The TOPF identified impairments in processing speed, and immediate and delayed memory functioning. The OPIE–IV identified a decline in general cognitive functioning that was not specifically related to verbal or perceptual functioning. The FSIQ is lower than the PRI and VCI indexes due to very low PSI scores, which may be the reason there is a significant discrepancy on that index.

**CASE STUDY 2**

Mr. Q. is a 60-year-old married African-American man. Mr. Q. retired 6 months ago. His wife noticed a decline in his cognitive functioning over the past year. She was concerned that since his retirement, he has appeared depressed and his cognitive symptoms have intensified. She noted that his recent memory is quite poor though his memory for past events is quite good. Mr. Q. reports that he has felt down since his retirement but he would not say he was depressed. He is also concerned about his declining memory functioning. Mr. Q. was referred for a neuropsychological assessment to evaluate memory problems and possible depression.

Mr. Q. has a bachelor's degree in accounting. He worked for many years as an accountant for a small manufacturing business. Later, he returned to school and obtained a M.B.A. He then worked 20 years as an operations manager at a large distribution company in Atlanta. Prior to his retirement, he was experiencing difficulties keeping up with his monthly reports and at times appeared confused and forgetful. Given his on-going problems, he was offered an early retirement package, which he accepted.

TABLE 5.26  OPIE–IV WAIS–IV Actual–Predicted Comparison for Mr. J.

| Composite | Actual | Predicted | Difference | Critical Value | Significant Difference | Base Rate (%) |
|---|---|---|---|---|---|---|
| FSIQ | 92 | 105 | −13 | 9.08 | Y | 3.54 |
| GAI | 102 | 105 | −3 | 7.68 | N | 33.60 |
| VCI | 107 | 114 | −7 | 8.83 | N | 12.77 |
| PRI | 98 | 91 | 7 | 10.46 | N | 22.99 |

TABLE 5.27  OPIE–IV WAIS–IV Actual–Predicted Comparison for Mr. Q.

| Composite | Actual | Predicted | Difference | Critical Value | Significant Difference | Base Rate (%) |
|---|---|---|---|---|---|---|
| FSIQ | 98 | 104 | −6 | 9.08 | N | 20.92 |
| GAI | 98 | 103 | −5 | 7.68 | N | 22.20 |
| VCI | 95 | 97 | −2 | 8.83 | N | 40.67 |
| PRI | 102 | 106 | −4 | 10.46 | N | 37.13 |

The WAIS–IV, WMS–IV, and TOPF were administered as part of the neuropsychological evaluation. Mr. Q's TOPF score of 88 was significantly lower than predicted given his education and occupation. Instead of using the TOPF for estimating premorbid intellectual functioning, the examiner decided the OPIE–IV would be more appropriate due to the unexpectedly low TOPF scores. Table 5.27 presents the OPIE–IV predicted and actual WAIS–IV FSIQ, GAI, VCI, and PRI indexes for Mr. Q. The results indicated no difference between predicted and actual general cognitive functioning.

Mr. Q.'s performance on the WMS–IV was in the deficient to average range. His Immediate Memory Index of 78 was in the borderline range and his Delayed Memory Index was extremely low (61). Mr. Q. performed in the average range on visual (VWMI = 97) and auditory (WMI = 105) working memory measures and processing speed (PSI = 92). Overall, the results indicated generally average cognitive functioning with significant impairments in immediate and delayed memory. Based on the presenting symptoms, history, and test results, the clinician diagnosed Mr. Q. with Mild Cognitive Impairment.

## SUMMARY

The estimation of premorbid cognitive functioning is an important component of most neuropsychological evaluations with adults. However, it is not possible to precisely calculate or determine an individual's exact level of premorbid ability. Cognitive functioning, in general, is quite variable in its measurement due to natural fluctuations in human performance. Statistical models are needed to evaluate *probable* levels of premorbid functioning.

Several models have been used to evaluate premorbid functioning. These include demographic models, current performance models, and combined demographic and performance models. Each model has

strengths and weaknesses. The advantage of demographic models is that they are independent of the impact of current neurological dysfunction. However, demographic data have lower correlation with ability and large standard errors of estimate. In addition, demographic based methods suffer from referencing the individual to the average of a population and the information can be difficult to verify. Performance based prediction models use either subtests embedded in the cognitive battery or stand-alone reading tests. The advantage of current performance models is their higher correlation with cognitive ability, easily verifiable information, and better representation of the individual's ability. However, current performance models are susceptible to the effects of the current illness or injury making premorbid estimations less accurate. Combined models use both demographics and current performance data, taking advantage of the strengths and minimizing the disadvantages of each model.

The TOPF and the OPIE−IV were developed as statistical techniques to estimate premorbid functioning based on the WAIS−IV battery. The TOPF provides estimation of WAIS−IV and WMS−IV indexes using demographics only, TOPF only, or combined TOPF and demographic data. Prediction of WASI−II performance is available in this chapter. The OPIE−IV algorithms predict WAIS−IV indexes using Vocabulary and Matrix Reasoning subtests and demographic data. Each model has strengths and weaknesses to be considered when determining which approach to use for a particular patient.

## KEY LEARNING

- It is impossible to predict premorbid ability with 100% accuracy. Intellectual assessments provide a range of abilities for an individual and intellectual functioning fluctuates over time. The goal of predicting premorbid functioning is to provide a *reasonable estimate* of an individual's previous level of functioning.
- The purpose of estimating premorbid cognitive functioning is to establish a comparison standard in order to determine if there has been a decline in ability due to injury or illness.
- Demographic data, particularly education, occupation, sex, and ethnicity, have low to moderate correlations with cognitive functioning, and can be used to estimate premorbid abilities. The advantage of demographic data is that it is resistant to the impact of injury or illness. The disadvantage of using demographic data is that it can be difficult to verify, estimation error is higher due to moderate correlation with ability, and there is a high degree of variability within demographic groups.

- Test scores from within the cognitive ability battery, or *embedded measures*, can be used to estimate premorbid ability. Subtests such as Vocabulary and Matrix Reasoning are *relatively* resistant to the effects of brain injury, dementia, or illness and can be used to estimate premorbid abilities. The advantages of using these measures are that they represent the individual's actual ability, scores are easy to verify, and they have a high correlation with overall ability. The drawback of using embedded measures is that they tend to inflate the accuracy of premorbid predictions and are susceptible to effects of injury and illness.
- Reading tests, particularly those with atypical phoneme-grapheme associations (such as the TOPF and HART), have been used effectively as measures of premorbid ability. The advantages of using reading tests are that they represent the patient's actual ability, are easy to verify, have a high correlation with intellectual functioning, and are relatively resistant to the effects of injury and illness. The disadvantage of using reading tests is that they cannot be used in individuals with a history of reading disability or current impairment in reading ability.
- The best model for estimating premorbid functioning can be combining demographic and performance variables, either reading tests or embedded measures. The combination of performance and demographic data maximizes the advantages of both models and minimizes the impact of the disadvantages.
- Commonly used reading tests for the prediction of premorbid abilities include the Hopkins Adult Reading Test (HART; Schretlen et al., 2009), WTAR and its revised edition the Test of Premorbid Functioning (TOPF). The WTAR and TOPF were co-normed with the WAIS–III and WAIS–IV, respectively. The TOPF is part of the Advanced Clinical Solutions for the WAIS–IV/WMS–IV. The HART was developed using the WAIS-R and WAIS–III.
- The TOPF provides premorbid estimation for WAIS–IV VCI, PRI, WMI, FSIQ, GAI, and CPI, as well as the WMS–IV IMI, DMI, and VWMI. Equations using the TOPF only, the TOPF with simple demographics, the TOPF with complex demographics, and demographics only models are available. The TOPF can also be used to predict WASI–II scores. The equations for predicting CPI and WASI–II scores are provided in this chapter.
- OPIE–IV provides premorbid estimation of WAIS–IV FSIQ, GAI, VCI, and PRI. The OPIE–IV combines current raw WAIS–IV subtest scores with demographic variables. Equations are available to predict standard, prorated, and alternate versions of WAIS–IV indexes.
- Education and reading skills are likely more generalized correlates of premorbid cognition functioning than the results of individual WAIS

subtests, such as Vocabulary and Matrix Reasoning. Therefore, theoretically, if the clinician wishes to generalize the findings to overall pre-morbid functioning rather than performance related to a specific ability battery (e.g., WAIS−IV), then education and reading skills are usually preferred in a premorbid prediction model over using current performance on a specific subtests.
- The TOPF reading test should not be used in cases where there is a history of reading disability or in cases where reading is significantly affected by the presenting injury or illness. The TOPF provides estimation of expected TOPF performance based on demographic data. Data suggest the TOPF can be used even when the predicted TOPF is significantly higher than the actual TOPF unless the base rate of the discrepancy exceeds 10% of the standardization sample. The TOPF demographic models can be used when the TOPF reading score is unexpectedly low.
- The OPIE−IV may be used when TOPF is unexpectedly low and in cases of severe language impairment or a history of speech-language impairment. In these cases, the models using Matrix Reasoning may be preferable.
- When selecting a model for predicting premorbid ability, the clinician must consider the strengths and weaknesses of each method, and use the model that is most appropriate for the individual being assessed.
- The use of premorbid prediction equations for determining decline in cognitive functioning is enhanced when statistical significance data and base rate of discrepancies are also applied. These data are available for both the TOPF and OPIE−IV.

The Appendix containing tables for Chapter 5 can be found online at: http://booksite.elsevier.com/9780123869340

## References

Axelrod, B. N., Vanderploeg, R. D., & Schinka, J. A. (1999). Comparing methods for estimating premorbid intellectual functioning. *Archives of Clinical Neuropsychology*, *14*(4), 341−346.

Babcock, H. (1930). An experiment in the measurement of mental deterioration. *Archives of Psychology*, *18*(117), 5−105.

Barona, A., Reynolds, C., & Chastain, R. (1984). A demographically based index of premorbid intelligence for the WAIS-R. *Journal of Consulting and Clinical Psychology*, *52*(5), 885−887.

Blair, J., & Spreen, O. (1989). Predicting premorbid IQ: A revision of the national adult reading test. *The Clinical Neuropsychologist*, *3*(2), 129−136.

Crawford, J. R. (1992). Current and premorbid intelligence measures in neuropsychological assessment. In J. R. Crawford, D. M. Parker, & W. W. McKinlay (Eds.), *A handbook of neuropsychological assessment* (pp. 21−50). Hove, UK: Erlbaum.

Case 2:12-md-02323-AB   Document 11204-5   Filed 10/08/20   Page 18 of 20

**276**   5. PREDICTING PREMORBID ABILITY FOR WAIS–IV, WMS–IV AND WASI–II

Crawford, J. R., & Allan, K. M. (1997). Estimating premorbid WAIS-R IQ with demographic variables: Regression equations derived from a UK sample. *The Clinical Neuropsychologist*, *11*(2), 192−197.

Donders, J., Tulsky, D. S., & Zhu, J. (2001). Criterion validity of new WAIS–III subtest scores after traumatic brain injury. *Journal of the International Neuropsychological Society*, *7*(7), 892−898.

Duff, K. (2010). Predicting premorbid memory functioning in older adults. *Applied Neuropsychology*, *17*(4), 278−282.

Franzen, M. D., Burgess, E. J., & Smith-Seemiller, L. (1997). Method of estimating premorbid functioning. *Archives of Clinical Neuropsychology*, *12*(8), 711−738.

Gladsjo, J. A., Heaton, R. K., Palmer, B. W., Taylor, M. J., & Jeste, D. V. (1999). Use of oral reading to estimate premorbid intellectual and neuropsychological functioning. *Journal of the International Neuropsychological Society*, *5*(3), 247−254.

Grober, E., & Sliwinski, M. (1991). Development and validation of a model for estimating premorbid verbal intelligence in the elderly. *Journal of Clinical and Experimental Neuropsychology*, *13*(6), 933−949.

Hilsabeck, R. C., & Sutker, P. B. (2009). Using an implicit memory task to estimate premorbid memory. *Archives of Clinical Neuropsychology*, *24*(2), 179−191.

Isella, V., Villa, M. L., Forapani, E., Piamarta, F., Russo, A., & Appollonio, I. M. (2005). Ineffectiveness of an Italian NART-equivalent for the estimation of verbal learning ability in normal elderly. *Journal of Clinical & Experimental Neuropsychology*, *27*(5), 618−623.

Iverson, G. L., Lange, R. T., Brooks, B. L., & Rennison, V. L. A. (2010). "Good old days" bias following mild traumatic brain injury. *The Clinical Neuropsychologist*, *24*(1), 17−37.

Jastak, J. F., & Jastak, S. (1985). *The wide range achievement test−revised*. Wilmington, DE: Jastak Associates.

Johnson-Greene, D., Dehring, M., Adams, K. M., Miller, T., Arora, S., & Beylin, A., et al. (1997). Accuracy of self-reported educational attainment among diverse patient populations: A preliminary investigation. *Archives of Clinical Neuropsychology*, *12*(7), 635−643.

Johnstone, B., Hogg, J. R., Schopp, L. H., Kapila, C., & Edwards, S. (2002). Neuropsychological deficit profiles in senile dementia of the Alzheimer's type. *Archives of Clinical Neuropsychology*, *17*(3), 273−281.

Kareken, D. (1997). Judgment pitfalls in estimating premorbid intellectual function. *Archives of Clinical Neuropsychology*, *12*(8), 701−709.

Kareken, G., Gur, R., & Saykin, A. (1995). Reading on the wide range achievement test−revised and parental education as predictors of IQ: Comparison with the Barona formula. *Archives of Clinical Neuropsychology*, *10*(2), 147−157.

Kareken, D., & Williams, M. (1994). Human judgment and estimation of premorbid intellectual functioning. *Psychological Assessment*, *6*(2), 83−91.

Kaufman, A. S. (1990). *Assessing adolescent and adult intelligence*. Boston: Allyn and Bacon.

Krull, K. R., Scott, J., & Sherer, M. (1995). Estimation of premorbid intelligence from combined performance and demographic variables. *The Clinical Neuropsychologist*, *9*(1), 83−88.

Lange, R. T., Schoenberg, M. R., Saklofske, D. H., Woodward, T. S., & Brickell, T. A. (2006). Expanding the WAIS–III estimate of premorbid ability for Canadians (EPAC). *Journal of Clinical and Experimental Neuropsychology*, *28*(5), 773−789.

Larrabee, G. J., Largen, J. W., & Levin, H. S. (1985). Sensitivity of age-decline resistant ("Hold") WAIS subtests to Alzheimer's disease. *Clinical and Experimental Neuropsychology*, *7*(5), 497−504.

Mathias, J. L., Bowden, S. C., Bigler, E. D., & Rosenfeld, J. V. (2007). Is performance on the Wechsler test of adult reading affected by traumatic brain injury? *British Journal of Clinical Psychology*, *46*(4), 457−466.

Mattis, S. (1988). *Dementia rating scale*. Odessa, FL: Psychological Assessment Resources.

Mittenberg, W., Theroux, S., Aguila-Puentes, G., Bianchini, K., Greve, K., & Tayls, K. (2001). Identification of Malingered head injury on the Wechsler adult intelligence scale−third edition. *The Clinical Neuropsychologist*, 15(4), 440−445.

Perez, S. A., Schlottmann, R. S., Holloway, J. A., & Ozolins, M. S. (1996). Measurement of premorbid intellectual ability following brain injury. *Archives of Clinical Neuropsychology*, 11(6), 491−501.

Pearson (2001). *Manual for the Wechsler test of adult reading*. San Antonio, TX: Pearson Education.

Pearson (2009). *Test of premorbid functioning: Advanced clinical solutions for use with WAIS−IV and WMS−IV*. San Antonio: Pearson Education.

Reynolds, C. R. (1997). Postscripts on premorbid ability estimation: Conceptual addenda and a few words on alternative and conditional approaches. *Archives of Clinical Neuropsychology*, 12(8), 769−778.

Ryan, J. J., Paolo, A. M., & Brungardt, T. M. (1990). Standardization of the WAIS-R for persons 75 years and older. *Psychological Assessment*, 2(4), 404−411.

Salthouse, T. A. (2006). Mental exercise and mental aging: Evaluating the validity of the "use it or lose it" hypothesis. *Perspectives on Psychological Science*, 1(1), 68−87.

Salthouse, T. A., Nesselroade, J. R., & Berish, D. E. (2006). Short-term variability in cognitive performance and the calibration of longitudinal change. *Journal of Gerontology: Psychological Sciences*, 61(3), 144−151.

Schoenberg, M. R., Duff, K., Scott, J. G., & Adams, R. L. (2003). An evaluation of the clinical utility of the OPIE-3 as an estimate of premorbid WAIS-III FSIQ. *The Clinical Neuropsychologist*, 17(3), 308−321.

Schoenberg, M. R., Lange, R. T., Marsh, P., & Saklofske, D. H. (2010). Premorbid intelligence. In J. S. Kreutzer, J. DeLuca, & B. Caplan (Eds.), *Encyclopedia of clinical neuropsychology*. New York: Springer.

Schoenberg, M. R., Scott, J. G., Duff, K., & Adams, R. L. (2002). Estimation of WAIS−III intelligence from combined performance and demographic variables: Development of the OPIE-3. *The Clinical Neuropsychologist*, 16(4), 426−438.

Schretlen, D. J., Buffington, A. L., Meyer, S. M., & Pearlson, G. D. (2005). The use of word-reading to estimate "premorbid" ability in cognitive domains other than intelligence. *Journal of the International Neuropsychological Society*, 11(6), 784−787.

Schretlen, D. J., Winicki, J. M., Meyer, S. M., Testa, S. M., Pearlson, G. D., & Gordon, B. (2009). Development of psychometric properties, and validity of the Hopkins adult reading test (HART). *The Clinical Neuropsychologist*, 23(6), 926−943.

Scott, J. G., Krull, K. R., Iverson, G. L., Williamson, D. J. G., & Adams, R. L. (1997). Oklahoma premorbid intelligence estimation (OPIE): Validation on clinical samples. *The Clinical Neuropsychologist*, 11(2), 146−154.

Skeel, R. L., Sitzer, D., Fogal, T., Wells, J., & Johnstone, B. (2004). Comparison of predicted-difference, simple-difference, and premorbid-estimation methodologies for evaluating IQ and memory score discrepancies. *Archives of Clinical Neuropsychology*, 19(3), 363−374.

Solé-Padullés, C., Bartrés-Faz, D., Junqué, C., Vendrell, P., Rami, L., & Clemente, I. C., et al. (2009). Brain structure and function related to cognitive reserve variables in normal aging, mild cognitive impairment and Alzheimer's disease. *Neurobiology of Aging*, 30(7), 1114−1124.

Storandt, M., Stone, K., & LaBarge, E. (1995). Deficits in reading performance in very mild dementia of the Alzheimer type. *Neuropsychology*, 9(2), 174−176.

Wechsler, D. (1958). *The measurement and appraisal of adult intelligence* (4th ed.). Baltimore, MD: Williams & Wilkins.

Wechsler, D. (1997). *Wechsler adult intelligence scale−third edition (WAIS−III)*. San Antonio, TX: Pearson.

Wechsler, D. (2008). *Wechsler adult intelligence scale—fourth edition (WAIS—IV)*. San Antonio, TX: Pearson.

Wechsler, D. (2009). *Wechsler abbreviated scale of intelligence—second edition (WAIS—III)*. San Antonio, TX: Pearson.

Williams, M. (1997). The prediction of premorbid memory ability. *Archives of Clinical Neuropsychology*, *12*(8), 745—756.

Wilson, R., Rosenbaum, G., Brown, G., Rourke, D., & Whitman, D. (1978). An index of premorbid intelligence. *Journal of Consulting and Clinical Psychology*, *46*(6), 1554—1555.

Yates, A. (1956). The use of vocabulary in the measurement of intelligence deterioration: A review. *Journal of Mental Science*, *102*, 409—440.