# EXHIBIT 7

*The Clinical Neuropsychologist*, 20: 243–260, 2006
Copyright © Taylor and Francis Group, LLC
ISSN: 1385-4046 print/1744-4144 online
DOI: 10.1080/13854040590947489


Psychology Press
Taylor & Francis Group

# EARLY ENVIRONMENTAL FACTORS, ETHNICITY, AND ADULT COGNITIVE TEST PERFORMANCE

**Desiree A. Byrd[1,5], S. Walden Miller[2], Judy Reilly[1,3], Shirley Weber[4], Tamara L. Wall[1,2], and Robert K. Heaton[1,2]**

[1]*San Diego State University/University of California Joint Doctoral Program in Clinical Psychology, San Diego, CA, USA,* [2]*Department of Psychiatry, University of California, San Diego, CA, USA,* [3]*Department of Psychology, San Diego State University, San Diego, CA, USA,* [4]*Department of Africana Studies, San Diego State University, San Diego, CA, USA, and* [5]*G. H. Sergievsky Center, Columbia University College of Physicians and Surgeons, New York, NY, USA*

*This study was conducted to better understand cross-cultural variation in neuropsychological test performance by exploring the relationship between early environmental factors and adult neuropsychological functioning in African Americans (AA) and Caucasians (CA). Cognitive testing data and detailed retrospective early environmental histories were obtained from 100 neurologically healthy adults (75 AA, 25 CA). Results indicate that: (a) consistent with previous research, the two ethnic groups differed significantly on their cognitive test performance; (b) early environmental factors were significantly related to performance on cognitive tests; (c) the two ethnic groups demonstrated slight, but significant, differences in their early environmental histories; but (d) covarying early environmental factors did not substantially reduce the group performance in cognitive test performance. The failure of reported environmental factors to account for more of the ethnic disparity in test performance may have resulted from the inherent weakness of the retrospective assessment method (i.e., lack of precision or objectivity in participants' recollections of their early environments). These results highlight the remaining need for ethnicity specific normative data until cross-cultural variation in neuropsychological test performance is better understood.*

## INTRODUCTION

Disparities in neurocognitive test performance in people with different cultural backgrounds continue to perplex neuropsychologists and place ethnic minorities at greater risk for misdiagnoses when these tests are used for clinical purposes. An important approach to understanding the effects of ethnicity on cognitive test performance is to investigate socio-environmental factors that might contribute to the variability.

It is well-established that neuropsychological test scores are sensitive to an array of factors other than brain damage, among them: age, education, gender, socioeconomic status, and ethnicity (Bornstein, 1985; Heaton, Ryan, Grant, &

Address correspondence to Dr. Desiree A. Byrd, Columbia University, G. H. Sergievsky Center, 630 W 168th St., PH 19 New York, NY 10032. Tel.: 212-305-1874. E-mail: desiree.byrd@mssm.edu
Accepted for publication: October 20, 2004.

Matthews, 1996; Heaton, Taylor, & Manly, 2003; Leckliter & Matarazzo, 1989; Manly et al., 1998a, 1998b; Manly, Miller et al., 1998; Matarazzo, 1972; Neisser et al., 1996; Nichols & Anderson, 1974; Prigatano & Parsons, 1976). In fact, most neuropsychological measures are so sensitive to demographic variables that without proper adjustments to the normative criteria, interpretations and diagnoses can be dramatically affected, reducing their specificity in large segments of the population (Heaton et al., 2003; Lichtenberg, Ross, & Christenson, 1994; Manly, Miller et al., 1998; Norman, Evans, Miller, & Heaton, 2000; Roberts & Hamsher, 1984).

In particular, neurologically normal African Americans tend to earn lower scores than Caucasians on tests of cognitive functioning (Ford, Haley, Thrower, West, & Harrell, 1996; Heaton et al., 2003; Kuller et al., 1998; Manly & Jacobs, 2002; Manly et al., 1998a,b, 1998b; Onwuegbuzie & Daley, 2001). The differences persist across age, gender, and educational levels (Fischer et al., 1996; Heaton et al., 2003; Kaufman, McLean, & Reynolds, 1998; Marcopulos, McLain, & Giuliano, 1997; Reynolds, Chastain, Kaufman, & McLean, 1987). These performance patterns reflect *normal* variations in performance. In fact, cultural and contextual models for understanding these types of differences have long been offered and supported by educational and socio-anthropological studies (Berry et al., 2002; Campbell et al., 1996; Cole, Gay, & Glick, 1968; Helms, 1992; Klineberg, 1928; Nell, 2000). However, if not understood in this way, the differences might suggest that African Americans exhibit a greater prevalence of neurocognitive impairment and more importantly, disproportionate numbers of African Americans may be misdiagnosed with conditions such as dementia and learning disabilities (e.g., Gladsjo et al., 1999; Heaton et al., 2003; Norman et al., 2000). Therefore, social and ethical concerns necessitate an increased understanding of the neuropsychological functioning of African Americans and other ethnic minorities (Campbell et al., 1996; Okazaki & Sue, 1995; Perez-Arce, 1999).

In addition to demographic variables such as age, education, gender, and ethnicity, factors such as parental influence, early educational experiences, and learning opportunities in the home would be expected to influence cognitive development and test performance. While variations in such environmental experiences would intuitively seem to influence cognitive outcome in all people, relatively little empirical research has addressed the relationships between these factors and cognition in different ethnic groups, particularly in adults. Published research with children, however, has yielded support for a relationship between early home environmental factors and current and future cognitive test scores (Brooks-Gunn, Klebanov, & Duncan, 1996; Duncan, Brooks-Gunn, & Klebanov, 1994; Laosa, 1983). In a cross-sectional portion of a longitudinal study by Brooks-Gunn et al. (1996), it was found that the cognitive test score difference between African-American and Caucasian low birth weight children was reduced by 52% after accounting for socioeconomic status; variation on measures of the home environment accounted for an *additional* 28% of the ethnicity difference in test scores.

In the present study, a wide array of early socioenvironmental variables were retrospectively assessed in samples of healthy African American and Caucasian adults, and the possible relationships of these variables to current neuropsychological functioning were examined. Potential socioenvironmental correlates of cognitive test performance included educational and occupational background of parents, family

composition, access to healthcare, availability of reading and other educationally oriented materials in the home, early school experiences, and parental attitudes toward education, all assessed retrospectively by means of a semi-structured interview. While many environmental variables might be expected to contribute to neuropsychological test performance, the ones considered in the current study (e.g., early educational experiences) were selected primarily because they had been identified as significant correlates of cognitive performance in previous studies (albeit those that were conducted with children; Brooks-Gunn et al., 1996; Duncan et al., 1994; Gottfried, 1984; Henderson, 1981; Laosa, 1983; Wachs, Uzgiris, & Hunt, 1971).

In addition, some aspects of the current study were exploratory in nature. Very little is known about the effects of early socioenvironmental variables on adult cognition. Thus, some early environmental factors were assessed (e.g., childhood home crowdedness, exposure to games/puzzles, possession of library card as a child) that, to our knowledge, have never before been examined in relation to cognitive functioning. This study also integrated qualitative methodologies with quantitative techniques, as has been encouraged for psychological research on ethnic minorities (e.g., Ardila, 1995; Brink, 1994; Brooks-Gunn et al., 1996; Suzuki and Valencia, 1997).

It was hypothesized that, consistent with previous research, significant ethnic group differences would be observed on cognitive tests, even after adjusting scores for age, gender, and years of education. Likewise, it was hypothesized that there would be significant ethnicity differences on our measure of early environment. We also hypothesized that retrospective reports of participants' early environmental and educational histories would correlate with current cognitive test scores and that the relationship would remain significant (although in a possibly attenuated form) after taking years of education into account. Finally, given the expected differences in the early environmental backgrounds of African Americans and Caucasians, as well as the available evidence that early environment can influence later cognitive functioning, it was hypothesized that statistically adjusting for differences in early environments would substantially reduce the performance differences between African Americans and Caucasians on age-, education-, and gender-corrected cognitive test scores (Brooks-Gunn et al., 1996; Duncan et al., 1994; Laosa, 1983).

## METHOD

### Research Participants

The sample was composed of 100 neurologically normal adults (75 African Americans, 25 Caucasians). All participants' ethnicities were determined through self-identification. Forty-seven (63%) African American participants were drawn from the pool of participants in the African American Neuropsychological Normative Project (AANP) in San Diego, California. The AANP sampling strategy used multiplicity techniques to match 1990 census data, which ensured that participants were representative of the various age, education, and socioeconomic levels among African American adults in San Diego County. The remaining 28 African American and all Caucasian participants were recruited from the general community within Southern California. All participants were financially compensated for their participation in the study.

**Sample characteristics.** The newly recruited African American participants, relative to the African American participants from the AANP, were significantly younger, less educated, and earned lower scores on WAIS-R Full-Scale IQ raw score. However, after adjusting FSIQ scores for the differences in age and education (Heaton, 1992), the two groups were comparable in their cognitive test performance (FSIQ $T$-Scores).

The African American and Caucasian groups were similar in gender distribution (65 and 60% female, respectively) and years of education: African American mean = 13.7 ($SD$ = 2.3), Caucasian mean = 14.5 ($SD$ = 2.3) ($t$ [98] = 1.5, $p$ = .13). However, the African American group was significantly older (mean = 41.6 [$SD$ = 14.3]) than the Caucasian group (mean = 35.0 [$SD$ = 11.1] [$t$ (98) = −2.13, $p$ < .05]).

**Inclusion/exclusion criteria.** Potential participants were excluded if they met DSM-III-R criteria for current drug or alcohol dependence, reported histories of serious mental illnesses, or were currently using psychoactive substances (other than moderate alcohol use). Exclusionary criteria also included English as a second language, any report of head trauma with loss of consciousness greater than five minutes, a documented history of learning disability, or any neurological or medical condition likely to affect neuropsychological test performance.

### Instruments

**Cognitive measures.** The Wechsler Adult Intelligence Scale—Revised (WAIS-R; Wechsler, 1981) was the primary neuropsychological measure for all analyses. A subset of African American participants ($n$ = 47) had comprehensive neuropsychological data available from their previous participation in the AANP. The AANP battery included the WAIS-R and an expanded Halstead-Reitan Neuropsychological Battery, which consisted of all tests in the standard Halstead-Reitan battery (Reitan and Wolfson, 1993) plus additional measures of attention/working memory, learning/memory, and verbal skills. From this battery, measures were selected that assessed performance in six theoretically derived ability areas: verbal comprehension, attention/working memory, verbal learning, visual learning, spatial reasoning, and speed of information processing (Table 1). For the sake of consistency and availability, standard normative data, based on normative samples that were totally or primarily Caucasian, was used to standardize scores for all participants. Scores from each test were converted to age-, education-, and gender-corrected $T$-scores and averaged to yield mean ability area $T$-scores (Heaton, 1992; Heaton, Grant, & Matthews 1991; Norman et al., 2000). Additionally, results from 12 measures in the AANP battery yielded an *average impairment rating* (AIR; Russel, Neuringer, & Goldstein, 1970), which was used as a summary index of overall neuropsychological functioning. The AIR is comprised of ratings of level of performance taken from the following tests: Category Test, Tactual Performance Test (three measures: total time, memory, and location), Seashore Rhythm Test, Speech Sounds Perception Test, Finger Tapping, Trailmaking Test Part B, Aphasia Screening Exam, Spatial Relations, Perceptual Screening Exam, and the WAIS-R (a performance pattern feature that emphasizes Digit Symbol).

**Table 1** Neuropsychological tests grouped by primary cognitive ability area

Average Impairment Rating (AIR)
Speed of Information Processing
  Grooved pegboard (time; dominant and nondominant hands)
  WAIS-R Digit Symbol
  Trailmaking Test, Parts A and B (Trails A &B)
  Letter Fluency
  Category Fluency
Verbal Comprehension
  WAIS-R Vocabulary
  WAIS-R Comprehension
  WAIS-R Similarities
  WAIS-R Information
  Boston Naming Test (# correct)
  Aphasia Screening Exam
  Peabody Individual Achievement Test (PIAT), Reading Recognition Subtest
Spatial Reasoning
  WAIS-R Block Design
  WAIS-R Object Assembly
  Category Test (# errors)
Attention/Working Memory
  Digit Vigilance (# errors)
  Speech Sounds Perception
  Seashore Rhythm Test
  WAIS-R Arithmetic
  WAIS-R Digit Span
  Trailmaking Test, Trails B minus Trails A
  Paced Auditory Serial Addition Test (PASAT)
Verbal Learning
  Story Memory Test (Learning index)
  California Verbal Learning Test (CVLT), Trials 1–5 total
Visual Learning
  Figure Memory Test (Learning index)

**Background Interview Scale (BIS).** Early environmental information was collected using the Background Interview Scale (BIS), a scale created by the first author (available upon request). The BIS is a semi-structured interview containing 173 questions that are conceptually divided into three sections: Early Educational Experiences, SES/Parental Factors, and other factors that may influence cognitive development. The "other factors" section was included for exploratory purposes and sampled experiences such as subjective rating of childhood health, number of childhood residences, and frequency of family-shared meals and mealtime conversation. The development of the BIS was based on an examination of the literature on the effects of demographic and background variables on cognitive functioning and through informal discussions with neuropsychologists, cognitive psychologists, and African American educators. Three categories of items: (a) the availability of literacy materials/educational toys in the home, (b) parental involvement in education, and (c) nature of extracurricular involvement, were generated to sample early environmental factors which have been demonstrated to influence cognitive functioning in previous studies with children (Brooks-Gunn et al., 1996; Caldwell

& Bradley, 1984; Gottfried, 1984). All other categories of items sampled factors that had not yet been researched but had rational appeal as being relevant to the study (e.g., mealtime conversation, source of childhood healthcare, etc.).

To facilitate statistical analyses of data collected with the BIS, several data conversion and reduction techniques were employed. Because such a large number of questions were asked in the BIS, an initial decision involved selecting only certain items for formal data analysis. Of the 173 BIS questions, 65 items were initially considered for inclusion in analyses; most of the remaining questions were follow-up items to the questions being considered. First, items were selected for inclusion in the two subscales (Early Educational Experiences and SES/Parental Factors), a priori, based upon a rational grouping scheme. Secondly, the distribution of responses among the African-American sample was explored to determine item appropriateness. The distributions in the African American group were used to identify: (a) questions with minimal variability (which were eliminated) and (b) cutpoints to dichotomize Likert and continuous responses. There was one exception to this requirement: item number 151 ("Did you have books of your own as a child?"), which only 11% of the African American group responded in the negative. This item was retained for analyses because of its face validity for relating to cognitive development. The decision to use the African American group for item exploration was based upon their larger sample size. Third, questions that allowed for rational addition were combined to form summary scores. For example, in the "Exposure to Board Games and Puzzles" subsection, questions 56–64 assess participants' exposure to a number of different games and puzzles. Responses to these questions were coded to equal 1 for "Yes" and 0 for "No" answers; responses were summed to create a total number that reflected the overall amount of exposure to the games and puzzles listed. In all, 35 items were eliminated or combined, leaving 30 items for further examination for inclusion in the subscales.

The correlations between the 30 selected items and cognition (Full-Scale IQ score) in the African American sample was considered next; items that demonstrated no relationship to test performance and for which there was no strong theoretical rationale for inclusion were not included in the subscales. (Note, however, that excluding the Caucasian group from this analysis allowed for the opportunity to assess the generalizability of the relationships between selected background factors and adult cognition by later testing the relationship in the combined sample.) For descriptive purposes, Table 2 includes the correlational values of the 30 items and Full Scale IQ in the total sample. All of the above procedures resulted in 18 dichotomized items that were included in the total scale with nine items in each subscale. The scoring of items was done in such a way that a score of 1 indicated the endorsement of a "less enriched" background factor (the *presence* of learning difficulty, parental education of less than 12 years, etc.) while a score of 0 indicated the absence of such a factor. Therefore, a higher score was reflective of "less favorable" background experiences, in that these factors were theorized to be less likely to lead to test taking knowledge and skills that would produce high scores on cognitive tests. Table 3 provides a list of these 18 items and the proportion of participants in each ethnicity group who endorsed each item in the two subscales in the "less enriched" direction.

Internal consistency of the two subscales was assessed using the Kuder-Richardson 20 formula to derive the dichotomous equivalent of Cronbach's

**Table 2**  Bivariate correlation coefficients: BIS items with Full-Scale IQ

Home environment
   1. Stability of childhood home environment (# of residences) = .12
   2. Crowdedness (ratio of # people to # bedrooms in primary residence) = .07
  (3). General experience with games and puzzles as a child = .25*
   4. Regular mealtime conversation with parents = .22*
Educational history
   5. Stability of educational experiences (#'s of schools attended) = .13
  (6). Learning difficulties  (yes/no) = .33**
  (7). Evidence of giftedness/advanced abilities (yes/no) = .26*
   8. Rural vs. Urban (yes/no) = .13
  (9). Extracurricular involvement during high school = .35**
  (10). Grades Elementary School = .25*
  (11). Grades Middle School = .33**
  (12). Grades High School = .35**
  (13). Homework completion frequency = .18
Early literacy practices
  (14). Remembers being read to as a child (yes/no) = .07
  (15). Liked to read as a child (yes/no) = .21*
  (16). Presence of library card (yes/no) = .10
  (17). Had their own books as child (yes/no) = .06
  (18). Reading was hard as a child (yes/no) = −.17
   19. Number of different literacy materials in home = .11
Parental involvement in education
   20. Frequency that parents asked about/visited school or helped w/homework = .13
   21. Home consequences based on school performance (rewards, punishments) = .03
Childhood health status
   22. Subjective rating of childhood health status = .15
   23. Annual frequency of preventive medical visits = −.01
Parental/SESfactors
  (24). Maternal education = .27**
  (25). Paternal education = .35**
  (26). Maternal occupation = −.10
  (27). Paternal occupation = −.33**
   28. Single- vs. two-parent home = −.10
   29. Frequency of family vacations (never or at least every few years) = .01
  (30). Ever had own bedroom = −.12

*Notes.* ( ) = Items retained for final scale.
*$p < .05$, **$p < .01$.

coefficient alpha. The cutpoint for acceptable alpha values varies by author. According to Nunnaly (1978), .70 is an acceptable reliability coefficient. Using these guidelines, the alpha values for the SES/Parental Factors (alpha for all participants = .80) and the Early Educational Experiences (alpha for all participants = .78) subscales of the BIS were in the acceptable range.

### Procedures

Neuropsychological testing data were collected through two mechanisms. Participants from the AANP underwent an extensive cognitive evaluation (described above) through their participation in that research project. For the current study, these AANP participants were only asked to complete the BIS, which was conducted

**Table 3**  Background Interview Scale—"Disadvantageous" item endorsement by ethnicity

|  | African American % endorsed | Caucasian % endorsed |
| --- | --- | --- |
| Early educational experiences |  |  |
| Presence of non-reading related learning difficulties* | 25 | 4 |
| Absence of giftedness/advanced abilities | 75 | 56 |
| None or only athletic extracurricular involvement during high school | 47 | 32 |
| Did not like to read as a child | 24 | 24 |
| Reading was hard | 20 | 16 |
| Earned less than "B" grades on average |  |  |
| Elementary School | 30 | 16 |
| Junior high school | 43 | 24 |
| High school | 55 | 36 |
| Completed homework less than almost always | 41 | 44 |
| Family SES/Parental Factors |  |  |
| Maternal education: less than high school** | 41 | 8 |
| Paternal Education: less than High School* | 36 | 13 |
| Primary occupation of mother ("blue collar") | 63 | 43 |
| Primary occupation of father ("blue collar") | 65 | 43 |
| Did not remember being read to as a child | 36 | 20 |
| Never had their own bedroom** | 65 | 32 |
| Did not have their own books as a child | 12 | 4 |
| Never had a library card | 22 | 28 |
| Had little experience with board games as a child | 20 | 16 |

$^*p < .05$, $^{**}p < .001$.

by an examiner who was blind to their cognitive test scores. All other participants were administered the BIS and WAIS-R during the same session. To maintain the interviewer's blind status to participants' test scores, the BIS was administered prior to cognitive testing for all non-AANP participants. In an effort to maximize the consistency of procedures, one African American female interviewer (DB) conducted all interviews. The BIS took between 20 and 60 minutes to administer, with an average administration time of 35 minutes for the African American and 20 minutes for Caucasians. The longer administration time for African Americans was due to the general recall style of this group. African Americans more frequently recalled their childhood experiences in a rich conversational style marked by engaging and vivid memories as well as the addition of other events related to the interview questions. Caucasians, however, generally answered questions in a more traditional interview style (i.e., direct, concise answers).

## RESULTS

### Group Performance on the BIS and Cognitive Tests

Table 4 summarizes the Full Scale IQ (FSIQ) and BIS data for the two ethnicity groups. As hypothesized, African Americans scored lower than Caucasians on both the FSIQ standard score ($F[1, 98] = 17.49$, $p < .001$), and the age-,

**Table 4**  Cognitive testing and BIS scores (Mean, *SD*, Range)

|  | African Americans | | Caucasians | |
|---|---|---|---|---|
|  | Mean (*SD*) | Range | Mean (*SD*) | Range |
| FSIQ scaled score** | 94.7 (10.6) | 73–118 | 105.6 (13.5) | 83–133 |
| FSIQ *T*-score** | 41.8 (7.3) | 19–58 | 49.2 (10.3) | 32–73 |
| BIS total** | 7.8 (3.6) | 1–18 | 5.5 (3.2) | 1–13 |
| Early Educational Experiences* | 3.8 (2.6) | 0–9 | 2.5 (1.9) | 0–6 |
| SES/Parental Factors* | 4.1 (2.2) | 1–9 | 3.0 (1.9) | 1–8 |

*Notes.* FSIQ = Full-Scale IQ Score; BIS = Background Interview Scale; SES = socioeconomic status.
*$p < .05$, **$p < .01$.

education-, and gender-corrected *T*-score ($F[1, 98] = 14.99$, $p < .001$). Analyses also revealed that, as a group, Caucasians scored significantly lower than African Americans on the BIS total score ($F[1, 98] = 8.49$, $p < .01$) and both subscales (Early Educational Experiences: $F[1, 98] = 4.76$, $p < .05$; SES/Parental Factors: $F[1, 98] = 5.07$, $p < .05$). While the effect sizes for the differences between the group means were in the "medium" range (BIS total $d = .68$; Early Educational Experiences: $d = .55$; SES/Parental Factors: $d = .63$; Cohen, 1988), the absolute point differences for the scales were not large. The following four individual items were endorsed by significantly more African Americans than Caucasians, as determined by chi-square analyses ($p < .05$): presence of non-reading related learning disabilities, maternal and paternal education less than high school (scored separately for each parent), and never having one's own bedroom.

### Relationship of Background to Cognition

Bivariate correlational analyses between BIS subscale scores and WAIS-R Full-Scale, Verbal, and Performance IQ scores (standard and *T*), in the combined ethnicity sample, were conducted to test the hypothesis that reported early environmental factors would be associated with adult cognitive test performance. Results indicate that background factors were moderately related to standard (corrected only for age) IQ scores. As expected, background factors were less related to demographically corrected *T*-scores, which are already corrected for an important SES-related background factor (education; see Table 5). All correlations were in the expected negative direction (i.e., participants with more "favorable" backgrounds earned higher test scores). Correlational values were also examined separately in each ethnicity group; relationships were somewhat stronger, though not significantly so, in the Caucasian sample.

### Background Data and Ethnic Group Differences on Cognitive Tests

To test the hypothesis regarding the reduction of the effect of ethnicity on cognitive test performance through statistical control for early environmental factors, stepwise multiple regression analysis was utilized in which the BIS total score was entered into the equation at the first step (to control for differences in background

**DESIREE A. BYRD ET AL.**

**Table 5** Correlation of BIS summary scores to IQ Standard and $T$-scores ($n = 100$)

|  | BIS Total | BIS SES/Parental factors | BIS Early education |
|---|---|---|---|
| FSIQ standard score | $-.47^{**}$ | $-.25^*$ | $-.45^{**}$ |
| FSIQ $T$-score | $-.25^*$ | $-.18^+$ | $-.20^*$ |
| VIQ standard score | $-.42^{**}$ | $-.19^+$ | $-.45^{**}$ |
| VIQ $T$-Score | $-.24^*$ | $-.13$ | $-.24^*$ |
| PIQ standard score | $-.41^{**}$ | $-.26^{**}$ | $-.37^{**}$ |
| PIQ $T$-Score | $-.26^{**}$ | $-.23^*$ | $-.17^{**}$ |

$^*p < .05$, $^{**}p < .01$, $^+p < .10$.

histories), followed by ethnicity; FSIQ $T$-score was the dependent variable. This hypothesis was not supported. The proportion of variance in FSIQ $T$-score accounted for by ethnicity remained significant after the variance from BIS total score was taken into account ($R^2 = .14$, $p < .01$).

### AANP Full Neuropsychological Battery Analyses

For the subsample of African American participants recruited from the AANP ($n = 47$), data from a complete neuropsychological battery were analyzed in relation to the BIS. All participants had complete data in each cognitive ability area with one exception: only 32 (68%) of the participants were administered the CVLT (Verbal Learning domain); therefore, the sample size for the Verbal Learning ability area was smaller than the others. Descriptive performance information for each of the six ability areas, as well as FSIQ and AIR scores, are listed in Table 6. Correlational analyses indicate that there were significant, positive associations between the BIS total score and four ability area scaled scores (speed of information processing, verbal comprehension, working memory, and verbal learning; Heaton, 1992; Heaton et al., 1991; see Table 7). These relationships remained significant after controlling for the effects of age, education, and gender through the use of demographically corrected $T$-scores. In addition, the BIS total score was significantly related to the AIR scaled score and marginally related to the AIR $T$-score ($p = .05$). The Early

**Table 6** Descriptive performance information for neuropsychological ability areas scaled and $T$-scores for AANP participants ($n = 47$)

|  | IQ or Scaled score | | $T$-score | |
|---|---|---|---|---|
|  | Mean ($SD$) | Range | Mean ($SD$) | Range |
| FSIQ | 96.6 (11.3) | 73–118 | 42.1 (7.4) | 26–55 |
| AIR | 7.1 (2.8) | 3–14 | 40.6 (9.3) | 21–62 |
| Speed of Information Processing | 8.9 (2.0) | 4–12 | 44.5 (6.9) | 31–62 |
| Verbal Comprehension | 9.4 (2.2) | 5–14 | 43.9 (6.4) | 31–57 |
| Attention/Working Memory | 8.9 (1.8) | 5–13 | 45.2 (5.9) | 29–59 |
| Spatial Reasoning | 7.5 (1.9) | 4–13 | 42.7 (5.7) | 32–55 |
| Verbal Learning ($n = 32$) | 8.7 (2.2) | 4–13 | 42.3 (8.2) | 19–54 |
| Visual Learning | 7.0 (2.3) | 3–14 | 37.4 (8.4) | 23–63 |

**Table 7** Bivariate correlations: BIS scores with neuropsychological ability areas, (scaled and $T$-scores for AANP participants ($n = 47$)

|  | Scaled scores | | | $T$-scores | | |
|---|---|---|---|---|---|---|
|  | BIS Total | Early Ed. Exp | SES/Parental Infl | BIS Total | Early Ed. Exp | SES/Parental Infl |
| FSIQ | $-.42^{**}$ | $-.31^{*}$ | $-.35^{*}$ | $-.09$ | $-.01$ | $-.13$ |
| AIR | $.42^{**}$ | $-.24$ | $-.41^{**}$ | $-.29^{+}$ | $-.27^{+}$ | $-.17$ |
| Speed of Information Processing | $-.55^{**}$ | $-.40^{**}$ | $-.45^{**}$ | $-.38^{**}$ | $-.21$ | $-.39^{**}$ |
| Spatial Reasoning | $-.23$ | $-.05$ | $-.33^{*}$ | $-.05$ | $.02$ | $-.10$ |
| Verbal Comprehension | $-.51^{**}$ | $-.31^{*}$ | $-.41^{**}$ | $-.33^{*}$ | $-.20$ | $-.30^{*}$ |
| Attn./Working Memory | $-.51^{**}$ | $-.36^{*}$ | $-.44^{**}$ | $-.42^{**}$ | $-.35^{*}$ | $-.30^{*}$ |
| Verbal Learning | $-.58^{**}$ | $-.49^{**}$ | $-.38^{*}$ | $-.47^{**}$ | $-.49^{**}$ | $-.22$ |
| Visual Learning | $-.05$ | $.05$ | $-.14$ | $.15$ | $.08$ | $.16$ |

$^{*}p < .05$, $^{**}p < .01$, $^{+}p < .10$.

Educational Experiences subscale score and four ability area scaled scores were significantly correlated, two of which (Attention/Working Memory and Verbal Learning) remained significant after correcting the ability area scores for the effects of age, gender, and education. The SES/Parental Factors subscale was significantly associated with FSIQ, AIR, five of the six ability area scaled scores, and three of those $T$-scores (see Table 7 for details).

## DISCUSSION

A novel interview-based scale was developed and utilized in this study to determine whether retrospectively recalled early environmental experiences (which might lead to knowledge and test-taking skills that would produce high test scores) were associated with adult neurocognitive functioning, and to what extent correction for these environmental factors might reduce the disparity in adult cognitive test performance between African Americans and Caucasians.

Consistent with previous studies (Adams, Boake, & Crain, 1982; Kaufman et al., 1988; Vincent, 1991), the cognitive testing difference between ethnicity groups was significant, and remained so after controlling for the effects of age, years of education, and gender. While the normative data used for this study corrected for quantity of education, test scores were not adjusted for quality of education, which has been demonstrated to significantly reduce the effects of ethnicity on cognitive tests (Manly et al., 1999). The ethnicity groups in this study also scored differently on our measure of early environmental experiences: African Americans earned slightly higher scores (reflecting less favorable early environments) than the Caucasians on both BIS subscales. Though statistically significant, the differences between the groups were small (just over one point difference on each nine point scale), suggesting that the ethnicity samples in this study were similar, overall, in their recalled childhood histories, as measured by our interview scale. This finding was somewhat surprising given previous epidemiological research which demonstrated that, in general, the living environments of African Americans and Caucasians have historically differed, due to the longstanding effects of racism and discrimination against African

Americans (Bennet, 1993; Feagin, 2000; Jaynes & Williams, 1989). Our failure to find larger ethnicity differences on the BIS was also unanticipated in view of prior reports of larger ethnicity differences on a frequently used children's measure of the home environment (HOME scale; Bradley, 1994). There are several possible explanations for the lack of substantial differences in the reported backgrounds of our participants. The most obvious is that the volunteer participants recruited for this study, despite ethnicity, experienced childhood lives that were quite similar on the variables assessed. The similarity in BIS scores for our two ethnicity groups could also be due to some of the demographic characteristics of our samples such as a large proportion of young participants (49% of African Americans and 72% of Caucasians were younger than 40 years of age). In fact, a review of the data indicates a significant inverse relationship between age and the SES/Parental Factors subscale for both ethnic groups. However, age was not significantly associated with the Early Educational Experiences subscale. Perhaps if the entire sample were older, different results would have been observed. There could also have been a reporting bias among the participants, which resulted in the reporting of backgrounds that were closer to ideally "desirable" experiences. In sum, for reasons which we cannot definitively identify, our groups of African American and Caucasian participants did not report early environmental histories that were very different from one another. Finally, it is possible that geography influenced this pattern of results. Sixty percent of the African American sample, and 45% of Caucasians, grew up in Western states, while only 13% of African Americans and 2% of Caucasians reported southern backgrounds. Perhaps if greater numbers of African Americans had grown up in southern states, where greater cultural inoculation and the effects of historical discrimination are both more prominent, larger BIS differences might have been observed.

The results of this investigation, however, do support the expectation that early environmental experiences are related to cognitive test performance in adulthood. Using the entire study sample to examine these relationships revealed that the BIS total and subscale scores were, in fact, significantly correlated with cognitive test performance, and that even after accounting for years of education, these associations remained significant. Given that the item selection procedure involved an initial screening of the items' relationship to test performance in the African American sample, this finding with the Caucasian group served as confirmatory evidence that the associations between early childhood factors and cognition were consistent. Further, among the African American AANP subsample, early environmental experiences were related to a number of specific neuropsychological abilities. These findings are consistent with previous research with children, which found that certain environmental measures were predictive of later cognitive test performance (Brooks-Gunn et al., 1996; Duncan et al., 1994) and further suggests that the relationship between aspects of early home environment and cognitive test performance extends, at least to some degree, into adulthood. To our knowledge, the current study is the first to document this finding in an adult sample.

Overall, the degree of the relationships between background factors and cognitive test performance were somewhat stronger in Caucasians, despite the African American group being larger and having a slightly wider range of scores. This result is consistent with prior research reporting that the association of home environment to cognition was stronger for Caucasians than for African Americans (Bradley &

Whiteside-Mansell, 1998; Brooks-Gunn et al., 1996) and suggests that for African Americans, other cultural factors not measured in the current study (e.g., culture-specific cognitive processing styles, differences in the perception and relevance of testing, etc.) might also influence cognitive test performance.

This study also examined the extent to which differences in early environment could be used to statistically reduce performance differences observed between African Americans and Caucasians. The hypothesis that ethnic group differences would be substantially reduced was not supported; after removing BIS-related variance from age-, education-, and gender-corrected cognitive test scores, ethnicity was still a significant predictor of performance. This finding was not especially surprising, considering that the two groups scored similarly on the BIS, and that the measure was not equally related to cognitive performance across groups. These findings contrast previous research among children that demonstrated that the adjustment of cognitive test scores for environmental variables does, in fact, significantly reduce the ethnicity test disparity (Brooks-Gunn et al., 1996). However, the effect sizes for studies completed among children were typically in the ''large'' range, while the values for the current study were in the ''medium'' range. Between-study differences in the extent of the effect of ethnicity on the background measure could contribute to the discrepant results. Another plausible explanation for our inability to replicate the finding in adults could be due to the method used to assess background variables in this study. Retrospective recall of home environmental information almost certainly is not as accurate as direct observation of the same phenomena, which was the procedure used in related studies with children. Finally, it is possible that the effects of early environment on cognitive test performance in adults may not be associated to the same degree as they are in children. To resolve these important issues, large-scale longitudinal studies are needed in which the home environments of representative samples of ethnically diverse children are carefully evaluated and cognitive development is prospectively assessed into adulthood.

Results from the analyses of the subsample of African American participants with complete neuropsychological data indicate that background factors exhibited significant and strong correlational relationships to most neuropsychological abilities assessed. Several of these relationships remained significant after taking years of education into account. There were especially strong relationships between background variables and speed of information processing, verbal comprehension, attention/working memory, and verbal learning. These four ability areas may be particularly useful to include in future neuropsychological studies of background factors and cognition, as they may indicate cognitive skills that are most sensitive to the effects of early home environment. Replication of these relationships with other ethnic groups is necessary before the finding can be generalized.

Results from this study further demonstrate that neuropsychologists cannot ignore ethnicity when evaluating clients in clinical or research settings. In addition, inquiring about background and years of education, while potentially useful, are insufficient methods of addressing ethnicity differences in cognitive test performance. Until the sources of these differences are better understood, the best and most feasible remedy is for neuropsychologists to use ethnicity-specific normative data when evaluating African American clients. In the absence of such data, neuropsychologists should exercise considerable caution when using Caucasian-based

(or Caucasian-dominated) normative standards to interpret African American test scores, especially those in the lower ranges, as they may not reflect acquired neurocognitive impairment in many cases. While ethnicity-specific normative data may reduce diagnostic error, they do not explain the problems associated with ethnicity performance differences. Recent research indicates that use of factors such as literacy level are especially useful for establishing premorbid performance level for ethnic minority clients whose years of education may be significantly different than their current literacy level (Manly & Jacobs, 2002). Further, adjustment for literacy level in ethnically diverse groups, eliminates most group performance differences (Manly et al., 1999), establishing literacy level as a critical factor to consider in future research and practice with ethnic minority clients.

### Limitations of the Study

In addition to the limitations addressed above, another concern is the possibility that some of the observed ''significant'' findings within the African American sample were due to chance (Type I error) because of multiple statistical comparisons in this study and the manner in which specific BIS items were selected. As previously noted, this study was conceptualized within an exploratory framework to include many variables that might relate to cognitive test performance, although most BIS items were chosen because of their reported relationships to cognitive test performance in prior studies. Still, the associations observed in this study will need replication in independent, larger studies.

Perhaps most importantly, there are limitations regarding the environmental assessment method used in this study. Relying on retrospective report for the measurement of qualitative variables is clearly problematic. It is likely that important aspects of early environment cannot be adequately measured in this way. Rather, those aspects may require direct assessment, as with the HOME scale (Bradley, 1994) in which a rater visits the home and assesses factors such as the availability of stimulating toys and the nature of parent-child conversation. Secondly, reliance on self-report alone for the measurement of early environmental experiences is difficult. It was hoped that participant self-report, though subject to alteration, would be sufficiently accurate to identify relevant phenomena for future study. Nevertheless, there are multiple limitations of self-report for events that took place years prior and experienced by young children with very limited bases for evaluating essential aspects of their surroundings. In the absence of objective, contemporaneous measures of the early environmental experiences that we sought to measure with the BIS, it would be premature to conclude from the current results that such early experiences are not as important to cognitive development in general, and to ethnicity differences in particular, as we expected. The above-mentioned research using the HOME scale with child samples, for example, would suggest otherwise.

### Future Directions

For the issues addressed in this investigation to be better understood, longitudinal, prospective studies of large numbers of African American families, as well as families of other ethnicities, will need to be conducted. Ideally, comprehensive

and culturally sensitive in-home assessments would be completed during early childhood, and cognitive testing data would be collected both contemporaneously with early environmental assessment, and later in adulthood.

In addition, future studies should utilize comprehensive neuropsychological test batteries, as opposed to the exclusive use of IQ or achievement tests, given that other neuropsychological tests may be differentially (and possibly even more) sensitive to the effects of environment and culture than intelligence and academic tests. Also, tests of multiple neuropsychological ability domains may provide insights concerning the mode of these influences on overall cognitive functioning.

Several qualitative observations were made during the course of this study that may be useful to future research with African American populations. Observations of recruitment patterns suggested that as a group, African American participants were more likely to participate if they knew that their participation contributed, in some way, to the African American community rather than just to the accumulation of scientific knowledge. This observation was most obvious in comments from participants about their reasons for participating and responses to recruitment flyers. Given the history of insensitive use (and even abuse) of African Americans in medical and psychological research, recruitment challenges were not a surprise. The trend for African American participants to respond more to a community-focused conceptualization of the project is consistent with a history of an increased sense of and commitment to community among African Americans (Bennet, 1993) and might usefully be considered in future studies with his population.

Qualitative observations of the cognitive testing process with African American participants revealed patterns of behavior that do not lend themselves to quantitative analysis but deserve thoughtful consideration for future efforts to understand African American cognitive test performance. African American participants in this study, relative to Caucasian participants, were less openly concerned about how their performance measured up to standarized expectations. African American participants were less likely to ask questions such as ''How am I doing? Did I get that one right?'', etc. This difference in ''competitiveness'' is somewhat consistent with another qualitative observation: a difference in the relevance of testing. African American participants seemed to find the testing process more irrelevant to their true abilities and to their lives in general. They were less likely to guess at answers, and more likely to interrupt timed tests to attempt to converse with the examiner. Comments were also more frequently made by African American participants that test questions were ''stupid'' and ''…irrelevant to what (they) do everyday.'' These testing behaviors and perceptions could have a substantial impact on test performance. Therefore, investigations of the perception of the testing process as well as motivation to provide the expected performance should be included in future studies of ethnicity differences on cognitive test performances.

Finally, other culture-related factors (e.g., cognitive processing styles, acculturation, stimuli relevance, literacy level, etc.) deserve additional research, as both their direct and interacting effects are likely to be important to understanding African American, as well as other ethnic group, cognitive test performance. Such research should inform theories of African American cognition which, in turn, will ultimately help neuropsychologists provide more valid and helpful services to African American clients.

## REFERENCES

Adams, R. L., Boake, C., & Crain, C. (1982). Bias in a neuropsychological test classification related to education, age, and ethnicity. *Journal of Consulting and Clinical Psychology*, *50*, 143–145.

Ardila, A. (1995). Directions of research in cross-cultural neuropsychology. *Journal of Clinical and Experimental Neuropsychology*, *17*, 143–150.

Bennet, L. (1993). *Before the Mayflower: A history of Black America*. New York: Penguin Books.

Berry, J. W., Poortinga, Y. H., Segall, M. H., & Dansen, P. R. (2002). *Cross Cultural Psychology*. Cambridge, UK: Cambridge.

Bornstein, R. A. (1985). Normative data on selected neuropsychological measures from a nonclinical sample. *Journal of Clinical Psychology*, *41*, 651–659.

Bradley, R. H. (1994). The HOME inventory: Review and reflections. In R. Haynes (Ed.), *Advances in child development and behavior* (pp. 241–288). San Diego: Academic Press.

Bradley, R. H. & Whiteside-Mansell, L. (1998). Home environment and children's development: Age and demographic differences. In M. Lewis & C. Feiring (Eds.), *Families, risk, and competence*. Mahwah, NJ: Erlbaum.

Brink, T. L. (1994). The need for qualitative research on mental health of elder Hispanics. *International Journal of Aging and Human Development*, *38*, 279–291.

Brooks-Gunn, J., Klebanov, P. K., & Duncan, G. J. (1996). Ethnic differences in children's intelligence test scores: Role of economic deprivation, home environment, and maternal characteristics. *Child Development*, *67*, 396–408.

Caldwell, B. & Bradley, R. (1984). *Home observation for the measurement of the environment*. Little Rock: University of Arkansas.

Campbell, A., Rorie, K., Dennis, G., Wood, D., Combs, S., Hearn, L., et al. (1996). Neuropsychological assessment of African Americans: Conceptual and methodological considerations. In R. Jones (Ed.), *Handbook of tests and measurement for Black populations* (pp. 75–84). Berkeley: Cobb and Henry.

Cohen, J. (1988). *Statistical power analysis for the behavioral sciences*. Hillsdale, NJ: Lawrence Erlbaum.

Cole, M., Gay, G., & Glick, J. (1968). A cross-cultural study of information processing. *International Journal of Psychology*, *3*, 93–102.

Duncan, G. J., Brooks-Gunn, J., & Klebanov, P. K. (1994). Economic deprivation and early childhood development. *Child Development*, *65*, 296–318.

Feagin, J. (2000). *Racist America: Roots, current realities, and future reparations*. New York: Routledge.

Fischer, C. S., Sanchez, M. H., Jankowski, M., Lucas, S., Swidler, A., & Voss, K. (1996). *Inequality by design*. Princeton, NJ: Princeton University Press.

Ford, G. R., Haley, W. E., Thrower, S. L., West, C. A. C., & Harrell, L. E. (1996). Utility of Mini-Mental State Exam scores in predicting functional impairment among White and African American dementia patients. *Journals of Gerontology. Series A, Biological Sciences and Medical Sciences*, *51*, 185–188.

Gladsjo, J. A., Schuman, C. C., Evans, J. D., Peavy, G. M., Miller, S. W., & Heaton, R. K. (1999). Norms for letter and category fluency: Demographic corrections for age, education, and ethnicity. *Assessment*, *6*, 147–178.

Gottfried, A. (1984). *Home environment and early cognitive development: Longitudinal research*. Orlando, FL: Academic Press.

Heaton, R. K. (1992). *Comprehensive norms for an expanded Halstead-Reitan Battery: A supplement for the WAIS-R*. Odessa, FL: Psychological Assessment Resources.

Heaton, R. K., Grant, I., & Mattews, C. G. (1991). *Comprehensive norms for an expanded Halstead-Reitan Battery: Demographic corrections, research findings, and clinical applications*. Odessa, FL: Psychological Assessment Resources.

Heaton, R. K., Ryan, L., Grant, I., & Matthews, C. G. (1996). Demographic influences on neuropsychological test performance. In I. Grant & K. M. Adams (Eds.), *Neuropsychological assessment of neuropsychiatric disorders* (pp. 141–163). New York: Oxford University Press.

Heaton, R. K., Taylor, M., & Manly, J. (2003). Demographic effects and demographically corrected norms with the WAIS-III and WMS-III. In D. Tulsky et al. (Eds.), *Clinical interpretations of the WAIS-II and WMS-III* (pp. 183–210). San Diego: Academic Press.

Helms, J. E. (1992). Why is there no study cultural equivalence in standardized cognitive ability testing? *American Psychologist*, *47*, 1083–1101.

Henderson, R. (1981). Home environment and intellectual performance. In R. Henderson (Ed.), *Parent-child interaction: Theory, research, and prospects* (pp. 3–32). New York: Academic Press.

Jaynes, G. & Williams, R. (Eds.), (1989). *A common destiny: Blacks and American society*. Washington, DC: National Academy Press.

Kaufman, A. S., McLean, J. E., & Reynolds, C. R. (1988). Sex, race, residence, region, and education differences on the 11 WAIS- R subtests. *Journal of Clinical Psychology*, *44*, 231–248.

Klineberg, O. (1928). An experimental study of speed and other factors in racial differences. *Archives of Psychology*, *93*, 111.

Kuller, L. H., Shemanski, L., Manolio, T., Haan, M., Fried, L., Bryan, N., et al. (1998). Relationship between ApoE, MRI findings, and cognitive function in the Cardiovascular Health Study. *Stroke*, *29*, 388–398.

Laosa, L. M. (1983). School, occupation, culture and family: The impact of parental schooling on the parent–child relationship. In I. E. Sigel and L. M. Laosa (Eds.), *Changing Families* (pp. 79–135). New York: Plenum.

Leckliter, I. N. & Matarazzo, J. D. (1989). The influence of age, education, IQ, gender, and alcohol abuse on Halstead-Reitan Neuropsychological Test Battery performance. *Journal of Clinical Psychology*, *45*, 484–512.

Lichtenberg, P. A., Ross, T., & Christensen, B. (1994). Preliminary normative data on the Boston Naming Test for an older adult population. *Clinical Neuropsychologist*, *8*, 109–111.

Manly, J. J. & Jacobs, D. (2002). Future directions in neuropsychological assessment with African-Americans. In R. Ferrarro (Ed.), *Minority and cross-cultural aspects of neuropsychological assessment*. Lisse: Swets & Zeitlinger.

Manly, J. J., Jacobs, D. M., Sano, M., Bell, K., Merchant, C. A., Small, S. A., et al. (1998a). Cognitive test performance among nondemented elderly African Americans and Whites. *Neurology*, *50*, 1238–1245.

Manly, J. J., Jacobs, D. M., Sano, M., Bell, K., Merchant, C. A., Small, S. A., et al. (1998b). Cross-cultural comparison of neuropsychological test performance and diagnosis of dementia. *Neurology*, *50*, 91.

Manly, J. J., Miller, S. W., Heaton, R. K., Byrd, D., Reilly, J., Velasquez, R. J., et al. (1998). The effect of African-American acculturation on neuropsychological test performance in normal and HIV positive individuals. *Journal of the International Neuropsychological Society*, *4*, 291–302.

Manly, J. J., Jacobs, D. M., Sano, M., Bell, K., Merchant, C. A., Small, S. A., & Stern, Y. (1999). Effect of literacy on neuropsychological test performance in nondemented, education-matched elders. *Journal of the International Neuropsychological Society, 5*, 191–202.

Marcopulos, B. A., McLain, C. A., & Giuliano, A. J. (1997). Cognitive impairment or inadequate norms? A study of healthy, rural, older adults with limited education. *The Clinical Neuropsychologist*, *11*, 111–131.

Matarazzo, J. D. (1972). *Wechsler's measurement and appraisal of adult intelligence*. Baltimore: Williams and Wilkins.

Neisser, U., Boodoo, G., Bouchard, T., Boykin, A. W., Brody, N., Ceci, S., et al. (1996). Intelligence: Knowns and unkowns. *American Psychologist*, *51*, 77–101.

Nell, V. (2000). *Cross-cultural neuropsychological assessment: Theory and practice*. Mahwah, NJ: Erlbuam.

Nichols, P. L. & Anderson, V. E. (1974). Intellectual performance, race, and socioeconomic status. *Social Biology*, *20*, 367–374.

Norman, M. A., Evans, J. D., Miller, W. S., & Heaton, R. K. (2000). Demographically corrected norms for the California Verbal Learning Test. *Journal of Clinical and Experimental Neuropsychology*, *22*, 80–94.

Nunnaly, J. (1978). *Psychometric theory*. New York: McGraw-Hill.

Okazaki, S. & Sue, S. (1995). Methodological issues in assessment research with ethnic minorities. *Psychological Assessment*, *7*, 367–375.

Onwuegbuzie, A. J. & Daley, C. E. (2001). Racial differences in IQ revisted: Synthesis of nearly a century of research. *Journal of Black Psychology*, *27*, 209–220.

Perez-Arce, P. (1999). The influence of culture on cognition. *Archives of Clinical Neuropsychology*, *14*, 581–592.

Prigatano, G. P. & Parsons, O. A. (1976). Relationship of age and education to Halstead test performance in different patient populations. *Journal of Clinical and Consulting Psychology*, *44*, 527–533.

Reitan, R. M. & Wolfson, D. (1993). *The Halstead-Reitan neuropsychological test battery* (2nd ed.). Tuscon, AZ: Neuropsychology Press.

Reynolds, C. R., Chastain, R. L., Kaufman, A. S., & McLean, J. E. (1987). Demographic characteristics and IQ among adults: Analysis of the WAIS-R standardization sample as a function of the stratification variables. *Journal of School Psychology*, *23*, 323–342.

Roberts, R. J. & Hamsher, K. D. (1984). Effects of minority status on facial recognition and naming performance. *Journal of Clinical Psychology*, *40*, 539–545.

Russel, E. W., Neuringer, C., & Goldstein, G. (1970). *Assessment of brain damage: A neuropsychological key approach*. New York: Wiley-Interscience.

Suzuki, L. A. & Valencia, R. R. (1997). Race-ethnicity and measured intelligence: Educational implications. *American Psychologist*, *52*, 1103–1114.

Vincent, K. (1991). Black/White IQ differences: Does age make the difference? *Journal of Clinical Psychology*, *47*, 266–270.

Wachs, T. D., Uzgiris, I., & Hunt, J. (1971). Cognitive development in infants of different age levels and from different environmental backgrounds: An explanatory investigation. *Marrill-Palmer Quarterly*, *17*, 283–317.

Wechsler, D. (1981). *WAIS-R Manual. Wechsler Adult Intelligence Scale-Revised manual*. New York: The Psychological Corporation.