# EXHIBIT 9

*The Clinical Neuropsychologist*, 19: 162–183, 2005
ISSN: 1385-4046
DOI: 10.1080/13854040590945265



# MAYO'S OLDER AFRICAN AMERICANS NORMATIVE STUDIES: NORMATIVE DATA FOR COMMONLY USED CLINICAL NEUROPSYCHOLOGICAL MEASURES

**John A. Lucas[1], Robert J. Ivnik[2], Floyd B. Willis[3], Tanis J. Ferman[1], Glenn E. Smith[2], Francine C. Parfitt[4], Ronald C. Petersen[5], and Neill R. Graff-Radford[4]**

[1]*Department of Psychiatry & Psychology, Mayo Clinic, Jacksonville, FL, USA,*
[2]*Department of Psychiatry & Psychology, Mayo Clinic, Rochester, MN, USA,*
[3]*Department of Family Medicine, Mayo Clinic, Jacksonville, FL, USA,*
[4]*Department of Neurology, Mayo Clinic, Jacksonville, FL, USA, and*
[5]*Department of Neurology, Mayo Clinic, Rochester, MN, USA*

*This report describes the methodology and sample characteristics of Mayo's Older African Americans Normative Studies (MOAANS). These studies reflect a multidisciplinary, collaborative effort by investigators at Mayo Clinic to provide age-appropriate normative data for African American elders on commonly used neuropsychological tests. A sample of 309 community-dwelling individuals over age 55 contributed to the MOAANS sample. Norms were calculated for midpoint age groups, based on percentile scores derived from cumulative frequencies of raw test scores. Demographic, medical, and sociocultural data were also collected, and are summarized to assist clinicians in making determinations regarding the appropriateness of these norms for individual patients. In most cases, the use of MOAANS norms should improve diagnostic accuracy in dementia evaluations of African American elders.*

## INTRODUCTION

For more than a decade, investigators at Mayo Clinic have engaged in a program of research dedicated to providing age-appropriate normative data for neuropsychological assessment of older adults (Cerhan, et al., 2002; Ferman, Ivnik, & Lucas, 1998; Harris, Ivnik, & Smith, 2002; Ivnik, et al., 1990, 1991, 1992a, 1992b, 1992c, 1993, 1994, 1995, 1996, 1997, 1999, 2001; Lucas, et al., 1998a, 1998b; Malec, et al., 1992a, 1992b, 1996; Smith, et al., 1992a, 1992b, 1993, 1994a, 1994b, 1997, 1998). Collectively, Mayo's Older Americans Normative Studies (MOANS) provide data that address the clinical utility and factor validity of commonly used neuropsychological tests. Measures in the MOANS test battery are administered together, in a full and standardized fashion. The practice of norming each test simultaneously

Address correspondence to: John A. Lucas, Ph.D., Department of Psychiatry and Psychology, Mayo Clinic, 4500 San Pablo Rd., Jacksonville, FL 32224, USA. Tel.: +1-904-953-7286. Fax: +1-904-953-0461. E-mail: jlucas@mayo.edu

Printed with permission of Mayo Foundation for Medical Education and Research. All rights reserved.

Accepted for publication: July 5, 2004.

within the same reference population at the same point in time (i.e., ''co-norming'') increases the clinical relevance of the norms and facilitates the comparison of a given patient's performances across cognitive domains. In addition, MOANS participants are reevaluated at clinically appropriate intervals of 12–18 months, thus enhancing the clinician's ability to assess longitudinal change over time.

One limitation of MOANS research to date has been the lack of ethnic diversity in the normative sample. Ivnik and colleagues (1996) emphasize that the validity of MOANS norms ''depends heavily upon the degree to which an individual test-taker is similar to the demographic features of the MOANS normative sample'' (p. 277). Because the MOANS sample was derived almost exclusively from Caucasian elders living in the midwestern United States, the generalizability of MOANS norms to persons from other ethnic, sociocultural, and educational backgrounds is limited.

The elderly population of the United States is growing in number, and the proportion of ethnic minority elders is expected to increase exponentially in coming years. According to U.S. Census Bureau (2000b) projections, ethnic minorities will make up one third of all individuals over age 55 within the next few decades. The need to evaluate possible dementia among these individuals will likewise continue to grow.

Performance on neuropsychological measures plays an important role in the diagnosis of dementia and in the early identification of preclinical syndromes such as mild cognitive impairment (MCI; Petersen, 2003; Petersen, et al., 2001). Fundamental to the diagnostic utility of these measures is their ability to determine when performances within a cognitive domain fall outside of the normal range. Studies of cognitive functioning in African Americans, however, have consistently documented an unacceptably high level of misclassification of normal individuals as impaired when neuropsychological measures are interpreted using standard normative data (Evans, Miller, Byrd, & Heaton, 2000; Ford-Booker, et al., 1993; Manly, et al., 1998b; Stern, et al., 1992; Welsh, et al., 1995). Attempts to account for these misclassifications by controlling common demographic variables, such as age or years of education, have been largely unsuccessful (Nabors, Evans, & Strickland, 2000).

Some of the most widely used neuropsychological measures for the assessment of dementia lack adequate specificity among older African Americans (Manly, 2002; Heaton, Taylor, & Manly, 2003). Poor specificity limits the predictive value of test scores and carries an inflated risk of false positive diagnoses of cognitive impairment in normal individuals. In clinical settings, such misdiagnoses may cause unnecessary distress among patients and their family members, and may lead to unnecessary or inappropriate treatments. In research settings, inaccurate characterization of cognitive abilities or misdiagnosis of conditions of interest may bias the composition of study samples and influence outcomes. For example, African Americans with MCI or early dementia may be misclassified as having more advanced disease based on inadequate norms and inappropriately excluded from clinical trials seeking to enroll patients with mild disease.

Some have encouraged the development of normative data specific to ethnic groups as a means to improve diagnostic accuracy (Artiola i Fortuny & Mullaney, 1998; Friedman, Schinka, Mortimer, & Graves, 2002; Heaton, Taylor, & Manly, 2003; Lichtenberg, Manning, Vangel, & Ross, 1995; Manly, et al., 1998b; Nabors, et al., 2000). Unfortunately, efforts to provide clinically useful norms for ethnic

minorities have been limited. Research projects such as the Consortium to Establish a Registry for Alzheimer's Disease (CERAD; Unverzagt, et al., 1996; Welsh, et al., 1995) and the Washington Heights-Inwood-Columbia Aging Project (WHICAP; Manly, et al., 1998a, 1998b) have published normative data for their respective test batteries; however, the inclusion of measures that are uncommon to clinical practice or that deviate from standard clinical administration limits the clinical utility of these norms.

To address the need for clinical normative data for African Americans, several projects have made efforts to recruit mixed ethnic samples. The standardization samples for the third revision of the Wechsler Adult Intelligence Scale (Wechsler, 1997a) and Wechsler Memory Scale (Wechsler, 1997b), for example, include proportionate representation of ethnic minorities based on 1995 U.S. Census Bureau statistics (Tulsky, Zhu, & Ledbetter, 1997). African Americans comprise approximately 12% of the total normative sample. Other efforts, such as the Normative Studies Research Project (NSRP; Lichtenberg, et al., 1994, 1995, 1998; Ross & Lichtenberg, 1998) and cognitive studies of poorly educated rural residents (Marcopulos, et al., 1997, in press) have derived normative estimates for commonly used tests based on study samples with up to 65% African American representation.

Norms based on mixed ethnic samples may provide more accurate performance estimates for African American patients than norms based exclusively on Caucasians; however, collective norms such as these may also obscure important relationships between cognitive test performances and sociocultural variables that are unique to particular ethnic groups. Helms (1997) suggests that people from different ethnic and cultural backgrounds may perform differently on cognitive tests because they may not be equally familiar with testing procedures, the content of test items, or the wording used to phrase questions or test instructions. The level of importance that an individual places on testing in general, as well as on the specific cognitive ability being assessed, may also differ across groups. In light of these potential differences, norms derived from means or frequency distributions of test scores from mixed samples of Caucasians and African Americans may not adequately represent either group.

Heaton and colleagues (2003) recently generated regression-based demographic (i.e., age, sex, education) corrections for Caucasian, African American, and Hispanic adults on WAIS-3 and WMS-3 factors. These normative corrections were derived separately for each ethnic group, based on the census-matched WAIS-3/WMS-3 standardization sample and an additional 200 African Americans and Hispanics who were ''oversampled'' during standardization but whose data did not contribute to the published WAIS-3/WMS-3 norms (see Tulsky, et al., 1997). Without correcting for ethnicity, African Americans were over three times more likely than Caucasians to be misclassified as impaired. Applying corrections for ethnicity to the WAIS-3/WMS-3 factors reduced misclassification of African Americans to a level comparable to that of Caucasians. These efforts reflect an important step towards the development of appropriate normative data for ethnic minorities. Unfortunately, the oversample of minority participants was, on average, over 10 years younger than the census-matched sample (mean age of oversample = approx. 40 years; Heaton, et al., 2003).

Additional efforts are needed to provide appropriate normative data for older ethnic minorities. Mayo's Older African Americans Normative Studies (MOAANS)

represent an attempt to provide neuropsychological test norms for African American elders. The acronym, *MOAANS*, was chosen to highlight the many similarities in test selection, participant inclusion/exclusion criteria, data analyses, and data presentation between these studies of older African Americans and Mayo's prior normative studies. This article describes the MOAANS normative sample and methodology. Subsequent articles in this volume provide norms for each of the measures included in the MOAANS test battery.

## METHOD

### Participants

**Recruitment** Study participants were self-identified African Americans over age 55 who reside in Jacksonville, Duval County, Florida, and surrounding communities. Recruitment efforts were organized and implemented by one of the investigators (FBW) via presentations at local churches, social groups, and community centers with large representations of African American members. All participants provided informed consent approved by Mayo's Institutional Review Board.

Individuals who were interested in participating in the normative study were asked to provide contact information for a collateral informant who could answer questions pertaining to the participant's cognitive status and ability to perform activities of daily living. In addition, participants were given a medical history form to be completed by their personal physician. This form documented the presence or absence of past or current medical conditions that might affect cognition. Individuals who did not have a personal physician, or who had not seen their physician in more than one year, were offered a free general medical examination by a Mayo Clinic physician (FBW). Participants who completed all study procedures received a $60 stipend.

**Selection criteria** Study participants were identified as "normal" based on principles and criteria established in prior MOANS research (see Ivnik, et al., 1992a). Specifically, participants were community dwelling individuals who met the following selection criteria:

1. Normal cognitive functioning based on self-report, informant report, and physician report.
2. Normal cognitive capacity to perform independent activities of daily living based on informant report.
3. No active or uncontrolled central nervous system, systemic, or psychiatric condition that would adversely affect cognition, based on physician report.
4. No use of psychoactive medications in amounts that would be expected to compromise cognition or for reasons indicating a primary neurologic disease or psychiatric illness.

Patients with prior histories of dementia, stroke, movement disorder, multiple sclerosis, brain tumor, seizures, severe head trauma, schizophrenia, bipolar mood disorder, or major depression were excluded. Patients with prior histories of other conditions having the potential to affect cognition (e.g., heart attack, mild head injury)

were allowed to participate if no evidence of residual cognitive dysfunction was evident on general medical evaluation and their physician judged the condition to be no longer active. Patients with active, chronic medical disease (e.g., diabetes, hypertension, thyroid dysfunction) were included if their physician judged that the condition was adequately controlled and not causing cognitive compromise.

The goal of this project is to establish normative data for tests that will be used with *typical* elderly patients in clinical settings. Therefore, MOAANS volunteers do not need to be completely medically healthy to participate. Many seniors who present for clinical evaluation of dementia and other later-life cognitive impairments are concurrently being treated for (or enduring) a variety of common age-associated illnesses and physical ailments. Exclusion of such individuals from normative studies would likely reduce the generalizability and clinical utility of the data. By applying a broader definition of "normal" and including participants with adequately controlled medical conditions (based on physician determination), the MOAANS normative sample provides a more accurate representation of the population of interest.

**Study sample** A sample of 338 individuals initially expressed interest in volunteering for the normative studies. Six participants subsequently declined to participate when contacted to schedule an appointment for testing. Two additional individuals withdrew from the study at the time of the neuropsychological assessment, indicating that they had not fully understood the time commitment required for the study. Ten participants were excluded based on medical exclusions (2 stroke, 1 head injury with coma, 2 brain surgeries, 5 uncontrolled medical conditions), and an additional eight participants were excluded because they were below the minimum inclusion age of 56 years.

Nearly 90% of the remaining 312 study participants returned for at least one follow-up visit ($n = 274$). The mean interval between baseline testing and first follow-up was 1.2 years ($SD = 0.3$ years). On follow-up, three returning participants (1.2%) were diagnosed with a probable degenerative dementia.

Some have suggested that individuals who progress to dementia on longitudinal follow-up should be excluded from normative samples so as to remove the influence of potential preclinical cognitive impairment on normative estimates (Sliwinski, et al., 1996). Although it is unlikely that the inclusion of three patients with preclinical dementia in our sample of over 300 individuals would have made a significant impact on the "robustness" of subsequent norms, these individulas were nevertheless excluded from further analyses. The final normative sample thus included 309 study participants.

**Sample characteristics** Demographic characteristics of the normative sample are presented in Table 1. Participants ranged in age from 56 to 94 years old (mean age = 69.5 years, $SD = 6.9$), and ranged from having no formal education to postgraduate degrees (mean education = 12.2 years, $SD = 3.5$). No correlation between age and education was observed in the sample ($r = -0.02$). Approximately 94% of the normative sample was right handed. The sample included 79 (26%) males and 230 (74%) females, which represents a slight oversampling of females as compared to U.S. Census Bureau (2000a) estimates for African Americans age 55 and over residing in Duval County (census = 61% female). There were no differences in age or years of education between male and female participants. A comparable number

Case 2:12-md-02323-AB   Document 11204-11   Filed 10/08/20   Page 7 of 23

**Table 1**  Demographic characteristics

|  | Count | Percent of total |
|---|---|---|
| Age |  |  |
| 56–59 | 24 | 7.8 |
| 60–64 | 49 | 15.9 |
| 65–69 | 77 | 24.9 |
| 70–74 | 95 | 30.7 |
| 75–79 | 42 | 13.6 |
| 80–94 | 22 | 7.1 |
| Education (years) |  |  |
| 0–8 | 43 | 13.9 |
| 9–11 | 54 | 17.5 |
| 12 | 90 | 29.1 |
| 13–15 | 66 | 21.4 |
| 16–20 | 56 | 18.1 |
| Sex |  |  |
| Male | 79 | 25.6 |
| Female | 230 | 74.4 |
| Handedness |  |  |
| Right | 291 | 94.2 |
| Non-right | 18 | 5.8 |

of males and females in the study reported being diagnosed with diabetes (16% vs. 18%, respectively, $X^2 = 0.12$, NS); however, a larger proportion of females (59%) than males (37%) reported being being diagnosed with hypertension ($X^2 = 9.6$, p < .01). This is consistent with the findings of the Third National Health and Nutrion Examination Survey (NHANES III) and likely associated with higher prevalences of abdominal obesity in African American females than in African American males (see Sundquist, Winkleby, & Pudaric, 2001).

In the MOAANS normative sample, years of education were determined by the last full grade completed or the highest academic degree earned. Individuals who did not complete a full grade were assigned the next lowest education level. For example, individuals who attended the 10th grade but did not successfully pass or complete that school year were assigned 9 years of education for normative purposes. Similarly, high school graduates who attended only one semester of college but did not complete a full year were assigned 12 years of education. Participants who earned a high school general equivalency diploma (GED) were assigned education levels based on the actual number of school years completed. An individual who left school during the 11th grade and completed a GED, for example, was assigned 10 years of education. An exception to this rule was made if a participant completed at least one full year of college after earning a GED. In such cases, the highest year of college completed was recorded as the education level.

When assigning years of education for college attendance, determinations were based on the highest degree earned rather than the number of years of college attended. Participants with associate's, bachelor's, master's, and doctoral degrees were assigned 14, 16, 18, and 20 years of education, respectively, regardless of the actual number of years the participant spent earning their degree. Individuals with

multiple degrees were assigned years of education consistent with the highest degree earned, so that an individual with two bachelor's degrees, or an associate's degree and a bachelor's degree, would both be assigned 16 years of education. Only academic programs were considered in assigning years of education. Years spent in certification programs or trade schools were not included.

Socioeconomic data, including marital status, occupational history, and current annual income are presented in Table 2. The majority of study participants were married (38%) or widowed (34%). Primary occupational history was recorded following guidelines from the Occupational Classification System manual of the U.S. Bureau of Labor Statistics (2002). Approximately one-third of participants reported having worked primarily in service-oriented occupations, such as housekeeper (8%), cook (5%), hair stylist (4%), or janitorial service (4%). Another 26% of participants reported having worked in professional specialties, the majority of which included teaching (10%) or nursing (7%) positions.

Twenty-three study participants (7%) declined to report their annual income. Of the 286 individuals who provided these data, more than half (62%) reported receiving annual incomes under $20,000.

**Educational experiences** Education typically accounts for a significant amount of variability in cognitive test performances (Callahan, et al., 1996; Heaton, et al., 2003; Lezak, 1995; Marcopolus, et al., 1997). Traditionally, normative studies have attempted to correct for this variability by stratifying study samples by years of education (e.g., Heaton, Grant, & Matthews, 1991), or by entering years of education into regression models (e.g., Ivnik, et al., 1996; Heaton, et al., 2003). Manly and colleagues (1999, 2000), however, suggest that the number of years of schooling

**Table 2** Socioeconomic characteristics

|  | Count | Percent of total |
|---|---|---|
| Marital status[a] | | |
| Single, never married | 13 | 4.2 |
| Married | 117 | 38.1 |
| Divorced/separated | 71 | 23.1 |
| Widowed | 106 | 34.5 |
| Occupation[b] | | |
| Executive/managerial | 21 | 7.0 |
| Professional specialty | 79 | 26.2 |
| Technical/administration | 66 | 21.9 |
| Service | 92 | 30.5 |
| Agriculture | 1 | 0.3 |
| Craft/repair | 14 | 4.6 |
| Labor | 29 | 9.6 |
| Current income[c] | | |
| <$20K | 178 | 62.2 |
| $20–29K | 54 | 18.9 |
| $30–59K | 42 | 14.7 |
| $60–99K | 10 | 3.5 |
| >$100K | 2 | 0.7 |

[a]$n = 307$; [b]$n = 302$; [c]$n = 286$.

**Table 3** Education-related disparities between African American and Caucasian schools in Jacksonville, Florida (1926–1937)

|                                  | African American | Caucasian |
|----------------------------------|------------------|-----------|
| Annual per pupil expenditure     | $21.64           | $55.44    |
| Teacher salary                   | $588             | $1303     |
| # Books per pupil                | 0.46             | 1.90      |
| # Pupils per classroom           | 54               | 29        |
| % Schools w/"double sessions"    | 41%              | 0%        |

completed by African American elders may not accurately reflect their educational experiences or the quality of their schooling. African Americans attending school in the southern United States prior to school desegregation, for example, were educated under a system in which significant discrepancies existed in school funding, textbook allocation, teacher salary, student-teacher ratio, length of school year, and school attendance. Table 3 illustrates some of the specific discrepancies between Caucasian and African American schools in Jacksonville, Florida, during the early part of the 20th Century (Daniel, 1946; Scott, 1974; Teachers College of Columbia University, 1927; Walch, 1990).

One important educational discrepancy at that time was the need to hold "double sessions" in some African American schools. Specifically, schools that were too small to accommodate their enrollment typically held half-day sessios, with a morning session for one group of students and an afternoon session for a different group of students. During the 1945–1946 Jacksonville school year, 9 of 22 (41%) African American schools held these half-day sessions, whereas no such modifications were required at any of the city's Caucasian schools (Daniel, 1946). Thus, Caucasian students spent up to twice as much time in school-related activities as many of their African American counterparts.

Given the important relationship between education and cognitive test performance, efforts were made to collect data characterizing the educational experiences of the normative sample, in addition to the number of school years completed. To this end, participants provided information regarding the highest school grade completed by their parents, the geographic region where they attended school (i.e., North, South, West), the type of community where they attended school (i.e., rural, urban, suburban), and the racial mix of the schools they attended. These data are presented in Tables 4 and 5.

One study participant reported having no formal schooling. Of the remaining participants who reported school information, over 85% were educated in southern states and attended segregated schools (see Table 5). The sample was nearly evenly divided with regard to the community setting of their elementary schools, with 31% being educated in rural areas, 27% attending suburban schools, and 42% attending school in urban areas. Of those who attended high school, over half were in urban areas and less than 20% were in rural areas.

Not all participants knew how much formal schooling their parents completed. Of those who were able to provide this information, nearly half reported parents with fewer than 7 years of formal education (Table 5).

**Table 4**  Location and ethnic mix of schools attended by study participants

|  | Elementary school | | High school | |
|---|---|---|---|---|
|  | n | % | n | % |
| U.S. region |  |  |  |  |
| North[a] | 33 | 10.8 | 34 | 11.0 |
| South[b] | 267 | 87.3 | 232 | 85.6 |
| West[c] | 4 | 1.3 | 3 | 1.1 |
| Other[d] | 2 | 0.6 | 2 | 0.7 |
| Community setting |  |  |  |  |
| Rural | 94 | 31.0 | 47 | 17.9 |
| Suburban | 83 | 27.4 | 71 | 27.1 |
| Urban | 126 | 41.6 | 144 | 55.0 |
| Ethnic diversity of schools |  |  |  |  |
| 100% African American | 274 | 90.7 | 232 | 86.6 |
| 50–99% African American | 12 | 4.0 | 12 | 4.5 |
| <50% African American | 16 | 5.3 | 24 | 9.0 |

[a]North = States north of the Mason-Dixon line and east of the Mississippi River.
[b]South = States south of the Mason-Dixon line and east of the Mississippi River.
[c]West = States west of the Mississippi River.
[d]Other = These individuals reported attending school outside the U.S.

**Medical history** Cardiovascular disease (CVD) is the leading cause of death among both Caucasians and African Americans (American Heart Association, 2001). The burden of morbidity from CVD, however, is greater for African Americans, with a two- to three-fold greater risk of ischemic stroke as compared to Caucasians (American Heart Association, 2001; Mansfield, Wilson, Kobrinski, & Mitchell, 1999). Given these statistics, history of CVD risk factors (i.e., hypertension, diabetes, smoking) was documented categorically (i.e., yes/no) for each participant based on self report and the physician-documented medical history form. Additional medical conditions, including history of heart disease, thyroid disease, and head trauma were also documented.

Over half (54%) of the MOAANS normative sample had a history of hypertension, while 18% reported a history of diet- or medication-controlled diabetes. Twenty-three participants (8%) reported current use of tobacco products. The

**Table 5**  Highest grade level completed by parents of study participants

|  | Mother[a] | | Father[b] | |
|---|---|---|---|---|
|  | n | % | n | % |
| No formal education | 7 | 2.3 | 19 | 12.7 |
| 1–7 years | 88 | 43.8 | 56 | 37.3 |
| 8–11 years | 44 | 21.9 | 35 | 23.3 |
| 12 years | 42 | 20.9 | 28 | 18.7 |
| >12 years | 20 | 10.0 | 12 | 8.0 |

[a]n = 201 respondents; [b]n = 150 respondents.

proportion of study participants with these CVD risk factors is below population estimates for African Americans based on the Third National Health and Nutrition Examination Survery (NHANES III, 1988–1994; Sundquist, Winkleby, & Pudaric, 2001). Discrepancies likely reflect the restriction of the normative sample to individuals with *well controlled* medical conditions, and the success of public health initiatives over the past decade educating African Americans on how to reduce CVD risk factors.

Eighteen (6%) study participants had a history of heart attack, atrial fibrillation, congestive heart failure, or cardiac arrest. Twenty-four participants (8%) had a history of thyroid disease. Past history of head trauma was reported by 16 study participants (5%), half of whom reported suffering a concussion without loss of consciousness. The other half reported experiencing loss of consciousness lasting no longer than 5 minutes post-trauma. In all cases, physicians reported no persistent neurologic or cognitive sequelae associated with these conditions.

**Family history of dementia** Information regarding family history of dementia was collected on a subset of 215 study participants. Nineteen individuals (9%) in this subsample reported a first degree relative with a formal diagnosis of dementia or memory problems greater than expected for their age. No information regarding the specific etiology of dementia was solicited.

### Materials

**Neuropsychological measures** All participants were administered a battery of neuropsychological tests by psychometrists who were trained and supervised by two licensed psychologists (JAL, TJF). Measures included the Mattis Dementia Rating Scale (DRS; Mattis, 1988), Wechsler Adult Intelligence Scale—Revised (WAIS-R; Wechsler, 1981), Wechsler Memory Scale—Revised (WMS-R; Wechsler, 1987), Rey's Auditory Verbal Learning Test (AVLT; Rey, 1964), Reading subtest of the Wide Range Achievement Test, Third Revision (WRAT-3; Wilkinson, 1993), Boston Naming Test (Kaplan, Goodglass, & Weintraub, 1978), Semantic Fluency (Animal, Fruit, Vegetable naming; Spreen & Strauss, 1998); Controlled Oral Word Association Test (COWAT; Benton & Hamsher, 1994); Token Test (Benton & Hamsher, 1994); Judgment of Line Orientation (Benton, Sivan, Hamsher, Varney, & Spreen, 1994), Stroop Color and Word Test (Golden, 1978), and Halstead Reitan Trail Making Test (Reitan & Wolfson, 1985).

In addition to the neuropsychological test battery, participants were also administered the Mini-Mental Status Examination (MMSE; Folstein, Folstein, & McHugh, 1975) and the 15-item Geriatric Depression Scale (GDS, Sheikh, & Yesavage, 1986).

### Procedure

**Screening** In order to maximize resources, physician-completed medical history forms and informant ratings of memory and activities of daily living were reviewed by study personnel to determine eligibility prior to scheduling an appointment for neuropsychological assessment. Informants were interviewed by telephone

using Part A (Activities) of the Record of Independent Living (ROIL; Weintraub, 1986). Three supplemental questions were added to the end of the ROIL, probing specifically for the presence of memory difficulties. These included: (a) ''Have you noticed a change in [the participant's] memory ability over the past year?'' (b) ''Does [the participant] ask the same questions over again repeatedly?'' and (c) ''Do you think [the participant] has a memory problem?''

**Test administration** The neuropsychological test battery, MMSE, and GDS were administered and scored according to standard procedures described in test manuals or other published neuropsychological test compendia (e.g., Spreen & Strauss, 1998). The test battery took approximately four hours to complete. Afterwards, participants spent an additional hour providing blood samples and completing additional study forms (e.g., educational background, family history). Although participants were advised of the length of the session in advance, an individual would occasionally be unable to complete the entire test battery due to late arrival, slowness in completing measures, or the need for early departure to attend to other committments. In such cases, some cognitive tests could not be administered, leading to slight sample size differences across some measures.

**Follow-up evaluation** All participants were invited to return for a brief follow-up evaluation one year after their initial visit. As noted earlier, approximately 90% of study participants returned for this evaluation. During the follow-up visit, the DRS was administered to identify participants who may have declined in cognitive status. Smith and colleagues (1994a) reported that declines of 10 points or greater on the DRS over a 1–2 year period occur in less than 5% of normal individuals. In contrast, declines of similar magnitude are observed in approximately 60% of individuals with dementia. In light of these data, participants whose total DRS scores declined by 10 points or more on follow-up underwent a free dementia evaluation that included completion of the full neuropsychological assessment, a comprehensive neurological examination (NGR), and appropriate laboratory studies. Results of these evaluations were reviewed at a consensus conference staffed by a behavioral neurologist (NGR), two neuropsychologists (JAL, TJF), a family medicine practitioner (FBW), and a geriatric counselor (FCP). As noted previously, three study participants were diagnosed with probable degenerative dementia via this mechanism, and were excluded from the normative study.

### Data Analyses

**Creation of age-corrected normative tables** The norming procedures employed in this study were modeled after previous MOANS research (see Ivnik, et al., 1990, 1992a). Although the MOAANS study sample is sufficiently large to estimate population means and standard deviations of normal distributions, the number of subjects per cell would diminish significantly if the sample was divided into non-overlapping, consecutive age groups. Instead, mid-point age ranges were employed, with overlapping subsamples of participants contributing to the normative estimates derived for each age range (Pauker, 1988). Using this methodology, each midpoint age group provides norms for individuals of that age, plus or minus one year, but is derived from a subsample of all participants who are within five years of the

midpoint age. For example, norms for midpoint age 73 apply to ages 72–74 and are derived from all individuals between the ages of 68–78. Similarly, norms for midpoint age 76 apply to ages 75–77 and are derived from individuals in the sample who are age 71–81. Using this procedure, data from a single individual may contribute to the normative estimates of multiple midpoint age groups, thus maximizing the utility of the study sample. Note in Figure 1, for example, that normative estimates for midpoint age group 66–68 are derived from a subsample of 168 participants (Panel B) even though only 40 participants fall between the exact ages of 66–68 (see Panel A).





**Figure 1** Age distribution of the study sample. Panel A represents the frequency distribution of each age, blocked by decade. Panel B represents the frequency distribution of each midpoint age range used for norming purposes. Note that individuals in the study sample may contribute to more than one midpoint age group.

In order to create stable normative estimates, midpoint age groups were derived only if a minimum of 70 participants contributed to the normative subsample (see Ivnik, et al., 1992a). This a priori criterion dictated the upper and lower age extremes of the current norms. Within this framework, the size and age distribution of the study sample made it possible to calculate norms for seven midpoint age groups: <62, 63–65, 66–68, 69–71, 72–74, 75–77, and 78+.

Despite the larger subsamples created by using midpoint age ranges, group descriptive statistics (i.e., means, standard deviations) would not provide adequate normative estimates because the raw test score distributions are not normal. We therefore normalized each test score distribution by converting raw scores to scaled scores, with a mean of 10 and a standard deviation of 3. To accomplish this, frequency tables of raw scores were generated for each midpoint age group, and cumulative frequencies were used to calculate percentile ranks for each score (see Allen & Yen, 1979 for review of percentile calculation procedures). Percentile ranks were then converted to scaled scores as defined in previous MOANS papers (see Ivnik, et al., 1992a). Because these conversions were performed separately for each midpoint age group, the resulting scaled scores are "age-corrected." Figure 2 depicts the effect of this "normalization" technique on a representative measure, the Similarities subtest of the WAIS-R. This figure demonstrates the lack of normality in the raw test score distribuiton (Panel A), and how the application of existing MOANS (Caucasian) norms results in a skewed distribution (Panel B). The distribution normalizes when percentile ranks are calculated from actual frequency distributions derived from the MOAANS normative sample (Panel C).

**Education corrections** In previous MOANS publications, potential variance due to education was addressed by applying regression-based corrections for years of education to age-corrected MOANS scaled scores. This is preferable to performing regressions on unadjusted raw test scores because the assumption of normality is not violated. The current, MOAANS norms also provide regression-based corrections for years of education completed. As noted earlier, however, statistically controlling for *years* of education may not adequately account for the potential variability of educational experiences of African American elders. Manly (2002) suggests that measures of *quality* of education may be more relevant to interpreting neuropsychological test results than number of school years completed. Preliminary studies show, for example, that WRAT-3 Reading scores have significant, independent effects on neuropsychological test performances beyond what is explained by years of education (Lucas, Rippeth, Willis, & Graff-Radford, 2000; Manly, et al., 1999, 2000). Moreover, controlling for reading score variability eliminates significant discrepancies between education-matched samples of African American and Caucasian elders on some neuropsychological measures (Manly, et al., 1999, 2000). Together, these studies suggest that the ability to pronounce uncommon or irregular words may tap into an aspect of educational experience that is important to cognitive test performance but not fully reflected in the number of years of education completed by African American elders.

Given these findings, we considered deriving regression-based corrections of MOAANS age-scaled scores for WRAT-3 Reading ability. Preliminary analyses, however, indicated that adjusting age-corrected MOAANS norms for reading ability



**Figure 2**  Normalization of raw scores. Panel A shows the frequency distribution of raw scores for WAIS-R Similarities. Panel B shows the frequency distribution of scaled scores (Mean = 10, $SD = 3$) when MOAANS norms (Ivnik, et al., 1992) are applied to the raw score data. Panel C shows the frequency distribution of scaled scores derived by calculating percentile scores from the MOAANS sample.

offered only minimal improvement in negative predictive value as compared to unadjusted norms, and resulted in a loss of positive predictive value when distinguishing normal African Americans from African Americans with dementia (Lucas, 2003).

The loss of positive predictive value when controlling for WRAT-3 Reading scores was unexpected and may reflect statistical limitations owing to the relative homogeneity of MOAANS study participants with regard to educational experiences. Most participants were raised in the South and educated in segregated school systems. Given the likely uniformity of the quality of education received by these individuals, variability of reading scores within this "restricted" sample may represent differences in true cognitive ability or cognitive reserve. Adjusting for reading scores in such a homogeneous sample may obscure rather than clarify the relationship between test performance and cognitive functioning. Because of this possibility, regression-based corrections for reading ability were not derived for the MOAANS normative sample.

### Limitations

The utility of any set of normative data is largely dependent upon the degree of similarity between the individual test-taker and the characteristic features of the normative sample. To this end, detailed demographic and sociocultural descriptions of the MOAANS sample are provided. The informed clinician may use this information to determine the appropriateness of MOAANS norms for any given patient.

In reviewing these sample characteristics, the reader will recognize that there is limited diversity of African American cultural and educational experience represented in the current normative sample. As noted earlier, the majority of study participants were born, raised, and educated in the southern United States prior to the landmark *Brown vs. the Board of Education* (1954) decision by the U.S. Supreme Court to end segregation of school systems. African Americans raised in other parts of the country may have been exposed to significantly different cultural and educational environments than study participants. These differences may manifest as differences in problem solving approaches, test-taking atttitudes, familiarity with test stimuli, and relevance of test items to everyday life, all of which may influence neuropsychological test performance (Manly, 1998c; Miles, 2002). Caution should therefore be taken when applying the current norms to individuals who do not share similar early life experiences with this normative sample. Greater diversity in future normative studies may be achieved via collaboration of efforts among investigators recruiting participants from diverse geographic regions.

Another limitation of the current normative effort is its reliance on a convenience sample of community volunteers. Epidemiologic procedures were not employed to ensure a random sampling of participants representative of the community at large. The resulting norms likely reflect this bias. The normative sample, for example, reflects a slight oversampling of women, based on 2000 U.S. Census Bureau estimates. This oversampling could influence normative estimates on measures sensitive to sex-related bias. Fortunately, sex biases are most often evident on measures of psychomotor speed or strength (e.g., Finger Tapping, Hand Dynamometer; see Heaton, et al., 1991), which are largely absent from the MOAANS test

battery. Moreover, prior studies of this test battery on older Caucasians have found no significant variance related to sex (see Ivnik, et al., 1996; Malec, et al., 1992a). Our current studies of older African Americans have yielded similar findings.

A convenience sample of African Americans who volunteer for medical research may also differ from the community at large in other important ways. In general, the African American community tends to be distrustful of medical research, owing to history of ethical violations such as in the Tuskegee Syphilis Study (Freimuth, et al., 2001). African Americans who volunteer to participate in research may be better educated, in better health, more familiar with medical procedures, or more comfortable in medical settings than randomly selected members of the community. Conversely, individuals who fear medical procedures or who perceive their cognitive abilities to be poorer than their peers may be less likely to volunteer for cognitive studies. These biases may result in a study sample that generates higher normative estimates than a random sampling of the community at large.

The series of studies presented in this volume provides normative estimates for older African Americans up to age 80 (i.e., midpoint age group 79). Unfortunately, the relatively small representation of individuals from the oldest age group in the sample (i.e., $\geq$age 80) may lower the accuracy of normative estimates when applied to individuals aged 81 and above. Clinicians should therefore use caution when using MOAANS norms with such patients. Studies of oldest old (age $\geq$85) Caucasians indicate that the incidence and prevalence of dementia increase steadily with increased age (Howieson, et al., 1997; Rocca, et al., 1998) and that the relative distribution of dementia etiology in the oldest age groups may differ from seniors under age 85 (von Strauss, et al., 2000; Kalaria, 2000; Skoog et al., 1993). The relationship between genetic factors (i.e., apoE) and dementia may also change with more advanced age (Salo, et al., 2001). Additional efforts to extend MOAANS norms to older age groups are currently underway and will promote better understanding of normal aging and dementia in oldest old African Americans.

## CONCLUSIONS

Despite limitations inherent to the use of a regional convenience sample, this series of studies reflects the largest and most comprehensive normative effort to date for performance of older African Americans on common clinical neuropsychological tests. The MOAANS test battery is administered in its entirety, allowing co-norming of all tests on the same reference sample at the same point in time. As a result, MOAANS norms have the advantage of allowing valid comparisons of an individual's test performances across all tests administered. These efforts should improve diagnostic accuracy and treatment planning for African American elders who present for clinical evaluations of possible dementia, and facilitate future participation of older African Americans in clinical trials and other public health studies that rely on cognitive test performance as selection criteria and/or primary outcome measures.

## ACKNOWLEDGMENTS

This study was supported by Mayo's Alzheimer's Disease Research Center (NIA P50 AG16574). The authors wish to sincerely thank the study participants,

the staff of the Mary Singleton Senior Citizens Center, Bethel Baptist Church, and the many churches within the African American community of Jacksonville, Florida, for their strong support of our research efforts. We also gratefully acknowledge the staffs of Mayo's ADRC and Clinical Neuropsychology Service for their assistance in test administration, scoring, and data management. We are especially grateful to LaShaune Lawson, Shelia O'Rourke, and Sylvia Stewart, who served as study coordinators for the MOAANS project.

## REFERENCES

Allen, M. J. & Yen, W. M. (1979). *Introduction to measurement theory*. Belmont, CA: Brooks/Cole.

American Heart Association. (2001). *Heart and stroke statistical update 2000*. Dallas: American Heart Association.

Artiola i Fortuny, L. & Mullaney, H. A. (1998). Assessing patients whose language you do not know: Can the absurd be ethical? *The Clinical Neuropsychologist*, *12*, 113–126.

Benton, A. L., deS Hamsher, K., & Sivan, A. B. (1994). *Manual for the Multilingual Aphasia Examination* (3rd ed.). Iowa City: AJA Associates, Inc.

Benton, A. L., Sivan, A. B., Hamsher, K. deS., Varney, N. R., & Spreen, O. (1994). *Contributions to neuropsychological assessment: A clinical manual* (2nd ed). New York: Oxford University Press.

Brown V. (1954). Board of Educ., 347 U.S. 483.

Callahan, C. M., Hall, K. S., Hui, S. L., Musick, B.S., Unverzagt, F. W., & Hendrie, H. C. (1996). Relationship of age, education, and occupation with dementia among a community-based sample of African Americans. *Archives of Neurology*, *53*, 134–140.

Cerhan, J. H., Ivnik, R. J., Smith, G. E., Tangalos, E. C., Petersen, R. C., & Boeve, B. F. (2002). Diagnostic utility of letter fluency, category fluency, and fluency difference scores in Alzheimer's disease. *The Clinical Neuropsychologist*, *16*, 35–42.

Daniel, R. P. (1946). *Jacksonville looks at its Negro community: Survey of conditions affecting the Negro population in Jacksonville, Duval County, Florida*. Jacksonville, FL: Author.

Evans, J. D., Miller, S. W., Byrd, D. A., & Heaton, R. K. (2000). Cross-cultural applications of the Halstead-Reitan batteries. In E. Fletcher-Janzen, T. L. Strickland, & C. R. Reynolds (Eds.), *Handbook of cross-cultural neuropsychology* (pp. 287–303). New York: Plenum.

Ferman, T. J., Ivnik, R. J., & Lucas, J. A. (1998). Boston Naming Test Discontinuation Rule: "Rigorous" vs. "Lenient" interpretations. *Assessment*, *5*, 13–18.

Folstein, M. F., Folstein, S. E., & McHugh, P. R. (1975). *Mini-Mental state*. *Journal of Psychiatric Research*, *12*, 189–198.

Ford-Booker, P., Campbell, A., Combs, S., Lewis, S., Ocampo, C., & Brown, A., et al. (1993). The predictive accuracy of neuropsychological tests in a normal population of African Americans. *Journal of Clinical and Experimental Neuropsychology*, *15*, 64.

Freimuth, V. S., Quinn, S. C., Thomas, S. B., Cole, G., Zook, E., & Duncan, T. (2001). African Americans' views on research and the Tuskegee Syphilis Study. *Social Sciences and Medicine*, *52*, 797–808.

Friedman, M. A., Schinka, J. A., Mortimer, J. A., & Graves, A. B. (2002). Hopkins Verbal Learning Test—Revised: Norms for elderly African Americans. *The Clinical Neuropsychologist*, *16*(3), 356–372.

Golden, C. J. (1978). The Stroop Color and Word Test (Manual). Chicago: Stoelting.

Harris, M. E., Ivnik, R. J., & Smith, G. E. (2002). Mayo's older Americans normative studies: expanded AVLT recognition trial norms for ages 57 to 98. *Journal of Clinical and Experimental Neuropsychology*, *24*, 214–220.

Heaton, R. K., Grant, I., & Matthews, C. G. (1991). Comprehensive norms for an expanded Halstead-Reitan battery: Demographic corrections, research findings, and clinical applications. Odessa, FL: Psychological Assessment Resources.

Heaton, R. K., Taylor, M. J., & Manly, J. (2003). Demographic effects and use of deomgraphically corrected norms with the WAIS-III and WMS-III. In D. S. Tulsky, et al. (Eds.), *Clinical interpretation of the WAIS-III and WMS-III* (pp. 181–210). San Diego: Elsevier Science.

Helms, J. E. (1997). The triple quandry of race, culture, and social classin standardized cognitive ability testing. In D. P. Flanagan, J. L. Genshaft, & P. L. Harrison (Eds.), *Contemporary intellectual assessment* (pp. 517–532). New York: Guilford.

Howieson, D. B., Dame, A., Camicioli, R., Sexton, G., Payami, H., & Kaye, J. (1997). Cognitive markers preceding Alzheimer's dementia in the healthy oldest old. *Journal of the American Geriatrics Society*, *45*, 584–589.

Ivnik, R. J., Malec, J. F., Smith, G. E., Tangalos, E. G., & Petersen, R. C. (1996). Neuropsychological tests' norms above age 55 COWAT, BNT, MAE Token, WRAT-R Reading, AMNART, STROOP, TMT and JLO. *The Clinical Neuropsychologist*, *10*, 262–278.

Ivnik, R. J., Malec, J. F., Smith, G. E., Tangalos, E. G., Petersen, R. C., Kokmen, E., et al. (1992a). Mayo's Older Americans Normative Studies: WAIS-R Norms for ages 56 to 97. *The Clinical Neuropsychologist*, *6* (Suppl.), 1–30.

Ivnik, R. J., Malec, J. F., Smith, G. E., Tangalos, E. G., Petersen, R. C., Kokmen, E., et al. (1992b). Mayo's Older Americans Normative Studies: WMS-R Norms for ages 56 to 94. *The Clinical Neuropsychologist*, *6* (Suppl.), 49–82.

Ivnik, R. J., Malec, J. F., Smith, G. E., Tangalos, E. G., Petersen, R. C., Kokmen, E., et al. (1992c). Mayo's Older Americans Normative Studies: Updated AVLT Norms for ages 56 to 97. *The Clinical Neuropsychologist*, *6* (Suppl.), 83–104.

Ivnik, R. J., Malec, J. F., Tangalos, E. R., Peterson, R. C., Kokmen, E., & Kurland, L. T. (1990). The Auditory-Verbal Learning Test (AVLT): Norms for ages 55 years and older. *Psychological Assessment*, *2*, 304–312.

Ivnik, R. J., Smith, G. E., Lucas, J. A., Petersen, R. C., Boeve, B. F., Kokmen, E., et al. (1999). Testing normal older persons three to four times at 1- to 2-year intervals: Defining normal variance. *Neuropsychology*, *13*, 121–127.

Ivnik, R. J., Smith, G. E., Lucas, J. A., Tangalos, E. G., Petersen, R. C., & Kokmen, E. (1997). Free and Cued Selective Reminding Test: MOANS Norms. *Journal of Clinical and Experimental Neuropsychology*, *19*, 676–691.

Ivnik, R. J., Smith, G. E., Malec, J. F., Petersen, R. C., Kokmen, E., & Tangalos, E. G. (1994). MOANS Cognitive Factor Scales (MCFS): Distinguishing normal and clinical samples by profile variability. *Neuropsychology*, *8*, 203–209.

Ivnik, R. J., Smith, G. E., Malec, J. F., Petersen, R. C., & Tangalos, E. G. (1995). Long-term stability and inter-correlations of cognitive abilities in older persons. *Psychological Assessment*, *7*, 155–161.

Ivnik, R. J., Smith, G. E., Malec, J. F., Tangalos, E. G., & Parisi, J. E. (1993). Comparison of WAIS-R vs. MAYO summary scores in a clinical sample. *Journal of Clinical Psychology*, *49*, 534–542.

Ivnik, R. J., Smith, G. E., Petersen, R. C., Boeve, B. F., Kokmen, E., & Tangalos, E. (2001). Diagnostic accuracy of four approaches to interpreting neuropsychological test data. *Neuropsychology*, *14*, 163–177.

Ivnik, R. J., Smith, G. E., Tangalos, E. G., Petersen, R. C., Kokmen, E., & Kurland, L. T. (1991). Wechsler Memory Scale (WMS): I.Q. dependent norms for persons age 65 to 97. *Psychological Assessment*, *3*, 156–161.

Kalaria, R. N. (2000). The role of cerebral ischemia in Alzheimer's disease. *Neurobiology of Aging*, *21*, 321–330.

Kaplan, E., Goodglass, H., & Weintraub, S. (1983). *Boston Naming Test*. Philadelphia: Lea & Febiger.

Lezak, M. D. (1995). *Neuropsychological assessment*, 3rd ed. New York: Oxford University Press.

Lichtenberg, P. A., Manning, C. A., Vangel, C. A., & Ross, T. P. (1995). Normative and ecological validity data in older urban medical patients: A program of neuropsychological research. *Advances in Medical Psychotherapy*, *8*, 121–136.

Lichtenberg, P. A., Ross, T., & Christensen, B. (1994). Preliminary normative data on the Boston Naming Test for an older urban population. *The Clinical Neuropsychologist*, *8*, 109–111.

Lichtenberg, P. A., Ross, T., Youngblade, L., & Vangel, S. J. (1998). Normative Studies Research Project test battery: Detection of dementia in African American and European American urban elderly patients. *The Clinical Neuropsychologist*, *12*, 146–154.

Lucas, J., Rippeth, J., Willis, F., & Graff-Radford, N. R. (2000). Effects of demographics, culture, and literacy on DRS performance in older African Americans. *Journal of the International Neuropsychological Society*, *6*, 245.

Lucas, J. A. (2003). Normative neuropsychology and diagnostic validity in older African Americans. *The Clinical Neuropsychologist*, *17*, 97.

Lucas, J. A., Ivnik, R. J., Smith, G. E., Bohac, D. L., Tangalos, E. G., Graff-Radford, N. R., et al. (1998a). Mayo's Older Americans Normative Studies: Category fluency norms. *Journal of Clinical and Experimental Neuropsychology*, *20*, 194–200.

Lucas, J. A., Ivnik, R. J., Smith, G. E., Bohac, D. L., Tangalos, E. G., Graff-Radford, N. R., et al. (1998b). Normative data for the Mattis Dementia Rating Scale. *Journal of Clinical and Experimental Neuropsychology*, *20*, 536–547.

Malec, J. F., Ivnik, R. J., Smith, G. E., Tangalos, E. G., Petersen, R. C., Kokmen, E., et al. (1992a). Mayo's Older Americans Normative Studies: Utility of corrections for age and education for the WAIS-R. *The Clinical Neuropsychologist*, *6* (Suppl.), 31–47.

Malec, J. F., Ivnik, R. J., Smith, G. E., Tangalos, E. G., Petersen, R. C., Kokmen, E., et al. (1992b). Visual Spatial Learning Test (VSLT): Normative data and further validation. *Psychological Assessment*, *4*, 433–441.

Malec, J. F., Smith, G. E., Ivnik, R. J., Petersen, R. C., & Tangalos, E. G. (1996). Clusters of "impaired" normal elderly do not decline cognitively in 3–5 years. *Neuropsychology*, *10*, 66–73.

Manly, J. J. & Jacobs, D. M. (2002). Future directions in neuropsychological assessment with African Americans. In F. R. Ferraro (Ed.) *Minority and cross-cultural aspects of neuropsychological assessment* (pp. 79–96). Lisse: Swets & Zeitlinger.

Manly, J. J., Jacobs, D. M., Sano, M., Bell, K., Merchant, C. A., Small, S. A., et al. (1998a). African American acculturation and neuropsychological test performance among nondemented community elders. *Journal of the International Neuropsychological Society*, *4*, 77.

Manly, J. J., Jacobs, D. M., Sano, M., Bell, K., Merchant, C. A., Small, S. A., et al. (1998b). Cognitive test performances among nondemented elderly African Americans and Whites. *Neurology*, *50*, 1238–1245.

Manly, J. J., Jacobs, D. M., Sano, M., Small, S. A., Merchant, C., & Stern, Y. (1999). Are ethnic group differences in neuropsychological test performances explained by reading level? A preliminary analysis. *Journal of the International Neuropsychological Society*, *6*, 245.

Manly, J. J., Jacobs, D. M., Touradji, P., Small, S. A., Merchant, C., Bell, K., et al. (2000). Quality of education and neuropsychological test performance among non-demented community-dwelling elders. *Neurology*, *52*, A433.

Manly, J. J., Miller, S. W., Heaton, R. K., Byrd, D., Reilly, J., Velasquez, R. J., et al. (1998c). The effect of African American acculturation on neuropsychological test performance in

normal and HIV positive individuals. *Journal of the International Neuropsychological Society*, *4*, 291–302.

Mansfield, C. J., Wilson, J. L., Krobrinski, E. J., & Mitchell, J. (1999). Premature mortality in the United States: The roles of geographic area, socioeconomic status, household type, and availability of medical care. *American Journal of Public Health*, *89*, 893–898.

Marcopulos, B. & McClain, C. A. (2003). Are our norms ''normal''? A four-year follow-up study of a biracial sample of rural elders with low education. *The Clinical Neuropsychologist*, *17*, 19–33.

Marcopulos, B., McLain, C. A., & Giuliano, A. J. (1997). Cognitive impairment or inadequate norms? A study of healthy, rural older adults with limited education. *The Clinical Neuropsychologist*, *11*, 111–131.

Mattis, S. (1988). *Dementia Rating Scale*. Odessa, FL: Psychological Assessment Resources.

Miles, G. T. (2002). Neuropsychological assessment of African Americans. In F. R. Ferraro (Ed.), *Minority and cross-cultural aspects of neuropsychological assessment* (pp. 63–78). Lisse: Swets & Zeitlinger.

Nabors, N. A., Evans, J. D., & Strickland, T. L. (2000). Neuropsychological assessment and intervention with African Americans. In E. Fletcher-Janzen, T. L. Strickland, & C. Reynolds (Eds.), *Handbook of cross-cultural neuropsychology* (pp. 31–42). New York: Kluwer Academic/Plenum.

Petersen, R. C. (2003). Mild cognitive impairment: From aging to Alzheimer's disease. New York: Oxford University Press.

Petersen, R. C., Stevens, J. C., Ganguli, M., Tangalos, E. G., Cummings, J. L., & DeKosky, S. T. (2001). Practice parameter: Early detection of dementia: Mild cognitive impairment (an evidence-based review). *Neurology*, *56*, 1133–1142.

Reitan, R. & Wolfson, D. (1985). *The Halstead-Reitan neuropsychological battery*. Tucson: Neuropsychology Press.

Rey, A. (1964). *L'examen clinique en psychologie*. Paris: Presses Universitaires de France.

Rocca, W. A., Cha, R. H., Waring, S. C., & Kokmen, E. (1998). Incidence of dementia and Alzheimer's disease: A reanalysis of data from Rochester, Minnesota, 1975–1994. *American Journal of Epidemiology*, *148*, 51–62.

Ross, T. P. & Lichtenberg, P. A. (1998). Expanded normative data for the Boston Naming Test for use with urban, elderly medical patients. *The Clinical Neuropsychologist*, *12*, 475–481.

Salo, A. Y., Verkkoniemi, A., Polvikoski, T., Juva, K., Rastas, S., Kontula, K., et al. (2001). Does apolipoprotein E influence learning and memory in the nondemented oldest old? *International Psychogeriatrics*, *13*, 451–459.

Scott, J. I. E. (1974). *The education of Black people in Florida*. Philadelphia: Dorrance & Co.

Sheikh, J. I. & Yesavage, J. A. (1986). Geriatric Depression Scale (GDS): Recent evidence and development of a shorter version. In T. L. Brink (Ed.), *Clinical gerontology: A guide to assessment and intervention* (pp. 165–73). New York: Haworth Press.

Skoog, I., Nilsson, L., Palmertz, B., Andreasson, L. A., & Svanborg, A. (1993). A population-based study of dementia in 85-year-olds. *New England Journal of Medicine*, *328*,153-158.

Sliwinski, M., Lipton, R. B., Buschke, H., & Stewart, W. (1996). The effects of preclinical dementia on estimates of normal cognitive functioning in aging. *Journal of Gerontology*, *51B*, P217–P225.

Smith, G. E., Ivnik, R. J., Malec, J. F., & Bohac, D. L. (1998). Using word recognition tests to estimate premorbid IQ in early dementia: Longitudinal data. *Journal of the International Neuropsychological Society*, *3*, 528–533.

Smith, G. E., Ivnik, R. J., Malec, J. F., Kokmen, E., Tangalos, E. G., Petersen, R. C., et al. (1994a). Psychometric properties of the Mattis Dementia Rating Scale. *Assessment*, *1*, 123–131.

Smith, G. E., Ivnik, R. J., Malec, J. F., Petersen, R. C., Kokmen, E., Tangalos, E. G., et al. (1992a). Mayo's Older Americans Normative Studies (MOANS): Factor structure of a core battery. *Psychological Assessment*, *4*, 382–390.

Smith, G. E., Ivnik, R. J., Malec, J. F., Petersen, R. C., Kokmen, E., & Tangalos, E. G. (1994b). The Mayo Cognitive Factor Scales (MCFS): Derivation of a short battery and norms for factor scores. *Neuropsychology*, *8*, 194–202.

Smith, G. E., Ivnik, R. J., Malec, J. F., Petersen, R. C., & Tangalos, E. G. (1993). Factor structure of the Mayo Older Americans Normative Sample (MOANS) core battery: Replication in a clinical sample. *Psychological Assessment*, *5*, 121–124.

Smith, G. E., Malec, J. F., & Ivnik, R. J. (1992b). Validity of the construct of nonverbal memory: A factor analytic study in a normal elderly sample. *Journal of Clinical and Experimental Neuropsychology*, *14*, 211–221.

Smith, G. E., Wong, J. S., Ivnik, R. J., & Malec, J. F. (1997). Mayo's Older Americans Normative Studies: Separate norms for the WMS-R Logical Memory Stories. *Assessment*, *4*, 79–86.

Spreen, O. & Strauss, E. (1998). *A compendium of neuropsychological tests: Administration, Norms, and commentary* (2nd ed.). New York: Oxford University Press.

Stern, Y., Andrews, H., Pittman, J., Sano, M., Tatemichi, T., Lantigua, R., et al. (1992). Diagnosis of dementia in a heterogeneous population. Development of a neuropsychological paradigm-based diagnosis of dementia and quantified correction for the effects of education. *Archives of Neurology*, *49*, 453–460.

Sundquist, J., Winkleby, M. A., & Pudaric, S. (2001). Cardiovascular disease risk factors among older Black, Mexican-American, and White women and men: An analysis of NHANES III, 1988–1994. *Journal of the American Geriatrics Society*, *49*, 109–116.

Teachers College of Columbia University. (1927). *Report of the survey of schools of Duval County, Florida*. New York: Author.

Tulsky, D., Zhu, J., & Ledbetter, M. F. (1997). *WAIS-III—WMS-III technical manual*. Orlando: The Psychological Corporation.

Unverzagt, F. W., Hall, K. S., Torke, A. M., Rediger, J. D., Mercado, N., Gureje, O., et al. (1996). Effects of age, education and gender on CERAD neuropsychological test performance in an African American sample. *The Clinical Neuropsychologist*, *10*, 180–190.

U.S. Bureau of Labor Statistics (2002). Occupational classification system manual. Available at: http://www.bls.gov/ncs/ocs/ocsm/commain.htm

U.S. Census Bureau (2000a). Census 2000 data releases. Available at http://www.census.gov/main/www/cen2000.html

U.S. Census Bureau Population Projections Program, Population Division (2000b). *Projections of the total resident population by 5-year age groups, race, and Hispanic origin with special age*. Available at: http://www.census.gov/population/www/projections/natsum-T3.html.

Von Strauss, E., Fratiglioni, L., Viitanen, M., Forsell, Y., & Winblad, B. (2000). Morbidity and comorbidity in relation to functional status: A community-based study of the oldest old (90+ years). *Journal of the American Geriatrics Society*, *48*, 1462–1469.

Walch, B. H. (1990). *New Black voices: The growth and contributions of Sallye Mathis and Mary Singleton in Florida government*. Jacksonville, FL: Author.

Wechsler, D. (1981). *Wechsler Adult Intelligence Scale—Revised*. San Antonio, TX: The Psychological Corporation.

Wechsler, D. (1987). *Manual for the Wechsler Memory Scale—Revised*. San Antonio, TX: The Psychological Corporation.

Wechsler, D. (1997). *Wechsler Adult Intelligence Scale, 3rd Edition administration and scoring manual*. Orlando: The Psychological Corporation.

Wechsler, D. (1997). *Wechsler Memory Scale, 3rd Edition administration and scoring manual*. Orlando: The Psychological Corporation.

Weintraub, S. (1986). The record of independent living: An informant-completed measure of activities of daily living and behavior in elderly patients with cognitive impairment. *American Journal of Alzheimer Care and Related Disorders*, *7*, 35–39.

Welsh, K. A., Fillenbaum, G., Wilkinson, W., Heyman, A., Mohs, R. C., Stern, Y., et al. (1995). Neuropsychological test performance in African American and White patients with Alzheimer's disease. *Neurology*, *45*, 2207–2211.

Wilkinson, G. S. (1993). *Wide Range Achievement Test* (3rd ed.). Wilmington, DE: Wide Range.