# EXHIBIT 12

*Journal of Business and Psychology, Vol. 18, No. 1, Fall 2003 (©2003)*

# THE EFFECTS OF DEMOGRAPHIC VARIABLES AND STEREOTYPE THREAT ON BLACK/WHITE DIFFERENCES IN COGNITIVE ABILITY TEST PERFORMANCE

## Patrick F. McKay
*University of Wisconsin–Milwaukee*

## Dennis Doverspike
*University of Akron*

## Doreen Bowen-Hilton
*Fayetteville State University*

## Quintonia D. McKay
*Columbia Hospital*

*ABSTRACT:* The present study examined whether a set of demographic variables and stereotype threat could explain African-American/White mean differences in cognitive ability test performance. African Americans and Whites were found to significantly differ in stereotype threat and educational attainment of participants' fathers (i.e., father education). In moderate support of our study hypothesis, stereotype threat and father education partially mediated race differences in cognitive ability test scores. Implications for study findings are discussed, and limitations of the study are noted.

**KEY WORDS:** demographics; stereotype threat; cognitive ability.

This article is based in part on the first author's doctoral dissertation, conducted under the supervision of Dennis Doverspike at the University of Akron. An earlier version of the article was presented at the 17th Annual Conference of the Society for Industrial/Organizational Psychology, Toronto, Canada.

Address correspondence to Patrick F. McKay, School of Business Administration, University of Wisconsin–Milwaukee, 3202 N. Maryland Ave., Milwaukee, WI 53201. E-mail: pmckay@uwm.edu.

1

## INTRODUCTION

Cognitive ability has been identified as the single most valid predictor of job performance across all jobs (Campbell, 1996; Schmidt & Hunter, 1998). On average, African Americans score approximately 1 standard deviation lower than Whites on cognitive ability tests (Roth, Bevier, Bobko, Switzer, & Tyler, 2001; Schmidt & Hunter, 1998). Therefore, use of cognitive ability as a selection device typically results in adverse impact against African Americans (and Hispanics), and may hamper efforts to improve cultural diversity in work settings (McKay & Doverspike, 2001; Sackett, Schmitt, Kabin, & Ellingson, 2001).

The reasons given to explain African-American/White differences in cognitive ability test performance have been a source of controversy and debate. Hereditarian researchers (see Eysenck, 1971; Jensen, 1980; Rushton, 1994) explain Whites' higher performance compared to African-Americans on cognitive ability tests by suggesting that genetic differences in intellect exist between the two races. Other theorists have proposed more environmental explanations of racial gaps in cognitive ability test performance such as (1) socioeconomic disadvantage (Helms, 1992; McLoyd, 1998; Suzuki & Valencia, 1997), (2) cultural bias in intelligence test content (Helms, 1992; Ogbu, 1991, 1993), and (3) adverse effects of negative stereotypes (McKay, Doverspike, Bowen-Hilton, & Martin, 2002; Steele, 1997; Steele & Aronson, 1995). These three factors all work to the detriment of African-Americans' performance on cognitive ability tests. Reviewing the existing literature on strategies used to reduce subgroup race differences in cognitive ability test scores (e.g., removal of "biased" test items, reducing test-taking motivational differences between races, etc.), Sackett et al. (2001) stated that few (if any) of these strategies successfully reduced differences to a great extent (also see Humphreys, 1988 and Schmidt, 1988 for similar reviews of race differences in cognitive ability).

Nonetheless, encouraged by our own work (McKay, Doverspike, Bowen-Hilton, & Martin, 2002) and that of Grubb and Ollendick (1986), Steele and Aronson (1995) and White (1982), we examine socioeconomic disadvantage (i.e., demographics) and negative stereotypes (i.e., stereotype threat) as potential explanations of racial disparities in IQ test scores. We expect that differences between Whites and Blacks on a series of demographic variables will account for significant race effects on cognitive ability test performance. If demographics and stereotype threat account for race differences in cognitive ability test scores, it may be possible to develop interventions to counter demographic disadvantages and negative attitudes (toward testing) that might occur among African Americans, and reduce adverse impact in selection contexts.

## DEMOGRAPHIC VARIABLES AS MEDIATORS OF RACE EFFECTS ON COGNITIVE ABILITY TEST SCORES

We discuss several potential demographic moderators of race effects on cognitive ability test performance. The demographic variables of interest include three indices of socioeconomic status (e.g., annual family income, highest level of education attained by participants' mothers and fathers). Again, we suspect that African-American/White differences on these variables may partially explain race effects on cognitive ability test performance.

### Socioeconomic Status

Prior research has shown that socioeconomic status (SES) and cognitive ability test performance are positively correlated (White, 1982). Individuals from high SES households earn higher IQ test scores than their low SES counterparts. On average, African Americans earn lower annual incomes than Whites (U.S. Census Bureau, 2001), and this financial disparity may undermine intellectual development among African Americans. Several theorists have argued that one's family background and socialization play important roles in shaping one's intellectual development (McLoyd, 1998; Scarr & Weinberg, 1978; Suzuki & Valencia, 1997; Williams & Ceci, 1997). Socioeconomic disadvantage limits access to educational preparatory materials that aid intellectual development (Campbell & Ramey, 1994; McLoyd, 1998; Scarr & Weinberg, 1978), and proportionally African Americans suffer greater socioeconomic disadvantage than Whites (U.S. Census Bureau, 2001).

Research findings have shown that African-American/White differences in cognitive ability test performance are partially reduced when SES is controlled for (Grubb & Ollendick, 1986; Mainstream Science, 1994; White, 1982). In addition, Scarr and Weinberg (1978) reported that African-American children adopted by middle-class, White parents earned IQ test scores 15 points higher than disadvantaged African-American children reared by their biological parents. These findings suggest that socioeconomic advantages and/or exposure to White culture might lead to intellectual ability gains (Grubb & Ollendick, 1986; Helms, 1992). In sum, because SES is positively related to cognitive ability test performance and African Americans endure greater socioeconomic disadvantage than Whites, SES may partially explain race differences in test performance.

### Participants' Parental Educational Attainment

Highest level of education attained by an individual's parents is positively correlated with his/her cognitive ability test performance (Blau,

1981; Valencia & Rankin, 1986). That is, greater educational attainment by parents is associated with higher scores on IQ tests among offspring. Generally, African Americans have lower educational attainment than Whites (Garibaldi, 1997; Humphreys, 1988). However, Blau (1981) and Valencia and Rankin (1986) each found that the relationship between test taker's IQ test scores and parental educational attainment was stronger among Whites than African Americans. Blau (1981) explained this finding as due to differential opportunity structures between the two races, in that African Americans face greater barriers to success (e.g., racism) than Whites.

Previous research has shown a positive relationship between educational attainment and socioeconomic status (Barrett & Depinet, 1991; Ceci & Williams, 1997). It may be that the parental education/cognitive ability test performance relationship results from the positive correlation between educational attainment and socioeconomic status. Parents that have strong educational backgrounds are likely to be more financially secure than their less educated counterparts, and as a result, may be in a better position to provide their children with resources that foster intellectual development (e.g., books, computers, help with homework, etc.). We expect that parental educational attainment will be significantly correlated with examinees' cognitive ability test performance. Furthermore, because African Americans may have parents that are less well-educated than White participants, parental education will partially explain racial differences in test performance.

## STEREOTYPE THREAT AS A MEDIATOR OF RACE EFFECTS ON COGNITIVE ABILITY TEST SCORES

The current study will also focus upon stereotype threat as a potential mediator of race effects on cognitive ability test performance. Prior research has shown that stereotype threat (a form of anxiety that results when a person is concerned that his/her performance in some domain may substantiate a negative stereotype that exists about his/her group) reduces cognitive ability test performance of African Americans (Steele & Aronson, 1995; McKay, Doverspike, Bowen-Hilton, & Martin, 2002).

Steele and Aronson (1995) varied test diagnosticity of the Graduate Record Examination-Verbal subtest by describing the test as either diagnostic or non-diagnostic of intellectual ability. Steele and Aronson (1995) found that African-American/White disparity in mean test scores was largest when the test was framed as diagnostic of IQ, and minimal when the test was framed as non-indicative of intellectual ability. In a recent study, McKay, Doverspike, Bowen-Hilton, and Martin (2002) reported

findings that corroborate Steele and Aronson's (1995) results. Therefore, racial differences in IQ test performance are amplified in conditions of high stereotype threat, and minimized in low stereotype threat contexts.

## PRESENT STUDY AND HYPOTHESIS

Several researchers suggest that racial differences on mental ability tests are diminished when demographic variables are controlled (Grubb & Ollendick, 1986; Mainstream Science, 1994; White, 1982). Presently, we extend this reasoning by including stereotype threat as a mediator of race differences in cognitive ability test scores, in addition to common demographic indices (e.g., socioeconomic status). We propose that African-American/White differences on demographic variables and stereotype threat, in combination, underlie racial disparities in cognitive ability test performance. Therefore, we hypothesize:

*Hypothesis:* Socioeconomic status, parental educational attainment, and stereotype threat will mediate significant African-American/White mean differences in cognitive ability test scores favoring Whites.

## METHOD

### Participants

Participants were 42 White and 45 African-American undergraduate students (total N = 87) from a large, predominately White midwestern university (African American, N = 18; White, N = 37), and a small southeastern historically Black college/university (HBCU; African American, N = 27; White, N = 5). The results of independent samples t-tests confirmed that within-group differences in Raven Advanced Progressive Matrices scores between the two locations were non-significant for both Whites (t = .15, *p* < .88) and African Americans (t = .33, *p* < .75). Thus, the data obtained for members of each racial group were collapsed across research settings. In subsequent statistical analyses, participant's race was dummy coded as 0 (African Americans) and 1 (Whites). The mean age of participants was 22.41 years, and participants' ages ranged from 18 to 52 years of age. The gender composition of the sample was 62 females (71%) and 25 males (29%). All participants received extra credit points toward their introduction to psychology course grade.

*Procedure*

To minimize the effects of fatigue on participants' cognitive ability test performance, the study was run in two sessions. In session 1, participants completed informed consent, biographical information form, and locus of control and racial identity measures. Upon completion of these measures, participants were dismissed. During session 2, participants were assigned to one of two testing conditions (i.e., IQ test described as "diagnostic" or "non-diagnostic" of intellectual ability). After the test diagnosticity manipulation was introduced, participants completed the self-efficacy and test anxiety measures. Then, participants were asked to complete Set II of the Raven Advanced Progressive Matrices. Once participants finished the Raven, they were administered Post-test Attitude Survey (PAS). After completing the PAS, participants were thanked for their participation, debriefed, and dismissed.

*Measures*

*Raven Advanced Progressive Matrices.* The dependent variable of this study was performance on the Raven Advanced Progressive Matrices (Raven; Raven, Court, & Raven, 1985). The Raven is a non-verbal test of cognitive ability that is highly g-loaded (Jensen, 1980) and reliable with reported test-retest reliability of .91 (Raven, Court, & Raven, 1985). The Raven requires test-takers to select from a series of eight alternative matrix pieces, the alternative that properly completes an incomplete matrix figure. The Raven consists of two tests (Set I and II). Set I consists of 12 matrix problems that are administered as practice to orient examinees to the test. Set I is low in difficulty relative to Set II, which serves as the scored portion of the test. Set II contains 36 moderately difficult matrix problems that are arranged in an ascending order of difficulty. Due to time constraints and the possibility of testing effects, only Set II was administered to participants. Set II is scored as the number of 36 matrix problems answered correctly, with possible scores ranging from zero to 36. Based upon previous research (McKay et al., 2002), participants were given 45 minutes to complete the Raven.

*Biographical Information Form.* The biographical information form asked participants to report on several demographic indicators such as race, socioeconomic status, and parental educational attainment. Highest level of parental educational attainment (fathers and mothers) was coded for statistical analyses as follows: 1 = 8th grade or less; 2 = 10th grade; 3 = 11th grade or 12th grade, no diploma; 4 = High School Graduate; 5 = Some college, but no degree; 6 = Associate degree; 7 = Bachelor's degree; 8 = Master's degree; 9 = Professional school degree (e.g., medical degree); 10 = Doctorate degree. Socioeconomic status, labeled income in

subsequent analyses, was coded in the following manner: 1 = Less than $5,000; 2 = $5,000–$9,999; 3 = $10,000–$14,999; 4 = $15,000–$24,999; 5 = $25,000–$34,999; 6 = $35,000–$49,999; 7 = $50,000–$74,999; 8 = $75,000–$99,999; 9 = $100,000 or more.

*Test Diagnosticity Manipulation.* Test diagnosticity of the Raven Advanced Progressive Matrices test was manipulated across two experimental conditions labeled diagnostic and non-diagnostic (of intellectual ability). These conditions are similar to manipulations utilized by Steele and Aronson (1995). Within the diagnostic condition, the Raven was framed as a test diagnostic of intellectual ability (i.e., an IQ test). Participants assigned to the non-diagnostic condition were told that the Raven was a test of pattern completion skill. Thus, participants within the non-diagnostic condition were led to believe that the Raven Advanced Progressive Matrices did not measure their intellectual ability; instead, participants were told that the researchers wanted to examine whether the Raven was a good test or not.

McKay et al. (2002) found that race differences in Raven scores were over twice as large in the diagnostic ($d$ = .90) versus the non-diagnostic condition ($d$ = .32). Also, the authors presented simple regression analyses showing that stereotype threat (measured by the Post-test Attitude Survey) had a significant negative relationship with IQ test scores among African Americans assigned to the diagnostic condition, while this relationship was near zero for African Americans in the non-diagnostic condition.

*Posttest Attitude Survey.* Stereotype threat was measured by an attitudinal measure, the Posttest Attitude Survey (PAS), developed by McKay (1999). The PAS consists of five items scored in a 5-point Likert-scale format (1 Strongly disagree–5 Strongly agree), yet factor-analytic evidence suggested elimination two poor-loading items (McKay, 1999). PAS scores were derived by summing responses to the three remaining items, resulting in a possible scoring range of three to 15 points. Participants responded to attitudinal statements about the Raven Advanced Progressive Matrices test, administered prior to the PAS. An example item from PAS reads: "A negative opinion exists about how people from my race perform on that type of test." High scores on the survey denote those who experienced high stereotype threat during IQ testing.

## RESULTS

Means, standard deviations, intercorrelations between variables, and internal consistency reliabilities are reported in Table 1. Inspection of Table 1 reveals that race, highest level of education attained by partic-

8    JOURNAL OF BUSINESS AND PSYCHOLOGY

**Table 1**
**Means and Intercorrelations Between Measures/Variables**

|                        | M     | SD   | 1        | 2       | 3    | 4    | 5      | 6     |
|------------------------|-------|------|----------|---------|------|------|--------|-------|
| 1. Race                | —     | —    | —        |         |      |      |        |       |
| 2. Father's Education  | 4.86  | 2.16 | .23*     | —       |      |      |        |       |
| 3. Mother's Education  | 4.91  | 1.85 | .06      | .54***  | —    |      |        |       |
| 4. Income              | 5.86  | 1.85 | .19†     | .25*    | .17  | —    |        |       |
| 5. Stereotype Threat   | 8.67  | 3.31 | −.50***  | −.16    | −.03 | −.15 | (.74)  |       |
| 6. Raven               | 17.36 | 7.12 | .33**    | .27*    | .08  | .08  | −.32** | (.89) |

*Notes:* Some variables have sample sizes slightly smaller than 87 due to missing data. Internal consistency reliabilities are presented in the diagonal.
*$p < .05$; **$p < .01$; ***$p < .001$, †$p < .10$.

ipants' fathers, and stereotype threat were all significantly correlated with Raven performance. These findings show that participants with well-educated fathers and those who experienced low stereotype threat during the test earned significantly higher cognitive ability test scores than participants with poorly educated fathers and those who experienced high stereotype threat. Thus, one of three demographic variables of interest (i.e., father education), and stereotype threat evidenced significant bivariate relationships with cognitive ability test scores.

Table 2 presents results of independent samples t-tests examining racial differences on demographics, stereotype threat, and Raven Advanced Progressive Matrices test scores. T-test results show that Whites reported significantly higher educational attainment of their fathers ($d = .46$) and earned higher Raven test scores than African Americans ($d = .66$). Whites reported marginally higher annual family incomes than African American study participants ($d = .38$). African-Americans experi-

**Table 2**
**T-Tests of Racial Mean Differences on Demographics and Stereotype Threat**

| Variable            | Whites |      |    | African Americans |      |    | T-Value  | d    |
|---------------------|--------|------|----|-------------------|------|----|----------|------|
|                     | Mean   | SD   | N  | Mean              | SD   | N  |          |      |
| Father's Education  | 5.38   | 2.04 | 42 | 4.38              | 2.18 | 42 | −2.22*   | .46  |
| Mother's Education  | 5.02   | 1.67 | 42 | 4.80              | 2.01 | 42 | −.56     | .12  |
| Income              | 6.21   | 1.88 | 42 | 5.50              | 1.77 | 42 | −1.79†   | .38  |
| Stereotype Threat   | 6.98   | 2.59 | 42 | 10.24             | 3.15 | 45 | 5.27***  | −.98 |
| Raven               | 19.79  | 6.51 | 42 | 15.09             | 6.98 | 45 | −3.24*** | .66  |

*$p < .05$; ***$p < .001$; †$p < .10$.

enced significantly greater stereotype threat during IQ testing than Whites, as evidenced by Posttest Attitude Survey mean scores ($d = -.98$). Surprisingly, the effect size indicating the magnitude of African American/White difference in stereotype threat was larger than that obtained for cognitive ability. Based on our t-test results, father education and stereotype threat were included in analyses examining our hypothesis; both variables were significantly related to cognitive ability test scores, and Whites and African-Americans differed significantly on each variable.

Table 3 displays results of hierarchical multiple regression analyses used to investigate our study hypothesis. Based upon t-test findings reported in Table 2, father education and stereotype threat were examined as potential mediators of race effects on cognitive ability test performance. For evidence of mediation, three conditions must be satisfied (Baron & Kenny, 1986). First, the independent variable of interest (i.e., race) must be significantly related to the proposed mediator(s) (i.e., father education and stereotype threat). Results in Table 1 show that this condition was satisfied as both mediator variables were significantly correlated with race. Second, the mediator(s) must be significantly related with the dependent variable (i.e., Raven test scores). Again, Table 2 shows that this condition was satisfied as both father education and stereotype threat were significantly related with Raven scores. Third, the effect of the independent variable on the dependent variable should be significantly reduced after inclusion of mediator(s) in predictive models. Results reported in Table 3 shows that this condition was partially satisfied. Although significant race effects on Raven scores were removed after inclusion of father education and stereotype threat, the hypothesized mediators were only marginally related to Raven test scores. Thus, father education and stereotype threat partially mediated race effects on

**Table 3**
**Hierarchical Regression Analyses of the Effects of Race on Raven Test Performance After Controlling for Demographics and Stereotype Threat**

| Variable | B | *SE B* | β | Partial r | p |
|---|---|---|---|---|---|
| *Step 1.* | | | | | |
| Race | 4.70 | 1.45 | .33 | — | .01 |
| *Step 2.* | | | | | |
| Race | 2.66 | 1.65 | .19 | .17 | .11 |
| Father Education | .65 | .34 | .20 | .21 | .06 |
| Stereotype Threat | −.42 | .25 | −.20 | −.19 | .09 |

*Notes:* $R^2 = .11$ for Step 1 ($p < .01$); $\Delta R^2 = .07$ for Step 2 ($p < .05$).

cognitive ability test performance. Overall, the full set of predictors accounted for a significant 18% of the variance in Raven scores, $F$ (3,83) = 6.04, $p < .001$.

## DISCUSSION

The purpose of the present study was to determine whether demographic variables and stereotype threat could explain African American/ White differences in cognitive ability test performance. Educational attainment of participants' fathers and stereotype threat were each found to significantly predict cognitive ability test scores, and African Americans and Whites differed significantly on each of these measures. Specifically, compared to African-Americans, White participants reported significantly higher educational attainment by their fathers, while African-Americans experienced greater stereotype threat than Whites when completing an intelligence test. These results corroborate previous research findings pertaining to racial disparities in demographic indices (Blau, 1981; Valencia & Rankin, 1986) and stereotype threat (McKay et al., 2002; Steele & Aronson, 1995).

Educational attainment of participants' fathers (i.e., father education) and stereotype threat partially mediated race effects on cognitive ability test scores. Hierarchical regression results showed that African American/White disparities in father education and stereotype threat partly accounted for race effects on Raven Advanced Progressive Matrices test scores (see Table 3). Relative to Whites, African-Americans reported greater socioeconomic disadvantage, and perceived greater threat of confirming negative stereotypes about their race's intellectual ability, resulting in their lower IQ test performance. Interestingly, partial correlations reported in Table 3 show that father education and stereotype threat were slightly stronger correlates of cognitive ability test scores than race.

## IMPLICATIONS

Our findings underscore the role of environmental influences on cognitive ability test performance. Family background (McLoyd, 1998; Scarr & Weinberg, 1978; Suzuki & Valencia, 1997; Williams & Ceci, 1997; White, 1982) and stereotype threat (McKay et al., 2002; Steele & Aronson, 1995) each correlated significantly with cognitive ability test performance, and partially accounted for African American/White differences in mean cognitive ability test scores. These results run counter to hereditarians' suggestion that genetic differences in intelligence form the pri-

mary basis of Whites' IQ test score advantage over African-Americans. Societal disadvantages, to some extent, appear to explain racial differences in IQ test performance. More research is needed to further explicate the processes through which demographics and stereotype threat impact cognitive ability test performance.

Important personnel practice implications follow from our findings. Our results show that African-American/White differences in cognitive ability test performance can be explained by seemingly malleable demographic variables and stereotype threat. This suggests that adverse impact caused by the use of cognitive ability tests might be reduced by interventions aimed at such variables. A strong candidate for this type of intervention appears to be stereotype threat, as it may be inconsequential to target the family backgrounds of African Americans already in adulthood. However, remedial educational programs may be of value in improving intellectual ability (see Campbell & Ramey, 1994, for an example of this form of intervention).

Presently, and in past research, it has been shown that stereotype threat undermines the IQ test performance of African Americans (McKay et al., 2002; Steele & Aronson, 1995). Possibly, interventions can be developed that reduce stereotype threat experienced by African Americans in personnel testing contexts. We suggest that test developers and administrators emphasize job-relevance and face-validity of tests used for personnel purposes (Chan, Schmitt, DeShon, Clause, & Delbridge, 1997; McKay & Doverspike, 2001; Sackett et al., 2001). Research has shown that African-Americans react more favorably to job-relevant and face-valid tests through increased test-taking motivation (Chan et al., 1997). In addition, Arvey, Strickland, Drauden, and Martin (1990) found that racial differences in cognitive ability test scores were partially mediated by racial differences in test-taking motivation. Thus, test developers should attempt to maximize the job-relatedness and face validity of cognitive test in selection contexts, as this may increase minority (and non-minority) examinees' test-taking motivation and test performance.

*Limitations*

Several limitations of our study are notable. First, the present study is limited by the use of college students as participants. It is questionable whether our results generalize to African Americans and Whites outside of university settings. Our study utilized a small sample, and its results should be viewed as preliminary. Future research employing larger sample sizes should be conducted to determine whether our findings hold in non-academic and/or personnel testing contexts.

A second limitation involves the measurement of stereotype threat after participants completed the Raven Advanced Progressive Matrices.

JOURNAL OF BUSINESS AND PSYCHOLOGY

The significant negative correlation between stereotype threat and Raven may be spurious. Participants' reports of stereotype threat may have been given in response to their perceived performance on the test (Chan, Schmitt, Sacco, & DeShon, 1998), and not in response to our test diagnosticity manipulation.

A final limitation of this study was reliance on self-reported information. It is plausible that common-method variance inflated relationships between predictor and criterion measures. However, due to the personal nature of demographic variables and stereotype threat, participant self-reports were the most feasible method of acquiring this information. Our findings did not seem to be strongly affected by common-method variance. The relationships between variables reported here corroborate prior research (Grubb & Ollendick, 1986; Steele & Aronson, 1995; White, 1982). In addition, examination of means and standard deviations of variables shows reasonable variability in participants' responses to study measures.

## CONCLUSION

Racial differences in family background (as measured by educational attainment of participants' fathers) and stereotype threat partially accounted for African-American/White differences in cognitive ability test performance. These findings suggest that adverse impact against African Americans resulting from cognitive ability testing may be partially reduced by interventions aimed at improving African-Americans' demographic and environmental disadvantages. The finding that demographic and environmental factors (i.e., father education and stereotype threat, respectively) underlie race differences in cognitive ability test performance counters the hereditarian notion that immutable genetic factors account for White/African-American differences in mean cognitive ability test scores (Eysenck, 1971; Jensen, 1980; Rushton, 1994).

## REFERENCES

Arvey, R.D., Strickland, W., Drauden, G., & Martin, C. (1990). Motivational components of test taking. *Personnel Psychology, 43*, 695–716.

Baron, R.M., & Kenny, D.A. (1986). The moderator-mediator variable distinction in social psychology research: Conceptual, strategic, and statistical considerations. *Journal of Personality and Social Psychology, 51*, 1173–1182.

Barrett, G.V., & Depinet, R.L. (1991). A reconsideration of testing for competence rather than for intelligence. *American Psychologist, 46*, 1012–1024.

Blau, Z.S. (1981). *Black children/White children: Competence, socialization, and social structure*. New York: Free Press.

Campbell, F.A., & Ramey, C.T. (1994). Effects of early intervention on intellectual and academic achievement: A follow-up study of children from low-income families. *Child Development, 65*, 684–698.

Campbell, J.P. (1996). Group differences and personnel selection decisions: Validity, fairness, and affirmative action. *Journal of Vocational Behavior, 49*, 122–158.

Ceci, S.J., & Williams, W.M. (1997). Schooling, intelligence, and income. *American Psychologist, 52*, 1051–1058.

Chan, D., Schmitt, N., DeShon, R.P., Clause, C.S., & Delbridge, K. (1997). Reactions tocognitive ability tests: The relationships between race, test performance, face validity, and test-taking motivation. *Journal of Applied Psychology, 82*, 300–310.

Chan, D., Schmitt, N., Sacco, J.M., & DeShon, R.P. (1998). Understanding pretest and posttest reactions to cognitive ability and personality tests. *Journal of Applied Psychology, 83*, 471–485.

Eysenck, H.J. (1971). *Race, intelligence, and education*. London: Temple Smith.

Garibaldi, A.M. (1997). Four decades of progress . . . and decline: An assessment of African-American educational attainment. *Journal of Negro Education, 66*, 105–120.

Grubb, H.J., & Ollendick, T.H. (1986). Cultural-distance perspective: An exploratory analysis of its effect on learning and intelligence. *International Journal of Intercultural Relations, 10*, 399–414.

Helms, J.E. (1992). Why is there no study of cultural equivalence in standardized cognitive ability testing? *American Psychologist, 47*, 1083–1101.

Humphreys, L.G. (1988). Trends in academic achievement of Blacks and other minorities. *Intelligence, 12*, 231–260.

Jensen, A.R. (1980). *Bias in mental testing*. New York: Free Press.

Mainstream science on intelligence. (1994, December 13). *The Wall Street Journal*, p. A18.

McKay, P.F. (1999). Stereotype threat and its effect on the cognitive ability test performance of African-Americans: The development of a theoretical model. Unpublished doctoral dissertation, University of Akron, Akron, OH.

McKay, P.F., & Doverspike, D. (2001). African-Americans' test-taking attitudes and their effect on cognitive ability test performance: Implications for public personnel management selection practice. *Public Personnel Management, 30*, 67–75.

McKay, P.F., Doverspike, D., Bowen-Hilton, D., & Martin, Q.D. (2002). Stereotype threat effects on the Raven Advanced Progressive Matrices scores of African-Americans. *Journal of Applied Social Psychology, 32*, 767–787.

McLoyd, V.C. (1998). Socioeconomic disadvantage and child development. *American Psychologist, 53*, 185–204.

Ogbu, J.U. (1991). Minority coping responses and school experience. *The Journal of Psychohistory, 18*, 433–456.

Ogbu, J.U. (1993). Differences in cultural frame of reference. *International Journal of Behavioral Development, 16*, 483–506.

Raven, J.C., Court, J.H., & Raven, J. (1985). *Manual for Raven Advanced Progressive Matrices and Vocabulary Scales: General Overview*. London: H.K. Lewis & Co., Ltd.

Roth, P.L., BeVier, C.A., Bobko, P., Switzer III, F.S., & Tyler, P. (2001). Ethnic group differences in cognitive ability in employment and educational settings: A meta-analysis. *Personnel Psychology, 54*, 297–330.

Rushton, J.P. (1994). The equalitarian dogma revisited. *Intelligence, 19*, 263–280.

Sackett, P.R., Schmitt, N., Kabin, M.B., & Ellingson, J.E. (2001). High-stakes testing in employment, credentialing, and higher education prospects in a post-affirmative action world. *American Psychologist, 56*, 302–318.

Scarr, S., & Weinberg, R.A. (1978). The influence of "family background" on intellectual attainment. *American Sociological Review, 43*, 674–692.

Schmidt, F.L. (1988). The problem of group differences in ability test scores in employment selection. *Journal of Vocational Behavior, 33*, 272–292.

Schmidt, F.L., & Hunter, J.E. (1998). The validity and utility of selection methods in personnel psychology: Practical and theoretical implications of 85 years of research findings. *Psychological Bulletin, 124*, 262–274.

Steele, C.M. (1997). A threat in the air: How stereotypes shape intellectual identity and performance. *American Psychologist, 52*, 613–629.

Steele, C.M., & Aronson, J. (1995). Stereotype threat and the intellectual test performance of African-Americans. *Journal of Personality and Social Psychology, 69*, 797–811.

Suzuki, L.A., & Valencia, R.R. (1997). Race-ethnicity and measured intelligence: Educational implications. *American Psychologist, 52*, 1103–1114.

U.S. Census Bureau (2001, December). Table FINC-07. Income Distribution to $250,000 or

More for Families: 2000. *Current Population Survey*. Retrieved May 30, 2002 from http://ferret.bls.census.gov/macro/032001/faminc/new07_000.htm.

Valencia, R.R., & Rankin, R.J. (1986). Path analysis of sociocultural and family constellation variables on intellectual performance of Anglo, Black, and Mexican American children. Paper presented at the annual meeting of the Western Psychological Association, Seattle, WA.

White, K.R. (1982). The relation between socioeconomic status and academic achievement. *Psychological Bulletin, 91*, 461–481.

Williams, W.M., & Ceci, S.J. (1997). Are Americans becoming more or less alike? Trends in race, class, and ability differences in intelligence. *American Psychologist, 52*, 1226–1235.