EXHIBIT  14

# 7

# Demographic Influences and Use of Demographically Corrected Norms in Neuropsychological Assessment

Robert K. Heaton, Lee Ryan, and Igor Grant

A primary goal of clinical neuropsychological assessment is to determine whether a given set of test results suggests brain pathology. This is done by comparing a person's performance to available normative standards, which for most tests are based on the results of a "typical" North American sample of neurologically normal adults. Unfortunately, available norms for most neuropsychological tests do not include adjustment for relevant demographic characteristics of the individual being considered. This state of affairs is, quite clearly, a major impediment to adequate clinical assessment of many patients. Consider, for example, a 60-year-old woman with a grade school education, whose first language was Spanish and who began learning English at age 15. It would be quite inappropriate to compare this patient's performances on most neurobehavioral tests with those of the average adult in North America.

In the first edition of this book, our chapter focused on a study assessing the differences in neuropsychological test performance associated with age, education, and sex (Heaton et al., 1986). The results of the study highlighted the pressing need for more complete normative data that take multiple demographic variables into account. Since the publication of that chapter, a substantial amount of work has been done in this area. For this edition we have expanded and updated the previous presentation by reviewing new studies on the effects of demographic variables and by providing information on several recently available sets of demographically

corrected norms for widely used neuropsychological tests. We have added a discussion of the information available on two groups that are served particularly poorly by most available normative data: the very elderly and ethnic minorities. We begin with a review of general issues related to the use of normative data in neuropsychological assessment.

## "Normality" and Adequate

### Normative Data

The debate over what constitutes "normal" is clearly a central issue for neuropsychologists. In determining whether an individual's test performance is the result of brain disorder, it is essential to distinguish that performance from normal variations in cognitive ability. Neuropsychological assessment's most straightforward task is to identify a complete *loss of function* secondary to brain damage. The resulting behavior falls well outside the range of ability for the entire normal population and thus is relatively simple to detect. Examples of a loss of function include visual agnosia (the inability to identify common objects visually despite intact visual functioning) and facial apraxia (the loss of motor programs for facial expression). More often, however, neuropsychologists are asked to determine whether an *impairment in function* has occurred; that is, whether test performance constitutes a change in normal functioning *for the individual*. Such a judgment should not be

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO, 2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

Case 2:12-md-02323-AB   Document 11204-16   Filed 10/08/20   Page 3 of 31

taken lightly as it may have a major impact on an individual's medical evaluation and treatment, self-esteem, family functioning, independence, and access to future opportunities and resources. These judgments are based primarily on tests developed by researchers of a particular cultural, educational, and socioeconomic stratum. An individual's test performance is judged, perforce, in comparison to some standard that the clinician chooses. We espouse a relativistic approach to normality (and hence abnormality), where normal is defined as the range of behaviors and abilities within a group of like individuals who share social, educational, cultural, and generational backgrounds. Western Caucasian middle- to upper-class clinicians cannot assume that their own demographically defined group may be used as a definitive standard.

The purpose of normative data is to provide information on the range of an ability within a specifically defined, neurologically normal population. The clinical utility of norms will depend on several factors, including the representativeness of the normative sample, the goodness of fit between the individual and the normative sample, and the degree to which the norms consider demographic variables that account for normal variations in test performance. Each of these factors will be discussed below.

First, an adequate normative sample must be representative of the general population; that is, the scores included in the data set are assumed to be an unbiased sample of the population of interest. Often, normative standards are derived from small sample sizes that result in poor classification rates when applied to larger samples. For example, the Russell et al. (1970) norms for the Halstead–Reitan Battery (HRB) were originally based on a combination of clinical judgment and the test results of a sample of 26 neurologically normal subjects. Large sample size alone, however, does not ensure representativeness. Methods of recruitment, sampling techniques, inclusion and exclusion criteria, and compliance rates are all critical factors in assessing possible sources of bias in a sample (for discussion, see Anastasi, 1988). Erickson et al. (1992) have pointed out that sampling procedures in normative studies are quite often opportunistic, making use of a population at hand rather than being expressly designed to

create an unbiased sample. This practice may result in biases in the sample that are difficult to detect. Publications of standardization samples should thus provide a description of the sampling procedures and subject recruitment procedures employed in the study, as well as rates of subject compliance, so that clinicians may make informed judgments regarding the generalizability of published norms.

Second, assessing whether norms are appropriate for an individual requires sufficient knowledge of the characteristics of the subject sample. The description of the criteria for subject inclusion will define the population from which the sample was drawn, and will essentially constitute the researchers' definition of normality. Important characteristics may include the following: (1) the numbers of subjects in various strata of demographic variables such as age, education, socioeconomic status, and ethnic group; (2) whether the subjects were living independently in the community; (3) current or past histories of factors that might influence cognitive performance, including chronic illness, significant medical history (including head trauma), drug and alcohol use, prescription drug use, and psychiatric diagnoses; and (4) whether there was any independent screening (e.g., mental status exam) to rule out serious cognitive disturbance.

Finally, the utility of norms will depend on whether demographic variables that have a significant impact on test performance have been adequately considered. Performance on most neuropsychological tests are significantly related to the subject's age, education, ethnicity, and, for a few tests, sex (Heaton et al., 1991; Parsons & Prigatano, 1978). The influence of demographic factors is apparent for neurologically normal individuals as well as for those who have cerebral disorders (Finlayson et al., 1977; Reitan, 1955). Unfortunately, as Lezak (1987) notes, despite decades of awareness of the effects of demographic variables, most psychological and neuropsychological tests in common use today do not stratify their samples on or otherwise correct for these variables. Even for test norms that stratify subject groups on age or education, information concerning the effects of such factors in combination often is lacking. Also potentially important

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

is the issue of how recently norms were collected. Demographic and cultural factors cannot be assumed to be comparable for groups of subjects who were tested decades apart. For example, cross-sectional studies may overestimate age effects by confounding these with educational, nutritional, or occupational differences among groups of subjects from different generations (Anastasi, 1988). Successive generations may differ in language patterns and problem-solving styles (Albert, 1981), or perhaps along dimensions that have not yet been identified (Flynn, 1984, 1987). Thus, norms collected 20 years ago, even if they take into account age and education, may contain systematic errors in current use.

While gathering normative data is a time-consuming and labor-intensive enterprise, the importance of such research cannot be overemphasized. Standardization samples that provide adequate descriptions of sampling methods and subject characteristics and that are stratified on or otherwise corrected for important demographic variables are critical to clinical neuropsychology. Expanded and updated norms will continue to be needed as society evolves over time.

## Demographic Influences on Test Performance: Age, Education, Sex

### Age

Of the instruments considered in this chapter, by far the most well known and widely used are the various versions of the Wechsler Adult Intelligence Scale (Wechsler, 1955, 1981, 1997a) and Wechsler Memory Scale (Wechsler, 1945, 1987, 1997b). Findings with the standardization samples of all of these versions reflect lower average performances for each successive age group tested after their mid-thirties. Age differences are more pronounced for nonverbal than for verbal subtests, reflecting the fact that different abilities change at different rates; in the "classic pattern," verbal skills and well-learned information hold up best over time, while perceptual-integrative and psychomotor skills decline the most with advancing age (Botwinick, 1967; Leckliter & Matarazzo, 1989).

Co-norming of the third editions of the Wechsler Adult Intelligence Scale (WAIS-III)

and Wechsler Memory Scale (WMS-III) has allowed the identification of six cognitive factors that are assessed by the combined Wechsler batteries: Verbal Comprehension, Working Memory, Perceptual Organization, Processing Speed, Auditory Memory, and Visual Memory (Tulsky et al., 2003). Subsequently, Heaton et al. (2003) assessed age effects on education-corrected WAIS-III/WMS-III factor scores of standardization sample subjects over the age of 19 years. Consistent with earlier studies, there was virtually no age effect on the Verbal Comprehension factor (R square < .01), whereas very large age effects were seen on Processing Speed and Visual Memory (R square = .45 in each case). Smaller, but still substantial, age effects occurred on the remaining factors (R squares of .27, .24, and .20 for Perceptual Organization, Working Memory, and Auditory Memory, respectively).

Performances on most of the individual tests in the HRB also show a significant negative relationship with age (Reitan, 1955, 1957; Vega & Parsons, 1967). Reitan warned that after age 45 many normals score in Halstead's brain-damaged range on the Impairment Index. As an illustration, Price et al. (1980) studied a group of 49 retired, healthy schoolteachers (mean age, 72 years) and found that 56% of the subjects scored in the impaired range according to the then-standard norms on the HRB. Considerable variability was seen in the number of subjects misclassified as brain-damaged by the different subtests in the battery (ranging from 18% to 90%). Thus, impaired performance on the HRB appears to occur with most but not all normal elderly subjects, and age-related deficits are more pronounced on some tests than on others. In their review of the literature, Reitan and Wolfson (1986) concluded that age effects on the HRB are found primarily in complex, novel tasks that require reasoning, abstraction, and logical analysis, while tests related to prior learning, past experience, and language ability are generally spared.

Interestingly, Yeudall et al. (1987) did not find a strong association between age and HRB performance with subjects below the age of 40. In a sample of 225 community-recruited males and females between the ages of 15 and 40 years, correlation coefficients ranging from .00 to .27

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

were reported on various subtests. The evidence suggests that, as with the Wechsler scales, age becomes an increasingly important factor in the fourth decade and beyond. It should be noted, however, that decreased performance in later years may not be solely attributable to age but may also be due to generational differences in education, health services, access to media information, and many other factors. Because the majority of studies in this area are cross-sectional rather than longitudinal, the presence of mediating factors other than age cannot be ruled out.

## Education

Performance on the Wechsler Intelligence Scales is strongly correlated with educational achievement, hardly a surprising finding given that the original purpose of intelligence tests was to predict academic success (Anastasi, 1988). Matarazzo (1972) reported a Pearson correlation of .70 between highest grade completed and WAIS IQ; Matarazzo and Herman (1984) reported a correlation of .54 for the WAIS-R standardization sample of 16- to 74-year-olds. The latter correlation appeared to be spuriously lowered because of the inclusion of 16- to 24-year-olds, many of whom had not yet completed their education. When this age group was excluded, the correlation between IQ and years of education increased to .62. Kaufman et al. (1988) also observed that education effects were less prominent in the youngest age group (16–19 years), since education effects are attenuated among individuals who are still actively participating in the educational system. Examining the WAIS-R standardization sample, Reynolds et al. (1987) reported significant differences across education groups for Verbal, Performance, and Full-Scale mean IQs. These IQ scores varied from 26 to 33 points between the lowest education group (less than 8 years) and the highest (16 years or more). In contrast to age effects, Kaufman et al. (1988) found that education had more of an impact on verbal than nonverbal tests.

Heaton et al. (2003) explored education effects on age-adjusted WAIS-III/WMS-III factor scores, again using the joint standardization sample for those batteries. Again, teenagers were excluded because many of them were still in school when they were tested. Significant education effects were seen on all WAIS-III/WMS-III factors. These were largest on Verbal Comprehension ($R$ square = .32), Perceptual Organization ($R$ square = .18), and Processing Speed ($R$ square = .17), but education effects also occurred on Working Memory, Auditory Memory, and Visual Memory (respective $R$ squares = .11, .09, and .08). In general, then, education effects were largest on measures of intellectual abilities, and more modest on measures of episodic memory.

However, how clinically important are these education effects on the WAIS-III/WMS-III factors? To explore this question, Heaton et al. (2003) applied a 1-SD cutoff to define "impairment" on age-corrected factor scores. (The choice of this cutoff is evaluated and discussed in Taylor & Heaton, 2001.) False-positive error rates (normals misclassified as "impaired") were computed for five education subgroups within the national standardization sample: 16+ years (college graduates), 13–15 years (some college), 12 years (high school graduates), 9–11 years (some high school), and ≤9 years (less than high school). The probability of being *misclassified* as impaired in these respective education groups ranged from 2% to 45% for Verbal Comprehension, 4–40% for Perceptual Organization, 3–37% for Processing Speed, 6–31% for Working Memory, 6–28% for Auditory Memory, and 6–27% for Visual Memory. From these results, it is clear that use of the standard, age-corrected factor scores to classify neuropsychological impairment leads to widely different diagnostic accuracy, especially for people with relatively high (16+ years) and low (<9 years) education levels. Although one might be tempted to conclude from these results that classification accuracy is "better" for highly educated persons, it is important to recognize that this is true only for the *specificity* side of the equation. Since specificity and sensitivity of classification cutoffs tend to be inversely related, it can be expected that use of the standard, age-corrected scores will have the "worst" classification accuracy with highly educated persons who have acquired cognitive abnormalities (Taylor & Heaton, 2001).

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychological Disorders, Oxford University Press USA - OSO,
    2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

Historically, the relationship between education and HRB performance has been less well documented. For example, Finlayson et al. (1977) tested normal individuals with grade school (less than 10 years), high school (grade 12, without college experience), and university level (at least 3 years' college experience) education. They found significant differences between the groups on the Category Test, the Seashore Rhythm Test, Speech-Sounds Perception Test, and Trail Making A and B. No effect of education was evident on the Tactual Performance Test or Finger Tapping. With three similar groups of brain-damaged individuals, education effects were less pronounced, and were significant only on the Seashore Rhythm Test and Speech-Sounds Perception Test. Finlayson et al. (1977) suggested that the effects of brain damage may produce sufficient decreases in performance to "wash out" the effects of education.

Vega and Parsons (1967) reported Pearson correlations between years of education and HRB subtest performance as high as .58 for Speech-Sounds Perception Test, .58 for the Seashore Rhythm Test, and .45 for errors on the Category Test. When the effects of education were partialled out, the correlations between the HRB subtests and age weakened, but remained significant, suggesting two independent sources of performance variability. In reviewing the extant literature, Leckliter and Matarazzo (1989) concluded that although correlation coefficients were generally lower between years of education and HRB performance compared to age and HRB performance, highly educated individuals consistently performed better than those individuals with fewer years of education.

## The Rate of Age-Related Decline

A question addressed in several previous studies is whether the rate of age-related cognitive decline is linked to subjects' initial level of functioning or socioeconomic status (education, occupation). In reviewing this literature, Botwinick (1967) noted that cross-sectional studies have provided some inconsistent evidence that subjects with lower initial ability and lower occupational status show greater age-related impairment on some tests. The available longitudinal studies do not support this hypothesis. However, these studies are limited by the use of a restricted range of tests over relatively brief age ranges and by the selective attrition of initially less able subjects. Birren and Morrison (1961) found no significant age-by-education interaction effects using data from the WAIS standardization sample. A similar pattern is apparent for the WAIS-R standardization sample (Reynolds et al., 1987), but no statistical analyses were done to assess the interactions between age and education. The possibility of interactions between age and education on the HRB had not been investigated prior to our exploration of the issue for the first edition of this book (see below).

## Gender

Research on gender differences in ability has found males and females to be equivalent in general intelligence. Reynolds et al. (1987) did not find that the sexes differed significantly on any of the three summary scores on the WAIS-R. Sex differences on the WAIS and WAIS-R were minimized by design, in that questions that produced clear-cut sex differences were excluded or counterbalanced during the developmental stages of the tests (Matarazzo, 1972, 1986). Nevertheless, on tests of specific ability areas, some sex differences are found. Males tend to do better on tests that involve manipulating spatial relationships, quantitative skills, physical strength, and simple motor speed, whereas females show advantages on tests of certain verbal abilities (for review, see Buffery & Gray, 1972; Maccoby & Jacklin, 1974). For example, on the HRB, Fromm-Auch and Yeudall (1983) found that women were slower on Finger Tapping than men and men had stronger grip strength on the Dynamometer than women for both dominant and nondominant hands.

Heaton et al. (2003) compared males and females within the joint WAIS-III/WMS-III standardization sample on the six-factor scores, which had been corrected for both age and education. Modest mean $z$-score differences favoring males were seen on Verbal Comprehension ($z = .25$), Perceptual Organization ($z = .17$), and Working Memory ($z = .15$), whereas slightly larger differences favoring women occurred on

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Processing Speed ($z = .36$) and the two episodic memory factors (Auditory Memory $z = .25$ and Visual Memory $z = .22$). At most, these gender differences translated into only about a 5% difference in test score specificity for men and women.

## Halstead–Reitan Normative Data Pool

In the first edition of this book, we presented a study that highlighted the importance of demographic variables for performance on the WAIS and an extended version of the HRB. The main points of the study will be discussed here; the reader is referred to the original chapter for more details (Heaton et al., 1986). The goal of the study was to address the issue of how performance on the various neuropsychological tests relates to age and education when high and low values of these demographic factors were adequately represented in the subject sample. Which tests are more sensitive to age effects and which appear to be more related to educational attainment? Are there significant age-by-education interaction effects on tests in the battery and, if so, are they consistent with the hypothesis that better-educated groups show less age-related decline in neuropsychological functioning? How well or how poorly does a previously published set of HRB norms work for groups of normal subjects at different age and education levels? Finally, which tests in the battery show significant sex differences, and are these differences large enough to necessitate developing separate norms for males and females?

## Subjects and Methods

Subjects consisted of all normal controls (356 males and 197 females) for whom there were complete WAIS and HRB data available at the neuropsychology laboratories of the University of Colorado ($N = 207$), University of California at San Diego ($N = 181$), and the University of Wisconsin ($N = 165$) Medical Schools. None of the subjects had any history of neurological illness, significant head trauma, or substance abuse. Forty subjects (7.2%) were left-handed and

513 were right-handed. Their ages ranged from 15 to 81 years, with a mean of 39.3 (SD = 17.5 years). Years of education ranged from zero (no formal education) to 20 (doctoral degree), with a mean of 13.3 (SD = 3.4) years. For analyses designed to assess age-by-education interaction effects, subjects were divided into three age categories (<40 years, 40–59 years, and ≥60 years) and three education categories (<12 years, 12–15 years, and ≥16 years). Respectively, the total numbers of subjects in the three age categories were 319, 134, and 100, and in the three education categories, 132, 249, and 172. All nine age/education subgroups included over 25 subjects except for the high age/high education category ($n = 17$).

In order to assess sex differences in neuropsychological test performance, males and females were individually matched within 5 years in age and within 2 years in education. This resulted in 177 matched pairs, well matched on mean age (36.6 for males, 36.7 for females) and education (13.2 for males, 13.1 for females).

All subjects were tested by trained technicians, and all were rated as having put forth adequate effort on their evaluations. The 11 subtests of the WAIS and an expanded HRB were administered. The latter battery has been described elsewhere (Reitan & Wolfson, 1986) and included the Category Test, Tactual Performance Test (Time, Memory, and Location components), Seashore Rhythm Test, Speech-Sounds Perception Test, Aphasia Screening Exam, Trail-Making Test, Spatial Relations Assessment, Sensory-Perceptual Exam, Tactile Form Recognition Test, Finger Tapping Test, Hand Dynamometer, and Grooved Pegboard Test.

Scores for the WAIS subtests were regular scaled scores (not age-corrected). The Russell et al. (1970) scoring system was used for the Aphasia Screening Exam, Spatial Relations, Sensory-Perceptual Exam, and Average Impairment Rating. In addition, the cutoff scores provided in the Russell et al. (1970) book were used to determine how many subjects in the different age and education categories were correctly classified as normal by the Average Impairment Rating and each of its component test measures.

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO,
      2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

## Results

### Age Effects

Figure 7–1 shows the percentage of variance accounted for by age (R square) on each test measure. All the correlations between test measures and age were significant (*p* < .05), with the exception of Vocabulary and Hand Dynamometer, and consistently indicated poorer performance associated with older age. Among the Wechsler subtests, substantial age effects were apparent on Digit Symbol and Picture Arrangement, whereas age showed minimal relationship with performance on

Vocabulary, Information, and Comprehension. Performance on several of the HRB tests was strongly related to age, particularly for measures of psychomotor speed, conceptual ability, flexibility of thought, and incidental memory. In contrast, scores on HRB tests of language skills and simple sensory and motor abilities showed relatively weak associations with age.

### Education Effects

Education significantly correlated with all WAIS and HRB measures, indicating better performance with higher education levels. Figure 7–2



**Figure 7–1.** Percentage of test variance accounted for by age.



**Figure 7–2.** Percentage of test variance accounted for by education.

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO,
    2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

shows the percentage variance in each test accounted for by education (R squared). Even for measures of simple motor and sensory functions, better test performance was associated with higher previous educational attainment. In contrast to the results shown previously for age, education level was most strongly related to scores on the WAIS Verbal subtests, and somewhat less related to scores on the HRB. Consistent with this, within the HRB, correlations were highest with tests of language skills, conceptual ability, and cognitive flexibility.

## Tests Showing Relatively Greater Age or Education Sensitivity

Figure 7–3 shows for each test measure the difference between the amount of variance accounted for by age versus education. In general, WAIS subtests tend to be more education related, and the HRB subtests tend to be more age related. Not surprisingly, within both batteries tests of verbal skills and previously accumulated knowledge are more education related, whereas

nonverbal tests of psychomotor speed and/or new problem solving are more age related.

## The Interaction Between Age and Education

The 3 × 3 analyses of variance (ANOVAs) performed on all test measures produced age and education main effects that were in agreement with the results of the correlational analysis. That is, tests previously found to be more age related or more education related were similarly classified by these analyses. In addition, significant age-by-education interaction effects were obtained on WAIS Comprehension, Picture Completion, Block Design, Picture Arrangement, as well as on the HRB Impairment Index, Average Impairment Rating, Category Test (errors), Trail Making B, TPT Memory and Location, and Speech-Sounds Perception.

Three possible patterns of age-by-education interaction might be expected: (1) subjects with the most education show less age-related impairment; (2) subjects in the lowest education

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.



**Figure 7–3.** Difference in percentage of test variance accounted for by age versus education (i.e., age variance minus education variance).

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO, 2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

group show more age-related impairment; and (3) a regression toward the mean occurs, with less effect of education between older groups than between younger groups. These three patterns are not necessarily mutually exclusive. A test may be consistent with pattern (1) or (2) across the first two age levels, but fit pattern (3) between the second and third age levels.

To explore the possible patterns of interaction effects, mean test scores of subgroups at each education level were plotted across the three age levels. While it is tempting to consider this type of graph to be a longitudinal view of how groups at each education level may change with advancing age, it must be recognized that the curves do not reflect *change* in any direct sense, as each point on the graph reflects the performance of a separate subject group that was tested only once.

Several of these graphs are presented here. Figure 7–4 summarizes the data on Vocabulary, a test that is known to show little change in older age groups. The curves for each education level indicated no significant age-related decrease in test performance. Furthermore, the comparability of the three age subgroups within education levels suggests that the subgroups were fairly well matched in terms of previously learned information.

In contrast, consider the graphs for two WAIS subtests that have significant age-by-education interaction effects (see Figures 7–5



**Figure 7–5.** Results of groups in nine age/education categories on WAIS Picture Arrangement.



**Figure 7–6.** Results of groups in nine age/education categories on WAIS Block Design.

and 7–6). On Picture Arrangement, the results across the first two age levels suggested more age-related impairment for the least educated subgroup, consistent with pattern (2) above. On Block Design, the curves across the first two age levels were more consistent with pattern (1), suggesting less age-related impairment for the subgroup with 16+ years of education. On both of these subtests, however, the curves from the second to the third age level fit pattern (3); that is, there was less difference between education subgroups at the older age level. Other tests, including Trail Making B and the Category Test



**Figure 7–4.** Results of groups in nine age/education categories on WAIS Vocabulary test.

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO,
2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.



**Figure 7–7.** Results of groups in age/education categories: percentage classified as normal by Average Impairment Rating.

virtually no difference between these groups on any WAIS IQ value or HRB summary score. Thus, the males and females were comparable with respect to general intelligence and overall neuropsychological functioning. On individual tests, as expected, males did much better ($p < .001$) with each hand on tests of motor speed (Finger Tapping Test) and grip strength (Hand Dynamometer). Differences were also obtained on the Tactual Performance Test and the Aphasia Screening Exam that were not expected, but are consistent with the general psychological literature on sex differences in normals. Males did significantly better ($p < .05$) on the TPT Total Time score (13.5 minutes versus 15.6 minutes for females). However, the females showed an advantage ($p < .001$) on the Aphasia Screening Exam, obtaining a mean error score of 2.7 versus 4.0 for males. Finally, there was a statistically significant ($p < .05$) but clinically trivial difference on the WAIS Comprehension subtest (mean scores of 12.7 for females and 12.1 for males).

## WAIS versus WAIS-R versus WAIS-III Patterns

The WAIS has been replaced in clinical practice by the WAIS-R in 1981 and by the WAIS-III in 1997. Albert and Heaton (1988) reported findings similar to those described above on the WAIS-R subtests. They compared the results of the WAIS-R standardization sample with results of 543 adults who were given the WAIS. Similar relationships were obtained between test performance and both age and education on the two versions of the Wechsler Adult Intelligence Scales. The relationship of scores to education was the inverse of that to age, education correlating more highly with Verbal measures than with Performance measures. Once again, the effect of sex on test performances appeared too small to be of clinical significance. Similar findings have been noted above for the WAIS-III.

## Specificity versus Sensitivity

A separate but extremely important issue in developing normative data is to know the usefulness of a test in distinguishing groups with known brain dysfunction from the normative

showed patterns similar to Picture Arrangement; that is, they showed pattern (2) between the first two age levels and pattern (3) between the second and third age levels.

The final graph (Figure 7–7) shows the percentage of subjects classified as normal by the Average Impairment Rating. This pattern was apparent for most standard cutoff scores for the test measures in the HRB. The results indicate that the cutoff scores are adequate for all education subgroups at the first age level. At the second age level the cutoffs misclassify only a few more normal subjects in the two higher education subgroups, but misclassify the majority of the subjects in the lower education subgroup. Finally, although a significant minority of subjects in the oldest subgroup still perform at a level that would be considered normal for a young adult, the vast majority of the subjects in this age group are misclassified as "brain-damaged." It is apparent that the standard cutoffs are not appropriate as norms for most subjects over the age of 60 or, equally important, for most subjects with less than a high school education, regardless of their age.

## Sex Effects

T-tests for paired samples were used to compare results of our matched male and female groups on all WAIS and HRB measures. There was

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

sample group. That is, in addition to knowing the likelihood of correctly classifying normal individuals, the neuropsychologist needs to know the sensitivity of the norms, or the true positive classification rate for people with various cerebral disorders. In the present study, correct classification rates for the normal group (described earlier) were compared with those of the 382 brain-damaged subjects. All subjects in the patient group were clinical referrals for neuropsychological testing, and all had structural brain abnormalities that were verified with appropriate neuroradiological procedures (primarily computerized tomographic scans and magnetic resonance image scans). They had a mean age of 43.7 years (SD = 1.0) and a mean of 12.9 years (SD = 3.1) of formal education; 249 (65.2% of the sample) were males. The most frequent diagnoses were closed head injury ($n = 73$), cerebrovascular accident ($n = 65$), intrinsic tumor ($n = 49$), Alzheimer's disease ($n = 48$), extrinsic tumor ($n = 30$), hydrocephalus ($n = 23$), infectious or toxic encephalopathies ($n = 22$), penetrating head injury ($n = 18$), multiple sclerosis ($n = 9$), and cerebral anoxia ($n = 8$); other etiologies included vascular malformations, epilepsy with structural abnormalities, other dementias, and depressed skull fractures ($n = 37$).

Table 7–1 lists the percentages of the normal and brain-damaged subjects in six age and education subgroups who were correctly classified on the HRB Average Impairment Rating using the Russell et al. (1970) normative criteria. Within the normal group, the percentage of subjects correctly classified as normal decreases with age, but increases with education. In contrast, the *opposite* pattern is evident for the brain-damaged group. Generally, the standard

Average Impairment Rating cutoff is relatively poor at identifying brain-damaged individuals who are young and/or well educated. In the older samples, more brain-damaged subjects are correctly classified (from 55% at <40 years to 94% at 60+ years of age), while as education increases, fewer subjects are correctly classified as brain-damaged (from 87% at <12 years to 60% at 16+ years of education).

This comparison highlights the need for validation of normative data and classification cut points on known brain-damaged groups, as well as on normal controls at different levels of age and education. The Russell et al. (1970) norms obtain fairly good (and balanced) sensitivity and specificity at middle levels of age and education, but at the extremes of these demographic variables, result in unacceptable percentages of false-positive or false-negative errors.

## Implications

The results of our study accord well with Cattell's (1963) distinction between "fluid" and "crystallized" intelligence. Crystallized intelligence is measured by tests of knowledge and skills that were acquired in previous learning experiences. Crystallized intelligence develops rapidly during the first 20 years of life and then levels off, remaining relatively stable during the ensuing decades. Thus, performance on tests such as Information or Vocabulary from the various WAIS versions does not decline with age, although it is clearly related to level of education. By contrast, fluid intelligence is considered most dependent upon biological factors such as the normal development and continued integrity of the central nervous system (CNS). This form of intelligence is measured by tasks

**Table 7–1.** Percentage of Subjects (553 Normal Control Subjects and 382 Brain-damaged Subjects) in Six Age and Education Subgroups who were Correctly Classified as Normal or Brain-Damaged by the Russell et al. (1970) Criteria on the Average Impairment Rating from the Halstead-Reitan Battery

|  | Age (in years) | | | Education (in years) | | |
|---|---|---|---|---|---|---|
|  | <40 | 40–59 | 60+ | <12 | 12–15 | 16+ |
| Normal Controlled Subjects | 97% (n = 319) | 84% (n = 134) | 39% (n = 100) | 58% (n = 132) | 90% (n = 249) | 93% (n = 172) |
| Brain-Damaged Subjects | 55% (n = 167) | 83% (n = 138) | 94% (n = 77) | 87% (n = 99) | 71% (n = 191) | 60% (n = 92) |

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO, 2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

requiring learning, conceptual, and problem-solving operations within the context of novel situations. Speed of responding and spatial "visualization" skills may be required in certain tests of fluid intelligence, but are not integral parts of this ability factor. Rather, these might be considered as separate ability factors under the rubric of "information-processing efficiency" (Shallice, 1988). Horn and Cattell (1966) presented data to suggest that fluid intelligence develops as the result of biological maturation and reaches its peak in the late teens or early twenties. This form of intelligence is expected to deteriorate at a rate that is dependent upon various accumulating insults to the CNS that occur during the life span of the individual. Thus, decline in performance on tests such as the Category Test, Block Design, or Picture Arrangement is not attributable to age per se, but to the prevalence of accumulated CNS insults in older groups. Hence, it is possible for healthy older individuals to show very little decline in cognitive functioning.

The results of the study suggest that different patterns of age-related decline in fluid intelligence occur for groups with different educational levels. Groups at the lowest education level showed greatest cognitive decline between the young and middle-age periods. However, the better-educated group tended to "catch up" by the later age period. At older ages, the level of functioning was not much different between the three education levels. Once again, these age-by-education interaction effects occurred only on certain test measures, mostly those of the fluid intelligence variety.

There are several possible explanations why such age-by-education interaction effects might occur. First, subjects with lower education and lower socioeconomic status may tend to have less optimal health care, resulting in a higher prevalence during middle age of health problems that compromise brain function (e.g., high blood pressure). It might also be that people in the higher education groups tend to have better-functioning CNSs to begin with and, as a result, are more resilient to absolute losses in CNS integrity or the presence of pathology associated with disorders of aging, a notion referred to as cognitive reserve (Stern et al., 2003). A third possibility is that subjects in the lower

education subgroups tend to have less intellectually stimulating jobs and general life styles, so that fluid intelligence declines faster due to "disuse" during the middle-age years; better-educated subjects might then catch up due to increasing disuse during their retirement years. The latter hypothesis is attractive because it suggests that intellectually stimulating activities may sustain fluid intelligence in old age. We note once again that these data derive from a cross-sectional design. As such, they demonstrate age-related differences in abilities, but not age-related changes in ability. Longitudinal studies are needed to establish that changes have occurred.

## Age- and Education-Corrected Norms

Clearly, demographic variables such as age, education, and sex should be considered together when evaluating neuropsychological test performance. In recent years, norms have been published that present data corrected for both age and education for several widely used tests. The data from the Halstead–Reitan normative data pool described above have been developed into a set of norms for an extended version of the HRB (Heaton et al., 1991). Norms are presented separately for males and females, for 10 age groups (ages 20–34, then in increments of 5 years to age 80), crossed with education level (6–8, 9–11, 12, 13–15, 16–17, and 18+ years).

Heaton (1992) also has developed age, education, and gender corrections for the WAIS-R subtests using the data from the WAIS-R standardization sample (Wechsler, 1981). The norms are presented separately for males and females, with age groups in increments of 3 years, ranging from 18 through 74, crossed with education levels ranging from 0 to 7 years to 16-plus years. In a validation sample of 420 subjects, less than 1% of the variance of the resultant demographically corrected T-scores could be predicted by the demographic variables in question. Thus, the T-scores were found to be essentially free of any linear relationship with age, education, or gender, and did not result in interactions of age-by-education on any WAIS-R variable. A recent study showed that, while raw scores from the WAIS and WAIS-R resulted in

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

appreciable differences between two groups of demographically matched normal subjects, the corrected T-scores showed no differences for the two versions of the test (Thompson et al., 1989). Age, education, gender and ethnicity corrected norms are available for the WAIS-III/WMS-III, and these have been incorporated within The Psychological Corporation's *WAIS-III/ WMS-III/WIAT-II Scoring Assistant* software program.

Age- and education-corrected norms have been published for two summary scores of the Benton Visual Retention Test (BVRT; Youngjohn et al., 1993), namely, number correct and total number of errors. Subjects included 1128 healthy individuals, ranging in age from 17 to 84 years. Unfortunately, subjects with less than a high school education were not included in the study; data are presented for three categories of education, 12–14 years, 15–17 years, and 18-plus years. Sex was not considered in the norms since it did not significantly add to performance prediction in a multiple regression analysis. The BVRT has good discriminant validity for the purposes of differentiating dementia from the effects of normal aging (Youngjohn et al., 1992).

The Mini-Mental State Examination (MMSE; Folstein et al., 1975) is a brief, standardized screening procedure for cognitive impairment that is widely used in both research and clinical settings. A recently published population-based normative study for the MMSE highlights the importance of both age and education in performance on the MMSE (Crum et al., 1993). The study included 18,571 adult participants tested between 1980 and 1984 in five centers across the United States. The age, education, and race distributions of the sample matched those of the 1980 U.S. census. Norms are provided for age groups in increments of 5 years from 18 years to over 85 years, and are stratified by years of education (0–4, 5–8, 9–12, and college experience or higher degree). The total score on the MMSE varied appreciably between educational groups and age groups, ranging from a median score of 19 (out of a possible 30 points) among individuals 85 years and older with 0–4 years of education to a median score of 29 for the youngest group with more than a high school diploma. Scores were also found to be more variable among subjects with fewer years of education.

While the authors suggest several explanations, the larger variance may simply be due to the fact that fewer subjects were included in the 0–4 year education category (with *n* values as small as 17 and 23) than in the high school graduate category (with most cells containing 200 or more subjects). Although the subject sample was selected to reflect the racial distribution of the 1980 census, the study does not present separate data for racial groups, or even describe the percentages of the sample that come from varied ethnic backgrounds. It should be emphasized that these are population-based norms; the survey procedures did not screen out individuals with prior head injury, developmental disorder, or current cognitive dysfunction. Thus, at least some differences in the scores, particularly in the lowest education group and the oldest age group, may be due to the inclusion of these subjects. For example, lower MMSE scores at later ages may partially be attributable to the inclusion of elderly persons who are experiencing dementing diseases. Nevertheless, it is clear that both age and level of education should be considered in interpretation of the MMSE0 score.

Finally, Spreen and Strauss (1998) and Mitrushina et al. (2005) have compiled manuals of norms for many other widely used neuropsychological tests. Their purpose has been to describe each test, present the best normative data available at the time of publication, and comment on issues such as the validity and reliability of the test. In some cases an effort was made to combine normative samples from several sources into one table, thereby increasing the numbers of subjects in each age group. Most welcome is the addition, where available, of norms for children. While these efforts are laudatory, they cannot make up for the basic deficiencies in the field. It remains the case that most tests are sorely lacking in adequate normative data and in information regarding the reliability and discriminant validity of the tests. Nevertheless, the above compendia are useful sources of the most recent references on standardization samples and literature for currently used tests. The clinician employing a particular test is advised to refer to the cited sources if in doubt about the appropriateness of the norms.

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

## Norms for the Very Elderly

Cognitive change is a typical, if not inevitable, consequence of aging. Visual spatial ability, some aspects of memory, speed of processing, and verbal fluency tend to decline with increasing years, particularly over the age of 70 (Labouvie-Vief, 1985; Poon, 1985). Generally, ability on tasks involving basic skills and overlearned information remains stable into very late decades, whereas earlier decline is evident on tasks that involve manipulation of novel situations or materials (Leckliter & Matarazzo, 1989). Generalized slowing of response is the most ubiquitous finding across all cognitive tasks, although the removal of time limits does not improve the performances of older persons to the level of younger adults (Lezak, 1983).

The growing number of the elderly in our society has increased the demand for specialized geriatric medical and psychological services in health-care settings. More and more elderly are being seen in clinics for the assessment of dementing diseases such as Alzheimer's, or for assessment of their ability to continue to function independently in the community. Surprisingly, even for the most thoroughly developed and comprehensively normed neuropsychological instruments, virtually none includes norms for the very elderly. Lezak (1987) notes that "the dearth of … adequate age-graded norms becomes even more astonishing in light of the hundreds of published studies on age-related changes for the full range of discrete to complex cognitive functions, sensory capacities, and motor responses" (p. 2). Normative studies that do exist for a given test often obtain disconcertingly different results. For example, D'Elia et al. (1989) compared studies with normative data for the Wechsler Memory Scale (WMS) that include elderly subjects between the ages of 55 and 89 years (including, among others, Haaland et al., 1983; Hulicka, 1966; Klonoff & Kennedy, 1966). They found wide discrepancies between the obtained means and standard deviations in these studies, most likely due to the influence of other important variables, such as education (Bak & Greene, 1981), that were not considered. The Duke University study (McCarty et al., 1982) has identified sex and race as other important variables on the WMS.

An issue of particular importance to consider when employing norms for the elderly is the health status of the participants in normative studies. Given the frequency of chronic illness in adults over the age of 65, excluding elderly subjects on the basis of current chronic illness such as diabetes or hypertension would likely result in a sample that is not representative of the general elderly population. This poses a dilemma for the researcher gathering normative data. Albert (1981) argues that, on the one hand, the clinician may be concerned with differentiating between the cognitive changes related to chronic illness and those related to aging. Systemic disease such as hypertension or metabolic dysfunction can have an adverse impact on cognitive functions that, in some cases, ameliorates with treatment. Conversely, norms that are based upon data from only healthy older individuals may be setting standards that are unrealistically high for elderly patients. Several projects have dealt with the issue differently. A normative project at the Mayo Clinic (Ivnik et al., 1992b, described below), for example, included in their sample subjects with chronic illness such as hypertension and diabetes, but whose cognitive capacity and daily functioning were not considered to be adversely affected by their illness. Alternatively, Birren et al. (1963) categorized subjects into those who were "optimally healthy" and those "with systemic disease."

The Spreen and Strauss (1998) and Mitrushina et al. (2005) manuals are, once again, worth mentioning as sources of information on normative data for the elderly. In addition, a bibliography of articles containing norms for older persons on a number of neuropsychological instruments is available (Erickson et al., 1992). This bibliography is the result of an extensive search for articles and publications that include norms for persons over 60 years of age. Studies with small sample sizes were not included when comparable larger samples were available. The studies are tabulated under six categories: Mental Status Questionnaires, Intellectual Abilities, Neuropsychological Batteries, Memory Functions, Perceptual Speed and Coordination, and Executive Functions.

As a result of their survey, Erickson et al. (1992) make several observations regarding the state of affairs in the area of norms for the

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

elderly. The authors have come to the sobering conclusion that most of the available norms constituted little more than "rules of thumb," particularly for persons over the age of 75, or for those individuals who do not fit the description of the average North American, namely, White, educated at or beyond the high school level, and middle-class. Too few studies, in their opinion, had been concerned with comparing the ability of various instruments to discriminate between individuals with other demographic characteristics who are normal versus those who have acute neurological conditions or dementing diseases. Even fewer studies provide information on *how* people succeed or fail at a task as well as *what* they achieve and how quickly. Age-related changes in individual cognitive processes may be important diagnostic factors that are not reflected adequately in total scores on complex tests that require the efficient coordination of multiple abilities.

## The Mayo Older Americans Normative Studies Project (MOANS)

A major research project that has made a considerable contribution to the area of norms for the elderly has been undertaken at the Mayo Clinic in Rochester, Minnesota. The goal of the project is to provide normative data from a large subject sample that is representative of the elderly in the community. The MOANS project produced excellent age- and education-corrected norms for the WAIS-R, as well as age-corrected norms for the Wechsler Memory Scale–Revised and Rey's Auditory–Verbal Learning Test (Ivnik et al., 1992a, 1992b, 1992c; Malec et al., 1992). The project is worth describing in some detail, not only because of the welcome contribution it makes to the field but because of the excellence of the design and the care the authors have taken in characterizing the normative sample.

The initial MOANS subject sample included 530 subjects between the ages of 54 and 74. The subjects were recruited from the community by random solicitation, with a 34% compliance rate. All the subjects were cognitively capable of independent living, although they had a variety of medical conditions common to the elderly (see Malec et al., 1993). The subjects

considered themselves normal, and were considered normal by their primary care physician. The authors' criteria for normality included the following: no active CNS or psychiatric conditions, no complaint of cognitive difficulty, no findings on physical examination suggesting a disorder with potential to affect cognition, and no psychoactive medication in amounts that would be expected to compromise cognition. Prior history of disorders potentially affecting cognition (e.g., head injury, substance abuse) or current chronic medical illness (e.g., diabetes, hypertension, cardiac problems) did not automatically exclude a subject from the study, as long as the condition was not reported by his or her physician to compromise cognition. A major caveat is that the subject sample was almost exclusively Caucasian with low average to superior intellectual functioning, residing in a predominantly suburban setting with good access to health-care facilities. The use of these norms for an individual with little education, or whose ethnic or socioeconomic background differs markedly from the normative sample, is questionable.

An additional goal of the MOANS project was to provide an extension of the existing normative data for WAIS-R IQ scores (Wechsler, 1981) for subjects beyond age 74. The WAIS-R was administered to 222 subjects over the age of 74 (range 75–97) and to 290 subjects between the ages of 56 and 74. The resultant MOANS norms were derived from age groups defined by overlapping, midpoint age ranges (Pauker, 1988) that maximize the amount of information obtained from the normative sample. Despite relatively small sample sizes for each 5-year interval, the normative data are presented for age ranges with midpoints every 3 years from age 61 to age 88, with a 10-year range in each group. Thus, an individual can be compared to the distribution that most closely fits his or her age, and the subject sample included in each distribution is large enough to provide percentile information for the individual. The MOANS scaled scores and resultant IQs can be further corrected on a set of tables for educational level. Consistent with the research described earlier, the authors show that correction for education level is most necessary at the extremes. In fact, corrections for education for high school

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

graduates or those with up to a few years of college result in little change in scaled scores, and are thus unnecessary.

A second major contribution of the MOANS project has been in the area of memory assessment. Memory decline is typically associated with normal aging (as defined above) but is also an important early manifestation of neurocognitive disorders, such as Alzheimer's disease (Poon, 1985). Difficulty with memory is one of the most common complaints among the elderly on referral for neuropsychological testing, and its evaluation is a critical component of a neuropsychological assessment. The MOANS project has published norms for ages 55–97 on two widely used memory assessment instruments, the Wechsler Memory Scale–Revised (WMS-R; Wechsler, 1987), and the Rey Auditory–Verbal Learning Test (AVLT; Rey, 1964). The instructions give precise information for test administration, scoring, and computation of the subtest scores. Clinicians should familiarize themselves with the instructions in order to use the norms, since several important changes in test administration of the WMS-R were incorporated, so that the delayed recall index of the WMS-R can be computed taking into account the initial level of learning (Cullum et al., 1990). The concordances between the MOANS WMS-R indices and the original WMS-R indices (Wechsler, 1987) were within five points (plus or minus) for 96.4% of the sample on the verbal index, 90.5% on the visual index, 85.8% on the general memory index, and 93.8% on the attention/concentration index. Norms for several summary indices of the AVLT are also published (Ivnik et al., 1992c). These are an expanded version of the norms previously published by this group (Ivnik et al., 1990).

A new, and very significant extension of the Mayo Older American Normative Studies program has been a separate set of norms for elderly African Americans, published in a special issue of *The Clinical Neuropsychologist* (2005, 19, pp. 162–269).

## Ethnicity in Neuropsychological Test Performance

Finally, we turn to a discussion of the issue of ethnicity as a variable in neuropsychological

test performance. The discussion is by no means exhaustive; our goal is to highlight the pressing need for research in this area and the development of culture-specific normative standards for use in neuropsychological clinical practice. The reader is referred to other sources for a more complete discussion, including Triandis and Berry (1980), Olmedo (1981), Reynolds and Brown (1984), Anastasi (1988), Geisinger (1992), Fletcher-Jansen et al. (2000), Ferraro (2001), Anderson et al. (2004), Manly, Jacobs et al. (2002), and Manly (2005). We should note that our work, and most published observations by others, emanate from experience in the United States. The point of view, and the examples provided, therefore, reflect the North American context. While broader generalizations might not be appropriate from some of the specific data, the general principles should be applicable to other multiethnic and multicultural settings.

At issue, when assessing a patient whose heritage differs from one's own, is whether adequate consideration has been given to the contribution of ethnic and cultural factors to test design and performance. A culturally sensitive assessment has been described as one that balances the application of general population norms with culture-specific norms (Lopez et al., 1989). Unfortunately, not only are normative data nonexistent for most ethnic groups on most tests, but in many cases we do not even know on which tests ethnicity is or is not an important variable to consider. On the other hand, sufficient evidence exists to establish that it is a clinical myth that ethnicity is only an important variable on language- or knowledge-based tests and that the effect of culture can be eliminated if only performance or verbal items were used (for review, see Rosselli & Ardila, 2003). Ethnic background is sometimes, but not always, an important variable even on tests that are supposedly "culture free." Indeed, researchers have sometimes observed even larger group differences across cultural groups in performance and nonverbal tests than in verbal tests (Anastasi, 1988; Irvine & Berry, 1988). For example, Japanese subjects do better than American subjects on the Porteus Mazes and other spatial tests (Lee et al., 1991; Porteus, 1959). In contrast, American and Italian children perform virtually the same on

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

the Judgment of Line Orientation Test (Riva & Benton, 1993).

Whether or not a low test performance is in part due to cultural influences may depend not only on ethnic background but on the individual's level of "acculturation," referring to the degree to which an individual engages in a particular culture's customs, values, beliefs, social practices, and language (Arnold & Orozco, 1989). Integration into the North American cultural setting will depend on numerous factors, some of which include the age at which the person immigrated, the language of origin, the age at which English was learned, and years of education in the American school system. Education and language fluency alone, however, are insufficient to gauge acculturation. Some individuals and some ethnic groups continue to participate fully in the traditions and social milieu of their culture, often continuing to speak their own language at home and in social settings. Collectively, these factors have a significant influence on the degree to which ethnic differences influence cognition (Arnold & Orozco, 1989; Gasquoine, 1999; Harris et al., 2003; Shuttleworth-Edwards et al., 2004; Touradji et al., 2001).

The importance of considering acculturation along with ethnicity or race is highlighted by recent research with Mexican Americans (see also Gonzales & Roll, 1985). For example, in a study by Arnold et al. (1994) three groups of subjects were identified who differed in their level of North American acculturation: Anglo-Americans, Mexican Americans, and Mexicans. Acculturation was assessed using an instrument developed by Cuellar et al. (1980; Acculturation Rating Scale for Mexican Americans, ARSMA) that considers such elements as oral language usage, historical familial identification, contact with Mexico, ease with reading and writing Spanish, and generalized perceptions of identification with the Mexican culture (Orozco et al., 1993). The Mexican group was tested using a Spanish translation of the HRB. The authors found considerable differences among these three groups on the HRB. On the aggregate T-score index, the Anglo-American group scored significantly higher than the Mexican Americans, who in turn scored significantly higher than the Mexican group. However, this was clearly not the case for all tests in the battery. On several tests, including the Trail-Making Test, Location and Memory components of the Tactual Performance Test, and Finger Tapping, similar performances were observed across the groups. In contrast, the Mexican group was significantly slower than either comparison group on Tactual Performance Test, even when age, gender, and SES were controlled for, statistically. On the Category Test, Anglo-Americans scored higher than both Mexican Americans and Mexicans, while on the Seashore Rhythm Test, it was the Mexican American group that scored significantly higher than either Mexicans or Anglo-Americans. The authors suggest this latter finding may be due to an increased sensitivity to auditorily processed materials in bilingual individuals.

More recently, Boone et al. (2007) compared patients referred for neuropsychological evaluation in four racial groups, Caucasian (non-Hispanic), African American, Hispanic, and Asian. Significant group differences were present on some measures of naming, attention and speed, constructional ability, and executive skills. However, these differences depended on several factors, including the number of years in the United States, years of education in the United States, the age at which conversational English was first learned, and whether English was acquired as a second language or learned concurrently with another language.

Clearly, level of acculturation is a significant factor in neuropsychological test performance, and importantly, not always in the direction of "more Anglo-American is better." However, few objective instruments exist for reliably measuring acculturation among members of different ethnic groups. The general paucity of research in this area means that we simply do not know what factors override ethnic differences. Ideally, future normative studies should stratify data according to cultural factors, rather than race alone. In the interim, the best advice remains to use caution when interpreting the test scores of an individual from an ethnic minority. In addition, clinical decisions based on such data should be informed, whenever possible, by the available literature on acculturation so as to avoid mischaracterization of the cognitive abilities of the individual, and should include

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

appropriate caveats regarding sources of measurement error (Pont'on, 2001).

## African Americans and Tests of Intelligence

Reynolds et al. (1987) used the WAIS-R standardization sample to investigate the effect of race and its interactions with education on Verbal, Performance, and Full-Scale IQs (VIQ, PIQ, and FSIQ, respectively). The data from 1664 Whites and 192 African Americans were broken into four education categories: 0–8 years, 9–11 years, 12 years, and 13–16 years. Not surprisingly, the FSIQs of individuals with a college education were two standard deviations higher than those with minimal formal schooling. Across all levels of education, a difference of about one standard deviation in favor of Whites over African Americans was found. The pattern of results was similar for VIQ and PIQ measures. The overall difference of one standard deviation in IQ scores is consistent with previous research (for review, see Reynolds & Brown, 1984). The increases in IQ for African Americans across educational levels were substantial but tended to be smaller than corresponding differences for Whites, although this interaction was not statistically significant. African Americans with at least 1 year of college scored 15–16.5 IQ points higher than those with 0–8 years of education; for Whites, the IQ differences were between 18.5 and 24 IQ points; these larger education effects for Whites than African Americans on cognitive tests would be consistent with evidence that many African Americans historically have experienced poorer education *quality* despite similar years of education (Manly et al., 2002). Similar ethnicity effects were reported by Kaufman et al. (1988) on the individual subtests

of the WAIS-R. All subtests produced significant differences in favor of Whites, although the differences were most prominent on Block Design and Vocabulary. One common Wechsler short form that is used for clinical screening is the Vocabulary–Block Design dyad (Sattler, 1982). Examiners should recognize that the use of that dyad as a short form will be particularly penalizing to African Americans.

The differences in IQ scores between African Americans and Whites exist even when scores are corrected for age, years of education, and sex. When Heaton's (1992) T-scores corrected for age, sex, and education are computed for the WAIS-R standardization sample, the differences among ethnic/racial groups are smaller than those described by Kaufman's group but remain appreciable (see Table 7–2).

The significance of these ethnicity differences for diagnostic decision making in neuropsychology is substantial. Heaton et al. (2003) demonstrated this using data from the WAIS-III/WMS-III standardization sample, stratified by ethnicity. By applying a 1-SD cutoff with factor scores corrected for age, education, and sex, these authors observed false-positive error rates for the African American cohort, which were clearly excessive for all six factors: Verbal Comprehension (36% versus 11% for Whites), Perceptual Organization (37% versus 12%), Processing Speed (38% versus 12%), Working Memory (37% versus 11%), Auditory Memory (30% versus 13%), and Visual Memory (25% versus 14%). Similar discrepancies have been seen for the HRB and the California Verbal Learning Test when a single set of norms was applied to test scores of large samples of normal, African American and Caucasian adults (Heaton et al., 2004; Norman et al., 2000). Importantly, in each of these publications it was also demonstrated

**Table 7–2.** WAIS-R Mean Verbal IQ (VIQ), Performance IQ (PIQ), and Full Scale IQ (FSIQ) Expressed as T scores, for Adult (age 20+) Standardization Sample Subjects in Four Ethnic Groups, Computed Using the Heaton (1992) Age-, Education-, and Sex- Corrected Norms

|  | Total Sample (n=1680) | White (n=1461) | Black (n=166) | Hispanic (n=34) | Other (n=19) |
|---|---|---|---|---|---|
| VIQ | 50.0 | 50.7 | 44.6 | 45.9 | 45.5 |
| PIQ | 50.0 | 50.8 | 43.8 | 47.4 | 46.2 |
| FSIQ | 50.1 | 51.0 | 43.8 | 45.8 | 45.6 |

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO, 2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

that use of ethnicity corrections for the test norms eliminated the previously observed discrepancies in false-positive error rates between Caucasians and African Americans.

The source of these differences has been the subject of intense and often bitter debate. Recent evidence supports the notion that ethnic differences on intellectual testing (and undoubtedly other neuropsychological measures as well) are a barometer of educational, economic, and environmental opportunity. Manly et al. (2002) found that cognitive test score differences between education matched groups of White and African American elders were greatly attenuated when a measure of education *quality* (reading level) was covaried in the analyses. Also, Vincent (1991) has shown that IQ differences between African American and White children in U.S. schools are shrinking. He reviewed pre-1980 and post-1980 studies comparing the performance of African Americans and Whites on various tests of intellectual functioning. Studies with adults included such tests as the WAIS, WAIS-R, and Raven's Progressive Matrices; studies with children employed the WISC-R, Raven's Colored Progressive Matrices, the Kaufman-ABC, and the Stanford-Binet. African American *adults* consistently obtained mean test scores that were approximately one standard deviation below the U.S. general population mean in studies carried out both before and after 1980. In contrast, although African American *children* tested prior to 1980 also scored one standard deviation below the U.S. mean, studies conducted after 1980 obtained group differences that were, on average, less than half as large. In one study (Krohn & Lamp, 1989), no differences were found between African American and White children on the Kaufman-ABC and the Stanford-Binet when socioeconomic factors were controlled. One logical explanation for these findings is that the shrinking ethnicity differences in intellectual test scores of children mirrors improved equity in education *quality* for Whites and African Americans in recent years.

## Norms for Spanish-speaking Adults

The United States has the fifth largest Spanish-speaking population in the world, numbering some 29 million, and Hispanic Americans are the fastest-growing minority group in the United States (U.S. Census Bureau, 2004). The population is composed primarily of Latin American immigrant families from Mexico, Puerto Rico, Cuba, and Colombia. For first-generation immigrants, limited English language skills may preclude the use of many tests, regardless of whether or not culture-specific norms exist. In these cases, several Spanish translations of neuropsychological instruments are available that were standardized with Spanish-speaking populations. The most widely used of these tests is the Spanish translation of the WAIS, the Escala de Inteligencia Wechsler para Adultos (EIWA; Wechsler, 1968), standardized on a large sample of Spanish-speaking adults from Puerto Rico. Lopez and Romero (1988) examined the comparability of the EIWA and the WAIS (Wechsler, 1955). They found that in the conversion of raw scores to scaled scores, performance on a given subtest can result in a scaled score difference of up to 5 points, depending on whether one applies the WAIS or EIWA norms. For instance, a raw score of 16 on the Object Assembly, a subtest that is identical on the WAIS and EIWA, translates into a scaled score of 5 for the WAIS and 10 for the EIWA. Lopez and Romero (1988) conclude that for some Spanish-speaking adults, particularly for those with low educational levels, low occupational status, and rural backgrounds, the EIWA may be most appropriate, because this was the combined background of most of the EIWA standardization sample subjects. In interpreting EIWA scores, however, it is important to note that they reflect adequacy of performance with reference to a particular subject sample that differs considerably from the general American population *and* the general Hispanic population within the united States. Thus, if "Spanish speaking" is the only criterion for deciding to use the norms, persons with higher educational and occupational backgrounds than the EIWA standardization sample will produce overestimates of actual versus expected intellectual functioning using this instrument.

Boone et al. (2007) has compiled additional normative data for Hispanic, African American, and Asian individuals who were referred for neuropsychological assessment to

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

a public hospital-affiliated neuropsychology clinic. The test battery included standard neuropsychological tests that were administered in English, such as the WAIS-III, WMS-R, Boston Naming Test, FAS, and Wisconsin Card Sorting Test. Test scores are stratified for individuals with different levels of language acculturation. These authors also provide an extensive list of other recent studies providing normative data for Hispanics, African Americans, and Asians on similar tests.

Rosselli and colleagues (Rosselli et al., 1990, 2000) have made significant contributions to the area of language assessment for Spanish-speaking adults. Rosselli et al. (1990) compiled normative data for the Boston Diagnostic Aphasia Examination (BDAE)—Spanish version (Garcia-Albea et al., 1986). A sample of 180 native Spanish speakers was obtained in Bogota, Colombia, and stratified according to sex, age (16–30, 31–50, and 51–65), and education (0–5, 6–12, and 13 years or more). The results are consistent with the data from U.S. White/Anglophone subject samples (such as Borod et al., 1980) showing that the BDAE is most markedly sensitive to education differences but is affected by age as well. The authors provide means and standard deviations for age and education subgroups, together with cutoff scores for normal performance on each subtest of the BDAE by years of education. The norms may be particularly useful for assessing predominantly Spanish-speaking subjects whose language functioning is in question. While these norms were collected in Colombia, more recently, Rosselli et al. (2000) has obtained normative data for older adults (ages 50–84) who are Spanish bilinguals, Spanish monolinguals, and English speakers on a variety of language tests, including Boston Naming Test, FAS, semantic fluency, and the Boston Diagnostic Aphasia Exam.

As the number of Hispanic individuals within the United States grows, the number of Hispanic elders continues to rise as well. The need for culturally normed screening tools to assess age-related cognitive impairment and early dementia is highlighted by a recent study showing that elderly Hispanics are more likely than Europeans to be identified as demented (Espino et al., 2001) when assessed with the Mini Mental Status Exam (MMSE; Folstein et al., 1975). Uncorrected, MMSE scores are biased against individuals with lower levels of education, and the use of scoring adjustments for lower educational levels has become standard practice. Rosselli and colleagues (2006) compared MMSE total scores on 102 unimpaired and 58 memory impaired Hispanic individuals (ages 54–98), stratified by education level and gender. They also compared total MMSE scores that were calculated using two approved forms of the tests, one that included the original "serial 7's" item, and one that replaced serial 7's with an apparently less difficult "backwards spelling" task. For all the studied groups, MMSE scores were higher by an average of 1.5 points when using the "backwards spelling" task, and the correlation between serial 7's and backwards spelling was a modest .37. Both education and gender explained significant amount of variance in the MMSE scores. The authors note that the "backwards spelling" and "serial 7's" items do not appear to be equivalent in difficulty when testing Hispanic older adults.

## Questions about Use of Demographically Corrected Norms in Neuropsychology

### When Should We Use Them and for What Purpose?

Demographically corrected norms are useful for comparing current test performance with what would be expected of the patient if he/she had no brain disorder. Of course, the best way to measure possible changes in neurobehavioral functioning is to have premorbid baseline testing. Unfortunately, this is virtually never available. The next best option is to compare the patient's current test performances with best estimates of normal expectations for people who are as similar as possible to the patient in all characteristics that relate to test performance. This is quite simply, a prediction problem. And it is a fact that demographic characteristics help predict performances on our available neuropsychological tests.

Use of demographic predictions for this purpose may seem objectionable, because we know that demographics, themselves, do not *cause*

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychological Disorders, Oxford University Press USA - OSO,
    2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

differences in test performance. Rather, they are surrogates for a complex array of causative factors that are more difficult to reliably measure and use in the norming process. We need to be clear about this: just as correlation coefficients do not tell us anything about cause-effect relationships, demographic adjustments of neuropsychological test norms do not imply anything about the root causes of test performance differences that are associated with demographics. More will be said about this below in relation to individual demographic predictors.

It is generally understood that demographically corrected normative standards are based upon performances of adults who have developed normally, have typical, mainstream educational backgrounds, and have no known history of brain injury or disease. It follows logically from this that such norms should be used with great caution, if at all, to identify acquired brain dysfunctions in patients who have developmental disorders or other-than-mainstream educational backgrounds (e.g., special education). For example, it would be inappropriate to "adjust" a mentally retarded person's IQ upward because of a low education level, thereby potentially depriving him/her of social services or mitigating considerations in criminal prosecution.

As we have noted, demographically corrected norms are used primarily to identify the presence and nature of neurobehavioral *changes* due to known or possible brain insult (injury or disease). Such norms are generally not the best choice for characterizing the individual's *absolute* level of functioning, or functioning in relation to the general population of normal adults (Heaton & Pendleton, 1981). For the latter, we recommend norms that compare the individual's test performance with results of a sample that conforms as closely as possible to census characteristics. For example, with the Heaton et al. (2004) norms for the expanded HRB, uncorrected scaled scores (not demographically corrected T-scores) would be best suited for this purpose.

## Normative Adjustments for Age

We have a long history of using age-corrected norms in neuropsychology. Noone would use the same normative standards for a 25-year-old and a 65-year-old. However, it is not age per se

that causes the observed differences. Rather, a variety of complex factors that tend to be associated with age are in various combinations responsible for age-related differences in cognition. These factors obviously are important to study and understand, and perhaps we eventually can measure them in norming to improve predictions of *which* 65-year-olds are likely to show more or less age-related cognitive change. For example, factors like diet and exercise, exposure to adverse environmental influences, frequency with which cognitive abilities are used in everyday functioning, and various age-related health conditions (e.g., hypertension) may all be important. Even genetics, which may help predict successful and unsuccessful cognitive aging, most likely do not *cause* such differences but operate by increasing the likelihood of biological processes, including illnesses, that also correlate with age.

So, when we correct for age, we are using it as a proxy for all these other factors that arguably are more important but that also are much more difficult to evaluate as joint predictors of test performance in individual cases. On the other hand, the proxy of age is readily assessed, it clearly helps in the prediction process, and psychologists have no compunctions about using it.

## Normative Adjustments for Education

Education, too, is a useful but very complex predictor of cognitive performance. There is no doubt that it helps predict performance on most of our tests, yet direct causal links are tenuous. To a very limited extent, people with more education do better on our tests because they learned the answers in school. Perhaps more importantly, school experiences (especially early ones) teach basic academic skills and teach how to learn, how to use new facts and skills to solve problems, and how to take tests. Also, school experiences may or may not reinforce these activities as positive features of peoples' lifestyles. Education also is a component of SES, which itself is complex and multifaceted, and years of education completed is a proxy for much of that complexity. There is also a tendency for more cognitively able people to go farther in school: IQ in the second grade

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO,
    2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

is a significant predictor of how many years of school a person ultimately will complete (McCall, 1977). But SES and related experiences certainly affect early IQ measurements, just as they do later in life. In adults, therefore, education is a proxy for all of these factors.

There is no doubt that *quality* of education is important, but this too is complex and may be difficult to assess retrospectively in adult patients (Byrd et al., 2006). Resources devoted to educational systems available to different segments of the U.S. population have varied greatly, especially for African Americans during the era of segregation (Manly et al., 2002). Although this situation has improved somewhat, it would be difficult to argue that the quality of a high school education in poor inner-city or rural areas of the United States is equivalent to that experienced in wealthier suburbs or private schools. Also, because quality of education in the United States has been associated with other complex determinants of cognitive development (i.e., everything that goes with SES), subgroup differences in cognitive outcome might not immediately disappear even if we could achieve complete equality in educational experiences and opportunities.

As was the case with age, years of education completed is an easily obtained proxy for multiple factors that have more direct (causal) effects but also are more difficult to measure and use in prediction models—probably including quality of education. In general, people with better-quality education through high school are more likely to go to college and beyond.

It has been proposed by Manly et al. (2002)—and others as well—that one's current oral reading level may be a good index of the quality of his/her prior education. Although reading level is easily assessed and may in fact have potential value in neuropsychological norms development, this has both conceptual and practical complexities. Conceptually, reading level is multiply- determined and not simply a measure of quality of education. It is probably associated with many other aspects of SES, and obviously relates to years of education completed. From a practical point of view, if the goal of testing is to detect acquired brain impairment, such norms could not be used with patients who may have any disease or injury that could affect oral

reading (e.g., dementing illnesses, or strokes or injuries affecting reading or language functions). Even if reading-corrected norms did exist, considerable clinical judgment may be needed to decide when to use them.

It may not be enough to show that current reading level correlates with performance on other neuropsychological tests in normals, or even that concurrent consideration of reading scores reduces predictive value of demographic variables such as education or ethnicity. Since current reading levels can be affected by some neurologic conditions, and demographic variables are not, we need to know how much reading scores can add to predictions based upon demographic variables alone. Gladsjo et al. (1999) considered this question using data from an ethnically mixed sample of 141 healthy adults, on WAIS-R IQs, the Average Impairment Rating from the HRB, and composite measures of learning and memory. Scores on the American National Adult Reading Test (ANART) did substantially add to the demographic predictions of Verbal IQ, Full-Scale IQ and learning, but provided little help in predicting Performance IQ, the Average Impairment Rating or memory. The major advantage in using reading scores was with people who had at least 13 years of education and relatively poor reading.

Thus, for some patients and for some neuropsychological measures, it may well be helpful to have norms that are adjusted for current reading levels as well as demographics. To do this properly, we need to co-norm all of our neuropsychological tests with a reading test (ideally the same reading test). This has not typically been done and, to our knowledge, no reading-adjusted norms are available at the present time. However, we do recommend that a standard reading test be included in future norming projects.

## Normative Adjustments for Gender

At least in the United States and other Western countries, gender does not currently appear to be very confounded with major experiential or biological factors that affect cognition. Since gender is not a proxy for powerful and complex determinants of cognitive performance, it ends up contributing little or nothing to the

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

demographic predictions of performance on most neuropsychological tests. Nevertheless, we see no reason to leave gender out of normative models in which it does add to prediction accuracy (e.g., expectations are slightly lower for males on WAIS-III/WMS-III Processing Speed and measures of episodic memory, but are higher for males on the Finger Tapping Test and Hand Dynamometer test of grip strength).

## Normative Adjustments for Ethnicity

Unlike gender, ethnicity in our time, and in Western society, is confounded with many complex and interacting background factors that can affect cognitive test performance. Although the background factors that directly *cause* test performances among different ethnic groups are extremely important, and worthy of careful study, research so far suggests that they are difficult to assess and quantify retrospectively in adults (Byrd et al., 2006). In the absence of currently available methods for quantifying such factors retrospectively and for using them to predict cognitive test performances in individual cases, one can at least avoid excessive false-positive error rates by using norms that are based upon data from normal people who are demographically (including ethnically) similar to the patient. As Manly (2005) has stated, "Increased specificity of cognitive measures is an unmistakable benefit of proper use of normative information…" (p. 271).

It is important to note, however, that culture, values and beliefs can influence neuropsychological testing in subtle but important ways that are difficult to quantify. For clinicians, it is important to keep in mind that cognitive testing represents a social situation that is governed by implicit rules that are not shared by all cultures (Ardila, 2005). To cite several examples, the degree to which the patient is willing to obey instructions may depend on the personal characteristics of the examiner relative to the examinee, such as differences in age, gender, ethnicity, and class or caste. The notion of doing one's best on a test may be important to individuals from a culture that values competition, but not in less competitive societies. Speeded tests may be particularly problematic because of difference in attitudes to timed procedures across cultures and to the very nature of the concept of time (Munn, 1992). American children are exposed to timed tests from an early age, which reinforces the value that the faster the performance the better the result, while other cultures place more value on accuracy and attention to detail rather than speed (Nell, 2000; Puente & Agranovich, 2003). Neuropsychological testing itself can be construed by some individuals as invasive and inappropriate. For example, Dingfelder (2005) notes that, when dealing with individuals from Latin countries, having the examiner share details of their personal lives would be considered an appropriate way to make the client more comfortable and welcome, but this would likely be an unwelcome level of intimacy for most Americans. But asking the direct question, "Are you feeling depressed?" to the same Latin individual may be regarded an inappropriate invasion of privacy. It is unlikely that these (and other) social variables can ever be captured adequately in normative data, because they depend upon the interaction between the cultural values and individual characteristics and behaviors of both the client and the clinician.

In sum, all of the demographic characteristics that predict neurocognitive test performance are proxies for other more direct, causal influences—influences that are very complex and difficult to objectively assess in individual patients. Nevertheless, use of these readily available proxy corrections does account for substantial amounts of variance in the cognitive test performance of normals. As a result, demographic corrections substantially improve predictions of expected test performance in adults who do not have brain disease. Such norms provide much more *equal* probability of the patient's being correctly classified as normal or abnormal, regardless of whether he/she is young or old, a high school dropout or college graduate, male or female, or White, Black, or Hispanic. For diagnostic questions, this is the major purpose of norms.

## How to Assess Validity of Demographically Corrected Norms

We have stated that demographically corrected norms should be most useful in detecting and

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO,
    2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

characterizing acquired brain disorders. Is it therefore reasonable to expect that, compared to uncorrected norms, they will show greater overall specificity (accuracy in classifying the normal population as normal)? *Probably not.* As previously noted, demographic corrections should ensure *equal* probability of being correctly classified as normal, regardless of one's demographic characteristics (age, education, gender, ethnicity). Uncorrected norms are likely to have relatively high specificity with young, well-educated, and mostly Caucasian groups but much lower specificity with people who are older, more poorly educated, and having ethnic minority backgrounds. If the overall population has all of these kinds of people, in relatively balanced proportions, specificity figures for the total groups could be the same for demographically corrected and uncorrected norms (Heaton et al., 1996, 2004).

What about sensitivity to disease? The same concepts apply. Sensitivity is likely to vary according to demographics with uncorrected norms, and much less so with demographically corrected norms (Heaton et al., 1996). The percentages of people in the total population who are classified as "impaired" could be quite similar. Again, the expected benefit of the corrected norms is to have equivalent sensitivity as well as specificity, regardless of the demographics of the people being assessed.

Will corrected and uncorrected norms usually disagree in their classification outcomes? *Not necessarily.* To the extent that patients' demographic characteristics approximate the average member of the adult population (or at least the average member of the normative sample), the classifications are likely to be the same. The largest differences will occur at the extremes of the demographic spectra (e.g., old versus young, very low versus high educational level).

Finally, when comparing diagnostic results with corrected and uncorrected norms, it is most meaningful to use a constant test score cutoff in all cases (e.g., T-score < 40 or standard score < 85). This is similar to the way scores would be interpreted clinically. Use of statistically determined, optimal cutoffs for a particular group or subgroup (e.g., Strong et al., 2005) may obscure differences that would be seen in the clinical situation.

## Summary

The adequate assessment of an individual's cognitive functioning entails a knowledge of the demographic variables that relate to neuropsychological test performance. Many of the assumptions that clinicians and researchers sometimes make, such as that Finger Tapping is not associated with education, that "nonverbal" or "performance" tests are culture free, and that matching on age and education level is sufficient to equate performance on tests between people of different ethnic backgrounds, are not warranted. Whenever a subject differs in important characteristics from the "average" person in a set of published norms, caution is the best advice. For a 60-year-old woman with a grade school education, whose first language was Spanish and who began learning English at age 15, the most that neuropsychological tests will tell us for sure is whether and how much she differs from the average American. They will not tell us whether she has experienced a decline in functioning, in what area this decline has occurred, or, if decline has occurred, what impact it will have on her ability to care for herself and her family in the community. In this case, it is particularly important to consider the test results within the context of a detailed and comprehensive history from her family about how she copes with the demands of her daily life and the changes, if any, that have occurred in recent days, weeks, or years. Also, the interpretation of initial neuropsychological results will necessarily rely more on consideration of *pattern* features (e.g., right–left differences on sensory-perceptual, motor, and psychomotor tests) than on *level* of performance, because the expected values for the latter are uncertain. On the other hand, interpreting major changes across successive neuropsychological evaluations is less dependent on baseline norms and can contribute to more secure diagnostic inferences.

Regardless of whether an individual does or does not match the demographic characteristics of the normative samples, the interpretation of neuropsychological test scores will ultimately depend on multiple factors, including one's definition of normal and abnormal, the goal and context of the assessment, the relationship of current test performance and daily functioning

to prior levels of functioning, together with a consideration of the likely impact of the results on diagnostic and treatment decisions. As with all clinical information, judgment is required to weigh the importance of a false-positive or false-negative error.

## References

Albert, M. S. (1981). Geriatric neuropsychology. *Journal of Consulting and Clinical Psychology, 49,* 835–850.

Albert, M. S., & Heaton, R. K. (1988). Intelligence testing. In M. S. Albert and M. B. Moss (Eds.), *Geriatric neuropsychology* (pp. 13–32). New York: Guilford Press.

Anastasi, A. (1988). *Psychological testing,* 6th ed. New York: Macmillan.

Anderson, N. A., Bulatao, R. A., & Cohen, B. (Eds.). (2004). *Critical perspectives on racial and ethnic differentials in health in late life.* Washington, DC: National Academics Press.

Ardila, A. (2005). Cultural values underlying psychometric cognitive testing. *Neuropsychology Review, 15,* 185–195.

Arnold, B. R., Montgomery, G. T., Castaneda, I., & Longoria, R. (1994). Acculturation and performance of Hispanics on selected Halstead–Reitan neuropsychological tests. *Assessment, 1,* 239–248.

Arnold, B. R., & Orozco, S. (1989). Physical disability, acculturation, and family interaction among Mexican Americans. *Journal of Applied Rehabilitation Counseling, 20,* 28–32.

Bak, J. S., & Greene, R. L. (1981). A review of the performance of aged adults on various Wechsler Memory Scale subtests. *Journal of Clinical Psychology, 37,* 186–188.

Birren, J. E., Butler, R. N., Greenhouse, S. W., Sokoloff, L., & Yarrow, M. R. (1963). *Human aging: A biological and behavioral study.* Washington, DC: U.S. Government Printing Office.

Birren, J. E., & Morrison, D. F. (1961). Analysis of WAIS subtests in relation to age and education. *Journal of Gerontology, 16,* 363–369.

Boone, K. B., Victor, T. L., Wen, J., Razani, J., & Ponton, M. (2007). The association between neuropsychological scores and ethnicity, language, and acculturation variables in a large patient population. *Archives of Clinical Neuropsychology, 22,* 355–365.

Borod, J. C., Goodglass, H., & Kaplan, E. (1980). Normative data on the Boston Diagnostic Aphasia Examination and the Boston Naming Test. *Journal of Clinical Neuropsychology, 2,* 209–215.

Botwinick, J. (1967). *Cognitive processes in maturity and old age.* New York: Springer.

Buffery, A. W., & Gray, J. A. (1972). Sex differences in the development of spatial and linguistic skills. In C. Ounsted and D. C. Taylor (Eds.), *Gender differences: Their ontogeny and significance* (pp. 123–157). Baltimore: Williams and Wilkins.

Byrd, D. A., Miller, S. W., Reilly, J., Weber, S., Wall, T. L., & Heaton, R. K. (2006). Early environmental factors, ethnicity, and adult cognitive test performance. *The Clinical Neuropsychologist, 20,* 243–260.

Cattell, R. B. (1963). Theory of fluid and crystallized intelligence: A critical experiment. *Journal of Educational Psychology, 54,* 1–22.

Crum, R. M., Anthony, J. C., Bassett, S. S., & Folstein, M. F. (1993). Population-based norms for the Mini-Mental State Examination by age and educational level. *Journal of the American Medical Association, 269,* 2386–2391.

Cuellar, I., Harris, L. C., & Jasso, R. (1980). An acculturation scale for Mexican American normal and clinical populations. *Hispanic Journal of Behavioral Sciences, 2,* 199–217.

Cullum, C. M., Butters, N., Troster, A. I., & Salmon, D. P. (1990). Normal aging and forgetting rates on the Wechsler Memory Scale-Revised. *Archives of Clinical Neuropsychology, 5,* 23–30.

D'Elia, L., Satz, P., & Schretlen, D. (1989). Wechsler Memory Scale: A critical appraisal of the normative studies. *Journal of Clinical and Experimental Neuropsychology, 11,* 551–568.

Dingfelder, S. F. (2005). Closing the gap for Latino patients. *Monitor of Psychology, 36,* 58–61.

Erickson, R. C., Eimon, P., & Hebben, N. (1992). A bibliography of normative articles on cognition tests for older adults. *The Clinical Neuropsychologist, 6,* 98–102.

Espino, D. V., Lichtenstein, M. D., Palmer, R. F., & Hazuda, H. P. (2001). Ethnic differences in Mini-Mental State Examination (MMSE) scores: Where you live makes a difference. *Journal of the American Geriatric Society, 49,* 538–548.

Ferraro, F. R. (Ed.). (2001). *Minority and cross-cultural aspects of African Americans.* Lisse, Netherlands: Swets and Zeitlinger.

Finlayson, M. A., Johnson, K. A., & Reitan, R. M. (1977). Relationship of level of education to neuropsychological measures in brain-damaged and non-brain-damaged adults. *Journal of Consulting and Clinical Psychology, 45,* 536–542.

Fletcher-Janzen, E., Strickland, T. L., & Reynolds, C. R. (2000). *Handbook of cross-cultural neuropsychology.* New York: Kluwer Academic/Plenum Publishers.

Flynn, J. R. (1984). The mean IQ of Americans: Massive gains 1932 to 1978. *Psychological Bulletin, 95,* 29–51.

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Flynn, J. R. (1987). Massive IQ gains in 14 nations: What IQ tests really measure. *Psychological Bulletin, 101,* 171–191.

Folstein, M. F., Folstein, S. E., & McHugh, P. R. (1975). Mini-Mental State: A practical method for grading the cognitive state of patients for the clinician. *Journal of Psychiatric Research, 12,* 189–198.

Fromm-Auch, D., & Yeudall, L. T. (1983). Normative data for the Halstead–Reitan Neuropsychological Tests. *Journal of Clinical Neuropsychology, 5,* 221–238.

Garcia-Albea, J. E., Sanchez-Bernardos, M. L., & del Viso-Pabon, S. (1986). Test de Boston para el diagnostico de la afasia: Adaptacion Espanola. In H. Goodglass and E. Kaplan (Eds.), *La Evaluacion de la Afasia y de Transtornos Relacionados* (2nd ed., pp. 129–198) (translated by Carlos Wernicke). Madrid: Editorial Medica Panamericana.

Gasquoine, P. (1999). Variables moderating cultural and ethnic differences in neuropsychological assessment: The case of Hispanic Americans. *The Clinical Neuropsychologist*, 13, 376–383.

Geisinger, K. F. (1992). *Psychological testing of hispanics.* Washington, DC: American Psychological Association.

Gladsjo, J. A., Heaton, R. K., Palmer, B. W., Taylor, M. J., & Jeste, D. V. (1999). Use of oral reading to estimate premorbid intellectual and neuropsychological functioning. *Journal of the International Neuropsychological Society, 5*(3), 247–254.

Gonzales, R. R., & Roll, S. (1985). Relationship between acculturation, cognitive style, and intelligence. *Journal of Cross Cultural Psychology, 16,* 190–205.

Haaland, K. Y., Linn, R. T., Hunt, W. C., & Goodwin, J. S. (1983). A normative study of Russell's variant of the Wechsler Memory Scale in a healthy elderly population. *Journal of Consulting and Clinical Psychology, 51,* 878–881.

Harris, J. G., Tulsky, D. S., & Schultheis, M. T. (2003). Assessment of the non-native English speaker: Assimilating history and research findings to guide clinical practice. In S. D. Tulsky, D. H. Saklofske, G. J. Chelune, R. K. Heaton, R. J. Ivnik, R. Bornstein, et al. (Eds.), *Clinical Interpretation of the WAIS-III and WMS-III* (pp. 343–390). San Diego, CA: Academic Press.

Heaton, R. K. (1992). *Comprehensive norms for an expanded Halstead–Reitan Battery: A supplement for the WAIS-R.* Odessa, FL: Psychological Assessment Resources.

Heaton, R. K., Grant, I., & Matthews, C. G. (1986). Differences in neuropsychological test performance associated with age, education, and sex. In I. Grant and K. M. Adams (Eds.), *Neuropsychological assessment of neuropsychiatric disorders* (pp. 100–120). New York: Oxford University Press.

Heaton, R. K., Grant, I., & Matthews, C. G. (1991). *Comprehensive norms for an expanded Halstead–Reitan Battery: Demographic corrections, research findings, and clinical applications.* Odessa, FL: Psychological Assessment Resources.

Heaton, R. K., Matthews, C. G., Grant, I., & Avitable, N. (1996). Demographic corrections with comprehensive norms: An overzealous attempt or a good start? *Journal of Clinical and Experimental Neuropsychology, 18*(3), 449–458.

Heaton, R. K., Miller, W., Taylor, M. J., & Grant, I. (2004). *Revised comprehensive norms for an expanded Halstead–Reitan Battery: Demographically adjusted norms for African American and Caucasian adults.* Lutz, FL: Psychological Assessment Resources, Inc.

Heaton, R. K., & Pendleton, M. G. (1981). Use of neuropsychological tests to predict adult patients' everyday functioning. *Journal of Consulting and Clinical Psychology, 49,* 807–821.

Heaton, R. K., Taylor, M. J., & Manly, J. (2003). Demographic effects and use of demographically corrected norms with the WAIS-III and WMS-III. In D. S. Tulsky, G. C. Chelune, R. J. Irnik, A. Prifitera, D. H. Saklofske, R. K. Heaton, et al. (Eds.), *Clinical interpretation of the WAIS-III and WMS-III* (pp. 181–210). San Diego, CA: Academic Press.

Horn, J. L., & Cattell, R. B. (1966). Age differences in primary mental ability factors. *Journal of Gerontology, 21,* 210–220.

Hulicka, I. M. (1966). Age differences in Wechsler Memory Scale scores. *Journal of Genetic Psychology, 109,* 135–145.

Irvine, S. H., & Berry, J. W. (Eds.). (1988). *Human abilities in cultural context.* New York: Cambridge University Press.

Ivnik, R. J., Malec, J. F., Smith, G. E., Tangalos, E. G., Petersen, R. C., Kokmen, E., et al. (1992a). Mayo's older Americans normative studies: WAIS-R norms for ages 56 to 97. *The Clinical Neuropsychologist, 6*(suppl.), 1–30.

Ivnik, R. J., Malec, J. F., Smith, G. E., Tangalos, E. G., Petersen, R. C., Kokmen, E., et al. (1992b). Mayo's older Americans normative studies: WMS-R norms for ages 56 to 94. *The Clinical Neuropsychologist, 6*(suppl.), 49–82.

Ivnik, R. J., Malec, J. F., Smith, G. E., Tangalos, E. G., Petersen, R. C., Kokmen, E., et al. (1992c). Mayo's older Americans normative studies: Updated AVLT norms for ages 56 to 97. *The Clinical Neuropsychologist, 6*(suppl.), 83–104.

Ivnik, R. J., Malec, J. F., Tangalos, E. G., Petersen, R. C., Kokmen, E., & Kurland, L. T. (1990). The

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO, 2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

Auditory–Verbal Learning Test (AVLT): Norms for ages 55 and older. *Psychological Assessment, 2,* 304–312.

Kaufman, A. S., McLean, J. E., & Reynolds, C. R. (1988). Sex, race, residence, region, and education differences on the 11 WAIS-R subtests. *Journal of Clinical Psychology, 44,* 231–248.

Klonoff, H., & Kennedy, M. (1966). A comparative study of cognitive functioning in old age. *Journal of Gerontology, 21,* 239–243.

Krohn, E. J., & Lamp, R. E. (1989). Concurrent validity of the Stanford-Binet Fourth Edition and K-ABC for Head Start children. *Journal of School Psychology, 27,* 59–67.

Labouvie-Vief, G. (1985). Intelligence and cognition. In J. E. Birren and K. W. Schaie (Eds.), *Handbook of the psychology of aging* (2nd ed.; pp. 500–530). New York: Van Nostrand Reinhold Company.

Leckliter, I. N., & Matarazzo, J. D. (1989). The influence of age, education, IQ, gender, and alcohol abuse on Halstead–Reitan Neuropsychological Test Battery performance. *Journal of Clinical Psychology, 45,* 484–512.

Lee, G. P., Sasanuma, S., Hamsher, K. D., & Benton, A. L. (1991). Constructional praxis performance of Japanese and American, normal and brain-damaged patients. *Archives of Clinical Neuropsychology, 6,* 15–25.

Lezak, M. D. (1983). *Neuropsychological assessment* (2nd ed). New York: Oxford University Press.

Lezak, M. D. (1987). Norms for growing older. *Developmental Neuropsychology, 3,* 1–12.

Lopez, S. R., Grover, K. P., Holland, D., Johnson, M. J., Kain, C. D., Kanel, K., et al. (1989). Development of culturally sensitive psychotherapists. *Professional Psychology: Research and Practice, 20,* 369–376.

Lopez, S., & Romero, A. (1988). Assessing the intellectual functioning of Spanish-speaking adults: Comparison of the EIWA and the WAIS. *Professional Psychology: Research and Practice, 19,* 263–270.

Maccoby, E. E., & Jacklin, C. N. (1974). *The psychology of sex differences.* Stanford CA: Stanford University Press.

Malec, J. F., Ivnik, R. J., & Smith, G. E. (1993). Neuropsychology and normal aging: Clinician's perspective. In R. W. Parks, R. F. Zec, & R. S. Wilson (Eds.), *Neuropsychology of Alzheimer's disease and other dementias* (pp. 81–111). New York: Oxford University Press.

Malec, J. F., Ivnik, R. J., Smith, G. E., Tangalos, E. G., Petersen, R. C., Kokmen, E., et al. (1992). Mayo's older Americans normative studies: Utility of corrections for age and education for the WAIS-R. *The Clinical Neuropsychologist, 6*(suppl.), 31–47.

Manly, J. J. (2005). Advantages and disadvantages of separate norms for African Americans. *The Clinical Neuropsychologist, 19*(2), 270–275.

Manly, J.J., Jacobs, D. M., Touradji, P., Small, S. S., & Stern, Y. (2002). Reading level attenuates differences in neuropsychological test performance between African American and White elders. *Journal of the International Neuropsychological Association, 8,* 341–348.

Matarazzo, J. D. (1972). *Wechsler's measurement and appraisal of adult intelligence.* Baltimore: Williams and Wilkins.

Matarazzo, J. D., Bornstein, R. A., McDermott, P. A., & Noonan, J. V. (1986). Verbal IQ vs. performance IQ difference scores in males and females from the WAIS-R standardization sample. *Journal of Clinical Psychology, 42,* 965–974.

Matarazzo, J. D., & Herman, D. O. (1984). Relationship of education and IQ in the WAIS-R standardization sample. *Journal of Consulting and Clinical Psychology, 52,* 631–634.

McCall, R. B. (1977). Childhood IQs as predictors of adult educational and occupational status. *Science, 197,* 482–483.

McCarty, S. M., Siegler, I. C., & Logue, P. E. (1982). Cross-sectional and longitudinal patterns of three Wechsler Memory Scale subtests. *Journal of Gerontology, 37,* 169–175.

Mitrushina, M., Boone, K. B., Razani, J., & D'Elia, L. F. (2005). *Handbook of normative data for neuropsychological assessment* (2nd edition). New York: Oxford University Press.

Munn, N. D. (1992). The cultural anthropology of time: A critical essay. *Annual Review of Anthropology, 21,* 931–923.

Nell, V. (2000). *Cross-cultural neuropsychological assessment: Theory and practice.* Mahwah, NJ: Erlbaum.

Norman, M. A., Evans, J. D., Miller, S. W., & Heaton, R. K. (2000). Demographically corrected norms for the California Verbal Learning Test. *Journal of Clinical and Experimental Neuropsychology, 22,* 80–93.

Olmedo, E. L. (1981). Testing linguistic minorities. *American Psychologist, 36,* 1078–1085.

Orozco, S., Thompson, B., Kapes, J., & Montgomery, G. T. (1993). Measuring the acculturation of Mexican Americans: A covariance structure analysis. *Measurement and Evaluation in Counseling and Development, 25,* 149–155.

Parsons, O. A., & Prigatano, G. P. (1978). Methodological considerations in clinical neuropsychological research. *Journal of Consulting and Clinical Psychology, 46,* 608–619.

Pauker, J. D. (1988). Constructing overlapping cell tables to maximize the clinical usefulness

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

of normative test data: Rationale and an example from neuropsychology. *Journal of Clinical Psychology, 44*, 930–933.

Pont´on, M. O. (2001). Research and assessment issues with Hispanic populations. In M. O. Pont´on and J. Leon-Carrion (Eds.), *Neuropsychology and the hispanic patient: A clinical handbook* (pp. 39–58). Mahwah, NJ: Lawrence Earlbaum.

Poon, L. W. (1985). Difference in human memory with aging: Nature, causes, and clinical implications. In J. E. Birren and K. W. Schaie (Eds.), *Handbook of the psychology of aging* (2nd ed.; pp. 427–462). New York: Van Nostrand Reinhold Company.

Porteus, S. D. (1959). *The maze test and clinical psychology*. Palo Alto: Pacific Books.

Price, L. J., Fein, G., & Feinberg, L. (1980). Neuropsychological assessment of cognitive functioning in the elderly. In L. W. Poon (Ed.), *Aging in the 1980s: Psychological issues* (pp. 78–85). Washington, DC: American Psychological Association.

Puente, A. E., & Agranovich, A. V. (2003). The cultural in crosscultural neuropsychology. In M. Hersen, G. Goldstein, & S. R. Beers (Eds.), *The handbook of psychological assessment* (Vol. 1; pp. 31–332). Wiley, New York.

Reitan, R. M. (1955). The distribution according to age of a psychological measure dependent upon organic brain functions. *Journal of Gerontology, 10*, 338–340.

Reitan, R. M. (1957). Differential reaction of various psychological tests to age. In *Fourth Congress of the International Association of Gerontology* (pp. 158–165). Fidenza: Tito Mattioli.

Reitan, R. M., & Wolfson, D. (1986). The Halstead–Reitan Neuropsychological Test Battery and aging. In T. L. Brink (Ed.), *Clinical gerontology: A guide to assessment and intervention* (pp. 39–61). New York: Haworth Press.

Rey, A. (1964). *L'examen Clinique en Psychologie*. Paris: Presses Universitaires de France.

Reynolds, C. R., & Brown, R. T. (1984). *Perspectives on bias in mental testing*. New York: Plenum Press.

Reynolds, C. R., Chastain, R. L., Kaufman, A. S., & McLean, J. E. (1987). Demographic characteristics and IQ among adults: Analysis of the WAIS-R standardization sample as a function of the stratification variables. *Journal of School Psychology, 25*, 323–342.

Riva, D., & Benton, A. (1993). Visuospatial judgment: A crossnational comparison. *Cortex, 29*, 141–143.

Rosselli, M., & Ardila, A. (2003). The impact of culture and education on non-verbal neuropsychological measurements: A critical review. *Brain & Cognition, 52*, 326–333.

Rosselli, M, Ardila, A., Araugo, K., Weekes, V., Caracciolo, V., Padilla, M., et al. (2000). Verbal Fluency and Repetition Skills in Healthy Older Spanish–English Bilinguals. *Applied Neuropsychology, 7*, 17–24.

Rosselli, M., Ardila, A., Florez, A., & Castro, C. (1990). Normative data on the Boston Diagnostic Aphasia Examination in a Spanish-speaking population. *Journal of Clinical and Experimental Neuropsychology, 12*, 313–322.

Rosselli, M., Tappen, R., Williams, C., & Savatierra, J. (2006). The relation of education and gender on the attention items of the Mini-Mental State Examination in Spanish speaking Hispanic elders. *Archives of Clinical Neuropsychology, 21*, 677–686.

Russell, E. W., Neuringer, C., & Goldstein, G. (1970). *Assessment of brain damage: A neuropsychological key approach*. New York: Wiley-Interscience.

Sattler, J. M. (1982). *Assessment of children's intelligence and special abilities* (2nd ed.). Boston: Allyn and Bacon.

Shallice, T. (1988). *From neuropsychology to mental structure*. Cambridge: Cambridge University Press.

Shuttleworth-Edwards, A., Kemp, R., Rust, A., Muirhead, J., Hartman, N., et al. (2004). Cross-cultural effects on IQ test performance: A review and preliminary normative indications on WAIS-III Test performance. *Journal of Clinical and Experimental Neuropsychology*, *26*, 903–920.

Spreen, O., & Strauss, E. (1998). *A compendium of neuropsychological tests: Administration, norms, and commentary* (2nd edition). New York: Oxford University Press.

Stern, Y., Zarahn, E., Hilton, H. J., Flynn, J., DeLa Paz, R., & Rakitin, B. (2003). Exploring the neural basis of cognitive reserve. *Journal of Clinical and Experimental Neuropsychology, 5*, 691–701.

Strong, C. A., Donders, J., & Van Dyke, S. (2005). Validity of demographically corrected norms for the WAIS-III. *Journal of Clinical and Experimental Neuropsychology, 27*, 746–758.

Taylor, M. J., & Heaton, R. K. (2001). Sensitivity and specificity of WAIS-III/WMS-III demographically corrected factor scores in neuropsychological assessment. *Journal of the International Neuropsychological Society, 7*(7), 867–874.

Thompson, L. L., Heaton, R. K., Grant, I., & Matthews, C. G. (1989). A comparison of the WAIS and WAIS-R using T-score conversions that correct for age, education, and sex. *Journal of Clinical and Experimental Neuropsychology, 11*, 478–488.

Touradji, P., Manly, J., Jacobs, D., & Stern, Y. (2001). Neuropsychological test performance: A study of non-Hispanic White elderly. *Journal of

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

*Clinical and Experimental Neuropsychology, 23*, 643–649.

Triandis, H. C., & Berry, J. W. (1980). *Handbook of cross-cultural psychology* (vols. 1 and 2). Boston: Allyn and Bacon.

Tulsky, D. S., Ivnik, R. J., Price, L. R., & Wilkins, C. (2003). Assessment of cognitive functioning with the WAIS-III and WMS-III: Development of a six-factor model. In D. S. Tulsky, G. C. Chelune, R. J. Irnik, A. Prifitera, D. H. Saklofske, R. K. Heaton, et al. (Eds.), *Clinical interpretation of the WAIS-III and WMS-III* (pp. 147–179). San Diego, CA: Academic Press.

U.S. Census Bureau. (2004). Facts for features, hispanic heritage month 2004: September 15–October 15. CB04-FF.14-2.

Vega, A., Jr., & Parsons, O. A. (1967). Cross-validation of the Halstead–Reitan tests for brain damage. *Journal of Consulting Psychology, 31,* 619–625.

Vincent, K. R. (1991). Black/White IQ differences: Does age make the difference? *Journal of Clinical Psychology, 47,* 266–270.

Wechsler, D. (1945). A standardized memory scale for clinical use. *Journal of Psychology, 19,* 87–95.

Wechsler, D. (1955). *Manual for the Wechsler Adult Intelligence Scale.* New York: Psychological Corporation.

Wechsler, D. (1968). *Escala de Inteligencia Wechsler para Adultos.* New York: Psychological Corporation.

Wechsler, D. (1981). *WAIS-R Manual: Wechsler Adult Intelligence Scale-Revised.* New York: Psychological Corporation.

Wechsler, D. (1987). *Wechsler Memory Scale-Revised.* San Antonio, TX: The Psychological Corporation.

Wechsler, D. (1997a). *WAIS-III administration and scoring manual.* San Antonio, TX: The Psychological Corporation.

Wechsler, D. (1997b). *WMS-III administration and scoring manual.* San Antonio, TX: The Psychological Corporation.

Yeudall, L. T., Reddon, J. R., Gill, D. M., & Stefanyk, W. O. (1987). Normative data for the Halstead–Reitan neuropsychological tests stratified by age and sex. *Journal of Clinical Psychology, 43,* 346–367.

Youngjohn, J. R., Larrabee, G. J., & Crook, T. H. (1992). Discriminating age-associated memory impairment from Alzheimer's disease. *Psychological Assessment, 4,* 54–59.

Youngjohn, J. R., Larrabee, G. J., & Crook, T. H. (1993). New adult age- and education-correction norms for the Benton Visual Retention Test. *The Clinical Neuropsychologist, 7,* 155–160.

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO,
        2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.

*This page intentionally left blank*

Copyright © 2009. Oxford University Press USA - OSO. All rights reserved.

Grant, Igor, and Kenneth M. Adams. Neuropsychological Assessment of Neuropsychiatric Disorders, Oxford University Press USA - OSO,
     2009. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=415581.
Created from nyli on 2020-09-01 12:38:34.