# EXHIBIT  16

*The Clinical Neuropsychologist*, 19: 270–275, 2005
Copyright © Taylor and Francis Ltd.
ISSN: 1385-4046
DOI: 10.1080/13854040590945346


Ψ Psychology Press
Taylor & Francis Group

# ADVANTAGES AND DISADVANTAGES OF SEPARATE NORMS FOR AFRICAN AMERICANS

## Jennifer J. Manly

*Taub Institute for Research on Alzheimer's Disease and the Aging Brain and the Department of Neurology, Columbia University College of Physicians and Surgeons, New York, NY, USA*

*Limitations of neuropsychological measures and normative data are exposed as use of these measures among culturally and linguistically different people expands in clinical and research settings. Several different tactics to solve the problem of poor specificity of cognitive measures among ethnic minorities have emerged in the literature; however, the development of separate racial/ethnic group norms has been the predominant approach. This commentary addresses the advantages and disadvantages of establishing separate norms for African Americans. Another approach, involving the deconstruction of race and education, may help to clarify the independent influences of race, culture, quality of education, and socioeconomic status on cognition and neuropsychological test performance.*

## INTRODUCTION

Despite recent and projected growth in racial and ethnic diversity within the population of the United States, few neuropsychological measures have been properly validated for use among ethnic minorities. As we encounter the limitations of our measures when used among culturally and linguistically different people, several different approaches to solving this problem are emerging in the literature, including use of race/ethnicity-specific norms. This commentary will review the advantages and disadvantages of establishing separate norms for African Americans. This commentary uses the tremendous success of the Mayo Older African Americans Normative Study (MOAANS) to review the advantages and disadvantages of establishing separate norms for African Americans and to highlight the importance of clarifying the independent influences of race, culture, educational experience, and socioeconomic status on neuropsychological test performance. It also points to a complementary, alternative approach to race/ethnicity-specific norms that stresses the deconstruction of race and education.

Several authors have advocated for the abandonment of racial or ethnic classifications in research because they create a potential for stigmatization and reinforce race as a scientific concept (Fullilove, 1998; Bagley, 1995). The approach described in

Address correspondence to Jennifer Manly, Columbia University College of Physicians & Surgeons, 630 West 168th Street, P&S Box 16, New York, NY 10032, USA. Tel.: (212) 305-8604. Fax: (212) 342-1838. E-mail: jjm71@columbia.edu
Accepted for publication: June 21, 2004.

this commentary acknowledges that racial classifications are necessary in research on cognition and neuropsychological test performance (Williams, 1997), but addresses potential misunderstanding and misuse of racial/ethnic classifications by exploring factors that underline the differences. By emphasizing the effects of cultural experience on neuropsychological test performance, we may reduce the importance of racial classifications and raise awareness of the distinctiveness and depth of culture.

## ADVANTAGES OF SEPARATE NORMS FOR AFRICAN AMERICANS

The research presented in this issue by the Mayo group clearly shows that the primary advantage of normative studies of neuropsychological test performance among African Americans is that the accuracy of diagnoses will improve when the norms are applied to individuals who are demographically similar to the normative sample. Increased specificity of cognitive measures is an unmistakable benefit of proper use of normative information; therefore, the norms published in this issue are of tremendous significance and substantial benefit to the field.

Other advantages of race-specific normative projects may be less proximate to the clinician, but are nevertheless important steps forward for the field of neuropsychology. First, responsible collection of detailed cognitive, demographic, medical, and psychiatric information among large cohorts of healthy African Americans helps generate additional hypotheses for the effects of culture on cognition. These research questions may be addressed empirically using the normative data on hand, or could be addressed in follow-up studies. This statement may be obvious, but it important to take advantage of every opportunity to energize and encourage research on culture and cognitive test performance. Given the scarcity of neuropsychological studies among large groups of healthy African Americans, and the limitations of prior research on race and test performance, this work is desperately needed.

African Americans have fears of participation in medical research that are justified by a legacy of unethical use of human subjects and skin-deep social science. As a result, many well-meaning but inexperienced neuropsychological researchers have considerable difficulty enrolling African American participants in studies. Given this history, the normative information presented in this issue is an enormous achievement, and clearly demonstrates that when recruitment of participants, collection of data, and reporting of results is a collaboration between members and leaders of the African American community and investigators, attitudes toward research participation can change for the better. The MOAANS norms project shows that when researchers make community alliances a priority, and when outreach efforts are provided adequate resources, normative studies can improve relationships with the community and make further research possible.

## DISADVANTAGES OF SEPARATE NORMS FOR AFRICAN AMERICANS

The primary objective of using normative information is to improve diagnostic accuracy of neuropsychological tests; when used in the appropriate population, there is no doubt that the MOAANS norms and other African American test norms will accomplish this goal. However, we must not assume that our work is done once these norms are collected and published. Norms are an important first step, but they do

not in themselves help to explain why ethnic differences in cognitive test performance exist. In addition, separate norms do not address the lack of cultural equivalence in cognitive measures, since culturally salient abilities are not comprehensively assessed. In the following sections, these issues will be explored in more detail.

### Separate Measures for Racial/Ethnic Groups May Promote Misunderstanding

Unexplained racial differences in cognitive test scores leave ample room for harmful misinterpretation. Normative data have been used by social scientists, such as Richard Lynn, Arthur Jensen, and Richard Herrnstein (e.g., Hernstein & Murray, 1994; Jensen & Lynn, 2002), whose research agendas lead to dangerous and irresponsible biological and genetic interpretations. Given the social and political climate surrounding this work, it is important that normative studies include complete and accurate measurement of factors that not only underlie cognitive test performance but are also the variables for which race/ethnicity serves as a proxy.

We must always remember that although norms are a reasonable first step, we are still using measures that were originally developed by and for well-educated Caucasians. Even the largest and most comprehensive normative sample would not improve the questionable construct validity of cognitive measures when used among African Americans (van de Vijver, 1997; Hilliard, 1979; Williams, 1974; Williams, 1971). Traditional neuropsychological assessment is based on skills that are considered important within White, Western, middle class culture, but which may not be salient or valued within African American culture (Helms, 1992, 1997). Cognitive skills and strategies of ethnic minorities are not adequately tapped by standard cognitive tasks—our tests simply do not elicit the full potential of African Americans. Therefore, differences in salience of cognitive skills, exposure to items, and familiarity with certain problem-solving strategies could attenuate performance of African Americans on neuropsychological measures. Cultural variability in response set, participant/examiner interactions, test-taking attitudes, and motivation during the testing session may also account for ethnic group differences found on tests of verbal and nonverbal ability.

### Racial and Ethnic Classifications Are Not Scientific

The most difficult challenge facing investigators who perform research in ethnically diverse groups is the assumption imbedded in racial and ethnic classifications. Many researchers view race/ethnicity as reflecting an underlying genetic or cultural homogeneity. It is common practice, however, to assign race on socially defined classification of phenotypic traits such as skin color and hair features (Wilkinson & King, 1987). Because of this incongruity between theory and research practice, race is a construct that lacks scientific basis (Zuckerman, 1990; Kaplan & Bennett, 2003). In some studies, ''African Americans'' include only non-Hispanic Black individuals who were born in the United States (African Americans), whereas other studies may also include Black immigrants from the West Indies or Africa. Racial classifications, although untenable as biological or genetic categories, can be related to experiences of and reactions to racism and institutionalized segregation (Helms,

1997), although there is also tremendous heterogeneity in perception of racism within groups. Another issue is that because racial classifications are socially determined, they can change over time and vary between geographical locations and cultural groups. Researchers must contend with the fact that their results may rapidly become outdated or will be geographically specific. One unfortunate side effect of an emphasis on race is that separate norms for African Americans cannot address appropriate assessment of individuals with mixed racial and ethnic backgrounds, despite the significant growth of the population of biracial and multiracial people.

### Racial/Ethnic Classifications Are a Proxy for the Variables of Interest

That an individual identifies as African American reveals nothing about their cultural, socioeconomic, educational, or racial experiences. Race and ethnicity are surrogates for other relevant variables whose effect on cognition and test performance are more direct. If we explicitly measure these behavioral, attitudinal, experiential, and psychological factors that underline racial classifications, we take advantage of this variability and improve our understanding of the role of race and culture on cognitive test performance. These variables, not race, account for the differences between African Americans and Whites on neuropsychological tests, and can inform us in future development of new measures that improve diagnostic accuracy and validity in multicultural populations. In addition, the effect of these cultural and educational factors must be well understood before we attempt to develop ''culture fair'' measures.

Several researchers have begun to deconstruct race and education to address the problem of poor specificity of cognitive measures among African Americans. For example, we measured cultural experience among normal African Americans in order to determine if individuals with lifestyles that are very dissimilar to White American culture would also obtain lower scores on traditional neuropsychological tests (Manly, et al., 1998; Manly, et al., in press). Our hypothesis was confirmed; the independent association of acculturation level with cognitive test performance was significant, but quite small.

In the United States there is a great deal of discordance between years of education and quality of education; this is true especially among ethnic minorities and immigrants. Previous studies revealed that elderly African Americans have reading skills which are significantly below their self-reported education level (Albert & Teresi, 1999; Baker, Johnson, Velli, & Wiley, 1996). African Americans educated in the South before the Supreme Court's 1954 *Brown v. Board of Education* decision attended segregated schools, which received inferior funding as compared to White Southern schools and most integrated Northern schools (Anderson, 1988). Therefore, disparate school experiences, and thus different bases of problem-solving strategies, knowledge, familiarity, and practice could explain why some African Americans obtain lower scores on cognitive measures even after controlling for years of education. Statistical control of years of education may be inadequate or inappropriate since different scales of measurement may be used among (and within) each ethnic group (Loewenstein, Arguelles, Arguelles, & Linn-Fuentes, 1994; Kaufman, Cooper, & McGee, 1997). Our group has shown that reading level is sensitive to aspects of educational experience important for successful performance on measures

across several cognitive domains that are not captured by years of education (Manly, Jacobs, Touradji, Small, & Stern, 2002). However, the MOAANS investigators found correcting for reading ability resulted in a loss of positive predictive value in diagnosing dementia among African American elders. This issue must be re-addressed in future studies among educationally diverse samples of African Americans.

Finally, the meaning of race, the history of racism in the United States, and the influence of racial identity on behavior and attitudes dictates that racial socialization must be considered when examining performance on measures of cognition. The work of Claude Steele and others has shown that racial socialization has an impact on level of comfort and confidence during the testing session. (Steele & Aronson, 1995; McKay, 2003). The role of stereotype threat in neuropsychological test performance of African Americans has not been investigated to date. In addition, it is likely that the salience of negative stereotypes differs among African Americans, and therefore, stereotype threat will likely affect some test takers more than others.

## CONCLUSIONS

Neuropsychologists must be aware that racial classifications are historically defined categories that have limited scientific meaning. There is tremendous heterogeneity in cultural, linguistic, educational, and environmental exposures within those who define themselves as African American. The highest priority for future research is to operationalize behavioral, experiential, and biological factors that are assumed to differ between racial groups. Without explicit measurement of these factors, explanations of difference between ethnic or racial groups are too varied and complex, and are vulnerable to harmful misinterpretation.

Despite the methodological difficulties, this important work challenges our traditional definitions of race and ethnicity, cognitive impairment, and functional deficit. The ultimate validity check for our constructs of cognitive ability may be whether the psychometric properties of neuropsychological measures are equally robust across cultural boundaries. The challenges are significant, but the struggle to deconstruct race, ethnicity, culture, and education, and relate these variables to brain function will inevitably enrich our understanding of interactions among the environment, development, aging, and cognitive status.

## REFERENCES

Albert, S. M. & Teresi, J. A. (1999). Reading ability, education, and cognitive status assessment among older adults in Harlem, New York City. *American Journal of Public Health*, *89*, 95–97.

Anderson, J. D. (1988). *The education of Blacks in the South, 1860–1935.* Chapel Hill: University of North Carolina Press.

Bagley, C. (1995). A plea for ignoring race and including insured status in American research reports on social science and medicine. *Social Science and Medicine*, *40*, 1017–1019.

Baker, F. M., Johnson, J. T., Velli, S. A., & Wiley, C. (1996). Congruence between education and reading levels of older persons. *Psychiatric Services*, *47*, 194–196.

Fullilove, M. T. (1998). Comment: Abandoning "race" as a variable in public health research—an idea whose time has come. *American Journal of Public Health*, *88*, 1297–1298.

Helms, J. E. (1992). Why is there no study of cultural equivalence in standardized cognitive ability testing? *American Psychologist*, *47*, 1083–1101.

Helms, J. E. (1997). The triple quandary of race, culture, and social class in standardized cognitive ability testing. In D. P. Flanagan, J. L. Genshaft, & P. L. Harrison (Eds.), *Contemporary intellectual assessment: Theories, tests, and issues* (pp. 517–532). New York: Guilford Press.

Herrnstein, R. J. & Murray, C. (1994). The Bell Curve: Intelligence and Class Structure in American Life. New York: Free Press.

Hilliard, A. G. (1979). Standardization and cultural bias impediments to the scientific study and validation of "Intelligence". *Journal of Research and Development in Education*, *12*(2), 47–58.

Jensen, A. R. & Johnson, F. W. (1994). Race and sex differences in head size and IQ. *Intelligence, 18*, 309–333.

Kaplan, J. B. & Bennett, T. (2003). Use of race and ethnicity in biomedical publication. *Journal of the American Medical Association*, *289*, 2709–2716.

Kaufman, J. S., Cooper, R. S., & McGee, D. L. (1997). Socioeconomic status and health in blacks and whites: the problem of residual confounding and the resilience of race. *Epidemiology*, *8*, 621–628.

Loewenstein, D. A., Arguelles, T., Arguelles, S., & Linn-Fuentes, P. (1994). Potential cultural bias in the neuropsychological assessment of the older adult. *Journal of Clinical and Experimental Neuropsychology*, *16*, 623–629.

Lynn, R. (2002). Skin color and intelligence in African Americans. *Population and Environment, 23*, 365–375.

Manly, J. J., Jacobs, D. M., Touradji, P., Small, S. A., & Stern, Y. (2002). Reading level attenuates differences in neuropsychological test performance between African American and White elders. *Journal of the International Neuropsychological Society*, *8*, 341–348.

Manly, J. J., Miller, S. W., Heaton, R. K., Byrd, D., Reilly, J., Velasquez, R. J., et al. (1998). The effect of African-American acculturation on neuropsychological test performance in normal and HIV positive individuals. *Journal of the International Neuropsychological Society*, *4*, 291–302.

Manly, J. J., Byrd, D., Touradji, P., & Stern, Y. (2004). Acculturation, reading level, and neuropsychological test performance among African American elders. *Applied Neuropsychology, 11*, 37–46.

McKay, P. F. (2003). The effects of demographic variables and stereotype threat on Black/White differences in cognitive ability test performance. *Journal of Business and Psychology*, *18*, 1–14.

Steele, C. M. & Aronson, J. (1995). Stereotype threat and the intellectual test performance of African Americans. *Journal of Personality and Social Psychology*, *69*, 797–811.

van de Vijver, F. (1997). Meta-analysis of cross-cultural comparisons of cognitive test performance. *Journal of Cross-Cultural Psychology*, *28*, 678–709.

Wilkinson, D. Y. & King, G. (1987). Conceptual and methodological issues in the use of race as a variable: policy implications. *Milbank Quarterly*, *65*, 56–71.

Williams, D. R. (1997). Race and health: basic questions, emerging directions. *Annals of Epidemiology*, *7*, 322–333.

Williams, R. L. (1971). Abuses and misuses in testing black children. *Counseling Psychologist*, *2*(3), 62–73.

Williams, R. L. (1974). Scientific racism and IQ: The silent mugging of the black community. *Psychology Today*, *7*(12), 32–41.

Zuckerman, M. (1990). Some dubious premises in research and theory on racial differences: Scientific, social, and ethical issues. *Am Psychol*, *45*, 1297–1303.