# EXHIBIT 18

Cultural Diversity and Ethnic Minority Psychology
2014, Vol. 20, No. 3, 353–361

© 2014 American Psychological Association
1099-9809/14/$12.00   DOI: 10.1037/a0035023

# Trends in the Neuropsychological Assessment of Ethnic/Racial Minorities: A Survey of Clinical Neuropsychologists in the United States and Canada

Milushka M. Elbulok-Charcape, Laura A. Rabin,
and Amanda T. Spadaccini
Brooklyn College and The Graduate Center of The City
University of New York

William B. Barr
New York University School of Medicine

Despite the importance of diversity variables to the clinical practice of neuropsychology, little is known about neuropsychologists' multicultural assessment practices and perspectives. The current study was the first to survey issues related to neuropsychologists' assessment of minority populations, proficiency in languages other than English, approaches to interpreting the cognitive scores of minorities, and perceived challenges associated with assessing ethnic/racial minority patients. We also surveyed respondents with regard to their own demographic background, as neuropsychologists who identify as ethnic/racial minorities are reportedly underrepresented in the field. Respondents were 512 (26% usable response rate; 54% female) doctorate-level psychologists affiliated with the International Neuropsychology Society or the National Academy of Neuropsychology who resided in the United States or Canada. Overall, results suggest that lack of appropriate norms, tests, and referral sources are perceived as the greatest challenges associated with assessment of ethnic/racial minorities, that multicultural training is not occurring for some practitioners, and that some are conducting assessments in foreign languages despite limited proficiency. In addition, ethnic/racial minorities appear to be grossly underrepresented in the field of neuropsychology. Findings are discussed in relation to the need for appropriate education and training of neuropsychologists in multicultural issues and the provision of more valid assessments for ethnic/racial minority individuals.

*Keywords:* assessment, ethnic/racial minorities, multicultural neuropsychology, multicultural training, survey

Profound changes in the demographic characteristics of North Americans have led to rising concerns for the valid neuropsychological assessment of ethnic/racial minorities (Hill-Briggs, Evans, & Norman, 2004; Judd et al., 2009; Llorente, 2010; Rivera Mindt, Byrd, Saez, & Manly, 2010; Van Gorp, Myers, & Drake, 2000). According to the most recent U.S. Census, population growth is fastest among ethnic minority individuals, whereas the non-Hispanic White population is growing at a slower rate (Echemendia, 2004; Manly, 2006; U.S. Census Bureau, 2011). As the number of culturally and linguistically diverse people increases, disparities between neuropsychological services provided to ethnic

minority and non-Hispanic White populations have surfaced (Rivera Mindt, Byrd, Saez, & Manly, 2010). As a result, neuropsychologists must contend with the demands of numerous variables, such as ethnicity, age, cultural background, immigration patterns, quality of education, acculturation, bilingualism, and socioeconomic status, among others, when assessing and interpreting the test results of ethnic/racial minority patients (Byrd & Manly, 2005; Byrd, Sanchez, & Manly, 2005; Gasquoine, 1999, 2001, 2009; Heaton, Ryan, & Grant, 2009; Greenfield, 1997; Horton, Carrington, & Lewis-Jack, 2001; Ostrosky-Solís, Gutierrez, & Perez, 2010; Puente & Ardila, 2000; Romero et al., 2009; Vilar-López & Puente, 2010; Wong & Fujii, 2004). Despite the importance of diversity variables to the clinical practice of neuropsychology, little is known about neuropsychologists' multicultural assessment practices and perspectives. To address this gap in the literature, the goal of the current study was to report on current trends in the field of multicultural neuropsychology.

## Challenges and Strategies in Administering Neuropsychological Assessments to Ethnic/Racial Minorities

Key challenges in the neuropsychological assessment of ethnic/racial minorities include appropriate translation and validation of tests, utilization of appropriate norms to assist in the interpretation of raw scores, clinicians' cultural competence, and clinicians' and patients' linguistic proficiency. The validity of translated neuro-

Milushka M. Elbulok-Charcape, Laura A. Rabin, and Amanda T. Spadaccini, Department of Psychology, Brooklyn College and The Graduate Center of The City University of New York; William B. Barr, Comprehensive Epilepsy Program, New York University School of Medicine.

We express our gratitude to the many International Neuropsychology Society and National Academy of Neuropsychology members who completed and returned the survey. We also thank Dr. Desiree A. Byrd for her feedback about multicultural issues at various stages of this project. This project was supported, in part, by Professional Staff Congress-City University of New York Award #63160-00 41.

Correspondence concerning this article should be addressed to Laura A. Rabin, Department of Psychology, Brooklyn College of the City University of New York, 2900 Bedford Avenue, Brooklyn, NY 11210. E-mail: lrabin@brooklyn.cuny.edu

psychological tests has been challenged time and again (Abedi, 2002; Artioly i Fortuny, 2004; Brown, Schinka, Mortimer, & Borenstein Graves, 2003; Horton, Carrington, & Lewis-Jack, 2001; Iverson, 2000; Manly, 2008; Ostrosky-Solís & Lozano, 2007; Portocarrero, Burright, & Donovick, 2007; Van Gorp, Myers, & Drake, 2000). Simply put, many translated instruments are not equivalent to English counterparts. Translations are, at times, literal and lack the sophistication needed to convey regional idiosyncrasies in the target language (Bender, García, & Barr, 2010; Byrd & Manly, 2005; Manly, 2006; Vilar-López & Puente, 2010). Verbatim translations of tests pose additional problems as some phrases cannot be directly translated without changing the meaning of test items and subsequently introducing a scoring bias (Perez-Arce & Puente, 1996). An additional obstacle is the restrictive cost of translating tests in a valid manner (Romero et al., 2009). Finally, neuropsychological tests developed to measure specific constructs in one culture may fail to measure the same constructs when used with individuals of other cultures. Tests created in the United States naturally reflect a U.S. dominant cultural bias, and therefore are inappropriate for populations that do not fit the standardization sample and intended audience of the original measures.

Interpreters can serve as a method to counter the problem of language barriers, yet they must be trained within a neuropsychological context to maintain standardized administration procedures (Romero et al., 2009). Interpreters may be able to educate neuropsychologists about clients' cultural issues, thereby facilitating the exchange between neuropsychologists and clients (Romero et al., 2009; Wong & Fujii, 2004). A host of issues can arise from the use of interpreters, however, such as compromised standardization, haphazard interpreter recruitment, or inadequate qualifications (Artioly i Fortuny, 2004; Byrd & Manly, 2005). Ideally, interpreters should receive extensive training in neuropsychology (Iverson, 2000), but this is not always the case. Because of these shortcomings, a preferred method is to have bilingual psychometrists or neuropsychologists administer translated tests, though the current demand sorely outweighs supply (Brickman, Cabo, & Manly, 2006; Nell, 2004; Romero et al., 2009; Vilar-López & Puente, 2010). Another approach is to administer neuropsychological tests that have been validated for a particular ethnic or racial group. Though attempts have been made to standardize and validate neuropsychological tests for ethnically and linguistically diverse clients (Barr et al., 2009; Bender et al., 2009; Chan et al., 2008; de la Plata et al., 2008; Dick, Teng, Kempler, Davis, & Taussig, 2002; Malloy-Diniz et al., 2008; Ostrosky-Solís & Lozano, 2007), information about the validity of tests for multicultural populations remains unavailable for many instruments (Artioly i Fortuny, 2004; Romero et al., 2009; Wong & Fujii, 2004).

The use of norms in the neuropsychological assessment of ethnic/racial minorities is also challenging. Because norms with adjustments for a number of demographic factors (e.g., age, years residing in the United States, cultural background) can be used to assist in the interpretation of raw scores, normative dataset selection decisions are not straightforward. Although adjustments for some variables such as age and education, are widely accepted, the needs and methods for adjustment for other variables, such as bilingualism, acculturation, and socioeconomic status, are less certain (Gasquoine, 2001). Some researchers question the utility of race/ethnicity-based norms altogether (Brickman et al., 2006; Gas-

quoine, 1999; Manly & Echemendia, 2007; Vilar-López & Puente, 2010), whereas others call for the use of cultural-based norms instead of race-based norms (Boone, Victor, Wen, Razani, & Ponton, 2007). Further, because the use of race-based normative data does not explain the origin of differences between ethnic/racial minorities and other populations, harmful interpretations regarding genetic limitations of ethnic minorities and subsequent misuse may ensue (Gasquoine, 2009; Manly, 2006; Nell, 2004; Romero et al., 2009).

Another approach is the use of regression-based norms, which generate individualized predicted scores based on multiple variables simultaneously. Regression-based norms can be useful in interpreting the cognitive test scores of ethnic/racial minorities, yet limitations arise if assumptions of the multiple regression analyses are violated or if individuals' demographic characteristics fall outside the normative samples' range (Testa, Winicki, Pearlson, Gordon, & Schretlen, 2009). Despite the aforementioned options, many clinicians continue to use norms that are readily available, primarily those derived from assessments of non-Hispanic Whites, when interpreting data from ethnic/racial minorities (Ardila, Rodriguez-Menendez, & Rosselli, 2002; Brickman et al., 2006; Gasquoine, 2009; Wong & Fujii, 2004).

## Neuropsychologists' and Patients' Linguistic Proficiency

Neuropsychologists' and patients' linguistic proficiency is an extremely important component of a neuropsychological assessment. A patient's limited fluency in English can artificially lower neuropsychological test scores; therefore the assessment of individuals' comfort with and fluency in English is critical when conducting evaluations (Judd et al., 2009; Vilar-López & Puente, 2010). If linguistic proficiency is not properly assessed, ethnic/racial minorities who seek treatment yet are not fluent in English will be assessed by English-speaking neuropsychologists, casting doubt on the validity of the assessment (Portocarrero et al., 2007). Assessing a patient's level of fluency is no easy task. The assessment may be based on arbitrary factors such as length of time an individual has resided in the United States, limiting neuropsychologists' ability to draw accurate conclusions (Echemendia & Harris, 2004). Further, neuropsychologists' self appraisal of their own linguistic proficiency in a target language might be inaccurate, also leading to invalid assessments (Artioly i Fortuny, 2004).

## Underrepresentation of Ethnic/Racial Minorities & Multicultural Issues Within Neuropsychology

Challenges in providing services to ethnic/racial minorities go beyond the domain of assessment, as neuropsychologists who identify as ethnic/racial minorities are underrepresented in the field (Echemendia & Harris, 2004; Hill-Briggs et al., 2004; Rivera Mindt et al., 2010). Although the integration of neuropsychologists who identify as ethnic/racial minorities into the field does not guarantee culturally competent assessments, there are important reasons for fostering an ethnically, culturally, and linguistically diverse body of neuropsychologists, including the ability of these individuals to serve as mentors and role models to students and young professionals and their potential to bring new perspectives to theory development and clinical application (Byrd et al., 2010).

Some have argued that increased attention must be paid to multicultural training at the graduate and postgraduate levels (Van Gorp et al., 2000). Though APA requires multicultural training, there is a scarcity of formalized guidelines regarding neuropsychological practice with ethnically diverse clients (American Psychological Association, 2003; Rivera Mindt et al., 2010), and those that exist tend to be brief, offering few practical strategies and failing to provide concrete measures for what constitutes competency (Fastenau, Evans, Johnson, & Bond, 2002; Rivera Mindt et al., 2010). For example, although ethical standards dictate that psychologists are responsible for "having adequate knowledge of the culture of the person they are evaluating" (2.b, 6.a, American Psychological Association, 1993; Ethical Standard 2.01b, American Psychological Association, 2002), "understanding their own cultural perspectives and biases and the potential effect of these on the services rendered" (3.a, American Psychological Association, 1993), and for "having knowledge of the pertinent ethics and requisite training and skills in the use of interpreter and translators before using such services" (VII.3, Department of Health & Human Services, 2002; VII.3, Department of Justice, 2002 as cited in Judd et al., 2009), little has been done to enforce these guidelines within neuropsychology (Fastenau et al., 2002).

### Research Gap Addressed by the Current Study

To our knowledge, the only study to investigate neuropsychological training and practice with an ethnic minority population (i.e., Hispanics) was a 1997 paper-and-pencil survey of 911 members of Division 40 of the American Psychological Association (APA) and the National Academy of Neuropsychology (NAN; Echemendia, Harris, Congett, Diaz, & Puente, 1997). Respondents reported inadequate preparation to work with Hispanics, and less than 50% reported feeling highly competent when assessing Hispanics. Importantly, among the variables most predictive of self-rated competence for working with Hispanics were those related to clinical training (i.e., additional training for work with Hispanic patients, number of Hispanic supervisors during training); moreover, as self-rated competence increased so did the number of Hispanics treated. In terms of ethnic demographics, the majority of contact hours (72%) were reportedly spent with Caucasian individuals and an overwhelming 90% of supervisors identified as Caucasian (Echemendia et al., 1997). Additional findings related to tests administered to monolingual and bilingual clients (Echemendia & Harris, 2004). The majority of respondents reported using published English test versions of a number of neuropsychological tests (e.g., Wisconsin Card Sorting Test, Wechsler Adult Intelligence Scale) to assess bilinguals. For monolingual patients, more than half reported administering published Spanish test versions of the neuropsychological tests, and almost one third reported administering personally translated versions of a particular test. The majority of respondents identified using English language norms with bilinguals. Overall, the study raised important questions about neuropsychologists' preparedness for working with Hispanic individuals using current assessment tools and training models. These trends in neuropsychology were found more than a decade ago, however, limiting present applicability, and they related to Hispanic clients/patients only.

The current study sought to address the lack of research on neuropsychologists' practice with ethnic/racial minorities by surveying their multicultural assessment practices. Our goals were to identify trends in the assessment of ethnic/racial minorities, including the degree to which neuropsychologists work with diverse patients, approaches to interpreting the cognitive scores of ethnic/racial minorities, and challenges associated with assessing ethnic/racial minorities. We also surveyed respondents with regard to their own demographic backgrounds, proficiency in languages other than English, approaches to testing individuals not fluent in English, and training experiences in multicultural neuropsychology.

### Method

#### Participants

This project was part of a larger, 10-year follow-up study of neuropsychologists' test usage practices (Rabin, Barr, & Burton, 2005). Potential participants were 2,178 randomly selected doctorate-level members from the International Neuropsychology Society (INS) or the National Academy of Neuropsychology (NAN) residing in the U.S. or Canada. To select the sample, which represented approximately one third of the combined membership, names from the lists were combined and overlap eliminated. The sample was carefully screened to ensure that the combined list did not contain double entries, members without a doctorate degree, incorrect or invalid addresses, those not practicing clinical neuropsychology, or those deceased.

#### Materials and Procedure

Questionnaire packets consisting of an explanatory letter, questionnaire, and a stamped self-addressed envelope were mailed to all potential participants. Respondents were given the opportunity to complete the paper-and-pencil questionnaire or an equivalent online version. Respondents were informed that the survey was voluntary and that responses would remain confidential and released as summary findings only. Respondents could also request final copies of the report. As a token of appreciation, an $8 eGift card for Starbucks or Amazon was provided and a $2 charitable donation made to one of four organizations of the respondent's choice. A follow-up postcard was sent to all potential respondents four weeks after the initial mailing, and a replacement survey was sent to potential participants who had not yet responded 10 weeks after the initial mailing. To ensure anonymity, every questionnaire mailed was assigned a randomly generated identification number and responses were not directly linked to participants' names. Any identifying information that accompanied the returned questionnaire was removed.

The questionnaire consisted of 73 items covering such topics as participant and practice demographics, test usage within specific cognitive domains, use of parallel test forms, use of ecologically valid tests, forensic practice issues, views about the use of psychometrists, perceived challenges associated with selection and utilization of neuropsychological tests and test data, and use of computerized tests. Ten survey items (2 free response and 8 selected response item formats) related specifically to cultural competence and neuropsychologists' assessment of ethnic/racial minority populations. These included the following: the percentage of professional time spent with ethnic/racial minority individuals,

356                                   ELBULOK-CHARCAPE, RABIN, SPADACCINI, AND BARR

nature and extent of training received in multicultural neuropsy-chology, respondents' proficiency in languages other than English, special approaches to interpreting the test scores of ethnic/racial minorities, approaches to testing individuals not fluent in English, and perceived challenges associated with assessing ethnic/racial minority patients. The multicultural items were developed based on a careful review of the literature related to multicultural neuropsychology (discussed above). In addition, we solicited and received feedback from multicultural experts in neuropsychology and questions were refined based on their suggestions.

## Results

Respondents were 512 doctorate-level psychologists, representing a 25.7% usable response rate after accounting for 68 surveys returned with incorrect addresses and discarding the data from 87 potential respondents who either returned the survey blank or were ineligible because of not possessing a doctoral degree. Fifty-four percent of respondents ($n = 277$) were female, and the average participant reported practicing neuropsychology for approximately 14.8 years ($SD = 9.7$). The average respondent reported spending approximately 59% of his or her professional time conducting neuropsychological assessments followed by psychotherapy (11%), with less time devoted to research, clinical training, rehabilitation/cognitive remediation, teaching, service in professional organizations, and "other" activities. In terms of work setting in which respondents performed their neuropsychological work, the majority of respondents (60%) identified private or group practice, with medical hospitals (32%), and rehabilitation facilities (15%) proving common as well.

Ninety-one percent of respondents ($n = 464$) identified as "White," an overwhelming majority, whereas 9% of respondents identified as non-White or of mixed ethnicity (see Table 1). The breakdown for percentage of professional time spent with specific populations was more diverse. Respondents reported spending the majority (66%) of their professional time with White patients/clients followed by African Americans, Hispanic or Latinos, and Asians (see Table 1).

Seventy-two percent ($n = 366$) of respondents reported receiving training in the neuropsychological assessment of ethnic/racial minority populations or multicultural neuropsychology. The most frequent levels where training was received were as follows: the graduate/doctoral level (63.8% of respondents), the postdoctoral/fellowship/residency level (56.7% of respondents), at the level of continuing education/workshops/CME/CEU (19.7% of respondents), internships (12.8% of respondents), and conferences (2.9%

of respondents). Respondents also reported the type of multicultural training received. Frequent types of training included the following: formal didactics (52.5% of respondents), conference presentations (38.0% of respondents), assigned readings (31.4% of respondents), case conferences (21.6% of respondents), consultation with colleagues (21.3% of respondents), and group discussion (20.5% of respondents).

A minority of respondents indicated that they performed neuropsychological assessments in a language other than English ($n = 78$), with 11 of those reporting two languages other than English (total number of responses $= 89$), with a total of 18 languages represented. Level of fluency in those languages was as follows: native proficiency/bilingualism (40.7%), limited working proficiency (34.9%), and full professional proficiency (24.4%). The four most frequent languages, aside from English, in which assessments were conducted were Spanish ($n = 47$), French ($n = 13$), Hebrew ($n = 4$), and American Sign Language ($n = 4$). Additional languages endorsed by fewer than four respondents included Portuguese ($n = 3$), Italian ($n = 3$), Arabic ($n = 2$), German ($n = 2$), Russian ($n = 2$), Persian/Farsi ($n = 1$), Swedish ($n = 1$), Tagalog ($n = 1$), Finnish ($n = 1$), Japanese ($n = 1$), Chinese ($n = 1$), Cantonese ($n = 1$), Korean ($n = 1$), and Danish ($n = 1$).

When asked "If a patient seeking neuropsychological assessment is not fluent in English, what typically follows in your practice?" most neuropsychologists reported opting for a referral to a neuropsychologist fluent in the patient's language (69%), use of an interpreter (41%), and administering tests designed to be culturally unbiased, such as nonverbal tests (27%). Table 2, Part A presents the steps taken when a client is not fluent in English. The most frequently listed "other" steps taken were: use of tests designed for the specific ethnic/linguistic group and reliance on behavioral and observational data or information derived from the clinical interview.

More than half the respondents ($n = 346$) indicated using special approaches to interpreting cognitive scores of ethnic/racial minorities. As shown in Table 2, Part B, the most frequently endorsed items were as follows: separate norms based on a normative group that most closely matches the patient's race/ethnicity or cultural experience (in the absence of appropriate norms); education-corrected norms (e.g., adjust cognitive test scores for differences in years of education); and adjusted cognitive test scores for differences in educational experience (e.g., using estimates of quality of education such as reading recognition).

Table 1
*Racial/Ethnic Designations*

| Race/ethnicity | Neuropsychologists' race/ethnicity ($n = 510$) % of respondents | Time spent with specific populations ($n = 497$) % of professional time |
|---|---|---|
| White | 91.0 | 65.7 |
| Latino or Hispanic | 3.3 | 11.7 |
| Mixed Ethnicity | 2.4 | 0.0 |
| Asian | 2.2 | 4.2 |
| Black or African American | 1.0 | 15.7 |
| Native Hawaiian/Pacific Islander | 0.2 | 0.5 |
| Native American/American Indian | 0.0 | 1.2 |

Table 2
*Approaches to Working With Ethnic/Racial Minority Individuals*

| Approach | n | % of responses |
|---|---|---|
| Part A: Steps taken when patient/client is not fluent in English (n = 491) | | |
| Referral to a neuropsychologist fluent in the patient's language | 337 | 68.6 |
| Use of an interpreter | 199 | 40.5 |
| Administer tests designed to be culturally unbiased | 129 | 26.8 |
| Use of a bilingual technician/psychometrist | 47 | 9.6 |
| Other | 37 | 7.5 |
| Administer a translated version of the test(s) | 24 | 4.9 |
| Part B: Approaches to interpret ethnic/racial minority test scores (n = 346) | | |
| Separate norms that match patient's race/ethnicity or cultural experience | 285 | 82.4 |
| Education-corrected norms | 157 | 45.4 |
| Adjusted cognitive test scores | 79 | 22.8 |
| Other | 27 | 7.8 |
| Regression-based normative techniques | 14 | 4.0 |

*Note.* Percentage values do not total 100% because many respondents endorsed two responses.

As shown in Table 3, respondents reported that the following were the greatest challenges associated with the assessment of ethnic minorities: lack of appropriate norms, lack of appropriate tests, and difficulty finding a colleague to whom the patient could be referred or who could be consulted. Respondents also reported a variety of other challenges not listed on the questionnaire, including the following: heterogeneity of members within ethnic/racial designations leading to difficulty applying normative data; difficulty in accessing care for patients (e.g., transportation, insurance); lack of ecological validity of assessments; and lack of consensus within the INS, NAN, and APA in terms of best approach to the assessment of ethnic/racial minorities.

### Discussion

To our knowledge, the present study is the first to survey neuropsychologists' trends in the assessment of ethnic and racially diverse populations as well as the representation of ethnic/racial minorities within the field itself. Survey results, which included data from 512 doctorate-level neuropsychologists residing in the United States or Canada affiliated with NAN or INS, are discussed and interpreted below.

### Representation of Ethnic/Racial Minorities Within Neuropsychology

Although the percentage of ethnic minorities in the United States has expanded greatly in the last decade, less than 10% of neuropsychologists in the current study identified as ethnic minorities, and no respondent self-identified as Native American/American Indian. The overwhelming majority of neuropsychologists surveyed identified as White. The need for diversity in the field of neuropsychology is crucial. As highlighted by members of the 2008 Multicultural Problem Solving Summit, various obstacles, which are a reflection or larger systemic issues, might deter mi-

nority individuals from pursuing or achieving a career in neuropsychology (Byrd et al., 2010). These issues include lack of an educational pipeline (e.g., limited exposure to the field of neuropsychology at the undergraduate level, limited funding for ethnic minorities who wish to study neuropsychology, rigid GRE cutoff scores for graduate school admittance, problems with graduate school retention rates (for various reasons including limited social support networks, limited contact with minority faculty/mentors, and limited multicultural training opportunities), a history of mistrust of psychology as a profession, and the continued effects of racism more generally (Byrd et al., 2010; Rivera Mindt et al., 2010; Romero et al., 2009). Issues related to socioeconomic status also may prevent ethnic/racial minorities from entering the field of neuropsychology because of the need to enter the workforce early to pay back student loans or contribute to the financial needs of the household.

Although initiatives to counter this problem can be labor-intensive and expensive, important goals include minority recruitment instituted at the undergraduate level, exposure to neuropsychology at an early grade (even in high school), participation in research and applied experiences with ethnically diverse individuals, greater financial incentives for those entering neuropsychology doctoral programs, creation of doctoral program outreach targeted at ethnic minorities, and increased exposure to ethnically diverse mentors and training opportunities (Byrd et al., 2010; Fastenau et al., 2002). As part of these efforts, it is important to keep in mind that ethnic identification alone does not guarantee multicultural competence and sensitivity. Therefore, attempts to develop and maintain multicultural competencies must target neuropsychologists at all levels training and practice (including through reading, participation in workshops, peer supervision, conference presentations, etc.). It might be useful to highlight or reward specific training programs that demonstrate excellence in multicultural teaching, practice, and research. Finally, multicultural efforts also should focus on increasing minority representation in neuropsychological research.

### Multicultural Content Issues

Results revealed that neuropsychologists provide their services to a wide range of ethnic/racial minorities, roughly one third of all the assessments, most commonly with Black or African Americans

Table 3
*Perceived Challenges Associated With the Assessment of Ethnic/Racial Minorities*

| Neuropsychologists' challenges (n = 499) | n | % of responses |
|---|---|---|
| Lack of appropriate norms | 337 | 67.5 |
| Lack of appropriate tests | 214 | 42.9 |
| Difficulty finding a colleague to whom the patient can be referred or who can be consulted | 177 | 35.5 |
| Lack of trained neuropsychologists or psychometrists | 98 | 19.6 |
| Lack of training opportunities | 43 | 8.6 |
| Other | 16 | 3.2 |

*Note.* Percentage values do not total 100% because many respondents endorsed two challenges.

and Hispanic or Latino individuals. Yet nearly one third of respondents reported receiving no multicultural training to work with ethnic/racial minorities. The reported format of multicultural training was quite diverse including various formal and informal methods. Moreover, while most respondents received such training at the graduate or postdoctoral levels, a sizable number attained multicultural training during their professional practice, through continuing education or self-education. These findings suggest that multicultural training within neuropsychological education at the doctoral and postdoctoral levels may be insufficient or inconsistently administered although the APA presently requires such training. As others have noted, to ensure the quality of multicultural training, exposure through formal training with clients from specific cultural backgrounds should begin early, with rigorous training implemented and questions pertaining to culture and neuropsychology included in proficiency exams to obtain one's doctorate, licensure, and subsequent board certification (Allison, Echemendia, Crawford, & Robinson, 1996; Rivera Mindt et al., 2010). For additional suggestions related to ensuring multicultural competence the reader is referred to Fastenau et al. (2002); Judd et al. (2009); Rivera Mindt et al. (2010), and Romero et al. (2009).

## Linguistic Proficiency

Despite the growing need, only 15% ($n = 78$) of respondents reportedly administer tests in languages other than English. The range of languages in which neuropsychologists offered their services was varied, though Spanish was the most common. This finding is not surprising given the number of Latinos currently residing and seeking services in North America. Of those who carried out assessments in a language other than English, 41% indicated managing the foreign language at a native/bilingual proficiency, whereas a considerable number (35%) indicated proficiency at a limited level. Thus, some neuropsychologists offering their services in a language other than English may not have adequate training in the target language. This trend may be more pronounced in urban areas, where the ethnic composition is more varied and the demand for ethnic/racial minority evaluations higher. As mentioned above, Ethical Standards of the APA require sufficient training in the target language on the part of the neuropsychologist and psychometrist, though such guidelines are not regularly enforced (Judd et al., 2009). Given the potential for invalid assessments, the issue of linguistic proficiency warrants further attention in professional neuropsychological discourse.

## Methods and Obstacles in Providing Neuropsychological Services to Diverse Clients

The two most common steps reportedly taken when working with a client not fluent in English were referral to a qualified neuropsychologist who speaks the client's language and use of an interpreter during the neuropsychological assessment. A few points regarding these results warrant mention. A referral might be problematic, at times impossible, because of a shortage of neuropsychologists who speak a language other than English. Additionally, using an interpreter does not address validity or standardization issues and can present a number of drawbacks as noted above (e.g., compromised standardization, inadequate qualifications).

These various constraints may hinder the timely neuropsychological assessment of ethnic/racial minorities.

More than half of respondents indicated using special approaches to interpret the cognitive scores of ethnic/racial minorities. Respondents mostly reported using separate norms based on a normative group that most closely matches the patient's race/ethnicity or cultural background and experience and education-corrected norms (Table 2, Part B). The implication is that race/ethnicity and subsequent exposure (or lack thereof) to certain variables affects adult neuropsychological performance, though as mentioned above the potential impact of variables such as bilingualism, acculturation, and socioeconomic status remains uncertain. In addition, two obstacles for the generation of norms remain: ethnic/racial classifications given the ambiguous definitions of race and ethnicity commonly used and intragroup heterogeneity within existing pan-ethnic group labels (Fastenau, Evans, Johnson, & Bond, 2002; Ponton & Ardila, 1999). Specifically, researchers use a variety of methods to determine the ethnicity/race of participants (i.e., phenotypic characteristics, cultural classification, self-identification), making it difficult to compare findings across normative studies. It is encouraging that many respondents spontaneously reported using "other" approaches to interpreting the test scores of ethnic/racial minority individuals. Commonly reported methods were use of age norms, use of clinical judgment/subjective clinical interpretation of data, qualitative approach, process approach, and use of regular norms with cautionary statement in the report. Interestingly, a few ($n = 5$) neuropsychologists stated that they do not see clients of ethnically diverse backgrounds, given the lack of valid neuropsychological tests. This finding is problematic given demographic projections, but calls attention to a problem within the field that lacks a clear solution.

Findings also revealed a number of challenges associated with assessment of ethnic/racial minorities. Respondents reported lack of appropriate norms, lack of appropriate tests, and difficulty findings referral sources or consulting colleagues, as the three greatest challenges (see Table 3). Interestingly, the Board of Directors of the American Academy of Clinical Neuropsychologists (AACN) set forth formalized practice guidelines regarding cultural issues and stated that when working with ethnically and racially diverse clients, neuropsychologists should first refer to better qualified colleagues, assess potential harm when said referrals are declined, and attempt to compensate for these limitations through consultation with colleagues or research literature (Board of Directors, American Academy of Clinical Neuropsychologists, 2007). Our results suggest that it is often difficult to adhere to such guidelines. It is notable that respondents spontaneously reported additional challenges that reflect unresolved issues without easy solutions such as lack of ecological validity of assessments and heterogeneity of members within ethnic/racial designations leading to difficulty applying normative data. Not surprisingly, others have identified issues such as cultural heterogeneity and inordinate linguistic variation within ethnic categorizations as challenges to assessment and accurate interpretation of minority individuals' neuropsychological assessment data (Gasquoine, 1999, 2009; Perez-Arce & Puente, 1996; Pontón & Ardila, 1999; Puente & Ardila, 2000; Vilar-López & Puente, 2010; Wong & Fujii, 2004). Although these descriptive data cannot offer solutions, they do illuminate the multitude of challenges associated with multicul-

tural assessment, and speak to the need for greater efforts toward their resolution.

Going forward, research must focus on assessing the reliability, construct validity, and diagnostic validity of neuropsychological tests across ethnic/racial/linguistic/cultural groups. Recent examples of such attempts include investigations of whether neuropsychological tests translated into languages other than English are equivalent in construct measurement across groups (Siedlecki et al., 2010; Tuokko et al., 2009). Other efforts have focused on translating and culturally adapting existing measures for use in populations other than those for which they were developed—with attention to reliability and validity issues (Pereira, Oliveira, Diniz, Forlenza, & Yassuda, 2010) and the development of regression-based norms (Vlahou et al., 2013). According to Bender, García, and Barr (2010), attempts at translating and adapting neuropsychological tests should focus on matching the sociocultural relevance of the foreign-language target texts rather than achieving formal linguistic equivalence with existing English source texts; this is undoubtedly a challenging task, especially for target cultures/languages with great dialectal variation. A potentially useful suggestion by Vlahou and colleagues (2013) is to share the burden of culturally relevant translation and test development efforts among countries with language and cultural commonalities. Ultimately, the success of these varied efforts will depend upon the coordinated effort of individual researchers, research teams, and professional neuropsychological organizations and would require sufficient funding, which presently is lacking.

## Limitations and Conclusions

Despite efforts to encourage participation in our study (i.e., reminders, incentives), the response rate was 26%, and a higher response rate would have been desirable. However, our participants were similar to participants in another recent neuropsychological survey (Sweet, Meyer, Nelson, & Moberg, 2011) in terms of basic demographic and practice-related characteristics (including age, gender, degree type, ethnicity, and age range of patient population served). The Sweet et al. study surveyed 1685 professionals considered representative of U.S. clinical neuropsychologists.

With regard to the low percentage of respondents who identified as ethnic/racial minorities, it is possible that neuropsychologists of underrepresented status were less likely to complete the lengthy questionnaire because of time constraints, heavier workloads, or not being members of NAN and INS, though these explanations are speculative. In future survey work, in addition to selecting members of INS and NAN for participation, we would also target members of societies and professional organizations with a multicultural emphasis (e.g., Hispanic Neuropsychological Society, APA Division 45, Association of Black Psychologists). Further, although the authors used random selection to select NAN and INS members, we were unable to include the membership list of APA Division 40 (as it was unavailable to us). Therefore, we may have overlooked some neuropsychologists with strong research or academic orientations. In other words, respondents to this survey are likely a sample of neuropsychologists who demonstrate a high level of commitment to the clinical aspects of the field and who therefore may be more in-tuned with the challenges inherent to assessing ethnic/minority individuals. Had respondents been se-

lected from a truly random sample, results may have differed in terms of how many individuals used special approaches to test scores, the nature and extent of multicultural training, and other practice-related matters.

Another limitation relates to the format of the questions. The forced choices offered, at times, appeared restrictive to some respondents and many insightful comments were made as side notes to fully explain responses. A number of respondents expressed that certain response options offered on the questionnaire were ideal, but unrealistic. An open-ended format to all questions or qualitative approach may be warranted to investigate multicultural issues within the field more extensively. For example, one might inquire about the perceived quality of multicultural training experiences or about instruments used most frequently with specific cultural or linguistic subgroups and the rationale for such test usage decisions. Another area of inquiry would explore intracultural diversity (e.g., the idea that "Whites" as a cultural group have significant intracultural variability and therefore it is problematic to treat all test data from non-Hispanic White individuals as the same). Finally, the multicultural questions presented in this article were part of a larger study; because of space constraints, we were limited the number of questions posed about multicultural practice issues and we were also unable to solicit feedback about ways to improve multicultural competence within the field.

Overall, our findings confirm what others have observed in recent decades—that ethnic/racial minorities are underrepresented in the field of neuropsychology, that lack of appropriate norms, tests, and referral sources are perceived challenges associated with assessment of ethnic/racial minorities, and that some are conducting assessments in foreign languages despite limited proficiency. Although the practice of clinical neuropsychology is rooted in psychometric assessment and appropriate use of normative information, test translation and validation for various groups have been slow to emerge. Continued viability of neuropsychology depends on the ability to assess and treat diverse individuals in a sensitive, responsible, and valid manner; therefore, future efforts in neuropsychology must work diligently to increase multicultural awareness and competence. To this end, changes in multicultural training and education endeavors, which have begun to occur primarily at the graduate and postgraduate levels, must continue and expand to reverse the aforementioned trends.

## References

Abedi, J. (2002). Standardized achievement tests and English language learners: Psychometric issues. *Educational Assessment, 8,* 231–257. doi:10.1207/S15326977EA0803_02

Allison, K. W., Echemendia, R. J., Crawford, I., & Robinson, W. L. (1996). Predicting cultural competence: Implications for practice and training. *Professional Psychology: Research and Practice, 27,* 386–393. doi: 10.1037/0735-7028.27.4.386

American Psychological Association. (1993). Guidelines for providers of psychological services to ethnic, linguistic, and culturally diverse populations. *American Psychologist, 48,* 45–48. doi:10.1037/0003-066X.48 .1.45

American Psychological Association. (2002). *Ethical principles of psychologists and code of conduct.* Retrieved fromAmerican Psychological Association. (2002). Ethical principles of http://www.apa.org/ethics/ code2002.html

American Psychological Association. (2003). Guidelines on multicultural education, training, research, practice, and organizational change for

psychologists. *American Psychologist, 58,* 377–402. doi:10.1037/0003-066X.58.5.377

Ardila, A., Rodriguez-Menendez, G., & Rosselli, M. (2002). Current issues in neuropsychological assessment with Hispanics/Latinos. In F. R. Ferraro (Ed.), *Minority and cross-cultural aspects of neuropsychological assessment* (pp. 161–179). Lisse, The Netherlands: Swets & Zeitlinger Publishers.

Artioly i Fortuny, L. (2004). Perspectives in cross-cultural neuropsychology: Language, low education, and illiteracy. In J. H. Ricker (Ed.), *Differential diagnosis in adult neuropsychological assessment* (pp. 66–107). New York, NY: Springer

Barr, W. B., Bender, H. A., Morrison, C., Cruz-Laureano, D., Vazquez, B., & Kuzniecky, R. (2009). Diagnostic validity of a neuropsychological test battery for Hispanic patients with epilepsy. *Epilepsy & Behavior, 16,* 479–483. doi:10.1016/j.yebeh.2009.08.030

Bender, H. A., Cole, J. R., Aponte-Samalot, M., Cruz-Laureano, D., Myers, L., Vazquez, B., & Barr, W. B. (2009). Construct validity of the Neuropsychological Screening Battery for Hispanics (NeSBHIS) in a neurological sample. *Journal of the International Neuropsychological Society, 15,* 217–224. doi:10.1017/S1355617709090250

Bender, H. A., García, A., & Barr, W. B. (2010). An interdisciplinary approach to neuropsychological test construction: Perspectives from translation studies. *Journal of the International Neuropsychological Society, 16,* 227–232. doi:10.1017/S1355617709991378

Board of Directors, American Academy of Clinical Neuropsychologists. (2007). American Academy of Clinical Neuropsychologists (AACN) practice guidelines for neuropsychological assessment and consultation. *The Clinical Neuropsychologist, 21,* 209–231. doi:10.1080/13825586601025932

Boone, K. B., Victor, T. L., Wen, J., Razani, J., & Ponton, M. (2007). The association between neuropsychological scores and ethnicity, language, and acculturation variables in a large patient population. *Archives of Clinical Neuropsychology, 22,* 355–365. doi:10.1016/j.acn.2007.01.010

Brickman, A. M., Cabo, R., & Manly, J. J. (2006). Ethical issues in cross-cultural neuropsychology. *Applied Neuropsychology, 13,* 91–100. doi:10.1207/s15324826an1302_4

Brown, L. M., Schinka, J. A., Mortimer, J. A., & Borenstein Graves, A. (2003). 3MS Normative data for elderly African Americans. *Journal of Clinical and Experimental Neuropsychology, 25,* 234–241. doi:10.1076/jcen.25.2.234.13643

Byrd, D. A., & Manly, J. J. (2005). Cultural considerations in the neurological assessment of older adults. In S. S. Bush & T. A. Martin (Eds.), *Geriatric neuropsychology: Practice essentials* (pp. 115–139). Philadelphia, PA: Taylor & Francis.

Byrd, D., Razani, J., Suarez, P., LaFosse, J. M., Manly, J., & Attix, D. K. (2010). Diversity Summit 2008: Challenges in the recruitment and retention of ethnic minorities in neuropsychology. *The Clinical Neuropsychologist, 24,* 1279–1291. doi:10.1080/13854046.2010.521769

Byrd, D. A., Sanchez, D., & Manly, J. J. (2005). Neuropsychological test performance among Caribbean-born and U. S.-born African American elderly: The role of age, education and reading level. *Journal of Clinical and Experimental Psychology, 27,* 1056–1069. doi:10.1080/13803390490919353

Chan, R. C. K., Wang, Y., Deng, Y., Zhang, Y., Yiao, X., & Zhang, C. (2008). The development of a Chinese equivalence version of Letter-Number Span Test. *The Clinical Neuropsychologist, 22,* 112–121. doi:10.1080/13825580601025957

de la Plata, C. M., Vicioso, B., Hynan, L., Evans, H. M., Diaz-Arrastia, R., Lacritz, L., & Cullum, C. M. (2008). Development of the Texas Naming Test: A test for Spanish speakers. *The Clinical Neuropsychologist, 22,* 288–304. doi:10.1080/13854040701250470

Dick, M. B., Teng, E. L., Kempler, D., Davis, D. S., & Taussig, M. (2002). The cross-cultural neuropsychological test battery (CCNB): Effects of

age, education, ethnicity, and cognitive status on performance. In F. F. Richard (Ed.), *Minority and cross-cultural aspects of neuropsychological assessment* (pp. 17–41). Lisse, The Netherlands: Swets & Zeitlinger Publishers.

Echemendia, R. J. (2004). Cultural diversity and neuropsychology: An uneasy relationship in a time of change. *Applied Neuropsychology, 11,* 1–3. doi:10.1207/s15324826an1101_1

Echemendia, R. J., & Harris, J. G. (2004). Neuropsychological test use with Hispanic/Latino populations in the United States: Part II of a national survey. *Applied Neuropsychology, 11,* 4–12. doi:10.1207/s15324826an1101_2

Echemendia, R., Harris, J. G., Congett, S. M., Diaz, M. L., & Puente, A. E. (1997). Neuropsychological training and practices with Hispanics: A national survey. *Clinical Neuropsychologist, 11,* 229–243. doi:10.1080/13854049708400451

Fastenau, P. S., Evans, J. D., Johnson, K. E., & Bond, G. R. (2002). Multicultural training in clinical neuropsychology. In F. F. Richards (Ed.), *Minority and cross-cultural aspects of neuropsychological assessment* (pp. 345–373). Lisse, The Netherlands: Swets & Zeitlinger Publishers.

Gasquoine, P. G. (1999). Variables moderating cultural and ethnic differences in neuropsychological assessment: The case of Hispanic Americans. *Clinical Neuropsychologist, 13,* 376–383. doi:10.1076/clin.13.3.376.1735

Gasquoine, P. G. (2001). Research in clinical neuropsychology with Hispanic American participants: A review. *The Clinical Neuropsychologist, 15,* 2–12. doi:10.1076/clin.15.1.2.1915

Gasquoine, P. G. (2009). Race-norming of neuropsychological tests. *Neuropsychology Review, 19,* 250–262. doi:10.1007/s11065-009-9090-5

Greenfield, P. M. (1997). You can't take it with you: Why ability assessments don't cross cultures. *American Psychologist, 52,* 1115–1124. doi:10.1037/0003-066X.52.10.1115

Heaton, R. K., Ryan, L., & Grant, I. (2009). Demographic influences and use of demographically corrected norms in neuropsychological assessment. In I. Grant, & K. M. Adams (Eds.), *Neuropsychological assessment of neuropsychiatric and neuromedical disorders* (3rd ed., pp. 127–155). New York, NY: Oxford University Press.

Hill-Briggs, F., Evans, J., & Norman, M. A. (2004). Racial and ethnic diversity among trainees and professionals in psychology and neuropsychology: Needs, trends, and challenges. *Applied Neuropsychology, 11,* 13–22. doi:10.1207/s15324826an1101_3

Horton, A. M., Carrington, C. H., & Lewis-Jack, O. (2001). Neuropsychological assessment in a multicultural context. In L. A. Suzuki, J. G. Ponteretto, & P. J. Meller (Eds.), *Handbook of multicultural assessment: Clinical, psychological, and educational applications* (2nd ed., pp. 433–460). San Francisco, CA: Jossey-Bass.

Iverson, G. L. (2000). Neuropsychological evaluations of Asian linguistic minorities in mild injury litigation. *American Journal of Forensic Psychology, 18,* 63–83.

Judd, T., Capetillo, D., Carrión-Baralt, J., Marmol, L. M., San Miguel-Montes, L., Navarrete, M. G., . . . Valdes, J. (2009). Professional considerations for improving the neuropsychological evaluation of Hispanics: A National Academy of Neuropsychology education paper. *Archives of Clinical Neuropsychology, 24,* 127–135. doi:10.1093/arclin/acp016

Llorente, A. M. (2010). *Principles of neuropsychological assessment with Hispanics: Theoretical foundations and clinical practice.* New York, NY: Springer.

Malloy-Diniz, L. F., Leite, W. B., de Moraes, P. H. P., Correa, H., Bechara, A., & Fuentes, D. (2008). Brazilian Portuguese version of the Iowa Gambling Task: Transcultural adaptation and discriminant validity. *Revista Brasileira de Psiquiatria, 30,* 144–148. doi:10.1590/S1516-44462008005000009

Manly, J. J. (2006). Cultural issues. In D. K. Attix & K. A. Welsh-Bohmer (Eds.), *Geriatric neuropsychology: Assessment and intervention* (pp. 198–222). New York, NY: The Guilford Press.

Manly, J. J. (2008). Critical issues in cultural neuropsychology: Profit from diversity. *Neuropsychology Review, 18,* 179–183. doi:10.1007/s11065-008-9068-8

Manly, J. J., & Echemendia, R. J. (2007). Race-specific norms: Using the model of hypertension to understand issues of race, culture, and education in neuropsychology. *Archives of Clinical Neuropsychology, 22,* 319–325. doi:10.1016/j.acn.2007.01.006

Nell, V. (2004). Translation and test administration techniques to meet the assessment needs of ethnic minorities, migrants, and refugees. In G. Goldstein, S. R. Beers, & M. Hersen (Eds.), *Comprehensive handbook of psychological assessment, Vol. 1: Intellectual and neuropsychological assessment* (pp. 333–338). Hoboken, NJ: Wiley.

Ostrosky-Solís, F., Gutierrez, A. L., & Perez, M. E. G. (2010). Cultura, escolaridad y edad en la valoración neuropsicológica. *Revista Mexicana de Psicología, 27,* 285–291.

Ostrosky-Solís, F., & Lozano, A. (2007). Neuropsychological assessment in Spanish speaking population. In L. S. Boyar (Ed.), *New psychological tests and testing research* (pp. 157–172). Hauppauge, NY: Nova Science Publishers.

Pereira, F. S., Martini Oliveira, A., Satler Diniz, B., Forlenza, O. V., & Sanches Yassuda, M. (2010). Cross-cultural adaptation, reliability and validity of the DAFS-R in a sample of Brazilian older adults. *Archives of Clinical Neuropsychology, 25,* 335–343. doi:10.1093/arclin/acq029

Perez-Arce, P., & Puente, A. (1996). Neuropsychological assessment of ethnic-minorities: The case of assessing Hispanics living in North America. In R. J. Sbordone & C. J. Long (Eds.), *Ecological validity of neuropsychological testing* (pp. 283–300). Boca Raton, FL: St. Lucie Press.

Pontón, M. O., & Ardila, A. (1999). The future of neuropsychology with Hispanic populations in the United States. *Archives of Clinical Neuropsychology, 14,* 565–580. doi:10.1016/S0887-6177(99)00006-2

Portocarrero, J. S., Burright, R. G., & Donovick, P. J. (2007). Vocabulary and verbal fluency of bilingual and monolingual college students. *Archives of Clinical Neuropsychology, 22,* 415–422. doi:10.1016/j.acn.2007.01.015

Puente, A. E., & Ardila, A. (2000). Neuropsychological assessment of Hispanics. In E. Fletcher-Janzen, T. L. Strickland, & C. R. Reynolds (Eds.), *Handbook of cross-cultural neuropsychology* (pp. 87–104). Dordrecht, The Netherlands: Kluwer Academic Publishers. doi:10.1007/978-1-4615-4219-3_7

Rabin, L. A., Barr, W. B., & Burton, L. A. (2005). Assessment practices of clinical neuropsychologists in the United States and Canada: A survey of INS, NAN, and APA Division 40 members. *Archives of Clinical Neuropsychology, 20,* 33–65. doi:10.1016/j.acn.2004.02.005

Rivera Mindt, M., Byrd, D., Saez, P., & Manly, J. (2010). Increasing culturally competent neuropsychological services for ethnic minority populations: A call to action. *The Clinical Neuropsychologist, 24,* 429–453. doi:10.1080/13854040903058960

Romero, H. R., Lageman, S. K., Kamath, V., Farzin, I., Sim, A., Suarez, P., & Manly, J. J. (2009). Challenges in the neuropsychological assessment of ethnic minorities: Summit proceedings. *The Clinical Neuropsychologist, 23,* 761–779. doi:10.1080/13854040902881958

Siedlecki, K. L., Manly, J. J., Brickman, A. M., Schupf, N., Tang, M., & Stern, Y. (2010). Do neuropsychological tests have the same meaning in Spanish speakers as they do in English speakers? *Neuropsychology, 24,* 402–411. doi:10.1037/a0017515

Sweet, J. J., Meyer, D. G., Nelson, N. W., & Moberg, P. J. (2011). The TCN/AACN 2010 "Salary Survey": Professional practices, beliefs, and incomes of U.S. Neuropsychologists *The Clinical Neuropsychologist, 25,* 12–61. doi:10.1080/13854046.2010.544165

Testa, S. M., Winicki, J. M., Pearlson, G. D., Gordon, B., & Schretlen, D. J. (2009). Accounting for estimated IQ in neuropsychological test performance with regression-based techniques. *Journal of the International Neuropsychological Society, 15,* 1012–1022. doi:10.1017/S1355617709990713

Tuokko, H. A., Chou, P. H. B., Bowden, S. C., Simartd, M., Ska, B., & Crossley, M. (2009). Partial measurement equivalence of French and English versions of the Canadian Study of Health and Aging neuropsychological battery. *Journal of the International Neuropsychological Society, 15,* 416–425. doi:10.1017/S1355617709090602

U.S. Census Bureau. (2011). *Table 6. Resident population by sex, race, and Hispanic-origin status: 2000 to 2009.* Washington, DC: U.S. Census Bureau. Retrieved from http://www.census.gov/compendia/statab/2011/tables/11s0006.pdf

Van Gorp, W. G. Myers, H. F., & Drake, E. B. (2000). Neuropsychology training: Ethnocultural considerations in the context of general competency training. In E. Fletcher-Janzen, T. L. Strickland, & C. R. Reynolds (Eds.), *Handbook of cross-cultural neuropsychology* (pp. 19–27). Dordrecht, The Netherlands: Kluwer Academic Publishers.

Vilar-López, R., & Puente, A. E. (2010). Forensic neuropsychological assessment of members of minority groups: The case for assessing Hispanics. In A. M. Horton & L. C. Hartlange (Eds.), *Handbook of forensic neuropsychology* (2nd ed., pp. 309–331). New York, NY: Springer

Vlahou, C. H., Kosmidis, M. H., Dardagani, A., Tsotsi, S., Giannakou, M., Giazkoulidou, A., Zervoukadis, E., & Pontikakis, N. (2013). Development of the Greek Verbal Learning Tests: Reliability, construct validity, and normative standards. *Archives of Clinical Neuropsychology, 28,* 52–64. doi:10.1093/arclin/acs099

Wong, T. M., & Fujii, D. E. (2004). Neuropsychological assessment of Asian Americans: Demographic factors, cultural diversity, and practical guidelines. *Applied Neuropsychology, 11,* 23–36. doi:10.1207/s15324826an1101_4