# EXHIBIT 20



ELSEVIER

Archives of Clinical Neuropsychology 22 (2007) 319–325

Archives of CLINICAL NEUROPSYCHOLOGY

# Race-specific norms: Using the model of hypertension to understand issues of race, culture, and education in neuropsychology

Jennifer J. Manly [a,*], Ruben J. Echemendia [b]

[a] *Taub Institute for Research on Alzheimer's Disease and the Aging Brain and the Department of Neurology, Columbia University Medical Center, NY, USA*
[b] *Psychological and Neurobehavioral Associates, Inc., State College, PA, USA*

**Abstract**

Development of appropriate and clear guidelines for proper use of neuropsychological tests among ethnic minorities is a current and significant challenge. Although development of race/ethnicity-specific norms is popular, it is also controversial. Some have argued that these norms will improve the sensitivity and specificity of neuropsychological measures in detecting cognitive impairment. However, two major arguments have surfaced that: (1) race-specific norms ignore underlying cultural and educational factors for which race serves as a proxy, and (2) setting "more lenient" cutoffs for impairment among ethnic minorities denies these groups needed services. In this paper, we argue that recent research on hypertension reveals a number of crucial lessons for neuropsychologists who are struggling with this issue. The model of hypertension is helpful in understanding issues of construct validity in neuropsychological testing, and is also helpful in revealing possible underlying causes of poor cognitive test performance for which race serves as a proxy.
© 2007 National Academy of Neuropsychology. Published by Elsevier Ltd. All rights reserved.

*Keywords:* Neuropsychological assessment; Test norms; Racial and ethnic differences; Educational quality

The lack of empirically based guidelines for use of neuropsychological tests among ethnic minorities is a current and significant challenge for neuropsychologists in the United States. Despite recent and projected growth in racial and ethnic diversity, the most commonly used cognitive measures have been validated only among non-Hispanic, English-speaking Whites (Manly & Jacobs, 2001). One of the most popular, and yet controversial, response to this challenge is the development of race/ethnicity-specific normative standards. To date, normative data from several sources have been developed and published for African Americans and Hispanics who speak English and/or Spanish (see Artiola i Fortuny, Hermosillo, Heaton, & Pardee, 2000; Heaton, Miller, Taylor, & Grant, 2004; Lucas et al., 2005; Ponton et al., 1996) These norms correct for age, years of school, and sex, and are meant to be applied to individuals when they identify as African Americans or Hispanics. Several researchers have argued that use of these norms will improve the sensitivity and specificity of neuropsychological measures in detecting cognitive impairment (Ardila, 1995; Lucas et al., 2005; Manly, 2005).

* Corresponding author at: Columbia University Medical Center, 630 West 168th Street, P&S Box 16, New York, NY 10032, United States. Tel.: +1 212 305 8604; fax: +1 212 342 1838.
*E-mail address:* jjm71@columbia.edu (J.J. Manly).

0887-6177/$ – see front matter © 2007 National Academy of Neuropsychology. Published by Elsevier Ltd. All rights reserved.
doi:10.1016/j.acn.2007.01.006

Downloaded from https://academic.oup.com/acn/article/22/3/319/2836 by Clifford Chance US LLP user on 06 October 2020

Case 2:12-md-02323-AB Document 11204-22 Filed 10/08/20 Page 3 of 8



Two major arguments have surfaced against the use of race-specific norms: (1) setting "more lenient" cutoffs for impairment among ethnic minorities ignores real deficits and potentially denies these groups needed services; and (2) separating normative data according to race introduces practical and theoretical problems since it ignores the underlying cultural and educational factors for which race serves as a proxy (Manly, 2005). We hope to shed light on this controversy by using the example of hypertension research to guide the discussion.

Before we discuss the hypertension model, a brief orientation is needed regarding our use of the term "normative data" and our basis for judging whether normative data are appropriately used. A detailed discussion of the purpose of norms in neuropsychological assessment is well beyond the scope of this paper, but there are several excellent publications dedicated to this topic (Busch, Chelune, & Suchy, 2005; Heaton, Taylor, & Manly, 2001; Mitrushina, Boone, Razani, & D'Elia, 2005).

## 1. General issues pertaining to use of norms among ethnic minorities

Neuropsychological test norms serve as a standard against which a person's performance can be evaluated and then interpreted (Lezak, 2005; Mitrushina et al., 2005). Busch et al. (2005) elegantly shed light on basic considerations relating to normative standards when used among elderly people, distinguishing descriptive uses from diagnostic uses. This distinction is also useful in evaluating the goals of using norms among ethnic minorities.

When an individual's performance is compared to a single reference group – for example, a group of people matched to the US population on age, sex, region of residence, race, and years of schooling – the normative data are being used *descriptively*. As long as the methods used to select that population are clearly delineated and properly operationalized, any population can serve as a reference if appropriate to the question at hand. For example, compared to a normative sample that is representative of the population of the United States, a score of 40/60 on the Boston Naming Test is likely to fall well below the average range. The person who obtains this score performs considerably below that of the average American, and thus this score can be considered unusual for this reference group. Now, consider that the individual who took the test is a bilingual 62-year-old Dominican-born Hispanic male with 6 years of school, who immigrated to New York City at the age of 20 and who was tested in English. We could still conclude that his score is considerably below that of the average American. However, in light of evidence to suggest that these background and demographic factors have significant independent effects on cognitive test performance (Manly and Jacobs, 2001), many neuropsychologists would consider comparing this Dominican man's score to the average American inappropriate. In contrast, the comparison to the American reference group may have value in predicting a particular outcome, such as his ability to read, understand, and act on medical instructions given in English (Wilson, 2003; Youmans & Schillinger, 2003; Zarcadoolas, Pleasant, & Greer, 2005).

Descriptive normative data can also be more specific than "the US population" and thus may be more appropriate for certain clinical and research questions. Using the example above, we could compare his score to a representative sample of one hundred 60 to 65-year-old Hispanic men who have 4–6 years of school, and are administered the Boston Naming Test in English. As compared to this reference group, a score of 40 in the Boston Naming Test may now fall within the average range. Demographically focused reference groups are appropriate for describing an individual's performance as it relates to people with similar backgrounds, but we should not assume that every background variable that relates to test performance has been considered in the reference group. Again referring to our example, what if all of the men in the reference group immigrated after age 50? Does level of English proficiency significantly affect Boston Naming Test scores in this cohort of bilingual individuals? Although a score of 40 may fall within the average range for Hispanics in New York, does this change if the reference samples were collected in Miami, North Carolina, or central California?

Normative data may also be used to diagnose cognitive impairment (Busch et al., 2005; Heaton et al., 2001). In this case, the purpose of norms is to provide a best estimate of an individual's premorbid or expected score to which the current score can be compared. If the normative sample was selected appropriately, cutoffs can be generated that should provide good diagnostic validity, using indices such as sensitivity and specificity, positive predictive value, and likelihood ratios (Smith, Cerhan, & Ivnik, 2003). It should be clear that when norms are used for diagnostic purposes, background variables are likely to be crucial determinants of premorbid ability. Nevertheless, even in the diagnostic setting, it should not be assumed that we have taken into account all of the background factors that will improve the diagnostic validity of a measure. Returning to our example, we could compare his score on the Boston Naming Test to a representative sample of one hundred 60 to 65-year-old Hispanic men with 4–6 years of school, and who had no

Downloaded from https://academic.oup.com/acn/article/22/3/319/2836 by Clifford Chance US LLP user on 06 October 2020

neurological or functional abnormalities at time of testing and were re-tested at a 2-year follow-up. Based on these demographic corrections, we might determine that a score of 40 is within normal limits; however, if we take into account our examanee's country of birth, English proficiency level, and the proportion of his life he has spent in the US, we may find that this score is more likely to represent Alzheimer's disease and is less typical of his neurologically and functionally intact peers.

Research addressing controversial topics related to cognitive test performance of ethnic minorities has a very long history. For example, Otto Klineberg (Klineberg, 1928, 1935) examined test data from World War I recruits that had previously been used as proof of intellectual inferiority of African Americans and immigrants (Brigham, 1923; Pintner, 1931), and demonstrated that as a group African American recruits educated in Northern states obtained higher scores on the Army Alpha and Beta tests than did White recruits born and raised in Southern states. More recently, Mark Hill showed that Lynn's finding of a significant correlation between skin tone and vocabulary test scores among African Americans (Lynn, 2002) could be explained by the fact that light-skinned African Americans experienced more favorable early-life conditions represented by higher parental education, more years of individual educational attainment, and childhood residence outside of the South (Hill, 2002).

This work suggests that we can learn from prior research to help focus future study on productive strategies. In this spirit, we turn to prior research on the definition and underlying causes of hypertension as a potentially helpful model to discuss the issues surrounding race-specific norms. The progress of research on hypertension over the last 10 years has been both fast-paced and promising. A review of the work in this area reveals a number of crucial lessons for neuropsychologists who are struggling with the issue of separate normative standards for ethnic minorities. These issues are relevant for the potential use of norms for either descriptive or diagnostic purposes.

## 2. Construct validity

One of the basic ways in which prior research on hypertension is relevant to the discussion of race-specific cognitive test norms is within a discussion of construct validity. A measure has construct validity when it is measuring the construct it claims to be measuring (Nunnally, 1994). In the case of hypertension, researchers asked whether the indirect auscultatory method (using cuff and stethoscope) was an accurate reflection of the pressure of the blood as it moves through the veins of the arm. The indirect method was compared to direct assessment, which involves inserting a cannula into the artery and measuring the pressure of the blood with a transducer or manometer. The data revealed that the indirect auscultatory method on average underestimates systolic pressure by about 3–4 mmHg and overestimates diastolic blood pressure by about 8–9 mmHg, and that this is systematically related to arm circumference (Stolt, Sjonell, Astrom, & Hansson, 1993). It is now well established that using an accepted, race-independent cutoff of blood pressure above 140/90 (Chobanian et al., 2003) results in a significantly higher prevalence of hypertension among African Americans than among Caucasians (Cooper & Rotimi, 1997; Lackland et al., 1992; Sundquist, Winkleby, & Pudaric, 2001). The standard cutoff for hypertension is similarly correlated with outcomes such as stroke and heart disease across racial groups within the US (Cooper and Rotimi, 1997). Furthermore, despite the higher prevalence of hypertension in Europe than in Canada and the United States, hypertension rates were similarly correlated with death rates from stroke, which is a high-risk outcome of hypertension (Wolf-Maier et al., 2003). To date, research has failed to demonstrate any risk factors for hypertension that are unique to African Americans, despite extensive focus on genomics (Cooper, Kaufman, & Ward, 2003) and other factors such as responsivity to sodium and potassium intake (Cooper and Rotimi, 1997).

In summary, prior research on hypertension has established that having blood pressure above the common cutoff means the same thing across race, ethnicity, and geographic region. The auscultatory method is a fairly accurate reflection of direct blood pressure and that while there are biases in measurement, they are measurable and systematic, and now well understood. Construct validity of blood pressure measurement has been further demonstrated in that the biological and environmental causes of high blood pressure are common across racial groups and that a diagnosis of hypertension using these cutoffs is associated with similar cross-sectional and longitudinal health outcomes across racial groups.

Neuropsychologists cannot make the same assertions about neuropsychological test performance. It has not been demonstrated that performance below a common, race-independent cutoff means the same thing across race, ethnicity, and geographic region. We are yet unclear whether our measures of any particular cognitive domain have equivalent construct validity across racial groups (Helms, 1992). There is now a plethora of data that suggests that common cutoffs

Downloaded from https://academic.oup.com/acn/article/22/3/319/2836 by Clifford Chance US LLP user on 06 October 2020

result in poor specificity of neuropsychological tests for true cognitive impairment (Manly and Jacobs, 2001). Whether common, race-independent test cutoffs have similar longitudinal health outcomes across race has not yet been fully investigated; thus this is clearly an important direction for future research.

## 3. Deconstruction of race

Another crucial connection between recent research on hypertension and the discussion of race-specific cognitive test norms is related to the search for underlying explanations for racial differences. Researchers have known for some time that higher socioeconomic status (SES) is associated with better health outcomes (Adler, Boyce, Chesney, Folkman, & Syme, 1993; Williams, 1990; Williams & Collins, 1995) and that SES is related to race (Navarro, 1990). However, the racial discrepancy in rates of hypertension "persisted" even after accounting for indicators of SES, years of education, or income. Several studies have exquisitely demonstrated that traditional measures of social class, such as family income and years of school, are incommensurate across racial groups (Kaufman, Cooper, & McGee, 1997). Instead, several researchers have begun to collect measures such as assets, debt, use of public assistance, and neighborhood-level indicators of income (Collins, 1993, 1997; Diez Roux et al., 2001; Jackson, 1991; Oliver & Shapiro, 1997; Williams and Collins, 1995), and when these variables are accounted for, the discrepancies in prevalence of hypertension across race are eliminated (Cooper & Kaufman, 1998; Kaufman et al., 1997).

In addition to improving estimates of socioeconomic status across racial groups, hypertension researchers have also focused on aspects of racial socialization, such as perceived racial discrimination and racial segregation, as possible underlying determinants of differences in hypertension rates. Among African Americans, perceived discrimination and residential segregation perception of discrimination have significant associations with poorer health outcomes such as hypertension (Krieger, 1999; Williams, 1997; Williams, Massing, Rosamond, Sorlie, & Tyroler, 1999; Williams & Neighbors, 2001; Williams, Neighbors, & Jackson, 2003; Wyatt et al., 2003).

What are the potential parallels of this work in neuropsychology? Assuming the construct validity of neuropsychological measures among ethnic minorities can be established, we argue that race is a proxy for more meaningful variables and that explicit measurement of these constructs will clarify our investigations of normative standards across groups (Loewenstein, Arguelles, Arguelles, & Linn-Fuentes, 1994; Manly, 2005; Whitfield & Baker-Thomas, 1999). Prior research has demonstrated that due to the disparities in quality of education across race (Hanushek, 1989; Hedges, Laine, & Greenwald, 1994; O'Neill, 1990), matching on quantity of formal education does not equate groups with respect to educational experience. Therefore, disparate school experiences, with accompanying different bases of problem-solving strategies, knowledge, familiarity, and practice could explain why some ethnic minorities obtain lower scores on cognitive measures even after controlling for "years of education". Similar to the findings in hypertension research, statistical control of years of education may be inadequate or inappropriate because different measures may be used among (and within) each ethnic group (Kaufman et al., 1997; Loewenstein et al., 1994). We demonstrated that among community-dwelling elders, African Americans were over-represented within the group for which self-reported years of education was an overestimate of actual reading level, and significant discrepancies on tests of memory, abstraction, language, and visuospatial function between education-matched African American and White elders become nonsignificant when reading score was used as a covariate (Manly, Jacobs, Touradji, Small, & Stern, 2002). These results suggest that reading level is sensitive to aspects of educational experience important for successful performance on measures across several cognitive domains but that are not captured by years of education.

Racial socialization has also been shown to have an impact on level of comfort and confidence during cognitive testing (Katz, 1964). The concept of stereotype threat has been described as a factor that may attenuate the performance of African Americans on cognitive tests (Steele & Aronson, 1995). Stereotype threat describes the effect of attention diverting from the task at hand to the concern that one's performance will confirm a negative stereotype about one's group. Steele and his colleagues (Steele, 1997; Steele and Aronson, 1995) demonstrated that when a test consisting of difficult verbal GRE exam items was described as measuring intellectual ability, Black undergraduates at Stanford University performed significantly worse than did SAT score-matched Whites. However, when the same test was described as a "laboratory problem-solving task" or a "challenging test" which was unrelated to intellectual ability, scores of African Americans matched those of White students. Using similar methods, another study showed an effect of stereotype threat on Ravens Progressive Matrices performance (McKay, 2003).

Downloaded from https://academic.oup.com/acn/article/22/3/319/2836 by Clifford Chance US LLP user on 06 October 2020

## 4. Clinical considerations

The complexity underlying the construct validity of neuropsychological tests as well as other factors that affect cognitive test performance among ethnic minorities is daunting and presents formidable challenges that will require many years of research. However, the practicing clinician faced with providing clinical services to an increasingly diverse US population must struggle with these issues on a daily basis. The question, "Which norms should I use?", is being asked by clinicians in settings as diverse as a community clinic for dementia and the stately environment of a federal court room. The discussion noted above frames the complexity of the question, but does not directly help us to answer the question of what do to in the clinical setting. Returning to the example that began our discussion, how do we interpret a score of 40/60 on BNT for this 60-year-old Dominican male? In the absence of clear direction from research, the best answer appears to be, "It depends on the question you are asking". If our interest is to determine how this individual performs in relation to the majority of Americans, then we use US population reference norms. However, if we wish to know whether the particular score reflects clinically significant impairments in performance then we must identify a reference group that most closely approximates the individual's demographic characteristics. Do we then run the risk of "wiping out" clinically significant differences? Maybe. If we do not we may also run the risk of misdiagnosis, with the resulting overpathologizing and overtreating. Perhaps the most prudent approach is to evaluate the cost–benefit matrix that is generated by each decision and then make the decision based on the most benefit with the least cost for the patient. For example, given the benefits of early detection and early treatment of Alzheimer's disease, we may wish to weight the equation in favor of increased diagnostic sensitivity. In the case of a neuropsychological examination within a capital murder case, the selection of norms that provide greater specificity may be more appropriate. Irrespective of the decision that is made or the norms that are used, the crucial element is the need for thoughtful deliberation when selecting a norm reference group. We contend that this thoughtful deliberation should be explicitly reflected in each clinical report.

## 5. Conclusion

Regardless of whether normative data are being used for descriptive or diagnostic purposes, it is clear that there is an enormous amount of work to be done in understanding cognitive test performance among ethnic minorities. As investigators have begun to address these daunting challenges, many have included race/ethnicity as a key variable in normative data collection. Ultimately, whether race/ethnicity is a useful variable to be considered in normative data is an empirical question that will be evaluated in clinical and research settings with respect to predictive and diagnostic validity.

In the interim, clinicians must continue to struggle when choosing whether to apply race-specific norms to a specific clinical case. Although there is clearly no "right" answer, there is no question that careful deliberation regarding the application of norms in each case is far superior to blanket statements such as "Race-specific norms should always be used", or the reflexive use of US reference norms, or the use of outdated norms that are familiar but have been replaced with more accurate data.

The approaches of the hypertension research reviewed in this article can serve as a model for future research on racial differences in neuropsychological test performance, and emphasize that the discipline of neuropsychology should not avoid controversial issues related to race and ethnicity, but should work to improve our understanding by conducting comprehensive research within the populations of interest.

Despite the methodological difficulties, future investigations will challenge our definitions of race and ethnicity, brain function, and cognitive impairment. The ultimate validity check for constructs involving these concepts may be their ability to supercede cultural boundaries. The challenges are substantial, but we expect that the struggle to understand ethnic differences in cognitive test performance will inevitably enrich our understanding of cause-and-effect interactions between the environment and the brain, and thereby improve our ability to provide appropriate clinical services to an increasingly diverse US population.

## References

Adler, N. E., Boyce, W. T., Chesney, M. A., Folkman, S., & Syme, S. L. (1993). Socioeconomic inequalities in health. No easy solution. *The Journal of the American Medical Association*, *269*, 3140–3145.

Downloaded from https://academic.oup.com/acn/article/22/3/319/2836 by Clifford Chance US LLP user on 06 October 2020

Case 2:12-md-02323-AB Document 11204-22 Filed 10/08/20 Page 7 of 8




Ardila, A. (1995). Directions of research in cross-cultural neuropsychology. *Journal of Clinical and Experimental Neuropsychology*, *17*, 143–150.

Artiola i Fortuny, L., Hermosillo, D., Heaton, R. K., & Pardee, R. E. (2000). *Manual de Normas y Procedimientos para la Batería Neuropsicológica en Español*. London: Psychology Press.

Brigham, C. C. (1923). *A study of American intelligence*. Princeton, NJ: Princeton University Press.

Busch, R. M., Chelune, G. J., & Suchy, Y. (2005). Using norms in neuropsychological assessment of the elderly. In D. K. Attix & K. A. Welsh-Bohmer (Eds.), *Geriatric Neuropsychology* (pp. 133–157). New York: Guilford Press.

Chobanian, A. V., Bakris, G. L., Black, H. R., Cushman, W. C., Green, L. A., Izzo, J. L., Jr., et al. (2003). The Seventh Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure: The JNC 7 Report. *The Journal of the American Medical Association*, *289*, 2560–2571.

Collins, S. M. (1993). Blacks on the bubble: the vulnerability of black executives in white corporations. *Social Quarterly*, *34*, 429–447.

Collins, S. M. (1997). Black mobility in white corporations: up the corporate ladder but out on a limb. *Social Problems*, *44*, 55–67.

Cooper, R., & Kaufman, J. S. (1998). Race and hypertension: science and nescience. *Hypertension*, *32*, 813–816.

Cooper, R. S., Kaufman, J. S., & Ward, R. (2003). Race and genomics. *The New England Journal of Medicine*, *348*, 1166–1170.

Cooper, R., & Rotimi, C. (1997). Hypertension in Blacks. *American Journal of Hypertension*, *10*, 804–812.

Diez Roux, A. V., Merkin, S. S., Arnett, D., Chambless, L., Massing, M., Nieto, J., et al. (2001). Neighborhood of residence and incidence of coronary heart disease. *The New England Journal of Medicine*, *345*, 99–106.

Hanushek, E. (1989). The impact of differential expenditures on school performance. *Educational Researcher*, *18*, 45–51.

Heaton, R. K., Miller, S. W., Taylor, M. J., & Grant, I. (2004). *Revised comprehensive norms for an expanded Halstead-Reitan battery: Demographically adjusted neuropsychological norms for African American and Caucasian adults*. Lutz, FL: Psychological Assessment Resources, Inc.

Heaton, R. K., Taylor, M., & Manly, J. (2001). Demographic effects and demographically corrected norms with the WAIS-III and WMS-III. In D. Tulsky, R. K. Heaton, G. J. Chelune, I. Ivnik, R. A. Bornstein, A. Prifitera, & M. Ledbetter (Eds.), *Clinical interpretations of the WAIS-II and WMS-III* (pp. 181–210). San Diego, CA: Academic Press.

Hedges, L. V., Laine, R. D., & Greenwald, R. (1994). Does money matter? A meta-analysis of studies of the effects of differential school inputs on student outcomes. *Educational Researcher*, *23*, 5–14.

Helms, J. E. (1992). Why is there no study of cultural equivalence in standardized cognitive ability testing? *American Psychologist*, *47*, 1083–1101.

Hill, M. E. (2002). Skin color and intelligence in African Americans: A reanalysis of Lynn's data. *Population & Environment*, *24*, 209–214.

Jackson, J. S. (1991). *Life in Black America*. Newbury Park, CA: Sage.

Katz, I. (1964). Review of evidence relating to effects of desegregation on the intellectual performance of Negroes. *American Psychologist*, *19*, 381–399.

Kaufman, J. S., Cooper, R. S., & McGee, D. L. (1997). Socioeconomic status and health in blacks and whites: the problem of residual confounding and the resilience of race. *Epidemiology*, *8*, 621–628.

Klineberg, O. (1928). An experimental study of speed and other factors in "racial" differences. *Archives of Psychology*, *15*(93), 111.

Klineberg, O. (1935). *Race differences*. New York: Harper & Brothers.

Krieger, N. (1999). Embodying inequality: a review of concepts, measures, and methods for studying health consequences of discrimination. *International Journal of Health Services*, *29*, 295–352.

Lackland, D. T., Orchard, T. J., Keil, J. E., Saunders, D. E., Jr., Wheeler, F. C., dams-Campbell, L. L., et al. (1992). Are race differences in the prevalence of hypertension explained by body mass and fat distribution? A survey in a biracial population. *International Journal of Epidemiology*, *21*, 236–245.

Lezak, M. D. (2005). *Neuropsychological assessment* (3rd ed.). Oxford: Oxford Press.

Loewenstein, D. A., Arguelles, T., Arguelles, S., & Linn-Fuentes, P. (1994). Potential cultural bias in the neuropsychological assessment of the older adult. *Journal of Clinical and Experimental Neuropsychology*, *16*, 623–629.

Lucas, J. A., Ivnik, R. J., Smith, G. E., Ferman, T. J., Willis, F. B., Petersen, R. C., et al. (2005). Mayo's older African American normative studies: Normative data for commonly used clinical neuropsychological measures. *The Clinical Neuropsychologist*, *19*, 162–183.

Lynn, R. (2002). Skin color and intelligence in African Americans. *Population & Environment*, *23*, 365–375.

Manly, J. J. (2005). Advantages and disadvantages of seperate norms for African Americans. *The Clinical Neuropsychologist*, *19*, 270–275.

Manly, J. J., & Jacobs, D. M. (2001). Future directions in neuropsychological assessment with African Americans. In F. R. Ferraro (Ed.), *Minority and cross-cultural aspects of neuropsychological assessment* (pp. 79–96). Lisse, Netherlands: Swets and Zeitlinger.

Manly, J. J., Jacobs, D. M., Touradji, P., Small, S. A., & Stern, Y. (2002). Reading level attenuates differences in neuropsychological test performance between African American and White elders. *Journal of the International Neuropsychological Society*, *8*, 341–348.

McKay, P. F. (2003). The effects of demographic variables and stereotype threat on Black/White differences in cognitive ability test performance. *Journal of Business and Psychology*, *18*, 1–14.

Mitrushina, M., Boone, K. B., Razani, J., & D'Elia, L. F. (2005). *Handbook of normative data for neuropsychological assessment* (2nd ed.). Oxford: Oxford University Press.

Navarro, V. (1990). Race or class versus race and class: Mortality differentials in the U.S. *Lancet*, *336*, 1238–1240.

Nunnally, J. C. (1994). *Psychometric theory* (3rd ed.). New York: McGraw-Hill Publishing Company.

O'Neill, J. (1990). The role of human capitol in earning differences between Black and White men. *Journal of Economic Perspectives*, *4*, 25–45.

Oliver, M. L., & Shapiro, T. M. (1997). *Black wealth/White Wealth: A new perspective on racial inequality*. New York: Routledge.

Pintner, R. (1931). *Intelligence testing: Methods and results*. New York: Holt, Rinehart & Winston.

Ponton, M. O., Satz, P., Herrera, L., Ortiz, F., Urrutia, C. P., Young, R., et al. (1996). Normative data stratified by age and education for the neuropsychological screening battery for Hispanics (NeSBHIS): Initial report. *Journal of the International Neuropsychological Society*, *2*, 96–104.


Downloaded from https://academic.oup.com/acn/article/22/3/319/2836 by Clifford Chance US LLP user on 06 October 2020

Case 2:12-md-02323-AB Document 11204-22 Filed 10/08/20 Page 8 of 8



Smith, G. E., Cerhan, J. H., & Ivnik, R. J. (2003). Diagnostic validity. In D. Tulsky, G. J. Chelune, R. J. Ivnik, & A. Prifitera (Eds.), *Clinical interpretation of the WAIS-III and WMS-III* (pp. 273–301). San Diego: Academic Press.

Steele, C. M. (1997). A threat in the air: How stereotypes shape intellectual identity and performance. *American Psychologist*, *52*, 613–629.

Steele, C. M., & Aronson, J. (1995). Stereotype threat and the intellectual test performance of African Americans. *Journal of Personality and Social Psychology*, *69*, 797–811.

Stolt, M., Sjonell, G., Astrom, H., & Hansson, L. (1993). Factors affecting the validity of the standard blood pressure cuff. *Clinical Physiology*, *13*, 611–620.

Sundquist, J., Winkleby, M. A., & Pudaric, S. (2001). Cardiovascular disease risk factors among older black, Mexican-American, and white women and men: An analysis of NHANES III, 1988–1994. Third National Health and Nutrition Examination Survey. *Journal of the American Geriatrics Society*, *49*, 109–116.

Whitfield, K. E., & Baker-Thomas, T. (1999). Individual differences in aging minorities. *International Journal of Aging and Human Development*, *48*, 73–79.

Williams, D. R. (1990). Socioeconomic differentials in health: A review and redirection. *Social Psychology Quarterly*, *53*, 81–99.

Williams, D. R. (1997). Race and health: Basic questions, emerging directions. *Annals of Epidemiology*, *7*, 322–333.

Williams, D. R., & Collins, C. (1995). U.S. socioeconomic and racial differences in health: Patterns and explanations. *Annual Review of Sociology*, *21*, 349–386.

Williams, J. E., Massing, M., Rosamond, W. D., Sorlie, P. D., & Tyroler, H. A. (1999). Racial disparities in CHD mortality from 1968–1992 in the state economic areas surrounding the ARIC study communities. Atherosclerosis risk in communities. *Annals of Epidemiology*, *9*, 472–480.

Williams, D. R., & Neighbors, H. (2001). Racism, discrimination and hypertension: Evidence and needed research. *Ethnicity & Disease*, *11*, 800–816.

Williams, D. R., Neighbors, H., & Jackson, J. S. (2003). Racial/ethnic discrimination and health: Findings from community studies. *American Journal of Public Health*, *93*, 200–208.

Wilson, J. F. (2003). The crucial link between literacy and health. *Annals of Internal Medicine*, *139*, 875–878.

Wolf-Maier, K., Cooper, R. S., Banegas, J. R., Giampaoli, S., Hense, H. W., Joffres, M., et al. (2003). Hypertension prevalence and blood pressure levels in 6 European countries, Canada, and the United States. *The Journal of the American Medical Association*, *289*, 2363–2369.

Wyatt, S. B., Williams, D. R., Calvin, R., Henderson, F. C., Walker, E. R., & Winters, K. (2003). Racism and cardiovascular disease in African Americans. *American Journal of the Medical Sciences*, *325*, 315–331.

Youmans, S. L., & Schillinger, D. (2003). Functional health literacy and medication use: The pharmacist's role. *The Annals of Pharmacotherapy*, *37*, 1726–1729.

Zarcadoolas, C., Pleasant, A., & Greer, D. S. (2005). Understanding health literacy: An expanded model. *Health Promotion International*, *20*, 195–203.

Downloaded from https://academic.oup.com/acn/article/22/3/319/2836 by Clifford Chance US LLP user on 06 October 2020