# EXHIBIT 21

Neuropsychol Rev (2009) 19:250–262
DOI 10.1007/s11065-009-9090-5

REVIEW

# Race-Norming of Neuropsychological Tests

Philip G. Gasquoine

Received: 19 May 2008 / Accepted: 26 February 2009 / Published online: 19 March 2009
© Springer Science + Business Media, LLC 2009

**Abstract** Recent studies in the United States indicate that some neurologically intact minority groupings perform well below White Americans on neuropsychological tests. This has sparked the production of race-norms, especially for African Americans, that seek to reduce false positive rates (i.e., neurologically intact individuals misdiagnosed with cognitive impairment) in neuropsychological assessments. There are problems with this enterprise including: possible justification for inferior/superior treatment of different racial groupings; unknown effects on false negative rates (i.e., cognitive deficit misdiagnosed as normal); the overlooking of factors possibly responsible for group racial differences (e.g., acculturation); non-scientific and non-operational definitions of race/ethnic groupings; and an impossibly large number of potential race/ethnic groupings for which to generate race-norms. An alternative approach is to use a single set of combined race/ethnic norms and estimate preexisting neuropsychological skill levels by using individual comparison standards. This alternative has been poorly researched, a situation that needs correcting.

**Keywords** Cross-cultural neuropsychology ·
Neuropsychological assessment · Ethnicity ·
Neuropsychological test norms

Few issues in America create as much emotional fervor as the differential treatment of individuals based solely on the demographic of race. Neuropsychology is confronting this issue as studies conducted in the United States within the last decade or so have revealed mean neuropsychological test scores of some neurologically intact minority groupings, especially African and Hispanic Americans, can fall below those of non-Hispanic White Americans (e.g., Gurland et al. 1992). As clinical neuropsychologists can interpret low scores (or a high number of errors) on neuropsychological tests as indicative of cognitive impairment from structural brain injury these findings place minorities at a higher risk of misdiagnosis than Whites. One solution to this problem is race-norming, namely stratification of test norms based upon race.

While this solution appears straightforward and simple, in reality it may be the opposite. One complicating factor is the potential use of test results to justify inferior/superior treatment of particular racial groupings. In other psychological testing arenas race-norming has proved highly controversial, being outlawed in personnel selection (Gottfredson 1994) and curtailed in undergraduate college selection practices (Vasquez and Jones 2006). Assuming that neuropsychological practices are immune from political involvement and that decisions surrounding the use of race-norms should be determined only by empirical considerations is probably naïve. As illustration, one need only look to the politics that have surrounded the study of racial group differences on intelligence tests that, either in whole or part, are frequent components of clinical neuropsychological evaluations.

## Race and Intelligence Test Scores

Cross-cultural assessment of intelligence in America began almost as soon as the ink was dry on the first translation of the prototype of modern intelligence tests, the Binet–Simon scale

P. G. Gasquoine (✉)
Department of Psychology and Anthropology,
University of Texas—Pan American,
1201 W. University Drive,
Edinburg, TX 78541, USA
e-mail: drgdrg13@yahoo.com



(Binet and Simon 1905). The translator, Henry Goddard, was interested in rejecting potential immigrants who were, to use the vernacular of the time, "feeble-minded" (i.e., mental age below 12). Pilot studies conducted at the immigration way-station on Ellis Island in New York Harbor that used translators and the original French norms showed that about 80% of European adult immigrants, scored in the feeble-minded range (Gregory 2007; Strickland 2000). Ellis Island physicians refused to endorse use of the Binet–Simon scale, as it emphasized language processing skills and was designed for the assessment of school children, so the feeble-minded stayed. The physicians began the search for an intelligence test that minimized the language component by using visual–perceptual and visual–motor processing tasks (Boake 2002). Their activities were interrupted by the outbreak of World War I and the consequent slowing of European immigration.

In the early twentieth century it became well established that groupings of African American children scored about 15–16 Full–Scale IQ points below White American children on intelligence tests. The existence of the difference was not so much disputed as were causes and consequences. Jensen (1969) ignited such a firestorm by claiming that genetic factors were primarily responsible that he later commented "Probably no other single article in the history of psychological publications has been subjected to so many niggling and nit-picking commentaries in so brief a time" (Jensen 1974, p. 467). Twenty five years later, controversy again surfaced with publication of *The Bell Curve* (Herrnstein and Murray 1994) which argued, among other things, that declines in American achievement test scores were due in part to low intelligence parents (disproportionately African American) having more children than high intelligence parents (disproportionately White American). In response, the American Psychological Association Board of Scientific Affairs convened a panel of experts to determine why racial group differences in intelligence occurred. It concluded: "Various explanations have been proposed, but none is generally accepted" (Neisser et al. 1996, p. 94). The size of the African/White American difference in IQ scores may have shrunk in recent years to about 10 Full-Scale points (Dickens and Flynn 2006; Neisser et al. 1996; Prifitera et al. 1998; Williams and Ceci 1997). See Rushton and Jensen (2006) for rebuttal.

Alternatives to the genetic explanation of the cause of the African/White American intelligence test score difference have included explanations based upon group demographic differences (e.g., in socioeconomic status and level of parental education) and various types of racial test bias. An argument against the demographic interpretation is that studies that have matched the two groupings on various demographic factors have failed to eliminate the difference (e.g., Prifitera et al. 1998).

Racial Test Bias

Numerous different explanations of racial test bias have been proposed (Flaugher 1978; Schmidt and Hunter 1974; Van de Vijver and Phalet 2004). For example, it is logical to assume that individual test items might be racially biased, yet attempts to eliminate items determined to be so biased either statistically or by a panel of experts have consistently failed to eliminate racial group differences in overall scores (Flaugher 1978; Reynolds 2000).

No interpretation of content-related racial test bias has been sufficiently accurate to allow construction of a "culture-fair" IQ test (i.e., one that would show no difference in mean scores between racial groupings). The term "culture-fair" has come to be popularly associated with tests like the Ravens Progressive Matrices (RPM; Raven et al. 1998) that reduce IQ score discrepancies but do not eliminate them. The African/White American intelligence test score discrepancy on the RPM is 7–8 IQ points (Kaplan and Sacuzzo 2005). These tests change the fundamental definition of IQ as a measure of general mental abilities to more specific definitions, in the RPM case to one of visual–perceptual skills.

A more recent interpretation of racial test bias originally applied to low achievement test scores (IQ and achievement test scores tend to be highly positively correlated) by African Americans is stereotypic threat (Steele 1997). "Threat" refers to an idea in the test-takers mind that performance on the achievement test could confirm the racial stereotype "African Americans are poor at academics". It has been induced by many kinds of seemingly minor experimental manipulations, such as having African Americans record their race on a demographic questionnaire just before taking the test (Steele 1997), or having White American college students write a short story about an African American boy (Wheeler et al. 2001). In the latter case, the White students performed more poorly than those in a neutral condition.

Suhr and Gunstad (2002, 2005) extended the concept to neuropsychological testing as "diagnostic threat". They showed that college students with a remote history of mild head injury and no residual functional deficit performed more poorly on neuropsychological tests of memory, psychomotor speed, and working memory (but not executive functions) when told the tests were likely to show such deficits, than matched controls in a neutral condition.

The cause of the stereotypic threat effect is unknown. Originally, anxiety was thought to be the mediating factor (Steele 1997), but studies failed to support this prediction (Cadinu et al. 2005; Suhr and Gunstad 2005). Other potential explanations have included reduced working memory capacity (Schmader and Johns 2003); behavioral priming (Wheeler et al. 2001; Marx and Stapel 2006);

 Springer



evaluation apprehension (Mayer and Hanges 2003); reduced effort (Suhr and Gunstad 2005); or negative thinking (Cadinu et al. 2005). Also unclear, is the extent of its application outside the laboratory (Sackett 2003). While hypothesized to contribute heavily to the discrepancy between African/White Americans on IQ/achievement test scores (Steele 1997; Steele and Davies 2003), it has never been demonstrated in any subject pool aside from college students, or in any setting outside the laboratory.

Historically, there has been less interest in comparisons among groupings of White vs. other minority children on IQ scores, but differences have been reported. Asian American children as a grouping score 3–4 Full-Scale IQ points higher than White American children (Neisser et al. 1996; Williams and Ceci 1997). Groupings of American Indian and Hispanic American children score 7–8 points below White American children on Verbal IQ, but have similar Performance IQ scores (Neisser et al. 1996; Prifitera et al. 1998; Puente and Salazar 1998). The failure of investigators to identify specific factors responsible for the different mean scores between minority and White American groupings on intelligence and other cognitive tests encouraged the use of race-norms for applied settings.

**Production of Race-Norms for Neuropsychological Tests**

Race is the fourth major demographic variable to be considered in the stratification of neuropsychological test norms after age, educational level, and gender. The vast majority of neuropsychological tests developed for use in North America have presumably (since the racial composition of the sample was not always reported) been normed solely on White, monolingual, Anglo Americans. O'Bryant et al. (2004) surveyed 1,440 original research articles published in major clinical neuropsychological journals between 1995 and 2000 and found that while demographic information on subject age, educational level, and gender were frequently reported (in 98%, 88%, and 78% of the articles, respectively), information on race was seldom reported (20%).

Once proposed for a "broad sample of the humankind species" (Ardila 1995, p. 148), race-norms have been generated in the United States within the last decade or so primarily for African Americans, one of the two (with Hispanic Americans) largest minority groupings each constituting about 12% of the total population at Census 2000. The neuropsychological assessment of Hispanic Americans has also been extensively addressed, but the focus has centered on the development of norms for Spanish language tests (e.g., Ardila et al. 1994; Artiola i Fortuny et al. 1999; Ostrosky-Solis et al. 1999; Ponton et al. 1996; Woodcock and Munoz-Sandoval 1996), more than norms stratified by race. The same applies to the few isolated studies on Asian American groupings, (e.g., Chinese Americans—Lu and Bigler 2002; Japanese Americans—Fillenbaum et al. 2005). Hispanic and Asian American groupings differ from African Americans in having large numbers of first and second generation immigrants whose native tongue is not English.

There are numerous other official and unofficial minority groupings living in the United States, but these groupings have been virtually ignored in the neuropsychological literature paralleling a general trend in the health field. As illustration, findings from a Federal Government comprehensive report on the prevalence of mental disorder among American minorities (U.S. Department of Health and Human Services [DHHS] 2001) applied only to African and Hispanic Americans, as rates of mental disorders among other minority groupings had not been sufficiently well-studied to determine any trends.

African American Norms for Neuropsychological Tests

Studies reporting separate neuropsychological test norms and/or regression corrections for African American adults and the elderly have used self-report to define racial groupings. There have been studies on single tests (e.g., Fillenbaum et al. 1997—Boston Naming Test 15-item version; Moering et al. 2004—Stroop Color and Word Test) and comprehensive test batteries. There have been two large $N$ normative studies on the latter: (a) a federally funded project that recruited neurologically intact African Americans from the San Diego area matched to the 1990 census on age, educational level, and socioeconomic status. Several studies have reported on data sets collected in conjunction with this project (e.g., Diehr et al. 1998; Gladsjo et al. 1999; Gonzalez et al. 2006; Norman et al. 2000) with the full norms covering 60 neuropsychological measures from an expanded Halstead–Reitan test battery (including measures from the Wechsler Adult Intelligence Scale [WAIS] and the WAIS-R) in Heaton et al. (2004). The number of African American subjects in this project varied from 394 to 670 depending upon the test. (b) A Mayo Clinic sponsored project that tested 309 African American elderly (over age 55) from Jacksonville, Florida (Ferman et al. 2005; Lucas et al. 2005a, b, c, d; Pedraza et al. 2005; Rilling et al. 2005). This was a convenience sample of community volunteers that were not census matched. This had 43 different measures from the: Mattis Dementia Rating Scale (MDRS); Wechsler Memory Scale—Revised; Rey's Auditory Verbal Learning Test (RAVLT); Reading subtest of the Wide Range Achievement Test-3; Boston Naming Test (BNT); Controlled Oral Word Association Test (COWAT); Semantic Fluency; Token Test; Judgment of Line Orientation (JLO); Stroop Color and Word Test; and the Halstead–Reitan Trail Making Test. Data collected on the WAIS-R was collected but never published (Lucas et al. 2005b).



### African/White American Differences in Neuropsychological Test Scores

Group mean neuropsychological test score discrepancies between groupings of African/White Americans are typically difficult to interpret as race-related due to naturally occurring demographic differences between groupings (e.g., Unverzagt et al. 1996). This is a frequent problem whenever White and minority samples are compared in neuropsychological and related research (Gasquoine 2001; Hosp and Reschly 2004). Using analysis of covariance (ANCOVA) to "correct" or "control for" these group differences (e.g., Boone et al. 2007; Manly et al. 2002; Touradji et al. 2001) is statistically incorrect because it assumes there is no meaningful relationship between the covariate (e.g., educational level) and racial group membership. ANCOVA was designed to correct for covariate differences between groups formed by random assignment (Miller and Chapman 2001). Stepwise multiple regression models that consider the relative contribution of demographic variables are preferred. Typically the variables considered by these models have been age, educational level, gender, and race.

Some studies of demographically matched African/White American groupings have found no significant racial effect, obviating the need for separate race-norms (e.g., Bank et al. 2000—MDRS; Henderson et al. 1998—BNT; Strickland et al. 1997—Stroop Color and Word Test). Most studies have reported results similar to Heaton et al. (2004): "the African American groups were somewhat worse than those of the Caucasian groups on most test measures" (p. 19). Table 1 shows African/White American demographically uncorrected mean scores from 5/60 neuropsychological test measures (arbitrarily chosen except that each was from a different cognitive domain) in this study, along with sample mean age, educational level, and gender distribution. The African American grouping mean scores were 0.28 (California Verbal Learning Test long delay free recall) to 1 (BNT) White SD units below those of the White Americans.

The African and White American groupings were sampled from different regions of the country, namely San Diego vs. several states and one Canadian province. Inspection of Table 1 shows that there were demographic differences in age, educational level, and gender between groupings, but racial differences in scores persisted after statistical correction for these variables. This can be demonstrated by comparing hypothetical African and White American subjects matched on age (e.g., 20–34 years), educational level (e.g., 12th grade), and gender (e.g., female) who obtain the same raw neuropsychological test scores (e.g., those falling exactly 1SD below the demographically uncorrected mean scale score). For the five neuropsychological measures in Table 1, the hypothetical African American subject obtained demographically corrected $T$ scores 0.3 (California Verbal Learning Test long delay free recall) to 1.1 (BNT) SDs higher than those of the White American counterpart with the same raw scores.

Group differences in neuropsychological test scores of a similar magnitude can occur among demographically matched White American groupings. As illustration, the Verbal Fluency Test (FAS) mean score for White Americans in the 35–49 year age range, reported by Johnson-Selfridge et al. (1998) fell 0.97SD below that reported by Gladsjo et al. (1999). The educational level for both groupings was similar, but the former study used male Vietnam War veterans, while the latter formed part of the Heaton et al. (2004) subject pool. In both studies, the African American mean score was below that of the White American mean, but the difference was only 0.25 White SD units in Johnson-Selfridge et al., as compared to 0.71 White SD units in Gladsjo et al.

Table 1 Demographics and mean test scores for African/White Americans on five arbitrarily selected neuropsychological measures in Heaton et al. (2004)

| Neuropsychological measure | | $N$ | Percent male | Mean age (years) | Mean education (years) | Mean raw score | Difference (White SD units) |
|---|---|---|---|---|---|---|---|
| PASAT (total score) | White | 284 | 75 | 42 | 15 | 128.62 | |
| | African | 432 | 51 | 36 | 13 | 108.06 | −0.67 |
| CVLT ldfr (# words) | White | 537 | 43 | 58 | 14 | 10.79 | |
| | African | 557 | 45 | 49 | 13 | 9.81 | −0.28 |
| BNT (total score) | White | 350 | 64 | 54 | 14 | 54.59 | |
| | African | 650 | 48 | 48 | 13 | 49.47 | −1 |
| GP dominant hand (s) | White | 839 | 68 | 44 | 14 | 68.37 | |
| | African | 643 | 49 | 48 | 13 | 79.43 | −0.69 |
| Verbal Fluency (FAS) (# words) | White | 478 | 60 | 55 | 14 | 42.63 | |
| | African | 670 | 47 | 47 | 13 | 36.29 | −0.53 |

*PASAT* Paced Auditory Serial Addition Task, *CLVT ldfr* California Verbal Learning Test long delay free recall, *BNT* Boston Naming Test, *GP* Grooved Pegboard



Results from the Mayo Clinic study with elderly subjects also suggest that, as a grouping, African Americans perform more poorly than White Americans. This can be demonstrated by comparing norms from this study on five arbitrarily chosen neuropsychological measures (all are scale scores: $M=10$; $SD=3$) with norms collected in the late 1980s and early 1990s on various groupings of 741 White and two African Americans residing in or near Rochester, Minnesota by the same research group (e.g., Ivnik et al. 1992, 1996). For the 65 to 75 year age range, raw scores that converted to scale scores of 10 for White Americans, converted to 11 on the RAVLT 30-min delayed recall and the COWAT and to 13 on the BNT, JLO, and Trails A for African Americans. In addition to the regional difference, there were educational level differences between the two normative samples with, for example, 32% of the African Americans having less than a high school education as compared to 17% of White Americans.

How Race-Norms Work

Race-norms theoretically reduce the number of false positive misclassifications of African Americans on neuropsychological tests (i.e., neurologically normal individuals misdiagnosed with cognitive deficit). Clinical neuropsychologists can interpret low scores or a high number of errors on neuropsychological tests as indicative of structural brain injury, but there are a number of other possible interpretations that need to be ruled out. One of the most important of the alternative interpretations is that the low scores/high error rate predated the suspected brain injury, being attributable to some combination of preexisting genetic and environmental influences. Ruling out this alternative interpretation is made through a process known as *deficit measurement* (Lezak et al. 2004) which requires an estimation of the preexisting neuropsychological skill level against which to compare post-onset neuropsychological test scores.

One approach to deficit measurement is to estimate the preexisting neuropsychological skill level as the 50th percentile of published norms (Heaton et al. 2004). Deficit measurement then proceeds by comparing post-onset neuropsychological test scores to this estimate individually for each test score. A deficit is inferred whenever the difference between the post-onset neuropsychological test score and the preexisting estimate is greater than a certain amount. Heaton et al. (2004) recommended a difference of at least 1SD, since this cutoff score has generally been found to maximize sensitivity and specificity in discriminating between neurologically intact and structurally brain injured individuals. If neuropsychological skills are normally distributed within the population, as is generally thought to be the case, approximately 16% of neurologically intact individuals will be misdiagnosed as false positive using this cutoff criterion.

Figure 1 demonstrates that if the mean score of a grouping of African Americans actually falls 1SD below the published White American mean, this grouping will have a much higher false positive rate (50%). A race-norm cutoff can restore this false positive rate to 16% (Gladsjo et al. 1999). If neuropsychological skills are non-normally distributed within the general population the size of the percentages will differ, but the basic principle remains the same. How the race-norming cutoff effects the false negative rate (i.e., those with cognitive deficit misdiagnosed as cognitively intact) is unknown. False negative rates cannot be calculated from race-norming studies, as only neurologically intact participants are used. Brandt (2007) and Manly (2005) suggested that race-norming increases the false negative rate, disproportionately denying minorities needed services, but evidence that supports this position has yet to be collected.

Explanations of African/White Neuropsychological Test Score Differences

One of the arguments against race-norming studies is that they focus on racial differences in neuropsychological test scores without illuminating the factor(s) responsible (Gasquoine 1999; Manly 2005). For example in Heaton et al. (2004) discrepancies were attributed to a "variety of cultural, educational, socioeconomic, and other factors" (p. 3). There has been much speculation about what cultural factors might influence neuropsychological test scores (e.g., Ardila 2005), but studies that have attempted to quantify the effect of such



**Fig. 1** Hypothetical distributions of neuropsychological test scores for neurologically intact African and White Americans, demonstrating that the race-norm cutoff (*B*) reduces the number of African Americans misclassified with cognitive deficit (false positives)

factors upon African/White neuropsychological test score discrepancies have targeted three: (a) acculturation; (b) socioeconomic status; and (c) quality of education.

*Acculturation*

Acculturation is a concept borrowed from anthropology that describes the socialization process whereby members of minority groupings gradually learn and adopt certain elements of mainstream culture from continuous first-hand contact. Although historically more applied to immigrant groupings, acculturation has also been used to describe how African Americans relate to mainstream culture (e.g., Landrine and Klonoff 1995).

Lower levels of acculturation (indicating less identification with mainstream culture) have been associated with poorer performance on neuropsychological tests of memory, language, and visual–perceptual skills among neurologically intact elderly African Americans (Manly et al. 1998). Similar findings were reported among African American traumatic brain injury survivors for measures of orientation, memory, language, and visual–perceptual skills after statistical corrections for severity of injury (Kennepohl et al. 2004). This line of research has also been pursued with immigrant groupings (e.g., Razani et al. 2007). The concept of acculturation illustrates that African Americans, or any other racial grouping including non-Hispanic Whites (e.g., Touradji et al. 2001), are not cookie-cutter cultural images of each other.

*Socioeconomic Status (SES)*

Census 2000 figures (information on census 2000 is readily available on the web at www.census.gov) showed African/White American differences in percent living below the poverty line (23% vs. 9%, respectively) and in median household income ($29,000 vs. $45,000). In children, SES correlates highly with scores on intelligence, achievement, and certain neuropsychological tests, especially those involving language processing (Noble et al. 2007). SES is a multidimensional psychological construct with an imprecise operational definition and it has proved difficult to disentangle the specific effects on cognition of its many components. Byrd et al. (2006) investigated the role of a variety of SES related early environmental influences (e.g., learning opportunities in the home; parental involvement in education; parental SES) on African/White American neuropsychological test score differences. None of these factors proved significant. This mirrors a general trend in the literature where SES has been unrelated to neuropsychological test scores in North American samples once variance from its correlates, especially educational level, is removed (Gasquoine 1999).

*Quality of Education*

Several studies (Byrd et al. 2004; Johnson-Selfridge et al. 1998; Manly et al. 2002) have suggested that differences in the quality of education received (as evidenced by level of attainment reached) is an important factor in explaining African/White American neuropsychological test score differences. In these studies statistically correcting for differences on a measure of word recognition grade level (Reading Recognition subtest of the Wide Range Achievement Test) using ANCOVA eliminated or greatly reduced the size of the neuropsychological test score discrepancies.

As the reasoning goes (Manly et al. 2002; O'Bryant et al. 2007), there have been historical differences in the quality of education afforded to African/White Americans that makes the typical measure of educational level used in neuropsychology (i.e., number of years) systematically nonequivalent between the two groupings. Matching groupings on reading level, rather than number of years of education, is the more correct comparison. The years of education vs. reading level discrepancy is thought to be greater for older African Americans, especially those educated prior to the desegregation of schools in the south. O'Bryant et al. (2007) found that about 30% of the elderly African American sample used in the Mayo Clinic normative study in Jacksonville, Florida read at a grade level three or more years below their actual grade level completed. This line of research assumes that low reading levels are primarily the result of a poor quality of education. There are other reasons why reading levels might be low, such as the presence of learning disability or poor motivation to learn to read.

**Race as a Psychological Variable**

One of the difficulties in interpreting racial effects on neuropsychological test scores is that race is a completely different demographic variable from age, educational level, or gender. In contrast to the others: (a) it has no clear definition; (b) its commonly used classification system is based upon sociopolitical not scientific considerations; (c) it does not form discrete subcategories; (d) commonly used subcategories are not psychologically homogeneous; (e) not everybody fits into the commonly used classification system; (f) classification into subcategories is often based upon self-report; and (g) commonly used subcategories differ on other psychological variables known to effect neuropsychological test performance.

*Definition of Race (and Ethnicity and Culture)*

*Race* has many definitions within the psychological literature. What are commonly referred to as racial differ-

 Springer

ences are actually a mix of racial, ethnic, and cultural differences.

The scientific definition of race implies genetic trait differentiation between groupings (e.g., Yee et al. 1993). It is generally considered that there are three different races: Mongoloid (Asian), Negroid (Black), and Caucasian (White). Some scientists maintain that there is not even enough genetic variation among these groupings for them to be considered as different races (Brandt 2007; Fuentes 2007). *Ethnicity* is a related term that refers to groupings of individuals of common nationality and/or language (Betancourt and Lopez 1993). These individuals are said to have a common heritage. Hispanic Americans are one example of an ethnic grouping, united by ties to the Spanish language.

Racial and ethnic groupings can be composed of many different cultures. *Culture* refers to learned influences on behavior that occur during the socialization process as one grows up (Betancourt and Lopez 1993). It is a way of life shared by a grouping of people and transmitted through nurture from one generation to another. A cultural grouping has a shared set of core beliefs, norms, and values. Although typically portrayed as static entities cultures are, in reality, dynamic and constantly changing.

Cultural influences on behavior are not derived solely from an individual's race/ethnic background. Numerous other dimensions of individual identity also impart culture. Members of social groupings defined by the same occupation, age, religion, disability, and so forth also have shared beliefs, norms, and values. As illustration, there is a different culture for academic psychologists compared to psychologists in clinical practice. The cohort of individuals aged in their 40s has a different culture from those in their 20s. How all these different cultural influences interact to effect behavior is complex and not well understood.

Race/Ethnic Subcategories in America

Commonly used race/ethnic subcategories derive from the United States Bureau of the Census classification system of 1977. This had five categories for race: *American Indian or Alaskan Native; Asian or Pacific Islander; Black; White;* and *Some Other Race* and two categories for ethnicity: *Hispanic Origin;* and *Not of Hispanic Origin*. A respondent is supposed to select one category for race and one for ethnicity. In 1997 the *Asian or Pacific Islander* category was split into *Asian*, and *Native Hawaiian or other Pacific Islander*.

As the Bureau of the Census admits, this classification scheme is not based upon scientific criteria but on social definitions of race and ethnicity that are prevalent in the community and are of importance for government needs. As such, these groupings are better viewed as *sociopolitical units* rather than psychologically homogeneous cultural entities. The census categories for race actually include a mixture of scientifically recognized race (White, Black, and Asian) and ethnic (American Indian, Native Hawaiian) groupings. Hispanic Americans are correctly recognized (from a scientific perspective) as an ethnicity, but they are the only such grouping allowed to specify race in addition to ethnicity. Hence the derivation of the designation, *non-Hispanic White*.

Race/Ethnicity as a Continuous Variable

In Census 2000, respondents were allowed for the first time to check one or more race categories. Some 3% of respondents obliged. Biracial individuals provide clear evidence that race/ethnic categories are not discrete.

Race/Ethnic Categories are not Culturally Homogeneous

Psychology has adopted the census classification scheme for organizing findings around race/ethnic differences. The advantage of this approach is that it allows comparisons with national statistics, for example when test developers form standardization samples that mirror census demographics. The main problem has been that these census groupings are then treated as homogeneous race/ethno-cultural entities composed of individuals who are culturally identical to each other. In fact, all of the race/ethnic census groupings are culturally heterogeneous:

- ❖ American Indians (the only racial grouping with a legal definition) claim ancestry and affiliation to 561 different federally recognized tribes with over 200 different languages.

- ❖ Asian Americans (individuals with ties to the Asian continent) encompass multiple diverse national groupings that speak over 100 different languages, including Chinese, Filipinos, Asian Indians, Vietnamese, and Japanese. These national groupings themselves are ethnically diverse. For example, Chinese ethnics may come from mainland China (communist), Taiwan (non-communist), and Hong Kong (a former British colony).

- ❖ African Americans are the most well-established minority grouping, dating from the time of slavery, but also include individuals of African descent who have migrated to the United States in the 140 years since abolition, including large numbers from the Caribbean (also the descendents of former slaves).

- ❖ Whites are widely assumed to form a culturally homogeneous grouping based upon European ancestry, skin color, or majority status. In fact, none of these criteria holds for all members. The Bureau of the Census defined White as "people having origin in any of the original peoples of Europe, the Middle East, or

North Africa. It includes people who reported 'White' or wrote in entries such as Irish, German, Italian, Lebanese, Near Eastener, Arab, or Polish" (U.S. Bureau of the Census 2001, p. 1). This includes people with ancestry outside Europe, people of diverse skin color, and minority group members.

- ❖ Hispanic Americans or Latina/os are united by their ties to the Spanish language, but come from diverse national backgrounds like Mexico, Cuba, Puerto Rico, and the Dominican Republic. National groupings differ in basic demographics like educational level, socioeconomic status, legal status, and so forth (Gasquoine 2001).

African and White Americans are likely more culturally homogeneous than Asian and Hispanic Americans groupings as they have considerably fewer numbers of recent immigrants, but the extent of the homogeneity among these sociopolitical groupings is difficult to quantify.

Some Other Race

The existence of this census racial subcategory demonstrates not only that the classification system has failed to include everybody within its main categories, but also that lay persons have difficulty self-reporting their race/ethnic background. The Bureau of the Census designed this subcategory for persons who self-identify as mulatto, creole, or mestizo. These terms, rarely used any more, refer to various biracial combinations. Examples of write-in responses provided by the Bureau (e.g., "Moroccan", "Mexican") suggest that most of the individuals who placed themselves in this subcategory (5% of the total population) are immigrants of various nationalities.

Operationalizing Racial Differences

One proposed solution (Betancourt and Lopez 1993; Helms 1992: Phinney 1996) to the problem of operationally defining race is to replace race/ethnicity as the key variable of interest with measurable psychological variables that: (a) differ among race/ethnic groupings; and (b) are likely to affect the outcome of interest. For neuropsychology, where the outcome of interest is low test scores (or a high number of errors), variables like English language fluency or quality of education are known to effect test scores and are able to be measured more accurately than race/ethnicity.

**The Alternative to Race-Norming**

The sheer number of different race/ethnic groupings in America points to the impracticality of generating similar race/ethnic norms for all. Even the African American norms collected to date are primarily regional in nature and have parts that were out of date before they were even printed. For example, Heaton et al. (2004) reported data on the WAIS-R and the California Verbal Learning Test (CVLT), replaced by the WAIS-III in 1997 and the CVLT-II in 2000, respectively. The Flynn effect (IQ gains over time) demonstrates the need for regular updates of intelligence test norms, an effect that could possible generalize across other neuropsychological domains, especially visual–perceptual processing skills (Hiscock 2007), making existing norms time limited.

There is an alternative approach to estimating preexisting neuropsychological skill levels of minorities that does not require separate normative tables and is therefore much less labor-intensive for the field as a whole. This approach, known as the individual comparison standard, involves estimating preexisting neuropsychological skill levels on a case-by-case basis from regular normative tables. It has received little attention in the neuropsychological research literature probably because there is no uniformly agreed upon method of making the estimate and most research neuropsychologists prefer to conduct analyses at the group (not the individual case) level. Most importantly, there is little research comparing the accuracy of estimating preexisting neuropsychological skill levels with minority participants via published norms and individual comparison standards.

Research that has been done supports the efficacy of the individual comparison standard approach. For example, Gasquoine et al. (2007) found this approach generated nearly two thirds fewer false positives than published norms in a neurologically intact sample of Hispanic Americans on nine neuropsychological test measures. This occurred because the majority of participants had low scores on the individual comparison standard chosen—a measure of picture vocabulary. In theory, the individual comparison standard approach will be more accurate than using the mean of published norms if the individual undergoing neuropsychological testing possessed preexisting neuropsychological skill levels at either end of the normal curve. While individuals of all race/ethnicities fall in this category, as do those with high IQs (Steinberg and Bieliauskas 2005), minorities are statistically more likely to qualify, given race/ethnic neurologically intact group differences on neuropsychological tests.

Lezak et al. (2004) noted that there are at least five different variants of the individual comparison standard approach all using alternative data upon which to base the estimate of preexisting skill level: (a) demographic variables, especially educational level and occupation; (b) formulas that give differential weighting to demographic variables; (c) vocabulary test scores; (d) word reading levels; and (e) the highest score obtained during neuropsychological testing. Deficit measurement proceeds by comparing post-onset neuropsychological test scores to the selected individual comparison standard with a deficit being inferred whenever the difference between the post-onset test score and the

preexisting estimate is greater than some amount, such as 1SD. While the ultimate goal of the two approaches is the same, namely a norm-referenced statement about neuropsychological test scores, the chief difference between the two approaches is that with published norms the preexisting skill estimate is always at the 50th percentile, whereas with the individual comparison standard it varies on a case by case basis.

Table 2 shows a case example comparing the use of published norms to an individual comparison standard in deficit measurement. The case (CD) is that of a 50-year old, balanced bilingual, high school educated, second generation, Hispanic American, car salesman who was three and a half years post a motor vehicle accident in which he sustained a severe traumatic brain injury when tested. Early computed tomography scan of the brain showed generalized edema, initial Glasgow Coma Scale score was 8, and duration of post-traumatic amnesia, as assessed retrospectively, was 3 weeks. He was unable to return to work after the accident, secondary to residual anterograde amnesia. He was tested as a volunteer participant in an on-going study on the neuropsychological assessment of brain injured, balanced bilinguals. Tests were administered in Spanish and included: the Woodcock–Munoz Language Survey—Revised (WMLS-R; Woodcock et al. 2005); La Bateria Neuropsicologica (Artiola i Fortuny et al. 1999); and the Matrix Reasoning subtest from the Wechsler Adult Intelligence Scale-III (Wechsler 1997). The individual comparison standard used was his WMLS-R Picture Vocabulary subtest score ($T=36.7$).

Inspection of the data in Table 2 shows that if cognitive deficit is defined as an obtained test score >1SD below the estimated preexisting skill level, published norms and the individual comparison standard resulted in exactly the same number of deficit test scores. This can be contrasted with case KA presented in Table 3. KA was a 61 year old, balanced bilingual, second generation, Hispanic American, male with 14 years of education who was formerly employed as an autotechnician. Six years prior to volunteering for the same study as CD he was involved in a motor vehicle accident, sustaining a severe traumatic brain injury. Data on early commuted tomography scan of the brain and initial Glasgow Coma Scale score were missing, but duration of post-traumatic amnesia, as assessed retrospectively, was two days. In addition to the traumatic brain injury, he sustained multiple broken bones and other internal injuries. He had not worked since the accident. Using his WMLS-R Picture Vocabulary subtest score ($T=39$) as an estimate of preexisting neuropsychological skill levels resulted in no cognitive deficits on the nine measures under consideration, whereas four had been recorded using published norms (Matrix Reasoning, Verbal Letter Fluency, CVLT long delay free recall, and Digit Span).

These two cases were selected for demonstration purposes and are not meant to be representative or typical in any way. They illustrate two points that are critical considerations for future researchers interested in comparing published norms and individual comparison standards in clinical cases: (a) the importance of the accuracy of estimating preexisting skill levels decreases as the severity of cognitive deficit increases (case CD); and (b) there is no "gold standard" against which to validate cognitive deficits (case KA) when the severity of injury is less severe. With traumatic brain injuries, historical details (e.g., length of post-traumatic amnesia), neuroradiographic study, functional impairment, and patient self-report all show imperfect correlations with neuropsychological test scores, as evidenced from studies of the postconcussion syndrome (Bigler 2008). The dilemma faced by researchers is that cases of severe brain injury obviate the problem of estimating preexisting skill levels, whereas cognitive deficit in mild cases is difficult to objectively validate.

**Table 2** Comparison of cognitive deficit (scores >1SD below estimated preexisting skill levels) calculated from published norms versus an individual comparison standard (WMLS-R picture vocabulary $T=36.7$) on nine selected neuropsychological measures for case CD

| Neuropsychological measure | Obtained $T$ score | Published norms | Individual comparison standard |
|---|---|---|---|
| WAIS-III Matrix Reasoning | 50.0 | 50.0−50.0=0 | 50.0−36.7=+13.3 |
| Visual Memory long delay | 25.0 | 25.0−50.0=−25.0[a] | 25.0−36.7=−11.7[a] |
| Verbal Prose Memory long delay | 24.0 | 24.0−50.0=−26.0[a] | 24.0−36.7=−12.7[a] |
| Wisconsin Card Sorting Test # errors | 65.0 | 65.0−50.0=+15.0 | 65.0−36.7=+28.3 |
| Verbal Letter Fluency total | 43.0 | 43.0−50.0=−7.0 | 43.0−36.7=+6.3 |
| CVLT long delay free recall | 19.0 | 19.0−50.0=−31.0[a] | 19.0−36.7=−17.7[a] |
| Digit Span total | 40.0 | 40.0−50.0=−10.0 | 40.0−36.7=−3.3 |
| Spatial Span forwards | 64.0 | 64.0−50.0=+14.0 | 64.0−36.7=+27.3 |
| Stroop Color and Word interference | 59.0 | 59.0−50.0=+9.0 | 59.0−36.7=+22.3 |

*CVLT* California Verbal Learning Test, *WAIS-III* Wechsler Adult Intelligence Scale-III, *WMLS-R* Woodcock Munoz Language Survey—Revised

[a] Cognitive deficit


Springer

Table 3 Comparison of cognitive deficit (scores >1SD below estimated preexisting skill levels) calculated from published norms versus an individual comparison standard (WMLS-R picture vocabulary $T=39.0$) on nine selected neuropsychological measures for case KA

| Neuropsychological measure | Obtained $T$ score | Published norms | Individual comparison standard |
|---|---|---|---|
| WAIS-III Matrix Reasoning | 36.7 | 36.7−50.0=−13.3[a] | 36.7−39.0=−2.3 |
| Visual Memory long delay | 63.0 | 63.0−50.0=+13.0 | 63.0−39.0=+24.0 |
| Verbal Prose Memory long delay | 54.0 | 54.0−50.0=+4.0 | 54.0−39.0=+15.0 |
| Wisconsin Card Sorting Test # errors | 51.0 | 51.0−50.0=+1.0 | 51.0−39.0=+12.0 |
| Verbal Letter Fluency total | 32.0 | 32.0−50.0=−18.0[a] | 32.0−39.0=−7.0 |
| CVLT long delay free recall | 39.0 | 39.0−50.0=−11.0[a] | 39.0−39.0=0 |
| Digit Span total | 36.7 | 36.7−50.0=−13.3[a] | 36.7−39.0=−1.3 |
| Spatial Span forwards | 45.0 | 45.0−50.0=−5.0 | 45.0−39.0=+6.0 |
| Stroop Color and Word interference | 47.0 | 47.0−50.0=−3.0 | 47.0−39.0=+8.0 |

*CVLT* California Verbal Learning Test, *WAIS-III* Wechsler Adult Intelligence Scale-III, *WMLS-R* Woodcock Munoz Language Survey—Revised

[a] Cognitive deficit

Other aspects of the use of the individual comparison standard need further research. One concern is the use of a single estimate of preexisting neuropsychological function across all cognitive domains. As illustration, neurologically intact Hispanic Americans are known to perform better on visual–perceptual than language based measures (e.g., Gasquoine et al. 2007). Another issue concerns predicting the amount of statistical error involved when using an individual comparison standard derived from post-onset scores (i.e., the chance or base rate of obtaining $x$ deficit scores from $y$ intertest comparisons) as it varies from case to case. Recent work has developed statistical programs to allow estimation of this value using either Bayesian (Crawford and Garthwaite 2007) or classical approaches (Crawford et al. 2007). Use of these programs requires administration of a battery of tests within which the matrix of correlations between the individual measures is known (or at least estimated—the average correlation between neuropsychological measures is around +0.5; Crawford and Garthwaite 2005) and the assumption of normally distributed population scores for each measure.

The individual comparison standard approach to the estimation of preexisting neuropsychological skill levels can obviate the need for race-norms. When using the 50th percentile of published norms as an estimate of preexisting neuropsychological skill levels the "utility of any set of normative data is largely dependent upon the degree of similarity between the individual test-taker and the characteristic features of the normative sample" (Lucas et al. 2005a, p. 176). When using the individual comparison standard this is no longer the case, since deficit measurement proceeds by calculating the difference between post-onset neuropsychological test scores and preexisting skill estimates on the same normative table. Suitable normative tables for using the individual comparison standard are those that mirror the general characteristics of the population as closely as possible, of the meta-norm type developed for many popular neuropsychological tests by Mitrushina et al. (2005).

## Conclusion

Race-norms have been produced to reduce false positive misclassification rates of African Americans on neuropsychological tests (i.e., neurologically normal individuals misdiagnosed with cognitive deficit). This has raised a slew of complicating issues including: (a) possible justification for inferior/superior treatment of different racial groupings; (b) unknown effects on false negative rates (i.e., cognitive deficit misdiagnosed as normal); (c) the overlooking of factors (like acculturation, SES, and quality of education) possibly responsible for group racial differences; (d) non-scientific and non-operational definitions of race/ethnic groupings that do not form discrete categories; and (e) the sheer number of different race/ethnic groupings pointing to the impracticality of the generation of race-norms for all.

An alternative approach is to use the individual comparison standard in the estimation of preexisting neuropsychological skill levels. This approach has been incompletely studied in this arena, especially in terms of comparisons to the published norms approach. There are many questions surrounding its use that have yet to be addressed. Nevertheless, shifting the focus of research from the generation of race-norms to refining the individual comparison standard will likely benefit the field of neuropsychology in the long term. The debate surrounding race-norms can be summarized by the question: should neuropsychological tests have a single combined national normative table stratified by age, education, and gender, or a myriad of smaller regional tables stratified by additional variables like race?



# References

Ardila, A. (1995). Directions of research in cross-cultural neuropsychology. *Journal of Clinical and Experimental Neuropsychology, 17*, 143–150. doi:10.1080/13803399508406589.

Ardila, A. (2005). Cultural values underlying psychometric cognitive testing. *Neuropsychology Review, 15*, 185–195. doi:10.1007/s11065-005-9180-y.

Ardila, A., Rosselli, M., & Puente, A. E. (1994). *Neuropsychological evaluation of the Spanish speaker*. New York: Plenum.

Artiola i Fortuny, L., Hermosillo, D., Heaton, R. K., & Pardee, R. E. (1999). *Manual de normas y procedimientos para la bateria neuropsicologica en Espanol*. Tucson, AZ: m Press.

Bank, A. L., Yochim, B. P., MacNeill, S. E., & Lichtenberg, P. A. (2000). Expanded normative data for the Mattis Dementia Rating Scale for use with urban elderly medical patients. *The Clinical Neuropsychologist, 14*, 149–156. doi:10.1076/1385-4046(200005)14:2;1-Z;FT149.

Betancourt, H., & Lopez, S. R. (1993). The study of culture, ethnicity, and race in American psychology. *The American Psychologist, 48*, 629–637. doi:10.1037/0003-066X.48.6.629.

Bigler, E. D. (2008). Neuropsychology and clinical neuroscience of persistent post-concussive syndrome. *Journal of the International Neuropsychological Society, 14*, 1–22. doi:10.1017/S135561770808017X.

Binet, A., & Simon, T. (1905). Methodes nouvelles pour le diagnostic du niveau intellectual des anormaux. *L'Annee Psychologique, 11*, 191–244. doi:10.3406/psy.1904.3675.

Boake, C. (2002). From the Binet–Simon to the Wechsler–Bellevue: Tracing the history of intelligence testing. *Journal of Clinical and Experimental Neuropsychology, 24*, 383–405. doi:10.1076/jcen.24.3.383.981.

Boone, K. B., Victor, T. L., Wen, J., Razani, J., & Ponton, M. (2007). The association between neuropsychological scores and ethnicity, language, and acculturation variables in a large patient population. *Archives of Clinical Neuropsychology, 22*, 355–365. doi:10.1016/j.acn.2007.01.010.

Brandt, J. (2007). 2005 INS Presidential address: Neuropsychological crimes and misdemeanors. *The Clinical Neuropsychologist, 21*, 553–568. doi:10.1080/13854040600770800.

Byrd, D. A., Touradji, P., Tang, M.-X., & Manly, J. J. (2004). Cancellation test performance in African American, Hispanic, and White elderly. *Journal of the International Neuropsychological Society, 10*, 401–411. doi:10.1017/S1355617704103081.

Byrd, D. A., Miller, S. W., Reilly, J., Weber, S., Wall, T. L., & Heaton, R. K. (2006). Early environmental factors, ethnicity, and adult cognitive test performance. *The Clinical Neuropsychologist, 20*, 243–260. doi:10.1080/13854040590947489.

Cadinu, M., Maass, A., Rosabianca, A., & Kiesner, J. (2005). Why do women underperform under stereotype threat? Evidence for the role of negative thinking. *Psychological Science, 16*, 572–578. doi:10.1111/j.0956-7976.2005.01577.x.

Crawford, J. R., & Garthwaite, P. H. (2005). Testing for suspected impairments and dissociations in single-case studies in neuropsychology: Evaluation of alternatives using Monte Carlo simulations and revised tests for dissociations. *Neuropsychology, 19*, 318–331. doi:10.1037/0894-4105.19.3.318.

Crawford, J. R., & Garthwaite, P. H. (2007). Comparison of a single case to a control or normative sample in neuropsychology: Development of a Bayesian approach. *Cognitive Neuropsychology, 24*, 343–372. doi:10.1080/02643290701290146.

Crawford, J. R., Garthwaite, P. H., & Gault, C. B. (2007). Estimating the percentage of the population with abnormally low scores (or abnormally large score differences) on standardized neuropsychological test batteries: A generic model with applications. *Neuropsychology, 21*, 419–430. doi:10.1037/0894-4105.21.4.419.

Dickens, W. T., & Flynn, J. R. (2006). Black Americans reduce the racial IQ gap: Evidence from standardization samples. *Psychological Science, 17*, 913–920. doi:10.1111/j.1467-9280.2006.01802.x.

Diehr, M. C., Heaton, R. K., Miller, W., & Grant, I. (1998). The Paced Auditory Serial Addition Task (PASAT): Norms for age, education, and ethnicity. *Assessment, 5*, 375–387. doi:10.1177/107319119800500407.

Ferman, T. J., Lucas, J. A., Ivnik, R. J., Smith, G. E., Willis, F. B., Petersen, R. C., et al. (2005). Mayo's older African American normative studies: Auditory Verbal Learning Test norms for African American elders. *The Clinical Neuropsychologist, 19*, 214–228. doi:10.1080/13854040590945300.

Fillenbaum, G. G., Huber, M., & Taussig, I. M. (1997). Performance of elderly white and African-American community residents on the abbreviated CERAD Boston Naming Test. *Journal of Clinical and Experimental Neuropsychology, 19*, 204–210. doi:10.1080/01688639708403851.

Fillenbaum, G. G., McCurry, S. M., Kuchibhatla, M., Masaki, K. H., Borenstein, A. R., Foley, D. J., et al. (2005). Performance on the CERAD Neuropsychological Battery of two samples of Japanese-American elders: Norms for persons with and without dementia. *Journal of the International Neuropsychological Society, 11*, 192–201. doi:10.1017/S1355617705050198.

Flaugher, R. L. (1978). The many definitions of test bias. *The American Psychologist, 33*, 671–679. doi:10.1037/0003-066X.33.7.671.

Fuentes, A. (2007). *Core concepts in biological anthropology*. New York, NY: McGraw-Hill.

Gasquoine, P. G. (1999). Variables moderating cultural and ethnic differences in neuropsychological assessment: The case of Hispanic Americans. *The Clinical Neuropsychologist, 13*, 376–383. doi:10.1076/clin.13.3.376.1735.

Gasquoine, P. G. (2001). Research in clinical neuropsychology with Hispanic American participants: A review. *The Clinical Neuropsychologist, 15*, 2–12. doi:10.1076/clin.15.1.2.1915.

Gasquoine, P. G., Croyle, K. L., Cavazos-Gonzalez, C., & Sandoval, O. (2007). Language of administration and neuropsychological test performance in neurologically intact Hispanic American bilingual adults. *Archives of Clinical Neuropsychology, 22*, 991–1001. doi:10.1016/j.acn.2007.08.003.

Gladsjo, J. A., Schuman, C. C., Evans, J. D., Peavy, G. M., Miller, S. W., & Heaton, R. K. (1999). Norms for letter and category fluency: Demographic corrections for age, education, and ethnicity. *Assessment, 6*, 147–178.

Gonzalez, R., Grant, I., Miller, S. W., Schweinsburg, B. C., Carey, C. L., Woods, S. P., et al. (2006). Demographically adjusted normative standards for new indices of performance on the Paced Auditory Serial Addition Task (PASAT). *The Clinical Neuropsychologist, 20*, 396–413. doi:10.1080/13854040590967559.

Gottfredson, L. S. (1994). The science and politics of race-norming. *The American Psychologist, 49*, 955–963. doi:10.1037/0003-066X.49.11.955.

Gregory, R. J. (2007). *Psychological testing: History, principles, and applications* (5th ed.). Boston: Allyn & Bacon.

Gurland, B. J., Wilder, D. E., Cross, P., Teresi, J., & Barrett, V. W. (1992). Screening scales for dementia: Toward reconciliation of conflicting cross-cultural findings. *International Journal of Geriatric Psychiatry, 7*, 105–113. doi:10.1002/gps.930070207.

Heaton, R. K., Miller, S. W., Taylor, M. J., & Grant, I. (2004). *Revised comprehensive norms for an expanded Halstead–Reitan battery: Demographically adjusted neuropsychological norms for African American and Caucasian Adults*. Odessa, FL: Psychological Assessment Resources.

Helms, J. E. (1992). Why is there no study of cultural equivalence in standardized cognitive ability testing? *The American Psychologist*, *47*, 1083–1101. doi:10.1037/0003-066X.47.9.1083.

Henderson, L. W., Frank, E. M., Pigatt, T., Abramson, R. K., & Houston, M. (1998). Race, gender, and educational level effects on Boston Naming Test scores. *Aphasiology*, *12*, 901–911. doi:10.1080/02687039808249458.

Herrnstein, R. J., & Murray, C. (1994). *The bell curve: Intelligence and class structure in American Life*. New York: Free.

Hiscock, M. (2007). The Flynn effect and its relevance to neuropsychology. *Journal of Clinical and Experimental Neuropsychology*, *29*, 514–529. doi:10.1080/13803390600813841.

Hosp, J. L., & Reschly, D. J. (2004). Disproportionate representation of minority students in special education: Academic, demographic, and economic predictors. *Exceptional Children*, *70*, 185–199.

Ivnik, R. J., Malec, J. F., Smith, G. E., Tangalos, E. G., Petersen, R. C., Kokmen, E., et al. (1992). Mayo's older Americans normative studies: Updated AVLT norms for ages 56 to 97. *The Clinical Neuropsychologist*, *6*, 83–104. doi:10.1080/13854049208401880.

Ivnik, R. J., Malec, J. F., Smith, G. E., Tangalos, E. G., & Petersen, R. C. (1996). Neuropsychological tests' norms above age 55: COWAT, BNT, MAE Token, WRAT-R Reading, AMNART, STROOP, TMT, and JLO. *The Clinical Neuropsychologist*, *10*, 262–278. doi:10.1080/13854049608406689.

Jensen, A. R. (1969). How much can we boost IQ and scholastic achievement? *Harvard Educational Review*, *39*, 1–123.

Jensen, A. R. (1974). The strange case of Dr. Jensen and Mr. Hyde. *The American Psychologist*, *29*, 467–468. doi:10.1037/h0038149.

Johnson-Selfridge, M., Zalewski, C., & Aboudarham, J. (1998). The relationship between ethnicity and word fluency. *Archives of Clinical Neuropsychology*, *13*, 319–325. doi:10.1016/S0887-6177(97)00003-6.

Kaplan, R. M., & Sacuzzo, D. P. (2005). *Psychological testing: Principles, applications, and issues* (6th ed.). Belmont, CA: Thomson Wadsworth.

Kennepohl, S., Shore, D., Nabors, N., & Hanks, R. (2004). African American acculturation and neuropsychological test performance following traumatic brain injury. *Journal of the International Neuropsychological Society*, *10*, 566–577. doi:10.1017/S1355617704104128.

Landrine, H., & Klonoff, E. A. (1995). The African American Acculturation Scale II: Cross validation and short form. *The Journal of Black Psychology*, *21*, 124–152. doi:10.1177/00957984950212003.

Lezak, M. D., Howieson, D. B., & Loring, D. W. (2004). *Neuropsychological assessment* (4th ed.). New York: Oxford University Press.

Lu, L., & Bigler, E. (2002). Normative data on Trail Making Test for neurologically normal, Chinese-speaking adults. *Applied Neuropsychology*, *9*, 219–225. doi:10.1207/S15324826AN0904_4.

Lucas, J. A., Ivnik, R. J., Willis, F. B., Ferman, T. J., Smith, G. E., Parfitt, F. C., et al. (2005a). Mayo's older African Americans normative studies: Normative data for commonly used clinical neuropsychological measures. *The Clinical Neuropsychologist*, *19*, 162–183. doi:10.1080/13854040590945265.

Lucas, J. A., Ivnik, R. J., Smith, G. E., Ferman, T. J., Willis, F. B., Petersen, R. C., et al. (2005b). A brief report on WAIS-R normative data collection in Mayo's older African Americans normative studies. *The Clinical Neuropsychologist*, *19*, 184–188. doi:10.1080/13854040590945283.

Lucas, J. A., Ivnik, R. J., Smith, G. E., Ferman, T. J., Willis, F. B., Petersen, R. C., et al. (2005c). Mayo's older African Americans normative studies: WMS-R norms for African American elders. *The Clinical Neuropsychologist*, *19*, 189–213. doi:10.1080/13854040590945292.

Lucas, J. A., Ivnik, R. J., Smith, G. E., Ferman, T. J., Willis, F. B., Petersen, R. C., et al. (2005d). Mayo's older African Americans normative studies: Norms for Boston Naming Test, Controlled Oral Word Association, Category Fluency, Animal Naming, Token Test, WRAT-3 Reading, Trail Making Test, Stroop Test, and Judgment of Line Orientation. *The Clinical Neuropsychologist*, *19*, 243–269. doi:10.1080/13854040590945337.

Manly, J. J. (2005). Advantages and disadvantages of separate norms for African Americans. *The Clinical Neuropsychologist*, *19*, 270–275. doi:10.1080/13854040590945346.

Manly, J. J., Miller, S. W., Heaton, R. K., Byrd, D., Reilly, J., Velasquez, R. J., et al. (1998). The effect of African-American acculturation on neuropsychological test performance in normal and HIV-positive individuals. *Journal of the International Neuropsychological Society*, *4*, 291–302.

Manly, J. J., Jacobs, D. M., Touradji, P., Small, S. A., & Stern, Y. (2002). Reading level attenuates differences in neuropsychological test performance between African American and White elders. *Journal of the International Neuropsychological Society*, *8*, 341–348. doi:10.1017/S1355617702813157.

Marx, D. M., & Stapel, D. A. (2006). It depends on your perspective: The role of self-relevance in stereotype based underperformance. *Journal of Experimental Social Psychology*, *42*, 768–775. doi:10.1016/j.jesp.2005.08.005.

Mayer, D. M., & Hanges, P. J. (2003). Understanding the stereotype threat effect with "culture-free" tests: An examination of its mediators and measurement. *Human Performance*, *16*, 207–230. doi:10.1207/S15327043HUP1603_3.

Miller, G. A., & Chapman, J. P. (2001). Misunderstanding analysis of covariance. *Journal of Abnormal Psychology*, *110*, 40–48. doi:10.1037/0021-843X.110.1.40.

Mitrushina, M., Boone, K. B., Razani, J., & D'Elia, L. F. (2005). *Handbook of normative data for neuropsychological assessment* (2nd ed.). New York: Oxford University Press.

Moering, R. G., Schinka, J. A., Mortimer, J. A., & Graves, A. B. (2004). Normative data for elderly African Americans for the Stroop Color and Word Test. *Archives of Clinical Neuropsychology*, *19*, 61–71. doi:10.1016/S0887-6177(02)00219-6.

Neisser, U., Boodoo, G., Bouchard, T. J., Boykin, A. W., Brody, N., Ceci, S. J., et al. (1996). Intelligence: Knowns and unknowns. *The American Psychologist*, *51*, 77–100. doi:10.1037/0003-066X.51.2.77.

Noble, K. G., McCandliss, B. D., & Farah, M. J. (2007). Socioeconomic gradients predict individual differences in neurocognitive abilities. *Developmental Science*, *10*, 464–480. doi:10.1111/j.1467-7687.2007.00600.x.

Norman, M. A., Evans, J. D., Miller, S. W., & Heaton, R. K. (2000). Demographically corrected norms for the California Verbal Learning Test. *Journal of Clinical and Experimental Neuropsychology*, *22*, 80–93. doi:10.1076/1380-3395(200002)22:1;1-8;FT080.

O'Bryant, S. E., O'Jile, J. R., & McCaffrey, R. J. (2004). Reporting of demographic variables in neuropsychological research: Trends in the current literature. *The Clinical Neuropsychologist*, *18*, 229–233. doi:10.1080/13854040490501439.

O'Bryant, S. E., Lucas, J. A., Willis, F. B., Smith, G. E., Graff-Radford, N. R., & Ivnik, R. J. (2007). Discrepancies between self-reported years of education and estimated reading level among elderly community-dwelling African Americans: Analysis of the MOAANS data. *Archives of Clinical Neuropsychology*, *22*, 327–332. doi:10.1016/j.acn.2007.01.007.

Ostrosky-Solis, F., Ardila, A., & Rosselli, M. (1999). NEUROPSI: A brief neuropsychological test battery in Spanish with norms by age and education level. *Journal of the International Neuropsychological Society*, *5*, 413–433. doi:10.1017/S1355617799555045.



Pedraza, O., Lucas, J. A., Smith, G. E., Willis, F. B., Graff-Radford, N. R., Ferman, T. J., et al. (2005). Mayo's older African American normative studies: Confirmatory factor analysis of a core battery. *Journal of the International Neuropsychological Society, 11*, 184–191. doi:10.1017/S1355617705050204.

Phinney, J. S. (1996). When we talk about American ethnic groups, what do we mean? *The American Psychologist, 51*, 918–927. doi:10.1037/0003-066X.51.9.918.

Ponton, M. O., Satz, P., Herrera, L., Ortiz, F., Urrutia, C. P., Young, R., et al. (1996). Normative data stratified by age and education for the Neuropsychological Screening Battery for Hispanics (NeSBHIS): Initial report. *Journal of the International Neuropsychological Society, 2*, 96–104.

Prifitera, A., Weiss, L. G., & Saklofske, D. H. (1998). The WISC-III in context. In A. Prifitera, & D. H. Saklofske (Eds.), *WISC-III: Clinical use and interpretation* pp. 1–38. San Diego, CA: Academic.

Puente, A. E., & Salazar, G. D. (1998). Assessment of minority and culturally diverse children. In A. Prifitera, & D. H. Saklofske (Eds.), *WISC-III: Clinical use and interpretation* (pp. 227–248). San Diego, CA: Academic.

Raven, J., Raven, J. C., & Court, J. H. (1998). *Standard progressive matrices, 1998 edition*. Oxford, England: Oxford University Press.

Razani, J., Burciaga, J., Madore, M., & Wong, J. (2007). Effects of acculturation on tests of attention and information processing in an ethnically diverse group. *Archives of Clinical Neuropsychology, 22*, 333–341. doi:10.1016/j.acn.2007.01.008.

Reynolds, C. R. (2000). Why is psychometric research on bias in mental testing so often ignored? *Psychology, Public Policy, and Law, 6*, 144–150. doi:10.1037/1076-8971.6.1.144.

Rilling, L. M., Lucas, J. A., Ivnik, R. J., Smith, G. E., Willis, F. B., Ferman, T. J., et al. (2005). Mayo's older African Americans normative studies: Norms for the Mattis Dementia Rating Scale 1. *The Clinical Neuropsychologist, 19*, 229–242. doi:10.1080/13854040590945328.

Rushton, J. P., & Jensen, A. R. (2006). The totality of available evidence shows that the race IQ gap still remains. *Psychological Science, 17*, 921–922. doi:10.1111/j.1467-9280.2006.01803.x.

Sackett, P. R. (2003). Stereotype threat in applied selection settings: A commentary. *Human Performance, 16*, 295–309. doi:10.1207/S15327043HUP1603_6.

Schmader, T., & Johns, M. (2003). Converging evidence that stereotype threat reduces working memory capacity. *Journal of Personality and Social Psychology, 85*, 440–452. doi:10.1037/0022-3514.85.3.440.

Schmidt, F. L., & Hunter, J. E. (1974). Racial and ethnic bias in psychological tests: Divergent implications of two definitions of test bias. *The American Psychologist, 29*, 1–13. doi:10.1037/h0035844.

Steele, C. M. (1997). A threat in the air: How stereotypes shape intellectual identity and performance. *The American Psychologist, 52*, 613–629. doi:10.1037/0003-066X.52.6.613.

Steele, C. M., & Davies, P. G. (2003). Stereotype threat and employment testing: A commentary. *Human Performance, 16*, 311–326. doi:10.1207/S15327043HUP1603_7.

Steinberg, B., & Bieliauskas, L. (2005). Introduction to the special edition: IQ-based MOANS norms for multiple neuropsychological instruments. *The Clinical Neuropsychologist, 19*, 277–279. doi:10.1080/13854040590948992.

Strickland, B. R. (2000). Misassumptions, misadventures, and the misuse of psychology. *The American Psychologist, 55*, 331–338. doi:10.1037/0003-066X.55.3.331.

Strickland, T. L., D'Elia, L. F., James, R., & Stein, R. (1997). Stroop Color-Word performance of African Americans. *The Clinical Neuropsychologist, 11*, 87–90. doi:10.1080/13854049708407034.

Suhr, J. A., & Gunstad, J. (2002). "Diagnostic threat": The effect of negative expectations on cognitive performance. *Journal of Clinical and Experimental Neuropsychology, 24*, 448–457. doi:10.1076/jcen.24.4.448.1039.

Suhr, J. A., & Gunstad, J. (2005). Further exploration of the effect of "diagnostic threat" on cognitive performance in individuals with mild head injury. *Journal of the International Neuropsychological Society, 11*, 23–29. doi:10.1017/S1355617705050010.

Touradji, P., Manly, J. J., Jacobs, D. M., & Stern, Y. (2001). Neuropsychological test performance: A study of non-Hispanic White elderly. *Journal of Clinical and Experimental Neuropsychology, 23*, 643–649. doi:10.1076/jcen.23.5.643.1246.

Unverzagt, F. W., Hall, K. S., Torke, A. M., Rediger, J. D., Mercado, N., Gureje, O., et al. (1996). Effects of age, education and gender on CERAD neuropsychological test performance in an African American sample. *The Clinical Neuropsychologist, 10*, 180–190. doi:10.1080/13854049608406679.

U.S. Bureau of the Census. (2001). *The White population: 2000*. Washington, DC: U.S. Bureau of the Census.

U.S. Department of Health and Human Services [DHHS] (2001). *Mental health: Culture, race and ethnicity*. Rockville, MD: DHHS.

van de Vijver, F. J. R., & Phalet, K. (2004). Assessment in multicultural groups: The role of acculturation. *Applied Psychology: An International Review, 53*, 215–236. doi:10.1111/j.1464-0597.2004.00169.x.

Vasquez, M. J. T., & Jones, J. M. (2006). Increasing the number of Psychologists of Color: Public policy issues for affirmative diversity. *The American Psychologist, 61*, 132–142. doi:10.1037/0003-066X.61.2.132.

Wechsler, D. (1997). *Wechsler Adult Intelligence Scale–III*. San Antonio, TX: Psychological Corporation.

Wheeler, S. C., Jarvis, B. G., & Petty, R. E. (2001). Think unto others: The self-destructive impact of negative racial stereotypes. *Journal of Experimental Social Psychology, 37*, 173–180. doi:10.1006/jesp.2000.1448.

Williams, W. M., & Ceci, S. J. (1997). Are Americans becoming more or less alike? Trends in race, class, and ability differences in intelligence. *The American Psychologist, 52*, 1126–1235. doi:10.1037/0003-066X.52.11.1226.

Woodcock, R. W., & Munoz-Sandoval, A. F. (1996). *Bateria Woodcock–Munoz: Pruebas de aprovechamiento-Revisada*. Itasca, IL: Riverside.

Woodcock, R. W., Munoz-Sandoval, A. F., Ruef, M. L., & Alvarado, C. G. (2005). *Woodcock–Munoz language survey—Revised*. Itasca, IL: Riverside.

Yee, A. H., Fairchild, H. H., Weizmann, F., & Wyatt, G. E. (1993). Addressing psychology's problems with race. *The American Psychologist, 48*, 1132–1140. doi:10.1037/0003-066X.48.11.1132.