## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>                            Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br>                            Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Anita B. Brody |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of the Motion for Relief by Settlement Class Members Kevin Henry and Najeh Davenport filed by and through their counsel Zuckerman Spaeder LLP, Edward Stone Law P.C., and JR Wyatt Law PLLC on August 25, 2020 (Doc. No. 11169), it is hereby **ORDERED** that the Motion is **DENIED.**

**SO ORDERED** this _____day of _____, 2020.

_____
Anita B. Brody
United States District Court Judge