# Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>        Plaintiffs,<br><br>            v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF JOHN G. KEILP, PHD

JOHN G. KEILP, PhD, hereby declares as follows:

1.      I have personal knowledge concerning the matters addressed herein, and submit this declaration. If called as a witness, I could and would testify competently to the facts herein.

2.      I am a Clinical Psychologist and Neuropsychologist. I am a Research Scientist at the New York State Psychiatric Institute, and an Associate Professor of Clinical Psychology at the Columbia University Vagelos College of Physicians and Surgeons. I am head of the Neuropsychology Laboratory in the Division of Molecular Imaging and Neuropathology at the New York State Psychiatric Institute.  I have been a licensed psychologist in New York State for

1

thirty years, with an independent practice in both clinical and neuropsychological assessment, in addition to my research work. I have over 100 publications in peer reviewed journals, and have been a principal investigator or investigator on numerous federal and private foundation grants.

3.     My education, training, and experience were presented in detail in my November 12, 2014 declaration submitted in connection with Plaintiffs' motion for approval of the proposed settlement of claims in this litigation and are listed in my current curriculum vitae, a copy of which is attached here.

4.     I assisted in the design of the battery of neuropsychological tests used in the Baseline Assessment Program (BAP) of the settlement, and am familiar with its organization and application, and have been asked to comment on the use of demographically-adjusted norms within the BAP, specifically with regard to the use of race and ethnicity in these demographic adjustments.

**Use of Norms in Neuropsychological Assessment**

5.     The neuropsychological evaluation conducted within the BAP is designed to identify and document cognitive impairment, presumably arising from a neurological condition or disease.

6.     Neuropsychological testing initially produces "raw" scores, which are simple tallies of the number of items correct or incorrect, or the time taken to complete a task. Normative reference values are then used to convert these raw scores into the final normatively-corrected scores that are interpreted by the neuropsychologist. You cannot directly compare the raw score obtained from a 75-year-old to the raw score obtained by a college student, for example, without consideration of their standing relative to others their own age. For this reason,

normative reference values are implemented to compare a person's scores to other people of similar demographic characteristics, such as age, gender, level of education, and race/ethnicity.

7.     Accordingly, neuropsychologists will compare the performance of the individual being evaluated to the performance of a population or group that is as much like the person as possible, on characteristics known to be associated with cognitive performance. Neuropsychologists use normative reference values to define "normal" test performance in various population subgroups, based on averages within these subgroups. These "norms" are based on actual assessments of large numbers of healthy individuals on the same tests. The purpose of such demographically-based normative comparisons is to ensure that all patients, regardless of their characteristics, have an equal chance of being correctly classified as healthy or cognitively impaired relative to the group that best represents them.

### Demographic Adjustments of Norms

8.     The most common demographic adjustments to scores are based on age, sex, educational attainment, and race/ethnicity (Lezak M, Howieson DB, Bigler ED, Tranel D. Neuropsychological Assessment, 5th Edition. 2012, New York, Oxford University Press). All of these factors are known to be related to test performance. Age and development are the most obviously important factors influencing test performance and normative reference values. Performance on virtually all tests improves during childhood and adolescence, reaches a peak or stabilizes in young adulthood, and declines in old age. As a result, the identical raw test score in a healthy 75 year-old may represent significant impairment in a 20 year-old. Sex differences are also apparent on many tests, with women on average outperforming men on some measures, such as measures of verbal memory, and men performing better on others, such as tests of visual/spatial processing and simple motor speed (Gur RC, Gur RE. *Complementarity of sex*

3

*differences in brain and behavior: From laterality to multimodal neuroimaging.* Journal of Neuroscience Research, 2017, 92(1-2), 189-199). Educational attainment is associated with performance on most tests of verbal abilities and higher order thinking (Lam M, Eng GK, Rapisarda A, Subramaniam M, Kraus M, Keefe RSE, Collinson SL. *Formulation of the age-education index: Measuring age and education effects on neuropsychological performance.* Psychological Assessment, 2013, 25(1), 61-70).

9.      Race and ethnicity are also important factors to consider when interpreting neuropsychological test scores.  There is a persistent difference in scores on several standard neuropsychological tests that are associated with race and ethnicity, even after correction for age, sex, and education (Lucas JA, Ivnik RJ, Willis FB, Ferman TJ, Smith GE, Parfitt FC, et al. *Mayo's older African Americans normative studies: Normative data for commonly used clinical neuropsychological measures.* The Clinical Neuropsychologist, 2005, 19, 162–183; Heaton RK, Miller SW, Taylor MJ, Grant, I. Revised comprehensive norms for an expanded Halstead–Reitan battery: Demographically adjusted neuropsychological norms for African American and Caucasian Adults. 2004, Odessa, FL: Psychological Assessment Resources).

10.     Race and ethnicity adjustments have been used extensively in research to prevent misclassifying individuals as cognitively impaired or demented when they are not.  (Manly JJ, Bell-McGinty S, Tang MX, Schupf, N, Stern Y Mayeaux, R.  *Implementing diagnostic criteria and estimating frequency of mild cognitive impairment in an urban community.*  Archives of Neurology, 2005, 62, 1739-1746; Manly JJ, Tang MX, Schupf N, Stern Y, Vonsattel JP, Mayeux R. *Frequency and course of mild cognitive impairment in a multiethnic community.* Annals of Neurology. 2008, 63(4), 494-506;  Werry AE, Danile M, Bergstrom B. *Group differences in normal neuropsychological test performance for older non-Hispanic white and Black/African*

*American adults.* Neuropsychology, 2019, 33(8), 1089-1100). The consequence of not accounting for these group differences is a bias toward misdiagnosis of cognitive impairment in minority populations (Werry AE, Danile M, Bergstrom B. *Group differences in normal neuropsychological test performance for older non-Hispanic white and Black/African American adults.* Neuropsychology, 2019, 33(8), 1089-1100), leading to stigma, potential loss of liberties, and possible inappropriate treatment for those who are mischaracterized in this way.

11.     Race and ethnicity-specific normative data have been developed and widely promulgated for clinical practice beginning in the 1990s and early 2000s (Lucas JA, Ivnik RJ, Willis FB, Ferman TJ, Smith GE, Parfitt FC, et al. *Mayo's older African Americans normative studies: Normative data for commonly used clinical neuropsychological measures.* The Clinical Neuropsychologist, 2005, 19, 162–183; Heaton RK, Miller SW, Taylor MJ, Grant, I. Revised comprehensive norms for an expanded Halstead–Reitan battery: Demographically adjusted neuropsychological norms for African American and Caucasian Adults. 2004, Odessa, FL: Psychological Assessment Resources), as well as for federally funded clinical research (Casaletto KB, Umlauf A, Beaumont J, Gershon, R, Slotkin J, Akshoomoff N, Heaton RK. *Demographically corrected normative standards for the English version of the NIH Toolbox Cognition Battery.* Journal of the International Neuropsychological Society, 2015, 21(5), 378-391). The use of norms that allow for more complete demographic adjustment, including for race and ethnicity, has been common in clinical practice for many years. Clinical training in neuropsychological assessment emphasizes the appropriate use of such normative data for adjusting raw test scores in clinical practice.

12.     These race and ethnicity corrections of neuropsychological scores adjust for known performance differences to reduce the likelihood of misdiagnosing cognitive impairment

in minority populations.  As clinicians, however, we understand that definitions of race and ethnicity are based on cultural considerations, and are far more complex in a multiracial society—as well as for multiracial individuals—than a dichotomous distinction may allow. There are other factors that are incorporated in race, such as poverty, the experience of discrimination, poorer quality education, and reduced acculturation that impact neuropsychological test performance and can account for much of the influence of race (Manly JJ, Miller SW, Heaton RK, Byrd D, Reilly J, Velasquez RJ, et al. (1998). *The effect of African-American acculturation on neuropsychological test performance in normal and HIV-positive individuals.* Journal of the International Neuropsychological Society, 1998, 4, 291–302; Manly JJ, Byrd DA, Touradji P, Stern Y.  *Acculturation, reading level, and neuropsychological test performance among African American elders.*  Applied Neuropsychology, 2004, 11, 37-46). However, norms adjusting for these more nuanced cultural and sociological factors do not exist. Thus, we use clinical judgment to determine if available norms are appropriate to best characterize any individual patient.

### The Application of Norms in Individual Assessments

13.    The Baseline Assessment Program (BAP) battery was designed to incorporate tools and standards of clinical practice, using many of the most commonly administered tests (Rabin LA, Paolillo E, Barr WB. *Stability in test-usage practices of Clinical Psychologists in the United State and Canada over a 10-year period: A follow-up survey of INS and NAN members.* Archives of Clinical Neuropsychology, 2016, 31, 206-230).  It requires board-certified neuropsychologists to evaluate former players in a manner comparable to patients in their own clinical settings, with a standard set of assessments.  Clinician judgment concerning the normative adjustments to be applied to players' test results is likewise a part of this process.

6

14.     Norms in the BAP are derived from two sources, the Advanced Clinical Systems (ACS) computer scoring package and the Revised Comprehensive Norms for an Expanded Halstead-Reitan Battery ("Heaton Norms").

15.     Within the BAP, however, the ACS package also contains education-only norms using a mixed-race normative sample that may be used in place of the full demographic adjustment that includes race.  Though "Heaton Norms" are divided by race initially, Caucasian norms may be used, in certain circumstances, for African-Americans based on clinical judgment with regard to the player's living environment while growing up, levels of familial educational achievement, quality of educational background, personal educational achievement, and acculturation—all of which contribute to group-averaged racial and ethnic differences in performance.

16.     Within the context of the BAP, if the individual player's background is not representative of the normative sample that their race or ethnic background alone would suggest, clinicians are free to apply their judgment to adjust raw scores with a more appropriate normative adjustment.  For example, if an individual player who identifies as African-American is less characteristic of the normative sample of African-Americans—in terms of family income, levels of familial educational achievement, quality of educational background, personal educational achievement, living environment, and acculturation—the clinician can bypass full demographic adjustment, much in the same manner as he/she would in clinical practice.

17.     In the end, decisions about the selection of norms are a matter of clinical judgment, based on consideration of the individual's lived experience and the compatibility and appropriateness of available normative comparison samples.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:          October 8, 2020
                New York, New York

_____
        John G. Keilp, PhD

# Curriculum Vitae

**John G. Keilp, Ph.D.**
646-774-7509
jgk13@cumc.columbia.edu

**Date of Preparation:**   October 7, 2020

**Personal Data:**
Name:                     John George Keilp
Date of Birth:            December 31, 1954
Birthplace:               Jersey City, New Jersey
Citizenship:              USA

**Work Experience:**

| | | |
|---|---|---|
| 5/2015 – present | **Department of Psychiatry, Columbia University**<br>Associate Professor of Clinical Psychology in Psychiatry | New York, NY |
| 11/1999 – present | **Department of Molecular Imaging and Neuropathology**<br>**and Division of Cognitive Neuroscience**<br>New York State Psychiatric Institute<br>Research Scientist IV | New York, NY |
| 5/2001 – 4/2015 | **Department of Psychiatry, Columbia University**<br>Assistant Professor of Clinical Psychology in Psychiatry | New York, NY |
| 11/1993 – 11/1999 | **Department of Brain Imaging/Neuroscience**<br>New York State Psychiatric Institute<br>Research Scientist II | New York, NY |
| 9/1993 – 5/2001 | **Department of Psychiatry, Columbia University**<br>Associate Research Scientist | New York, NY |
| 7/1992 – 7/1993 | **Department of Psychiatry, Mount Sinai School of Medicine**<br>Assistant Professor of Psychiatry | New York, NY |
| 4/1990 – 6/1992 | **Department of Psychiatry, Mount Sinai School of Medicine**<br>Instructor of Psychiatry | New York, NY |
| 4/1990 – 7/1993 | **Mount Sinai Services, Elmhurst Hospital Center**<br>Senior Psychologist | Queens, NY |
| 6/1989 – 3/1990 | **Laboratory of Clinical Psychophysiology**<br>New York Hospital/Cornell Medical Center<br>Research Associate | New York, NY |
| 7/1986 – 6/1987 | **Laboratory of Psychopharmacology**<br>New York Hospital/Cornell Medical Center<br>Staff Associate | New York, NY |

**Education:**

| | | |
|---|---|---|
| 9/1982 – 12/1989 | **Fordham University, Graduate School of Arts and Sciences** | Bronx, NY |

Ph.D. in Clinical Psychology, January 1990
Ph.D. Thesis Title: "Cerebral Ventricular Enlargement in Schizophrenia:
Relationships to Neuropsychological Functioning, Symptomatology, and
Disruptions in Speech Prosody"
Sponsors: Marvin Reznikoff, Ph.D., John Sweeney, Ph.D., John Sidtis, Ph.D.

| | | |
|---|---|---|
| 9/1981 – 9/1982 | **Fordham University, Graduate School of Arts and Sciences** | Bronx, NY |

M.A. in Clinical Psychology, January 1983

| | | |
|---|---|---|
| 9/1976 – 5/1978 | **Cornell University** | Ithaca, NY |

Graduate Study, Human Development and Family Studies

| | | |
|---|---|---|
| 9/1972 – 5/1976 | **Rutgers University** | New Brunswick, NJ |

B.A. in Psychology

**Training:**

| | | |
|---|---|---|
| 7/1987 – 5/1989 | **Department of Neurology, Memorial Sloan-Kettering Cancer Center** | New York, NY |

Fellow in Neuropsychology

| | | |
|---|---|---|
| 7/1984 – 6/1986 | **Payne Whitney Clinic, New York Hospital/Cornell Medical Center** | New York, NY |

Two year combined Internship/Fellowship in Clinical Psychology
(training in both Adult and Child Clinical Psychology)

**Between Graduate Programs:**

6/1978 – 9/1981     **Various Employment**
City of Syracuse, New York (Public Information Specialist)
Family and Children's Services of Syracuse (Counselor)
New York State Division for Youth (Aide)
City of Ithaca, New York (Swimming Instructor/Lifeguard)

**Licensure:**

8/1990 – present     Licensed Psychologist, New York State (#010203-1)

**Honors:**

| | |
|---|---|
| 1999 | Sallie Foundation Young Investigator Award |
| 1989 | Sigma Xi |
| 1983 | Phi Kappa Phi |
| 1983 | University Teaching Fellowship (Fordham University) |
| 1981, 1982 | Graduate Assistantships (Fordham University) |
| 1977, 1978 | Graduate Assistantships (Cornell University) |
| 1976 | Phi Beta Kappa (Rutgers University) |

## Grant Support:

**Present Support:**

7/2015 – 6/2020    Familial Early-Onset Suicide Attempt Biomarkers
National Institute of Mental Health (NIMH)
5 R01MH108032-02
Role: Co-Investigator (J.J. Mann, Principal Investigator)
Direct Support Year 01: $297,058

7/2016 – 6/2021    Neurobiological Underpinnings of Two Suicidal Subtypes
National Institute of Mental Health (NIMH)
5R01MH096784-03
Role: Co-Investigator (M. Oquendo & B. Stanley, Principal Investigators)
Direct Support Year 01: $429,084

7/2018 – 6/2023    Conte Center: Neurobiological and Developmental Antecedents
to Suicidal Behavior
National Institute of Mental Health (NIMH)
1P50MH090964-01A1
Role: Co-Investigator (J.J. Mann, Principal Investigator)
Direct Support Year 01: $1,348,516

**Past Support:**

7/2015 – 9/2019    Neurocognitive Markers of Vulnerability to Suicidal Behavior Across
the Life-Cycle
Linked Standard Research Grant, American Foundation for Suicide Prevention
(AFSP)
Role: Principal Investigator (3 Site, Multi-Site Study)
Total Direct Support: $225,000 ($75,000 each site)

7/2012 – 4/2017    Ketamine vs. Midazolam: Testing Rapid Relief of Suicide Risk in Depression
National Institute of Mental Health (NIMH)
1R01MH109326-01
Role: Co-Investigator (M. Grunebaum, Principal Investigator)
Direct Support Year 03: $390,459

7/2013 – 7/2015    Ketamine vs. Midazolam: Testing Rapid Relief of Suicide Risk in Bipolar Disorder
Brain-Behavior Research Foundation (BBRF/NARSAD)
BBRF 12-3845
Role: Co-Investigator (M. Grunebaum, Principal Investigator)
Direct Support Year 01: $50,000

7/2002 – 1/2015    Familial Pathways to Early-Onset Suicide Attempts
National Institute of Mental Health (NIMH)
5R01MH056390-15
Role: Co-Investigator (J.J. Mann, Principal Investigator)
Direct Support Year 05: $237,828

| | |
|---|---|
| 12/2008 – 11/2014 | <u>Future Suicide Attempt: Psychobiological Features</u><br>National Institute of Mental Health (NIMH)<br>5R01MH048514-20<br>Role: Investigator (M. Oquendo, Principal Investigator)<br>Direct Support Year 05: $237,600 |
| 7/2008 – 4/2014 | <u>Treating Suicidal Behavior and Self-Mutilation in BPD</u><br>National Institute of Mental Health (NIMH)<br>5R01MH061017-10<br>Role: Investigator (B. Stanley, Principal Investigator)<br>Total Direct Support: $2,676,574 |
| 7/2007 – 12/2013 | <u>Aggressive Behavior in Depression and Suicide: Biochemical, Behavioral,<br>and Cognitive Aberrations in the Stress Response</u><br>National Alliance for Research on Schizophrenia and Depression (NARSAD)<br>Role: Mentor (M. Gorlyn, Principal Investigator)<br>Total Direct Support: $60,000 |
| 2/2006 – 1/2011 | <u>Paroxetine/Buproprion in Suicide Attempters/Ideators in Major Depression</u><br>National Institute of Mental Health (NIMH)<br>5K23MH076049-05<br>Role: Mentor/Consultant (M. Grunebaum, Principal Investigator/K Award)<br>Total Direct Support: $818,653 |
| 7/2000 – 6/2010 | <u>Conte Center for the Neuroscience of Mental Disorders (CCNMD)</u>:<br><u>The Neurobiology of Suicidal Behavior</u><br>National Institute of Mental Health (NIMH)<br>5P50MH062185-10<br>Role: Investigator (J.J. Mann, Principal Investigator)<br>Total Direct Support: $7,460,460 (last five years) |
| 12/2006 – 11/2008 | <u>Neuropsychological Predictors of Antidepressant Treatment Response in<br>Suicide Attempters</u><br>American Foundation for Suicide Prevention (AFSP)<br>Role: Mentor (M. Gorlyn, Principal Investigator)<br>Total Direct Support; $70,000 |
| 7/1998 – 6/2008 | <u>Localization of Selective Attention Deficits in High Lethality Suicide Attempters</u><br>National Alliance for Research on Schizophrenia and Depression (NARSAD)<br>Role: Principal Investigator<br>Total Direct Support: $60,000 |
| 7/1996 – 6/2008 | <u>Pharmacotherapy of High-Risk Bipolar Disorder</u><br>National Institute of Mental Health (NIMH)<br>5R01MH059710-05<br>Role: Investigator (M. Oquendo, Principal Investigator)<br>Total Direct Support: $2,900,000 |

7/1996 – 6/2008        Neuropsychological Characteristics of Suicide
                       National Alliance for Research on Schizophrenia and Depression (NARSAD)
                       Role: Principal Investigator
                       Total Direct Support: $60,000

7/2005 – 7/2007        Naturalistic Study of Duration of Untreated Psychosis and Neuroleptic Response
                       in Schizophrenia
                       National Alliance for Research on Schizophrenia and Depression (NARSAD)
                       Role: Co-Mentor (with A. Dwork/B. Mancevski, Principal Investigator)
                       Total Direct Support: $60,000

4/2002 – 5/2007        Neuropsychological Dysfunction in Suicidal Behavior
                       National Institute of Mental Health (NIMH)
                       5R01MH062155-04
                       Role: Principal Investigator
                       Total Direct Support: $400,000

4/1999 – 3/2004        PET and MRI Imaging of Persistent Lyme Encephalopathy
                       National Institute of Neurological Disorders and Stroke (NINDS)
                       5R01NS038636-04
                       Role: Investigator (B. Fallon, Principal Investigator)
                       Total Direct Support: $4,998,216

4/1999 – 3/2004        Prefrontal $D_1$ and $5HT_{1A}$ Receptors in Schizophrenia
                       National Institute of Mental Health (NIMH)
                       5R01MH059144-03
                       Role: Investigator (A. Abi-Dargham, Principal Investigator)
                       Total Direct Support: $1,527,936

7/2000 – 6/2003        Assessment of Prefrontal Cortical Dysfunction in Suicidal Behavior
                       American Foundation for Suicide Prevention (AFSP)
                       Role: Principal Investigator
                       Total Direct Support: $60,000

12/1998 – 2/2003       AD-Like Pathology in Elderly Schizophrenia
                       National Institute of Mental Health (NIMH)
                       5R01MH060877-08
                       Role: Investigator (A. Dwork, Principal Investigator)
                       Total Direct Support: $1,630,948

7/1998 – 6/2000        Center for the Study of Suicidal Behavior
                       National Institute of Mental Health (NIMH)
                       5P30MH046745-11
                       Role: Investigator (J.J. Mann, Principal Investigator)
                       Total Direct Support: $3,098,500

| 1/1998 – 4/1998 | <u>Pilot Study: Neuropsychological Assessment during Treatment with VPA-985</u><br>Unrestricted Grant from Wyeth-Ayerst Research<br>Role: Investigator (J.J. Mann, Principal Investigator)<br>Total Direct Support: $150,000 |
|---|---|
| 12/1996 – 9/1998 | <u>Pilot Study: Neuropsychological Assessment during Treatment with Dexfenfluramine</u><br>Unrestricted Grant from Interneuron Pharmaceuticals<br>Role: Investigator (J.J. Mann, Principal Investigator)<br>Total Direct Support: $106,536 |
| 12/1996 – 12/1997 | <u>Impulsivity Assessment in the Study of Suicide</u><br>New York State Psychiatric Center MHCRC Seed Grant<br>Role: Principal Investigator<br>Total Direct Support: $5,000 |
| 9/1992 – 8/1994 | <u>Neurobiology and the Etiology of Schizophrenia</u><br>Scottish Rite Schizophrenia Research Program (at Mt. Sinai Medical Center)<br>Role: Investigator (B. Cornblatt, Principal Investigator)<br>Total Direct Support: $60,000 |

**Teaching Experience:**

**Teaching:**

| 1995 – 2019 | Annual Presentations: Works in Progress Seminar Series, Division of Molecular Imaging and Neuropathology (formerly Neuroscience), New York State Psychiatric Institute. |
|---|---|
| 2012 – 2013 | Guest Lecturer: Dialectical Behavior Therapy Course (Residents and Psychology Interns; B. Brodsky, Instructor); Neuropsychological Characteristics of Borderline Personality Disorder. |
| 9/1983 – 5/1984 | Teaching Fellow: Introductory Psychology (3) and Personality Psychology (1) Courses, Fordham University. |

**Invited Addresses:**

| 2/2020 | Invited Workshop: International Neuropsychological Society Meeting, Denver, Colorado.  Title: "Suicidal behavior: Emerging clinical, neuropsychological, and psychobiological perspectives." |
|---|---|
| 2/2020 | Invited Speaker: Psychopharmacology Update, Nevada Psychiatric Association, Las Vegas, Nevada.  Title: "The impact of research findings on our understanding and treatment of suicidal behavior". |
| 3/2016 | Invited Speaker: American Psychopathological Association Meeting, New York, New York.  Title: "Neurocognitive dysfunction and the nature of suicide attempts." |

6/2014      Grand Rounds: Department of Psychiatry, Duke University Medical Center, Durham, North Carolina, and Central Regional Hospital, Butner, North Carolina. Title: "How research is changing our understanding of suicidal behavior."

5/2014      Grand Rounds: Department of Psychiatry, Columbia University College of Physicians and Surgeons, New York, New York. Title: "How research is changing our understanding of suicidal behavior."

4/2014      Invited Speaker: Lyme Disease Association Annual Meeting, Providence, Rhode Island. Title: "Understanding suicidal behavior risk in Lyme Disease: Perspectives from studies of suicidal behavior in depression."

4/2014      Invited Speaker: Colloquium Series, Department of Clinical Psychology, Teacher's College, Columbia University. Title: "Neurocognition in suicidal behavior: Where does it fit?"

5/2013      Invited Speaker: Macedonian Psychiatric Association 5th Annual Meeting, Ohrid, Macedonia. Title: "Evolving perspectives on the clinical correlates of suicidal behavior."

4/2012      Invited Speaker: German Borreliosis Society Annual Meeting, Schweinfurt, Germany. Title: "Differentiating neurocognitive deficits in post-treatment Lyme disease syndrome from psychiatric comorbidities."

10/2008      Invited Speaker: Conference *Lyme and Other Tick-Borne Diseases: Solutions through Cutting-Edge Science* sponsored by the Lyme Disease Association, San Francisco, California. Title: "Neuropsychological profile of Lyme disease vs. depression."

5/2007      Invited Speaker: Conference *Neuropsychological and Neuropsychiatric Impact of Autoimmune Disorders* sponsored by the New York Academy of Sciences and New York Neuropsychology Group, New York, New York. Title: "Cognitive problems in Lyme disease and depression."

1/2006      Grand Rounds: Department of Psychiatry, Wake Forest University School of Medicine, Winston-Salem, North Carolina. Title: "The perplexing relationship of impulsiveness to suicidal behavior."

10/1999      Invited Speaker: Colloquium Series, Department of Psychology, Queens College, City University of New York, Queens, New York. Title: "Neuropsychological assessment and suicidal behavior."

12/1994      Grand Rounds: Department of Psychiatry, Elmhurst Hospital Center, Queens, New York. Title: "Imaging studies with the continuous performance test."

1/1993      Grand Rounds: Department of Psychiatry, Elmhurst Hospital Center, Queens, New York. Title: "Differentiating neurological and psychiatric symptomatology in AIDS-related dementia."

| 3/1990 | Grand Rounds: Department of Psychiatry, Elmhurst Hospital Center, Queens, New York.  Title: "Vocal prosody in schizophrenia: Relationships to affective flattening, cerebral ventricular enlargement, and neuropsychological performance." |
| 12/1988 | Grand Rounds: Department of Psychiatry, Elmhurst Hospital Center, Queens, New York.  Title: "Neuropsychological assessment of AIDS-related dementia." |

**Thesis/Dissertation Mentorship:**

| 2020 | Nahal Heydari, M.A., Master's Thesis: "Neuropsychological Differences in High and Low Worst Point Suicidal Ideators" (granted by St. John's University) |
| 2020 | Lyanne Yozawitz, Ph.D. Dissertation: "Neuropsychological Functioning in Post-Treatment Lyme Disease Syndrome: Experience from a Clinical Sample" (granted by Yeshiva University). |
| 2020 | Melanie Rosen, M.A. Capstone Project: "Neuropsychological Differences between Suicide Attempters and Non-Attempters when both Exhibit Non-Suicidal Self-Injury (NSSI)" (granted by Teacher's College, Columbia University). |
| 2019 | Rachel Venezia, Ph.D. Dissertation: "Neurocognition in Individuals at High Risk for Major Depressive Disorder" (granted by Saint John's University). |
| 2019 | Djouher Bessai, Psy.D. Dissertation: "Does Smoking Account for the Purported Cognitive Deficits Related to Suicidal Behavior in Depression" (granted by LaSalle University). |
| 2019 | Antigone Phili, M.S. Thesis: "Neuropsychological Characteristics of Past Suicide Attempt among Patients with Schizophrenia" (granted by Fordham University). |
| 2018 | Sean Madden, M.S. Thesis: "Depression Severity and Neurocognitive Performance: Consistent Evidence for a Lack of Correlation" (granted by Teacher's College, Columbia University). |
| 2018 | Nahal Heydari, M.A. Capstone Project: "Neuropsychological Correlates of Planned and Unplanned Suicidal Behavior" (granted by Teacher's College, Columbia University). |
| 2018 | Zeynep Alara Ozpolat, M.A. Capstone Project: "Are Age Effects on Working Memory Performance in Adolescence Mediated by Improvements in Attention?" (granted by Teacher's College, Columbia University). |
| 2018 | Sofia Alba Magee, M.A. Capstone Project "The Role of Cognition and Reasons for Living in Suicidal Behavior among Religious Depressed Patients" (granted by Teacher's College, Columbia University). |

2017     Rachel Venezia, M.A. Thesis: "Impact of Education and Intelligence on Cognitive Deficits in Major Depressive Disorder" (granted by Saint John's University).

2017     Annalise Caviasco, B.A. Senior Thesis: "The Rate of Decline in Working Memory in Schizophrenia across the Lifespan" (granted by Fordham University at Lincoln Center).

2015     Toni Crouse, M.A. Capstone Project: "Psychomotor Slowing and its Relationship to Cerebrospinal Fluid Monoamine Metabolites in Depression" (granted by Teacher's College, Columbia University).

2014     Damaris Fuster, M.A. Capstone Project: "Does Impaired Processing Speed Account for the Attention Deficits in Bipolar Disorder?" (granted by Teacher's College, Columbia University).

2013     Diane Scheiner, Ph.D. Dissertation: "The Incremental Contribution of Posttraumatic Stress Disorder to Verbal Learning and Memory Performance Profiles in Major Depression" (granted by Fordham University).

2009     Efrat Schori, Ph.D. Dissertation: "Association of Self-Report Measures of Psychosis-Proneness and the COMT Gene Val158/Met Polymorphism" (granted by Yeshiva University).

2006     Lee Damsky, Ph.D. Dissertation: "Attachment, Control of Attention, and Self-Regulation: What is the Nature of the Relationship?" (granted by the New School for Social Research).

2007     Marina Schickman, Ph.D. Dissertation: "Age, Gender, General Intelligence, and Educational Influences on Working Memory" (granted by the City University of New York).

2006     Lee Damsky, M.A. Thesis: "Differentiating Depressed Patients with, and without, Borderline and non-Borderline Personality Disorders using Attachment Self-Report" (granted by the New School for Social Research)

2004     Sofia Marsano, Ph.D. Dissertation: "Differentiating the Neuropsychological Testing Patterns of Borderline Personality Disorder and Major Depressive Disorder" (granted by Fordham University).

2003     Marcela Bonafina, Ph.D. Dissertation: "Time Estimation in Schizophrenia: Relationship to Clinical and Neuropsychological Functioning" (granted by the City University of New York).

2003     Gwinne Wyatt (Porter), Ph.D. Dissertation: "Executive Functioning in Depression and Suicide" (granted by Fordham University).

2001     Marianne Gorlyn, Ph.D. Dissertation: "Performance Test Correlates of Impulsivity and its Component Factors" (granted by Fordham University)

| 1998 | Felice Tager, Ph.D. Dissertation: "Neuropsychological Deficits in Children with Lyme Disease" (granted by Yeshiva University). |
| 1998 | Nilima Ramaswamy, M.A. Thesis: "Association of BDRS Factors with rCBF in Patients with Alzheimer's Disease" (granted by New York University). |
| 1997 | Rice Fuller, M.A. Thesis: "Regional Cerebral Blood Flow Correlates of Memory Decline in the Normal Elderly" (granted by Fordham University). |
| 1997 | Marianne Gorlyn, M.A. Thesis: "Frontal Lobe Perfusion and Neuropsychological Dysfunction in Alzheimer's Disease" (granted by Fordham University). |
| 1995 | Annagret Brown, Ph.D. Dissertation: "Adjustment to Diagnosis of Alzheimer's Disease in Spouses of AD Patients" (granted by Adelphi University). |

## Publications:
## Original Peer-Reviewed Papers:

1.  Milak, M.S., Rashid, R., Dong, Z., Kegeles, L.S., Grunebaum, M.F., Ogden, T.R., Lin, X., Mulhern, S.T., Suckow, R.F., Cooper, T.B., Keilp, J.G., Mao, X., Shungu, D.C., Mann, J.J.  Assessment of relationship of ketamine dose to magnetic resonance spectroscopy of Glx and GABA responses in adults with major depression: A randomized clinical trial.  JAMA Network Open. In press.

2.  Gratch, I., Choo, T-H., Galfalvy, H., Keilp, J.G., Itzhaky, L., Mann, J.J., Stanley, B.H.  Detecting suicidal thoughts: The power of ecological momentary assessment.  Depression and Anxiety. 2020 [epub ahead of print]. PMID: 32442349.

3.  Itzhaky. L., Gratch, I., Galfalvy, H., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J., Stanley, B.H.  Psychosocial risk factors and outcomes associated with suicide attempts in childhood: A retrospective study.  Journal of Psychiatric Research. 2020, 125:129-135.  PMID: 32278224

4.  Itzhaky, L., Galfalvy, H., Keilp, J.G., Gratch, I., Brodsky, B.S., Stanley, B.H.  Stress response in suicide attempters with Borderline Personality Disorder: The role of behavioral problems in childhood.  Psychiatry.  2020, 18:1-10.  PMID: 32069167.

5.  Interian, A., Myers, C., Chesin, M., Kline, A., St. Hill, L., King, A., Miller, R., Latorre, M., Gara, M., Stanley, B., Keilp, J.  Towards the objective assessment of suicidal states: Some neurocognitive deficits may be temporally related to suicide attempt. Psychiatry Research. 2020, 287:112624. PMID: 31727438.

6.  Stange, J.P., Jenkins, L.M., Pocius, S., Kreutzer, K., Bessette, K.L., DelDonno, S.R., Kling, L.R., Bhaumik, R., Welsh, R.C., Keilp, J.G., Luan Phan, K., Langenecker, S.A.  Using resting state intrinsic network connectivity to identify suicide risk on mood disorders.  Psychological Medicine. 2019, 10:1-11. PMID: 31597581.

7.  Stanley, B., Michel, C.A., Galfalvy, H., Keilp J.G., Rizk, M., Richardson, R., Oquendo, M.A., Mann, J.J.  Suicidal subtypes, stress responsivity, and impulsive aggression.  Psychiatry Research. 2019, 280:112486.  PMID: 31376789

8.  Zelazny, J. Melhem, N., Porta, G., Biernesser, C., Keilp, J.G., Mann, J.J., Oquendo, M., Stanley, B., Brent, D. A.  Childhood maltreatment, neuropsychological function, and suicidal behavior.  Journal of Child Psychology and Psychiatry. 2019, 60(10), 1085-1093.  PMID 31342521

9.  Steinberg, L.J., Rubin-Falcone, H., Galfalvy, H.C., Kaufman, J., Miller, J.M., Sublette, M.E., Cooper, T.B., Min, E., Keilp, J.G., Stanley, B.H., Oquendo, M.A., Ogden, R.T., Mann, J.J.  Cortisol stress response and in vivo PET imaging of human brain serotonin 1A receptor binding.  International Journal of Neuropsychopharmacology. 2019, 22(5), 329-338. PMID: 30927011

10. Vadhan, N.P., Corcoran, C.M., Keilp, J.G., Haney, M.  Correspondence on Curran et al. (2018): 'Which biological and self-report measures of cannabis use predict cannabis dependency and acute psychotic-like effects'.  Psychological Medicine. 2019, 49(7), 1227-1228.  PMID: 30691542

11. Lan, M.J., Rizk, M.M., Pantazatos, S.P., Rubin-Falcone, H., Miller, J.M., Sublette, M.E., Oquendo, M.A., Keilp, J.G., Mann, J.J.  Resting-state amplitude of low-frequency fluctuation is associated with suicidal ideation.  Depression and Anxiety, 2019, 36(5), 433-441. PMID: 30900329

12. Melhem, N.M., Porta, G., Oquendo, M.A., Zelazny, J., Keilp, J.G., Iyengar, S., Burke, A., Birmaher, B., Stanley, B., Mann, J.J., Brent, D.A.  Severity and variability of depression symptoms predicting suicide attempt in high risk individuals.  JAMA Psychiatry, 2019, 76(6), 603-613. PMID: 30810713

13. Milak, M.S., Potter, W.A., Pantazatos, S.P., Keilp, J.G., Zanderigo, F., Schain, M., Sublette, M.E., Oquendo, M.A., Malone, K.M., Brandenburg, H., Parsey, R.V., Mann, J.J.  Resting regional brain activity correlates of verbal learning deficit in major depressive disorder.  Psychiatry Research Neuroimaging, 2018, 283:96-103.  PMID: 30580237

14. *Keilp, J.G., Corbera, K., Gorlyn, M., Oquendo, M.A., Mann, J.J., Fallon, B.A.  Neurocognition in Post-Treatment Lyme Disease and Major Depressive Disorder.  Archives of Clinical Neuropsychology, 2018, 34(4), 466-480. PMID: 30418507

15. *Keilp, J.G., Madden, S.P., Gorlyn, M., Burke, A.K., Oquendo, M.A., Mann, J.J.  The lack of meaningful association between depression severity measures and neurocognitive performance.  Journal of Affective Disorders, 2018, 241, 164-172.  PMID 30121449

16. Rizk, M.M., Rubin-Falcone, H., Keilp, J.G., Lin, X., Ogden, T., Sublette, M.E., Oquendo, M.A., Miller, J.M., Abdelfadeel, N.A., Abdelhameed, M.A., Mann, J.J.  Grey matter volumetric study of major depression and suicidal behavior. Psychiatry Research: Neuroimaging, 2018 283:16-23. PMID: 30469094

17. Venezia, R.G., Gorlyn M., Burke, A.K., Oquendo, M.A., Mann, J.J., Keilp, J.G.  The impact of cognitive reserve on neurocognitive performance in major depressive disorder.  Psychiatry Research, 2018, 270, 211-218.  PMID: 30267985

18. Metts, A.V., Keilp, J.G, Kishon, R., Oquendo, M.A., Mann, J.J., Miller, J.M.  Neurocognitive performance predicts treatment outcome with cognitive behavioral therapy for major depressive disorder.  Psychiatry Research, 2018, 269, 376-385.  PMID: 30173044

19. Miller, J.M., Zanderigo, F., Purushothaman, P.D., DeLorenzo, C., Rubin-Falcone, H., Ogden, R.T., Keilp, J.G., Oquendo, M.A., Nabulsi, N., Huang, Y.H., Parsey, R.V., Carson, R.E., Mann, J.J. Kappa Opioid Receptor Binding in Major Depression: A Pilot Study.  Synapse, 2018, 72(9), e22042. PMID: 29935119

20. Parris, M.S., Marver, J.E., Chaudhury, S.R., Ellis, S.P., Metts, A.V., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J., Grunebaum, M.F.  Effects of anxiety on suicidal ideation: exploratory analysis of a paroxetine versus bupropion randomized trial.  International Clinical Psychopharmacology, 2018, 33(5), 249-254.  PMID: 29864037

21. Doshi, S., Keilp, J.G., S Strobino B., McElhiney, M.,  Rabkin, J., Fallon, B.A.  Depressive symptoms and suicidal ideation among symptomatic patients with a history of Lyme disease versus two comparison groups. Psychosomatics, 2018, 59(5), 481-489.  PMID: 29606281

22. Szanto, K., Galfalvy, H. Vanyukov, P.M., Keilp, J.G., Dombrovsky, A. Y.  Pathways to late-life suicidal behavior: Cluster analysis and predictive validation.  Journal of Clinical Psychiatry, 2018, 79(2).  PMID: 29489076

23. Rizk, M.M., Galfalvy, H., Singh, Y., Keilp, J.G., Sublette, M.E., Oquendo, M.A., Mann, J.J., Stanley, B.  Toward subtyping of suicidality: Brief suicidal ideation is associated with greater stress response.  Journal of Affective Disorders, 2018, 230, 87-92.  PMID: 29407544

24. *Keilp, J.G.  The horse is ready: We are building the cart.  Commentary on Saffer, B.Y. and Klonsky, E.D. "Do neurocognitive abilities distinguish suicide attempters and suicide ideators: A systematic review of an emerging research area."  Clinical Psychology: Science and Practice, 2018, 25(1), e12228. [No PMID/Indexed in PsycInfo]

25. *Keilp, J.G., Fallon, B.A.  The data as it is, and the nature of neurocognitive difficulties in post-treatment Lyme disease.  Archives of Clinical Neuropsychology, 2018, 33(8), 1083-1085.  PMID: 29244055

26. Grunebaum, M.F., Galfalvy, H.C., Choo, T., Keilp, J.G., Moitra, V.K., Parris, M.S., Marver, J.E., Burke, A.K., Milak, M.S., Sublette, M.E., Oquendo, M.A., Mann, J.J.  Ketamine for rapid reduction of suicidal thoughts in major depression: A midazolam-controlled randomized clinical trial. American Journal of Psychiatry, 2017, 19(3), 176-183.  PMID: 29202655

27. *Keilp, J.G., Ellis, S.P., Gorlyn, M., Burke, A.K., Oquendo, M.A., Mann, J.J., Grunebaum, M.F. Suicidal ideation declines with improvement in the subjective symptoms of major depression. Journal of Affective Disorders, 2017, 227, 65-70.  PMID: 29053977

28. Vahdan, N.P., Corcoran, C.M., Bedi, G., Keilp, J.G., Haney, M.  Acute effects of smoked marijuana in marijuana smokers at clinical high-risk for psychosis: A preliminary study.  Psychiatry Research, 2017, 257, 372-374.  PMID: 28803095

29. Rizk, M.M., Rubin-Falcone, H., Keilp, J., Miller, J.M., Sublette, M.E., Burke, A., Oquendo, M.A., Kamal, A.M., Abdelhameed, M.A., Mann, J.J. White matter correlates of impaired attention control in major depressive disorder and healthy volunteers. Journal of Affective Disorders, 2017, 222, 103-111. PMID: 28688263

30. Grunebaum, M.F., Ellis, S.P., Keilp, J.G., Moitra, V.K., Cooper, T.B., Marver, J.E., Burke, A.K., Milak, M.S., Sublette, M.E., Oquendo, M.A., Mann, J.J. Ketamine versus midazolam in bipolar depression with suicidal thoughts: a pilot midazolam-controlled randomized clinical trial. Bipolar Disorders, 2017, 19(3), 176-183. PMID: 28452409

31. Moore, T. M., Gur, R.C., Thomas, M.L., Brown, G.G., Nock, M.K., Savitt, A.P., Keilp, J.G., Heeringa, S., Ursano, R.J., Stein, M.B. Development, administration, and structural validity of a brief, computerized neurocognitive battery: Results from the Army Study to Assess Risk and Resilience in Service members. Assessment, 2019, 26(1), 125-143. PMID: 28135828

32. Kessler, R.C., Stein, M.B., Petukhova, M.V., Bliese, P., Bossarte, R.M., Bromet, E.J., Fullerton, C.S., Gilman, S.E., Ivany, C., Lewandowski-Romps, L., Millikan Bell, A., Naifeh, J.A., Nock, M.K., Reis, B.Y., Rosellini, A.J., Sampson, N.A., Zaslavsky, A.M., Ursano, R.J.; Army STARRS Collaborators. (Ursano, R.J., Stein, M.B., Heeringa, S., Kessler, R.C., Colpe, L.J., Schoenbaum, M., Cersovsky, S., Cox, K., Aliaga, P.A., Benedek, D.M., Borja, S., Brown, G.G., Sills, L.C., Dempsey, C.L., Frank, R., Fullerton, C.S., Gebler, N., Gifford, R.K., Gilman, S.E., Holloway, M.G., Hurwitz, P.E., Jain, S., Kao, T.C., Koenen, K.C., Romps, L.L., Mash, H.H., McCarroll, J.E., McLaughlin, K.A., Naifeh, J.A., Nock, M.K., Raman, R., Rose, S., Rosellini, A.J., Sampson, N.A., Santiago, L.P., Scanlon, M., Smoller, J., Thomas, M.L., Vegella, P.L., Wassel, C., Zaslavsky, A.M., Mann, J., Oquendo, M., Stanley, B., Posner, K., Keilp, J. Predicting suicides after outpatient mental health visits in the Army Study to Assess Risk and Resilience in Service members (Army STARRS). Molecular Psychiatry, 2017, 22(4), 544-551. PMID: 27431294.

33. Mourik, K., Descrescenzo, P., Brucato, G., Gill, K.E., Arndt, L., Corcoran, C.M., Kimhy, D., Keilp, J.G., Girgis, R.R. Neurocognitive functioning and conversion risk in individuals at clinical high risk for psychosis. Early Intervention in Psychiatry, 2017, 11(3):250-254. PMID: 26663764.

34. Wilson, S.T., Chesin, M., Fertuck, E., Keilp, J., Brodsky, B., Mann, J. J., Somnez, C. Benjamin-Phillips, C., Stanley, B. Heart rate variability and suicidal behavior. Psychiatry Research, 2016, 240, 241-247. PMID 27124209.

35. Chesin, M.S., Benjamin-Phillips, C.A., Keilp, J.G., Fertuck, E.A., Brodsky, B.S., Stanley B. Improvements in executive attention, rumination, cognitive reactivity and mindfulness among high suicide-risk patients participating in adjunct mindfulness-based cognitive therapy: preliminary findings. Journal of Alternative and Complementary Medicine, 2016, 22(8), 642-649. PMID 27304091.

36. *Keilp, J.G., Stanley, B.H., Beers, S.R., Melhem, N.M. Burke, A.K., Cooper, T.B., Oquendo, M.A., Brent, D.A., Mann, J.J. Further evidence of low baseline cortisol levels in suicide attempters. Journal of Affective Disorders, 2016, 190, 187-192. PMID: 26519639.

37.   Melhem, N.M., Keilp, J.G., Porta, G., Oquendo, M.A., Burke, A., Stanley, B., Cooper, T.B., Mann, J.J., Brent, D.A.  Blunted HPA axis activity in suicide attempters compared to those at high-risk for suicidal behavior.  Neuropsychopharmacology, 2016, 41(6), 1447-1456.  PMID: 26450815.

38.   Gill, K.E., Cressman, V., Poe, S.L., Steinfeld, S., Ben-David, S., Keilp J.G., Moore, H., Turkstra, L., Corcoran, C.M.  Social inference in individuals at clinical high risk for psychosis.  Early Intervention in Psychiatry, 2016, 10(1), 77-80. PMID: 25203733

39.   Milak, M.S., Proper, C.J., Mulhern, S.T., Parter, A.L., Kegeles, L.S., Ogden, R.T., Mao, X., Rodriguez, C.I., Oquendo, M.A., Suckow, R.F., Cooper, T.B., Keilp, J.G., Shungu, D.C., Mann, J.J. A pilot in vivo proton magnetic resonance spectroscopy study of amino acid neurotransmitter response to ketamine treatment of major depressive disorder. Molecular Psychiatry, 2016, 21(3), 320-327. PMID: 26283639.

40.   Kishon, R., Abraham, K., Alschuler, D.M., Keilp J.G., Stewart, J.W., McGrath, P.J., Bruder, G.E. Lateralization for speech predicts therapeutic response to cognitive behavioral therapy for depression. Psychiatry Research, 2015, 228(3), 606-611. PMID: 26162656.

41.   Corcoran, C.M., Keilp, J.G., Kayser, J., Klim, C., Butler, P.D., Bruder, G.E., Gur, R.C., Javitt, D.C. Emotion recognition deficits as predictors of transition in individuals at clinical high risk for schizophrenia: A neurodevelopmental perspective. Psychological Medicine, 2015, 45(14), 2959-2973. PMID: 26040537.

42.   Gorlyn M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J., Grunebaum, M.F.  Treatment-related improvements in neuropsychological functioning in suicidal depressed patients: Paroxetine vs. bupropion.  Psychiatry Research, 2015, 225(3), 407-412. PMID: 25555415

43.   Brent, D.A., Wyatt, G., Melhem, N.M., Oquendo, M., Burke, A., Birmaher, B., Stanley, B., Biernesser, C., Keilp, J. Kolko, D., Ellis, S., Porta, G., Zelazny, J., Iyengar, S., Mann, J.J.  Familial pathways to early onset suicide attempt: A 5.6 year prospective study.  JAMA Psychiatry, 2015, 72(2), 160-168. PMID: 25548996

44.   *Keilp, J.G., Wyatt, G., Oquendo, M.A., Harkavy-Friedman, J., Mann, J.J.  Intact alternation performance in high lethality suicide attempters. Psychiatry Research, 2014, 219(1), 129-136. PMID: 24878299

45.   Ursano, R.J., Stein, M.B., Heeringa, S., Kessler, R.C., Colpe, L.J., Schoenbaum, M., Cersovsky, S., Cox, K., Aliaga, P.A., Benedek, D.M., Borja, S., Brown, G.G., Campbell-Sills, L., Dempsey, C.L., Frank, R., Fullerton, C.S., Gebler, N., Gifford, R.K., Gilman, S.E., Holloway, M.G., Hurwitz, P.E., Jain, S., Kao, T.C., Koenen, K.C., Lewandowski-Romps, L., Mash, H.H., McCarroll, J.E., McLaughlin, K.A., Naifeh, J.A., Nock, M.K., Raman, R., Rose, S., Rosellini, A.J., Sampson, N.A., Santiago, P., Scanlon, M., Smoller, J., Thomas, M.L., Vegella, P.L., Wassel, C.L., Zaslavsky, A.M., Mann, J., Oquendo, M., Stanley, B., Posner, K., Keilp, J.  The Army Study to Assess Risk and Resilience in Servicemembers (Army STARRS). Psychiatry, 2014, 77(2), 107-19.  PMID 24865195

46.   Bruder, G.E., Alvarenga, J.E., Alschuler, D., Abraham, K., Keilp, J.G., Hellerstein, D.J., Stewart, J.W., McGrath, P.J.  Neurocognitive predictors of antidepressant clinical response. Journal of Affective Disorders, 2014, 166, 108-114.  PMID: 25012418

47.   *Keilp, J.G., Beers, S.R., Burke, A.K., Melhem, N.M., Oquendo, M.A., Brent, D.A., Mann, J.J.
      Neuropsychological deficits in past suicide attempters with varying levels of depression severity.
      Psychological Medicine, 2014, 44(14), 2965-74.  PMID: 25066266

48.   Scheiner, D.L., Keilp, J.G., Mindt, M.R., Burke, A.K., Oquendo, M.A., Mann, J.J. Verbal learning
      deficits in posttraumatic stress disorder and depression. Journal of Traumatic Stress, 2014, 27(3),
      291-298. PMID: 24850268

49.   Sublette, M.E., Galfalvy, H.C., Hibbeln, J.R., Keilp, J.G., Oquendo, M.A., Mann, J.J.
      Polyunsaturated fatty acid assocations with dopaminergic indices in major depressive disorder.
      International Journal of Neuropsychopharmacology, 2014, 17(3), 383-391. PMID: 24300434.

50.   Fallon, B.A., Petkova, E., Keilp, J.G., Britton, C.B.  Ongoing discussion about the U.S. clinical
      Lyme trials [Letter]. American Journal of Medicine, 2014, 127(2), e7.  PMID: 24462018.

51.   Chandra, A.M., Keilp, J.G., Fallon, B.A. Correlates of perceived health-related quality of life in
      post-treatment Lyme encephalopathy.  Psychosomatics, 2013, 54(6), 552-559.  PMID: 23845316.

52.   Gorlyn, M., Keilp, J.G., Oquendo, M.A., Burke, A.K., Mann, J.J.  Iowa Gambling Task performance
      in currently depressed suicide attempters.  Psychiatry Research, 2013, 207(3), 150-157.  PMID:
      23489594.

53.   Grunebaum, M.F., Keilp, J.G., Ellis, S.P., Sudol, K., Bauer, N., Burke, A.K., Oquendo, M.A.,
      Mann, J.J.  SSRI versus bupropion effects on symptom clusters in suicidal major depressive
      disorder: post hoc analysis of a randomized clinical trial.  Journal of Clinical Psychiatry, 2013,
      74(9), 872-879. PMID: 24107760.

54.   *Keilp, J.G., Gorlyn, M., Russell, M., Harkavy-Friedman, J., Oquendo, M.A., Mann, J.J.
      Neuropsychological function and suicidal behavior: Attention control, memory, and executive
      dysfunction in suicide attempt. Psychological Medicine, 2013, 43(3): 539-551.   PMID: 22781400

55.   Kikuchi, T., Miller, J.M., Schneck, N., Oquendo, M.A., Mann, J.J., Parsey, R.V., Keilp J.G.  Neural
      responses to incongruency in a blocked-trial Stroop fMRI task in major depressive disorder. Journal
      of Affective Disorders, 2012, 143(1-3): 241-247.   PMID: 22995943

56.   Fallon, B.A., Petkova, E., Keilp, J.G., Britton, C.B. A Reappraisal of the U.S. Clinical Trials of
      Post-Treatment Lyme Disease Syndrome. Open Neurology, 2012, 6: 79-87.  PMID: 23091568

57.   *Keilp, J.G., Grunebaum, M., Gorlyn, M., LeBlanc, S., Burke, A.K., Galfalvy, H., Oquendo, M.A.,
      Mann, J.J.  Suicidal ideation and the subjective aspects of depression.  Journal of Affective
      Disorders, 2012, 140(1): 75-81. PMID: 22406338

58.   Culang-Reinlieb, M., Sneed, J.R., Keilp, J.G., Roose, S.P.  Change in cognitive functioning in
      depressed older adults following treatment with sertraline or nortriptyline. International Journal of
      Geriatric Psychiatry, 2012, 27(8): 777-784.  PMID 21919060

59.    Fertuck, E.A., Keilp, J., Song, I., Morris, M.C., Wilson , S.T., Brodsky, B.S., Stanley, B.  Higher Executive control and visual memory performance predict treatment completion in borderline personality disorder. Psychotherapy and Psychosomatics, 2012, 81(1), 38-43. PMID: 22116411

60.    Milak, M.S., Keilp, J., Parsey, R.V., Oquendo, M.A., Malone, K.M., Mann, J.J. Regional brain metabolic correlates of self-reported depression severity contrasted with clinician ratings.  Journal Affective Disorders, 2010, 126(1-2), 113-124.  PMID: 20381874

61.    Sneed, J.R., Culang, M., Keilp, J.G., Rutherford, B.R., Devanand, D.P., Roose, S.P.  Antidepressant Medication and Executive Dysfunction: A Deleterious Interaction in Late-Life Depression. American Journal of Geriatric Psychiatry, 2010, 18(2), 128-135.  PMID: 20104069

62.    *Keilp, J.G., Oquendo, M.A., Stanley, B.H., Burke, A.K., Cooper, T.B., Malone, K.M., Mann, J.J. Future suicide attempt and responses to serotonergic challenge. Neuropsychopharmacology, 2010, 35(5), 1063-1072.  PMID: 18354392.

63.    Culang, M., Sneed, J.R., Keilp, J.G., Devanand, D.P., Roose, S.P.  Change in cognitive functioning following acute antidepressant treatment in late-life depression. American Journal of Geriatric Psychiatry, 2009, 17(10), 881-8.  PMID: 19916207

64.    Fallon, B.A., Likpkin, R.B., Corbera, K.M., Yu, S., Nobler, M.S., Keilp, J., Petkova, E., Lisanby, S.H., Moeller, J.R., Slavov, I., Van Heertum, R., Mensch, B.D., Sackeim, H.A. Regional cerebral blood flow and metabolic rate in persistent Lyme encephalopathy. Archives of General Psychiatry, 2009, 66(5), 554-563.  PMID: 19414715

65.    Gorlyn, M., Keilp, J.G., Grunebaum, M.F., Taylor, B.P, Oquendo, M.A., Bruder, G.E., Stewart, J.W., Zalsman, G., Mann, J.J.  Neuropsychological characteristics as predictors of SSRI treatment response in depressed subjects. Journal of Neural Transmission, 2008, 115(8), 1213-1219.  PMID: 18629432

66.    *Keilp, J.G., Gorlyn, M., Oquendo, M.A., Burke, A. K., Mann, J.J.  Attention deficit in depressed suicide attempters. Psychiatry Research, 2008, 159(1-2), 7-17.  PMID: 18329724

67.    Sneed, J.R., Keilp, J.G., Brickman, A.M., Roose, S.P.  The specificity of neuropsychological impairment in predicting antidepressant non-response in the very old depressed. International Journal of Geriatric Psychiatry, 2008, 23(3), 319-323.  PMID: 17726720

68.    Fallon, B.A., Keilp, J.G., Corbera, K., Petkova, E., Britton, C., Dwyer, E., Slavov, I., Cheng, J., Dobkin, J., Sackeim, H.A.  A randomized, placebo-controlled trial of repeated IV antibiotic therapy for Lyme encephalopathy. Neurology, 2008, 70(13), 992-1003.  PMID: 17928580

69.    Sneed, J.R., Roose, S.P., Keilp, J.G., Krishnan, K.R.R., Alexopoulos, G.S., Sackeim, H.A. Response inhibition predicts poor antidepressant treatment response in the very old depressed. American Journal of Geriatric Psychiatry, 2007, 15(7), 553-563.  PMID: 17586780

70.    Xu, H., Kellendonk, C.B., Simpson, E., Keilp, J.G., Bruder, G.E., Polan, H.J., Kandel, E.R., Gilliam, T.C. DRD2 C957T polymorphism interacts with the COMT Val158Met polymorphism in

human working memory ability.  Schizophrenia Research, 2007, 90(1-3), 104-107.  PMID: 17113268

71.  *Keilp, J.G., Klain, H.M., Brodsky, B., Oquendo, M.A., Gorlyn, M., Stanley, B., Mann, J.J.  Early visual information processing deficits in depression with and without borderline personality disorder.  Psychiatry Research, 2007, 149, 139-145.  PMID: 17097149

72.  Sackeim, H.A., Prudic, J., Fuller, R., Keilp, J., Lavori, P.W., Olfson, M.  The cognitive effects of electroconvulsive therapy in community settings. Neuropsychopharmacology 2007, 32, 244-254.  PMID: 16936712

73.  Mancevski, B., Keilp, J., Videnova,V., Rodzevski, K., Harkavy-Friedman, J., Ortakov, V., Rosoklija, G., Dwork, A.J.  Lifelong course of positive and negative symptoms in chronically institutionalized patients with schizophrenia. Psychopathology, 2007, 40, 83-92.  PMID: 17215594

74.  *Keilp, J.G.,  Gorlyn, M.,  Oquendo, M.A., Brodsky, B., Ellis, S.P., Stanley, B., Mann, J.J.  Aggressiveness, not impulsiveness or hostility, distinguishes suicide attempters with major depression. Psychological Medicine, 2006, 36, 1779-1788.  PMID: 16959059

75.  Harkavy-Friedman, J.M., Keilp, J.G., Grunebaum, M.F., Sher, L., Printz, D., Burke, A. K., Mann, J.J., Oquendo, M.A.  Are BP I and BP II suicide attempters distinct neuropsychologically?  Journal of Affective Disorders, 2006, 94, 255-259.  PMID: 16750271

76.  Gorlyn, M., Keilp, J.G., Oquendo, M.A., Burke, A.K., Sackeim, H.A., Mann, J.J.  The WAIS-III in major depression: Absence of VIQ/PIQ differences. Journal of Clinical and Experimental Neuropsychology, 2006, 28(7), 1145-1157.  PMID: 16840241

77.  Fertuk, E.A., Marsano-Jozefowicz, N.S., Tryon, W.W., Stanley, B.A., Oquendo, M.A., Mann, J.J., Keilp, J.G.  The impact of borderline personality disorder and anxiety on neuropsychological performance in major depression. Journal of Personality Disorders, 2006, 20(1), 55-70.  PMID: 16563079

78.  *Keilp, J.G., Corberra, K., Slavov, I., Taylor, M.J., Sackeim, H.A., Fallon, B.A.  WAIS-III and WMS-III performance in chronic Lyme disease. Journal of the International Neuropsychological Society, 2006, 12, 119-129.  PMID: 16433951

79.  Rosoklija, G., Keilp, J.G., Toomayan, G., Mancevski, B., Haroutunian, V., Liu, D., Malespina, D., Hays, A.P., Sadiq, S., Latov, N., Dwork, A.J.  Altered subicular MAP2 immunoreactivity in schizophrenia.  Prilozi, 2005, 26(2), 13-34.  PMID: 16400226

80.  Bruder, G.E., Keilp, J.G., Xu, H., Shikhman, M., Schori, E., Gorman, J.M., Gilliam, T.C. Catechol-O-Methyltransferase (COMT) genotypes: Associations to specific cognitive operations in working memory. Biological Psychiatry, 2005, 58(11), 901-907.  PMID: 16043133

81.  *Keilp, J.G., Sackeim, H., Mann, J.J.   Correlates of trait impulsiveness in performance measures and neuropsychological tests.  Psychiatry Research, 2005, 135, 191-201.  PMID: 15996748

82.	Grunebaum, M.F., Keilp, J.G., Li, S., Ellis, S.P., Burke, A.K., Oquendo, M.A., Mann, J.J.  Symptom components of standard depression scales and past suicidal behavior.  Journal of Affective Disorders, 2005, 87, 73-82.  PMID: 15923041

83.	Gorlyn, M., Keilp, J.G., Tryon, W.W., Mann, J.J.  Performance test correlates of component factors of impulsiveness.  Personality and Individual Differences, 2005, 38, 1549-1559.  (No PMID/Indexed in PsycInfo)

84.	Milak, M.S., Parsey, R.V., Keilp, J., Oquendo, M.A., Malone, K.M., Mann, J.J.  Neuroanatomical correlates of psychopathological components of major depressive disorder.  Archives of General Psychiatry, 2005, 62, 397-408.  PMID: 15809407

85.	Boldrini, M., DelPace, L., Placidi, G.P.A., Keilp, J., Ellis, S.P., Signori, S., Placidi, G.F., Cappa, S.F.  Selective cognitive deficits in obsessive-compulsive disorder compared to panic disorder with agoraphobia.  Acta Psychiatrica Scandinavica, 2004, 109, 1-9.  PMID: 15667435

86.	Kegeles, L.S., Malone, K.M., Slifstein, M., Ellis, S.P., Xanthopoulos, E., Keilp, J., Campbell, C., Oquendo, M.A., Van Heertum, R.L., Mann, J.J.  Responses of cortical metabolic deficits to serotonergic challenge in familial mood disorders.  American Journal of Psychiatry, 2003, 160(1): 76-82.  PMID: 12505804

87.	Oquendo, M.A., Placidi, G.P.A., Malone, K.M., Campbell, C., Keilp, J., Brodsky, B., Kegeles, L.S., Cooper, T.B., Parsey, R.V., Van Heertum, R.L., Mann, J.J.  Positron emission tomography of regional brain metabolic responses to serotonergic challenge and lethality of suicide attempts in major depression.  Archives of General Psychiatry, 2003, 60(1): 14-22.  PMID: 12511168

88.	Fallon, B.A., Keilp, J.G., Prohovnik, I., Van Heertum, R., Mann, J.J., Liebowitz, M.  Regional cerebral blood flow in chronic Lyme disease.  Journal of Neuropsychiatry and Clinical Neurosciences, 2003, 15(3): 326-332.  PMID: 12928508

89.	Abi-Dargham, A., Mawlawi, O., Lombardo, I., Gil, R., Martinez, D., Huang, Y., Hwang, D-R., Keilp, J., Kochan, L., Van Heertum, R., Gorman, J.M., Laruelle, M.  Prefrontal dopamine D1 receptors and working memory in schizophrenia.  Journal of Neuroscience, 2002, 22(9), 3708-3719.  PMID: 11978847

90.	Tager, F.A., Fallon, B.A., Keilp, J.G., Rissenberg, M., Jones, C.R., Liebowitz, M.R.  A controlled study of cognitive deficits in children with chronic Lyme disease.  Journal of Neuropsychiatry and Clinical Neurosciences, 2001, 13(4): 500-507.  PMID: 11748319

91.	*Keilp, J.G.,  Sackeim, H. A., Brodsky, B., Oquendo, M., Malone, K., Sackeim, H., Mann, J.J.  Neuropsychological dysfunction in depressed suicide attempters.   American Journal of Psychiatry, 2001,158(5): 735-741.  PMID: 11329395

92.	Sackeim, H.A., Keilp, J.G., Rush, A.J, George, M.S., Marangell, L.B., Dormer, J.S., Burt, T., Lisanby, S.H., Husain, M., Collum, M., Oliver, N., Zboyan, H.  The effects of vagus nerve stimulation on cognitive performance in patients with treatment-resistant depression.  Neuropsychiatry, Neuropsychology and Behavioral Neurology, 2001, 14(1): 53-62.  PMID: 11234909

93.   Rosoklija, G., Toomayan, G., Ellis, S., Keilp, J., Mann, J.J., Latov, N., Hays, A.P., Dwork, A.J. Structural abnormalities of subicular dendrites in subjects with schizophrenia and mood disorders. Archives of General Psychiatry, 2000, 57: 349-356.  PMID: 10768696

94.   Fallon, B., Tager, F., Fein, L., Liegner, K., Keilp, J., Weiss, N., Liebowitz, M.  Repeated antibiotic treatment in chronic Lyme disease.  Journal of Spirochetal and Tick-borne Diseases, 1999, 6: 94-102.  (No PMID)

95.   *Keilp, J.G., Gorlyn, M., Alexander, G.A., Stern, Y., Prohovnik, I.  Cerebral blood flow patterns underlying the differential impairment in category vs. letter fluency in Alzheimer's disease. Neuropsychologia, 1999, 37: 1251-1261.  PMID: 10530725

96.   Ortakov, V., Mancevski, B., Keilp, J., Oppenheim, S., Dwork, A.J.  Application of cognitive scales to medical records of schizophrenia inpatients.  Schizophrenia Research, 1999, 35:131-140.  PMID: 9988850

97.   Dwork, A.J., Susser, E.S., Keilp, J.G., Waniek, C., Liu, D., Kaufman, M., Zemishlany, Z., Prohovnik, I.  Senile degeneration and cognitive impairment in chronic schizophrenia.  American Journal of Psychiatry, 1998, 155(11):1536-1543.  PMID: 9812114

98.   *Keilp, J.G., Herrera, J., Lee, H.K., Stritzke, P., Cornblatt, B.A.  The continuous performance test, identical pairs version (CPT-IP): III. Brain functioning during performance of numbers and shapes subtasks.  Psychiatry Research: Neuroimaging, 1997, 74: 35-45.  PMID: 10710161

99.   Intrator, J., Hare, R., Stritzke, P.,  Brichtswein, K., Dorfman, D., Harpur, T., Bernstein, D., Handelsman, L., Schaeffer, C., Keilp, J.G., Rosen, J., Machac, J.  A brain imaging  (SPECT) study of semantic and affective processing in psychopaths. Biological Psychiatry, 1997, 42: 96-103. PMID: 9209726

100.  *Keilp, J.G., Alexander, G., Stern, Y., Prohovnik, I.  Inferior parietal perfusion, lateralization, and neuropsychological dysfunction in Alzheimer's disease.  Brain and Cognition, 1996, 32, 365-383. PMID: 8975677

101.  *Keilp, J.G., Waniek, C., Goldman, R.,  Alexander, G.,Wu, A., Gibbon, M., Zemishlany, Z., Susser, E., Prohovnik, I.  Reliability of post-mortem chart review diagnoses of schizophrenia and dementia. Schizophrenia Research. 1995, 17(2), 221-228.  PMID: 8562497

102.  *Keilp, J.G. & Prohovnik, I.  Intellectual decline predicts the parietal perfusion deficit in Alzheimer's Disease.   Journal of Nuclear Medicine, 1995, 36(8), 1347-1354.  PMID: 7629576

103.  Mann, J.J., McBride, P.A., Malone, K.M., DeMeo, M., Keilp, J.G.  Blunted serotonergic responsivity in depressed inpatients.  Neuropsychopharmacology, 1995, 13, 53-64.  PMID: 8526971

104.  McBride, P.A., Brown, R.P., DeMeo, M., Keilp, J., Mieczkowski, T., Mann, J.J.  The relationship of platelet 5-HT$_2$ receptor indices to major depressive disorder, personality traits, and suicidal behavior.  Biological Psychiatry, 1994, 35, 295-308.  PMID: 8011798

105.   Cornblatt, B.A., Keilp, J.G.  Impaired attention, genetics, and the pathophysiology of schizophrenia. Schizophrenia Bulletin, 1994, 20(1), 31-46.  PMID: 8197420

106.   Brew, B.J., Bhalla, R.B., Paul, M., Sidtis, J.J., Keilp, J., Sadler, A.E., Gallardo, H., McArthur, J.C., Schwartz, M.K., Price, R.W.  Cerebrospinal fluid beta 2-microglobulin in patients with AIDS dementia complex: An expanded series including response to zidovudine treatment. AIDS, 1992, 6(5), 461-465.  PMID: 1616651

107.   Sweeney, J.A., Haas, G.L., Keilp, J.G., Long, M.  An evaluation of the stability of neuropsychological functioning after acute episodes of schizophrenia: One year follow-up study. Psychiatry Research, 1991, 38, 63-76.  PMID: 1682967

108.   Sweeney, J.A., Brew, B.J., Keilp, J.G., Sidtis, J.J., Price, R.W.  Pursuit eye movement dysfunction in HIV-1 sero-positive individuals. Journal of Psychiatry &  Neuroscience, 1991, 16(5), 247-252. PMID: 1797099

109.   Sweeney, J.A., Keilp, J.G., Haas, G.L., Hill, J., Weiden, P.J.  Relationships between medication treatments and neuropsychological test performance in schizophrenia. Psychiatry Research, 1991, 37, 297-308.  PMID: 1679950

110.   Heyes, M.P., Brew, B.J., Martin, A., Price, R.W., Salazar, A.M., Sidtis, J.J., Yergey, J.A., Mouradian, M.M., Sadler, A.E., Keilp, J.G., Rubinow, D., Markey, S.P.  Quinolinic acid in cerebrospinal fluid and serum in HIV-1 infection: Relationship to clinical and neurological status. Annals of Neurology, 1991, 29(2), 202-209.  PMID: 1826418

111.   Mann, J.J., Aarons, S., Wilner, P., Keilp, J.G., Brown, R.B., Frances, A., Perlstein, S., Kocsis, J., Sweeney, J.A.  A controlled study of the antidepressant efficacy and side effects of (-)-deprenyl: A selective monoamine oxidase inhibitor. Archives of General Psychiatry, 1989, 46(1): 45-50.  PMID: 2491941

112.   *Keilp, J.G., Sweeney, J.A., Jacobsen, P., Solomon, C., St. Louis, L., Deck, M., Frances, A., Mann, J.J.  Cognitive impairment in schizophrenia: Specific relations to ventricle size and negative symptomatology. Biological Psychiatry, 1988, 24: 47-55.  PMID: 3370277

**Abstracts:**

1.   Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo., M.A., Mann, J.J. Neurocognitive performance differentiates suicide attempters and suicide ideators.  Paper presented at the 48th annual meeting of the International Neuropsychological Society, Denver, NY, February 2020.

2.   Venezia, R.G., Keilp, J.G., Melhem, N., Burke, A.K., Oquendo., M.A., Brent, D.A., Mann, J.J. Neurocognition in individuals at high familial risk for major depressive disorder.  Paper presented at the 48th annual meeting of the International Neuropsychological Society, Denver, NY, February 2020.

3.   Phili, A., Keilp, J.G., Burke, A.K., Oquendo., M.A., Mann, J.J., Harkavy-Friedman, J. Neuropsychological characteristics of suicide attempters and nonattempters with schizophrenia. Poster presented at the 48th annual meeting of the International Neuropsychological Society, Denver, NY, February 2020.

4.   *Keilp, J.G., Kenneally, L. , Tissue, J., Madden, S., Adams, C., Galfalvy, H., Burke, A., Mann, J.J., Szanto, K.  Lifespan deficits in mental flexibility in depressed suicide attempters.  Paper presented during the symposium "Neurocognition and Suicidal Behavior across the Lifespan: Developmental Changes and the Correlates of Suicide Attempt" (J.G. Keilp, Chair) at the International Summit on Suicide Research sponsored by the International Academy of Suicidal Research, Miami, Florida, October, 2019.

5.   Bridge, J., Keilp, J.G., Kenneally, L. , Tissue, J., Madden, S., Adams, C., Galfalvy, H., Burke, A., Mann, J.J., Szanto, K.  Developmental effects on implicit associations to suicide: Results from a multi-site study.  Paper presented during the symposium "Neurocognition and Suicidal Behavior across the Lifespan: Developmental Changes and the Correlates of Suicide Attempt" (J.G. Keilp, Chair) at the International Summit on Suicide Research sponsored by the International Academy of Suicide Research, Miami, Florida, October, 2019.

6.   Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo., M.A., Stanley, B.H., Mann, J.J.  Components of the stress response differentiate suicide ideators and suicide attempters.  Paper presented at the International Summit on Suicide Research sponsored by the International Academy of Suicide Research, Miami, Florida, October, 2019.

7.   *Keilp, J.G., Bridge, J., Kenneally, L., Tissue, J., Madden, S., Adams, C., Galfalvy, H., Burke, A., Mann, J.J., Szanto, K.  Deficits in mental flexibility in depressed suicide attempters across the lifespan: Initial data from a multi-site study.  Poster presented at the 74th Annual Meeting of the Society for Biological Psychiatry, Chicago, IL, May, 2019.

8.   Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo., M.A., Stanley, B.H., Mann, J.J.  Components of the stress response differentiate suicide ideators and suicide attempters.  Paper presented at the 74th Annual Meeting of the Society for Biological Psychiatry, Chicago, IL, May, 2019.

9.   Stange, J., Jenkins, L., Pocius, S., Kreutzer, K., Bessette, K., DelDonno, S., Kling, L., Baumic, R., Keilp, J., Phan, K.L., Langenecker, S.  Instrinsic network connectivity reliably distinguishes retrospective risk for suicidal behavior in individuals with mood disorders.  Poster presented at the 74th Annual Meeting of the Society for Biological Psychiatry, Chicago, IL, May, 2019.

10.  Galfalvy, H., Guo, J., Haghighi, F., Keilp, J.G., Stanley, B., Oquendo., M.A., Burke, A.K., Huang, Y.Y., Mann, J.J.  Polygenic risk scores differentially predict subtypes among suicide attempters. Poster presented at the 74th Annual Meeting of the Society for Biological Psychiatry, Chicago, IL, May, 2019.

11.  Madden, S.P., Keilp, J.G., Marver, J.E., Parris, M.S., Oquendo, M.A., Mann, J.J., Grunebaum, M.F. Neuropsychological prediction of treatment response to ketamine in patients with suicidal ideation and major depression.  Poster presented at the annual meeting of the International Convention of Psychological Society, Paris, France, March 2019.

12.   Venezia, R.G., Gorlyn, M., Burke, A.K., Oquendo., M.A., Mann, J.J., Keilp, J.G.  The impact of cognitive reserve on neurocognitive performance in MDD.  Paper presented at the 47th annual meeting of the International Neuropsychological Society, New York, NY, February 2019.

13.   *Keilp, J.G., Gorlyn, M., Burke, A.K., Oquendo., M.A., Mann,J.J.  Neurocognitive markers as potential endophenotypes of suicidal behavior.  Paper presented during the symposium "Emerging Findings from Neurocognitive Studies of Suicidal Behavior: The Elusive Gateway from Suicidal Thought to Action" (J.G. Keilp, Chair) at the 17th biannual meeting of the European Symposium on Suicide and Suicidal Behavior, Ghent, Belgium, September, 2018.

14.   Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo., M.A., Mann,J.J.  Neuropsychological correlates of planned and unplanned suicidal behavior.  Paper presented at the 17th biannual meeting of the European Symposium on Suicide and Suicidal Behavior, Ghent, Belgium, September, 2018.

15.   *Keilp, J.G., Bridge, J., Kenneally, L. , Tissue, J., Madden, S., Adams, C., Galfalvy, H., Burke, A., Mann, J.J., Szanto, K.  Developmental effects on implicit associations to suicide: preliminary data from a multi-site study.  Poster presented at the 73rd Annual Meeting of the Society for Biological Psychiatry, New York, NY, May, 2018.

16.   *Keilp, J., Alvarenga, J.E., Webb, C., Dillon, D.G., Deldin, P., Alschuler, D.M., Abraham, K., Adams, P., Fava, M., McGrath, P., Oquendo, M.A., Trivedi, M., Weissman, M., Pizzagalli, D.A., Bruder, G.E.  Cognitive Performance Predictors of Response to Antidepressants in the 2nd Treatment Phase of the Multisite EMBARC Study: Word Fluency and Psychomotor Speed Findings.  Poster presented at the 73rd Annual Meeting of the Society for Biological Psychiatry, New York, NY, May, 2018.

17.   *Keilp, J.G., Beers, S., Gorlyn, M., Melhem, N., Burke, A.K., Oquendo, M.A., Brent, D.A., Mann, J.J.  Familial Aggregation of Neurocognitive Deficits Associated with Suicidal Behavior.  Poster presented at the 73rd Annual Meeting of the Society for Biological Psychiatry, New York, NY, May, 2018.

18.   Metts, A., Keilp, J., Kishon, R., Oquendo, M.A., Mann, J.J., Miller, J.  Neurocognitive performance predicts treatment outcome with cognitive behavioral therapy for major depressive disorder.  Poster presented at the 73rd Annual Meeting of the Society for Biological Psychiatry, New York, NY, May, 2018.

19.   Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Stanley, B.H., Mann, J.J.  Activity in multiple stress systems distinguishes depressed patients' and suicide attempters' response to social stress. Poster presented at the 73rd Annual Meeting of the Society for Biological Psychiatry, New York, NY, May, 2018.

20.   Galfalvy, H., Guo, J., Keilp, J., Stanley, B., Oquendo, M., Mann, J.J.  Multiple Pathways to Suicidal Behavior: Genetic and Neurocognitive Differences Between Suicide Attempters With High and Low Aggression-Impulsivity and Non-Attempters.  Poster presented at the 73rd Annual Meeting of the Society for Biological Psychiatry, New York, NY, May, 2018.

21.    Lan, M., Rizk, M., Pantazatos, S., Miller, J., Oquendo, M., Keilp, J., Mann, J.  Resting State Amplitude of Low-Frequency Fluctuation is Associated With Suicidal Ideation.  Poster presented at the 73rd Annual Meeting of the Society for Biological Psychiatry, New York, NY, May, 2018.

22.    Rizk, M., Rubin-Falcone, H., Keilp, J.G., Miller, J.M., Milak, M.S., Sublette, M.E., Oquendo, M.A., Abdelfadeel, N.A., Abdelhameed, M.A., Mann, J.J., Gray Matter Volumes in Major Depression and Suicidal Behavior.  Poster presented at the 73rd Annual Meeting of the Society for Biological Psychiatry, New York, NY, May, 2018.

23.    Parris, M.S., Keilp, J.G., Miller, J.M., Rubin-Falcone, H., Pantazatos, S.P., Galfalvy, H.C., Mann, J.J., Grunebaum, M.F.  An MRI Hippocampal Structure and Function Pilot Study of Ketamine Therapeutic Mechanism in Suicidal Bipolar Depression.  Poster presented at the 73rd Annual Meeting of the Society for Biological Psychiatry, New York, NY, May, 2018.

24.    *Keilp, J.G., Gorlyn, M., Burke, A.K., Stanley, B.H., Oquendo, M.A., Mann, J.J.  Neuropsychological Dysfunction in Planned and Unplanned Suicide Attempts.  Paper presented at the 46th annual meeting of the International Neuropsychological Society, Washington, D.C., February 2018.

25.    Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J. Neurocognitive Impairment in Depression is Distinct from Ratings of Mood and Cognitive Problems. Paper presented at the 46th annual meeting of the International Neuropsychological Society, Washington, D.C., February 2018.

26.    *Keilp, J.G., Beers, S., Gorlyn, M., Melhem, N., Burke, A.K., Oquendo, M.A., Brent, D.A., Mann, J.J.  Neurocognitive Deficits as Familial Risk Factors for Suicidal Behavior.  Paper presented at the International Summit on Suicide Research sponsored by the International Academy of Suicidal Research, Las Vegas, Nevada, November, 2017.

27.    Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Stanley, B.H., Mann, J.J.  Reduced α-Amylase Output Rather Than Cortisol Dysregulation Distinguishes Suicide Attempters on the TSST.  Paper presented at the International Summit on Suicide Research sponsored by the International Academy of Suicidal Research, Las Vegas, Nevada, November, 2017.

28.    Grunebaum, M., Keilp, J., Cooper, T., Moitra, V., Marver, J., Parris, M., Burke, A., Sublette, M.E., Galfalvy, H., Choo, T-H., Oquendo, M., Mann, J.J.  Ketamine for Rapid Relief of Suicidal Thoughts in Depression: Cognition and Exploratory Biomarkers.  Paper presented at the International Summit on Suicide Research sponsored by the International Academy of Suicidal Research, Las Vegas, Nevada, November, 2017.

29.    Stanley, B., Galfalvy, H., Keilp, J., Chaudhury, S., Cisneros, S., Oquendo, M., Mann, J.J.  Defining Suicidal Phenotypes: Stress Responsive and Non Stress Responsive Subtypes.  Paper presented at the International Summit on Suicide Research sponsored by the International Academy of Suicidal Research, Las Vegas, Nevada, November, 2017.

30.    Sheftall, A., Brent, D., Keilp, J., Axelson., D., Reynolds, B., Heck, K., Bridge, J.  Neurocognitive Functioning and Aggression in Mothers of Adolescent Suicide Attempters.  Paper presented at the

International Summit on Suicide Research sponsored by the International Academy of Suicidal Research, Las Vegas, Nevada, November, 2017.

31.  Interian, A., Kline, A., Chesin, M., Stanley, B. St. Hill, L., King., A., Latorre, M., Miller, R., Keilp, J.  Neurocognitive Risk Factors Detect Past-Year Suicide Attempt Among Veterans at High-Risk for Suicide.  Poster presented at the International Summit on Suicide Research sponsored by the International Academy of Suicidal Research, Las Vegas, Nevada, November, 2017.

32.  Singh, T., Basseda, Z., Elliot-Noon, K., Itzhaky, L., Metts, A., Raman, S., Keilp, J., Oquendo, M., Mann, J.J., Stanley, B.  Does Childhood  Trauma  Moderate the Relationship Between Depression Severity  and  Suicidal Ideation? Poster presented at the International Summit on Suicide Research sponsored by the International Academy of Suicidal Research, Las Vegas, Nevada, November, 2017.

33.  Gorlyn, M., Keilp, J.G., Mann, J.J., Oquendo, M.A., Grunebaum, M.F.  Selective attrition may skew study outcomes in treatment trials with suicidal patients.  Poster presented at the 72nd Annual Meeting of the Society for Biological Psychiatry, San Diego, California, May, 2017.

34.  Galfalvy, H., Fan, W., Keilp, J., Mann, J., Oquendo, M., & Miller, J.  Serotonin 1A receptor binding in brain and neurocognitive characteristics of mood disorder patients with and without suicide attempt. Poster presented at the 72nd Annual Meeting of the Society for Biological Psychiatry, San Diego, California, May, 2017.

35.  Szanto, K., Galfalvy, H., Keilp, J. Dombrovsky, A.  Pathways to late-life suicidal behavior: cluster analysis and predictive validation.  Poster presented at the 72nd Annual Meeting of the Society for Biological Psychiatry, San Diego, California, May, 2017.

36.  *Keilp, J.G., Gorlyn, M., Burke, A.K., Oquendo, M.A., Mann, J.J.  Familial transmission of neurocognitive deficits associated with suicidal behavior risk. Paper presented at the 45th annual meeting of the International Neuropsychological Society, New Orleans, Louisiana, February 2017.

37.  *Keilp, J.G., Gorlyn, M., Burke, A.K., Oquendo, M.A., Mann, J.J.  Independent contribution of neurocognitive dysfunction to the risk for suicidal behavior in the context of other clinical predictors. Poster presented at the 45th annual meeting of the International Neuropsychological Society, New Orleans, Louisiana, February 2017.

38.  *Keilp, J. Neuropsychological dysfunction and the nature of suicide attempts. Paper presented at the 106th meeting of the American Psychopathological Association, New York, New York, March 2016.

39.  Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J.  Neurocognitive impairment in depression is an independent symptom dimension. Poster presented at the 44th annual meeting of the International Neuropsychological Society, Boston, Massachusetts, February 2016.

40.  *Keilp, J.G., Gorlyn, M., Burke, A.K., Oquendo, M.A., Mann, J.J.  Identifying fundamental neurocognitive deficits in suicide attempters. Paper presented at the International Summit on Suicide Research sponsored by the International Academy of Suicidal Research, New York, New York, October 2015.

41. Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J., Grunebaum, M.F. Selective attrition in treatment trials with suicidal patients may bias study outcomes. Paper presented at the International Summit on Suicide Research sponsored by the International Academy of Suicidal Research, New York, New York, October 2015.

42. Chesin, M., Benjamin-Phillips, C.A., Keilp, J.G., Fertuck, E., Brodsky, B.S., Stanley, B.A. Improvements in executive attention, rumination, cognitive reactivity and mindfulness among high suicide-risk patients participating in adjunct mindfulness-based cognitive therapy. Paper presented at the International Summit on Suicide Research sponsored by the International Academy of Suicidal Research, New York, New York, October 2015.

43. *Keilp, J.G., Wyatt, G., Gorlyn, M., Oquendo, M.A., Burke, A.K., Mann, J.J. Evidence against ventral prefrontal dysfunction in suicidal behavior. Poster presented at the 43rd annual meeting of the International Neuropsychological Society, Denver, Colorado, February 2015.

44. Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J. Semantic fluency deficits are specifically related to high-lethality suicide attempt in major depression. Poster presented at the 43rd annual meeting of the International Neuropsychological Society, Denver, Colorado, February 2015.

45. *Keilp, J.G., Gorlyn, M., Burke, A.K., Oquendo, M.A., Mann, J.J. Clarifying the role of neurocognitive impairments in the risk for suicidal behavior. Paper presented at the biannual meeting of the European Symposium on Suicide and Suicidal Behavior, Tallinn, Estonia, August 2014.

46. Gorlyn, M., Keilp, J.G., Grunebaum, M.F., Ellis, S.E., Burke, A.K., Oquendo, M.A., Mann, J.J. Treatment-related changes in suicidal ideation are associated with changes in subjective aspects of depression. Paper presented at the biannual meeting of the European Symposium on Suicide and Suicidal Behavior, Tallinn, Estonia, August 2014.

47. Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J., Grunebaum, M.F. No superiority in cognitive improvement with bupropion XL vs. paroxetine CR treatment in suicidal MDD patients. Poster presented at the annual meeting of the Society of Biological Psychiatry, New York, May 2014.

48. Stanley, B., Gafalvy, H., Keilp, J. G., Chaudhury, S., Biggs, E., Mann, J. (2014). Cortisol response predicts magnitude of suicide ideation increases to life events. Paper presented at the annual meeting of the Society of Biological Psychiatry, New York, May 2014.

49. Galfalvy, H., Stanley, B. H., Keilp, J. G., Mann, J. J., Oquendo, M. A. Higher cortisol response to the TSST in depressed subjects with past impulsive suicide attempt. Poster presented at the annual meeting of the Society of Biological Psychiatry, New York, May 2014.

50. Pantazatos, S.P., Miller, J.M., Strupp-Levitsky, M., Kikuchi, T., Oquendo, M.A., Milak, M.S., Ogden, T., Keilp, J.G., Parsey, R.V., Mann, J.J. Serotonergic function and cognitive control: Midbrain serotonin transporter binding predicts cortical conflict-related activity. Poster presented at the annual meeting of the Society of Biological Psychiatry, New York, May 2014.

51.     *Keilp, J.G., Beers, S.R., Burke, A.K., Melhem, N.M., Oquendo, M.A., Brent, D.A., Mann, J.J. Neuropsychological deficits in past suicide attempters with varying levels of depression severity. Paper presented at the 42nd annual meeting of the International Neuropsychological Society, Seattle, Washington, February 2014.

52.     Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J., Grunebaum, M.F.  Subjective but not objective cognitive benefit of bupropion in MDD. Poster presented at the 42nd annual meeting of the International Neuropsychological Society, Seattle, Washington, February 2014.

53.     Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J., Grunebaum, M.F.  Treatment-related improvement in neuropsychological functioning in suicidal depressed patients: Paroxetine vs. bupropion. Poster presented at the annual meeting of the American College of Neuropsychopharmacology, Hollywood, FL, December 2013.

54.     *Keilp, J.G., Beers, S.R., Burke, A.K., Melhem, N.M., Oquendo, M.A., Brent, D.A., Mann, J.J. Neuropsychological deficits in past suicide attempters with varying levels of depression: a replication and extension. Paper presented at the annual meeting of the International Academy of Suicide Research, Montreal, June 2013.

55.     Gorlyn, M., Keilp, J.G., Oquendo, M.A., Mann, J.J. Semantic fluency deficit distinguishes high-lethality suicide attempters. Paper presented at the annual meeting of the International Academy of Suicide Research, Montreal, June 2013.

56.     Grunebaum, M.F., Keilp, J.G., Ellis, S.P., Sudol, K., Bauer, N., Burke, A.K., Oquendo, M.A., Mann, J.J. SSRI vs bupropion effects on symptom clusters in suicidal depression: post-hoc analysis of a randomized clinical trial.  Poster presented at the annual meeting of the International Academy of Suicide Research, Montreal, June 2013.

57.     Grunebaum, M.F., Keilp, J.G., Ellis, S.P., Mann, J.J., Oquendo, M.A. Assessing efficacy when the outcome measure is suicidal ideation and behavior:  focus on high risk populations.  Paper presented at the 53rd  annual meeting of the New Clinical Drug Evaluation Unit (NCDEU), Phoenix, AZ, May, 2013.

58.     *Keilp, J.G., Kikuchi, T., Miller, J.M., Oquendo, M.A., Parsey, R.V., Mann, J.J.  Altered functional activity during Stroop task performance in depressed suicide attempters. Poster presented at the annual meeting of the Society of Biological Psychiatry, San Francisco, May 2013.

59.     Gorlyn, M., Keilp, J.G., Grunebaum, M.F., Ellis, S., Burke, A.K., Oquendo, M.A., Mann, J.J. Treatment-related changes in suicidal ideation are associated with changes in subjective aspects of depression. Poster presented at the annual meeting of the Society of Biological Psychiatry, San Francisco, May 2013.

60.     Bruder, G.E., Keilp, J., Alvarenga, J.E., Alschuler, D.M., Abraham, K.,Hellerstein, D.J., Stewart, J.W., McGrath, P.J. Psychomotor Slowing as a Differential Predictor of Clinical Response to Antidepressants, Poster presented at the annual meeting of the Society of Biological Psychiatry, San Francisco, May 2013.

61.    *Keilp, J.G, Szanto, K. (Moderators) Fatal Decisions: Behavioral and neural accounts of aberrant decision processes in suicidal behavior across the lifespan. Symposium presented at the biannual meeting of the European Symposium on Suicide and Suicidal Behavior, Tel Aviv, Israel, September 2012.

62.    Gorlyn, M., Keilp, J.G., Burke, A.K., Mann, J.J., Grunebaum, M.F. Changes in cognition and suicidal ideation during psychopharmacological treatment in depressed suicidal patients. Paper presented at the biannual meeting of the European Symposium on Suicide and Suicidal Behavior, Tel Aviv, Israel, September 2012.

63.    *Keilp, J.G., Gorlyn, M., Burke, A.K., Oquendo, M.A., Mann, J.J. Intact performance by suicide attempters on a ventral prefrontal task. Poster presented at the annual meeting of the Society of Biological Psychiatry, Philadelphia, May 2012.

64.    Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J. Neurocognitive impairment in MDD is an independent component of symptom severity. Poster presented at the annual meeting of the Society of Biological Psychiatry, Philadelphia, May 2012.

65.    Kikuchi, T., Miller, J.M., Keilp, J.G., Schneck, N., Parsey, R.V., Mann, J.J. Abnormal Neural Responses to Incongruency in Major Depressive Disorder Compared to Controls: A Stroop fMRI Study. Poster presented at the annual meeting of the Society of Biological Psychiatry, Philadelphia, May 2012.

66.    *Keilp, J.G., Gorlyn, M., Burke, A.K., Oquendo, M.A., Mann, J.J. Decomposing the nature of memory impairments in depressed suicide attempters. Paper presented at the 40th annual meeting of the International Neuropsychological Society, Montreal, Canada, February 2012.

67.    Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J. Decision-making and cognitive abilities: Processing speed is integral to Iowa Gambling Task performance. Poster presented at the 40th annual meeting of the International Neuropsychological Society, Montreal, Canada, February 2012.

68.    Singh, N., Keilp, J.G., Corbera, K., Fallon, B.A. Subjective Cognitive Complaints in Post-Lyme Disease Syndrome: Effects of Mood Disturbance and Actual Performance Decline. Poster presented at the 40th annual meeting of the International Neuropsychological Society, Montreal, Canada, February 2012.

69.    Scheiner, D.L., Keilp, J., Burke, A.K., Oquendo, M., Mann, J.J. The contribution of posttraumatic stress disorder to explicit verbal learning and memory performance in major depression. Poster presented at the 40th annual meeting of the International Neuropsychological Society, Montreal, Canada, February 2012.

70.    LeBlanc, S., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J.  Smoking in depression: associations with cognition and cognitive risk factors for suicide attempt. Poster presented at the 40th annual meeting of the International Neuropsychological Society, Montreal, Canada, February 2012.

71.   Perry, J.S.A., Keilp, J.G., Pelton, G.H., Stern, Y., Devanand, D.P.  Prediction of conversion from mild cognitive impairment to Alzheimer's disease. Poster presented at the 40th annual meeting of the International Neuropsychological Society, Montreal, Canada, February 2012.

72.   Moeller, J. R., Fallon, B. A., Keilp, J. G.  The impact of multi-system infections on the regulation of affective states is explored using chronic neurologic Lyme disease as a model. Poster presented at the ACNP 50th annual meeting December 4-8, 2011 at Hilton Waikoloa Village, Waikoloa, Hawaii.

73.   *Keilp, J.G., Gorlyn, M., Harkavy-Friedman, J., Oquendo, M.A., Mann, J.J. Neurocognitive dysfunction and the nature of suicidal behavior. Paper presented at the biannual meeting of the European Symposium on Suicide and Suicidal Behavior, Rome, Italy, September 2010.

74.   Gorlyn, M., Keilp, J.G., Burke, A.K., Oquendo, M.A., Mann, J.J. Iowa Gambling Task performance and suicidal behavior in Major Depressive Disorder. Paper presented at the biannual meeting of the European Symposium on Suicide and Suicidal Behavior, Rome, Italy, September 2010.

75.   *Keilp, J.G., Gorlyn, M., Cooper,T., Oquendo, M.A., Mann, J.J. A modified social stress task for high-risk populations. Poster presented at the annual meeting of the Society of Biological Psychiatry, New Orleans, May 2010.

76.   Gorlyn, M., Keilp, J.G., Cooper, T., Oquendo, M.A., Brent, D., Mann, J.J. Stress response in the offspring of suicide attempters: Preliminary findings. Poster presented at the annual meeting of the Society of Biological Psychiatry, New Orleans, May 2010.

77.   Molero, P., Keilp, J.G., Galfalvy, H.C. Burke, A.K., Harkavy-Friedman, J.M., Oquendo, M.A. Neurocognitive effects of lithium and valproate in bipolar suicide attempters. Poster presented at the annual meeting of the Society of Biological Psychiatry, New Orleans, May 2010.

78.   Gorlyn, M., Keilp, J.G., Russell, M.E.,Grunebaum, M., Burke, A.K., Mann, J.J. Antidepressant medication effects on cognitive functioning and subjective mood mediate suicidality in MDD Poster presented at the 37th annual meeting of the International Neuropsychological Society, Atlanta, GA, February, 2009.

79.   *Keilp, J.G., Gorlyn, M., Russell, M.E., Harkavy-Friedman, J., Oquendo, M.A., Mann, J.J. Executive dysfunction in suicidal behavior: A correlate of violence, not attempt risk? Poster presented at the 37th annual meeting of the International Neuropsychological Society, Atlanta, GA, February, 2009.

80.   Fallon, B.A.,  Lipkin, R.B., Corbera, K., Yu, S., Nobler, M.S., Keilp, J.G., Lisanby, S.H.,  Van Heertum, R., Mensh, B.D., Sackeim, H.A.  Regional cerebral blood flow and metabolic rate in persistent lyme encephalopathy Poster presented at the 11th annual conference  on Lyme Borreleosis and Other Tick-Borne Diseases, Irvine, CA, October, 2008.

81.   *Keilp, J.G., Corbera, K., Sackeim, H.A., Mann, J.J., Fallon, B.A. Differentiating the cognitive impairments of post-treatment Lyme disease and major depression.  Poster presented at the 11th annual conference  on Lyme Borreleosis and Other Tick-Borne Diseases, Irvine, CA, October, 2008.

82.    Shikman, M., Bruder, G., Keilp, J., Farrell, W.  Demographic influences on working memory tasks in early to middle adulthood.  Poster presented at the 36[rd] annual meeting of the International Neuropsychological Society, Waikoloa, HI, February, 2008.

83.    Gorlyn, M., Keilp, J.G., Grunebaum, M.F., Russell, M.E., Burke, A.K., Oquendo, M.A., Mann, J.J. Working memory performance predicts short-term antidepressant treatment response in high suicide risk patients with MDD.  Poster presented at the 36[rd] annual meeting of the International Neuropsychological Society, Waikoloa, HI, February, 2008.

84.    *Keilp, J.G., Gorlyn, M., Russell, M.E., Burke, A.K., Oquendo, M.A., Mann, J.J. Neuropsychological dysfunction in suicidal behavior: Executive or information processing deficit? Paper presented at the 36[rd] annual meeting of the International Neuropsychological Society, Waikoloa, HI, February, 2008.

85.    Gorlyn, M., Keilp, J.G., Grunebaum, M.F., Taylor, B.P., Oquendo, M.A., Bruder, G.E., Stewart, J.W., Mann, J.J.  Neuropsychological predictors of SSRI treatment nonresponse in depression. Poster presented at the annual meeting of the Society of Biological Psychiatry, Toronto, Ontario, CAN, May, 2006.

86.    Gorlyn, M., Keilp, J.G., Oquendo, M.A., Mann, J.J.  Specific deficits in semantic fluency in high-lethality suicide attempters. Poster presented at the annual meeting of the Society of Biological Psychiatry, Toronto, Ontario, CAN, May, 2006.

87.    Milak, M.S., Parsey, R.V., Keilp, J., Oquendo, M.A., Malone, K.M., Mann, J.J.  Neuroanatomical correlates of the subjective psychopathologic components  of major depressive disorder mapped by PET: A comparison with objective psychopathologic components of major depression.  Poster presented at the annual meeting of the Society of Biological Psychiatry, Toronto, Ontario, CAN, May, 2006.

88.    Fertuck, E.A., Marsano, S., Keilp, J.G., Stanley, B.H., Tryon, W.W., Oquendo, M.A., Mann, J.J. The impact of anxiety and borderline personality disorder on neuropsychological performance in major depression.  Poster presented at the annual meeting of the Society of Biological Psychiatry, Atlanta, GA, May, 2005.

89.    Gorlyn, M., Keilp, J.G., Sullivan, G.M., Oquendo, M.A, Mann, J.J.  Increased alertness with low CSF 5-HIAA in major depression.  Poster presented at the annual meeting of the Society of Biological Psychiatry, Atlanta, GA, May, 2005.

90.    *Keilp, J.G., Malone, K.M.M., Sackeim, H.A., Mann, J.J. Antidepressant and behavioral effects of acute serotonergic  enhancement.  Poster presented at the annual meeting of the Society of Biological Psychiatry, Atlanta, GA, May, 2005.

91.    Dwork, A.J.,  Ilievski, B., Mancevski, B., Kurzon, M., Serafimova, T., Trencevska, I., Rosoklija, G., Keilp, J. Histological evaluation of prefrontal white matter in schizophrenia. Poster presented at the annual meeting of the International Congress on Schizophrenia. Savannah, GA, April, 2005.

92.    Mancevski, B., Rosoklija, G., Kurzon, M., Serafimova, T., Ortakov, V., Trencevska, I., Keilp, J., Dwork, A. J.  Effects of historical introduction of neuroleptics on symptomatology in chronic

schizophrenia inpatients.  Poster presented at the annual meeting of the International Congress on Schizophrenia. Savannah, GA, April, 2005.

93.  Wyatt, G., Keilp, J.G., Oquendo, M.A., Sackeim, H.A., Mann, J.J. Executive function and dysfunction in suicidal behavior. Poster presented at the 33rd annual meeting of the International Neuropsychological Society, St. Louis, MO, February, 2005.

94.  Gorlyn, M., Klain, M., Keilp, J.G., Oquendo, M.A., Sackeim, H.A., Mann, J.J. Slowing of information processing speed in major depression. Poster presented at the 33rd annual meeting of the International Neuropsychological Society, St. Louis, MO, February, 2005.

95.  Gorlyn, M.,  Keilp, J.G., Oquendo, M.A., Sackeim, H.A., Mann, J.J. The WAIS-III and major depression:  Absence of VIQ/PIQ split. Poster presented at the 33rd annual meeting of the International Neuropsychological Society, St. Louis, MO, February, 2005.

96.  *Keilp, J,G., Gorlyn, M., Oquendo, M.A., Sackeim, H.A. Mann, J.J. Attention, memory and language fluency in depression and suicidal behavior. Presented at the 33rd annual meeting of the International Neuropsychological Society, St. Louis, MO, February, 2005.

97.  *Keilp, J.G., Oquendo, M., Mann, J.J.  Time estimation in depression and suicide. Poster presented at the annual meeting of the Society for Biological Psychiatry, New York, NY, May, 2004.

98.  *Keilp, J.G., Milak, M., Parsey, R., Oquendo, M., Mann, J.J. PET correlates of neuropsychological impairment in depression and suicide. Paper presented at the annual meeting of the Society for Biological Psychiatry, New York, NY, May, 2004.

99.  *Keilp, J.G., Milak, M., Parsey, R., Oquendo, M.A.,  Mann , J.J.  Distinct patterns of cerebral metabolism associated with component symptoms of depression.  Paper presented at the 9th annual meeting of the Organization for Human Brain Mapping, New York, NY, June, 2003.

100.  *Keilp, J.G., Corberra, K., Fallon, B.A.  Intellectual and memory impairment in chronic Lyme disease.  Poster presented at the 31st annual meeting of the International Neuropsychological Society, Honolulu, HI, February, 2003.

101.  *Keilp, J.G., Lowe, G., Schori, E., Sackeim, H.A., Mann , J.J.  Screening for attempt-related brain damage in neuropsychological studies of suicidal behavior.  Poster presented at the 31st annual meeting of the International Neuropsychological Society, Honolulu, HI, February, 2003.

102.  *Keilp, J.G., Sackeim, H.A., Brodsky, B.S., Oquendo, M.A.,  Mann , J.J.  Neuropsychological correlates of suicide risk and attempt severity.  Paper presented at the 31st annual meeting of the International Neuropsychological Society, Honolulu, HI, February, 2003.

103.  *Keilp, J.G., Sackeim, H.A., Brodsky, B., Oquendo, M.A., Mann, J.J.  Neuropsychological dysfunction in depression: Associations to suicide risk indicators and severity of suicidal behavior. Paper presented at the fifteenth annual New York State Office of Mental Health (OMH) research conference, Albany, NY, December, 2002.

104.    Rodenhiser, J., Keilp, J., Abi-Dargham, A., Kegeles, L., Parsey, R., Eftychiou, N., Laruelle, M.
        Dopamine transmission parameters and personality traits: An in vivo imaging study.  Poster
        presented at the annual meeting of the International Congress on Schizophrenia Research, Boulder,
        CO, March 2001.

105.    *Keilp, J.G., Mann, J.J., Sackeim, H.A.  Neuropsychological correlates of suicidal behavior. Paper
        presented at the thirteenth annual New York State Office of Mental Health (OMH) research
        conference, Albany, NY, December, 2000.

106.    Abi-Dargham, A., Gil, R., Mawlawi, O., Hwang, D., Kochan, L., Lombardo, I., Rodenhiser, J.,
        Kegeles, L., Martinez, D., Keilp, J., VanHeertum, R., Gorman, J., Laruelle, M.  Selective alterations
        in D1 receptors in schizophrenia: A PET in vivo study.  Paper presented at the annual meeting of the
        American College of Neuropharmacology, San Juan, Puerto Rico, December, 2000.

107.    Mann, J.J., Oquendo, M.A., Parsey, R.V., Campbell, C., Keilp, J., Cooper, T.B., Malone, K.M.,
        Kegeles, L., Slifstein, M., Van Heertum, R.  PET imaging of serotonin responsivity in bipolar and
        unipolar mood disorders.  Paper presented at the annual meeting of the Society for Nuclear
        Medicine,  May, 2000.

108.    Kegeles, L., Zea-Ponce, Y., Abi-Dargham, A., Rodenheiser, J., Wang, T., Keilp, J., Weiss, R.,
        Cooper, T.B., VanHeertum, R., Mann, J.J., Laruelle, M.  Reproducibility of striatal amphetamine-
        induced dopamine release with [$^{123}$I]IBZM SPECT in healthy subjects.  Poster presented at the
        annual meeting of the Society for Neuroscience, Los Angeles, CA, November, 1998.

109.    Fallon, B.A., Keilp, J., Prohovnik, I., Mann, J.  Lyme disease vs. depression vs. somatization:
        Cognitive tests and functional imaging. Paper presented at the IX th Annual International Scientific
        Conference on Lyme Borreliosis, Boston, MA, April, 1996.

110.    Rosoklija, G., Hays, A.P., Latov, N., Sadiq, S.A., Kaufman, M., Waniek, C., Keilp, J.G., Prohovnik,
        I., Dwork, A.J.  Subicular MAP-2 immunoreactivity is diminished in a variety of psychiatric
        disorders. Poster presented at the annual meeting of the Society for Biological Psychiatry, New
        York, NY, May, 1996.

111.    Dwork, A.J., Keilp, J.G., Waniek, C., Liu, D., Susser, E., Kaufman, M., Prohovnik, I.  Alzheimer's-
        type pathology in schizophrenia with dementia. Paper presented at the annual meeting of the Society
        for Biological Psychiatry, New York, NY, May, 1996.

112.    Prohovnik, I., Sano, M., DeVivo, D., Hurlet, A., Keilp, J.G., Piomelli, S.  Frontal lobe dysfunction
        in sickle-cell anemia.  Paper presented at the 17th International Symposium on Cerebral Blood Flow
        and Metabolism, Cologne, Germany, February, 1995.

113.    Prohovnik, I., Keilp, J.G., Huey, E., Wu, A.  The AD parietal deficit reflects deterioration  more
        than current status.  Paper presented at the 17th International Symposium on Cerebral Blood Flow
        and Metabolism, Cologne, Germany, February, 1995.

114.    *Keilp, J.G., Prohovnik, I.  Estimated IQ decline related to the severity of parietotemporal perfusion
        deficits in Alzheimer's disease.  Paper presented at the annual meeting of the International
        Neuropsychological Society, Seattle, WA, February, 1995.

115. Cornblatt, B., Bergman, A., Wolf, L., Keilp, J., Osgood, G., Keefe, R., O'Brien, J.  The Elmhurst First Episode Project: Overview and preliminary findings.  Paper presented at the annual meeting of the Society for Biological Psychiatry, San Francisco, CA, May, 1993.

116. Wolf, L., Keilp, J., Obuchowski, M., Osgood, G., Keefe, R., O'Brien, J., Cornblatt, B. Neuropsychological differentiation among psychotic adolescents.  Poster presented at the annual meeting of the Society for Biological Psychiatry, San Francisco, CA, May, 1993.

117. Hermann, C., Keilp, J., Lee, H., Quinlan, D., Valance, J., Herrera, J., Mohs, R.  Memory activation in Alzheimer's Disease with $^{99m}$Tc-HMPAO.  Poster presented at the annual meeting of the Society for Biological Psychiatry, San Francisco, CA, May, 1993.

118. Intrator, J., Keilp, J.G., Dorfman, D., Bernstein, D., Schaeffer, C., Wakeman, J., Harpur, T., Hare, R., Handelsman, L., Stritzke, P.  Patterns of cerebral activation in psychopaths processing affective and neutral words using single photon emission tomography (SPECT). Poster presented at the annual meeting of the Society for Biological Psychiatry, San Francisco, CA, May, 1993.

119. Cornblatt, B.A., Keilp, J.G.  Attention deficits and disruptions of frontal-striatal brain functioning in schizophrenia.  Poster presented at the annual meeting of the International Congress on Schizophrenia Research, Colorado Springs, CO, April, 1993.

120. Wolf, L.E., Keilp, J.G., Keefe, R., Osgood, G., Khanna, P., O'Brien, J.D., Cornblatt, B.A. Neurocognitive profiles of probable schizophrenia in adolescence. Poster presented at the annual meeting of the Society for Biological Psychiatry, Washington DC, May, 1992.

121. *Keilp, J.G., Sweeney, J.A., Wolf, L., Haas, G.  Associations between ventricular enlargement and neuropsychological deficit in schizophrenia: Managing the confounding effects of neuroleptic medications.  Poster presented at the conference "Neuropsychology at the Interface of Neurology and Psychiatry" sponsored by the New York Neuropsychology Group and New York Academy of Sciences; April 11, 1992.

122. Herrera, J., Keilp, J.G., Cornblatt, B., Lee, H., Stritzke, P., Valance, J., Duval, J., Davis, K. Hemispheric dysfunction in schizophrenia.  Poster presented at the annual meeting of the Society for Biological Psychiatry, New Orleans, LA, May, 1991.

123. Sidtis, J.J., Thaler, H., Brew, B.J., Sadler, A.E., Keilp, J.G., Aronow, H.A., Price, R.W.  The interval between equivocal and definite neurological signs and symptoms in the AIDS Dementia Complex (ADC). Paper presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

124. Price, R.W., Brew, B.J., Sidtis, J.J., Sadler, A.E., Keilp, J.G., Wolf, W., Birnhak, L.  A system for staging the AIDS Dementia Complex: Correlations with neurological and neuropsychological assessments. Poster presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

125.    Sidtis, J.J., Sadler, A.E., Keilp, J.G., Brew, B.J., Aronow, H.A., Price, R.W.  Neuropsychological test performance in HIV-1 sero-positive patients on and off Azidothymidine (AZT). Poster presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

126.    Sadler, A.E., Keilp, J.G., Thaler, H., Brew, B.J., Aronow, H.A., Price, R.W., Sidtis, J.J.  Test-retest performance on neuropsychological tests in a group of HIV-1 seropositive patients. Poster presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

127.    Sadler, A.E., Keilp, J.G., Dorfman, D., Brew, B.J., Aronow, H.A., Price, R.W., Sidtis, J.J.  Neuropsychological performance as a function of AIDS Dementia Complex (ADC) severity. Poster presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

128.    Dorfman, D., Keilp, J.G., Sadler, A.E., Wolf, L., Price, R.W., Sidtis, J.J.  Short-term memory (STM) capacity declines as a function of AIDS Dementia Complex (ADC) severity. Poster presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

129.    Brew, B.J., Keilp, J.G., Sadler, A.E., Krown, S.E., Anselmo, W., Birnhak, L., Sidtis, J.J., Price, R.W.  Recombinant Granulocyte-Macrophage Colony-Stimulating Factor (GMCSF): Lack of neurological toxicity. Poster presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

130.    Aronow, H.A., Keilp, J.G., Krol, G., Brew, B.J., Sadler, A.E., Dorfman, D., Sidtis, J.J., Birnhak, L., Rottenberg, D.A., Price, R.W.  Cerebral atrophy in HIV-1 infected patients: Relationship to neurological and neuropsychological measures.  Poster presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

131.    *Keilp, J.G., Tryon W.W., Brew, B.J., Sadler, A.E., Aronow, H.A., Price, R.W., Sidtis, J.J.  The Aids Dementia Complex (ADC) and impairments of ambulatory activity. Abstract presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

132.    *Keilp, J.G., Sadler, A.E., Wolf, L., Brew, B.J., Price, R.W., Sidtis, J.J.  Impaired motor performance of HIV-1 infected patients is not due to simple fatigue. Poster presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

133.    *Keilp, J.G., Brew, B.J., Heyes, M., Sadler, A.E., Price, R.W., Sidtis, J.J.  Tryptophan levels are unrelated to disturbances of mood in HIV-1 infected patients. Poster presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

134.    *Keilp, J.G., Sadler, A.E., Wolf, A., Brew, B.J., Dorfman, D., Price, R.W., Sidtis, J.J. HIV-1 patients' self-reported complaints of memory failure and their relationship to actual memory performance. Poster presented at the V International Conference on AIDS, Montreal, Canada, June 1989.

135.    Haas, G.L., Sweeney, J.A., Keilp, J.G., Frances, A.J.  Sex differences in neurocognition of schizophrenia. Paper presented at the annual meeting of the American Psychiatric Association, San Francisco, California, May, 1989.

136.   Sadler, A.E., Brew, B.J., Keilp, J.G., Thaler, H., Price, R.W., Sidtis, J.J.  Neuropsychological performance as a function of  severity of cognitive, motor, and behavioral dysfunction in the AIDS dementia complex (ADC). Poster presented at the IV International Conference on AIDS, Stockholm, Sweden, June, 1988.

137.   Brew. B.J., Keilp, J.G., Sweeney, J.A., Walsh, V., Price, R.W.  Eye movement abnormalities in HIV infected patients: A marker of early neurologic involvement? Poster presented at the IV International Conference on AIDS, Stockholm, Sweden, June, 1988.

138.   *Keilp, J.G., Sadler, A.E., Brew, B.J., Price, R.W., Sidtis, J.J.  The effect of distress and depression on neuropsychological test performance in the AIDS dementia complex (ADC). Paper presented at the IV International Conference on AIDS, Stockholm, Sweden, June 1988.

139.   DeMeo, M.D., McBride, P.A., Keilp, J.G., Tierney, H., Brown, R.P., Kream, J., Mann, J.J. Fenfluramine-stimulated prolactin release and age related differences in depressed inpatients vs. controls. Poster presented at the annual meetings of the Society for Biological Psychiatry and American Psychiatric Association, Chicago, Illinois, May, 1987.

140.   McBride, P.A., Brown, R.P., DeMeo, M., Keilp, J.G., Stanley, M., Mann, J.J.  Platelet 5-HT2 receptor measures: Major depression and suicide. Paper presented at the annual meetings of the Society for Biological Psychiatry and American Psychiatric Association, Chicago, Illinois, May, 1987.

141.   Brown, R.P., Stipetic, M., Linnoila, M., Keilp, J.G., Stanley, M., Mann, J.J.  CSF monoamines and depressive subtypes. Paper presented at the annual meeting of the Society for Biological Psychiatry, Chicago, Illinois, May, 1987.

142.   *Keilp, J.G., Raduns, C., Evans, S., Brown, R.P., McBride, P.A., Mann, J.J.  Psychopathology of parasuicidal and failed suicidal attempters. Poster presented at the annual meetings of the Society for Biological Psychiatry and American Psychiatric Association, Chicago, Illinois, May, 1987.

143.   Sweeney, J.A., Keilp, J.G., Jacobsen, P., Solomon, C., Deck, M., Mann, J.J.  Negative symptoms and brain damage in schizophrenia. Poster presented at the annual meeting of the American Psychiatric Association, Washington, D.C., May, 1986.

144.   *Keilp, J.G., Sweeney, J.A., Jacobsen, P., Solomon, C., Deck, M., Mann, J.J.  Negative symptoms, neuropsychological impairment, and brain damage in schizophrenia. Paper presented at the annual meeting of the Society for Biological Psychiatry, Washington, D.C., May, 1986.