

Cyril V. Smith
Zuckerman Spaeder LLP
(410) 949-1145
csmith@zuckerman.com

October 13, 2020

**VIA ECF**

Honorable Anita B. Brody
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 7613
Philadelphia, PA 19106

      Re:    *In re NFL Players' Concussion Injury Litigation*, No. 2:12-md-02323-AB

Dear Judge Brody:

On behalf of Movants Kevin Henry and Najeh Davenport, I write to seek leave to file a reply brief in support of Movants' Motion for Relief Under Article XXVII of the Settlement Agreement or for Relief from Judgment, ECF 11169, and to do so by November 12, 2020. Movants respectfully submit that, in light of the range of issues raised by the NFL Parties and Class Counsel in their responses, ECF 11204, 11205, the submission of a reply brief on the requested timeline would enable a more complete presentation of the issues to the Court.

Counsel for the NFL Parties and Class Counsel consent to this request.

      Sincerely,

      Cyril V. Smith

cc: Counsel of record (via ECF)

**100 E. PRATT ST., SUITE 2440, BALTIMORE, MD 21202-1031 | T 410.332.0444 | F 410.659.0436**

ZUCKERMAN SPAEDER LLP | WASHINGTON, DC | NEW YORK | TAMPA | BALTIMORE