## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                          Plaintiffs<br><br>      v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                          Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |

### ORDER

AND NOW, on this _____ day of _____, 2020, having considered Movants Kevin Henry and Najeh Davenport's Motion of for Leave to File a Reply Brief By November 12, 2020, IT IS HEREBY ORDERED AND DECREED that:

1. The Motion is GRANTED; and

2. Movants have leave to file a reply brief in support of their Motion for Relief, ECF 11169, and shall file any reply brief on or before November 12, 2020.

IT IS SO ORDERED.

                                                      BY THE COURT:

                                                      _____
                                                      The Honorable Anita B. Brody
                                                      United States District Judge