STATE OF GEORGIA § §
COUNTY OF THOMAS §

## UNSWORN DECLARATION OF RENASSA SMALL

1. My name is Renassa Small. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated herein are within my personal knowledge and are true and correct.

2. On July 7, 2020 I testified at a hearing about an attorney lien filed by Howard & Associates ("Howard") against the NFL concussion settlement claim of my husband, Jessie Small.

3. At that hearing, I explained that the only reason my husband did not terminate his relationship with Howard before September 2019 was because Howard misrepresented to us that if we terminated Howard's representation, my husband would no longer be able to be represented by Amir Shenaq.

4. We later learned that Howard's representation about our ability to continue to work with Amir was false, and my husband terminated his relationship with Howard in September 2019.

5. To expand upon my prior testimony, sometime in May 2018 or June 2018 Howard told us that we could not end our relationship with him and continue with Amir. If Howard had not told us that, my husband would have ended his relationship with Howard then.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Renassa Small

Exhibit 3