UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>                              Plaintiffs,<br><br>                        v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>                              Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

      **AND NOW**, on this **13th** **day** of **October, 2020**, it is **ORDERED** that Movants Henry and Davenport's Motion for Leave to File a Reply Brief in Support of Movants' Motion for Relief Under Article XXVII of the Settlement Agreement or for Relief from Judgment (ECF No. 11208) is **GRANTED**.[1] Movants must file their reply brief on or before **November 2, 2020**.

                                                                           __S/Anita B. Brody_____
                                                                           ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] The NFL Parties and Class Counsel consented to this motion.