UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 –AB<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>**ARCHIE REESE, PLAINTIFF** | **NOTICE OF WITHDRAWAL OF ATTORNEY'S LIEN** |

This Notice of Withdrawal of Lien [ECF 7689] is submitted on behalf of the firm of Giddens Law Firm, John D. Giddens, P.A., and Philip W. Thomas, P.A., specifically including John D. Giddens and Philip W. Thomas who both hereby withdraw their lien submitted on behalf of player Archie Reese and filed with this Honorable Court under ECF 7689.

Dated: October 15, 2020

    Respectfully Submitted By:

                              s/John D. Giddens
                              John D. Giddens

John D. Giddens
GIDDENS LAW FIRM
226 North President Street
Jackson, Mississippi 39201
Tel: (601) 355-2022
Fax: (601) 355-0012

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
226 N. President Street
Jackson, MS 39201
pthomas@thomasattorney.com
(601) 714-5660

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 15th day of October, 2020.

s/John D. Giddens  
John D. Giddens