# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT APPLIES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> Plaintiff Lorenzo Booker | **NOTICE OF ATTORNEY'S LIEN** |

Comes now Petitioner, Robins Cloud, LLP, attorney for Lorenzo Booker in the above named and numbered cause of action, hereby notify this Court and all parties that Robins Cloud LLP, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Lorenzo Booker.

Dated: October 26, 2020

                                            Respectfully submitted,

                                            Attorney Ian Cloud, Robins Cloud, LLP

By: ___/s/ Ian P. Cloud_____
    Ian P. Cloud
    State Bar No. 00783843
    Robins Cloud, LLP
    2000 West Loop South. 22nd Floor
    Houston, TX 77027
    Tel: (713) 650-1200
    Fax: (713) 650-1400
    icloud@robinscloud.com

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: October 26, 2020　　　　　　　　　　　　/s/ Ian P. Cloud

　　　　　　　　　　　　　　　　　　　　　　　Ian P. Cloud