13499 Biscayne Boulevard
*North Miami,* Florida 33181
Suite 107
Telephone:(786) 440-9383
Fax: (786) 288-3816

15600 S.W. 288th Street
*Homestead,* Florida 33033
Suite 302
Telephone:(786) 440-9383
Fax: (786) 288-3816

Dcm@dcmoraleslaw.com



*Law Office of*
*Derrick C. Morales, P.A.*

Derrick C. Morales, Esq.
Admitted to Practice in Florida, New York
and The United States District Court for the
Southern District of Florida

October 27, 2020

**By ECF**
Honorable Judge
Anita B. Brody

**Re:** NFL Retired Player SPID 950005876, Objection to Special Master's May 27, 2020 Ruling.

Dear Honorable Judge Brody,

    Please receive the above referenced Player's Objection to the Special Master's Ruling dated May 27, 2020. Due to the pandemic's onset and its impact on the undersigned and the law practice, two extensions were approved and granted, extending the deadline to file the Objection before the Court. On the day the submission was due, October 19, 2020, co-counsel uploaded the Objection to the online portal. The following day upon the undersigned's review of the portal, the submission was not reflecting in the portal. Immediately, the undersigned emailed the assigned contact person and Partner at the Claims Administrator's office concerning the portal submission, not reflecting on the Player's list of documents submitted.

2 | P a g e

After several emails with the Partner of the Claims Administrator's office attempting to obtain clarification and direction on confirmation of the portal submission, the undersigned was met with a response email claiming the deadline has now expired.  Due to significant events leading to this filing and as outlined in the Objection, the Claims Administrator's removal of the Special Master's decision and subsequent upload several days later, the undersigned does not have any reason to accept the Claims Administrator's allegation that the Player's Objection was not filed on the due date.  In contrast and as your Honor will be informed in the Objection, the Claims Administrator has proven that reliance on their portal control has been used to the Player's detriment and prejudice.

The indication of the Special Master's Ruling removed from the portal due to the submission being made several days before the Player's deadline and submission of his response to the NFL Parties "new evidence."  The undersigned is prepared to present to this Court additional evidence that will highlight misrepresentations made by the Claims Administrator's office as to the reason for the removal of the ruling from the Player's portal and subsequent re-submission several days after his response to the NFL Parties "new evidence" was submitted via the portal.

The undersigned respectfully requests an evidentiary hearing on this matter and will supplement the record with additional evidence upon the Court's direction.

Sincerely,

_____
Derrick L. Morales, Esq.
*Attorney for Player*