# "Exhibit A"

# Nicholas D. A. Suite, M.D.

## Patient Care Services:

- 2525 Embassy Drive, Suite 5-6
  Cooper City, Florida 33026

  Telephone (954) 431-6884      Facsimile (954) 436-6936

- 7270 NW 12th Street, Suite 410
  Miami, Florida, 33126

  Telephone (305) 382-1005

  Website: www.EmbassyHealth.com

## Patient Appointment Scheduling Assistant's Email:

Email: embassy2525@gmail.com

## Medical Records Requests

Email: ndasmia@gmail.com

## Conferences, Depositions, and Administrative Office:

- 11860 West State Road 84, Suite B-10
  Davie, Florida 33325

  Email: academicneurologynetwork@gmail.com

  Telephone (954) 626-0617      Facsimile (954) 626-0619

## Additional Contact Information:

Direct Email: nsuite@gmail.com

Cellular: (954) 868-1567     (if no answer, please leave a text message)

## EDUCATION

**1982 – 1986**   M.D.
                 The Johns Hopkins University School of Medicine
                 720 Rutland Avenue, Baltimore, Maryland 21205

**1978 – 1982**   B.A. (Biology)
                 The Johns Hopkins University of Arts and Sciences
                 3400 N. Charles Street, Baltimore, Maryland 21218

**1970 – 1977**   Campion College, Kingston, Jamaica (High School)

## POSTGRADUATE TRAINING

**1992 – Present**   Private Practice (see below)
                    Neurology and Neurological Rehabilitation

**1991-1992**   Additional year of Residency in Neurology
               Department of Neurology
               University of Miami School of Medicine, Miami, Florida

**1989-1991**   Residency in Neurology, Chief Residency in Neurology
               Department of Neurology
               The New York Hospital - Cornell University Medical Center,
               Memorial Sloan Kettering Cancer Center,
               Hospital for Special Surgery, New York, New York 10021

**1986-1989**   Internship and Residency in Internal Medicine
               Department of Medicine
               The New York Hospital - Cornell University Medical Center
               Memorial Sloan Kettering Cancer Center
               Hospital for Special Surgery, New York, New York 10021

## TEACHING

**2018 – Present**   Clinical Assistant Professor of Neurology, Dr. Kiran C. Patel College of Allopathic Medicine of Nova University

**2018 – Present**   Admissions Committee Member, Dr. Kiran C. Patel College of Allopathic Medicine of Nova University

**2001 – Present**   Science Instructor – American Heritage High School, Plantation, FL
                    Courses: Introduction to Human Diseases, Honors Genetics, Medical Terminology, Sports Medicine, Embryology.
                    Co- Founder – Pre Medical Program
                    American Heritage High School, Plantation, FL

| | |
|---|---|
| **1993 – 2008** | Voluntary Clinical Assistant Professor of Neurology<br>University of Miami School of Medicine<br>Miami, Florida 33136 |
| **1977 – 1978** | Assistant Teacher – Cooper City High School<br>Mathematics Remedial Program, Cooper City, FL |

## LICENSURE

New York #170969
Florida #59343
Michigan #4301088933

## BOARD CERTIFICATION

**1994 – Current**   Certified – American Board of Psychiatry and Neurology (Neurology)

**1991 – 2001**   Certified – American Board of Internal Medicine

**2016 – Current**   Certified – Expert Medical Advisor, Florida Department of Financial Services, Division of Workers' Compensation

## ELECTIVES

**1986**   Osler Medical Service, The Johns Hopkins Hospital
Sub Internship

**1986**   Neurology, The Johns Hopkins Hospital, Dr. G.M. McKhann
Sub Internship

**1985**   Neurology Clerkship
Prof. John Marshall; Prof. J. Newsom Davis; Prof. R.W. Ross Russell
National Hospital for Nervous Diseases
Queen Square, London

## AWARDS & HONORS

**1985**   Research Award
"The Effect of Volatile Anesthetics on Calcium uptake in Rabbit Cardiac Sarcoplasrnic Reticulum"
The Johns Hopkins School of Medicine

**1981**   Alpha Epsilon Delta – Premedical Honor Society
The Jones Hopkins University

**1979 – 1982**   Alumni Scholar – The Johns Hopkins University

## EXTRACURRICULAR ACTIVITIES

Men's Squash Champion - The Johns Hopkins University 1983 and 1984
Winner- Maryland, DC and Virginia Insilco Squash Tournament 1983-1984
Washington, DC

Grand Finalist – Insilco National Squash Championship 1983 – 1984
Los Angeles, CA

## PROFESSIONAL ASSOCIATIONS

American Academy of Neurology

## PUBLICATIONS

(Non Peer Reviewed)
Suite, N.D.A. "The Descriptive Terminology Pertaining to Intervertebral Disk Pathology," Neurology Associates Group Newsletter, Vol.1, No.2, September, 2001

Suite, N.D.A. "Neurology Associates Group is the Gold Standard in Personal Injury Care," *Neurology Associates Group Newsletter*, Vol.1, No.1, April, 2001

(Peer Reviewed)
Barbut D; Borer S; Gharavi A; Wallerson D; Devereux R.B; Supino, P; Suite N.D.A "Anticardiolipin Antibody in Isolated Mitral or Aortic Regurgitation or Both, and Possible Relation to Cerebral Ischemic Events" *American Journal of Cardiology* Vol.70 pp.901-905, October, 1992

Wong M.C; Suite N.D.A; Labar D.R. "Seizures in Immunodeficiency Virus Infection" *Arch. Neuro.* Vol. 47 pp. 640-642, June, 1990

Sundaresan N.; Suite N.D.A "Optimal Use of the Ommaya Reservoir in Clinical Oncology" *Oncology* Vol.3 No 12 pp.1 5-22, December, 1989

Casella, E.S; Suite, N.D.A; Fisher, Y. Blank TJJ "The Effect of Volatile Anesthetics on the pH Dependence of Calcium Uptake by Cardiac Sarcoplasrnic Reticulum" *Anesthesiology* 67 (3) pp. 386-390, September, 1987

Suite, N.D.A.; Sequeiros, J; McKhann G; "Machado Joseph Disease in a Sicilian American Family" *Neurogenetics* 3 (3) pp. 177-182, May, 1986

## ABSTRACTS

(Peer Reviewed)
Casella, E.S; Suite, N.D.A; Fisher, Y. Blank TJJ "The Effect of Volatile Anesthetics on the Ph Dependence of Calcium Uptake by Cardiac Sarcoplasrnic Reticulum" Biophysical Journal, February, 1986

Suite, N.D.A.; Sequeiros, J; McKhann G; " Presumable Machado Jpseph Disease in a Family of Sicilian Extraction" American Journal of Human Genetics Vol.37 No 4, July, 1985

## LETTERS

(Peer Reviewed)

Wong M.C; Suite N.D.A; Labar D.R. "Generalized Status Epilepticus in a Patient with the Acquired I Immuno-deficiency Syndrome" *Annals Internal Medicine* Vol.11 6, No 2, pp.171, January, 1992

Suite, N.D.A.; Sequeiros, J "Spinopontine Atrophy Disputed as a Separate Entity: The First Description of Machado Joseph Disease" *Neurology* Vol.36, No 10, pp. 1403, October, 1986

## LECTURES GIVEN

Insurance Adjusters' CEU Update Lecture: "Medical Terminology", Texas Property and Casualty, 9120 Burnett Road, Austin, TX, August 5, 2009

Insurance Adjusters' CEU Update Lecture: "Complex Regional Pain Syndrome/ RSD, Diskogenic back pain; treatments and controversies ("Perc disk phenomenon"), JL Companies, Austin, TX, August 4, 2009

Insurance Adjusters' CEU Update Lecture: "Management of painful disease states: The percutaneous disk phenomenon, CRPS/ RSD, and other topics." July 30th, 2009 at Geico Headquarters, 3535 West Pipkin Road, Lakeland, FL 33811

Insurance Adjusters' CEU Update Lecture: "Degenerative disease from acute trauma", July 7, 2009, Webinar, CNA Nursing Case Managers, Syracuse, NY

Florida Bar CLE series of Ethics Lectures: " Ethical Issues vs. Patient Benefits in the management of painful disease states", North Miami Beach, FL, January 2009

Florida Bar CLE series of Ethics Lectures: "Internet Medicine; Good practice or Malpractice", North Miami Beach, FL, September 2008, series of four

"Successful Intra-arterial tPA treatment of Basilar artery thrombosis in a 44 year old man presenting with 'Locked-in syndrome'", Neurology Resident Education Series, Cleveland Clinic, FL, June 2006

"Avoiding neurological misdiagnosis in the ER: Case vignettes and lessons for discussion", Audience: Emergency Room physicians and nursing staff, Memorial Regional Hospital, Hollywood, FL, February 2004

W"Brain Death: The Debate Continues on When to Pull the Plug", Keynote Speaker, CLE Seminar, Ft. Lauderdale, FL, March 14, 2002

"I Got It, I Got It! I Ain't Got It. Pearls and Pitfalls in the Preparation of a Personal Injury Case", Keynote Speaker, CLE Seminar, North Miami Beach, FL, April 18, 2002

"The Best Medical Approach to Evaluating Your Case", Keynote Speaker, CLE Seminar, North Miami Beach, FL, May 30, 2002

"The Best Medical Approach to Evaluating Your Case", Keynote Speaker, CLE Seminar, North Miami Beach, FL, June 13, 2002

"The Emergency Treatment of Stroke: Current Approaches", Keynote Speaker, Nassau, Bahamas, February 4, 1999

## SCIENTIFIC MEETINGS ATTENDED AND CME'S

**Nicholas D A Suite, MD**
*REPORT OF AMA PRA CATEGORY 1 CME CREDIT*™

1/31/2019 CONTINUUM - December 2018 (Neurocritical Care) 20.00

1/31/2019 CONTINUUM - October 2018 (Neuroinfectious Disease) 20.00

1/31/2019 CONTINUUM - Postreading Test 24(3) June 2018 (Behavioral Neurology and Psychiatry) 20.00

1/31/2019 CONTINUUM - Postreading Test 24(4) August 2018 (Headache) 20.00

1/31/2019 CONTINUUM - Postreading Test 24 (1) February 2018 Child Neurology 20.00

1/31/2019 CONTINUUM - Postreading Test 24 (2) April 2018 Spinal Cord Disorders 20.00

2/2/2015 CONTINUUM - Cerebrovascular Disease 2014 2.00

2/2/2015 CONTINUUM - Neurology of Systemic Disease 2014 2.00

2/2/2015 CONTINUUM - Neuro-ophthalmology 2014 2.00

2/2/2015 CONTINUUM - Peripheral Nervous System Disorders 2014 2.00

2/2/2015 CONTINUUM - Patient Management Problem - Sports Neurology 2014 2.00

2/2/2015 CONTINUUM - Pre and Post Test Cerebrovascular Disease 2014 12.00

2/2/2015 CONTINUUM - Pre and Post Test Neurology of Systemic Disease 2014 12.00

2/2/2015 CONTINUUM - Pre and Post Test Neuro-ophthalmology 2014 12.00

2/2/2015 CONTINUUM - Pre and Post Test Peripheral Nervous System Disorders 2014 12.00

2/2/2015 CONTINUUM - Pre and Post Test Sports Neurology 2014 12.00

1/26/2015 CONTINUUM - Neurology of Pregnancy 2014 2.00

1/26/2015 CONTINUUM - Pre and Post Test Neurology of Pregnancy 2014     12.00

1/22/2015 CONTINUUM - Patient Management Problem - Movement Disorders 2013 2.00

1/22/2015 CONTINUUM - Pre and Post Test Movement Disorders 2013 12.00

12/31/2014 CONTINUUM - Patient Management Problem - Dementia 2013     2.00

12/31/2014 CONTINUUM - Patient Management Problem - Sleep Disorders 2013     2.00

12/31/2014 CONTINUUM - Post Test Dementia 2013        10.00

12/31/2014 CONTINUUM - Post Test Sleep Disorders 2013        10.00

01/24/2013 Patient Management Problem – Neurorehabilitation 2.00

01/24/2013 CONTINUUM – Neurorehabilitation 2011 10.00

01/24/2013 CONTINUUM – Spinal Cord, Root and Plexus Disorders 2011 10.00

01/24/2013 Patient Management Problem – Spinal Cord, Root & Plexus Disorders 2011 2.00

01/24/2013 CONTINUUM – Neurologic Consultation in the Hospital 2011 10.00

01/24/2013 Patient Management Problem – Neurologic Consultation in the Hospital PMP 2011 2.00

01/24/2013 Patient Management Problem – Secondary Stroke Prevention 2011 2.00

01/24/2013 CONTINUUM – Secondary Stroke Prevention 2011 10.00

01/24/2013 Patient Management Problem – Peripheral Neuropathy 2012 2.00

01/24/2013 CONTINUUM – Peripheral Neuropathy 2012 10.00

01/24/2013 Patient Management Problem – Neuro-oncology 2012 2.00

01/24/2013 Patient Management Problem – Critical Care Neurology 2012 2.00

01/24/2013 CONTINUUM – Critical Care Neurology 2012 10.00

01/24/2013 CONTINUUM – Headache 2012 10.00

01/24/2013 Patient Management Problem – Headache PMP 2012 2.00

01/24/2013 Patient Management Problem – Neuro-otology 2012 2.00

01/24/2013 CONTINUUM – Neuro-otology 2012 10.00

01/24/2013 Patient Management Problem – Infectious Disease 2012 2.00

01/24/2013 CONTINUUM – Infectious Disease 2012 10.00

01/22/2013 Patient Management Problem – Neurologic Complications of Systematic Disease 2011 2.00

01/22/2013 CONTINUUM – Neurologic Complications of Systematic Disease 2011 10.00

01/22/2013 Patient Management Problem – Neurogenetics 2011 2.00

01/22/2013 CONTINUUM – Neurogenetics 2011 10.00

01/22/2013 CONTINUUM – Movement Disorders 2010 10.00

01/22/2013 CONTINUUM – Dementia 2010 10.00

01/22/2013 CONTINUUM – Epilepsy 2010 10.00

01/22/2013 CONTINUUM – Behavioral Neurology 2010 10.00

01/22/2013 CONTINUUM – Multiple Sclerosis 2010 10.00

01/22/2013 CONTINUUM – Traumatic Brain Injury 2010 10.00

02/02/2010 CONTINUUM – Multiple Sclerosis 2007 10.00

02/02/2010 CONTINUUM - Autonomic Disorders 2007 10.00

02/02/2010 CONTINUUM - Critical Care Neurology 2009 10.00

02/02/2010 CONTINUUM - Myasthenic Disorders and ALS 2009 10.00

02/02/2010 CONTINUUM - Neurologic Manifestations of Systemic Disease 2008 10.00

01/19/2010 CONTINUUM - Acute Ischemic Stroke 2008 10.00

01/19/2010 CONTINUUM - Childhood Neurologic Disorders in Adulthood 2009 10.00

01/19/2010 CONTINUUM - Neuro-ophthalmology 2009 10.00

01/19/2010 CONTINUUM - Neuroendocrinology 2009 10.00

01/19/2010 CONTINUUM - Neuroimaging 2008 10.00

01/19/2010 CONTINUUM - Neuropathic Pain 2009 10.00

01/19/2010 CONTINUUM - Neurotoxicology 2008 10.00

12/31/2009 CONTINUUM - Neurogenetics 2008 10.00

12/31/2009 CONTINUUM - Spinal Cord, Root, and Plexus Disorders 2008 10.00

01/12/2007 CONTINUUM - Critical Care Neurology 2006 8.00

01/12/2007 CONTINUUM - Dementia 2004 10.00

01/12/2007 CONTINUUM - Epilepsy 2004 10.00

01/12/2007 CONTINUUM - Infectious Diseases 2006 10.00

01/12/2007 CONTINUUM - Movement Disorders 2004 6.00

01/12/2007 CONTINUUM - Muscle Diseases 2006 8.00

01/12/2007 CONTINUUM - Neuro-oncology 2005 10.00

01/12/2007 CONTINUUM - Neuro-otology 2006 10.00

01/12/2007 CONTINUUM - Pain and Palliative Care 2005 10.00

01/12/2007 CONTINUUM - Psychiatry for Neurologists 2006 10.00

01/12/2007 CONTINUUM - Spinal Cord Disorders 2005 10.00

## Completed CME Activities on MedscapeActivity

Current and Emerging Treatment Options in Advanced Ovarian Cancer
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 1.00

Highlights of the Summit on ADHD: Targeting and Overcoming the
Challenges of Diagnosing and Treating ADHD in an Adult Population
Scepter, division of QED Communications, Inc.
12/31/09 AMA PRA        Category 1 Credit(s)™ 1.00

Recommendations for Prescribing NSAIDs in the Primary Care Setting
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™; AAFP Prescribed credit(s) 0.25

Cancer Survivors at "Substantial" Risk of Cardiovascular Disease
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™; AAFP Prescribed credit(s) 0.25

Recognizing and Addressing Healthcare Disparities in Medication Prescribing
Among Racial and Ethnic Minorities with Acute and Chronic Pain
University of Medicine and Dentistry of New Jersey (UMDNJ) - Center for
Continuing/Outreach Education
12/31/09 AMA PRA        Category 1 Credit(s)™ 0.75

Postherpetic Neuralgia in the Elderly
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 0.50

Herpes Zoster Attacks Increase Stroke Risk By 30%
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™; AAFP Prescribed credit(s) 0.25

Progressive Leg Weakness in a Patient with AIDS
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ (s) 0.25

Unintended Pregnancy During Radiotherapy for Cancer
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 0.25

Chronic Pelvic Mass in a Young Patient with Ascites
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 0.50

Community-Associated Methicillin-Resistant Staphylococcus Aureus, Iowa, USA
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 0.50

Recognition and Treatment of Breakthrough Pain in Patients with Cancer:
Key Concepts for Radiation Oncology Professionals
Educational Review Systems, Inc.
12/31/09 AMA PRA   Category 1 Credit(s)™; AAFP Prescribed credit(s) 1.00

A Case of Diabetic Charcot Arthropathy of the Foot and Ankle
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 0.50

Minimizing Blood Loss During Orthopaedic Surgery and Spinal Surgery:
The Advent of a New Technology and the Role of the Harmonic Scalpel in
Orthopaedic and Spinal Surgery
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 0.50

From Bench to Bedside -- Advances in Immune Inflammatory Rheumatic
Diseases: An Expert Interview with Joseph A. Markenson, MD
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 0.50

Revisiting the Effectiveness of Standard Antidepressants in Bipolar Disorder:
Are Monoamine Oxidase Inhibitors Superior?
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 0.50

Cases from AHRQ WebM&M: EMR Entry Error -- Not So Benign
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 0.50

Considerations in the Role of Male Circumcision in the Prevention of HIV
Transmission in the USA
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 1.00

Lumbar Spinal Stenosis: Syndrome, Diagnostics and Treatment
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 1.25

Migraine During Pregnancy: Is It More Than a Headache?
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 0.75

Delirium in Elderly Adults: Diagnosis, Prevention and Treatment
Medscape 12/31/09 AMA PRA        Category 1 Credit(s)™ 1.00

Intravascular Lymphomatosis of the Brain in a Patient with Myelodysplastic Syndrome
Medscape 12/31/09 AMA PRA     Category 1 Credit(s)™ 0.50

Diagnosis of Pheochromocytoma in the Setting of Parkinson Disease
Medscape 12/31/09 AMA PRA     Category 1 Credit(s)™ 0.50

Sudden Unexpected Death in Epilepsy: Risk Factors and Potential Pathomechanisms
Medscape 12/31/09 AMA PRA     Category 1 Credit(s)™ 1.00

Neurological Complications of Chronic Kidney Disease
Medscape 12/31/09 AMA PRA     Category 1 Credit(s)™ 0.75

Pediatric Multiple Sclerosis
Medscape 12/31/09 AMA PRA     Category 1 Credit(s)™ 1.25

Cavernous Malformations: Natural History, Diagnosis and Treatment
Medscape 12/31/09 AMA PRA     Category 1 Credit(s)™ 1.25

Chemotherapy-Related Posterior Reversible Leukoencephalopathy Syndrome
Medscape 12/31/09 AMA PRA     Category 1 Credit(s)™ 0.50

When Metals Compete: A Case of Copper-Deficiency Myeloneuropathy and Anemia
Medscape 12/31/09 AMA PRA     Category 1 Credit(s)™ 0.50

A Case of Maternal Herpes Simplex Virus Encephalitis During Late Pregnancy
Medscape 12/31/09 AMA PRA     Category 1 Credit(s)™ 0.50

Short-Term and Long-Term Stroke Risk Increased After Transient Ischemic Attack
Medscape 12/31/09 AMA PRA     Category 1 Credit(s)™ 0.25

Iatrogenic Events Common, Often Serious, in Neonates
Medscape 01/10/09 AMA PRA     Category 1 Credit(s)™; AAFP Prescribed credit(s) 0.25

Part 1: The Case of the Emergency Department Physician Who Burned Out:
Risk Factors, Impact, and Early Interventions
Medscape 01/10/09 AMA PRA     Category 1 Credit(s)™ 0.75

Medication Errors and Patient Safety in Mental Health
Medscape 01/10/09 AMA PRA     Category 1 Credit(s)™ 1.50

Recent Advances in Anticoagulation Therapy
Medscape 01/10/09 AMA PRA     Category 1 Credit(s)™ 1.00

Cases From AHRQ WebM&M: Mistaken Identity
Medscape 01/10/09 AMA PRA     Category 1 Credit(s)™ 0.25

Medication Compliance and Avoiding Adverse Drug Reactions
Medscape 01/28/07 AMA PRA     Category 1 Credit(s)™ 1.00

Patterns of Errors Contributing to Trauma Mortality: Lessons Learned from
2594 Deaths
Medscape 01/28/07 AMA PRA     Category 1 Credit(s)™ 1.00

American Academy of Neurology 2002
Continuum – Epilepsy, Neurological Disorders & Pregnancy,
Neuroimmunology, Muscle Disease, Occupational Neurology

American Academy of Neurology 2002
Continuum – Neurology Update, Practice Management & Technology

American Academy of Neurology 1998
Continuum – Pain Management

American Academy of Neurology 1998
Continuum – Neurorehabilitation

American Academy of Neurology 1998
Continuum – Substance Abuse

American Academy of Neurology 1998
Continuum – Motor Neuron Disease

American Academy of Neurology 1998
Continuum – Critical Care

American Academy of Neurology 1998
Continuum – Sleep Disorder

American Academy of Neurology 1998
Continuum – Psychiatry

American Academy of Neurology 1998
Continuum – Geriatric Neurology

Memorial Hospital Pembroke – "AIDS/HIV Update" 1997

Memorial Hospital Pembroke – "Domestic Violence/Surgery" 1997

EMSA - "Cardiovascular Disease in the 90's" 1995
Ft. Lauderdale, FL

Med. Col. Wisconsin- "Clinical Applications of MRI, Planar Imaging" 1995
Boca Raton, FL

American Neurological Association- "Medical Leadership Council" October 1995
Georgetown University Medical Center

University of Miami- "Symposium for the Dept. of Neurology" 1995
The Alexander Hotel, Miami Beach, FL

EMSA- "Risk Reduction/Documentation of Cobra Update" 1994
Ft. Lauderdale, FL

Emergency Medical Institute- "Overview of Herpes Zoster"- 1994
Pembroke Pines, FL

Risk Management for Physicians 1993
Naples, FL

University of Miami "Neuro Oncology Symposium 1993"
Miami Beach, FL

University of Kansas "Movement Disorders Update 1993"
Miami, FL

Memorial Hospital Pembroke – AIDS/HIV Update 1993
Naples, FL

University of Miami "Update in Neurology 1992"
Miami Beach, FL

## WORK HISTORY / APPOINTMENTS

| | |
|---|---|
| 2011 to Present | Owner & Director of "NDAS" Neurology, Diagnosis & Applied Solutions Inc. |
| September 2009 to November 2010 | Medical Director * Reliance Medical Rehabilitation West Palm Beach, FL |
| July 2009 to November 2010 | Voluntary Neurologist* La Clinica Caridad (Free Clinic) Boynton Beach, FL |
| January 2008 to November 2011 | Staff Neurologist* Johnson Medical Center Hollywood, FL |
| September 2008 to November 2011 | Consultant Neurologist* Neurology Associates Group Miami, FL |
| September 1992 to Present | Founding Neurologist Nicholas D.A. Suite M.D. & Sydney O. Suite M.D. (Deceased) &Neurology LLC Davie, FL/Cooper City, FL |
| September 1998 to April 2007 | Staff Neurologist & CEO Neurology Associates Group Miami, FL |

| | |
|---|---|
| 2007 Sabbatical Year | Senior Staff Neurologist*<br>The Henry Ford Hospital<br>West Bloomfield, MI |

## HOSPITAL AFFILIATIONS / APPOINTMENTS

| | |
|---|---|
| 2005-2008 | Executive Committee Member<br>Cleveland Clinic of Florida<br>Weston, FL |
| 2003-2005 | Vice Chief of Staff<br>Memorial Hospital Pembroke<br>Pembroke Pines, FL |
| 2003- 2005 | Chairman - Quality Care Committee<br>Memorial Hospital Pembroke<br>Pembroke Pines, FL |
| 1999-2003 | Secretary Treasurer of the Medical Staff<br>Memorial Hospital Pembroke<br>Pembroke Pines, FL |
| 1995-2005 | Executive Committee Member<br>Memorial Hospital Pembroke<br>Pembroke Pines, FL |
| 1995- 2003 | Co-Chairman of the Unified Credentials Committee<br>Memorial Health Care System |
| 1992-1997 | Chief, Section of Neurology<br>Memorial Hospital Pembroke<br>Pembroke Pines, FL |

## ACTIVE STAFF MEMBER

| | |
|---|---|
| 2005 – 2008 | Cleveland Clinic of Florida<br>Weston, FL |
| 2005 – 2008 | Plantation General Hospital<br>Plantation, FL |
| 1993 – 2014 | Memorial Hospital West<br>Pembroke Pines, FL |
| 1993 – 2005 | Memorial Regional Hospital<br>Hollywood Medical Center<br>Hollywood, FL |
| 1994 – 2000 &<br>2014 – present | HealthSouth Sunrise Rehabilitation Hospital<br>Sunrise, FL |

| | |
|---|---|
| 1997 – 2000 | Greater Miami Jewish Home<br>Miami, FL |
| 2017 – present | The Miami Medical Center |