# "Exhibit D"



# MEMORANDUM

**TO:** File

**FROM:** NFL Concussion Settlement Program Claims Administrator

**DATE:** 6/8/2020

**RE:** SPID 950005876 – ▮

---

As discussed in the call, the Claims Administrator verified that the Special Master evaluated the firm's response to the new evidence, and it did not change his opinion. The Special Master then directed the Claims Administrator to finalize his opinion and post it as drafted.