"Exhibit H"

# Kenneth L. Nudleman, M.D., F.R.C.P.(C)

Diplomat American Board of Neurology & Psychiatry
(with added qualifications in Clinical Neurophysiology)
Certified American Board of Electromyography & Electrodiagnostics
Certified American Board of EEG and Clinical Neurophysiology
QME, AME, IME (State of California)
Clinical Professor of Neurology

### 801 North Tustin Avenue, Suite 304, Santa Ana, CA 92705

Clinical Neurology
Electromyography
EMG/NCV
EEG
Evoked Potentials
Transcranial Doppler

714-542-7996 (phone)
714-542-3011 (fax)

October 28, 2010

Ron Mix, Esq.
Fax: 619-688-9604

Kevin Shaw, Esq.
475 14th Street, Suite 230
Oakland, CA 94612

Mitchell Goldman, Esq.
Seyfarth Shaw
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021

Mr. Perry Hood
Travelers

Re: ▇▇▇▇▇ v/s Chicago Enforcers et al
Claim#: 01WC046-05-39
WCAB#: ADJ-6888573
Social Security#: ▇▇▇▇▇
Date of Injury: 1999 – April 15, 2000

## QUALIFIED MEDICAL EXAMINATION - NEUROLOGY:

▇▇▇▇▇ is currently a 38-year-old right-handed man who was evaluated today for purposes of his professional football career. In forming my opinion, I have taken into consideration, his history, his physical examination, and in the absence of specific medical records.

Re: ███████ v/s Chicago Enforcers et al
Claim#: 01WC046-05-39

The initial information was obtained by nurse Sarah Nudleman, RN. The mini-mental status examination was obtained by Alejandra of our office. In addition, the history was reviewed with both the nurse and the patient, and a physical examination went forward.

This 38-year-old right-handed man reports that he is currently single and has two children. He is living in Miami. He has been doing for the last four to five years work as a welder and self-employed.

He played professional football for seven years and four years of college. He played as a wide receiver.

He did college ball at University of Mississippi. He received a degree in criminal justice.

He played professionally with the Atlanta Falcons from 1995, 1996, and 1997. He then played with the Green Bay Packers in 1998 and San Francisco 49ers in 1999 and in year 2000 with the Chicago XFL Enforcers. His mother unfortunately passed away and he elected not to continue playing football at that point in time.

He notes at the present time that he has ongoing orthopedic problems. He has constant tinnitus to the ears.

He notes that he had a fracture to his right and left pinky. The right side was in 1998 and the left side in high school.

Outside of professional football, he denies any head injuries or slip and fall accidents.

His mother died from heart disease.

He notes that during the course and scope of playing he received several concussions. He notes he was never actually physically taken off the field.

He notes at the present time he has headaches. He describes them as being constantly present. He describes them in the frontal and temporal areas. On a scale of 0-10, it is 6-7. He has tried over-the-counter analgesics but without much benefit. They occur daily. He notes that they are not influenced by light or noise. He notes they began within the first year after his professional football career. If anything they have been more intense over time.

There is a negative family history of migraine or Alzheimer's disease.

He notes that he has difficulty staying asleep. He wakes up because of low back pain. He does snore. He described that his girlfriend indicates that he twitches his body. He is not aware whether he has any apneic-like episodes.

He notes that his sleeping problems began while he was still playing football.

Re: ▮▮▮▮▮▮ v/s Chicago Enforcers et al
Claim#: 01WC046-05-39

He reports that he has a constant buzzing to both ears.

He notes difficulties with his memory, concentration, and focussing. He says he will walk into a room and does not know why he went in there. He notes that if he has to do multiple things, he will often forget information. He has become more aware of this in the last few years.

He is able to do balance. He does work on welding activities.

On clinical examination today, he was awake, alert, and oriented. His speech was normal. He made no dysphasic errors. In a standing position, a Romberg test was negative.

He scored 30/30 on his mini-mental status examination.

He had an Epworth Sleep Scale of 17 with a normal of less than 10. He had a fatigue scale of 47.

As to the effects of head injury as reported by the applicant, please see attached. As to his activities of daily living, he notes difficulties with concentration and at times feeling of depression.

He notes that his weight has been more or less stable.

He is currently 5'10" and 200 lbs and his playing weight was between 185 to 195 lbs.

On clinical examination today, his mood and affect appeared mildly reserved. He voiced no delusions or hallucinations. His speech and speech content was normal. There was no dysarthria present.

Cranial nerves II through XII were normal.

A Romberg test was negative. In a standing position, a tandem stance and a tandem gait were normal.

His reflexes were 2 and symmetrical in the arms and legs.

There were no observed abnormal body movements.

## OVERALL ASSESSMENT:

This 38-year-old right-handed individual was evaluated today relative to his professional football career while playing as a wide receiver. In forming my opinion, I have taken into consideration, his history, his physical examination, and the absence of specific medical records.

Based on his symptoms and complaints, and combined with his physical examination, it is felt that he has the following diagnoses:

Page 3 of 5

KENNETH NUDLEMAN MD                                    PAGE 05/17

Re: _____ v/s Chicago Enforcers et al
Claim#: 01WC046-05-39

1. **Posttraumatic head syndrome characterized by reduced attention, concentration, and recall.**
2. **Posttraumatic headaches daily, and in addition a disorder of sleep and arousal with body jerks and nonrestorative sleep.**

In order to complete his assessment, he will undergo a sleep study tonight. Once these records are available, a supplemental report will go forward.

More likely than not, he is permanent and stationary. He would have become permanent and stationary one year after completing his professional football career.

It is my understanding that he will have an ENT examination separate and apart from the neurological examination. He has had an orthopedic examination.

With respect to his posttraumatic head syndrome, I would consider this to be on a constant basis and intermittent and slight using the pre-1997 method. His headaches are considered constant and slight becoming occasionally slight-to-moderate.

With respect to his sleep disorder, a supplemental report will go forward upon completion of the studies. He does have an abnormal Epworth and fatigue scale.

His mini-mental status examination was normal.

As to the need for future medical care, the patient should be monitored relative to his memory and short-term concentration problems. Should this deteriorate over time he should be subject to reexamination. If he becomes available to return to California, he should undergo an EEG, a digital QEEG, a cognitive P300 evoked response.

As to the issue of apportionment using both Labor Code 4663 and 4664 and applying the Benson and Escobedo models, based on the information available, 100% of causation and 100% of impairment/disability is due to cumulative trauma while playing professional football. There have been no nonindustrial factors identified outside of playing professional football and college football.

As to using the 5th edition of the AMA guideline, as it relates to his headaches, under Chapter 18 of the guide, Tables 1 through 5, he will be considered at 2% whole person impairment. With respect to his posttraumatic head syndrome, under Chapter 13 of the guide, page 320, he would be considered at CDR at 0.5% benign forgetfulness equivalent of 5% whole person impairment. Using the combined values charts on pages 604 and 605 this would lead to 7% whole person impairment neurological evaluation.

Upon completion of his sleep study, the supplemental report can go forward addressing the factors of his sleep disturbances and his nonrestorative sleep.

At this point, of course if there are any questions, please contact me.

Re: ▮▮▮▮▮▮▮ v/s Chicago Enforcers et al
Claim#: 01WC046-05-39

The patient was examined at his complex medicolegal evaluation.

**DECLARATION UNDER PENALTY OF PERJURY:** I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I have received from others. As to that knowledge, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe it to be true.

I further declare under penalty of perjury that I personally performed the evaluation of the patient on 10/28/2010 at 801 North Tustin Avenue, Suite 304, Santa Ana, CA 92705, and that except as otherwise stated herein, the evaluation performed and the time spent performing the evaluation was in compliance with the guidelines, if any, established by the Industrial Medical Council or Administrative Director pursuant to paragraph (5) of subdivision (i) of Section 139.2 of the California Labor Code.

I further declare under penalty of perjury that I have not violated the provision of California Labor Code Section 139.2 with regard to the evaluation of this patient or preparation of this report.

I further declare under penalty of perjury that the name and qualifications of each person who performed any services in connection with the report, including diagnostic studies, other than clerical preparation, are included in the body of the report.

Date of Report: October 28, 2010

Signed this ___0 9___ day of ___/ /___, 2010, at Orange County, California.

Kenneth L. Nudleman, M.D.
Clinical Professor of Neurology

Cordially,

Yours Sincerely,

Kenneth L. Nudleman, M.D.
Clinical Professor of Neurology

KLN:NK__0178_1/mtz/pw/dr

**KENNETH L. NUDLEMAN, M.D., F.R.C.P.(C)**
DIPLOMATE, AMERICAN BOARD OF
NEUROLOGY & PSYCHIATRY
801 NORTH TUSTIN AVENUE, SUITE 304
SANTA ANA, CA 92705

(714) 542 ████            ████278

NAME ████████████████████   AGE

ADDRESS _____   DATE

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞                              10/28/10

Skull X-ray —

MR Screen

welda

Brain MRI

SP tang

Headaches

Refill _____ times

DO NOT SUBSTITUTE [          ]

To ensure brand name dispensing, check and initial box.

○                              2JNE1302991

# Patient Sleep History
## Questionnaire – Part I

*CONFIDENTIAL*

| | | |
|---|---|---|
| ■■■■■■ | — | ■■■■■■ |
| Print First Name | M.I. | Last Name |
| 10 , 28 , ✏ 10 | ■■■■■■ | ■■■■■■ |
| Today's Date | Patient's DOB | Home Phone Number |

## Questionnaire

| | | |
|---|---|---|
| Have you been told that you stop breathing while you're sleeping? | Yes ☐ | No ☑ |
| Have you ever fallen asleep or nodded off while driving? | Yes ☐ | No ☑ |
| Do you awaken suddenly with shortness of breath, gasping or with your heart racing? | Yes ☑ | No ☐ |
| Do you feel excessively sleepy during the day? | Yes ☑ | No ☐ |
| Has anyone ever told you that you snore while you're sleeping? | Yes ☑ | No ☐ |
| Have you had a weight gain and found it difficult to lose? | Yes ☐ | No ☑ |
| Have you taken medication for or been diagnosed with high blood pressure? | Yes ☐ | No ☑ |
| Do you kick or jerk your legs while sleeping? | Yes ☑ , | No ☐ |
| Do you feel burning, tingling or crawling sensations in your legs when you wake up? | Yes ☐ | No ☑ |
| Do you wake up with headaches during the night or in the morning? | Yes ☑ | No ☐ |
| Do you have trouble falling asleep? | Yes ☐ | No ☑ |
| Do you have trouble staying asleep once you fall asleep? | Yes ☑ | No ☐ |

**Score & Risk Factor:** _____

---

### Patient Release

This confidential questionnaire has been prepared by your Doctor as part of its public awareness medical education program and is designed to obtain information that will assist in determining whether you have a sleep disorder that may be adversely affecting your health.

Based on your responses, the physician may or may not order an overnight sleep diagnostic test.

I hereby consent to the disclosure of my responses to this questionnaire and the health information contained in my medical records to any medical provider for the purpose of assisting in the diagnosis and treatment of a potential sleep disorder.

X ■■■■■■
Patient's Signature

10/28/10
Date

---

Kenneth L. Nudleman, M.D.
801 N. Tustin Ave., Suite 304
Santa Ana, CA  92705

■■■■■■
Patient's Initials

10/28/10
Today's Date

# Epworth Sleepiness Scale (ESS)

The following questionnaire will help you measure your general level of daytime sleepiness. You are to rate the chance that you would doze off or fall asleep during different routine daytime situations. Answers to the questions are rated on a reliable scale called the Epworth Sleepiness Scale (ESS). Each item is rated from 0 to 3, with 0 meaning you would never doze or fall asleep in a given situation, and 3 meaning that there is a very high chance that you would doze or fall asleep in that situation.

How likely are you to doze off or fall asleep in the following situations, in contrast to just feeling tired? Even if you haven't done some of these activities recently, think about how they would have affected you.

Use this scale to choose the most appropriate number for each situation:
0 = would never doze             2 = moderate chance of dozing
1 = slight chance of dozing       3 = high chance of dozing
It is important that you circle a number (0 to 3) on each of the questions.



10/28/10

| Situation | Chance of dozing (0-3) |
|---|---|
| Sitting and reading | 0  1  2  ③ |
| Watching television | 0  1  2  ③ |
| Sitting inactive in a public place—for example, a theater or meeting | 0  1  ②  3 |
| As a passenger in a car for an hour without a break | 0  1  2  ③ |
| Lying down to rest in the afternoon | 0  1  2  ③ |
| Sitting and talking to someone | 0  ①  2  3 |
| Sitting quietly after lunch (when you've had no alcohol) | 0  1  ②  3 |
| In a car, while stopped in traffic | ⓪  1  2  3 |
| **Total Score:** | 17 |

*Kenneth L. Nudleman, M.D.*
*801 N. Tustin Ave.*
*Suite 304*
*Santa Ana, CA 92705*

Patient's Initials          Today's Date

8

# Fatigue Severity Scale (FSS)

The Fatigue Severity Scale (FSS) is a method of evaluating the impact of fatigue on you. The FSS is a short questionnaire that requires you to rate your level of fatigue.

The FSS questionnaire contains nine statements that rate the severity of your fatigue symptoms. Read each statement and circle a number from 1 to 7, based on how accurately it reflects your condition during the past week and the extent to which you agree or disagree that the statement applies to you.

- A low value (e.g., 1) indicates strong disagreement with the statement, whereas a high value (e.g., 7) indicates strong agreement.

- It is important that you circle a number (1 to 7) for every question.

10/28/10

## FSS Questionnaire

| During the past week, I have found that: | Disagree ← | → Agree |
| --- | --- | --- |
| 1. My motivation is lower when I am fatigued. | 1  2  3  4  5  6 | (7) |
| 2. Exercise brings on my fatigue. | 1  2  3  4  (5)  6  7 | |
| 3. I am easily fatigued. | 1  2  3  4  (5)  6  7 | |
| 4. Fatigue interferes with my physical functioning. | 1  2  3  4  5  6 | (7) |
| 5. Fatigue causes frequent problems for me. | 1  2  3  4  5  (6)  7 | |
| 6. My fatigue prevents sustained physical functioning. | 1  2  (3)  4  5  6  7 | |
| 7. Fatigue interferes with carrying out certain duties and responsibilities. | 1  2  (2)  4  5  6  7 | |
| 8. Fatigue is among my three most disabling symptoms. | 1  2  (3)  4  5  6  7 | |
| 9. Fatigue interferes with my work, family, or social life. | 1  2  3  4  5  6 | (7) |

**Total Score:** 47

*Kenneth L. Nudleman, M.D.*
*801 N. Tustin Ave.*
*Suite 304*
*Santa Ana, CA 92705*

Patient's Initials          Today's Date

9

# EFFECTS OF HEAD INJURY



## VERTIGO / DIZZINESS (CIRCLE ONE)

| NEVER | UP TO ¼ OF TIME | UP TO ½ OF TIME | UP TO 1-3/4 OF TIME | MORE THAN ¾ OF TIME |
|---|---|---|---|---|

## HEADACHE (0 TO 10 WORST)

| NEVER | UP TO ¼ OF TIME | UP TO ½ OF TIME | UP TO 1-3/4 OF TIME | MORE THAN ¾ OF TIME | OTHER |
|---|---|---|---|---|---|
| | | | | (circled) | |

## RINGING IN EARS (0 TO 10 WORST)

| NEVER | UP TO ¼ OF TIME | UP TO ½ OF TIME | UP TO 1-3/4 OF TIME | MORE THAN ¾ OF TIME | OTHER |
|---|---|---|---|---|---|
| | | | | (circled) | |

## PROBLEMS MEMORY (0 TO 10 WORST)

| NEVER | UP TO ¼ OF TIME | UP TO ½ OF TIME | UP TO 1-3/4 OF TIME | MORE THAN ¾ OF TIME | OTHER |
|---|---|---|---|---|---|

## PROBLEMS CONCENTRATION (0 TO 10 WORST)

| NEVER | UP TO ¼ OF TIME | UP TO ½ OF TIME | UP TO 1-3/4 OF TIME | MORE THAN ¾ OF TIME | OTHER |
|---|---|---|---|---|---|
| | | | (circled) | | |

## PROBLEMS FATIGABILITY (0 TO 10 WORST)

| NEVER | UP TO ¼ OF TIME | UP TO ½ OF TIME | UP TO 1-3/4 OF TIME | MORE THAN ¾ OF TIME | OTHER |
|---|---|---|---|---|---|
| | | | (circled) | | |

## NERVOUSNESS (0 TO 10 WORST)

| NEVER | UP TO ¼ OF TIME | UP TO ½ OF TIME | UP TO 1-3/4 OF TIME | MORE THAN ¾ OF TIME | OTHER |
|---|---|---|---|---|---|
| | | | (circled) | | |

## IRRITABILITY (0 TO 10 WORST)

| NEVER | UP TO ¼ OF TIME | UP TO ½ OF TIME | UP TO 1-3/4 OF TIME | MORE THAN ¾ OF TIME | OTHER |
|---|---|---|---|---|---|

Kenneth L. Nudleman, M.D.
801 N. Tustin Ave., Suite 304
Santa Ana, CA 92705



Patient's Initials

10/28/10
Today's Date

## The AMA *Guides:* A New Paradigm to Rating Disability in California

### Questions Concerning Activities of Daily Living (ADL)

Please fill out this form carefully and mark only one box for each question.

1. How well can you perform self care activities including washing, dressing, using the bathroom, etc.,?

Which Body Part

- ☑ I can look after myself normally with having extra discomfort
- ☐ I can look after myself normally but have extra discomfort
- ☐ It is uncomfortable to look after myself and I am slow and careful
- ☐ I need some help but I manage most of my personal health care
- ☐ I need help everyday in most aspects of my personal self care
- ☐ I do not get dressed, I wash with difficulty and I stay in bed or lay down most of the day

2. How well can you lift and carry?

Which Body Part

- ☐ I can lift and carry heavy objects without having extra discomfort
- ☑ I can lift and carry heavy objects but I get extra discomfort
- ☐ I can lift and carry heavy objects only if they are conveniently positioned
- ☐ I can only lift and carry light to medium objects if they are conveniently positioned
- ☐ I can only lift or carry very light objects
- ☐ I cannot lift or carry anything at all

3. How well can you walk?

Which Body Part

- ☑ I am able to walk the same distance I could before my injury
- ☐ My injury and discomfort prevents me from walking more than 1 mile
- ☐ My injury and discomfort prevents me from walking more than ½ mile
- ☐ My injury and discomfort prevents me from walking more than ¼ mile
- ☐ Because of my injury and discomfort I walk only a limited distance or I use a cane, crutches, or walker
- ☐ Because of my injury and discomfort I am in bed most of the time or use a wheelchair

4. What is the most strenuous level of activity that you can do for at least 2 minutes?

Which Body Part

- ☐ Very heavy activity
- ☑ Heavy activity
- ☐ Moderate activity
- ☐ Light activity
- ☐ Very light activity
- ☐ Extremely light to no activity

5. How well can you climb one flight of stairs?

Which Body Part

- ☑ No difficulty (and you can easily perform the activity)
- ☐ Some difficulty (but you can still perform the activity well enough)
- ☐ A lot of difficulty (but you can still do that activity)
- ☐ Unable (you cannot do this activity or someone else helps you with it)

Kenneth L. Nudleman, M.D.
801 N. Tustin Ave., Suite 304
Santa Ana, CA 92705

Patient's Initials              10/28/10
                              Today's Date

## The AMA *Guides*: A New Paradigm to Rating Disability in California

6. How well can you sit for 30 minutes to an hour?

   - ☑ No difficulty (and you can easily perform the activity)
   - ☐ Some difficulty (but you can still perform the activity well enough)
   - ☐ A lot of difficulty (but you can still do that activity)
   - ☐ Unable (you cannot do this activity or someone else helps you with it)

   **Which Body Part**

7. How well can you sit for two hours?

   - ☐ No difficulty (and you can easily perform the activity)
   - ☑ Some difficulty (but you can still perform the activity well enough)
   - ☐ A lot of difficulty (but you can still do that activity)
   - ☐ Unable (you cannot do this activity or someone else helps you with it)

   **Which Body Part**

8. How well can you stand or walk 30 minutes to an hour?

   - ☑ No difficulty (and you can easily perform the activity)
   - ☐ Some difficulty (but you can still perform the activity well enough)
   - ☐ A lot of difficulty (but you can still do that activity)
   - ☐ Unable (you cannot do this activity or someone else helps you with it)

   **Which Body Part**

9. How well can you stand or walk for two hours?

   - ☑ No difficulty (and you can easily perform the activity)
   - ☐ Some difficulty (but you can still perform the activity well enough)
   - ☐ A lot of difficulty (but you can still do that activity)
   - ☐ Unable (you cannot do this activity or someone else helps you with it)

   **Which Body Part**

10. How well can you reach and grasp something off a shelf at eye level?

    - ☑ No difficulty (and you can easily perform the activity)
    - ☐ Some difficulty (but you can still perform the activity well enough)
    - ☐ A lot of difficulty (but you can still do that activity)
    - ☐ Unable (you cannot do this activity or someone else helps you with it)

    **Which Body Part**

11. How well can you reach and grasp something off a shelf overhead?

    - ☐ No difficulty (and you can easily perform the activity)
    - ☑ Some difficulty (but you can still perform the activity well enough)
    - ☐ A lot of difficulty (but you can still do that activity)
    - ☐ Unable (you cannot do this activity or someone else helps you with it)

    **Which Body Part**

12. Do you have any difficulty with pushing and pulling activities?

    - ☑ No difficulty (and you can easily perform the activity)
    - ☐ Some difficulty (but you can still perform the activity well enough)
    - ☐ A lot of difficulty (but you can still do that activity)
    - ☐ Unable (you cannot do this activity or someone else helps you with it)

    **Which Body Part**

Kenneth L. Nudleman, M.D.
801 N. Tustin Ave., Suite 304
Santa Ana, CA 92705

Patient's Initials                    10/28/10
                                      Today's Date

KENNETH L. NUDLEMAN, MD

## The AMA *Guides:* A New Paradigm to Rating Disability in California

13. Do you have any difficulty with gripping, grasping, holding and manipulating objects with hour hands?

Which Body Part

- ☑ No difficulty (and you can easily perform the activity)
- ☐ Some difficulty (but you can still perform the activity well enough)
- ☐ A lot of difficulty (but you can still do that activity)
- ☐ Unable (you cannot do this activity or someone else helps you with it)

14. Do you have any difficulty with repetitive motions such as typing on a computer?

Which Body Part

- ☐ No difficulty (and you can easily perform the activity)
- ☑ Some difficulty (but you can still perform the activity well enough)
- ☐ A lot of difficulty (but you can still do that activity)
- ☐ Unable (you cannot do this activity or someone else helps you with it)

15. Do you have any difficulty with forceful activities with your arms and hands?

Which Body Part

- ☑ No difficulty (and you can easily perform the activity)
- ☐ Some difficulty (but you can still perform the activity well enough)
- ☐ A lot of difficulty (but you can still do that activity)
- ☐ Unable (you cannot do this activity or someone else helps you with it)

16. Do you have any difficulty with kneeling, bending or squatting?

Which Body Part

- ☐ No difficulty (and you can easily perform the activity)
- ☑ Some difficulty (but you can still perform the activity well enough)
- ☐ A lot of difficulty (but you can still do that activity)
- ☐ Unable (you cannot do this activity or someone else helps you with it)

17. Do you have any difficulty with sleeping?

Which Body Part

- ☐ I have no trouble sleeping because of my injury and discomfort
- ☐ My sleep is slightly disturbed (less that 1 hour sleepless) since my injury
- ☐ My sleep is mildly disturbed (1-2 hours sleepless) sine my injury
- ☐ My sleep is moderately disturbed (2-3 hours sleepless) since my injury
- ☐ My sleep is greatly disturbed (3-5 hours sleepless) since my injury
- ☐ My sleep is completely disturbed (5-7 hours sleepless) since my injury

18. In regards to sexual activity since and because of your injury:

Which Body Part

- ☐ It is not a problem and there has not been a change because of my injury
- ☑ It is a little less frequently because of my injury
- ☐ It is much less frequently because of my injury
- ☐ No sexual functioning because of my injury

Kenneth L. Nudleman, M.D.
801 N. Tustin Ave., Suite 304
Santa Ana, CA 92705



Patient's Initials          10/28/10
                            Today's Date

13

## The AMA *Guides:* A New Paradigm to Rating Disability in California

19. In regards to your pain at the moment:

**Which Body Part**

- ☑ I have no pain at the moment
- ☐ My pain is mild at the moment
- ☐ My pain is moderate at the moment
- ☐ My pain is severe at the moment
- ☐ My pain is the worst imaginable at the moment

20. In regards to your pain **most of the time:**

**Which Body Part**

- ☐ I have no pain most of the time
- ☑ My pain is very mild most of the time
- ☐ My pain is moderate most of the time
- ☐ My pain is fairly severe most of the time
- ☐ My pain is the worst imaginable most of the time

21. How much does your injury and/or pain interfere with your ability to travel?

**Which Body Part**

- ☐ None
- ☑ Some or a little of the time
- ☐ A lot or most of the time
- ☐ All of the time – I can't travel

22. How much does your injury and/or pain interfere with you ability to engage in social activities?

**Which Body Part**

- ☑ None
- ☐ Some or little of the time
- ☐ Most of the time
- ☐ All of the time – I can't engage in social activities

23. How much does your injury and/or pain interfere with your ability to engage in recreational activities?

**Which Body Part**

- ☑ None
- ☐ Some or little of the time
- ☐ A lot or most of the time
- ☐ All of the time – I can't engage in recreational activities

Kenneth L. Nudleman, M.D.
801 N. Tustin Ave., Suite 304
Santa Ana, CA 92705

Patient's Initials

10/28/10
Today's Date

14

The AMA *Guides:* A New Paradigm to Rating Disability in California

24. How much does your injury and/or pain interfere with concentrating and thinking?

- ☐  None
- ☑  Some or little of the time
- ☐  A lot or most of the time
- ☐  All of the time – I can't concentrate or think very clearly

25. How much has your injury and/or pain caused emotional distress with depression or anxiety?

- ☐  None (no depression or anxiety from the injury or discomfort)
- ☑  Some or little of the time: mild depression, anxiety or both (please circle one) from the injury or discomfort
- ☐  A lot or most of the time (moderate depression or anxiety from the injury or discomfort)
- ☐  All of the time (severe depression or anxiety from the injury or discomfort)

DATE: _10/28/10_  NAME _Ruell Foster_

Kenneth L. Nudleman, M.D.
801 N. Tustin Ave., Suite 304
Santa Ana, CA  92705

Patient's Initials _____  Today's Date _10/28/10_

15

# Kenneth L. Nudleman, M.D., F.R.C.P.(C)

Diplomat American Board of Neurology & Psychiatry
(with added qualifications in Clinical Neurophysiology)
Certified American Board of Electromyography & Electrodiagnostics
Certified American Board of EEG and Clinical Neurophysiology
QME, AME, IME (State of California)
Clinical Professor of Neurology

## 801 North Tustin Avenue, Suite 304, Santa Ana, CA 92705

Clinical Neurology                                    714-542-7996 (phone)
Electromyography                                714-542-3011 (fax)
EMG/NCV
EEG
Evoked Potentials
Transcranial Doppler

September 19, 2011

Ron Mix, Esq.
Fax: 619-688-9604

Mr. Perry Hood
Travelers

Re: ▓▓▓▓▓▓▓ v/s Chicago Enforcers et al
Claim#: 01WC046-05-39
WCAB#: ADJ-6888573
Social Security# ▓▓▓▓▓▓
Date of Injury: 1999 – April 15, 2000

## QUALIFIED MEDICAL EXAMINER – SUPPLEMENTAL MEDICOLEGAL REPORT

Following the initial evaluation of this individual as noted from October 28, 2010, additional medical records and the deposition of this applicant has been reviewed as well as other materials.

The records of the San Francisco 49ers including the file on the individual is noted and reviewed. Transactions report is noted from February 11, 1999 through June 20, 2000.

Player information indicates on December 8, 1999 that the patient played in Atlanta NFL from 1995 to 1997, Green Bay NFL in 1997, Green Bay NFL from 1998 to 1999, Tennessee in 1999, and then Miami Dolphins in 1999. He is 5'10" and 195 lbs. He went to NWCC, Mississippi. He did not graduate.

Re: ▓▓▓▓▓▓ v/s Chicago Enforcers et al.

On December 7, 1999, Dr. Robert Millard noted a 27-year-old wide receiver and punt returner, 5'9" and 199 lbs. He has an athletic grade of 7.

From the Green Bay Packers, physical examination on November 12, 1997 was reported to be normal. X-rays of the ring finger are normal. Dr. Errico notes on August 6, 1998 that the patient was put on Pred Forte 1% to the left eye relative to a traumatic iritis. An electrocardiogram is normal. On September 7, 1998, there was a complaint of right hip pain. Right hamstring tightness was noted on July 22, 1998. An NFL neuropsychological testing program is noted without a report.

In 1998, a left hand web space laceration was noted, chest contusion on November 29, 1999, and on November 20, 1999 right foot and arch sprain. A deposition of the applicant went forward on May 27, 2011. 106 pages of deposition transcript are noted and reviewed in their entirety. The patient lives in Miami, Florida. He has never filed a workers' compensation claim. He has never been convicted of a felony. He has two children. He went to high school in Hialeah and graduated in 1990. He did track. He went to Old Mississippi. He was drafted to the NFL in 1995. He played in the XFL in 2000 or 2001. This was with the Chicago Enforcers. He then played in Canada in the CFL with the Saskatchewan Roughriders. This was also in 2001. With the Green Bay Packers, he had an injury to his left pinky finger in practice. They put some stitches in it. With the XFL, he was not there the whole season. He played in the LA Colosseum. He was not told by any doctor that he was diagnosed with a concussion. He did not break any bones in the XFL. He played as a wide receiver in special teams. He has not applied for any inline duty. He has worked at Fort Lauderdale as an ironworker in 2008. He had worked through the union. His work activity is described. On page 47, he notes that he gets headaches every two days. They began after he got done playing football. He has been having them for 10 years. The frequency has increased. They became more frequent and with some more pain. He does have medical insurance now through his union. He takes over-the-counter Tylenol. The front and back of the head are affected. He was asked whether he ever has a severe headache while spotting for the journeyman. He has never had it bad enough that he had to stop work. He gets ringing in his ears. It occurs everyday. He has had blurry vision. He is having problems with his memory. He gave an example on the day of his deposition that he wanted to shave but forgot and that was one of his plans. His razor was in the bathroom as he gave his deposition. He has never had an incident at work but he is concerned about it. He is not married. He has not lived with anybody. He has never had his nose broken. He describes neck pain. He puts on a heating pad for stiffness of his neck. He is right-handed (page 56). He reports shoulder stiffness and pain, left greater than right. His left hand is more stiff than his right. He has never had any broken bones since playing football. He is currently going to school doing 12 hours a week for apprenticeship. He notes he does not drive at the present time but does have a Yukon vehicle. He does not know if he becomes a journey man, whether he will have to do more driving. When asked on page 83, "How many hours of sleep he sleeps at night?", he said that he really does not know. He worked from 7 AM till 3:30 PM. He notes, "I am constantly waking up." He describes it from body pain and bad dreams.

09/19/2011  13:31    7145423011

KENNETH NUDLEMAN MD

PAGE  04/07

Re: ▓▓▓▓▓ v/s Chicago Enforcers et al.

Sometimes he will wake up in cold sweat. He had this while playing. It has gotten worse over time. He notes bad dreams again while he was playing professional football. He said he had no broken bones since he left the NFL (bracket page 89). He has not had any surgeries since he left NFL. His activities of daily living are reviewed. He is coaching little league. On page 99, he was asked if he had multiple blows to the heads during the games. He would also get them during practice. The blows to the head were happening in every game. He used to have some dizziness after hitting the head. He would have pain. He was asked by Mr. Goldman that if he ever had been diagnosed of concussion. He told him that nobody had ever told him so. He got pretty hard, and had to suck it up, and go back. He did receive some blows when he was in high school.

As recalled, the patient underwent a sleep study. He had normal Oxygen saturations. Sleep deficiency was 88%. There was no obstructive sleep apnea.

OVERALL ASSESSMENT:

Thank you for providing the deposition testimony of the applicant. As noted, when he underwent the sleep study, the sleep polysomnogram was normal and his condition relative to his poor sleep condition and abnormal sleep scale was based on fractionated sleep or non-restorative sleep.

This is consistent with his deposition testimony. The applicant did not know how many hours at night he would sleep. He felt that he would awake all the time. He was felt to have an equivalent of 7% whole person impairment relative to his sleep disorder. On October 28, 2010, he was evaluated. He reported his headaches over the frontal and temporal areas. They occurred on most days. This is consistent with his deposition testimony. He noted that they began in the first year after his professional football career. He reported problems with sleep secondary to joint pains. He was not aware of any apneic-like episodes. He also described some vivid dreams during his deposition.

He reported problems with his memory and focusing.

He was trying to study to become journeyman as noted in the iron working industry. He was taking classes but did not complete his exams. He was felt to have post-traumatic head syndrome with reduced attention, concentration and recall, post-traumatic headaches and disorder of sleep and arousal.

Based on his symptoms and complaints, my opinions to a reasonable medical certainty are unchanged. This is consistent with his deposition testimony.

He is precluded in working in an environment where he has to do constant multitasking.

Using the pre-1997 or "old" method for analysis, his headaches would be considered to be frequent, slight, and of varying degree from 1 to 6 hours. His disorder of sleep and arousal is frequent and slight. His post-traumatic head syndrome is intermittent and halfway between minimal and slight.

Page 3 of 5

09/19/2011  13:31    7145423011

KENNETH NUDLEMAN MD

PAGE  05/07

Re:  ▮▮▮▮▮▮▮  /s Chicago Enforcers et al.

There are no non-industrial factors related to his neurological complaints. Apportionment is 100% in cause and impairment due to cumulative trauma while playing professional football.

As noted, relative to 5th edition of the AMA guidelines, 5% was attributed to whole person impairment per 0.5% benign forgetfulness per page 320 of the guide, his headaches would be considered at 2% whole person impairment, his disorder of sleep and arousal was considered under category 1, per page 317, at 7% whole person impairment. Using then the combined values charts on pages 604 and 605, this would lead to a total impairment of 13% based on the best medical estimate.

I have taken into consideration his history, his physical examination, his sleep study, his abnormal Epworth and fatigue scales, his self-reporting, his complaints of memory changes, his headaches, and the absence of any other injuries or findings.

He is studying to become journeyman. He did not describe any injuries or limitations or work problem.

Of course, if there is any question regarding the material that has been reviewed, please give me a call.

2 hours were spent reviewing the deposition testimony, the additional medical records, his prior reporting, analysis and editing.

**DECLARATION UNDER PENALTY OF PERJURY:**  I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I have received from others. As to that knowledge, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe it to be true.

I further declare under penalty of perjury that I personally performed the evaluation of the patient on 09/19/2011 at 801 North Tustin Avenue, Suite 304, Santa Ana, CA 92705, and that except as otherwise stated herein, the evaluation performed and the time spent performing the evaluation was in compliance with the guidelines, if any, established by the Industrial Medical Council or Administrative Director pursuant to paragraph (5) of subdivision (i) of Section 139.2 of the California Labor Code.

I further declare under penalty of perjury that I have not violated the provision of California Labor Code Section 139.2 with regard to the evaluation of this patient or preparation of this report.

I further declare under penalty of perjury that the name and qualifications of each person who performed any services in connection with the report, including diagnostic studies, other than clerical preparation, are included in the body of the report.

09/19/2011  13:31    7145423811

KENNETH NUDLEMAN MD

PAGE  06/07

Re:         /s Chicago Enforcers et al.

Date of Report: September 19, 2011

Signed this __ *(7*__ day of __ *07*__ , 2011, at Orange County, California.

Kenneth L. Nudleman, M.D.
Clinical Professor of Neurology

Cordially,

Yours Sincerely,

Kenneth L. Nudleman, M.D.
Clinical Professor of Neurology

KLN:VN621744/mtz/gi/pn