UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>Adams v. NFL; Case No: 2:12-cv-00683<br>Anderson v. NFL; Case No: 2:13-cv-02325<br>Boyd v. NFL; Case No: 2:12-cv-00092<br>Budness v. NFL; Case No: 2:13-cv-05078<br>Chadwick v. NFL; Case No: 2:14-cv-00022<br>Chambers v. NFL; Case No: 2:12-cv-07153<br>Henry v. NFL; Case No: 2:14-cv-03899<br>Jacobs v. NFL; Case No: 2:11-cv-01035<br>Little v. NFL; Case No: 2:12-cv-02219<br>Spikes v. NFL; Case No: 2:12-cv-05606<br>Stabler v. NFL; Case No: 2:12-cv-04186 | MDL No: 2323<br><br>CASE No: 2:12-md-02323-AB |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that effective Monday, November 2, 2020, the physical and mailing address for MICHAEL D. HAUSFELD and HAUSFELD LLP, counsel for Plaintiffs in the above-captioned related cases, has changed:

FROM:

HAUSFELD LLP
1700 K. Street, NW
Suite 650
Washington, DC 20006

TO:

HAUSFELD LLP
888 16th Street, NW
Suite 300
Washington, DC 20006

/s/Michael D. Hausfeld
Michael D. Hausfeld
HAUSFELD LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
Tel.: 202-540-7200

Fax: 202-540-7201
Email: mhausfeld@hausfeld.com

CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2020, that I electronically filed the foregoing Notice of Change of Address with the Clerk of Court via the CM/ECF system, which will send notification of filing to all counsel of record.

                                                                                            */s/Michael D. Hausfeld*
                                                                                            Michael D. Hausfeld