UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>Adams v. NFL; Case No: 2:12-cv-00683<br>Anderson v. NFL; Case No: 2:13-cv-02325<br>Boyd v. NFL; Case No: 2:12-cv-00092<br>Budness v. NFL; Case No: 2:13-cv-05078<br>Chadwick v. NFL; Case No: 2:14-cv-00022<br>Chambers v. NFL; Case No: 2:12-cv-07153<br>Henry v. NFL; Case No: 2:14-cv-03899<br>Jacobs v. NFL; Case No: 2:11-cv-01035<br>Little v. NFL; Case No: 2:12-cv-02219<br>Spikes v. NFL; Case No: 2:12-cv-05606<br>Stabler v. NFL; Case No: 2:12-cv-04186 | MDL No: 2323<br><br>CASE No: 2:12-md-02323-AB |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that effective Monday, November 2, 2020, the physical and mailing address for RICHARD S. LEWIS and HAUSFELD LLP, counsel for Plaintiffs in the above-captioned related cases, has changed:

FROM:

HAUSFELD LLP
1700 K. Street, NW
Suite 650
Washington, DC 20006

TO:

HAUSFELD LLP
888 16th Street, NW
Suite 300
Washington, DC 20006

    /s/Richard S. Lewis
Richard S. Lewis
HAUSFELD LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
Tel.: 202-540-7200

Fax: 202-540-7201
Email: rlewis@hausfeld.com

CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2020, that I electronically filed the foregoing Notice of Change of Address with the Clerk of Court via the CM/ECF system, which will send notification of filing to all counsel of record.

                                                                                  */s/Richard S. Lewis*
                                                                                  Richard S. Lewis