# Exhibit 1
# to Declaration of
# Jennifer J. Manly, PhD

*CURRICULUM VITAE*

**DATE PREPARED**  October 2020

**PERSONAL DATA**

<u>Name</u>:  Jennifer Jaie Manly, Ph.D.

<u>Contact Information</u>:
Taub Institute for Research on Alzheimer's Disease and the Aging Brain
Columbia University Medical Center
630 West 168th St. P&S Box 16
New York, NY 10032
voice: (212) 305 8604
fax: (212) 342 1838
email: jjm71@cumc.columbia.edu

<u>Birthplace</u>**:** Dayton, Ohio, USA

<u>Citizenship</u>**:** USA

**ACADEMIC APPOINTMENTS**

08/1998-08/2006  Assistant Professor
Cognitive Neuroscience Division, Taub Institute for Research on Alzheimer's Disease and the Aging Brain, the G.H. Sergievsky Center, and the Department of Neurology, Columbia University Medical Center, New York, NY

08/2006-08/2018  Associate Professor
Cognitive Neuroscience Division, Taub Institute for Research on Alzheimer's Disease and the Aging Brain, the G.H. Sergievsky Center, and the Department of Neurology, Columbia University Medical Center, New York, NY

08/2018 - present  Professor
Cognitive Neuroscience Division, Taub Institute for Research on Alzheimer's Disease and the Aging Brain, the G.H. Sergievsky Center, and the Department of Neurology, Columbia University Medical Center, New York, NY

**HOSPITAL APPOINTMENTS**

1998-present  Psychologist
New York Presbyterian Hospital, New York, NY

**EDUCATION**

09/1987-05/1991  Bachelor of Arts & Bachelor of Science
University of California, Berkeley
*Major #1:*  Psychology

*Major #2:* Integrative Biology

| | |
|---|---|
| 08/1991-06/1996 | Doctorate |

University of California, San Diego/ San Diego State University
    Joint Doctoral Program in Clinical Psychology
*Degree*: Clinical Psychology
*Specialty Track*: Neuropsychology
*Dissertation Topic*: "The effect of African American acculturation on
    neuropsychological test performance"
*Chairperson*: Igor Grant, M.D.
*Publication:* Manly, J.J., Miller, S.W., Heaton, R.K., Byrd, D., Reilly, J.,
    Velasquez, R.J., Saccuzzo, D.P., Grant, I., & the HIV Neurobehavioral
    Research Center (HNRC) Group. The effect of African American
    acculturation on neuropsychological test performance in normal and HIV
    positive individuals. Journal of the International Neuropsychological
    Society 1998; 4: 291-302.

## TRAINING

08/1995-08/1996  Clinical Psychology Intern
    *Specialty Track*: Neuropsychology
    Brown University Clinical Psychology Internship Training Consortium

08/1996–08/1998  Postdoctoral Research Fellow
    *Specialty Track*: Neuropsychology
    G.H. Sergievsky Center
    Columbia University College of Physicians and Surgeons

## LICENSURE

Psychology: New York #013454-1

## HONORS AND AWARDS

| | |
|---|---|
| 1989 – 1991 | Dean's List; University of California, Berkeley |
| 1994 | Awarded the Dorathe Frick Memorial Award, for contribution to the UCSD/SDSU Joint Doctoral Program in Clinical Psychology |
| 1995 | Paper presentation awarded a Presidential Citation at the 16th Annual Meeting of the Society for Behavioral Medicine, San Diego, CA. |
| 2003 | Early Career Award, American Psychological Association Division 40 (Clinical Neuropsychology) |
| 2005 | Fellow, American Psychological Association Division 40 (Clinical Neuropsychology) |
| 2006 | Early Career Award, National Academy of Neuropsychology |

| 2014 | Tony Wong Diversity Award for Outstanding Mentorship, National Academy of Neuropsychology |
|---|---|
| 2020 | Paul Satz-International Neuropsychological Society Career Mentoring Award |

Invited Lectureships

1999   Invited Address, 107th Annual American Psychological Association Convention, Division 40 (clinical Neuropsychology) "Deconstructing Race and Education: Lessons from Cross-Cultural Neuropsychology", Washington, DC

2003   Distinguished Graduate Lecture in Neuropsychology, UCSD/SDSU Joint Doctoral Program in Clinical Psychology, "Race, Culture, and Education in Neuropsychology", San Diego, CA

2006   1st Annual Norman R. Seay Lecture, "Memory & Aging Research in African Americans", Washington University, St. Louis

2008   Invited Address, 116th Annual Convention of the American Psychological Association, "Cognitive Assessment of Ethnic Minorities: Deconstructing Race and Education", Boston, MA

2011   Invited Address, American Psychological Association Division 40 (Clinical Neuropsychology), "Cognitive Aging among Caribbean Hispanic Immigrants", Washington, DC

2012   Invited Plenary Address, Alzheimer's Association International Conference, "Challenges for the detection of dementia in culturally, racially and ethnically diverse populations", Vancouver, BC

2017   Invited Plenary Address, 125th Annual Convention of the American Psychological Association, "Lifecourse Mechanisms of Disparities in Cognitive Aging and Dementia", Washington, DC

2017   National Institutes of Health, NIH Director's Wednesday Afternoon Lecture Series, "Deconstructing lifecourse mechanisms of Alzheimer's disease disparities", Bethesda, MD

**ACADEMIC SERVICE**

Departmental and University Committees

| 2005 – 2010 | Member, General Clinical Research Center Scientific Advisory Committee, Columbia University |
|---|---|
| 2012 – 2013 | Member, Columbia University College of Physicians and Surgeons Strategic Planning Taskforce on Research |
| 2014 – 2018 | Columbia University Press Advisory Board |
| 2015 | Faculty Engagement Advisory Committee Member, Columbia University Medical Center |
| 2015 – 2018 | Core Faculty, "The Future of Aging Research" University Seminar |

| 2015 – 2020 | Advisory Committee Member, Columbia University Presidential Scholars in Society and Neuroscience Program |
| 2017 – present | Member, Columbia University College of Physicians and Surgeons Department of Neurology Research Committee |
| 2018 | Member, Search Committee, Director of the Robert N. Butler Columbia Aging Center, Mailman School of Public Health (invited by Dean Linda Fried) |
| 2018 – 2020 | Columbia University Irving Medical Center Dean's Advisory Committee for Women Faculty (invited by Dean Lee Goldman) |
| 2018 – present | Co-Chair, "The Future of Aging Research" University Seminar |
| 2019 – present | Member, Columbia University Irving Medical Center's Committee on Appointments and Promotions |
| 2020 -present | Member, Columbia University Faculty Liaison Network, National Academies of Sciences, Engineering and Medicine's Action Collaborative on Preventing Sexual Harassment |
| 2020 | Co-Chair, Columbia University Irving Medical Center Working Group on Faculty Recruitment, Retention, Advancement, and Leadership |

National Committees

| 2005 – 2007 | National Board of Directors, Alzheimer's Association |
| 2011 – 2015 | Member, Advisory Council on Alzheimer's Research, Care, and Services |
| 2012 – 2019 | Member, Medical and Scientific Advisory Board, Alzheimer's Association |
| 2018 – present | Member, Committee on Population, the National Academy of Sciences, Washington, DC |
| 2019 – present | Member, Alzheimer's Association International Research Grant Program (IRGP) Council |
| 2020 – present | Member, National Advisory Council on Aging |

NIH Study Section Memberships

| 2001 – 2007 | NIH Adult Psychopathology and Disorders of Aging (APDA) Study Section |
| 2003 | NIH ZRG SNEM-2 50 Special Emphasis Panel "Pathways Linking Education to Health" |
| 2017 | NIH ZNS1 SRB G(15) Special Emphasis Panel "Detecting cognitive impairment, including dementia, in primary care and other everyday clinical settings for the general public and in health disparities populations" |
| 2017 - 2020 | Neurological, Aging and Musculoskeletal Epidemiology Study Section (NAME) |

Scientific Advisory Committees

| 2000 – 2019 | External Advisory Board, Mayo Clinic Alzheimer's Disease Research Center (PI: R. Petersen). |
| 2001 – 2008 | External Advisory Board, Michigan Center For Urban African American Aging Research (PI: J. Jackson and P. Lichtenberg). |

| 2005 – 2006 | External Advisory Board, University of Arkansas for Medical Sciences Alzheimer's Disease Research Center (PI: C. Beck) |
| 2005 – 2010 | External Advisory Board, "Prospective community study of Mild Cognitive Impairment", University of Pittsburgh (PI: M. Ganguli) |
| 2005 – 2009 | WAIS-IV/WMS-IV Advisory Panel, Harcourt Assessment, Inc. |
| 2006 – 2012 | Consultant, IIRG-05-14532 (PI: K. Hawkins), "Neuropsychological Norms for Older African Americans" |
| 2006 – 2010 | External Advisory Board, University of Alabama Birmingham Alzheimer's Disease Research Center (PI: D. Marson) |
| 2014 – 2015 | Collaborator, Revision of ICD-10 Diseases of the Nervous System chapter and Mental and Behavioural Disorders chapter: "Disorders with neurocognitive impairment" and "Neurocognitive disorders" sections |
| 2015 – present | Executive Committee, REGARDS Study (Reasons for Geographic and Racial Differences in Stroke Study) |

## PROFESSIONAL ORGANIZATIONS AND SOCIETIES

### Local

| 2006 – 2014 | Member, New York State Association of Neuropsychology |

### National

| 1995 – 2014 | Member, American Psychological Association |
| 1995 – present | Member, Society for Clinical Neuropsychology (APA Division 40) |
| 2000 – 2008 | Member, National Academy of Neuropsychology |
| 2001 | American Psychological Association – Division 40 Program Committee Co-Chair |
| 2002 | American Psychological Association – Division 40 Program Committee Chair |
| 2002 – 2005 | Steering Committee, American Psychological Association Division 40 Ethnic Minority Affairs Committee |
| 2003 – 2006 | American Psychological Association – Division 40 Member-at-Large |
| 2005 - 2007 | Member, American Psychological Association Committee on Ethnic Minority Affairs |
| 2006 – 2007 | Member, American Psychological Association Integrated Health Care for an Aging Population Presidential Task Force |
| 2007 – 2012 | American Psychological Association – Division 40 Council Representative |
| 2007 - 2010 | Member, American Psychological Association Board of Scientific Affairs |
| 2011 – 2013 | American Psychological Association – Division 45 Member-at-Large |

### International

| 1991 – present | Member, International Neuropsychological Society |
| 2005 – 2012 | Chair of Continuing Education Program, International Neuropsychological Society |
| 2012 – 2015 | Member-at-Large, International Neuropsychological Society Board of Governors |

2016 – 2019      Publications Committee Chair, International Neuropsychological Society
2017 – present   Member, International Society to Advance Alzheimer's Research and
                 Treatment

<u>Journal Reviewer</u>

Journal of the International Neuropsychological Society
The Clinical Neuropsychologist
Neuropsychology
Archives of Clinical Neuropsychology
Journal of Clinical and Experimental Neuropsychology
Alzheimer Disease and Associated Disorders
Aging, Neuropsychology, and Cognition
Developmental Science
Neurology
Psychology and Aging
Neuropsychologia
Journal of the American Geriatrics Society
JAMA Neurology
Alzheimer's and Dementia
Journal of Alzheimer's Disease

<u>Editorial Boards</u>

2003 – present   Consulting Editor, Journal of the International Neuropsychological Society
2001- 2008       Consulting Editor, The Clinical Neuropsychologist
2001- 2008       Consulting Editor, Neuropsychology
2004 – 2008      Consulting Editor, Archives of Clinical Neuropsychology
2004 – 2009      Consulting Editor, Journal of Clinical and Experimental Neuropsychology
2004 – 2015      Consulting Editor, Alzheimer Disease & Associated Disorders
2005 – 2014      Associate Editor, Journal of the International Neuropsychological Society
2019 – present   Consulting Editor, Psychology & Aging

## FELLOWSHIP AND GRANT SUPPORT

<u>Present:</u>

07/01/18-06/30/23   Tau PET imaging in racially/ethnically diverse middle-aged adults
                    NIH/National Institute on Aging R01AG058067
                    (PIs: Brickman and Manly)
                    Direct Funds: $2,532,711
                    Role: MPI


04/01/18-03/31/23   Health and Retirement Study Yrs 29 - 34
                    NIH/NIA RFA-AG-18-005 (PI: Weir)
                    Direct funds: $144,624
                    Role: Co-investigator and PI of CU subcontract

| | |
|---|---|
| 04/01/18-03/31/23 | Child Maltreatment and Risk for Mild Cognitive Impairment and Alzheimer's Disease<br>NIH/NIA PAR 15-356 (PI: Widom)<br>Direct funds: $2,129,830 (CU Subcontract)<br>Role: Co-investigator |
| 04/01/18-03/31/23 | Educational and Early Life Predictors of Mild Cognitive Impairment: New Evidence<br>NIH/NIA PAR 15-356 (PI: Warren)<br>Direct funds: $420,152 (CU Subcontract)<br>Role: Co-investigator and PI of CU subcontract |
| 04/01/18-03/31/23 | Brief Research in Aging and Interdisciplinary Neurosciences (BRAIN)<br>T35 AG044303 (PIs: Mayeux, Manly, Hirano, & Noble)<br>Role: MPI |
| 04/01/18 - 03/31/23 | Columbia Center for Interdisciplinary Research on Alzheimer's Disease Disparities (CIRAD)<br>NIH/NIA P30AG059303 (PIs: Manly/Luchsinger)<br>Role: MPI |
| 01/01/18-12/31/23 | Health and Retirement Study Yrs 29 - 34: Harmonized Cognitive Assessment Protocol<br>NIH/NIA RFA-AG-18-005 (PI: Langa)<br>Direct funds: $72,312<br>Role: Co-investigator and PI of CU subcontract |
| 12/01/17-11/30/22 | VCID and Stroke in a Bi-racial National Cohort<br>NIH/ National Institute of Neurological Disorders and Stroke Parent R01 2U01NS041588-17 (PIs: Judd, Cushman, Howard and Manly)<br>Direct funds (CU subcontract): $1,541,891<br>Role: MPI |
| 09/01/17-08/31/20 | ARMADA: Advancing Reliable Measurement in Alzheimer's Disease and cognitive Aging<br>NIH/National Institute on Aging U2CAG057441-01 (Gershon/Weintraub)<br>$80,291 (Subaward – Northwestern; Y1 only)<br>Role: Co-investigator |
| 08/01/17-05/31/22 | Resilience Mechanisms Underlying Racial/Ethnic Disparities in Alzheimer's Disease<br>NIH/National Institute on Aging R01AG054520 (PIs: Brickman/Zahodne)<br>Direct funds: $788,638<br>Role: Co-investigator |

| | |
|---|---|
| 07/01/17-06/30/22 | Blood Pressure control to reduce racial/ethnic disparities in cognitive impairment and dementia<br>NIH/NINDS R01NS102715 (PI: Levine)<br>Direct funds: $192,044 (CU Subcontract)<br>Role: Co-investigator |
| 09/15/16-08/31/21 | School Quality and Racial Disparities in Alzheimer's Disease in Project Talent<br>NIH/National Institute on Aging R01AG056164 (PI: Manly)<br>Direct funds: $2,744,387<br>Role: PI |
| 09/01/16-08/31/21 | Genetic Epidemiology of Cerebrovascular Factors in Alzheimer's Disease<br>NIH/National Institute on Aging RF1AG054023 (PI: Mayeux)<br>Direct funds: $5,500,508<br>Role: Co-Investigator |
| 07/01/16-06/30/21 | Offspring Study of Mechanisms for Racial Disparities in Alzheimer's Disease<br>NIH/National Institute on Aging RF1AG054070 (PIs: Manly/Brickman)<br>Direct funds: $5,771,857<br>Role: PI |
| 03/15/16-02/28/21 | Re-Visiting MCI and Preclinical AD Diagnosis to Inform Future Biomarker Studies<br>NIH/National Institute on Aging R01AG049810 (PIs: Bondi/Edland)<br>Direct funds: $513,125 (CU Subcontract)<br>Role: Co-Investigator |

Past:

| | |
|---|---|
| 1990 | NSF-funded Minority Research Scholar's Grant, for Undergraduate Research in the Department of Psychology |
| 1992-1995 | Ford Foundation Predoctoral Fellowship<br>Role: Principal Investigator |
| 09/01/96 – 05/31/99 | Postdoctoral Research Supplement For Underrepresented Minorities<br>National Institute on Aging<br>Role: Principal Investigator |
| 08/01/98 – 07/31/01 | Prediction of Alzheimer's Disease among African-American Elders<br>Alzheimer's Association IIRA-98-020<br>Role: Principal Investigator |
| 09/01/98 – 08/31/99 | Endogenous Estrogens among Ethnically Diverse Elderly Women |

Pilot Grant from the Columbia Resource Center for Minority Aging Research
National Institute on Aging P30 AG15294 (PI: R. Lantigua)
Role: Co-Investigator

02/01/99 – 01/31/02    Cognitive Test Performance among African American Elders
New York City Council Speaker's Fund for Biomedical Research
CU 51356101
Direct Funds: $1,072,309
Role: Principal Investigator

09/01/00 – 08/31/01    English Fluency among Hispanic Elders
Pilot Grant from the Columbia Resource Center for Minority Aging Research
National Institute on Aging P30 AG15294 (PI: R. Lantigua)
Role: Co-Investigator

11/01/02 – 10/31/05    Literacy and Alzheimer's Disease among African American, White, and Hispanic Elders
Alzheimer's Association Senator Mark Hatfield Award for Clinical Research in Alzheimer's Disease HAT-02-3670
Role: Principal Investigator

11/01/03 – 10/31/05    Neuropsychological Tests as Predictors of Functional Decline in African American, Hispanic and Caucasian Alzheimer Patients: A Retrospective Study
Alzheimer's Association New Investigator Research Grant (PI: D. Byrd)
Role: Co-Investigator

11/01/05 – 10/30/08    Cognition in the IDEATel Diabetes Trial
Alzheimer's Association IIRG (PI: J. Luchsinger)
Role: Co-Investigator

04/01/00 – 03/31/09    Alzheimer's Disease Research Center at Columbia University
National Institute on Aging 2P50 AG08702 (PI: M. Shelanski)
Role: Co-Investigator

07/01/04 – 06/30/09    The Epidemiology of Dementia in an Urban Community
National Institute on Aging 5P01 AG07232 (PI: R. Mayeux)
Role: Clinical Core Leader

09/15/07 – 8/30/08    Cognitive and Functional Profiles of Mild Cognitive Impairment in African American and Caucasian Samples (PI: D. Marson)
National Institute on Aging Supplement to 2P50 AG08702
Role: Co-Investigator

07/01/99 – 08/30/10    Cognitive Test Performance of African American Elders
                       National Institute on Aging R01 AG16206
                       Role: Principal Investigator

11/01/05 – 05/31/10    Health and Cognition Among African American Women
                       Alzheimer's Association IIRG 05-14236
                       Role: Principal Investigator

02/01/07-01/14/14      Columbia Center for the Health of Urban Minorities
                       NIH/National Center on Minority Health and Health Disparities P60
                       MD00206 (Luchsinger)
                       Role: Co-Investigator

09/15/07 – 06/30/13    Genetic Epidemiology of Alzheimer's Disease among African Americans
                       NIH/National Institute on Aging R01 AG028786
                       Role: Principal Investigator

03/15/10 - 02/28/15    White Matter Hyperintensities in Aging and Dementia
                       NIH/ National Institute on Aging R01 AG034189 (Brickman)
                       Role: Co-investigator

05/01/10 - 04/30/15    Epidemiology of Biomarkers of Risk and Progression in LOAD
                       NIH/National Institute on Aging R01 AG037212 (PI: Mayeux)
                       Role: Co-Investigator

09/30/12-08/31/15      Interdisciplinary Lifecourse Approaches to African American Cognitive
                       Aging
                       NIH/National Institute on Aging R13
                       Role: Principal Investigator

04/01/12-03/31/16      Offspring of Ethnically Diverse People With and Without AD
                       Alzheimer's Association IIRG-11-202789
                       Role: Principal Investigator

09/01/01-11/30/17      Etiology of Geographic and Racial Differences in Stroke (REGARDS)
                       NIH/National Institute of Neurological Disorders and Stroke
                       U01NS041588 (PI: Howard)
                       Direct Funds: $1,541,891
                       Role: Co-Investigator
                       Direct funds: $134,803
                       Role: PI

09/01/16-08/31/19      Psychosocial protective factors in cognitive and brain aging
                       NIH/National Institute on Aging R00AG47963 (PI: Zahodne)
                       Direct funds: $215,876
                       Role: Co-Investigator

09/01/16 – 08/31/17    White Matter Hyperintensities in Aging and Dementia
NIH/National Institute on Aging R56AG034189 (PI: Brickman)
Direct funds: $495,931
Role: Co-Investigator

09/01/17-05/31/19    Biological aging in older HIV-infected African Americans
NIH/National Institute on Aging R21AG056175 (PIs: Arpadi, Yin)
Direct funds: $275,000
Role: Co-investigator

09/15/17-06/30/18    School Quality and Racial Disparities in Alzheimer's Disease in Project
Talent – DNA Supplement
NIH/National Institute on Aging R01AG056164-01S1 (PI: Manly)
Direct funds: $120,759
Role: PI

09/15/17-06/30/18    School Quality and Racial Disparities in Alzheimer's Disease in Project
Talent – Minority Oversampling Supplement
NIH/National Institute on Aging R01AG056164-01S2 (PI: Manly)
Role: PI

07/01/12-05/31/18    MRI, Genetic and Cognitive Precursors of AD and Dementia
NIH/National Institute on Aging R01AG016495 (PI: Au)
Direct Funds: $540,163
Role: Co-Investigator

Pending:
Early detection of semantic loss through psycholinguistic measures in preclinical Alzheimer's disease
NIH/National Aging on Aging K99 AG066934 (Vonk)
Role: Mentor
Priority Score: 13

Factors of resilience to Alzheimer's Disease and related dementias among Latinx: The role of bilingualism
NIH/National Aging on Aging K99 AG066932-01 (Arce Rentería)
Role: Mentor
Priority Score: 26

Understanding the mechanisms linking small vessel cerebrovascular disease and Alzheimer's disease pathophysiology with neurodegeneration and cognition during midlife
NIH/National Aging on Aging K99 AG065506-01 (Lao)
Role: Co-Mentor
Priority Score: 30

## EDUCATIONAL CONTRIBUTIONS

### Direct Teaching/Precepting/Supervising

| | |
|---|---|
| 1998-2015 | Faculty member T32 Postdoctoral Training Grant Neuropsychology and Cognition in Aging (T32 AG0000261, PI: Y. Stern) |
| 2009 - present | Lecturer Cognitive Neuroscience of Aging Doctoral level course Psychology Department Columbia University, New York, NY |
| 2006-Present | Clinical Supervisor Neuropsychology practicum students and predoctoral interns Memory and Aging Program Department of Neurology Columbia University |

### Advising and Mentorship

<u>Fellows (primary mentor)</u>

| | |
|---|---|
| 2001 - 2004 | Desiree Byrd, PhD |
| 2006 – 2008 | Margarita Padilla, PhD |
| 2012 – 2016 | Laura B. Zahodne, PhD |
| 2017 – 2018 | Vanessa LaBode, PhD |
| 2017 – present | Miguel Arce, PhD |
| 2017 – present | Jet Vonk, PhD |
| 2018 – present | Indira Turney, PhD |
| 2019 – present | Dominika Seblova, PhD |
| 2020 – present | Justina Avila, PhD |

<u>Fellows (secondary mentor)</u>

| | |
|---|---|
| 2012 – 2015 | Jaime Hamilton, PhD |

<u>Medical School Students</u>

| | |
|---|---|
| 2015 | Melanie Hundt, SUNY Upstate Medical University |
| 2016 - 2020 | Milou Angevaare, UMC Utrecht, Netherlands |
| 2016 | Gloria Felix, Michigan State University |
| 2016 | Elizabeth Dalchand, Stonybrook School of Medicine |
| 2017 - 2020 | Ramon Rodriguez, Columbia University College of Physicians and Surgeons |
| 2018 | Marjorie Diaz, New York Medical College |
| 2020 | Danny Pohl, Columbia University Vagelos College of Physicians and Surgeons |
| 2020 | Yasmin Issari, Columbia University Vagelos College of Physicians and Surgeons |

2020                Juliana Castrillon, Columbia University Vagelos College of Physicians and
                    Surgeons


Graduate Students

2016 - 2017         Laiss Bertola, Federal University of Minas Gerais, Brazil
2016 – 2018         Batool Rizvi, Neuroscience and Education, Teachers College
2017 – 2018         Lily Kamalyan, Clinical and Counseling Psychology, Teachers College
2017 – 2019         Sonia Seehra, Institute of Human Nutrition, Columbia University
2018 – 2019         Krystal Laing, Clinical and Counseling Psychology, Teachers College
2018 – 2019         Shana Samuel, Clinical and Counseling Psychology, Teachers College
2018 – 2019         Roxanna Flores, Clinical and Counseling Psychology, Teachers College
2018 – 2019         Dayanara Rosado, Clinical and Counseling Psychology, Teachers College
2018 – 2020         Gelan (Lana) Ying, Clinical and Counseling Psychology, Teachers College


Doctoral Dissertation committees

2001                Committee Member for Stephan Kennepohl, Ph.D., University of Windsor
2003                Committee Member for Pegah Touradji, Ph.D., Columbia University
2006                Committee Member for Seta Kazandjian, Ph.D., City University of New York
2011                Committee Member for Shawnda Lanting, Ph.D., University of Saskatchewan
2018                Committee Member for Kirsten Frazer, Columbia University
2018                Committee Member for Justina Avila, University of New Mexico

Undergraduate Students
2016 – 2020         Michelle Martinez
2016 - 2017         Erika Onigo
2017 - 2020         Nia Barbee
2017 - 2020         Juliet Colon
2017 – 2020         Carolyn Qian
2018 – 2019         Patricia Ansah
2018 – 2020         Kailande Cassamajor
2018 – 2019         Gricelda Weed

High School Students
2018                Katia Kovrizhkin


**PUBLICATIONS**

Original, Peer Reviewed Articles:

1.    Ying, G, Vonk, JMJ, Sol, K, Brickman, AM, **Manly, JJ**, Zahodne, LB. (in press). Family
      ties and aging in a multiethnic cohort. Journal of Aging & Health.
2.    Fox, RS, **Manly, JJ**, Slotkin, J, Devin Peipert, J, Gershon, RC. (in press). Reliability and
      validity of the Spanish-language version of the NIH Toolbox. Assessment.

3. Rizvi, B., Lao, P.J., Colón, J., Hale, C., Igwe, K.C., Narkhede, A., Budge, M., **Manly, J.J.,** Schupf, N., Brickman, A.M. (in press) Tract-defined regional white matter hyperintensities and memory. NeuroImage: Clinical.

4. Zahodne, LB, Sharifian, N, Kraal, AZ, Sol, K, Zaheed, AB, **Manly, JJ**, Brickman, AM. (in press). Positive psychosocial factors and cognitive decline in ethnically diverse older adults. Journal of the International Neuropsychological Society.

5. Stamm, BC, Lao, PJ, Rizvi, B, Colon, J, Igwe, K, Chesebro, AG, Maas, B, Schupf, N, Mayeux, R, **Manly, JJ**, Brickman, AM. (in press). Parental history of dementia is associated with increased small vessel cerebrovascular disease. The Journals of Gerontology: Series A.

6. Avila, JF, Arce Rentería, M, Jones, RN, Vonk, JMJ, Turney, I, Sol, K, Seblova, D, Arias, F, Hill-Jarrett, T, Levy, SA, Meyer, O, Racine, AM, Tom, SE, Melrose, RJ, Deters, K, Medina, LD, Carrión, CI, Díaz-Santos, M, Byrd, DR, Chesebro, A, Colon, J, Igwe, KC, Maas, B, Brickman, AM, Schupf, N, Mayeux, R, **Manly, JJ**. (in press). Education differentially contributes to cognitive reserve across racial/ethnic groups. Alzheimer's & Dementia.

7. Gustafson, DR, Bäckman, K, Scarmeas, N, Stern, Y, **Manly, JJ**, Mayeux, R, Gu, Y. (in press). Dietary fatty acids and risk of Alzheimer's disease and related dementias: Observations from the Washington Heights-Hamilton Heights-Inwood Columbia Aging Project (WHICAP). Alzheimer's & Dementia.

8. Gershon, RC, Fox, RS, **Manly, JJ**, Mungas DM, Nowinski, CJ, Roney, EM, Slotkin, J. The NIH Toolbox: Overview of development for use with Hispanic populations. Journal of the International Neuropsychological Society, 2020; 26:567-575.

9. Levine, DA, Gross, AL, Briceño, EM, Tilton, N, Kabeto, MU, Hingtgen, SM, Giordani, BJ, Sussman, JB, Hayward, RA, Burke, JF, Elkind, MSV, **Manly, JJ**, Moran, AE, Kulick, ER, Gottesman, RF, Walker, KA, Yano, Y, Gaskin, DJ, Sidney, S, Yaffe, K, Sacco, RL, Wright, CB, Roger, VL, Allen, NB, Galecki, AT. Association between blood pressure and later-life cognition among Black and White individuals. JAMA Neurology, 2020; 77:810-819.

10. Turney, IC, Chesebro, AG, Rentería, MA, Lao, PJ, Beato, JM, Schupf, N, Mayeux, R, **Manly, JJ**, Brickman, AM. APOE ε4 and resting-state functional connectivity in racially/ethnically diverse older adults. Alzheimers & Dementia. 2020;12:e12094.

11. Kulick, ER, Wellenius, GA, Boehme, AK, Joyce, NR, Schupf, N, Kaufman, JD, Mayeux, R, Sacco, RL, **Manly, JJ**, Elkind, MSV. Long-term exposure to air pollution and trajectories of cognitive decline among older adults. Neurology, 2020; 94(17):e1782-e1792.

12. Kulick, E., Elkind, M.S.V., Boehme, A.K., Joyce, N.R., Schupf, N., Kaufman, J.D., Mayeux, R., **Manly, J.J.,** Wellenius, G.A. Long-term exposure to ambient air pollution, APOE-ε4 status, and cognitive decline in a cohort of older adults in northern Manhattan. Environment International, 2020; 136:105440.

13. Brenowitz, W.D., **Manly, J.J.,** Murchland, A.R., Nguyen, T.T., Liu, S.Y., Glymour, M.M., Levine, D.A., Crowe, M., Hohman, T.J., Dufouil, C., Launer, L. J., Hedden, T., Eng, C., Wadley, V.G., Howard, V.J. State school policies as predictors of physical and mental health: a natural experiment in the REGARDS cohort. American Journal of Epidemiology, 2020; 189:384-393.

14. Avila, J. F., Arce Rentería, M., Witkiewitz, K., Verney, S. P., Vonk, J. M. J., & **Manly, J.J.** Measurement invariance of neuropsychological measures of cognitive aging across race/ethnicity by sex/gender groups. Neuropsychology, 2020; 34: 3 - 14.

15. Langa, K.M., Ryan, L.H., McCammon, R.J., **Manly, J.J.,** Levine, D.A., Sonnega, A., Farron, M., & Weir, D.R. The Health and Retirement Study Harmonized Cognitive Assessment Protocol Project. Study Design and Methods. Neuroepidemiology, 2020; 54:64-74.

16. Sharifian, N., Gu, Y., **Manly, J.J.,** Schupf, N., Mayeux, R., Brickman, A.M., Zahodne, L.B.  Linking depressive symptoms and cognitive functioning: the mediating role of leisure activity. Neuropsychology, 2020; 34:107-115.

17. Nicoli, CD, Howard, VJ, Judd, SE, Struck, J, **Manly, JJ,** Cushman, M. Pro-Neurotensin/Neuromedin N and risk of cognitive impairment in a prospective study. Journal of Alzheimer's Disease, 2020; 76:1403-1412.

18. Zahodne, L.B., Sharifian, N., **Manly, J.J.,** Sumner, J. A., Crowe, M., Wadley, V.G., Howard, V.J., Murchland, A.R., Brenowitz, W.D., & Weuve, J. Life course biopsychosocial effects of retrospective childhood social support and later-life cognition. Psychology and Aging, 2019; 34: 867–883.

19. Tsapanou, A., Vlachos, G.S., Cosentino, S., Gu, Y., **Manly, J.J.,** Brickman, A.M., Schupf, N., Zimmerman, M.E., Yannakoulia, M., Kosmidis, M.H., Dardiotis, E., Hadjigeorgiou, G., Sakka, P., Stern, Y., Scarmeas, N., & Mayeux, R. Sleep and subjective cognitive decline in cognitively healthy elderly: Results from two cohorts. Journal of Sleep Research, 2019; 28: e12759.

20. Avila, J. F., Vonk, J. M. J., Verney, S. P., Witkiewitz, K., Arce Rentería, M., Schupf, N., Mayeux, R., & **Manly, J.J**. Sex/gender differences in cognitive trajectories vary as a function of race/ethnicity. Alzheimer's & Dementia, 2019; 15: 1516-1523.

21. Arce Rentería, M, Vonk, JMJ, Felix, G, Avila, JF, Zahodne, L, Dalchand, E, Frazer, KM, Martinez, MN, Shouel, HL, **Manly, JJ.** Illiteracy, dementia risk, and cognitive trajectories among older adults with low education. Neurology, 2019; 93:e2247-e2256.

22. Kulick, E., Wellenius, G., Boehme, A., Schupf, N., Mayeux, R., Sacco, R., **Manly, J.J.,** Elkind, M. Long-term exposure to ambient air pollution and trajectories of cognitive decline among older adults in northern Manhattan. Neurology. 2019; 92(Suppl. 15).

23. Vonk, J.M.J., Arce Renteria, M., Avila, J.F., Schupf, N., Noble, J.M., Mayeux, R., Brickman, A.M., & **Manly, J.J.** Secular trends in cognitive trajectories of diverse older adults. Alzheimer's & Dementia. 2019; 1-12.

24. Bertola, L., Wei-Ming Watson, C., Avila, J.F., Zahodne, L.B., Angevaare, M., Schupf, N., & **Manly, J.J.** Predictors of episodic memory performance across educational strata: multiple-group comparisons. Journal of International Neuropsychological Society. 2019; 25(9): 901-999

25. Ogino, E., **Manly, J.J.,** Schupf, N., Mayeux, R., Gu, Y. Current and past leisure time physical activity in relation to risk of Alzheimer's disease in older adults. Alzheimer's & Dementia, 2019; 15:1603-1611.

26. Hamad, R., Nguyen, T.T., Glymour, M.M., Vable, A., **Manly, J.J.,** & Rehkopf, D.H. Quality and quantity: the association of state-level educational policies with later life cardiovascular disease. Preventive Medicine, 2019; 126:105750.

27.  Devanand, D.P., Liu, X., Cohen, H., Budrow, J., Schupf, N., **Manly, J.J.,** & Lee, S. Long-term Test-retest Reliability of the UPSIT in Cognitively Intact Older Adults. Chemical Senses. 2019; 44(6):365-369.

28.  Sharifian N, **Manly JJ**, Brickman AM, Zahodne LB. Social network characteristics and cognitive functioning in ethnically diverse older adults: The role of network size and composition. Neuropsychology, 2019; 33:956-963.

29.  Walter, S., Dufouil, C., Gross, A. L., Jones, R. N., Mungas, D., Filshtein, T. J., **Manly, J.J.,** Arpawong, T. E., & Glymour, M.M. Neuropsychological Test Performance and MRI Markers of Dementia Risk: Reducing Education Bias. Alzheimer Disease and Associated Disorders. 2019. 33; p 179-185.

30.  Sariya, S., Lee, J. H., Mayeux, R., Vardarajan, B., Reyes-Dumeyer, D., **Manly, J.J.,** Brickman, A. M., Lantigua, R., Madrano, M., Jimenez-Valazquez, I., & Tosto, G. Rare Variants Imputation in Admixture Populations: Comparison across Reference Panels and Bioinformatics Tools. Frontiers in Genetics. 2019; 10:239.

31.  Vonk, J. M.J., Flores, R. J., Rosado, D., Qian, C., Cabo, R., Habegger, J., Louie, K., Allocco, E., Brickman, A. M., & **Manly, J.J.** Semantic network function captured by word frequency in nondemented APOE ε4 carriers. Neuropsychology. 2019; 33(2): 256-262.

32.  Brickman, A.M., Tosto, G., Gutierrez, J., Andrews, H., Gu, Y., Narkhede, A., Rizvi, B., Guzman, V., **Manly, J.J.,** Vonsattel, J.P., Schupf, N., The Alzheimer's Disease Neuroimaging Initiative, & Mayeux, R. An MRI measure of degenerative and cerebrovascular pathology in Alzheimer's disease. Neurology. [Epub ahead of print]

33.  Vonk, J. M. J., Rizvi, B., Lao, P. J., Budge, M., **Manly, J. J.**, Mayeux, R., & Brickman, A. M. Letter and category fluency performance correlates with distinct patterns of cortical thickness in older adults. Cerebral Cortex. 2019; 29(6):2694-2700.

34.  Raghavan NS, Brickman AM, Andrews H **Manly JJ**, Schupf N, Lantigua R, The Alzheimer's Disease Sequencing Project, Wolock CJ, Kamalakaran S, Petrovski S, Tosto G, Vardarajan BN, Goldstein DB, and Mayeux R. Whole Exome Sequencing in 20,197 Persons for Rare Variants in Alzheimer Disease. Ann Clin Transl Neurol. 2018; 5(7):832-842.

35.  Fieo R, Zahodne L, Tang MX, **Manly JJ**, Cohen R, Stern Y. The historical progression from ADL scrutiny to IADL to advanced ADL: Assessing functional status in the earliest stages of dementia. The Journals of Gerontology. Series A, Biological Sciences and Medical Sciences. 2018; 73(12):1695-1700.

36.  Frazer KM, **Manly JJ**, Downey G, Hart CL. Assessing cognitive functioning in individuals with cocaine use disorder. Journal of Clinical and Experimental Neuropsychology. 2018; 40(6):619-632.

37.  Last, B.S., Garcia Rubio, M. J., Zhu, C.W., Cosentino, S., **Manly, J.J.**, DeCarli, C., Mayeux, R., Stern, Y., Brickman, A.M. Medicare expenditure correlates of atrophy and cerebrovascular disease in older adults. Experimental Aging Research. 2017; 43(2): 149-160.

38.  Owolabi, M. Sarfo, F., Howard, V.J., Irvin, M.R., Gebregziabher, M., Akinyemi, R. Bennett, A., Armstrong, K., Tiwari, H.K., Akpalu, A., Wahab, K.W., Owolabi, L., Fawale, B., Komolafe, M., Obiako, R., Adebayo, P., **Manly, J.J.,** Ogbole, G., Melikam, S., Laryea, R., Saulson, R., Jenkins C., Arnett, D.K., Lackland, D.T., Ovbiagele, B., Howard, G., for the SIREN-REGARDS Collaboration. Stroke in Indigenous Africans, African Americans

and European Americans: Interplay of racial and geographic factors. Stroke. 2017; 48(5):1169-1175.

39. Glymour MM, Brickman AM, Kivimaki M, Mayeda ER, Chêne G, Dufouil C, & **Manly JJ**. Will biomarker-based diagnosis of Alzheimer's disease maximize scientific progress? Evaluating proposed diagnostic criteria. Eur J Epidemiol. 2018 Jul;33(7):607-612.

40. Emrani, S., Libon, D.J., Lamar, M., Price, C.C., Jefferson, A.L., Gifford, K.A., Hohman, T.J., Nation, D.A., Delano-Wood, L., Jak, A. & Bangen, K.J., 2017. Assessing Working Memory in Mild Cognitive Impairment with Serial Order Recall. Journal of Alzheimer's Disease. 2018; 61: 917–928.

41. Corriveau RA, Koroshetz WJ, Gladman JT, Jeon S, Babcock D, Bennett DA, Carmichael ST, Dickinson SL, Dickson DW, Emr M, Fillit H, Greenberg SM, Hutton ML, Knopman DS, **Manly JJ**, Marder KS, Moy CS, Phelps CH, Scott PA, Seeley WW, Sieber BA, Silverberg NB, Sutherland ML, Taylor A, Torborg CL, Waddy SP, Gubitz AK, Holtzman DM. Alzheimer's Disease-Related Dementias Summit 2016: National research priorities. Neurology. 2017; 89(23):2381-2391.

42. Johnson NX, Marquine MJ, Flores I, Umlauf A, Baum CM, Wong AWK, Young AC, **Manly JJ**, Heinemann AW, Magasi S, Heaton RK. Racial Differences in Neurocognitive Outcomes Post-Stroke: The Impact of Healthcare Variables. Journal of the International Neuropsychological Society. 2017; 23(8):640-652.

43. Jun GR, Chung J, Mez J, Barber R, Beecham GW, Bennett DA, Buxbaum JD, Byrd GS, Carrasquillo MM, Crane PK, Cruchaga C, De Jager P, Ertekin-Taner N, Evans D, Fallin MD, Foroud TM, Friedland RP, Goate AM, Graff-Radford NR, Hendrie H, Hall KS, Hamilton-Nelson KL, Inzelberg R, Kamboh MI, Kauwe JSK, Kukull WA, Kunkle BW, Kuwano R, Larson EB, Logue MW, **Manly JJ**, Martin ER, Montine TJ, Mukherjee S, Naj A, Reiman EM, Reitz C, Sherva R, St George-Hyslop PH, Thornton T, Younkin SG, Vardarajan BN, Wang LS, Wendlund JR, Winslow AR; Alzheimer's Disease Genetics Consortium., Haines J, Mayeux R, Pericak-Vance MA, Schellenberg G, Lunetta KL, Farrer LA. Transethnic genome-wide scan identifies novel Alzheimer's disease loci. Alzheimers Dement. 2017; 13(7):727-738.

44. Luchsinger JA, Ma Y, Christophi CA, Florez H, Golden SH, Hazuda H, Crandall J, Venditti E, Watson K, Jeffries S, **Manly JJ**, Pi-Sunyer FX; Diabetes Prevention Program Research Group.. Metformin, Lifestyle Intervention, and Cognition in the Diabetes Prevention Program Outcomes Study. Diabetes Care. 2017; 40(7):958-965.

45. Noble JM and Schupf N, **Manly JJ**, Andrews H, Tang M-X, Mayeux R. Secular trends in the incidence of dementia in a multi-ethnic community. Journal of Alzheimer's Disease. 2017; 60(3):1065-1075.

46. Gu, Y., Vorburger, R., Scarmeas, N., Luchsinger, J. A., **Manly, J J.**, Schupf, N., Mayeux, R., & Brickman, A. M. Circulating inflammatory biomarkers in relation to brain structural measurements in a non-demented elderly population. Brain, Behavior, and Immunity. 2017; 65:150-160.

47. Golub, J.S., Luchsinger, J.A., **Manly, J.J.**, Stern, Y. Mayeux. R. Schupf, N. Observed hearing loss and incident dementia in a multiethnic cohort. Journal of the American Geriatrics Society. 2017; 65(8):1691-1697.

48. Zahodne, L.B., **Manly, J.J.**, Smith, J., Seeman, T., & Lachman, M. Socioeconomic, health, and psychosocial mediators of racial disparities in cognition in early, middle, and late adulthood. Psychology and Aging. 2017; 32(2):118-130.

49. Mez, J., Chung, J., Jun, G., Kriegel, J., Bourlas, A.P., Sherva, R., Logue, M.W., Bennett, D.A., Buxbaum, J.D., Byrd, G.S., Ertekin-Taner, N., Evans, D., Fallin, M.D., Foroud, T.M., Goate, A.M., Graff-Radford, N.R., Kamboh, M.I., Kukull, W.A., **Manly, J.J.**, Alzheimer Disease Genetics Consortium, Haines, J.L., Mayeux, R., Pericak-Vance, M.A., Schellenberg, G.D., Lunetta, K.L., & Farrer, L. Identification of two novel loci, COBL and SLC10A2, for Alzheimer's disease in African Americans using informed conditioning on clinical covariates. Alzheimer's and Dementia. Identification of two novel loci, COBL and SLC10A2, for Alzheimer's disease in African Americans using informed conditioning on clinical covariates. Alzheimer's and Dementia. 2017; 13(2):119-129.

50. Williams, M.W., Kueider, A.M., Dmitrieva, N.O., **Manly, J.J.**, Pieper, C.F., Verney, S.P., & Gibbons, L.E. Impact of anxiety and depressive symptoms on memory assessment in older adults. International Journal of Geriatric Psychiatry. 2017; 32(9):983-990.

51. Gu, Y., Brickman, A.M., Stern, Y.S., Habeck, C.G., Razlighi, Q.R., Luchsinger, J.A., **Manly, J.J.**, Schupf, N., Mayeux, R., & Scarmeas, N. Mediterranean diet and brain structure in a multiethnic elderly cohort. Neurology. 2015; 85(20):1744-51.

52. Meyer, O.L., Sisco, S.M., Harvey, D., Zahodne, L.B., Glymour, M.M., **Manly, J.J.**, & Marsiske, M.  Neighborhood predictors of cognitive training in ACTIVE. Research on Aging. 2017; 39(3):443-467.

53. Tosto G, Bird TD, Bennett DA, Boeve BF, Brickman AM, Cruchaga C, Faber K, Foroud TM, Farlow M, Goate AM, Graff-Radford NR, Lantigua R, **Manly J,** Ottman R, Rosenberg R, Schaid DJ, Schupf N, Stern Y, Sweet RA, Mayeux R; National Institute on Aging Late-Onset Alzheimer Disease/National Cell Repository for Alzheimer Disease (NIA-LOAD/NCRAD) Family Study Group. The Role of Cardiovascular Risk Factors and Stroke in Familial Alzheimer Disease. JAMA Neurology. 2016;73(10):1231-1237

54. * Sunderaraman, P., Zahodne, L.B., **Manly, J.J.** A commentary on 'generally representative is representative of none: pitfalls of IQ test standardization in multicultural settings' by A.B. Shuttleworth-Edwards. The Clinical Neuropsychologist, 2016; 30:999-1005.

55. Watson, C.W., **Manly, J.J.**, & Zahodne, L.B. Does bilingualism protect against cognitive aging? Methodological issues in research on bilingualism, cognitive reserve, and dementia incidence. Linguistic Approaches to Bilingualism. 2016; 6: 590 –604.

56. Luchsinger, J.A., Perez, T., Chang, H., Mehta, P., Stiffener, J., Pradabhan, G., Ichise, M., **Manly, J.J.**, Devanand, D.P., Bagiella, E. Metformin in amnestic mild cognitive impairment: results of a pilot randomized placebo controlled clinical trial. Journal of Alzheimer's Disease and Related Disorders. 2016; 51: 501-14.

57. Gu, Y., Vorburger, R.S., Gazes, Y., Habeck, C.G., Stern, Y.S., **Manly, J.J.**, Schupf, N., Mayeux, R., & Brickman, A.M., White matter integrity as a mediator in the relationship between dietary nutrients and cognition in the elderly. Annals of Neurology. 2016; 79: 1014-25.

58. Tsapanou, A., Gu, Y., O'Shea, D., **Manly, J.J.**, Schupf, N., Scarmeas, N., & Stern, Y. Self-reported sleep disordered breathing as risk factor for mortality in the elderly. Journal of Stroke and Cerebrovascular Diseases. 2016; 25: 1524-31.

59. Rostanski, S.K., Zimmerman, M.E., Schupf, N., **Manly, J.J.**, Westwood, A.J., Mayeux, R., Brickman, A.M., & Gu, Y.  White matter hyperintensities are associated with self-reported indicators of sleep-disordered breathing in community-dwelling elders. Sleep. 2016; 39: 785-91.

60.  \* Zahodne, L.B., Schupf, N., Brickman, A.M. & Mayeux, R., Wall, M.M., Stern, Y., & **Manly, J.J.** Dementia risk and protective factors in the context of memory trajectory groups. Journal of Alzheimer's Disease. 2016;52: 1013-20.

61.  Hohman, T.J., Cooke-Bailey, J.N., Reitz, C., Jun, G., Naj, A., Beechman, G.W., Liu, Z., Carney, R.M., Vance, J.M., Cuccaro, M.L., Rajbhandary, R., Vardarajan, B.N., Wang, L., Valladares, O., Lin, C., Larson, E.B., Graff-Radford, N.R., Evans, D., De Jager, P.L., Crane, P.K., Buxbaum, J.D., Murrell, J.R., Raj, T., Ertekin-Taner, N., Logue, M.W., Baldwin, C.T., Green, R.C., Barnes, L.L, Cantwell, L.B., Falling, M.D., Go, R.C.P, Griffith, P., Obisesan, T.O., **Manly, J.J.**, Lunetta, K.L., Kamboh, M.I., Lopez, O.L., Bennett, D.A., Hardy, J., Hendrie, H.C., Hall, K.S., Goate, A.M., Lang, R., Byrd, G.S., Kukull, W.A., Foroud, T.M., Farrer, L.A., Martin, E.R., Pericak-Vance, M.A., Schellenberg, G.D., Mayeux, R., Haines, J.L., Thornton-Wells, T.A. for the Alzheimer Disease Genetics Consortium. Global and Local Ancestry in African Americans: Implications for Alzheimer's Disease Risk. Alzheimer's & Dementia, 2016; 12 :233-43.

62.  Zahodne, L.B., **Manly, J.J.**, Azar, M., Brickman, A.M. & Glymour, M.M. Racial Disparities in Cognitive Performance in Mid- and Late Adulthood: Analyses of Two Cohort Studies. J American Geriatric Society 2016; 64: 959-64.

63.  Lara, E., Haro, J.M., Tang, M.-X., **Manly, J.J.**, & Stern, Y. Exploring the excess mortality due to depression in a community-based sample: the role of Alzheimer´s Disease. J Affect Disorders, 2016; 202: 163-70.

64.  Vivot, A., Power, M.C., Glymour, M.M., Mayeda, E.R., Benitez, A., Spiro, A., **Manly, J.J.**, Proust-Lima, C., Dufouil, C., Gross, A.L. Jump, hop or skip: Modeling practice effects in studies of determinants of cognitive aging. American Journal of Epidemiology, 2016; 183: 302-314.

65.  Tsapanou, A., Gu, Y., O'Shea, D., Eich, T., Tang, M.X., Schupf, N., **Manly, J.J.**, Zimmerman, M., Scarmeas, N., & Stern, Y. Daytime somnolence as an early sign of cognitive decline in a community-based study of older people. International Journal of Geriatric Psychiatry, 2016; 31: 247–255.

66.  Vorburger, R.S., Habeck, C.G., Narkhede, A., Guzman, V.A., **Manly, J.J.**, Stern, Y., Mayeux, R., and Brickman, A.M. Insight from uncertainty: Bootstrap-derived diffusion metrics differentially predict memory function among older adults. Brain Structure and Function, 2016; 221:507-14.

67.  Nguyen, T.T.,Tchetgen, E.J., Kawachi, I., Gilman, S.E., Walter, S. Liu, S.Y., **Manly, J.J.**, Glymour, M.M. Novel approaches to investigating the effect of educational attainment on dementia risk. Annals of Epidemiology, 2016; 26:71-76.

68.  Zahodne, L.B., Wall, M.M., Schupf, N., & Mayeux, R. **Manly, J.J.**, Stern, Y., & Brickman, A.M. Late-life memory trajectories in relation to incident dementia and regional brain atrophy. Journal of Neurology. 2015; 262(11):2484-2490

69.  Gross, A.L., Mungas, D.M., Crane, P.K., Gibbons, L.E., MacKay-Brandt, A., **Manly, J.J.**, Mukherjee, S., Romero, H.R., Sachs, B., Thomas, M., Potter, G.G., Jones, R.N. Effects of education and race on cognitive decline: Does research study membership matter? Psychology and Aging, 2015; 30: 863-80.

70.  Sachdev, P., Lipnicki, D.M., Kochan, N., Crawford, J., Thalamuthu, A., Andrews, G., Brayne, C., Matthews, F., Stephan, B., Lipton, R., Katz, M., Ritchie, K., Carriere, I., Ancelin, M.-L., Lam, L., Wong, C., Fung, A., Guaita, A., Vaccaro, R., Davin, A., Ganguli, M., Dodge, H., Hughes, T., Anstey, K., Cherbuin, N., Butterworth, P., Ng, T.P., Gao, T.,

Reppermund, S., Brodaty, H., Schupf, N., **Manly, J.**, Stern, Y., Lobo, A. Lopez-Anton, R., & Santabarbara, J. The prevalence of mild cognitive impairment in diverse geographical and ethnocultural regions: the COSMIC collaboration. PLoS One, 2015; 10: e0142388.

71. Tsapanou, A., Scarmeas, N., Gu, Y., **Manly, J.J.**, Schupf, N., Barral, S. & Stern, Y. Examining the association between Apolipoprotein E (APOE) and self-reported sleep disturbances in non-demented older adults. Neuroscience Letters, 2015; 606: 72-6.

72. Zahodne, L.B., **Manly, J.J.**, Brickman, A.M., Narkhede, A., Griffith, E., Guzman, V.A., Schupf, N., & Stern, Y. Is residual memory variance a valid method for quantifying cognitive reserve in aging? A longitudinal application. Neuropsychologia, 2015; 77: 260-266.

73. Devanand, D.P., Lee, S., **Manly, J.J.**, Andrews, H., Schupf, N., Masurkar, A., Stern, Y., Mayeux, R., & Doty, R.L. Olfactory identification deficits and increased mortality in the community. Annals of Neurology, 2015; 78: 401-11.

74. Liu, S.Y., **Manly, J.J.**, Capistrant, B.D., & Glymour, M.M. Historical differences in school term length and measured blood pressure:  contributions to persistent racial disparities among US-born adults. PLOS One, 2015; 10: e0129673.

75. Ghani, M., Reitz, C., Cheng, R., Vardarajan, B.N., Jun, G., Sato, C., Naj, A., Rajbhandary, R., Wang, L.-S., Valladares, O., Lin, C.-F., Larson, E.B., Graff-Radford, N.R., Evans, D., De Jager, P.L., Crane, P.K., Buxbaum, J.D., Murrell, J.R., Raj, T., Ertekin-Taner, N., Logue, M., Baldwin, C.T., Green, C.T., Barnes, L.L., Cantwell, L.B., Fallin, M.D., Go, R.C.P., Griffith, P., Obisesan, T.O., **Manly, J.J.**, Lunetta, K.L., Kamboh, M.I., Lopez, O.L., Bennett, D.A., Hendrie, H., Hall, K.S., Goate, A.M., Byrd, G.S., Kukull, W.A., Foroud, T.A., Haines, J.L., Farrer, L.A., Pericak-Vance, M.A., Lee, J.H., Schellenberg, G.D., St George-Hyslop, P., Mayeux, R., & Rogaeva, E. for the Alzheimer Disease Genetics Consortium. Association of Long Runs of Homozygosity with Alzheimer's Disease among African Americans. JAMA Neurology, 2015; 72: 1313-23.

76. **Manly, J.J.**, & Mungas, D. JGPS Special Series on Race, Ethnicity, Life Experiences, and Cognitive Aging. (editorial). The Journals of Gerontology Series B: Psychological Sciences and Social Sciences, 2015; 70: 509-511.

77. Tsapanou, A., Gu, Y., **Manly, J.J.**, Schupf, N., Tang, M.X., Zimmerman, M., Scarmeas, N., & Stern, Y. Daytime sleepiness and sleep inadequacy as risk factors for dementia. Dementia and Geriatric Cognitive Disorders Extra, 2015; 5: 286-295.

78. Gross, A.L., Benitez, A., Shih, R., Bangen, K.J., Glymour, M.M., Sachs, B.C., Sisco, S., Skinner, J.C., Schneider, B.C., & **Manly, J.J.** Predictors of retest effects in a longitudinal study of cognitive aging in a community-based multiethnic sample. Journal of the International Neuropsychological Society, 2015; 21: 506-518.

79. Zahodne, L.B., **Manly, J.J.**, Narkhede, A., Griffith, E.Y., DeCarli, C., Schupf, N.S., Mayeux, R., & Brickman, A.M.  Structural MRI predictors of late-life cognition differ across African Americans, Hispanics, and Whites. Current Alzheimer Research, 2015;12: 632-9.

80. Gu, Y., Razlighi, Q.R., Zahodne, L.B., Janicki, S.C., Ichise, M., **Manly, J.J.**, Devanand, D.P., Brickman, A.M., Schupf, N., Mayeux, R., & Stern, Y. Brain amyloid deposition and longitudinal cognitive decline in nondemented older subjects: results from a multi-ethnic population. PLOS One, 2015; 10 :e0123743.

81. Zahodne, L.B., Nowinski, C.J., Gershon, R.C., & **Manly, J.J.** Self-efficacy buffers the relationship between educational disadvantage and executive functioning.  Journal of the International Neuropsychological Society, 2015;21: 297-304.

82. Bangen, K.J., Gu, Y., Gross, A.L., Schneider, B.C., Skinner, J.C., Benitez, A., Glymour, M.M., Sachs, B.C., Shih, R., Sisco, S., Schupf, N., Mayeux, R., **Manly, J.J.**, & Luchsinger, J.A. Relation of type 2 diabetes with cognitive decline in a multiethnic elderly cohort. Journal of the American Geriatrics Society, 2015; 63:1075-83.

83. Fieo, R., Mukherjee, S., Dmitrieva, N.O., Fyffe, D., Gross, A., Sanders, R.E., Potter, G.G., **Manly, J.J.**, Romero, H.R., Mungas, D., & Gibbons, L.E. Differential Item Functioning due to cognitive status does not impact depressive symptom measures in four heterogeneous samples of older adults. International Journal of Geriatric Psychiatry, 2015; 30:911-8.

84. Luchsinger, J.A., Cabral, R., Eimicke, J.P., **Manly, J.J.**, Teresi, J. Glycemia, diabetes status, and cognition in Hispanic adults aged 55-64 years. Psychosomatic Medicine, 2015; 77: 653-63.

85. Zahodne, L.B., Stern, Y., & **Manly, J.J.** Differing effects of education on cognitive decline in diverse elders with low versus high educational attainment. Neuropsychology, 2015; 29:649-57.

86. O'Shea, D.M., Fieo, R.A., Zahodne, L.B., Hamilton, J.L., **Manly, J.J.**, & Stern, Y. Examining the association between late life depressive symptoms, cognitive function, and brain volumes in the context of cognitive reserve. International Journal of Geriatric Psychiatry, 2015; Int J Geriatr Psychiatry. 2015; 30:614-622.

87. Sisco. S., Gross, A.L., Shih, R.A., Sachs, B.C., Glymour, M.M., Bangen, K.J., Benitez, A., Skinner, J., Schneider, B.C., & **Manly, J.J.** The role of early-life educational quality and literacy in explaining racial disparities in cognition in late life. The Journals of Gerontology Series B: Psychological Sciences and Social Sciences, 2015; 70: 557-67.

88. Carvalho, J.O., Tommet, D., Crane, P.K., Thomas, M.L., Claxton, A., Habeck, C., **Manly, J.J.**, & Romero, H.R. Deconstructing racial differences in executive function and memory: The effects of quality of education and cerebrovascular risk factors. Journal of Gerontology Series B: Psychological Sciences, 2015; 2015;70:545-56.

89. Schneider, B.C., Gross, A.L., Bangen, K.J., Skinner, J.C., Benitez, A., Glymour, M.M., Sachs, B.C., Shih, R., Sisco, S., **Manly, J.J.**, & Luchsinger, J.A. Association of vascular risk factors with cognition in a multiethnic sample. The Journals of Gerontology Series B: Psychological Sciences and Social Sciences, 2015; 70: 532-544.

90. Liu, S. Y., Glymour, M.M., Zahodne, L.B., Weiss, C., & **Manly, J.J.** The role of place in explaining racial heterogeneity in cognitive outcomes among older adults. Journal of the International Neuropsychological Society, 2015; 21: 677-687.

91. Brickman, A.M., Guzman, V.A., Gonzalez-Castellon, M., Razlighi, Q., Gu, Y., Narkhede, A., Janicki, S., Ichise, M., Stern, Y., **Manly, J.J.**, Schupf, N., & Marshall, R.S.  Cerebral autoregulation, beta amyloid, and white matter hyperintensities are interrelated. Neuroscience Letters, 2015; 592:54-58.

92. Maki, P.M., Rubin, L.H., Valcour, V., Martin, E., Crystal, H., Young, M., Weber, K.M., **Manly, J.J.**, Richardson, J., and Anastos, K. Cognitive Function in Women with HIV: Findings from the Women's Interagency HIV Study. Neurology, 2015; 84:231-240.

93. Devanand, D.P., Lee, S., **Manly, J.J.**, Andrews, H., Schupf, N. Doty, R.L., Stern, Y., Zahodne, L.B., Louis, E.D., Mayeux, R. Olfactory deficits predict cognitive decline and Alzheimer's disease in an urban community. Neurology, 2015; 84:182-189.

94. Dmitrieva, N.O., Fyffe, D., Mukherjee, S., Fieo, F., Zahodne, L.B., Hamilton, J., Potter, G.G., **Manly, J.J.**, Romero, H.R., Mungas, D., & Gibbons, L.E. Demographic characteristics do not decrease the utility of depressive symptoms assessments: Examining the practical impact of item bias in four heterogeneous samples of older adults. International Journal of Geriatric Psychiatry, 2015; 30:88-96.

95. Brickman, A.M., Zahodne, L.B., Guzman, V.A., Narkhede, A., Meier, I.B., Griffith, E.Y., Provenzano, F.A., Schupf, N., **Manly, J.J.**, Stern, Y., Luchsinger, J.A., & Mayeux, R. Reconsidering harbingers of dementia: Progression of parietal lobe white matter hyperintensities predicts Alzheimer's disease incidence. Neurobiology of Aging, 2015; 36:27-32.

96. Meier, I.B., Gu, Y., Guzman, V.A., Wiegman, A.F., Schupf, N., **Manly, J.J.**, Stern, Y., Luchsinger, J.A., Viswanathan, A., Martinez-Ramirez, S., Greenberg, S.M., Mayeux, R., & Brickman, A.M. Lobar microbleeds are associated with decline in executive functioning in older adults. Cerebrovascular Diseases, 2014;38:377-383.

97. Palta P., Golden S.H., Teresi J., Palmas W., Weinstock R.S., Shea S., **Manly J.J.**, Luchsinger J.A. Mild cognitive dysfunction does not affect diabetes control in minority elders. J Am Geriatr Soc, 2014; 62:2363-2368.

98. Palta, P., Golden, S.H., Teresi J.A., Palmas W., Trief P., Weinstock, R.S., Shea S., **Manly J.J.**, Luchsinger JA. Depression is not associated with diabetes control in minority elderly. J Diabetes Complications, 2014; 28:798-804.

99. Logue, M.W., Schu, M., Vardarajan, B.N. Farrell, J., Bennett, D.A., Buxbaum, J.D., Byrd, G.S., Ertekin-Taner, N., Evans, D., Foroud, T., Goate, A., Graff-Radford, N.R., Kamboh, M.I., Kukull, W.A., **Manly, J.J.**, the Alzheimer Disease Genetics Consortium, Haines, J.L., Mayeux, R., Pericak-Vance, M.A., Schellenberg, G.D., Lunetta, K.L., Baldwin, C.T., Fallin, M.D., Farrer, L.A. Two rare AKAP9 variants are associated with Alzheimer disease in African Americans. Alzheimer's and Dementia, 2014; 10:609-618.

100. Zahodne, L.B., Nowinski, C.J., Gershon, R.C., **Manly, J.J.** Depressive symptoms are more strongly related to executive functioning and episodic memory among African American compared with non-Hispanic White older adults. Archives of Clinical Neuropsychology, 2014; 29:663-669.

101. Brickman, A.M., Schupf, N., **Manly, J.J.**, Stern, Y., Luchsinger, J.A., Provenzano, F.A., Narkhede, A., Razlighi, Q., Collins-Praino, L., Artero, S., Akbaraly, T.N., Ritchie, K., Mayeux, R., & Portet, F. APOE-ε4 and risk for Alzheimer's disease: Do regionally-distributed white matter hyperintensities play a role? Alzheimer's & Dementia, 2014; 10:619-629.

102. Wiegman, A.F., Meier, I.B., Schupf, N., **Manly, J.J.**, Guzman, V.A., Narkhede, A., Stern, Y., Martinez-Ramirez, S., Viswanathan, A., Luchsinger, J.A., Greenberg, S.M., Mayeux, R., Brickman, A.M. Cerebral microbleeds in a multiethnic elderly community: demographic and clinical correlates. Journal of the Neurological Sciences, 2014; 345:125-30.

103. Montine, T. J., Koroshetz, W., Babcock, D., Dickson, D. W., Galpern, W., Glymour, M. M., Greenberg, S. M., Hutton, M., Knopman, D. S., Kuzmichev, A., **Manly, J. J.**, Marder, K. S., Miller, B. L., Phelps, C., Seeley, W. W., Sieber, B.A., Silverberg, N., Sutherland, M.,

Torborg, C., Waddy, S., Zlokovic, B., & Corriveau, R. Recommendations of the Alzheimer's Disease-Related Dementias Conference. Neurology, 2014; 83:851-860.

104. Gu, Y, Scarmeas, N., Short, E.E., Luchsinger, J.A., DeCarli, C., Stern, Y., **Manly, J.J.**, Schupf, N., Mayeux, R., and Brickman, A.M. Alcohol consumption in relation to brain magnetic resonance imaging findings in dementia-free elderly. Clinical Nutrition, 2014, 33:662-667.

105. Hamilton, J.L., Brickman, A.M., Lang, R., Byrd, G.S., Haines, J.L., Pericak- Vance, M.A., & **Manly, J.J.** The relationship between depressive symptoms and cognition in older, non-demented African Americans. Journal of the International Neuropsychological Society, 2014; 20:756-763.

106. Weintraub, S., Dikmen, S.S., Heaton, R.K., Tulsky, D.S., Zelazo, P.D., Slotkin, J., Carlozzi, N.E., Bauer, P.J., Wallner-Allen, K., Fox, N., Havlik, R., Beaumont, J.L., Mungas, D., **Manly, J.J.**, Moy, C., Conway, K., Edwards, E., Nowinski, C.J., Gershon, R. The cognition battery of the NIH toolbox for assessment of neurological and behavioral function: validation in an adult sample. Journal of the International Neuropsychological Society, 2014; 20:567-578.

107. Gershon, R.C., Cook, K.F., Mungas, D., **Manly, J.J.**, Slotkin, J., Beaumont, J.L., Weintraub, S. Language measures of the NIH Toolbox Cognition Battery. Journal of the International Neuropsychological Society, 2014; 20:642-651.

108. Fieo, R., **Manly, J.J.**, Schupf, N., Stern, Y. Functional status in the young-old: establishing a working prototype of an extended-instrumental activities of daily living scale. The Journals of Gerontology Series B: Psychological Sciences and Social Sciences. 2014; 69:766-772.

109. Zahodne, L.B., Nowinski, C.J., Gershon, R.C., **Manly, J.J.** Which psychosocial factors best predict cognitive performance in older adults? Journal of the International Neuropsychological Society, 2014; 20:487-495.

110. Zahodne, L.B., Schofield, P.W., Farrell, M., Stern, Y., & **Manly, J.J.** Bilingualism does not alter age-related cognitive decline or dementia risk among Spanish-speaking immigrants. Neuropsychology, 2014; 28:238-246.

111. Zahodne, L.B., Stern, Y., **Manly, J.J.** Depressive symptoms precede memory decline, but not vice versa, in non-demented older adults. Journal of the American Geriatrics Society, 2014; 62:130-134.

112. Meier, I.B., Gu, Y., Guzman, V.A., Wiegman, A.F., Schupf, N., **Manly, J.J.**, Luchsinger, J.A., Viswanathan, A., Martinez-Ramirez, S., Greenberg, S.M., Mayeux, R., Brickman, A.M. Lobar microbleeds are associated with a decline in executive functioning in older adults. Cerebrovascular Disease, 2014; 38:377-383.

113. Wiegman, A.F., Meier, I.B., Provenzano, F.A., Schupf, N., **Manly, J.J.**, Stern, Y., Luchsinger, J.A., Brickman, A.M. Regional white matter hyperintensity volume and cognition predict death in a multiethnic community cohort of older adults. Journal of the American Geriatric Society, 2013; 61:2246-2248.

114. Sachdev, P., Lipnicki, D., Kochan, N., Crawford, J., Rockwood, K., Xiao, S., Li, J., Li, X., Brayne, C., Matthews, F., Stephan, B., Lipton, R., Katz, M., Ritchie, K., Carrière, I., Ancelin, M.-L., Seshadri, S., Au, R., Beiser, A., Lam, L., Wong, C., Fung, A., Kim, K., Han, J., Kim, T., Petersen, R., Roberts, R., Mielke, M., Ganguli, M., Dodge, H., Hughes, T., Anstey, K., Cherbuin, N., Butterworth, P., Ng, T., Gao, Q., Reppermund, S., Brodaty, H., Meguro, K., Schupf, N., **Manly, J.**, Stern, Y., Lobo, A., Lopez-Anton, R., &

Santabárbara, J. COSMIC (Cohort Studies of Memory in an International Consortium): An international consortium to identify risk and protective factors and biomarkers of cognitive ageing and dementia in diverse ethnic and sociocultural groups. BMC Neurology, 2013; 13: 1-8.

115. Huey, E.D., **Manly, J.J.**, Tang, M.-X., Schupf, N., Brickman, A.M., Manoochehri, M., Mez, J., Mayeux, D., Devanand, D.P. Course and etiology of dysexecutive MCI in a community sample. Alzheimer's & Dementia, 2013; 9: 632-639.

116. Zahodne, L.B., **Manly, J.J.**, Brickman, A.M., Siedlecki, K.L., Decarli, C., Stern, Y. Quantifying cognitive reserve in older adults by decomposing episodic memory variance: replication and extension. Journal of the International Neuropsychological Society, 2013;19:854-862.

117. Weintraub, S., Dikmen, S.S, Heaton, R.K., Tulsky, D., Zelazo, P., Slotkin, J., Carlozzi, N.E., Bauer, P.J., Wallner-Allen, K. Fox, N.A., Havlik, J., Beaumont, J.L., Mungas, D., **Manly, J.J.**, Moy, C., Conway, K., Nowinski, C., Gershon, R. The cognition battery of the NIH Toolbox for assessment of neurological and behavioral function: validation in an adult sample. Journal of the International Neuropsychological Society, 2014; 20:567-578.

118. Gershon, R.C., Slotkin, J., **Manly, J.J.**, Blitz, D.L., Beaumont, J.L., Schnipke, D., Wallner-Allen, K., Golinkoff, R.M., Gleason, J.B., Hirsh-Pasek, K., Adams, M.J., Weintraub, S. IV. NIH Toolbox Cognition Battery (CB): measuring language (vocabulary comprehension and reading decoding). Monographs of the Society for Research in Child Development. 2013; 78:49-69.

119. Mez, J., Cosentino, S., Brickman, A.M., Huey, E.D., **Manly, J.J.**, Mayeux, R. Dysexecutive versus amnestic Alzheimer disease subgroups: analysis of demographic, genetic, and vascular factors. Alzheimer Disease and Associated Disorders. 2013;27:218-225.

120. Reitz, C., Jun, G., Naj, A., Rajbhandary, R., Vardarajan, B.N., Wang, L.S., Valladares, O., Lin, C.F., Larson, E.B., Graff-Radford, N.R., Evans, D., De Jager, P.L., Crane, P.K., Buxbaum, J.D., Murrell, J.R., Raj, T., Ertekin-Taner, N., Logue, M., Baldwin, C.T., Green, R.C., Barnes, L.L., Cantwell, LB., Fallin, M.D., Go, R.C., Griffith, P., Obisesan, T.O., **Manly, J.J.**, Lunetta, K.L., Kamboh, M.I., Lopez, O.L., Bennett, D.A., Hendrie, H., Hall, K.S., Goate, A.M., Byrd, G.S., Kukull, W.A., Foroud, T.M., Haines, J.L., Farrer, L.A., Pericak-Vance, M.A., Schellenberg, G.D., Mayeux, R.; Alzheimer Disease Genetics Consortium. Variants in the ATP-binding cassette transporter (ABCA7), apolipoprotein E ∈4, and the risk of late-onset Alzheimer disease in African Americans. JAMA, 2013;309:1483-1492.

121. Victorson, D., **Manly, J.**, Wallner-Allen, K., Fox, N., Purnell, C., Hendrie, H., Havlik, R., Harniss, M., Magasi, S., Correia, H., & Gershon, R.C.. Using the NIH Toolbox in Special Populations: Considerations for Assessment of Pediatric, Geriatric, Culturally Diverse, Non-English Speaking and Disabled Individuals. Neurology, 2013; 80: S13-19.

122. Weintraub, S., Dikmen, S.S, Heaton, R.K., Tulsky, D., Zelazo, P., Bauer, P.J., Carlozzi, N.E., Slotkin, J., Blitz, D.,  Wallner-Allen, K. Fox, N.A., Beaumont, J.L., Mungas, D., Nowinski,C., Richler, J., Deocampo, J.A.,  Anderson, J.E., **Manly, J.J.**, Borosh, D., Havlik, J., Conway, K., Edwards, E., Freund, L., King, J.W., Moy, C., Witt, E., Gershon, R.C. Cognition Assessment Using the NIH Toolbox. Neurology, 2013; 80:S54-64.

123. Richard, E., Reitz, C., Honig, L.H., Schupf, N., Tang, M.-X. **Manly, J.J.**, Mayeux, R., Devanand, D., Luchsinger, J.A. Late life depression, mild cognitive impairment and dementia. Archives of Neurology, 2013; 70: 383-389.

124. Devanand, D., Lee, J., Luchsinger, J., **Manly, J.**, Marder, K., Mayeux, R., Scarmeas, N., Schupf, N., Stern, Y. Lessons from epidemiologic research about risk factors, modifiers, and progression of late onset Alzheimer's Disease in New York City at Columbia University Medical Center. Journal of Alzheimer's Disease, 2013;33 Suppl 1:S447-455.

125. Mez, J., Cosentino, S., Brickman, A.M., Huey, E.D., **Manly, J.J.**, and Mayeux, R. Characterization of dysexecutive versus amnestic Alzheimer's disease phenotypes Alzheimer Disease & Associated Disorders, 2013; 27:218-225

126. Zahodne, L.B., **Manly, J.J.**, MacKay-Brandt, A., & Stern, Y. Cognitive declines precede and predict functional declines in aging and Alzheimer's disease. PLoS One, 2013; 8: e73645.

127. Gross, A.L., **Manly, J.J.**, Pa, J., Johnson, J.K., Park, L.Q., Mitchell, M.B., Melrose, R.J., Inouye, S.K., & McLaren, D.G., for the Alzheimer's Disease Neuroimaging Initiative. Cortical Signatures of Cognition and their Relationship to Alzheimer's Disease. Brain Imaging and Behavior, 2012; 6:584-598.

128. Brickman, A.M., Provenzano, F.A., Muraskin, J., **Manly, J.J.**, Blum, S., Apa, Z., Stern, Y., Luchsinger, J.A., & Mayeux, R. Regional white matter hyperintensity volume, not hippocampal atrophy, predicts incident Alzheimer disease in the community.  Archives of Neurology, 2012; 69: 1621-1627

129. Mungas, D., Crane, P.K., Gibbons, L.E., **Manly, J.J.**, Glymour, M.M., Jones, R.N. Advanced psychometric analysis and the Alzheimer's Disease Neuroimaging Initiative: reports from the 2011 Friday Harbor conference (editorial). Brain Imaging & Behavior, 2012; 6:485-488.

130. Park, L.Q., Gross, A.L., Pa, J., McLaren, D.G., Johnson, J.K., Mitchell, M.B., **Manly, J.J.** Confirmatory factor analysis of the ADNI neuropsychological battery. Brain Imaging and Behavior, 2012; 6:528-539.

131. Johnson, J.K., Gross, A.L., Pa, J., McLaren, D.G., Park, L.Q., **Manly, J.J.** Longitudinal change in neuropsychological performance using latent growth models: A study of mild cognitive impairment. Brain Imaging and Behavior, 2012; 6:540-550.

132. Meier, I.B., **Manly, J.J.**, Provenzano, F.A., Louie, K., Wasserman, B.T., Hector, J., Allocco, E., and Brickman, A.M. White matter predictors of cognitive functioning in older adults. Journal of the International Neuropsychological Society, 2012; 18:414-427.

133. Crystal, H., Kleyman, A., Anastos, K., Lazar, J., Cohen, M., Liu, C., Pearce, L., Golub, E., Valcour, V., Ho, A., Strickler, H., Peters, M., Kovacs, A., Holman, S., Kreek, M.J., and **Manly, J.** Effects of hepatitis C and HIV on cognition in women: Data from the Women's Interagency HIV Study. Journal of Acquired Immune Deficiency Syndromes, 2012; 59:149-154.

134. Blum, S. Luchsinger, J.A., **Manly, J.J.**, Schupf, N., Stern, Y., DeCarli, C., Small, S.A., Mayeux, R., & Brickman, A.M. Memory after silent stroke: Hippocampus and infarcts both matter. Neurology. 2012; 78:38-46.

135. Noble, J.M., **Manly, J.J.**, Schupf, N., Tang, M.-X., Luchsinger, J.A. Type 2 diabetes and ethnic disparities in cognitive impairment. Ethnicity and Disease, 2012; 22:38-44.

136. Hayden, K.M., Reed, B.R., **Manly, J.J.**, Tommet, D., Pietrzak, R.H., Chelune, G.J., Yang, F.M., Revell, A.J., Bennett, D.A., Jones, R.N. Cognitive decline in the elderly: An analysis of population heterogeneity. Age and Ageing, 2011; 40:684-689.

137. Zahodne, L.B., Glymour, M.M., Sparks, C., Bontempo, D., Dixon, R.A., MacDonald, S.W.S., & **Manly, J.J.** Education does not slow cognitive decline over 12 years: evidence from the Victoria Longitudinal Study of Aging. Journal of the International Neuropsychological Society, 2011; 17:1039-1046.

138. **Manly, J.J.**, Smith, C., Crystal, H.A., Richardson, J., Golub, E.T., Greenblatt, R., Robison, E., Martin, E.M., and Young, M. Relationship of ethnicity, age, education, and reading level to speed and executive function among HIV+ and HIV- women: The WIHS Neurocognitive Substudy. Journal of Clinical and Experimental Neuropsychology, 2011; 33:853-863.

139. Crystal, H., Weedon, J., Holman, S., **Manly, J.**, Valcour, V., Cohen, M., Anastos, K., Liu, C., Mack, W.J., Golub, E., Lazar, J., Ho, A., Kreek, M.J., and Kaplan, R.J. Associations of cardiovascular variables and HAART with cognition in middle-aged HIV-infected and uninfected women. J NeuroVirology, 2011; 17:469 – 476.

140. Brickman, A.M., Siedlecki, K.L., Muraskin, J., **Manly, J.J.**, Luchsinger, J.A., Yeung, L.K., Brown, T.R., DeCarli, C., & Stern, Y. White matter hyperintensities and cognition: Testing the reserve hypothesis. Neurobiology of Aging, 2011; 32:1588-1598.

141. Jefferson, A.L., Gibbons, L.E., Rentz, D., Carvalho, J.O., **Manly, J.J.**, Bennett, D.A., & Jones, R.N. A life course model of cognitive activities, socioeconomic status, education, reading ability and cognition. Journal of the American Geriatrics Society. 2011; 59:1403-1411.

142. Glymour, M.M., Kosheleva, A., Wadley, V.G., Weiss, C., **Manly, J.J.** The geographic distribution of dementia mortality: elevated mortality rates for Black and White Americans by place of birth. Alzheimer Disease & Associated Disorders, 2011; 25:196–202.

143. Jones, R.N., **Manly, J.J.**, Glymour, M.M., Rentz, D., Jefferson, A.L., & Stern, Y. Conceptual and measurement challenges in research on cognitive reserve. Journal of the International Neuropsychological Society, 2011; 17:593 – 601.

144. Fyffe, D.C., Mukherjee, S., Barnes, L.L., **Manly, J.J.**, Bennett, D.A., & Crane, P.K. Relationship between cognitive reserve and differential item functioning (DIF) on memory test performance among Black and White older adults. Journal of the International Neuropsychological Society, 2011; 17:625 – 638.

145. McKhann, G. M., Knopman, D. S., Chertkow, H., Hyman, B. T., Jack, C. R., Kawas, C. H., Klunk, W. E., Koroshetz, W. J., **Manly, J. J.**, Mayeux, R., Mohs, R. C., Morris, J. C., Rossor, M. N., Scheltens, P., Carrillo, M. C., Thies, B., Weintraub, S. and Phelps, C. H. The diagnosis of dementia due to Alzheimer's disease: Recommendations from the National Institute on Aging-Alzheimer's Association workgroups on diagnostic guidelines for Alzheimer's disease. Alzheimer's & Dementia, 2011;7:263-269.

146. Silverberg, N. B., Ryan, L. M., Carrillo, M. C., Sperling, R., Petersen, R. C., Posner, H. B., Snyder, P. J., Hilsabeck, R., Gallagher, M., Raber, J., Rizzo, A., Possin, K., King, J., Kaye, J., Ott, B. R., Albert, M. S., Wagster, M. V., Schinka, J. A., Cullum, C. M., Farias, S. T., Balota, D., Rao, S., Loewenstein, D., Budson, A. E., Brandt, J., **Manly, J. J.**, Barnes, L., Strutt, A., Gollan, T. H., Ganguli, M., Babcock, D., Litvan, I., Kramer, J. H. and Ferman, T. J. Assessment of cognition in early dementia. Alzheimer's & Dementia, 2011; 7: e60-e76.

147. **Manly, J.J.**, Schupf, N., Stern, Y., Brickman, A.M., Tang, M.-X., Mayeux, R. Telephone-based identification of mild cognitive impairment and dementia in a multicultural cohort. Archives of Neurology, 2011;68:607-614. NIHMSID297337

148. Gibbons, LE, Crane, P., Mehta, K., Pedraza, O., Tang, Y., **Manly, J.J.**, Narasimhalu, K., Teresi, J., Jones, R.N., and Mungas, D. Multiple, correlated covariates associated with differential item functioning (DIF): Accounting for language DIF when education levels differ across languages. Ageing Research, 2011; 2, e4.

149. Mayeux, R. Reitz, C., Brickman, A., Haan, M.N., **Manly, J.J.**, Glymour, M.M., Weiss, C.C., Yaffe, K., Middleton, L., Hendrie, H.C., Warren, L.H., Hayden, K.M., Welsh-Bohmer, K.A., Breitner, J.C.S., and Morris, J.C. Operationalizing diagnostic criteria for Alzheimer's disease and other age-related cognitive impairment—Part 1. Alzheimer's & Dementia, 2011: 7: 15-34.

150. Cosentino, S., Stern Y., Sokolov, E., Scarmeas, N., **Manly, J.**, Tang, M.X., Schupf, N., & Mayeux, R. Plasma amyloid and cognitive decline. Archives of Neurology, 2010;67:1485-1490. NIHMSID211837

151. Reitz, C., Tang, M.X., Schupf, N., **Manly, J.J.**, Mayeux, R., Luchsinger, J.A. Association of higher levels of high-density lipoprotein cholesterol in elderly individuals and lower risk of late-onset Alzheimer disease. Archives of Neurology, 2010; 67:1491-1497.

152. Byrd, D.A., Razani, J. Suarez, P., LaFosse, J.M., **Manly, J.J.**, & Attix, D.K. Diversity Summit 2008: Challenges in the Recruitment and Retention of Ethnic Minorities in Neuropsychology. The Clinical Neuropsychologist, 2010; 24:1279-1291.

153. Muller, M., Schupf, N., **Manly, J.J.**, Mayeux, R., & Luchsinger, J.A. Sex hormone binding globulin and incident Alzheimer's disease in elderly men and women. Neurobiology of Aging, 2010; 31:1758-1765.

154. Devanand, D.P., Tabert, M.H., Cuasay, K., **Manly, J.J.**, Schupf, N., Brickman, A.M., Andrews, H., Brown, T.R., DeCarli, C., and Mayeux, R. Olfactory identification deficits and MCI in a multi-ethnic elderly community sample. Neurobiology of Aging, 2010; 31: 1593-1600.

155. Reitz, C., Tang, M.X., Schupf, N., **Manly, J.J.**, Mayeux, R., & Luchsinger, J.A. A summary risk score for the prediction of Alzheimer disease in elderly persons. Archives of Neurology, 2010; 67:835-841.

156. Siedlecki, K.L., **Manly, J**.J, Brickman, A.M., Schupf, N., Tang, M.-X., & Stern, Y. Do neuropsychological tests have the same meaning in Spanish speakers as they do in English speakers? Neuropsychology, 2010; 24:402-11.

157. Brickman, A.M., Reitz, C., Luchsinger, J.A., **Manly, J.J.**, Schupf, N., Muraskin, J., DeCarli, C., Brown, T.R., and Mayeux, R. Longterm blood pressure fluctuation and cerebrovascular disease in an elderly cohort. Archives of Neurology, 2010; 67:564-9.

158. Rivera Mindt, M., Byrd, D., Saez, P., & **Manly, J.J.** Increasing culturally competent neuropsychological services for ethnic minority populations: A call to action. The Clinical Neuropsychologist, 2010; 24:429-53.

159. Noble JM, **Manly JJ**, Schupf N, Tang MX, Mayeux R, Luchsinger JA. Association of C-reactive protein with cognitive impairment. Archives of Neurology, 2010; 67:87-92.

160. Reitz, C., Brickman, A.M., Brown, T.R., **Manly, J.J.**, DeCarli, C., Small, S.A., Mayeux, R. Linking hippocampal structure and function to memory performance in an aging population. Archives of Neurology, 2009; 66:1385-1392.

161. Luchsinger, J.A., Brickman, A.M., Reitz, C., Cho, S.-J., Schupf, N., **Manly, J.J.**, Tang, M.-X., Mayeux, R., DeCarli, C., Small, S., Brown, T. Subclinical cerebrovascular disease in mild cognitive impairment. Neurology, 2009; 73:450-456.

162. Reitz, C., Schupf, N., Luchsinger, J.A., Brickman, A.M., **Manly, J.J.** Andrews, H., Tang, M.X., DeCarli, C., Brown, T.R., & Mayeux, R. Validity of self-reported stroke in elderly African Americans, Caribbean Hispanics and Caucasians. Archives of Neurology, 2009; 66:834-840.

163. Romero, H. Lageman, S., Kamath, V.J., Irani, F., Sim, A., Suarez, P. **Manly, J.J.**, Attix, D.K., Proceedings of the Challenges in the Neuropsychological Assessment of Ethnic Minorities Problem Solving Summit. The Clinical Neuropsychologist, 2009; 23: 761-779.

164. Acevedo, A., Krueger, K.R., Navarro, E., Ortiz, F., **Manly, J.J.**, Padilla-Velez, M., Weintraub, S., Lopez, O.L., & Mungas, D. The Spanish Translation and Adaptation of the Uniform Data Set (UDS) of the National Institute on Aging Alzheimer's Disease Centers. Alzheimer Disease & Associated Disorders, 2009; 23:102–109.

165. Scarmeas, N., Stern, Y., Mayeux, R., **Manly, J.J** Schupf, N., & Luchsinger, J.A. Mediterranean diet and mild cognitive impairment. Archives of Neurology, 2009; 13: 256-259.

166. Cabo, R. & **Manly, J.J.** Differences in rates of dementia and quality of education among diverse older adults. Generations, 2009; 33: 86-89.

167. Schupf, N., Tang, M.X., Fukuyama, H., **Manly, J.**, Andrews, H., Mehta, P., Ravetch, J., & Mayeux, R. Peripheral Abeta subspecies as risk biomarkers of Alzheimer's disease. Proceedings of the National Academy of Science, 2008; 105: 14052-14057.

168. Crane, P.K., Narasimhalu, K., Gibbons, L.E., Pedraza, O., Mehta, K., Tang, **Manly, J.J.**, Jones, R.N., Reed, B.R., Mungas, D.M. The impact of accounting for differential item functioning on the relationship between executive functioning and brain white matter hyperintensities. Journal of the International Neuropsychological Society, 2008; 14: 746-759.

169. Glymour, M.M., **Manly, J.J.** Lifecourse social conditions and racial and ethnic patterns of cognitive aging. Neuropsychology Review, 2008; 18: 223-54.

170. **Manly J.J.** Critical Issues in Cultural Neuropsychology: Profit from Diversity. Neuropsychology Review, 2008; 18: 179-183. NIHMSID125825.

171. Brickman, A. M., Schupf, N., **Manly, J.J.**, Luchsinger, J.A., Andres, H., Tang, M.-X., Small, S.A., Mayeux, R., DeCarli, C., and Brown, T.R. Brain morphology in elderly African Americans, Caribbean Hispanics, and Caucasians from Northern Manhattan. Archives of Neurology, 2008; 65: 1053-1061.

172. Dilworth-Anderson, P., Hendrie, H.C., **Manly, J.J.**, Khachaturian, A.S., & Fazio. Diagnosis and assessment of Alzheimer's disease in diverse populations. Alzheimer's & Dementia, 2008; 4: 305-309.

173. **Manly, J.J.**, Tang, M.-X., Schupf, N., Stern, Y., & Mayeux, R. Frequency and course of mild cognitive impairment in a multiethnic community. Annals of Neurology, 2008; 63: 494–506. NIHMSID46337.

174. Akerblom, J. Costa, R., Luchsinger, J.A., **Manly, J.J.**, Tang, M.-X., Lee, J., Mayeux, R., and Schupf, N.. Relation of plasma lipids to all cause mortality in Caucasian, African American and Hispanic Elders. Age and Ageing, 2008; 37: 207-213.

175.  Reitz, C., Tang, M.-X., **Manly, J.J.**, Schupf, N., Mayeux, R., & Luchsinger, J.A. Plasma lipid levels in the elderly are not associated with the risk of mild cognitive impairment. Dementia and Geriatric Cognitive Disorders, 2008; 25: 232-237.

176.  Jarvik, L., LaRue, A., Blacker, D., Gatz, M., Kawas, C., McArdle, J.J., Morris, J.C., Mortimer, J.A., Ringman, J.M., Ercoli, L., Freimer, N., Gokhman, I., **Manly, J.J.**, Plassman, B.L., Rasgon, N., Roberts J.S., Sunderland T., Swan G.E., Wolf, P.A., & Zonderman, A.B. Children of persons with Alzheimer disease: what does the future hold? Alzheimer Disease and Associated Disorders, 2008 22: 6-20.

177.  Grunebaum, M.F., Oquendo, M.A., & **Manly, J.J.** Depressive symptoms and antidepressant use in a random community sample of ethnically diverse, urban elder persons. Journal of Affective Disorders, 2008; 105: 273-277.

178.  Reitz, C., Tang, M.X., **Manly, J.**, Mayeux, R., Luchsinger, J.A. Hypertension and the risk of mild cognitive impairment. Archives of Neurology, 2007; 64: 1734-1740.

179.  Reitz, C., Patel, B. Tang, M.-X., **Manly, J.J.**, Mayeux, R., & Luchsinger, J.A. Relation between vascular risk factors and neuropsychological test performance among elderly persons with Alzheimer's disease. Journal of the Neurological Sciences, 2007; 257: 194-201.

180.  Faison, W.E., Schultz, S.K., Aerssens, J., Alvidrez, J., Anand, R., Farrer, L., Jarvik, L., **Manly, J.J.**, McRae, T., Murphy, G.M., Olin, J.T., Regier, D., Sano, M., and Mintzer, J.E. Potential ethnic modifiers in the assessment and treatment of Alzheimer's disease: challenges for the future. International Psychogeriatrics, 2007; 19: 539-558.

181.  Lee, J.H., Cheng, R., Schupf, N., **Manly, J.J.**, Lantigua, R. Stern, Y., Rogaeva, E., Wakutani, Y., Farrer, L., St. George-Hyslop, P., & Mayeux, R. The association between genetic variants in SORL1 and Alzheimer Disease in an urban, multiethnic, community-based cohort. Archives of Neurology, 2007; 64: 501-506.

182.  Luchsinger, J.A., Reitz, C., Patel, B., Tang, M.-X., **Manly, J.J.**, & Mayeux, R. Relation of diabetes to Mild Cognitive Impairment. Archives of Neurology, 2007; 64: 570-575.

183.  Cosentino, S., **Manly, J.J.**, & Mungas, D. Do reading scores measure the same construct across ethnic and linguistic groups? Journal of the International Neuropsychological Society, 2007; 13: 228-236.

184.  **Manly, J.J.**, & Echemendia, R.J. Race-specific norms: Using the model of hypertension to understand issues of race, culture, and education in neuropsychology. Archives of Clinical Neuropsychology, 2007; 22: 319–325.

185.  Muller, M., Tang, M.-X., Schupf, N., **Manly, J.J.**, Mayeux, R., & Luchsinger, J.A. Metabolic syndrome and dementia risk in a multiethnic elderly cohort. Dementia and Geriatric Cognitive Disorders, 2007; 24: 185–192.

186.  **Manly, J.J.** Deconstructing race and ethnicity: implications for measurement of health outcomes. Medical Care 2006; 44: S10-S16.

187.  Tabert, M.H., **Manly, J.J.**, Liu, X., Rosenblum, S., Jacobs, M., Zamora, D., Goodkind, M., Pelton, G., Stern, Y., & Devanand, D.P. Neuropsychological prediction of conversion to AD in MCI Patients. Archives of General Psychiatry 2006; 63:916-924.

188.  Reitz, C. Luchsinger, J.A., Tang, M.X., **Manly, J.J.**, Mayeux, R. Stroke and memory performance in elderly persons without dementia. Archives of Neurology 2006; 63:571-576.

189. Scarmeas, N., Albert, S.M., **Manly, J.J.**, and Stern, Y. Education and rates of cognitive decline in incident Alzheimer's disease. Journal of Neurology, Neurosurgery & Psychiatry 2006; 77: 308-316.

190. Brickman, A.M., Cabo, R., & **Manly, J.J.**, Ethical issues in cross-cultural neuropsychology. Applied Neuropsychology 2006; 13: 91 - 100.

191. **Manly, J.J.**, Schupf, N., Tang, M.-X., & Stern, Y. Cognitive decline and literacy among ethnically diverse elders. Journal of Geriatric Psychiatry and Neurology 2005; 18: 213 – 217.

192. Byrd, D.A., Sanchez, D., & **Manly, J.J.** Neuropsychological test performance among Caribbean-born and U.S.-born African American elderly: the role of age, education and reading level. Journal of Clinical and Experimental Neuropsychology 2005; 27: 1056 - 1069.

193. **Manly, J.J.**, Bell-McGinty, S., Tang, M.-X., Schupf, N., Stern, Y., & Mayeux, R. Implementing diagnostic criteria and estimating frequency of Mild Cognitive Impairment in an urban community. Archives of Neurology 2005; 62: 1739 - 1746.

194. Teng, E.L., & **Manly, J.J.** Neuropsychological Testing: Helpful or Harmful? Alzheimer's Disease and Associated Disorders, 2005; 19:267 – 271.

195. Byrd, D.A., Jacobs, D.J., Hilton, H.J., Stern, Y., & **Manly, J.J.**. Sources of errors on visuoperceptual tasks: The role of education, literacy, and search strategy. Brain and Cognition 2005; 58: 251 - 257.

196. **Manly, J.J.** Advantages and disadvantages of separate norms for African Americans. The Clinical Neuropsychologist 2005; 19: 270 – 275.

197. Clark, C. M., DeCarli, C., Mungas, D., Chui, H. I., Higdon, R., Nunez, J., Fernandez, H., Negron, M., **Manly, J.**, Ferris, S., Perez, A., Torres, M., Ewbank, D., Glosser, G., & van Belle, G. Earlier Onset of Alzheimer Disease Symptoms in Latino Individuals Compared With Anglo Individuals. Archives of Neurology 2005; 62: 774-778.

198. Reitz, C., Luchsinger, J., Tang, M.-X., **Manly, J.J.**, & Mayeux, R. Impact of plasma lipids and time on memory performance in healthy elderly without dementia. Neurology 2005; 64: 1378-83.

199. Louis, E.D., Schupf, N., **Manly, J.**, Marder, K., Tang, M.X., & Mayeux, R. Association between mild parkinsonian signs and mild cognitive impairment in a community. Neurology 2005; 54: 1157-1161.

200. **Manly, J.J.**, Byrd, D., Touradji, P., Sanchez, D., & Stern, Y. Literacy and cognitive change among ethnically diverse elders. International Journal of Psychology 2004; 39: 47 – 60.

201. Byrd, D.A., Touradji, P., Tang, M.-X., & **Manly, J.J.** Cancellation test performance in an ethnically diverse elderly sample. Journal of the International Neuropsychological Society 2004; 10: 401 - 411.

202. Hoskin, EK, Tang, MX, **Manly, J.J.**, & Mayeux, R. Elevated sex hormone binding globulin in elderly women with Alzheimer's disease. Neurobiology of Aging 2004; 25: 141 – 147.

203. **Manly, J.J.** & Espino, D.V. Cultural influences on dementia recognition and management. Clinics in Geriatric Medicine 2004; 20: 93-119.

204. Noe, E., Marder, K., Bell, K.L., Jacobs, D.M., **Manly, J.J.**, & Stern, Y. Comparison of dementia with Lewy bodies to Alzheimer's disease and Parkinson's disease with dementia. Movement Disorders 2004; 19: 60 – 67.

205. **Manly, J.J.**, Byrd, D., Touradji, P., & Stern, Y. Acculturation, reading level, and neuropsychological test performance among African American elders. Applied Neuropsychology 2004; 11: 37 – 46.

206. Honig, L.S., Tang, M.-X., Albert, S., Costa, R., Luchsinger, J., **Manly, J.**, Stern, Y., & Mayeux, R. Stroke and the risk of Alzheimer disease. Archives of Neurology 2003; 60: 1707-1712.

207. Mayeux, R., Honig, L.S., Tang, M.-X., **Manly, J**., Stern, Y., Schupf, N., and Mehta, P.D. Plasma Ab40 and Ab42 and Alzheimer's disease: Relation to age, mortality, and risk. Neurology 2003; 61: 1185-1190.

208. **Manly, J.J.**, Touradji, P., Tang, M-X., & Stern, Y. Literacy and memory decline among ethnically diverse elders. Journal of Clinical and Experimental Neuropsychology 2003; 25: 680-690.

209. Caccappolo-Van Vliet, E., **Manly, J.**, Tang, M.-X., Marder, K., Bell, K., & Stern, Y. The neuropsychological profiles of mild Alzheimer's disease and questionable dementia as compared to age-related cognitive decline. Journal of the International Neuropsychological Society 2003; 9: 720-732.

210. **Manly, J.J.**, Jacobs, D.M., Touradji, P., Small, S.A., & Stern, Y. Reading level attenuates differences in neuropsychological test performance between African American and White elders. Journal of the International Neuropsychological Society 2002; 8: 341-348.

211. Scarmeas, N., Levy, G., Tang, M-X., **Manly, J.**, & Stern, Y. Influence of leisure activity on the incidence of Alzheimer's Disease. Neurology 2001; 57: 2236-2242.

212. Touradji, P., **Manly, J.J.**, Jacobs, D., & Stern, Y. Neuropsychological test performance: a study of non-Hispanic White elderly. Journal of Clinical and Experimental Neuropsychology 2001; 23: 643-649.

213. **Manly, J.J.**, Merchant, C.A., Jacobs, D.J., Small, S.A., Bell, K., Ferin, M., & Mayeux, R. Endogenous estrogen levels and Alzheimer's disease among postmenopausal women. Neurology 2000; 54: 833-837.

214. Mayeux, R. Tang, M-X. Jacobs, D.J., **Manly, J**., Bell, K. Merchant, C., Small, S., Stern, Y., Wisniewski, H.M., & Mehta, P.D. Plasma amyloid b peptide 1-42 and incipient Alzheimer's disease. Annals of Neurology 1999; 46: 412-416.

215. Merchant, C.M., Tang, M.-X., Albert, S., **Manly, J**., Stern, Y., & Mayeux, R. The influence of smoking on the risk of Alzheimer's disease. Neurology 1999; 52:1408-12.

216. **Manly, J.J.**, Jacobs, D.M., Sano, M., Merchant, C.A., Small, S.A., & Stern, Y. Effect of literacy on neuropsychological test performance in nondemented, education-matched elders. Journal of the International Neuropsychological Society 1999; 5:191-202.

217. **Manly, J.J.**, Jacobs, D.M., Sano, M., Bell, K., Merchant, C.A., Small, S.A., & Stern, Y. Cognitive test performance among nondemented elderly African Americans and Whites. Neurology 1998; 50:1238-1245.

218. **Manly, J.J.**, Miller, S.W., Heaton, R.K., Byrd, D., Reilly, J., Velasquez, R.J., Saccuzzo, D.P., Grant, I., & the HIV Neurobehavioral Research Center (HNRC) Group. The effect of African American acculturation on neuropsychological test performance in normal and HIV positive individuals. Journal of the International Neuropsychological Society 1998; 4: 291-302.

219. **Manly, J.J.**, Patterson, T.L., Heaton, R.K., Semple, S.J., White, D.A., Velin, R.A., Atkinson, J.H., Koch, W.L., Chandler, J.L., Grant, I. & the HIV Neurobehavioral Research

Center (HNRC) Group. The relationship between neuropsychological functioning and coping activity among HIV positive men. AIDS and Behavior 1997; 2: 81-91.

220. Janak, P.H., **Manly, J.J.**, and Martinez, J.L. [Leu]Enkephalin enhances active avoidance conditioning in rats and mice. Neuropsychopharmacology 1994; 10: 53-59.

Chapters:

1. Cagigas, X.E., & **Manly, J.J.** Cultural Neuropsychology. In M. Parsons & T. Hammeke (Eds.), Clinical Neuropsychology: A Pocket Handbook for Assessment, 3rd Ed. American Psychological Association, Washington, DC, 2014.

2. Cosentino, S., Brickman, A., & **Manly, J.J.** Neuropsychological Assessment of the Dementias of Late Life. In K. Warner Schaie & Sherry L. Willis (Eds.), Handbook of the Psychology of Aging (7th edition). Academic Press, London, 2011, pp. 339-352.

3. **Manly, J.J.** Race, Culture, Education, and Cognitive Test Performance among Older Adults. In Hofer, S. and Alwin, D. (Eds.). Handbook on Cognitive Aging: Interdisciplinary Perspectives. Sage, Thousand Oaks, CA, 2008, pp. 398-417.

4. **Manly, J.J.**, Schupf, N., Tang, M.-X., Weiss, C.C., & Stern, Y. Literacy and cognitive decline among ethnically diverse elders. In Y. Stern (Ed). Cognitive Reserve: Theory and Applications. Taylor & Francis, New York, 2007, pp. 219 - 235.

5. Byrd, D.A. & **Manly, J.J.** Cultural considerations in neuropsychological assessment of the elderly. In S.S. Bush & T.A. Martin (Eds.) Geriatric Neuropsychology: Practice Essentials. Psychology Press, New York, 2005, pp. 115 - 139.

6. **Manly, J.J.** Cultural issues. In D. Koltai-Attix & K. Welsh-Bohmer (Eds). Geriatric Neuropsychology: Assessment and Intervention. Guilford Publications, New York, 2005, pp. 198 - 222.

7. **Manly, J.J.**, & Mayeux, R. Ethnic differences in dementia and Alzheimer's disease. In N. A. Anderson, R. A. Bulatao, and B. Cohen (Eds.) Critical perspectives on racial and ethnic differentials in health in late life. National Academies Press, Washington, DC, 2004, pp. 95 – 141.

8. **Manly, J. J.** & Jacobs, D. M. Future directions in neuropsychological assessment with African Americans. In F.R. Ferraro (Ed.), Minority and Cross-cultural Aspects of Neuropsychological Assessment. Swets and Zeitlinger, Lisse, Netherlands, 2001, pp. 79-96.

9. **Manly, J.J.**, Jacobs, D. M., & Mayeux, R. Alzheimer Disease among different ethnic and racial groups. In R.D. Terry, R. Katzman, S.S. Sisodia, & K.L. Bick (Eds.), Alzheimer's Disease. Lippincott Williams & Wilkins, Philadelphia, PA, 1999, pp. 117–132.

10. Heaton, R. K., Taylor, M., & **Manly, J.** Demographic effects and demographically corrected norms with the WAIS-III and WMS-III. In D. Tulsky, R. K. Heaton, G. J.

Chelune, R. Ivnik, R.A. Bornstein, A. Prifitera, & M. Ledbetter (Eds.), Clinical Interpretations of the WAIS-III and WMS-III. Academic Press, San Diego, CA, 2003, pp. 181-210.

Published Abstracts (available upon request)

**INVITED AND PEER-SELECTED PRESENTATIONS**

2017   Mid-Year Meeting of the International Neuropsychological Society, "Mechanisms of Disparities in Alzheimer's Disease", Cape Town, South Africa

2017   Alzheimer's Association International Conference, "Racial Disparities in Dementia Determinants and Outcome", London, England

2017   Alzheimer's Association International Conference, "Offspring Study of Racial Disparities in Alzheimer's Disease", London, England

2017   45th Annual Meeting of the International Neuropsychological Society, "Collaboration of Neuropsychologists in the Americas Can Accelerate Progress in Research and Practice", New Orleans, LA

2016   Wisconsin Alzheimer's Institute Annual Meeting, "Disparities in Alzheimer's Disease", Madison, WI.

2014   42nd Annual Meeting of the International Neuropsychological Society, "Ethical, Clinical, and Research Considerations for Cultural Neuropsychology", Seattle, WA

2013   Alzheimer's Association Research Roundtable, "Cultural Implications of Measuring Function and Cognition", Washington, DC

2012   Alzheimer's Association International Conference Plenary, "Challenges for the detection of dementia in culturally, racially and ethnically diverse populations", Vancouver, BC

2011   University of Rhode Island Psychology Department. "Race, Culture and Education among Older Adults: Relationships to Cognitive Aging and Risk for Alzheimer's Disease", Kingston, RI

2011   New York University Alzheimer's Disease Center, Center of Excellence on Brain Aging Scientific Colloquium, "Alzheimer's Disease and Cognitive Impairment among Ethnically and Educationally Diverse Older Adults", New York, NY

2011   New York Neuropsychology Group Spring Conference, "Culture and Quality of Education in Neuropsychological Assessment", New York, NY

2011   New York City Chapter of the Alzheimer's Association, Black History Month Dinner, "Importance of Participation in Research on Aging and Memory among African Americans", New York, NY

2011   New Jersey Neuropsychological Society Fall Conference, "Race, Culture and Education: Relationships to Cognitive Aging and Risk for Alzheimer's Disease", Union Township, NJ

2011   Dana Alliance for Brain Initiatives and the AARP, "Staying Sharp: Ask the Experts", New York, NY

2011    Columbia University Medical Center Child Psychiatry T32 Fellowship Seminar, "The Role of Race, Culture, and Education in Neuropsychological Assessment", New York, NY

2011    American Psychological Association Division 40 (Clinical Neuropsychology) Invited Address, "Cognitive Aging among Caribbean Hispanic Immigrants", Washington, DC

2010    University of Wisconsin, Madison, Alzheimer's Disease Research Center and Madison VA Hospital GRECC, "The Effects of Culture and Education on Cognitive Aging and Risk for Alzheimer's Disease", Madison, WI

2010    NIH State-of-the-Science: Preventing Alzheimer's Disease and Cognitive Decline, "Risk Reduction Factors for Alzheimer's Disease and Cognitive Decline in Older Adults: Sociocultural and Demographic Factors", Washington, DC

2010    NIA Conference on Assessment of Cognition in Early Dementia, "Research Considerations for Assessment of Cognitive Function among Diverse Older Adults", Washington, DC

2010    National Institute on Aging Summer Institute on Aging Research, "Cognitive Test Performance of African American Elders", Wye River, MD

2010    National Advisory Council on Aging Task Force on Minority Aging and Health Disparities, "Informed Consent for Genetic and Cognitive Research among African American Older Adults"

2010    Columbia University Medical Center Department of Neurology Grand Rounds, "Cognitive Aging and Alzheimer's Disease among African Americans", New York, NY

2010    Brown University Medical Center Department of Psychiatry Grand Rounds, "Race, Culture and Education among Older Adults: Relationships to Cognitive Aging and Risk for Alzheimer's Disease", Providence, RI

2010    Binghamton University, State University of New York, Department of Psychology Colloquium, "Race, Culture and Education: Relationships to Cognitive Aging and Risk for Alzheimer's Disease", Binghamton, NY

2010    8th Annual Symposium on Early Alzheimer's Disease, "Assessment of Cognitive Impairment among Ethnic Minorities", Miami, FL

2009    University of Arizona, ARL Division of Neural Systems, Memory and Aging, Evelyn F. McKnight Brain Institute, "Race, Language, Education, and Cognitive Aging", Tucson, AZ

2009    National Institute on Aging Summer Institute on Aging Research, "Race, Language, Education, and Cognitive Aging", Wye River, MD

2009    Emory University Department of Neurology and Alzheimer's Disease Research Center, "Race, Language, Education, and Cognitive Aging", Atlanta, GA

2009    Deep South Resource Center for Minority Aging Research, University of Alabama Birmingham and Tuskegee University, "Cognitive Aging and Dementia among African American Older Adults", Tuskegee, AL

2008    National Institute on Aging Summer Institute on Aging Research, "Cognitive Test Performance among African American Elders", Wye River, MD

2008    Nassau University Medical Center, "Deconstructing Race and Ethnicity: Implications for Health Outcomes", East Meadow, NY

2008    John Jay College of Criminal Justice, Department of Psychology, "Measurement of Cognitive Ability among African Americans", New York, NY

2008    Eighth Annual Early Stage Memory Disorders Forum, NYC Alzheimer's Association, "Alzheimer's Disease among African Americans", New York, NY

2008    Challenges in the Neuropsychological Assessment of Ethnic Minorities: A Problem Solving Summit, "Deconstruction of race for neuropsychology: Acculturation, quality of education, and genetic markers", Waikoloa, HI

2008    Boston University School of Medicine, "Race as a Variable in Neuropsychology", Boston, MA

2008    28th Annual Conference of the National Academy of Neuropsychology, "Critical Issues in Cultural Neuropsychology: Theoretical and Empirical Bases for Clinical Practice", New York, NY

2007    University of Virginia, "Educational Experience, Cognitive Aging, and Alzheimer's Disease among African American Elders", Charlottesville, VA

2007    University of British Columbia, "Deconstruction of Race and Education in Cognitive Assessment", Vancouver, BC, Canada

2007    University of Alabama at Birmingham, "Stigma and Disparities: Alzheimer's in the African American Community", Birmingham, AL

2007    Oregon Health Sciences University, "Are African Americans at higher risk for Alzheimer's Disease?", Portland, OR

2007    New York University Center for Brain Health, "Cognitive Aging and Alzheimer's Disease in African Americans", New York, NY

2007    National Institute on Aging Summer Institute on Aging Research, "Cognitive Aging and Alzheimer's Disease among African Americans", Wye River, MD

2007    National Institute on Aging Cognitive Aging Summit, "Quality of Education and Cognitive Aging among African American Elders", Washington DC

2007    Florida State University, "Deconstruction of Race and Education for Neuropsychological Studies of African Americans and Hispanics", Tallahassee, FL

2006    University of Southern California, Dementia Assessment Among Ethnic Minority Elders USC – Education Conference

2006    University of California: San Diego, "Cognitive Aging and Alzheimer's Disease Among Ethnically Diverse Elders", San Diego, CA

2006    University of California: Los Angeles, "Literacy, Cognition, and Dementia Among Ethnically Diverse Elders", Los Angeles, California

2006    New York Academy of Sciences, Psychology Section Lecture, "Deconstruction of Race and Education for Research on Cognitive Aging and Alzheimer's Disease", New York, NY

2006    National Institute on Aging Summer Institute on Aging Research, "Race As a Research Variable in Neuropsychology", Wye River, MD

2006    Delta Sigma Theta Sorority, Inc., New Bern Chapter, "The Silent Epidemic: Alzheimer's Disease in African Americans", New Bern, NC

2006    Boston University Medical Center, "The Role of Cultural and Educational Experience in Detection of AD and Risk for Cognitive Decline Among Ethnically Diverse Elders", Boston, MA

2006    Alzheimer's Association Care Conference, "Diversity in Dementia Care", Atlanta, GA

2005    University of Washington - Seattle, Friday Harbor Psychometrics Workshop, "Cultural and Demographic Influences on Neuropsychological Test Scores", Friday Harbor, Washington

2005    University of Virginia, "Literacy, Cognition, and Dementia Among Ethnically Diverse Elders", Charlottesville, VA

2005    University of Arkansas for Medical Sciences Alzheimer's Disease Center, "Neuropsychological Testing among African American Elders", Little Rock, Arkansas

2005    Oregon Health Sciences University, Layton Aging and Alzheimer's Disease Center, "Alzheimer's Disease among African Americans", Portland, OR

2005    National Multicultural Conference and Summit 2005, "The Impact of Educational and Cultural Experience on Interpretation of Cognitive Test Scores", Los Angeles, CA

2005    International Psychogeriatric Association 12th International Congress, "Race, Culture, Education, and Cognition among Diverse Elders", Stockholm, Sweden

2005    International Conference on the Future of Cognitive Aging Research, "Race, Culture, Education, and Neuropsychological Test Performance", State University, Pennsylvania

2005    3rd Annual Mild Cognitive Impairment Symposium, "MCI among Ethnically Diverse Elders", Miami, FL

2005    University of Southern California, "Culture and Cognitive Test Performance", Los Angeles, CA

2004    Wayne State University Institute of Gerontology, "Deconstruction of race and education in research on cognitive function", Detroit, MI

2004    Northern California Neuropsychology Forum, "Diversity in Neuropsychological Testing: Issues with African American and Latino Populations", San Francisco, CA

2004    Massachusetts Neuropsychological Society, "Deconstructing Race and Education: Lessons from Cross-Cultural Neuropsychology", Boston, MA

2004    Kessler Medical Rehabilitation Research and Education Corporation, "Cognitive Test Performance among African Americans and Hispanics", West Orange, NJ

2004    Fordham University Department of Psychology, "Race, Education, and Cognitive Test Performance", New York, NY

2004    Duke University Medical School Bryan Alzheimer's Disease Research Center, "Detection of Alzheimer's Disease among African Americans", Durham, NC

2004    Columbia University School of Social Work, "Minority Health Disparities", New York, NY

2004    Colorado Neuropsychological Society, "Diversity in Neuropsychological Testing: African American Populations", Denver, CO

2004    5th Annual HealthEast Brain Injury Conference, "Diversity in Neuropsychological Testing", St. Paul, MN

2004    25th Annual Conference of the New York Neuropsychology Group, "Deconstructing Race and Education: Lessons for Neuropsychology", New York, NY

2002    Washington University, "African American Neuropsychology", St. Louis, MO