# Exhibits 1-10 to the Declaration of Justin R. Wyatt, Esq. Filed Separately Under Seal