**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                      Plaintiffs<br><br>      v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                      Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |

**[PROPOSED]
ORDER**

AND NOW, on this _____ day of _____, 2020, having considered Movants Kevin Henry and Najeh Davenport's Motion for Leave to File Under Seal, IT IS HEREBY ORDERED AND DECREED that the Motion is GRANTED.

IT IS SO ORDERED.

                                            BY THE COURT:

                                            _____
                                            The Honorable Anita B. Brody
                                            United States District Judge