UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>         v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>                Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ORDER**

    **AND NOW**, on this 3rd day of November, 2020, it is **ORDERED** that Movants Kevin Henry and Najeh Davenport's Motion for Leave to File Under Seal (ECF No. 11223) is **GRANTED**.[1]

                                                                  s/ANITA B. BRODY, J.
                                                                  ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] The NFL Parties and Class Counsel consented to this motion. *See* ECF No. 11223 ¶ 5.