UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>     Plaintiffs<br><br>     v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>     Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**[PROPOSED] ORDER**

AND NOW, this __ day of _____, 2020, upon consideration of the Motion for Leave to File a supporting Memorandum by interested Black Settlement Class Members, and all opposition thereto, it is hereby ORDERED that the Motion for Leave is GRANTED, and the Supporting Memorandum attached as Exhibit A to the Motion for Leave is deemed filed and served.

BY THE COURT:

_____
Hon. Anita B. Brody
United States District Court Judge