UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>                      Plaintiffs,<br><br>               v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>                      Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>SPID No. 950005876 | |

## ORDER

      **AND NOW**, on this 12th day of November, 2020, it is **ORDERED** that Retired Player P.R. must refile his Objection to the Special Master's May, 27, 2020 Ruling (ECF No. 11218) on the NFL Concussion Settlement Portal **on or before November 19, 2020**.

                                              _s/ANITA B. BRODY, J._____
                                              ANITA B. BRODY, J.

Copies **VIA ECF**