# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

And now, this 13th day of November, 2020, it is **ORDERED** that the Consent Motion of the Faneca Objectors (ECF No. 11181) is **GRANTED**, and the Faneca Objectors' counsel are awarded, pursuant to Fed. R. Civ. P. 23(h), attorneys' fees in the amount of $2,100,000.00.

It is further **ORDERED** that the Administrator of the Attorneys' Fees Qualified Settlement Fund ("AFQSF") shall pay counsel for the Faneca Objectors the amount of $2,100,000.00 from the AFQSF.

It is further **ORDERED** that MoloLamken LLP and Hangley Aronchick Segal Pudlin & Schiller shall cooperate with the Administrator of the AFQSF to effectuate this Order.

                                         s/Anita B. Brody
                                         ANITA B. BRODY, J.

**COPIES VIA ECF**