

Ezra Marcus
Zuckerman Spaeder LLP
emarcus@zuckerman.com
(202) 778-1814

November 17, 2020

**VIA ECF**

Honorable Anita B. Brody
James A. Byrne United States Courthouse
601 Market Street, Room 7613
Philadelphia, PA 19106

      Re:    *In re: NFL Players' Concussion Injury Litigation*, No. 2:12-md-02323-AB

Dear Judge Brody:

      Pursuant to Your Honor's Policies and Procedures, counsel for Movants Kevin Henry and Najeh Davenport hereby note their request for oral argument on Mr. Henry's and Mr. Davenport's Motion for Relief, ECF 11169.  The Court is faced with complex and important issues, competing expert affidavits, and a supporting brief from hundreds of Black Class Members, ECF 11226-1.  Movants' counsel respectfully submit that oral argument could be helpful in clarifying the issues and, if the Court deems it appropriate, addressing appropriate relief.

      Movants' counsel of course ultimately defer to the Court's judgment regarding whether oral argument is likely to be helpful.  Counsel for the NFL Parties and Class Counsel defer to the Court's judgment as to whether oral argument would assist the Court in deciding the Motion.

      Sincerely,

      */s/ Ezra Marcus*

      Ezra Marcus
      *Counsel for Movants Kevin Henry & Najeh Davenport*

cc: Counsel of record (via ECF)