### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>SPID No. 950005876 | Hon. Anita B. Brody |

### **NOTICE OF APPEARANCE**

COMES NOW, Derrick C. Morales, Esq., and files this Notice of Appearance, as counsel for ROELL PRESTON, in the above-styled cause. Undersigned counsel requests that all pleadings, briefs, motions, orders, notices, and correspondence be served to Derrick C. Morales at dcm@dcmoraleslaw.com, Derrick C. Morales, P.A., 13499 Biscayne Blvd, Suite 107, North Miami, FL 33138.

November 18, 2020    Respectfully submitted,

By: /s/ Derrick C. Morales
    Derrick C. Morales, Esq.
    Florida Bar No. 117161
    New York Bar No. 5457734
    13499 Biscayne Blvd. Suite 107
    North Miami, FL 33181
    Tel: (786) 440-9383
    E-Mail: dcm@dcmoraleslaw.com
           edaliz@dcmoraleslaw.com

## **CERTIFICATE OF SERVICE**

I CERTIFY that, on this 18th day of November 2020, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

By: /s/ Derrick C. Morales
Derrick C. Morales, Esq.