IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>SPID No. 950005876 | Hon. Anita B. Brody |

## NOTICE OF FILING

PLEASE TAKE NOTICE, pursuant to the Court's Order (ECF No. 11228) dated November 12, 2020, Retired NFL Player R.P. has filed his Objection to the Special Master's May 27, 2020 Ruling on the NFL Concussion Settlement Portal on November 18, 2020.

November 18, 2020                             Respectfully submitted,

                                              By:/s/ Derrick C. Morales
                                                  Derrick C. Morales, Esq.
                                                  Florida Bar No. 117161
                                                  New York Bar No. 5457734
                                                  13499 Biscayne Blvd. Suite 107
                                                  North Miami, FL 33181
                                                  Tel: (786) 440-9383
                                                  E-Mail: dcm@dcmoraleslaw.com
                                                          edaliz@dcmoraleslaw.com

## CERTIFICATE OF SERVICE

    I CERTIFY that, on this 18th day of November 2020, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

                                                    By: /s/ Derrick C. Morales
                                                           Derrick C. Morales, Esq.