UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>                       Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>                       Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

      **AND NOW**, on this 20th day of November, 2020, it is **ORDERED** that the Motion for Relief Under Article XXVII of the Settlement Agreement or for Relief from Judgment (ECF No. 11169) is **DENIED WITHOUT PREJUDICE** to raise the issue at a later time.

      Movants must exhaust their remedies under the Claims Administration process before petitioning the Court.[1]

---

[1] Movants Henry and Davenport bring this motion. Henry's claim was denied by the Claims Administrator. Henry could have appealed the denial to the Special Masters. He did not. Davenport's claim was approved by the Claims Administrator, but the NFL Parties appealed the decision to the Special Masters. The Special Masters remanded Davenport's claim to the Claims Administrator for further consideration. Davenport has not completed the remand and thus has not received a final determination on his claim.

                                          <u>s/ANITA B. BRODY, J.</u>
                                          ANITA B. BRODY, J.

Copies **VIA ECF**