UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ORDER**

**AND NOW**, on this 23rd day of November, 2020, it is **ORDERED** that Supporting Black Class Members' Motion, as Interested Parties, for Leave to File a Memorandum in Support of the Motion for Relief Under Article XXVII of the Settlement Agreement (ECF No. 11226) is **DENIED WITHOUT PREJUDICE** as moot.[1]

　　　　　　　　　　　　　　　　　　　　　___s/ANITA B. BRODY, J.___
　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] The Motion for Relief Under Article XXVII of the Settlement Agreement or for Relief from Judgment (ECF No. 11169) was denied without prejudice. ECF No. 11237.