#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                    Plaintiffs<br><br>              v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                                    Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### **NOTICE OF APPEAL**

Class Members Kevin Henry and Najeh Davenport hereby give notice of their appeal from the Court's Order of November 20, 2020 (ECF 11237) to the U.S. Court of Appeals for the Third Circuit.  Although the Order is styled as a denial "without prejudice," it as a denial with prejudice in effect.  This appeal is taken pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 1292(a)(1).

Dated: November 24, 2020                    Respectfully submitted,


                                        ___/s/  *Cyril V. Smith* _____
                                        Cyril V. Smith
                                        Zuckerman Spaeder LLP
                                        100 E. Pratt Street, Suite 2440
                                        Baltimore, MD  21202
                                        (410) 332-0444
                                        csmith@zuckerman.com

                                        Aitan D. Goelman
                                        Ezra B. Marcus
                                        Megan S. McKoy
Zuckerman Spaeder LLP
1800 M Street, 10th Floor
Washington, DC 20036
(202) 778-1800
agoelman@zuckerman.com
emarcus@zuckerman.com
mmckoy@zuckerman.com


    /s/ *Edward S. Stone*
Edward S. Stone
Edward Stone Law P.C.
300 Park Avenue, 12th Floor
New York, NY  10022
(203) 504-8425
eddie@edwardstonelaw.com


    /s/ *J.R. Wyatt*
J.R. Wyatt
JR Wyatt Law PLLC
49 West 37th Street, 7th Floor
New York, New York 10018
(215) 557-2776
justin@jrwyattlaw.com

Attorneys for Kevin Henry and Najeh Davenport

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court on the 24rd day of November 2020, to be served by operation of the Court's electronic filing system which sent notification of such filing via electronic mail to all counsel of record.

Dated: November 24, 2020                     */s/ Cyril V. Smith*_       ___
                                             Cyril V. Smith