**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                              Plaintiffs,<br>     v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                                              Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Langfitt Garner PLLC v. Michael Downs<br>Attorney's Lien Dispute<br>(Doc. No. 11101) | |

**ORDER**

**AND NOW**, this  5th  day of December, 2020, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 11229), and no objection having been docketed, it is **ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Langfitt Garner PLLC is **AUTHORIZED** to disburse from its escrow account the withheld funds for attorney's fees and costs from Mr. Downs's award, in accordance with the provisions of the Settlement Agreement and all Court Orders regarding implementation; and

3. The 5% portion from Mr. Downs's award that is currently in the 5% holdback fund shall be released in accordance with future orders of the Court.

                                                  S/Anita B. Brody
                                                  ANITA B. BRODY, J.

**COPIES VIA ECF**