IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : Case No. 2:12-md-02323-AB : : MDL No. 2323 : |
| **THIS DOCUMENT RELATES TO:** | : : Hon. Anita B. Brody : |
| NOTICE OF APPEARANCE DOC. #7314 - FILED MARCH 22, 2017 | : : : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORENYS OF RECORD:

Please withdraw my appearance as counsel for Anapol Weiss, P.C. in the above-referenced case. Anapol Weiss, P.C. continues to be represented by Pietragallo Gordon Alfano Bosick & Raspanti, LLP.

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

By:  */s/ Douglas E. Roberts*
Douglas E. Roberts, Esquire
PA Bar No.: 321950
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone: (215) 320-6200

*Attorneys for Anapol Weiss, P.C.*

Dated: December 8, 2020