IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** | : : | Hon. Anita B. Brody |
| NOTICE OF APPEARANCE<br>DOC. #7314 - FILED MARCH 22, 2017 | : : : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Withdrawal of Appearance has been served on this date upon all counsel of record via the Court's Electronic Case Filing system:

**PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP**

By:   /s/ Douglas E. Roberts
Douglas E. Roberts, Esquire
PA Bar No.: 321950
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone: (215) 320-6200

*Attorneys for Anapol Weiss, P.C.*

Dated: December 8, 2020