IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO:<br><br>ALVIN HARPER V. ATTORNEY DAVID BUCKLEY, PLLC, AND FARRISE LAW FIRM, PLLC<br><br>ATTORNEY LIEN DISPUTE (LIEN ID: 85 AND 450) | MDL No. 2323<br><br>Honorable Anita B. Brody |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on December 11, 2020, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notices of Attorney's Liens ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, Alvin Harper, who was issued a Notice of Monetary Award Claim Determination on August 17, 2020. The Liens were filed on March 28, 2017 by Attorney David Buckley, PLLC and on April 19, 2017 by Farrise Law Firm, PC. Mr. Harper is currently represented by Shenaq PC. As Mr. Harper's counsel, Shenaq PC represents that Mr. Harper fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

1

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_____
Name: Simona Farrise

Farrise Law Firm, PC

_____
Name: Amir Shenaq

Shenaq PC

_____
Name: David Buckley

Attorney David Buckley, PLLC

APPROVED:

Date: 12/14/2020

David R. Strawbridge

United States Magistrate Judge

2

 Audit Trail

| | |
|---|---|
| **TITLE** | Alvin Harper  Lien Resolutoin Waiver of Appeal |
| **FILE NAME** | Alvin Harper Waiv...l (Execution).pdf |
| **DOCUMENT ID** | 15741741f64c5911b5aace5e11d83f762e9f9082 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | Completed |

## Document History

**SENT** — 12 / 11 / 2020  22:18:39 UTC
Sent for signature to Simona Farrise (sfarrise@farriselaw.com), David Buckley (david@thebuckleylawgroup.com) and Amir Shenaq (amir@shenaqpc.com) from ashenaq@gmail.com
IP: 107.77.222.168

**VIEWED** — 12 / 11 / 2020  23:11:03 UTC
Viewed by Simona Farrise (sfarrise@farriselaw.com)
IP: 98.35.171.171

**SIGNED** — 12 / 11 / 2020  23:11:41 UTC
Signed by Simona Farrise (sfarrise@farriselaw.com)
IP: 98.35.171.171

**VIEWED** — 12 / 11 / 2020  23:28:50 UTC
Viewed by David Buckley (david@thebuckleylawgroup.com)
IP: 174.228.2.108

**SIGNED** — 12 / 11 / 2020  23:29:12 UTC
Signed by David Buckley (david@thebuckleylawgroup.com)
IP: 174.228.2.108

Powered by HELLOSIGN



# Audit Trail

| | |
|---|---|
| **TITLE** | Alvin Harper Lien Resolutoin Waiver of Appeal |
| **FILE NAME** | Alvin Harper Waiv...l (Execution).pdf |
| **DOCUMENT ID** | 15741741f64c5911b5aace5e11d83f762e9f9082 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | Completed |

## Document History

**VIEWED**  12 / 11 / 2020  23:57:58 UTC  Viewed by Amir Shenaq (amir@shenaqpc.com)  IP: 107.77.222.58

**SIGNED**  12 / 11 / 2020  23:58:32 UTC  Signed by Amir Shenaq (amir@shenaqpc.com)  IP: 107.77.222.58

**COMPLETED**  12 / 11 / 2020  23:58:32 UTC  The document has been completed.

Powered by HELLOSIGN