# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>David Buckley, PLLC v. Alvin Harper<br>Attorney Lien Dispute<br>(Doc. Nos. 7390 & 7569)<br><br>AND<br><br>Farrise Law Firm v. Alvin Harper<br>Attorney Lien Dispute<br>(Doc. No. 7513) | |

## **ORDER**

AND NOW, this 16th day of December, 2020, upon review of the December 10, 2020 written agreement between the Farrise Law Firm ("Farrise") and Advocate Capital, Inc. ("Advocate") (collectively, "the Parties") concerning disposition of funds approved by this Court for attorneys' fees and/or costs owing to Farrise, IT IS HEREBY ORDERED that the Claims Administrator disburse the funds set aside for Farrise's attorneys' fees and/or costs arising from representation of Settlement Class Member Alvin Harper in accordance with the written agreement of the Parties.

BY THE COURT:


 /s/ David R. Strawbridge, USMJ____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE