UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEAN LOVE,

        Plaintiff,

v.

NATIONAL FOOTBALL LEAGUE, et al.,

        Defendants.
_____/

Case Number: 2:12-md-02323-AB

## NOTICE OF ATTORNEY'S LIEN

Petitioner James Holliday, Esquire of Holliday Karatinos Law Firm, PLLC and Neurocognitive Football Lawyers, PLLC has been the attorney representing Settlement Class Member Sean Love from February 24, 2015 to the present time in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus reasonable costs. On July 20, 2017, the undersigned notified the Claims Administrator that Settlement Claims Member Sean Love disputes the lien previously filed by Pope McGlamry, PC. Proof of the attorney's lien of James Holliday, Esquire of Holliday Karatinos Law Firm, PLLC and Neurocognitive Football Lawyers, PLLC will be submitted to the Claims Administrator.

Respectfully Submitted By: _____
JAMES HOLLIDAY, ESQUIRE
HOLLIDAY KARATINOS LAW FIRM, PLLC
NEUORCOGNITIVE FOOTBALL LAWYERS, PLLC
722 E. Fletcher Ave.
(813) 975-444 (telephone)
(813) 975-4445 (telefax)
jimholliday@helpinginjuredpeople.com
ko@gibbsandparnell.com
Florida Bar No. 0045284

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I caused the foregoing Notice of Attorney's Lien, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

_____
JAMES HOLLIDAY, ESQUIRE