"A"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br><br>Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>SPID No. 950005876 | |

## ORDER

**AND NOW**, on this 9th day of December, 2020, it is **ORDERED** that Retired Player P.R. must file a conforming[1] Objection on the NFL Concussion Settlement Portal **on or before December 18, 2020**.[2]

                                         /s/ ANITA B. BRODY_____
                                         ANITA B. BRODY, J.

---

[1] Objections must be ten or fewer double-spaced pages, without counting exhibits. Rules Governing Appeals of Claim Determinations r. 5(f), r. 32(a).

[2] Retired Player misreads the Court's November 12, 2020 Order (ECF No. 11228) to excuse the fact that his Objection does not conform to the Rules Governing Appeals of Claim Determinations. The Order merely clarified the proper location to file the Objection.