UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc. <br> Defendants. | No. 12-md-2323-AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ORDER

**AND NOW**, on this **21st day** of **December, 2020**, it is **ORDERED** that Anapol Weiss's Motion to Compel Payment of the Common Benefit Costs Incurred by Class Counsel and the Establishment of the Education Fund (ECF No. 9807) is **DENIED** as **MOOT**.[1]

---

[1] The motion to compel payment is based on the February 13, 2017 common benefit petition (ECF No. 7151). On April 5, 2018, I granted the petition. ECF No. 9861. On May 24, 2018, I allocated the fees and expenses among the firms that completed common benefit work. ECF No. 10019; *see In re Nat'l Football League Players' Concussion Injury Litig.*, 814 F. App'x 678 (3d Cir. 2020) (affirming the award of fees and expenses except as related to the Faneca Objectors); ECF No. 11230 (granting the Faneca Objectors' consent motion for attorneys' fees). Thus, the motion to compel payment is moot.

The motion to compel establishment of the Education Fund is also moot. On January 23, 2020, Class Counsel Seeger Weiss filed a Motion for Approval of the Education Fund Programs. ECF No. 10970. On March 23, 2020, I granted the motion. ECF No. 11033. On July 6, 2020, the Special Masters provided an update confirming that "an Education Fund was established." ECF No. 11117 ¶ 26.

                                              ***S/Anita B. Brody***
                                              ANITA B. BRODY, J.

Copies **VIA ECF**