IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No.:2:12-md-02323-<br><br>AB MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>DWAYNE RUDD | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, rules of procedure, and the executed Retainer Agreement between Petitioner and Plaintiff, Petitioner, David D. Langfitt, Esquire, of LANGFITT GARNER PLLC, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs, as set forth in the accompanying Petition to Establish Attorney's Lien.

Respectfully submitted,

Dec. 28, 2020               **LANGFITT GARNER PLLC**

By:   *Isl David D. Langfitt*
      David D. Langfitt, Esquire
      (PA ID No. 66588)
      P.O. BOX 302
      Gladwyne, PA 19035
      david@langfittgarner.com
      (610) 787-1706

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |

THIS DOCUMENT RELATES TO:
 DWAYNE RUDD

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for *CM/ECF* in the litigation.

                                                  Respectfully submitted,

                                                  **LANGFITT GARNER PLLC**

December 28, 2020              By:     */s/ David D. Langfitt*
                                                   David D. Langfitt, Esquire
                                                   (PA ID No. 66588)
                                                 P.O. BOX 302
                                                 Gladwyne, PA 19035
                                                 david@langfittgarner.com
                                                 (610) 787-1706