UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>SPID No. 950005876 | |

**ORDER**

  **AND NOW**, on this **28th day** of **December, 2020**, it is **ORDERED** that Retired Player R.P.'s[1] Request for Clarification and Relief (ECF No. 11257) is marked as **RESOLVED**. As stated in the Court's December 9, 2020 order on the NFL Concussion Settlement Portal (Doc.

---

[1] Retired Player was mistakenly referred to as P.R. in previous orders. The correct initials are R.P.

No. 231052),[2] Retired Player R.P. must file a conforming[3] Objection on the NFL Concussion Settlement Portal. Retired Player R.P. must file the conforming Objection **on or before January 8, 2021**.

                                        *S/Anita B. Brody*
                                         ANITA B. BRODY, J.

Copies **VIA ECF**

---

[2] The order was posted to the NFL Concussion Settlement Portal per the Rules Governing Appeals of Claim Determinations. The Rules make clear that "[p]roceedings under these Rules [Governing Appeals of Claim Determinations] will not be filed on the Court's docket. No submissions under these Rules may be filed on the Court's docket." Rules Governing Appeals of Claim Determinations r. 5(e); *accord id.* r. 5(a) ("All submissions, notices and decisions under these Rules will be made and served through a Portal . . . .").

[3] Objections must be ten or fewer double-spaced pages, without counting exhibits. Rules Governing Appeals of Claim Determinations r. 5(f), r. 32(a).