IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>SPID No. 950005876 | Hon. Anita B. Brody |

## NOTICE OF ATTEMPTED FILING

PLEASE TAKE NOTICE, the NFL Concussion Settlement Portal has been shut down for maintenance beginning Friday January 8, 2021 at 9:00 pm. The Player's is prepared to file his Objection in compliance with this Court's Order into the Settlement Portal but for the shutdown of the website.

January 8, 2021                     Respectfully submitted,

By: /s/ Derrick C. Morales
    Derrick C. Morales, Esq.
    Florida Bar No. 117161
    New York Bar No. 5457734
    13499 Biscayne Blvd. Suite 107
    North Miami, FL 33181
    Tel: (786) 440-9383
    E-Mail: dcm@dcmoraleslaw.com
            edaliz@dcmoraleslaw.com

**CERTIFICATE OF SERVICE**

I CERTIFY that, on this 8th day of January 2021, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

By: /s/ Derrick C. Morales
Derrick C. Morales, Esq.