Google nflcconcussionaettlementportal

All · News · Images · Videos · Shopping · More        Settings   Tools

About 481,000 results (0.50 seconds)

www.nflconcussionsettlement.com › Login
**Login - NFL Concussion Settlement**
This **NFL Concussion Settlement Portal** is the secure website to exchange information between a Settlement Class Member or a Settlement Class Member's law ...

**Login**
NFL Concussion Settlement -
Login. User Name ...

More results from nflconcussionsettlement.com »

www.nflconcussionsettlement.com
**Official NFL Concussion Settlement**
Welcome to the Official **NFL Concussion Settlement** Website. Use the menu options or Site Search feature to find what you are looking for. If you need help, call ...

Login · Alerts · Contact & Help · Documents

**People also search for**
| nfl concussion settlement update 2020 | aap nfl concussion |
| nfl concussion lawsuit summary | nfl concussion lawsuit list of players |
| nfl concussion lawsuit deadline | nfl concussion special master |

www.nflconcussionsettlement.com › Alerts
**Alerts - NFL Concussion Settlement**
Reports & Statistics · Contact & Help · **Login**. ***This website will be offline for scheduled maintenance from Friday, January 8, 2021, at 9:00 PM EDT until 2:00  ...

**People also search for**
| nfl concussion settlement 2019 | nfl concussion special master |
| nfl concussion settlement taxable | nfl lawsuit concussion |
| aap nfl concussion | nfl concussion lawsuit deadline |

www.nflconcussionsettlement.com › Contact_Help
**Contact & Help - NFL Concussion Settlement**
Reports & Statistics · Contact & Help · **Login**. ***This website will be offline for scheduled maintenance from Friday, January 8, 2021, at 9:00 PM EDT until 2:00  ...
Missing: portal | Must include: portal

www.lawinsport.com › topics › item › nfl-concussion-s...
**NFL concussion settlement claims submission portal now open**
The **NFL concussion settlement** claims submission **portal** is now open, meaning class members can submit monetary award fund claims for review. All former ...

portalsbrain.com › nfl-concussion-settlement
**Nfl Concussion Settlement Portal - PortalsBrain - Portal Database**
This **NFL Concussion Settlement Portal** is the secure website to exchange information between a Settlement Class Member or a Settlement Class Member's law.

advocacyforfairnessinsports.org › 1-judge-3-rulings-an...
**3 New Rulings in the NFL Concussion Settlement**
Jun 20, 2019 — Much of what takes place in the **NFL Concussion settlement** quietly remains hidden, on a private **portal**, or "shadow docket" and this includes ...

advocacyforfairnessinsports.org › browngreer-releases-...
**BrownGreer Releases 4th NFL Concussion Settlement Claims ...**
Feb 20, 2019 — BrownGreer Releases 4th **NFL Concussion Settlement** Claims Report ... these 2,360 have been reviewed by GRG and published to the **portal**, ...

www.sportsblog.com › jeffnixon › nfl-concussion-settle...
**NFL Concussion Settlement - BAP Class Member Portal**
Jun 6, 2017 — If you have not registered for the **NFL Concussion Settlement** benefits, you will need to do that before you can establish a BAP Settlement Class ...

### Searches related to nfl concussion settlement portal

| nfl concussion settlement **update 2020** | nfl concussion settlement **update 2019** |
| nfl concussion settlement **payout grid** | nfl concussion settlement **claims administrator** |
| nfl concussion settlement **amount** | nfl concussion **lawsuit timeline** |
| nfl concussion settlement **process** | nfl concussion **2020** |

Gooooooooogle >
1  2  3  4  5  6  7  8  9  10       Next