

# The system is undergoing routine maintenance. Please check back soon.