# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                      Plaintiffs,<br><br>      v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                      Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Megan S. McKoy, Zuckerman Spaeder LLP, 1800 M Street, N.W., Suite 1000, Washington, D.C. 20036, as counsel for Kevin Henry and Najeh Davenport in the above-styled cause. Cyril V. Smith, Aitan D. Goelman, Steven N. Herman, and Ezra B. Marcus of Zuckerman Spaeder LLP, Edward S. Stone of Edward Stone Law P.C., and J.R. Wyatt of JR Wyatt Law PLLC will remain as counsel.

Dated: January 14, 2021                      Respectfully submitted,

                                                  /s/ *Megan S. McKoy*
                                                  Megan S. McKoy
                                                  Zuckerman Spaeder LLP
                                                  1800 M Street, 10th Floor
                                                  Washington, DC 20036
                                                  (202) 778-1800
                                                  mmckoy@zuckerman.com

                                                  Attorney for Kevin Henry
                                                  and Najeh Davenport

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court on the 14th day of January 2021, to be served by operation of the Court's electronic filing system which sent notification of such filing via electronic mail to all counsel of record.

Dated: January 14, 2021                     /s/ *Megan S. McKoy*