# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Art Monk, et al.<br>v. National Football League et al.<br>No. 2:12-cv-03533-AB<br><br><br>**As to Plaintiff TONY L. STARGELL Only** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **TONY L. STARGELL** only in the above-referenced case.

Dated: January 18, 2021        Respectfully submitted,

                                  GOLDBERG, PERSKY & WHITE, P.C.

                                  By: s/ *Jason E. Luckasevic*
                                  Jason E. Luckasevic, Esquire
                                  (PA Bar No. 85557)
                                  11 Stanwix Street, Suite 1800
                                  Pittsburgh, PA 15222
                                  Telephone: (412) 471-3980
                                  jluckasevic@gpwlaw.com
                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2021 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSKY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*