IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYER'S CONCUSSION INJURY LITIGATION, | : : : : : : | Civil Action<br><br>No.: 2:12-MD-02323-AB |
| _____ | : | |

**<u>NOTICE OF APPEARANCE</u>**

    STEVEN R. MAHER of The Maher Law Firm, P.A., hereby enters his appearance as counsel of record on behalf of DONALD T. LEE.

                                                               Respectfully submitted,

                                                               ***/s/ STEVEN R. MAHER***

                                                               _____
STEVEN R. MAHER, ESQ.
Pennsylvania Bar No.: 201575
THE MAHER LAW FIRM, P.A.
271 W. Canton Ave., Suite 1
Winter Park, FL   32789
Phone:     (407) 839-0866
Facsimile: (407) 425-7958
smaher@maherlawfirm.com
srscheib@maherlawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of January, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of records.

*/s/ Steven R. Maher*

_____
STEVEN R. MAHER