**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br>                         Plaintiffs, <br>     v. <br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br>                         Defendants. | |
| THIS DOCUMENT RELATES TO: <br><br> Locks Law Firm v. SPID 100002295 (D.C.) <br> Attorney Lien Dispute Case No. 01541 | |

## **ORDER**

AND NOW, this 29th day of January, 2021, for the reasons set out in the accompanying Memorandum Opinion, the Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with the Memorandum Opinion, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

                                                          BY THE COURT:

                                                          /s/ David R. Strawbridge, USMJ
                                                          DAVID R. STRAWBRIDGE
                                                          UNITED STATES MAGISTRATE JUDGE