# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br><br> **Case No. 2:12-md-02323-AB** |

## WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

TO CLERK OF COURT:

Kindly withdraw my appearance on behalf of Class Counsel, Locks Law Firm in connection with the above-captioned case.

In addition, kindly remove me (twolff@law.upenn.edu) from the service list in connection with the above-captioned matter.

Respectfully submitted,

Dated: February 1, 2021     BY: /s/ *Tobias Barrington Wolff*
Tobias Barrington Wolff, Esquire
Professor of Law
University of Pennsylvania School of Law
3501 Samson Street
Philadelphia, PA 19104
Attorney for Class Counsel Locks Law Firm

## **CERTIFICATE OF SERVICE**

    I, Michael B. Leh, hereby certify that a copy of the foregoing Withdrawal of Appearance of Tobias Barrington Wolff was served on all counsel this date via the electronic filing system of the U.S. District Court for the Eastern District of Pennsylvania.

Date: February 1, 2021  BY: /s/ *Michael B. Leh*
    Michael B. Leh, Esquire
    Locks Law Firm
    601 Walnut Street, Suite 720 E.
    Philadelphia, PA 19106
    (215) 893-0100
    mleh@lockslaw.com