IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:12-md-02323-AB__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Jeffrey M. Kuntz__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Missouri | 9/27/2000 | 52371 |
| Kansas | 4/27/2001 | 20224 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| WD Missouri | 4/22/2005 | 52371 |
| D of Kansas | 4/27/2001 | 20224 |
| SCOTUS | 6/9/2014 | 291333 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

(Applicant's Signature)

1/27/21
(Date)

Name of Applicant's Firm  Wagstaff & Cartmell, LLP

Address  4740 Grand Avenue, Suite 300

Telephone Number  816-701-1100

Email Address  jkuntz@wcllp.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/27/21
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Jeffrey M. Kuntz to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Steven R. Maher                                                          July 1, 2010                    201575
(Sponsor's Name)         (Sponsor's Signature)        (Admission date)         (Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

The Maher Law Firm
271 West Canton Avenue
Suite 1
Winter Park, FL 32789
Tel. (407)839-0866

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/27/2021
(Date)                                                                         (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL : Civil Action
LEAGUE PLAYER'S CONCUSSION :
INJURY LITIGATION :
:
: No.: 2:12-MD-02323-AB

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Jeffrey M. Kuntz, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

_____
(Signature of Attorney)
STEVEN R. MAHER
(Name of Attorney)
DONALD T. LEE
(Name of Moving Party)
January 28, 2021
(Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE              :      Civil Action
PLAYERS' CONCUSSION INJURY                   :
LITIGATION   v.                              :
                                             :
                                             :      No.: 2:12-MD-02323-AB

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __Jeffrey M. Kuntz_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.