**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION   v.

:    Civil Action
:
:
:
:    No.: 2:12-MD-02323-AB

**ORDER**

AND NOW, this   1st   day of   February   20 21 , it is hereby

ORDERED that the application of ___Jeffrey M. Kuntz_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[x]    GRANTED.[1]

[ ]    DENIED.

s/ANITA B. BRODY, J.
_____
ANITA B. BRODY, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.