UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>           Plaintiffs,<br><br>           v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>           Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**CLASS COUNSEL'S STATUS REPORT NO.1
REGARDING THE EDUCATION FUND PROGRAMS**

**I.     Introduction**

As the Court is aware, the Amended Settlement Agreement approved by the Court created a $10 million Education Fund to support education programs promoting safety and injury prevention with respect to football players, and programs to educate Retired Players regarding the NFL CBA Medical and Disability Benefits. Amended Settlement Agreement, Section 3.1(c). The Education Fund was fully funded by the NFL upon the Effective Date of the Settlement in accordance with Article XXIII of the Amended Settlement Agreement.

Class Counsel, Counsel for the NFL, and the Special Masters spent considerable time and effort to identify programs that would best serve the purposes of the Education Fund, as set forth in the Amended Settlement Agreement. In accordance with this Court's direction (*see* April 22, 2015 Final Approval Memorandum at 19-20), Class Counsel filed the Education Fund Motion on January 23, 2020 (ECF No. 10970) and the Court held a public hearing on February 12, 2020 affording all in attendance the opportunity to comment upon and ask questions about the proposed programs. Upon consideration of the motion and the hearing, the Court issued its Order and Explanation on March 23, 2020 granting the Education Fund motion and specifically approving the following three initiatives:

1. Financial support for The innovATe Project;

2. Funding for, and creation of, a Medical Information Research Database; and

3. Distribution of additional Educational Materials to Retired Players.

*See* ECF No. 11033 at 10.

The Court also directed that Class Counsel provide regular reports to the Court and Special Masters regarding the status of each of the Education Fund Programs approved by the Court. *Id*. Class Counsel provides this first report to update the Court on the status of the three approved programs and will be providing additional reports on a bi-annual basis.

## II. The innovATe Project ("Project")

The Project, which is being managed by the Korey Stringer Institute ("KSI"), will provide funding to school districts, currently without athletic trainers, to hire and retain much-needed athletic trainers, a critical step in promoting safety and injury prevention for thousands of student-athletes at these schools. KSI is a non-profit organization dedicated to continuing the legacy of

Korey Stringer, a Minnesota Vikings player who died from heat stroke during training camp in 2001. Founded in 2010 and located at the University of Connecticut, KSI has been recognized as an expert in the field of sports health and safety, and has significant experience managing large-scale safety related programs, such as this Project. Overseeing the project at KSI are Dr. Doug Casa, who is KSI's CEO and who testified at the February 2020 hearing, and Dr. Christine Eason, who is the Director of the Project.

With the funds to be allocated to the Project, KSI anticipates that it will be able to provide athletic trainers to 10 – 14 school districts, serving between approximately 60,000 and 100,000 high school students (attending approximately 50 high schools). Not only will the Project help the selected school districts fill their need for athletic trainers, it will also require the athletic trainers to provide education, including on concussions and emergency preparedness, to the high-school population to promote concussion awareness and concussion-management best practices. The Project includes three central features intended to encourage the selected school districts to build successful, self-sustaining athletic training programs: (i) Sports Medicine Partnerships; (ii) Settlement Class Member Ambassadors; and (iii) Athletic Training Education.

Following the Court's approval of the Motion and the use of the Education Fund for the Project, and with the input of the Special Masters, Class Counsel negotiated a contract with KSI, including the Scope of Work and budget. That contract was finalized and executed on August 1, 2020. Attached as Exhibit A is KSI's InnovATe Status Report covering their efforts for the period of June 5, 2020 – January 11, 2021. Class Counsel will address the major highlights of the attached report.

While the parties were negotiating the terms of the contract, KSI prepared mission and vision statements and created informational and promotional materials for the Project. Those

materials were shared across KSI's social media platforms (Twitter, Facebook and Instagram). In addition, Drs. Casa and Eason were interviewed about the Project for an article that was released on the UCONN Today website. Lastly, KSI launched the innovATe tab on its website.

KSI gathered information from various websites and the U.S. Census data related to socioeconomic status and social determinations of health to identify underserved districts that currently lack athletic training services. KSI identified school districts in 19 states as potential candidates who KSI then actively solicited for possible participation in the Project. KSI hosted three virtual information Zoom meetings for interested school districts in October, with 40 school administrators attending. In addition, the presentation was recorded and made available on KSI's website. More than 90 individuals have viewed the recorded presentation to date.

KSI prepared pre-application materials for those school districts interested in participating in the Project. A total of 37 pre-applications were submitted but after removing duplicates and incomplete submissions, there were 23 complete pre-applications from 10 different states (AL, CA, CT, GA, MA, MD, NY, OH, UT and WI). Those applicants who, based on their pre-applications, satisfied the inclusion criteria for participation in the Project were emailed a personalized link to the innovATe application. 10 applicants have already indicated their intent to apply for the first round of funding and KSI is communicating with others who may also be interested. The deadline for submitting formal applications is March 15, 2021. KSI is on track to meet its current goal of having the first schools to receive funding identified by the end of March, 2021, and to hire the athletic trainers for the selected schools by summer, 2021.

KSI has started taking the following steps to accomplish each of the three previously referenced central features:

- Sports Medicine Partnerships – Now that KSI knows which school districts will be submitting formal applications, KSI has started working to identify potential financial partners in proximity to those districts. Relatedly, KSI is working towards securing affordable medical equipment supplies for schools selected for the Project.

- Settlement Class Member Ambassadors – KSI engaged with the NFL Alumni Association to enlist their assistance in identifying retired players who may be interested in serving as Ambassadors. The NFL Alumni Association is supportive of KSI's efforts and has indicating a willingness to assist.

- Athletic Training Education – Athletic trainers hired through the Project will be required to attend educational and training sessions prior to beginning in their new positions. KSI's goal is to begin those sessions by July, 2021. In that regard, KSI is coordinating with the National Athletic Trainers' Association ("NATA") for potential educational opportunities for trainers hired through the Project.

### III. Medical Information Research Database

As the Court recognized in its Order and Explanation For Approval of Education Fund Programs, the Amended Settlement Agreement contemplates that the medical information generated through BAP examinations of Retired Players, which includes reports of neurological and neuropsychological examinations as well as data from the BAP neuropsychological test battery, will be made available for medical research, subject to the consent of each Retired Player and consistent with HIPAA. That medical information presents significant opportunity for future medical research into cognitive impairment and safety and injury prevention with respect to

football players, particularly because both symptomatic and asymptomatic Retired NFL Football Players are being examined through the BAP program.

Creation of the Medical Research Database will require: (i) extraction, normalization, and standardization of the data and information generated in the BAP; (ii) establishment and maintenance of the Medical Research Database; (iii) approval of research projects intending to use the Database; and (iv) generation of data for approved medical research projects.[1] To facilitate the technical aspects of these tasks, Class Counsel has engaged the Department of Biostatistics of the Mailman School of Public Health at Columbia University, which currently serves as a data coordinating center for clinical and observational studies in analogous settings. Following the Court's approval of the Medical Information Research Database, Class Counsel, with input from the Special Masters, negotiated a contract with Columbia University. That contract was executed on November 9, 2020.

Even before the contract was executed, Columbia began working with the BAP Administrator to establish a process for the secure transfer of data from the BAP Administrator to Columbia. Specifically, Columbia coordinated with the BAP Administrator for the secure transfer of a small number of BAP examination records back in May, 2020. That transfer was successful and an additional 60 randomly selected records were successfully transferred in December, 2020 (shortly after the contract was executed). In addition to working on the secure transfer of data, Columbia's work to date has focused on establishing processes for the extraction, normalization and standardization of that data and recruiting professional personnel to achieve that task. Attached as Exhibit B is a letter from Richard Buchsbaum, the Director of Data Management Unit

---

[1] A Data Use and Research Committee consisting of medical professionals, a Retired NFL Football Player liaison and Class Counsel will be establishing and overseeing the application process. Class Counsel intends to begin identifying candidates for this Committee prior to the next report to the Court.

of the Department of Biostatistics at Columbia University's Mailman School of Public Health, detailing Columbia's efforts to date.[2]

As indicated in Mr. Buchsbaum's letter, Columbia arranged for Dr. Cheng-Shiun Leu to serve as the Principal Investigator for this project. Dr. Leu is a Professor of Biostatistics at Columbia University with vast experience in clinical research projects, having participated in over 100 clinical studies. In addition to serving as the academic lead, Dr. Leu will ensure the reliability of the data abstracted from the BAP records that will be transferred into the newly created database. Columbia also recruited Dr. James Noble, a board-certified behavioral neurologist and neuropsychiatrist, to oversee the creation of the abstraction process. Dr. Noble is the clinical care leader of Columbia University's Alzheimer's Disease Research Center and treats current and former athletes for concussion-related issues. Dr. Noble has recruited two board-certified neuropsychologists, Dr. Elise Caccapolo and Dr. Jason Krellman, to assist him. Drs. Noble, Caccapolo, and Krellman will utilize those records successfully transferred in May and December, 2020 to create a data abstraction process and accompanying data collection form. Columbia anticipates completion of that task by the end of February, 2021.

Once the data collection form is complete, Columbia will begin working on the following activities:

- Creation of a secure, web-based mechanism for accessing the medical records and for entering the data abstracted from them, using the form and process designed by Drs. Noble, Caccapolo and Krellman;

---

[2] Mr. Buchsbaum also testified at the February 2020 hearing.

- Performance of an inter-rater reliability test designed by Dr. Leu, to compare data entered on the same set of records by several people to ensure that the data obtained is not reviewer-dependent; and

- Hire and train staff to perform the data entry.

Columbia hopes to complete the above tasks by April, 2021.

Once the above tasks have been completed, Columbia will arrange with the BAP Administrator for the transfer of all BAP examination records through December 31, 2020. At that point, data entry can begin in earnest. Estimated completion date of the initial phase of data entry will depend on the number of staff hired and their availability, but Columbia's goal is to complete data entry before the end of summer 2021.

### IV.     Program to Educate Retired Players Regarding Available NFL Benefits

Section 12.1 of the Amended Settlement Agreement states that one of the purposes of the Education Fund is to fund programs promoting "the education of Retired NFL Football Players regarding the NFL CBA Medical and Disability Benefits programs and other educational initiatives benefitting Retired NFL Football Players."  The Court agreed that the most effective way of better educating Retired Players on these issues is to provide them with written materials via direct mail and through postings on the settlement website and on each Class Member's portal (for those Class Members with a portal).   The Court also agreed that Retired Players should be informed that any award received through the settlement program has no effect on their receipt of other NFL benefits to which they are entitled

In accordance with the Court's direction, Class Counsel and the NFL are conferring regarding the contents of the written materials to be provided to Retired Players.  Class Counsel

anticipates that the parties will agree on the content and that the written educational materials will be distributed by March, 2021.

### V.     Conclusion

Class Counsel remains available at the Court's convenience and direction to provide any further information regarding the Education Find in general and each of these programs in particular prior to the next Status Report Regarding the Education Fund Programs.

Dated:  February 12, 2021

                    Respectfully submitted,

                    */s/ Christopher A. Seeger*
                    Christopher A. Seeger
                    SEEGER WEISS LLP
                    55 Challenger Road, 6th Floor
                    Ridgefield Park, NJ  07660
                    cseeger@seegerweiss.com
                    Telephone:  (212) 584-0700

                    ***CLASS COUNSEL***