# EXHIBIT A



Report Drafting Began:
Status Report Completed:
January 11, 2021
January 11, 2021

# innovATe Status Report
# June 5, 2020 – January 11, 2021

## Summary

The Korey Stringer Institute innovATe team has been working hard to spread the word about the innovATe project over the last few months, as well as preparing and reviewing application material. We hosted several virtual informational meetings in October and invited administrators from select districts and counties across the United States to attend. These meetings were recorded, and 90 administrators or healthcare outreach providers attended or viewed the informational meeting. In December our innovATe team reviewed 23 applications from applicants representing 10 states and in early January we invited all school districts and counties who met our inclusion criteria to complete the formal application. Applications are due March 15, 2021. Conversations are ongoing with the NFL Alumni Association who have expressed interest in supporting the innovATe project and helping us to identify retired NFL players who can work with schools selected to receive funding. We are on track to meet our current goal of having the first schools to receive funding identified by March 2021 and to have athletic trainers hired for the start of summer 2021 preseason.

## Grant Internal Information
- Grant Period: 06/01/20 – 12/31/24
- KFS# 6211500

## Korey Stringer Institute Staff Working on innovATe Project Currently

- **Douglas Casa, PhD, ATC, FACSM, FNATA, FNAK**
  - Korey Stringer Institute CEO
  - University of Connecticut Professor
- **Rebecca Stearns, PhD, ATC**
  - Korey Stringer Institute COO
  - University of Connecticut Research Faculty
- **Christianne Eason, PhD, ATC**
  - Korey Stringer Institute VP of Sport Safety
  - Director of innovATe



1



Report Drafting Began:
Status Report Completed:
January 11, 2021
January 11, 2021

- University of Connecticut Post-doctoral research fellow
- **Shawn Detoro, MSA**
  - University of Connecticut, Department of Kinesiology Business Services Supervisor
- **Erin Ballou, MA**
  - Korey Stringer Institute Manager
- **Erica Filep, MSED, ATC**
  - Korey Stringer Institute Director of Communication
  - University of Connecticut doctoral student
- **Ayami Yoshihara, MS, ATC**
  - Korey Stringer Institute Director of Sport Safety,
  - University of Connecticut doctoral student
- **Gabrielle Brewer, MA, CISSN**
  - Korey Stringer Institute Associate Director of Military Safety
  - University of Connecticut doctoral student
- **Sean Langan, MS, ATC**
  - Korey Stringer Institute Associate Director of Sport Safety
  - University of Connecticut doctoral student

| | Ongoing Tasks | |
|---|---|---|
| **Task** | **Notes** | D |
| **Coordinating with NATA for potential educational opportunities for athletic trainers hired through the innovATe program** | • NATA member services offers many programs that may be beneficial to athletic trainers hired through the innovATe program. | |
| **Identifying athletic trainers who could serve as mentors to athletic trainers hired through the innovATe project** | • Athletic trainers with experience working in the secondary school setting are being identified to serve as mentors to athletic trainers hired through the innovATe project<br>• The goal is for these experienced athletic trainers to provide mentorship related to all aspects of working as an athletic trainer in the secondary school setting.<br>• Now that we have a better sense of who will applying for the first cohort, we will begin reaching out to potential mentors in the coming weeks and months | |





Report Drafting Began:
Status Report Completed:
January 11, 2021
January 11, 2021

| | | |
|---|---|---|
| **Working towards the potential of securing affordable emergency equipment supplies for schools funded by innovATe** | <ul><li>Ongoing conversations with KSI partners to provide discounted or donated emergency equipment to schools funded by the innovATe project.</li><li>Example: AEDs, AED maintenance, Wet Bulb Globe Thermometers, Rectal Thermistors, Cold Tubs</li><li>We have been having ongoing conversations with Mueller and PFATS who have an interest in donating emergency medical equipment associated with the identification and treatment of exertional heat emergencies</li></ul> | |
| **Working with the University of Connecticut Sponsored Programs office to put necessary paperwork in place for subaward recipients and payment distributions** | <ul><li>Dr Eason has been working with sponsored programs and Shawn Detoro to prepare documents for subaward recipients</li><li>Christy and Shawn are meeting with SPS January 11 to begin drafting subaward recipient agreements.</li></ul> | |
| **Coordinating with NFL Alumni Organizations to discuss involvement of retired NFL players in the innovATe project** | <ul><li>Conversations are ongoing but NFL Alumni Association is supportive and has been receptive to meeting and working with us to identify retired player partners.</li><li>We've been communicating with the Director of Membership Engagement and the Public Relations/Communications Manager of the NFL Alumni Association.</li><li>Christy and Gabby are currently scheduling a meeting for the end of January to discuss applicants with the NFL Alumni Association</li><li>Not currently in communication with NFLPA</li></ul> | |
| **Identifying potential financial partners in areas in close proximity to districts invited to submit formal applications** | <ul><li>Now that districts have been invited to submit formal applications, KSI staff are working to identify potential financial partners in reasonably close proximity to districts/counties.</li><li>KSI will help connect administrators and potential financial partners</li></ul> | |

## Future Tasks



3



Report Drafting Began:
Status Report Completed:
January 11, 2021
January 11, 2021

| Task | Notes | Anticipated Completion Date |
|---|---|---|
| **Plan educational sessions for Athletic Trainers hired through the innovATe project** | It is important for us to provide support to the athletic trainers who are hired through the innovATe project. One way we will do this is to require each athletic trainer hired through the innovATe project attend an educational and training session prior to beginning their new positions. Our goal is that these meetings will:<br>• Introduce Athletic Trainers to each other to create a supportive professional network<br>• Introduce Athletic Trainers to the innovATe mentors<br>• Provide education content on a wide range of topics including emergency preparedness, fundraising and budgets, communicating with administrators, etc.<br>• Introduce athletic trainers to the NFL alumni who will be working with them<br>These meetings will likely be scheduled for June/July 2021 depending on when schools finalize hiring. | June 2021 |
| **GLATA Presentation** | Christy and her KSI colleague, Dr. Robert Huggins will be presenting at the virtual GLATA conference. During the presentation Christy will share information related to the innovATe project to garner support and connect with potential innovATe mentors.<br>• GLATA is the Great Lakes Athletic Trainers Association. Their members are athletic trainers from Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin | February, 2021 |
| **Review application material** | KSI review panel will review applications to determine funding for first co-hort. | End of March 2021 |



4



Report Drafting Began:
Status Report Completed:
January 11, 2021
January 11, 2021

| **Goal is to have first co-hort of subaward recipients to be identified in March** | • School districts will hopefully be identified to receive funding in March so that financial subaward material can be completed and athletic trainers hired through the program will be ready to start working in the summer of 2021 | Mid-End March, 2021 |
|---|---|---|

| **Completed Tasks** | | |
|---|---|---|
| **Task** | **Notes** | **Date Completed** |
| **Created Mission and Vision statements for the innovATe project.** | • **Mission Statement:** The mission of UConn's Korey Stringer Institute's innovATe project is to increase access to medical care provided by an athletic trainer for secondary school athletes in underserved communities through the provision of funding, advocacy, education, mentorship, and strategic support to school districts and through partnerships with local medical services.<br>• **Vision Statement:** Our vision is to dramatically increase access to athletic training services for secondary school athletes in traditionally underserved communities | June, 2020 |
| **Creation of information and promotional materials for the innovATe project.** | Finalized logos for the project | June, 2020 |
| | Dr. Eason and Dr. Casa were interviewed for a CAHNR blog article that was released on the UCONN Today website in August describing the innovATe project<br>• https://today.uconn.edu/2020/08/uconns-ksi-launches-innovate-program-aid-high-school-athletes/ | August, 2020 |
| | Shared information about the innovATe project across the KSI social media platforms (Twitter, Facebook, Instagram) | August, 2020 |
| | Launched the innovATe tab on the KSI website<br>• https://ksi.uconn.edu/outreach/innovate/ | September 2020 |



5



Report Drafting Began:
Status Report Completed:
January 11, 2021
January 11, 2021

| | | |
|---|---|---|
| | Generated an acronym for innovATe<br>• improving needed nationwide opportunities & value of Athletic Trainer Employment | September 2020 |
| | Created several infographics related to the program's mission statement and the value of athletic trainers in the secondary school | September, 2020 |
| **Finalized innovATe contract with sponsor** | • Dr. Eason began working on the innovATe project officially on June 5, 2020 and drafted a Scope of Work, budget. and budget justification for the project with Shawn Detoro.<br>• Scope of Work and budget was reviewed by all parties and accepted after several minor changes the second week of August (Final agreement signed August 21, 2020). | August, 2020 |
| | • NFL released funds in October of 2020 and the funds were sent to the University of Connecticut. | October, 2020 |
| **Identified school districts/counties in underserved communities that currently lack athletic training services** | Gathered information from the ATLAS database, NCES website, and Census data related to socioeconomic status and social determinants of health to identify underserved districts that currently lack athletic training services<br>• School districts/counties in 19 states were identified: AL, AZ, CA, CT, FL, GA, IL, IN, KS, MD, MA, MI, NY, OH, PA, TX, WV, WI | August, 2020 |
| | Gathered contact information for administrators in districts identified as underserved and lacking athletic training services<br>• Email addresses from 614 school administrators (superintendents, principals, athletic directors, etc.) were compiled through searching public records | September, 2020 |
| **Scheduled three virtual informational** | Scheduled virtual informational meetings to be held the end of October for administrators<br>• 3 zoom meetings have been scheduled | September, 2020 |





Report Drafting Began:
Status Report Completed:
January 11, 2021
January 11, 2021

| | | |
|---|---|---|
| **meetings for administrators to learn more about the innovATe program** | <ul><li>October 28th 6:30PM EST</li><li>October 28th 9:00PM EST</li><li>October 29th 7:30PM EST</li></ul> | |
| | Emailed invitations to school administrators to attend virtual information meetings about the innovATe project<ul><li>The 614 school administrators identified were emailed and invited to attend the informational meetings</li><li>Administrators were sent 2 infographics and a save-the-date and were instructed to RSVP via a Qualtrics link if they were interested in learning more about the program</li></ul> | September, 2020 |
| | We have contacted several athletic trainers currently working in the secondary school outreach setting in areas that were identified as underserved to ask them to encourage administrators to attend one of these information sessions | September, 2020 |
| **Virtual informational meetings** | We scheduled 3 innovATe informational meetings geared for high school administrators; October 28th (2 meetings) and October 29th<ul><li>Dr. Casa and Dr. Eason presented an overview of KSI and the innovATe project, as well as detailed information on the benefits of athletic trainers and how to apply for funding through the innovATe project</li><li>Including KSI staff and invited guests, 40 individuals attended the 3 meetings.</li><li>Decision was made prior to the meetings, to record each meeting and send to individuals who were not able to attend due to schedule conflicts.</li><li>Video recording of sessions was emailed to administrators and viewed by more than 90 individuals</li><li>Presentation used for video specific to innovATe logistics is attached.</li></ul> | October, 2020 |





Report Drafting Began:
Status Report Completed:
January 11, 2021
January 11, 2021

| | | |
|---|---|---|
| **Created** innovATe **grant application materials** | Pre-proposal application materials were completed in October and uploaded to Qualtrics | October, 2020 |
| | innovATe staff created two documents: 1) application guide (attached) and 2) application (attached)<br>• Application guide provides specific instructions for completing application<br>• Application consists of 5 sections:<br>1. Applicant Information<br>2. Proposal Narrative<br>3. Proposed Budget<br>4. Job Description and Hiring Strategy<br>5. Letters of Support<br>• The application was uploaded to Qualtrics which will allow us to use individualized links for each applicant and automatic reminder emails to complete the application. | January, 2021 |
| **Reviewed submitted pre-proposal applications** | 37 applications were submitted. After removing duplicates or incomplete responses we had 23 complete applications from 10 states:<br>• AL, CA, CT, GA, MA, MD, NY, OH, UT, WI | December 2020 |
| **Invited select administrators to complete formal application** | All 23 applicants were contacted and notified of pre-proposal application decisions<br>• 1 applicant did not meet criteria as they were looking to fund a pro bono clinic working with schools that already have athletic training services<br>• 1 applicant did not meet criteria as they lost athletic training services due to Covid-19 financial challenges<br>• Several applicants from Georgia were contacted and encouraged to apply together rather than as separate schools (1 high school in each county).<br>Schools that met inclusion criteria were emailed application guide and were told to accept formal | January 5, 2021 |



8



Report Drafting Began:
Status Report Completed:
January 11, 2021
January 11, 2021

|  | application link to be emailed on Friday January 8th |  |
|---|---|---|
| **Applications sent to applicants** | Applicants who met inclusion criteria were emailed a personalized link to the innovATe application.<br>• Christy sent a follow-up email with a docx version of the application (attached) and contact information for the KSI staff liaison who will be able to assist the applicant in completing the application.<br>• 10 applicants have responded indicating they intend to apply for this round of funding. We are still communicating with several others. | January 8, 2021 |



9