# EXHIBIT B



Columbia University
MAILMAN SCHOOL
OF PUBLIC HEALTH

**DEPARTMENT OF BIOSTATISTICS**

Christopher A. Seeger
Class Counsel – NFL Concussion Settlement
Seeger Weiss LLP
55 Challenger Road
Ridgefield Park, NJ 07660


Thursday, January 28, 2021


Mr. Seeger:

Following the court's approval of the educational component of the settlement, activity at Columbia University, Mailman School of Public Health, regarding the Medical Information Research Database has been primarily along two lines: finalizing the contractual agreement with Class Counsel, and engaging the necessary personnel. I cannot speak to the details of the contractual agreement, but after much back-and-forth the agreement was finalized on November 9, 2020.

With respect to staffing this project, we arranged for the participation of a PhD-level academic principal investigator, Dr. Cheng-Shiun Leu. Dr. Leu is a Professor of Biostatistics here at Columbia University with extensive experience in clinical research. He has participated in over 100 clinical studies, including research related to Alzheimer's disease. He is a coinvestigator of a recently funded randomized clinical trial (by NIH) to study the impact of receiving Alzheimer's disease genetic risk information among Latinos in Northern Manhattan with total grant award over 7 million dollars.  He and I have worked together many times on clinical trials. Just last year alone, as part of the study team, we successfully assisted our clinical colleagues to obtain two grant awards, both of them are clinical trials.  One of those studies aims to investigate the treatment strategies for mitochondrial disease and the other one uses the randomized selection design developed by Dr. Leu to identify the best dose of intranasal midazolam for procedural sedation in children. In addition to serving as the academic lead for this project, Dr. Leu will design and conduct an inter-rater reliability study to ensure data abstracted from the examination records into the database is not dependent on the person doing the abstraction.

We also recruited a neurologist to oversee the creation of the abstraction process and accompanying data entry forms. For this role we engaged Dr. James Noble, a board-certified behavioral neurologist & neuropsychiatrist, clinical core leader of the Alzheimer Disease Research Center, and a clinician who treats current and former athletes for concussion-related issues.  To assist him, Dr. Noble has recruited two colleagues, board certified neuropsychologists Dr. Elise Caccapolo and Dr. Jason Krellman. Dr.

Caccapolo has extensive knowledge of neuropsychological testing, and Dr. Kellman has particular expertise in Traumatic Brain Injury (TBI).

We coordinated the secure transfer of case records from the BAP Administrator to Columbia and arranged for a successful test transfer or a handful of record at the end of May 2020. In December 2020, following the finalization of the contractual agreement and the engagement of Dr. Leu and our other professional staff, we completed the transfer of an additional 60 randomly selected records. These will be used by Drs. Noble, Caccapolo and Krellman to draft (with my assistance) a data abstraction process and accompanying data collection form. **We anticipate completion of this by the end of February 2021.**

Once the data collection form is complete, we will simultaneously begin work on three activities:

- Creation of a secure, web-based mechanism for accessing the medical records and for entering the data abstracted from them, using the form and process designed by Drs. Noble, Caccapolo and Krellman
- Performance of an inter-rater reliability test designed by Dr. Leu, whereby we will compare data entered on the same set of records by several people to ensure that the data obtained is not reviewer-dependent
- Search for and hire staff to perform the data entry

**We hope each of the above tasks will be completed by the end of May 2021.**

Once the data entry web site is complete, we are assured that the data is not reviewer-dependent, and data entry staff have been hired and trained, we will arrange with the BAP Administrator the transfer of all exam records through December 31, 2020. At that point, data entry can begin in earnest. **Estimated completion date of the initial phase of data entry will depend on the number of staff hired and their availability, but we hope the process can be completed before the end of summer 2021.**

Let me know if you have any questions about any of the above, or if you need anything further.

Sincerely,

Richard Buchsbaum
Director, Data Management Unit
Department of Biostatistics
Mailman School of Public Health
Columbia University