UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2021, it is **ORDERED** that the Motion To Withdraw and Terminate Appearance of Faneca Objectors and Their Counsel (ECF No. _____) is **GRANTED**.  The Clerk of Court is hereby ordered to terminate the appearances of the following parties and of all counsel who have appeared on their behalf: Alan Faneca, Jeff Rohrer, Roderick Cartwright, Sean Considine, Sean Morey, Robert Royal, and Ben Hamilton.

   
                                                                                                        _____
                                                                                                        Hon. Anita B. Brody

COPIES VIA ECF _____