**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                         Plaintiffs,<br>     v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                         Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Locks Law Firm v. SPID 100016274 (E.W.)<br>Attorney Lien Dispute<br>(Lien Case No. 01596) | |

## **ORDER**

AND NOW, this 19th day of February, 2021, for the reasons set out in the accompanying Memorandum Opinion, the Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with the Memorandum Opinion, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

                                                                     BY THE COURT:

                                                                     /s/ David R. Strawbridge, USMJ
                                                                     DAVID R. STRAWBRIDGE
                                                                     UNITED STATES MAGISTRATE JUDGE