UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>                        Plaintiffs,<br><br>          v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br><br>                        Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>Howard & Associates, P.A. v. Jessie Small Attorney Lien Dispute<br>(Doc. No. 10920) | |

## **ORDER**

On February 16, 2021, the Court received notice that the Claims Administrator found evidence that Howard & Associates presented to the Court inflated costs for reimbursement in a lien dispute with a Settlement Class Member.

**AND NOW**, on this **22nd day** of **February, 2021**, it is **ORDERED** that the Report and Recommendation regarding the above-captioned attorney lien dispute (ECF No. 11193) is **REMANDED** to Judge Strawbridge for reconsideration in light of the Claims Administrator's findings.

                                    **S./Anita B. Brody**
                                    ANITA B. BRODY, J.

**XC: Chambers of**

**Hon. David R. Strawbridge**

Copies **VIA ECF**