UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

**AND NOW**, this __1st__ day of March, 2021, it is **ORDERED** that the Motion To Withdraw and Terminate Appearance of Faneca Objectors and Their Counsel (ECF No. 11287) is **GRANTED**. It is **FURTHER ORDERED** that the Clerk of Court terminate the appearances of the following parties and of all counsel who have appeared on their behalf: Alan Faneca, Jeff Rohrer, Roderick Cartwright, Sean Considine, Sean Morey, Robert Royal, and Ben Hamilton.

                                                                    S/ Anita B. Brody
                                                                    Hon. Anita B. Brody

COPIES VIA ECF _____