UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff Kenneth "Pete" Shaw | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, attorney for Plaintiff Kenneth "Pete" Shaw in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses relating to Plaintiff Kenneth "Pete" Shaw.

Dated:  March 5, 2021

Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  March 5, 2021                                         ZIMMERMAN REED LLP

 s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com