## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**FABIAN WASHINGTON** | **NOTICE OF ATTORNEY'S LIEN** |

      Pursuant to O.C.G.A. § 15-19-14, the Petitioners, Shenaq PC and its co-counsel, formerly attorneys for **Fabian Washington** in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: March 7, 2021.

                                                Respectfully submitted,

                                                SHENAQ PC

                                 By: */s/ Amir Shenaq*
                                              Amir Shenaq
                                              State Bar No. 505281
                                              3500 Lenox Road Ste. 1500
                                              Atlanta, GA 30326
                                              Tel. (888) 909-9993
                                              Fax. (713) 583-3538
                                              amir@shenaqpc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 7, 2021.

                                            */s/ Amir Shenaq*
                                             Amir Shenaq