IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>                                        Plaintiffs,<br>         v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                                        Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

As stated in the Court's March 8, 2021 order in the related case *Henry v. National Football League* (20-4165),[1] the Court remains concerned about the race-norming issue.

**AND NOW**, on this 8th day of March, 2021, it is **ORDERED** that the NFL and Class Counsel Seeger Weiss—the original parties that drafted the Settlement Agreement—are referred to Magistrate Judge David Strawbridge to seek to address the concerns relating to the race-norming issue.

      s/ANITA B. BRODY, J.

      ANITA B. BRODY, J.

**COPIES VIA ECF**

---

[1] Order, *Henry v. Nat'l Football League*, No. 20-4165 (E.D. Pa. Mar. 8, 2021), ECF No. 40.