# Exhibit B

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, Plaintiffs | No. 2:12-md-02323-AB MDL No. 2323 |
| v. | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF JENNIFER J. MANLY

I, Jennifer J. Manly, Ph.D., declare:

1. I am a tenured Professor of Neuropsychology in Neurology at the Gertrude H. Sergievsky Center and the Taub Institute for Research on Alzheimer's Disease and the Aging Brain at Columbia University, where I have been on faculty since 1998. I completed my graduate training in clinical psychology, within the neuropsychology track, at the San Diego State University/University of California at San Diego Joint Doctoral Program in Clinical Psychology. After a clinical internship at Brown University, I completed a postdoctoral fellowship at Columbia University. I am a licensed psychologist in New York state. My research on social, medical, and genetic factors that increase risk or promote resilience to cognitive aging and Alzheimer's Disease among African Americans and Hispanics has been funded by the National Institute on Aging and the Alzheimer's Association. I have authored over 220 peer-reviewed publications and 10 chapters. I was awarded the Early Career Award from Division 40 of the American Psychological Association in 2002 and the Early Career Award from the National Academy of Neuropsychology in 2006, and in 2004 I was elected a Fellow of the APA. I served on the US Department of Health and Human Services Advisory Council on

Alzheimer's Research, Care and Services from 2011 to 2015, and was a member of the Alzheimer's Association Medical & Scientific Research Board from 2012 - 2019. I am currently serving on the National Advisory Council to the National Institute on Aging at NIH, and am a member of the National Academy of Sciences, Engineering, and Medicine Committee on Population. I held multiple roles on the Board of Governors of the International Neuropsychological Society, including Continuing Education Chair, Member-at-Large, and Publications Chair. I was an Associate Editor at the Journal of the International Neuropsychological Society from 2005 to 2014, and have served as consulting editor for many other journals including The Clinical Neuropsychologist, Neuropsychology, and Psychology and Aging.  My credentials and publications are more fully set out in my curriculum vitae attached as Exhibit 1 to this Declaration.

2.  Much of my professional work aims to improve the diagnostic accuracy of neuropsychological tests when used to detect mild cognitive impairment, dementia, and Alzheimer's Disease among African American and Hispanic older adults. This work clarifies the independent influences of early life socioeconomic factors, language use and bilingualism, acculturation, educational experiences, literacy, racism, and adult occupational opportunities on cognitive test performance, with the ultimate goal of understanding more about the pathways between racially patterned social factors, cognitive test performance, and brain health. I have been a leader in addressing the problem of misdiagnosis or misclassification of African Americans through examination of the role of lifecourse social factors that influence neuropsychological test performance in African Americans with and without cognitive impairment. The analysis of these social factors set a new standard in neuropsychology for accounting for quality of education, not just quantity of formal schooling.

3.  I have been retained by Zuckerman Spaeder LLP at my standard rate for consulting to provide advice concerning the use of race-specific norms in neuropsychological tests performed to

determine eligibility for benefits under the Settlement Agreement entered in the NFL concussion litigation. The opinions in this Declaration are based on my training and experience.

4. I have reviewed Dr. Millis's Declaration. While I agree with Dr. Millis that demographically matched norms have a role to play in the diagnosis of neurological disease or injury, I do not agree that an adequate scientific foundation has been established for applying the available race-specific norms to interpret neuropsychological testing in the medico-legal context of the NFL Concussion Settlement. As I understand it, the neuropsychological tests administered under Exhibit A-2 of the Settlement Agreement are used to determine whether a retired NFL player has a "Qualifying Diagnosis" of Neurocognitive Impairment Level 1.5 or Level 2.0. "Qualifying Diagnosis" is a legal term defined in the Settlement Agreement, and is not medical diagnostic category. The results of the neurocognitive tests are not used to determine a retired player's medical treatment, nor would they be relied upon exclusively to ascertain a retired player's current abilities and likely progressive decline. Neuropsychological test norms are used in clinical or research settings to help determine if an individual's test scores are consistent with acquired cognitive impairment and the relative severity of the impairment. Demographic norms are used so that we can compare an individual's current cognitive test performance to our best estimate of the person's prior functioning. In the clinical setting, the results of cognitive tests are used in the context of other sources of data to determine a diagnosis. Dr. Millis states that use of race-specific norms is a commonly-accepted neuropsychological clinical practice; however, it is not commonly accepted practice to use norms that have not been validated and rigorously evaluated to be appropriate in the population in which they will be used. It is not commonly accepted practice to assume that normative data is adequate for the individual being tested, especially if the norms are 25 years outdated, are regionally specific, may include small numbers of Black men with college degrees. Given the context that neuropsychological tests are used under the NFL Settlement Agreement, the

normative standardization sample must be appropriate for use among NFL retirees, and there should be empirical evidence of the precision of the tests and norms for detection of impairment in this cohort. In my opinion, the use of race-specific norms in this context does not meet these necessary standards for scientific rigor.

5.   I agree with Dr. Millis (¶ 28) that the racial disparity observed in neuropsychological testing "is widely understood to be the product of factors other than race."  Much of my own professional work has involved identifying those factors[1]; in fact, Dr. Millis cites a number of articles concerning that body of research of which I am the lead or co-author in his Declaration.  Because race has been used as a variable in neuropsychological test norms as a proxy for other factors, as Dr. Millis notes, applying race-specific norms to retired NFL players who are eligible to seek benefits under the NFL Concussion Settlement is only appropriate if the populations used to develop the race-specific norms are representative of the individual or the specific population.  That is, a retired player's self-identified race is not the only variable to consider to determine if race-specific norms are appropriate.[2]  Race-specific norms that did not include representatives of the population that and individual belongs to, may be no more accurate, or less accurate, than any other set of norms

---

[1] "Race and ethnicity are surrogates for other relevant variables whose effect on cognition and test performance are more direct. If we explicitly measure these behavioral, attitudinal, experiential, and psychological factors that underline racial classifications, we take advantage of this variability and improve our understanding of the role of race and culture on cognitive test performance. These variables, not race, account for the differences between African Americans and Whites on neuropsychological tests, and can inform us in future development of new measures that improve diagnostic accuracy and validity in multicultural populations."  Jennifer J. Manly, Advantages and Disadvantages of Separate Norms for African Americans, 19 The Clinical Neuropsychologist 270, 273 (2005) (Manly 2005).

[2] "Whether race-based norms should be used for the assessment of an individual patient is contingent on a number of factors. The clinician must have a good understanding of the patient's educational and cultural background and experience. Do these experiences match with those of the normative group? Are there normative data sets that more similarly match the patient's background and experience, even if not including race or ethnicity? Regardless of the patient's race or ethnicity, clinicians should not consider neuropsychological test scores in isolation. That is, a test score, regardless of the normative group used to determine it, reflects one aspect of the patient's presentation and should be interpreted in the context of a detailed qualitative assessment (Ethical Standard 9.01, Bases for Assessments, subsection a). In this vein, it would not be inappropriate to report scores derived from multiple normative data sets and explore the possible implications of discrepancies in a clinical evaluation report." Adam M. Brickman, et al., Ethical Issues in Cross-Cultural Neuropsychology, 13 Applied Neuropsych. 91, 95 (2006)

that do not include race as a demographic variable.  Even in a clinical setting, "[a]ny

neuropsychologist who compares a patient's test performance to a normative data set should

question whether the norms used are appropriate for the patient. Criteria for this determination

might include consideration of the time in history the norms were created; whether an adequate

number of subjects was included; and, most importantly, that the normative data are appropriately

stratified in ways that best capture demographic factors that contribute to performance on the test."

Adam Brickman, et al., Ethical Issues in Cross-Cultural Neuropsychology, 13 Applied

Neuropsychology 91, 93-94 (2006).

6. As Holdnack and Weiss explain in their chapter on demographic adjustments to the

WAIS-IV (including tests used under the Settlement Agreement), "racial/ethnic status cannot be

determined by any scientific means and it may not be possible to accurately classify an individual

client."[3]  Dr. Millis agrees with this statement, and yet he argues that any available race-specific

norms are the best choice for precisely measuring the presence or severity of impairment, regardless

of consideration of whether the player's background is similar to the people who were included in

the normative sample. Many researchers have discussed the danger of assuming that race-specific

standards are appropriate in all cases, in part because these practices reify race as a biological

construct (and not as the a social construct that it is[4]), they fail to recognize the racism and racial

capitalism that have led to racial disparities in health, and because many race-corrections lack rigor,

they may amplify health inequalities  (Dorothy Roberts, Fatal invention: How science, politics, and

big business re-create race in the twenty-first century; 2011).  As the Special Masters' decision in the

Davenport appeal notes, the Manual for the WAIS also warns that "[c]aution is warranted when

using norms adjusted for racial/ethnic group differences, as scores may be misunderstood or

---

[3] James A. Holdnack & Larry G. Weiss, Demographic Adjustments to WAIS-IV/WMS-IV Norms, in WAIS IV, WMS-IV, and ACS, Advanced Clinical Interpretation 171, 199 (James A. Holdnack et al., eds. 2013).
[4] "[R]ace is a construct that lacks scientific basis."  Manly (2005) at 272.

inappropriately interpreted.  No scientific models exist for accurately identifying race and ethnicity (i.e., these are primarily social/political constructs)."  SM Dec 8 (quoting N.C.S. Pearson, Advanced Clinical Solutions for WAIS-IV and WMS-IV: Clinical and Interpretive Manual (2009)).  Although in the United States a person of mixed racial ancestry may identify as Black or African American, there is no scientific principle that would assign that individual to one race or another.  "Proponents of the utilization of race-based norms need to explicitly highlight that the norms are not created as a claim of biological differences among groups; instead, race, like age or gender, is a strong correlate of other factors that impact performance but not an inherent cause of cognitive performance."  Brickman, et al., at 94.  The apparent or self-identified ancestry of an individual may or may not correlate with the differences in culture and educational opportunity that have been shown to account for racial differences.  For that reason, it is important to apply considerable scrutiny of the norms and provide a clear, empirically-based justification before deciding on a normative standard for people who are traditionally underrepresented in neuropsychological research and testing. The WAIS Manual cautions, "the use of race/ethnicity in normative data ignores the underlying cultural, health and educational factors that result in disparities in test performance; subsequently, adjustments are made on group membership, which may not fully represent the experiences and characteristics of a specific individual."  SM Dec 8 (quoting N.C.S. Pearson, Advanced Clinical Solutions for WAIS-IV and WMS-IV: Clinical and Interpretive Manual (2009)).  In fact, White and Black retired NFL players may be more similar to each other than they are to the reference populations in the standardization samples used to develop Heaton or WAIS/WMS race-specific norms. Before norms are applied to any individual, empirical evidence must show that use of these norms improves diagnostic accuracy in the specific population of which that individual is a member. I am not aware of any published studies showing that diagnostic accuracy of cognitive impairment among Black and White retired NFL players is improved by applying different norms to interpret

neuropsychological test scores on the basis of a retired player's racial identification, and Dr. Millis does not present any such data.

7.   Apart from whether there is a scientific basis to apply *different* interpretive standards to retired NFL players on the basis of race, there is the question whether people with backgrounds similar to Black retired NFL players are sufficiently well-represented within the populations used to generate the race-specific norms.  Dr. Millis does not present any data about that question, and I am not aware of any published study addressing it. Taking the Heaton norms in particular, they were created by recruiting Black residents of San Diego in the 1990s  (Robert K. Heaton, et al., Revised Comprehensive Norms for an Expanded Halstead-Reitan Battery:  Demographically Adjusted Neuropsychological Norms for African American and Caucasian Adults Professional Manual 7, 2004) ("almost all of the African American participants were recruited specifically for this norming project, using a census- based survey method designed to provide a representative sample of neurologically normal participants from the San Diego area.").  We are not provided enough information to know how representative this sample of San Diego residents is of Black Americans right now, or even at the time the norms were collected (approximately 25 years ago). While a representative sample of African Americans was the goal of the Heaton et al. project, use of these norms in the Settlement should require verification of whether census-matching was achieved, as well as a comprehensive understanding of how the methods employed to recruit enough people in to specific demographic classifications (e.g., middle aged Black men with college degrees), might have differed from the methods used to recruit other subgroups. Different recruitment methods may create ascertainment bias, which has been shown to have significant impact on cognitive test performance and racial differences in cognitive trajectory.  (Carey E. Gleason, et al, Association between enrollment factors and incident cognitive impairment in Blacks and Whites: Data from the Alzheimer's Disease Center, 15 Alzheimer's & Dementia. 1533-45; 2019). Several factors call into

question whether the African American cohort who participated in the Heaton norms project is representative of retired NFL players being tested under the Settlement.  One particularly important factor is that Black retired NFL players are likely to have had very different educational opportunities than Black San Diego residents who were recruited and tested approximately 25 years ago. A 50-year old San Diego resident tested in 1995 was more likely to have attended segregated schools for most or all of their education, and the quality of those schools are likely to have differed. In addition, there are known geographic variations in neuropsychological test performance among neurologically normal people, which suggest that African American San Diego residents may not be an appropriate normative standard for all Black Americans (Alfred Sellers, et al, Differences in Young Children's IQs on the Wechsler Preschool and Primary Scale of Intelligence-Revised as a Function of Stratification Variables, 9 Applied Neuropsychology 65-73, 2002; M. Maria Glymour & Jennifer J. Manly, Lifecourse Social Conditions and Racial and Ethnic Patterns of Cognitive Aging, 18 Neuropsychology Rev. 223-254b, 2008; Melissa Lamar, et al, Relationship of Early-Life Residence and Educational Experience to Level and Change in Cognitive Functioning: Results of the Minority Aging Research Study**,** 75 J. of Gerontology e81-e92, 2020).  In addition, secular changes should be taken in to account when applying neuropsychological test norms in order to improve their accuracy (Rhoda Au, et al, New Norms for a New Generation: Cognitive Performance in the Framingham Offspring Cohort, Experimental Aging Research 333-358, 2010) ("continued surveillance of each generation is necessary to document the impact that unique social and economic variables have on cognitive function."). Dr. Millis does not present data that justifies the assumption that the participants in the Heaton norms are a good fit for the Black players being tested under the NFL Concussion Settlement, other than that they are Black.

9.  Dr. Millis's central argument is that "it was and is widely-used and commonly-accepted neuropsychological clinical practice to consider demographic factors, including race, when assessing

premorbid intellectual functioning, and in choosing normative adjustments to scale an individual's raw scores on cognitive tests." I agree, but Dr. Millis fails to acknowledge that testing in the context of this settlement bears little resemblance to common neuropsychological practice, and due to the way that neuropsychological tests are being used in the Settlement, the highest degree of rigor and precision should be required of the neuropsychological tests. In a clinical setting, neuropsychological test results would be one component of a comprehensive clinical assessment that would also take into account other available information about the individual's prior function and experiences. A clinician attempting to determine if a patient had cognitive decline would consider the results of neurocognitive tests along with other information about the patient's level of neurocognitive functioning at an earlier period of time. In contrast, under the Settlement, a retired player can be ruled out as eligible if, independent of all other considerations, he does not meet the statistical criteria in the Table in Exhibit A-2, which establishes specific numerical cutoffs for each test using T-scores derived with demographically specific norms and requires that (at least) 2 or more tests within each domain are below these cutoffs. In my opinion, the currently available race-specific norms lack the precision that is required for them to be used in this manner. To my knowledge, the data used to develop race-specific norms for the measures approved for use in the Settlement, and the algorithm presented, has never been validated as an accurate way to detect cognitive impairment in Black men with similar backgrounds (all the complex and intersecting experiences that comprise this background) as the retired NFL players.

10.  A related difference in how neurocognitive tests are used under the NFL Concussion Settlement, as I understand it, and how they are used in a clinical setting, is that the consequences of false positives and false negatives are different.  Every kind of diagnostic test can produce errors, both false negatives and false positives.  In clinical practice, it is important to be aware of the sensitivity (the ability to detect true positives, meaning avoiding false negatives) and specificity

(avoiding false positives).  Tests in clinical practice are chosen, and cutoffs are adjusted, with an eye to the harmful consequences of each kind of error.  For example, screening tests for covid-19 must consider the accuracy of the test in concert with the potential harms of a false positive result (e.g., the hassle and cost of having to take another test, unnecessary quarantine, and emotional distress) and the potential public health impact of a false negative result (e.g., the person may unwittingly expose others to the virus).  For a different disease or context, even if the tests have the same sensitivity and specificity, the balance of harms would be different. This balance should not only take in to account the public health impact of false positives and false negatives, but should also consider the prevalence of the condition in the population. If cognitive decline is more frequent in the population of retired NFL players, as some studies suggest (Jeff Schaffert, Neuropsychological functioning in ageing retired NFL players: a critical review, 32 Int'l Rev. of Psychiatry, 71-88, 2019), even at the same level of sensitivity and specificity, the Negative Predictive Value (the probability that players who do not meet the cuts truly don't have cognitive impairment) will go down. In the clinical setting, neuropsychologists deal with high or low base rates and potential harms of over- or under-diagnosis by carefully considering which cutoff to use, deciding how wide the confidence interval around each score should be, and also deciding how to weigh the test scores in the context of other evidence of decline from prior levels of function.

11.  The impetus for developing demographic norms for neurocognitive testing is to reduce the rate of false positive and false negative diagnoses of neurocognitive impairment for everyone, and demographic adjustments can be especially useful in improving diagnostic accuracy of tests when used among people with demographic backgrounds that are not in the majority within the general population.  As Dr. Millis states, it is standard clinical practice to use norms that consider demographic background when determining presence and severity of cognitive impairment. However, in my opinion, we lack scientific evidence that the Heaton norms decrease false negative

results (improve sensitivity) in people with backgrounds similar to the NFL players. In other words, there is insufficient evidence that the Heaton norms possess the level of precision that would be needed to <u>require</u> their use in determination of eligibility for the Settlement.  Neuropsychologists who are experienced with assessment of Black adults may be willing to accept this imprecision in their regular clinical practice, but only because they would never rely on the specific rules in Exhibit A-2 of the Settlement to determine if someone was impaired. For example, a clinician who is experienced using the Heaton norms within the last 5 to 10 years among Black men who are graduates of top colleges in the Midwest of the United States, may not rule out impairment within the memory domain if a player obtained a Heaton T-score of 36 on one memory measure and a T-score of 37 on another. In clinical practice, neuropsychologists use their clinical judgement, consider reports of significant decline in daily function and loss of independence, and use their knowledge of the precision of the norms along with the pattern of results on neuropsychological testing, to determine if impairment is present.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Date:  ___11/02/2020_____

# Exhibit 1
# to Declaration of
# Jennifer J. Manly, PhD

## *CURRICULUM VITAE*

**DATE PREPARED**  October 2020

**PERSONAL DATA**

<u>Name</u>:  Jennifer Jaie Manly, Ph.D.

<u>Contact Information</u>:
Taub Institute for Research on Alzheimer's Disease and the Aging Brain
Columbia University Medical Center
630 West 168th St. P&S Box 16
New York, NY 10032
voice: (212) 305 8604
fax: (212) 342 1838
email: jjm71@cumc.columbia.edu

<u>Birthplace</u>**:** Dayton, Ohio, USA

<u>Citizenship</u>**:** USA

**ACADEMIC APPOINTMENTS**

08/1998-08/2006  Assistant Professor
Cognitive Neuroscience Division, Taub Institute for Research on Alzheimer's Disease and the Aging Brain, the G.H. Sergievsky Center, and the Department of Neurology, Columbia University Medical Center, New York, NY

08/2006-08/2018  Associate Professor
Cognitive Neuroscience Division, Taub Institute for Research on Alzheimer's Disease and the Aging Brain, the G.H. Sergievsky Center, and the Department of Neurology, Columbia University Medical Center, New York, NY

08/2018 - present  Professor
Cognitive Neuroscience Division, Taub Institute for Research on Alzheimer's Disease and the Aging Brain, the G.H. Sergievsky Center, and the Department of Neurology, Columbia University Medical Center, New York, NY

**HOSPITAL APPOINTMENTS**

1998-present  Psychologist
New York Presbyterian Hospital, New York, NY

**EDUCATION**

09/1987-05/1991  Bachelor of Arts & Bachelor of Science
University of California, Berkeley
*Major #1:*  Psychology

*Major #2:* Integrative Biology

08/1991-06/1996 Doctorate
University of California, San Diego/ San Diego State University
Joint Doctoral Program in Clinical Psychology
*Degree*: Clinical Psychology
*Specialty Track*: Neuropsychology
*Dissertation Topic*: "The effect of African American acculturation on
neuropsychological test performance"
*Chairperson*: Igor Grant, M.D.
*Publication:* Manly, J.J., Miller, S.W., Heaton, R.K., Byrd, D., Reilly, J.,
Velasquez, R.J., Saccuzzo, D.P., Grant, I., & the HIV Neurobehavioral
Research Center (HNRC) Group. The effect of African American
acculturation on neuropsychological test performance in normal and HIV
positive individuals. Journal of the International Neuropsychological
Society 1998; 4: 291-302.

## TRAINING

08/1995-08/1996 Clinical Psychology Intern
*Specialty Track*: Neuropsychology
Brown University Clinical Psychology Internship Training Consortium

08/1996–08/1998 Postdoctoral Research Fellow
*Specialty Track*: Neuropsychology
G.H. Sergievsky Center
Columbia University College of Physicians and Surgeons

## LICENSURE

Psychology: New York #013454-1

## HONORS AND AWARDS

1989 – 1991      Dean's List; University of California, Berkeley

1994             Awarded the Dorathe Frick Memorial Award, for contribution to the
UCSD/SDSU Joint Doctoral Program in Clinical Psychology

1995             Paper presentation awarded a Presidential Citation at the 16th Annual Meeting
of the Society for Behavioral Medicine, San Diego, CA.

2003             Early Career Award, American Psychological Association Division 40
(Clinical Neuropsychology)

2005             Fellow, American Psychological Association Division 40 (Clinical
Neuropsychology)

2006             Early Career Award, National Academy of Neuropsychology

| | |
|---|---|
| 2014 | Tony Wong Diversity Award for Outstanding Mentorship, National Academy of Neuropsychology |
| 2020 | Paul Satz-International Neuropsychological Society Career Mentoring Award |

<u>Invited Lectureships</u>

| | |
|---|---|
| 1999 | Invited Address, 107th Annual American Psychological Association Convention, Division 40 (clinical Neuropsychology) "Deconstructing Race and Education: Lessons from Cross-Cultural Neuropsychology", Washington, DC |
| 2003 | Distinguished Graduate Lecture in Neuropsychology, UCSD/SDSU Joint Doctoral Program in Clinical Psychology, "Race, Culture, and Education in Neuropsychology", San Diego, CA |
| 2006 | 1st Annual Norman R. Seay Lecture, "Memory & Aging Research in African Americans", Washington University, St. Louis |
| 2008 | Invited Address, 116th Annual Convention of the American Psychological Association, "Cognitive Assessment of Ethnic Minorities: Deconstructing Race and Education", Boston, MA |
| 2011 | Invited Address, American Psychological Association Division 40 (Clinical Neuropsychology), "Cognitive Aging among Caribbean Hispanic Immigrants", Washington, DC |
| 2012 | Invited Plenary Address, Alzheimer's Association International Conference, "Challenges for the detection of dementia in culturally, racially and ethnically diverse populations", Vancouver, BC |
| 2017 | Invited Plenary Address, 125th Annual Convention of the American Psychological Association, "Lifecourse Mechanisms of Disparities in Cognitive Aging and Dementia", Washington, DC |
| 2017 | National Institutes of Health, NIH Director's Wednesday Afternoon Lecture Series, "Deconstructing lifecourse mechanisms of Alzheimer's disease disparities", Bethesda, MD |

## ACADEMIC SERVICE

<u>Departmental and University Committees</u>

| | |
|---|---|
| 2005 – 2010 | Member, General Clinical Research Center Scientific Advisory Committee, Columbia University |
| 2012 – 2013 | Member, Columbia University College of Physicians and Surgeons Strategic Planning Taskforce on Research |
| 2014 – 2018 | Columbia University Press Advisory Board |
| 2015 | Faculty Engagement Advisory Committee Member, Columbia University Medical Center |
| 2015 – 2018 | Core Faculty, "The Future of Aging Research" University Seminar |

| | |
|---|---|
| 2015 – 2020 | Advisory Committee Member, Columbia University Presidential Scholars in Society and Neuroscience Program |
| 2017 – present | Member, Columbia University College of Physicians and Surgeons Department of Neurology Research Committee |
| 2018 | Member, Search Committee, Director of the Robert N. Butler Columbia Aging Center, Mailman School of Public Health (invited by Dean Linda Fried) |
| 2018 – 2020 | Columbia University Irving Medical Center Dean's Advisory Committee for Women Faculty (invited by Dean Lee Goldman) |
| 2018 – present | Co-Chair, "The Future of Aging Research" University Seminar |
| 2019 – present | Member, Columbia University Irving Medical Center's Committee on Appointments and Promotions |
| 2020 -present | Member, Columbia University Faculty Liaison Network, National Academies of Sciences, Engineering and Medicine's Action Collaborative on Preventing Sexual Harassment |
| 2020 | Co-Chair, Columbia University Irving Medical Center Working Group on Faculty Recruitment, Retention, Advancement, and Leadership |

## National Committees

| | |
|---|---|
| 2005 – 2007 | National Board of Directors, Alzheimer's Association |
| 2011 – 2015 | Member, Advisory Council on Alzheimer's Research, Care, and Services |
| 2012 – 2019 | Member, Medical and Scientific Advisory Board, Alzheimer's Association |
| 2018 – present | Member, Committee on Population, the National Academy of Sciences, Washington, DC |
| 2019 – present | Member, Alzheimer's Association International Research Grant Program (IRGP) Council |
| 2020 – present | Member, National Advisory Council on Aging |

## NIH Study Section Memberships

| | |
|---|---|
| 2001 – 2007 | NIH Adult Psychopathology and Disorders of Aging (APDA) Study Section |
| 2003 | NIH ZRG SNEM-2 50 Special Emphasis Panel "Pathways Linking Education to Health" |
| 2017 | NIH ZNS1 SRB G(15) Special Emphasis Panel "Detecting cognitive impairment, including dementia, in primary care and other everyday clinical settings for the general public and in health disparities populations" |
| 2017 - 2020 | Neurological, Aging and Musculoskeletal Epidemiology Study Section (NAME) |

## Scientific Advisory Committees

| | |
|---|---|
| 2000 – 2019 | External Advisory Board, Mayo Clinic Alzheimer's Disease Research Center (PI: R. Petersen). |
| 2001 – 2008 | External Advisory Board, Michigan Center For Urban African American Aging Research (PI: J. Jackson and P. Lichtenberg). |

| | |
|---|---|
| 2005 – 2006 | External Advisory Board, University of Arkansas for Medical Sciences Alzheimer's Disease Research Center (PI: C. Beck) |
| 2005 – 2010 | External Advisory Board, "Prospective community study of Mild Cognitive Impairment", University of Pittsburgh (PI: M. Ganguli) |
| 2005 – 2009 | WAIS-IV/WMS-IV Advisory Panel, Harcourt Assessment, Inc. |
| 2006 – 2012 | Consultant, IIRG-05-14532 (PI: K. Hawkins), "Neuropsychological Norms for Older African Americans" |
| 2006 – 2010 | External Advisory Board, University of Alabama Birmingham Alzheimer's Disease Research Center (PI: D. Marson) |
| 2014 – 2015 | Collaborator, Revision of ICD-10 Diseases of the Nervous System chapter and Mental and Behavioural Disorders chapter: "Disorders with neurocognitive impairment" and "Neurocognitive disorders" sections |
| 2015 – present | Executive Committee, REGARDS Study (Reasons for Geographic and Racial Differences in Stroke Study) |

## PROFESSIONAL ORGANIZATIONS AND SOCIETIES

### Local

| | |
|---|---|
| 2006 – 2014 | Member, New York State Association of Neuropsychology |

### National

| | |
|---|---|
| 1995 – 2014 | Member, American Psychological Association |
| 1995 – present | Member, Society for Clinical Neuropsychology (APA Division 40) |
| 2000 – 2008 | Member, National Academy of Neuropsychology |
| 2001 | American Psychological Association – Division 40 Program Committee Co-Chair |
| 2002 | American Psychological Association – Division 40 Program Committee Chair |
| 2002 – 2005 | Steering Committee, American Psychological Association Division 40 Ethnic Minority Affairs Committee |
| 2003 – 2006 | American Psychological Association – Division 40 Member-at-Large |
| 2005 - 2007 | Member, American Psychological Association Committee on Ethnic Minority Affairs |
| 2006 – 2007 | Member, American Psychological Association Integrated Health Care for an Aging Population Presidential Task Force |
| 2007 – 2012 | American Psychological Association – Division 40 Council Representative |
| 2007 - 2010 | Member, American Psychological Association Board of Scientific Affairs |
| 2011 – 2013 | American Psychological Association – Division 45 Member-at-Large |

### International

| | |
|---|---|
| 1991 – present | Member, International Neuropsychological Society |
| 2005 – 2012 | Chair of Continuing Education Program, International Neuropsychological Society |
| 2012 – 2015 | Member-at-Large, International Neuropsychological Society Board of Governors |

2016 – 2019     Publications Committee Chair, International Neuropsychological Society
2017 – present    Member, International Society to Advance Alzheimer's Research and Treatment

## Journal Reviewer

Journal of the International Neuropsychological Society
The Clinical Neuropsychologist
Neuropsychology
Archives of Clinical Neuropsychology
Journal of Clinical and Experimental Neuropsychology
Alzheimer Disease and Associated Disorders
Aging, Neuropsychology, and Cognition
Developmental Science
Neurology
Psychology and Aging
Neuropsychologia
Journal of the American Geriatrics Society
JAMA Neurology
Alzheimer's and Dementia
Journal of Alzheimer's Disease

## Editorial Boards

2003 – present    Consulting Editor, Journal of the International Neuropsychological Society
2001- 2008       Consulting Editor, The Clinical Neuropsychologist
2001- 2008       Consulting Editor, Neuropsychology
2004 – 2008     Consulting Editor, Archives of Clinical Neuropsychology
2004 – 2009     Consulting Editor, Journal of Clinical and Experimental Neuropsychology
2004 – 2015     Consulting Editor, Alzheimer Disease & Associated Disorders
2005 – 2014     Associate Editor, Journal of the International Neuropsychological Society
2019 – present    Consulting Editor, Psychology & Aging

## FELLOWSHIP AND GRANT SUPPORT

Present:

07/01/18-06/30/23    Tau PET imaging in racially/ethnically diverse middle-aged adults
                  NIH/National Institute on Aging R01AG058067
                  (PIs: Brickman and Manly)
                  Direct Funds: $2,532,711
                  Role: MPI

04/01/18-03/31/23    Health and Retirement Study Yrs 29 - 34
                  NIH/NIA RFA-AG-18-005 (PI: Weir)
                  Direct funds: $144,624
                  Role: Co-investigator and PI of CU subcontract

04/01/18-03/31/23      Child Maltreatment and Risk for Mild Cognitive Impairment and
Alzheimer's Disease
NIH/NIA PAR 15-356 (PI: Widom)
Direct funds: $2,129,830 (CU Subcontract)
Role: Co-investigator

04/01/18-03/31/23      Educational and Early Life Predictors of Mild Cognitive Impairment: New
Evidence
NIH/NIA PAR 15-356 (PI: Warren)
Direct funds: $420,152 (CU Subcontract)
Role: Co-investigator and PI of CU subcontract

04/01/18-03/31/23      Brief Research in Aging and Interdisciplinary Neurosciences (BRAIN)
T35 AG044303 (PIs: Mayeux, Manly, Hirano, & Noble)
Role: MPI

04/01/18 - 03/31/23      Columbia Center for Interdisciplinary Research on Alzheimer's Disease
Disparities (CIRAD)
NIH/NIA P30AG059303 (PIs: Manly/Luchsinger)
Role: MPI

01/01/18-12/31/23      Health and Retirement Study Yrs 29 - 34: Harmonized Cognitive
Assessment Protocol
NIH/NIA RFA-AG-18-005 (PI: Langa)
Direct funds: $72,312
Role: Co-investigator and PI of CU subcontract

12/01/17-11/30/22      VCID and Stroke in a Bi-racial National Cohort
NIH/ National Institute of Neurological Disorders and Stroke Parent R01
2U01NS041588-17 (PIs: Judd, Cushman, Howard and Manly)
Direct funds (CU subcontract): $1,541,891
Role: MPI

09/01/17-08/31/20      ARMADA: Advancing Reliable Measurement in Alzheimer's Disease and
cognitive Aging
NIH/National Institute on Aging U2CAG057441-01 (Gershon/Weintraub)
$80,291 (Subaward – Northwestern; Y1 only)
Role: Co-investigator

08/01/17-05/31/22      Resilience Mechanisms Underlying Racial/Ethnic Disparities in
Alzheimer's Disease
NIH/National Institute on Aging R01AG054520 (PIs: Brickman/Zahodne)
Direct funds: $788,638
Role: Co-investigator

| | |
|---|---|
| 07/01/17-06/30/22 | Blood Pressure control to reduce racial/ethnic disparities in cognitive impairment and dementia<br>NIH/NINDS R01NS102715 (PI: Levine)<br>Direct funds: $192,044 (CU Subcontract)<br>Role: Co-investigator |
| 09/15/16-08/31/21 | School Quality and Racial Disparities in Alzheimer's Disease in Project Talent<br>NIH/National Institute on Aging R01AG056164 (PI: Manly)<br>Direct funds: $2,744,387<br>Role: PI |
| 09/01/16-08/31/21 | Genetic Epidemiology of Cerebrovascular Factors in Alzheimer's Disease<br>NIH/National Institute on Aging RF1AG054023 (PI: Mayeux)<br>Direct funds: $5,500,508<br>Role: Co-Investigator |
| 07/01/16-06/30/21 | Offspring Study of Mechanisms for Racial Disparities in Alzheimer's Disease<br>NIH/National Institute on Aging RF1AG054070 (PIs: Manly/Brickman)<br>Direct funds: $5,771,857<br>Role: PI |
| 03/15/16-02/28/21 | Re-Visiting MCI and Preclinical AD Diagnosis to Inform Future Biomarker Studies<br>NIH/National Institute on Aging R01AG049810 (PIs: Bondi/Edland)<br>Direct funds: $513,125 (CU Subcontract)<br>Role: Co-Investigator |

Past:

| | |
|---|---|
| 1990 | NSF-funded Minority Research Scholar's Grant, for Undergraduate Research in the Department of Psychology |
| 1992-1995 | Ford Foundation Predoctoral Fellowship<br>Role: Principal Investigator |
| 09/01/96 – 05/31/99 | Postdoctoral Research Supplement For Underrepresented Minorities<br>National Institute on Aging<br>Role: Principal Investigator |
| 08/01/98 – 07/31/01 | Prediction of Alzheimer's Disease among African-American Elders<br>Alzheimer's Association IIRA-98-020<br>Role: Principal Investigator |
| 09/01/98 – 08/31/99 | Endogenous Estrogens among Ethnically Diverse Elderly Women |

Pilot Grant from the Columbia Resource Center for Minority Aging
Research
National Institute on Aging P30 AG15294 (PI: R. Lantigua)
Role: Co-Investigator

02/01/99 – 01/31/02   Cognitive Test Performance among African American Elders
New York City Council Speaker's Fund for Biomedical Research
CU 51356101
Direct Funds: $1,072,309
Role: Principal Investigator

09/01/00 – 08/31/01   English Fluency among Hispanic Elders
Pilot Grant from the Columbia Resource Center for Minority Aging
Research
National Institute on Aging P30 AG15294 (PI: R. Lantigua)
Role: Co-Investigator

11/01/02 – 10/31/05   Literacy and Alzheimer's Disease among African American, White, and
Hispanic Elders
Alzheimer's Association Senator Mark Hatfield Award for Clinical
Research in Alzheimer's Disease HAT-02-3670
Role: Principal Investigator

11/01/03 – 10/31/05   Neuropsychological Tests as Predictors of Functional Decline in African
American, Hispanic and Caucasian Alzheimer Patients: A Retrospective
Study
Alzheimer's Association New Investigator Research Grant (PI: D. Byrd)
Role: Co-Investigator

11/01/05 – 10/30/08   Cognition in the IDEATel Diabetes Trial
Alzheimer's Association IIRG (PI: J. Luchsinger)
Role: Co-Investigator

04/01/00 – 03/31/09   Alzheimer's Disease Research Center at Columbia University
National Institute on Aging 2P50 AG08702 (PI: M. Shelanski)
Role: Co-Investigator

07/01/04 – 06/30/09   The Epidemiology of Dementia in an Urban Community
National Institute on Aging 5P01 AG07232 (PI: R. Mayeux)
Role: Clinical Core Leader

09/15/07 – 8/30/08   Cognitive and Functional Profiles of Mild Cognitive Impairment in
African American and Caucasian Samples (PI: D. Marson)
National Institute on Aging Supplement to 2P50 AG08702
Role: Co-Investigator

07/01/99 – 08/30/10    Cognitive Test Performance of African American Elders
                       National Institute on Aging R01 AG16206
                       Role: Principal Investigator

11/01/05 – 05/31/10    Health and Cognition Among African American Women
                       Alzheimer's Association IIRG 05-14236
                       Role: Principal Investigator

02/01/07-01/14/14      Columbia Center for the Health of Urban Minorities
                       NIH/National Center on Minority Health and Health Disparities P60
                       MD00206 (Luchsinger)
                       Role: Co-Investigator

09/15/07 – 06/30/13    Genetic Epidemiology of Alzheimer's Disease among African Americans
                       NIH/National Institute on Aging R01 AG028786
                       Role: Principal Investigator

03/15/10 - 02/28/15    White Matter Hyperintensities in Aging and Dementia
                       NIH/ National Institute on Aging R01 AG034189 (Brickman)
                       Role: Co-investigator

05/01/10 - 04/30/15    Epidemiology of Biomarkers of Risk and Progression in LOAD
                       NIH/National Institute on Aging R01 AG037212 (PI: Mayeux)
                       Role: Co-Investigator

09/30/12-08/31/15      Interdisciplinary Lifecourse Approaches to African American Cognitive
                       Aging
                       NIH/National Institute on Aging R13
                       Role: Principal Investigator

04/01/12-03/31/16      Offspring of Ethnically Diverse People With and Without AD
                       Alzheimer's Association IIRG-11-202789
                       Role: Principal Investigator

09/01/01-11/30/17      Etiology of Geographic and Racial Differences in Stroke (REGARDS)
                       NIH/National Institute of Neurological Disorders and Stroke
                       U01NS041588 (PI: Howard)
                       Direct Funds: $1,541,891
                       Role: Co-Investigator
                       Direct funds: $134,803
                       Role: PI

09/01/16-08/31/19      Psychosocial protective factors in cognitive and brain aging
                       NIH/National Institute on Aging R00AG47963 (PI: Zahodne)
                       Direct funds: $215,876
                       Role: Co-Investigator

| 09/01/16 – 08/31/17 | White Matter Hyperintensities in Aging and Dementia<br>NIH/National Institute on Aging R56AG034189 (PI: Brickman)<br>Direct funds: $495,931<br>Role: Co-Investigator |
|---|---|
| 09/01/17-05/31/19 | Biological aging in older HIV-infected African Americans<br>NIH/National Institute on Aging R21AG056175 (PIs: Arpadi, Yin)<br>Direct funds: $275,000<br>Role: Co-investigator |
| 09/15/17-06/30/18 | School Quality and Racial Disparities in Alzheimer's Disease in Project Talent – DNA Supplement<br>NIH/National Institute on Aging R01AG056164-01S1 (PI: Manly)<br>Direct funds: $120,759<br>Role: PI |
| 09/15/17-06/30/18 | School Quality and Racial Disparities in Alzheimer's Disease in Project Talent – Minority Oversampling Supplement<br>NIH/National Institute on Aging R01AG056164-01S2 (PI: Manly)<br>Role: PI |
| 07/01/12-05/31/18 | MRI, Genetic and Cognitive Precursors of AD and Dementia<br>NIH/National Institute on Aging R01AG016495 (PI: Au)<br>Direct Funds: $540,163<br>Role: Co-Investigator |

Pending:

Early detection of semantic loss through psycholinguistic measures in preclinical Alzheimer's disease
NIH/National Aging on Aging K99 AG066934 (Vonk)
Role: Mentor
Priority Score: 13

Factors of resilience to Alzheimer's Disease and related dementias among Latinx: The role of bilingualism
NIH/National Aging on Aging K99 AG066932-01 (Arce Rentería)
Role: Mentor
Priority Score: 26

Understanding the mechanisms linking small vessel cerebrovascular disease and Alzheimer's disease pathophysiology with neurodegeneration and cognition during midlife
NIH/National Aging on Aging K99 AG065506-01 (Lao)
Role: Co-Mentor
Priority Score: 30

## EDUCATIONAL CONTRIBUTIONS

### Direct Teaching/Precepting/Supervising

| | |
|---|---|
| 1998-2015 | Faculty member T32 Postdoctoral Training Grant Neuropsychology and Cognition in Aging (T32 AG0000261, PI: Y. Stern) |
| 2009 - present | Lecturer Cognitive Neuroscience of Aging Doctoral level course Psychology Department Columbia University, New York, NY |
| 2006-Present | Clinical Supervisor Neuropsychology practicum students and predoctoral interns Memory and Aging Program Department of Neurology Columbia University |

### Advising and Mentorship

Fellows (primary mentor)

| | |
|---|---|
| 2001 - 2004 | Desiree Byrd, PhD |
| 2006 – 2008 | Margarita Padilla, PhD |
| 2012 – 2016 | Laura B. Zahodne, PhD |
| 2017 – 2018 | Vanessa LaBode, PhD |
| 2017 – present | Miguel Arce, PhD |
| 2017 – present | Jet Vonk, PhD |
| 2018 – present | Indira Turney, PhD |
| 2019 – present | Dominika Seblova, PhD |
| 2020 – present | Justina Avila, PhD |

Fellows (secondary mentor)

| | |
|---|---|
| 2012 – 2015 | Jaime Hamilton, PhD |

Medical School Students

| | |
|---|---|
| 2015 | Melanie Hundt, SUNY Upstate Medical University |
| 2016 - 2020 | Milou Angevaare, UMC Utrecht, Netherlands |
| 2016 | Gloria Felix, Michigan State University |
| 2016 | Elizabeth Dalchand, Stonybrook School of Medicine |
| 2017 - 2020 | Ramon Rodriguez, Columbia University College of Physicians and Surgeons |
| 2018 | Marjorie Diaz, New York Medical College |
| 2020 | Danny Pohl, Columbia University Vagelos College of Physicians and Surgeons |
| 2020 | Yasmin Issari, Columbia University Vagelos College of Physicians and Surgeons |

2020                    Juliana Castrillon, Columbia University Vagelos College of Physicians and
                       Surgeons


<u>Graduate Students</u>

| | |
|---|---|
| 2016 - 2017 | Laiss Bertola, Federal University of Minas Gerais, Brazil |
| 2016 – 2018 | Batool Rizvi, Neuroscience and Education, Teachers College |
| 2017 – 2018 | Lily Kamalyan, Clinical and Counseling Psychology, Teachers College |
| 2017 – 2019 | Sonia Seehra, Institute of Human Nutrition, Columbia University |
| 2018 – 2019 | Krystal Laing, Clinical and Counseling Psychology, Teachers College |
| 2018 – 2019 | Shana Samuel, Clinical and Counseling Psychology, Teachers College |
| 2018 – 2019 | Roxanna Flores, Clinical and Counseling Psychology, Teachers College |
| 2018 – 2019 | Dayanara Rosado, Clinical and Counseling Psychology, Teachers College |
| 2018 – 2020 | Gelan (Lana) Ying, Clinical and Counseling Psychology, Teachers College |


<u>Doctoral Dissertation committees</u>

| | |
|---|---|
| 2001 | Committee Member for Stephan Kennepohl, Ph.D., University of Windsor |
| 2003 | Committee Member for Pegah Touradji, Ph.D., Columbia University |
| 2006 | Committee Member for Seta Kazandjian, Ph.D., City University of New York |
| 2011 | Committee Member for Shawnda Lanting, Ph.D., University of Saskatchewan |
| 2018 | Committee Member for Kirsten Frazer, Columbia University |
| 2018 | Committee Member for Justina Avila, University of New Mexico |

<u>Undergraduate Students</u>

| | |
|---|---|
| 2016 – 2020 | Michelle Martinez |
| 2016 - 2017 | Erika Onigo |
| 2017 - 2020 | Nia Barbee |
| 2017 - 2020 | Juliet Colon |
| 2017 – 2020 | Carolyn Qian |
| 2018 – 2019 | Patricia Ansah |
| 2018 – 2020 | Kailande Cassamajor |
| 2018 – 2019 | Gricelda Weed |

<u>High School Students</u>
2018                    Katia Kovrizhkin


**PUBLICATIONS**

<u>Original, Peer Reviewed Articles:</u>

1.  Ying, G, Vonk, JMJ, Sol, K, Brickman, AM, **Manly, JJ**, Zahodne, LB. (in press). Family
    ties and aging in a multiethnic cohort. Journal of Aging & Health.
2.  Fox, RS, **Manly, JJ**, Slotkin, J, Devin Peipert, J, Gershon, RC. (in press). Reliability and
    validity of the Spanish-language version of the NIH Toolbox. Assessment.

3. Rizvi, B., Lao, P.J., Colón, J., Hale, C., Igwe, K.C., Narkhede, A., Budge, M., **Manly, J.J.,** Schupf, N., Brickman, A.M. (in press) Tract-defined regional white matter hyperintensities and memory. NeuroImage: Clinical.

4. Zahodne, LB, Sharifian, N, Kraal, AZ, Sol, K, Zaheed, AB, **Manly, JJ**, Brickman, AM. (in press). Positive psychosocial factors and cognitive decline in ethnically diverse older adults. Journal of the International Neuropsychological Society.

5. Stamm, BC, Lao, PJ, Rizvi, B, Colon, J, Igwe, K, Chesebro, AG, Maas, B, Schupf, N, Mayeux, R, **Manly, JJ**, Brickman, AM. (in press). Parental history of dementia is associated with increased small vessel cerebrovascular disease. The Journals of Gerontology: Series A.

6. Avila, JF, Arce Rentería, M, Jones, RN, Vonk, JMJ, Turney, I, Sol, K, Seblova, D, Arias, F, Hill-Jarrett, T, Levy, SA, Meyer, O, Racine, AM, Tom, SE, Melrose, RJ, Deters, K, Medina, LD, Carrión, CI, Díaz-Santos, M, Byrd, DR, Chesebro, A, Colon, J, Igwe, KC, Maas, B, Brickman, AM, Schupf, N, Mayeux, R, **Manly, JJ**. (in press). Education differentially contributes to cognitive reserve across racial/ethnic groups. Alzheimer's & Dementia.

7. Gustafson, DR, Bäckman, K, Scarmeas, N, Stern, Y, **Manly, JJ**, Mayeux, R, Gu, Y. (in press). Dietary fatty acids and risk of Alzheimer's disease and related dementias: Observations from the Washington Heights-Hamilton Heights-Inwood Columbia Aging Project (WHICAP). Alzheimer's & Dementia.

8. Gershon, RC, Fox, RS, **Manly, JJ**, Mungas DM, Nowinski, CJ, Roney, EM, Slotkin, J. The NIH Toolbox: Overview of development for use with Hispanic populations. Journal of the International Neuropsychological Society, 2020; 26:567-575.

9. Levine, DA, Gross, AL, Briceño, EM, Tilton, N, Kabeto, MU, Hingtgen, SM, Giordani, BJ, Sussman, JB, Hayward, RA, Burke, JF, Elkind, MSV, **Manly, JJ**, Moran, AE, Kulick, ER, Gottesman, RF, Walker, KA, Yano, Y, Gaskin, DJ, Sidney, S, Yaffe, K, Sacco, RL, Wright, CB, Roger, VL, Allen, NB, Galecki, AT. Association between blood pressure and later-life cognition among Black and White individuals. JAMA Neurology, 2020; 77:810-819.

10. Turney, IC, Chesebro, AG, Rentería, MA, Lao, PJ, Beato, JM, Schupf, N, Mayeux, R, **Manly, JJ**, Brickman, AM. APOE ε4 and resting-state functional connectivity in racially/ethnically diverse older adults. Alzheimers & Dementia. 2020;12:e12094.

11. Kulick, ER, Wellenius, GA, Boehme, AK, Joyce, NR, Schupf, N, Kaufman, JD, Mayeux, R, Sacco, RL, **Manly, JJ**, Elkind, MSV. Long-term exposure to air pollution and trajectories of cognitive decline among older adults. Neurology, 2020; 94(17):e1782-e1792.

12. Kulick, E., Elkind, M.S.V., Boehme, A.K., Joyce, N.R., Schupf, N., Kaufman, J.D., Mayeux, R., **Manly, J.J.,** Wellenius, G.A. Long-term exposure to ambient air pollution, APOE-ε4 status, and cognitive decline in a cohort of older adults in northern Manhattan. Environment International, 2020; 136:105440.

13. Brenowitz, W.D., **Manly, J.J.,** Murchland, A.R., Nguyen, T.T., Liu, S.Y., Glymour, M.M., Levine, D.A., Crowe, M., Hohman, T.J., Dufouil, C., Launer, L. J., Hedden, T., Eng, C., Wadley, V.G., Howard, V.J. State school policies as predictors of physical and mental health: a natural experiment in the REGARDS cohort. American Journal of Epidemiology, 2020; 189:384-393.

14. Avila, J. F., Arce Rentería, M., Witkiewitz, K., Verney, S. P., Vonk, J. M. J., & **Manly, J.J.** Measurement invariance of neuropsychological measures of cognitive aging across race/ethnicity by sex/gender groups. Neuropsychology, 2020; 34: 3 - 14.

15. Langa, K.M., Ryan, L.H., McCammon, R.J., **Manly, J.J.,** Levine, D.A., Sonnega, A., Farron, M., & Weir, D.R. The Health and Retirement Study Harmonized Cognitive Assessment Protocol Project. Study Design and Methods. Neuroepidemiology, 2020; 54:64-74.

16. Sharifian, N., Gu, Y., **Manly, J.J.,** Schupf, N., Mayeux, R., Brickman, A.M., Zahodne, L.B.  Linking depressive symptoms and cognitive functioning: the mediating role of leisure activity. Neuropsychology, 2020; 34:107-115.

17. Nicoli, CD, Howard, VJ, Judd, SE, Struck, J, **Manly, JJ**, Cushman, M. Pro-Neurotensin/Neuromedin N and risk of cognitive impairment in a prospective study. Journal of Alzheimer's Disease, 2020; 76:1403-1412.

18. Zahodne, L.B., Sharifian, N., **Manly, J.J.,** Sumner, J. A., Crowe, M., Wadley, V.G., Howard, V.J., Murchland, A.R., Brenowitz, W.D., & Weuve, J. Life course biopsychosocial effects of retrospective childhood social support and later-life cognition. Psychology and Aging, 2019; 34: 867–883.

19. Tsapanou, A., Vlachos, G.S., Cosentino, S., Gu, Y., **Manly, J.J.,** Brickman, A.M., Schupf, N., Zimmerman, M.E., Yannakoulia, M., Kosmidis, M.H., Dardiotis, E., Hadjigeorgiou, G., Sakka, P., Stern, Y., Scarmeas, N., & Mayeux, R. Sleep and subjective cognitive decline in cognitively healthy elderly: Results from two cohorts. Journal of Sleep Research, 2019; 28: e12759.

20. Avila, J. F., Vonk, J. M. J., Verney, S. P., Witkiewitz, K., Arce Rentería, M., Schupf, N., Mayeux, R., & **Manly, J.J**. Sex/gender differences in cognitive trajectories vary as a function of race/ethnicity. Alzheimer's & Dementia, 2019; 15: 1516-1523.

21. Arce Rentería, M, Vonk, JMJ, Felix, G, Avila, JF, Zahodne, L, Dalchand, E, Frazer, KM, Martinez, MN, Shouel, HL, **Manly, JJ.** Illiteracy, dementia risk, and cognitive trajectories among older adults with low education. Neurology, 2019; 93:e2247-e2256.

22. Kulick, E., Wellenius, G., Boehme, A., Schupf, N., Mayeux, R., Sacco, R., **Manly, J.J.,** Elkind, M. Long-term exposure to ambient air pollution and trajectories of cognitive decline among older adults in northern Manhattan. Neurology. 2019; 92(Suppl. 15).

23. Vonk, J.M.J., Arce Renteria, M., Avila, J.F., Schupf, N., Noble, J.M., Mayeux, R., Brickman, A.M., & **Manly, J.J.** Secular trends in cognitive trajectories of diverse older adults. Alzheimer's & Dementia. 2019; 1-12.

24. Bertola, L., Wei-Ming Watson, C., Avila, J.F., Zahodne, L.B., Angevaare, M., Schupf, N., & **Manly, J.J.** Predictors of episodic memory performance across educational strata: multiple-group comparisons. Journal of International Neuropsychological Society. 2019; 25(9): 901-999

25. Ogino, E., **Manly, J.J.,** Schupf, N., Mayeux, R., Gu, Y. Current and past leisure time physical activity in relation to risk of Alzheimer's disease in older adults. Alzheimer's & Dementia, 2019; 15:1603-1611.

26. Hamad, R., Nguyen, T.T., Glymour, M.M., Vable, A., **Manly, J.J.,** & Rehkopf, D.H. Quality and quantity: the association of state-level educational policies with later life cardiovascular disease. Preventive Medicine, 2019; 126:105750.

27. Devanand, D.P., Liu, X., Cohen, H., Budrow, J., Schupf, N., **Manly, J.J.,** & Lee, S. Long-term Test-retest Reliability of the UPSIT in Cognitively Intact Older Adults. Chemical Senses. 2019; 44(6):365-369.

28. Sharifian N, **Manly JJ**, Brickman AM, Zahodne LB. Social network characteristics and cognitive functioning in ethnically diverse older adults: The role of network size and composition. Neuropsychology, 2019; 33:956-963.

29. Walter, S., Dufouil, C., Gross, A. L., Jones, R. N., Mungas, D., Filshtein, T. J., **Manly, J.J.,** Arpawong, T. E., & Glymour, M.M. Neuropsychological Test Performance and MRI Markers of Dementia Risk: Reducing Education Bias. Alzheimer Disease and Associated Disorders. 2019. 33; p 179-185.

30. Sariya, S., Lee, J. H., Mayeux, R., Vardarajan, B., Reyes-Dumeyer, D., **Manly, J.J.,** Brickman, A. M., Lantigua, R., Madrano, M., Jimenez-Valazquez, I., & Tosto, G. Rare Variants Imputation in Admixture Populations: Comparison across Reference Panels and Bioinformatics Tools. Frontiers in Genetics. 2019; 10:239.

31. Vonk, J. M.J., Flores, R. J., Rosado, D., Qian, C., Cabo, R., Habegger, J., Louie, K., Allocco, E., Brickman, A. M., & **Manly, J.J.** Semantic network function captured by word frequency in nondemented APOE ε4 carriers. Neuropsychology. 2019; 33(2): 256-262.

32. Brickman, A.M., Tosto, G., Gutierrez, J., Andrews, H., Gu, Y., Narkhede, A., Rizvi, B., Guzman, V., **Manly, J.J.,** Vonsattel, J.P., Schupf, N., The Alzheimer's Disease Neuroimaging Initiative, & Mayeux, R. An MRI measure of degenerative and cerebrovascular pathology in Alzheimer's disease. Neurology. [Epub ahead of print]

33. Vonk, J. M. J., Rizvi, B., Lao, P. J., Budge, M., **Manly, J. J.,** Mayeux, R., & Brickman, A. M. Letter and category fluency performance correlates with distinct patterns of cortical thickness in older adults. Cerebral Cortex. 2019; 29(6):2694-2700.

34. Raghavan NS, Brickman AM, Andrews H **Manly JJ**, Schupf N, Lantigua R, The Alzheimer's Disease Sequencing Project, Wolock CJ, Kamalakaran S, Petrovski S, Tosto G, Vardarajan BN, Goldstein DB, and Mayeux R. Whole Exome Sequencing in 20,197 Persons for Rare Variants in Alzheimer Disease. Ann Clin Transl Neurol. 2018; 5(7):832-842.

35. Fieo R, Zahodne L, Tang MX, **Manly JJ**, Cohen R, Stern Y. The historical progression from ADL scrutiny to IADL to advanced ADL: Assessing functional status in the earliest stages of dementia. The Journals of Gerontology. Series A, Biological Sciences and Medical Sciences. 2018; 73(12):1695-1700.

36. Frazer KM, **Manly JJ**, Downey G, Hart CL. Assessing cognitive functioning in individuals with cocaine use disorder. Journal of Clinical and Experimental Neuropsychology. 2018; 40(6):619-632.

37. Last, B.S., Garcia Rubio, M. J., Zhu, C.W., Cosentino, S., **Manly, J.J.,** DeCarli, C., Mayeux, R., Stern, Y., Brickman, A.M. Medicare expenditure correlates of atrophy and cerebrovascular disease in older adults. Experimental Aging Research. 2017; 43(2): 149-160.

38. Owolabi, M. Sarfo, F., Howard, V.J., Irvin, M.R., Gebregziabher, M., Akinyemi, R. Bennett, A., Armstrong, K., Tiwari, H.K., Akpalu, A., Wahab, K.W., Owolabi, L., Fawale, B., Komolafe, M., Obiako, R., Adebayo, P., **Manly, J.J.,** Ogbole, G., Melikam, S., Laryea, R., Saulson, R., Jenkins C., Arnett, D.K., Lackland, D.T., Ovbiagele, B., Howard, G., for the SIREN-REGARDS Collaboration. Stroke in Indigenous Africans, African Americans

and European Americans: Interplay of racial and geographic factors. Stroke. 2017; 48(5):1169-1175.

39. Glymour MM, Brickman AM, Kivimaki M, Mayeda ER, Chêne G, Dufouil C, & **Manly JJ**. Will biomarker-based diagnosis of Alzheimer's disease maximize scientific progress? Evaluating proposed diagnostic criteria. Eur J Epidemiol. 2018 Jul;33(7):607-612.

40. Emrani, S., Libon, D.J., Lamar, M., Price, C.C., Jefferson, A.L., Gifford, K.A., Hohman, T.J., Nation, D.A., Delano-Wood, L., Jak, A. & Bangen, K.J., 2017. Assessing Working Memory in Mild Cognitive Impairment with Serial Order Recall. Journal of Alzheimer's Disease. 2018; 61: 917–928.

41. Corriveau RA, Koroshetz WJ, Gladman JT, Jeon S, Babcock D, Bennett DA, Carmichael ST, Dickinson SL, Dickson DW, Emr M, Fillit H, Greenberg SM, Hutton ML, Knopman DS, **Manly JJ**, Marder KS, Moy CS, Phelps CH, Scott PA, Seeley WW, Sieber BA, Silverberg NB, Sutherland ML, Taylor A, Torborg CL, Waddy SP, Gubitz AK, Holtzman DM. Alzheimer's Disease-Related Dementias Summit 2016: National research priorities. Neurology. 2017; 89(23):2381-2391.

42. Johnson NX, Marquine MJ, Flores I, Umlauf A, Baum CM, Wong AWK, Young AC, **Manly JJ**, Heinemann AW, Magasi S, Heaton RK. Racial Differences in Neurocognitive Outcomes Post-Stroke: The Impact of Healthcare Variables. Journal of the International Neuropsychological Society. 2017; 23(8):640-652.

43. Jun GR, Chung J, Mez J, Barber R, Beecham GW, Bennett DA, Buxbaum JD, Byrd GS, Carrasquillo MM, Crane PK, Cruchaga C, De Jager P, Ertekin-Taner N, Evans D, Fallin MD, Foroud TM, Friedland RP, Goate AM, Graff-Radford NR, Hendrie H, Hall KS, Hamilton-Nelson KL, Inzelberg R, Kamboh MI, Kauwe JSK, Kukull WA, Kunkle BW, Kuwano R, Larson EB, Logue MW, **Manly JJ**, Martin ER, Montine TJ, Mukherjee S, Naj A, Reiman EM, Reitz C, Sherva R, St George-Hyslop PH, Thornton T, Younkin SG, Vardarajan BN, Wang LS, Wendlund JR, Winslow AR; Alzheimer's Disease Genetics Consortium., Haines J, Mayeux R, Pericak-Vance MA, Schellenberg G, Lunetta KL, Farrer LA. Transethnic genome-wide scan identifies novel Alzheimer's disease loci. Alzheimers Dement. 2017; 13(7):727-738.

44. Luchsinger JA, Ma Y, Christophi CA, Florez H, Golden SH, Hazuda H, Crandall J, Venditti E, Watson K, Jeffries S, **Manly JJ**, Pi-Sunyer FX; Diabetes Prevention Program Research Group.. Metformin, Lifestyle Intervention, and Cognition in the Diabetes Prevention Program Outcomes Study. Diabetes Care. 2017; 40(7):958-965.

45. Noble JM and Schupf N, **Manly JJ**, Andrews H, Tang M-X, Mayeux R. Secular trends in the incidence of dementia in a multi-ethnic community. Journal of Alzheimer's Disease. 2017; 60(3):1065-1075.

46. Gu, Y., Vorburger, R., Scarmeas, N., Luchsinger, J. A., **Manly, J J.**, Schupf, N., Mayeux, R., & Brickman, A. M. Circulating inflammatory biomarkers in relation to brain structural measurements in a non-demented elderly population. Brain, Behavior, and Immunity. 2017; 65:150-160.

47. Golub, J.S., Luchsinger, J.A., **Manly, J.J.**, Stern, Y. Mayeux. R. Schupf. N. Observed hearing loss and incident dementia in a multiethnic cohort. Journal of the American Geriatrics Society. 2017; 65(8):1691-1697.

48. Zahodne, L.B., **Manly, J.J.**, Smith, J., Seeman, T., & Lachman, M. Socioeconomic, health, and psychosocial mediators of racial disparities in cognition in early, middle, and late adulthood. Psychology and Aging. 2017; 32(2):118-130.

49. Mez, J., Chung, J., Jun, G., Kriegel, J., Bourlas, A.P., Sherva, R., Logue, M.W., Bennett, D.A., Buxbaum, J.D., Byrd, G.S., Ertekin-Taner, N., Evans, D., Fallin, M.D., Foroud, T.M., Goate, A.M., Graff-Radford, N.R., Kamboh, M.I., Kukull, W.A., **Manly, J.J.**, Alzheimer Disease Genetics Consortium, Haines, J.L., Mayeux, R., Pericak-Vance, M.A., Schellenberg, G.D., Lunetta, K.L., & Farrer, L. Identification of two novel loci, COBL and SLC10A2, for Alzheimer's disease in African Americans using informed conditioning on clinical covariates. Alzheimer's and Dementia. Identification of two novel loci, COBL and SLC10A2, for Alzheimer's disease in African Americans using informed conditioning on clinical covariates. Alzheimer's and Dementia. 2017; 13(2):119-129.

50. Williams, M.W., Kueider, A.M., Dmitrieva, N.O., **Manly, J.J.**, Pieper, C.F., Verney, S.P., & Gibbons, L.E. Impact of anxiety and depressive symptoms on memory assessment in older adults. International Journal of Geriatric Psychiatry. 2017; 32(9):983-990.

51. Gu, Y., Brickman, A.M., Stern, Y.S., Habeck, C.G., Razlighi, Q.R., Luchsinger, J.A., **Manly, J.J.**, Schupf, N., Mayeux, R., & Scarmeas, N. Mediterranean diet and brain structure in a multiethnic elderly cohort. Neurology. 2015; 85(20):1744-51.

52. Meyer, O.L., Sisco, S.M., Harvey, D., Zahodne, L.B., Glymour, M.M., **Manly, J.J.**, & Marsiske, M.  Neighborhood predictors of cognitive training in ACTIVE. Research on Aging. 2017; 39(3):443-467.

53. Tosto G, Bird TD, Bennett DA, Boeve BF, Brickman AM, Cruchaga C, Faber K, Foroud TM, Farlow M, Goate AM, Graff-Radford NR, Lantigua R, **Manly J,** Ottman R, Rosenberg R, Schaid DJ, Schupf N, Stern Y, Sweet RA, Mayeux R; National Institute on Aging Late-Onset Alzheimer Disease/National Cell Repository for Alzheimer Disease (NIA-LOAD/NCRAD) Family Study Group. The Role of Cardiovascular Risk Factors and Stroke in Familial Alzheimer Disease. JAMA Neurology. 2016;73(10):1231-1237

54. * Sunderaraman, P., Zahodne, L.B., **Manly, J.J.** A commentary on 'generally representative is representative of none: pitfalls of IQ test standardization in multicultural settings' by A.B. Shuttleworth-Edwards. The Clinical Neuropsychologist, 2016; 30:999-1005.

55. Watson, C.W., **Manly, J.J.**, & Zahodne, L.B. Does bilingualism protect against cognitive aging? Methodological issues in research on bilingualism, cognitive reserve, and dementia incidence. Linguistic Approaches to Bilingualism. 2016; 6: 590 –604.

56. Luchsinger, J.A., Perez, T., Chang, H., Mehta, P., Stiffener, J., Pradabhan, G., Ichise, M., **Manly, J.J.**, Devanand, D.P., Bagiella, E. Metformin in amnestic mild cognitive impairment: results of a pilot randomized placebo controlled clinical trial. Journal of Alzheimer's Disease and Related Disorders. 2016; 51: 501-14.

57. Gu, Y., Vorburger, R.S., Gazes, Y., Habeck, C.G., Stern, Y.S., **Manly, J.J.**, Schupf, N., Mayeux, R., & Brickman, A.M., White matter integrity as a mediator in the relationship between dietary nutrients and cognition in the elderly. Annals of Neurology. 2016; 79: 1014-25.

58. Tsapanou, A., Gu, Y., O'Shea, D., **Manly, J.J.**, Schupf, N., Scarmeas, N., & Stern, Y. Self-reported sleep disordered breathing as risk factor for mortality in the elderly. Journal of Stroke and Cerebrovascular Diseases. 2016; 25: 1524-31.

59. Rostanski, S.K., Zimmerman, M.E., Schupf, N., **Manly, J.J.**, Westwood, A.J., Mayeux, R., Brickman, A.M., & Gu, Y.  White matter hyperintensities are associated with self-reported indicators of sleep-disordered breathing in community-dwelling elders. Sleep. 2016; 39: 785-91.

60. \* Zahodne, L.B., Schupf, N., Brickman, A.M. & Mayeux, R., Wall, M.M., Stern, Y., & **Manly, J.J.** Dementia risk and protective factors in the context of memory trajectory groups. Journal of Alzheimer's Disease. 2016;52: 1013-20.

61. Hohman, T.J., Cooke-Bailey, J.N., Reitz, C., Jun, G., Naj, A., Beechman, G.W., Liu, Z., Carney, R.M., Vance, J.M., Cuccaro, M.L., Rajbhandary, R., Vardarajan, B.N., Wang, L., Valladares, O., Lin, C., Larson, E.B., Graff-Radford, N.R., Evans, D., De Jager, P.L., Crane, P.K., Buxbaum, J.D., Murrell, J.R., Raj, T., Ertekin-Taner, N., Logue, M.W., Baldwin, C.T., Green, R.C., Barnes, L.L, Cantwell, L.B., Falling, M.D., Go, R.C.P, Griffith, P., Obisesan, T.O., **Manly, J.J.**, Lunetta, K.L., Kamboh, M.I., Lopez, O.L., Bennett, D.A., Hardy, J., Hendrie, H.C., Hall, K.S., Goate, A.M., Lang, R., Byrd, G.S., Kukull, W.A., Foroud, T.M., Farrer, L.A., Martin, E.R., Pericak-Vance, M.A., Schellenberg, G.D., Mayeux, R., Haines, J.L., Thornton-Wells, T.A. for the Alzheimer Disease Genetics Consortium. Global and Local Ancestry in African Americans: Implications for Alzheimer's Disease Risk. Alzheimer's & Dementia, 2016; 12 :233-43.

62. Zahodne, L.B., **Manly, J.J.**, Azar, M., Brickman, A.M., & Glymour, M.M. Racial Disparities in Cognitive Performance in Mid- and Late Adulthood: Analyses of Two Cohort Studies. J American Geriatric Society 2016; 64: 959-64.

63. Lara, E., Haro, J.M., Tang, M.-X., **Manly, J.J.**, & Stern, Y. Exploring the excess mortality due to depression in a community-based sample: the role of Alzheimer´s Disease. J Affect Disorders, 2016; 202: 163-70.

64. Vivot, A., Power, M.C., Glymour, M.M., Mayeda, E.R., Benitez, A., Spiro, A., **Manly, J.J.**, Proust-Lima, C., Dufouil, C., Gross, A.L. Jump, hop or skip: Modeling practice effects in studies of determinants of cognitive aging. American Journal of Epidemiology, 2016; 183: 302-314.

65. Tsapanou, A., Gu, Y., O'Shea, D., Eich, T., Tang, M.X., Schupf, N., **Manly, J.J.**, Zimmerman, M., Scarmeas, N., & Stern, Y. Daytime somnolence as an early sign of cognitive decline in a community-based study of older people. International Journal of Geriatric Psychiatry, 2016; 31: 247–255.

66. Vorburger, R.S., Habeck, C.G., Narkhede, A., Guzman, V.A., **Manly, J.J.**, Stern, Y., Mayeux, R., and Brickman, A.M. Insight from uncertainty: Bootstrap-derived diffusion metrics differentially predict memory function among older adults. Brain Structure and Function, 2016; 221:507-14.

67. Nguyen, T.T.,Tchetgen, E.J., Kawachi, I., Gilman, S.E., Walter, S. Liu, S.Y., **Manly, J.J.**, Glymour, M.M. Novel approaches to investigating the effect of educational attainment on dementia risk. Annals of Epidemiology, 2016; 26:71-76.

68. Zahodne, L.B., Wall, M.M., Schupf, N., & Mayeux, R. **Manly, J.J.**, Stern, Y., & Brickman, A.M. Late-life memory trajectories in relation to incident dementia and regional brain atrophy. Journal of Neurology. 2015; 262(11):2484-2490

69. Gross, A.L., Mungas, D.M., Crane, P.K., Gibbons, L.E., MacKay-Brandt, A., **Manly, J.J.**, Mukherjee, S., Romero, H.R., Sachs, B., Thomas, M., Potter, G.G., Jones, R.N. Effects of education and race on cognitive decline: Does research study membership matter? Psychology and Aging, 2015; 30: 863-80.

70. Sachdev, P., Lipnicki, D.M., Kochan, N., Crawford, J., Thalamuthu, A., Andrews, G., Brayne, C., Matthews, F., Stephan, B., Lipton, R., Katz, M., Ritchie, K., Carriere, I., Ancelin, M.-L., Lam, L., Wong, C., Fung, A., Guaita, A., Vaccaro, R., Davin, A., Ganguli, M., Dodge, H., Hughes, T., Anstey, K., Cherbuin, N., Butterworth, P., Ng, T.P., Gao, T.,

Reppermund, S., Brodaty, H., Schupf, N., **Manly, J.**, Stern, Y., Lobo, A. Lopez-Anton, R., & Santabarbara, J. The prevalence of mild cognitive impairment in diverse geographical and ethnocultural regions: the COSMIC collaboration. PLoS One, 2015; 10: e0142388.

71. Tsapanou, A., Scarmeas, N., Gu, Y., **Manly, J.J.**, Schupf, N., Barral, S. & Stern, Y. Examining the association between Apolipoprotein E (APOE) and self-reported sleep disturbances in non-demented older adults. Neuroscience Letters, 2015; 606: 72-6.

72. Zahodne, L.B., **Manly, J.J.**, Brickman, A.M., Narkhede, A., Griffith, E., Guzman, V.A., Schupf, N., & Stern, Y. Is residual memory variance a valid method for quantifying cognitive reserve in aging? A longitudinal application. Neuropsychologia, 2015; 77: 260-266.

73. Devanand, D.P., Lee, S., **Manly, J.J.**, Andrews, H., Schupf, N., Masurkar, A., Stern, Y., Mayeux, R., & Doty, R.L. Olfactory identification deficits and increased mortality in the community. Annals of Neurology, 2015; 78: 401-11.

74. Liu, S.Y., **Manly, J.J.**, Capistrant, B.D., & Glymour, M.M. Historical differences in school term length and measured blood pressure:  contributions to persistent racial disparities among US-born adults. PLOS One, 2015; 10: e0129673.

75. Ghani, M., Reitz, C., Cheng, R., Vardarajan, B.N., Jun, G., Sato, C., Naj, A., Rajbhandary, R., Wang, L.-S., Valladares, O., Lin, C.-F., Larson, E.B., Graff-Radford, N.R., Evans, D., De Jager, P.L., Crane, P.K., Buxbaum, J.D., Murrell, J.R., Raj, T., Ertekin-Taner, N., Logue, M., Baldwin, C.T., Green, C.T., Barnes, L.L., Cantwell, L.B., Fallin, M.D., Go, R.C.P., Griffith, P., Obisesan, T.O., **Manly, J.J.**, Lunetta, K.L., Kamboh, M.I., Lopez, O.L., Bennett, D.A., Hendrie, H., Hall, K.S., Goate, A.M., Byrd, G.S., Kukull, W.A., Foroud, T.A., Haines, J.L., Farrer, L.A., Pericak-Vance, M.A., Lee, J.H., Schellenberg, G.D., St George-Hyslop, P., Mayeux, R., & Rogaeva, E. for the Alzheimer Disease Genetics Consortium. Association of Long Runs of Homozygosity with Alzheimer's Disease among African Americans. JAMA Neurology, 2015; 72: 1313-23.

76. **Manly, J.J.**, & Mungas, D. JGPS Special Series on Race, Ethnicity, Life Experiences, and Cognitive Aging. (editorial). The Journals of Gerontology Series B: Psychological Sciences and Social Sciences, 2015; 70: 509-511.

77. Tsapanou, A., Gu, Y., **Manly, J.J.**, Schupf, N., Tang, M.X., Zimmerman, M., Scarmeas, N., & Stern, Y. Daytime sleepiness and sleep inadequacy as risk factors for dementia. Dementia and Geriatric Cognitive Disorders Extra, 2015; 5: 286-295.

78. Gross, A.L., Benitez, A., Shih, R., Bangen, K.J., Glymour, M.M., Sachs, B.C., Sisco, S., Skinner, J.C., Schneider, B.C., & **Manly, J.J.** Predictors of retest effects in a longitudinal study of cognitive aging in a community-based multiethnic sample. Journal of the International Neuropsychological Society, 2015; 21: 506-518.

79. Zahodne, L.B., **Manly, J.J.**, Narkhede, A., Griffith, E.Y., DeCarli, C., Schupf, N.S., Mayeux, R., & Brickman, A.M.  Structural MRI predictors of late-life cognition differ across African Americans, Hispanics, and Whites. Current Alzheimer Research, 2015;12: 632-9.

80. Gu, Y., Razlighi, Q.R., Zahodne, L.B., Janicki, S.C., Ichise, M., **Manly, J.J.**, Devanand, D.P., Brickman, A.M., Schupf, N., Mayeux, R., & Stern, Y. Brain amyloid deposition and longitudinal cognitive decline in nondemented older subjects: results from a multi-ethnic population. PLOS One, 2015; 10 :e0123743.

81. Zahodne, L.B., Nowinski, C.J., Gershon, R.C., & **Manly, J.J.** Self-efficacy buffers the relationship between educational disadvantage and executive functioning.  Journal of the International Neuropsychological Society, 2015;21: 297-304.

82. Bangen, K.J., Gu, Y., Gross, A.L., Schneider, B.C., Skinner, J.C., Benitez, A., Glymour, M.M., Sachs, B.C., Shih, R., Sisco, S., Schupf, N., Mayeux, R., **Manly, J.J.**, & Luchsinger, J.A. Relation of type 2 diabetes with cognitive decline in a multiethnic elderly cohort. Journal of the American Geriatrics Society, 2015; 63:1075-83.

83. Fieo, R., Mukherjee, S., Dmitrieva, N.O., Fyffe, D., Gross, A., Sanders, R.E., Potter, G.G., **Manly, J.J.**, Romero, H.R., Mungas, D., & Gibbons, L.E. Differential Item Functioning due to cognitive status does not impact depressive symptom measures in four heterogeneous samples of older adults. International Journal of Geriatric Psychiatry, 2015; 30:911-8.

84. Luchsinger, J.A., Cabral, R., Eimicke, J.P., **Manly, J.J.**, Teresi, J. Glycemia, diabetes status, and cognition in Hispanic adults aged 55-64 years. Psychosomatic Medicine, 2015; 77: 653-63.

85. Zahodne, L.B., Stern, Y., & **Manly, J.J.** Differing effects of education on cognitive decline in diverse elders with low versus high educational attainment. Neuropsychology, 2015; 29:649-57.

86. O'Shea, D.M., Fieo, R.A., Zahodne, L.B., Hamilton, J.L., **Manly, J.J.**, & Stern, Y. Examining the association between late life depressive symptoms, cognitive function, and brain volumes in the context of cognitive reserve. International Journal of Geriatric Psychiatry, 2015; Int J Geriatr Psychiatry. 2015; 30:614-622.

87. Sisco. S., Gross, A.L., Shih, R.A., Sachs, B.C., Glymour, M.M., Bangen, K.J., Benitez, A., Skinner, J., Schneider, B.C., & **Manly, J.J.** The role of early-life educational quality and literacy in explaining racial disparities in cognition in late life. The Journals of Gerontology Series B: Psychological Sciences and Social Sciences, 2015; 70: 557-67.

88. Carvalho, J.O., Tommet, D., Crane, P.K., Thomas, M.L., Claxton, A., Habeck, C., **Manly, J.J.**, & Romero, H.R. Deconstructing racial differences in executive function and memory: The effects of quality of education and cerebrovascular risk factors. Journal of Gerontology Series B: Psychological Sciences, 2015; 2015;70:545-56.

89. Schneider, B.C., Gross, A.L., Bangen, K.J., Skinner, J.C., Benitez, A., Glymour, M.M., Sachs, B.C., Shih, R., Sisco, S., **Manly, J.J.**, & Luchsinger, J.A. Association of vascular risk factors with cognition in a multiethnic sample. The Journals of Gerontology Series B: Psychological Sciences and Social Sciences, 2015; 70: 532-544.

90. Liu, S. Y., Glymour, M.M., Zahodne, L.B., Weiss, C., & **Manly, J.J.** The role of place in explaining racial heterogeneity in cognitive outcomes among older adults. Journal of the International Neuropsychological Society, 2015; 21: 677-687.

91. Brickman, A.M., Guzman, V.A., Gonzalez-Castellon, M., Razlighi, Q., Gu, Y., Narkhede, A., Janicki, S., Ichise, M., Stern, Y., **Manly, J.J.**, Schupf, N., & Marshall, R.S.  Cerebral autoregulation, beta amyloid, and white matter hyperintensities are interrelated. Neuroscience Letters, 2015; 592:54-58.

92. Maki, P.M., Rubin, L.H., Valcour, V., Martin, E., Crystal, H., Young, M., Weber, K.M., **Manly, J.J.**, Richardson, J., and Anastos, K. Cognitive Function in Women with HIV: Findings from the Women's Interagency HIV Study. Neurology, 2015; 84:231-240.

93. Devanand, D.P., Lee, S., **Manly, J.J.**, Andrews, H., Schupf, N. Doty, R.L., Stern, Y., Zahodne, L.B., Louis, E.D., Mayeux, R. Olfactory deficits predict cognitive decline and Alzheimer's disease in an urban community. Neurology, 2015; 84:182-189.

94. Dmitrieva, N.O., Fyffe, D., Mukherjee, S., Fieo, F., Zahodne, L.B., Hamilton, J., Potter, G.G., **Manly, J.J.**, Romero, H.R., Mungas, D., & Gibbons, L.E. Demographic characteristics do not decrease the utility of depressive symptoms assessments: Examining the practical impact of item bias in four heterogeneous samples of older adults. International Journal of Geriatric Psychiatry, 2015; 30:88-96.

95. Brickman, A.M., Zahodne, L.B., Guzman, V.A., Narkhede, A., Meier, I.B., Griffith, E.Y., Provenzano, F.A., Schupf, N., **Manly, J.J.**, Stern, Y., Luchsinger, J.A., & Mayeux, R. Reconsidering harbingers of dementia: Progression of parietal lobe white matter hyperintensities predicts Alzheimer's disease incidence. Neurobiology of Aging, 2015; 36:27-32.

96. Meier, I.B., Gu, Y., Guzman, V.A., Wiegman, A.F., Schupf, N., **Manly, J.J.**, Stern, Y., Luchsinger, J.A., Viswanathan, A., Martinez-Ramirez, S., Greenberg, S.M., Mayeux, R., & Brickman, A.M. Lobar microbleeds are associated with decline in executive functioning in older adults. Cerebrovascular Diseases, 2014;38:377-383.

97. Palta P., Golden S.H., Teresi J., Palmas W., Weinstock R.S., Shea S., **Manly J.J.**, Luchsinger J.A. Mild cognitive dysfunction does not affect diabetes control in minority elders. J Am Geriatr Soc, 2014; 62:2363-2368.

98. Palta, P., Golden, S.H., Teresi J.A., Palmas W., Trief P., Weinstock, R.S., Shea S., **Manly J.J.**, Luchsinger JA. Depression is not associated with diabetes control in minority elderly. J Diabetes Complications, 2014; 28:798-804.

99. Logue, M.W., Schu, M., Vardarajan, B.N. Farrell, J., Bennett, D.A., Buxbaum, J.D., Byrd, G.S., Ertekin-Taner, N., Evans, D., Foroud, T., Goate, A., Graff-Radford, N.R., Kamboh, M.I., Kukull, W.A., **Manly, J.J.**, the Alzheimer Disease Genetics Consortium, Haines, J.L., Mayeux, R., Pericak-Vance, M.A., Schellenberg, G.D., Lunetta, K.L., Baldwin, C.T., Fallin, M.D., Farrer, L.A. Two rare AKAP9 variants are associated with Alzheimer disease in African Americans. Alzheimer's and Dementia, 2014; 10:609-618.

100. Zahodne, L.B., Nowinski, C.J., Gershon, R.C., **Manly, J.J.** Depressive symptoms are more strongly related to executive functioning and episodic memory among African American compared with non-Hispanic White older adults. Archives of Clinical Neuropsychology, 2014; 29:663-669.

101. Brickman, A.M., Schupf, N., **Manly, J.J.**, Stern, Y., Luchsinger, J.A., Provenzano, F.A., Narkhede, A., Razlighi, Q., Collins-Praino, L., Artero, S., Akbaraly, T.N., Ritchie, K., Mayeux, R., & Portet, F. APOE-ε4 and risk for Alzheimer's disease: Do regionally-distributed white matter hyperintensities play a role? Alzheimer's & Dementia, 2014; 10:619-629.

102. Wiegman, A.F., Meier, I.B., Schupf, N., **Manly, J.J.**, Guzman, V.A., Narkhede, A., Stern, Y., Martinez-Ramirez, S., Viswanathan, A., Luchsinger, J.A., Greenberg, S.M., Mayeux, R., Brickman, A.M. Cerebral microbleeds in a multiethnic elderly community: demographic and clinical correlates. Journal of the Neurological Sciences, 2014; 345:125-30.

103. Montine, T. J., Koroshetz, W., Babcock, D., Dickson, D. W., Galpern, W., Glymour, M. M., Greenberg, S. M., Hutton, M., Knopman, D. S., Kuzmichev, A., **Manly, J. J.**, Marder, K. S., Miller, B. L., Phelps, C., Seeley, W. W., Sieber, B.A., Silverberg, N., Sutherland, M.,

Torborg, C., Waddy, S., Zlokovic, B., & Corriveau, R. Recommendations of the Alzheimer's Disease-Related Dementias Conference. Neurology, 2014; 83:851-860.

104. Gu, Y, Scarmeas, N., Short, E.E., Luchsinger, J.A., DeCarli, C., Stern, Y., **Manly, J.J.**, Schupf, N., Mayeux, R., and Brickman, A.M. Alcohol consumption in relation to brain magnetic resonance imaging findings in dementia-free elderly. Clinical Nutrition, 2014, 33:662-667.

105. Hamilton, J.L., Brickman, A.M., Lang, R., Byrd, G.S., Haines, J.L., Pericak- Vance, M.A., & **Manly, J.J.** The relationship between depressive symptoms and cognition in older, non-demented African Americans. Journal of the International Neuropsychological Society, 2014; 20:756-763.

106. Weintraub, S., Dikmen, S.S., Heaton, R.K., Tulsky, D.S., Zelazo, P.D., Slotkin, J., Carlozzi, N.E., Bauer, P.J., Wallner-Allen, K., Fox, N., Havlik, R., Beaumont, J.L., Mungas, D., **Manly, J.J.**, Moy, C., Conway, K., Edwards, E., Nowinski, C.J., Gershon, R. The cognition battery of the NIH toolbox for assessment of neurological and behavioral function: validation in an adult sample. Journal of the International Neuropsychological Society, 2014; 20:567-578.

107. Gershon, R.C., Cook, K.F., Mungas, D., **Manly, J.J.**, Slotkin, J., Beaumont, J.L., Weintraub, S. Language measures of the NIH Toolbox Cognition Battery. Journal of the International Neuropsychological Society, 2014; 20:642-651.

108. Fieo, R., **Manly, J.J.**, Schupf, N., Stern, Y. Functional status in the young-old: establishing a working prototype of an extended-instrumental activities of daily living scale. The Journals of Gerontology Series B: Psychological Sciences and Social Sciences. 2014; 69:766-772.

109. Zahodne, L.B., Nowinski, C.J., Gershon, R.C., **Manly, J.J.** Which psychosocial factors best predict cognitive performance in older adults? Journal of the International Neuropsychological Society, 2014; 20:487-495.

110. Zahodne, L.B., Schofield, P.W., Farrell, M., Stern, Y., & **Manly, J.J.** Bilingualism does not alter age-related cognitive decline or dementia risk among Spanish-speaking immigrants. Neuropsychology, 2014; 28:238-246.

111. Zahodne, L.B., Stern, Y., **Manly, J.J.** Depressive symptoms precede memory decline, but not vice versa, in non-demented older adults. Journal of the American Geriatrics Society, 2014; 62:130-134.

112. Meier, I.B., Gu, Y., Guzman, V.A., Wiegman, A.F., Schupf, N., **Manly, J.J.**, Luchsinger, J.A., Viswanathan, A., Martinez-Ramirez, S., Greenberg, S.M., Mayeux, R., Brickman, A.M. Lobar microbleeds are associated with a decline in executive functioning in older adults. Cerebrovascular Disease, 2014; 38:377-383.

113. Wiegman, A.F., Meier, I.B., Provenzano, F.A., Schupf, N., **Manly, J.J.**, Stern, Y., Luchsinger, J.A., Brickman, A.M. Regional white matter hyperintensity volume and cognition predict death in a multiethnic community cohort of older adults. Journal of the American Geriatric Society, 2013; 61:2246-2248.

114. Sachdev, P., Lipnicki, D., Kochan, N., Crawford, J., Rockwood, K., Xiao, S., Li, J., Li, X., Brayne, C., Matthews, F., Stephan, B., Lipton, R., Katz, M., Ritchie, K., Carrière, I., Ancelin, M.-L., Seshadri, S., Au, R., Beiser, A., Lam, L., Wong, C., Fung, A., Kim, K., Han, J., Kim, T., Petersen, R., Roberts, R., Mielke, M., Ganguli, M., Dodge, H., Hughes, T., Anstey, K., Cherbuin, N., Butterworth, P., Ng, T., Gao, Q., Reppermund, S., Brodaty, H., Meguro, K., Schupf, N., **Manly, J.**, Stern, Y., Lobo, A., Lopez-Anton, R., &

Santabárbara, J. COSMIC (Cohort Studies of Memory in an International Consortium): An international consortium to identify risk and protective factors and biomarkers of cognitive ageing and dementia in diverse ethnic and sociocultural groups. BMC Neurology, 2013; 13: 1-8.

115. Huey, E.D., **Manly, J.J.**, Tang, M.-X., Schupf, N., Brickman, A.M., Manoochehri, M., Mez, J., Mayeux, D., Devanand, D.P. Course and etiology of dysexecutive MCI in a community sample. Alzheimer's & Dementia, 2013; 9: 632-639.

116. Zahodne, L.B., **Manly, J.J.**, Brickman, A.M., Siedlecki, K.L., Decarli, C., Stern, Y. Quantifying cognitive reserve in older adults by decomposing episodic memory variance: replication and extension. Journal of the International Neuropsychological Society, 2013;19:854-862.

117. Weintraub, S., Dikmen, S.S, Heaton, R.K., Tulsky, D., Zelazo, P., Slotkin, J., Carlozzi, N.E., Bauer, P.J., Wallner-Allen, K. Fox, N.A., Havlik, J., Beaumont, J.L., Mungas, D., **Manly, J.J.**, Moy, C., Conway, K., Nowinski, C., Gershon, R. The cognition battery of the NIH Toolbox for assessment of neurological and behavioral function: validation in an adult sample. Journal of the International Neuropsychological Society, 2014; 20:567-578.

118. Gershon, R.C., Slotkin, J., **Manly, J.J.**, Blitz, D.L., Beaumont, J.L., Schnipke, D., Wallner-Allen, K., Golinkoff, R.M., Gleason, J.B., Hirsh-Pasek, K., Adams, M.J., Weintraub, S. IV. NIH Toolbox Cognition Battery (CB): measuring language (vocabulary comprehension and reading decoding). Monographs of the Society for Research in Child Development. 2013; 78:49-69.

119. Mez, J., Cosentino, S., Brickman, A.M., Huey, E.D., **Manly, J.J.**, Mayeux, R. Dysexecutive versus amnestic Alzheimer disease subgroups: analysis of demographic, genetic, and vascular factors. Alzheimer Disease and Associated Disorders. 2013;27:218-225.

120. Reitz, C., Jun, G., Naj, A., Rajbhandary, R., Vardarajan, B.N., Wang, L.S., Valladares, O., Lin, C.F., Larson, E.B., Graff-Radford, N.R., Evans, D., De Jager, P.L., Crane, P.K., Buxbaum, J.D., Murrell, J.R., Raj, T., Ertekin-Taner, N., Logue, M., Baldwin, C.T., Green, R.C., Barnes, L.L., Cantwell, LB., Fallin, M.D., Go, R.C., Griffith, P., Obisesan, T.O., **Manly, J.J.**, Lunetta, K.L., Kamboh, M.I., Lopez, O.L., Bennett, D.A., Hendrie, H., Hall, K.S., Goate, A.M., Byrd, G.S., Kukull, W.A., Foroud, T.M., Haines, J.L., Farrer, L.A., Pericak-Vance, M.A., Schellenberg, G.D., Mayeux, R.; Alzheimer Disease Genetics Consortium. Variants in the ATP-binding cassette transporter (ABCA7), apolipoprotein E є4, and the risk of late-onset Alzheimer disease in African Americans. JAMA, 2013;309:1483-1492.

121. Victorson, D., **Manly, J.**, Wallner-Allen, K., Fox, N., Purnell, C., Hendrie, H., Havlik, R., Harniss, M., Magasi, S., Correia, H., & Gershon, R.C..  Using the NIH Toolbox in Special Populations: Considerations for Assessment of Pediatric, Geriatric, Culturally Diverse, Non-English Speaking and Disabled Individuals. Neurology, 2013; 80: S13-19.

122. Weintraub, S., Dikmen, S.S, Heaton, R.K., Tulsky, D., Zelazo, P., Bauer, P.J., Carlozzi, N.E., Slotkin, J., Blitz, D.,  Wallner-Allen, K. Fox, N.A., Beaumont, J.L., Mungas, D., Nowinski,C., Richler, J., Deocampo, J.A.,  Anderson, J.E., **Manly, J.J.**, Borosh, D., Havlik, J., Conway, K., Edwards, E., Freund, L., King, J.W., Moy, C., Witt, E., Gershon, R.C. Cognition Assessment Using the NIH Toolbox. Neurology, 2013; 80:S54-64.

123. Richard, E., Reitz, C., Honig, L.H., Schupf, N., Tang, M.-X. **Manly, J.J.**, Mayeux, R., Devanand, D., Luchsinger, J.A. Late life depression, mild cognitive impairment and dementia. Archives of Neurology, 2013; 70: 383-389.

124. Devanand, D., Lee, J., Luchsinger, J., **Manly, J.**, Marder, K., Mayeux, R., Scarmeas, N., Schupf, N., Stern, Y. Lessons from epidemiologic research about risk factors, modifiers, and progression of late onset Alzheimer's Disease in New York City at Columbia University Medical Center. Journal of Alzheimer's Disease, 2013;33 Suppl 1:S447-455.

125. Mez, J., Cosentino, S., Brickman, A.M., Huey, E.D., **Manly, J.J.**, and Mayeux, R. Characterization of dysexecutive versus amnestic Alzheimer's disease phenotypes Alzheimer Disease & Associated Disorders, 2013; 27:218-225

126. Zahodne, L.B., **Manly, J.J.**, MacKay-Brandt, A., & Stern, Y. Cognitive declines precede and predict functional declines in aging and Alzheimer's disease. PLoS One, 2013; 8: e73645.

127. Gross, A.L., **Manly, J.J.**, Pa, J., Johnson, J.K., Park, L.Q., Mitchell, M.B., Melrose, R.J., Inouye, S.K., & McLaren, D.G., for the Alzheimer's Disease Neuroimaging Initiative. Cortical Signatures of Cognition and their Relationship to Alzheimer's Disease. Brain Imaging and Behavior, 2012; 6:584-598.

128. Brickman, A.M., Provenzano, F.A., Muraskin, J., **Manly, J.J.**, Blum, S., Apa, Z., Stern, Y., Luchsinger, J.A., & Mayeux, R. Regional white matter hyperintensity volume, not hippocampal atrophy, predicts incident Alzheimer disease in the community.  Archives of Neurology, 2012; 69: 1621-1627

129. Mungas, D., Crane, P.K., Gibbons, L.E., **Manly, J.J.**, Glymour, M.M., Jones, R.N. Advanced psychometric analysis and the Alzheimer's Disease Neuroimaging Initiative: reports from the 2011 Friday Harbor conference (editorial). Brain Imaging & Behavior, 2012; 6:485-488.

130. Park, L.Q., Gross, A.L., Pa, J., McLaren, D.G., Johnson, J.K., Mitchell, M.B., **Manly, J.J.** Confirmatory factor analysis of the ADNI neuropsychological battery. Brain Imaging and Behavior, 2012; 6:528-539.

131. Johnson, J.K., Gross, A.L., Pa, J., McLaren, D.G., Park, L.Q., **Manly, J.J.** Longitudinal change in neuropsychological performance using latent growth models: A study of mild cognitive impairment. Brain Imaging and Behavior, 2012; 6:540-550.

132. Meier, I.B., **Manly, J.J.**, Provenzano, F.A., Louie, K., Wasserman, B.T., Hector, J., Allocco, E., and Brickman, A.M. White matter predictors of cognitive functioning in older adults. Journal of the International Neuropsychological Society, 2012; 18:414-427.

133. Crystal, H., Kleyman, A., Anastos, K., Lazar, J., Cohen, M., Liu, C., Pearce, L., Golub, E., Valcour, V., Ho, A., Strickler, H., Peters, M., Kovacs, A., Holman, S., Kreek, M.J., and **Manly, J.** Effects of hepatitis C and HIV on cognition in women: Data from the Women's Interagency HIV Study. Journal of Acquired Immune Deficiency Syndromes, 2012; 59:149-154.

134. Blum, S. Luchsinger, J.A., **Manly, J.J.**, Schupf, N., Stern, Y., DeCarli, C., Small, S.A., Mayeux, R., & Brickman, A.M. Memory after silent stroke: Hippocampus and infarcts both matter. Neurology. 2012; 78:38-46.

135. Noble, J.M., **Manly, J.J.**, Schupf, N., Tang, M.-X., Luchsinger, J.A. Type 2 diabetes and ethnic disparities in cognitive impairment. Ethnicity and Disease, 2012; 22:38-44.

136. Hayden, K.M., Reed, B.R., **Manly, J.J.**, Tommet, D., Pietrzak, R.H., Chelune, G.J., Yang, F.M., Revell, A.J., Bennett, D.A., Jones, R.N. Cognitive decline in the elderly: An analysis of population heterogeneity. Age and Ageing, 2011; 40:684-689.

137. Zahodne, L.B., Glymour, M.M., Sparks, C., Bontempo, D., Dixon, R.A., MacDonald, S.W.S., & **Manly, J.J.** Education does not slow cognitive decline over 12 years: evidence from the Victoria Longitudinal Study of Aging. Journal of the International Neuropsychological Society, 2011; 17:1039-1046.

138. **Manly, J.J.**, Smith, C., Crystal, H.A., Richardson, J., Golub, E.T., Greenblatt, R., Robison, E., Martin, E.M., and Young, M.  Relationship of ethnicity, age, education, and reading level to speed and executive function among HIV+ and HIV- women: The WIHS Neurocognitive Substudy. Journal of Clinical and Experimental Neuropsychology, 2011; 33:853-863.

139. Crystal, H., Weedon, J., Holman, S., **Manly, J.**, Valcour, V., Cohen, M., Anastos, K., Liu, C., Mack, W.J., Golub, E., Lazar, J., Ho, A., Kreek, M.J., and Kaplan, R.J. Associations of cardiovascular variables and HAART with cognition in middle-aged HIV-infected and uninfected women. J NeuroVirology, 2011; 17:469 – 476.

140. Brickman, A.M., Siedlecki, K.L., Muraskin, J., **Manly, J.J.**, Luchsinger, J.A., Yeung, L.K., Brown, T.R., DeCarli, C., & Stern, Y. White matter hyperintensities and cognition: Testing the reserve hypothesis.  Neurobiology of Aging, 2011; 32:1588-1598.

141. Jefferson, A.L., Gibbons, L.E., Rentz, D., Carvalho, J.O., **Manly,  J.J.**, Bennett, D.A., & Jones, R.N. A life course model of cognitive activities, socioeconomic status, education, reading ability and cognition. Journal of the American Geriatrics Society. 2011; 59:1403-1411.

142. Glymour, M.M., Kosheleva, A., Wadley, V.G., Weiss, C., **Manly, J.J.** The geographic distribution of dementia mortality: elevated mortality rates for Black and White Americans by place of birth. Alzheimer Disease & Associated Disorders, 2011; 25:196–202.

143. Jones, R.N., **Manly, J.J.**, Glymour, M.M., Rentz, D., Jefferson, A.L., & Stern, Y. Conceptual and measurement challenges in research on cognitive reserve. Journal of the International Neuropsychological Society, 2011; 17:593 – 601.

144. Fyffe, D.C., Mukherjee, S., Barnes, L.L., **Manly, J.J.**, Bennett, D.A., & Crane, P.K. Relationship between cognitive reserve and differential item functioning (DIF) on memory test performance among Black and White older adults. Journal of the International Neuropsychological Society, 2011; 17:625 – 638.

145. McKhann, G. M., Knopman, D. S., Chertkow, H., Hyman, B. T., Jack, C. R., Kawas, C. H., Klunk, W. E., Koroshetz, W. J., **Manly, J. J.**, Mayeux, R., Mohs, R. C., Morris, J. C., Rossor, M. N., Scheltens, P., Carrillo, M. C., Thies, B., Weintraub, S. and Phelps, C. H. The diagnosis of dementia due to Alzheimer's disease: Recommendations from the National Institute on Aging-Alzheimer's Association workgroups on diagnostic guidelines for Alzheimer's disease. Alzheimer's & Dementia, 2011;7:263-269.

146. Silverberg, N. B., Ryan, L. M., Carrillo, M. C., Sperling, R., Petersen, R. C., Posner, H. B., Snyder, P. J., Hilsabeck, R., Gallagher, M., Raber, J., Rizzo, A., Possin, K., King, J., Kaye, J., Ott, B. R., Albert, M. S., Wagster, M. V., Schinka, J. A., Cullum, C. M., Farias, S. T., Balota, D., Rao, S., Loewenstein, D., Budson, A. E., Brandt, J., **Manly, J. J.**, Barnes, L., Strutt, A., Gollan, T. H., Ganguli, M., Babcock, D., Litvan, I., Kramer, J. H. and Ferman, T. J. Assessment of cognition in early dementia. Alzheimer's & Dementia, 2011; 7: e60-e76.

147. **Manly, J.J.**, Schupf, N., Stern, Y., Brickman, A.M., Tang, M.-X., Mayeux, R. Telephone-based identification of mild cognitive impairment and dementia in a multicultural cohort. Archives of Neurology, 2011;68:607-614. NIHMSID297337

148. Gibbons, LE, Crane, P., Mehta, K., Pedraza, O., Tang, Y., **Manly, J.J.**, Narasimhalu, K., Teresi, J., Jones, R.N., and Mungas, D. Multiple, correlated covariates associated with differential item functioning (DIF): Accounting for language DIF when education levels differ across languages. Ageing Research, 2011; 2, e4.

149. Mayeux, R. Reitz, C., Brickman, A., Haan, M.N., **Manly, J.J.**, Glymour, M.M., Weiss, C.C., Yaffe, K., Middleton, L., Hendrie, H.C., Warren, L.H., Hayden, K.M., Welsh-Bohmer, K.A., Breitner, J.C.S., and Morris, J.C. Operationalizing diagnostic criteria for Alzheimer's disease and other age-related cognitive impairment—Part 1. Alzheimer's & Dementia, 2011: 7: 15-34.

150. Cosentino, S., Stern Y., Sokolov, E., Scarmeas, N., **Manly, J.**, Tang, M.X., Schupf, N., & Mayeux, R. Plasma amyloid and cognitive decline. Archives of Neurology, 2010;67:1485-1490. NIHMSID211837

151. Reitz, C., Tang, M.X., Schupf, N., **Manly, J.J.**, Mayeux, R., Luchsinger, J.A. Association of higher levels of high-density lipoprotein cholesterol in elderly individuals and lower risk of late-onset Alzheimer disease. Archives of Neurology, 2010; 67:1491-1497.

152. Byrd, D.A., Razani, J. Suarez, P., LaFosse, J.M., **Manly, J.J.**, & Attix, D.K. Diversity Summit 2008: Challenges in the Recruitment and Retention of Ethnic Minorities in Neuropsychology. The Clinical Neuropsychologist, 2010; 24:1279-1291.

153. Muller, M., Schupf, N., **Manly, J.J.**, Mayeux, R., & Luchsinger, J.A. Sex hormone binding globulin and incident Alzheimer's disease in elderly men and women.  Neurobiology of Aging, 2010; 31:1758-1765.

154. Devanand, D.P., Tabert, M.H., Cuasay, K., **Manly, J.J.**, Schupf, N., Brickman, A.M., Andrews, H., Brown, T.R., DeCarli, C., and Mayeux, R. Olfactory identification deficits and MCI in a multi-ethnic elderly community sample. Neurobiology of Aging, 2010; 31: 1593-1600.

155. Reitz, C., Tang, M.X., Schupf, N., **Manly, J.J.**, Mayeux, R., & Luchsinger, J.A. A summary risk score for the prediction of Alzheimer disease in elderly persons. Archives of Neurology, 2010; 67:835-841.

156. Siedlecki, K.L., **Manly, J.**J, Brickman, A.M., Schupf, N., Tang, M.-X., & Stern, Y. Do neuropsychological tests have the same meaning in Spanish speakers as they do in English speakers? Neuropsychology, 2010; 24:402-11.

157. Brickman, A.M., Reitz, C., Luchsinger, J.A., **Manly, J.J.**, Schupf, N., Muraskin, J., DeCarli, C., Brown, T.R., and Mayeux, R. Longterm blood pressure fluctuation and cerebrovascular disease in an elderly cohort.  Archives of Neurology, 2010; 67:564-9.

158. Rivera Mindt, M., Byrd, D., Saez, P., & **Manly, J.J.** Increasing culturally competent neuropsychological services for ethnic minority populations: A call to action. The Clinical Neuropsychologist, 2010; 24:429-53.

159. Noble JM, **Manly JJ**, Schupf N, Tang MX, Mayeux R, Luchsinger JA. Association of C-reactive protein with cognitive impairment. Archives of Neurology, 2010; 67:87-92.

160. Reitz, C., Brickman, A.M., Brown, T.R., **Manly, J.J.**, DeCarli, C., Small, S.A., Mayeux, R. Linking hippocampal structure and function to memory performance in an aging population. Archives of Neurology, 2009; 66:1385-1392.

161. Luchsinger, J.A., Brickman, A.M., Reitz, C., Cho, S.-J., Schupf, N., **Manly, J.J.**, Tang, M.-X., Mayeux, R., DeCarli, C., Small, S., Brown, T. Subclinical cerebrovascular disease in mild cognitive impairment. Neurology, 2009; 73:450-456.

162. Reitz, C., Schupf, N., Luchsinger, J.A., Brickman, A.M., **Manly, J.J.** Andrews, H., Tang, M.X., DeCarli, C., Brown, T.R., & Mayeux, R. Validity of self-reported stroke in elderly African Americans, Caribbean Hispanics and Caucasians. Archives of Neurology, 2009; 66:834-840.

163. Romero, H. Lageman, S., Kamath, V.J., Irani, F., Sim, A., Suarez, P. **Manly, J.J.**, Attix, D.K., Proceedings of the Challenges in the Neuropsychological Assessment of Ethnic Minorities Problem Solving Summit. The Clinical Neuropsychologist, 2009; 23: 761-779.

164. Acevedo, A., Krueger, K.R., Navarro, E., Ortiz, F., **Manly, J.J.**, Padilla-Velez, M., Weintraub, S., Lopez, O.L., & Mungas, D. The Spanish Translation and Adaptation of the Uniform Data Set (UDS) of the National Institute on Aging Alzheimer's Disease Centers. Alzheimer Disease & Associated Disorders, 2009; 23:102–109.

165. Scarmeas, N., Stern, Y., Mayeux, R., **Manly, J.J** Schupf, N., & Luchsinger, J.A. Mediterranean diet and mild cognitive impairment. Archives of Neurology, 2009; 13: 256-259.

166. Cabo, R. & **Manly, J.J.** Differences in rates of dementia and quality of education among diverse older adults. Generations, 2009; 33: 86-89.

167. Schupf, N., Tang, M.X., Fukuyama, H., **Manly, J.**, Andrews, H., Mehta, P., Ravetch, J., & Mayeux, R. Peripheral Abeta subspecies as risk biomarkers of Alzheimer's disease. Proceedings of the National Academy of Science, 2008; 105: 14052-14057.

168. Crane, P.K., Narasimhalu, K., Gibbons, L.E., Pedraza, O., Mehta, K., Tang, **Manly, J.J.**, Jones, R.N., Reed, B.R., Mungas, D.M. The impact of accounting for differential item functioning on the relationship between executive functioning and brain white matter hyperintensities. Journal of the International Neuropsychological Society, 2008; 14: 746-759.

169. Glymour, M.M., **Manly, J.J.** Lifecourse social conditions and racial and ethnic patterns of cognitive aging. Neuropsychology Review, 2008; 18: 223-54.

170. **Manly J.J.** Critical Issues in Cultural Neuropsychology: Profit from Diversity. Neuropsychology Review, 2008; 18: 179-183. NIHMSID125825.

171. Brickman, A. M., Schupf, N., **Manly, J.J.**, Luchsinger, J.A., Andres, H., Tang, M.-X., Small, S.A., Mayeux, R., DeCarli, C., and Brown, T.R. Brain morphology in elderly African Americans, Caribbean Hispanics, and Caucasians from Northern Manhattan. Archives of Neurology, 2008; 65: 1053-1061.

172. Dilworth-Anderson, P., Hendrie, H.C., **Manly, J.J.**, Khachaturian, A.S., & Fazio. Diagnosis and assessment of Alzheimer's disease in diverse populations. Alzheimer's & Dementia, 2008; 4: 305-309.

173. **Manly, J.J.**, Tang, M.-X., Schupf, N., Stern, Y., & Mayeux, R. Frequency and course of mild cognitive impairment in a multiethnic community. Annals of Neurology, 2008; 63: 494–506. NIHMSID46337.

174. Akerblom, J. Costa, R., Luchsinger, J.A., **Manly, J.J.**, Tang, M.-X., Lee, J., Mayeux, R., and Schupf, N.. Relation of plasma lipids to all cause mortality in Caucasian, African American and Hispanic Elders. Age and Ageing, 2008; 37: 207-213.

175. Reitz, C., Tang, M.-X., **Manly, J.J.**, Schupf, N., Mayeux, R., & Luchsinger, J.A. Plasma lipid levels in the elderly are not associated with the risk of mild cognitive impairment. Dementia and Geriatric Cognitive Disorders, 2008; 25: 232-237.

176. Jarvik, L., LaRue, A., Blacker, D., Gatz, M., Kawas, C., McArdle, J.J., Morris, J.C., Mortimer, J.A., Ringman, J.M., Ercoli, L., Freimer, N., Gokhman, I., **Manly, J.J.**, Plassman, B.L., Rasgon, N., Roberts J.S., Sunderland T., Swan G.E., Wolf, P.A., & Zonderman, A.B. Children of persons with Alzheimer disease: what does the future hold? Alzheimer Disease and Associated Disorders, 2008 22: 6-20.

177. Grunebaum, M.F., Oquendo, M.A., & **Manly, J.J.** Depressive symptoms and antidepressant use in a random community sample of ethnically diverse, urban elder persons. Journal of Affective Disorders, 2008; 105: 273-277.

178. Reitz, C., Tang, M.X., **Manly, J.**, Mayeux, R., Luchsinger, J.A. Hypertension and the risk of mild cognitive impairment. Archives of Neurology, 2007; 64: 1734-1740.

179. Reitz, C., Patel, B. Tang, M.-X., **Manly, J.J.**, Mayeux, R., & Luchsinger, J.A. Relation between vascular risk factors and neuropsychological test performance among elderly persons with Alzheimer's disease. Journal of the Neurological Sciences, 2007; 257: 194-201.

180. Faison, W.E., Schultz, S.K., Aerssens, J., Alvidrez, J., Anand, R., Farrer, L., Jarvik, L., **Manly, J.J.**, McRae, T., Murphy, G.M., Olin, J.T., Regier, D., Sano, M., and Mintzer, J.E. Potential ethnic modifiers in the assessment and treatment of Alzheimer's disease: challenges for the future. International Psychogeriatrics, 2007; 19: 539-558.

181. Lee, J.H., Cheng, R., Schupf, N., **Manly, J.J.**, Lantigua, R. Stern, Y., Rogaeva, E., Wakutani, Y., Farrer, L., St. George-Hyslop, P., & Mayeux, R. The association between genetic variants in SORL1 and Alzheimer Disease in an urban, multiethnic, community-based cohort. Archives of Neurology, 2007; 64: 501-506.

182. Luchsinger, J.A., Reitz, C., Patel, B., Tang, M.-X., **Manly, J.J.**, & Mayeux, R. Relation of diabetes to Mild Cognitive Impairment. Archives of Neurology, 2007; 64: 570-575.

183. Cosentino, S., **Manly, J.J.**, & Mungas, D. Do reading scores measure the same construct across ethnic and linguistic groups? Journal of the International Neuropsychological Society, 2007; 13: 228-236.

184. **Manly, J.J.**, & Echemendia, R.J. Race-specific norms: Using the model of hypertension to understand issues of race, culture, and education in neuropsychology. Archives of Clinical Neuropsychology, 2007; 22: 319–325.

185. Muller, M., Tang, M.-X., Schupf, N., **Manly, J.J.**, Mayeux, R., & Luchsinger, J.A. Metabolic syndrome and dementia risk in a multiethnic elderly cohort. Dementia and Geriatric Cognitive Disorders, 2007; 24: 185–192.

186. **Manly, J.J.** Deconstructing race and ethnicity: implications for measurement of health outcomes. Medical Care 2006; 44: S10-S16.

187. Tabert, M.H., **Manly, J.J.**, Liu, X., Rosenblum, S., Jacobs, M., Zamora, D., Goodkind, M., Pelton, G., Stern, Y., & Devanand, D.P. Neuropsychological prediction of conversion to AD in MCI Patients. Archives of General Psychiatry 2006; 63:916-924.

188. Reitz, C. Luchsinger, J.A., Tang, M.X., **Manly, J.J.**, Mayeux, R. Stroke and memory performance in elderly persons without dementia. Archives of Neurology 2006; 63:571-576.

189. Scarmeas, N., Albert, S.M., **Manly, J.J.**, and Stern, Y. Education and rates of cognitive decline in incident Alzheimer's disease. Journal of Neurology, Neurosurgery & Psychiatry 2006; 77: 308-316.

190. Brickman, A.M., Cabo, R., & **Manly, J.J.**, Ethical issues in cross-cultural neuropsychology. Applied Neuropsychology 2006; 13: 91 - 100.

191. **Manly, J.J.**, Schupf, N., Tang, M.-X., & Stern, Y. Cognitive decline and literacy among ethnically diverse elders. Journal of Geriatric Psychiatry and Neurology 2005; 18: 213 – 217.

192. Byrd, D.A., Sanchez, D., & **Manly, J.J.** Neuropsychological test performance among Caribbean-born and U.S.-born African American elderly: the role of age, education and reading level. Journal of Clinical and Experimental Neuropsychology 2005; 27: 1056 - 1069.

193. **Manly, J.J.**, Bell-McGinty, S., Tang, M.-X., Schupf, N., Stern, Y., & Mayeux, R. Implementing diagnostic criteria and estimating frequency of Mild Cognitive Impairment in an urban community. Archives of Neurology 2005; 62: 1739 - 1746.

194. Teng, E.L., & **Manly, J.J.** Neuropsychological Testing: Helpful or Harmful? Alzheimer's Disease and Associated Disorders, 2005; 19:267 – 271.

195. Byrd, D.A., Jacobs, D.J., Hilton, H.J., Stern, Y., & **Manly, J.J.**. Sources of errors on visuoperceptual tasks: The role of education, literacy, and search strategy. Brain and Cognition 2005; 58: 251 - 257.

196. **Manly, J.J.** Advantages and disadvantages of separate norms for African Americans. The Clinical Neuropsychologist 2005; 19: 270 – 275.

197. Clark, C. M., DeCarli, C., Mungas, D., Chui, H. I., Higdon, R., Nunez, J., Fernandez, H., Negron, M., **Manly, J.**, Ferris, S., Perez, A., Torres, M., Ewbank, D., Glosser, G., & van Belle, G. Earlier Onset of Alzheimer Disease Symptoms in Latino Individuals Compared With Anglo Individuals. Archives of Neurology 2005; 62: 774-778.

198. Reitz, C., Luchsinger, J., Tang, M.-X., **Manly, J.J.**, & Mayeux, R. Impact of plasma lipids and time on memory performance in healthy elderly without dementia. Neurology 2005; 64: 1378-83.

199. Louis, E.D., Schupf, N., **Manly, J.**, Marder, K., Tang, M.X., & Mayeux, R. Association between mild parkinsonian signs and mild cognitive impairment in a community. Neurology 2005; 54: 1157-1161.

200. **Manly, J.J.**, Byrd, D., Touradji, P., Sanchez, D., & Stern, Y. Literacy and cognitive change among ethnically diverse elders. International Journal of Psychology 2004; 39: 47 – 60.

201. Byrd, D.A., Touradji, P., Tang, M.-X., & **Manly, J.J.** Cancellation test performance in an ethnically diverse elderly sample. Journal of the International Neuropsychological Society 2004; 10: 401 - 411.

202. Hoskin, EK, Tang, MX, **Manly, J.J.**, & Mayeux, R. Elevated sex hormone binding globulin in elderly women with Alzheimer's disease. Neurobiology of Aging 2004; 25: 141 – 147.

203. **Manly, J.J.** & Espino, D.V. Cultural influences on dementia recognition and management. Clinics in Geriatric Medicine 2004; 20: 93-119.

204. Noe, E., Marder, K., Bell, K.L., Jacobs, D.M., **Manly, J.J.**, & Stern, Y. Comparison of dementia with Lewy bodies to Alzheimer's disease and Parkinson's disease with dementia. Movement Disorders 2004; 19: 60 – 67.

205. **Manly, J.J.**, Byrd, D., Touradji, P., & Stern, Y. Acculturation, reading level, and neuropsychological test performance among African American elders. Applied Neuropsychology 2004; 11: 37 – 46.

206. Honig, L.S., Tang, M.-X., Albert, S., Costa, R., Luchsinger, J., **Manly, J.**, Stern, Y., & Mayeux, R. Stroke and the risk of Alzheimer disease. Archives of Neurology 2003; 60: 1707-1712.

207. Mayeux, R., Honig, L.S., Tang, M.-X., **Manly, J**., Stern, Y., Schupf, N., and Mehta, P.D. Plasma Ab40 and Ab42 and Alzheimer's disease: Relation to age, mortality, and risk. Neurology 2003; 61: 1185-1190.

208. **Manly, J.J.**, Touradji, P., Tang, M-X., & Stern, Y. Literacy and memory decline among ethnically diverse elders. Journal of Clinical and Experimental Neuropsychology 2003; 25: 680-690.

209. Caccappolo-Van Vliet, E., **Manly, J.**, Tang, M.-X., Marder, K., Bell, K., & Stern, Y. The neuropsychological profiles of mild Alzheimer's disease and questionable dementia as compared to age-related cognitive decline. Journal of the International Neuropsychological Society 2003; 9: 720-732.

210. **Manly, J.J.**, Jacobs, D.M., Touradji, P., Small, S.A., & Stern, Y. Reading level attenuates differences in neuropsychological test performance between African American and White elders. Journal of the International Neuropsychological Society 2002; 8: 341-348.

211. Scarmeas, N., Levy, G., Tang, M-X., **Manly, J.**, & Stern, Y. Influence of leisure activity on the incidence of Alzheimer's Disease. Neurology 2001; 57: 2236-2242.

212. Touradji, P., **Manly, J.J.**, Jacobs, D., & Stern, Y. Neuropsychological test performance: a study of non-Hispanic White elderly. Journal of Clinical and Experimental Neuropsychology 2001; 23: 643-649.

213. **Manly, J.J.**, Merchant, C.A., Jacobs, D.J., Small, S.A., Bell, K., Ferin, M., & Mayeux, R. Endogenous estrogen levels and Alzheimer's disease among postmenopausal women. Neurology 2000; 54: 833-837.

214. Mayeux, R. Tang, M-X. Jacobs, D.J., **Manly, J**., Bell, K. Merchant, C., Small, S., Stern, Y., Wisniewski, H.M., & Mehta, P.D. Plasma amyloid b peptide 1-42 and incipient Alzheimer's disease. Annals of Neurology 1999; 46: 412-416.

215. Merchant, C.M., Tang, M.-X., Albert, S., **Manly, J**., Stern, Y., & Mayeux, R. The influence of smoking on the risk of Alzheimer's disease. Neurology 1999; 52:1408-12.

216. **Manly, J.J.**, Jacobs, D.M., Sano, M., Merchant, C.A., Small, S.A., & Stern, Y. Effect of literacy on neuropsychological test performance in nondemented, education-matched elders. Journal of the International Neuropsychological Society 1999; 5:191-202.

217. **Manly, J.J.**, Jacobs, D.M., Sano, M., Bell, K., Merchant, C.A., Small, S.A., & Stern, Y. Cognitive test performance among nondemented elderly African Americans and Whites. Neurology 1998; 50:1238-1245.

218. **Manly, J.J.**, Miller, S.W., Heaton, R.K., Byrd, D., Reilly, J., Velasquez, R.J., Saccuzzo, D.P., Grant, I., & the HIV Neurobehavioral Research Center (HNRC) Group. The effect of African American acculturation on neuropsychological test performance in normal and HIV positive individuals. Journal of the International Neuropsychological Society 1998; 4: 291-302.

219. **Manly, J.J.**, Patterson, T.L., Heaton, R.K., Semple, S.J., White, D.A., Velin, R.A., Atkinson, J.H., Koch, W.L., Chandler, J.L., Grant, I. & the HIV Neurobehavioral Research

Center (HNRC) Group. The relationship between neuropsychological functioning and coping activity among HIV positive men. AIDS and Behavior 1997; 2: 81-91.

220. Janak, P.H., **Manly, J.J.**, and Martinez, J.L. [Leu]Enkephalin enhances active avoidance conditioning in rats and mice. Neuropsychopharmacology 1994; 10: 53-59.

Chapters:

1. Cagigas, X.E., & **Manly, J.J.** Cultural Neuropsychology.  In M. Parsons & T. Hammeke (Eds.), Clinical Neuropsychology: A Pocket Handbook for Assessment, 3rd Ed. American Psychological Association, Washington, DC, 2014.

2. Cosentino, S., Brickman, A., & **Manly, J.J**.  Neuropsychological Assessment of the Dementias of Late Life.  In K. Warner Schaie & Sherry L. Willis (Eds.), Handbook of the Psychology of Aging (7th edition). Academic Press, London, 2011, pp. 339-352.

3. **Manly, J.J.** Race, Culture, Education, and Cognitive Test Performance among Older Adults. In Hofer, S. and Alwin, D. (Eds.). Handbook on Cognitive Aging: Interdisciplinary Perspectives. Sage, Thousand Oaks, CA, 2008, pp. 398-417.

4. **Manly, J.J.**, Schupf, N., Tang, M.-X., Weiss, C.C., & Stern, Y. Literacy and cognitive decline among ethnically diverse elders. In Y. Stern (Ed). Cognitive Reserve: Theory and Applications. Taylor & Francis, New York, 2007, pp. 219 - 235.

5. Byrd, D.A. & **Manly, J.J.** Cultural considerations in neuropsychological assessment of the elderly. In S.S. Bush & T.A. Martin (Eds.) Geriatric Neuropsychology: Practice Essentials. Psychology Press, New York, 2005, pp. 115 - 139.

6. **Manly, J.J.** Cultural issues. In D. Koltai-Attix & K. Welsh-Bohmer (Eds). Geriatric Neuropsychology: Assessment and Intervention. Guilford Publications, New York, 2005, pp. 198 - 222.

7. **Manly, J.J.**, &  Mayeux, R. Ethnic differences in dementia and Alzheimer's disease. In N. A. Anderson, R. A. Bulatao, and B. Cohen (Eds.) Critical perspectives on racial and ethnic differentials in health in late life. National Academies Press, Washington, DC, 2004, pp. 95 – 141.

8. **Manly, J. J.** & Jacobs, D. M. Future directions in neuropsychological assessment with African Americans. In F.R. Ferraro (Ed.), Minority and Cross-cultural Aspects of Neuropsychological Assessment. Swets and Zeitlinger, Lisse, Netherlands, 2001, pp. 79-96.

9. **Manly, J.J.**, Jacobs, D. M., & Mayeux, R. Alzheimer Disease among different ethnic and racial groups. In R.D. Terry, R.  Katzman, S.S. Sisodia, & K.L. Bick (Eds.), Alzheimer's Disease. Lippincott Williams & Wilkins, Philadelphia, PA, 1999, pp. 117–132.

10. Heaton, R. K., Taylor, M., & **Manly, J.** Demographic effects and demographically corrected norms with the WAIS-III and WMS-III. In D. Tulsky, R. K. Heaton, G. J.

Chelune, R. Ivnik, R.A. Bornstein, A. Prifitera, & M. Ledbetter (Eds.), Clinical Interpretations of the WAIS-III and WMS-III. Academic Press, San Diego, CA, 2003, pp. 181-210.

Published Abstracts (available upon request)

## INVITED AND PEER-SELECTED PRESENTATIONS

2017    Mid-Year Meeting of the International Neuropsychological Society, "Mechanisms of Disparities in Alzheimer's Disease", Cape Town, South Africa

2017    Alzheimer's Association International Conference, "Racial Disparities in Dementia Determinants and Outcome", London, England

2017    Alzheimer's Association International Conference, "Offspring Study of Racial Disparities in Alzheimer's Disease", London, England

2017    45th Annual Meeting of the International Neuropsychological Society, "Collaboration of Neuropsychologists in the Americas Can Accelerate Progress in Research and Practice", New Orleans, LA

2016    Wisconsin Alzheimer's Institute Annual Meeting, "Disparities in Alzheimer's Disease", Madison, WI.

2014    42nd Annual Meeting of the International Neuropsychological Society, "Ethical, Clinical, and Research Considerations for Cultural Neuropsychology", Seattle, WA

2013    Alzheimer's Association Research Roundtable, "Cultural Implications of Measuring Function and Cognition", Washington, DC

2012    Alzheimer's Association International Conference Plenary, "Challenges for the detection of dementia in culturally, racially and ethnically diverse populations", Vancouver, BC

2011    University of Rhode Island Psychology Department. "Race, Culture and Education among Older Adults: Relationships to Cognitive Aging and Risk for Alzheimer's Disease", Kingston, RI

2011    New York University Alzheimer's Disease Center, Center of Excellence on Brain Aging Scientific Colloquium, "Alzheimer's Disease and Cognitive Impairment among Ethnically and Educationally Diverse Older Adults", New York, NY

2011    New York Neuropsychology Group Spring Conference, "Culture and Quality of Education in Neuropsychological Assessment", New York, NY

2011    New York City Chapter of the Alzheimer's Association, Black History Month Dinner, "Importance of Participation in Research on Aging and Memory among African Americans", New York, NY

2011    New Jersey Neuropsychological Society Fall Conference, "Race, Culture and Education: Relationships to Cognitive Aging and Risk for Alzheimer's Disease", Union Township, NJ

2011    Dana Alliance for Brain Initiatives and the AARP, "Staying Sharp: Ask the Experts", New York, NY

2011    Columbia University Medical Center Child Psychiatry T32 Fellowship Seminar, "The Role of Race, Culture, and Education in Neuropsychological Assessment", New York, NY

2011    American Psychological Association Division 40 (Clinical Neuropsychology) Invited Address, "Cognitive Aging among Caribbean Hispanic Immigrants", Washington, DC

2010    University of Wisconsin, Madison, Alzheimer's Disease Research Center and Madison VA Hospital GRECC, "The Effects of Culture and Education on Cognitive Aging and Risk for Alzheimer's Disease", Madison, WI

2010    NIH State-of-the-Science: Preventing Alzheimer's Disease and Cognitive Decline, "Risk Reduction Factors for Alzheimer's Disease and Cognitive Decline in Older Adults: Sociocultural and Demographic Factors", Washington, DC

2010    NIA Conference on Assessment of Cognition in Early Dementia, "Research Considerations for Assessment of Cognitive Function among Diverse Older Adults", Washington, DC

2010    National Institute on Aging Summer Institute on Aging Research, "Cognitive Test Performance of African American Elders", Wye River, MD

2010    National Advisory Council on Aging Task Force on Minority Aging and Health Disparities, "Informed Consent for Genetic and Cognitive Research among African American Older Adults"

2010    Columbia University Medical Center Department of Neurology Grand Rounds, "Cognitive Aging and Alzheimer's Disease among African Americans", New York, NY

2010    Brown University Medical Center Department of Psychiatry Grand Rounds, "Race, Culture and Education among Older Adults: Relationships to Cognitive Aging and Risk for Alzheimer's Disease", Providence, RI

2010    Binghamton University, State University of New York, Department of Psychology Colloquium, "Race, Culture and Education: Relationships to Cognitive Aging and Risk for Alzheimer's Disease", Binghamton, NY

2010    8th Annual Symposium on Early Alzheimer's Disease, "Assessment of Cognitive Impairment among Ethnic Minorities", Miami, FL

2009    University of Arizona, ARL Division of Neural Systems, Memory and Aging, Evelyn F. McKnight Brain Institute, "Race, Language, Education, and Cognitive Aging", Tucson, AZ

2009    National Institute on Aging Summer Institute on Aging Research, "Race, Language, Education, and Cognitive Aging", Wye River, MD

2009    Emory University Department of Neurology and Alzheimer's Disease Research Center, "Race, Language, Education, and Cognitive Aging", Atlanta, GA

2009    Deep South Resource Center for Minority Aging Research, University of Alabama Birmingham and Tuskegee University, "Cognitive Aging and Dementia among African American Older Adults", Tuskegee, AL

2008    National Institute on Aging Summer Institute on Aging Research, "Cognitive Test Performance among African American Elders", Wye River, MD

2008    Nassau University Medical Center, "Deconstructing Race and Ethnicity: Implications for Health Outcomes", East Meadow, NY

2008    John Jay College of Criminal Justice, Department of Psychology, "Measurement of Cognitive Ability among African Americans", New York, NY

2008    Eighth Annual Early Stage Memory Disorders Forum, NYC Alzheimer's Association, "Alzheimer's Disease among African Americans", New York, NY

2008    Challenges in the Neuropsychological Assessment of Ethnic Minorities: A Problem Solving Summit, "Deconstruction of race for neuropsychology: Acculturation, quality of education, and genetic markers", Waikoloa, HI

2008    Boston University School of Medicine, "Race as a Variable in Neuropsychology", Boston, MA

2008    28th Annual Conference of the National Academy of Neuropsychology, "Critical Issues in Cultural Neuropsychology: Theoretical and Empirical Bases for Clinical Practice", New York, NY

2007    University of Virginia, "Educational Experience, Cognitive Aging, and Alzheimer's Disease among African American Elders", Charlottesville, VA

2007    University of British Columbia, "Deconstruction of Race and Education in Cognitive Assessment", Vancouver, BC, Canada

2007    University of Alabama at Birmingham, "Stigma and Disparities: Alzheimer's in the African American Community", Birmingham, AL

2007    Oregon Health Sciences University, "Are African Americans at higher risk for Alzheimer's Disease?", Portland, OR

2007    New York University Center for Brain Health, "Cognitive Aging and Alzheimer's Disease in African Americans", New York, NY

2007    National Institute on Aging Summer Institute on Aging Research, "Cognitive Aging and Alzheimer's Disease among African Americans", Wye River, MD

2007    National Institute on Aging Cognitive Aging Summit, "Quality of Education and Cognitive Aging among African American Elders", Washington DC

2007    Florida State University, "Deconstruction of Race and Education for Neuropsychological Studies of African Americans and Hispanics", Tallahassee, FL

2006    University of Southern California, Dementia Assessment Among Ethnic Minority Elders USC – Education Conference

2006    University of California: San Diego, "Cognitive Aging and Alzheimer's Disease Among Ethnically Diverse Elders", San Diego, CA

2006    University of California: Los Angeles, "Literacy, Cognition, and Dementia Among Ethnically Diverse Elders", Los Angeles, California

2006    New York Academy of Sciences, Psychology Section Lecture, "Deconstruction of Race and Education for Research on Cognitive Aging and Alzheimer's Disease", New York, NY

2006    National Institute on Aging Summer Institute on Aging Research, "Race As a Research Variable in Neuropsychology", Wye River, MD

2006    Delta Sigma Theta Sorority, Inc., New Bern Chapter, "The Silent Epidemic: Alzheimer's Disease in African Americans", New Bern, NC

2006    Boston University Medical Center, "The Role of Cultural and Educational Experience in Detection of AD and Risk for Cognitive Decline Among Ethnically Diverse Elders", Boston, MA

2006    Alzheimer's Association Care Conference, "Diversity in Dementia Care", Atlanta, GA

2005    University of Washington - Seattle, Friday Harbor Psychometrics Workshop, "Cultural and Demographic Influences on Neuropsychological Test Scores", Friday Harbor, Washington

2005    University of Virginia, "Literacy, Cognition, and Dementia Among Ethnically Diverse Elders", Charlottesville, VA

2005    University of Arkansas for Medical Sciences Alzheimer's Disease Center, "Neuropsychological Testing among African American Elders", Little Rock, Arkansas

2005    Oregon Health Sciences University, Layton Aging and Alzheimer's Disease Center, "Alzheimer's Disease among African Americans", Portland, OR

2005    National Multicultural Conference and Summit 2005, "The Impact of Educational and Cultural Experience on Interpretation of Cognitive Test Scores", Los Angeles, CA

2005    International Psychogeriatric Association 12th International Congress, "Race, Culture, Education, and Cognition among Diverse Elders", Stockholm, Sweden

2005    International Conference on the Future of Cognitive Aging Research, "Race, Culture, Education, and Neuropsychological Test Performance", State University, Pennsylvania

2005    3rd Annual Mild Cognitive Impairment Symposium, "MCI among Ethnically Diverse Elders", Miami, FL

2005    University of Southern California, "Culture and Cognitive Test Performance", Los Angeles, CA

2004    Wayne State University Institute of Gerontology, "Deconstruction of race and education in research on cognitive function", Detroit, MI

2004    Northern California Neuropsychology Forum, "Diversity in Neuropsychological Testing: Issues with African American and Latino Populations", San Francisco, CA

2004    Massachusetts Neuropsychological Society, "Deconstructing Race and Education: Lessons from Cross-Cultural Neuropsychology", Boston, MA

2004    Kessler Medical Rehabilitation Research and Education Corporation, "Cognitive Test Performance among African Americans and Hispanics", West Orange, NJ

2004    Fordham University Department of Psychology, "Race, Education, and Cognitive Test Performance", New York, NY

2004    Duke University Medical School Bryan Alzheimer's Disease Research Center, "Detection of Alzheimer's Disease among African Americans", Durham, NC

2004    Columbia University School of Social Work, "Minority Health Disparities", New York, NY

2004    Colorado Neuropsychological Society, "Diversity in Neuropsychological Testing: African American Populations", Denver, CO

2004    5th Annual HealthEast Brain Injury Conference, "Diversity in Neuropsychological Testing", St. Paul, MN

2004    25th Annual Conference of the New York Neuropsychology Group, "Deconstructing Race and Education: Lessons for Neuropsychology", New York, NY

2002    Washington University, "African American Neuropsychology", St. Louis, MO