**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                  Plaintiffs<br><br>           v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                                  Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**[PROPOSED]
ORDER**

      Having considered the Motion to Intervene filed by Class Members Kevin Henry and Najeh Davenport, it is hereby **ORDERED** that the Motion is **GRANTED**. Class Members Henry and Davenport may intervene as parties, on behalf of Black Class Members who have been or may be subjected to detrimental race norming, for the purpose of litigating the issue of race-norming in the Settlement Program. Class Members Henry and Davenport shall participate in the mediation that the Court previously ordered for the purpose of seeking to address issues related to race norming. *See* ECF 11302.

      IT IS SO ORDERED.

                                                        BY THE COURT:

                                                        _____

2

        The Honorable Anita B. Brody
        United States District Judge