# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) No. 12-md-2323 (AB) ) ) ) ) MDL No. 2323 |
| This document relates to: | ) Honorable Anita B. Brody |
| Goldberg Persky & White v. SPID 100015454 (S.T.) | ) |
| ATTORNEY LIEN DISPUTE LIEN ID: ECF No. 01593 | ) |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on March 12, 2021, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notices of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, Stephen Towle, who was issued a Notice of Monetary Award Claim Determination on December 29, 2020. The Lien was filed in December 2019 by Attorney Jason Luckasevic of Goldberg Persky and White P.C.. Mr. Towle is currently represented by Byron Cuthbert & Associates, LLC. As Mr. Towle's counsel, Byron Cuthbert & Associates, LLC represents that Mr. Towle fully understands the terms and the implications of the stipulation

and consents to the waiver of the right to appeal. The funds shall be distributed immediately in accordance with provisions of the Settlement Agreement and all Court Orders regarding implementation.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_____
Byron Cuthbert
Byron Cuthbert & Associates, LLC

_____
Jason Luckasevic
Goldberg Persky & White P.C.

_____
Stephen Towle

APPROVED:

Date: 3/16/21

_____
David R. Strawbridge
United States Magistrate Judge