IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) No. 12-md-2323 (AB) )  ) ) MDL No. 2323 |
| This document relates to: | ) Honorable Anita B. Brody |
| Eric F. Curry v. Goldberg Persky & White | ) |
| ATTORNEY LIEN DISPUTE LIEN ID: ECF No. 01517 | ) |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on March 12, 2021, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notices of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, Eric F. Curry, who was issued a Notice of Monetary Award Claim Determination on December 8, 2020. The Lien was filed on July 17, 2019 by Attorney Jason Luckasevic of Goldberg Persky and White P.C. . Mr. Curry is currently represented by Byron Cuthbert & Associates, LLC. As Mr. Curry's counsel, Byron Cuthbert & Associates, LLC represents that Mr. Curry fully understands the terms and the implications of the stipulation and

consents to the waiver of the right to appeal. The funds shall be distributed immediately in accordance with provisions of the Settlement Agreement and all Court Orders regarding implementation.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_____
Byron Cuthbert
Byron Cuthbert & Associates, LLC

_____
Jason Luckasevic
Goldberg Persky & White P.C.

_____
Eric F. Curry

APPROVED:

Date: 3/12/21

_____
David R. Strawbridge
United States Magistrate Judge