# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION : : : : : : THIS DOCUMENT RELATES TO: : ALL ACTIONS : | MDL No. 2323 12-md-2323 |

## ORDER RE-APPOINTING SPECIAL MASTER FOR LIMITED PURPOSES

**AND NOW**, this 22nd day of March, 2021, it is **ORDERED** that the Court's December 10, 2018 Order appointing the Honorable Lawrence F. Stengel (ret.) as Special Investigator (ECF No. 10355), the Court's January 6, 2020 Order extending the Special Investigator's term (ECF No. 10937), and the Court's March 30, 2020 order extending the Special Investigator's term (ECF No. 11037) are AMENDED as follows:

- The Special Investigator is hereby reappointed solely for the purpose of responding to any subpoenas or court orders regarding the investigations he conducted as part of his appointment under the December 10, 2018 Order and subsequent extensions.

- All other aspects of the December 10, 2018 Order remain unchanged.

                                                                                    s/ANITA B. BRODY, J.
                                                                                     ANITA B. BRODY, J.

Copies **VIA ECF**