IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) No. 2:12-md-02323 <br> ) MDL No. 2323 <br> ) <br> ) <br> ) |
| This relates to: | ) **NOTICE OF ATTORNEY'S LIEN** <br> ) |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | ) <br> ) <br> ) |
| **This document relates to:** Bruce Plummer Settlement Program ID 100012165 | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to MO Rev Stat § 484.140, the Petitioner, Jeffrey M. Kuntz, attorney for the Plaintiffs in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  March 22, 2021

                                                        Respectfully submitted,

                                                        Wagstaff & Cartmell, LLP

                                                        */s/ Jeffrey M. Kuntz*
                                                        Jeffrey M. Kuntz MO # 52371
                                                        Wagstaff & Cartmell LLP
                                                        4740 Grand Avenue, Suite 300
                                                        Kansas City, MO 64112
                                                        Telephone: (816) 701-1100
                                                        Facsimile: (816) 531-2372
                                                        jkuntz@wcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Easter District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  March 22, 2021

>                   */s/ Jeffrey M. Kuntz*
> Jeffrey M. Kuntz MO # 52371
> Wagstaff & Cartmell LLP
> 4740 Grand Avenue, Suite 300
> Kansas City, MO 64112
> Telephone: (816) 701-1100
> Facsimile: (816) 531-2372
> jkuntz@wcllp.com