

Cyril V. Smith
Zuckerman Spaeder LLP
(410) 949-1145
csmith@zuckerman.com

March 23, 2021

**<u>VIA ECF</u>**

Honorable Anita B. Brody
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 7613
Philadelphia, PA 19106

   Re:  *In re NFL Players' Concussion Injury Litigation*, No. 2:12-md-02323-AB

Dear Judge Brody:

  On behalf of Movants Kevin Henry and Najeh Davenport, I write to seek leave to file a reply brief in support of Movants' Motion to Intervene and to Stay Mediation, ECF 11306, and to do so by March 26, 2021. Movants respectfully submit that, in light of the issues raised by Class Counsel in its response, ECF 11312, the submission of a reply brief on the requested timeline would enable a more complete presentation of the issues to the Court.

  Movants contacted Class Counsel yesterday, March 22, 2021, to seek consent to this request, and Class Counsel has not yet responded. Counsel for the NFL Parties has indicated that the NFL Parties do not intend to file an opposition to the Motion to Intervene and take no position on Movants' request for leave to file a reply brief.

       Sincerely,

       Cyril V. Smith

cc: Counsel of record (via ECF)