**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                          Plaintiffs<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                          Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**[PROPOSED]
ORDER**

AND NOW, on this _____ day of _____, 2021, having considered Movants Kevin Henry and Najeh Davenport's Motion of for Leave to File a Reply Brief By March 26, 2021, it is hereby **ORDERED** that the Motion is **GRANTED**.  Movants have leave to file a reply brief in support of their Motion to Intervene and to Stay Mediation, and shall file any reply brief on or before March 26, 2021.

    IT IS SO ORDERED.

                                        BY THE COURT:

                                        _____
                                        The Honorable Anita B. Brody
                                        United States District Judge