# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs<br><br>　　　　v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　　　　　　　　Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW**, on this __24th__ day of March, 2021, it is **ORDERED** that Movants Kevin Henry and Najeh Davenport's Motion for Leave to File a Reply Brief by March 26, 2021 (ECF No. 11316) is **GRANTED**. Movants must file their reply brief **on or before March 26, 2021**.[1]

　　　　　　　　　　　　　　　　　　　S/Anita B. Brody
　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

COPIES VIA ECF

---

[1] The deadline to respond to the Movants' Motion to Intervene and to Stay Motion (ECF No. 11306) is March 30, 2021. Movants represent that "[c]ounsel for the NFL Parties has indicated that the NFL Parties do not intend to file an opposition to the Motion to Intervene and take no position on Movants' request for leave to file a reply brief." ECF No. 11316, para. 2.