UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>HERMAN ARVIE | NOTICE OF ATTORNEY'S LIEN |

      Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, rules of procedure, and the executed Retainer Agreement between Petitioner and Claimant, Petitioner, David B. Franco, Esq. of FrancoLaw, PLLC, formerly attorney for Claimant in the above-captioned action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees plus expenses.  Proof of Attorney's Lien will be submitted to the Claims Administrator.

Dated: March 26, 2021                         Respectfully submitted,

                                                     *s/ David B. Franco*
                                                     David B. Franco (TX# 24072097)
                                                     **FRANCOLAW, PLLC**
                                                     500 W. 2nd Street
                                                     Floor 19, Suite 138
                                                     Austin, TX  78701
                                                     Telephone: (512) 714-2223
                                                     Facsimile: (504) 229-6730
                                                     Email: dfranco@dfrancolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I caused the foregoing *Notice of Attorney's Lien* to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's Electronic Case Filing (ECF) system, which will provide electronic notice on all parties registered for CM/ECF in the litigation.

                                                *s/ David B. Franco*
                                                David B. Franco