# Exhibit 1
# to Declaration of
# Justin R. Wyatt

█████████████████████**'S RESPONSE TO DENIAL OF CLAIM**

## REQUEST FOR RELIEF

Pursuant to Rules 23(c) and 24 of the Rules Governing Appeals of Claim Determinations, this Firm respectfully requests that ███████████ denied claim be remanded for review by the AAP with the new records attached hereto as **Exhibits A, B, & C**. ███████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

## ALTERNATIVE REQUEST FOR RELIEF

If the request for remand is denied, this Firm respectfully requests that the attached Exhibits be added to the record pursuant to Rule 23(c) and the denial of ██████████████'s claim be overturned.

The AAP's denial of ██████████████'s claim should be reversed as: (a) ██████████████ ████████████████ (b) ██████████████████████████████████ (c) the demographically adjusted norms used by Heaton are not required by the Settlement and potentially have a discriminatory effect on African Americans, and (d) ██████████████

████████████████████████████████████████

██████████████████████████

## ARGUMENT

*a.* ████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████

████████████████████████████████ ████████████████████

██████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

██████████████████

████████████████████████████████████

██████████████████████████████████████████████

██████████████████████

█ ████████████████████████████████

████████████████████████████

████████████████████████████████

██████████████████████████████

████████████████████████████████

████████████████████████████████████

██████████████████

████████████████████████████████████

- ████████████████████████
████████████████████████
██████████████████████
████████████████████████████████
██████████████████████████████████
██████████████████████████████████
████████████████████████████████
█████████████████████
██████████████████████████████████
  ████████
███████████████████████
████████████████████████
██████████████████████████████████
  ████████████████
██████████████████████████████
████████████████████████████████
████████████████████████████████

████████████████████████████████████
████████████

████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████





**b.** ███████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

─────────────────────────────────

█  ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████
███████████████████████████████████

### c. <u>Race, Norms and the Settlement</u>

The AAP's contention that ███████████ should not qualify because his doctor did not use the Heaton demographic norms is both troubling and inaccurate.

As a starting point, the Settlement Agreement does not state that Heaton or any specific norm must be used. Exhibit A-2, Section 4 of the Settlement does state that certain tests were selected because demographically-adjusted normative data was available. This does not mean that any given norm was required to be used for any given test, merely that certain types of norms were available for selection by the Neuropsychologist. Where a doctor believes that demographic norms are useful, the Settlement gives them the option to use them. The AAP now requiring that Heaton, or any specific norm be used, goes beyond the terms of the Settlement and generally accepted practice; and accordingly, should be rejected. [5]

Requiring the use of demographically adjusted norms is also troubling (and raises potential equal protection issues). The demographically adjusted norms generally make it more difficult for African American players to qualify for the Settlement then Caucasian players. While using demographic adjusted norms may be helpful in a clinical setting, requiring the use of demographically adjusted norms that make it more difficult for African Americans to obtain a specific benefit (*i.e.*, a Qualifying Diagnosis under the Settlement) is discrimination. There may be situations in which a physician in the Settlement may choose to use Heaton or other

---

[5]      Neuropsychologists do not blanketly apply all potential adjustments; instead, they utilize clinical judgment based on extensive reserves, statistical analyses, and experience --J. Holdnack, *et al.*, WAIS-IV/WMS-IV and ACS, Chapter 4: Demographic Adjustments to WAIS-IV/WMS-IV Norms– discussing "When to Use Demographic Adjustments."

demographically adjusted norms; however, this should be in sound discretion of the tester and not required by the AAP.

The use of demographically adjusted norms is also troubling because they ignore reality. In today's society, very few people fit into tightly boxed in norms. There is no 1 drop rule when it comes to norms, people or testing. Most people aren't 100% of anything even if they identify themselves as Caucasian, Hispanic or African American. Many people don't even know their heritage or demographics particularly well. Moreover, race is also not a terribly accurate or specific basis for the normative data. A Neuropsychologist should be given the opportunity to choose the type of norming specific to the individual being testing without being second-guessed, and certainly should not be required to use norms he or she finds inaccurate or not in keeping with internal beliefs or standards.

Finally, the manner in which race is being used double penalizes African American players. As an initial matter, the use of race will generally lower the T-scores of African American on the TOPF. The Settlement Agreement expressly makes it more difficult for players with lower TOPF scores to qualify for an award then players with higher scores. Thus, race and demographic norming is accounted for across the board because of the manner in which the TOPF is used. After race is accounted for the first time in the TOPF, African Americans are penalized a second time by norms such as Heaton that increase African American's T-scores on individual tests. To the extent that accounting for race with respect to testing is justifiable at all, it certainly should be accounted for only once. There simply is no justification in the medical literature (and could not be as the Settlement created this construct) for accounting for race multiple times within a single battery of tests.

d. ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮