# Exhibit B
# Declaration of Cyril V. Smith

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs<br><br>    v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## DECLARATION OF CYRIL V. SMITH

I, Cyril V. Smith, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner in the firm of Zuckerman Spaeder LLP. My role in NFL concussion matters goes back to 2004, when I filed and later won a lawsuit for the estate of Mike Webster against the NFL's pension plan, establishing the principle that pro football's concussion crisis had caused widespread disability among retired players.

2. I submit this declaration in response to the declaration filed by Christopher Seeger, ECF 11312-1 (the "Declaration"). I have personal knowledge of all facts stated herein, and could competently testify to them if required.

3. The Declaration accurately states that I and my partner had three phone conversations with Mr. Seeger in mid-February. On those calls, we agreed to keep the substance of our conversation confidential because it bore on the participants' strategy vis-à-vis "race-norming." My intent is to protect those confidences on a going-forward basis and not to waive any applicable privilege or protection.

4. With that intent, I can however state what was *not* discussed in any of these calls. First, neither Mr. Seeger nor I discussed or disclosed any particular approach to addressing race-norming in the Settlement, either prospectively or for the large numbers of Black players subjected to it since 2017. On the contrary, Mr. Seeger offered on the first call (and again on subsequent calls) to provide a draft, written set of principles that he proposed to guide any settlement discussions, but never supplied them to us – either orally or in writing -- despite several requests.

5. Second, Mr. Seeger never disclosed to us any data with respect to the use or effects or race-norming among Settlement class members. On the contrary, Mr. Seeger offered on the first call to provide such information to us as necessary background to any settlement discussions, but never supplied any facts or data of any kind to us, either orally or in writing.

6. It follows that we disclosed no information and violated no confidences during the March 4, 2021 call with NFL counsel and Mr. Seeger. Simply stated, we had no confidential information, data or strategy to disclose. I made that fact clear to Mr. Seeger during the call, and he did not respond.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2020

_____
Cyril V. Smith