UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>      Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

  **AND NOW**, on this 8th day of April, 2021, it is **ORDERED** that Tim Howard's Motion to Discipline or Dismiss Special Masters and Auditors (ECF No. 11324) is **SEALED**.[1] It is **FURTHER ORDERED** that Tim Howard must electronically file a redacted copy of his motion on this docket **on or before April 16, 2021**.

                      _s/ANITA B. BRODY, J.___
                       ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] The filing contains confidential Claims Information as defined in the Court's March 22, 2017, Order Regarding Retention, Exchange, and Confidentiality of Claims Information in NFL Concussion Settlement Program. ECF No. 7324.