UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>            Plaintiffs,<br><br>            v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>            Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

**AND NOW**, on this **13th day** of **April, 2021**, it is **ORDERED** that Tim Howard's Motion to Discipline or Dismiss Special Masters and Auditors (ECF No. 11328) is **SEALED**.[1]

---

[1] On April 7, 2021, Howard filed an initial Motion to Discipline or Dismiss Special Masters and Auditors. ECF No. 11324.
    On April 8, 2021, I sealed Howard's motion because it contained unredacted confidential Claims Information, contravening the Court's March 22, 2017, Order Regarding Retention, Exchange, and Confidentiality of Claims Information in NFL Concussion Settlement Program (ECF No. 7324). ECF No. 11326. Furthermore, I ordered Howard to file a redacted copy of his motion. *Id.*
    On April 9, 2021, Howard filed a second Motion to Discipline or Dismiss Special Masters and Auditors. ECF No. 11327. The second filing still contained unredacted confidential Claims Information, so I sealed the filing.
    Later on April 9, 2021, Howard filed a third Motion to Discipline or Dismiss Special Masters. ECF No. 11328. Despite the Court's order, this filing yet again contained unredacted confidential Claims Information.

2

                                                     ***S/Anita B. Brody***
                                                     ANITA B. BRODY, J.

Copies **VIA ECF**