UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Connie Joann Baker, et al.* v. *National Football League, et al.* | No. 21-cv-01493 |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion to Dismiss the Complaint filed by the National Football League and NFL Enterprises LLC, it is hereby ORDERED that the Motion is GRANTED, and the claims filed by Settlement Class Member Connie Joann Baker in *Connie Joann Baker, et al.* v. *National Football League, et al.*, No. 21-cv-01493 are dismissed with prejudice.

_____
ANITA B. BRODY, J.