# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT APPLIES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> <u>Plaintiff Derrick Roberson</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

Comes now Petitioner, Robins Cloud, LLP, attorney for Derrick Roberson in the above named and numbered cause of action, hereby notify this Court and all parties that Robins Cloud LLP, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Derrick Roberson.

Dated: April 26, 2021

                                        Respectfully submitted,

                                        Attorney Ian Cloud, Robins Cloud, LLP

By:     /s/ Ian P. Cloud
Ian P. Cloud
State Bar No. 00783843
Robins Cloud, LLP
2000 West Loop South. 22nd Floor
Houston, TX 77027
Tel: (713) 650-1200
Fax: (713) 650-1400
icloud@robinscloud.com

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: April 26, 2021                                            /s/ Ian P. Cloud

                                                                            Ian P. Cloud