## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br>　　　　　Plaintiffs, <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br>　　　　　Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### NOTICE OF ATTORNEY'S LIEN

**COMES NOW** Petitioners – Patrick J. Tighe, Esquire/X1LAW, PA – Individually Retained Plaintiff's Attorney ("IRPA"), in the above named and numbered cause of action, hereby notify this Court and all parties that X1LAW, PA, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relative to Plaintiff, Garrett Wolfe.

　Dated: April 26, 2021

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs/Movants
　　　　　　　　　　　　　　　　　　Patrick J. Tighe
　　　　　　　　　　　　　　　　　　X1LAW, P.A. f/k/a Patrick J. Tighe, P.A.
　　　　　　　　　　　　　　　　　　721 US Highway 1, Ste 101

North Palm Beach, FL 33408
Phone: (561)537-3319
Fax: (561)537-7193
Pat@X1LAW.com
Florida Bar No. 568155

*s/Patrick J. Tighe*
Patrick J. Tighe

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, the foregoing document was electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

X1LAW, P.A.

*s/Patrick J. Tighe*
Patrick J. Tighe