**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

MDL No. 2323
No. 12-md-2323-AB

**THIS DOCUMENTS RELATES TO ALL ACTIONS**

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Logan Anderson as additional counsel of record for Defendants National Football League and NFL Properties LLC in the above captioned matter.

Dated:  May 14, 2021

Respectfully submitted,

*/s/ Logan Anderson*
Logan Anderson
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
*(A Georgia Limited Liability Partnership)*
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia PA 19103
215-981-4000

## <u>CERTIFICATE OF SERVICE</u>

I, Logan Anderson, hereby certify that on May 14, 2021, I electronically filed the

foregoing Notice of Withdrawal of Appearance and electronically served it via the

Court's CM/ECF system upon all counsel of record.

Dated:  May 14, 2021

<u>*/s/ Logan Anderson*</u>
Logan Anderson
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
*(A Georgia Limited Liability Partnership)*
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia PA 19103
215-981-4000