IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENTS RELATES TO ALL ACTIONS | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter the appearance of Christopher M. Brolley as additional counsel of record for Defendants National Football League and NFL Properties LLC in the above captioned matter.

Dated:  May 14, 2021

Respectfully submitted,

*/s/ Christopher M. Brolley*
Christopher M. Brolley
**TROUTMAN PEPPER LLP**
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia PA 19103
215-981-4798
Christopher.Brolley@troutman.com

## **CERTIFICATE OF SERVICE**

I, Christopher M. Brolley, hereby certify that on May 14, 2021, I electronically filed the foregoing Entry of Appearance and electronically served it via the Court's CM/ECF system upon all counsel of record.

Dated:  May 14, 2021

                                        */s/ Christopher M. Brolley*
                                        Christopher M. Brolley
                                        **TROUTMAN PEPPER LLP**
                                        3000 Two Logan Square
                                        Eighteenth & Arch Streets
                                        Philadelphia PA 19103
                                        215-981-4798
                                        Christopher.Brolley@troutman.com