UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>　　　　　　　　　　Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>No. 21-01493 |
| THIS DOCUMENT RELATES TO:<br>*Baker v. National Football League* | |

**ORDER**

**AND NOW**, on this **26th day** of **May, 2021**, it is **ORDERED** that the NFL Parties' Motion to Dismiss the Complaint Filed by Settlement Class Member Connie Joann Baker (Case No. 21-cv-01493, ECF No. 12; Case No. 12-md-2323, ECF No. 11338) is **GRANTED** as unopposed.[1]

　　　　　　　　　　　　　　　　　　　　　　*S/Anita B. Brody*
　　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies via　　　　　　　　　　　　　　　　Copies mailed 05-26-2021 to:

　　　　　　　　　　　　　　　　　　　　　Connie Joann Baker, Pro-se

---

[1] Baker neither responded to the Motion nor the Court's Order to Show Cause regarding why the Motion should not be granted as unopposed (Case No. 21-cv-01493, ECF No. 13; Case No. 12-md-2323, ECF No. 11350).