# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, et. al.<br><br>Defendants,<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**CHRIS DUGAN** | No. 2:12-md-02323-AB<br>MDL No. 2323 |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to rules of procedure, and the executed Retainer Agreements, Petitioners, Mark Stallworth, Esquire, and Courtney Smith, Esquire, of the Law Firm of SMITH & STALLWORTH, P.A., attorneys for Plaintiffs/Claimants in the above-entitled action, hereby notify this Court and all parties that we have liens in each respective claims for all such Claimants listed as represented by SMITH & STALLWORTH, P.A., with the Claims Administrator/Portal for attorney's fees, plus costs/expenses, and as set forth in the accompanying Petition to Establish Attorney's Lien.

DATED this 27th day of May, 2021.

Respectfully Submitted,

**/s/MARK STALLWORTH**
**MARK STALLWORTH, ESQUIRE**
**FLORIDA BAR NUMBER 0506079**
**SMITH AND STALLWORTH, P.A.**
**201 EAST KENNEDY BOULEVARD**
**SUITE 1475**

1

**TAMPA, FLORIDA 33602**
**TELEPHONE: 813-223-7799**
**FACSIMILE: 813-223-7711**
mworth@smithstallworth.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (EFC) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED this 27th day of May, 2021.

/s/MARK STALLWORTH
**MARK STALLWORTH, ESQUIRE**
**FLORIDA BAR NUMBER 0506079**
**SMITH AND STALLWORTH, P.A.**
**201 EAST KENNEDY BOULEVARD**
**SUITE 1475**
**TAMPA, FLORIDA 33602**
**TELEPHONE: 813-223-7799**
**FACSIMILE: 813-223-7711**
mworth@smithstallworth.com
