IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

As stated in the Court's March 8, 2021 order, I referred the NFL and Class Counsel Seeger Weiss—the original parties that drafted the Settlement Agreement—to Magistrate Judge David Strawbridge to seek to address the concerns relating to the race-norming issue. ECF No. 11302. Subsequently, Zuckerman Spaeder—on behalf of Settlement Class Members Najeh Davenport and Kevin Henry—moved to intervene and to stay the mediation. ECF No. 11306. On June 3, 2021, I granted that motion in part and permitted them to intervene in the race-norming mediation on behalf of themselves. ECF No. 11368.

I noted in an earlier Explanation and Order entered on April 8, 2021, that I awaited a report from Judge Strawbridge as soon as practicable regarding this mediation. ECF No. 11325. I direct Judge Strawbridge to file an interim report concerning the progress of the mediation **on or before June 11, 2021.**

1

Dated: June 4, 2021                               s/ANITA B. BRODY, J.
                                                  ANITA B. BRODY, J.

**COPIES VIA ECF**