Kenneth W. Jenkins
12324 Woodwalk Terrace
Bowie, MD 20721
301-523-7091
KennyJenkins31@aol.com

May 13, 2021

The Honorable Anita B. Brody
United States District Court for Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 7613
Philadelphia, Pennsylvania 19106

**Request to Intervene In Mediation on Race-norming
in the NFL Concussion Settlement**

Judge Brody:

I am a Black NFL former player who is unrepresented by counsel within the NFL Concussion Settlement.

I am extremely concerned that the secret mediation, now underway, will only serve to perpetuate the discrimination that has already occurred with respect to myself, my fellow teammates, and former players.

It is my understanding that this discrimination was previously agreed to, in private, by class counsel, Mr. Chris Seeger, and the NFL representatives. I certainly will not allow Mr. Seeger nor anyone else who originally negotiated away my civil rights, to now represent me in this mediation.

I believe that Black players are not only entitled to understand the outcome of this mediation but to participate in the *full* process by which the outcome is derived. Anything less is cause for further distrust of an already problematic process. Full sunlight is a requirement going forward in order to disinfect this stain on the settlement and the judicial process.

Accordingly, I request to act as a Black player's voice at the negotiation table. While I am currently healthy, I feel obligated to speak for many of my brothers who are unable to speak for themselves. As a pro se movant, I request that this letter be added to the docket.

Very truly yours,

Kenneth W. Jenkins

Cc: Mr. Chris Seeger
Mr. Brad Carp

## PETITION TO STOP RACE NORMING IN THE NFL CONCUSSION SETTLEMENT
2021 Change.org |: 50

USDC-EDPA

The Honorable Anita B. Brody
United States District Court for Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 7613
Philadelphia, Pennsylvania 19106


Dear Judge Brody:

We, the undersigned, are writing to request that the NFL Concussion Settlement disability assessments immediately **stop using RACE as a "recommended" factor in determining baseline cognitive function**, specifically scaling black and brown players as having "lower cognitive function" to start, therefore having a harder time than their white NFL counterparts meeting the requirements for disability.  It is disgusting and racist at its foundation and used to deny more claims from black players (70% of all players).  Physicians have stated on the record that they are pressured to use this racist scale even when they know its unfair or they face being removed from the assessment team. We also request that the NFL be required to show demographic information on who has been determined to be eligible to date. This racist system has been **purposely used by the NFL to DENY black and brown players** fair and equitable compensation for brain trauma and cognitive injury from the years of playing in the NFL.

Additionally, we request that you remove Chris Seeger as the players' attorney of record.  He received over $100 million in the class action on the backs of these black and brown players.  Then, behind closed doors, **agreed and now defends the choice to include race bias in disability determination.** Further, this was never stated in the legal settlement documents so that players and their representatives could understand that this money would be distributed more easily to white players than to black players.  It was egregiously hidden on purpose.  We demand that you choose an impartial attorney of record, one that will fight for the rights of ALL players, not just the NFL and their deep pockets.

We also ask, for a second time, that this petition, with over 50,000 signatures, be placed on the docket.

Very truly yours,

Dr. Amy Lewis, D.Ac. Dipl. Ac., wife of former NFL player