UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br><u>Robert Holt, et al.</u> v. National Football League, et al. (Plaintiffs Robert Moore and Cassandra Moore ONLY)<br><br>Court File No. <u>2:12-cv-04185-AB</u> | **<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ROBERT MOORE AND CASSANDRA MOORE</u>** |

J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiff's Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Robert Moore and Cassandra Moore only in this action, and state as follows:

1. Plaintiffs' counsel filed the action *Robert Holt, et al*. *v. National Football League, et al.*, No. 12-CV-04185, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including Robert Moore and Cassandra Moore.

2. Plaintiffs' counsel filed a short form complaint for Robert Moore and Cassandra Moore on August 20, 2012.

3. Despite the efforts of the undersigned on Plaintiffs' behalf, Plaintiffs have informed the undersigned that they no longer want Zimmerman Reed LLP to represent them in this litigation.

4. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully asks this Court for leave to withdraw as counsel for Robert Moore and Cassandra Moore only in Court File No. 2:12-cv-04185-AB.

Dated: June 9, 20201

Respectfully submitted,

ZIMMERMAN REED LLP

s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com