UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiffs Robert Moore and Cassandra Moore ONLY)<br><br>Court File No. 2:12-cv-04185-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, former attorney for Plaintiffs Robert Moore and Cassandra Moore in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs Robert Moore and Cassandra Moore.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  June 9, 2021                                   Respectfully submitted,

                                                                           ZIMMERMAN REED LLP


                                                                            s/ Brian C. Gudmundson
                                                                           J. Gordon Rudd, Jr. (#222082)
                                                                           Brian C. Gudmundson (#336695)
                                                                           Michael J. Laird (#0398436)
                                                                           1100 IDS Center, 80 South 8th Street
                                                                           Minneapolis, MN  55402
                                                                           Telephone: (612) 341-0400
                                                                           Facsimile: (612) 341-0844
                                                                           Email: Gordon.Rudd@zimmreed.com
                                                                           Brian.Gudmundson@zimmreed.com
                                                                           Michael.Laird@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  June 9, 2021                                                ZIMMERMAN REED LLP

 s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com