UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>George W. Adams, et al. v. National Football League, et al. (Plaintiffs David Howard and Jacqueline Howard ONLY)<br><br>Court File No. 2:12-cv-00683-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS DAVID HOWARD AND JACQUELINE HOWARD** |

J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiff's Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of David Howard and Jacqueline Howard only in this action, and state as follows:

1. Plaintiffs' counsel filed the action *George W. Adams, et al. v. National Football League, et al.*, No. 12-CV-00683, in the Eastern District of Pennsylvania on February 8, 2012, for the benefit of several retired National Football League players, including David Howard and Jacqueline Howard.

2. Plaintiffs' counsel filed a short form complaint for David Howard and Jacqueline Howard on July 16, 2012.

3. Despite the efforts of the undersigned on Plaintiffs' behalf, Plaintiffs have informed the undersigned that they no longer want Zimmerman Reed LLP to represent them in this litigation.

4. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully asks this Court for leave to withdraw as counsel for David Howard and Jacqueline Howard only in Court File No. 2:12-cv-00683-AB.

Dated: June 9, 20201                                   Respectfully submitted,

                                                       ZIMMERMAN REED LLP


                                                       s/ Brian C. Gudmundson
                                                       J. Gordon Rudd, Jr. (#222082)
                                                       Brian C. Gudmundson (#336695)
                                                       Michael J. Laird (#0398436)
                                                       1100 IDS Center, 80 South 8th Street
                                                       Minneapolis, MN  55402
                                                       Telephone: (612) 341-0400
                                                       Facsimile: (612) 341-0844
                                                       Email: Gordon.Rudd@zimmreed.com
                                                       Brian.Gudmundson@zimmreed.com
                                                       Michael.Laird@zimmreed.com