UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>George W. Adams, et al. v. National Football League, et al. (Plaintiffs George W. Adams and Michelle L. Adams ONLY)<br><br>Court File No. 2:12-cv-00683-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, former attorney for Plaintiffs George W. Adams and Michelle L. Adams in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs George W. Adams and Michelle L. Adams.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  June 9, 2021	Respectfully submitted,

	ZIMMERMAN REED LLP


	 s/ Brian C. Gudmundson
	J. Gordon Rudd, Jr. (#222082)
	Brian C. Gudmundson (#336695)
	Michael J. Laird (#0398436)
	1100 IDS Center, 80 South 8th Street
	Minneapolis, MN  55402
	Telephone: (612) 341-0400
	Facsimile: (612) 341-0844
	Email: Gordon.Rudd@zimmreed.com
	Brian.Gudmundson@zimmreed.com
	Michael.Laird@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: June 9, 2021                                         ZIMMERMAN REED LLP


                                              s/ Brian C. Gudmundson
                                             J. Gordon Rudd, Jr. (#222082)
                                             Brian C. Gudmundson (#336695)
                                             Michael J. Laird (#0398436)
                                             1100 IDS Center, 80 South 8th Street
                                             Minneapolis, MN  55402
                                             Telephone: (612) 341-0400
                                             Facsimile: (612) 341-0844
                                             Email: Gordon.Rudd@zimmreed.com
                                             Brian.Gudmundson@zimmreed.com
                                             Michael.Laird@zimmreed.com