United States District Court

Eastern District of Pennsylvania

NOTICE OF PROCEDURE TO CONSENT TO

**REFERENCE OF PROCEEDING TO MAGISTRATE JUDGE**

1. When authorized under 28 U.S.C. § 636(c), a magistrate judge may, if all parties consent, and if it is approved by the district judge to whom the case is assigned, conduct a civil action or proceeding, including a jury or non-jury trial or proceeding [Fed. R. Civ. P. 73(a); Local R. Civ. P. 72.1 III.(b)].

2. A party is free to withhold consent to referral to a magistrate judge without adverse substantive consequences [Fed. R. Civ. P. 73(b)(2)].

3. A party's decision to consent, or not to consent, will not be made known to the assigned judge or magistrate judge unless the parties have consented to the reference to the magistrate judge [Fed. R. Civ. P. 73(b)(1); Local R. Civ. P. 72.1 III.(b)(2)].

4. The Court may, for good cause shown, on its own motion, or under extraordinary circumstances shown by any party, vacate a reference of a civil matter or proceeding to a magistrate judge [Fed. R. Civ. P. 73(b)(3)].

5. When a case is referred to a magistrate judge to conduct a civil action or proceeding, including the entry of final judgment, the final judgment may be taken to the court of appeals in the same manner as an appeal from any other judgment of a district court [Fed. R. Civ. P. 73(c)].

6. The District Court has adopted rules that govern the litigation relating to Attorneys' Liens and Petitions for Deviation in the *National Football League Players' Concussion Injury Litigation*, 12-md-2323, which approved Magistrate Judge jurisdiction whenever all Parties consent (Doc. Nos. 9760 and 9956). If you choose to consent to Magistrate Judge jurisdiction to resolve the Attorney's Lien Dispute or Petition for Deviation, the attached form should be provided to the Claims Administrator by email to ClaimsAdministrator@NFLConcussionSettlement.com or by mail to:

   NFL Concussion Settlement Claims Administrator
   P.O. Box 25369
   Richmond, VA 23260
   ATTN: NFL Liens

   **ANITA B. BRODY**
   **DISTRICT JUDGE**

   **KATE BARKMAN**
   **CLERK OF COURT**

**\*This Notice is being given pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local R. Civ. P. 72.1, 53.2.**