IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | No. 2:12-md-02323 – AB |
| | MDL NO. 2323 |
| | **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, On behalf of themselves and Others similarly situated, | |
| Plaintiffs, | |
| v. | |
| National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: ALL CLIENTS OF GOLDBERG, PERSKY & WHITE, P.C. | |

### GOLDBERG, PERSKY & WHITE, P.C.'s MOTION IN SUPPORT OF STECKLER WAYNE COCHRAN PLLC RENEWED MOTION TO RELEASE THE 5% HOLDBACK AND REQUEST FOR EXPEDITED HEARINGS

AND NOW comes Jason E. Luckasevic, Esquire of GOLDBERG, PERSKY & WHITE, P.C. on behalf of all Goldberg, Persky & White, P.C. clients and files the following Motion in Support of the Steckler Wayne Cochran PLLC Renewed Motion to Release the 5% Holdback and Request for Expedited Hearings:

1.  On July 14, 2020, Class Counsel filed a Motion to Supplement its Petition for Adoption of a Set-Aside from Each Monetary Award and Derivative Claimant Award. (ECF #11126). Specifically, Class Counsel seeks the set-aside of 5% of every monetary award already

paid and to be paid into the future. This 5% set-aside equates to common benefit compensation in the tens of millions of dollars.

2. On July 28, 2020, Goldberg, Persky & White filed a Response in Opposition to Class Counsel's Petition for Adoption of a Set-Aside from Each Monetary Award and Derivative Claimant Award at ECF #11133.

3. On June 4, 2021, Steckler Wayne Cochran PLLC filed the Renewed Motion for Release of 5% Holdback and Request for Expedited Hearing at ECF #11372.

4. For the reasons outlined in the attached Declaration (See Exhibit #1) of the undersigned and those reasons referenced by the other Motions at issue, we ask for the Release of our law firm's 5% Holdback and Request an Expedited Hearing on an issue that was raised nearly one year ago.

5. Accordingly, the undersigned respectfully requests that this Honorable Court accept the accompanying Declaration and direct the Claims Administrator to pay the 5% holdback of the undersigned's monetary awards to Goldberg, Persky & White, P.C.

6. In the alternative, an expedited hearing is requested regarding the 5% holdback of monetary awards.

Dated: June 14, 2021

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

s/ Jason E. Luckasevic, Esquire
jluckasevic@gpwlaw.com
PA I.D. #85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
(412) 471-3980 (phone)
(412) 471-8308 (facsimile)
*On Behalf of all Goldberg, Persky & White, P.C. clients*