# EXHIBIT 1

# James A. Holdnack, Ph.D.
*Staff Scientist*
*Clinical Neuropsychologist/Licensed Psychologist*

## High-Level Skills and Abilities

- Diagnostic clinical assessment of children, adults, and older adults with a history of developmental, medical, neurological, genetic, and/or neuropsychiatric disorders.
- Development, standardization, and publication of a broad range of assessment tools used in diagnosis, treatment monitoring, and outcomes assessment including, but not limited to, the most widely used assessments of general cognitive ability, memory, and executive functioning (WISC-V, NEPSY-II, D-KEFS, WAIS-IV, WMS-IV etc…).
- Writing, implementing, and managing large population-based and clinical research studies
- Administering, scoring, and interpreting psychological tests in research settings
- Staff development and management of doctoral and master's level research personnel.
- Extensive experience with development of digital assessments.
- Professional education, public speaking and graduate-level teaching.
- Development, implementation, evaluation, and oversight of large-scale programmatic research.
- Dissemination of research findings through technical writing, peer-reviewed publication, professional presentations, and internal and external stakeholder presentations.
- Data cleaning, transformation, psychometric analysis and advanced statistical analysis using SAS, SPSS, SAS JMP, STATA and AMOS.
- Development and implementation of SOPSs for a large international research group.

## Achievements/Awards

- Completion of multiphasic research studies involving thousands of individuals with known clinical conditions and tens of thousands of healthy controls, resulting in the publication of standardized tests used in the evaluation of hundreds of thousands of individuals each year.
- Developed psychological assessments used by tens of thousands of clinicians wordwide.
- Over 60 publications including peer-reviewed articles, book chapters, and books.
- Over 80 CEU and conference presentations.
- Nelson Butters Award for Research Contributions to Clinical Neuropsychology presented by National Academy of Neuropsychology, October, 2008.
- Four patent awards and one patent application under review.
- Consulting Editor – Psychological Assessment, Journal of Psychoeducational Assessment and adhoc peer-reviewer for major neuropsychology journals
- Licensed Psychologist – Pennsylvania & Delaware

James A. Holdnack, Ph.D.
Page: 2

## Education

- **Big Data Anaytics Certification** 9/18-12/18
  University of Delaware, Wilmington, DE
- **Post-Doctoral Fellowship in Neuropsychology**
  University of Pennsylvania Medical School. Philadelphia, PA. 8/93-7/95
- **Clinical Psychology Internship**
  Coatesville VA Medical Center. Coatesville PA. 9/92-8/93
- **Doctorate in Counseling Psychology**
  State University of New York at Buffalo. Buffalo, NY. 9/88-8/93
- **Bachelor of Arts in Social Sciences**
  Gannon University. Erie, PA 9/84-5/88

## Current Positions

**Staff Scientist** 8/19-present
  Advanced Visualization Branch
  National Institute of Nursing Research, Bethesda, MD
- Develop research protocols utilizing immersive VR in health care
- Manage lab activities
- Develop models for measuring and understanding behavior in VR
- Develop and validate in-vivo cognitive, behavioral, and
  psychological processes
- Train staff on administration and scoring of concurrent psychological
  Measures
- Data analysis

**Test Development Specialist** 9/18-present
  JA Holdnack Independent Contractor, Bear DE
- Provide clinical and construct validation and normative research planning
  for digital and paper cognitive and psychological test development.
- Multivariate statistical analysis.
- Test design, item development, training, and research translation.
- Clinical consultation.

## Research Experience

**Principal Scientist** 4/16-8/18
  Clinical Content Development, Pearson.  San Antonio, TX
- Applied clinical research and translation for clinical practice.
- Review and approval of all US and International programmatic
  research plans (e.g. clinical and healthy control, sampling, validation
  studies, normative studies, statistical models used, etc…).
- Provide approval for statistical methods and related published text.
- Manage research innovation.

- Evaluation and development of technology related to cognitive and psychological assessments, integrating UEX methodologies.
- Create and maintain external research colloborations.
- Develop statistical models for improving evaluation of linguistic minorities.
- Develop novel cognitive, behavioral, and psychological assessments.
- Write SAS code to clean, transform, and analyze data using biostatistics.
- Manage research projects to budget.
- Write and review technical manuals and interpretation guides.
- Maintain a high profile among researchers and clinicians through professional activities (e.g., publishing, presenting, & consulting)
- Apprise leadership team of recent trends in the field of psychology, and special education.
- Develop and oversee development of diagnostic algorithms using big data analytics, multivariate, and theoretical models.
- Provide training to internal research and sales Ph.D. and Master's Level staff.
- Provide customer support for high-level questions and concerns.
- Work closely with project managers to maintain project budget and schedule.
- Writing test items, instructions, test scoring rules, and interpretation guidelines.

**Research Assistant Professor**                                    2/15-4/16
University of Delaware, Department of Physical Therapy. Newark, DE
- Patient Reported Outcomes research
- Basic clinical research and translation for clinical practice.
- Performed biostatistics using SAS, SPSS, and AMOS on NIMH funded studies for the Center for Health Assessment Research and Translation.
- Co-authored NIMH grant proposals related to health related outcomes.
- Prepared and submitted 10 articles to peer-reviewed journals.
- Developed norms for NIH Toolbox for the Assessment of Neurological and Behavioral Functioning Cognitive Battery concurrent paper based tests.
- Developed statistical models for evaluating pre-morbid ability for the NIHTB-CB
- Collaborated with co-investigators on active NIMH grants.
- Presented research findings at professional meetings.

**Research and Statistics Consultant**                             2/15-4/16
Clinical Content Development, Pearson.  San Antonio, TX.
- Performed biostatistics using SAS and SPSS
- Provided research consultation to the VP of Global Clinical Content Development
- Created statistical model for evaluating French Canadian Linguistic Minorities living outside of Quebec on the WISC-V French CDN edition.

**Senior Scientist**                                               7/13- 2/15
Clinical Content Development, Pearson. San Antonio, TX
- Applied clinical research and translation for clinical practice.

- Review and approval of all US and International programmatic research plans (e.g. clinical and healthy control criteria, sampling, validation studies, normative studies, statistical models used, etc…).
- Provide approval for statistical methods and related published text.
- Create and maintain external research colloborations.
- Develop statistical models for improving test interpretation
- Customer and product support activities.
- Develop novel cognitive, behavioral, and psychological assessments.
- Write SAS code to clean, transform, and analyze data using biostatistics.
- Writing test items, instructions, and test scoring rules.
- Manage research projects to budget.
- Write and review technical manuals and interpretation guides.
- Train staff on administration and scoring of tests
- Work closely with project managers to maintain project budget and schedule.
- Maintain a high profile among researchers and clinicians through professional activities (e.g., publishing, presenting, & consulting)
- Apprise leadership team of recent trends in the field of psychology, and special education.
- Develop and oversee development of diagnostic algorithms using Multivariate statistics and theoretical models.

**Team Leader Neuropsycholgy, Senior Research Director**                4/02 – 7/13
  Clinical Content Development, Pearson. San Antono, TX
- Applied clinical research and translation for clinical practice.
- Create programmatic research plans for all neuropsychology related products.
- Write SAS & SPSS code to clean, transform, and analyze data using biostatistics.
- Present outcomes of research at each phase to senior management.
- Develop statistical models for improving test interpretation.
- Supervision and development of Ph.D. and master's level research staff.
- Administer and score psychological tests
- Train staff on administration and scoring of tests
- Write interpretation and scoring logic for computer-based reports.
- Complete studies evaluating new technology (e.g. Virtual Reality).
- Customer and product support activities.
- Develop novel cognitive, behavioral, and psychological assessments.
- Create and manage research projects to budget.
- Write and review technical manuals and interpretation guides.
- Writing test items, instructions, and test scoring rules.
- Review all new products for research support/validity and report findings to senior management.
- Work closely with senior management on five-year publication plan.

**Research and Statistics Consultant**                4/04 – 1/07
  Eli Lilly & Company, Indianapolis, IN

James A. Holdnack, Ph.D.
Page: 5

- Provided training of research staff on administration and scoring
  of cognitive outcomes measures.
- Consultation to staff statistician on data points.
- Participated in investigator meetings.
- Consultation and contribution to manuscript preparation.

**Research and Statistics Consultant**                                      10/96-3/02
   The Psychological Corporation, San Antonio, TX
- Comprehensive multivariate statistical analysis using SPSS.
- Creating test norms for publication.
- Writing technical and interpretation manuals.
- Writing logic for computerized interpretative reports.
- Consultation on research design and implementation
- Consultation on clinical and control samples inclusion/exclusion criteria.
- Collaboration with internal and external researchers and project staff.

**Research Consultant and Clinical Trial Site Co-Investigator**             1/00-9/00
   Broudy and Associates, Wilmington, DE
- Phase IV stimulant medication trial.
- Reviewed all study documentation for protocol compliance.
- Collaborated with research staff for protocol compliance and
  Study closure.

**Associate Director of Scientific Affairs**                                8/99-9/99
   World Wide Clinical Trials, Chadds Ford, PA
- Clinical Research Organization supporting psychotropic clinical trials.
- Developed research protocols for clinical trials assessing efficacy and safety of
  psychotropic medications.
- Trained research staff.
- Participated in investigator meetings.
- Statitical consultation to project staff and sponsors.

**Project Director**                                                        8/95-9/96
   The Psychological Corporation, San Antonio, TX
- Comprehensive multivariate statistical analysis using SPSS.
- Development of neuropsychological measures for clinical use.
- Development of programmatic research plans including all phases
  of test validation and standardization.
- Development of project budgets.
- Development of project timelines.
- Collaboration with key project stakeholders.
- Writing test items, instructions, scoring rules, and clinical interpretation
  guidelines.

**Post-Doctoral Fellow: 2-Year NIMH National Service Research Award**       9/93-7/95

University of Pennsylvania, Philadelphia, PA
- Data preparation, clean-up, transformation, and analysis using SAS.
- Multivariate statistics/biostatistics
- Neuroimaging (e.g., PET, Xenon clearance, MRI ROI) procedures and data analysis.
- Writing manuscripts for submission to peer-reviewed journals.
- Professional presentatations.
- Collaboration with internal and external research staff.
- Developed study protocol assessing cognitive and personality profiles in adults' diagnosed with ADHD.

**Research and Statistics Consultant**                                    7/90-5/92
Quantitative Analysis Laboratory, SUNY at Buffalo, Amherst NY
- Maintained nation databases.
- Provided research and statistics support for student dissertations.
- Provided statistics support for faculty and staff.
- Provided support to students with using statistical packages including SPSS and SAS.

# Clinical Experience
**Child Psychologist**                                                   10/96 – 7/05
Intake and Assessment Services, Division of Child Mental Health Services
Wilmington, DE
- Neuropsychological assessments of children and adolescents with a history of complex neuropsychiatric, neurodevelopmental and/or neurological disorders.
- Forensic evaluations.
- Staff consultation and training.
- Case consultation with state agencies and local school districts.
- Treatment planning.

**Licensed Psychologist Private Practice**                               10/96 – 7/01
Broudy & Associates, Wilmington DE
- Neuropsychological assessment children through older adults
- Forensic evaluations.
- Staff consultation and training.
- Consultation with state agencies and local school districts.

**Consulting Child Psychologist**                                        5/96-9/96
Southwest Mental Health Center, San Antonio, TX.
- Neuropsychological assessments of children and adolescents with a history of complex neuropsychiatric, neurodevelopmental and/or neurological disorders.
- Staff consultation and training.
- Case consultation and treatment planning.

**Neuropsychology Fellow**                                     9/93-7/95
University of Pennsylvania Medical Center, Philadelphia, PA
- Neuropsychological assessments of child, adolescent, adult and older adult clinical populations.
- Case consultation and treatment planning.

# Graduate and Undergraduate Teaching Experience

**Adjunct Faculty**                                          1/16 – present
University of Delaware, School Psychology Program. Newark, DE
- Child Neuropsychology, Master's and Ph.D. school psychology students.

**Instructor**                                                8/97-1/98
West Chester University, Psychology Department. West Chester, PA
- Tests and Measurement, undergraduate level.

**Adjunct Faculty**                                           5/96-9/96
Trinty University School Psychology Program. San Antonio, TX.
- Child Neuropsychology, Master's level school psychology students.

**Instructor**                                                9/90-5/92
State University of New York at Buffalo, Department of Counseling and Educational Psychology. Amherst, NY.
- Introduction to Statistics and Computing, undergraduate level.

# Peer-Reviewed Journal Articles

Iverson, G. L., Karr, J. E., Terry, D. P., Garcia-Barrera, M. A., Holdnack, J. A., Ivins, B. J., & Silverberg, N. D. (2020). Developing an Executive Functioning Composite Score for Research and Clinical Trials. *Archives of Clinical Neuropsychology*. doi: 10.1093/arclin/acz070

Karr, J. E., Garcia-Barrera, M. A., Holdnack, J. A., & Iverson, G. L. (2019). The Other Side of the Bell Curve: Multivariate Base Rates of High Scores on the Delis-Kaplan Executive Function System. *Journal of the International Neuropsychological Society*, *1–12*. doi: 10.1017/s1355617719001218

Cook, N.E., Karr, J.E., Brooks, B.L., Garcia-Barrera, M.A., Holdnack, J.A. & Iverson, G.L. (2019): Multivariate base rates for the assessment of executive functioning among children and adolescents, *Child Neuropsychology*, *25*, 836-858, DOI: 10.1080/09297049.2018.1543389

Cohen, M. L., Holdnack, J. A., Kisala, P. A., & Tulsky, D. S. (2018). A comparison of PHQ-9 and TBI-QOL depression measures among individuals with traumatic brain injury. Rehabilitation Psychology, 63(3), 365-371. http://dx.doi.org/10.1037/rep0000216

Karr, J.E. Garcia-Barrera, M.A., Holdnack, J.A. & Iverson, G.L. (2018). Advanced clinical interpretation of the Delis-Kaplan Executive Function System: multivariate base rates of low scores, *The Clinical Neuropsychologist*, *32(1)*, 42-53, DOI: 10.1080/13854046.2017.1334828

Holdnack, J.A., Tulsky, D., Heaton, Slotkin, J., Tyner, C.E., Gerson, R., Iverson, G.L., & Heinemann, AW. (2017). NIH Toolbox Premorbid Ability Adjustments: Application in a Traumatic Brain Injury Sample. *Rehabilitation Psychology*, *62, 496-508.*

Tulsky, D., Holdnack, J.A., Cohen, M.L., Heaton, R.K., Carlozzi, N.E., Wong, A., Boulton, A., Heinemann, AW. (2017). Factor Structure of the NIH Toolbox Cognition Battery in Individuals with Acquired Brain Injury. *Rehabilitation Psychology 62, 435-442*.

Karr, J.E. Garcia-Barrera, M.A., Holdnack, J.A. & Iverson, G.L. (2017). Advanced Clinical interpretation of the Delis-Kaplan Executive Function System: multivariate base rates of low scores. *The Clinical Neuropsychologist*, https://doi.org/10.1080/ 13854046.2017.1334828

Holdnack, J.A., Tulsky, D.S., Brooks, B.L., Slotkin, J., Gerson, R., Heinemann, A. W. & Iverson, G.L. (2017). Interpreting patterns of low scores on the NIH toolbox cognition battery. *Archives of Clinical Neuropsychology*. doi:10.1093/arclin/acx032

Holdnack, J.A., Iverson, G.L., Silverberg, N.D., Tulsky, D.S., & Heinemann, A. W. (2017). NIH toolbox cognition tests following traumatic brain injury: Frequency of low scores. *Rehabilitation Psychology, 62,474-484*.

Tulsky, D., Carlozzi, NE, Holdnack, JA, Heaton, RK, Wong, A, Goldsmith, A, Heinemann, AW. (2017). Using the NIH Toolbox Cognition Battery (NIHTB-CB) in Individuals with a Traumatic Brain Injury. *Rehabilitation Psychology*. *62, 413-424.*

Cohen, M.L., Tulsky, D.S., Holdnack, J.A., Carlozzi, N.E., Wong, A., Magasi, S., Heaton, R.K., & Heinemann, A. W. (2017). Cognition among Community-Dwelling Individuals with Spinal Cord Injury. *Rehabilitation Psychology, 62, 425-434*.

Brooks, B.L., Holdnack, J.A., & Iverson, G.L. (2017). Reliable Change on Memory Tests is Common in Healthy Children and Adolescents. *Archives of Clinical Neuropsychology*, 1-9.

Rosenqvist, J. Lahti-Nuuttila, P., Urgesi, C., Holdnack, J., & Kemp, S.L. (2017). Neurocognitive functions in 3- to 15-year old children: An international comparison. *Journal of the International Neuropsychological Society*, *23*, 1-14.

Silverberg, N.D., Crane, P.K., Dams-O'Connor, K., Holdnack, J.A., Ivins, B., Lange, R.T., Manley, G.T., McCrea, M. & Iverson, G.L. (2017). Developing a cognition endpoint

James A. Holdnack, Ph.D.
Page: 9

for traumatic brain injury clinical trials. *Journal of Neurotrauma*; *34*, 363-371. doi:10.1089/neu.2016.4443.

Karr, J.E., Garcia-Barrera, M.A., Holdnack, J.A. & Iverson, G.L. (2016). Using Multivariate Base Rates to Interpret Low Scores on an Abbreviated Battery of the Delis–Kaplan Executive Function System. *Archives of Clinical Neuropsychology*; doi:10.1093/arclin/acw105

Brooks, B.L., Holdnack, J.A., & Iverson, G.L. (2016). To Change is Human: "Abnormal" Reliable Change Memory Scores are Common in Healthy Adults and Older Adults. *Archives of Clinical Neuropsychology*; DOI:10.1093/arclin/acw079.

Rosenqvist, J., Lahti-Nuuttila, P., Holdnack, J.A., & Kemp, S.L. (2016). Relationship of TV watching, computer use, and reading to children's neurocognitive functions. *Journal of Applied Developmental Psychology*, *46*, 11-21

Hilsabeck, R.C., Holdnack, J A., Cullum, M.C., Drozdick, L.W., Edelstein, B., Fiske, A., Lazcritz, L., McCoy, K.J.M. & Wahlstrom, D. (2015). The Brief Cognitive Status Examination (BCSE): Comparing Diagnostic Utility and Equating Scores to the Mini Mental State Examination (MMSE). *Archives of Clinical Neuropsychology, 30,* 458-467.

Miller, J.L., Weiss, L.G., Beal, A.L., Saklofske, D.H., Zhu, J.J. & Holdnack, J. (2015). Intelligent use of intelligence tests: Empirical and clinical support for Canadian WAIS–IV norms. *Journal of Psychoeducational Assessment*, *33,* 1-17. doi:10.1177/0734282915578577

Korkman, M., Lahti-Nuuttila, P., Laasonen, M., Kemp, S., & Holdnack, J. (2012). Neurocognitive development in 5- to 16-year-old North American children: A cross-sectional study. *Child Neuropsychology*, DOI:10.1080/09297049.2012.705822

Fine E.M., Delis D.C., Holdnack, J. (2011). Normative Adjustments to the D-KEFS Trail Making Test: Corrections for Education and Vocabulary Level. *The Clinical Neuropsychologist*, *25*, 1331-1344.

Holdnack, J., Goldstein, G. & Drozdick, L. (2011). Social Perception and WAIS–IV performance in adolescents and adults diagnosed with Asperger's Syndrome and Autism. *Assessment*, *18*, 192-200.

Holdnack, J., Zhou, X., Larabbee, G., Millis, S.I, & Salthouse, T. (2011). Confirmatory Factor Analysis of the WAIS-IV/WMS-IV. *Assessment*, 18, 178-191.

Brooks, B., Holdnack, J., & Iverson, G. (2011).  Advanced Clinical Interpretation of the WAIS-IV and WMS-IV: Prevalence of Low Scores Varies by Level of Intelligence and Years of Education. *Assessment*, *18*, 156-167.

James A. Holdnack, Ph.D.
Page: 10

Brown, T.E., Holdnack, J., Saylor, K., Adler, L., Spencer, T., Williams, D.W., Padival, A.K., Schuh, K., Trzepacz, P.T., & Kelsey, D. (2011). Effect of Atomoxetine on Executive Function Impairments in Adults with Attention-Deficit/Hyperactivity Disorder. *Journal of Attention Disorders*, *15*, 130-138.

Spencer, T.J., Adler, L.A., Qiao, M., Saylor, K.E., Brown, T,E., Holdnack, J.A., Schuh, K.J., Trzepacz, P.T., & Kelsey, D.K. (2010). Validation of the Adult ADHD Investigator Symptom Rating Scale (AISRS). *Journal of Attention Disorders*, *14*, 57-68.

McGee, C., Delis, D., & Holdnack, J.A. (2009). Cognitive Discrepancies in Children at the Ends of the Bell Curve: A Note of Caution for Clinical Interpretation. *The Clinical Neuropsychologist*, *23*, 1160-1182.

Kalkut, E.L., Han, S.D., Lansing, A.E., Holdnack, J.A. & Delis, D.C. (2009). Development of set-shifting ability from late childhood through early adulthood. *Archives of Clinical Neuropsychology*, *24*, 565-574.

Brooks, B.L., Iverson, G.L., Sherman, E.S.,Holdnack, J.A. & Feldman, H.H. (2009). Healthy children and adolescents obtain some low scores across a battery of memory tests. *Journal of the International Neuropsychological Society*,*15*, 613-617.

Adler, L.A., Spencer, T., Brown, T.E., Holdnack, J., Saylor, K.; Schuch, K., Trzepacz, P.T., Williams, D.W. & Kelsey, D. (2009). Once-Daily Atomoxetine for Adult Attention -Deficit/Hyperactivity Disorder: A 6-Month, Double-Blind Trial. *Journal of Clinical Psychopharmacology*, *29*, 44-50.

Brooks, B. L., Iverson, G., Feldman, H., & Holdnack, J. A. (2009). Minimizing misdiagnosis: Psychometric guidelines for determining possible and probable memory impairment in older adults. *Dementia and Geriatric Cognitive Disorders*, *27*, 439-450.

Bowden, S.C., Gregg, N., Bandalos, D., Davis, M., Coleman, C., Holdnack, J. & Weiss, L. (2008). Latent mean and covariance differences with measurement equivalence in College students with developmental difficulties versus the Wechsler Adult Intelligence Scale–III/Wechsler Memory Scale–III normative sample. *Educational and Psychological Measurement*, *68*, 621-642.

Brooks, B.L., Iverson, G.L.  Holdnack, J.A. & Feldman, H.H. (2008). The Potential for misclassification of mild cognitive impairment: A study of memory scores on the Wechsler Memory Scale-III in healthy older adults. *Journal of the International Neuropsychological Society*, *14*, 463-478.

Bowden, S.C., Weiss, L.G., & Holdnack, J.A., Bardenhagen, F.J., & Cook, M.J. (2008). Equivalence of a measurement model of cognitive abilities in the US standardization and Australian clinical samples. *Assessment*, *15,* 132-144.

James A. Holdnack, Ph.D.
Page: 11

Bowden, S.C, Lissner, D., McCarthy, K.L., Weiss, L.G., & Holdnack, J.A. (2007). Metric and structural equivalence of core cognitive abilities measured with the Wechsler Adult Intelligence Scale-III in the United States and Australia. *Journal of Clinical and Experimental Neuropsychology*, *29*, 768 – 780.

Donnell, A.J., Pliskin, N., Holdnack, J., Axelrod, B., Randolph, C. (2007). Rapidly-Administered Short Forms of the Wechsler Adult Intelligence Scale- 3rd Edition. *Archives of Clinical Neuropsychology*, *22*, 917-924

Delis, D.C., Lansing, A., Houston, W.S., Wetter, S., Han, S.D., Jacobson, M., Holdnack, J., & Kramer, J. (2007). Creativity Lost: The Importance of Testing Higher-Level Executive Functions in School-Age Children and Adolescents. *Journal of Psychoeducational Assessment*, *25*, 29-40.

Hale, J.B., Fiorello, C.A., Kavanaugh, J.A., Holdnack, J.A., Aloe, A.M. (2007). Is the Demise of IQ Interpretation Justified? A Response to Special Issue Authors. *Applied neuropsychology,14*, 37-51.

Fiorello, C.A., Hale, J.B., Holdnack, J.A., Kavanagh, J.A., Terrell, J., & Long, L. (2007). Interpreting intelligence test results for children with disabilities: Is global intelligence relevant? *Applied Neuropsychology*, *14*, 2-12.

Woods, S.P., Delis, D.C., Scott, J.C., Kramer, J.K., & Holdnack, J.A. (2006). The California Verbal Learning Test - second edition: Test-retest reliability, practice effects, and reliable change indices for the standard and alternate forms. *Archives of Clinical Neuropsychology, 21*, 413-420.

Bowden, S.C., Weiss, L.G., Holdnack, J.A., and Lloyd, D. (2006). Age related invariance of abilities measured with the Wechsler Adult Intelligence Scale-III. *Psychological Assessment*, *18(3)*, 334-339.

Kavale, K.A., Holdnack, J.A. & Mostert, M. P. (2005). Responsiveness to intervention and the identification of specific learning disability: A critique and alternative proposal. *Learning Disability Quartely*, *28*, 2-16.

Holdnack, J.A. & Delis, D.C. (2004). Parsing the Recognition Memory Components of the WMS-III Face Memory Subtest: Normative Data and Clinical Findings in Dementia Groups. *Journal of Clinical and Experimental Neuropsychology, 26,* 459-483.

Holdnack, J.A., Lissner, D., Bowden, S.C. & McCarthy, K.A.L. (2004). Utilising the WAIS -III/WMS-III in Clinical Practice: Update of Research and Issues Relevant to Australian Normative Research. *Australian Psychologist, 39,* 220 – 227

Holdnack, J.A., Moberg, P.J., Arnold, S.E., Gur, R.C. & Gur, R.E. (1995). Speed of processing and verbal learning deficits in adults diagnosed with ADD. *Neuropsychiatry, Neuropsychology, Behavioral Neurology*, *8*, 282-292.

James A. Holdnack, Ph.D.
Page: 12

Holdnack, J.A., Moberg, P.J., Arnold, S.E., Gur, R.E. & Gur, R.C. (1994). MMPI characteristics of adults diagnosed with ADD: A preliminary report. *International Journal of Neuroscience*, *79*, 47-58.

Schroeder, D.F., Gaier, E.L. & Holdnack, J.A. (1993). Middle adolescents' views of war and American involvement in the Persian Gulf. *Adolescence*, *28*, 951-964.

Holdnack, J.A. (1992). The long-term effects of parental divorce on family relationships and the effects on adult children's self-concept. *Journal of Divorce and Remarriage*, *18*, 137-155.

## Authored and Edited Books, Invited Papers, and Book Chapters

Weiss, L. G., Saklofske, D. H., Holdnack, J. A., & Prifitera, A. (2019). *WISC-V clinical use and interpretation*. London, United Kingdom: Academic Press.

Holdnack, J.A. (2019). The development, expansion, and future of the WAIS-IV as a cornerstone in comprehensive cognitive assessments In Goldstein, G., Allen, D. N., & DeLuca, J. (Eds.). *Handbook of psychological assessment*. London: Academic Press.

Drozdick, L.W., & Holdnack, J.A. (2017). Wechsler Memory Scale. In A. Wenzel (Ed.), *The SAGE encyclopedia of abnormal and clinical psychology*. Thousand Oaks, CA: SAGE Publications.

Weiss, L.G., Saklofske, D.H., Holdnack, J.A., & Prifitera, A. (2015). *WISC-V clinical use and interpretation: Scientist-practitioner Perspectives*. San Diego, CA: Academic Press.

Holdnack, J.A., Drozdick, L.W., Weiss, L.G., & Iverson, G.L. (2013). *WAIS-IV/WMS -IV/ACS: Advanced clinical interpretation*. San Diego, CA: Academic Press.

Iverson, G.L., Brooks, B.L., & Holdnack, J.A. (2011). Evidence-based neuropsychological assessment following work-related injury, In Bush, S.S, & Iverson, G.L. (Eds.): *Neuropsychological assessment of work-related injuries*. New York: Guildford Press.

Drozdick, L.W., Holdnack, J.A., & Hilsabeck, R. (2011). *Essentials of WMS-IV assessment*. Hoboken, NJ: John Wiley & Sons, Inc.

Weiss, L.G., Chen, H., Harris, J.G., Holdnack, J. A., & Saklofske, D.H. (2010). WAIS-IV use in societal context, In L. G. Weiss, D.H. Saklofske, D. L. Coalson, & Raiford, S. E. (Eds.), *WAIS-IV clinical use and interpretation: Scientist-practitioner perspectives*. San Diego: Academic Press.

Holdnack, J. A., & Drozdick, L. W. (2010). Using WAIS-IV with WMS-IV, In L. G. Weiss, D.H. Saklofske, D. L. Coalson, & Raiford, S. E. (Eds.), *WAIS-IV clinical use and interpretation: Scientist-practitioner perspectives*. San Diego: Academic Press.

Berninger, V.W., O'Donnell, L., & Holdnack, J.A. (2008). Research-supported differential diagnosis of specific learning disabilities and implications for instruction and response to instruction. In Prifitera, A., Saklofske, D. and Weiss, L. (Eds.) *WISC-IV clinical use and  interpretation: Scientist-practioner perspectives-2nd edition*. San Diego, CA: Academic Press, Inc.

Han, S.D., Delis, D.C., & Holdnack, J.A. (2008). Extending the WISC-IV: Executive functioning. In Prifitera, A., Saklofske, D. and Weiss, L. (Eds.) *WISC-IV clinical use and interpretation: Scientist-practioner perspectives-2nd edition*. San Diego, CA: Academic Press, Inc.

Berninger, V.W. & Holdnack, J.A. (2008). Nature-nurture perspectives in diagnosing and treating learning disabilities: Response to questions begging answers that see a forest through the trees. In Fletcher-Janzen, E. and Reynolds, C.R. (Eds.) *Neuropsychological perspectives on learning disabilities in the era of RTI: Recommendations for diagnosis and intervention*. Hoboken, NJ: John Wiley & Sons, Inc.

Iverson, G.L., Brooks, B.L., & Holdnack, J.A. (2008). Misdiagnosis of cognitive impairment in forensic neuropsychology. In R.L. Heilbronner (Ed.), *Neuropsychology in the courtroom: Expert analysis of reports and testimony*. New York: Guildford Press.

Holdnack, J.A. & Weiss, L.G. (2006). IDEA 2004: Anticipated implications for clinical practice: Integrating assessment and intervention. *Psychology in the schools*, *43(8),* 871-882.

Weiss, L.W., Prifitera, A., Saklofske, D.H. & Holdnack, J.A. (2006). *WISC-IV*: *Advanced clinical interpretation*. San Diego: Academic Press, Inc.

Delis, D.C., Kramer, J.H., Kaplan, E., Holdnack, J.A. (2004). Reliability and validity of the Delis -Kaplan Executive Function System: An update. *Journal of the International Neuropsychological Society*, 10(2), 301-303

Drozdick, L., Holdnack, J.A., & Lane, A. (2004). MicroCog assessment of cognitive functioning: Technical report 1 timing study and modifications to program. http://harcourtassessment.com

Holdnack, J.A. (2003). Defining the role of cognitive and intellectual assessment in special education. http://harcourtassessment.com

Ledbetter, M.F. & Holdnack, J.A. (1996). Neurocognitive tests are helpful in differentiating dementia from depression. *Assessment Focus*, *2*, 7-8.

Gur, R.C., Gutierrez, J.M., Holdnack, J.A. & Mahr, R.N. (1996). Neurobehavioral probes as applied in neurophysiologic neuroimaging studies: Methodological considerations.

Chapter in: *Handbook of human brain functioning: Neuroimaging.* Bigler, E. (Ed.).
Plenum Press: NewYork.

## Peer Reviewed Paper, Symposium, and Poster Presetations:

Karr, J.E., Iverson, G.L., Holdnack, J.A. & Garcia-Barrara, M. (2018). The other side of the
bell curve: Multivariate base rates of high scores in executive function assessment.
Presented at the 47th annual meeting of the International Neuropsychological Society,
Washington, DC

Holdnack, J.A. (2017). Application of WISC-V Multivariate Base Rate Data to Children with
Learning Disorders. Presented at the 46th annual meeting of the International
Neuropsychological Society, New Orleans, LA.

Holdnack, J.A. (2017). Does Cognitive Variability Differentiate Children with Clinical Disorders
from Controls. Presented at the 46th annual meeting of the International
Neuropsychological Society, New Orleans, LA.

Holdnack, J.A. Tulsky, D.S., Slotkin, J., Gershon, R., & Heinemann, A.W. (2016). Estimating
premorbid cognitive functioning using the NIH toolbox oral reading test. Presented at the
International Neuropsychological Society, Boston, MA.

Holdnack, J.A. Tulsky, D.S., Iverson, G.L., Brooks, B.L., Slotkin, J., Gershon, R., &
Heinemann, A.W. (2016). Multivariate Base Rates for Interpretation of NIH Toolbox
Cognition Tests: Application to Individuals with TBI and Stroke. Presented at the
International Neuropsychological Society, Boston, MA.

Holdnack, J.A., Cohen, M.L., Tulsky, D.S., Kisala, P.A., & Heinemann, A.W. (2015). Anger
issues in individuals with TBI: Prevalence and cognitive risk factors. Presented at the
American Congress of Rehabilitation Medicine, Dallas, TX.

Miller, J., Holdnack, J., Locke, V. & Weiss, L. (2015). Application of WISC V French Canadian
norms in majority and minority French language environments. Presented at the
American Psychological Association's 123rd Annual Convention, Toronto, ON.

Chelune, G., Holdnack, J., Sheehan, J., Duff, K., Pedraza, O. & Crawford, J. (2012). Base rates
of Reliable Cognitive Decline (RCD) on Wechsler variables in an elderly clinical sample.
Presented at the 32nd annual National Academy of Neuropsychology Conference,
Nashville, TN.

Holdnack, J.A. (2011). Identifying cognitive deficits in adults with ADHD using the
WAIS-IV/WMS-IV. Presented at the 31st National Academy of Neuropsychology
Conference, Marcos Island, FL.

Holdnack, J.A. (2011). Identifying reliable change in serial assessments: Comparing WAIS-III
to WAIS-IV. Presented at the 31st National Academy of Neuropsychology Conference,

Marcos Island, FL.

Holdnack, J.A., (2010). Development of reliable change scores for the WAIS-IV/WMS-IV. Novel Applications of Reliable Change Methodology to Clinical Neuropsychology Research and Practice Symposium. Presented at the 39th annual meeting of the International Neuropsychological Society, Acapulco, MX.

Holdnack, J.A. & Drozdick, L. (2010). Social perception deficits in adolescent and Adult Autism spectrum disorders. Presented at the 39th annual meeting of the International Neuropsychological Society, Acapulco, MX.

Holdnack, J.A. & Drozdick, L. (2010). Social perception deficits after moderate to severe traumatic brain injury. Presented at the 39th annual meeting of the International Neuropsychological Society, Acapulco, MX.

Holdnack, J.A. & Drozdick, L. (2009). Clinical and psychometric properties of the new WMS-IV Design Memory Subtest. Presented at the 38th annual meeting of the International Neuropsychological Society, Atlanta, GA.

Holdnack, J.A. & Drozdick, L. (2009). Clinical and psychometric properties of the new WMS-IV Visual Working Memory Subtests. Presented at the 38th annual meeting of the International Neuropsychological Society. Atlanta, GA

Holdnack, J.A., Kemp, S., Korkman, M. & Drozdick, L. (2008). Development of parent-education adjusted norms for NEPSY-II subtests. Presented at the 36th annual meeting of the International Neuropsychological Society, Waikoloa Village, HI.

Holdnack, J.A., Korkman, M., Kemp, S. & Drozdick, L. (2008). Application of NEPSY-II parent-education adjusted norms in a clinical sample. Presented at the 36th annual meeting of the International Neuropsychological Society, Waikoloa Village, HI.

Tartar, S., Lovejoy, D., Treadwell, K., Holdnack, J., Pier, J., Salamone, J. & Fein, D. (2007). Patterns of verbal list learning in mild traumatic brain injury.  Annual Meeting of the American Academy of Clinical Neuropsychology, Denver, CO.

Brooks, B.L., Iverson, G.L., Holdnack, J.A. & Feldman, H.H. (2007). Psychometric misdiagnosis of amnestic MCI in healthy older adults: Part I. WMS-III Primary and Index Scores. Presented at the 27th Annual National Academy of Neuropsychology Conference, Scottsdale, AR.

Brooks, B.L., Iverson, G.L., Holdnack, J.A. & Feldman, H.H. (2007). Psychometric misdiagnosis of amnestic MCI in healthy older adults: Part II. An abbreviated WMS-III Battery. Presented at the 27th Annual National Academy of Neuropsychology Conference, Scottsdale, AR.

Holdnack, J. (2007). A new method for comparing performance on two cognitive variables:

James A. Holdnack, Ph.D.
Page: 16

WMS-III General Memory Performance controlling for WAIS-III General Ability Index. Presented at the 35th annual meeting of the International Neuropsychological Society, Portland, OR.

Holdnack, J., Delis, D. & Kramer, J.H. (2007). Development of education adjusted norms for D-KEFS Trail-Making, Verbal Fluency, Design Fluency, Color-Word Interference, Sorting and Tower Tests. Presented at the 35th annual meeting of the International Neuropsychological Society, Portland, OR.

Holdnack, J., Delis, D. & Kramer, J.H. (2007). Development of IQ adjusted norms for D-KEFS Trail-Making, Verbal Fluency, Design Fluency, Color-Word Interference, Sorting and Tower Tests. Presented at the 35th annual meeting of the International Neuropsychological Society, Portland, OR.

Echemendia, R.J., & Holdnack, J.A. (2007). The use of Reliable Digit Span with ethnic Minorities. Presented at the 35th annual meeting of the International Neuropsychological Society, Portland, OR.

Holdnack, J., Drozdick, L., Lane, A. & Sichi, M. (2006). Sensitivity of D-KEFS Design and Verbal Fluency measures in pediatric TBI versus ability and demographically matched controls. Presented at the 26th Annual National Academy of Neuropsychology Conference, San Antonio, TX.

Holdnack, J., Drozdick, L., Lane, A. & Sichi, M. (2006). Sensitivity of D-KEFS Sorting, Trail-Making Test and Color-Word Interference measures in pediatric TBI versus ability and demographically matched controls. Presented at the 26th Annual National Academy of Neuropsychology Conference, San Antonio, TX.

Chelune, G., Holdnack, J. & Levy, J. (2006). Education effects and base-rate Information for the Delis-Kaplan Executive Function System (DKEFS) Fluency Measures Poster presented at the 34th annual meeting of the International Neuropsychological Society, Boston, MA.

Donnell, A.J., Holdnack, J., Pliskin, N.H., Axelrod, B., Drodzdick, L. & Randolph, C. (2006). Validity of the WAIS-III Short-Form for elderly clinical samples. Poster presented at the 34th annual meeting of the International Neuropsychological Society, Boston, MA.

Holdnack, J.A., Weiss, L. & Hale, J.B. (2004). Children with reading disorder: The effects of IQ and IQ-achievement discrepancy. 32nd annual meeting of the International Neuropsychological Society, Baltimore, MD.

Han, D.S., Delis, D.C., Holdnack, J.A., Kramer, J.H., & Houston, W.S. (2004). Relationships between IQ and performance on the Delis-Kaplan Executive Function System in children. Journal of the International Neuropsychological Society.

Kavale, K.A., Holdnack, J.A. & Mostert, M.P. (2003). The feasibility of a responsiveness to intervention approach for the identification of specific learning disability: A psychometric alternative. Paper presented at the National Research Center on Learning Disabilities "Responsiveness to Intervention" Symposium, Kansas City, MO.

Bowden, S.C., Lissner, D., McCarthy, K.A.L., Weiss, L. & Holdnack, J.A. (2003). Equivalence of the WAIS-III standardisation data collected in Australia when compared to data collected in the U.S. CCN satellite symposium of the APS Conference, Perth 2003.

Holdnack, J.A. (2003). Response patterns on WMS-III Face Memory differ by age and in clinical Groups. Paper Presented at the 31st Annual meeting of the International Neuropsychological Society, Honolulu, HI.

Holdnack, J.A. (2003). Mild Cognitive impairment and the WMS-III: Identification and implications. Poster Presented at the 31st Annual meeting of the International Neuropsychological Society, Honolulu, HI.

Houston, W., Delis, D. & Holdnack, J. (2003). Variability in performance on measures of executive functioning in healthy adults. Poster Presented at the 31st Annual meeting of the International Neuropsychological Society, Honolulu, HI.

Holdnack, J.A. (1999). The impact of language functioning on CVLT-C performance. Presented at the 19th Annual Meeting of the National Academy of Neuropsychology, San Antonio, TX.

Holdnack, J.A. (1999). Behavioral and cognitive correlates of face processing in children. Presented at the 19th Annual Meeting of the National Academy of Neuropsychology, San Antonio, TX.

Holdnack, J.A., Ledbetter, M.F. & Cohen, M. (1996). Performance of children with ADD on the Children's Memory Scale. Presented at the Annual Convention of the American Psychological Association, Toronto, ON.

Moberg, P.J., Holdnack, J.A., Doty, R.L., Turetsky, B.E., Gur, R.C., Acosta, T. & Gur, R.E. (1995). Relationship of olfaction to emotional processing in schizophrenia. Presented at the 23rd Annual Meeting of the International Neuropsychological Society, Seattle, WA.

Kohler, C., Holdnack, J.A., Petty, R., Sandefur, D., McGrady, N. & Gur, R.E. (1995). Association of depressive and psychotic symptoms in schizophrenia . Presented at the International Congress on Schizophrenia Research.

## Invited Lectures and Continuing Education Presentations

Holdnack, J.A. (2017). Advanced Interpretation of the WISC-V: A Neuropsychological

Approach to Neurodevelopmental Populations. School Neuropsychology Summer Institute. Dallas, TX.

Holdnack, J.A. (2017). Current Status and future trends in neuropsychological test development. Presented for The New York Neuropsychology Group, 2017 Spring Conference, New York, NY.

Holdnack, J.A. (2016). Advanced Interpretation of the WISC-V. Presented for Central Okanagan SD 23

Holdnack, J.A. (2016). Advanced Interpretation of the WISC-V. Presented for Toronto School District.

Holdnack, J.A. (2016). Advanced neuropsychological analysis of the WISC-V: Clinical interpretation strategies and common cognitive profiles in child neurobehavioral populations. Presented for CEU credit at the 23rd Butters-Kaplan West Coast Neuropsychology Conference.

Tulsky, D.G. & Holdnack, J.A. (2015). *Using the NIH Toolbox in rehabilitation populations: Evaluation of individuals with traumatic brain injury, stroke, and spinal cord injury*. Presented for CEU credit at the National Academy of Neuropsychology Conference, Austin, TX.

Raiford, S. & Holdnack, J.A. (2015). *WISC-V and WISC-V Integrated: Practical advances in interpretation of paper and digital versions*. Presented for CEU Credit at the American Psychological Association's 123rd Annual Convention, Toronto, ON.

Holdnack, J., & Miller, J. (2015) *WISC-V: Psychometric properties and clinical applications*. Presented at the 68th Annual Conference of the Ontario Psychological Association, Toronto, ON.

Holdnack, J.A. & Drozdick, L.W. (2014) *WISC-V: What's new and what's coming*. Presented for CEU Credit at the 34th Annual National Academy of Neuropsychology Conference, Farjardo, PR.

Raiford, S. & Holdnack, J.A. (2014). *WISC–V: Clinical, psychometric, and practical advances in traditional and digital versions*. Presented for CEU Credit at the American Psychological Association's 122nd Annual Convention, Washington, D.C.

Millis, S., Holdnack, J., Iverson, G. (2014). *ForensicnNeuropsychological assessment with the WAIS-IV/WMS-IV/ACS*. Presented at the 12th Annual Meeting of the American Academy of Clinical Neuropsychology, New York, NY.

Holdnack, J.A. (2014). *Evaluating cognitive change in pediatric clinical populations: Use and misuse of demographic and ability normative adjustments*. Presented for CEU Credit at the 22nd Butters-Kaplan West Coast Neuropsychology Conference,San Diego, CA.

Holdnack, J.A., Delis, D.C. & Gabel, A. (2013). *Cognitive and behavioral assessment of executive functioning in the school setting*. Presented for CEU credit at the National Association of School Psychologists 2013 Annual Convention, Seattle, WA.

Holdnack, J.A. & Gabel, A. (2013). *A process approach integrating cognitive and achievement testing for intervention.* Presented for CEU credit at the National Association of School Psychologist's 2013 Annual Convention, Seattle, WA.

Holdnack, J.A. & Delis, D.C. (2012). *Development, application, and interpretation of the Delis Rating of Executive Functions in pediatric populations*. Presented for CEU credit at the 32nd Annual National Academy of Neuropsychology Conference, Nashville, TN.

Holdnack J.A. (2012). *Advanced Clinical Applications of the WAIS-IV/WMS-IV/ACS.* Presented for CEU Credit at the American Psychological Association's 120th Annual Convention, Orlando, FL.

Holdnack, J.A. (2012). *The efficacy of Computerized Working Memory Training (CogMed) on cognitive and behavioral functioning in pediatric populations.* Presented for CEU Credit at the 21st Butters-Kaplan West Coast Neuropsychology Conference, San Diego, CA.

Holdnack, J.A. (2011). *The efficacy of Computerized Working Memory Training (CogMed) on cognitive and behavioral functioning in pediatric populations.* Presented for CEU Credit at the American Psychological Association's 119th Annual Convention, Washington, D.C.

Holdnack, J.A. (2010). *Clinical applications of the Advanced Clinical Solutions for WAIS-IV/WMS-IV.* Presented for CEU credit at the 30th annual National Academy of Neuropsychology Conference, Vancouver, BC.

Holdnack, J.A. (2010). *Clinical Applications of the Advanced Clinical Solutions for WAIS-IV/WMS-IV.* Presented for CEU credit at the 118th annual American Psychological Association Conference, San Diego, CA.

Holdnack, J.A. (2010). *Advanced Clinical Solutions for WAIS-IV/WMS-IV: New subtests, demographic adjusted norms, and malingering tests*. Presented for CEU credit at the 20th annual Butters-Kaplan West Coast Neuropsychology Conference, San Diego, CA.

Holdnack, J.A. (2009). *WAIS-IV/WMS-IV and the Advanced Clinical Solutions for WAIS-IV/WMS-IV: Clinical application and interpretation in neurological and psychiatric disorders.* Presented for CEU credit at the National Academy of Neuropsychology 29th Annual Conference, New Orleans, LA.

Holdnack, J.A. (2009). *WAIS-IV/WMS-IV and the Advanced Clinical Solutions for WAIS-IV/WMS-IV: Clinical application and interpretation in Asperger's and Autism.* Presented for CEU credit at the National Academy of Neuropsychology 29th Annual Conference,

James A. Holdnack, Ph.D.
Page: 20

New Orleans, LA.

Holdnack, J.A. (2009). *Clinical applications of the WAIS-IV/WMS-IV/ACS.* Presented at the Pacific Palisades Hotel Vancouver, British Columbia, Canada.

Holdnack, J.A. (2009). *Clinical applications of the WAIS-IV/WMS-IV/ACS.* Presented at the Marriot Hotel Calgary, Alberta. Canada.

Holdnack, J.A. (2009). *Clinical applications of the WAIS-IV/WMS-IV/ACS.* Toronto ON, Canada.

Holdnack, J.A. (2009). *Clinical applications of the WAIS-IV/WMS-IV/ACS.* Presented at the Marriot Hotel Montreal, Quebec, Canada.

Holdnack, J.A. (2009). *Enhancing vocational outcomes for people with traumatic brain injury using the Wechsler Scales*. Presented at the 2009 Vocational Outcomes in Traumatic Brain Injury 3rd Biannual Multidisciplinary International Conference, Vancouver, BC Canada.

Holdnack, J.A. (2009). *NEPSY-II and D-KEFS performance in pediatric populations.* Presented at the 19th Annual Nelson Butters West Coast Neuropsychology Conference. San Diego, CA.

Holdnack, J.A. (2008). *WMS-IV: Structure, psychometric properties and clinical studies of the new edition*. Presented for CEU credit at the National Academy of Neuropsychology 28th Annual Conference, New York, NY.

Holdnack, J.A. & Drozdick, L.W. (2008). *NEPSY-II: Features and clinical utility of the revised edition.* Presented for CEU credit at the American Psychological Association 116th Annual Convention, Boston, MA.

Holdnack, J.A., Coalson, D., Raiford, S. & Drozdick, L.W. (2008). *WAIS-IV/WMS-IV: Psychometric, clinical and advanced features of the new editions*. Presented for CEU credit at the American Psychological Association 116th Annual Convention, Boston, MA.

Holdnack, J.A. (2008). *WAIS-IV and WMS-IV: Psychometric and clinical features of the new editions.*  Presented for CEU credit at the 18th Annual Nelson Butters' West Coast Neuropsychology Conference, San Diego, CA.

Berninger, V.W., O'Donnell, L., Holdnack, J.A. & Gabel, A. (2007) *PAL-II Diagnostic for reading, writing, and math: Assessment-instruction links*. Presented for CEU credit at the American Psychological Association 115th Annual Convention, San Francisco, CA.

Holdnack, J.A. (2007). *NEPSY-II: New features and clinical findings*. Presented for CEU credit

17th Annual Nelson Butters' West Coast Neuropsychology Conference, San Diego, CA.

Holdnack, J. (2006). *WISC-IV Advanced Clinical Interpretation with a focus on WISC-IV Integrated.* Presented for CEU credit at the British Columbia Association of School Psychologists 19th Annual Conference, Vancouver, BC.

Holdnack, J. and Kemp, S. (2006). *What's new with NEPSY-II.* Presented for continuing education credit at the 26th Annual National Academy of Neuropsychology Conference, San Antonio, TX.

Weiss, L., Holdnack, J. and Saklofske, D. (2006). *A "Best Practices in Assessment"workshop: WISC-IV® Advanced Clinical Interpretation.* Presented for CEU credit. University of Calgary, Calgary, Alberta.

James A. Holdnack, Ph.D. (2004). *WISC-IV Integrated: New Process-Oriented Subtests and Measures.* 14th Annual Nelson Butters' West Coast Neuropsychology Conference. San Diego, CA.

Holdnack, J.A., (2004). *The WISC-IV Integrated: An overview.* Presented at The Massachusetts Neuropsychological Society. Spaulding Rehabilitation Hospital, Boston, MA.

Holdnack, J.A. (2003). *Comprehensive assessment of cognitive abilities in school-aged children, parts 1 and 2.* Presented for CEU credits. American Psychological Association Annual Conference, Toronto, ON.

Holdnack, J.A. (2003) Expanding clinical assessment: Understanding executive functioning. Ontario Psychological Association. Toronto, ON.

Holdnack, J.A. (2003*). Application of tests of executive functioning in educational assessment and intervention.* British Columbia School Psychology Association Annual Meeting, Vancouver, BC.

Holdnack, J.A. & Kaplan E. (2003). *Assessment of executive functions in school-aged children.* West Coast Neuropsychology Conference, San Diego, CA.

Holdnack, J.A. (2002). Scoring *and interpreting the DKEFS Sorting, Tower and Fluency Tests.* Presented for continuing education credit at the 22nd Annual National Academy of Neuropsychology Conference, Miami, FL.

Holdnack, J.A. (2002). *Application of the DKEFS in educational assessment and planning,* Presented for CE credit at The National Association of School Psychologists Annual Conference, Chicago, IL.

Holdnack, J.A. & Mensch, A. (2001). *Neurobehavioral profiles and intervention strategies with drug-exposed and developmentally delayed children.* Presented at the Sussex County Association of School Psychologists, Georgetown, DE.

Holdnack, J.A. & Mensch, A. (1999). *Neurobehavioral profiles and intervention strategies with drug-exposed and developmentally delayed children.* Presented at the Early Intervention Summit, Dover, DE.

Holdnack, J.A. (1996). *Assessment of children's memory functioning.* Trinity University Third Annual School Psychology Conference. Southwest Mental Health Center, San Antonio, TX.

## Patents

Delis, D., Holdnack, J.A., & Drozdick, L.W. (submitted). Multi-level executive functioning. Attorney Docket Number: 0382.00.0 US (.00026).

Wahlstrom, D. Breaux, K, Holdnack, J., & Weiss (2019) Diagositc Analyzer for content receiver using wireless execution device. Patent No. US 10,172,022 B1.

Drozdick, L.W., Holdnack, J.A., Sichi, M.S., & Lyon, J.L. (2008). Visual Working Memory Assessment Using Abstract Symbols and Associated Methods. *WIPO Patent No. 2008154356.* Geneva, Switzerland: World Intellectual Property Organization.

Lane, A., Drozdick, L.W., & Holdnack, J.A. (2008) Spatial Memory Assessment and Associated Methods. Pub. No.:   WO/2006/118620   International Application No.: PCT/US2006/001389 Publication Date: 09.11.2006 International Filing Date: 18.01.2006 IPC: G09B 19/00 (2006.01)

Holdnack, J.A.  Inhibitory control assessment and associated methods Patent number: 7303399 Filing date: Sep 23, 2005 Issue date: Dec 4, 2007 Inventor: James A. Holdnack. Assignees: Harcourt Assessment, Inc. Primary Examiner: Kurt Fernstrom Attorneys: Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A. Application number: 11/233,882 U.S. Classification 434/236

## Peer-Reviewer Experience
**Editorial Boards**
- Journal of Psychoeducational Assessment (2016-present)
- Psychological Assessment (2016-present)

**Ad Hoc Research Reviewer**
- Journal of the International Neuropsychological Society
- Assessment
- Journal of Clinical and Experimental Neuropsychology
- The Clinical Neuropsychologist
- Applied Neuropsychology
- Journal of Autism and Developmental Disorders
- Developmental Neuropsychology
- Disability and Rehabilitation

James A. Holdnack, Ph.D.
Page: 23

## Professional Licenses and Certifications

- Licensed Psychologist: Pennsylvania #PS-007897-L (active)
- Licensed Psychologist: Delaware #B1-0000445 (active)