## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated, <br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc. <br> Defendants. | No. 12-md-2323-AB <br><br> MDL No. 2323 <br><br><br> **Hon. Anita B. Brody** <br><br> Nos. 12-cv-04185, <br> 12-cv-00683 |
| THIS DOCUMENT RELATES TO: <br><br> *Holt v. National Football League et al.* <br> *Adams v. National Football League et al.* | |

## <u>ORDER</u>

**AND NOW**, on this **15th day** of **June, 2021**, it is **ORDERED** that the following

Motions to Withdraw as Counsel by Zimmerman Reed LLP are **DENIED** without prejudice[1]:

- Motion for Leave to Withdraw as Counsel for Plaintiffs Robert Moore and Cassandra

---

[1] These motions lack sufficient detail. In each motion, Zimmerman Reed asserts that the "Plaintiffs have informed [Zimmerman Reed] that they no longer want Zimmerman Reed LLP to represent them in this litigation." *E.g.*, Case No. 12-md-2323, ECF No. 11379 ¶ 3. As the Court explained in its August 11, 2020 Order, for motions asserting that the clients

> told the firm they no longer wanted representation, Zimmerman Reed must provide some sort of affidavit, declaration or other proof from the client (or the client's new lawyer) in support of its motion. If it is unable to do so, it must explain why it is unable to do so.

Case No. 12-md-2323, ECF No. 11158, at 1 n.1. Zimmerman Reed has provided neither proof to support its assertion nor any explanation regarding why it is unable to provide such proof.

Moore (Case No. 12-cv-04185, ECF No. 275; Case No. 12-md-2323, ECF No. 11379);

- Motion for Leave to Withdraw as Counsel for Plaintiffs David Howard and Jacqueline Howard (Case No. 12-cv-00683, ECF No. 37; Case No. 12-md-2323, ECF No. 11381);

- Motion for Leave to Withdraw as Counsel for Plaintiffs George W. Adams and Michelle L. Adams (Case No. 12-cv-00683, ECF No. 39; Case No. 12-md-2323, ECF No. 11384).


 *S/Anita B. Brody*
ANITA B. BRODY, J.


Copies via **ECF**                              **Copies mailed _____ to:**