UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al. (Plaintiff Donald Rolle ONLY)<br><br>Court File No. 2:12-cv-2219-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF DONALD ROLLE** |

J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiff's Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Donald Rolle only in this action, and state as follows:

1. Plaintiff's counsel filed the action *Floyd Little, et al. v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Donald Rolle.

2. Plaintiff's counsel filed a short form complaint for Donald Rolle on July 16, 2012.

3. Despite the efforts of the undersigned on Plaintiff's behalf, the NFL Concussion Settlement Claims Administrator informed Zimmerman Reed LLP that Plaintiff retained separate counsel to represent him in this case.

4. Specifically, on November 14, 2019, the Claims Administrator issued an NFL Representation Notification ("Notice") to Zimmerman Reed LLP stating that Plaintiff informed the Claims Administrator that he is represented by a different lawyer, and listing Byron Cuthbert and Associates, LLC as the "New Lawyer Requested by Settlement Class Member" (Exhibit A).

5. The Notice provides "seven days to communicate with the Settlement Class Member and come to a resolution" before the Claims Administrator would "update the Class Member's representation in [its] database to the new lawyer above." Zimmerman Reed LLP attempted to contacted Plaintiff, but he did not respond. More than seven days have passed from the Notice date.

6. Thereafter, on February 18, 2020 attorney Byron Cuthbert filed an Entry of Appearance for Donald Rolle on the Court's docket (Exhibit B – Document 11003).

6. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiff's counsel respectfully requests this Court for leave to withdraw as counsel for Donald Rolle only in Court File No. 2:12-cv-2219-AB.

/ / / / /

/ / / / /

/ / / / /

Dated:  June 22, 2021                                        Respectfully submitted,

                                               ZIMMERMAN REED LLP

                                               _s/ Brian C. Gudmundson_____
                                               J. Gordon Rudd, Jr. (#222082)
                                               Brian C. Gudmundson (#336695)
                                               Michael J. Laird (#0398436)
                                               1100 IDS Center, 80 South 8th Street
                                               Minneapolis, MN  55402
                                               Telephone: (612) 341-0400
                                               Facsimile: (612) 341-0844
                                               Gordon.Rudd@zimmreed.com
                                               Brian.Gudmundson@zimmreed.com
                                               Michael.Laird@zimmreed.com