IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) ) ) | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _____ | ) ) | **Entry of Appearance** |
| This relates to: | ) ) | |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | ) ) ) | |
| **This document relates to:** | ) ) | |
| **Donald Rolle** | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Byron Cuthbert, Attorney at Law, and files this Entry of Appearance on behalf of the PLAINTIFF DONALD ROLLE in the above styled case.

This the 17th day of February, 2020.

                   Respectfully submitted,

                   */s/ Byron Cuthbert*
                   _____

                   Byron Cuthbert
                   For Byron Cuthbert & Associates, LLC
                   admitted in GA
                   1860 Sandy Plains Road
                   Suite 204 Box 301
                   Marietta, GA 30066
                   Phone: 404-403-7855
                   Fax: 1(866) 990-9743

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Entry of Appearance* to be served via the Electronic Case Filing (ECF) System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered CM/ECF involved in the litigation.

DATED: February 17, 2020

/s/ *Byron Cuthbert*

_____
Byron Cuthbert
For Byron Cuthbert & Associates, LLC
admitted in GA
1860 Sandy Plains Road
Suite 204 Box 301
Marietta, GA 30066
Phone: 404-403-7855
Fax: 1(866) 990-9743