UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Floyd Little, et al. v. National Football League, et al. (Plaintiff Donald Rolle ONLY)<br><br>Court File No. 2:12-cv-2219-AB | **O R D E R** |

Pending is Plaintiff's Counsel's Motion to Withdraw as Counsel, filed on June 22, 2021. In the motion, Zimmerman Reed LLP seeks to withdraw as counsel. As justification for the withdrawal, counsel states that Plaintiff has obtained new counsel to represent him further in this action.

BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Donald Rolle in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for Donald Rolle. Zimmerman Reed LLP is directed to send a copy of this Order via any email address they have for Plaintiff, and via U.S. Mail to his last known address.

IT IS SO ORDERED.

Dated:                                        UNITED STATES DISTICT JUDGE

                                              _____
                                              Honorable Anita B. Brody