# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |

THIS DOCUMENT RELATES TO:
ALL ACTIONS; 1:18-CV-0464-AB

A.H., a minor child, by her guardian and parent
SHAYANNA JENKINS HERNANDEZ,

                    Plaintiffs

V.

NATIONAL FOOTBALL LEAGUE; THE
NATIONAL FOOTBALL LEAGUE FOUNDATION:
(individually and as successor in interest to NFL
CHARITIES); NFL PROPERTIES, LLC
(individually and as successor in interest to NFL
PROPERTIES, INC.); RIDDELL, INC., RIDDELL
SPORTS CORP; BRG SPORTS CORP.
f/k/a Easton-Bell Sports, Inc.; BRG SPORTS, LLC:
f/k/a Easton Bell Sports, LLC; BRG SPORTS
HOLDINGS CORP. f/k/a RBG Holdings Corp.,

                    Defendants

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

George J. Leontire, attorney for Plaintiffs, A.H., a minor child, by her guardian and parent Shayanna Jenkins Hernandez, in the above-entitled action, respectfully requests withdrawing as counsel, and states:

Attorney Leontire moves this Honorable Court for permission to withdraw as counsel of record for Plaintiffs as Plaintiffs are being represented in this matter by Attorney Bradford R. Sohn.

WHEREFORE, Attorney George J. Leontire prays that this Motion to Withdraw as Counsel for Plaintiffs, A.H., a minor child, by her guardian and parent Shayanna Jenkins Hernandez, be granted and for all other just and equitable relief.

Respectfully submitted on behalf of Plaintiffs,

/s/ George J. Leontire
George J. Leontire, Esq.
Admitted *Pro Hac Vice*
LEONTIRE & ASSOCIATES, P.C.
PO Box 4328
790 Main Road
Westport, MA  02790
855-223-9080
george@leontirelaw.com

## CERTIFICATE OF SERVICE

I hereby certify this 22nd day of June 2021 that a true copy of the foregoing Motion to Withdraw was served via ECF and electronic mail to all counsel of record.

/s/ George J. Leontire
George J. Leontire, Esq.