UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>Plaintiffs,<br>v.<br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>Nos. 12-cv-02219,<br>       12-cv-00683,<br>       12-cv-04185 |
| THIS DOCUMENT RELATES TO:<br>*Little v. National Football League et al.*<br>*Adams v. National Football League et al.*<br>*Holt v. National Football League et al.* | |

**ORDER**

**AND NOW**, on this **22nd day** of **June, 2021**, it is **ORDERED** that the following Motions to Withdraw as Counsel by Zimmerman Reed LLP are **GRANTED**:

- Motion for Leave to Withdraw as Counsel for Donald Rolle (Case No. 12-cv-02219, ECF No. 220; Case No. 12-md-2323, ECF No. 11407);

- Motion for Leave to Withdraw as Counsel for Plaintiffs George W. Adams and Michelle L. Adams (Case No. 12-cv-00683, ECF No. 43; Case No. 12-md-2323, ECF No. 11408);

- Motion for Leave to Withdraw as Counsel for Plaintiffs David Howard and Jacqueline

  Howard (Case No. 12-cv-00683, ECF No. 44; Case No. 12-md-2323, ECF No. 11409);

- Motion for Leave to Withdraw as Counsel for Plaintiffs Robert Moore and Cassandra Moore (Case No. 12-cv-04185, ECF No. 278; Case No. 12-md-2323, ECF No. 11410).

It is **FURTHER ORDERED** that the following documents attached as exhibits to the above motions are **SEALED** because they contain unredacted confidential Claims Information as defined in the Court's March 22, 2017, Order Regarding Retention, Exchange, and Confidentiality of Claims Information in NFL Concussion Settlement Program (ECF No. 7324):

- Exhibit A to the Motion for Leave to Withdraw as Counsel for Donald Rolle (Case No. 12-cv-02219, ECF No. 220-1; Case No. 12-md-2323, ECF No. 11407-1);

- Exhibit A to the Motion for Leave to Withdraw as Counsel for Plaintiffs George W. Adams and Michelle L. Adams (Case No. 12-cv-00683, ECF No. 43-1; Case No. 12-md-2323, ECF No. 11408-1);

- Exhibit A to the Motion for Leave to Withdraw as Counsel for Plaintiffs David Howard and Jacqueline Howard (Case No. 12-cv-00683, ECF No. 44-1; Case No. 12-md-2323, ECF No. 11409-1);

- Exhibit A to the Motion for Leave to Withdraw as Counsel for Plaintiffs Robert Moore and Cassandra Moore (Case No. 12-cv-04185, ECF No. 278-1; Case No. 12-md-2323, ECF No. 11410-1).

__*S/Anita B. Brody*__  
ANITA B. BRODY, J.

Copies via **ECF**         **Copies mailed** _____ **to:**