UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>　　　　　　　　　Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>No. 18-cv-00464 |
| THIS DOCUMENT RELATES TO:<br>*A.H. v. National Football League et al.* | |

## ORDER

**AND NOW**, on this **24th day** of **June, 2021,** it is **ORDERED** that George J. Leontire's Motion to Withdraw as Counsel for Plaintiffs A.H. and Shayanna Jenkins Hernandez (Case No. 12-md-2323,[1] ECF No. 11414) is **GRANTED**.[2]

　　　　　　　　　　　　　　　　　　　　*S/Anita B. Brody*
　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies via **ECF**　　　　　　　　　　　**Copies mailed** _____ **to:**

---

[1] No corresponding motion was filed on the individual case docket, Case No. 18-cv-00464.

[2] Bradford R. Sohn will continue to represent the plaintiffs. Case No. 12-md-2323, ECF No. 11414, at 2.