# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody, U.S.D.J. |

**DECLARATION OF PETER C. BUCKLEY, ESQUIRE
IN SUPPORT OF THRIVEST'S MOTION TO AMEND RULES GOVERNING
PAYMENT OF CLAIMS INVOLVING THIRD-PARTY FUNDERS**

I, Peter C. Buckley, Esquire, hereby declare as follows:

1. I am a partner at the law firm of Fox Rothschild LLP and counsel to Thrivest Specialty Funding, LLC n/k/a Balanced Bridge Funding, LLC ("Thrivest") in this litigation and the other actions referenced herein.

2. A true and correct copy of the Rules Governing Payment of Claims Involving Third-Party Funders published by the Claims Administrator and effective as of March 19, 2020 is attached as "Exhibit A."

3. A true and correct copy of the Rules Governing Payment of Claims Involving Third-Party Funders published by the Claims Administrator and effective as of February 22, 2018 is attached as "Exhibit B."

4. A true and correct copy of the docket in Thrivest v. White, No. 18-1877 (E.D.Pa.), is attached as "Exhibit C."

5. A true and correct copy of the docket in Thrivest v. Wright, No. 18-4764 (E.D.Pa.), is attached as "Exhibit D."

6. A true and correct copy of Toby Wright's bank records received in response to Thrivest's subpoena is attached as "Exhibit E."

121564722.9

7. A true and correct copy of relevant excerpts from the deposition of Toby Wright in Thrivest v. Wright, et al., No. CV2020-4560 (Ariz. Sup., Maricopa), is attached as "Exhibit F."

8. A true and correct copy of the docket in Balanced Bridge Funding v. Harper, No. 20-6525 (E.D.Pa.), is attached as "Exhibit G."

9. A true and correct copy of the docket in Balanced Bridge Funding, LLC v. Harper et al., No. 21-663 (C.D.Cal.), is attached as "Exhibit H."

10. A true and correct copy of the Final Award of Arbitrator in Balanced Bridge Funding, LLC v. Harper, AAA Case No. 01-20-0019-2914, is attached as "Exhibit I."

11. I declare under penalty of perjury that the forgoing is true and correct.

Executed on June 23, 2021

/s/ Peter C. Buckley
Peter C. Buckley, Esquire

2

121564722.9

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served using the Court's electronic filing system, which will provide notice and a copy to counsel of record.

/s/ Peter C. Buckley
Peter C. Buckley, Esquire
Christopher C. Popper, Esquire
FOX ROTHSCHILD LLP
2000 Market Street—20th Floor
Philadelphia, PA 19103
(215) 299-2854
(215) 299-2150 (facsimile)

*Attorneys for Thrivest Specialty Funding, LLC n/k/a Balanced Bridge Funding, LLC*

June 28, 2021

121564722.9