# EXHIBIT "C"

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:18-cv-01877-AB

| | |
|---|---|
| THRIVEST SPECIALTY FUNDING, v. WHITE<br>Assigned to: HONORABLE ANITA B. BRODY<br>all others Case: 2:18-cv-04764-AB<br>Case in other court:  USCA, 18-03005<br>　　　　　　　　　　USCA, 19-02771<br>　　　　　　　　　　Pennsylvania Western, 2:18-cv-00563<br>Cause: 09:1 U.S. Arbitration Act | Date Filed: 05/04/2018<br>Date Terminated: 08/30/2018<br>Jury Demand: None<br>Nature of Suit: 896 Other Statutes: Arbitration<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **THRIVEST SPECIALTY FUNDING, LLC** | represented by | **JOHN R. GOTASKIE , JR.**<br>FOX ROTHSCHILD LLP<br>BNY MELLON CENTER<br>500 GRANT STREET, SUITE 2500<br>PITTSBURGH, PA 15219<br>(412) 391-1334<br>Fax: (412) 391-6984<br>*TERMINATED: 06/12/2018*<br>*LEAD ATTORNEY*<br><br>**ERIC E. REED**<br>FOX ROTHSCHILD LLP<br>2000 MARKET ST. 20TH FL<br>PHILADELPHIA, PA 19103<br>215-299-2741<br>Fax: 215-299-2150<br>Email: ereed@foxrothschild.com<br>*ATTORNEY TO BE NOTICED*<br><br>**MARK J. FANELLI**<br>FOX ROTHSCHILD LLP<br>2000 MARKET ST 20TH FL<br>PHILADELPHIA, PA 19103-3222<br>215-444-7160<br>Email: mfanelli@foxrothschild.com<br>*ATTORNEY TO BE NOTICED*<br><br>**PETER C. BUCKLEY**<br>FOX ROTHSCHILD, LLP<br>2000 MARKET STREET<br>10TH FLOOR<br>PHILADELPHIA, PA 19103<br>215-299-2854<br>Email: pbuckley@foxrothschild.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| WILLIAM E. WHITE | represented by | **ROBERT C. WOOD**<br>WOOD LAW LTD<br>68 NORTH HIGH ST<br>BUILDING B SUITE 202<br>NEW ALBANY, OH 43054<br>614-252-3146<br>Email: rwood@rwoodlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **SCOTT A. GEORGE**<br>SEEGER WEISS<br>1515 MARKET STREET<br>SUITE 1380<br>PHILADELPHIA, PA 19102<br>215-553-7982<br>Email: sgeorge@seegerweiss.com<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| WILLIAM E. WHITE | represented by | **ROBERT C. WOOD**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **SCOTT A. GEORGE**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| THRIVEST SPECIALTY FUNDING, LLC | represented by | **JOHN R. GOTASKIE , JR.**<br>(See above for address)<br>*TERMINATED: 06/12/2018*<br>*LEAD ATTORNEY* |
| | | **ERIC E. REED**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **MARK J. FANELLI**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **PETER C. BUCKLEY**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2018 | 1 | COMPLAINT against WILLIAM E. WHITE (Filing fee, including Administrative fee, $400, receipt number 0315-4713891), filed by THRIVEST SPECIALTY FUNDING, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Order, # 3 Exhibit) (jv) [Transferred from Pennsylvania Western on 5/4/2018.] (Entered: 05/03/2018) |
| 05/01/2018 |  | *** Case Assigned to Category Number 7 (jv) [Transferred from Pennsylvania Western on 5/4/2018.] (Entered: 05/03/2018) |
| 05/03/2018 | 2 | NOTICE that instant civil action has been designated for placement into the United States District Court's Alternative Dispute Resolution program. Parties are directed to fully complete the required 26(f) report, which includes the stipulation of selecting an ADR process. Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of the notice on all parties. (jg) [Transferred from Pennsylvania Western on 5/4/2018.] (Entered: 05/03/2018) |
| 05/04/2018 | 3 | ORDER indicating that upon consideration of the 1 Complaint filed by THRIVEST SPECIALTY FUNDING, LLC, this matter shall be transferred to the U.S. District Court for the Eastern District of Pennsylvania, forthwith; and the Clerk is to mark CASE CLOSED (details more fully stated in said Order). Signed by Judge Nora Barry Fischer on 5/4/2018. (bdk) [Transferred from Pennsylvania Western on 5/4/2018.] (Entered: 05/04/2018) |
| 05/04/2018 | 4 | Case transferred in from District of Pennsylvania Western; Case Number 2:18-cv-00563. Original file certified copy of transfer order and docket sheet received. (Entered: 05/04/2018) |
| 05/04/2018 | 5 | Request *that the Court enter an order in Thrivest v. White, scheduling a hearing on Thrivests complaint to compel arbitration that will be combined with the May 9, 2018 hearing in the NFL Concussion Class Action* by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 05/04/2018) |
| 05/07/2018 | 6 | ACCEPTANCE OF SERVICE *of Robert C. Wood, Esquire, on behalf of William E. White* Re: accepted summons and complaint for THRIVEST SPECIALTY FUNDING, LLC on 5/1/2018, answer due 5/22/2018. (BUCKLEY, PETER) (Entered: 05/07/2018) |
| 05/08/2018 | 7 | NOTICE of Appearance by PETER C. BUCKLEY on behalf of THRIVEST SPECIALTY FUNDING, LLC (BUCKLEY, PETER) (Entered: 05/08/2018) |
| 05/08/2018 | 8 | NOTICE of Appearance by MARK J. FANELLI on behalf of THRIVEST SPECIALTY FUNDING, LLC (FANELLI, MARK) (Entered: 05/08/2018) |
| 05/08/2018 | 9 | NOTICE of Appearance by ERIC E. REED on behalf of THRIVEST SPECIALTY FUNDING, LLC (REED, ERIC) (Entered: 05/08/2018) |
| 05/08/2018 | 10 | APPLICATION/PETITION *Letter Brief in Support of Petition to Compel Arbitration* by THRIVEST SPECIALTY FUNDING, LLC. (Attachments: # 1 Declaration Joseph Genovesi, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(BUCKLEY, PETER) (Entered: 05/08/2018) |
| 05/24/2018 | 11 | Request *Regarding Administrative Matter* by THRIVEST SPECIALTY FUNDING, LLC. (REED, ERIC) (Entered: 05/24/2018) |
| 06/12/2018 | 12 | NOTICE of Withdrawal of Appearance by JOHN R. GOTASKIE, JR on behalf of THRIVEST SPECIALTY FUNDING, LLC, CERTIFICATE OF SERVICE.(jl, ) (Entered: 06/12/2018) |
| 08/30/2018 | 13 | ORDER - IN ACCORDANCE WITH THE COURT'S MAY 22, 2018 EXPLANATION |

| | | |
|---|---|---|
| | | AND ORDER (NO. 12-md-2323, ECFNO. 10011) REGARDING THRIVEST'S ATTEMPTS TO ARBITRATE THIS MATTER, IT IS ORDERED that THIS CASE IS DISMISSED.. SIGNED BY HONORABLE ANITA B. BRODY ON 8/29/2018. 8/30/2018 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 08/30/2018) |
| 09/07/2018 | 14 | NOTICE OF APPEAL as to 13 Order Dismissing Case, by THRIVEST SPECIALTY FUNDING, LLC. Filing fee $ 505, receipt number 0313-13032911. Copies to Judge, Clerk USCA, Appeals Clerk and Counsel of Record. Certificate of Service. (FANELLI, MARK) Modified on 9/10/2018 (ems). (Entered: 09/07/2018) |
| 09/12/2018 | 15 | NOTICE of Docketing Record on Appeal from USCA re 14 Notice of Appeal (Credit Card Payment), filed by THRIVEST SPECIALTY FUNDING, LLC. USCA Case Number 18-3005 (dmc, ) (Entered: 09/13/2018) |
| 02/08/2019 | 16 | NOTICE of Withdrawal of Appearance by MARK J. FANELLI on behalf of THRIVEST SPECIALTY FUNDING, LLC(FANELLI, MARK) (Entered: 02/08/2019) |
| 05/14/2019 | 17 | Application for Pro Hac Vice *of Robert C. Wood* ( Filing fee $ 40 receipt number 0313-13539965.) filed by WILLIAM E. WHITE.Certificate of Service.(GEORGE, SCOTT) Modified on 5/15/2019 (kp, ). (Entered: 05/14/2019) |
| 05/24/2019 | 18 | ORDER THAT THE APPLICATION OF ROBERT C. WOOD TO APPEAR PRO HAC VICE IS GRANTED; ETC.. SIGNED BY HONORABLE ANITA B. BRODY ON 5/23/19. 5/28/19 ENTERED AND COPIES MAILED AND E-MAILED.(jl, ) (Entered: 05/28/2019) |
| 06/06/2019 | 19 | *Respondent's* ANSWER to 1 Complaint, , COUNTERCLAIM *of Respondent* against THRIVEST SPECIALTY FUNDING, LLC by WILLIAM E. WHITE.(WOOD, ROBERT) (Entered: 06/06/2019) |
| 06/14/2019 | 20 | MOTION to Seal *Emergency Motion to Confirm Arbitration Award* filed by THRIVEST SPECIALTY FUNDING, LLC.Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(BUCKLEY, PETER) (Entered: 06/14/2019) |
| 06/14/2019 | 21 | THRIVEST SPECIALTY FUNDING, LLC. EMERGENCY MOTION TO CONFIRM ARBITRATION AWARD,MEMORANDUM, CERTIFICATE OF SERVICE..(jl, ) (Additional attachment(s) added on 6/14/2019: # 1 Memorandum, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Certificate of Service, # 6 Text of Proposed Order) (fb, ). Modified on 7/2/2019 (jl, ). (Entered: 06/14/2019) |
| 06/17/2019 | 22 | ORDER THAT DEFENDANT MUST FILE RESPONSES TO TRIVEST'S MOTION TO SEAL EMERGENCY MOTION TO CONFIRM ARBITRATION AND THRIVEST'S EMERGENCY MOTION TO CONFIRM ARBITRATION AWARD ON OR BEFORE 6/25/19; ETC.. SIGNED BY HONORABLE ANITA B. BRODY ON 6/17/19. 6/18/19 ENTERED AND E-MAILED.(jl, ) (Entered: 06/18/2019) |
| 06/25/2019 | 23 | RESPONSE in Opposition re 20 MOTION to Seal *Emergency Motion to Confirm Arbitration Award* filed by WILLIAM E. WHITE. (WOOD, ROBERT) (Entered: 06/25/2019) |
| 06/25/2019 | 24 | RESPONSE in Opposition re 21 MOTION to Confirm Arbitration Award *and Application to Vacate Emergency Arbitrator's Award of Interim Relief* filed by WILLIAM E. WHITE. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(WOOD, ROBERT) (Entered: 06/25/2019) |
| 07/01/2019 | 25 | ORDER THAT UPON CONSIDERATION OF THRIVEST'S COMPLAINT TO COMPEL ARBITRATION IS STAYED IN FAVOR OF ARBITRATION. THRIVEST'S MOTION TO CONFIRM THE EMERGENCY ARBITRATOR'S INTERIM AWARD OF EMERGENCY RELIEF IS GRANTED AND WHITE'S APPLICATION TO VACATE |

| | | |
|---|---|---|
| | | THE INTERIM AWARD IS DENIED. THRIVEST'S MOTION TO SEAL MOTION TO CONFIRM ARBITRATION IS DENIED; ETC.. SIGNED BY HONORABLE ANITA B. BRODY ON 7/1/19. 7/2/19 ENTERED AND E-MAILED.(jl, ) (Entered: 07/02/2019) |
| 07/09/2019 | 26 | Emergency MOTION for Contempt filed by THRIVEST SPECIALTY FUNDING, LLC.Memorandum, Certificate of Service.(BUCKLEY, PETER) (Entered: 07/09/2019) |
| 07/23/2019 | 27 | RESPONSE in Opposition re 26 Emergency MOTION for Contempt filed by WILLIAM E. WHITE. (WOOD, ROBERT) (Entered: 07/23/2019) |
| 07/24/2019 | 28 | RESPONSE in Support re 26 Emergency MOTION for Contempt *with Certificate of Service* filed by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 07/24/2019) |
| 07/30/2019 | 29 | NOTICE OF APPEAL as to 25 Order, by WILLIAM E. WHITE. Filing fee $ 505, receipt number 0313-13701152. Copies to Judge, Clerk USCA, Appeals Clerk and Appeal Record due by 8/30/2019. (Attachments: # 1 Exhibit A)(WOOD, ROBERT) (Entered: 07/30/2019) |
| 08/02/2019 | 30 | NOTICE of Docketing Record on Appeal from USCA re 29 Notice of Appeal (Credit Card Payment) filed by WILLIAM E. WHITE. USCA Case Number 19-2771 (dmc, ) (Entered: 08/02/2019) |
| 08/16/2019 | 31 | ORDER that PLAINTIFF THRIVEST SPECIALTY FUNDING, LLC MUST FILE A BRIEF REGARDING WHY ITS EMERGENCY MOTION FOR CONTEMPT (ECF NO. 26) IS PROPERLY BEFORE THE COURT INSTEAD OF BEFORE THE ARBITRATOR ON OR BEFORE AUGUST 30, 2019. DEFENDANT WILLIAM E. WHITE MUST RESPOND TO THRIVEST'S BRIEF ON OR BEFORE SEPTEMBER 13, 2019.. SIGNED BY HONORABLE ANITA B. BRODY ON 8/15/2019. 8/16/2019 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 08/16/2019) |
| 08/21/2019 | 32 | RESPONSE in Support re 26 Emergency MOTION for Contempt *and in Response to the Court's August 16, 2019 Order (DKT. 31)* filed by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 08/21/2019) |
| 08/21/2019 | 33 | Emergency MOTION to Shorten the Deadline for White's Responsive Brief to September 4, 2019 filed by THRIVEST SPECIALTY FUNDING, LLC..(BUCKLEY, PETER) (Entered: 08/21/2019) |
| 08/22/2019 | 34 | ORDER that PLAINTIFF THRIVEST SPECIALTY FUNDING, LLC'S MOTION TO SHORTEN THE DEADLINE (ECF NO. 22) IS GRANTED AS FOLLOWS: DEFENDANT WILLIAM E. WHITE MUST RESPOND TO THRIVEST'S BRIEF (ECF NO. 32) ON OR BEFORE SEPTEMBER 10, 2019.. SIGNED BY HONORABLE ANITA B. BRODY ON 8/22/2019.8/22/2019 ENTERED AND COPIES VIA ECF..(mo, ) Modified on 8/22/2019 (mo, ). (mo, ). (Entered: 08/22/2019) |
| 08/22/2019 | | Set/Reset Deadlines as to RESPONSES DUE BY 9/10/2019. (mo, ) (Entered: 08/22/2019) |
| 09/10/2019 | 35 | RESPONSE to Motion re 26 Emergency MOTION for Contempt , RESPONSE in Opposition filed by WILLIAM E. WHITE. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(WOOD, ROBERT) (Entered: 09/10/2019) |
| 09/11/2019 | 36 | RESPONSE in Support re 26 Emergency MOTION for Contempt *and in Response to the Court's August 16, 2019 Order with Certificate of Service* filed by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 09/11/2019) |
| 09/23/2019 | 37 | RESPONSE in Support re 26 Emergency MOTION for Contempt filed by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 09/23/2019) |
| | | |

| | | |
|---|---|---|
| 09/24/2019 | 38 | ORDER that 1. UPON CONSIDERATION OF THE MOTIONS FILED BY PLAINTIFF (ECF NO. 32, ECF NO. 36) AND DEFENDANT (ECF NO. 35), RESPONDING TO THE COURT'S ORDER ISSUED ON AUGUST 16, 2019 (ECF NO. 31), THE COURT CONCLUDES that PLAINTIFF'S EMERGENCY MOTION FOR CONTEMPT (ECF NO. 26) IS PROPERLY BEFORE THE COURT. 2. A CIVIL CONTEMPT HEARING WILL BE HELD ON OCTOBER 10, 2019, AT 1:00 PM EASTERN STANDARD TIME IN COURTROOM 7-B ON THE 7TH FLOOR OF THE U.S. COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA 19106. DEFENDANT MAY ARRANGE TO APPEAR BY TELEPHONE FOR THE HEARING BY CONTACTING CHAMBERS AT 215-597-3978 PRIOR TO THE DATE OF THE HEARING.. SIGNED BY HONORABLE ANITA B. BRODY ON 9/24/2019. 9/24/2019 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 09/24/2019) |
| 10/10/2019 | 39 | Minute Entry for proceedings held before HONORABLE ANITA B. BRODY Contempt Hearing held on 10/10/2019. (jl, ) (Entered: 10/10/2019) |
| 10/10/2019 | 40 | ORDER that ON OR BEFORE OCTOBER 15, 2019, DEFENDANT WILLIAM WHITE MUST PRODUCE AND SUBMIT TO THE COURT PROOF OF HIS INABILITY TO COMPLY WITH THE COURT'S JULY 1, 2019 ORDER (ECF NO. 25) CONFIRMING THE EMERGENCY ARBITRATOR'S INTERIM AWARD DIRECTING MR. WHITE TO PLACE A PORTION OF DISPUTED FUNDS IN ESCROW.-1(footnote). SIGNED BY HONORABLE ANITA B. BRODY ON 10/10/2019. 10/10/2019 ENTERED AND COPIES VIA ECF AND U.S. MAIL.(mo, ) (Entered: 10/10/2019) |
| 10/11/2019 | 41 | SETTLEMENT CONFERENCE ORDER THAT A SETTLEMENT CONFERENCE WILL BE HELD ON 10/16/19 AT 9:30 A.M.; ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/11/19. 10/11/19 ENTERED AND E-MAILED.(jl, ) (Entered: 10/11/2019) |
| 10/15/2019 | 42 | Response to Order of October 10, 2019 re 40 Order, by WILLIAM E. WHITE. (Attachments: # 1 Exhibit A) (WOOD, ROBERT) (Entered: 10/15/2019) |
| 10/16/2019 | 43 | Response in Opposition re 42 Response *by White to this Court's Order of October 10, 2019* by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 10/16/2019) |
| 10/17/2019 | 44 | EXPLANATION AND ORDER - FOR THE REASONS that FOLLOW, THE COURT HOLD DEFENDANT WILLIAM E. WHITE IN CONTEMPT OF THE COURT'S JULY 1, 2019 ORDER (ECF NO. 25)("ESCROW ORDER") CONFIRMING THE EMERGENCY ARBITRATOR'S INTERIM AWARD DIRECTING WHITE TO ESCROW $1,250,000 PENDING RESOLUTION OF ARBITRATION AND IMPOSES THE CIVIL CONTEMPT SANCTIONS LISTED IN PARAGRAPH 5 BELOW: 5. ACCORDINGLY, THE COURT HOLDS WHITE IN CONTEMPT OF THE COURT'S ESCROW ORDER AND IMPOSES THE FOLLOWING CIVIL CONTEMPT SANCTIONS d. THE COURT MAY IMPOSE FURTHER SANCTIONS IF WHITE PERSISTS IN HIS FAILURE TO EITHER COMPLY WITH THE ESCROW ORDER OR PROVE HIS INABILITY TO COMPLY. ON OCTOBER 31, 2019, AT NO LATER THAN 2:00 P.M. EST, THRIVEST MUST SUBMIT A STATUS REPORT UPDATING THE COURT ON WHITE'S COMPLIANCE.. SIGNED BY HONORABLE ANITA B. BRODY ON 10/17/2019. 10/17/2019 ENTERED AND COPIES VIA ECF AND U.S. MAIL.(mo, ) (Entered: 10/17/2019) |
| 10/21/2019 | 45 | MOTION for Discovery *Conference to Address this Motion to Compel White Failure to Comply with Discovery* filed by THRIVEST SPECIALTY FUNDING, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (BUCKLEY, PETER) (Entered: 10/21/2019) |
| | | |

| | | |
|---|---|---|
| 10/23/2019 | 46 | RESPONSE in Support re 45 MOTION for Discovery *Conference to Address this Motion to Compel White Failure to Comply with Discovery WITH PROPOSED ORDER* filed by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 10/23/2019) |
| 10/24/2019 | 47 | ORDER that ON OR BEFORE OCTOBER 29, 2019, DEFENDANT WILLIAM WHITE MUST FILE A RESPONSE TO THRIVEST'S MOTION TO COMPEL (ECF NO. 45) AND SUBSEQUENT FILING SUPPORTING THAT MOTION. (ECF NO. 46). SIGNED BY HONORABLE ANITA B. BRODY ON 10/24/2019. 10/24/2019 ENTERED AND COPIES VIA ECF AND U.S. MAIL.(mo, ) (Entered: 10/24/2019) |
| 10/25/2019 | 48 | Minute Entry for proceedings held before HONORABLE ANITA B. BRODY Telephone Conference held on 10/23/19 Court Reporter: ESR. (jl, ) (Entered: 10/25/2019) |
| 10/29/2019 | 49 | RESPONSE to Motion re 45 MOTION for Discovery *Conference to Address this Motion to Compel White Failure to Comply with Discovery* filed by WILLIAM E. WHITE. (WOOD, ROBERT) (Entered: 10/29/2019) |
| 10/30/2019 | 50 | ORDER of USCA THAT THE JUDGMENT OF THE DISTRICT COURT ENTERED 7/1/19 BE AND THE SAME HEREBY IS AFFIRMED; ETC. (jl, ) (Entered: 10/30/2019) |
| 10/30/2019 | 51 | MOTION to Quash *Subpoenas* filed by WILLIAM E. WHITE.Certificate of Service. (Attachments: # 1 Exhibit A)(WOOD, ROBERT) (Entered: 10/30/2019) |
| 10/31/2019 | 52 | STATUS REPORT *in Accordance with Court's October 17, 2019 Order* by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 10/31/2019) |
| 10/31/2019 | 53 | ORDER as follows: 1. ON OR BEFORE TUESDAY, NOVEMBER 5, 2019, WILLIAM E. WHITE MUST PROVIDE FULL AND COMPLETE RESPONSES TO THRIVEST'S INTERROGATORIES IN AID OF ENFORCEMENT AND REQUEST FOR PRODUCTION OF DOCUMENTS. IN PARTICULAR, MR. WHITE MUST PRODUCE A FULL ACCOUNTING OF THE PROCEEDS OF HIS AWARD IN THE NFL CONCUSSION CLASS ACTION, INCLUDING THE CURRENT LOCATION AND ANY DISPOSITION THEREOF. THIS DISCOVERY IS RELEVANT TO THE COURT'S CONTEMPT ORDER (ECF NO.44) AND MR. WHITE'S CLAIMED INABILITY TO ESCROW THE DISPUTED FUNDS AS DESCRIBED IN THE CONTEMPT ORDER.-1(footnote) 2. MR. WHITE'S MOTION TO QUASH SUBPOENAS (ECF NO. 51) IS DENIED.. SIGNED BY HONORABLE ANITA B. BRODY ON 10/31/2019.10/31/2019 ENTERED AND COPIES VIA ECF.(mo, ) Modified on 10/31/2019 (mo, ). (Entered: 10/31/2019) |
| 11/06/2019 | 54 | Emergency MOTION to Enforce *the Court's October 31, 2019 Order (ECF No. 53) and for Further Contempt Sanctions Pursuant to the Court's Order of Contempt (ECF No. 44)* filed by THRIVEST SPECIALTY FUNDING, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(BUCKLEY, PETER) (Entered: 11/06/2019) |
| 11/08/2019 | 55 | RESPONSE in Support re 54 Emergency MOTION to Enforce *the Court's October 31, 2019 Order (ECF No. 53) and for Further Contempt Sanctions Pursuant to the Court's Order of Contempt (ECF No. 44)* filed by THRIVEST SPECIALTY FUNDING, LLC. (Attachments: # 1 Text of Proposed Order)(BUCKLEY, PETER) (Entered: 11/08/2019) |
| 11/08/2019 | 56 | ORDER that THRIVEST'S NOVEMBER 6, 2019 MOTION (ECF NO. 54) IS GRANTED IN PART AND DENIED IN PART AS FOLLOWS: 3. ON OR BEFORE WEDNESDAY, NOVEMBER 13, 2019, NO LATER THAN 5:00 PM EST. MR. WHITE MUST PROVIDE FULL, COMPLETED AND VERIFIED RESPONSES TO THRIVEST'S INTERROGATORIES IN AID OF ENFORCEMENT, AS WELL AS THRIVEST'S REQUESTS FOR PRODUCTION OF DOCUMENTS. THOS RESPONSES MUST INCLUDE THE FOLLOWING:.... SIGNED BY HONORABLE GERALD A. MCHUGH AS EMERGENCY JUDGE FOR THE HONORABLE ANITA B. BRODY ON |

| | | |
|---|---|---|
| | | 11/8/2019.11/8/2019 ENTERED AND COPIES VIA ECF.(mo, ) Modified on 11/8/2019 (mo, ). (Entered: 11/08/2019) |
| 11/14/2019 | 57 | MOTION to Approve Stipulation to Confirm Arbitration Award, to Lift Sanctions in October 17, 2019 Order of Contempt (Dkt. 44), and of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) *(UNOPPOSED)* filed by THRIVEST SPECIALTY FUNDING, LLC..(BUCKLEY, PETER) (Entered: 11/14/2019) |
| 11/18/2019 | 58 | ORDER THAT PLAINTIFF THRIVEST'S UNCONTESTED MOTION TO APPROVE STIPULATION TO CONFIRM ARBITRATION AWARD AND LIFT SANCTIONS IS RESOLVED; ETC.. SIGNED BY HONORABLE ANITA B. BRODY ON 11/18/19.11/19/19 ENTERED AND E-MAILED.(jl, ) (Entered: 11/19/2019) |
| 11/22/2019 | 59 | Minute Entry for proceedings held before HONORABLE ANITA B. BRODY Telephone Conference held on 11/8/19 Court Reporter: ESR. (jl, ) (Entered: 11/22/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/25/2021 12:48:49 | | | |
| **PACER Login:** | fr000009:2550901:0 | **Client Code:** | 027275.00001.search |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-01877-AB |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |