# EXHIBIT "D"

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:18-cv-04764-AB

| | |
|---|---|
| THRIVEST SPECIALTY FUNDING, LLC v. WRIGHT<br>Assigned to: HONORABLE ANITA B. BRODY<br>all others Case: 2:18-cv-01877-AB<br>Cause: 09:0007 Petition to Enforce Arbitration Subpoena | Date Filed: 11/02/2018<br>Jury Demand: None<br>Nature of Suit: 896 Other Statutes: Arbitration<br>Jurisdiction: Diversity |

**Petitioner**

| | | |
|---|---|---|
| **THRIVEST SPECIALTY FUNDING, LLC** | represented by | **ERIC E. REED**<br>FOX ROTHSCHILD LLP<br>2000 MARKET ST. 20TH FL<br>PHILADELPHIA, PA 19103<br>215-299-2741<br>Fax: 215-299-2150<br>Email: ereed@foxrothschild.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **PETER C. BUCKLEY**<br>FOX ROTHSCHILD, LLP<br>2000 MARKET STREET<br>10TH FLOOR<br>PHILADELPHIA, PA 19103<br>215-299-2854<br>Email: pbuckley@foxrothschild.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **MARK J. FANELLI**<br>FOX ROTHSCHILD LLP<br>2000 MARKET ST 20TH FL<br>PHILADELPHIA, PA 19103-3222<br>215-444-7160<br>Email: mfanelli@foxrothschild.com<br>*TERMINATED: 02/08/2019* |

V.

**Respondent**

| | | |
|---|---|---|
| **TOBY L. WRIGHT** | represented by | **RONALD J. ELLETT**<br>ELLETT LAW OFFICES PC<br>2999 NORTH 44TH ST SUITE 330<br>PHOENIX, AZ 85018<br>602-235-9510<br>Email: rjellett@ellettlaw.com<br>*TERMINATED: 09/20/2019* |

|  |  |  |
|---|---|---|
|  |  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**BRADFORD ROTHWELL SOHN**<br>THE BRAD SOHN LAW FIRM PLLC<br>1172 S DIXIE HWY # 268<br>CORAL GABLES, FL 33146-2918<br>310-866-0001<br>Email: Brad@sohn.com<br>*ATTORNEY TO BE NOTICED*<br><br>**CASEY GREEN**<br>SIDKOFF, PINCUS & GREEN, P.C.<br>1101 MARKET STREET<br>2700 ARAMARK TOWER<br>PHILADELPHIA, PA 19107<br>215-574-0600<br>Email: cg@sidkoffpincusgreen.com<br>*TERMINATED: 09/20/2019*<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant**<br>**TOBY L. WRIGHT** | represented by | **RONALD J. ELLETT**<br>(See above for address)<br>*TERMINATED: 09/20/2019*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**CASEY GREEN**<br>(See above for address)<br>*TERMINATED: 09/20/2019*<br>*ATTORNEY TO BE NOTICED* |
| V. |  |  |
| **Counter Defendant**<br>**THRIVEST SPECIALTY FUNDING, LLC** | represented by | **ERIC E. REED**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**PETER C. BUCKLEY**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**MARK J. FANELLI**<br>(See above for address)<br>*TERMINATED: 02/08/2019* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2018 | 1 | PETITION TO COMPEL ARBITRATION, by THRIVEST SPECIALTY FUNDING, |

| | | |
|---|---|---|
| | | LLC. (Attachments: # 1 Text of Proposed Order, # 2 Civil Cover Sheet, # 3 Designation Form, # 4 Case Management Track Form, # 5 Redacted, Thrivest Non-Recourse Agreement with White, # 6 Wright, Averment Statement)(va, ) (Entered: 11/06/2018) |
| 11/02/2018 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by THRIVEST SPECIALTY FUNDING, LLC.(va, ) (Entered: 11/06/2018) |
| 11/07/2018 | 3 | NOTICE of Appearance by ERIC E. REED on behalf of THRIVEST SPECIALTY FUNDING, LLC (REED, ERIC) (Entered: 11/07/2018) |
| 11/07/2018 | 4 | NOTICE of Appearance by MARK J. FANELLI on behalf of THRIVEST SPECIALTY FUNDING, LLC (FANELLI, MARK) (Entered: 11/07/2018) |
| 11/07/2018 | 5 | Praecipe to Issue Writ of Summons for service on Defendant, Toby L. Wright by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) Modified on 11/8/2018 (lisad, ). (Entered: 11/07/2018) |
| 11/07/2018 | | Summons Issued as to TOBY L. WRIGHT. One Original Forwarded To: Counsel on 11/8/18 (ti, ) (Entered: 11/08/2018) |
| 02/08/2019 | 6 | ACCEPTANCE OF SERVICE *of Summons and Petition to Compel Arbitration on behalf of Toby L. Wright* by Ronald J. Ellett (BUCKLEY, PETER) (Entered: 02/08/2019) |
| 02/08/2019 | 7 | NOTICE of Withdrawal of Appearance by MARK J. FANELLI on behalf of THRIVEST SPECIALTY FUNDING, LLC(FANELLI, MARK) (Entered: 02/08/2019) |
| 02/25/2019 | 8 | APPLICATION for Admission Pro Hac Vice of Ronald J. Ellett, Esquire by TOBY L. WRIGHT. ( Filing fee $ 40 receipt number 0313-13371588.). (GREEN, CASEY) (Entered: 02/25/2019) |
| 02/27/2019 | 9 | MOTION for More Definite Statement filed by TOBY L. WRIGHT.Brief, Certificate of Service. (Attachments: # 1 Brief, # 2 Text of Proposed Order)(GREEN, CASEY) (Entered: 02/27/2019) |
| 02/28/2019 | 10 | ORDER that THE APPLICATION OF RONALD J. ELLETT, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b) IS GRANTED.. SIGNED BY HONORABLE ANITA B. BRODY ON 2/28/2019. 2/28/2019 ENTERED AND COPIES VIA ECF AND U.S. MAIL.(mo, ) Modified on 2/28/2019 (mo, ). (Entered: 02/28/2019) |
| 03/14/2019 | 11 | AMENDED PETITION TO COMPEL ARBITRATION by THRIVEST SPECIALTY FUNDING, LLC. CERTIFICATE OF SERVICE. (Attachments: # 1 Exhibit A) (BUCKLEY, PETER) Modified on 3/15/2019 (kp, ). (Entered: 03/14/2019) |
| 03/28/2019 | 12 | ANSWER to Complaint *Amended Petition to Compel Arbitration (ECF Doc. 11)*, COUNTERCLAIM against THRIVEST SPECIALTY FUNDING, LLC by TOBY L. WRIGHT. (Attachments: # 1 Exhibit)(GREEN, CASEY) (Entered: 03/28/2019) |
| 04/18/2019 | 13 | MOTION to Dismiss for Lack of Jurisdiction *Counterclaim* filed by THRIVEST SPECIALTY FUNDING, LLC.Memorandum and Certificate of Service. (Attachments: # 1 Text of Proposed Order)(BUCKLEY, PETER) (Entered: 04/18/2019) |
| 05/02/2019 | 14 | RESPONSE in Opposition re 13 MOTION to Dismiss for Lack of Jurisdiction *Counterclaim* filed by TOBY L. WRIGHT. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(GREEN, CASEY) (Entered: 05/02/2019) |
| 05/13/2019 | 15 | REPLY to Response to Motion re 13 MOTION to Dismiss for Lack of Jurisdiction *Counterclaim* filed by THRIVEST SPECIALTY FUNDING, LLC. (REED, ERIC) (Entered: 05/13/2019) |

| | | |
|---|---|---|
| 05/23/2019 | 16 | MOTION for Summary Judgment *on Counterclaim* filed by TOBY L. WRIGHT.Brief, Statement of Facts, Certificate of Service. (Attachments: # 1 Brief, # 2 Supplement Statement of Undisputed Facts, # 3 Text of Proposed Order, # 4 Exhibit A, # 5 Exhibit B)(GREEN, CASEY) (Entered: 05/23/2019) |
| 05/23/2019 | 17 | MOTION for Preliminary Injunction filed by TOBY L. WRIGHT.Brief, Certificate of Service. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(GREEN, CASEY) (Entered: 05/23/2019) |
| 05/28/2019 | 18 | MOTION for Temporary Restraining Order filed by TOBY L. WRIGHT.Brief, Certificate of Service. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C)(GREEN, CASEY) (Entered: 05/28/2019) |
| 05/30/2019 | 19 | NOTICE THAT THE COURT WILL HOLD ORAL ARGUMENT REGARDING TOBY WRIGHT'S MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 18 ) AND THRIVEST SPECIALTY FUNDING, LLC'S PETITION TO COMPEL ARBITRATION (ECF NO. 1 ) ON 6/3/2019 AT 4:00 PM. SIGNED BY HONORABLE ANITA B. BRODY ON 05/30/2019. 05/30/2019 ENTERED AND COPIES E-MAILED. (nd, ) (Entered: 05/30/2019) |
| 05/31/2019 | 20 | NOTICE of Hearing: THE ORAL ARGUMENT HEARING REGARDING TOBY WRIGHT'S MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 18) AND THRIVEST SPECIALTY FUNDING, LLC'S PETITION TO COMPEL ARBITRATION (ECF NO.1) WILL NOW BE HELD ON MONDAY, JUNE 3 AT 2:00 P.M. SET FOR 6/3/2019 02:00 PM IN COURTROOM BEFORE HONORABLE ANITA B. BRODY.(js, ) (Entered: 05/31/2019) |
| 06/03/2019 | 21 | Minute Entry for proceedings held before HONORABLE ANITA B. BRODY Oral Arguments hearing was held on 6/3/19. Court Reporter: ESR. (jaa, ) (Entered: 06/04/2019) |
| 06/05/2019 | 22 | ORDER THAT THE AMENDED PETITION TO COMPEL ARBITRATION AND THE MOTION TO COMPEL ARBITRATION OF THE COUNTERCLAIMS ARE GRANTED. THIS ACTION IS STAYED IN FAVOR OF ARBITRATION. THE FOLLOWING MOTIONS ARE DENIED AS MOOT: MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12 (E) (ECF NO.9); MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM (ECF NO.16); MOTION FOR PRELIMINARY INJUNCTION STAYING ARBITRATION; RESPONDENT'S MOTION FOR TEMPORARY RESTRAINING ORDER STAYING ARBITRATION (ECF NO.18); ETC.. SIGNED BY HONORABLE ANITA B. BRODY ON 6/5/19. 6/6/19 ENTERED AND E-MAILED, COPY TO ARB CLERK.(jl, ) (Entered: 06/06/2019) |
| 06/07/2019 | 23 | ORDER THAT THE CLERK OF COURT MARK THIS ACTION CLOSED FOR STATISTICAL PURPOSES AND PLACE THE MATTER IN THE CIVIL SUSPENSE FILE.. SIGNED BY HONORABLE ANITA B. BRODY ON 6/6/19. 6/7/19 ENTERED AND E-MAILED.(jl, ) (Entered: 06/07/2019) |
| 06/07/2019 | 24 | Minute Entry for proceedings held before HONORABLE ANITA B. BRODY Telephone Conference held on 5/28/19 Court Reporter: ESR. (jaa, ) (Entered: 06/07/2019) |
| 07/03/2019 | 25 | Emergency MOTION to Confirm Arbitration Award filed by THRIVEST SPECIALTY FUNDING, LLC.Memorandum of Law and Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B)(BUCKLEY, PETER) (Entered: 07/03/2019) |
| 07/03/2019 | 26 | ORDER THAT DEFENDANT MUST FILE A RESPONSE TO THRIVESTS |

| | | |
|---|---|---|
| | | EMERGENCY MOTION TO CONFIRM ARBITRATION AWARD (ECF NO. 25 ) ON OR BEFORE JULY 12, 2019. SIGNED BY HONORABLE ANITA B. BRODY ON 7/3/19. 7/5/19 ENTERED AND COPIES E-MAILED. (va, ) (Entered: 07/05/2019) |
| 07/08/2019 | 27 | ORDER - UPON CONSIDERATION OF THE ATTACHED EMAIL FROM DEFENDANT'S COUNSEL, IT IS ORDERED that DEFENDANT'S TIME TO RESPOND TO THRIVEST'S EMERGENCY MOTION TO CONFIRM ARBITRATION AWARD (ECF NO. 25) IS EXTENDED. DEFENDANT MUST FILE A RESPONSE TO THRIVEST'S EMERGENCY MOTION TO CONFIRM ARBITRATION AWARD (ECF NO. 25) ON OR BEFORE JULY 19, 2019.. SIGNED BY HONORABLE ANITA B. BRODY ON 7/8/2019. 7/8/2019 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 07/08/2019) |
| 07/08/2019 | | Set/Reset Deadlines as to 25 Emergency MOTION to Confirm Arbitration Award . RESPONSES DUE BY 7/19/2019. (mo, ) (Entered: 07/08/2019) |
| 07/16/2019 | 28 | MOTION to Seal Document filed by TOBY L. WRIGHT.Brief, Certificate of Service. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Exhibit A)(GREEN, CASEY) (Entered: 07/16/2019) |
| 07/16/2019 | 29 | ORDER that RESPONDENT'S MOTION FOR LEAVE TO FILE UNDER SEAL (ECF NO. 28) IS GRANTED. WHEN FILING HIS RESPONSE TO PLAINTIFF'S MOTION TO CONFIRM ARBITRATION AWARD, RESPONDENT MAY FILE AN EXHIBIT CONSISTING OF RESPONDENT'S MEDICAL RECORDS UNDER SEAL.. SIGNED BY HONORABLE ANITA B. BRODY ON 7/16/2019.7/16/2019 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 07/16/2019) |
| 07/19/2019 | 30 | RESPONSE in Opposition re 25 Emergency MOTION to Confirm Arbitration Award *(Exhibit B filed under Seal)* filed by TOBY L. WRIGHT. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(GREEN, CASEY) (Entered: 07/19/2019) |
| 07/19/2019 | 31 | EXHIBIT B to Respondent's Response in Opposition to Plaintiff's Motion to Confirm Arbitration Award. (FILED UNDER SEAL) (fdc) (nd, ). (Entered: 07/22/2019) |
| 07/23/2019 | 32 | RESPONSE in Support re 25 Emergency MOTION to Confirm Arbitration Award *with Certificate of Service* filed by THRIVEST SPECIALTY FUNDING, LLC. (Attachments: # 1 Exhibit A)(BUCKLEY, PETER) (Entered: 07/23/2019) |
| 08/12/2019 | 33 | ORDER that THRIVEST'S MOTION TO CONFIRM THE EMERGENCY ARBITRATOR'S INTERIM AWARD OF EMERGENCY RELIEF (ECF NO. 25) IS GRANTED AND WHITE'S APPLICATION TO VACATE THE INTERIM AWARD (ECF NO. 30) IS DENIED.-1(footnote). SIGNED BY HONORABLE ANITA B. BRODY ON 8/12/2019.8/12/2019 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 08/12/2019) |
| 08/12/2019 | 34 | ORDER that THIS COURT'S ORDER GRANTING THRIVEST'S MOTION TO CONFIRM THE EMERGENCY ARBITRATOR'S INTERIM AWARD OF EMERGENCY RELIEF (ECF NO. 33) IS VACATED. A CORRECTED ORDER WILL FOLLOW.. SIGNED BY HONORABLE ANITA B. BRODY ON 8/12/2019. 8/12/2019 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 08/12/2019) |
| 08/12/2019 | 35 | AMENDED ORDER that THRIVEST'S MOTION TO CONFIRM THE EMERGENCY ARBITRATOR'S INTERIM AWARD OF EMERGENCY RELIEF (ECF NO. 25) IS GRANTED AND WRIGHT'S APPLICATION TO VACATE THE INTERIM AWARD (ECF NO. 30) IS DENIED.-1(footnote) SIGNED BY HONORABLE ANITA B. |

| | | |
|---|---|---|
| | | BRODY ON 8/12/2019. 8/12/2019 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 08/12/2019) |
| 08/15/2019 | 36 | Emergency MOTION for Contempt filed by THRIVEST SPECIALTY FUNDING, LLC.Memorandum and Certificate of Service. (Attachments: # 1 Text of Proposed Order)(BUCKLEY, PETER) (Entered: 08/15/2019) |
| 08/16/2019 | 37 | ORDER that PETITIONER THRIVEST SPECIALTY FUNDING, LLC MUST FILE A BRIEF REGARDING WHY ITS EMERGENCY MOTION FOR CONTEMPT (ECF NO. 36) IS PROPERLY BEFORE THE COURT INSTEAD OF BEFORE THE ARBITRATOR ON OR BEFORE AUGUST 30, 2019. RESPONDENT OBY L. WRIGHT MUST RESPOND TO THRIVEST'S BRIEF ON OR BEFORE SEPTEMBER 13, 2019.. SIGNED BY HONORABLE ANITA B. BRODY ON 8/15/2019. 8/16/2019 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 08/16/2019) |
| 08/21/2019 | 38 | RESPONSE in Support re 36 Emergency MOTION for Contempt *and in Response to the Court's August 16, 2019 Order (DKT. 37)* filed by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 08/21/2019) |
| 08/21/2019 | 39 | Emergency MOTION to Shorten the Deadline for Wright's Responsive Brief to September 4, 2019 filed by THRIVEST SPECIALTY FUNDING, LLC..(BUCKLEY, PETER) (Entered: 08/21/2019) |
| 08/22/2019 | 40 | ORDER that PLAINTIFF THRIVEST SPECIALTY FUNDING, LLC'S MOTION TO SHORTEN THE DEADLINE (ECF NO. 39) IS GRANTED AS FOLLOWS: DEFENDANT TOBY L. WRIGHT MUST RESPOND TO THRIVEST'S BRIEF (ECF NO. 38) ON OR BEFORE SEPTEMBER 10, 2019.. SIGNED BY HONORABLE ANITA B. BRODY ON 8/22/2019.8/22/2019 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 08/22/2019) |
| 08/22/2019 | 41 | ORDER that THE CLERK'S OFFICE SHALL REMOVE THE ABOVE CAPTIONED CASE FROM CIVIL SUSPENSE AND RESTORE THIS ACTION TO THE TRIAL DOCKET SO THAT IT MAY PROCEED TO FINAL DISPOSITION.. SIGNED BY HONORABLE ANITA B. BRODY ON 8/22/2019. 8/22/2019 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 08/22/2019) |
| 09/10/2019 | 42 | RESPONSE to Motion re 36 Emergency MOTION for Contempt filed by TOBY L. WRIGHT. (GREEN, CASEY) (Entered: 09/10/2019) |
| 09/17/2019 | 43 | RESPONSE in Support re 36 Emergency MOTION for Contempt filed by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 09/17/2019) |
| 09/17/2019 | 44 | NOTICE - ON WEDNESDAY, SEPTEMBER 18, 2019, AT 10:00 A.M., THE COURT WILL HOLD A TELECONFERENCE WITH COUNSEL FOR PETITIONER AND DEFENDANT REGARDING PETITIONER'S AUGUST 15, 2019 EMERGENCY MOTION FOR CONTEMPT. ECF NO. 36. CHAMBERS WILL INITIATE THE CALL.SIGNED BY HONORABLE ANITA B. BRODY ON 9/17/2019.9/17/2019 ENTERED AND COPIES VIA ECF.(mo, ) (Entered: 09/17/2019) |
| 09/17/2019 | 45 | MOTION to Withdraw as Attorney filed by TOBY L. WRIGHT.Brief, Certificate of Service. (Attachments: # 1 Brief, # 2 Text of Proposed Order)(GREEN, CASEY) (Entered: 09/17/2019) |
| 09/18/2019 | 46 | Minute Entry, re: Telephone Conference for proceedings held before HONORABLE ANITA B. BRODY on 9/18/19. Court Reporter: ESR. (kw, ) (Entered: 09/19/2019) |
| 09/19/2019 | 47 | ORDERED THAT THE AUDIO RECORDING, TRANSCRIPT AND MINUTE SHEET FOR THE PROCEEDINGS HELD ON 09-18-2019 AT 2:28 P.M. ARE PLACED |

| | | |
|---|---|---|
| | | UNDER SEAL. SIGNED BY HONORABLE ANITA B. BRODY ON 9/18/19. 9/19/19 ENTERED AND COPIES E-MAILED TO COUNSEL.(jaa, ) (Entered: 09/19/2019) |
| 09/19/2019 | 48 | Minute Entry for proceedings held before HONORABLE ANITA B. BRODY Telephone Conference held on 9/18/19 Court Reporter: ESR. *FILED UNDER SEAL. (jaa, ) (lisad, ). (Entered: 09/19/2019) |
| 09/19/2019 | 49 | ORDERED THAT THE AUDIO RECORDING, TRANSCRIPT AND MINUTE SHEET FOR THE PROCEEDINGS HELD ON 09-18-2019 AT 2:04 P.M. ARE PLACED UNDER SEAL. SIGNED BY HONORABLE ANITA B. BRODY ON 9/18/19. 9/19/19 ENTERED AND COPIES E-MAILED TO COUNSEL.(jaa, ) (Entered: 09/19/2019) |
| 09/19/2019 | 50 | Minute Entry for proceedings held before HONORABLE ANITA B. BRODY Telephone Conference held on 9/18/19 Court Reporter: ESR. *FILED UNDER SEAL. (jaa, ) (lisad, ). (Entered: 09/19/2019) |
| 09/20/2019 | 51 | ORDER THAT THRIVEFEST SPECIALTY FUNDING, LLC'S REQUEST FOR A COPY OF THE TRANSCRIPT OF THE CONFERENCE HELD AT 2:28 PM ON 9/18/19 (THE "TRANSCRIPT"), WHICH THE COURT PLACED UNDER SEAL, IS GRANTED. THE COURT'S TRANSCRIPT COORDINATOR SHALL PROVIDE A COPY OF THE TRANSCRIPT TO THRIVEFEST'S COUNSEL WITH APPROPRIATE NOTATION THAT THE TRANSCRIPT REMAINS UNDER SEAL. SIGNED BY HONORABLE ANITA B. BRODY ON 9/20/19. 9/20/19 ENTERED & E-MAILED. COPY FORWARDED TO TRANSCRIPT COORDINATOR.(fdc) (Entered: 09/20/2019) |
| 09/20/2019 | 52 | ORDER that THE MOTION FOR WITHDRAWAL OF RESPONDENT'S COUNSEL (ECF NO. 45) IS GRANTED. IT IS FURTHER ORDERED that CASEY GREEN, SIDKOFF, PINCUS & GREEN, P.C., RONALD J. ELLETT, ESQ. AND ELLETT LAW OFFICE MAY WITHDRAW AS COUNSEL OF RECORD FOR TOBY L. WRIGHT.. SIGNED BY HONORABLE ANITA B. BRODY ON 9/20/2019.9/20/2019 ENTERED AND COPIES VIA ECF AND U.S. MAIL AND EMAIL.(mo, ) Modified on 9/23/2019 (mo, ). (Entered: 09/20/2019) |
| 09/23/2019 | 53 | RESPONSE in Support re 36 Emergency MOTION for Contempt filed by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 09/23/2019) |
| 09/23/2019 | 54 | ORDER - ON SEPTEMBER 20, 2019, THE COURT ENTERED AN ORDER ALLOWING RONALD J. ELLETT, ESQ., ELLETT LAW OFFICES, CASEY GREEN, ESQ. AND SIDKOFF, PINCUS & GREEN P.C. TO WITHDRAW FROM REPRESENTING PLAINTIFF TOBY L. WRIGHT (THE "WITHDRAWAL ORDER") (ECF NO. 52). IT IS NOW FURTHER ORDERED that ON OR BEFORE SEPTEMBER 27, 2019, RONALD J. ELLETT AND CASEY GREEN MUST SERVE MR. WRIGHT WITH A COPY OF THE WITHDRAWAL ORDER AND SUBMIT PROOF OF SERVICE ON THE DOCKET.. SIGNED BY HONORABLE ANITA B. BRODY ON 9/23/2019. 9/23/2019 ENTERED AND COPIES VIA ECF, EMAIL AND U.S MAIL. (mo, ) Modified on 9/24/2019 (mo, ). (Entered: 09/23/2019) |
| 09/23/2019 | 55 | ORDER that DEFENDANT IS ORDERED TO SHOW CAUSE ON OR BEFORE OCTOBER 7, 2019, WHY THRIVEST'S EMERGENCY MOTION FOR CONTEMPT (ECF NO. 36) SHOULD NOT BE GRANTED.-1(footnote). A CIVIL CONTEMPT HEARING WILL BE HELD ON OCTOBER 10, 2019 AT 2:00 PM EASTERN STANDARD TIME IN COURTROOM 7-B ON THE 7TH FLOOR OF THE U.S. COURTHOUSE, 601 MARKET ST., PHILADELPHIA, PA 19106.. PLAINTIFF MUST PERSONALLY SERVE THIS ORDER, AS WELL AS THE EMERGENCY MOTION FOR CONTEMPT (ECF NO. 36) UPON DEFENDANT AND PROVIDE PROOF OF SERVICE ON THE DOCKET ON OR BEFORE OCTOBER 1, 2019.. SIGNED BY HONORABLE ANITA B. BRODY ON 9/23/2019. 9/23/2019 ENTERED AND COPIES |

| | | |
|---|---|---|
| | | VIA ECF,EMAIL AND U.S. MAIL.(mo, ) Modified on 9/24/2019 (mo, ). (Entered: 09/23/2019) |
| 09/25/2019 | 56 | TRANSCRIPT of Proceedings held on 9/18/19 before Judge BRODY. Court Reporter: ESR. TELEPHONE CONFERENCE (J & J COURT REPORTING) (FILED UNDER SEAL) (jl, ) (Entered: 09/26/2019) |
| 09/25/2019 | 57 | TRANSCRIPT of Proceedings held on 9/18/19 before Judge BRODY. Court Reporter: ESR. TELEPHONE CONFERENCE J&J COURT TRANSCRIBERS, INC. (FILED UNDER SEAL) (jl, ) (Entered: 09/26/2019) |
| 09/27/2019 | 58 | AFFIDAVIT of Service by Samuel Pittman re: served Court Orders (Doc Nos. 53 and 54) upon Toby Wright by Mail, Certified Mail, Email on 9-23-19 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(GREEN, CASEY) (Entered: 09/27/2019) |
| 10/01/2019 | 59 | CERTIFICATE OF SERVICE by THRIVEST SPECIALTY FUNDING, LLC *of Court's September 23, 2019 Order (Dkt. 55) and Thrivest's Emergency Motion for Contempt (Dkt. 36)* (BUCKLEY, PETER) (Entered: 10/01/2019) |
| 10/07/2019 | 60 | Letter dated 10/1/19 addressed to the Honorable Anita B. Brody (FILED UNDER SEAL) (mbh, ) (nd, ). (Entered: 10/07/2019) |
| 10/07/2019 | 61 | ORDER FILED UNDER SEAL. SIGNED BY HONORABLE ANITA B. BRODY ON 10/7/19. 10/7/19 ENTERED.(mbh, ) (nd, ). (Entered: 10/07/2019) |
| 10/07/2019 | 62 | CERTIFICATE OF SERVICE by THRIVEST SPECIALTY FUNDING, LLC re 61 Order *via Electronic Service* (BUCKLEY, PETER) (Entered: 10/07/2019) |
| 10/10/2019 | 63 | Proof of Electronic Service by THRIVEST SPECIALTY FUNDING, LLC re 61 Order (BUCKLEY, PETER) Modified on 10/11/2019 (lisad, ). (Entered: 10/10/2019) |
| 10/10/2019 | 64 | ORDER that ON OR BEFORE OCTOBER 15, 2019, PLAINTIFF THRIVEST MUST SUBMIT FURTHER BRIEFING ON WHETHER OR NOT THRIVEST HAS SATISFIED ITS BURDEN OF PROVING, BY CLEAR AND CONVINCING EVIDENCE, THAT DEFENDANT TOBY L. WRIGHT HAD KNOWLEDGE OF THE COURT'S AUGUST 12, 2019 ORDER (ECF NO. 35) CONFIRMING THE EMERGENCY ARBITRATOR'S INTERIM AWARD DIRECTING MR. WRIGHT TO PLACE A PORTION OF THE DISPUTED FUNDS IN ESCROW.-1(footnote). SIGNED BY HONORABLE ANITA B. BRODY ON 10/10/2019. 10/10/2019 ENTERED AND COPIES VIA ECF AND U.S. MAIL.(mo, ) (Entered: 10/10/2019) |
| 10/10/2019 | 65 | Minute Entry for proceedings held before HONORABLE ANITA B. BRODY Civil Contempt Hearing held on 10/10/2019. Court Reporter: ESR. (jl, ) Modified on 10/15/2019 (lisad, ). (Entered: 10/11/2019) |
| 10/15/2019 | 66 | RESPONSE in Support re 36 Emergency MOTION for Contempt *and in Response to the Court's October 10, 2019 Order* filed by THRIVEST SPECIALTY FUNDING, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Certificate of Service)(BUCKLEY, PETER) (Entered: 10/15/2019) |
| 10/18/2019 | 67 | RESPONSE in Support re 36 Emergency MOTION for Contempt filed by THRIVEST SPECIALTY FUNDING, LLC. (Attachments: # 1 Text of Proposed Order)(BUCKLEY, PETER) (Entered: 10/18/2019) |
| 10/21/2019 | 68 | EXPLANATION AND ORDER that ON THIS 21ST DAY OF OCTOBER, 2019 THE COURT HOLDS DEFENDANT TOBY L WRIGHT IN CONTEMPT OF THE COURT'S AUGUST 12, 2019 ORDER (ECF NO. 35)("ESCROW ORDER"). THE ESCROW ORDER CONFIRMED THE EMERGENCY ARBITRATOR'S INTERIM AWARD DIRECTING WRIGHT TO ESCROW $800,000 PENDING RESOLUTION |

| | | |
|---|---|---|
| | | OF ARBITRATION. FOR THE REASONS THAT FOLLOW, THE COURT IMPOSES THE CIVIL CONTEMPT SANCTIONS LISTED IN PARAGRAPH 3 BELOW:. SIGNED BY HONORABLE ANITA B. BRODY ON 10/21/2019. 10/21/2019 ENTERED AND COPIES VIA ECF, U.S. MAIL AND EMAIL (mo, ) Modified on 10/21/2019 (mo, ). (Entered: 10/21/2019) |
| 10/21/2019 | 69 | CERTIFICATE OF SERVICE by THRIVEST SPECIALTY FUNDING, LLC re 68 Order,,, Set Deadlines/Hearings,,,,, *by Electronic Service* (BUCKLEY, PETER) (Entered: 10/21/2019) |
| 10/28/2019 | 70 | CERTIFICATE OF SERVICE by THRIVEST SPECIALTY FUNDING, LLC re 68 Order,,, Set Deadlines/Hearings,,,,, (BUCKLEY, PETER) (Entered: 10/28/2019) |
| 11/01/2019 | 71 | STATUS REPORT *in accordance with Court's October 21, 2018 Order* by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 11/01/2019) |
| 11/22/2019 | 72 | MOTION to Confirm Arbitration Award filed by THRIVEST SPECIALTY FUNDING, LLC.Brief, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Brief, # 3 Exhibit A - Award, # 4 Exhibit B - Modified Award, # 5 Certificate of Service)(REED, ERIC) (Entered: 11/22/2019) |
| 12/10/2019 | 73 | Letter to Honorable Anita B. Brody re 72 MOTION to Confirm Arbitration Award , 36 Emergency MOTION for Contempt filed by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) Modified on 12/11/2019 (lisad, ). (Entered: 12/10/2019) |
| 01/02/2020 | 74 | RESPONSE in Support re 72 MOTION to Confirm Arbitration Award , 36 Emergency MOTION for Contempt filed by THRIVEST SPECIALTY FUNDING, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(BUCKLEY, PETER) (Entered: 01/02/2020) |
| 01/02/2020 | 75 | ORDER THAT PLAINTIFF THRIVEST'S MOTION TO CONFIRM ARBITRATION AWARD (DOC. NO. 72 ) IS GRANTED. JUDGMENT IS ENTERED IN FAVOR OF THRIVEST AND AGAINST DEFENDANT TOBY L. WRIGHT. FURTHER INFORMATION OUTLINED HEREIN. SIGNED BY HONORABLE ANITA B. BRODY ON 1/2/2020.1/2/2020 ENTERED AND COPIES E-MAILED.(amas) (Entered: 01/02/2020) |
| 01/03/2020 | 76 | NOTICE of Hearing: TELEPHONE CONFERENCE IS SET FOR 1/7/2020 AT 02:00 PM IN JUDGE CHAMBERS BEFORE HONORABLE ANITA B. BRODY.(jwl, ) (Entered: 01/03/2020) |
| 01/03/2020 | 77 | ORDER THAT THRIVEST SPECIALTY FUNDING, LLC MUST SEND MR. WRIGHT PHYSICAL AND ELECTRONIC COPIES OF THE COURTS JANUARY 2, 2020 ORDER CONFIRMING THE FINAL ARBITRATION AWARD 75 . ON OR BEFORE JANUARY 9, 2020, THRIVEST SPECIALTY FUNDING, LLC MUST SUBMIT PROOF OF PHYSICAL SERVICE TO THE DOCKET. ON OR BEFORE JANUARY 6, 2020, THRIVEST SPECIALTY FUNDING, LLC MUST SUBMIT PROOF OF ELECTRONIC SERVICE TO THE DOCKET.. SIGNED BY HONORABLE ANITA B. BRODY ON 1/3/20. 1/3/20 ENTERED AND COPIES E-MAILED.(jwl, ) (Entered: 01/03/2020) |
| 01/06/2020 | 78 | CERTIFICATE OF SERVICE by THRIVEST SPECIALTY FUNDING, LLC re 77 Order,, *of January 2, 2020* (BUCKLEY, PETER) (Entered: 01/06/2020) |
| 01/07/2020 | 79 | ORDER THAT ON OR BEFORE TUESDAY, JANUARY 14, 2020, MR WRIGHT MUST CONTACT THE COURT VIA TELEPHONE...IT IS FURTHER ORDERED THAT PLAINTIFF MUST SERVE MR. WRIGHT WITH PHYSICAL AND ELECTRONIC COPIES OF THIS ORDER AS WELL AS 35 68 AND 75 AND MUST |

| | | |
|---|---|---|
| | | SUBMIT PROOF OF SERVICE BY JANUARY 10, 2020 AT 4:00 PM.... SIGNED BY HONORABLE ANITA B. BRODY ON 1/7/20. 1/7/20 ENTERED AND COPIES E-MAILED.(jwl, ) (Entered: 01/07/2020) |
| 01/08/2020 | 80 | CERTIFICATE OF SERVICE by THRIVEST SPECIALTY FUNDING, LLC re 79 Order, *Dkt. 35, Dkt. 68 and Dkt. 75* (BUCKLEY, PETER) (Entered: 01/08/2020) |
| 01/08/2020 | 81 | MOTION for Service *by Alternate Means* filed by THRIVEST SPECIALTY FUNDING, LLC.. (Attachments: # 1 Text of Proposed Order)(BUCKLEY, PETER) (Entered: 01/08/2020) |
| 01/08/2020 | 82 | ORDER granting 81 MOTION FOR SERVICE BY ALTERNATE MEANS...THRIVEST MAY SATISFY THE SERVICE REQUIREMENT IMPOSED BY COURT ORDER 79 .... SIGNED BY HONORABLE ANITA B. BRODY ON 1/8/20.1/8/20 ENTERED AND COPIES E-MAILED.(jwl, ) (Entered: 01/08/2020) |
| 01/10/2020 | 83 | CERTIFICATE OF SERVICE by THRIVEST SPECIALTY FUNDING, LLC re 82 Order on Motion for Service *(Dkt. 79, Dkt. 35, Dkt. 68, Dkt. 75 and Dkt. 82)* (BUCKLEY, PETER) (Entered: 01/10/2020) |
| 01/16/2020 | 84 | Letter (FILED UNDER SEAL) (nd, ) (afm, ). (Entered: 01/16/2020) |
| 01/17/2020 | 85 | RESPONSE in Support re 36 Emergency MOTION for Contempt *and Reply to Dkt. 84* filed by THRIVEST SPECIALTY FUNDING, LLC. (BUCKLEY, PETER) (Entered: 01/17/2020) |
| 01/17/2020 | 86 | Minute Entry for Telephone Conference held on 1/7/20 before Judge Brody. Court Reporter: ESR. (mbh, ). (Entered: 01/21/2020) |
| 01/23/2020 | 87 | Minute Entry for proceedings held before HONORABLE ANITA B. BRODY Telephone Conference held on 1/22/20 Court Reporter: ESR. (jl, ) (Entered: 01/23/2020) |
| 01/24/2020 | 88 | NOTICE of Hearing: TELE-VIDEO CONFERENCE HEARING SET FOR 1/28/2020 12:00 PM BEFORE HONORABLE ANITA B. BRODY.(js, ) Modified on 1/24/2020 (jwl, ). (Entered: 01/24/2020) |
| 01/24/2020 | 89 | Minute Entry for Telephone Conference held on 1/23/20 before Judge Brody. Court Reporter: ESR. (mbh, ) (Entered: 01/24/2020) |
| 01/28/2020 | 90 | NOTICE of Appearance by BRADFORD ROTHWELL SOHN on behalf of TOBY L. WRIGHT (SOHN, BRADFORD) (Entered: 01/28/2020) |
| 01/28/2020 | 91 | Minute Entry for proceedings held before HONORABLE ANITA B. BRODY CONTEMPT HEARING held on 1/28/20. Court Reporter: ESR. (jl, ) (Entered: 01/29/2020) |
| 01/31/2020 | 92 | Transcript of Telephone Conference held on 1/23/20, before Judge Brody. Court Reporter/Transcriber: J&J Court Transcribers, Inc. (fdc) (Entered: 01/31/2020) |
| 02/04/2020 | 93 | Transcript of Tele-Video Contempt Hearing Proceedings held on 1/28/20, before Judge BRODY. Court Reporter/Transcriber J&J COURT REPORTING.. (rf, ) (Entered: 02/05/2020) |
| 02/18/2020 | 94 | Minute Entry for proceedings held before HONORABLE ANITA B. BRODY Telephone Conference held on 2/18/2020 (sg, ) (Entered: 02/18/2020) |
| 02/18/2020 | 95 | Letter to the Honorable Anita B. Brody re 36 Emergency MOTION for Contempt filed by THRIVEST SPECIALTY FUNDING, LLC. (Attachments: # 1 Text of Proposed Order Exhibit A, # 2 Exhibit B)(BUCKLEY, PETER) Modified on 2/19/2020 (lisad, ). (Entered: 02/18/2020) |

| | | |
|---|---|---|
| 02/20/2020 | 96 | ORDER THAT ON OR BEFORE 5:00 P.M. PST ON FEBRUARY 24, 2020, TOBY L. WRIGHT MUST PRODUCE TO THRIVEST SPECIALTY FUNDING, LLC ALL EVIDENCE UPON WHICH MR. WRIGHT INTENDS TO RELY TO PROVE HIS INABILITY-TO-COMPLY DEFENSE TO CONTEMPT. IT IS FURTHER ORDERED THAT ON FEBRUARY 25, 2020, AT 10:30 A.M. EST, THE COURT WILL HOLD A STATUS CONFERENCE VIA TELEPHONE. CHAMBERS WILL CONTACT COUNSEL FOR BOTH PARTIES.. SIGNED BY HONORABLE ANITA B. BRODY ON 2/19/20. 2/20/20 ENTERED AND COPIES E-MAILED.(jwl, ) (Entered: 02/20/2020) |
| 02/20/2020 | | STATUS TELEPHONE CONFERENCE SET FOR 2/25/2020 10:30 AM BEFORE HONORABLE ANITA B. BRODY. (jwl, ) (Entered: 02/20/2020) |
| 02/25/2020 | 97 | RESPONSE in Support re 36 Emergency MOTION for Contempt filed by THRIVEST SPECIALTY FUNDING, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(BUCKLEY, PETER) (Entered: 02/25/2020) |
| 02/27/2020 | 98 | ORDER TO SHOW CAUSE SHOW CAUSE RESPONSE DUE BY 3/6/2020 AT 12:00 P.M. EST.. SIGNED BY HONORABLE ANITA B. BRODY ON 2/27/20. 2/27/20 ENTERED AND COPIES E-MAILED.(jwl, ) (Entered: 02/27/2020) |
| 02/27/2020 | 99 | Minute Entry for Telephone Conference held on 2/25/20 before Judge Brody. Court Reporter: ESR. (mbh, ) (Entered: 02/28/2020) |
| 03/02/2020 | 100 | MOTION for Extension of Time to File Response/Reply as to 98 Order to Show Cause *in light of anticipated bankruptcy proceeding* filed by TOBY L. WRIGHT.Motion for Extention of Time to Show Cause.(SOHN, BRADFORD) (Entered: 03/02/2020) |
| 03/03/2020 | 101 | ORDER ENTERED/RESOLVED 100 MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY. SIGNED BY HONORABLE ANITA B. BRODY ON 3/3/20.3/3/20 ENTERED AND COPIES E-MAILED.(jwl, ) (Entered: 03/03/2020) |
| 03/06/2020 | 102 | RESPONSE TO ORDER TO SHOW CAUSE by THRIVEST SPECIALTY FUNDING, LLC. (REED, ERIC) (Entered: 03/06/2020) |
| 03/08/2020 | 103 | RESPONSE TO ORDER TO SHOW CAUSE by TOBY L. WRIGHT. (SOHN, BRADFORD) (Entered: 03/08/2020) |
| 03/10/2020 | 104 | REPLY TO RESPONSE TO ORDER TO SHOW CAUSE by THRIVEST SPECIALTY FUNDING, LLC. Certificate of Service. (BUCKLEY, PETER) Modified on 3/11/2020 (lisad, ). (Entered: 03/10/2020) |
| 03/12/2020 | 105 | MEMORANDUM. SIGNED BY HONORABLE ANITA B. BRODY ON 3/12/20. 3/12/20 ENTERED AND COPIES MAILED AND E-MAILED.(jwl, ) (Entered: 03/12/2020) |
| 03/12/2020 | 106 | ORDER CONFIRMING THE FINAL ARBITRATION AWARD 75 SUPERSEDED THE COURTS AUGUST 12, 2019 ORDER CONFIRMING THE INTERIM ARBITRATION AWARD 35 .<br>THE COURTS OCTOBER 21, 2019 CONTEMPT ORDER 68 IS VACATED.. SIGNED BY HONORABLE ANITA B. BRODY ON 3/12/20. 3/12/20 ENTERED AND COPIES MAILED AND E-MAILED.(jwl, ) (Entered: 03/12/2020) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 06/25/2021 12:50:14 |

| PACER Login: | fr000009:2550901:0 | Client Code: | 027275.00001.search |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:18-cv-04764-AB |
| Billable Pages: | 9 | Cost: | 0.90 |