# EXHIBIT "F"

*Thrivest Specialty Funding v. Toby L. Wright*
*CV2020-004560*

---

*Toby L. Wright*
*April 20, 2021*

---

*Coash & Coash, Inc.*
*1802 N. 7th Street*
*Phoenix, AZ  85006*
*602-258-1440*
*www.coashandcoash.com*



To open files, click on the desired file type in bookmark on left.
For quick saving or searching multiple files, click attachments tab (or paperclip) on left.
For best viewing/searching, use Adobe Reader/Acrobat ver. 9 or higher
(www.adobe.com).

```
 1     Q.   Gilbert, Arizona?
 2     A.   Yeah.
 3     Q.   Is it Chandler Lane?
 4     A.   No, I don't think so.
 5     Q.   Who lives at the East Winston address with you?
 6     A.   It's my father's address.  Address has been there
 7  since I was born.
 8     Q.   Who lives at that residence now?
 9     A.   My father, my brother, and I do occasionally,
10  yeah.
11     Q.   I didn't understand what you said.
12     A.   My father and my brothers, and I do occasionally.
13     Q.   When you don't live at the East Winston address,
14  where do you live?
15     A.   I'm everywhere.  I'm out sometimes.  I'm out in
16  the street sometimes.  I'm at different locations.
17     Q.   Do you ever stay with your wife Jandi in Gilbert?
18     A.   No, it's been years.
19     Q.   Do you still have a relationship with your wife?
20     A.   No, I don't.
21               THE WITNESS:  Supposed to be happening like
22  this?
23               MR. COUGHLIN:  Yeah.
24  BY MR. BUCKLEY:
25     Q.   What's your brother's name?
```

```
 1  to parse down the questions to a little bit smaller
 2  generalities just because -- I mean, that's a pretty large
 3  question.  So if you have specific -- if you have specific
 4  transactions you have questions about or if you want to
 5  break it down to what did you use most of the money for,
 6  stuff like that, it would be helpful in getting a more
 7  direct answer.
 8  BY MR. BUCKLEY:
 9      Q.   Okay.  So you don't remember what you did with
10  it?
11      A.   With what?
12      Q.   You received -- in 2018 and 2019, you received
13  over a million dollars from the NFL concussion case.  Do
14  you have any of that money today?
15      A.   No, I don't.
16      Q.   Where did it go?
17      A.   Majority of it I gambled it off.
18      Q.   At the Casino Arizona?
19      A.   Yes.
20      Q.   We have your bank records and so we've seen where
21  you made withdrawals at that casino almost on a daily
22  basis.
23      A.   Yes.
24      Q.   At the time -- at the time that you were spending
25  that money at the casino, did you know and understand that
```