# EXHIBIT "G"

SUSPENSE

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:20-cv-06525-PD

| | |
|---|---|
| BALANCED BRIDGE FUNDING, LLC v. HARPER<br>Assigned to: HONORABLE PAUL S. DIAMOND<br>Cause: 09:1 U.S. Arbitration Act | Date Filed: 12/29/2020<br>Date Terminated: 04/12/2021<br>Jury Demand: None<br>Nature of Suit: 896 Other Statutes: Arbitration<br>Jurisdiction: Federal Question |

**Petitioner**

| | | |
|---|---|---|
| **BALANCED BRIDGE FUNDING, LLC** | represented by | **PETER C. BUCKLEY**<br>FOX ROTHSCHILD, LLP<br>2000 MARKET STREET<br>10TH FLOOR<br>PHILADELPHIA, PA 19103<br>215-299-2854<br>Email: pbuckley@foxrothschild.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **ALVIN C HARPER** | represented by | **ALVIN C HARPER**<br>3632 MADBURY CIRCLE<br>LAKELAND, FL 33810<br>Email: alvinharper1@gmail.com<br>*PRO SE* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2020 | 1 | Emergency Application to Confirm Arbitration Award filed by BALANCED BRIDGE FUNDING, LLC. Memorandum. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Designation Form Designation Form, # 3 Case Management Track Form Case Management Track Form)(BUCKLEY, PETER) Modified on 1/4/2021 (tjd). (Entered: 12/29/2020) |
| 12/29/2020 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by BALANCED BRIDGE FUNDING, LLC.(BUCKLEY, PETER) (Entered: 12/29/2020) |
| 01/04/2021 | | Filing Fee for COMPLAINT or NOTICE OF REMOVAL by BALANCED BRIDGE FUNDING, LLC. (Filing Fee $402, receipt number 0313-14814947). (BUCKLEY, PETER) Modified on 2/4/2021 (td, ). (Entered: 01/04/2021) |
| 01/05/2021 | 3 | Emergency MOTION for Service *by Alternate Means* filed by BALANCED BRIDGE FUNDING, LLC.Memorandum. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A - Declaration, # 3 Exhibit 1, # 4 Exhibit 2)(BUCKLEY, PETER) (Entered: 01/05/2021) |

| | | |
|---|---|---|
| 01/11/2021 | 4 | AFFIDAVIT of Service by Robert Hall re: served Emergency Motion to Confirm Arbitration Award, Emergency Motion for Alternate Service, application for for emergency interim relief in the arbitration, Interim Award of Emergency Relief upon Alvin C. Harper by Substituted Service on 01/08/2021 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(BUCKLEY, PETER) (Entered: 01/11/2021) |
| 01/13/2021 | 5 | Emergency MOTION for Preliminary Injunction *to Freeze Accounts of Alvin C. Harper* filed by BALANCED BRIDGE FUNDING, LLC.Memorandum and Certificate of Service. (Attachments: # 1 Text of Proposed Order)(BUCKLEY, PETER) (Entered: 01/13/2021) |
| 01/19/2021 | 6 | Letter to Judge Brody dated 1/19/2021 re: RESPONSE in Support re 1 Emergency MOTION to Confirm Arbitration Award , 5 Emergency MOTION for Preliminary Injunction *to Freeze Accounts of Alvin C. Harper* filed by BALANCED BRIDGE FUNDING, LLC. (BUCKLEY, PETER) Modified on 1/20/2021 (tjd). (Entered: 01/19/2021) |
| 01/28/2021 | 7 | Letter to Judge Brody dated 1/28/2021 re: RESPONSE in Support re 1 Emergency MOTION to Confirm Arbitration Award , 5 Emergency MOTION for Preliminary Injunction *to Freeze Accounts of Alvin C. Harper* filed by BALANCED BRIDGE FUNDING, LLC. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(BUCKLEY, PETER) Modified on 1/29/2021 (tjd). (Entered: 01/28/2021) |
| 01/29/2021 | 8 | Request for case reassignment dated 1/29/21 signed by HONORABLE ANITA B. BRODY (jwl, ) (Entered: 01/29/2021) |
| 01/29/2021 | 9 | ORDER THAT THE ABOVE-CAPTIONED CASE IS REASSIGNED FROM THE CALENDAR OF THE HONORABLE ANITA B. BRODY TO THE CALENDAR OF THE HONORABLE PAUL S. DIAMOND. SIGNED BY CHIEF JUDGE JUAN R. SANCHEZ ON 1/29/21. 1/29/21 ENTERED AND COPIES E-MAILED. "NOT MAILED TO UNREP PARTY"(kw, ) (Entered: 01/29/2021) |
| 02/03/2021 | 10 | ORDER THAT PLFF'S EMERGENCY MOTION FOR ALTERNATIVE SERVICE (DOC. NO. 3) IS GRANTED. BALANCED BRIDGE MAY EFFECTUATE SERVICE OF THE EMERGENCY APPLICATION TO CONFIRM ARBITRATION AWARD & ALL SUBSEQUENT DOCUMENTS ON MR. HARPER VIA E-MAIL AT ALVINHARPER1@GMAIL.COM UNTIL AN ATTORNEY ENTERS AN APPEARANCE ON MR. HARPER'S BEHALF. SIGNED BY HONORABLE PAUL S. DIAMOND ON 2/3/21.2/4/21 ENTERED AND COPIES E-MAILED. "NOT MAILED TO UNREP PARTY"(kw, ) (Entered: 02/04/2021) |
| 02/04/2021 | 11 | AFFIDAVIT of Service by Peter Buckley re: served Emergency Application to Confirm Arbitration Award and subsequent filings upon Alvin C. Harper by via e-mail per Court Order on various (BUCKLEY, PETER) (Entered: 02/04/2021) |
| 02/04/2021 | 12 | ORDER THAT DEFT SHALL RESPOND TO PLFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION TO FREEZE ACCOUNTS OF ALVIN C. HARPER (DOC. NO. 5) NO LATER THAN 2/5/2021, AT 5:00 P.M., ETC. PLFF SHALL ENSURE THAT THIS ORDER IS SERVED ON DEFT FORTHWITH. SIGNED BY HONORABLE PAUL S. DIAMOND ON 2/4/21. 2/4/21 ENTERED AND COPIES E-MAILED(kw, ) (Entered: 02/04/2021) |
| 02/04/2021 | 13 | AFFIDAVIT *of Service of February 4, 2021 Court Order upon Alvin C. Harper* by BALANCED BRIDGE FUNDING, LLC. (BUCKLEY, PETER) (Entered: 02/04/2021) |
| 02/04/2021 | | 2/4/2021 Law firm was charged twice on 1/4/2021 when paying for the initial filing and subsequently disputed the charge receipt number docketed. As such, receipt number 0313- |

| | | |
|---|---|---|
| | | 14814947 for a $402.00 filing fee should be associated with the 1/4/2021 entry (td, ) (Entered: 02/04/2021) |
| 02/09/2021 | | MAILED OUT ORDER ENTRIES #9, #10 AND #12 TO UNREP ON 2/9/21. (jaa, ) (Entered: 02/09/2021) |
| 02/09/2021 | 14 | Letter RESPONSE in Support re 5 Emergency MOTION for Preliminary Injunction *to Freeze Accounts of Alvin C. Harper* filed by BALANCED BRIDGE FUNDING, LLC. (BUCKLEY, PETER) Modified on 2/11/2021 (tjd). (Entered: 02/09/2021) |
| 02/23/2021 | 15 | ORDERED THAT BALANCED BRIDGE FUNDING LLCS EMERGENCY APPLICATION TO CONFIRM ARBITRATION AWARD (DOC. NO. 1 IS GRANTED AND THE AWARD IS CONFIRMED. RESPONDENT ALVIN C. HARPER IS DIRECTED TO COMPLY WITH THE INTERIM AWARD OF EMERGENCY RELIEF WITHIN TWO BUSINESS DAYS OR RISK SANCTIONS UPON FURTHER APPLICATION TO THIS COURT. BALANCED BRIDGE FUNDING LLCS EMERGENCY MOTION FOR PRELIMINARY INJUNCTION TO FREEZE ACCOUNTS OF ALVIN C. HARPER (DOC. NO. 5 IS GRANTED. UNLESS AND UNTIL HARPER COMPLIES WITH THE EMERGENCY ARBITRATORS AWARD OF EMERGENCY INTERIM RELIEF BY CAUSING THE SUM OF $491,623.20 TO BE DEPOSITED INTO A TRUST ACCOUNT MAINTAINED BY FOX ROTHSCHILD LLP OR SUBMITS ADEQUATE PROOF OF HIS INABILITY TO COMPLY WITH THAT DIRECTIVE, ANY BANK, FINANCIAL INSTITUTION, BROKERAGE INSTITUTION, OR OTHER PERSON OR ENTITY HOLDING ANY FUNDS, SECURITIES, OR OTHER ASSETS IN THE NAME OF, FOR THE BENEFIT OF, OR UNDER THE DIRECT OR INDIRECT CONTROL OF ALVIN C. HARPER MUST PROHIBIT THE WITHDRAWAL, REMOVAL, TRANSFER OR OTHER DISPOSAL OF THOSE FUNDS, SECURITIES, OR ASSETS UNTIL FURTHER NOTICE BY THIS COURT. IF HARPER AGREES TO PARTICIPATE IN THIS LITIGATION, HE SHOULD NOTIFY BALANCED BRIDGE AND THE COURT FORTHWITH SO THAT A HEARING MAY BE SCHEDULED.. SIGNED BY HONORABLE PAUL S. DIAMOND ON 2/23/21.2/23/21 ENTERED AND COPIES NOT MAILED TO UNREPS AND E-MAILED.(jpd, ) (Entered: 02/23/2021) |
| 02/24/2021 | | PLEADING #15 MAILED TO UNREP (JL ) (Entered: 02/24/2021) |
| 02/24/2021 | 16 | Letter RESPONSE in Support re 5 Emergency MOTION for Preliminary Injunction *to Freeze Accounts of Alvin C. Harper* filed by BALANCED BRIDGE FUNDING, LLC. (Attachments: # 1 Text of Proposed Order Amended)(BUCKLEY, PETER) Modified on 2/25/2021 (tjd). (Entered: 02/24/2021) |
| 02/24/2021 | 17 | ORDERED THAT MY FEBRUARY 23, 2021 ORDER (DOC. NO. 16 IS HEREBY AMENDED AS FOLLOWS BALANCED BRIDGE FUNDING LLCS EMERGENCY APPLICATION TO CONFIRM ARBITRATION AWARD (DOC. NO. 1 IS GRANTED AND THE AWARD IS CONFIRMED. RESPONDENT ALVIN C. HARPER IS DIRECTED TO COMPLY WITH THE INTERIM AWARD OF EMERGENCY RELIEF WITHIN TWO BUSINESS DAYS OR RISK SANCTIONS UPON FURTHER APPLICATION TO THIS COURT. BALANCED BRIDGE FUNDING LLCS EMERGENCY MOTION FOR PRELIMINARY INJUNCTION TO FREEZE ACCOUNTS OF ALVIN C. HARPER (DOC. NO. 5 IS GRANTED. UNLESS AND UNTIL HARPER COMPLIES WITH THE EMERGENCY ARBITRATORS AWARD OF EMERGENCY INTERIM RELIEF BY CAUSING THE SUM OF $491,623.20 TO BE DEPOSITED INTO A TRUST ACCOUNT MAINTAINED BY FOX ROTHSCHILD LLP OR SUBMITS ADEQUATE PROOF OF HIS INABILITY TO COMPLY WITH THAT DIRECTIVE, ANY BANK, FINANCIAL INSTITUTION, BROKERAGE INSTITUTION, OR OTHER PERSON OR ENTITY HOLDING ANY FUNDS, |

| | | | |
|---|---|---|---|
| | | | SECURITIES, OR OTHER ASSETS IN THE NAME OF, FOR THE BENEFIT OF, OR UNDER THE DIRECT OR INDIRECT CONTROL OF ALVIN C. HARPER MUST PROHIBIT THE WITHDRAWAL, REMOVAL, TRANSFER OR OTHER DISPOSAL OF THOSE FUNDS, SECURITIES, OR ASSETS UNTIL FURTHER NOTICE BY THIS COURT. NAVY FEDERAL CREDIT UNION IS DIRECTED TO PROHIBIT THE WITHDRAWAL, REMOVAL, TRANSFER OR OTHER DISPOSAL OF FUNDS, SECURITIES, OR OTHER ASSETS IN THE NAME OF, OR FOR THE BENEFIT OF, OR UNDER THE DIRECT OR INDIRECT CONTROL OF ALVIN C. HARPER (D.O.B. JULY 6, 1967, SSN XXX-XX-9996), INCLUDING BUT NOT LIMITED TO THE FOLLOWING ACCOUNTS: EVERYDAY CHECKING ENDING -7403, FLAGSHIP CHECKING ENDING -7675 AND -2593, AND MEMBERSHIP SAVINGS ENDING -8818.IF HARPER AGREES TO PARTICIPATE IN THIS LITIGATION, HE SHOULD NOTIFY BALANCED BRIDGE AND THE COURT FORTHWITH SO THAT A HEARING MAY BE SCHEDULED. BALANCED BRIDGE IS DIRECTED TO SERVE A COPY OF THIS ORDER UPON HARPER FORTHWITH. SIGNED BY HONORABLE PAUL S. DIAMOND ON 2/24/21. 2/24/21 ENTERED AND COPIES E-MAILED.(jpd, ) (Entered: 02/24/2021) |
| 03/09/2021 | 18 | | Emergency MOTION for Contempt filed by BALANCED BRIDGE FUNDING, LLC.Memorandum of Law and Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(BUCKLEY, PETER) (Entered: 03/09/2021) |
| 03/10/2021 | 19 | | ORDER THAT DEFT ALVIN C. HARPER SHALL RESPOND TO PLFF'S EMERGENCY MOTION FOR CONTEMPT (DOC. NO. 18) NO LATER THAN 3/15/2021, AT 12:00 P.M., ETC. PLFF SHALL ENSURE THAT THIS ORDER IS SERVED ON DEFT FORTHWITH. SIGNED BY HONORABLE PAUL S. DIAMOND ON 3/10/21. 3/11/21 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 03/11/2021) |
| 03/11/2021 | 20 | | AFFIDAVIT re 19 Order,, Set Motion and R&R Deadlines/Hearings, *upon Alvin C. Harper* by BALANCED BRIDGE FUNDING, LLC. (BUCKLEY, PETER) (Entered: 03/11/2021) |
| 03/15/2021 | 21 | | E-Mail Letter dated 3/15/21, filed by PRO SE DEFT ALVIN C. HARPER. (kw, ) (Entered: 03/15/2021) |
| 03/15/2021 | 22 | | ORDER, IT IS HEREBY ORDERED THAT PLAINTIFF BALANCED BRIDGE FUNDING, LLC SHALL RESPOND TO THE COURT NO LATER THAN TUESDAY, MARCH 16, 2021, AT 12:00 PM INDICATING HOW IT WISHES TO PROCEED IN LIGHT OF DEFENDANT ALVIN C. HARPER'S MARCH 15, 2021 RESPONSE (DOC. NO. 21 ).SIGNED BY HONORABLE PAUL S. DIAMOND ON 3/15/2021. 3/15/2021 ENTERED AND COPIES E-MAILED.(rt) (Entered: 03/15/2021) |
| 03/15/2021 | 23 | | Letter to Judge Diamond dated 3/15/2021 re: RESPONSE in Support re 18 Emergency MOTION for Contempt filed by BALANCED BRIDGE FUNDING, LLC. (BUCKLEY, PETER) Modified on 3/16/2021 (tjd). (Entered: 03/15/2021) |
| 03/15/2021 | 24 | | Correspondence, re: Lease Agreement, Application, filed by PRO SE DEFT ALVIN C. HARPER. "NO ENVELOPE ATTACHED" (Attachments: # 1 Application, # 2 E-Mail attachment)(kw, ) (Entered: 03/15/2021) |
| 03/16/2021 | 25 | | ORDER, IT IS HEREBY ORDERED THAT A HEARING REGARDING BALANCED BRIDGE'S MOTION FOR CONTEMPT (DOC. NO. 18 ) IS SCHEDULED FOR APRIL 13, 2021 AT 2:00 PM VIA VIDEOCONFERNCE.SIGNED BY HONORABLE PAUL S. DIAMOND ON 3/16/2021. 3/16/2021 ENTERED AND COPIES E-MAILED.(rt) (Entered: 03/16/2021) |
| 03/29/2021 | 26 | | Letter to Judge Diamond dated 3/29/2021 re 5 Emergency MOTION for Preliminary |

| | | |
|---|---|---|
| | | Injunction *to Freeze Accounts of Alvin C. Harper* filed by BALANCED BRIDGE FUNDING, LLC. (Attachments: # 1 Text of Proposed Order)(BUCKLEY, PETER) Modified on 3/31/2021 (tjd). (Entered: 03/29/2021) |
| 03/29/2021 | 27 | E-MAIL dated 3/29/21 by ALVIN C HARPER (amas, ) (Entered: 03/29/2021) |
| 03/30/2021 | 28 | ORDER, IT IS HEREBY ORDERED THAT BALANCED BRIDGE SHALL FILE A REPLY TO HARPER'S RESPONSE IN OPPOSITION (DOC. NO. 27 ) NO LATER THAN MARCH 30, 2021, AT 4:00 P.M.. SIGNED BY HONORABLE PAUL S. DIAMOND ON 3/30/2021. 3/30/2021 ENTERED AND COPIES E-MAILED.(rt) (Entered: 03/30/2021) |
| 03/30/2021 | 29 | Letter to Judge Diamond dated 3/30/2021 re 5 Emergency MOTION for Preliminary Injunction *to Freeze Accounts of Alvin C. Harper* filed by BALANCED BRIDGE FUNDING, LLC. (BUCKLEY, PETER) Modified on 4/1/2021 (tjd). (Entered: 03/30/2021) |
| 03/30/2021 | 30 | ORDER, IT IS HEREBY ORDERED THAT ALVIN HARPER SHALL SUBMIT TO THE COURT AND TO PLAINTIFF, NO LATER THAN MARCH 31, 2021 AT 2:00 P.M., RECORDS INDICATING ALL BANK ACTIVITY IN THE LAST 60 DAYS FOR HIS WELLS FARGO AND BANK OF AMERICA ACCOUNTS. IF MR. HARPER WISHES TO SUBMIT THE RECORDS UNDER SEAL, HE MAY DO SO. FAILURE TO COMPLY WITH THIS ORDER LIKELY WILL RESULT IN THE COURT GRANTING PLAINTIFF'S REQUEST TO FREEZE THE WELLS FARO AND BANK OF AMERICA ACCOUNTS.SIGNED BY HONORABLE PAUL S. DIAMOND ON 3/30/2021. 3/30/2021 ENTERED AND COPIES E-MAILED.(rt) (Entered: 03/30/2021) |
| 03/31/2021 | 31 | E-Mail Statement, filed by PRO SE DEFT ALVIN C HARPER. (kw, ) (Main Document 31 replaced on 4/1/2021) (afm, ). (Entered: 03/31/2021) |
| 03/31/2021 | 32 | E-Mail Statement, filed by PRO SE DEFT ALVIN C HARPER. (kw, ) (Entered: 03/31/2021) |
| 04/01/2021 | 33 | ORDER THAT DOCUMENT NUMBER 31 IS SEALED AND IMPOUNDED PENDING FURTHER ORDER OF THE COURT, ETC. SIGNED BY HONORABLE PAUL S. DIAMOND ON 4/1/21. 4/1/21 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 04/01/2021) |
| 04/01/2021 | 34 | ORDER, MY FEBRUARY 24, 2021 ORDER (DOC. NO. 17 ) IS AMENDED AS FOLLOWS: 1. BALANCED BRIDGE FUNDING LLC'S EMERGENCY APPLICATION TO CONFIRM ARBITRATION AWARD (DOC. NO. 1 ) IS GRANTED AND THE AWARD IS CONFIRMED. RESPONDENT ALVIN C. HARPER IS DIRECTED TO COMPLY WITH THE INTERIM AWARD OF EMERGENCY RELIEF WITHIN TWO BUSINESS DAYS OR RISK SANCTIONS UPON FURTHER APPLICATION TO THIS COURT. 2. BALANCED BRIDGE FUNDING LLC'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION TO FREEZE ACCOUNTS OF ALVIN C. HARPER (DOC. NO. 5 ) IS GRANTED. 3. UNLESS AND UNTIL HARPER COMPLIES WITH THE EMERGENCY ARBITRATOR'S AWARD OF EMERGENCY INTERIM RELIEF BY CAUSING THE SUM OF $491,623.20 TO BE DEPOSITED INTO A TRUST ACCOUNT MAINTAINED BY FOX ROTHSCHILD LLP OR SUBMITS ADEQUATE PROOF OF HIS INABILITY TO COMPLY WITH THAT DIRECTIVE, ANY BANK, FINANCIAL INSTITUTION, BROKERAGE INSTITUTION, OR OTHER PERSON OR ENTITY HOLDING ANY FUNDS, SECURITIES, OR OTHER ASSETS IN THE NAME OF, FOR THE BENEFIT OF, OR UNDER THE DIRECT OR INDIRECT CONTROL OF ALVIN C. HARPER MUST PROHIBIT THE WITHDRAWAL, REMOVAL, TRANSFER, OR OTHER DISPOSAL OF THOSE FUNDS, SECURITIES, OR ASSETS UNTIL FURTHER NOTICE OF THIS COURT. 4. NAVY FEDERAL |

| | | |
|---|---|---|
| | | CREDIT UNION IS DIRECTED TO PROHIBIT THE WITHDRAWAL, REMOVAL, TRANSFER OR OTHER DISPOSAL OF FUNDS, SECURITIES, OR OTHER ASSETS IN THE NAME OF, OR THE BENEFIT OF, OR UNDER THE DIRECT OR INDIRECT CONTROL OF ALVIN C. HARPER (D.O.B. JULY 6, 1967, SSN XXX-XX-9996), INCLUDING BUT NOT LIMITED TO THE FOLLOWING ACCOUNTS: EVERYDAY CHECKING ENDING -7403, FLAGSHIP CHECKING ENDING -7675, AND -2593, AND MEMBERSHIP SAVINGS ENDING -8818. 5. WELLS FARGO BANK, N.A. IS DIRECTED TO PROHIBIT THE WITHDRAWAL, REMOVAL, TRANSFER, OR OTHER DISPOSAL OF FUNDS, SECURITIES, OR OTHER ASSETS IN THE NAME OF, OR THE BENEFIT OF, OR UNDER THE DIRECT OR INDIRECT CONTROL OF ALVIN C. HARPER (D.O.B. JULY 6, 1967, SSN XXX-XX-9996). 6. BALANCED BRIDGE IS DIRECTED TO SERVE A COPY OF THIS ORDER UPON HARPER FORTHWITH.SIGNED BY HONORABLE PAUL S. DIAMOND ON 4/1/2021. 4/1/2021 ENTERED AND COPIES E-MAILED.(rt) (Entered: 04/01/2021) |
| 04/05/2021 | 35 | AFFIDAVIT re 34 Order,,,,,,,,, *served upon Alvin Harper* by BALANCED BRIDGE FUNDING, LLC. (BUCKLEY, PETER) (Entered: 04/05/2021) |
| 04/05/2021 | 36 | EMAIL Response by ALVIN C HARPER TO JUDGE DIAMOND 4/1/21 ORDER. (JL ) (Entered: 04/05/2021) |
| 04/12/2021 | 37 | SUGGESTION OF BANKRUPTCY by ALVIN C HARPER under Chapter Number 11 of the Bankruptcy Code in the Bankruptcy Court for the Southern District of Florida filed under case number 21-13418, Certificate of Service. (kw, ) (Entered: 04/12/2021) |
| 04/12/2021 | 38 | ORDER, UPON CONSIDERATION OF THE SUGGESTION OF BANKRUPTCY (DOC. NO. 37 ), IT IS HEREBY ORDERED THAT THE ABOVE-CAPTIONED MATTER SHALL BE PLACED IN SUSPENSE, AND MARKED AS CLOSED FOR STATISTICAL PURPOSES, PENDING THE OUTCOME OF BANKRUPTCY PROCEEDINGS RELATED TO DEFENDANT IN RE: ALVIN CRAIG HARPER, NO. 21-13418 (BANKR. S.D. FLA). IT IS FURTHER ORDERED THAT THE HEARING SCHEDULED FOR APRIL 13, 2021 IS CANCELLED.SIGNED BY HONORABLE PAUL S. DIAMOND ON 4/12/2021. 4/12/2021 ENTERED AND COPIES E-MAILED. (rt) (Entered: 04/12/2021) |
| 05/03/2021 | 39 | MOTION to Lift Freeze Order re 34 Order,,,,,,,,, filed by BALANCED BRIDGE FUNDING, LLC.Certificate of Service. (Attachments: # 1 Exhibit A - Agreed Order) (BUCKLEY, PETER) (Entered: 05/03/2021) |
| 05/03/2021 | 40 | AGREED ORDER THAT THE FREEZE PROVIDED FOR BY THE ORDER IS IMMEDIATELY LIFTED FOR THE SOLE PURPOSE OF ALLOWING DEFT TO WITHDRAW THE FUNDS FROM WELLS FARGO BANK & THE NAVY FEDERAL CREDIT UNION, ETC. BALANCED BRIDGE FUNDING IS DIRECTED TO SERVE A COPY OF THIS ORDER FORTHWITH UPON THE DEFT, WELLS FARGO BANK, THE NAVY FEDERAL CREDIT UNITON, & ANY OTHER BANK, FINANCIAL, OR BROKERAGE INSTITUTION SERVED WITH A COPY OF THE COURT'S PRIOR ORDER. SIGNED BY HONORABLE PAUL S. DIAMOND ON 5/3/21.5/3/21 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 05/03/2021) |
| 05/03/2021 | 41 | ORDER THAT PLFF'S EMERGENCY MOTION FOR CONTEMPT (DOC. NO. 18) IS DENIED WITHOUT PREJUDICE. SIGNED BY HONORABLE PAUL S. DIAMOND ON 5/3/21.5/3/21 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 05/03/2021) |

| PACER Service Center |
|---|
| Transaction Receipt |

| 06/25/2021 12:51:11 | | | |
|---|---|---|---|
| PACER Login: | fr000009:2550901:0 | Client Code: | 027275.00001.search |
| Description: | Docket Report | Search Criteria: | 2:20-cv-06525-PD |
| Billable Pages: | 5 | Cost: | 0.50 |