# EXHIBIT "H"

ACCO,TRO,(JCx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:21-cv-00663-SB-JC

Balanced Bridge Funding, LLC v. Alvin C. Harper et al
Assigned to: Judge Stanley Blumenfeld, Jr
Referred to: Magistrate Judge Jacqueline Chooljian
Cause: 28:1332 Diversity-Injunctive & Declaratory Relief

Date Filed: 01/25/2021
Jury Demand: None
Nature of Suit: 896 Other Statutes: Arbitration
Jurisdiction: Diversity

**Plaintiff**

**Balanced Bridge Funding, LLC**
*formerly known as*
Thrivest Specialty Funding, LLC

represented by **Mhare Ohan Mouradian**
Fox Rothschild LLP
10250 Constellation Boulevard Suite 900
Los Angeles, CA 90067
310-598-4150
Fax: 310-556-9828
Email: mmouradian@foxrothschild.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey H. Grant**
Fox Rothschild LLP
10250 Constellation Boulevard Suite 900
Los Angeles, CA 90067
310-598-4150
Fax: 310-556-9828
Email: jgrant@foxrothschild.com
*ATTORNEY TO BE NOTICED*

**Peter C. Buckley , Jr.**
Fox Rothschild LLP
2000 Market Street 20th Floor
Philadelphia, PA 19103
215-299-2854
Fax: 215-299-2150
Email: pbuckley@foxrothschild.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alvin C. Harper**
*TERMINATED: 01/28/2021*

**Defendant**

| | | |
|---|---|---|
| Alexis C. Harper | represented by | **Alvin Marcus Hall**<br>A. Marcus Hall and Associates<br>10586 W. Pico Blvd.<br>Suite 141<br>Los Angeles, CA 90064<br>310-242-8411<br>Email: alvinhall@amarcushall.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2021 | 1 | COMPLAINT with filing fee previously paid (402.00 paid on 01/25/2021, receipt number ACACDC-30226244), filed by Plaintiff BALANCED BRIDGE FUNDING, LLC. (Attorney Mhare Ohan Mouradian added to party BALANCED BRIDGE FUNDING, LLC (pty:pla))(Mouradian, Mhare) Modified on 1/25/2021 (ghap). (Entered: 01/25/2021) |
| 01/25/2021 | 2 | CIVIL COVER SHEET filed by Plaintiff BALANCED BRIDGE FUNDING, LLC. (Mouradian, Mhare) (Entered: 01/25/2021) |
| 01/25/2021 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff BALANCED BRIDGE FUNDING, LLC. (Mouradian, Mhare) (Entered: 01/25/2021) |
| 01/25/2021 | 4 | *NOTICE OF* CERTIFICATE of Interested Parties filed by Plaintiff BALANCED BRIDGE FUNDING, LLC, (Mouradian, Mhare) (Entered: 01/25/2021) |
| 01/25/2021 | 5 | Initial DISCLOSURE of Rule 7.1 Corporate Disclosure re Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff BALANCED BRIDGE FUNDING, LLC (Mouradian, Mhare) (Entered: 01/25/2021) |
| 01/25/2021 | 6 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening), 1 . The following error(s) was found: A case-initiating document was submitted without payment of the full filing fee. Within two business days of this notice, counsel must pay the filing fee or file a request to proceed in forma pauperis;otherwise, the docket for this case number will be closed and no further filings will be permitted under this case number. The filing fee may be paid online by docketing the event Pay Filing Fee. (ghap) (Entered: 01/25/2021) |
| 01/25/2021 | 7 | NOTICE OF ASSIGNMENT to District Judge Stanley Blumenfeld, Jr and Magistrate Judge Jacqueline Chooljian. (ghap) (Entered: 01/25/2021) |
| 01/25/2021 | 8 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 01/25/2021) |
| 01/25/2021 | 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Alexis C. Harper, Alvin C. Harper. (ghap) (Entered: 01/25/2021) |
| 01/25/2021 | 10 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Peter C Buckley on behalf on Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as |

| | | |
|---|---|---|
| | | counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (ghap) (Entered: 01/25/2021) |
| 01/25/2021 | 11 | EX PARTE APPLICATION for Temporary Restraining Order as to Preliminary Injunction filed by Plaintiff Balanced Bridge Funding, LLC. (Attachments: # 1 Declaration of Peter Buckley, # 2 Proposed Order) (Mouradian, Mhare) (Entered: 01/25/2021) |
| 01/26/2021 | 12 | DOCUMENT STRICKEN ON 1/28/21. RESPONSE filed by Pro Hac Vice attorney Mhare Ohan Mouradian on behalf of Plaintiff Balanced Bridge Funding, LLC. (Attachments: # 1 Certificates of Good Standing, # 2 Proposed Order)(Mouradian, Mhare) Modified on 1/28/2021 (bm). (Entered: 01/26/2021) |
| 01/26/2021 | 13 | SCHEDULING NOTICE by Judge Stanley Blumenfeld, Jr. The Court has reviewed Plaintiffs Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (Dkt. No. 11). Plaintiff has two pending emergency filings (an application to confirm interim award and a motion to freeze accounts) in a related case, Balanced Bridge Funding v. Harper, No. 2:20-cv-06525 (E.D. Pa.). The Court is hesitant to act when there is a first-filed action with a pending request for duplicative relief. Plaintiff has not addressed the propriety of seeking seemingly duplicative relief in this Court (even if there are accounts in California). Plaintiff also neglects to address the jurisdictional or other legal significance of the fact that the agreement underlying the instant dispute contains a forum-selection clause (Dkt. No. 1, Ex. A at 10-11), which permits the parties to enforce any award rendered pursuant to the arbitration provision of this section by moving to compel the award in the appropriate Pennsylvania court. Before further considering the instant application, the Court requires a more detailed explanation of (1) the status of the Pennsylvania case (including the status of the emergency applications), (2) why the first-to-file rule does not apply here, and (3) whether Plaintiff is precluded from seeking relief in Pennsylvania and the propriety of this Courts proceeding in the face of the forum-selection clause. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 01/26/2021) |
| 01/26/2021 | 14 | REPLY in support EX PARTE APPLICATION for Temporary Restraining Order as to Preliminary Injunction 11 and Scheduling Notice (Docket 13) filed by Plaintiff Balanced Bridge Funding, LLC. (Attachments: # 1 Letter Re Philadelphia District Court Matter) (Mouradian, Mhare) (Entered: 01/26/2021) |
| 01/26/2021 | 15 | DOCUMENT STRICKEN ON 1/28/21. EX PARTE APPLICATION of Non-Resident Attorney Peter C. Buckley to Appear Pro Hac Vice on behalf of Plaintiff Balanced Bridge Funding, LLC (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-30251995) filed by Plaintiff Balanced Bridge Funding, LLC. (Attachments: # 1 Certificates of Good Standing, # 2 Proposed Order) (Mouradian, Mhare) Modified on 1/28/2021 (bm). (Entered: 01/26/2021) |
| 01/27/2021 | 16 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Response to Notice of Fee Due on Pro Hac Vice Application 12 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Application for Pro Hac Vice. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 01/27/2021) |
| 01/27/2021 | 17 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: EX PARTE APPLICATION of Non-Resident Attorney Peter C. Buckley to Appear Pro Hac Vice on behalf of Plaintiff Balanced Bridge Funding, LLC (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-30251995) 15 . The following error(s) was/were found: Incorrect event selected. Correct event is Appear Pro Hac Vice (G-64) Local Rule 83-2.1.3.3(d) Attached Certificate of Good Standing not issued within 30 days prior to filing of the |

| | | |
|---|---|---|
| | | application. Other error(s) with document(s): A declaration is required regarding unavailability to provide GSC due to COVID-19. See Court's website on Coronavirus (COVID-19) Guidance. (Thrasher, Lupe) (Entered: 01/27/2021) |
| 01/27/2021 | 18 | MINUTE ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER 11 by Judge Stanley Blumenfeld, Jr. See document for specifics. Court Reporter: N/A. (gk) (Entered: 01/27/2021) |
| 01/28/2021 | 19 | FIRST AMENDED COMPLAINT against DEFENDANT Alexis C. Harper amending Complaint (Attorney Civil Case Opening), 1 , filed by Plaintiff Balanced Bridge Funding, LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Mouradian, Mhare) (Entered: 01/28/2021) |
| 01/28/2021 | 20 | Second EX PARTE APPLICATION for Temporary Restraining Order as to Preliminary Injunction filed by Plaintiff Balanced Bridge Funding, LLC. (Attachments: # 1 Memorandum of Points & Authorities ISO, # 2 Declaration of Peter C. Buckley, # 3 Proposed Order) (Mouradian, Mhare) (Entered: 01/28/2021) |
| 01/28/2021 | 21 | INITIAL STANDING ORDER upon filing of the complaint by Judge Stanley Blumenfeld, Jr. (vcr) (Entered: 01/28/2021) |
| 01/28/2021 | 22 | MINUTE ORDER [In Chambers] by Judge Stanley Blumenfeld, Jr.: The Court strikes the Response filed by Pro Hac Vice attorney Mhare Ohan Mooradian, Dkt. No. 12, and the Ex Parte Application of Non-Resident Attorney Peter C. Buckley to Appear Pro Hae Vice, Dkt. No. 15, without prejudice to refiling upon correction of the deficiencies, see Dkt. Nos. 16 and 17, respectively. (bm) Modified on 1/28/2021 (bm). (Entered: 01/28/2021) |
| 01/29/2021 | 23 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Reply (Motion related), 14 . The following error(s) was/were found: Attorneys or parties should refrain from writing letters to the judge, Local Rule 83-2.5. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 01/29/2021) |
| 01/29/2021 | 24 | APPLICATION of Non-Resident Attorney Peter C. Buckley to Appear Pro Hac Vice on behalf of Plaintiff Balanced Bridge Funding, LLC (Pro Hac Vice Fee - $500 Previously Paid on 1/26/2021, Receipt No. 30251995) filed by Plaintiff Balanced Bridge Funding, LLC. (Attachments: # 1 Declaration of Peter Buckley Re Certificate of Good Standing, # 2 Exhibit - Certificate of Good Standing - Pennsylvania, # 3 Proposed Order Re Peter Buckley PHV Application) (Mouradian, Mhare) (Entered: 01/29/2021) |
| 02/01/2021 | 25 | MINUTES - IN CHAMBERS by Judge Stanley Blumenfeld, Jr.: In accordance with the Notice to Filer of Deficiencies in Electronically Filed Documents 23 , regarding: Reply in Support Ex Parte Application for Temporary Restraining Order as to Preliminary Injunction and Scheduling Notice (Docket 13) filed by Plaintiff Balanced Bridge Funding, LLC 14 , the document is accepted as filed. Court Reporter: Not Present. (gk) (Entered: 02/02/2021) |
| 02/02/2021 | 26 | MINUTE ORDER STAYING RULING ON EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER by Judge Stanley Blumenfeld, Jr.: The Court denied the application for a temporary restraining order chiefly because Plaintiff had earlier applied to the Eastern District of Pennsylvania seeking the same relief, Balanced Bridge Funding, LLC v. Harper, Case No. 2:20-cv-06525-AB (E.D. Pa.) (PA Action). As previously discussed, due to the similarity between the two actions and the significant risk of inconsistent rulings and duplicative work, the first-to-file rule bars Plaintiff from seeking relief in this Court until a decision is rendered in the PA Action. The removal of |

| | | |
|---|---|---|
| | | Alvin C. Harper (Harper) as a defendant in this case does not cure the issues identified in the Court's order on Plaintiff's first application for a TRO 18 ; the relief requested remains functionally identical. The Court STAYS any ruling on provisional relief pending the outcome in the PA Action. Court Reporter: N/A. (gk) (Entered: 02/03/2021) |
| 02/02/2021 | 27 | ORDER by Judge Stanley Blumenfeld, Jr. Granting Application of Non-Resident Attorney Peter C. Buckley to Appear Pro Hac Vice on behalf of Plaintiff Balanced Bridge Funding, LLC f/k/a Thrivest Specialty Funding, LLC, designating Mhare Mouradian as local counsel 24 . (gk) (Entered: 02/03/2021) |
| 02/10/2021 | 28 | EX PARTE APPLICATION for Order for ALTERNATIVE SERVICE OF DEFENDANT ALEXIS C. HARPER filed by Plaintiff Balanced Bridge Funding, LLC. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Proposed Order) (Mouradian, Mhare) (Entered: 02/10/2021) |
| 02/26/2021 | 29 | ORDER GRANTING EX PARTE MOTION FOR ALTERNATIVE SERVICE OF DEFENDANT ALEXIS C. HARPER by Judge Stanley Blumenfeld, Jr.: It is ORDERED that Plaintiff's x Parte Motion for Alternative Service of Defendant Alexis C. Harper 28 is GRANTED. Balanced Bridge may effectuate service on Defendant by posting the papers on the door to her property located at 616 St. Paul Ave., Apt. 420, Los Angeles, CA 90017; Balanced Bridge shall also post a copy of this Order. Balanced Bridge may effectuate service of all subsequent papers in this action in accordance with Rule 5 by mailing copies to Defendant at 616 St. Paul Ave., Apt. 420, Los Angeles, CA 90017. (gk) (Entered: 03/01/2021) |
| 03/03/2021 | 30 | PROOF OF SERVICE Executed by Plaintiff Balanced Bridge Funding, LLC, upon Defendant Alexis C. Harper served on 3/2/2021, answer due 3/23/2021. Service of the Summons and Complaint were executed upon Alexis C. Harper, Defendant in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. *Per Rule 5(b)(2)(B)(ii)* (Attachments: # 1 Exhibit A Order Granting Alternative Service (Dkt 29), # 2 Exhibit B Summons Issued (Dkt 9))(Mouradian, Mhare) (Entered: 03/03/2021) |
| 03/22/2021 | 31 | ANSWER to Complaint (Attorney Civil Case Opening), 1 filed by Defendant Alexis C. Harper.(Attorney Alvin Marcus Hall added to party Alexis C. Harper(pty:dft))(Hall, Alvin) (Entered: 03/22/2021) |
| 03/23/2021 | 32 | ORDER SETTING SCHEDULING CONFERENCE by Judge Stanley Blumenfeld, Jr. T Rule 26 Meeting Report due by 4/16/2021. Scheduling Conference set for 4/23/2021 at 08:30 AM before Judge Stanley Blumenfeld Jr.. (vcr) (Entered: 03/23/2021) |
| 03/23/2021 | 33 | ORDER SETTING SCHEDULING CONFERENCE by Judge Stanley Blumenfeld, Jr. The Court sets a Scheduling Conference for 4/23/2021 at 08:30 AM before Judge Stanley Blumenfeld Jr.. The parties shall file a joint Rule 26 Meeting Report due by 4/16/2021. (vcr) (Entered: 03/23/2021) |
| 03/25/2021 | 34 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Answer to Complaint (Attorney Civil Case Opening) 31 . The following error(s) was/were found: Local Rule 7.1-1 No Notice of Interested Parties and/or no copies. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 03/25/2021) |
| 04/05/2021 | 35 | ANSWER to Amended Complaint/Petition 19 *for Injunctive Relief* filed by Defendant Alexis C. Harper.(Hall, Alvin) (Entered: 04/05/2021) |
| 04/05/2021 | 36 | Certification and Notice of Interested Parties of Interested Parties filed by Defendant |

| | | |
|---|---|---|
| | | Alexis C. Harper, identifying None. (Hall, Alvin) (Entered: 04/05/2021) |
| 04/15/2021 | 38 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Stanley Blumenfeld, Jr., ORDERING Suggestion of Bankruptcy submitted by Defendant Alvin C. Harper received on 4/12/2021 is not to be filed but instead rejected. Denial based on: Suggestion of Bankruptcy. (gk) (Entered: 04/16/2021) |
| 04/16/2021 | 37 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 1-3 days, filed by Plaintiff Balanced Bridge Funding, LLC.. (Mouradian, Mhare) (Entered: 04/16/2021) |
| 04/19/2021 | 39 | SCHEDULING NOTICE by Judge Stanley Blumenfeld, Jr. The Court VACATES the Scheduling Conference set for 4/23/21. No appearance is required. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 04/19/2021) |
| 04/20/2021 | 40 | MINUTE ORDER IN CHAMBERS by Judge Stanley Blumenfeld, Jr. The Court has reviewed the Joint Rule 26(f) and sets the pretrial and trial dates noted in the table below based on an evaluation of the complexity of the case. (Amended Pleadings due by 5/21/2021. Discovery cut-off 6/11/2021. Motion hearing deadline 6/25/2021. Status Report due by 6/29/2021. Last date to conduct settlement conference is 6/25/2021. Bench Trial set for 7/27/2021 at 08:30 AM before Judge Stanley Blumenfeld Jr.. Pretrial Conference set for 7/9/2021 at 11:00 AM before Judge Stanley Blumenfeld Jr. Post-Settlement Status Conference set for 7/2/2021 at 08:30 AM before Judge Stanley Blumenfeld Jr.) (mrgo) (Entered: 04/22/2021) |
| 04/23/2021 | 41 | PRETRIAL AND TRIAL ORDER by Judge Stanley Blumenfeld, Jr. (vcr) (Entered: 04/23/2021) |
| 05/20/2021 | 42 | [DOCUMENT STRICKEN PER CIVIL MINUTES OF 5/25/2021, SEE DOCKET NO. 43] Joint STIPULATION to Continue Trial Deadline and Other Related Deadlines from 07/27/2021 to 01/24/2022 filed by Plaintiff Balanced Bridge Funding, LLC. (Attachments: # 1 Proposed Order to Continue Trial Date and Other Related Deadlines)(Mouradian, Mhare) Modified on 5/25/2021 (gk). (Entered: 05/20/2021) |
| 05/25/2021 | 43 | MINUTES - IN CHAMBERS by Judge Stanley Blumenfeld, Jr.: The Court strikes the Joint STIPULATION to Continue Trial Deadline and Other Related Deadlines from 7/27/2021 to 1/24/2022 filed by Plaintiff Balanced Bridge Funding, LLC 42 , without prejudice to refiling in compliance with the Court's Standing Order Rule 5 b. See document for further details. Court Reporter: Not Present. (gk) (Entered: 05/25/2021) |
| 05/25/2021 | 44 | Joint STIPULATION to Continue Trial Date and Other Related Deadlines from 7/27/2021 to 1/24/2022 filed by Plaintiff Balanced Bridge Funding, LLC. (Attachments: # 1 Proposed Order to Continue Trial Date and Other Related Deadlines)(Mouradian, Mhare) (Entered: 05/25/2021) |
| 05/26/2021 | 45 | ORDER CONTINUING TRIAL DATE AND OTHER RELATED DEADLINES by Judge Stanley Blumenfeld, Jr.: Upon Stipulation 44 , the Court HEREBY ORDERS that the trial date and other related deadlines are continued. Bench Trial set for 10/25/2021 08:30 AM before Judge Stanley Blumenfeld Jr. Pretrial Conference set for 10/8/2021 11:00 AM before Judge Stanley Blumenfeld Jr. Motion to Amend Pleadings/Add Parties 8/13/2021. Discovery cut-off 9/10/2021. Discovery Motion Hearing Deadline 9/10/2021. Non-Discovery Motion Hearing Deadline 9/24/2021. Last date to conduct settlement conference is 9/24/2021. Post-Settlement Status Conference set for 10/1/2021 08:30 AM before Judge Stanley Blumenfeld Jr. Post-Settlement Status Report due by 9/28/2021. Trial Filings (First Set) due by 9/10/2021. Trial Filings (Second Set) due by 9/24/2021. (gk) (Entered: 05/26/2021) |
| 06/16/2021 | 46 | TEXT ONLY ENTRY: The parties are advised that the Court has updated its standing |

| | | |
|---|---|---|
| | | orders effective June 15, 2021 (i.e., Standing Order for Civil Cases Assigned to Judge Stanley Blumenfeld, Jr., Mandatory Scheduling Conference (MSC) Order, Order Re: Motions for Summary Judgment, Pretrial and Trial Order). These orders apply to all pending cases, except as follows: (1) the updated Order Re: Motions for Summary Judgment (MSJ) does not apply to any MSJ filed on or before July 27, 2021; and (2) the updated Pretrial and Trial Order does not apply to any case with a pretrial conference set on or before July 22, 2021. The parties are directed to read and comply with all these standing orders except as noted in the prior sentence. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrey) TEXT ONLY ENTRY (Entered: 06/16/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/25/2021 09:54:46 | | | |
| **PACER Login:** | fr000009 | **Client Code:** | 027275.00001.search |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-cv-00663-SB-JC End date: 6/25/2021 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |