# EXHIBIT "I"

AMERICAN ARBITRATION ASSOCIATION
Commercial Arbitration Tribunal

| | | |
|---|---|---|
| BALANCED BRIDGE FUNDING, LLC f/k/a THRIVEST SPECIALTY FUNDING, LLC, Claimant, | : : : : | |
| vs. | : : : | CASE NO. 01-20-0019-2914 |
| ALVIN C. HARPER, Respondent. | : | |

**FINAL AWARD OF ARBITRATOR**

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties and dated December 15, 2016, and having been duly sworn, and having duly heard the proofs and allegations of the Claimant, represented by Peter C. Buckley, Esq. of Fox Rothschild LLP, and the Respondent, having failed to appear after due notice by mail in accordance with the Rules of the American Arbitration Association (AAA), hereby, AWARD, as follows:

1. Respondent Alvin C. Harper shall pay to Claimant Balanced Bridge Funding, LLC f/k/a Thrivest Specialty Funding, LLC, the sum of $543,412.03 on account of the following:

   a. $491,623.20 on account of Respondent's breach of the agreement; and

   b. $51,788.83 on account of attorneys' fees and costs incurred to date by Claimant to enforce the agreement.

2. The Interim Award of Emergency Relief dated December 29, 2020, is made part of this Award and shall remain in full force and effect.

The administrative fees of the American Arbitration Association totaling $8,250.00 and the compensation of the arbitrators totaling $5,965.00 shall be borne by Respondent. Therefore, Respondent shall reimburse Claimant the sum of $14,215.00 representing that portion of said fees in excess of the apportioned costs previously incurred and paid by Claimant.

This Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims not expressly granted herein are hereby, denied.

March 16, 2021                         *Dennis R. Suplee*
                                        Dennis R. Suplee

I, Dennis R. Suplee, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Final Award.

March 16, 2021                         *Dennis R. Suplee*
                                        Dennis R. Suplee