**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| _____ | : | |
| IN RE: NATIONAL FOOTBALL | : | No. 2:12-md-02323-AB |
| LEAGUE PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | MDL No. 2323 |
| _____ | : | |
| | : | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: | : | |
| ALL ACTIONS | : | |
| _____ | : | |

## <u>ORDER</u>

**AND NOW**, on this <u>**30th**</u> **day** of **June, 2021**, under Federal Rule of Civil Procedure 53(a)(1), the Order of July 13, 2016 (ECF No. 6871) appointing Wendell Pritchett and Jo-Ann Verrier as Special Masters in *In re National Football League Players' Concussion Injury Litigation* (12-md-2323) is extended for a second five-year term.

The Court continues to be satisfied that Provost Pritchett and Vice Dean Verrier have the requisite experience and qualifications to fulfill the tasks contemplated by the Court under Federal Rule of Civil Procedure 53. The terms of the original appointment are reiterated with the following change: the hourly rate will increase effective July 1, 2021, for all Special Masters to $450/hour, and the rate will be adjusted annually moving forward with the agreement of the Parties. This compensation and any expenses will be paid out of the uncapped Monetary Award Fund.[1]

---

[1] The Special Masters' compensation does not affect the amount of funds available to Settlement Class Members because the Settlement Fund is uncapped.

The Parties have had notice and an opportunity to be heard on this extension, and they consent to the Court's reappointment of Special Masters Pritchett and Verrier.


    ***S/Anita B. Brody***
    ANITA B. BRODY, J.

**COPIES VIA ECF**