## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | No. 2:12-md-02323-AB |
| **THIS DOCUMENT RELATES TO:** | MDL No. 2323 |
| **ZIMMERMAN REED V. SPID 100012966 (G.R.)** | Honorable Anita B. Brody |
| **ATTORNEY LIEN DISPUTE (CASE NO: 01669)** | |

### WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on June 21, 2021, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, G.R., who was issued a Notice of Monetary Award Claim Determination on February 1, 2021. The Lien was filed in May 2020 by Zimmerman Reed. G.R. is currently represented by Shenaq PC. As G.R.'s counsel, Shenaq PC represents that G.R. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

Name: Gordon Rudd

Zimmerman Reed

Name: Amir Shenaq

Shenaq PC

APPROVED:

Date: June 28, 2021

David R. Strawbridge

United States Magistrate Judge

2