# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**LARRY GRIFFIN** | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br><br><br>**NOTICE OF ATTORNEY'S LIEN** |

Pursuant to O.C.G.A. § 15-19-14, the Petitioner, Shenaq PC, formerly attorney for **Larry Griffin** in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: July 5, 2021.

                                        Respectfully submitted,

                                        SHENAQ PC

                     By: */s/ Amir Shenaq*
                          Amir Shenaq
                          State Bar No. 505281
                          3500 Lenox Road Ste. 1500
                          Atlanta, GA 30326
                          Tel. (888) 909-9993
                          Fax. (713) 583-3538
                          amir@shenaqpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: July 5, 2021.

                                              */s/ Amir Shenaq*
                                                Amir Shenaq