**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF
PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**ORDER**

Upon Motion for Order to Show Cause filed by the Claims Administrator, and finding it necessary and appropriate to effectuate and prevent the frustration of this Court's April 22, 2015 Final Order and Judgment approving the Settlement Agreement (Document 6510), to enforce the terms of the Settlement Agreement and that Order, and to protect the interests of the Settlement Class, it is O**RDERED, ADJUDGED and DECREED** as follows:

1. Richard Collins of Collins & Truett Attorneys, 113 South Monroe Street, Tallahassee, Florida 32301. shall appear before this Court at _____ __m. ET on _____ and show cause why he should not be held in civil contempt of this Court's retained exclusive jurisdiction in Paragraph 16 of the Final Order and Judgment over all disputes or controversies arising out of, or related to, the interpretation, implementation, administration, and enforcement of the Settlement Agreement, by the filing on behalf of the law firm of Collins & Truett Attorneys, P.A., of a "Complaint for Temporary and Permanent Injunction" in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, against the Claims Administrator, the Court's Special Masters, and other

parties, relating to an audit under the Settlement Agreement of the firm's activities in connection with Settlement Class Members and claims for Monetary Awards.

    2.    Richard Collins shall not take any steps to attempt service of process, obtain entry of default, conduct any form of discovery, or engage in any proceedings of any kind, other than dismissal, in the suit he filed in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, and all proceedings, including any time periods to answer or respond to discovery, in such suit are stayed as to all persons and entities named as defendants in such suit until further order of this Court.

    The Claims Administrator is directed to email a copy of this Order to Richard Collins at his last known email address.

_____
ANITA B. BRODY, J.

_____
DATE