# SEEGERWEISS LLP

July 7, 2021

**Via ECF**

Honorable Anita B. Brody
United States District Judge
Eastern District of Pennsylvania
601 Market Street
Room 7613
Philadelphia, PA 19106

Re: *In Re: National Football League Players' Concussion Injury Litigation,*
No. 2:12-md-02323-AB

I am in receipt of the Motion to Amend Rules Governing Payment of Claims Involving Third-Party Funders ("Motion") filed by Thrivest Specialty Funding LLC (n/k/a Balanced Bridge Funding LLC) ("Thrivest") on June 28, 2021 (ECF No. 11422).  Any response to the Motion is currently due on July 12, 2021.

We are currently considering the implications of the amendments requested by Thrivest through it Motion on the earlier orders of this Court and the rights and interests of the Retired NFL Football Players in regards to third-party funders.  We are endeavoring to consult with persons within the Settlement Program directly involved in the procedures related to third-party funders, including both the rules Thrivest seeks to amend as well as the related Third-Party Funding Resolution Protocol.  However, due to the intervening holiday and vacation schedules, these consultations have been delayed.

Accordingly, I am writing to request an additional seven (7) days to consider a response to Thrivest's motion.  We have spoken to counsel for Thrivest which does not oppose this request.  If the request is granted, response to the Motion would be due on July 19, 2021.

We thank the Court for its consideration of this request.

Respectfully,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
Class Counsel

Encl.
cc:   All counsel of records (via ECF)

55 Challenger Road • Ridgefield Park, NJ 07660 • T: 973.639.9100 • F: 973.679.8656 • seegerweiss.com