UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of July, 2021, upon consideration of Class Counsel's April 7, 2021 letter requesting an extension of time to facilitate a response to Thrivest's Motion to Amend Rules Governing Payment of Claims Involving Third-Party Funders, IT IS ORDERED that Class Counsel's response shall be filed on or before July 19, 2021.

_____
Anita B. Brody
United States District Judge