# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ORDER

**AND NOW**, this 9th day of July, 2021, upon consideration of Class Counsel's July 7, 2021 letter (ECF No. 11431) requesting an extension of time to respond to Thrivest's Motion to Amend Rules Governing Payment of Claims Involving Third-Party Funders, it is **ORDERED** that Class Counsel's response must be filed **on or before July 19, 2021**.[1]

　　　　　　　　　　　　　　　　　　　　__s/ANITA B. BRODY, J.__
　　　　　　　　　　　　　　　　　　　　Anita B. Brody , J.

---

[1] Thrivest does not oppose the extension. ECF No. 11431, para. 3.