# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-2323-AB |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion of Special Masters Wendell E. Pritchett, Jo-Ann M. Verrier, and David Hoffman to enjoin a Florida action captioned *Collins & Truett Attorneys, P.A. v. Roma Petkauskas, et al.*, No. 2021-CA-001049, Circuit Court for the Second Judicial District, in and for Leon County, Florida (filed June 17, 2021), and removed to the Northern District of Florida, No. 4:21-cv-00286-RH-MAF ("Florida action"), under the authority vested in this Court by the All Writs Act, 28 U.S.C. § 1651, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Florida action is enjoined.

The Clerk of Court is directed to take such further action as is necessary to inform the Clerk of the Northern District of Florida of this Order and to give effect to this Order in that Court.

_____
Anita B. Brody, J.