# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                                  Plaintiffs,<br>     v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                                                  Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

AND NOW, this 16th day of July, 2021, the parties in this matter having been referred to me for mediation "to seek to address the concerns relating to the race-norming issue" that were raised in the related case of *Henry v. National Football League*, Civ. No. 20-4165 (*see* ECF No. 11302), and the Court having engaged in those efforts in an ongoing process (*see, e.g.,* ECF No. 11398), **IT IS HEREBY ORDERED** that the parties and counsel are not to discuss with persons not authorized to participate in the mediation either proposed settlement terms or the status of negotiations while the mediation discussions are ongoing.

                                                  BY THE COURT:


                                                   /s/ David R. Strawbidge, USMJ
                                                  DAVID R. STRAWBRIDGE
                                                  UNITED STATES MAGISTRATE JUDGE