Case 2:21-cv-02326-AB-MAF Document 14-1 Filed 07/16/21 Page 1 of 2
Case 4:21-cv-00286-RH-MAF Document 11 Filed 07/19/21 Page 1 of 2

*Page 1 of 2*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COLLINS & TRUETT ATTORNEYS, P.A.,

    Plaintiff,

v.                                            CASE NO. 4:21cv286-RH-MAF

ROMA PETKAUSKAS et al.,

    Defendants.

_____/

## ORDER STAYING PROCEEDINGS

The court has received notice from the Clerk of the Judicial Panel on Multidistrict Litigation that a conditional transfer order has been entered in this case. The plaintiff asserts the case should not be transferred, but that is an issue for the Panel. On this court's own motion,

    IT IS ORDERED:

    1. Further proceedings are stayed, and all deadlines that have not passed are tolled, until 14 days after entry of an order denying transfer or remanding this case to this district.

Case No. 4:21cv286-RH-MAF          **EXHIBIT 1**

Case 4:21-cv-00236-AW-MAF Document 14-1 Filed 07/19/21 Page 2 of 2
Case 4:21-cv-00286-RH-MAF Document 11 Filed 07/16/21 Page 2 of 2

*Page 2 of 2*

2. The defendants' motion, ECF No. 8, to extend the deadline to respond to the complaint is denied as moot.

SO ORDERED on July 16, 2021.

s/Robert L. Hinkle  
United States District Judge
