IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT IN
AND FOR LEON COUNTY, FLORIDA

COLLINS & TRUETT ATTORNEYS, P.A.,

CASE NO.: 2021 CA 1049

    Plaintiff,

vs.

ROMA PETKAUSKAS, et al,

    Defendant,
_____/

## ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon the Notice of Removal filed in this matter on July 13, 2021. The Court had previously set a hearing on a Motion for Temporary Injunction. However, the hearing was not properly noticed and the Court no longer has jurisdiction. Therefore, the Court is administratively closing the file. The parties may notify the Court if the federal court relinquishes jurisdiction and the case will be reopened. It is hereby:

**ORDERED AND ADJUDGED** that the Case is **CLOSED**.

**DONE AND ORDERED** at Tallahassee, Florida on July 15, 2021.

                                                                Angela C. Dempsey
                                                                Circuit Judge

Copies to:
All attorneys or parties of record

# EXHIBIT 2