UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al. (Plaintiffs Claudie Minor, Jr. and Vicki Ann Minor ONLY)<br><br>Court File No. 2:12-cv-2219-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS CLAUDIE MINOR, JR. AND VICKI ANN MINOR** |

J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiff's Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Claudie Minor, Jr. and Vicki Ann Minor only in this action, and state as follows:

1.      Plaintiffs' counsel filed the action *Floyd Little, et al. v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Claudie Minor, Jr. and Vicki Ann Minor.

2.      Plaintiffs' counsel filed a short form complaint for Claudie Minor, Jr. and Vicki Ann Minor on July 13, 2012.

3.      Despite the efforts of the undersigned on Plaintiffs behalf, the NFL Concussion Settlement Claims Administrator informed Zimmerman Reed LLP that Plaintiffs retained separate counsel to represent them in this case.

4.      Specifically, on June 29, 2021, the Claims Administrator issued an NFL Representation Notification ("Notice") to Zimmerman Reed LLP stating that Plaintiff informed the Claims Administrator that he is represented by a different lawyer, and listing Langfitt Garner PLLC as the "New Lawyer Requested by Settlement Class Member".

5.      The Notice provides "seven days to communicate with the Settlement Class Member and come to a resolution" before the Claims Administrator would "update the Class Member's representation in [its] database to the new lawyer above."  Zimmerman Reed LLP has not discussed further representation with Claudie Minor, Jr. and Vicki Ann Minor.  More than seven days have passed from the Notice date.

6.      Under the circumstances, it is apparent that Mr. Minor has hired alternate counsel to represent him, that those counsel have been identified to the Claims Administrator, and that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Claudie Minor, Jr. and Vicki Ann Minor only in Court File No. 2:12-cv-2219-AB.

/ / / / /

/ / / / /

/ / / / /

Dated:  August 11, 2021

Respectfully submitted,

ZIMMERMAN REED LLP


 s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com