UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and: <br><br> Floyd Little, et al. v. National Football League, et al. (Plaintiffs Claudie Minor, Jr. and Vicki Ann Minor ONLY) <br><br> Court File No. 2:12-cv-2219-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, attorney for Plaintiffs Claudie Minor, Jr. and Vicki Ann Minor in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs Claudie Minor, Jr. and Vicki Ann Minor.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  August 11, 2021                    Respectfully submitted,

                                           ZIMMERMAN REED LLP


                                            s/ Brian C. Gudmundson
                                           J. Gordon Rudd, Jr. (#222082)
                                           Brian C. Gudmundson (#336695)
                                           Michael J. Laird (#0398436)
                                           1100 IDS Center, 80 South 8th Street
                                           Minneapolis, MN  55402
                                           Telephone: (612) 341-0400
                                           Facsimile: (612) 341-0844
                                           Gordon.Rudd@zimmreed.com
                                           Brian.Gudmundson@zimmreed.com
                                           Michael.Laird@zimmreed.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  August 11, 2021                    ZIMMERMAN REED LLP

                                   s/ Brian C. Gudmundson
                                  J. Gordon Rudd, Jr. (#222082)
                                  Brian C. Gudmundson (#336695)
                                  Michael J. Laird (#0398436)
                                  1100 IDS Center, 80 South 8th Street
                                  Minneapolis, MN  55402
                                  Telephone: (612) 341-0400
                                  Facsimile: (612) 341-0844
                                  Gordon.Rudd@zimmreed.com
                                  Brian.Gudmundson@zimmreed.com
                                  Michael.Laird@zimmreed.com