# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No.   12-md-2323 (AB)<br><br>MDL No. 2323<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE OF ED S. DIAB |
| **THIS DOCUMENT RELATES TO:**<br><br>**MDL No.** 12-md-2323 (AB) | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the appearance of Ed S. Diab on behalf of plaintiffs in *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

DATE:  August 12, 2021               Respectfully submitted,

                                      By:   /s/ Ed S. Diab
                                      Ed S. Diab, Esq.
                                      GOMEZ TRIAL ATTORNEYS
                                      655 West Broadway, Suite 1700
                                      San Diego, CA 92101
                                      (619) 237-3490

1

## **CERTIFICATE OF SERVICE**

I, the undersigned certify that on August 12, 2021, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE OF ED S. DIAB to be filed under seal via messenger service. A true and correct copy was then served by e-mail or electronic transmission on all counsel of record.

                                                      /s/ Ed S. Diab  
                                                        Ed S. Diab