IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | Case No. 2:12-md-2323 (AB)<br><br>MDL NO. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, Successor-in-Interest to NFL Properties, Inc.,<br><br>Defendants. | : : : : : : : : : : : : : : : : : | Hon. Anita B. Brody<br><br><br><br><br><br><br><br>NOTICE OF ATTORNEY'S LIEN<br><br>THIS DOCUMENT RELATES TO:<br><br><u>**Hart Lee Dykes**</u> |

Pursuant to Title II, Rule 7 and Rule 8 of the Amended Rules Governing Attorneys' Liens, adopted October 3, 2018, in the above-styled action, attorneys for Plaintiff **Hart Lee Dykes** in the above-styled action, hereby notifies the Court and all parties that Collins & Truett Attorneys, P.A., has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff **Hart Lee Dykes**.

Dated: August 18, 2021.

1

Respectfully Submitted,

COLLINS & TRUETT ATTORNEYS, PA

*/s/ Richard Collins*
Florida Bar No. 161195
Collins & Truett Attorneys, P.A.
8333 N.W. 53rd Street – Suite 450
Doral, Florida 33166
Telephone: (833) 496-8529
Fax: (904) 385-4932
E-Mail: Richard@CollinsTruett.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that he has served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: August 18, 2021.

*/s/ Richard Collins*
Florida Bar No. 161195
Collins & Truett Attorneys, P.A.
8333 N.W. 53rd Street – Suite 450
Doral, Florida  33166
Telephone: (833) 496-8529
Fax: (904) 385-4932
E-Mail: Richard@CollinsTruett.com