IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITLGATION | Case No. 2:12-md-2323 (AB) <br><br> MDL NO. 2323 |
| Kevin Turner and Shawn Wooden, On behalf of themselves and others Similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties, LLC, Successor-in-Interest to NFL Properties, Inc., <br><br> Defendants. | Hon. Anita B. Brody <br><br><br><br> PETITION TO ESTABLISH ATTORNEY'S LIEN <br><br> THIS DOCUMENT RELATES TO: <br><br> <u>Hart Lee Dykes</u> |

Petitioner, Collins & Truett Attorneys, P.A., pursuant to Pursuant to Title II, Rule 7 and Rule 8 of the Amended Rules Governing Attorney's Liens, adopted October 3, 2018, in the above-styled action, and the executed Agreement for Legal Services, states as follows:

1.    Petitioner's law firm has attorneys admitted to practice before, the Courts of Florida and files this Petition to establish a lien for attorney's fees as set forth hereinafter.

2.	On or about **November 10, 2020**, Petitioner was retained and employed by Plaintiff, **Hart Lee Dykes**, pursuant to an agreement for legal services, to pursue a claim for injuries and damages allegedly caused by the National Football League's conduct associated with football-related concussions, head, and brain injuries.

3.	The Retainer Agreement & Power of Attorney ("Agreement") states that, "It is agreed and understood that this employment is on a contingency fee basis, and, if no recovery or savings is made, the Client will not be indebted to the Attorneys for any sums whatsoever as attorney's fees and costs."

4.	The Agreement also states that "the Client agrees to pay the Attorneys 15% of all gross monies recovered on the Client's behalf in relation to the IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION (No. 2:12-md-02323-AB) Final Settlement Agreement."

5.	Since **August 10, 2020**, Petitioner has provided counsel for any needed matter, such as Social Security Disability, NFL Total and Permanent Disability, neuropsychological treatment, counseling for depression or suicide, family matters, paid costs relating to neuropsychological, Clinical Dementia Rating, neurological, MRI, follow up testing, travel, meals, local transportation, monthly consultation and client updates, MAF and BAP, third-

party sworn affidavits, retaining experts, paying every and all costs, and more.

6. Petitioner was not terminated due to any malfeasance or other improper action.

7. Plaintiff dropped Petitioner only after his claim and appeal was prepared with testing and verification of compensable injuries, despite the fact that Petitioner has paid all costs pertaining to his claim up to the point of termination.

8. Petitioner claims the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiff in this action.

WHEREFORE, the Petitioner prays:

1. That an attorney's lien be established;

2. That the amount of the lien be determined;

3. That the Court order that Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement or judgment in this action;

4. That the Defendant or Defendant's insurer be prohibited from paying to the Plaintiff any sums or money until said lien has been satisfied; and

5. For such other further relief as this Court deems fair and just.

Dated: **August 18, 2021**

                        Respectfully Submitted,

                        */s/ Richard Collins*
                        Florida Bar No. 161195
                        Collins & Truett Attorneys, P.A.
                        8333 N.W. 53rd Street – Suite 450
                        Doral, Florida 33166
                        Telephone: (833) 496-8529
                        Fax: (904) 385-4932
                        E-Mail: Richard@CollinsTruett.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that he has served via email to ClaimsAdministrator@NFLconcussionsettlement.com, and via facsimile to (804) 521-7299, ATTN: NFL Liens.

Dated: **August 18, 2021**

                        */s/ Richard Collins*
                        Florida Bar No. 161195
                        Collins & Truett Attorneys, P.A.
                        8333 N.W. 53rd Street – Suite 450
                        Doral, Florida  33166
                        Telephone: (833) 496-8529
                        Fax: (904) 385-4932
                        E-Mail: Richard@CollinsTruett.com