UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>  Plaintiffs,<br>v.<br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>  Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>No. 12-cv-02219 |
| THIS DOCUMENT RELATES TO:<br>*Little v. National Football League et al.* | |

**ORDER**

**AND NOW**, on this **23rd** day of **August, 2021**, it is **ORDERED** that the following Motions to Withdraw as Counsel by Zimmerman Reed LLP are **GRANTED**:

- Motion for Leave to Withdraw as Counsel for Plaintiff Randall Morris (Case No. 12-cv-02219, ECF No. 222; Case No. 12-md-2323, ECF No. 11457);

- Motion for Leave to Withdraw as Counsel for Plaintiffs Claudie Minor, Jr., and Vicki Ann Minor (Case No. 12-cv-02219, ECF No. 224; Case No. 12-md-2323, ECF No. 11459).

  *S/Anita B. Brody*
  ANITA B. BRODY, J.

Copies via **ECF**          **Copies mailed** _____ **to:**

1