UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>　　　　　　　　　　Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

**AND NOW**, on this **24th day** of **August, 2021**, it is **ORDERED** that the following motions relating to *Collins & Truett Attorneys PA v. Petkauskas*, No. 21-cv-00286 (N.D. Fla. removed July 12, 2021) are **DENIED AS MOOT**[1]:

- Motion for Order to Show Cause (ECF No. 11429);
- Motion for Order to Show Cause (ECF No. 11430);
- Motion to Enjoin Florida Action Pursuant to All Writs Act (ECF No. 11436).

　　　　　　　　　　　　　　　　　　　　*S/Anita B. Brody*
　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies via **ECF**　　　　　　　**Copies mailed** _____ **to:**

---

[1] On August 17, 2021, Collins & Truett voluntarily dismissed the Northern District of Florida lawsuit with prejudice. Notice of Voluntary Dismissal, *Collins & Truett*, No. 21-cv-00286 (N.D. Fla. Aug. 17, 2021), ECF No. 15.