## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: National Football League Players' Concussion Injury Litigation | : | No.:212-md-02323-AB |
| | : | |
| | : | MDL No. 2323 |
| | : | |
| This Document Relates To: Wilbert Montgomery | : | |
| | : | |

### NOTICE OF ATTORNEY'S LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, rules of procedure, and the executed Retainer Agreement between Petitioner and Plaintiff, Petitioner, David D. Langfitt, Esquire, of LANGFITT PLLC, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs, as set forth in the accompanying Petition to Establish Attorney's Lien.

Respectfully Submitted,

**LANGFITT PLLC**

Dated: September 1, 2021

By: /s/ David D. Langfitt
David D. Langfitt, Esquire (No. 66588)
P.O. Box 302
Gladwyne, PA 19035
P: 610-787-1706
F: 267-399-5017
E: david@langfittpllc.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: National Football League Players' Concussion Injury Litigation | : : : : : : | No.:212-md-02323-AB<br><br>MDL No. 2323 |
| This Document Relates To:<br>Wilbert Montgomery | | |

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CMECF in the litigation.

Respectfully Submitted,

**LANGFITT PLLC**

Dated: September 1, 2021

By: /s/ David D. Langfitt
David D. Langfitt, Esquire (No. 66588)
P.O. Box 302
Gladwyne, PA 19035
P: 610-787-1706
F: 267-399-5017
E: david@langfittpllc.com