UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>George W. Adams, et al. v. National Football League, et al. (Plaintiffs Solomon Brannan, Jr. and Delores Jean Brannan ONLY)<br><br>Court File No. 2:12-cv-00683-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS SOLOMON BRANNAN, JR. AND DELORES JEAN BRANNAN** |

   J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiff's Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Solomon Brannan, Jr. and Delores Jean Brannan only in this action, and state as follows:

   1. Plaintiffs' counsel filed the action *George W. Adams, et al. v. National Football League, et al.*, No. 2:12-cv-00683-AB, in the Eastern District of Pennsylvania on February 8, 2012, for the benefit of several retired National Football League players, including Solomon Brannan, Jr. and Delores Jean Brannan.

2.	Plaintiffs' counsel filed a short form complaint for Solomon Brannan, Jr. and Delores Jean Brannan on July 13, 2012.

3.	Despite the efforts of the undersigned on Plaintiffs' behalf, the NFL Concussion Settlement Claims Administrator informed Zimmerman Reed LLP that Plaintiffs retained separate counsel to represent them in this case.

4.	Specifically, on August 18, 2021, the Claims Administrator issued an NFL Representation Notification ("Notice") to Zimmerman Reed LLP, stating that Plaintiffs informed the Claims Administrator that they are represented by a different lawyer, and listing Byron Cuthbert and Associates, LLC as the "New Lawyer Requested by Settlement Class Member".

5.	The Notice provides "seven days to communicate with the Settlement Class Member and come to a resolution" before the Claims Administrator would "update the Class Member's representation in [its] database to the new lawyer above."  Zimmerman Reed LLP has not discussed further representation with Solomon Brannan, Jr. and Delores Jean Brannan.  More than seven days have passed from the Notice date.

6.	Under the circumstances, it is apparent that Mr. Brannan has hired separate counsel to represent him, that those counsel have been identified to the Claims Administrator, and that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Solomon Brannan, Jr. and Delores Jean Brannan only in Court File No. 2:12-cv-00683-AB.

Dated:  September 24, 2021            Respectfully submitted,

                                                ZIMMERMAN REED LLP

                                                 s/ Brian C. Gudmundson  
                                                J. Gordon Rudd, Jr. (#222082)  
                                                Brian C. Gudmundson (#336695)  
                                                Michael J. Laird (#0398436)  
                                                1100 IDS Center, 80 South 8th Street  
                                                Minneapolis, MN  55402  
                                                Telephone: (612) 341-0400  
                                                Facsimile: (612) 341-0844  
                                                Gordon.Rudd@zimmreed.com  
                                                Brian.Gudmundson@zimmreed.com  
                                                Michael.Laird@zimmreed.com