UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>George W. Adams, et al. v. National Football League, et al. (Plaintiffs Solomon Brannan, Jr. and Delores Jean Brannan ONLY)<br><br>Court File No. 2:12-cv-00683-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, attorney for Plaintiffs Solomon Brannan, Jr. and Delores Jean Brannan in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorneys' fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs Solomon Brannan, Jr. and Delores Jean Brannan.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  September 24, 2021                           Respectfully submitted,

                                                          ZIMMERMAN REED LLP

                                                           s/ Brian C. Gudmundson
                                                          J. Gordon Rudd, Jr. (#222082)
                                                          Brian C. Gudmundson (#336695)
                                                          Michael J. Laird (#0398436)
                                                          1100 IDS Center, 80 South 8th Street
                                                          Minneapolis, MN  55402
                                                          Telephone: (612) 341-0400
                                                          Facsimile: (612) 341-0844
                                                          Gordon.Rudd@zimmreed.com
                                                          Brian.Gudmundson@zimmreed.com
                                                          Michael.Laird@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  September 24, 2021                             ZIMMERMAN REED LLP

                                                                              s/ Brian C. Gudmundson
                                                                             J. Gordon Rudd, Jr. (#222082)
                                                                             Brian C. Gudmundson (#336695)
                                                                             Michael J. Laird (#0398436)
                                                                             1100 IDS Center, 80 South 8th Street
                                                                             Minneapolis, MN  55402
                                                                             Telephone: (612) 341-0400
                                                                             Facsimile: (612) 341-0844
                                                                             Gordon.Rudd@zimmreed.com
                                                                             Brian.Gudmundson@zimmreed.com
                                                                             Michael.Laird@zimmreed.com