## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN   RE:   NATIONAL   FOOTBALL   LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br>                                          Plaintiffs, <br><br>          v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br><br>                                          Defendants. | |
| THIS DOCUMENT RELATES TO: Goldberg Persky & White v. SPID 100005368 (M.G.) Attorney Lien Dispute Case No. 1710 | |

### STIPULATION WAIVING RIGHTS TO APPEAL FINAL DECISION
### OF THE HONORABLE DAVID R. STRAWBRIDGE, USMJ

1.      On September 22, 2021, the Honorable David R. Strawbridge, USMJ, after resolution by the parties, Goldberg Perskie & White ("Goldberg") and Feder Law LLC ("Feder"), issued a final decision granting the Withdrawal of Attorney's Lien Dispute. The Honorable Judge Strawbridge further ordered that the Claims Administrator disburse the withheld funds in accordance with his final decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

2.      The parties hereto, Goldberg and Feder, hereby waive all rights to appeal the final decision of Judge Strawbridge issued in this matter on September 22, 2021.

3.      Settlement Class Member M.G. understands the implications of this stipulation  and consents to the waiver of all rights to appeal.

**The above is hereby stipulated to by the parties:**

Fred M. Feder, Esquire
Feder Law LLC
P.O. Box 526
Gladwyne, PA 19035
(610) 203-5915
fmfeder@federlaw.net

Date: _9/24/2021_

Jason E. Luckasevic, Esquire
Goldberg Persky & White
11 Stanwix Street, Suite 1800
Pittsburgh, Pa 15222
(412) 471-3980
jluckasevic@gpwlaw.com

Date: _9/24/2021_

**APPROVED BY THE COURT:**

/s/ David R. Strawbridge, USMJ

Date: ___September 24, 2021___

**DAVID R. STRAWBRIDGE**
**UNITED STATES MAGISTRATE JUDGE**