## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **THIS DOCUMENT RELATES TO:** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
|  Vernon Maxwell, et al.<br>v. National Football League et al.<br>No. 2:12-cv-01023-AB | |
| **As to Plaintiffs RODNEY HAMPTON and ANDETRIA HAMPTON, ONLY** | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Elissa D. Miller, solely in her capacity as Bankruptcy Trustee for Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiffs **RODNEY HAMPTON and ANDETRIA HAMPTON** only in the above-referenced case.

Dated: September 30, 2021    Respectfully submitted,

            GOLDBERG, PERSKY & WHITE, P.C.

            By: s/ *Jason E. Luckasevic*
            Jason E. Luckasevic, Esquire
            (PA Bar No. 85557)
            11 Stanwix Street, Suite 1800
            Pittsburgh, PA  15222
            Telephone:  (412) 471-3980
            jluckasevic@gpwlaw.com
            *Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 30, 2021 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.


GOLDBERG, PERSKY & WHITE, P.C.

By: <u>s/  *Jason E. Luckasevic*_____</u>