IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                    Plaintiffs,<br>         v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                                    Defendants. | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

Magistrate Judge David Strawbridge has informed me that, after many months of seeking assistance from a panel of medical experts and discussion under his supervision pursuant to this Court's Orders of March 8, 2021 (ECF No. 11302) and June 3, 2021 (ECF No. 11368), the parties are close to reaching a proposed resolution of the race-norming issues.

It is **ORDERED** that **no later than October 15, 2021**, the mediating parties must file a proposed settlement agreement resolving these issues. Thereafter the Court will announce a procedure for soliciting input from class members.


Dated: October 1, 2021                              *S/Anita B. Brody*
                                                     ANITA B. BRODY, J.

**COPIES VIA ECF**