# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>         Plaintiffs,<br><br>              v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>         Defendants. | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW**, this  8th  day of October, 2021, it is **ORDERED** that the Claims Administrator direct the Settlement Trustee to deduct the Loan Resolution Amount specified in the Payoff Agreement between Mr. George W. McCullough, Jr. and Balanced Bridge Funding LLC f/k/a Thrivest Specialty Funding ("Thrivest") (ECF No. 11486 Ex. "1") from Mr. McCullough's forthcoming Monetary Award and to pay such amount directly to Thrivest.[1]

---

[1] Mr. McCullough's consent to this direct payment has been independently verified by Class Counsel Chris Seeger. *See* Ex. A attached.

         S/Anita B. Brody
         ANITA B. BRODY, J.

**VIA ECF**

# EXHIBIT A

NFL

Chris Seeger <XXXXX@seegerweiss.com>

Fri 10/8/2021 11:07 AM

To: Anita Brody <XXXXX@paed.uscourts.gov>

Your Honor,

At the Court's request, we contacted Retired Player George McCullough, who we understand is line to receive payment of his monetary award in the next few weeks.  Mr. McCullough recently agreed to allow the Claims Administrator to pay Thrivest directly at the same time they pay McCullough his settlement award. We spoke to Mr. McCullough to make sure he fully understands his rights under the terms of the settlement.  He confirmed for us, verbally and in writing, that he understands his rights and that he wants Thrivest to get paid at the same time he gets paid.

After speaking with Mr. McCullough and receiving his confirming email, we are satisfied that he understands his rights and that he knowingly agreed to allow Thrivest to get paid at the same time he gets paid.