# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW**, this **15th** day of **October, 2021**, in response to the parties' letter of October 14, 2021 (ECF No. 11499) and in consultation with Magistrate Judge David Strawbridge, it is **ORDERED** that the parties must file their proposed settlement agreement resolving race-norming issues **on or before October 20, 2021**. The proposed agreement will be filed under seal, pending Court review.

　　　　　　　　　　　　　　　　　　　　　　　*S/Anita B. Brody*
　　　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

**COPIES VIA ECF**