# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>　　　　　　　　　Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>No. 12-cv-00683 |
| THIS DOCUMENT RELATES TO:<br><br>*Adams, et al. v. NFL, et al. (Plaintiffs Solomon Brannan, Jr. and Dolores Jean Brannan ONLY)* | |

## ORDER

**AND NOW**, on this **15th day** of **October, 2021**, it is **ORDERED** that Zimmerman Reed LLP's Motion for Leave to Withdraw as Counsel for Plaintiffs Solomon Brannan, Jr. and Delores Jean Brannan (Case No. 12-md-2323, ECF No. 11483; Case No. 12-cv-683, ECF No. 46) is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　*S/Anita B. Brody*
　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies via **ECF**

1