# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**Plaintiff Dixon Edwards** | **NOTICE OF ATTORNEY'S LIEN** |

      Comes now Petitioners, Attorney David Buckley, PLLC, The Mokaram Law Firm and Stern Law Group, attorneys for **Dixon Edwards** in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, The Mokaram Law Firm and Stern Law Group, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Dixon Edwards.

Dated: October 21, 2021.

                                          Respectfully submitted,

                                          ATTORNEY DAVID BUCKLEY, PLLC

By: */s/ David Buckley*
     David Buckley
     State Bar No. 24078281
     FED ID No. 1465981
     1811 Bering Drive Ste. 300
     Houston, TX 77057
     Tel. (713) 719-9312
     Fax. (713) 719-9307
     david@thebuckleylawgroup.com
     **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: October 21, 2021.

                                        */s/ David Buckley*
                                        David Buckley