# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: REGINALD HAYWARD | | |

## NOTICE:  ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, rules of procedure, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, Douglas Grossinger and Law Office of Douglas Grossinger, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs, as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

**Law Office of Douglas Grossinger**

Dated:  November 9, 2021        By:        /s/ *Douglas Grossinger*
                                             Douglas Grossinger, Esq. (State Bar # 2291235)
                                             200 Monument Road
                                             Suite 11
                                             Bala Cynwyd, PA  19004
                                             (610) 304-2012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: REGINALD HAYWARD | | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

**Law Office of Douglas Grossinger**

Dated: November 9, 2021      By:   /s/ Douglas Grossinger
Douglas Grossinger, Esq. (State Bar # 2291235)
200 Monument Road
Suite 11
Bala Cynwyd, PA  19004
(610) 304-2012

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ATTORNEY LIEN: REGINALD HAYWARD | **PETITION TO ESTABLISH ATTORNEY'S LIEN** |

Comes now Petitioners, Douglas Grossinger and Douglas Grossinger Law Firm pursuant to an executed Retainer Agreement  and states as follows:

1. Petitioners are an attorney at law admitted to practice before the courts in the State of New York, and a law firm and file this Petition to establish a lien for attorney's fees and costs as set forth hereinafter.

2. On or about May 3, 2020, Petitioners, Douglas Grossinger and Law Firm of Douglas Grossinger, were retained under a signed retainer Agreement by the Plaintiff, Reginald Hayward, for legal services, to pursue a claim for injuries and damages allegedly caused by the National Football League'sconduct associated with football-related concussions, head, and brain injuries.  After such time, Petitioners undertook an extensive period of  triaging of Plaintiff Mr. Hayward's medical condition,  to determine his medical condition and any viability of a possible claim, and whether Petitioners would undertake active representation

     of Mr. Hayward, and whether a claim would be able to be filed with a qualifying diagnosis.

3. The Retainer Agreement signed on May 3, 2020 includes for legal services includes as follows:  Representing Attorney Douglas Grossinger shall receive "as compensation herein, a contingency fee of 17% or an undivided interest in   Client's awards/claim."

4. On May 6, 2020 Mr. Hayward's wife Megan Hayward sent Petitioners an email on behalf of Mr. Hayward attaching the signed Retainer Agreement with Petitioners stating, "We have terminated our agreement with David Levine. Please see the attached retainer agreement on behalf of Reggie Hayward."

5. Based upon the facts and extensive expertised work undertaken by Petitioners, Petitioners are entitled to the full 17% maximum allowable legal fee for a successful Award for Reginald Hayward's claim.

6. Petitioners undertook extensive work efforts in triaging Mr. Hayward's medical condition with medical providers for an accurate diagnosis and for treatment of Mr. Hayward.  During all of this time, Plaintiff Mr. Hayward and his wife Megan Hayward continuously stated and confirmed that Pro Athlete Law Firm and David Levine were not their attorneys During this period,  Pro Athlete Law Firm and David Levine provided no work efforts regarding medicals which were submitted to the MAF neurologist for the MAF examination, nor expertise regarding Mr. Hayward's medical condition, nor work regarding the medicals which were submitted with the filing of Mr. Hayward's claim.

7. After Mr. Hayward was diagnosed and undertook medical treatment, Petitioners scheduled Mr. Hayward with an MAF neurology examination, and paid the physician's office for such examination.

8. On August 2, 2021 Mr. Hayward filled out and signed a Change in Representation Form

changing representation with the Claims Administrator from attorney David Levine of Pro Athlete Consulting to Petitioners Douglas Grossinger and Law Firm of Douglas Grossinger.

9. After the MAF examination, on August 16, 2021, Petitioners received an email from the Claims Administrator stating, "Mr. Hayward notified us of his decision not to hire you as representation for his claim with the NFL Concussion Settlement Program and communicated his desire to continue with Pro Athlete Law Firm, P.A.as representation."

10. From August 2, 2021 at the time of Mr. Hayward sent Petitioners the Change of Representation Form until now to date, Mr. Hayward has not communicated to Petitioners that Petitioners are no longer counsel for Mr. Hayward, nor has Mr. Hayward during this time period terminated Petitioners as the claim has been reviewed by the Claims Administrator.

11. The Petitioners claim the right to have a lien for attorney's fees and all expenses incurred established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiff in this action.

WHEREFORE, the Petitioners pray:

1. That an attorney's lien be established;
2. That the amount of the lien be determined;
3. That the Court order that Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement or judgment in this action;
4. That the Defendant or the Defendant's insurer be prohibited from paying to the Plaintiff any sums of money until said lien has been satisfied; and

5. For such other further relief as this Court deems just.

                                         Respectfully Submitted,

                                         **Law Office of Douglas Grossinger**

Dated: November 9, 2021      By:    /s/ Douglas Grossinger
                                                          Douglas Grossinger, Esq. (State Bar # 2291235)
                                                          200 Monument Road
                                                          Suite 11
                                                          Bala Cynwyd, PA  19004
                                                          (610) 304-2012