**rom:** Megan Hayward <kissmyabs32@gmail.com>
**Sent:** Wednesday, May 6, 2020 5:17 PM
**To:** Douglas Grossinger <dgrossinger@nflconcussionslawyers.com>
**Cc:** hayday97@gmail.com <hayday97@gmail.com>
**Subject:** Hayward Agreement


Doug,

We have terminated our agreement with David Levine. Please see the attached retainer agreement on behalf of Reggie Hayward. Thank you

Megan