# NFL CONCUSSION SETTLEMENT

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## REQUEST FOR CHANGE IN REPRESENTATION STATUS

Use this form to update your representation status in the NFL Concussion Settlement Program. You can use this form to notify the Claims Administrator that you have changed lawyers, added representation when you previously were unrepresented, or removed representation and will proceed as unrepresented.

### I. SETTLEMENT CLASS MEMBER INFORMATION

**Settlement Program ID:**

**Name:**
First: Reginald
M.I.: J
Last: Hayward

### II. CHANGE FROM ONE LAWYER TO ANOTHER LAWYER

Complete this Section if you have been represented by a lawyer and are notifying the Claims Administrator of the change to your being represented by a different lawyer. Only one lawyer can represent each Settlement Class Member.

**Prior Lawyer:**
Law Firm Name: Pro Athlete Consulting
Lawyer First Name: David
M.I.:
Lawyer Last Name: Levine
Suffix:

**New Lawyer:**
Law Firm Name: Douglas Grossinger Law Firm
Lawyer First Name: Douglas
M.I.:
Lawyer Last Name: Grossinger
Suffix:
Street: 200 Monument Rd Ste 11
Suite:
City: Bala Cynwyd
State/Province: PA
Postal Code: 19004
Country: USA
Email: dgrossinger@grossinger4justice.com
Telephone: (610) 304-2012

### III. REMOVE REPRESENTATION BY CURRENT LAWYER

Complete this Section if you have been represented by a lawyer and are notifying the Claims Administrator of your removal of representation by that lawyer.

**Prior Lawyer:**
Law Firm Name:
Lawyer First Name:
M.I.:
Lawyer Last Name:
Suffix:

REP-2 v.1
530748
4/6/17

www.NFLConcussionSettlement.com
1 of 2

## IV. ADD REPRESENTATION FOR LAWYER

Complete this Section if you have been unrepresented and are notifying the Claims Administrator of your representation by a lawyer.

**New Lawyer:**

| Law Firm Name | | | |
|---|---|---|---|
| Lawyer First Name | M.I. | Lawyer Last Name | Suffix |
| Street | | | Suite |
| City | | State/Province | |
| Postal Code | | Country | |
| Email | | Telephone | |

## V. SIGNATURE

I ask the Claims Administrator to change my representation status as set forth above.

| Class Member Signature: | *Reginald Hayward* (signed) | Date: | 8/12/21 (Month/Day/Year) |
|---|---|---|---|
| Name: | First Name: Reginald | Last Name: Hayward | M.I.: J |

Submit this form using one of the methods listed below. If you have portal access, you can also upload a completed copy of this form to your file.

| By Email: | ClaimsAdministrator@NFLConcussionSettlement.com |
|---|---|
| By U.S. Mail: | NFL Concussion Settlement<br>Claims Administrator<br>P.O. Box 25369<br>Richmond, VA 23260 |
| By Delivery: | NFL Concussion Settlement<br>c/o BrownGreer PLC<br>250 Rocketts Way<br>Richmond, VA 23231 |