# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Locks Law Firm v. SPID 950000313 (R.S.)<br>Attorney Lien Dispute<br>(Lien Case No. 01585) | |

## ORDER

AND NOW, this 12th day of November, 2021, for the reasons set out in the accompanying Memorandum Opinion, the Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with the Memorandum Opinion, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ David R. Strawbridge, USMJ
　　　　　　　　　　　　　　　　　　DAVID R. STRAWBRIDGE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE