UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION; KEVIN TURNER, et al.,

    Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE, et al.,

    Defendants.

_____/

Civil Action Number: 14-cv-0029

MDL Number: 2323

## NOTICE OF ATTORNEY'S LIEN

Petitioner James Holliday, Esquire of Holliday Karatinos Law Firm, PLLC and Neurocognitive Football Lawyers, PLLC has been the attorney representing Settlement Class Member Chartric Darby from March 23, 2016 to the present time in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus reasonable costs.

Respectfully Submitted By: _____

JAMES HOLLIDAY, ESQUIRE
HOLLIDAY KARATINOS LAW FIRM, PLLC
NEUORCOGNITIVE FOOTBALL LAWYERS, PLLC
722 E. Fletcher Ave.
(813) 975-444 (telephone)
(813) 975-4445 (telefax)
jimholliday@helpinginjuredpeople.com
kimberlyclement@helpinginjuredpeople.com
Florida Bar No. 0045284

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I caused the foregoing Notice of Attorney's Lien, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

_____
JAMES HOLLIDAY, ESQUIRE