UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-2753
_____

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS'
CONCUSSION INJURY LITIGATION

AMON GORDON,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-12-md-02323)
District Judge: Honorable Anita B. Brody

_____

Submitted Under Third Circuit L.A.R. 34.1(a):
June 22, 2021

Before: GREENAWAY, JR., PORTER, and ROTH,
*Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the Eastern District of Pennsylvania and was submitted on June 22, 2021. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on July 2, 2019 is AFFIRMED. Costs to be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

2

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: November 24, 2021

2