IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br>Plaintiffs, <br><br>v. <br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br>Defendants. | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody, U.S.D.J. |

NOTICE OF FILING OF
**PETITION FOR WRIT OF MANDAMUS**

Notice is hereby given that Thrivest Specialty Funding, LLC n/k/a Balanced Bridge Funding LLC has filed the attached Petition for Writ of Mandamus in the United States Court of Appeals for the Third Circuit.

Respectfully submitted,

/s/ Peter C. Buckley
Peter C. Buckley, Esquire
Attorney ID No. 93123
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103-3222
Tel: (215) 299-2854
Fax: (215) 299-2150
pbuckley@foxrothschild.com
*Attorneys for Thrivest Specialty Funding, LLC n/k/a Balanced Bridge Funding LLC*

Date: December 2, 2021

128470576.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody, U.S.D.J. |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and correct copy of the foregoing Notice of Filing of Petition for Writ of Mandamus upon all counsel of record via ECF.

/s/ Peter C. Buckley
Peter C. Buckley

Dated: December 2, 2021

128470576.1