# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**KEITH FERGUSON, TAMARCUS JOE WALKER, DAMON GIBSON, QUINN GRAY, JOHNNIE HARRIS,** | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to O.C.G.A. § 15-19-14, the Petitioner, Shenaq PC, formerly attorney for **Keith Ferguson, Tamarcus Joe Walker, Damon Gibson, Quinn Gray, and Johnnie Harris** in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: December 15, 2021.

        Respectfully submitted,

        SHENAQ PC

By: */s/ Amir Shenaq*
    Amir Shenaq
    State Bar No. 505281
    3500 Lenox Road Ste. 1500
    Atlanta, GA 30326
    Tel. (888) 909-9993
    Fax. (713) 583-3538
    amir@shenaqpc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: December 15, 2021.

                                          */s/ Amir Shenaq*
                                           Amir Shenaq