UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF FILING OF ANSWER TO**
**PETITION FOR WRIT OF MANDAMUS**

Notice is hereby given that, on this date, Class Counsel has filed, as directed by the United States Court of Appeals for the Third Circuit, an answer to the petition for writ of mandamus of Thrivest Specialty Funding, LLC n/k/a Balanced Bridge Funding LLC (*see* ECF No. 11550-1) in *In re Thrivest Specialty Funding LLC*, No. 21-3238 (3d Cir. docketed Dec. 3, 2021) (ECF No. 1-1).  A copy of Class Counsel's answer, docketed in the Court of Appeals as ECF No. 8, is annexed hereto as Exhibit 1.

Dated:  December 16, 2021

                                                         Respectfully submitted,

                                                         */s/ Christopher A. Seeger*
                                                         Christopher A. Seeger
                                                         SEEGER WEISS LLP
                                                         55 Challenger Road, 6th Floor
                                                         Ridgefield Park, NJ  07660
                                                         Telephone:  (212) 584-0700
                                                         cseeger@seegerweiss.com

                                                         ***CLASS COUNSEL***