# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

NATIONAL FOOTBALL LEAGUE                       No.2:12-md-02323-AB
PLAYERS' CONCUSSION INJURY LITIGATION          MDL No. 2323

    Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE, et al.

    Defendants,

_____/

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS AND DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned appears for interested party, ProAssurance Corporation aka ProAssurance Companies. Request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and be served upon the undersigned.

Please take notice that the foregoing request includes not only the notices and the papers referred to in the rules specified above, but also includes orders and notices of any applications, motions, petitions, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, telex or otherwise, which may affect or seek to affect in any way any rights or interest of the above stated creditors.

Dated this 20th day of December 2021

                              Respectfully submitted,

KELLEY, FULTON & KAPLAN, P.L.
Attorneys for ProAssurance Corporation
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Fax: (561) 684-3773
bankruptcy@kelleylawoffice.com
craig@kelleylawoffice.com

By: __/s/ Craig I. Kelley_____
     Craig I. Kelley, Esquire
     Fla. Bar No. 782203

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via electronic mail to the parties registered to receive notice via CM/ECF, and that ECF will send e-notice of electronic filing, this 20th day of December 2021,

KELLEY, FULTON & KAPLAN, P.L.
Attorneys for ProAssurance Corporation
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Fax: (561) 684-3773

By: __/s/ Craig I. Kelley_____
     Craig I. Kelley, Esquire
     Fla. Bar No. 782203