IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE | No.2:12-md-02323-AB |
| PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |

　　　　Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE, et al.

　　　　Defendants,

_____/

## NOTICE OF FILING ASSIGNMENT OF PROCEEDS

COMES NOW, interested party ProAssurance Corporation, by and through the undersigned counsel, and hereby files the attached Assignment of Proceeds regarding the first $50,000.00 distribution to Otis J. McDuffie in the aforementioned action.

Respectfully submitted this 20th day of December 2021.

　　　　　　　　　　　　　　　　　　　　KELLEY, FULTON & KAPLAN, P.L.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　1665 Palm Beach Lakes Blvd., Ste 1000
　　　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　　　　　　　　　　Telephone No.:  (561) 491-1200
　　　　　　　　　　　　　　　　　　　　Fax No.:  (561) 684-3773
　　　　　　　　　　　　　　　　　　　　Email: eservice@kelleylawoffice.com

　　　　　　　　　　　　　　　　　　　　BY: /s/ Craig I. Kelley, Esq.
　　　　　　　　　　　　　　　　　　　　　　　CRAIG I. KELLEY, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 782203

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused the foregoing Notice of Filing of Assignment of Proceeds to be served via the Electronic Case Filing (EFC) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/EFC in the litigation on this 20th day of December 2021.

      KELLEY, FULTON & KAPLAN, P.L.
      Attorneys for ProAssurance Corporation
      1665 Palm Beach Lakes Blvd., Ste 1000
      West Palm Beach, FL 33401
      Telephone No.: (561) 491-1200
      Fax No.: (561) 684-3773
      Email: eservice@kelleylawoffice.com

      BY: */s/ Craig I. Kelley, Esq.*
          CRAIG I. KELLEY, ESQ.
          Florida Bar No.: 782203