IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                          Plaintiffs,<br>     v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                                          Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Howard and Associates, P.A.<br>    v.<br>SPID 100014059 (J.S.)<br>Attorney Lien Dispute No. 01596 | |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 202_, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. _____), and no objection having been docketed, it is **ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The Claims Administrator is **ORDERED** to disburse the withheld funds for attorney's fees and costs in accordance with the provisions of the Settlement Agreement, all Court Orders regarding implementation, and in the following manner:

12

**a.** Shenaq shall receive 10% of Player's Monetary Award as attorney's fees;

**b.** A 10% portion of Player's Monetary Award is designated as attorney's fees for Howard's work and shall be placed in escrow;

**c.** Player shall receive a refund representing funds withheld for attorney's fees but not approved for Shenaq and Howard;

**d.** The 5% holdback funds shall be attributed to Shenaq, Howard and Player in accordance with the allocations indicated above and released in accordance with future orders of the Court;

**e.** The sum of $10,664.56 withheld from Player's award for reimbursement of costs is approved for Howard and shall be placed in escrow; and

**f.** Player shall receive a refund representing funds withheld for costs but not approved for Howard.

BY THE COURT:

_____
ANITA B. BRODY, J.

13