# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323<br>MDL No. 2323 |
| This relates to: | NOTICE OF ATTORNEY'S LIEN |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | |
| **This document relates to:** Thomas Tapeh<br>Settlement Program ID    100014950 | |

Pursuant to MO Rev Stat § 484.140, the Petitioner, Jeffrey M. Kuntz, attorney for the Plaintiffs in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated: December 30, 2021

                                         Respectfully submitted,

                                         Wagstaff & Cartmell, LLP

                                         */s/ Jeffrey M. Kuntz*
                                         Jeffrey M. Kuntz MO # 52371
                                         Wagstaff & Cartmell LLP
                                         4740 Grand Avenue, Suite 300
                                         Kansas City, MO 64112
                                         Telephone: (816) 701-1100
                                         Facsimile: (816) 531-2372
                                         jkuntz@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Easter District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED: December 30, 2021

/s/ Jeffrey M. Kuntz
Jeffrey M. Kuntz MO # 52371
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372
jkuntz@wcllp.com