# IMPORTANT NOTICE FROM THE COURT

**January 3, 2022**

## NFL CONCUSSION SETTLEMENT
## THE ELIMINATION OF RACE AS A CONSIDERATION IN THE ASSESSMENT OF NEUROPSYCHOLOGICAL TEST RESULTS

Clinicians in the Settlement Program were previously permitted but not required to consider a Retired Player's race in assessing his neuropsychological test results for purposes of diagnoses and awards based on dementia. Last year, two Retired Players brought legal actions challenging this practice. The NFL Parties, Class Counsel, and the attorneys for the two Players have collaboratively reached an agreement to eliminate any consideration of race in the Settlement Program. This agreement will be referred to as the "Norming Agreement." On December 30, 2021, the Court received a motion (ECF No. 11567, 12-md-2323) to approve modifications to the Class Action Settlement Agreement in order to implement those components of the Norming Agreement impacting the Class.

BrownGreer is instructed to circulate this notice, with a copy of the motion and attached exhibits (ECF No. 11567), to all members of the Class. In addition, BrownGreer must post these documents on the Settlement Program's website ([www.nflconcussionsettlement.com](www.nflconcussionsettlement.com)).

**If you have any comments, questions, or concerns regarding the proposed resolution, please send an email to [Norming@NFLConcussionSettlement.com](Norming@NFLConcussionSettlement.com) by January 25, 2022.**

                                                             _S/Anita B. Brody_
                                                         **ANITA B. BRODY, J.**