ECO-013

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

No. 21-3238

In re: THRIVEST SPECIALTY FUNDING LLC,
               Petitioner

(Related to E.D. Pa. No. 2-12-md-02323)

Present:  GREENAWAY, JR., BIBAS, and SMITH, <u>Circuit Judges</u>

Submitted are:

1. Petition for Writ of Mandamus filed by Thrivest Specialty Funding, LLC;

2. Response by Class Counsel to Petition for Writ of Mandamus

in the above-captioned case.

                   Respectfully,

                   Clerk

_____ORDER_____

 In *NFL Players' Concussion Injury Litigation*, 923 F.3d 96, 101 (3d Cir. 2019), we held that the District Court could not void litigation-funding agreements. Thus, players were not automatically entitled to settlement proceeds, and litigation funders could assert their rights outside that case in litigation or arbitration. *Id.* at 113. Because the high standard for mandamus is not currently met, we deny the petition without prejudice. We remain fully confident that the District Court will promptly and fairly administer the settlement to ensure that "[g]oing forward, the litigation funding companies will be able to pursue, outside of the claims administration process, whatever rights they may continue to have" to "enforc[e] the funding agreements" and lay claim to the disbursed settlement funds. *Id.*

                   By the Court,

                   s/ Stephanos Bibas
                   Circuit Judge



A True Copy:

Patricia S. Dodszuweit, Clerk

Dated: January 3, 2022
Tmm/cc: Peter C. Buckley, Esq.
Christopher A. Seeger, Esq.
Diogenes P. Kekatos, Esq.
Scott A. George, Esq.