# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>Civ. Action No. 14-00029-AB |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### JOINDER OF JR WYATT LAW PLLC IN THE MOTION OF THE NFL PARTIES AND CLASS COUNSEL TO APPROVE MODIFICATIONS TO THE NFL CONCUSSION SETTLEMENT AGREEMENT PURSUANT TO SECTION 6.6

JR Wyatt Law PLLC joins the Motion of the NFL Parties and Class Counsel to Approve Modifications to the NFL Concussion Settlement Agreement Pursuant to Section 6.6 (the "Norming Settlement"). *ECF Doc. #11567.*

JR Wyatt Law PLLC represents over 100 players in the NFL Concussion Settlement, including Kevin Henry and Najeh Davenport. This Firm asserted the first race norming claims and was involved in the litigation and arms-length negotiations that resulted in the Norming Settlement. JR Wyatt Law states without reservation that the Norming Settlement provides significant benefits to Black former NFL players and remedies that are free of race-based

factors.  Many players who did not receive benefits will now be eligible for significant awards due to the good faith negotiations conducted by Intervenors, Class Counsel, and the NFL under the careful guidance of Magistrate Judge Strawbridge and Special Master Hoffman.  Accordingly, JR Wyatt Law strongly believes that the Norming Settlement is in the interest of its clients and recommends that the Court approve its immediate implementation.

Dated: January 5, 2022

**JR WYATT LAW PLLC**

/s/  *Justin R. Wyatt*
Justin R. Wyatt, Esq.
NY Bar No.: 3938016
49 West 37th Street, 7th Floor
New York, NY 10018
Telephone: (212) 557-2776
Facsimile:  (646) 349-2776

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically *via* the Court's electronic filing system on the 5th day of January, 2022, upon all counsel of record.

Dated: January 5, 2022

                                                           /s/ *Justin R. Wyatt*