# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### JOINDER OF BYRON CUTHBERT & ASSOCIATES, LLC IN THE MOTION OF THE NFL PARTIES AND CLASS COUNSEL TO APPROVE MODIFICATIONS TO THE NFL CONCUSSION SETTLEMENT AGREEMENT PURSUANT TO SECTION 6.6

Byron Cuthbert & Associates, LLC joins the Motion of the NFL Parties and Class Counsel to Approve Modifications to the NFL Concussion Settlement Agreement Pursuant to Section 6.6 (the "Norming Settlement"). *ECF Doc. # 11567*.

Byron Cuthbert & Associates, LLC represents players in the NFL Concussion Settlement, a majority of were, or would have been, unfairly penalized under the Settlement Protocol's previous race-norming standards, simply based upon the color of their skin. This Firm is fully familiar with the terms of the NFL Concussion Settlement and the Norming Settlement.

Byron Cuthbert & Associates, LLC recognizes that norming presented the Parties and Court with a sensitive matter and supports the significant work performed by Class Counsel and the Intervenors' Counsel, under the prudent guidance of Magistrate Judge Strawbridge and Special Master Hoffman, in bringing this matter to a successful conclusion.

Having closely reviewed the issue, Byron Cuthbert & Associates, LLC believes that the Norming Settlement is in the interest of its clients and recommends that the Court approve its immediate implementation.

Dated: January 11th, 2022

**Byron Cuthbert & Associates, LLC**

/s/   *Byron Cuthbert*

Byron Cuthbert
GA State Bar No. 890534
1143 Cameron Creek
Marietta, Ga 30062
Telephone: 404-403-7855
Facsimile:  866-990-9743

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically *via* the Court's electronic filing system on the 11th day of January, 2022, upon all counsel of record.

Dated: January 11th, 2022

/s/ *Byron Cuthbert*
**Byron Cuthbert**