# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>A.G.<br>SPID: 260006736 | Hon. Anita B. Brody |

## ORDER

**AND NOW,** this **11th day** of **January, 2022**, it is **ORDERED** that the following motions are **DENIED** as **MOOT**:[1]

- Plaintiff's Motion to Correct a Mistake in Application of the Settlement Agreement to Plaintiff's Claim (ECF No. 10817); and

- Plaintiff's Motion for an Indicative Ruling (ECF No. 10985).

                                                           _S/Anita B. Brody_
                                                           ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] On November 24, 2021, the Third Circuit affirmed this Court's decision, issuing its mandate on December 16, 2021. *See* In re National Football League Players' Concussion Injury Litigation, No. 19-2753, ECF Nos. 71-72.