IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                         Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                                         Defendants. | |
| THIS DOCUMENT RELATES TO:<br>Law Firm of Douglas Grossinger v.<br>SPID 100006626 (R.H.)<br>Attorney Lien Dispute<br>Case No. 07195 | |

**STIPULATION WAIVING RIGHTS TO APPEAL FINAL DECISION
OF THE HONORABLE DAVID R. STRAWBRIDGE, USMJ**

1. On January 10, 2022, the Honorable David R. Strawbridge, USMJ, after resolution by the parties, Law Firm of Douglas Grossinger ("Grossinger") and Pro Athlete Law Firm, P.A. ("Pro"), issued a final decision granting the Withdrawal of Attorney's Lien Dispute, Document 11584. The Honorable JudgeStrawbridge further ordered that the Claims Administrator disburse the withheld funds in accordance with his final decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

2. The parties hereto, Grossinger and Pro, hereby waive all rights to appeal the final decision of Judge Strawbridge issued in this matter on January 10, 2022..

3. Settlement Class Member R.H.. understands the implications of this stipulation and consents to the waiver of all rights to appeal.

The above is hereby stipulated to by the parties:

_____
Douglas Grossinger, Esq.
Law Firm of Douglas Grossinger
200 Monument Road, Suite 11
Bala Cynwyd, PA 19004
(610) 304-2012
dgrossinger@grossinger4justice.com

Date: 1/11/22

_____
David Levine, Esq.
Pro Athlete Law Firm, P.A.
1804 Intracoastal Drive
Fort Lauderdale, FL 33305
(954) 914-5293
agentdl@bellsouth.net

Date: 1/11/22

APPROVED BY THE COURT:

Date: _____

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE