IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO: ZIMMERMAN REED V. SPID 100004726 (R.F.) ATTORNEY LIEN DISPUTE (CASE NO: 00370) | MDL No. 2323 Honorable Anita B. Brody |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on January 10, 2022, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, R.F.

As R.F.'s counsel, Shenaq PC represents that R.F. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

Name: Brian C. Gudmundson

**Zimmerman Reed**

Name: Amir Shenaq

**Shenaq PC**

APPROVED:

Date: Jan. 18, 2022

David R. Strawbridge

United States Magistrate Judge