# Supreme Court of Florida

MONDAY, JANUARY 10, 2022

**CASE NOS.: SC19-488 & SC19-1570**
Lower Tribunal No(s).:
2016-00,682(2A); 2019-00,088(2A)

| THE FLORIDA BAR | vs. | PHILLIP TIMOTHY HOWARD |
|---|---|---|
| Complainant(s) | | Respondent(s) |

The Florida Bar's "Motion to Dismiss" is hereby granted. Respondent's notice of intent to seek review of report of referee is hereby dismissed based on respondent's failure to file a compliant initial brief on the merits and transcripts in accordance with Rules Regulating the Florida Bar 3-7.7(c)(3) and 3-7.7(c)(2) and this Court's order dated October 19, 2021.

Respondent's initial brief filed November 5, 2021, and amended initial brief filed November 30, 2021, are hereby stricken.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, COURIEL, and GROSSHANS, JJ., concur.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

as
Served:
SHANEÉ L. HINSON
KEVIN W. COX
PATRICIA ANN TORO SAVITZ

TIFFANY A. RODDENBERRY
PHILLIP TIMOTHY HOWARD

Exhibit 7