# SEEGERWEISS LLP

January 24, 2022

**VIA ECF**

Honorable Anita B. Brody
United States District Judge
Eastern District of Pennsylvania
601 Market Street
Room 7613
Philadelphia, PA 19106

      Re:    *In re National Football League Players' Concussion Injury Litigation*,
              No. 12-md-2323-AB

Dear Judge Brody:

      I am attaching hereto and for the Court's consideration a letter we received today from Dr. Amy Lewis, a wife of a Retired NFL Football Player, which has been joined by several other wives of Retired NFL Football Players and Retired NFL Football Players. The letter relates to the pending Motion to Approve Modifications to the NFL Concussion Settlement Agreement Pursuant to Section 6.6 (ECF No. 11567).

                                                Respectfully,

                                           */s/ Christopher A. Seeger*
                                           Christopher A. Seeger
                                           *Class Counsel*