# ATTACHMENT

# Dr. Amy Lewis, D. Ac, Dipl. Ac
1625 K. Street NW, Suite 375
Washington, DC 20006

January 23, 2022

The Honorable Anita B. Brody
United States District Court for Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 7613
Philadelphia, Pennsylvania 19106

**Letter in Support of New Agreement in NFL Concussion Settlement**

Dear Judge Brody:

The Class was recently notified of an agreement that essentially ends the use of race-norming and provides some remedies for Black players harmed by this egregious practice. We recognize the Court's role in the negotiations and believe, without its intervention, this result would not have been achieved.  As the agreement provides needed benefits today to many Black players and their families, we join in the request that this agreement be approved.

We are cautiously optimistic that the agreement represents a good first step for many former players, *but deep concerns remain.*

This agreement resulted because we and the press brought public attention, and the Court recognized the need to allow lawyers who identified the discrimination to participate in the resolution process.  However, more sunlight is necessary if the Court is going to rebuild trust with the Class.  Many players feel burned by the race-norming issue as well as confused by denial of benefits for significantly impaired players.  Increased participation from the stakeholders is necessary. This participation should include both formal (advisory committee) and informal review with players and their families

We recognize that the agreement results from negotiations and no side achieves all their goals, but certain important matters remain unaddressed:

1

**Dr. Amy Lewis, D. Ac, Dipl. Ac**
1625 K. Street NW, Suite 375
Washington, DC 20006

- There were no Black players, the primary stakeholders, in the negotiations regarding race-norming. There are no provisions for the role of Black players or their private counsel in the implementation of the agreement. There is also no expressed role for *all* players to be represented in the development of new norms.

- Former players have been seriously harmed or worse by race-norming in the Settlement. The NFL has refused to even acknowledge that their conduct in promoting race-norms was wrong. This conduct results in harm beyond what is addressed in the agreement. We would hope that the agreement would address this serious omission rather than force individuals to seek redress through other avenues.   We understand that the NFL has not been released from this type of claim, but we believe that this matter should have been addressed in the agreement.

- It is highly unusual that a single firm is making decisions on behalf of an entire Class.  We would like to see a team approach for class representation going forward. Collective thinking can yield significantly better results in addition to fostering trust and good will.

Finally, we are deeply concerned that many players are not aware of the benefits provided by this agreement or the Concussion Settlement.  Many of these players are unrepresented and significantly impaired.  It is vital that new and continuous efforts be made to reach these former NFL players.  It is tragic when a player or his family could have received benefits and we only find out that the player was suffering because he received a CTE diagnosis post-mortem.

We do appreciate the opportunity to be heard and request that this letter be placed on the docket.

Very truly yours,

*[signature]*

Dr. Amy Lewis, D.Ac. Dipl. Ac., wife of former NFL player

2

# Dr. Amy Lewis, D. Ac, Dipl. Ac
1625 K. Street NW, Suite 375
Washington, DC 20006

Kenneth Jenkins, former NFL player

Roxanne Gordon- wife of former NFL player

Amon Gordon- former NFL player

Lacey Leonard- wife of former NFL player

Louis Leonard- former NFL player

Dilia Simmons- wife of former NFL player

Ed Simmons- former NFL player

James Owens- former NFL player

Balencia Owens- wife of former NFL player

Brian Noble – former NFL player

Cindy Noble- wife of former NFL player

Lisa Pagel- wife of former NFL player

Charlotte McMillan- wife of former NFL player

Ashley Davis- daughter of former NFL player

Kelly Majkowski- wife of former NFL player

Tim Smith- former NFL player

Jacqueline Jackson, wife of former NFL player

Jeffrey Herrod- former NFL player

Kathryn Herrod- wife of former NFL player

3

Dr. Amy Lewis, D. Ac, Dipl. Ac
1625 K. Street NW, Suite 375
Washington, DC 20006

Dante Jones, former NFL player

Pamela Jones, wife of former NFL player

Antonio "Tony" George, former NFL player

Ashley George, wife of former NFL player

Lawrence Sampleton, former NFL player

Libbi Sampleton, wife of former NFL player

Niah Spriggs, wife of former NFL player

Thomas Spriggs, former NFL player

Jerel Worthy, former NFL player

Jilian Worthy, wife of former NFL player

Jodie Jones, wife of former NFL player

Carlton Jones, former NFL player

Mitzi King, wife of former NFL player

Horace King, former NFL player

Ryan Tucker, former NFL player

Carla Tucker, wife of former NFL player

Julian Robinson, wife of former NFL player

Joshua Robinson, former NFL player

Kari Shaw, wife of former NFL player

4

# Dr. Amy Lewis, D. Ac, Dipl. Ac
1625 K. Street NW, Suite 375
Washington, DC 20006

Pete Shaw, former NFL player

Dorian Brew, former NFL player

Jill Brew, wife of former NFL player

Brooke Vaughn, wife of former NFL player

Clarence Vaughn, former NFL player

Seely Gedney, wife of former NFL player

Fred Coleman, former NFL player

Shannon Coleman, wife of former NFL player

Freddie Scott, former NFL player

Tondalanea Scott, wife of former NFL player

Lionel Washington, former NFL player

Karen Washington, wife of former NFL player

Korey Minor, former NFL player

Lisa Rodriguez Minor, wife of former NFL player

Ras-I Dowling former NFL player

Leah Dowling, wife of former NFL player

Dewan Elizabeth Smith- Williams, wife of former NFL player

Wally Williams former NFL player

Jessica Johnson-Kharoubeh, wife of former NFL player

Dr. Amy Lewis, D. Ac, Dipl. Ac
1625 K. Street NW, Suite 375
Washington, DC 20006

Leshon Johnson, former NFL player

Jennifer Bailey, wife of former NFL player

Rodney Bailey, former NFL player

Tamara Doss, wife of former NFL player

Reggie Doss, former NFL player

Steve Wallace, former NFL player

Vassar Wallace, wife of former NFL player

Shannon Cason, wife of former NFL player

Najiyya Crayton, wife of former NFL player

Patrick Crayton, former NFL player

Chandra Brown, wife of former NFL player

Vincent Brown, former NFL player

Sheila Blackshear, wife of former NFL player

Keith Baldwin, former NFL player

P. Kelly Baldwin, wife of former NFL player

Anthony Banks, former NFL player

Yolanda Banks, wife of former NFL player