# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323<br>MDL No. 2323 |
| This relates to: | **NOTICE OF ATTORNEY'S LIEN** |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | |
| **This document relates to:** Settlement Class Member Jim Lejay<br>Program ID **950000669** | |

Pursuant to MO Rev Stat § 484.140, the Petitioner, Jeffrey M. Kuntz, attorney for the Plaintiffs in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  January 25, 2022

        Respectfully submitted,

        Wagstaff & Cartmell, LLP

        */s/ Jeffrey M. Kuntz*
        Jeffrey M. Kuntz MO # 52371
        Wagstaff & Cartmell LLP
        4740 Grand Avenue, Suite 300
        Kansas City, MO 64112
        Telephone: (816) 701-1100
        Facsimile: (816) 531-2372
        jkuntz@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Easter District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  January 25, 2022

>  */s/ Jeffrey M. Kuntz*
>  Jeffrey M. Kuntz MO # 52371
>  Wagstaff & Cartmell LLP
>  4740 Grand Avenue, Suite 300
>  Kansas City, MO 64112
>  Telephone: (816) 701-1100
>  Facsimile: (816) 531-2372
>  jkuntz@wcllp.com