# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Please take notice that Wade H. Tomlinson, III moves for leave to withdraw as counsel for Plaintiffs in this action. Mr. Tomlinson is retiring from Pope, McGlamry, Kilpatrick, Morrison and Norwood, P.C. The remaining attorneys of record will continue to represent Plaintiffs in this action.

Dated: January 25, 2022

/s/ *Wade H. Tomlinson*
Wade H. Tomlinson, III
GA State Bar #714605
triptomlinson@pmkm.com
POPE MCGLAMRY, P.C.
3391 Peachtree Road, NE, Suite 300
Atlanta, Georgia 30326
Telephone: (404) 523-7706
Facsimile: (404) 524-1648

*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022, I electronically filed the foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUSNEL** with the Clerk of Court using the Court's CM/ECF system, which will automatically send notification of such filing to all counsel of record.

Dated:  January 25, 2022

/s/ *Wade H. Tomlinson*
Wade H. Tomlinson, III
GA State Bar #714605
triptomlinson@pmkm.com
POPE MCGLAMRY, P.C.
3391 Peachtree Road, NE, Suite 300
Atlanta, Georgia 30326
Telephone: (404) 523-7706
Facsimile: (404) 524-1648

*Attorney for Plaintiffs*