# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**JOINDER OF MEYERS & FLOWERS, LLC. IN THE MOTION OF THE NFL PARTIES AND CLASS COUNSEL TO APPROVE MODIFICATIONS TO THE NFL CONCUSSION SETTLEMENT AGREEMENT PURSUANT TO SECTION 6.6**

**MEYERS & FLOWERS, LLC.** joins the Motion of the NFL Parties and Class Counsel to Approve Modifications to the NFL Concussion Settlement Agreement Pursuant to Section 6.6 (the "Norming Settlement"). *ECF Doc. # 11567.*

**MEYERS & FLOWERS, LLC.** represents over 100 players in the NFL Concussion Settlement, a majority of whom are African American. This Firm is fully familiar with the terms of the NFL Concussion Settlement and the Norming Settlement. Having closely reviewed the issue, **MEYERS & FLOWERS, LLC.**'s believes that the Norming Settlement is in the interest of its clients and recommends that the Court approve its immediate implementation.

**MEYERS & FLOWERS, LLC.** recognizes that norming presented the Parties and Court with a sensitive matter and supports the significant work performed by Class Counsel and the Intervenors' Counsel in bringing this matter to a successful conclusion.

Dated: January 25, 2022

                                        **MEYERS & FLOWERS, LLC.**

                                        _____

                                        Peter J. Flowers
                                        IL ARDC #06210847
                                        3 North Second St., Suite 300
                                        St. Charles, Illinois 60174
                                        Phone: (630) 232-6333
                                        Fax: (630) 845-8982
                                        Email: PJF@meyers-flowers.com

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically *via* the Court's electronic filing system on the 25th day of January, 2022, upon all counsel of record.

Dated: January 25, 2022

                                               */s/ Kristin Roos*