**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff Duval Love</u> | **<u>NOTICE TO ESTABLISH ATTORNEY'S LIEN</u>** |

    Attorney Byron Cuthbert of Byron Cuthbert & Associates, LLC attorneys for Plaintiff **Duval Love** in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable contingent attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff **Duval Love.**

Dated January 27, 2022          Respectfully submitted,

                                            Byron Cuthbert & Associates, LLC

                                            *Byron Cuthbert*

                                            Byron Cuthbert, Esquire
                                            GA Bar No. 85557
                                            1143 Cameron Creek
                                            Marietta, GA 30062
                                            Telephone: 404-403-7855
                                            Fax: 866-990-9743

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.

Dated January 27, 2022

Respectfully submitted,

Byron Cuthbert & Associates, LLC

*Byron Cuthbert*

Byron Cuthbert, Esquire
GA Bar No. 85557
1143 Cameron Creek
Marietta, GA 30062
Telephone: 404-403-7855
Fax: 866-990-9743