IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

## REPORT OF THE SPECIAL MASTERS

1. Wendell E. Pritchett and Jo-Ann M. Verrier, as Special Masters appointed by the Court on July 13, 2016 (ECF 6871), and David Hoffman, appointed by the Court on March 5, 2020 (ECF 11022), pursuant to Article X of the Class Action Settlement Agreement (Settlement Agreement) in this matter, submit this Report to the Court alongside Status Reports from the Claims Administrator, Brown Greer LLC ("Claims Administrator"), and the Baseline Assessment Program Administrator, Epiq Mass Tort ("BAP Administrator"; formerly known as Garretson Resolution Group), to provide an update on the Agreement's effectuation and progress.

2. The Special Masters have reviewed the 4th Quarter 2021 Status Reports submitted by both Administrators. These accurately and thoroughly reflect the work of both firms.

3. The Special Masters provide weekly reports to the Court, including review of the work detailed in these Status Reports and of work that is beyond the purview of the Claims and BAP Administrators.

**Overall Administration**

4. The Special Masters are currently meeting for weekly calls with the Claims Administrator and the BAP Administrator. Additionally, both Administrators make themselves available for additional discussions and communications with the Special Masters as necessary to support the fair and efficient administration of the Settlement Agreement.

5. The Special Masters remain constantly informed about the progress of all Claims through the Claims Administrator's robust systems, including its published reports as found on the NFL Concussion Settlement website.

6. Each month, after review with the Claims Administrator, the Special Masters approve the monthly disbursement report to the Trustee authorizing payments of Monetary Awards to Settlement Class Members (SCMs) as well as to relevant attorneys, lienholders, and third-party funders where appropriate.

7. The Special Masters are informed about the BAP Administrator's management of requests for and scheduling of Baseline Assessment Program examinations and the BAP Administrator's ongoing work to ensure that trained BAP authorized neuropsychologists and neurologists complete their work effectively. The BAP Administrator also oversees the Supplemental Benefits program for Players within the Settlement Agreement and manages the lien resolution process on behalf of Retired Players.

8. The Special Masters ensure that the work of the Administrators is communicated to the Court via a regular meeting and report as well as through other communication; we seek to ensure the Court has input into matters arising in the efficient and fair administration of the Settlement Agreement.

**Matters Related to Race-Based Adjustments to Neuropsychological Test Scores**

9. In March 2021, the District Court ordered the dismissal of *Henry et al. v. Nat'l Football League et al.*, 2:20-cv-04165 (E.D. Pa. Aug. 25, 2020), a putative class action alleging racial discrimination in the implementation of the Settlement Program. In dismissing the class action complaint, the Court noted its "concerns about the race-norming issue," and ordered the NFL Parties and Class Counsel to mediation to address the concerns. On April 28, 2021, the District Court granted in part a motion to intervene into that mediation by counsel for the putative class action plaintiffs.

10. The mediation, under the supervision of Magistrate Judge David Strawbridge and with the collaboration of Special Master Hoffman, concluded with the filing, on October 20, 2021, of a proposed agreement. That agreement proposes rescoring of a set of previously submitted claims, modifying prospective claims administration, and conducting additional BAP exams.

11. On December 30, 2021, the Parties submitted a Motion to Approve Modifications to the NFL Concussion Settlement Agreement, pursuant to Section 6.6 of the Agreement.

12. On January 3, 2022, the Court required Brown Greer to circulate Notice of the proposed agreement to all Class members, seeking their input by January 25, 2022. This Notice was shared individually with all Class members and on the program's website.

13. The Special Masters are meeting weekly with the Administrators and with the Parties to build processes for consideration should the Court approve the Norming Agreement following consideration of the input from Class members.

**Baseline Assessment Program Milestones**

14. Due to the COVID-19 Pandemic, the BAP Administrator continues to experience unusually heavy appointment cancellations, with 160 appointments cancelled by Qualified BAP Providers and 136 appointments cancelled by Retired NFL Football Players during the 4th Quarter of 2021. The BAP Administrator has worked diligently to mitigate disruptions caused by the pandemic, including working to reschedule appointments and removing negative consequences for cancellations caused by COVID.

15. The BAP Administrator has received requests for appointments from 58.3% of Players eligible to receive a BAP examination and has offered one or more appointments to 99.7% of those Players.

16. The BAP Administrator oversees a Supplemental Benefit program for Players diagnosed with Level 1 Neurocognitive Impairment under the Settlement Agreement. As of January 10, 2022, 233 Players had been notified of their eligibility to participate in the program, and 187 had completed orientation. The BAP Administrator is currently piloting a cognitive rehabilitation therapy service in response to requests from participating Players.

17. The Special Masters are working closely with the BAP Administrator to identify and contact medical professionals who are slow to complete reports necessary for processing Players' BAP exams. To date, the Special Masters have contacted two providers to explain the harm caused by their delays in completing their important work. We will continue to work with Epiq to ensure that doctors understand the ongoing need to complete their work with the Program as efficiently and quickly as possible.

18. As of January 10, 2022, 5,975 Players have had full BAP examinations completed, resulting in 131 Level 2 diagnoses, 203 Level 1.5 diagnoses, 243 Level 1 diagnoses

(entitling these Players to Supplemental Benefits under the Settlement Agreement), and 5,294 cases with no diagnosis.

### Claims Administrator Milestones

19. As of January 10, 2022, the Claims Administrator issued 1,356 Notices of Monetary Award, totaling $944,503,499. The Program has paid 1,311 of these claims, for a total payment to date to Settlement Class Members of $861,195,393.

### Audits

20. Under the terms of Section 10.3 of the Settlement Agreement, the Special Masters review determinations of the Claims Administrator concerning misrepresentation, omission, or concealment of a material fact in connection with a Monetary Award Claim.

21. The Claims Administrator continues its careful and detailed recommendations of Audits to the Special Masters, detailed on p.17-19 of its most recent quarterly report. The Special Masters carefully follow the work of the Claims Administrator on investigations.

### Appeals

22. Alongside the Special Masters' authority to hear appeals of Registration determinations under the terms of Section 10.1(b)(i)(3) of the Settlement Agreement, the Court has directed the Special Masters to hear appeals of the Claims Administrator's decisions on Claims pursuant to the Rules Governing Appeals of Claim Determinations.

23. This quarter, the Special Master issued dispositions on two appeals, one of which was by opinion. The opinion was published online to the Settlement Portal. To date, the Special Masters have published a total of 40 decisions on Monetary Award appeals.

**Education Fund**

24. Pursuant to Article XII of the Settlement Agreement, an Education Fund was established to fund programs promoting safety and injury prevention with respect to football players, including safety initiatives in youth football, educational initiatives for Retired NFL Football Players regarding the NFL CBA Medical and Disability Benefits, and other educational initiatives benefitting Retired NFL Football Players.

25. The three educational programs established pursuant to Article XII of the Settlement Agreement are operational, following the Court's March 23, 2020 Order accepting the Parties' proposals for these Programs.

26. We have discussed with Class Counsel the Education Fund's requirement of educational communication with Players about on-going benefits from the NFL and expect to report on this communication next report.

27. The approved program in youth sports safety with the Korey Stringer Institute (KSI) is operational, with four school districts identified as eligible to receive funding as part of the first innovATe cohort (Boston Public Schools, Cincinnati Public Schools, Oakland Athletic League; and Stewart and Early Counties in Georgia, altogether representing eighteen individual schools with approximately 15,000 students). Three of the four school districts have now signed a formal agreement with KSI, and KSI is working with the fourth to formalize an agreement. Boston Public Schools, Early County, and Cincinnati Public Schools have already hired athletic trainers, and have already reported on the significant impact the athletic trainers are making within their respective communities. KSI is currently reviewing initial applications from seventeen school districts from nine different states. The final applications for qualified school districts are

due February 15, 2022, and KSI expects to select four school districts for the second cohort by the end of March 2022. KSI continues to work with the NFL Alumni Association and this spring the Professional Football Athletic Trainers' Society will begin their mentorship and support of the innovATe communities. The PFATS Athletic Trainers will help build community support, develop diversity, equity, and inclusion initiatives within the schools, and provide an additional opportunity to connect with NFL Alumni.

28. Finally, a research program that allows access to data that Players have voluntarily contributed via the BAP Program is underway. The experts running this program at Columbia University have initiated the data extraction process from the BAP records, with appropriate safeguards in place for reliability and security of the data. This work is on-going and the Special Masters are in communication with the Columbia team as the work progresses.

Respectfully submitted,

_____  
Wendell E. Pritchett  
Special Master

_____  
Jo-Ann M. Verrier  
Special Master

_____  
David A. Hoffman  
Special Master