IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                                        Defendants. | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

On January 3, 2022, the Court issued a Notice to Class Members (ECF No. 11568), informing the Class about proposed modifications to the Settlement Agreement that would eliminate the consideration of race in the Settlement Program. That Notice also provided Class Members with an opportunity to submit comments, questions, or concerns about the proposed modifications. The comment period is now closed.

It is **ORDERED** that, **on or before February 4, 2022**, BrownGreer must file on this docket a memorandum including—where privacy of Class Members permits—the comments and questions received.

It is **FURTHER ORDERED** that the mediating parties must file any response to Class Members' comments **on or before February 11, 2022.**

1

Dated: February 1, 2022

                                                          _**S/Anita B. Brody**_
                                                          ANITA B. BRODY, J.

**COPIES VIA ECF**