# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>　　　　　　　　　　Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>No. 21-4588 |
| THIS DOCUMENT RELATES TO:<br>*Baker v. National Football League, Inc. (NFL) et al.* | |

## ORDER

**AND NOW**, on this **25th day** of **January, 2022**, it is **ORDERED** that the Complaint filed by Settlement Class Member Connie Joann Baker (Case No. 21-cv-04588, ECF No. 1) is **DISMISSED with prejudice**.[1] The Clerk is directed to mark Case No. 21-cv-04588 as closed.

　　　　　　　　　　　　　　　　　　　S/Anita B. Brody　　　　　　
　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies VIA ECF   Copies mailed 02-01-2022 to:

　　　Connie Joaan Baker, Pro-se

---

[1] Case No. 21-cv-4588 was transferred to this Court on October 20, 2021. In its Letter of November 5, 2021 (Case No. 21-cv-4588, ECF No. 11; Case No. 12-md-2323, ECF No. 11523), Defendant National Football League Inc./Enterprises ("NFL") requested that the Court order Plaintiff Baker to Show Cause why her Complaint should not be dismissed on the ground that her claims were released by the Class Action Settlement Agreement and are precluded by the Final Order and Judgment. Baker failed to respond to the Court's Order to Show Cause.