# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | : : : : : | Hon. Anita B. Brody |

## NOTICE OF APPEARANCE

Roma Petkauskas of the law firm BrownGreer PLC, gives notice of her appearance as an attorney representing the Claims Administrator in the above captioned action.

                      Respectfully submitted,

By: *Roma Petkauskas*
      Roma Petkauskas
      Virginia State Bar No.: 71357
      BrownGreer PLC
      250 Rocketts Way
      Richmond, Virginia 23231
      Telephone: (804) 521-7218
      Facsimile: (804) 521-7299
      Email: rpetkauskas@browngreer.com

Dated: February 2, 2022

2

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: February 2, 2022.

*Roma Petkauskas*
Roma Petkauskas