# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                              Plaintiffs,<br>            v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                                              Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Pope McGlamery PC<br>v.<br>SPID 100004590 (F.J.T.)<br><br>AND<br><br>Locks Law Firm<br>v.<br>SPID 100004590 (F.J.T.)<br><br>Attorney Lien Dispute<br>Case Nos. 00751,<br>01708 | |

## STIPULATION WAIVING RIGHTS TO APPEAL FINAL DECISION
## OF THE HONORABLE DAVID R. STRAWBRIDGE, USMJ

1. On February 1, 2022, the Honorable David R. Strawbridge, USMJ, after resolution by the parties, Pope McGlamery ("McGlamery"), Locks Law Firm ("Locks") and Feder Law LLC ("Feder"), issued a final decision granting the Withdrawal of Attorney's Lien Dispute. The Honorable Judge Strawbridge further ordered that the Claims Administrator disburse the withheld funds in accordance with his final decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

2. The parties hereto, McGlamery, Locks and Feder, hereby waive all rights to appeal the final decision of Judge Strawbridge issued in this matter on February 1, 2022.

3. Settlement Class Member Representative Claimant F.J.T. understands the implications of this stipulation and consents to the waiver of all rights to appeal.

**The above is hereby stipulated to by the parties:**

Fred M. Feder, Esquire
Feder Law LLC
P.O. Box 526
Gladwyne, PA 19035
(610) 203-5915
fmfeder@federlaw.net

Date: 2/7/2022

Michael L. McGlamry, Esquire
Pope McGlamry PC
3391 Peachtree Road, Suite 300
Atlanta, GA 30326
(404) 523-7706
mmcglamry@pmkm.com

Date: 2/7/2022

Michael B. Leh, Esquire
Locks Law Firm
601 Walnut Street, Suite 720
Philadelphia, PA 19106
(215) 893-3410
mleh@lockslaw.com

Date: 2/7/2022

APPROVED BY THE COURT:

Date: 2/7/2022

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE