UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>                    Plaintiffs,<br>v.<br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>                    Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>*All Actions* | |

### ORDER

**AND NOW**, on this **9th day** of **February, 2022**, it is **ORDERED** that Wade H. Tomlinson's Motion to Withdraw as Counsel (Case No. 12-md-2323, ECF No. 11605) is **GRANTED**.[1]

                                                                *S/Anita B. Brody*
                                                               ANITA B. BRODY, J.

Copies via **ECF**

---

[1] Each of Plaintiffs Howard & Associates Attorneys at Law, P.A., Eddie Anderson, Acosta and Associates LLC, Kevin Henry, Najeh Davenport, Langfitt Garner PLLC, and Richard Collins will be represented by their remaining attorneys of record.