## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>       Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br>       Defendants. | Civ. Action No.: 14-cv-00029-AB<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW**, this 4th day of March, 2022, upon consideration of the agreement between the NFL Parties, Class Counsel, and Intervenors to remove race norms and demographic estimates based on race from the NFL Concussion Settlement Program (the "Norming Agreement"), the Motion of the NFL Parties and Class Counsel, and joined by Intervenors and various other counsel representing Settlement Class Members, to Approve Modifications to the NFL Concussion Settlement Agreement Pursuant to Section 6.6 (the "Motion"), and Settlement Class Members' comments in response, it is **ORDERED** that the Motion is **GRANTED**.

Pursuant to Section 6.6 of the NFL Concussion Settlement Agreement (the "Class Action Settlement Agreement"), the Court **APPROVES** the following modifications to the Class Action Settlement Agreement as further described in the Motion:

1. Exhibit A-2 to the Class Action Settlement Agreement is replaced by Exhibit 1 to this Order.

2. The New Method (as described in the Motion and Exhibit 2 to this Order) will be used in the Settlement Program prospectively in accordance with the terms of Sections 2.2 and 2.3 of the Norming Agreement (attached as Exhibit 3 to this Order).

3. The settlement claims and diagnoses of eligible Retired Players will be automatically rescored in accordance with the terms of Section 2.5 of the Norming Agreement. (*See* Ex. 4.)

4. Certain Retired Players will be eligible for expanded BAP evaluations in accordance with the terms of Section 2.6 of the Norming Agreement. (*See* Ex. 5.)

5. Certain eligible Retired Players will be eligible to submit new settlement claims with their prior MAF program neuropsychological testing rescored in accordance with the terms of Section 2.7 of the Norming Agreement. (*See* Ex. 6.)

6. Any new or replacement long-term Norms that are developed in accordance with Section 2.3 and Section 3.1 of the Norming Agreement will be properly considered for approval by the Court under the Parties' ongoing process of modification as provided for in Section 6.6 of the NFL Concussion Settlement Agreement. (Exs. 3, 7).

7. All modifications approved in this Order are effective as of March 4, 2022. Rescoring and access to expanded BAP evaluations will be implemented on or about April 29, 2022.

8. All terms of the Class Action Settlement Agreement not modified by this Order remain in full force and effect.

9. Exhibits 2–7 are attached for ease of reference and are subject to the terms and conditions of the Norming Agreement, attached to this Order as Exhibit 8.

10. The Court retains continuing and exclusive jurisdiction over this Order pursuant to the Class Action Settlement Agreement (Case No. 12-md-2323, ECF No. 6481-1) and the Final Order and Judgment (Case No. 12-md-2323, ECF No. 6510).

 _S/Anita B. Brody_  
Anita B. Brody, J.

Copies **VIA ECF**