# EXHIBIT 7

Section 3.1    Long-Term Norms.

(a)    The Parties agree that the Expert Panel shall continue its work to create a set of diagnostically accurate, race neutral, long-term Norms applicable to the population of NFL players based on the Expert Panel's analysis of the data gathered through the BAP and/or other available data sources, with the goal of a completion date of one (1) year from the Settlement Date.

(b)    The NFL Parties will fund the Expert Panel's continued work in developing such long-term Norms.

(c)    Once diagnostically accurate long-term Norms are developed, they will replace the New Method prospectively in the Settlement Program in accordance with the terms of this Agreement (as amended by the Parties if necessary), and the New Method will no longer be used.

(d)    The long-term Norms will only be used prospectively. For the avoidance of doubt, there will be no retrospective review of past Settlement Claims with the long-term Norms.