# EXHIBIT

# A

**Questions (#1)**

**From:** Pat Tighe pat@x1law.com
**To:** ProposedSettlement2021@nflconcussionsettlement.com
**Bcc:** Pat Tighe pat@x1law.com
**Date:** Thu, Jan 13, 2022, 12:40 PM

<u>**Section 8.2**</u> **Class Counsel. Class Counsel represents and warrants, as of the Settlement Date, that: (i) it is empowered and authorized to sign on behalf of and bind the individuals for whom it has signed; and (ii) this Agreement constitutes Class Counsel's legal, valid, and binding obligation.**

Who is it specifically that Class Counsel represents if not the Class Members?  This says it binds the individuals for whom it has signed, and I can't conceive of this being other than the Class of retired players.

Consider, this Judge Brody, did not rule on my motion to intervene and the mediation went forward without me, it  involved only Henry/Davenport & Counsel, NFL Counsel and Class Counsel, who would he have been negotiating on behalf of the class members? The release is for NFL Counsel and Class Counsel from Henry/Davenport & Counsel. Are NFL Counsel and Class Counsel not released from the class members? Does NFL Counsel and Class Counsel have any exposure to the class members?

**Sincerely,**
*Patrick J. Tighe*

**X1LAW LOGO**

**721 US Highway 1, Suite 121**
**North Palm Beach, Florida 33408**
Tel:**561-357-3319** Desk: **561-537-3321**
Fax: **561-537-7193** E/M: **Pat@X1law.com**
**image002**

# Question (#2)

**From:** Pat Tighe pat@x1law.com
**To:** proposedsettlement2021@nflconcussionsettlement.com
**Bcc:** Pat Tighe pat@x1law.com
**Date:** Thu, Jan 13, 2022, 12:41 PM

The joint motion by the NFL and Class Counsel asks the Court to approve modifications to the Settlement Agreement which is binding upon all Class Members. Although Exhibits 2 and 3 only show modifications to the Qualifying Diagnoses, the motion references a proposed order (several times) that I've been unable to find. It doesn't appear to be appended to the motion, nor is it one of the three Exhibits. The motion states, "*Specifically, the Claims Administrator will distribute a notice to the Settlement Class and counsel representing Settlement Class Members that directs them to **this Motion and the proposed Order, both of which will be available on the Settlement Program's website**.,*" but it is not posted there--only the Class Notice, Motion and Exhibits 1-3 were posted to the site.  Where can I find the text of the proposed order?


Sincerely,
Patrick J. Tighe
X1LAW
721 US Highway 1, Suite 101
North Palm Beach, Florida 33408
Tel:561-537-3319 Desk: 561-758-8470
Fax: 561-537-7193 E/M: Pat@X1law.com


Dictated but not proof read to expedite
Siri is an unforgiving transcriptionist.

An attorney-client relationship is not created with X1LAW,P.A. or any of its lawyers unless there is an express written agreement between the client and the firm. Sending information to, or speaking with, X1LAW,P.A. or its lawyers or employees does not create an attorney-client relationship.

**From:** Pat Tighe pat@x1law.com
  **To:** proposedsettlement2021@nflconcussionsettlement.com
**Date:** Thu, Jan 13, 2022, 12:41 PM

**Section 12.5** **Beneficiaries. This Agreement will be binding upon the Parties and will inure to the benefit of the NFL Parties, Intervenors, Intervenors' Counsel, Class Counsel, and the Released Parties, as well as all Class Members in the Class Action Settlement Agreement. No provision in this Agreement is intended to create any other third-party beneficiary to this Agreement other than those expressly referenced in this Section 12.5. Nothing expressed or implied in this Agreement is intended to or will be construed to confer upon or give any person or entity other than the NFL Parties, Intervenors, Intervenors' Counsel, Class Counsel, the Released Parties, and Class Members in the Class Action Settlement Agreement, any right or remedy under or by reason of this Agreement.**

I understand that "Parties" is defined as, "the Intervenors, Class Counsel, and NFL Parties," but taken with Section 8.2, could this possibly include Class Members whom Class Counsel represents?

Sincerely,
Patrick J. Tighe
X1LAW
721 US Highway 1, Suite 101
North Palm Beach, Florida 33408
Tel:561-537-3319 Desk: 561-758-8470
Fax: 561-537-7193 E/M: Pat@X1law.com

Dictated but not proof read to expedite
Siri is an unforgiving transcriptionist.

An attorney-client relationship is not created with X1LAW,P.A. or any of its lawyers unless there is an express written agreement between the client and the firm. Sending information to, or speaking with, X1LAW,P.A. or its lawyers or employees

**From:** Pat Tighe pat@x1law.com
**To:** proposedsettlement2021@nflconcussionsettlement.com
**Bcc:** Pat Tighe pat@x1law.com
**Date:** Thu, Jan 13, 2022, 12:43 PM

**Section 3.1 (c)** **Once diagnostically accurate long-term Norms are developed, they will replace the New Method prospectively in the Settlement Program in accordance with the terms of this Agreement (as amended by the Parties if necessary), and the New Method will no longer be used.**

Is it prudent to agree to implement "long-term norms" that have not yet been developed? Who will approve the long-term norms? Do they require approval by Intervenors as well as the NFL and Class Counsel?

Sincerely,
Patrick J. Tighe
X1LAW
721 US Highway 1, Suite 101
North Palm Beach, Florida 33408
Tel:561-537-3319 Desk: 561-758-8470
Fax: 561-537-7193 E/M: Pat@X1law.com


Dictated but not proof read to expedite
Siri is an unforgiving transcriptionist.

An attorney-client relationship is not created with X1LAW,P.A. or any of its lawyers unless there is an express written agreement between the client and the firm. Sending information to, or speaking with, X1LAW,P.A. or its lawyers or employees does not create an attorney-client relationship.

# EXHIBIT
# B

| | |
|---|---|
| **From:** | ████ |
| **To:** | NFL Concussion Norming |
| **Subject:** | Questions (#1) |
| **Date:** | Thursday, January 13, 2022 12:40:11 PM |

**Section 8.2** Class Counsel. Class Counsel represents and warrants, as of the Settlement Date, that: (i) it is empowered and authorized to sign on behalf of and bind the individuals for whom it has signed; and (ii) this Agreement constitutes Class Counsel's legal, valid, and binding obligation.

Who is it specifically that Class Counsel represents if not the Class Members? This says it binds the individuals for whom it has signed, and I can't conceive of this being other than the Class of retired players.

Consider, this Judge Brody, did not rule on my motion to intervene and the mediation went forward without me, it involved only Henry/Davenport & Counsel, NFL Counsel and Class Counsel, who would he have been negotiating on behalf of the class members? The release is for NFL Counsel and Class Counsel from Henry/Davenport & Counsel. Are NFL Counsel and Class Counsel not released from the class members? Does NFL Counsel and Class Counsel have any exposure to the class members?

**Sincerely,**



image002

Dictated but not proof read to expedite
Siri is an unforgiving transcriptionist

| | |
|---|---|
| **From:** | ███ |
| **To:** | NFL Concussion Norming |
| **Subject:** | Question (#2) |
| **Date:** | Thursday, January 13, 2022 12:41:11 PM |

The joint motion by the NFL and Class Counsel asks the Court to approve modifications to the Settlement Agreement which is binding upon all Class Members. Although Exhibits 2 and 3 only show modifications to the Qualifying Diagnoses, the motion references a proposed order (several times) that I've been unable to find. It doesn't appear to be appended to the motion, nor is it one of the three Exhibits. The motion states, "*Specifically, the Claims Administrator will distribute a notice to the Settlement Class and counsel representing Settlement Class Members that directs them to **this Motion and the proposed Order, both of which will be available on the Settlement Program's website.**,*" but it is not posted there--only the Class Notice, Motion and Exhibits 1-3 were posted to the site. Where can I find the text of the proposed order?



Dictated but not proof read to expedite
Siri is an unforgiving transcriptionist.

An attorney-client relationship is not created with ███████ or any of its lawyers unless there is an express written agreement between the client and the firm. Sending information to, or speaking with, ██████. or its lawyers or employees does not create an attorney-client relationship.

| From: | |
|---|---|
| To: | NFL Concussion Norming |
| Subject: | Question (#3) |
| Date: | Thursday, January 13, 2022 12:42:00 PM |

**Section 12.5Beneficiaries. This Agreement will be binding upon the Parties and will inure to the benefit of the NFL Parties, Intervenors, Intervenors' Counsel, Class Counsel, and the Released Parties, as well as all Class Members in the Class Action Settlement Agreement. No provision in this Agreement is intended to create any other third-party beneficiary to this Agreement other than those expressly referenced in this Section 12.5. Nothing expressed or implied in this Agreement is intended to or will be construed to confer upon or give any person or entity other than the NFL Parties, Intervenors, Intervenors' Counsel, Class Counsel, the Released Parties, and Class Members in the Class Action Settlement Agreement, any right or remedy under or by reason of this Agreement.**

I understand that "Parties" is defined as, "the Intervenors, Class Counsel, and NFL Parties," but taken with Section 8.2, could this possibly include Class Members whom Class Counsel represents?

Sincerely,



Dictated but not proof read to expedite
Siri is an unforgiving transcriptionist.

An attorney-client relationship is not created with ▮▮▮▮▮▮ or any of its lawyers unless there is an express written agreement between the client and the firm. Sending information to, or speaking with, ▮▮▮▮▮▮. or its lawyers or employees does not create an attorney-client relationship.

From: ███████
To: NFL Concussion Norming
Subject: Question (#4)
Date: Thursday, January 13, 2022 12:43:21 PM

**Section 3.1 (c)** Once diagnostically accurate long-term Norms are developed, they will replace the New Method prospectively in the Settlement Program in accordance with the terms of this Agreement (as amended by the Parties if necessary), and the New Method will no longer be used.

Is it prudent to agree to implement "long-term norms" that have not yet been developed? Who will approve the long-term norms? Do they require approval by Intervenors as well as the NFL and Class Counsel?

Sincerely,



Dictated but not proof read to expedite
Siri is an unforgiving transcriptionist.

An attorney-client relationship is not created with ███████. or any of its lawyers unless there is an express written agreement between the client and the firm. Sending information to, or speaking with, ███████ or its lawyers or employees does not create an attorney-client relationship.

# EXHIBIT
# C

**From:** NFL Concussion Norming Norming@NFLConcussionSettlement.com
  **To:** Pat Tighe pat@x1law.com
**Date:** Thu, Jan 13, 2022, 12:40 PM

*This is an official communication from the Claims Administrator of the NFL Concussion Settlement.*

Thank you for your email regarding the Norming Agreement. This is an automated response to confirm that we have received your email and will provide your message to the Court.

In the meantime, you may view a copy of the Norming Agreement on the Settlement Program website (www.nflconcussionsettlement.com) or by clicking here.

**Claims Administrator**
**NFL Concussion Settlement**
**BROWNGREER PLC**
Telephone: (855) 887-3485
ClaimsAdministrator@NFLConcussionSettlement.com
www.NFLConcussionSettlement.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*