UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and: <br><br> Robert Holt, et al. v. National Football League, et al. (Plaintiffs Reggie Rusk and Felecia Hanlon-Rusk ONLY) <br><br> Court File No. 2:12-cv-04185-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS REGGIE RUSK AND FELECIA HANLON-RUSK** |

J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Reggie Rusk and Felicia Hanlon-Rusk only in this action, and state as follows:

1. Plaintiffs' counsel filed the action *Robert Holt, et al. v. National Football League, et al.*, No. 2:12-cv-04185-AB, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including Reggie Rusk and Felecia Hanlon-Rusk.

2. Plaintiffs' counsel filed a short form complaint for Reggie Rusk and Felecia Hanlon-Rusk on August 20, 2012.

3. Despite the efforts of the undersigned on Plaintiffs' behalf, the NFL Concussion Settlement Claims Administrator informed Zimmerman Reed LLP that Plaintiffs retained separate counsel to represent them in this case.

4. Specifically, on January 25, 2022, the Claims Administrator issued an NFL Representation Notification ("Notice") to Zimmerman Reed LLP, stating that Plaintiffs informed the Claims Administrator that they are represented by a different lawyer, and listing The Lorentz Law Firm, P.A. as the "New Lawyer Requested by Settlement Class Member".

5. The Notice provides "seven days to communicate with the Settlement Class Member and come to a resolution" before the Claims Administrator would "update the Class Member's representation in [its] database to the new lawyer above." Zimmerman Reed LLP has not discussed further representation with Plaintiffs. More than seven days have passed from the Notice date.

6. Under the circumstances, it is apparent that Reggie Rusk and Felecia Hanlon-Rusk have hired separate counsel to represent them, that those counsel have been identified to the Claims Administrator, and that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Reggie Rusk and Felecia Hanlon-Rusk only in Court File No. 2:12-cv-04185-AB.

/ / / / /

/ / / / /

Dated:  March 9, 2022                      Respectfully submitted,

                                                ZIMMERMAN REED LLP

                                                s/ Brian C. Gudmundson
                                                J. Gordon Rudd, Jr. (#222082)
                                                Brian C. Gudmundson (#336695)
                                                Michael J. Laird (#0398436)
                                                1100 IDS Center, 80 South 8th Street
                                                Minneapolis, MN  55402
                                                Telephone: (612) 341-0400
                                                Facsimile: (612) 341-0844
                                                Gordon.Rudd@zimmreed.com
                                                Brian.Gudmundson@zimmreed.com
                                                Michael.Laird@zimmreed.com