UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiffs Reggie Rusk and Felecia Hanlon-Rusk ONLY)<br><br>Court File No. 2:12-cv-04185-AB | **O R D E R** |

      Pending is Plaintiffs' Counsel's Motion to Withdraw as Counsel, filed on March 9, 2022. In the motion, Zimmerman Reed LLP seeks to withdraw as counsel. As justification for the withdrawal, counsel states that Plaintiffs Reggie Rusk and Felecia Hanlon-Rusk have obtained new counsel to represent them further in this action, that the Plaintiffs have registered this new counsel with the Claims Administrator, and that the Claims Administrator has notified Zimmerman Reed that the Plaintiffs will be proceeding with the new counsel.

      BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Reggie Rusk and Felecia Hanon-Rusk in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for Reggie Rusk and Felecia

Hanlon-Rusk.  Zimmerman Reed LLP is directed to send a copy of this Order via any email address they have for Plaintiffs, and via U.S. Mail to their last known address.

    IT IS SO ORDERED.

Dated:                               UNITED STATES DISTICT JUDGE

_____

Honorable Anita B. Brody