UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Marvin Fleming, et al. v. National Football League, et al. (Plaintiff Daniel Johnson ONLY)<br><br>Court File No. 2:13-cv-00051-AB | **O R D E R** |

    Pending is Plaintiffs' Counsel's Motion to Withdraw as Counsel, filed on March 9, 2022. In the motion, Zimmerman Reed LLP seeks to withdraw as counsel. As justification for the withdrawal, counsel states that Plaintiff Daniel Johnson has obtained new counsel to represent him further in this action, that the Plaintiff has registered this new counsel with the Claims Administrator, and that the Claims Administrator has notified Zimmerman Reed that the Plaintiff will be proceeding with the new counsel.

    BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Daniel Johnson in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for Daniel Johnson. Zimmerman Reed LLP is directed to

send a copy of this Order via any email address they have for Plaintiff, and via U.S. Mail to his last known address.

    IT IS SO ORDERED.

Dated:                                     UNITED STATES DISTICT JUDGE

                                              Honorable Anita B. Brody