## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>         Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Ezra B. Marcus, Zuckerman Spaeder LLP, 1800 M Street, N.W., Suite 1000, Washington, D.C. 20036, as counsel in this case for Kevin Henry and Najeh Davenport. Mr. Henry and Mr. Davenport will continue to be represented by Cyril V. Smith, Aitan D. Goelman, and Steven N. Herman of Zuckerman Spaeder LLP, Edward S. Stone of Edward Stone Law P.C., and Justin Wyatt of JR Wyatt Law PLLC.

Dated: March 9, 2022             Respectfully submitted,

                    /s/ *Ezra B. Marcus*
                    Ezra B. Marcus
                    Zuckerman Spaeder LLP
                    1800 M Street, Suite 1000
                    Washington, DC 20036
                    (202) 778-1800
                    emarcus@zuckerman.com

                    Attorney for Kevin Henry
                    and Najeh Davenport

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on March 9, 2022, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's electronic case filing system.

                                      /s/ *Ezra B. Marcus*
                                      Ezra B. Marcus