UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>              Plaintiffs,<br><br>          v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>              Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

      **AND NOW**, this **9th day** of **March, 2022**, it is **ORDERED** that the following motions are **DENIED AS MOOT**, in light of the Court's Order of March 4, 2022 (ECF No. 11648):

- Motion to Intervene on the 12-md-2323 docket:
    - ECF No. 11320

- Motions for Joinder on the 12-md-2323 docket:
    - ECF No. 11574
    - ECF No. 11575
    - ECF No. 11601

- o ECF No. 11606
- o ECF No. 11607

- Motions for Joinder on related dockets:

  - o ECF No. 86 on 14-cv-29

                                                                _S/Anita B. Brody_
                                                                 ANITA B. BRODY, J.

Copies **VIA ECF**                                  Copies mailed _____to: