UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION III | MDL No. 2323<br>2:19-md-02323-AB<br><br>No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2323<br><br>Hon. Anita B. Brody |

**UNOPPOSED MOTION FOR ENTRY OF ORDER TO SHOW CAUSE**

Lead counsel for Plaintiffs with pending claims against the Riddell Defendants[1] respectfully request the Court to issue an order to show cause. Specifically, the Court's October 24, 2017 Order required that Plaintiffs within MDL 2323 with then existing claims asserted against the Riddell Defendants who "wish[ed] to proceed with their claims against any of the Riddell Defendants must each file an individual Short Form Complaint" as to Plaintiffs' Second Amended Master Administrative Complaint. (ECF No. 8472.) Numerous Plaintiffs failed to do so. The Riddell Defendants argue that those claims are procedurally deficient and/or have been abandoned. Lead counsel for Plaintiffs believe that those identified on the attached Exhibit 1 represent all Plaintiffs who did timely and properly comply with the Court's October 24, 2017 Order.

WHEREFORE, lead counsel for Plaintiffs respectfully ask the Court to order that any Plaintiffs who believe they should be but are *not* identified on Exhibit 1 show cause within 15 days of the Court's Order why their claims should be listed on Exhibit 1 and why their claims should

---

[1] (*See* ECF No. 10760.) Also, reference to "Riddell" or to the "Riddell defendants" refers collectively to the defendants named in the SAMAC-Riddell: Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., BRG Sports, Inc. (f/k/a Easton-Bell Sports, Inc.), BRG Sports, LLC (f/k/a Easton-Bell Sports, LLC), EB Sports Corp., and BRG Sports Holdings Corp. (f/k/a RBG Holdings Corp.) This constellation of Defendants maintains the position that they are not a collective entity but understand that such reference is made for convenience purposes.

not be dismissed with prejudice for failure to comply with the Court's October 24, 2017 Order, with an opportunity, if necessary, for lead counsel for Plaintiffs and/or the Riddell Defendants to respond.

The Riddell Defendants do not oppose this requested relief.[2]

Respectfully submitted,

/s/ *Bradford Rothwell Sohn*
Bradford R. Sohn, Esq.
*Lead Counsel for Plaintiffs*
THE BRAD SOHN LAW FIRM, PLLC
1600 Ponce DeLeon Blvd., Ste. 1205
Coral Gables, Florida 33134
(786) 708.9750
Brad@BradSohnLaw.com

---

[2] The Riddell Defendants do not concede or stipulate that the Plaintiffs' claims identified in Exhibit 1 are valid, nor do they stipulate that such claims may proceed or have stated cognizable actions. Rather, this statement merely conveys its agreement that the only remaining Plaintiffs within MDL 2323 who are properly considered "Riddell Plaintiffs" are those listed in Exhibit 1.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notice to all counsel of record.

/s/ Bradford R. Sohn

Bradford R. Sohn, Esquire

*Lead Counsel for Plaintiffs*