UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION III | MDL No. 2323<br>2:19-md-02323-AB<br><br>No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2323<br><br>Hon. Anita B. Brody |

## ORDER

Following the Court's April 22, 2015 approval of the NFL Players' Concussion Injury Class Action Settlement, affirmed by the Third Circuit on April 18, 2016, the Court turned its attention to claims against the Riddell Defendants. On October 24, 2017, the Court ordered all individual Plaintiffs with existing claims against the Riddell Defendants, and who wished to pursue those claims, to file individual Short Form Complaints as to Plaintiffs' Second Amended Master Administrative Complaint. (Case No. 12-md-2323, ECF No. 8472.) On March 10, 2022, Lead Counsel for the Riddell Plaintiffs filed an Unopposed Motion for Entry of Order to Show Cause. (Case No. 12-md-2323, ECF No. 11658; Case No. 19-md-2323, ECF No. 21.) Counsel's Motion includes Exhibit 1, comprising a list of the individual Plaintiffs who (1) had originally filed claims against one or more of the Riddell Defendants, and (2) subsequently complied with the Court's October 24, 2017 Order by filing the requested Short Form Complaint.

It is **ORDERED** that **on or before April 1, 2022**, any Plaintiff not currently listed on the attached Exhibit 1, but who believes they should be listed, must file on **19-md-2323** a petition explaining why they should be included in Exhibit 1.

It is further **ORDERED** that **on or before April 15, 2022**, Lead Counsel for Plaintiffs and/or the Riddell Defendants may file a response to any petition filed pursuant to this Order.

It is so **ORDERED** this <u>**11th**</u> day of **March, 2022.**

<u>     *S/Anita B. Brody*                    </u>
Anita B. Brody

Copies ecf: