UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ORDER

**AND NOW**, on this **11th** day of **March, 2022**, it is **ORDERED** that X1LAW, PA's Motion for Fairness Hearing (ECF No. 11633) is **DENIED.**[1]

---

[1] On February 17, 2022, X1LAW, PA ("X1") filed a Motion for Rule 23 Fairness Hearing. (ECF No. 11633.) X1 argues that the modifications to the Class Action Settlement Agreement proposed by Class Counsel and the NFL Parties in their Motion for Approval (ECF No. 11567) constitute "material changes" to the original settlement.
    The Court now denies X1's Motion for Fairness Hearing for substantially the reasons cited in the response brief filed by Class Counsel and the NFL Parties. (*See* ECF No. 11645.) The modifications to the Class Action Settlement Agreement ("Agreement") were developed pursuant to the provisions of Agreement Section 6.6 for the benefit of the Class; they are not amendments resulting in material change to the Agreement. No Rule 23 fairness hearing is required.

As such, it is **FURTHER ORDERED** that X1LAW, PA's Motion for Leave to File (ECF No. 11649) is **DENIED as MOOT**.[2]

      *S/Anita B. Brody*
      ANITA B. BRODY, J.

Copies **VIA ECF**

---

[2] On March 4, 2022, X1 filed a Motion for leave to file a response to Class Counsel and the NFL Parties' Response at ECF No. 11645. As X1's Motion for fairness hearing is denied, further reply on this matter is not required.