**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                Plaintiffs<br><br>      v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**[PROPOSED]
ORDER**

**AND NOW**, on this \_\_\_\_ day of _____, 2022, it is **ORDERED** that Intervenors' Kevin Henry and Najeh Davenport's Consent Motion for Briefing Schedule is **GRANTED**. Intervenors' Counsel shall file any motion for attorney's fees and expenses no later than **April 1, 2022**. Any opposition shall be filed no later than **May 4, 2022**, and any reply shall be filed no later than **May 25, 2022**.

                                                      ANITA B. BRODY, J.