UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL FOOTBALL LEAGUE, et. al. <br><br> Defendants, <br><br> THIS DOCUMENT RELATES TO: <br><br> **ATARI BIGBY** | **No. 2:12-md-02323-AB** <br> **MDL No. 2323** |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to rules of procedure, and the executed Retainer Agreements, Petitioners, Mark Stallworth, Esquire, and Courtney Smith, Esquire, of the Law Firm of SMITH & STALLWORTH, P.A., attorneys for Plaintiffs/Claimants in the above-entitled action, hereby notify this Court and all parties that we have liens in each respective claims for all such Claimants listed as represented by SMITH & STALLWORTH, P.A., with the Claims Administrator/Portal for attorney's fees, plus costs/expenses, and as set forth in the accompanying Petition to Establish Attorney's Lien.

1

DATED this 16th day of March, 2022.

       Respectfully Submitted,

       /s/MARK STALLWORTH
       FLORIDA BAR NUMBER 0506079
       SMITH AND STALLWORTH, P.A.
       201 EAST KENNEDY BOULEVARD
       SUITE 1475
       TAMPA, FLORIDA 33602
       TELEPHONE: 813-223-7799
       FACSIMILE: 813-223-7711
       mworth@smithstallworth.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (EFC) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED this 16th day of March, 2022.

       /s/MARK STALLWORTH
       MARK STALLWORTH, ESQUIRE
       FLORIDA BAR NUMBER 0506079
       SMITH AND STALLWORTH, P.A.
       201 EAST KENNEDY BOULEVARD
       SUITE 1475
       TAMPA, FLORIDA 33602
       TELEPHONE: 813-223-7799
       FACSIMILE: 813-223-7711
       mworth@smithstallworth.com