**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs<br><br>   v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

  **AND NOW**, this 16th day of March, 2022, it is **ORDERED** that Intervenors'

Kevin Henry and Najeh Davenport's Consent Motion for Briefing Schedule is **GRANTED**.

Intervenors' Counsel must file any motion for attorney's fees and expenses **on or before April**

**1, 2022**.  Any opposition must be filed **on or before May 4, 2022**, and any reply must be filed **on**

**or before May 25, 2022**.

            S/Anita B. Brody
            ANITA B. BRODY, J.

  Copies ecf _____ to:      Copies mailed _____ to: