| | |
|---|---|
| **From:** | brandon winey <bwiney@yahoo.com> |
| **Sent:** | Thursday, March 17, 2022 2:37 PM |
| **To:** | PAED Documents |
| **Subject:** | Riddle case |
| **Attachments:** | Brandon Winey Response.pdf; Brandon Winey Exhibit A Short Form Complaint.pdf; Brandon Winey Exhibit B.pdf |

**CAUTION - EXTERNAL:**

Sent from Yahoo Mail for iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.