# Exhibit C

# JOHN D. GIDDENS, P.A. & PHILIP W. THOMAS P.A.
## ATTORNEYS AT LAW

JOHN D. GIDDENS, ESQ.
john@law-inc.com

PHILIP W. THOMAS, ESQ.
pthomas@thomasattorney.com

MAILING ADDRESS:
POST OFFICE BOX 22546
JACKSON, MISSISSIPPI 39225-2546
TELEPHONE: 601-355-2022 * FACSIMILE: 601-355-0012

PHYSICAL ADDRESS:
226 NORTH PRESIDENT STREET
JACKSON, MISSISSIPPI 39201

## CONSENT TO ASSOCIATE AGREEMENT

This Consent to Associate Agreement is made between Client: __Nathaniel Lewis__ (referred to as "Client,") and Philip W. Thomas P.A., John D. Giddens P.A., Mokaram & Associates, P.C. ("Mokaram & Associates") and the Stern Law Group ("Stern Law Group"). Client previously executed an Attorney's Employment Agreement / Contingency Fee Agreement (the "Agreement") retaining Philip W. Thomas P.A. and John D. Giddens P.A. to represent Client in regard to certain matters and/or causes of action identified in the Agreement.

The Agreement also provides that Philip W. Thomas P.A. and John D. Giddens P.A. with Client's written consent, may associate with other attorneys to assist with and/or prosecute the Client's cause of action if it is in the best interests of the Client. Philip W. Thomas P.A. and John D. Giddens P.A. have recommended an association with Mokaram & Associates and Stern Law Group to assist Philip W. Thomas P.A. and John D. Giddens P.A. in representing Client's interest in the matter. It is further agreed and understood:

(1) Mokaram & Associates and Stern Law Group fees to be paid will **NOT** increase the total attorney's fee owed by the Client;

(2) Philip W. Thomas P.A. and John D. Giddens P.A. will assume joint responsibility for representation of the Client's interest in the matter with Mokaram & Associates and Stern Law Group; and

(3) At the conclusion of the case, if a recovery is made on behalf of Client, the total attorneys' fees paid to Philip W. Thomas P.A. and John D. Giddens P.A., and Mokaram & Associates and Stern Law Group will be divided among the firms.[1]

Client's signature indicates his/her understanding and consent to the association of counsel in the representation of his/her matter and the division of fees to be paid in the event of a successful recovery on their part. If this Consent to Associate Agreement is satisfactory, sign and then print your name below your signature, print the date of your signature below, and then return the original to Philip W. Thomas P.A. and John D. Giddens P.A.

Sincerely,

| PHILIP W. THOMAS, P.A. | MOKARAM & ASSOCIATES, P.C. |
|---|---|
| Philip W. Thomas, Esq. | Ali Mokaram, Esq. |
| STERN LAW GROUP | JOHN D. GIDDENS P.A. |
| Jeffrey Stern, Esq. / Richard Nava, Esq. | John Giddens, Esq. |

Agreed To And Accepted:

| *Nathaniel Lewis* | Nathaniel Lewis | 01/03/2017 |
|---|---|---|
| Client Signature | Client Printed Name: | Date: |

---

[1] 33 1/3% of the fees will be paid to Philip W. Thomas P.A. and John D. Giddens P.A divided equally between such firms, and 66 2/3% of the fees will be paid to Mokaram & Associates and the Stern Law Group divided equally between such firms.

Doc ID: 5625ea3ea1fe7935832cc4f16407dc6e53d5514e

**HIPAA COMPLIANT AUTHORIZATION FOR THE RELEASE
OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508**

**TO:**
Name of Healthcare Provider/Physician/Facility

Address

City, State and Zip Code

**RE:** Patient Name: Nathaniel Lewis

Date of Birth: 10/19/1966      Social Security Number: [REDACTED]

Address: 3374 Brooksong Way Dacula, Georgia

Mokaram & Associates
Steen Law Group
Giddens Law Firm

I authorize the disclosure of all protected information to my attorneys, Thomas Law Firm or their authorized representatives, for the purpose of review and evaluation in connection with a legal claim. I expressly request that the designated records custodian of all covered entities under HIPAA identified above disclose full and complete protected medical information including the following:

- All medication records, including in-patient, out-patient and emergency room treatment, all clinical charts, reports, order sheets, progress notes, nurse's notes, clinic records, treatment plans, admission records, discharge summaries, requests for and reports of consultations, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.
- All physical, occupational and rehab requests, consultations and progress notes.
- All disability records.
- All employment or wage records.
- All autopsy, laboratory, histology, cytology, pathology, radiology, CT scan, MRI, MRA, EMG, nerve conduction study, echocardiogram and cardiac catheterization reports.
- All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology/autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.
- All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.
- All billing records including all statements, itemized bills, and records of billing to third party payers and payment or denial of benefits.

This protected health information is disclosed for the following purposes: Investigation and/or prosecution of my personal injury claim/potential lawsuit.

This authorization is in compliance with the federal consent requirements for release of alcohol or substance abuse records of 42 C.F.R. § 2.31, the restrictions of which have been specifically considered and expressly waived. This authorization does not apply to psychotherapy notes, psychiatric or psychological records.

I acknowledge that I have the right to revoke this authorization, in writing, by sending written notification to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 C.F.R. § 164.508. I understand that the covered entity to which this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization.

*Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.*

This authorization shall be in force and effect until two years from date of execution at which time this authorization expires.

_Nathaniel Lewis_
**Signature of Patient or Personal Representative**      Date

Nathaniel Lewis
Name of Patient or Personal Representative

Description of Personal Representative's Authority to Sign for Patient (attach documents which show authority)

**Witness Signature**      Date

Doc ID: 5625ea3ea1fe7935832cc4f16407dc6e53d5514e

# ▽ HELLOSIGN

# Audit Trail

| | |
|---|---|
| **TITLE** | Consent to Associate / HIPAA |
| **FILE NAME** | CTA - NFL Concussion_vF.pdf and 1 other |
| **DOCUMENT ID** | 5625ea3ea1fe7935832cc4f16407dc6e53d5514e |
| **STATUS** | ● Completed |

## Document History

**VIEWED** — 01/03/2017 11:03:48 UTC-6
Viewed by - (nathaniel158466@aol.com)
IP: 76.97.52.147

**SIGNED** — 01/03/2017 11:09:56 UTC-6
Signed by - (nathaniel158466@aol.com)
IP: 76.97.52.147

**COMPLETED** — 01/03/2017 11:09:56 UTC-6
The document has been completed.

From: Baskin Jones baskin@law-inc.com
Subject: NFL Concussion Claims: Players FIrst Program
Date: Dec 29, 2016, 4:48:02 PM
To: <baskin@law-inc.com> baskin@law-inc.com

# THE GIDDENS FIRM, P.A.
ATTORNEYS AT LAW

Msverdict.com | Our Blog

Dear Client,

The purpose of this email is to share with you exciting news about our new partnership with an elite group of Texas law firms to further assist in pursuing your NFL Concussion Litigation claim against the National Football League. As always, our goal has been and continues to be maximizing the compensation that you and your family receive under the terms of the 65-year NFL Concussion Settlement.

Although The John D. Giddens Law Firm and Philip W. Thomas Law Firm have been representing most of our NFL Concussion Litigation Clients for over four years, with the implementation program for the settlement imminent, we have teamed up with the Stern Law Group and Mokaram & Associates (together, the "New Firms") in Houston, Texas. Collectively, the New Firms represent nearly 500 retired NFL football players in their litigation claims against the NFL and have recovered over $800 million dollars in settlements and verdicts for their clients over the past 30 years.

We are teaming up with these law firms in order to better serve you--our client. We believe that a larger group of firms is essential to ensure that you receive maximum compensation under the terms of the settlement, and have at your disposal the largest possible legal team committed to your representation for the 65-years that the settlement program will last. We have shared our concerns and goals for representing you with the New Firms and they see eye-to-eye with us. We are calling our joint program **The Players First Program**.

One misconception that has persisted among retired players is that since the lawsuit settled, you no longer need an attorney. This is wrong. The settlement program, including deadlines, testing procedures and monetary claims requirements, are complex. Few, if any, retired players will be able to successfully navigate these procedures without an experienced and knowledgeable legal team prepared to battle anything thrown at them by the NFL. Retired players without the right legal team face biased pro-NFL testing with no oversight and a stringent claims review process, leaving little chance for a fair, or any, monetary payment. Furthermore, the settlement entitles you to supplemental award payments over the next 65 years, which requires additional testing and has its own set of complexities that are best left for an experienced legal team to handle.

**The Players First Program** is designed to represent you in the settlement program-- not the prior litigation. Best of all, **The Players First Program WILL NOT** increase the attorney's fees that you will pay, despite the addition of two large law firms to your legal team. The program provides additional services, including: a larger legal team with additional staff dedicated to assisting you, medical testing outside of the NFL, and assurance that you will be represented for the next 65 years with the same end goals in mind – maximizing your recovery under the terms of the settlement and providing you with the personalized service that you deserve.

The chart below compares the NFL settlement program and **The Players First Program**:

| Issue | NFL Program | Players First Program |
|---|---|---|
| Recurring Testing | Provides 1 baseline test | Provides initial and follow up testing as needed to ensure initial and supplemental awards are received to maximize your compensation under the settlement |
| Testing Physicians | NFL selects testing doctors | Players First Program screens and selects doctors to ensure you receive an objective examination |
| Follow-up Monitoring | No follow up monitoring of disease progression | Monitors after initial claims; submits supplemental monetary claims to maximize your recovery |
| Length of Representation | Testing ends in 2 or 10 years (age dependent) | Intends to test and submit claims for up to 65 years |
| Claims Submissions | Complex claims requirements w/ legal obstacles | Submits claims and handles any appeals for you to ensure maximum recovery |
| Claims Deficiencies | Denies deficient claims | Identifies and cures deficient claims |
| Appeals Representation | NFL will appeal many awards and will require you to pay your own expenses for an appeal | Represents clients in appeal and advances all costs of appeal, including additional medical testing (if required) |
| Transportation Costs for Testing | Not covered | Advances travel costs |

In summary, the NFL's program is designed to benefit the NFL and ensure that payouts to retired players are minimized. Retired players without long-term representation like **The Players First Program** risk being exploited by the NFL and having little to no chance of maximizing their benefits and monetary award payments under the terms of the settlement agreement.

We are excited to have partnered with the New Firms to develop The Players First Program, and believe that this program will maximize your compensation under the settlement. In order to ensure your participation in the program, we kindly ask you to sign and return to us the following documents:

(1) an acknowledgment of your consent to participate in the The Players First Program, and (2) a new HIPPA medical authorization.

Both of these documents are available via e-sign using the following link: https://www.hellosign.com/s/1585c260

We will also provide these documents to you via mail if you are unable to access these online.

We remain deeply committed to representing you in the NFL Concussion Litigation, and look forward to having you participate in The Players First Program.

Once the documents have been executed, we, in conjunction with the New Firms hope to be in touch in the very near future with additional updates, including setting you up for testing.

In the meantime, please call us with any questions you may have.

From: **Baskin Jones** baskin@law-inc.com
Subject: **NFL Concussion: Immediate Testing**
Date: Jan 3, 2017, 9:56:02 AM
To: <nathaniel158466@aol.com>
nathaniel158466@aol.com

Mr. Lewis,

I am reaching out to you because we have immediate availability for our players to get tested in Pittsburg, PA, Houston, TX, or Ft. Lauderdale, FL prior to the settlement becoming active.

We are calling this testing the **Players First Program** and believe that there are numerous benefits for our players in the program. If you are interested in testing and are available in the next several days to test, respond to this email.

In the near future we will ask our clients to become familiar with the Players First Program (http://msverdict.com/blog/nfl-concussion-claims-players-first-program/) and to sign up for the program at the following link (https://www.hellosign.com/s/1585c260).

As always, if you know another former NFL player who needs representation and testing I will be happy to speak with them. I look forward to hearing from you.

**Baskin L. Jones**
Attorney at John D. Giddens P.A.
O: (601) 355-2022 | F: (601) 355-0012
226 North President Street, Jackson, MS 39201
baskin@law-inc.com| Send me a large file.
www.msverdict.com

Sincerely,

John Giddens & Philip Thomas

\* UNDER NO CIRCUMSTANCES WILL PARTICIPATION IN THE PLAYERS FIRST PROGRAM INCREASE THE AMOUNT OF ATTORNEY'S FEES THAT YOU WILL PAY \*

This e-mail contains legally privileged and confidential information and is intended for the named addressee(s) only. If you are not an authorized recipient, distribution, printing or copying of this message is forbidden. If you have received this message in error, please notify us immediately by telephone or e-mail reply and delete this e-mail from your computer.

From: Lauren lauren@law-inc.com
Subject: NFL Concussion: Players First Program - Registration Open
Date: February 7, 2017 at 4:45 PM
To: lauren@law-inc.com, baskin@law-inc.com, pthomas@thomasattorney.com, john@law-inc.com, shannon@law-inc.com

# Players First Program

Msverdict.com | Our Blog

Clients,

Yesterday the NFL deposited $65 Million into the settlement fund. Registration opens today and starting tomorrow we will be registering all our clients for the settlement. We will obtain your user name and password. We have been preparing claims packets for clients with confirmed diagnoses of ALS, Alzheimer's disease, death with CTE (confirmed by a neuropathologist), Parkinson's disease and Dementia. Our team working on the claims packages includes Baskin Jones, Lauren DeFord, and Shannon Williams. They will be reaching out to you after the draft claim forms are mailed to you for review.

On February 8th at 10:30 AM Judge Brody will hold a status conference that you can watch live by accessing www.NFLConcussionSettlement.com, clicking on the button "February 8th Status Conference-live stream." You will also receive a notice about registration. Please email or call us when you receive the notice.

Once the list of neuropsychologists and/or neurologists is complete we will work with you to get a prompt appointment for those who need a baseline examination.

Thank you for your continued patience.

Philip and I are available to answer your questions.

John D. Giddens, Esq.
Attorney at John D. Giddens P.A.
O: (601) 355-2022 | F: (601) 355-0012
226 North President Street, Jackson, MS 39201
john@law-inc.com| Send me a large file.
www.msverdict.com

This e-mail contains legally privileged and confidential information and is intended for the named addressee(s) only. If you are not an authorized recipient, distribution, printing or copying of this message is forbidden. If you have received this message in error, please notify us immediately by telephone or e-mail reply and delete this e-mail from your computer.