# Exhibit D



**From:** noreply@nflconcussionsettlement.com
**Date:** March 30, 2017 at 6:05:33 PM EDT
**To:** nathaniel158466@aol.com
**Subject: Notice of Overlapping Representation**

This email is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. Multiple lawyers have told us that they represent you in the NFL Concussion Settlement Program. Only one lawyer can represent you.

| POSSIBLE LAWYERS | |
|---|---|
| **Class Member** | Nathaniel Lewis |
| **Settlement Program ID** | 950006435 |
| **Current Lawyer** | John D. Giddens, P.A. |
| **Alternative Lawyer** | Mokaram Law Firm |

We have sent this Notice to you and to the lawyers identified above. The lawyer identified as the Current Lawyer above was the first to send us notice that he or she represents you in the NFL Concussion Settlement Program. If that lawyer represents you in the NFL Concussion Settlement Program, no further action is required and we will continue to communicate with that lawyer. If the lawyer listed in the Alternative Lawyer section above represents you in the NFL Concussion Settlement Program, then you must promptly inform us in writing. If you have any questions, call us toll-free at 1-855-887-3485.

| WRITING OR EMAILING THE CLAIMS ADMINISTRATOR | |
|---|---|
| **By Email:** | ClaimsAdministrator@NFLConcussionSettlement.com |
| **By U.S. Mail:** | NFL Concussion Settlement<br>Claims Administrator<br>P.O. Box 25369<br>Richmond, VA 23260 |
| **By Delivery:** | NFL Concussion Settlement<br>c/o BrownGreer PLC<br>250 Rocketts Way<br>Richmond, VA 23231 |

Thank you.

**Claims Administrator** 2 / 2

**NFL Concussion Settlement Program**
ClaimsAdministrator@NFLConcussionSettlement.com
Telephone: (855) 887-3485
www.NFLConcussionSettlement.com/

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Sherrie Lewis <nathaniel158466@aol.com>
**Date:** June 29, 2018 at 12:13:46 PM EDT
**To:** Christopher Newhouse <cnewhouse@browngreer.com>
**Subject: Fwd: URGENT: NFL Concussion Litigation**

See below email I received from Lauren with John Gidden office.

Sent from my iPhone

Begin forwarded message:

> **From:** "Lauren" <lauren@law-inc.com>
> **Date:** April 5, 2017 at 3:24:05 PM EDT
> **To:** <lauren@law-inc.com>
> **Subject: FW: URGENT: NFL Concussion Litigation**
>
> To rectify this issue, you will need to notify the settlement administrators at ClaimsAdministrator@NFLConcussionSettlment.com. Please copy us on the email you send them.
>
> If you have any questions, please do not hesitate to contact us.
>
> Sincerely,
>
> Lauren M. DeFord, Paralegal
> John D. Giddens, P.A.
> 226 N. President Street
> Jackson, MS 39201
> (601) 355-2022 (Office)
> (601) 355-0012 (Facsimile)
> www.msverdict.com
> www.law-inc.com
>
> ---
>
> **From:** Lauren [mailto:lauren@law-inc.com]
> **Sent:** Wednesday, April 5, 2017 2:16 PM
> **To:** lauren@law-inc.com
> **Subject:** URGENT: NFL Concussion Litigation

**Importance:** High

Good afternoon:

We are contacting you all because you have either registered yourself into the NFL Concussion settlement, or you called us to register you.

As you know, we have merged with two law firms in Houston to form the **Players First Program**. You all have consented to that merge and are represented by John D. Giddens, P.A., Philip W. Thomas, P.A., Mokaram & Associates, P.C. Firm and Stern Law Group.

When the Mokaram law firm began registering players into the settlement, we received notification that you cannot be represented in the settlement by two separate firms. You, as the client/player, are required to contact the settlement administrators directly to advise them that you wish to be represented by **Mokaram & Associates, P.C.** for the purposes of this settlement. This does not mean that we do not represent you and are not working on your claim. The Consent form you signed allows Mokaram & Associates, P.C. to register you into the settlement and submit claims on your behalf. We are still working in conjunction with these Houston firms.

When you receive this email, please contact me immediately at (601) 355-2022.

Sincerely,

Lauren M. DeFord, Paralegal
John D. Giddens, P.A.
226 N. President Street
Jackson, MS 39201
(601) 355-2022 (Office)
(601) 355-0012 (Facsimile)
www.msverdict.com
www.law-inc.com