# Exhibit E

Though not described in detail, the incident involving Ali Mokaram and his use of profanity is one of the issues referenced in Plaintiff's response to Giddens' Notice of Attorney Lien.

In response, to your letter I received on November 14, 2019. (Exhibit A)

John,

Please let this serve as a response to letter I received from you on November 4, 2019.

Your apology is not accepted.

I will however, forgive you and your team for their actions and decisions.

You were unaware due to your teams communication with you.

My decision to take the appropriate actions were warranted and necessary for the well being of myself, my family and my claim.

My attempts fell on deaf ears when trying to convey information, clear up confusion, establish better communication efforts and address concerns of inappropriate behavior and unprofessional treatment and manner in which my wife and I received.

To say, I was dissatisfied or offended with your teams approach is an understatement to all that transpired from the initial signing of the contingency agreement.

As far as the processes necessary in the approval of my claim. It would serve you best to gather the answers and raise those questions to the claims administrator.

It was never my intentions nor a wish of mine to obtain free representation from you. As you seek to obtain **only** 17% percentage is unfair and unreasonable for the work contributed to my results.

Yes, I understand it will be Judge Brody's decision and disposition in the allocation of the 5% holdback in the up coming future. I was simply requesting to the court that you not be granted any portion of those funds.

I will remain optimistic that her decision will produce a positive result that is fair.

As you mentioned, The last thing you want to do is hold up my settlement that seems very hard for me to believe. I only hope you address the these issues and acknowledge them to be included in your Memorandum Response.

John, I am a deserving victim that has suffered a great deal and no amount of money will ever truly make a difference for me.

This is a clear overreach on your part.