Exhibit F

There was no notice of Judge Brody's Order on the Portal in October 2017.

| ID | Type | Subtype | File | Date | |
|---|---|---|---|---|---|
| 165290 | Notices from Claims Administrator | Notice of Lien | noticeoflienforsom_... .pdf | 4/3/18 | |
| 163198 | Monetary Award | Medical Records - Submitted by Physician | n. lewis - dr. kennedy_16 3198.pdf | 3/22/18 | Remove |
| 158467 | Communications | Email | lewis, nathaniel 2.16.18. pdf | 2/22/18 | Remove |
| 158468 | Monetary Award | Medical Records | lewis, nathaniel 2.16.18. pdf | 2/22/18 | Remove |
| 157395 | Monetary Award | Medical Records - Submitted by Physician | n. lewis - dr. linu joseph_157395.pdf | 2/15/18 | Remove |
| 157394 | Monetary Award | Medical Records - Submitted by Physician | n. lewis - dr. krendel_15 7394.pdf | 2/15/18 | Remove |
| 133591 | Communications | Email | lewis, nathaniel 8.14.17 appendix a.pdf | 10/16/17 | Remove |
| 133592 | Communications | Correspondence | lewis, nathaniel 8.14.17 appendix a.pdf | 10/16/17 | Remove |
| 133593 | Communications | Appendix A | lewis, nathaniel 8.14.17 appendix a.pdf | 10/16/17 | Remove |
| 128853 | Communications | Email | lewis, nathaniel 8.3.17 request for change in representation status.pdf | 9/27/17 | Remove |
| 128854 | Attorney Representation | Request for Change in Representation Status | lewis, nathaniel 8.3.17 request for change in representation status.pdf | 9/27/17 | Remove |
| 122259 | Monetary Award | Medical Records | 2015_122259.jpeg | 8/30/17 | Remove |
| 122258 | Monetary Award | Medical Records | dr krendel patientchartfor_nathaniellewis_122258.pdf | 8/30/17 | Remove |
| 122257 | Monetary Award | Medical Records | dr kennedy diagnosis 1_12 2257.jpeg | 8/30/17 | Remove |
| 122255 | Monetary Award | Medical Records | lft shoulder mri 2_122255 .jpeg | 8/30/17 | Remove |