# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION III** | **MDL No. 2323**<br>**2:19-md-02323-AB**<br><br>**No. 2:12-md-02323-AB** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | **MDL No. 2323**<br><br>**Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this **22nd** day of **March, 2022**, it is **ORDERED** that, in light of the Court's Order of March 11, 2022 (Case No. 12-md-2323, ECF No. 11659; Case No. 19-md-2323, ECF No. 22), Plaintiffs' Unopposed Motion for Order to Show Cause (Case No. 12-md-2323, ECF No. 11658; Case No. 19-md-2323, ECF No. 21) is **DENIED** as **MOOT**.

        *S/Anita B. Brody*
        Anita B. Brody

Copies ecf _____ to:          Copies mailed _____ to: