UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br>MDL No. 2323 |
| | Hon. Anita B. Brody |
| KEVIN BRADLEY BURNETT, II, | |
| *Plaintiff*, | |
| v. | Civil Action No. 2:18-cv-00551-AB |
| RIDDELL, INC., d/b/a RIDDELL SPORTS, COMPANY, *et al.* | |
| *Defendants*. | |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that I, Vernon E. Inge, Jr., counsel for Kevin Bradley Burnett, II in the above-captioned cases, have changed my law firm affiliation.

THEREFORE, Vernon E. Inge, Jr. should be served in the above-captioned cases as follows:

> Vernon E. Inge, Jr. (Va. Bar No. 32699)
> WHITEFORD, TAYLOR & PRESTON, L.L.P.
> Two James Center
> 1021 East Cary Street, Suite 1700
> Richmond, Virginia 23219
> Telephone:    804.977.3301
> Facsimile:    804.977.3291
> E-Mail:       vinge@wtplaw.com

|  | Respectfully submitted, |
|---|---|
| Dated: March 24, 2022 | KEVIN BRADLEY BURNETT, II |

/s/ Vernon E. Inge, Jr.
Vernon E. Inge, Jr. (Va. Bar No. 32699)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
Two James Center
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone:  804.977.3301
Facsimile:  804.977.3292
E-Mail:  vinge@wtplaw.com

*Counsel for Kevin Bradley Burnett, II*

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2022, I caused a true and correct copy of this ***Notice of Change of Law Firm Affiliation*** to be served on this date upon all counsel of record *via* the Court's Electronic Case Filing system.

/s/ Vernon E. Inge, Jr.
Counsel