UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| Goldberg, Persky & White, P.C.<br><br>v.<br><br>SPID 100000894 (C.M.) Attorney Lien Dispute Case No. 00820 | |

## STIPULATION AND WAIVER OF RIGHT TO APPEAL

Class Member C.M., and Goldberg, Persky & White, P.C., here stipulate and agree to waive any right to appeal the March 10, 2022 Explanation and Order of Magistrate Strawbridge granting the Withdrawal of Lien Dispute and ordering distribution of the withheld funds.

Class member C.M. hereby represents that he has reviewed the March 10, 2022 Explanation and Order, and further understands the implications of this Stipulation and consents to the waiver of the right to appeal.

Dated: March 21, 2022

Class Member C.M.                    Goldberg, Persky & White, P.C.

_____              _____
                                     Leon Tuekasevic, Esq.
                                     Goldberg, Persky & White, P.C.
                                     11 Stanwix Street, Suite 1800
                                     Pittsburgh, PA 15222
                                     Email: jtuckasevic@gpwlaw.com
                                     Telephone: (412) 471-3980
                                     Facsimile: (412) 471-8308

APPROVED:

Dated 3/24, 2022

                                     _____
                                     David R. Strawbridge USMJ/mv
                                     David R. Strawbridge
                                     United States Magistrate Judge