IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                    Plaintiffs,<br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                                    Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Neurocognitive Football Lawyers, PLLC<br>v.<br>SPID 100010740 (W.N.M.)<br>Attorney Lien Dispute<br>Case No. 01666<br><br>AND<br><br>Langfitt PLLC<br>v.<br>SPID 100010740 (W.N.M.)<br>Attorney Lien Dispute<br>Case No. 01775 | |

## STIPULATION AND WAIVER OF RIGHT TO APPEAL

Reppert, Kelly and Vytell, LLC, attorneys for Class Member W.N.M. (SPID #100010740) ("Class Member"), Neurocognitive Football Lawyers, PLLC and Langfitt PLLC hereby stipulate and agree to waive any right to appeal the March 10, 2022 Explanation and Order issued by David R. Strawbridge, U.S. Magistrate attached hereto as *Exhibit A*; and further

                                                                                22 D.R.S./mr

Reppert, Kelly and Vytell, LLC represents that the attached March 10, 20*2̸0̸* Explanation and Order has been discussed and explained to the Class Member; and further

Reppert, Kelly and Vytell, LLC represents that the Class Member understands the implications of this Stipulation and consents to the waiver of the right to appeal.

Dated: March 16, 2022

NEUROCOGNITIVE FOOTBALL
LAWYERS, PLLC

James W. Holliday, Esq.
722 East Fletcher Ave
Tampa, FL 33612
(813) 975-4444
Tomparnell5@aol.com

LANGFITT PLLC

David Langfitt, Esq.
PO Box 302
Gladwyne, PA 19035
(610) 787-7106
david@langfittpllc.com

REPPERT, KELLY AND VYTELL, LLC

J. Vincent Reppert, Esq.
110 Allen Road, Suite 208
Basking Ridge, NJ 07920
(908) 605-2120
jvreppert@rkvfirm.com

APPROVED:

Date: 3/24/22

David R. Strawbridge USMJ
David R. Strawbridge
United States Magistrate Judge

2