# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>                              Plaintiffs,<br><br>                    v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>                              Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>No. 13-cv-00051 |
| THIS DOCUMENT RELATES TO:<br><br>*Marvin Fleming, et al. v. National Football League, et al. (Plaintiff Daniel Johnson ONLY)* | |

## ORDER

**AND NOW**, on this **25th day** of **March, 2022**, it is **ORDERED** that Zimmerman Reed LLP's Motion for Leave to Withdraw as Counsel for Plaintiff Daniel Johnson (Case No. 12-md-2323, ECF No. 11652; Case No. 13-cv-51, ECF No. 50) is **GRANTED**.

                                                         *S/Anita B. Brody*
                                                         ANITA B. BRODY, J.

Copies via **ECF**