# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>Plaintiffs,<br>v.<br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>No. 12-cv-04185 |
| THIS DOCUMENT RELATES TO:<br>*Robert Holt, et al. v. National Football League, et al. (Plaintiffs Reggie Rusk and Felecia Hanlon-Rusk ONLY)* | |

## ORDER

**AND NOW**, on this **25th day** of **March, 2022**, it is **ORDERED** that Zimmerman Reed LLP's Motion for Leave to Withdraw as Counsel for Plaintiffs Reggie Rusk and Felecia Hanlon-Rusk (Case No. 12-md-2323, ECF No. 11650; Case No. 12-cv-4185, ECF No. 280) is **GRANTED**.

                        *S/Anita B. Brody*
                        ANITA B. BRODY, J.

Copies via **ECF**

1