# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                      Plaintiffs<br><br>                v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                      Defendants. | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## **ORDER**

      **AND NOW**, this **29th** day of **March, 2022**, it is **ORDERED** that the briefing schedule (ECF No. 11664) for Intervenors' Counsel's Motion for Attorney's Fees and Expenses is **STAYED**.

                                                  *S/Anita B. Brody*_____
                                                  ANITA B. BRODY, J.

Copies ecf _____ to:        Copies mailed _____ to: