## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION III<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 2323<br>2:19-md-02323-AB<br><br>No. 2:12-md-02323-AB<br><br>**Hon. Anita B. Brody** |

### X1LAW'S RESPONSE TO SHOW CAUSE ORDER REGARDING RIDDELL PLAINTIFFS AND MOTION FOR LEAVE TO FILE INDIVIDUAL SHORT FORM COMPLAINTS

X1LAW, on behalf of Retired NFL Players/Plaintiffs, Identified by SCM Program ID's, 100004998, 100006825, 100013362, 950000168, 100001760, 100012125, 100006801, 100011800, 250016266, 100005137, 900003656, 100012033, 100010859, 100004602, 100001053, 100006504, 100012899, 100004126, 100006364, 100011009, 900003916, 100011461, 100006318, 900009063, 100015946, 950000169, 100010585, 100005080, 100003489, 100014253, 100009449, 100010405, 950000165, 900009395, 100011058, 100004020, 100016518, 110020412, 100009609, 950000167, 100011008, 100009442, 250025162, 100011127, 100014709, 100011502, 100012053, 900005730, 950000157, 100000328, 100009522, 100014232, 950013014, 100002897, 100011322, 900011914, 100013967, 100015896, 950001367, 100010342, 100015945, 900009941, 100016207, 950010256, 100009053, 1000005793, 100000097 respectfully responds to the Honorable Judge Anita B. Brody's Orders dated March 11, 2022 E.D.P.A. No. 2:12-md-02323-AB, *In Re: National Football League Players' Concussion Injury Litigation*, ECF 11659, and E.D.P.A. No. 2:19-md-

02323-AB, *In Re: National Football League Players' Concussion Injury Litigation III*, ECF 22, to show cause as to why players omitted from Exhibit 1 to these Orders should be included.

1. On July 23, 2019, the Honorable Judge Anita B. Brody executed an Order assigning a new case number to all subset matters in the National Football League Players' Concussion Injury Litigation relating to all Defendants (including Riddell)(E.D.P.A. No. 2:12-md-02323-AB, ECF 1).

2. On September 26, 2019, the Honorable Judge Anita B. Brody executed an Order appointing Riddell Plaintiffs' Co-Lead Counsel (E.D.P.A. N0.2:19-md-02323-AB, ECF 5). Under this order, subsection I, Organization and Responsibilities of Plaintiffs' Counsel: "The Court **revokes** all prior appointments of Plaintiffs' Counsel as they relate to claims against the Riddell Defendants and the Court designated Attorney Bradford R. Sohn and Wendy R. Fleishman in that role and capacity.

3. The Order further directed Riddell Plaintiffs' Co-Lead Counsel will be responsible for coordinating the activities of Riddell Plaintiffs during pretrial proceedings.

4. From the time of this Order forward, no significant activity has taken place either by Co-Lead Class Counsel or Defendants, hence prompting said Order to Show Cause.

5. No parties would be prejudice by the allowance of X1LAW's players to file their short form complaints.

6. In the interest of justice and fair play, adding these Plaintiffs to Exhibit 1 will not prejudice or diminish Riddell's rights in this case.

THEREFORE, X1LAW, on behalf of its Players/Plaintiffs, respectfully petitions this Court to add their names to "Exhibit 1" and permit their claims against Riddell to proceed. Plaintiffs also request for leave to file their individual short form complaints accordingly.

Dated: April 1, 2022

                                    Respectfully Submitted,

| | |
|---|---|
| Patrick J. Tighe | Fax: 561-537-7193 |
| Attorneys for Plaintiffs | Pat@X1LAW.com |
| X1LAW, P.A. f/k/a Patrick J. Tighe, P.A. | Florida Bar No. 568155 |
| 721 US Highway 1, Ste 101 | |
| North Palm Beach, FL 33408 | |
| Phone: 561-537-3319 | |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2022, the foregoing document was electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.