UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiffs Kenyon Rasheed and Traci Wiedenfeld-Rasheed ONLY)<br><br>Court File No. 2:12-cv-04185-AB | **O R D E R** |

AND NOW, on this _____ day of _____, 2022, is is ORDERED that Zimmerman Reed LLP's Motion for Leave to Withdraw as Counsel for Plaintiffs Kenyon Rasheed and Traci Wiedenfeld-Rasheed (Case No. 12-md-2323, ECF No. ___; Case No. 12-cv-4185, ECF No. ___) is granted.

Dated:                                                   UNITED STATES DISTICT JUDGE


_____
Honorable Anita B. Brody