# Exhibit D

Case No. 01-20-0005-1630
FINAL AWARD

**Commercial Arbitration under AAA Commercial Rules and Mediation Procedures**
**Amended and effective October 1, 2013**

| | |
|---|---|
| Balanced Bridge Funding LLC fka Thrivest Specialty Funding LLC<br><br>Claimant<br><br>vs.<br><br>Mitnick Law Office, LLC<br><br>Respondent | Case No. 01-20-0005-1630<br><br>**FINAL AWARD** |

**Claimant's Counsel**         Eric C. Reed, Esquire

**Respondent's Counsel**      Craig Mitnick, Esquire

**AAA Director:**              Matthew Conger, Esquire

**Arbitrator:**                Hon. Francis J. Orlando, Jr., A.J.S.C. *(Retired)*

---

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the Arbitration Agreement entered into between the above-named parties and dated June 2, 2017 and having been duly sworn and having duly heard the proofs and allegations of the Parties, and having previously rendered an interim award dated August 17, 2021, do hereby find and AWARD as follows:

1. The Opinion and Order dated May 27, 2021 granting summary judgment in favor of Balanced Bridge and against Mitnick Law on liability issues is hereby incorporated into this Final Award.

2. The Interim Award and Opinion dated August 17, 2021 is hereby incorporated into this Final Award.

01-20-0005-1630                                    1
6075794-1

Case No. 01-20-0005-1630
FINAL AWARD

## AWARD

1. Claimant, Balanced Bridge Funding LLC is awarded $2,307,119.00 as of July 31, 2021 against the Respondent, Mitnick Law Office, LLC.

2. This Award shall bear interest at the contracted rate of 19 percent per annum, accruing daily and compounded monthly until the Award is satisfied.

3. The Claimant, Balanced Bridge is awarded $102,605.01 in reasonable attorney's fees and costs.

4. The administrative fees and expenses of the American Arbitration Association totaling $16,175.00 shall be borne $16,175.00 by Mitnick Law Office, LLC, and the compensation and expenses of the arbitrator(s) totaling $28,782.00 shall be borne $28,782.00 by Mitnick Law Office, LLC. Therefore, Mitnick Law Office, LLC has to pay Balanced Bridge Funding LLC fka, an amount of $44,957.00 representing that portion of fees and expenses incurred by the Claimant.

5. This Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims and counterclaims not expressly granted in this Award are denied.

Dated: September 1, 2021

_____
Francis J. Orlando, Jr., Arbitrator

I, Francis J. Orlando, so hereby affirm upon my oath as an Arbitrator, that I am the individual described herein and who executed this instrument, which is the FINAL AWARD.

Dated: September 1, 2021

01-20-0005-1630
6075794-1

2

Case No. 01-20-0005-1630
FINAL AWARD

_____
Francis J. Orlando, Jr., Arbitrator