IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

NATIONAL FOOTBALL LEAGUE      No.2:12-md-02323-AB
PLAYERS' CONCUSSION INJURY LITIGATION     MDL No. 2323

    Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE, et al.

    Defendants,

_____/

**DEBTOR'S *EX PARTE* MOTION TO REDACT PERSONAL INFORMATION PURSUANT TO LOCAL RULE 5.1.3**

COMES NOW the Interested Party, ProAssurance Corporation, by and through the undersigned attorneys, and hereby moves this Court for an Order granting said attorneys to redact personal information pursuant to Local Rule 5.1.3 in the instant matter and as grounds therefore, movants state as follow:

1. Personal information was inadvertently filed in the Notice of Filing Limited Power of Attorney (Doc. 11682) on April 20, 2022.

   a. Social security number

2. Accordingly, ProAssurance Corporation, hereby requests the entry of an Order Granting Interested Party's Ex Parte Motion to Redact Personal Information in this cause.

WHEREFORE, Interested Party, ProAssurance Corporation, respectfully requests this Honorable Court enter an Order Granting Interested Party's Ex Parte Motion to Redact Personal

Information in the instant matter and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 20th day of April 2022.

      KELLEY, FULTON & KAPLAN, P.L.
      Attorneys for ProAssurance Corporation
      1665 Palm Beach Lakes Blvd., Ste 1000
      West Palm Beach, FL 33401
      Telephone No.: (561) 491-1200
      Fax No.: (561) 684-3773
      Email: eservice@kelleylawoffice.com

      BY: */s/ Craig I. Kelley, Esq.*
          CRAIG I. KELLEY, ESQ.
          Florida Bar No.: 782203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing Notice of Filing of Assignment of Proceeds to be served via the Electronic Case Filing (EFC) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/EFC in the litigation on this 20th day of April 2022.

      KELLEY, FULTON & KAPLAN, P.L.
      Attorneys for ProAssurance Corporation
      1665 Palm Beach Lakes Blvd., Ste 1000
      West Palm Beach, FL 33401
      Telephone No.: (561) 491-1200
      Fax No.: (561) 684-3773
      Email: eservice@kelleylawoffice.com

      BY: */s/ Craig I. Kelley, Esq.*
          CRAIG I. KELLEY, ESQ.
          Florida Bar No.: 782203