IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE | No.2:12-md-02323-AB |
| PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |

      Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE, et al.

      Defendants,
_____/

## ORDER GRANTING *EX PARTE* MOTION TO REDACT PERSONAL INFORMATION PURSUANT TO LOCAL RULE 5.1.3

THIS CAUSE came before the Court upon interested party ProAssurance Corporation's, Ex Parte Motion to Redact Personal Information filed on April 20, 2022 (Document #11682) and the Court having reviewed the file and Motion, and being otherwise duly advised in the premises, it is,

ORDERED and ADJUDGED as follows:

1. That the interested party ProAssurance Corporation's Ex Parte Motion to Redact Personal Information is hereby GRANTED.

2. The Clerk is hereby directed to restrict the unredacted document (Document #11682) and/or seal the record.

3. The interested party ProAssurance Corporation, is hereby directed to refile the document as amended and redact same.

###

**Submitted by:**

Craig I. Kelley, Esquire
Kelley, Fulton & Kaplan, P.L.
1665 Palm Beach Lakes Blvd
The Forum - Suite 1000
West Palm Beach, FL 33401
Telephone No.: (561) 491-1200
Fax No.: (561) 684-3773
E-mail: eservice@kelleylawoffice.com

*Craig I. Kelley  is directed to serve a copy of this order on the service list below and file a Certificate of Service with the Court.*