IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

NATIONAL FOOTBALL LEAGUE                    No.2:12-md-02323-AB
PLAYERS' CONCUSSION INJURY LITIGATION       MDL No. 2323

    Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE, et al.

    Defendants,

_____/

**NOTICE OF WITHDRAWAL OF DOCUMENT**
**[Doc #11683]**

    Interested Party, ProAssurance Corporation, by and through the undersigned attorney, hereby withdraws the following document:

1.    Motion to Redact Personal Information

Respectfully submitted this 20th day of April 2022.

    KELLEY, FULTON & KAPLAN, P.L.
    Attorneys for ProAssurance Corporation
    1665 Palm Beach Lakes Blvd., Ste 1000
    West Palm Beach, FL 33401
    Telephone No.: (561) 491-1200
    Fax No.: (561) 684-3773
    Email: eservice@kelleylawoffice.com

    BY: */s/ Craig I. Kelley, Esq.*
        CRAIG I. KELLEY, ESQ.
        Florida Bar No.: 782203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing Notice of Filing of Assignment of Proceeds to be served via the Electronic Case Filing (EFC) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/EFC in the litigation on this 20th day of April 2022.

        KELLEY, FULTON & KAPLAN, P.L.
        Attorneys for ProAssurance Corporation
        1665 Palm Beach Lakes Blvd., Ste 1000
        West Palm Beach, FL 33401
        Telephone No.: (561) 491-1200
        Fax No.: (561) 684-3773
        Email: eservice@kelleylawoffice.com

        BY: */s/ Craig I. Kelley, Esq.*
            CRAIG I. KELLEY, ESQ.
            Florida Bar No.: 782203