IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

NATIONAL FOOTBALL LEAGUE            No.2:12-md-02323-AB
PLAYERS' CONCUSSION INJURY LITIGATION    MDL No. 2323

    Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE, et al.

    Defendants,
_____/

## ORDER GRANTING *EX PARTE* MOTION TO REDACT PERSONAL INFORMATION PURSUANT TO LOCAL RULE 5.1.3

THIS CAUSE came before the Court upon interested party ProAssurance Corporation's, Ex Parte Motion to Redact Personal Information filed on April 20, 2022 (Document #11682) and the Court having reviewed the file and Motion, and being otherwise duly advised in the premises, it is,

ORDERED and ADJUDGED as follows:

1. That the interested party ProAssurance Corporation's Ex Parte Motion to Redact Personal Information is hereby GRANTED.

2. The Clerk is hereby directed to seal the unredacted document (Document #11682).

3. The interested party ProAssurance Corporation, is hereby directed to refile the document as amended and redact same.

                                                      S/Anita B. Brody
                                                      Anita B. Brody. J.

Copies ecf _____ to:                Copies mailed _____ to: