IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

NATIONAL FOOTBALL LEAGUE            No.2:12-md-02323-AB
PLAYERS' CONCUSSION INJURY LITIGATION    MDL No. 2323

    Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE, et al.

    Defendants,

_____/

## NOTICE OF FILING LIMITED POWER OF ATTORNEY

COMES NOW, interested party ProAssurance Corporation, by and through the undersigned counsel, and hereby files the attached Limited Power of Attorney regarding the first $50,000.00 distribution to Otis J. McDuffie in the aforementioned action.

Respectfully submitted this 20th day of April 2022.

                                                KELLEY, FULTON & KAPLAN, P.L.
                                                Attorneys for ProAssurance Corporation
                                                1665 Palm Beach Lakes Blvd., Ste 1000
                                                West Palm Beach, FL 33401
                                                Telephone No.: (561) 491-1200
                                                Fax No.: (561) 684-3773
                                                Email: eservice@kelleylawoffice.com

                                                BY: */s/ Craig I. Kelley, Esq.*
                                                    CRAIG I. KELLEY, ESQ.
                                                    Florida Bar No.: 782203

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I caused the foregoing Notice of Filing of Assignment of Proceeds to be served via the Electronic Case Filing (EFC) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/EFC in the litigation on this 20th day of April 2022.

                                              KELLEY, FULTON & KAPLAN, P.L.
                                              Attorneys for ProAssurance Corporation
                                              1665 Palm Beach Lakes Blvd., Ste 1000
                                              West Palm Beach, FL 33401
                                              Telephone No.: (561) 491-1200
                                              Fax No.: (561) 684-3773
                                              Email: eservice@kelleylawoffice.com

                                              BY: */s/ Craig I. Kelley, Esq.*
                                                     CRAIG I. KELLEY, ESQ.
                                                     Florida Bar No.: 782203