## LIMITED DURABLE POWER OF ATTORNEY

**KNOW ALL PERSONS BY THESE PRESENTS**, that I, OTIS J. MCDUFFIE, Social Security Number ▮▮▮▮▮▮▮▮▮ have made, constituted and appointed, and by these presents do hereby make, constitute and appoint CRAIG I. KELLEY, ESQUIRE and KELLEY FULTON KAPLAN, P.L. my true and lawful attorneys for me and in my name, place and stead:

1. To collect the first $50,000.00 payable to me arising from any claim asserted by me in connection with or related to the settlement of that certain class action litigation brought in the United States District Court in and for the Eastern District of Pennsylvania styled *In re National Football League Players Concussion Injury Litigation, Plaintiffs v. National Football League, et al.*, under Case Number 2:12-md-02323-AB, including the first $50,000.00 of any claim asserted by me or payable to me by way of the National Football League's Concussion Settlement program (hereinafter referred to as the "Class Action")

2. To execute all documents in my stead necessary in order to effectuate the collection provided for pursuant to paragraph 1 above.

3. To deposit any and all funds received pursuant to paragraph 1 above up to the first $50,000.00 payable to me arising out of the settlement of the Class Action into the Trust Account of Kelley Fulton & Kaplan, P.L. for distribution in conformity herewith.

4. To distribute such deposited funds in accordance with my instructions attached hereto and incorporated herein by reference as Exhibit "A" which instructions are irrevocable.

5. In the event that funds are paid directly to me before by lawful attorneys' collection of the first $50,000.00 due to me from the Class Action, I agreed to immediately turnover such funds to my lawful attorneys.

6. With said attorneys each receiving the power and authority set forth above, and with my ratification and confirmation that all that said attorneys shall lawfully do or cause to be done by virtue hereof, and with my declaration that everything said attorneys shall do or cause to be done under the provisions hereof after revocation of the power of attorney shall be valid and effectual in favor of any person claiming the benefit thereof who relied upon these presents and had no knowledge or notice of such revocation.

7. This Limited Durable Power of Attorney shall not be affected by disability of the principal. It is the intent of the undersigned principal that the power conferred on the attorney in fact shall be exercisable from the date of the instrument notwithstanding a later disability or incapacity of the principal.

**IN WITNESS WHEREOF**, I have set my hand and seal this 24 day of March 2022.

Signed and Sealed in the presence of:

_____
Grantor/OTIS J MCDUFFIE

_____
Witness  Renee Weinstein

_____
Witness  Benu Weinston

STATE OF FLORIDA

COUNTY OF PALM BEACH

    Before me, the undersigned authority, this day personally appeared OTIS J MCDUFFIE, who being by me first duly sworn, deposes and says: That he is the person granting the above power, that he has read the foregoing and executed the same freely and voluntarily and for the uses and purposes therein expressed.

    Witness my hand and official seal in the State and County named above, this 24 day of March 2022.

_____
Notary Public

My commission expires:



STUART B. WEINSTEIN
MY COMMISSION # GG 931914
EXPIRES: March 14, 2024
Bonded Thru Notary Public Underwriters

## EXHIBIT "A" TO LIMITED DURABLE POWER OF ATTORNEY

I hereby authorize and direct Craig I Kelley, Esquire and Kelley Fulton & Kaplan, P.L. to distribute the first $50,000.00 payable to me arising out of the Class Action to ProAssurance Corporation or its assignee or designee.

_____
Grantor/OTIS J. MCDUFFIE