# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Suny Jani, Adm. (Webster), et al. <br> v. National Football League et al. <br> No. 2:14-cv-02064-AB <br><br><br> **As to Plaintiff JAMES ALLEN Only** | NOTICE OF WITHDRAWAL OF APPEARANCE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Elissa D. Miller, solely in her capacity as Bankruptcy Trustee for Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **JAMES ALLEN** only in the above-referenced case.

Dated: April 21, 2022         Respectfully submitted,

                                                    GOLDBERG, PERSKY & WHITE, P.C.

                                                    By: s/ *Jason E. Luckasevic*
                                                    Jason E. Luckasevic, Esquire
                                                    (PA Bar No. 85557)
                                                    11 Stanwix Street, Suite 1800
                                                    Pittsburgh, PA  15222
                                                    Telephone:  (412) 471-3980
                                                    jluckasevic@gpwlaw.com
                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2022 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

                              GOLDBERG, PERSKY & WHITE, P.C.

                              By: s/ *Jason E. Luckasevic*