UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>            Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>            Defendants.<br><br>THIS DOCUMENT RELATES TO:<br><br>*Robert Holt, et al. v. National Football League, et al. (Plaintiffs Kenyon Rasheed and Traci Wiedenfeld-Rasheed ONLY)* | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>No. 12-cv-4185 |

## ORDER

**AND NOW**, on this 26th day of April, 2022, it is **ORDERED** that Zimmerman Reed LLP's Motion for Leave to Withdraw as Counsel for Plaintiffs Kenyon Rasheed and Traci Wiedenfeld-Rasheed (Case No. 12-md-2323, ECF No. 11677; Case No. 12-cv-4185, ECF No. 283) is **GRANTED**.

            ___s/ANITA B. BRODY, J._____
            ANITA B. BRODY, J.

Copies via **ECF**