UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiff Tony Galbreath ONLY)<br><br>Court File No. 2:12-cv-04185-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF TONY GALBREATH** |

J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Tony Galbreath only in this action, and state as follows:

1.  Plaintiffs' counsel filed the action *Robert Holt, et al. v. National Football League, et al.*, No. 2:12-cv-04185-AB, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including Tony Galbreath.

2.  Plaintiff's counsel filed a short form complaint for Tony Galbreath on August 9, 2012.

3. Despite the efforts of the undersigned on Plaintiff's behalf, the NFL Concussion Settlement Claims Administrator informed Zimmerman Reed LLP that Plaintiff retained separate counsel to represent him in this case.

4. Specifically, on March 10, 2021, the Claims Administrator issued an NFL Representation Notification ("Notice") to Zimmerman Reed LLP, stating that Plaintiff informed the Claims Administrator that he was represented by a different lawyer, and listing Byron Cuthbert and Associates as the "New Lawyer Requested by Settlement Class Member".

5. The Notice provides "seven days to communicate with the Settlement Class Member and come to a resolution" before the Claims Administrator would "update the Class Member's representation in [its] database to the new lawyer above." Zimmerman Reed LLP has not discussed further representation with Plaintiff. More than seven days have passed from the Notice date.

6. Under the circumstances, it is apparent that Tony Galbreath has hired separate counsel to represent him, that those counsel have been identified to the Claims Administrator, and that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiff's counsel respectfully requests this Court for leave to withdraw as counsel for Tony Galbreath only in Court File No. 2:12-cv-04185-AB.

/ / / / /

/ / / / /

/ / / / /

Dated:  May 12, 2022                                                  Respectfully submitted,

                                                                           ZIMMERMAN REED LLP

                                                                           s/ Brian C. Gudmundson
                                                                          J. Gordon Rudd, Jr. (#222082)
                                                                          Brian C. Gudmundson (#336695)
                                                                          Michael J. Laird (#0398436)
                                                                          1100 IDS Center, 80 South 8th Street
                                                                          Minneapolis, MN  55402
                                                                          Telephone: (612) 341-0400
                                                                          Facsimile: (612) 341-0844
                                                                          Gordon.Rudd@zimmreed.com
                                                                          Brian.Gudmundson@zimmreed.com
                                                                          Michael.Laird@zimmreed.com