UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiff Tony Galbreath ONLY)<br><br>Court File No. 2:12-cv-04185-AB | **O R D E R** |

Pending is Plaintiff's Counsel's Motion to Withdraw as Counsel, filed on May 12, 2022. In the motion, Zimmerman Reed LLP seeks to withdraw as counsel. As justification for the withdrawal, counsel states that Plaintiff Tony Galbreath has obtained new counsel to represent him further in this action, that the Plaintiff has registered this new counsel with the Claims Administrator, and that the Claims Administrator has notified Zimmerman Reed that the Plaintiff will be proceeding with the new counsel.

BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Tony Galbreath in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for Tony Galbreath. Zimmerman Reed LLP is directed to

send a copy of this Order via any email address they have for Plaintiff, and via U.S. Mail to his last known address.

    IT IS SO ORDERED.

Dated:                                    UNITED STATES DISTICT JUDGE

_____
Honorable Anita B. Brody