UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiff Tony Galbreath ONLY)<br><br>Court File No. 2:12-cv-04185-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Brian C. Gudmundson, attorney for Plaintiff Tony Galbreath in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorneys' fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Tony Galbreath.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  May 12, 2022	Respectfully submitted,

                                              ZIMMERMAN REED LLP

                                              s/ Brian C. Gudmundson
                                              J. Gordon Rudd, Jr. (#222082)
                                              Brian C. Gudmundson (#336695)
                                              Michael J. Laird (#0398436)
                                              1100 IDS Center, 80 South 8th Street
                                              Minneapolis, MN  55402
                                              Telephone: (612) 341-0400
                                              Facsimile: (612) 341-0844
                                              Gordon.Rudd@zimmreed.com
                                              Brian.Gudmundson@zimmreed.com
                                              Michael.Laird@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  May 12, 2022                                    ZIMMERMAN REED LLP


 s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com