# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) )  **MDL No. 2323** |
| This relates to: | )  **NOTICE OF ATTORNEY'S** )  **LIEN** |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | ) ) ) |
| **This document relates to:** | ) ) |
| **JOHN W. ALEXANDER, JR.,** Plaintiff, USDC, EDPA, Docket No. 2:12-cv-03716-AB | ) ) ) ) |

Pursuant to O.C.G.A. § 15-19-14, the Petitioner, Michael McGlamry, attorney for the Plaintiff in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  May 13, 2022

Respectfully submitted,

POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
3391 Peachtree Road, NE, Suite 300
Atlanta, GA 30326
Ph: (404) 523-7706
Fx: (404) 524-1648
efile@pmkm.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: NATIONAL FOOTBALL ) 
LEAGUE PLAYERS' CONCUSSION ) **MDL No. 2323**
INJURY LITIGATION )
  )
_____ )
This relates to: ) **NOTICE OF ATTORNEY'S**
  ) **LIEN**
Plaintiffs' Master Administrative Long )
Form Complaint and (if applicable) )
  )
**This document relates to:** )
  )
**JOHN W. ALEXANDER, JR.,** )
Plaintiff, USDC, EDPA, Docket No. )
2:12-cv-03716-AB )

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  May 13, 2022

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, P.C.
3391 Peachtree Road, NE, Suite 300
Atlanta, GA 30326
Ph: (404) 523-7706
Fx: (404) 524-1648
efile@pmkm.com