# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **MDL No. 2323** |
| This relates to: | **NOTICE OF ATTORNEY'S LIEN** |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | |
| **This document relates to:** | |
| **WARREN BRYANT,** Plaintiff, USDC, EDPA, Docket No. 2:12-cv-03124-AB | |

Pursuant to O.C.G.A. § 15-19-14, the Petitioner, Michael McGlamry, attorney for the Plaintiff in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  May 13, 2022

                                                  Respectfully submitted,

                                                  POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.

                                                  /s/ *Michael L. McGlamry*
                                                  Michael L. McGlamry
                                                  Georgia Bar No. 492515
                                                  3391 Peachtree Road, NE, Suite 300
                                                  Atlanta, GA 30326
                                                  Ph: (404) 523-7706
                                                  Fx: (404) 524-1648
                                                  efile@pmkm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) **MDL No. 2323** ) ) |
| This relates to: | ) **NOTICE OF ATTORNEY'S** ) **LIEN** |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | ) ) ) |
| **This document relates to:** | ) ) |
| **WARREN BRYANT,** Plaintiff, USDC, EDPA, Docket No. 2:12-cv-03124-AB | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  May 13, 2022

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.
3391 Peachtree Road, NE, Suite 300
Atlanta, GA 30326
Ph: (404) 523-7706
Fx: (404) 524-1648
efile@pmkm.com