# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **MDL No. 2323** |
| This relates to: | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | |
| **This document relates to:** | |
| **DANIEL BUGGS and ANGELA BUGGS, his wife,** Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-03124-AB | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien,* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C., specifically including Michael L. McGlamry, N. Kirkland Pope and Jay F. Hirsch, as counsel for Plaintiffs Daniel Buggs and Angela Buggs in this MDL proceeding.

Dated: May 13, 2022

Respectfully submitted,

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300

Atlanta, GA  30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** ) ) ) ) ) | **MDL No. 2323** |
| This relates to: ) ) | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) ) ) ) | |
| **This document relates to:** ) ) | |
| **DANIEL BUGGS and ANGELA BUGGS, his wife,** Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-03124-AB ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 13, 2022, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA  30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com