## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** ) ) ) ) ) | **MDL No. 2323** |
| This relates to: ) ) | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) ) ) ) | |
| **This document relates to:** ) ) | |
| **DON MAJKOWSKI and KELLY MAJKOWSKI, his wife,** Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-03124-AB ) ) ) ) | |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying

*Petition to Establish Attorney's Lien,* which were filed with the Court on this same

date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of

Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C., specifically including

Michael L. McGlamry, N. Kirkland Pope and Jay F. Hirsch, as counsel for Plaintiff

Don Majkowski and Kelly Majkowski in this MDL proceeding.

Dated: May 13, 2022                      Respectfully submitted,

                                         /s/ *Michael L. McGlamry*
                                         Michael L. McGlamry
                                         Georgia Bar No. 492515
                                         POPE, McGLAMRY, KILPATRICK,
                                         MORRISON & NORWOOD, PC

3391 Peachtree Road N.E., Suite 300
Atlanta, GA  30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) ) ) | **MDL No. 2323** |
| This relates to: | ) ) | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | ) ) ) | |
| **This document relates to:** | ) ) | |
| **DON MAJKOWSKI and KELLY MAJKOWSKI, his wife,** Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-03124-AB | ) ) ) ) ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 13, 2022, I caused a true and correct copy of

the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via

CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA  30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com
