# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: FREDERICK BEASLEY | ) ) ) | |

## NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:    /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: FREDERICK BEASLEY | ) ) ) | |

### CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022

By:   /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: CLINTON PORTIS | ) ) ) | |

### NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:   /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: CLINTON PORTIS | ) ) ) | |

## <u>CERTIFICATION OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022                   By:    /s/ David Levine
                                              David Levine (Florida Bar # 784620)
                                              1804 Intracoastal Drive
                                              Fort Lauderdale, FL. 33305
                                              (954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: DAVID HERRON | ) ) ) | |

## <u>NOTICE: ATTORNEY LIEN</u>

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:     /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: DAVID HERRON | ) ) ) | |

### CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022

By: /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: IRVING SPIKES | ) ) ) | |

## <u>NOTICE: ATTORNEY LIEN</u>

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:    /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: IRVING SPIKES | ) ) ) | |

## CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022

By:  /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: DWAYNE CARSWELL | ) ) ) | |

## <u>NOTICE: ATTORNEY LIEN</u>

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022       By:    /s/ David Levine
                                   David Levine (Florida Bar # 784620)
                                   1804 Intracoastal Drive
                                   Fort Lauderdale, FL. 33305
                                   (954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE ) No.: 2:12-
PLAYERS' CONCUSSION INJURY ) md-02323
LITITATION ) -AB
                                     )
                                      MDL No.
                                      2323

                                      )
ATTORNEY LIEN: DWAYNE CARSWELL )
                                      )

## **CERTIFICATION OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Notice

of Attorney's Lien was filed via the Electronic Case Filing System in the United States District

Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the

litigation.

                                      Respectfully Submitted,

                                      PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022         By:    /s/ David Levine
                                        David Levine (Florida Bar # 784620)
                                        1804 Intracoastal Drive
                                        Fort Lauderdale, FL. 33305
                                        (954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: DERRICK ROBERSON | ) ) ) | |

## <u>NOTICE: ATTORNEY LIEN</u>

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022

By:  /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: DERRICK ROBERSON | ) ) ) | |

## CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:      /s/ David Levine
                                     David Levine (Florida Bar # 784620)
                                     1804 Intracoastal Drive
                                     Fort Lauderdale, FL. 33305
                                     (954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: EDDIE WILLIAMS | ) ) ) | |

### NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022     By:     /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | )<br>)<br>)<br>) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: EDDIE WILLIAMS | )<br>)<br>) | |

## <u>CERTIFICATION OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022                    By:   /s/ David Levine
                                                        David Levine (Florida Bar # 784620)
                                                        1804 Intracoastal Drive
                                                        Fort Lauderdale, FL. 33305
                                                        (954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: DONALD BRADY | ) ) ) | |

### NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:     /s/ David Levine
                                             David Levine (Florida Bar # 784620)
                                             1804 Intracoastal Drive
                                             Fort Lauderdale, FL. 33305
                                             (954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: DONALD BRADY | ) ) ) | |

## CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:     /s/ David Levine
                                     David Levine (Florida Bar # 784620)
                                     1804 Intracoastal Drive
                                     Fort Lauderdale, FL. 33305
                                     (954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: ALBERT HAYNESWORTH III | ) ) ) | |

## NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:    /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323 -AB <br><br> MDL No. 2323 |
| ATTORNEY LIEN: ALBERT HAYNESWORTH III | ) ) ) | |

### CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:    /s/ David Levine
                                    David Levine (Florida Bar # 784620)
                                    1804 Intracoastal Drive
                                    Fort Lauderdale, FL. 33305
                                    (954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: DELMONICO MONTGOMERY | ) ) ) | |

## NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:    /s/ David Levine

David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: DELMONICO MONTGOMERY | ) ) ) | |

## CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022         By:    /s/ David Levine
                                    David Levine (Florida Bar # 784620)
                                    1804 Intracoastal Drive
                                    Fort Lauderdale, FL. 33305
                                    (954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: ANTOWAIN SMITH | ) ) ) | |

### NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022        By:    /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: ANTOWAIN SMITH | ) ) ) | |

### CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:    /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| | ) | |
| ATTORNEY LIEN: ANTUAN EDWARDS | ) ) | |

## NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:   /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE )  No.: 2:12-
PLAYERS' CONCUSSION INJURY      )  md-02323
LITITATION                      )  -AB
                                )
                                   MDL No.
                                   2323


ATTORNEY LIEN: ANTUAN EDWARDS   )
                                )
                                )

## <u>CERTIFICATION OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the foregoing Notice

of Attorney's Lien was filed via the Electronic Case Filing System in the United States District

Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the

litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:    /s/ David Levine
                                    David Levine (Florida Bar # 784620)
                                    1804 Intracoastal Drive
                                    Fort Lauderdale, FL. 33305
                                    (954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| | ) | |
| ATTORNEY LIEN: TOMMIE HARRIS | ) ) | |

## <u>NOTICE: ATTORNEY LIEN</u>

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:    /s/ David Levine
                                    David Levine (Florida Bar # 784620)
                                    1804 Intracoastal Drive
                                    Fort Lauderdale, FL. 33305
                                    (954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: TOMMIE HARRIS | ) ) ) | |

## **CERTIFICATION OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:    /s/ David Levine
                                    David Levine (Florida Bar # 784620)
                                    1804 Intracoastal Drive
                                    Fort Lauderdale, FL. 33305
                                    (954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB <br><br> MDL No. 2323 |
| ATTORNEY LIEN: BERNIE KOSAR | ) ) ) | |

## NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.


Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022        By:    /s/ David Levine
                                               David Levine (Florida Bar # 784620)
                                               1804 Intracoastal Drive
                                               Fort Lauderdale, FL. 33305
                                               (954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: BERNIE KOSAR | ) ) ) | |

### CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:    /s/ David Levine
                                    David Levine (Florida Bar # 784620)
                                    1804 Intracoastal Drive
                                    Fort Lauderdale, FL. 33305
                                    (954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB <br><br> MDL No. 2323 |
| ATTORNEY LIEN: TERRELLE SMITH | ) ) ) | |

## **NOTICE: ATTORNEY LIEN**

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022

By:    /s/ David Levine
       David Levine (Florida Bar # 784620)
       1804 Intracoastal Drive
       Fort Lauderdale, FL. 33305
       (954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: TERRELLE SMITH | ) ) ) | |

### CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated:  May 17, 2022        By:      /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| | ) | |
| ATTORNEY LIEN: ADALIUS THOMAS | ) | |
| | ) | |

## NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022          By:     /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE )   No.: 2:12-
PLAYERS' CONCUSSION INJURY )   md-02323
LITITATION )   -AB
        )

        MDL No.
        2323

        )
ATTORNEY LIEN: ADALIUS THOMAS )
        )

## CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice

of Attorney's Lien was filed via the Electronic Case Filing System in the United States District

Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the

litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022      By:   /s/ David Levine
                    David Levine (Florida Bar # 784620)
                    1804 Intracoastal Drive
                    Fort Lauderdale, FL. 33305
                    (954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: PHILLIPPI SPARKS | ) ) ) | |

## NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022

By:  /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE )    No.: 2:12-
PLAYERS' CONCUSSION INJURY )    md-02323
LITITATION )    -AB
                                           )
                                           MDL No.
                                           2323

ATTORNEY LIEN: PHILLIPPI SPARKS       )
                                               )
                                               )

## **CERTIFICATION OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Notice

of Attorney's Lien was filed via the Electronic Case Filing System in the United States District

Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the

litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022        By:     /s/ David Levine
                                                           David Levine (Florida Bar # 784620)
                                                            1804 Intracoastal Drive
                                                            Fort Lauderdale, FL. 33305
                                                            (954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: RONNEY JENKINS | ) ) ) | |

## <u>NOTICE: ATTORNEY LIEN</u>

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022

By:  /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE )   No.: 2:12-
PLAYERS' CONCUSSION INJURY )   md-02323
LITITATION )   -AB
)
       MDL No.
       2323

          )
ATTORNEY LIEN: RONNEY JENKINS   )
          )

## <u>CERTIFICATION OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022      By:   <u>/s/ David Levine</u>
                           David Levine (Florida Bar # 784620)
                           1804 Intracoastal Drive
                           Fort Lauderdale, FL. 33305
                           (954) 914-5293

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB |
| | | MDL No. 2323 |
| ATTORNEY LIEN: HENRI CROCKETT | ) ) ) | |

## **NOTICE: ATTORNEY LIEN**

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022

By:   /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) ) ) ) | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| ATTORNEY LIEN: HENRI CROCKETT | ) ) ) | |

## CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: May 17, 2022      By:  /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293