IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO: | MDL No. 2323 |
| SHENAQ PC V. SPID 100005471 (D.G.) | |
| ATTORNEY LIEN DISPUTE (CASE NO: 01830) | Honorable Anita B. Brody |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on May 17, 2022, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, D.G., who was issued a Notice of Monetary Award Claim Determination on October 26, 2021. The Lien was filed in December 2021 by Shenaq PC. D.G. is currently represented by Collins & Truett Law Firm, P.A. As D.G.'s counsel, Collins & Truett Law Firm, P.A represents that D.G. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_____

Name: Richard Collins

Collins & Truett Law Firm, P.A

_____

Name: Amir Shenaq

Shenaq PC

APPROVED:

Date: 5/24/22

_____

David R. Strawbridge

United States Magistrate Judge