UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiff Tony Galbreath ONLY)<br><br>Court File No. 2:12-cv-04185-AB | **O R D E R** |

Pending is Plaintiff's Counsel's Motion to Withdraw as Counsel, filed on May 12, 2022 (Case No. 12-md-2323, ECF No. 11700; Case No. 12-cv-4185, ECF No. 286). In the motion, Zimmerman Reed LLP seeks to withdraw as counsel. As justification for the withdrawal, counsel states that Plaintiff Tony Galbreath has obtained new counsel to represent him further in this action, that the Plaintiff has registered this new counsel with the Claims Administrator, and that the Claims Administrator has notified Zimmerman Reed that the Plaintiff will be proceeding with the new counsel.

AND NOW, this 1st day of June, 2022, it is ORDERED that Zimmerman Reed LLP's motion to withdraw as counsel in relation to the claims of Tony Galbreath is GRANTED. It is FURTHER ORDERED that Zimmerman Reed LLP

must send a copy of this Order via any email address they have for Plaintiff, and via U.S. Mail to his last known address.

                                                  s/ANITA B. BRODY, J.
                                                  Honorable Anita B. Brody