IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No.: 2:12-md-02323-AB |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, | MDL No. 2323 |

Plantiffs,

V.

National Football League and NFL Properties, LLC, sucessor-in-interest to NFL Proporties, Inc.,

Defendants.

THIS DOCUMENT RELATES TO:
Law Firm of Shenaq, PC v. SPID 260000470
(Z.C.) Attorney Lien Dispute
Case No. 01625

## STIPULATION WAIVING RIGHTS TO APPEAL FINAL DECISION OF THE HONORABLE DAVID R. STRAWBRIDGE, USMJ

1. On June, 3 2022, the Honorable David R. Strawbridge, USMJ, after resolution by the parties, Law Firm of Shenaq, PC ("Shenaq") and Pro Athlete Law Firm, P.A. ("Pro"), issued a final decision granting the Withdrawal of Attorney's lien Dispute, Document. The Honorable Judge Strawbridge further ordered that the Claims

Administrator disburse the withheld funds in accordance with his final decision, the provisions of the Settlement Agreement, and all court Orders regarding implementation.

2. The parties hereto, Shenaq and Pro, hereby waive all rights to appeal the final decision of Judge Strawbridge issued in this matter on          .

3. Settlement Class Member Zachary Crockett, understands the implications of this stipulation and consents to the waiver of all rights to appeal.

4. The above is hereby stipulated to by the parties:

By: _____
Amir Shenaq, PC
Shenaq, PC
3500 Lenox Road, Suite#1500
Atlanta, GA 30326
(888) 909-9993
amir@shenaqpc.com

By: /s/ David Levine
David Levine (Florida Bar # 784620)
PRO ATHLETE LAW FIRM, P.A.
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293
agentdl@bellsouth.net

Date: June 6, 2022

Date: June 6, 2022

APPROVED BY THE COURT:

DATE: June 6, 2022

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE