UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Robert Massey, et al. v. National Football League, et al. (Plaintiff Rodrigo Barnes ONLY)<br><br>Court File No. 2:12-cv-06069-AB | **O R D E R** |

      Pending is Plaintiff's Counsel's Motion to Withdraw as Counsel, filed on June 10, 2022. In the motion, Zimmerman Reed LLP seeks to withdraw as Plaintiff's counsel. As justification for the withdrawal, counsel states that Plaintiff Rodrigo Barnes has informed the Claims Administrator that he has terminated Zimmerman Reed as his counsel and intends to proceed *pro se* and that the Claims Administrator has notified Zimmerman Reed that Plaintiff will be proceeding *pro se*.

      BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Rodrigo Barnes in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for Rodrigo Barnes. Zimmerman Reed LLP is directed to

send a copy of this Order via any email address they have for Plaintiff, and via U.S. Mail to his last known address.

    IT IS SO ORDERED.

Dated:                              UNITED STATES DISTICT JUDGE

                                     Honorable Anita B. Brody