UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Massey, et al. v. National Football League, et al. (Plaintiff Rodrigo Barnes ONLY)<br><br>Court File No. 2:12-cv-06069-AB | **PETITION TO ESTABLISH ATTORNEY'S LIEN** |

Petitioner, Brian C. Gudmundson for Zimmerman Reed LLP ("Zimmerman Reed"), pursuant to Minn. Stat. § 481.13 and pursuant to the executed Agreement for Legal Services section titled "Termination" petitions and states as follows:

1. Petitioner is an attorney at law admitted to practice before the courts of Minnesota and files this Petition to establish a lien for attorneys' fees as set forth hereinafter.

2. On or about April 27, 2012, Plaintiff Rodrigo Barnes retained Zimmerman Reed pursuant to an agreement for legal services to pursue a claim for injuries and damages allegedly caused by the National Football League's conduct associated with football-related concussions, head, and brain injuries.

3. Regarding attorneys' fees, the agreement for legal services states, among other things: "If no recovery (by settlement or trial) is obtained client will not owe a legal

fee. If the Client receives a settlement or judgment, Client will pay to Zimmerman Reed twenty percent (20%) of the gross recovery plus reimbursement of expenses."

4. When Zimmerman Reed entered into a contract with Plaintiff, it entered into the risk and expense of the litigation before any settlement discussion had been held. Pursuant to this agreement, Zimmerman Reed filed a Complaint on Plaintiff's behalf on September 27, 2012.

5. From the date Plaintiff authorized Zimmerman Reed to proceed on his behalf, Zimmerman Reed actively and diligently investigated, prepared, and pursued Plaintiff's claims, and took all steps necessary to prosecute those claims, including, but not limited to, the preparation and filing of complaints, correspondence and communications with the client, preparation and review of the client's factual and legal circumstances, retaining experts, drafting and providing client updates, analyzing Plaintiff's medical status and need for medical testing, obtaining medical testing through the Baseline Assessment Program and by other Settlement-approved physicians, and more.

6. During the litigation, Zimmerman Reed partner, Charles S. Zimmerman, served on the Plaintiffs' Steering Committee, which inured to the Plaintiff's benefit.

7. The Plaintiff has terminated Zimmerman Reed as his counsel and stated his intention to proceed *pro se* in this action, which Plaintiff communicated to the Claims Administrator, and which the Claims Administrator communicated to Zimmerman Reed.

8. Plaintiff did not terminate Zimmerman Reed due to any malfeasance or other improper action.

9.  Zimmerman Reed claims the right to have a lien for attorneys' fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiff in this action.

WHEREFORE, the Petitioner prays:

1.  That an attorneys' lien be established;

2.  That the amount of the lien be determined;

3.  That the Court order Zimmerman Reed is entitled to enforce an attorneys' lien against the proceeds to be derived from any settlement or judgment in this action;

4.  That the Defendant or the Defendant's insurer be prohibited from paying to the Plaintiff any sums of money until said lien has been satisfied; and

5.  For such other further relief as this Court deems just.

Dated:  June 10, 2022

Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Brian C. Gudmundson
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  June 10, 2022                                              ZIMMERMAN REED LLP

                                                                                         s/ Brian C. Gudmundson
                                                                                        J. Gordon Rudd, Jr. (#222082)
                                                                                        Brian C. Gudmundson (#336695)
                                                                                        Michael J. Laird (#0398436)
                                                                                        1100 IDS Center, 80 South 8th Street
                                                                                        Minneapolis, MN  55402
                                                                                        Telephone: (612) 341-0400
                                                                                        Facsimile: (612) 341-0844
                                                                                        Gordon.Rudd@zimmreed.com
                                                                                        Brian.Gudmundson@zimmreed.com
                                                                                        Michael.Laird@zimmreed.com