IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO: | MDL No. 2323 |
| JOHN D. GIDDENS, P.A V. SPID 100005204 (T.F.) | Honorable Anita B. Brody |
| ATTORNEY LIEN DISPUTE (CASE NO: 00624) | |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on June 10, 2022, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, T.F., who was issued a Notice of Monetary Award Claim Determination on January 7, 2022. The Lien was filed in May 2017 by John D. Giddens P.A. and Phillip W. Thomas Law Firm. T.F. is currently represented by Shenaq PC. As T.F.'s counsel, Shenaq PC represents that T.F. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

*[signature]*

Name: John D. Giddens

John D. Giddens P.A

*[signature]*

Name: Amir Shenaq

Shenaq PC

APPROVED:

Date: June 13, 2022

*[signature]* David R. Strawbridge USMJ /mr

David R. Strawbridge

United States Magistrate Judge