## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) **No. 12-md-2323 (AB)** <br> ) <br> ) <br> )  **MDL No. 2323** |
| ——————————————— | ) <br> ) |
| **This document relates to:** | ) **Honorable Anita B. Brody** |
| **SPID 100003809 (J.D.) v. Goldberg Persky & White** | ) <br> ) <br> ) |
| **ATTORNEY LIEN DISPUTE SPID 100003809 (J.D.) Attorney Lien Dispute Case No. 01621** | ) <br> ) |

### WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on June 10, 2022  all undersigned parties hereby waive their rights to appeal the final decision regarding the Notices of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, SPID 100003809 (J.D.), who was issued a Notice of Monetary Award Claim Determination on September 10, 2021. The Lien was filed in January 2020 by Attorney Jason Luckasevic of Goldberg Persky and White P.C. . Mr. SPID 100003809 (J.D.) is currently represented by Byron Cuthbert & Associates, LLC. As Mr. SPID 100003809 (J.D.)'s counsel, Byron

Cuthbert & Associates, LLC represents that Mr. SPID 100003809 (J.D.) fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal. The funds shall be distributed immediately in accordance with provisions of the Settlement Agreement and all Court Orders regarding implementation.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_____
Byron Cuthbert
Byron Cuthbert & Associates, LLC

_____
Jason Luckasevic
Goldberg Persky & White P.C.

**SO ORDERED** this _____ day of *June, 2022*.

_____
HONORABLE *David R. Strawbridge*
United States Magistrate Judge