UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### ORDER GRANTING MARCUS BUCKLEY'S MOTION TO RELEASE 5% HOLDBACK AND REQUEST FOR EXPEDITED HEARINGS

AND NOW, upon consideration of Steckler Wayne Cherry & Love PLLC's Motion to Release the 5% Holdback and Request for Expedited Hearings, it is hereby ORDERED that this Motion is GRANTED.

It is so **ORDERED**.

Anita B. Brody

_____          _____
Date                                                    United States District Judge