# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : : | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: AUNDRAY BRUCE | | |

## PETITION TO WITHDRAW NOTICE OF ATTORNEY'S LIEN

TO THE CLERK OF COURT:

Please withdraw the Notice of Attorney's Lien on behalf of undersigned counsel in the above-captioned case.

Respectfully submitted,

**LOCKS LAW FIRM**

Dated: June 29, 2022          By:     /s/ *Gene Locks*
                                      Gene Locks, Esquire (PA ID No. 12969)
                                      Michael B. Leh, Esquire (PA ID No. 42962)
                                      THE CURTIS CENTER
                                      601 Walnut Street, Suite 720 East
                                      Philadelphia, PA 19106
                                      (215) 893-0100

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>AUNDRAY BRUCE | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Petition to Withdraw Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully submitted,

**LOCKS LAW FIRM**

Dated: June 29, 2022     By:     /s/ *Gene Locks*
Gene Locks, Esquire (PA ID No. 12969)
Michael B. Leh, Esquire (PA ID No. 42962)
THE CURTIS CENTER
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
(215) 893-0100