

Fox Rothschild LLP
ATTORNEYS AT LAW

2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 251.299.2150
WWW.FOXROTHSCHILD.COM

PETER C. BUCKLEY
Direct No: 215.299.2854
Email: PBuckley@FoxRothschild.com

July 6, 2022

**VIA ECF**

The Honorable Anita B. Brody
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 7613
Philadelphia, PA 19106

RE:   **In Re: National Football League Players' Concussion Injury Litigation,
      No. 2:12-md-02323**

      **Motion to Amend Rules Governing Payment of Claims Involving Third-Party
      Funders (Dkt. 11422, filed June 28, 2021) (the "Motion to Amend Rules")**

Dear Judge Brody:

I represent Thrivest Specialty Funding LLC n/k/a Balanced Bridge Funding LLC ("Thrivest").

On June 28, 2021, Thrivest filed the above-referenced Motion to Amend Rules.  Class Counsel
filed its response on July 19, 2021 (Dkt. 11440) and Thrivest filed a reply on July 29, 2021 (Dkt.
11446).  Thrivest's Motion sought to amend the Rules Governing Payment of Claims Involving
Third-Party Funders (the "Rules") to change certain payment mechanics that prejudice Thrivest
and improperly treat Thrivest as having engaged in an "improper assignment" when the Third
Circuit has made clear that is not the case.  More than a year has passed and the Court has not yet
adjudicated the Motion, effectively allowing the Rules to remain as is and denying the Motion
without affording Thrivest any right to appeal.

On December 2, 2021, Thrivest filed a petition for writ of mandamus, seeking to compel a ruling
on the Motion.  The Court of Appeals denied Thrivest's petition on January 3, 2022 noting that
the "high standard for mandamus is not currently met."

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota    Nevada
New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Virginia    Washington



Fox Rothschild LLP
ATTORNEYS AT LAW

The Honorable Anita B. Brody
July 6, 2022
Page 2

In view of the passage of another six months without a ruling on the Motion, I write to respectfully request that the Court adjudicate Thrivest's Motion.

Respectfully,

Peter C. Buckley

PCB/jcj

cc:     All Counsel of Record (via ECF)