UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>　　　　　　　　　Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER**

**AND NOW**, on this 13th day of July, 2022, it is **ORDERED** that Tim Howard's motions to discipline or dismiss special masters and auditors (ECF Nos. 11324, 11327, 11328, 11329,

11337) are **DENIED**.[1]

                                                                                                               __s/ANITA B. BRODY, J.____
                                                                                                               ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] Though framed as motions to discipline or dismiss special masters and auditors for bias, the balance of Howard's motions in reality sought Court review of the Claims Administrator and Special Masters' factual determinations during an ongoing audit. Howard may not circumvent the procedures set out in Rules Governing the Audit of Claims in this manner. *See* Rules Governing the Audit of Claims r. 20 (establishing procedures to respond to the Claims Administrator's audit determinations); r. 34 (establishing procedures to object to the Special Master's audit determinations); *see also* r. 33 ("The decision of the Special Master on a referred Audit Report . . . . is not subject to appeal or review by the Court, except that . . . the Court will review de novo (that is, anew) any objection to the Special Master's conclusions of law."). To the extent that Howard wished to challenge the Special Masters' legal conclusions, he could have done so by filing a timely objection to the Special Masters' Rule 27 decision. Howard did not. As such, the Special Masters' Rule 27 decision is final.