# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| KEVIN TURNER AND SHAWN WOODEN, on behalf of themselves and others similarly situated,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.<br>　　　　　　　　　Defendants. | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>No. 12-cv-06069 |
| THIS DOCUMENT RELATES TO:<br><br>*Robert Massey et al. v. National Football League et al. (Plaintiff Rodrigo Barnes ONLY)* | |

## ORDER

**AND NOW**, on this 15th day of July 2022, it is **ORDERED** that Zimmerman Reed LLP's Motion for Leave to Withdraw as Counsel for Plaintiff Rodrigo Barnes (Case No. 12-md-2323, ECF No. 11750; Case No. 12-cv-6069, ECF No. 63) is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　s/ANITA B. BRODY, J._____
　　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies via **ECF**

1