**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| | No. 2:12-md-02323-AB |
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| | Hon. Anita B. Brody, U.S.D.J. |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Thrivest Specialty Funding, LLC n/k/a Balanced Bridge Funding LLC appeals to the United States Court of Appeals for the Third Circuit from the Explanation and Order entered on July 18, 2022 (Dkt. 11770).  For the avoidance of doubt, this appeal encompasses the Explanation and Order itself and all earlier orders that merge into it.  *See* Fed. R. App. P. 3(c)(1)(B), (c)(4).

Respectfully submitted,

/s/ Peter C. Buckley
Peter C. Buckley, Esquire
FOX ROTHSCHILD LLP
2000 Market Street—20th Floor
Philadelphia, PA 19103
(215) 299-2854

*Attorneys for Thrivest Specialty Funding, LLC
n/k/a Balanced Bridge Funding, LLC*

July 27, 2022

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served using the Court's

electronic filing system, which will provide notice and a copy to counsel of record.

/s/ Peter C. Buckley
Peter C. Buckley, Esquire
FOX ROTHSCHILD LLP
2000 Market Street—20th Floor
Philadelphia, PA 19103
(215) 299-2854
(215) 299-2150 (facsimile)

*Attorneys for Thrivest Specialty Funding, LLC
n/k/a Balanced Bridge Funding, LLC*

July 27, 2022