UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Floyd Little, et al. v. National Football League, et al. (Plaintiffs Rubin Carter and Karen Carter ONLY)<br><br>Court File No. 2:12-cv-02219-AB | **O R D E R** |

Pending is Plaintiffs' Counsel's Motion to Withdraw as Counsel, filed on July 29, 2022. In the motion, Zimmerman Reed LLP seeks to withdraw as counsel. As justification for the withdrawal, counsel states that Plaintiffs' Rubin Carter and Karen Carter have obtained new counsel to represent them further in this action, that Plaintiffs have registered this new counsel with the Claims Administrator, and that the Claims Administrator has notified Zimmerman Reed that Plaintiffs will be proceeding with new counsel.

BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Rubin Carter and Karen Carter in this action, and for good cause shown, the motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for Rubin Carter and Karen Carter.

Zimmerman Reed LLP is directed to send a copy of this Order via any email address they have for Plaintiffs and via U.S. Mail to their last known address.

  IT IS SO ORDERED.

Dated:               UNITED STATES DISTICT JUDGE

                _____
                Honorable Anita B. Brody