**TO**

**U.S. COURT OF APPEALS – THIRD CIRCUIT**

RECEIVED
AUG 3 2022
U.S.C.A. 3rd. CIR

James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106

**U.S. DISTRICT COURT:** Eastern District of Pennsylvania
(DISTRICT/STATE)                                    (LOCATION)

U.S. TAX COURT [ ]

(FULL COPIES OF DISTRICT COURT CASE)

**CIRCUIT COURT**

**DOCKET NUMBER:** _____

**DISTRICT COURT OR TAX COURT**

**DOCKET NUMBER:** No. 2:12-md-02323-AB

**DISTRICT COURT OR TAX COURT JUDGE:** _____

Notice is hereby given that _____Alain Kashama_____
(NAMED PARTY)

**Appeals to the UNITED STATES COURT OF APPEALS for the THIRD CIRCUIT**

From [ ] JUDGMENT     [X] ORDER

[ ] OTHER (specify): _____

Entered in this action on ___July 21st 2022___
(DATE)

DATED: July 22nd 2022

_/s/_____

**COUNSEL FOR APPELLANT – SIGNED)**

Alain Kashama
(NAME OF COUNSEL: TYPED OR PRINTED)

420 Main Street E, Milton, On, L9T 5G3
(ADDRESS)

289-952-6118
TELEPHONE NUMBER OR U.S. GOVT FTS.

Brad S. Karp, Bruce Birenboim, Claudia Hammerman, Lynn B. Bayard

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

**COUNSEL FOR APPELLEE**

1285 Avenue of the Americas New York, NY 10019-6064
ADDRESS

(212) 373-3000
TELEPHONE NUMBERS OR US. GOVT FTS.

NOTE: USE ADDITIONAL SHEETS IF ALL APPELLANTS AND/OR COUNSEL FOR APPELLEE CANNOT BE LISTED ON THE NOTICE OF APPEAL FORM

USCA APPEAL FORM (10/1/04)



KALONJI  KASHAMA
6477811528
590 CAVERHILL CRES
MILTON  ON   L9T5K1
CANADA

5 LBS        1 OF 1
SHP#: 5861 1V7R J88
SHP WT: 5 LBS
DATE: 02 AUG 2022

SHIP  FOR THE THIRD CIRCUIT
TO:   (215) 597-2995
      UNITED STATES COURT OF APPEALS
      RM 21400
      601 MARKET ST
      PHILADELPHIA  PA 19106-1701
      UNITED STATES

PA 191 9-10

UPS SAVER                               1P
TRACKING #: 1Z 586 11V D9 1237 8896

BILLING: P/P
SIGNATURE REQUIRED
DESC: IMPORTANT DOCUMENTS

EDI-DOC