OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

CLERK

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

August 4, 2022

George V. Wylesol, Clerk of Court
United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

In Re:  National Football League Players'
Concussion Injury Litigation
E.D. Pa. No. 2-12-md-02323

Dear Mr. Wylesol:

Pursuant to Rule 4(d), <u>Federal Rules of Appellate Procedure</u>, and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>, we are forwarding the attached **Notice of Appeal from the Order entered by the District Court Judge on 7/21/22, affirming a decision of the Special Master. It is noted that the Order does not appear to have been entered on the District Court docket.** This notice of appeal was filed with this office in error. <u>See</u> Rule 3(a)(1), <u>Federal Rules of Appellate Procedure</u> and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>. **The notice was received on 8/3/22 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the <u>Federal Rules of Appellate Procedure</u> and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), <u>Federal Rules of Appellate Procedure</u>, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

By: /s/ Patricia S. Dodszuweit
Clerk

PSD/lld
Enclosure:
cc: Alain Kashama (w/out enclosure)