IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Zimmerman Reed<br>v.<br>SPID No. 950004390 (H.L.D.)<br>Attorney's Lien Dispute<br>Case No. 367<br><br>AND<br><br>Collins & Truett Attorneys, P.A.<br>v.<br>SPID No. 950004390 (H.L.D.)<br>Attorney's Lien Dispute<br>Case No. 1773 | |

**ORDER**

**AND NOW**, this ____ day of _____, 2022, upon consideration of the Attorney Liens identified above and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. _____), it is **ORDERED** that:

1.　The Report and Recommendation is **ADOPTED**;

2.　The funds currently withheld for counsel fee, representing 17% of H.L.D.'s Monetary Award, are **APPORTIONED** as follows:

    a. 9/22nds is allocated to JR Wyatt as attorney's fees;

    b. 7/22nds is allocated to Zimmerman Reed as attorney's fees;

    c. 1/22nd is allocated to Collins & Truett Attorneys as attorney's fees;

    d. 5/22nds is allocated to H.L.D.;

3. Of the funds currently withheld by the Claims Administrator for reimbursement to counsel for costs:

    a. Zimmerman shall receive $589.99 in costs; and

    b. The balance of funds currently withheld by the Claims Administrator for costs ($78.60) shall be released to H.L.D.; and

4. The 5% portion of H.L.D.'s Monetary Award that is currently withheld in the Attorneys' Fees Qualified Settlement Fund pursuant to the Court's June 27, 2018 Order Regarding Withholdings for Common Benefit Fund (Doc. No. 10104), to the extent any of these funds are later released for payment to individual attorneys, shall be **APPORTIONED** by the Claims Administrator to Wyatt, Zimmerman, Collins, and H.L.D. in accordance with future orders of the Court and in the proportion allocated above for the 17% portion.

The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

                                                     BY THE COURT:

                                                     ANITA B. BRODY, J.