# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION

Kevin Turner and Shawn Wooden,
*on behalf of themselves and others similarly situated*,
   Plaintiffs,

  v.

National Football League and
NFL Properties LLC, successor-in-interest to
NFL Properties, Inc.,
   Defendants.

No. 2:12-md-02323-AB

MDL No. 2323

Hon. Anita B. Brody, U.S.D.J.

## SETTLEMENT CLASS MEMBER JOVAN HAYE'S JOINDER TO THRIVEST'S EMERGENCY CONSENT MOTION FOR DIRECT PAYMENT OF LOAN RESOLUTION AMOUNT (DKT. 11807)

  Settlement Class Member Jovan Haye, by and through his undersigned counsel, hereby joins in the Emergency Consent Motion for Direct Payment of Loan Resolution Amount (Dkt. 11807) filed by Thrivest Specialty Funding, LLC nka Balanced Bridge Funding LLC ("Thrivest") and respectfully requests that the Court enter an Order in the form proposed instructing the Claims Administrator to direct the Trustee to deduct the Loan Resolution Amount specified in the Payoff Agreement (attached to Thrivest's Motion as Exhibit 1) from his Monetary Award and to pay that Loan Resolution Amount directly to Thrivest before paying the remaining balance of the Monetary Award to him.

August 11, 2022

        Respectfully submitted,

        /s/ Amir Shenaq
        Amir Shenaq, Esquire
        3500 Lenox Road, Suite 1500
        Atlanta, GA 30326
        *Attorney for Settlement Class Member Jovan Haye*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on August 11, 2022, he filed the foregoing using the ECF system, which will provide notice and a copy to counsel of record.

/s/ Amir Shenaq
Amir Shenaq, Esquire