IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : <br> : <br> :   No. 2:12-md-02323-AB <br> : <br> :   MDL No. 2323 <br> : <br> :   **Hon. Anita B. Brody** <br> : |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | : <br> : <br> : <br> : <br> : |

## REPORT OF THE SPECIAL MASTERS

1. Wendell E. Pritchett and Jo-Ann M. Verrier, as Special Masters appointed by the Court on July 13, 2016 (ECF 6871), and David Hoffman, appointed by the Court on March 5, 2020 (ECF 11022) pursuant to Article X of the Class Action Settlement Agreement (Settlement Agreement) submit this Report to the Court. It accompanies Status Reports from the Claims Administrator, Brown Greer LLC ("Claims Administrator"), and the Baseline Assessment Program Administrator, Epiq Mass Tort ("BAP Administrator"; formerly known as Garretson Resolution Group).

### Norming Agreement

2. Since the filing of the last quarterly reports, the Claims Administrator and the BAP Administrator have worked with the Parties to effectuate the Norming Agreement described in those reports and accepted by the Court on March 4, 2022 pursuant to Section 6.6 of the Settlement Agreement, with a shared goal of removing race norms and demographic estimates based on race from the NFL Concussion Settlement Program.

3. The Norming Agreement, as approved by the Court, authorized the rescoring of specific previously submitted claims and the granting of additional BAP exams to some Players, as well as other relief including the reorganization of administration of the Settlement Agreement to comply with the March 4 Order.

4. The Claims Administrator's report outlines the results of the rescoring effort and of the authorization of new BAP exams.

5. The Claims Administrator has notified all affected Settlement Class Members whether they qualified for Automatic Retrospective Rescoring and, if so, the result of that Rescoring, as well as whether they qualified for an Expanded BAP exam. The Claims Administrator also notified all Settlement Class Members who may have other remedies under Section 2.7 of the Norming Agreement.

6. The Special Masters have written specifically to subsets of Settlement Class Members to bring attention to notification from the Claims Administrator. The Settlement Agreement website (nflconcussionsettlement.com) is edited to highlight how Class Members can stay informed about pertinent information (via the Class Member portal and otherwise). Additionally, and as from the inception of the Settlement, Class Members with questions are welcome to call the Claims Administrator (contact information is on the Settlement Agreement website).

7. The BAP Administrator's report outlines the progress on several fronts, including working to ensure that cases not finalized prior to March 4, 2022 are finalized under the Norming Agreement standards and that they are prepared to handle request for new BAP appointments.

8. Both the Claims Administrator's report and the BAP Administrator's acknowledge the problems that result from receiving incomplete or missing information from qualified BAP and/or MAF neurologists and neuropsychologists. As part of the continuous efforts to improve efficiency in effectuating the Settlement Agreement, the Claims Administrator developed an on-line system for the use of Program neurologists and neuropsychologists. That system's purpose is to improve the quality and completeness of files presented for the Administrators' consideration. In future Status Reports, we will report on the results of this improvement.

9. Of note is that the Claims Administrator's call center has received more than 800 calls since the initiation of notices to Settlement Class Members, allowing them to provide information and support to hundreds of Class Members, and the BAP Administrator has received calls from 416 Players to schedule free Expanded BAP examinations.

## General Administration

10. Claims processing, audit processes, and appeals continued throughout the second quarter. Progress on all of these, and other critical Settlement issues, are accurately recounted in the accompanying reports by the BAP Administrator and the Claims Administrator.

11. The Settlement Agreement has continued its effectuation of monthly disbursements during this period. Each month, after review with the Claims Administrator, the Special Masters authorize the Trustee to distribute Monetary Awards to Settlement Class Members as well as to relevant attorneys, lienholders, and third-party funders where appropriate. The funds distributed to date are accounted for in the Claims Administrator's report.

                                                Respectfully submitted,

_____        _____
Wendell E. Pritchett                               Jo-Ann M. Verrier
Special Master                                             Special Master

_____
David A. Hoffman
Special Master