# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Troy Davis, Lynn James, Marvin Owens (Deceased), Booker T. Brown (Deceased) and Newton Williams, on behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>       Defendants. | |
| THIS DOCUMENT RELATES TO: ALL BAP and BLACK CLIENTS OF GPW | |

## MOTION FOR RELIEF UNDER ARTICLE XXVII OF THE SETTLEMENT AGREEMENT

Plaintiffs Troy Davis, Lynn James, Marvin Owens (Deceased), Booker T. Brown (Deceased), and Newton Williams, by their attorneys Goldberg, Persky & White, P.C., move for relief under Article XXVII of the Settlement Agreement. The Parties specifically seek enforcement of the terms of the Settlement Agreement. In support of their Motion, Plaintiffs rely on the points and authorities in the accompanying brief, which Plaintiffs submit herewith and incorporate herein in its entirety.

Plaintiffs respectfully request oral argument on this motion to fully address the issues experienced by Plaintiffs in particular, and all NFL class members in general.

Dated:_____8/16/2022_____          Respectfully submitted,


                                         */s/ Jason E. Luckasevic*
                                         _____

                                         Jason E. Luckasevic
                                         Goldberg, Persky & White, P.C.
                                         11 Stanwix Street
                                         18th Floor
                                         Pittsburgh, PA 15222
                                         (412) 471-3980- phone
                                         (412) 471-8308- fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on this August 16, 2022, I caused the foregoing MOTION FOR RELIEF UNDER ARTICLE XXVII, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By: */s/ Jason E. Luckasevic*
Jason E. Luckasevic