# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**WHEREAS**, Settlement Class Members Troy Davis, Lynn James, Marvin Owens, Booker T. Brown, and Newton Williams, by and through their counsel Goldberg, Persky & White, P.C., filed a Motion for Relief Under Article XXVII of the Settlement Agreement in the above-captioned matter on August 16, 2022 (the "Motion," ECF No. 11813);

**WHEREAS**, the National Football League and NFL Properties LLC have requested a 30-day extension of time, until September 29, 2022, to respond to the Motion;

It is **ORDERED** that the request for an extension of time is **GRANTED**.

**SO ORDERED** this \_\_\_24TH\_\_\_ day of \_\_\_AUGUST\_\_\_, 2022.

                                                                      s/ANITA B. BRODY, J.
                                                                      Anita B. Brody
                                                                      United States District Court Judge