# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Shenaq PC v. SPID 100008517<br>Attorney Lien Dispute No. 1469<br><br>AND<br><br>Howard and Associates, P.A. v. SPID 100008517<br>Attorney Lien Dispute No. 1646 | |

## ORDER

**AND NOW**, this 1st day of September, 2022, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 11563), and any objections thereto, it is **ORDERED** that:

1.　The Report and Recommendation is **ADOPTED**;

2.　The Withdrawal of the Lien Dispute is **REJECTED**; and

3.　The Claims Administrator is **ORDERED** to issue a new Schedule of Document Submissions to the Parties as to the two lien disputes.

BY THE COURT:

s/ANITA B. BRODY, J.
_____
ANITA B. BRODY, J.