**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ORDER**

   **AND NOW**, this 16th  day of September, 2022, it is **ORDERED** that the Claims

Administrator direct the Settlement Trustee to deduct the Loan Resolution amount specified in the

Payoff Agreement between Mr. Jovan Haye and Balanced Bridge Funding LLC f/k/a Thrivest

Specialty Funding ("Thrivest") (ECF No. 11807 Ex. "1") from Mr. Haye's forthcoming Monetary

Award and to pay such amount directly to Thrivest.[1]

                                        BY THE COURT:


                                        s/ANITA B. BRODY, J.
                                        ANITA B. BRODY, J.

---

[1] Mr. Haye's consent to this direct payment has been independently verified by Class Counsel Chris Seeger. *See* Ex. A attached.