# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No.:2:12-md-02323-AB <br><br> MDL No. 2323 |
| _____ | : : | |
| THIS DOCUMENT RELATES TO: MONTE JOHNSON | : : : | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, rules of procedure, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, Gene Locks, Esquire, and Michael B. Leh, Esquire, of LOCKS LAW FIRM, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs, as set forth in the accompanying Petition to Establish Attorney's Lien.

Respectfully Submitted,

**LOCKS LAW FIRM**

Dated: September 30, 2022    By:    /s/ *Gene Locks*
　　　　　　　　　　　　　　　　　Gene Locks, Esquire (PA ID No. 12969)
　　　　　　　　　　　　　　　　　Michael B. Leh, Esquire (PA ID No. 42962)
　　　　　　　　　　　　　　　　　THE CURTIS CENTER
　　　　　　　　　　　　　　　　　601 Walnut Street, Suite 720 East
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　(215) 893-0100

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : : | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: MONTE JOHNSON | | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully Submitted,

**LOCKS LAW FIRM**

Dated: September 30, 2022     By:     /s/ *Gene Locks*
Gene Locks, Esquire (PA ID No. 12969)
Michael B. Leh, Esquire (PA ID No. 42962)
THE CURTIS CENTER
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
(215) 893-0100