## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### ORDER

**AND NOW**, this 3rd day of September, 2022, it is **ORDERED** that the Appeal from the Notice of Rejection of Claim filed by Gwain Durden (ECF No. 11816) is **DENIED WITHOUT PREJUDICE** to raise the issue at a later time.

Appellant must proceed through the Claims Administration process, and if the claims are denied, Appellant must follow the proper appeals process. Appellant's attempt to circumvent those processes by directly petitioning the Court is improper.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ANITA B. BRODY, J.
　　　　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.