IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>GOLDBERG PERSKY & WHITE (ON BEHALF OF HOWARD & ASSOCIATES, P.A.) V. SPID 100008089 (A.J.)<br><br>ATTORNEY LIEN DISPUTE (CASE NO: 01598) | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Honorable Anita B. Brody |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on September 30, 2022, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notices of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, 100008089, A.J (the "SCM"). The Lien was filed in December 2019, by Howard & Associates, P.A. The SCM is currently represented by Shenaq PC. As the SCM's counsel, Shenaq PC represents that the SCM fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

____Jason E. Luckasevic____  /s Amir Shenaq
_____

Name: Jason Luckasevic  Name: Amir Shenaq

Goldberg Persky White P.C.  Shenaq PC

APPROVED:

Date: __October 5, 2022__  /s/ David R. Strawbridge, USMJ
_____

David R. Strawbridge

United States Magistrate Judge