## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | No. 2:12-md-02323-AB |
| **THIS DOCUMENT RELATES TO:** | MDL No. 2323 |
| **GOLDBERG PERSKY & WHITE (ON BEHALF OF HOWARD & ASSOCIATES, P.A.) V. SPID 100005185 (C.F.)** | |
| | Honorable Anita B. Brody |
| **ATTORNEY LIEN DISPUTE (CASE NO: 01654)** | |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on September 30, 2022, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notices of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, 100005185, C.F (the "SCM"). The Lien was filed on November 20, 2020, by Howard & Associates, P.A. The SCM is currently represented by Shenaq PC. As the SCM's counsel, Shenaq PC represents that the SCM fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

Jason E. Luckasevic

_____

Name: Jason Luckasevic

Goldberg Persky White P.C.

/s Amir Shenaq

_____

Name: Amir Shenaq

Shenaq PC


APPROVED:


Date:  October 5, 2022
_____

/s/ David R. Strawbridge, USMJ
_____

David R. Strawbridge

United States Magistrate Judge