IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | : : : : : | |

## REPORT OF THE SPECIAL MASTERS

1. Special Masters Wendell E. Pritchett and Jo-Ann M. Verrier, appointed by the Court pursuant to Article X of the Class Action Settlement Agreement (Settlement Agreement) on July 13, 2016 (ECF 6871), and David Hoffman, appointed on March 5, 2020 (ECF 11022), submit this Report to the Court. It accompanies Status Reports from the Claims Administrator, Brown Greer LLC ("Claims Administrator"), and the Baseline Assessment Program Administrator, Epiq Mass Tort ("BAP Administrator"; formerly known as Garretson Resolution Group).

### Norming Agreement

2. Since the filing of the last quarterly reports, the Special Masters have overseen continued work by the Claims Administrator and the BAP Administrator on the effectuation of the Norming Agreement accepted by the Court on March 4, 2022.

3. As noted in the last Status Reports, the Claims Administrator has notified all affected Settlement Class Members whether they qualified for Automatic Retrospective Rescoring and, if so, the result of that Rescoring, as well as whether they qualified for an Expanded

1

BAP exam. The Claims Administrator also notified all Settlement Class Members who may have other remedies under Section 2.7 of the Norming Agreement.

4. Through these notices, 2,417 Retired NFL Football Players have learned of their eligibility for free Expanded BAP examinations. The BAP Administrator reports that, as of October 10, 2022, 639 Retired NFL Football Players or their attorneys have contacted the BAP Administrator to request Expanded BAP examinations.

### General Administration

5. The BAP Administrator, while managing the Expanded BAP examination process, is also addressing issues around outstanding exam results.

6. Since the filing of the last quarterly reports, the Claims Administrator has received 46 new claims and has reviewed 37 of these; the results are detailed in the attached report.

7. The Claims Administrator continues to discharge its responsibilities around the audit of claims, with 18 claims currently in audit status.

8. The appeals process continues, with three appeals decided since the last status report.

9. Monthly disbursements after the finalization of Monetary Claims continue; details about payments to Settlement Class Members, as well as to lienholders and third-party funders, are available in the Claims Administrator's report.

Respectfully submitted,

_____
Wendell E. Pritchett
Special Master

_____
Jo-Ann M. Verrier
Special Master

_____
David A. Hoffman
Special Master