**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **MDL No. 2323** |
| This relates to: | **WITHDRAWAL OF ATTORNEY'S LIEN** |
| Plaintiffs' Master Administrative Long Form Complaint and Anderson et al. v. National Football League [et al.], No. 2:12-cv-03124-AB | |
| **This document relates to:** | |
| **STANLEY PRITCHETT, JR.,** Plaintiff, USDC, EDPA, Docket No. 2:12-cv-03124-AB | |

## NOTICE OF WITHDRAWAL OF ATTORNEY'S LIEN

The undersigned, former attorney for the Plaintiff in the above-entitled action, gave Notice of his Attorney's Lien for fees and expenses in this case. [*See* ECF No. 172.]   Having resolved that matter via letter agreement with Mr. Pritchett's current counsel, the undersigned hereby Withdraws his previously noticed Attorney's Lien.

Dated:  November 1, 2022

Respectfully submitted,

POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
3391 Peachtree Road, NE, Suite 300
P.O. Box 191625 (31119-1625)
Atlanta, GA 30326
Ph: (404) 523-7706
Fax: (404) 524-1648
efile@pmkm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing *Notice of Withdrawal of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Easter District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  November 1, 2022

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
3391 Peachtree Road, NE, Suite 300
P.O. Box 191625 (31119-1625)
Atlanta, GA 30326
Ph: (404) 523-7706
Fax: (404) 524-1648
efile@pmkm.com