# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>**This document relates to:**<br><br>**RODNEY HOLMAN and SANDRA HOLMAN, his wife**, Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-03124-AB | MDL No. 2323<br><br>12-md-2323 (AB)<br><br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien,* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Pope McGlamry, P.C., specifically including Michael L. McGlamry, N. Kirkland Pope and Jay F. Hirsch as counsel for Plaintiffs Rodney Holman and Sandra Holman in this MDL proceeding.

Dated: November 9, 2022

                                          Respectfully submitted,

                                          /s/ *Michael L. McGlamry*
                                          Michael L. McGlamry
                                          POPE McGLAMRY, P.C.
                                          3391 Peachtree Road, NE, Suite 300
                                          Atlanta, GA  30326
                                          Ph: 404-523-7706
                                          Fx: 404-524-1648
                                          efile@pmkm.com

1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| | 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| | **CERTIFICATE OF SERVICE** |
| **RODNEY HOLMAN and SANDRA HOLMAN, his wife**, Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-03124-AB | |

I hereby certify that, on November 9, 2022, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Michael L. McGlamry*