# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>**LAMAR LATHON** | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to O.C.G.A. § 15-19-14, the Petitioners, Weisberg & Associates, through Luis Cartaya, Esq., formerly attorneys for **Lamar Lathon** in the above named and numbered cause of action, hereby notify this Court and all parties that it has a lien in this case for reasonable attorney's fees plus reasonable expenses. Proof of Attorney's lien will be submitted to the Claims Administrator.

Dated: November 15, 2022

                                  Respectfully submitted,

By: */s/ Luis Cartaya*
      Luis Cartaya, Esq.
      State Bar No. 0105787
      433 Plaza Real 275
      Boca Raton, FL 33432
      Tel. (954) 336-7307
      Fax. (561) 880-6570
      Luis@WeisbergLegal.com

## CERTIFICATE OF SERVICE

     I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: November 15, 2022.

                                                  */s/ Luis Cartaya*
                                                Luis Cartaya, Esq.