

# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## STATEMENT OF ATTORNEY'S FEES AND COSTS
### REQUEST DATE: SEPTEMBER 13, 2022
### DEADLINE TO RESPOND: September 23, 2022

This Statement of Attorney's Fees and Costs ("Statement") is required pursuant to the Amended Rules Governing Attorneys' Liens adopted by the District Court (Doc. No.10283). An attorney from each law firm representing a Settlement Class Member who is a Party to an Attorney's Lien Dispute must complete a Statement within 10 days after the Claims Administrator's request. **In addition, the attorney must provide a copy of the attorney's retainer agreement signed by the Settlement Class Member in Section I if it has not previously been provided to the Claims Administrator.**

Submit the Statement to the Claims Administrator by email to ClaimsAdministrator@NFLConcussionSettlement.com and include ATTN: NFL Liens in the subject line.

| I. SETTLEMENT CLASS MEMBER INFORMATION | | | | |
|---|---|---|---|---|
| **Settlement Program ID** | 100006426 | | | |
| **Name** | First: Robert | | M.I.: L | Last: Harris |
| **Settlement Class Member Type** | Retired NFL Football Player | | | |
| **Primary Counsel** | Law Offices of Caroline V Davis, P.C. | | | |

| II. ATTORNEY'S FEES AND COSTS | | |
|---|---|---|
| A. | **Contingency Fee Percentage** Fees to all Individually Retained Plaintiffs' Attorneys ("IRPAs") are capped at 22% of the Award plus reasonable costs unless the contingency fee contract reflects a lower rate or you filed a Petition for Deviation (Doc. No. 9863). The Claims Administrator will deduct 5% of the Award for Common Benefit Fees and deposit it into the Attorneys' Fees Qualified Settlement Fund, which reduces the IRPAs' percentage to 17% (Doc. No. 10104). When you list your fee percentage on this Statement, list your full fee percentage. We will then make the applicable 5% adjustment. If your law firm is under a flat fee or hourly fee arrangement with the affected Settlement Class Member, indicate the total amount of fees incurred. | 22% |
| B. | **Amount of Costs** If you do not provide the dollar amount of your costs on this Statement, we will not withhold any funds to reimburse you for those costs, and you waive the right to seek reimbursement of those costs from the Settlement Class Member (Doc. No. 10283, Rule 17(b) and Doc. No. 10103). | $10,700 |

**NFL CONCUSSION SETTLEMENT**
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

| III. CERTIFICATION |||||
|---|---|---|---|---|
| By signing below, I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that all information provided in this Statement of Attorney's Fees and Costs is true and correct to the best of my knowledge, information and belief. |||||
| **Signature** | *Caroline V. Davis* ||| **Date** | 9/13/2022 |
| **Printed Name** | First: Caroline || M.I.: V | Last: Davis ||
| **Law Firm** | Law Offices of Caroline V. Davis, P.C. ||||