## ROBERT HARRIS COST DETAIL

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/11/2020 | Medical expert consulting fee for review of medical records and prior testing, and eligibility for MAF examination | $700.00 |
| 9/26/2020 | Neuropsychological Testing | $5,000.00 |
| 10/6/2020 | MAF Examination | $2,500.00 |
| 4/7/2022 | NFL Appeal - Medical expert consulting fees for appeal | $2,500.00 |
| | | $10,700.00 |

I have reviewed the above costs and agree that they were incurred in my case with my consent.



5/16/2022