# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No.: 2:12-md-02323-AB |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, | MDL No. 2323 |
| Plantiffs, | |
| V. | |
| National Football League and NFL Properties, LLC, sucessor-in-interest to NFL Proporties, Inc., | |
| Defendants. | |

THIS DOCUMENT RELATES TO:
Law Firm of Shenaq, PC v. SPID 100008517 (R.K.) Attorney Lien Dispute No. 1469

AND

Howard and Associates, P.A. SPID 100008517 Attorney Lien Dispute No. 1646

## STIPULATION WAIVING RIGHTS TO APPEAL FINAL DECISION OF THE HONORABLE DAVID R. STRAWBRIDGE, USMJ

1. On November 23, 2022, the Honorable David Strawbridge, USMJ, after resolution by the parties, Law Firm of Shenaq, PC ("Shenaq"), Howard and

Associates, P.A. ("Howard") and Pro Athlete Law firm, P.A. ("Pro"), issued a final decision granting withdrawal of Attorney's Lien Dispute. The Honorable Judge Strawbridge further ordered that the claims Administrator disburse the withheld funds in accordance with his final decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

2. The parties hereto, Pro, Howard and Shenaq, hereby waive all rights to appeal the final decision of Judge Strawbridge issued in this matter on November 23, 2022.

3. Settlement member R.K. understands the implications of this stipulation and consents to the waiver of all rights to appeal.

4. The above is hereby stipulated to by the parties.

By: /s/ Amir Shenaq
Amir Shenaq
Shenaq, PC
3500 Lenox Rd #1500
Atlanta, GA 30326
(888) 909-9993

Date: 11/30/2022

By: /s/ David Levine
David Levine (Florida Bar # 784620)
PRO ATHLETELAW FIRM, P.A.
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

Date: 11-29-2022

By: /s/ Jason Luckasevic
Jason Luckasevic
Goldberg, Persky, White, PC
11 Stanwix St. Suite 1800
Pittsburg, PA 15222
(412) 471-3980

Date: 11/29/2022

**APPROVED BY THE COURT:**

**DATE:** December 1, 2022

/s/ David R. Strawbridge, U.S.M.J.

**DAVID R. STRAWBRIDGE**
**UNITED STATES MAGISTRATE JUDGE**