## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

**NOTICE OF WITHDRAWAL
OF APPEARANCE**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**THIS DOCUMENT RELATES TO:**

No. 12-md-2323 (AB)

MDL No. 2323

**As to Plaintiff JOHN S. BUNTING, Only**

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Elissa D. Miller, solely in her

capacity as Bankruptcy Trustee for Girardi Keese, and Herman J. Russomanno and Robert J.

Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record

for Plaintiff **JOHN S. BUNTING** only in the above-referenced case.

Dated: December 12, 2022                  Respectfully submitted,

                                          GOLDBERG, PERSKY & WHITE, P.C.

                                          By: s/  *Jason E. Luckasevic*
                                          Jason E. Luckasevic, Esquire
                                          (PA Bar No. 85557)
                                          11 Stanwix Street, Suite 1800
                                          Pittsburgh, PA  15222
                                          Telephone:  (412) 471-3980
                                          jluckasevic@gpwlaw.com
                                          *Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 12, 2022 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.


GOLDBERG, PERSKY & WHITE, P.C.

By: <u>s/  *Jason E. Luckasevic*        </u>