IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO:<br><br>JOHN D. GIDDENS, P.A. V. SPID 100010790 (J.M.)<br><br>ATTORNEY LIEN DISPUTE (CASE NO: 00635) | MDL No. 2323<br><br>Honorable Anita B. Brody |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on December 9, 2022, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, J.M., who was issued a Notice of Monetary Award Claim Determination on July 27, 2022. The Lien was filed in May 2017 by JOHN D. GIDDENS, P.A. J.M. is currently represented by Shenaq PC. As J.M.'s counsel, Shenaq PC represents that J.M. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_____          _____
Name: John Giddens                                          Name: Amir Shenaq

John D. Giddens, P.A                                        Shenaq PC


APPROVED:


Date: __December 12, 2022__          /s/ David R. Strawbridge, USMJ

David R. Strawbridge

United States Magistrate Judge