IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO: | MDL No. 2323 |
| GOLDBERG PERSKY & WHITE V. SPID 100015910 (J.W.) ATTORNEY LIEN DISPUTE (CASE NO: 01599) | Honorable Anita B. Brody |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on December 9, 2022, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, J.W., who was issued a Notice of Monetary Award Claim Determination on August 19, 2022. The Lien was filed in July 2021 by Goldberg, Persky & White. J.W. is currently represented by Shenaq PC. As J.W.'s counsel, Shenaq PC represents that J.W. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_/s/ Jason E. Luckasevic_  

Name: Jason Luckasevic

Goldberg, Persky & White

_____

Name: Amir Shenaq

Shenaq PC

APPROVED:

Date: December 12, 2022    /s/ David R. Strawbridge, USMJ

David R. Strawbridge

United States Magistrate Judge

2