IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: MARIO HAGGAN | |

### NOTICE OF ATTORNEY'S LIEN

Attorney Bruce W. Steckler, attorney for the Plaintiff in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees plus reimbursement for legitimate case costs and expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff, Mario Haggan.

Dated: January 4, 2023          Respectfully submitted,

**STECKLER WAYNE CHERRY & LOVE PLLC**

/s/ *Bruce W. Steckler*
Bruce W. Steckler
Texas Bar No. 00785039
bruce@swclaw.com
12720 Hillcrest Rd.

Suite 1045
Dallas, Texas 75230
Telephone: (972) 387-4040
Facsimile: (972) 387-4041

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing *Notice of Attorney's Lien* was served on all counsel of record via the Court's ECF system on January 4, 2023.

/s/ *Bruce W. Steckler*
Bruce W. Steckler