IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO: | MDL No. 2323 |
| GOLDBERG PERSKY & WHITE V. SPID 100016098 (J.W.) | Honorable Anita B. Brody |
| ATTORNEY LIEN DISPUTE (CASE NO: 01599) | |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on December 21, 2022, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, J.W., who was issued a Notice of Monetary Award Claim Determination on June 28, 2022. The Lien was filed in December 2019 by Howard & Associates, P.A. J.W. is currently represented by Shenaq PC. As J.W.'s counsel, Shenaq PC represents that J.W. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

1

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_____
Name: Jason Luckasevic

Goldberg Persky & White

_____
Name: Amir Shenaq

Shenaq PC


APPROVED:

Date: Jan. 3, 2023

/s/ David R. Strawbridge, USMJ
_____
David R. Strawbridge

United States Magistrate Judge

2