## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,                              Plaintiffs<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                              Defendants.<br><br>THIS DOCUMENT RELATES TO:<br><br>Langfitt PLLC v. Locks Law Firm Attorney Lien Dispute | **STIPULATION: WAIVING RIGHT TO APPEAL ATTORNEY LIEN RE: JAMES WILLIAMS**<br><br>**FOR JURISDICTION: MAGISTRATE JUDGE DAVID R. STRAWBRIDGE** |

Dated: January 10, 2023

The two law firms Langfitt PLLC & Locks Law Firm both hereby stipulate and waive their right to appeal Magistrate Judge Strawbridge's Explanation and Order issued on 1/06/2023, at Docket# 11941 wherein Magistrate Strawbridge granted the withdrawal of the lien dispute re James Williams after resolution by the two law firms and ordered the distribution of withheld funds.

This Stipulation Waiving Right to Appeal the Lien re James Williams filed by both Langfitt PLLC & Locks Law Firm,  hereby notices to Magistrate Judge Strawbridge and the Claims Administrator to take note that these two law firms have stipulated not to file any appeal regarding Magistrate Judge Strawbridge's Explanation and Order at Docket # 11941, and respectfully requests therefore that the withheld funds re attorney's fees and expenses be distributed at the next payment by the Claims Administrator, along with the Monetary Award funds to be paid to James Williams.

This Stipulation Waiving Right to Appeal the Lien re James Williams further represents that the Settlement Class Member James Williams understands the implications of this Stipulation, and also consents to this waiver of the right to appeal herein.

Respectfully submitted,

 /s/ David D. Langfitt
David D. Langfitt, Esquire
LANGFITT PLLC
P.O. Box 302
Gladwyne, PA 19035
Phone: (610) 787-1706
Email: david@langfittpllc.com

And

 /s/ Michael B. Leh
Michael B. Leh, Esquire
Locks Law Firm
The Curtis Center
601 Walnut Street
Suite 720 East
Philadelphia, PA 19106
E: mleh@lockslaw.com

APPROVED:

Date: Jan. 10, 2023

 /s/ David R. Strawbridge, USMJ
David R. Strawbridge
United States Magistrate Judge