IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) No.: 2:12-md-02323<br>)<br>) MDL No. 2323 |
| ATTORNEY LIEN: ANTHONY MARSHALL | )<br>)<br>) |

## NOTICE: ATTORNEY LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, Rules of Procedures, and the executed Retainer Agreement between Petitioners and Plaintiff, Petitioners, David Levine and Pro Athlete Law Firm, P.A., hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs as set forth in the Petition to Establish Attorney's Lien.

Respectfully Submitted,

PRO ATHLETE LAW FIRM, P.A.

Dated: January 13, 2023             By:   /s/ David Levine
David Levine (Florida Bar # 784620)
1804 Intracoastal Drive
Fort Lauderdale, FL. 33305
(954) 914-5293

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITITATION | ) No.: 2:12-md-02323 )  ) ) MDL No. 2323 |
| ATTORNEY LIEN: ANTHONY MARSHALL | ) ) ) |

**CERTIFICATION OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

                                                       Respectfully Submitted,

                                                       PRO ATHLETE LAW FIRM, P.A.

Dated: January 13, 2023                    By:    /s/ David Levine
                                                       David Levine (Florida Bar # 784620)
                                                       1804 Intracoastal Drive
                                                     Fort Lauderdale, FL. 33305
                                                     (954) 914-5293