IN THE UNITED STATES DISTRICR COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) ) | 2:12-md-02323-AB |
| This document relates to: | ) ) | |
| **Douglas W. Plank** | ) ) ) ) ) | **NOTICE OF ATTORNEY'S LIEN** |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to *Bennett v. Weitz*, 220 Mich. App. 295, 297; 559 N.W.2d 354 (1996), the Petitioner, Attorney James R. Acho of Cummings, McClorey, Davis & Acho, P.L.C., hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses in accordance with Douglas W. Plank's "Contingency Fee Agreement" as set forth in the accompanying Petition to Establish Attorney's Lien relating to Douglas W. Plank.

Respectfully Submitted,

Dated: January 19, 2023

/s/ James R. Acho
Cummings, McClorey, Davis & Acho, P.L.C.
14736 College Parkway
Livonia, MI 48152
(734) 261-2400
jacho@cmda-law.com
Michigan Bar No. (P-62175)

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: January 19, 2023

/s/James R. Acho
Cummings, McClorey, Davis & Acho, P.L.C.
14736 College Parkway
Livonia, MI 48152
(734) 261-2400
jacho@cmda-law.com
Michigan Bar No. (P-62175)