# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br><u>Sunny Jani, Adm. (Webster), et al.</u><br>v. National Football League et al.<br>No. <u> 2:14-cv-02064-AB </u><br><br>**As to Plaintiff, MICHAEL BATES, ONLY** | No. 12-md-2323 (AB) MDL No. 2323<br><br>NOTICE OF WITHDRAWAL<br>OF APPEARANCE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Jason E. Luckasevic of Goldberg, Persky & White, P.C., and Elissa D. Miller, the Chapter 7 Trustee for the Bankruptcy Estate of Girardi Keese (the Trustee) filed a Motion for Order Authorizing the Transaction and Assigment of the Estate's Interests in the NFL Concussion Litigation to Goldberg Persky & White P.C. Free and Clear of Liens, Claims and Interests Pursuant to 11. U.S.C. § 363 hereby withdraw their appearance as attorneys of record for Plaintiff, **MICHAEL BATES** only in the above-referenced case.

Dated: January 24, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　GOLDBERG, PERSKY & WHITE, P.C.

　　　　　　　　　　　　　　　　　　By: s/ *Jason E. Luckasevic*
　　　　　　　　　　　　　　　　　　Jason E. Luckasevic, Esquire
　　　　　　　　　　　　　　　　　　(PA Bar No. 85557)
　　　　　　　　　　　　　　　　　　11 Stanwix Street, Suite 1800
　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　　　Telephone:  (412) 471-3980
　　　　　　　　　　　　　　　　　　jluckasevic@gpwlaw.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

>
> GOLDBERG, PERSKY & WHITE, P.C.
>
> By: s/  *Jason E. Luckasevic*