# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO: | MDL No. 2323 |
| Plaintiffs' Master Administrative Long Form Complaint and | **NOTICE OF ATTORNEY'S LIEN** |
| Sunny Jani, Adm. (Webster), et al. v. National Football League et al. No. 2:12-cv-02064-AB | |
| **MICHAEL BATES, Plaintiff ONLY** | |

Attorney Jason E. Luckasevic and Goldberg, Persky & White, P.C., attorneys in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable contingent attorney's fees plus reimbursement for legitimate case costs and expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff, **MICHAEL BATES.**

Dated: January 24, 2023

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

/s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Phone:  412-471-3980
Fax:  412-471-8308
jluckasevic@gpwlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.

Dated: January 24, 2023  /s/  *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
Phone: 412-471-3980
Fax: 412-471-8308
jluckasevic@gpwlaw.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | |
| Plaintiffs' Master Administrative Long Form Complaint and | **PETITION TO ESTABLISH ATTORNEY'S LIEN** |
| **MICHAEL BATES, Plaintiff** | |

Now comes the Petitioner, Jason E. Luckasevic, Esquire for Goldberg, Persky & White, P.C., ("GPW") pursuant to an executed retainer agreement, and states:

1. Petitioners are attorneys at law admitted to practice before the Courts within the Commonwealth of Pennsylvania, and file this Petition to establish a lien for attorney's fees as set forth hereinafter.

2. On or about June 9, 2021, Elissa D. Miller, the Chapter 7 Trustee for the Bankruptcy Estate of Girardi Keese (the Trustee) filed a Motion for Order Authorizing the Transaction and Assigment of the Estate's Interests in the NFL Concussion Litigation to Goldberg Persky & White P.C. Free and Clear of Liens, Claims and Interests Pursuant to 11. U.S.C. § 363.

3. On or about June 28, 2021, Erika Girardi filed an objection to the Motion. The Motion was set for argument on August 10, 2021 but was withdrawn by Ericka Girardi on August 9, 2021.

4. On August 12, 2021, The Honorable Barry Russell entered an Order in the United States Bankruptcy Court, Central District of California Authorizing the Transition and Assignment of the Estate's Interests in the NFL Concussion Litigation to Goldberg Persky White, P.C. Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363.

5. On or about December 15, 2014, Girardi & Associates were retained and employed by the Plaintiff, Michael Bates, pursuant to a contingency fee agreement for legal services, to pursue a claim for injuries and damages allegedly caused by the National Football League's conduct associated with football-related concussions, head, and brain injuries. (See Exhibit #1).

6. The Petitioners claim the right to have a lien for legitimate attorney's contingent fees during the time of the Girard Keese relationship and reimbursement of all legitimate costs and expenses during the Girardi Keese relationship established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiff in this action.

WHEREFORE, the Petitioners pray:

(1) That an attorney's lien be established;

(2) That the amount of the lien be determined;

(3) That the Court order that Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement or judgment in this action;

(4) That the Defendant or the Defendant's insurer be prohibited from paying to the Plaintiff and/or his present lawyer any sums of money until said lien has been satisfied; and

(5) For such other further relief as this Court deems just.

Dated: January  24, 2023	Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

/s/  *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Phone:  412-471-3980
Fax:  412-471-8308
jluckasevic@gpwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Petition to Establish Attorney's Fees* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.

Dated: January 24, 2023             */s/   Jason E. Luckasevic*
                                                             Jason E. Luckasevic, Esquire
                                                             PA Bar No. 85557
                                                             11 Stanwix Street, Suite 1800
                                                             Pittsburgh, PA  15222
                                                             Phone:  412-471-3980
                                                             Fax:  412-471-8308
                                                             jluckasevic@gpwlaw.com

# G|K  GIRARDI | KEESE
LAWYERS

November 18, 2014

## NFL HEAD INJURY LITIGATION AMENDED RETAINER AGREEMENT & POWER OF ATTORNEY

This document (the "Agreement") is the written fee contract that California law requires lawyers to have with their clients.

1. **Conditions.** This agreement will not take effect until GIRARDI | KEESE ("GK") has received a signed copy of this agreement.

2. **Scope of Services.** This Agreement is between _Michael Bates_ ("Client,") and Girardi and Keese ("Attorneys") to investigate and possibly prosecute causes of action or claims for damages against all entities and/or persons who are or might be defendants in the matter of IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION (No. 2:12-md-02323-AB). The scope of Attorneys' representation is limited to evaluating and potentially pursuing any such claims. Attorneys are authorized to file suit on your behalf at their sole discretion.

No other legal services of any kind are covered by this Agreement. This retention does not include investigating or prosecuting any claim or action against any health care provider. Further, Attorneys will not represent Client on any appeal without specific agreement memorialized in a separate agreement. Attorneys make no promise or guarantee regarding the outcome of this matter.

Attorneys reserve the right to withdraw from representation at their sole discretion upon reasonable notice given to client. In said case Attorneys may cancel this Agreement with Client and said cancellation will release Attorneys from any further action on Client's claim, and will discharge Attorneys from this Agreement. Cancellation will be effected by certified letter mailed to the last address provided by the Client to Attorneys. Client agrees to be truthful with Attorneys, to cooperate, to keep Attorneys informed of developments, to abide by this Agreement and any addendums, and to keep Attorneys informed of Client's current address, telephone number and whereabouts.

1126 WILSHIRE BOULEVARD • LOS ANGELES, CALIFORNIA • 90017-1904
TELEPHONE: 213-977-0211 • FACSIMILE: 213-481-1554



EXHIBIT 1

G | K
November 18, 2014
Page 9 of 10

Michael Botes
Client (Print name)

Dec 15/2014
Date

/s/ Michael Botes
Client (Signature)

1339 W. Kuehne Ct.
Mailing Address

Oro Valley      AZ      85755
City            State   Zip

Home Telephone Number

(520) 461-6956
Work Telephone / Mobile Telephone

michaebt@aol.com
Email Address

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
Social Security Number

12/19/69
Date of Birth

001KC0002_PRINT_REV_68932_domestic_802/000003/000035

G | K
November 18, 2014
Page 10 of 10

I have read and understood the foregoing terms and agree to them, as of the date GIRARDI | KEESE first provided services. By signing this Agreement, I acknowledge receipt of a fully executed duplicate of this Agreement.

GIRARDI | KEESE

APPROVED AND ACCEPTED BY _____