## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> Vernon Maxwell, et al. <br> v. National Football League et al. <br> No. 2:12-cv-01023-AB <br><br><br> **As to Plaintiff BRIAN INGRAM, Only** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Elissa D. Miller, solely in her capacity as Bankruptcy Trustee for Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **BRIANN INGRAM** only in the above-referenced case.

Dated: January 26, 2023          Respectfully submitted,

                                                      GOLDBERG, PERSKY & WHITE, P.C.

                                                      By: s/ *Jason E. Luckasevic*
                                                      Jason E. Luckasevic, Esquire
                                                      (PA Bar No. 85557)
                                                      11 Stanwix Street, Suite 1800
                                                      Pittsburgh, PA  15222
                                                      Telephone:  (412) 471-3980
                                                      jluckasevic@gpwlaw.com
                                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSKY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*