IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,                    Plaintiffs<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                    Defendants.<br><br>THIS DOCUMENT RELATES TO:<br><br>Langfitt PLLC v. Locks Law Firm Attorney Lien Dispute | **STIPULATION: WAIVING RIGHT TO APPEAL ATTORNEY LIEN RE: RICK RAZZANO**<br><br>**FOR JURISDICTION: MAGISTRATE JUDGE DAVID R. STRAWBRIDGE** |

Dated: January 27, 2023

The two law firms Langfitt PLLC & Locks Law Firm both hereby stipulate and waive their right to appeal Magistrate Judge Strawbridge's Explanation and Order issued on 1/26/2023 at Docket# 11968 wherein Magistrate Strawbridge granted the withdrawal of the lien dispute re Rick Razzano after resolution by the two law firms and ordered the distribution of withheld funds.

This Stipulation Waiving Right to Appeal the Lien re Rick Razzano filed by both Langfitt PLLC & Locks Law Firm, hereby notices to Magistrate Judge Strawbridge and the Claims Administrator to take note that these two law firms have stipulated not to file any appeal regarding Magistrate Judge Strawbridge's Explanation and Order at Docket # 11968, and respectfully requests therefore that the withheld funds re attorney's fees and expenses be distributed at the next payment by the Claims Administrator, along with the Monetary Award funds to be paid to Rick Razzano.

This Stipulation Waiving Right to Appeal the Lien re Rick Razzano further represents that the Settlement Class Member Rick Razzano understands the implications of this Stipulation, and also consents to this waiver of the right to appeal herein.

        Respectfully submitted,

        /s/ David D. Langfitt
        David D. Langfitt, Esquire
        LANGFITT PLLC
        P.O. Box 302
        Gladwyne, PA 19035
        Phone: (610) 787-1706
        Email: david@langfittpllc.com

        And

        /s/ Michael B. Leh
        Michael B. Leh, Esquire
        Locks Law Firm
        The Curtis Center
        601 Walnut Street
        Suite 720 East
        Philadelphia, PA 19106
        E: mleh@lockslaw.com

APPROVED:

Date: January 30, 2023

        /s/ David R. Strawbridge, USMJ
        David R. Strawbridge
        United States Magistrate Judge