## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO: | MDL No. 2323 |
| PRO ATHLETE LAW FIRM, P.A.<br>V.<br>SPID 100003359 (H.C.)<br>ATTORNEY LIEN DISPUTE<br>CASE NO. 02023 | Honorable Anita B. Brody |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on January 26, 2023, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, H.C., who was issued a Notice of Monetary Award Claim Determination on September 27, 2022. The Lien was filed in May 2022 by Pro Athlete Law Firm. H.C. is currently represented by Shenaq PC. As H.C.'s counsel, Shenaq PC represents that H.C. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_____ 1/27/23

Name: David Levine

Pro Athlete Law Firm

_____

Name: Amir Shenaq

Shenaq PC

APPROVED:

Date: January 30, 2023   /s/ David R. Strawbridge, USMJ

David R. Strawbridge

United States Magistrate Judge

2