**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>            Plaintiffs,<br> v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>            Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Farrise Law Firm, P.C.<br>v.<br>SPID 100009422 (C.L.)<br><br>Attorney Lien Dispute<br>(Lien Disp. No. 467) | |

**ORDER**

  **AND NOW**, this _____ day of _____, 2023, upon consideration of the Attorney Lien identified above and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. _____), it is **ORDERED** that:

  1. The Report and Recommendation is **ADOPTED**;

  2. The lien filed by Farrise Law Firm, P.C. is **REJECTED**;

  3. The funds currently withheld for counsel fee, representing 17% of C.L.'s Monetary Award, are **APPORTIONED** entirely to C.L.'s current counsel, Lieff Cabraser Heimann & Bernstein, LLP ("Lieff");

  4. The funds currently withheld by the Claims Administrator for reimbursement to

        Lieff for the costs incurred in its representation of C.L. are **APPORTIONED** to Lieff; and

5.     The 5% portion of C.L.'s Monetary Award that is currently withheld in the Attorneys' Fees Qualified Settlement Fund pursuant to the Court's June 27, 2018 Order Regarding Withholdings for Common Benefit Fund (Doc. No. 10104), to the extent any of these funds are later released for payment to individual attorneys, shall be **APPORTIONED** entirely to Lieff and in accordance with future orders of the Court.

The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

                                                         BY THE COURT:

                                                         _____

                                                          ANITA B. BRODY, J.