# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**THIS DOCUMENT RELATES TO:**

Joe Kapp, et al.
v. National Football League et al.
No. 2:12-cv-04575-AB

**As to Plaintiff, MYRON JONES, ONLY**

No. 12-md-2323 (AB) MDL No. 2323

**NOTICE OF WITHDRAWAL
OF APPEARANCE**

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., and Elissa D. Miller, the Chapter 7 Trustee for the Bankruptcy Estate of Girardi Keese (the Trustee) filed a Motion for Order Authorizing the Transaction and Assigment of the Estate's Interests in the NFL Concussion Litigation to Goldberg Persky & White P.C. Free and Clear of Liens, Claims and Interests Pursuant to 11. U.S.C. § 363 hereby withdraw their appearance as attorneys of record for Plaintiff, **MYRON JONES** only in the above-referenced case.

Dated: January 31, 2023                    Respectfully submitted,

                                           GOLDBERG, PERSKY & WHITE, P.C.

                                           By: s/  *Jason E. Luckasevic*_____
                                           Jason E. Luckasevic, Esquire
                                           (PA Bar No. 85557)
                                           11 Stanwix Street, Suite 1800
                                           Pittsburgh, PA  15222
                                           Telephone:  (412) 471-3980
                                           jluckasevic@gpwlaw.com
                                           *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2023 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.


GOLDBERG, PERSKY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*