IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,             Plaintiffs<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>            Defendants.<br><br>THIS DOCUMENT RELATES TO:<br><br>Langfitt PLLC v. Zimmerman Reed PLLC Attorney Lien Dispute | STIPULATION: WAIVING RIGHT TO APPEAL ATTORNEY LIEN RE: RALPH KUREK<br><br>FOR JURISDICTION: MAGISTRATE JUDGE DAVID R. STRAWBRIDGE |

Dated: February 2, 2023

The two law firms Langfitt PLLC & Zimmerman Reed PLLC both hereby stipulate and waive their right to appeal Magistrate Judge Strawbridge's Explanation and Order issued on 1/30/2023, at Docket# 11971 wherein Magistrate Strawbridge granted the withdrawal of the lien dispute re Ralph Kurek after resolution by the two law firms and ordered the distribution of withheld funds.

This Stipulation Waiving Right to Appeal the Lien re Ralph Kurek filed by both Langfitt PLLC & Zimmerman Reed PLLC , hereby notices to Magistrate Judge Strawbridge and the Claims Administrator to take note that these two law firms have stipulated not to file any appeal regarding Magistrate Judge Strawbridge's Explanation and Order at Docket # 11971, and respectfully requests therefore that the withheld funds re attorney's fees and expenses be distributed at the next payment by the Claims Administrator, along with the Monetary Award funds to be paid to Ralph Kurek.

This Stipulation Waiving Right to Appeal the Lien re Ralph Kurek further represents that the Settlement Class Member Ralph Kurek understands the implications of this Stipulation, and also consents to this waiver of the right to appeal herein.

Respectfully submitted,

/s/ David D. Langfitt
David D. Langfitt, Esquire
LANGFITT PLLC
P.O. Box 302
Gladwyne, PA 19035
Phone: (610) 787-1706
Email: david@langfittpllc.com

And

*Brian C. Gudmundson*
Brian Gudmundson, Esquire
Zimmerman Reed PLLC
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
E: brian.gudmundson@zimmreed.com

APPROVED:

Date: February 3, 2023

/s/ David R. Strawbridge, USMJ
David R. Strawbridge
United States Magistrate Judge