# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : | |

## REPORT OF THE SPECIAL MASTERS

1. Wendell E. Pritchett and Jo-Ann M. Verrier as Special Masters appointed by the Court on July 13, 2016 (ECF 6871) and David Hoffman, appointed by the Court on March 5, 2020 (ECF 11022) pursuant to Article X of the Class Action Settlement Agreement (Settlement Agreement), submit this Report to the Court alongside Status Reports from the Claims Administrator, BrownGreer PLC ("Claims Administrator"), and the Baseline Assessment Program Administrator, Epiq Mass Tort ("BAP Administrator"; formerly known as Garrettson Resolution Group), to update the Court about the Agreement's on-going effectuation.

2. The Special Masters have reviewed the 4th Quarter 2022 Status Reports submitted by both Administrators. These accurately and thoroughly reflect the work of both firms.

3. The Special Masters report regularly to the Court on the work of the Administrators, as detailed here, as well as on work beyond the purview of the BAP and Claims Administrators.

**Overall Administration**

4. Over the past quarter and just prior, the BAP Administrator and the Claims Administrator have collaborated with the Special Masters on an overall review of communication mechanisms and reporting styles in the Settlement Administration.

    a. We are collaborating on new presentation approaches to the robust information available to Settlement Class Members and to the public about this important Settlement, with April 1 as the targeted date for launch.

5. While joining in this effort, the BAP Administrator and Claims Administrator continue to perform their duties. As outlined in their respective reports, the BAP Administrator is responding to BAP exam requests, managing Qualified BAP Providers and BAP benefits, and overseeing lien administration and the Qualified Settlement Fund; the Claims Administrator is overseeing award process management, processing claim files, managing Qualified MAF Physicians, overseeing audits, managing the award distribution process, and overseeing the coordinated communication of parties, administrators, and Special Masters.

6. Each month, after review with the Claims Administrator, the Special Masters authorize payments of Monetary Awards to Settlement Class Members (SCMs) as well as to relevant parties, attorneys, lienholders, and third-party funders where appropriate. As noted in BrownGreer's report, $966,971,790 has been paid to or on behalf of Settlement Class Members as of January 9, 2023.

7. The Special Masters ensure that the work of the Administrators is communicated to the Court regularly and ensure the Court's input into matters arising in the efficient and fair administration of the Settlement Agreement.

**Overall Progress**

8. Following the Court's March 4, 2022 Order (approving modifications to the NFL Concussion Settlement Agreement pursuant to Section 6.6), all Settlement Class Members affected have been notified about their qualification for Automatic Retrospective Rescoring and the results if they were entitled to Rescoring as well as whether or not they have qualified for an Expanded BAP examination.

    a. The BAP Administrator outlines in their report the efforts taken to schedule these new examinations, and the Claims Administrator details the work they have taken and continue to implement on this effort.

9. Settlement Class Members continue to file claims both for initial and Supplemental Awards; the Claims Administrator handles these via its now well-established processes, detailed in their report.

10. Two appeals have been resolved in the period since the last quarterly report.

11. Audits, both the 10% mandatory audits per the Settlement Agreement and others, are often resolved quickly at this point in the Settlement implementation; there were no audits requiring the input of the Special Masters for resolution in this quarter.

**Education Fund Update**

12. The Education Fund established pursuant to Article XII of the Settlement Agreement funds programs promoting safety and injury prevention with respect to football players, aimed at safety related initiatives in youth football, the education of Retired NFL Football Players regarding the NFL CBA Medical and Disability Benefits, and other educational initiatives benefitting Retired NFL Football Players.

13. As reported previously, the Court on March 23, 2020, approved three programs for funding via the Educational Fund: educational communication with Players about on-going benefits;

a program in youth sports safety run with the Korey Stringer Institute; and a research program run in collaboration with Columbia University focused on data that Players have voluntarily agreed to contribute to research.

14. The Special Masters are working with the Parties to devise and deliver educational information to Players within the next two quarters.

15. The approved program in youth sports safety with the Korey Stringer Institute (KSI) has been successful in increasing athletic training services in under resourced communities across the country. Specifically, KSI is currently providing funding to 7 school districts as part of the first two innovATe cohorts (Cohort 1: Boston Public Schools, Cincinnati Public Schools, Oakland Athletic League, Stewart and Early Counties in Georgia; Cohort 2: Baltimore City Schools, Mingo County West Virginia, Abbeville and Dixie High Schools in South Carolina). These represent 28 individual schools with approximately 20,000 students. The selection process for the third cohort group is underway, with 28 school communities applying. KSI will select four school districts for the third cohort by the end of March 2023.

    a. The athletic trainers who were hired by the cohort schools are directly impacting their communities. Some examples:

        i. The newly hired trainer in Stewart County (GA) diagnosed a patella fracture in a young football player who had no other access to health care. The trainer referred him to a hospital in Columbus, 40 miles north; he had surgery and the trainer is now working with him to complete rehab.

        ii. In Early County (GA), the trainer was awarded a GA Shape Grant to purchase equipment for their weight room and to expand school breakfast options to increase student nutritional access.

    b. KSI partners with the NFL Alumni Association, the Professional Football Athletic Trainers' Society, and In A Heartbeat (a non-profit dedicated to preventing death from sudden cardiac arrest and Hypertrophic Cardiomyopathy) to provide additional support to the identified innovATe communities. PFATS builds community support; develops diversity, equity, and inclusion initiatives within the schools; and provides an additional opportunity to connect with NFL Alumni. PFATS joined Mueller Sports Medicine to donate medical supplies to each of the school communities. In a Heartbeat donated AEDs (defibrillators) to each of the Cohort 2 schools.

16. The data research program with Columbia University is moving forward, with a now-established system for the coding of the information made available for this purpose by a set of Settlement Class Members. While that coding process is fully completed for the current set of participating SCMs, the Special Masters are working with Class Counsel and the Columbia team to recommend a data use process and oversight system.

                                                          Respectfully submitted,

                                                          *Wendell Pritchett*

                                                          *Jo-Ann M Verrier*

                                                          *David A. Hoffman*