# EXHIBIT A

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| Report created on | 01/23/2023 12:37:38 PM | ALL COST DETAILS | From | Inception |
|---|---|---|---|---|
| | | | To | Present |

**3554-0045  NFL HEAD INJURY - CARTER. TYRONE AND APRIL**

| LINE | TYPE | COST | DATE | DESCRIPTION |
|---|---|---|---|---|
| -1- | CPY | $0.20 | 9/30/2013 | In-House Copies |
| -2- | | $0.40 | 7/10/2017 | In-House Copies |
| -3- | | $0.20 | 10/26/2017 | In-House Copies |
| -4- | | $1.20 | 9/30/2022 | In-House Copies |
| | CPY | $2.00 | | |

| LINE | TYPE | COST | DATE | DESCRIPTION |
|---|---|---|---|---|
| -8- | CR_A | $61.35 | 3/8/2019 | Computer Research - - VENDOR: West Group Payment Center West Information Charges - 01/2019, paid by JD AMEX |
| -9- | | $32.09 | 7/20/2020 | Computer Research - - VENDOR: West Group Payment Center West Information Charges - 05/2020, paid by JD AMEX |
| -10- | | $10.00 | 1/6/2021 | Computer Research - - VENDOR: TLO LLC database research re: Tyrone Miguel Carter |
| | CR_A | $103.44 | | |

| LINE | TYPE | COST | DATE | DESCRIPTION |
|---|---|---|---|---|
| -14- | EXP_A | $1,000.00 | 12/13/2019 | Experts/Consultants - - VENDOR: American Express WRF 0819 AMEX - MAF appeal |
| -15- | | $(1,000.00) | 12/18/2019 | Experts/Consultants - - VENDOR: American Express WRF 0919 AMEX - MAF appeal fee |
| -16- | | $1,000.00 | 12/31/2020 | Experts/Consultants - - VENDOR: American Express WRF 0720 AMEX - MAF appeal |
| | EXP_A | $1,000.00 | | |

| LINE | TYPE | COST | DATE | DESCRIPTION |
|---|---|---|---|---|
| -20- | FAX | $45.00 | 12/14/2017 | Fax |
| -21- | | $41.00 | 12/15/2017 | Fax |
| | FAX | $86.00 | | |

| LINE | TYPE | COST | DATE | DESCRIPTION |
|---|---|---|---|---|
| -25- | FEDX_A | $23.19 | 8/15/2013 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 236351692 to: Tyrone Carter  Wellington, FL |
| -26- | | $19.56 | 8/22/2013 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 237124973 to: Tyrone Carter  Minneapolis, MN |
| -27- | | $23.33 | 12/16/2013 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 248808775 to: Tyrone Carter  Minneapolis, MN |
| -28- | | $24.15 | 1/22/2014 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 253057716 to: Tyrone Carter  Minneapolis, MN |
| -29- | | $20.50 | 9/4/2014 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 276511418 to: Tyrone Carter  Minneapolis, MN |
| -30- | | $20.40 | 9/19/2014 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 277916023 to: Tyrone & April Carter  Minneapolis, MN |
| -31- | | $4.02 | 6/18/2015 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 506236113 to: LCHB  New York City, NY |
| -32- | | $18.31 | 7/27/2015 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 509818061 to: Tyrone Carter  Minneapolis, MN |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on    01/23/2023 12:37:38 PM                                    From            Inception
                                                                                To              Present

**3554-0045  NFL HEAD INJURY - CARTER. TYRONE AND APRIL**

| | | | | |
|---|---|---|---|---|
| -33- | | $18.31 | 7/27/2015 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 509818061 to: Tyrone Carter  Minnetonka, MN |
| -34- | | $26.57 | 7/18/2017 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 586496867 to: Tyrone Carter  Minnetonka, MN |
| -35- | | $17.18 | 8/8/2017 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 587983547 from: Tyrone Carter  San Francisco, CA |
| -36- | | $27.06 | 11/9/2017 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 598187708 to: Tyrone Carter  Minnetonka, MN |
| -37- | | $27.11 | 11/21/2017 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 599711366 to: Tyrone Carter  Minnetonka, MN |
| -38- | | $22.67 | 12/7/2017 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 601086599 to: Tyrone Carter  Minnetonka, MN |
| -39- | | $17.60 | 12/27/2017 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 603455695 from: Tyrone Carter  San Francisco, CA |
| -40- | | $38.83 | 1/17/2018 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 605447783 to: Tyrone Carter  Minnetonka, MN |
| -41- | | $28.69 | 1/23/2018 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 606211662 to: Tyrone Carter  Minnetonka, MN |
| -42- | | $28.75 | 2/2/2018 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 606960019 to: Tyrone Carter  Minnetonka, MN |
| -43- | | $28.86 | 2/22/2018 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 609114146 to: Tyrone Carter  Minnetonka, MN |
| -44- | | $40.86 | 4/27/2018 | Federal Express/Messenger - - VENDOR: Federal Express Corp. Invoice 614921072 - Sent to: Tyrone Carter/Minnetonka, MN |
| -45- | | $24.17 | 5/10/2018 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 617151559 to: Tyrone Carter  Minnetonka, MN |
| -46- | | $24.28 | 8/15/2018 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 627282983 to: Tyler Carter  Minnetonka, MN |
| -47- | | $24.51 | 10/12/2018 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 632896268 to: Tyrone Carter  Minnetonka, MN |
| -48- | | $23.94 | 12/20/2018 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 639964057 to: Tyrone Carter  Minnetonka, MN |
| -49- | | $19.55 | 12/27/2018 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 640752965 from: Tyrone Carter  San Francisco, CA |
| -50- | | $30.31 | 2/21/2019 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 646203603 to: Tyrone Carter  Minnetonka, MN |
| -51- | | $25.37 | 2/21/2019 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 646203603 to: Tyrone Carter  Minnetonka, MN |
| -52- | | $31.30 | 10/11/2022 | Federal Express/Messenger - - VENDOR: Federal Express Corp. invoice 790680669 to: Tyrone Carter  Mableton, GA |
| | FEDX_A | $679.38 | | |

| LINE | TYPE | COST | DATE | DESCRIPTION |
|---|---|---|---|---|
| -56- | MEDEV_A | $1,850.00 | 4/30/2017 | Medical Evaluations - - VENDOR: Beaches MRI MRI fee re: Tyrone Carter |
| -57- | | $1,500.00 | 5/17/2017 | Medical Evaluations - - VENDOR: Florida Center for Headache & Sports Neurology neuro conultation fees |
| -58- | | $5,500.00 | 12/7/2017 | Medical Evaluations - - VENDOR: Medical Neuropsychology of Houston, PLLC neuropsych assessment fee per WRF |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| Report created on | 01/23/2023 12:37:38 PM | | | From | Inception |
| | | | | To | Present |

**3554-0045  NFL HEAD INJURY - CARTER. TYRONE AND APRIL**

| | | | | |
|---|---|---|---|---|
| -59- | | $1,250.00 | 12/7/2017 | Medical Evaluations - - VENDOR: Randolph W. Evans, MD neuro assessment fee per WRF |
| | MEDEV_A | $10,100.00 | | |

| LINE | TYPE | COST | DATE | DESCRIPTION |
|---|---|---|---|---|
| -63- | OCPY_A | $685.53 | 7/22/2020 | Outside Copy Service - - VENDOR: Copy 1, Inc. blowbacks/ assembly and shipping |
| -64- | | $57.77 | 12/31/2020 | Outside Copy Service - - VENDOR: American Express WRF 0820 AMEX - report printing |
| | OCPY_A | $743.30 | | |

| LINE | TYPE | COST | DATE | DESCRIPTION |
|---|---|---|---|---|
| -68- | PHN | $5.95 | 9/19/2012 | Telephone - 1(954)448-6048 Ext:2241 FTLAUDERDL FL,USA Dur:288 sec Time:11:33:00 AM |
| -69- | | $8.33 | 8/9/2013 | Telephone - 1(954)448-6048 Ext:2295 FTLAUDERDL FL,USA Dur:402 sec Time:03:38:00 PM |
| -70- | | $2.78 | 10/10/2013 | Telephone - 1(954)448-6048 Ext:6622 FTLAUDERDL FL,USA Dur:120 sec Time:12:01:00 PM |
| -71- | | $1.39 | 10/10/2013 | Telephone - 1(954)448-6048 Ext:6622 FTLAUDERDL FL,USA Dur:60 sec Time:01:06:00 PM |
| -72- | | $1.39 | 2/6/2014 | Telephone - 1(773)710-3493 Ext:6622 CHICAGO     IL,USA Dur: 72 sec Time:01:35:00 PM |
| -73- | | $1.39 | 2/11/2014 | Telephone - 1(312)662-4339 Ext:6641 CHICAGO     IL,USA Dur: 54 sec Time:07:54:00 AM |
| -74- | | $3.57 | 7/19/2016 | Telephone - 1(954)448-6048 Ext:2280 FTLAUDERDL FL,USA Dur:192 sec Time:03:05:00 PM |
| -75- | | $2.78 | 4/11/2017 | Telephone - 1(561)346-4905 Ext:6618 W PALM BCH FL,USA Dur:78 sec Time:01:42:00 PM |
| -76- | | $1.39 | 4/11/2017 | Telephone - 1(561)346-4905 Ext:6641 W PALM BCH FL,USA Dur:66 sec Time:01:41:00 PM |
| -77- | | $4.17 | 4/11/2017 | Telephone - 1(954)448-6048 Ext:6641 FTLAUDERDL FL,USA Dur:144 sec Time:01:20:00 PM |
| -78- | | $5.95 | 9/21/2017 | Telephone - 1(763)588-0661 Ext:2286 MINNEAPOLS MN,USA Dur:276 sec Time:02:45:00 PM |
| -79- | | $3.57 | 9/21/2017 | Telephone - 1(952)920-7200 Ext:2286 MINNEAPOLS MN,USA Dur:168 sec Time:02:49:00 PM |
| -80- | | $2.38 | 9/22/2017 | Telephone - 1(952)920-7200 Ext:2286 MINNEAPOLS MN,USA Dur:108 sec Time:09:34:00 AM |
| -81- | | $2.38 | 9/25/2017 | Telephone - 1(763)302-4304 Ext:2286 MINNEAPOLS MN,USA Dur:78 sec Time:01:25:00 PM |
| -82- | | $1.19 | 9/26/2017 | Telephone - 1(763)302-4304 Ext:2286 MINNEAPOLS MN,USA Dur:54 sec Time:10:36:00 AM |
| -83- | | $1.19 | 9/27/2017 | Telephone - 1(954)448-6048 Ext:2286 FTLAUDERDL FL,USA Dur:48 sec Time:04:46:00 PM |
| -84- | | $2.38 | 10/26/2017 | Telephone - 1(763)588-0661 Ext:2287 MINNEAPOLS MN,USA Dur:102 sec Time:01:10:00 PM |
| -85- | | $8.33 | 10/26/2017 | Telephone - 1(763)588-0661 Ext:2287 MINNEAPOLS MN,USA Dur:420 sec Time:01:17:00 PM |

| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | | | |
|---|---|---|---|---|
| Report created on | 01/23/2023 12:37:38 PM | | From To | Inception Present |

**3554-0045 NFL HEAD INJURY - CARTER. TYRONE AND APRIL**

| | | | | |
|---|---|---|---|---|
| -86- | | $2.38 | 10/26/2017 | Telephone - 1(763)588-0661 Ext:2287 MINNEAPOLS MN,USA<br>Dur:78 sec Time:01:07:00 PM |
| -87- | | $4.76 | 10/27/2017 | Telephone - 1(954)444-0669 Ext:2287 FTLAUDERDL FL,USA<br>Dur:222 sec Time:03:32:00 PM |
| -88- | | $1.19 | 10/27/2017 | Telephone - 1(954)444-0669 Ext:2287 FTLAUDERDL FL,USA<br>Dur:42 sec Time:03:13:00 PM |
| -89- | | $3.57 | 11/8/2017 | Telephone - 1(954)444-0669 Ext:2287 FTLAUDERDL FL,USA<br>Dur:174 sec Time:03:53:00 PM |
| -90- | | $2.38 | 11/9/2017 | Telephone - 1(954)444-0669 Ext:2287 FTLAUDERDL FL,USA<br>Dur:90 sec Time:02:08:00 PM |
| -91- | | $3.57 | 11/16/2017 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:150 sec Time:01:28:00 PM |
| -92- | | $2.38 | 11/27/2017 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:102 sec Time:11:27:00 AM |
| -93- | | $15.47 | 12/4/2017 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:744 sec Time:01:32:00 PM |
| -94- | | $2.38 | 12/8/2017 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:102 sec Time:11:53:00 AM |
| -95- | | $2.38 | 12/11/2017 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:126 sec Time:04:24:00 PM |
| -96- | | $1.19 | 12/13/2017 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:60 sec Time:11:34:00 AM |
| -97- | | $5.95 | 12/14/2017 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:288 sec Time:12:24:00 PM |
| -98- | | $3.57 | 12/15/2017 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:162 sec Time:11:59:00 AM |
| -99- | | $4.76 | 12/29/2017 | Telephone - 1(832)876-7705 Ext:2286 HOUSTON TX,USA<br>Dur:246 sec Time:09:12:00 AM |
| -100- | | $2.38 | 12/29/2017 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:132 sec Time:12:00:00 PM |
| -101- | | $8.33 | 12/29/2017 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:432 sec Time:04:35:00 PM |
| -102- | | $5.95 | 1/3/2018 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:294 sec Time:10:20:00 AM |
| -103- | | $1.19 | 1/9/2018 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:36 sec Time:01:29:00 PM |
| -104- | | $2.38 | 1/10/2018 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:108 sec Time:02:34:00 PM |
| -105- | | $3.57 | 1/25/2018 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:162 sec Time:03:13:00 PM |
| -106- | | $2.38 | 1/29/2018 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:84 sec Time:04:43:00 PM |
| -107- | | $4.76 | 2/22/2018 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:210 sec Time:03:22:00 PM |
| -108- | | $2.38 | 3/1/2018 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA<br>Dur:108 sec Time:10:02:00 AM |
| -109- | | $2.38 | 3/15/2018 | Telephone - 1(813)312-1771 Ext:2286 ZEPHYHILLS FL,USA<br>Dur:84 sec Time:02:43:00 PM |

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Report created on   01/23/2023 12:37:38 PM                                       From           Inception
                                                                                  To             Present

**3554-0045  NFL HEAD INJURY - CARTER. TYRONE AND APRIL**

| | | | |
|---|---|---|---|
| -110- | | $4.76 | 4/11/2018 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA Dur:210 sec Time:03:57:00 PM |
| -111- | | $4.76 | 4/30/2018 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA Dur:216 sec Time:04:47:00 PM |
| -112- | | $1.19 | 6/5/2018 | Telephone - 1(314)599-0097 Ext:2286 ST LOUIS   MO,USA Dur:54 sec Time:10:20:00 AM |
| -113- | | $9.52 | 6/5/2018 | Telephone - 1(954)444-0669 Ext:2286 FTLAUDERDL FL,USA Dur:468 sec Time:10:18:00 AM |
| -114- | | $16.66 | 6/6/2018 | Telephone - 1(314)599-0097 Ext:2286 ST LOUIS   MO,USA Dur:834 sec Time:03:55:00 PM |
| -115- | | $1.19 | 6/8/2018 | Telephone - 1(314)599-0097 Ext:2286 ST LOUIS   MO,USA Dur:48 sec Time:11:40:00 AM |
| -116- | | $1.19 | 6/8/2018 | Telephone - 1(314)599-0097 Ext:2286 ST LOUIS   MO,USA Dur:54 sec Time:05:31:00 PM |
| -117- | | $3.57 | 8/8/2018 | Telephone - 1(954)444-0669 Ext:2287 FTLAUDERDL FL,USA Dur:156 sec Time:02:48:00 PM |
| -118- | | $3.57 | 10/3/2018 | Telephone - 1(612)961-7356 Ext:2287 MINNEAPOLS MN,USA Dur:168 sec Time:10:58:00 AM |
| -119- | | $7.14 | 10/3/2018 | Telephone - 1(954)444-0669 Ext:2287 FTLAUDERDL FL,USA Dur:366 sec Time:01:01:00 PM |
| -120- | | $1.19 | 12/18/2018 | Telephone - 1(954)946-3386 Ext:2287 POMPANOBCH FL,USA Dur:60 sec Time:01:57:00 PM |
| -121- | | $1.19 | 1/3/2019 | Telephone - 1(215)883-7420 Ext:2287 PHILA     PA,USA Dur:48 sec Time:12:11:00 PM |
| -122- | | $2.38 | 1/17/2019 | Telephone - 1(954)444-0669 Ext:2287 FTLAUDERDL FL,USA Dur:126 sec Time:04:03:00 PM |
| -123- | | $2.38 | 5/3/2019 | Telephone - 1(954)444-0669 Ext:2287 FTLAUDERDL FL,USA Dur:126 sec Time:05:55:00 PM |
| -124- | | $2.38 | 4/23/2020 | Telephone - 1(954)444-0669 Ext:2287 FTLAUDERDL FL,USA Dur:114 sec Time:02:53:00 PM |
| -125- | | $1.19 | 4/28/2020 | Telephone - 1(954)448-6048 Ext:2287 FTLAUDERDL FL,USA Dur:54 sec Time:04:41:00 PM |
| -126- | | $3.57 | 4/30/2020 | Telephone - 1(772)337-9191 Ext:2287 PTSTLUCIES FL,USA Dur:186 sec Time:10:51:00 AM |
| -127- | | $1.19 | 4/30/2020 | Telephone - 1(772)337-9191 Ext:2287 PTSTLUCIES FL,USA Dur:60 sec Time:11:21:00 AM |
| -128- | | $1.19 | 4/30/2020 | Telephone - 1(954)448-6048 Ext:2287 FTLAUDERDL FL,USA Dur:54 sec Time:10:55:00 AM |
| -129- | | $4.76 | 5/4/2020 | Telephone - 1(561)662-1996 Ext:2287 W PALM BCH FL,USA Dur:240 sec Time:04:51:00 PM |
| -130- | | $1.19 | 5/4/2020 | Telephone - 1(757)465-2610 Ext:2287 PORTSMOUTH VA,USA Dur:48 sec Time:04:32:00 PM |
| -131- | | $1.19 | 5/4/2020 | Telephone - 1(772)257-6743 Ext:2287 VERO BEACH FL,USA Dur:60 sec Time:04:30:00 PM |
| -132- | | $2.38 | 5/4/2020 | Telephone - 1(952)595-5700 Ext:2287 ANOKA     MN,USA Dur:78 sec Time:04:43:00 PM |
| -133- | | $1.19 | 5/11/2020 | Telephone - 1(561)662-1996 Ext:2287 W PALM BCH FL,USA Dur:72 sec Time:05:13:00 PM |

| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | | | |
|---|---|---|---|---|
| Report created on | 01/23/2023 12:37:38 PM | | From<br>To | Inception<br>Present |

**3554-0045  NFL HEAD INJURY - CARTER. TYRONE AND APRIL**

| | | | | |
|---|---|---|---|---|
| -134- | | $2.38 | 5/12/2020 | Telephone - 1(561)662-1996 Ext:2287 W PALM BCH FL,USA Dur:108 sec Time:01:33:00 PM |
| -135- | | $5.95 | 5/14/2020 | Telephone - 1(561)662-1996 Ext:2287 W PALM BCH FL,USA Dur:306 sec Time:05:01:00 PM |
| -136- | | $2.67 | 5/14/2020 | Telephone - 1(760)452-7150 Ext:2287 ENCINITAS  CA,USA Dur:372 sec Time:02:22:00 PM |
| -137- | | $7.14 | 6/23/2020 | Telephone - 1(763)588-0661 Ext:2287 MINNEAPOLS MN,USA Dur:342 sec Time:10:09:00 AM |
| -138- | | $9.52 | 6/23/2020 | Telephone - 1(952)920-7200 Ext:2287 MINNEAPOLS MN,USA Dur:444 sec Time:10:21:00 AM |
| -139- | | $2.38 | 6/25/2020 | Telephone - 1(917)992-4550 Ext:2287 NEW YORK   NY,USA Dur:84 sec Time:11:39:00 AM |
| -140- | | $1.19 | 6/29/2020 | Telephone - 1(615)516-4548 Ext:2287 NASHVILLE  TN,USA Dur:48 sec Time:12:33:00 PM |
| -141- | | $7.14 | 6/30/2020 | Telephone - 1(561)662-1996 Ext:2287 W PALM BCH FL,USA Dur:324 sec Time:12:55:00 PM |
| -142- | | $3.57 | 6/30/2020 | Telephone - 1(917)992-4550 Ext:2287 NEW YORK   NY,USA Dur:156 sec Time:09:24:00 AM |
| -143- | | $1.19 | 10/28/2020 | Telephone - 1(612)961-7356 Ext:2287 MINNEAPOLS MN,USA Dur:42 sec Time:12:10:00 PM |
| -144- | | $1.19 | 10/28/2020 | Telephone - 1(917)992-4550 Ext:2287 NEW YORK   NY,USA Dur:36 sec Time:07:40:00 PM |
| -145- | | $5.95 | 12/4/2020 | Telephone - 1(917)992-4550 Ext:2287 NEW YORK   NY,USA Dur:294 sec Time:05:04:00 PM |
| -146- | | $2.38 | 4/1/2021 | Telephone - 1(615)516-4548 Ext:2287 NASHVILLE  TN,USA Dur:102 sec Time:03:30:00 PM |
| -147- | | $3.57 | 4/1/2021 | Telephone - 1(615)516-4548 Ext:2287 NASHVILLE  TN,USA Dur:186 sec Time:11:32:00 AM |
| -148- | | $34.51 | 4/15/2021 | Telephone - 1(917)992-4550 Ext:2287 NEW YORK   NY,USA Dur:1734 sec Time:01:33:00 PM |
| -149- | | $1.19 | 5/14/2021 | Telephone - 1(561)662-1996 Ext:2287 W PALM BCH FL,USA Dur:36 sec Time:05:20:00 PM |
| -150- | | $8.34 | 9/12/2022 | Telephone - 1(404)323-6910 Ext:6624 ATLANTA    GA,USA Dur:342 sec Time:10:31:00 AM |
| -151- | | $4.76 | 10/3/2022 | Telephone - 1(404)323-6910 Ext:2287 ATLANTA    GA,USA Dur:198 sec Time:04:37:00 PM |
| -152- | | $2.38 | 11/1/2022 | Telephone - 1(734)677-0070 Ext:2287 ANN ARBOR  MI,USA Dur:78 sec Time:12:14:00 PM |
| | PHN | $340.46 | | |

| LINE | TYPE | COST | DATE | DESCRIPTION |
|---|---|---|---|---|
| -156- | PRT | $0.20 | 8/20/2013 | Print - SF SVC 14TH Floor Canon IR7105 #2 Logon:ddimalanta |
| -157- | | $0.20 | 8/20/2013 | Print - SF SVC 14TH Floor Canon IR7105 #2 Logon:ddimalanta |
| -158- | | $2.40 | 8/20/2013 | Print - SF SVC 14TH Floor Canon IR7105 #2 Logon:ddimalanta |
| -159- | | $2.40 | 10/10/2013 | Print - NY AA NORTH BAY T654 #2 Logon:dbehrmann |
| -160- | | $0.60 | 10/10/2013 | Print - NY AA NORTH BAY T654 #2 Logon:dbehrmann |
| -161- | | $0.60 | 10/11/2013 | Print - NY AA NORTH BAY T654 #2 Logon:dbehrmann |
| -162- | | $0.20 | 11/27/2013 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |

| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | | | |
|---|---|---|---|---|
| Report created on | 01/23/2023 12:37:38 PM | | From | Inception |
| | | | To | Present |

**3554-0045  NFL HEAD INJURY - CARTER. TYRONE AND APRIL**

| | | | | |
|---|---|---|---|---|
| -163- | | $0.20 | 11/27/2013 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -164- | | $0.20 | 11/27/2013 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -165- | | $0.20 | 11/27/2013 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -166- | | $0.20 | 11/27/2013 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -167- | | $0.20 | 11/27/2013 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -168- | | $0.20 | 1/14/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -169- | | $2.20 | 1/14/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -170- | | $0.60 | 1/14/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -171- | | $1.60 | 1/14/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -172- | | $5.00 | 1/14/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -173- | | $0.20 | 1/14/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -174- | | $0.60 | 1/14/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -175- | | $1.20 | 1/14/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -176- | | $7.20 | 1/14/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -177- | | $23.00 | 1/14/2014 | Print - SF BREAKROOM 28TH Floor Canon IR7095 #1 Logon:aleitnerzieff |
| -178- | | $6.00 | 1/14/2014 | Print - SF BREAKROOM 28TH Floor Canon IR7095 #1 Logon:aleitnerzieff |
| -179- | | $10.80 | 1/14/2014 | Print - SF BREAKROOM 28TH Floor Canon IR7095 #1 Logon:aleitnerzieff |
| -180- | | $31.00 | 1/14/2014 | Print - SF BREAKROOM 28TH Floor Canon IR7095 #1 Logon:aleitnerzieff |
| -181- | | $0.20 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -182- | | $0.20 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -183- | | $2.20 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -184- | | $1.20 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -185- | | $1.20 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -186- | | $2.20 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -187- | | $0.20 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -188- | | $1.20 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -189- | | $1.20 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -190- | | $7.20 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -191- | | $1.80 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -192- | | $1.00 | 6/6/2014 | Print - SF SVC 14TH Floor Konica 951 #2 Logon:ddimalanta |
| -193- | | $0.20 | 6/11/2014 | Print - SF FILE 14th Floor 4250 #1 Logon:mpomento |
| -194- | | $0.60 | 7/24/2014 | Print - SF SVC 28TH Floor Konica 951 Logon:aleitnerzieff |
| -195- | | $2.00 | 8/13/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:abrilliant |
| -196- | | $0.20 | 8/26/2014 | Print - SF 14-240 4350 #3 Logon:jlester |
| -197- | | $0.20 | 8/26/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:aleitnerzieff |
| -198- | | $1.20 | 8/26/2014 | Print - SF SVC 28TH Floor Konica 951 Logon:rdaoud |
| -199- | | $17.80 | 8/26/2014 | Print - SF SVC 28TH Floor Konica 951 Logon:rdaoud |
| -200- | | $0.40 | 8/26/2014 | Print - SF WP 28TH FLOOR 4200 #3 Logon:rdaoud |
| -201- | | $0.40 | 8/26/2014 | Print - SF WP 28TH FLOOR 4200 #3 Logon:rdaoud |
| -202- | | $0.20 | 8/26/2014 | Print - SF WP 28TH Floor 4350 #2 Logon:lschuring |

| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | | | |
|---|---|---|---|---|
| Report created on | 01/23/2023 12:37:38 PM | | From To | Inception Present |

**3554-0045  NFL HEAD INJURY - CARTER. TYRONE AND APRIL**

| | | | | |
|---|---|---|---|---|
| -203- | | $0.20 | 8/26/2014 | Print - SF WP 28TH Floor 4350 #2 Logon:lschuring |
| -204- | | $0.40 | 8/26/2014 | Print - SF WP 28TH Floor 4350 #2 Logon:lschuring |
| -205- | | $0.20 | 10/14/2014 | Print - SF 14-244 4350 #4 Logon:dverret |
| -206- | | $0.20 | 10/14/2014 | Print - SF 14-244 4350 #4 Logon:dverret |
| -207- | | $0.20 | 10/14/2014 | Print - SF 14-244 4350 #4 Logon:dverret |
| -208- | | $0.20 | 10/14/2014 | Print - SF 14-244 4350 #4 Logon:dverret |
| -209- | | $0.20 | 10/14/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:abrilliant |
| -210- | | $0.20 | 10/14/2014 | Print - SF AA 28TH FLOOR 4200 #1 Logon:abrilliant |
| -211- | | $0.20 | 11/20/2014 | Print - NA AA T654 #2 Logon:wdasilva |
| -212- | | $1.80 | 7/9/2015 | Print - NY AA NORTH BAY T654 #1 Logon:dbehrmann |
| -213- | | $0.60 | 7/9/2015 | Print - NY AA NORTH BAY T654 #1 Logon:dbehrmann |
| -214- | | $0.20 | 7/9/2015 | Print - NY AA NORTH BAY T654 #1 Logon:dbehrmann |
| -215- | | $0.20 | 7/9/2015 | Print - NY AA NORTH BAY T654 #1 Logon:dbehrmann |
| -216- | | $0.60 | 7/9/2015 | Print - NY AA NORTH BAY T654 #1 Logon:dbehrmann |
| -217- | | $0.40 | 7/9/2015 | Print - NY AA NORTH BAY T654 #1 Logon:dbehrmann |
| -218- | | $0.40 | 7/14/2015 | Print - NY AA NORTH BAY T654 #1 Logon:dbehrmann |
| -219- | | $0.60 | 7/14/2015 | Print - NY AA NORTH BAY T654 #1 Logon:dbehrmann |
| -220- | | $2.60 | 7/14/2015 | Print - NY AA NORTH BAY T654 #1 Logon:dbehrmann |
| -221- | | $1.20 | 4/12/2016 | Print - NY JWELCH HP 4250 #1 Logon:srusso |
| -222- | | $0.20 | 4/12/2017 | Print - NY BOSCAR HP 4250 #1 Logon:boscar |
| -223- | | $0.20 | 4/12/2017 | Print - NY BOSCAR HP 4250 #1 Logon:boscar |
| -224- | | $0.20 | 4/12/2017 | Print - NY BOSCAR HP 4250 #1 Logon:boscar |
| -225- | | $0.20 | 4/12/2017 | Print - NY BOSCAR HP 4250 #1 Logon:boscar |
| -226- | | $0.40 | 4/12/2017 | Print - NY BOSCAR HP 4250 #1 Logon:boscar |
| -227- | | $0.40 | 4/12/2017 | Print - NY BOSCAR HP 4250 #1 Logon:boscar |
| -228- | | $0.20 | 4/17/2017 | Print - SF RECORDS M506 Logon:egomez |
| -229- | | $1.00 | 5/3/2017 | Print - NY EAST HP M606 Pool Logon:dbehrmann |
| -230- | | $1.00 | 5/3/2017 | Print - NY EAST HP M606 Pool Logon:dbehrmann |
| -231- | | $0.60 | 6/21/2017 | Print - NY EAST HP M606 Pool Logon:dbehrmann |
| -232- | | $2.00 | 6/30/2017 | Print - NA AA M602 #1 Logon:korsland |
| -233- | | $0.20 | 6/30/2017 | Print - NA AA M602 #1 Logon:korsland |
| -234- | | $0.20 | 7/10/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -235- | | $0.20 | 7/10/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -236- | | $0.20 | 7/10/2017 | Print - SF WP 28th Floor C792 Color Logon:cmiller |
| -237- | | $0.20 | 7/10/2017 | Print - SF WP 28th Floor C792 Color Logon:cmiller |
| -238- | | $0.40 | 7/19/2017 | Print - SF AA 28TH Floor 4100 #1 Logon:jkruse |
| -239- | | $0.20 | 7/20/2017 | Print - SF AA 28TH Floor 4100 #1 Logon:jkruse |
| -240- | | $0.20 | 7/20/2017 | Print - SF AA 28TH Floor 4100 #1 Logon:jkruse |
| -241- | | $0.20 | 10/26/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -242- | | $0.20 | 11/8/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -243- | | $0.20 | 11/9/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -244- | | $0.40 | 11/27/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -245- | | $0.60 | 11/27/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |

| | | | | |
|---|---|---|---|---|
| | | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** | |
| Report created on | 01/23/2023 12:37:38 PM | | From | Inception |
| | | | To | Present |

**3554-0045  NFL HEAD INJURY - CARTER. TYRONE AND APRIL**

| | | | | |
|---|---|---|---|---|
| -246- | | $0.80 | 11/27/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -247- | | $1.60 | 11/27/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -248- | | $0.20 | 12/14/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -249- | | $1.00 | 12/14/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -250- | | $7.40 | 12/14/2017 | Print - SF SVC 28TH Floor Konica 951 Logon:cmiller |
| -251- | | $0.40 | 12/14/2017 | Print - SF SVC 28TH Floor Konica 951 Logon:cmiller |
| -252- | | $3.40 | 12/15/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -253- | | $0.60 | 12/15/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -254- | | $0.60 | 12/15/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -255- | | $1.20 | 12/15/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -256- | | $2.80 | 12/15/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -257- | | $0.60 | 12/15/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -258- | | $0.20 | 12/18/2017 | Print - SF RECORDS M506 Logon:egomez |
| -259- | | $0.20 | 12/18/2017 | Print - SF RECORDS M506 Logon:egomez |
| -260- | | $0.60 | 12/28/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -261- | | $0.80 | 12/29/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -262- | | $0.40 | 12/29/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -263- | | $0.20 | 12/29/2017 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -264- | | $0.20 | 1/10/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -265- | | $0.20 | 1/11/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -266- | | $0.40 | 1/22/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -267- | | $0.40 | 1/22/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -268- | | $0.20 | 1/23/2018 | Print - SF RECORDS M506 Logon:egomez |
| -269- | | $0.20 | 1/23/2018 | Print - SF RECORDS M506 Logon:egomez |
| -270- | | $0.20 | 1/23/2018 | Print - SF RECORDS M506 Logon:egomez |
| -271- | | $0.20 | 2/9/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -272- | | $0.40 | 2/9/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -273- | | $0.20 | 3/15/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -274- | | $0.20 | 3/15/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -275- | | $0.20 | 3/15/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmiller |
| -276- | | $0.60 | 4/6/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -277- | | $0.60 | 4/6/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -278- | | $0.60 | 4/6/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -279- | | $1.40 | 4/6/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -280- | | $0.20 | 4/6/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -281- | | $0.60 | 4/9/2018 | Print - NY RECORDS HP 4250 #1 Logon:camador |
| -282- | | $7.40 | 4/30/2018 | Print - SF SVC 28TH Floor Konica 951 Logon:cmiller |
| -283- | | $0.20 | 6/28/2018 | Print - SF RECORDS M506 Logon:egomez |
| -284- | | $0.20 | 6/28/2018 | Print - SF RECORDS M506 Logon:egomez |
| -285- | | $0.20 | 8/6/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -286- | | $1.20 | 8/6/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -287- | | $0.20 | 8/6/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -288- | | $0.40 | 8/6/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

| Report created on | 01/23/2023 12:37:38 PM | | From | Inception |
| --- | --- | --- | --- | --- |
| | | | To | Present |

**3554-0045  NFL HEAD INJURY - CARTER. TYRONE AND APRIL**

| | | | | |
| --- | --- | --- | --- | --- |
| -289- | | $0.40 | 8/6/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -290- | | $0.20 | 8/8/2018 | Print - NY EAST HP M606 Pool Logon:wfleishman |
| -291- | | $0.20 | 8/8/2018 | Print - NY EAST HP M606 Pool Logon:wfleishman |
| -292- | | $0.20 | 8/8/2018 | Print - NY EAST HP M606 Pool Logon:wfleishman |
| -293- | | $0.20 | 8/13/2018 | Print - NY MAILROOM KONICA 951 #1 Logon:gramirez |
| -294- | | $1.20 | 9/4/2018 | Print - NA AA M602 #1 Logon:korsland |
| -295- | | $7.40 | 9/4/2018 | Print - NA AA M602 #1 Logon:korsland |
| -296- | | $2.80 | 9/4/2018 | Print - NA AA M602 #1 Logon:korsland |
| -297- | | $0.80 | 9/4/2018 | Print - NY EAST HP M606 Pool Logon:dbehrmann |
| -298- | | $1.20 | 9/4/2018 | Print - NY EAST HP M606 Pool Logon:dbehrmann |
| -299- | | $3.60 | 9/4/2018 | Print - NY EAST HP M606 Pool Logon:dbehrmann |
| -300- | | $2.00 | 9/4/2018 | Print - NY EAST HP M606 Pool Logon:dbehrmann |
| -301- | | $2.40 | 10/3/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -302- | | $0.20 | 10/26/2018 | Print - NY CBULOSAN HP 4200 #1 Logon:fmashi |
| -303- | | $0.20 | 12/10/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmunoz |
| -304- | | $0.40 | 12/10/2018 | Print - SF AA 28TH FLOOR 4250 #1 Logon:cmunoz |
| -305- | | $0.20 | 2/8/2019 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -306- | | $0.20 | 2/8/2019 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -307- | | $0.20 | 2/11/2019 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -308- | | $0.20 | 2/11/2019 | Print - SF AA 28TH FLOOR 4250 #1 Logon:ataylor |
| -309- | | $0.60 | 9/30/2022 | Print - NY RECPT HP M452 #1 Logon:jhills |
| -310- | | $0.40 | 11/10/2022 | Print - NY EAST HP M606 Pool Logon:jhills |
| | PRT | $225.60 | | |

| LINE | TYPE | COST | DATE | DESCRIPTION |
| --- | --- | --- | --- | --- |
| -314- | SUP_A | $400.33 | 12/31/2020 | Supplies - - VENDOR: American Express WRF 0720 AMEX - supplies |
| | SUP_A | $400.33 | | |

| LINE | TYPE | COST | DATE | DESCRIPTION |
| --- | --- | --- | --- | --- |
| -318- | TRAVE_A | $141.80 | 12/31/2013 | Travel - - VENDOR: American Express WRF 1113 AMEX - air/fee |
| -319- | | $474.44 | 12/31/2013 | Travel - - VENDOR: American Express WRF 1113 AMEX - hotel |
| -320- | | $676.28 | 12/31/2013 | Travel - - VENDOR: American Express WRF 1113 AMEX - transportation |
| -321- | | $582.32 | 11/12/2015 | Travel - - VENDOR: American Express WRF 0715 AMEX - transportation |
| -322- | | $6.00 | 11/16/2015 | Travel - - VENDOR: American Express WRF 0815 AMEX - air/fee |
| -323- | | $388.60 | 12/18/2015 | Travel - - VENDOR: American Express KKM 0715 AMEX - air/fee |
| -324- | | $7.36 | 12/18/2015 | Travel - - VENDOR: American Express KKM 0715 AMEX - meals |
| -325- | | $58.21 | 12/18/2015 | Travel - - VENDOR: American Express KKM 0715 AMEX - transportation |
| -326- | | $2,250.00 | 8/14/2017 | Travel - - VENDOR: American Express WRF 0517 AMEX - air/fee |
| -327- | | $595.00 | 8/14/2017 | Travel - - VENDOR: American Express WRF 0517 AMEX - air/fee |
| -328- | | $531.87 | 8/14/2017 | Travel - - VENDOR: American Express WRF 0517 AMEX - hotel |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| Report created on | 01/23/2023 12:37:38 PM | | | | From | Inception |
|---|---|---|---|---|---|---|
| | | | | | To | Present |

**3554-0045  NFL HEAD INJURY - CARTER. TYRONE AND APRIL**

| | | | | | |
|---|---|---|---|---|---|
| -329- | | | $150.00 | 8/14/2017 | Travel - - VENDOR: American Express WRF 0517 AMEX - transportation |
| -330- | | | $59.95 | 8/14/2017 | Travel - - VENDOR: American Express WRF 0517 AMEX - wireless |
| -331- | | | $1,015.40 | 3/28/2018 | Travel - - VENDOR: American Express WRF 0118 AMEX - air/fee |
| -332- | | | $157.07 | 3/28/2018 | Travel - - VENDOR: American Express WRF 0118 AMEX - hotel |
| -333- | | | $1,104.59 | 3/28/2018 | Travel - - VENDOR: American Express WRF 0118 AMEX - transportation |
| | TRAVE_A | | $8,198.89 | | |
| | | **Sum:** | **$21,879.40** | | |