UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>-------------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>TYRONE AND APRIL CARTER, PLAINTIFFS | No. 12-md-2323(AB)<br><br>MDL No. 2323<br><br>**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Wendy R. Fleishman, Esquire of Lieff Cabraser Heimann & Bernstein, LLP hereby respectfully withdraws her appearance as attorney of record for TYRONE AND APRIL CARTER, Plaintiffs in the above-captioned matter.

Dated: February 8, 2023        Respectfully submitted,

                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                            By:    */s/ Wendy R. Fleishman*

                                            Wendy R. Fleishman (WF3017)
                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                            250 Hudson Street, 8th Floor
                                            New York, NY  10013-1413
                                            Telephone:  (212) 355-9500
                                            Facsimile:   (212) 355-9592
                                            wfleishman@lchb.com

                                            *Attorney for Plaintiffs Tyrone and April Carter*

2743791.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, I caused the foregoing documents to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

/s/ Wendy R. Fleishman

Wendy R. Fleishman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592