UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Michael Ball, Jr., et al. v. National Football League, et al. (Plaintiff Michael Ball, Jr. ONLY)<br><br>Court File No. 2:13-cv-03891-AB | **O R D E R** |

Pending is Plaintiff's Counsel's Motion to Withdraw as Counsel, filed on February 10, 2023.  In the motion, Zimmerman Reed LLP seeks to withdraw as counsel.  As justification for the withdrawal, counsel states that Plaintiff Michael Ball, Jr. has obtained new counsel to represent him further in this action, that Plaintiff has registered this new counsel with the Claims Administrator, and that the Claims Administrator has notified Zimmerman Reed that Plaintiff will be proceeding with new counsel.

BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Michael Ball, Jr. in this action, and for good cause shown, the motion is granted.  The above-listed counsel are hereby granted leave to withdraw as counsel for Michael Ball, Jr.  Zimmerman Reed LLP is directed to

send a copy of this Order via any email address they have for Plaintiff and via U.S. Mail to his last known address.

    IT IS SO ORDERED.

Dated:                                  UNITED STATES DISTICT JUDGE

                                           Honorable Anita B. Brody