# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>**This document relates to:**<br><br>**TONY MARTIN**, Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-03716-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to O.C.G.A. § 15-19-14, the Petitioner, Michael McGlamry, attorney for the Plaintiffs in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  February 21, 2023

                                                Respectfully submitted,

                                                */s/Michael L. McGlamry*
                                                Michael L. McGlamry
                                                POPE McGLAMRY, P.C.
                                                3391 Peachtree Road, NE, Suite 300
                                                Atlanta, GA  30326
                                                Ph: 404-523-7706
                                                Fx: 404-524-1648
                                                efile@pmkm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Easter District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  February 21, 2023

>	*/s/Michael L. McGlamry*
>	Michael L. McGlamry