# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br><br> 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - <br><br>**This document relates to:** <br><br> **TONY MARTIN**, Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-03716-AB | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien,* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Pope McGlamry, P.C., specifically including Michael L. McGlamry, N. Kirkland Pope and Jay F. Hirsch as counsel for Plaintiff Tony Martin in this MDL proceeding.

Dated: February 21, 2023

>Respectfully submitted,
>
>/s/ *Michael L. McGlamry*
>Michael L. McGlamry
>POPE McGLAMRY, P.C.
>3391 Peachtree Road, NE, Suite 300
>Atlanta, GA  30326
>Ph: 404-523-7706
>Fx: 404-524-1648
>efile@pmkm.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRIT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br><br> 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - <br><br> **TONY MARTIN**, Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-03716-AB | **CERTIFICATE OF SERVICE** |

I hereby certify that, on February 21, 2023, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Michael L. McGlamry*