BLD-046

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

No. 22-2441

_____

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS
CONCUSSION INJURY LITIGATION

Alain Kashama,

Appellant

*(Pursuant to Rule 12(a), Fed. R. App. P)

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-12-md-02323)
District Judge: Honorable Anita B. Brody

_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B) or
Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
December 8, 2022

Before: AMBRO, KRAUSE, and PORTER, Circuit Judges

_____

**JUDGMENT**

_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted for possible dismissal

pursuant to 28 U.S.C. § 1915(e)(2)(B) and for possible summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on December 9, 2022.

On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered July 21, 2022, be and the same hereby is affirmed. All of the above in accordance with the opinion of this Court.

                              ATTEST:

                              s/ Patricia S. Dodszuweit
                              Clerk

DATED: December 28, 2022

**Certified as a true copy and issued in lieu of a formal mandate on** February 21, 2023

**Teste:** *s/ Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2