# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL CLAIMS LISTED BELOW. | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this 24th day of February, 2023, it is **ORDERED** that the Objections of the following Class Members are **DENIED** because the claims packages are insufficient:

1. SPID 950011814
2. SPID 950011815
3. SPID 950011818
4. SPID 950011819
5. SPID 950011820
6. SPID 950011821
7. SPID 950011822
8. SPID 950013154
9. SPID 950013174
10. SPID 950013176
11. SPID 950013178
12. SPID 950013179
13. SPID 950013223

14. SPID 950013403

15. SPID 950013520

16. SPID 950013523

17. SPID 950013608

18. SPID 950015171

It is further **ORDERED** that the Objections of the following Class Members are **REMANDED** to the Special Master. The Special Master is instructed to return the claims to the Claims Administrator to further determine the sufficiency of the claims packages:

1. SPID 950013395

2. SPID 950012548

                                               BY THE COURT:

                                               _____ s/ANITA B. BRODY, J._
                                               ANITA B. BRODY, J.