# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>-------------------------------------------<br><br>**THIS DOCUMENT RELATES TO:**<br><br><br>**DANIEL AND JENNIFER LOPER, Plaintiffs** | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br><br><br>**PETITION TO ESTABLISH ATTORNEY'S LIEN** |

## NOTICE OF ATTORNEY'S LIEN

Attorneys Sol H. Weiss and Larry E. Coben, attorneys for the Plaintiffs in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees plus reimbursement for legitimate case costs and expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs, DANIEL AND JENNIFER LOPER.

Dated: March 2, 2023                                  Respectfully submitted,

**ANAPOL WEISS**
/s/ Sol H. Weiss
Sol H. Weiss, Esquire (I.D. 15925)
Larry E. Coben, Esquire (I.D. 17523)
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 875-77000
sweiss@anapolweiss.com
lcoben@anapolweiss.com

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing Notice of Attorney's Lien was served electronically via the Court's electronic filing system on the 2nd day of March 2023, upon all counsel of record.

/s/ Sol H. Weiss
Sol H. Weiss, Esquire