IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody, U.S.D.J. |

### SETTLEMENT MEMBER RAYMOND SEALS' CONSENT TO ENTRY OF ORDER

Settlement Class Member Raymond Seals, by and through his undersigned counsel, hereby consents to this Court entering an Order substantially in the form proposed in the Motion for Direct Payment of Payment Amount (Dkt. 12004) filed by Thrivest Specialty Funding, LLC n/k/a Balanced Bridge Funding LLC.

Dated: New York, New York
March 9, 2023

Respectfully submitted,

/s/ Justin Wyatt
Justin Wyatt, Esquire
JR Wyatt Law, PLLC
295 Madison Avenue, 27th Floor
New York, NY 10017
*Attorney for Settlement Class Member Raymond Seals*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that, on March 9, 2023, he filed the foregoing using the ECF system, which will provide notice and a copy to counsel of record.

                                                        /s/ Justin Wyatt
                                                        Justin Wyatt, Esquire