UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| CLAIMS FOR SPID 950011814, 950011815, 950011818, 950011819, 950011820, 950011821, 950011822, 950013154, 950013174, 950013176, 950013178, 950013179, 950013223, 950013403, 950013520, 950013523, 950013608, 950013171 | § § § § § § | |

[PROPOSED] ORDER
GRANTING CLASS MEMBERS' MOTION TO ALTER OR AMEND THE ORDER THAT THE OBJECTIONS OF THE CLASS MEMBERS ARE DENIED [ECF 12001]

**AND NOW**, this ___ day of _____, 2023, upon consideration of Class Members SPID 950011814, 950011815, 950011818, 950011819, 950011820, 950011821, 950011822, 950013154, 950013174, 950013176, 950013178, 950013179, 950013223, 950013403, 950013520, 950013523, 950013608, and 950013171 ("Class Members") Motion to Alter or Amend the Order that the Objections of the Class members are Denied [ECF 12001] ("Order"), the Court finds that the Motion has merit and is GRANTED.  It is hereby **ORDERED** that:

1. The Order is amended to reflect that the Court sustains Class Members' objection that the Claims Administrator erred in concluding that their CTE

diagnoses were not timely.

2.      The Order is altered to reflect that that the Claims Administrator erred in requiring Class Members to provide the board-certified neuropathologist who provided the CTE diagnoses with exhumed brain tissue to confirm his diagnosis.

3.      It is further ordered that the Class Members' claims are remanded to the Special Master.  The Special Master is instructed to return the claims to the Claims Administrator to process payment of the claims.

SO ORDERED this \_\_\_\_\_ day of _____, 2023.

                                                            _____
                                                            Anita B. Brody
                                                            United States District Court Judge