## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: National Football League** | ) | **Case No.: 2:12-md-02323-AB** |
| **Players' Concussion** | ) | **MDL No. 2323** |
| **Injury Litigation** | ) | |
| | ) | |
| This relates to: | ) | |
| | ) | |
| Plaintiffs' Master Administrative Long | ) | |
| Form Complaint and (if applicable) | ) | **NOTICE OF** |
| | ) | **ATTORNEY'S LIEN** |
| **This document relates to:** | ) | |
| | ) | |
| **Le'Ron McClain,** | ) | |
| Plaintiff, USDC, EDPA, | ) | |
| Docket No. 2:12-cv-04635-AB | ) | |

Pursuant to the Court's continuing jurisdiction under the Court's Amended Final Approval Order and Judgment (ECF No. 6534), pursuant to the Court's April 4, 2017 order (ECF No. 7446), and as authorized under 28 U.S.C. § 636(b)(3), the Lienholder, Athlaw LLP, attorneys for the Plaintiffs in the above-entitled action, hereby notifies this Court and all parties that it has a lien in this case for reasonable attorney's fees, plus expenses. The Petitioner is appearing in this Court through local counsel, Kim IP Law Group.

Dated:  March 29, 2023                    Respectfully submitted,

                                          */s/ Firouzeh Nur-Vaccaro*

                                          Firouzeh Nur-Vaccaro
                                          Pennsylvania Bar No. 312173
                                          firouzehnurvaccaro@kimiplawgroup.com
                                          **Kim IP Law Group**
                                          129 West Evesham Road
                                          Voorhees, New Jersey 08043
                                          Tel: (856) 520-8988
                                          Fax: (856) 206-5383
                                          *Attorneys for Plaintiff Le'Ron McClain*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notice of such filing to counsel of record for all parties.

Dated: March 29, 2023                                    *s/ Firouzeh Nur-Vaccaro*