# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § § | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § | |

## NOTICE OF APPEAL

Notice is hereby given that Class Members Yvonne Sagapolutele (SPID 950013154), Margrit Dyko (SPID 950011814), Andre Howard (SPID 950011815), Donna Martin (SPID 950011818), Rhonda Duncan (SPID 950011819), Lenore Stehouwer (SPID 950011820), Nina Hunter (SPID 950011821), Holly Oliver (SPID 950011822), Mindy Stubbs (SPID 950013174), Gary Schuh (SPID 950013176), Rona Taylor (SPID 950013178), Lisa Chamberlin (SPID 950013179), Gwendolyn Daniels (SPID 950013223), Wanda Cayolle-Payne (SPID 950013403), John H. Baker, III (SPID 950013520), Ellen Morin (SPID 950013523), Sexton Holmes (SPID 950013608), and Ella McGill (SPID 950013171) ("Class Members") appeal to the United States Court of Appeals for the Third Circuit from the Order Denying their Objections (Dkt. No. 12001), which was entered on February 27, 2023.

The Class Members further provide notice that on March 24, 2023, the Class Members filed a Motion to Alter or Amend the Court's Order that the Objections of the Class Members are Denied (Dkt. No. 12033) pursuant to Federal Rule of Civil Procedure 59(e).  Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(A)(iv), that motion tolls the time for filing a notice of appeal, and the Court has not yet ruled on that motion.  However, out of an abundance of caution, Class Members are filing this notice of appeal to ensure that their right to an appeal is preserved.

Dated: March 29, 2023

Respectfully Submitted,

*/s/ David Campbell*
Justin Demerath
Texas State Bar No. 24034415
David Campbell
Texas State Bar No. 24057033
O'HANLON, DEMERATH & CASTILLO
808 West Avenue Austin, TX 78701
Telephone: (512) 494-9949
Facsimile: (512) 494-9919
jdemerath@808west.com
dcampbell@808west.com

**Counsel for the Class Members**

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023 a true and correct copy of the foregoing Notice of Appeal was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in this litigation.

*/s/ David Campbell*
David Campbell
