UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.<br>　　　　　　　　Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>Settlement Class Members SPID 950011814, 950011815, 950011818, 950011819, 950011820, 950011821, 950011822, 950013154, 950013174, 950013176, 950013178, 950013179, 950013223, 950013403, 950013520, 950013523, 950013608, 950015171 | |

**[PROPOSED] ORDER**

　　**WHEREAS**, Settlement Class Members SPID 950011814, 950011815, 950011818, 950011819, 950011820, 950011821, 950011822, 950013154, 950013174, 950013176, 950013178, 950013179, 950013223, 950013403, 950013520, 950013523, 950013608, and 950013171, by and through their counsel O'Hanlon, Demerath & Castillo, filed a Motion to Alter or Amend the Order that the Objections of the Class Members Are Denied in the above-captioned matter on March 24, 2023 (the "Motion," ECF No. 12033);

**WHEREAS**, the National Football League and NFL Properties LLC have requested an extension of time from April 7, 2023 to through and including April 26, 2023, to respond to the Motion;

It is **ORDERED** that the request for an extension of time is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2023.

_____

Anita B. Brody
United States District Court Judge