## CERTIFICATE OF CONFERENCE

On April 4, 2023, counsel for the National Football League and NFL Properties LLC (the "NFL Parties") contacted Justin Demerath and David Campbell of O'Hanlon, Demerath & Castillo to seek their position on the NFL Parties' requested extension of time to file a response to the Motion. Mr. Campbell informed us on behalf of his firm that they do not oppose the NFL Parties' extension request.

Date:   April 4, 2023                                          /s/ Brad S. Karp
                                                               Brad S. Karp


## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 4th day of April, 2023, upon all counsel of record.

Date:   April 4, 2023                                          /s/ Brad S. Karp
                                                               Brad S. Karp