IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>            Plaintiffs,<br>  v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>            Defendants. | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW**, this 4th day of April, 2023, upon consideration of the NFL Parties' unopposed request (ECF No. 12044) for an extension of time to respond to Class Members' Motion to Alter or Amend the Order that the Objections of the Class Members Are Denied (ECF No. 12033), it is **ORDERED** that the NFL Parties must respond to the Motion **on or before April 26, 2023**.

                BY THE COURT:

                s/ Anita B. Brody

                _____
                ANITA B. BRODY, J.