### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No.:2:12-md-02323-AB<br><br>MDL No. 2323 |

THIS DOCUMENT RELATES TO:
GRADY JACKSON

### NOTICE OF ATTORNEY'S LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, rules of procedure, and the executed Retainer Agreement between Petitioner and Plaintiff, Petitioner, David D. Langfitt, Esquire, of LANGFITT PLLC, hereby notifies this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses and costs, as set forth in the accompanying Petition to Establish Attorney's Lien.

        Respectfully submitted,

**LANGFITT PLLC**

Dated: April 10, 2023

By: */s/ David D. Langfitt*
David D. Langfitt, Esq.
Bar Identification No. 66588
P.O. Box 302
Gladwyne, PA 19035
Phone: (610) 787-1706
Facsimile: (267) 399-5017
Email: david@langfittpllc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

No.:2:12-md-02323-AB

MDL No. 2323

THIS DOCUMENT RELATES TO:
GRADY JACKSON

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for *CM/ECF* in the litigation.

Respectfully submitted,

**LANGFITT PLLC**

Dated: April 10, 2023

By: */s/ David D. Langfitt*
David D. Langfitt, Esq.
Bar Identification No. 66588
P.O. Box 302
Gladwyne, PA 19035
Phone: (610) 787-1706
Facsimile: (267) 399-5017
Email: david@langfittpllc.com