UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : | No. 2:12-md-02323 –AB <br><br> MDL No. 2323 |
| ------------------------------------------------------------------------ | : : | |
| THIS DOCUMENT RELATES TO: | : : | Hon. Anita B. Brody |
| WILLIAM DOMINIC AUSTIN, PLAINTIFF | | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to U.C.C. § 9-303, and *Stephens v. Wetzel*, Sb.2d 293 (Miss. 2000), the Petitioners, John D. Giddens for John D. Giddens, P.A. and Philip Thomas for Philip W. Thomas, P.A., attorneys for the Plaintiff in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees.

On or about May 7, 2012, the Plaintiff entered into an employment agreement with John D. Giddens, PA and Philip W. Thomas, PA.  On or about January 24, 2017 Plaintiff's personal representative entered into a consent to associate agreement bringing on the law firms of Stern Law Group, and Mokaram & Associates, P.C.  It was agreed between parties that 33 1/3% of any fee received would be paid to Philip W. Thomas, P.A. and John D. Giddens, P.A. to be split equally amongst such firms and the remaining 66 2/3% of the fees would be split equally amongst Mokaram & Associates, P.C. and Stern Law Group.

As of today's date, it is the undersigned's belief that this matter has not been settled.

Dated: April 11, 2023

                                               Respectfully Submitted By:

                                               s/John D. Giddens
                                               John D. Giddens

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
pthomas@thomasattorney.com
(601) 714-5660

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 11th day of April, 2023.

s/John D. Giddens
John D. Giddens