IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO: | MDL No. 2323 |
| LOCKS LAW FIRM<br>V.<br>SPID 100009518 (L.L.)<br>ATTORNEY LIEN DISPUTE<br>CASE NO. 01584 | Honorable Anita B. Brody |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on April 10, 2023, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, L.L., who was issued a Notice of Monetary Award Claim Determination. The Lien was filed in October 2019 by Locks Law Firm. L.L. is currently represented by Shenaq PC. As L.L.'s counsel, Shenaq PC represents that L.L. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

1

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_____
Name:

Locks Law Firm

_____
Name: Amir Shenaq

Shenaq PC

APPROVED:

Date: April 11, 2023          /s/ David R. Strawbridge, USMJ
_____          _____

David R. Strawbridge

United States Magistrate Judge