UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
IN RE: NATIONAL FOOTBALL LEAGUE      :    No. 2:12-md-02323 –AB
PLAYERS' CONCUSSION                  :
INJURY LITIGATION                    :    MDL No. 2323
------------------------------------------------------------------------- :
_____  :
THIS DOCUMENT RELATES TO:            :    Hon. Anita B. Brody
                                     :

JOSHUA BURR, KENNETH BURROUGH, SAMMIE BURROUGHS, JR., RICHARD BYRD, VINCENT CARTER, EUGENE CLINTON, EVAN COOPER, LARRY COWAN, CLIFTON CROSBY, PRESTON DAVIS, ROOSEVELT DAVIS, JAMES DEMERRITT, MICHAEL DAVIS DENSON, KEVIN DENT, DENNIS DEVAUGHN, BRYAN DICKERSON, JOHN DIGIORGIO, RAY DONALDSON, JIM DUFFNER, JAMES DUGGAN, ERNEST DYE, TYLER EVERETT, JASON FISK, SCOTT FITZKEE, JAMES FORD, STEVE GAGE, WILLIAM GAINES, FRANK GARCIA, RICHARD GARDNER, JIMMY GARY, TIM GEORGE, RICHARD GARDNER, DAVID GERALDS, JOHN GILLIAM, KEVIN GOGAN, CORNELL GORDON, SR., RICHARD GRAF, JEFF GRAHAM, JEFF GRAU, MELVIN GRAY, LEON GRAY, AHMAN GREEN, L.C. GREENWOOD, EARL "JACK" GREGORY, JAMES "JIM' GRIER, ISSAC GRIFFIN, NORMAN HAND, JON HAND, WILLIE HARPER, PERRY HARRINGTON, ODIE HARRIS, JEFFREY HARTINGS, HAROLD HEATH, RUSSELL TODD HILGER, DEMETRIUS HILL, VICTOR HOBSON, ROBERT HUGHES, KEITH JACKSON, ROBERT JACKSON, GERALD JACKSON, SR., CAMERON JACOBS, VAN JAKES, JEFFREY JAMES, JOHN JENNINGS, BRIAN JOHNSON, JOE JOHNSON, GREGORY JOHNSON, MICHAEL JONES, CLARENCE JONES, CHRISTOPHER JONES, RICKEY JONES, JAMES JURIGA, KENOY KENNEDY, ROSHAD KENT, CHRIS KERN, TERRY KILLENS, JR., TIM KOHN, GORDON LARO, THOMAS LEONARD, NATE LEWS, ADAM LINGER, GERALD LOPER, CLARENCE LOVE, JOE LOWERY, CURTICE MACFARLANE, FRANK MARCHLEWSKI, DERRELL MARSHALL, JAMES MARSHALL, WAYNE MARTIN, TIM MASSAQUOI, REGINALD E. MATHIS, PARTICK MCCOY, JOHN MCDOUGLE, BEN MCGEE, JR., JEREMY MCKINNEY, KEVIN MCLAIN, CLIFTON MCNEIL,

**ROMARO MILLER, CARL MIMS, MARC MUNFORD, TOBIATH MILES, JOE NASTASI, JAMES NELSON, PICASSO NELSON, TORI NOEL, TOMMY NORMAN, DAVID H. O'BRIEN, ERVIN PARKER, LEMAR PARRISH, RICKY PATTON, LEON PERRY, CARL POWELL, HENRY RHODES, FLOYD RICE, ERNEST RICHARDSON, TROY RIDGLEY, BOBBY RILEY, CHARLES ROMES, DONALD RYALS, MICHAEL SALMON, JAY SCHROEDER, GREG SCOTT, PETER SHORTS, KASEEM SINCENO, TONY SMITH, BOBBY L. SMITH, SAM GARNES, FRED SMOOT, SHAWN SPRINGS, KENNETH TOLER, BENJAMIN CHAD STANLEY, EARNEST YOUNG, GREG STEMRICK, RAYNA STEWART, JERRY STURM, FRANK SUTTON, MALCOLM TAYLOR, EDWARD THOMAS, DAMON THOMAS, JIMMY THOMAS, JEFFREY THOMASON, FRANK THOMPSON, JOE WALKER, MARQUIS WALKER, TIM WATSON, JIM WEATHERLY, TERRENCE WELLS, JAMES WEST, RHONDY WESTON, REGINALD WHITE, RAYMOND WHITE, ROBERT "BEN" WILLIAMS, ANDREW WILLIAMS, ROLAND WILLIAMS, JAY WILLIAMS, ERIK WILLIAMS, REGINALD WILLIAMS, LEE WILLIAMSON, SEAN WOODSON, ROSCOE WORD, JR., DESTRY WRIGHT, RICKEY YOUNG, PLAINTIFFS**

## NOTICE OF ATTORNEY'S LIEN

Pursuant to U.C.C. § 9-303, and *Stephens v. Wetzel*, Sb.2d 293 (Miss. 2000), the Petitioners, John D. Giddens for John D. Giddens, P.A. and Philip Thomas for Philip W. Thomas, P.A., attorneys for the Plaintiff in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees.

The above Plaintiffs entered into an employment agreement with John D. Giddens, PA and Philip W. Thomas, PA. The above Plaintiffs then entered into a consent to associate agreement bringing on the law firms of Stern Law Group, and Mokaram & Associates, P.C. It was agreed between parties that 33 1/3% of any fee received would be paid to Philip W. Thomas, P.A. and John D. Giddens, P.A. to be split equally amongst such firms and the remaining 66

2/3% of the fees would be split equally amongst Mokaram & Associates, P.C. and Stern Law Group.

As of today's date, it is the undersigned's belief that these matters have not been settled.

Dated: April 12, 2023

                                      Respectfully Submitted By:

                                      s/John D. Giddens
                                      John D. Giddens

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
pthomas@thomasattorney.com
(601) 714-5660

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 12th day of April, 2023.

                                      s/John D. Giddens
                                      John D. Giddens