**TRANSCRIPT PURCHASE ORDER**
**for Third Circuit Court of Appeals**

**District Court** _____   **Court of Appeals Docket No.** _____

**District Court Docket No.** _____

Short Case Title _____

Date Notice of Appeal Filed by Clerk of District Court _____

**Part I.**   (To be completed by party responsible for ordering transcript)
A.   <u>Check one</u> of the following and <u>serve ALL COPIES</u>:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**
____ None                     ____ Unnecessary for appeal purposes.
____ Already on file in the District Court Clerk's office.
____ This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)
(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

_____
_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

____ Voir dire                     ____ Open Statement of Plaintiff           ____ Opening Statement of Defendant
____ Closing Argument of Plaintiff ____ Closing Argument of Defendant
____ Jury Instructions             ____ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

B.   This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

____ CJA Form submitted to District Court Judge         ____ Motion for Transcript has been submitted to District Court
____ CJA Form submitted to Court of Appeals             ____ Private Funds

Signature _____       Date _____
Print Name _____      Counsel for _____
Address _____         Telephone _____

**Part II.**   COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

____ Arrangements for payment were made on _____
____ Arrangements for payment have not been made pursuant to FRAP 10(b)

_____          _____              _____
**Date**                        **Name of Court Report**             **Telephone**

**Part III.**   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court  Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____       Actual Number of Volumes _____

_____                                _____
Date                                                  Signature of Court Reporter

**CERTIFICATE OF SERVICE**

      I, David Campbell, hereby certify that on the 17th day of April 2023, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated: April 17, 2023                                                                 */s/ David Campbell*
                                                                                      David Campbell