IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB   MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and others similarly situated*,<br>                                             Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                                             Defendants. | CIVIL ACTION NO. 14-cv-29-AB |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the Stern Law Group, Mokaram Law Firm, and the Buckley Law Group in the above-captioned matter.

Respectfully submitted,

Dated: April 18, 2023          By:          */s/ Edward Diver*
                                              Edward Diver
                                              LANGER GROGAN & DIVER, P.C.
                                              Three Logan Square, Ste. 4020
                                              1717 Arch Street
                                              Philadelphia, PA 19103
                                              Tele: (215) 320-5660

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of this Withdrawal of Appearance to be served on this date upon all counsel of record via the Court's Electronic Case Filing system.

Dated: April 18, 2023           By:     /s/ *Edward Diver*
                                        Edward Diver