## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB  MDL No. 2323 |
| | Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><div align="right">Plaintiffs,</div><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><div align="right">Defendants.</div> | CIVIL ACTION NO. 14-cv-29-AB |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the Stern Law Group, Mokaram Law Firm, and the Buckley Law Group in the above-captioned matter.

Respectfully submitted,

Dated: April 18, 2023      By:   */s/ Howard Langer*
 

Howard Langer (PA. I.D. No. 25403)
Edward Diver
Peter Leckman
LANGER GROGAN & DIVER, P.C.
Three Logan Square, Ste. 4020
1717 Arch Street
Philadelphia, PA 19103
Tele: (215) 320-5660

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of this Withdrawal of Appearance to be served  on this date upon all counsel of record via the Court's Electronic Case Filing system.

Dated: April 18, 2023                                          <u>/s/ Howard Langer   </u>
                                                                        Howard Langer