IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                    Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                                    Defendants.<br><br>THIS DOCUMENT RELATES TO:<br><br>Pro Athlete Law Firm, P.A.<br>v.<br>SPID 100002489 (D.C.)<br><br>Attorney Lien Dispute<br>Case No. 01678 | |

**STIPULATION WAIVING RIGHTS TO APPEAL FINAL DECISION OF THE HONORABLE DAVID R. STRAWBRIDGE, USMJ**

    I.    On April 17, 2023, the Honorable David R. Strawbridge, USMJ, after resolution by the parties, Feder Law LLC ("Feder Law"), and Pro Athlete Law Firm, P.A. ("Pro Athlete Law") issued a final decision granting the Withdrawal of Attorney's Lien Dispute. The Honorable Judge Strawbridge further ordered that the Claims Administrator disburse the withheld funds in accordance with his final decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

    2.    The parties hereto, Feder Law, and Pro Athlete Law hereby waive all rights to appeal the final decision of Judge Strawbridge issued in this matter on April 17, 2023.

3. Settlement Class Member Representative Claimant D.C. understands the implications of this stipulation and consents to the waiver of all rights to appeal.

The above is hereby stipulated to by the parties:

Fred M. Feder, Esquire
Feder Law, LLC
P.O. Box 526
Gladwyne, PA 19035
Tel: (610) 203-5915
fmfeder@federlaw.net

Date: 4/15/23

David Levine, Esquire
Pro Athlete Law, P.A.
1804 Intracoastal Drive
Fort Lauderdale, FL 33305
Tel: (954) 804-6411
agentdl@bellsouth.net

Date: 4/18/23

APPROVED BY THE COURT:

Date: April 18, 2023

/s/ David R. Strawbridge, USMJ

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE