UNITED STATES DISTRRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 12-MD-2323 (AB)<br>MDL NO. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and<br><br>Plaintiff EUGENE LOCKHART | |

NOTICE OF APPEARANCE

COMES NOW, Attorney Larry E. Jarrett, and provide this Notice that he has been retained to represent Mr. Eugene Lockhart in this matter.

Respectfully, Submitted,

/S/LARRY E. JARRETT

LARRY E. JARRETT
ATTORNEY FOR EUGENE LOCKHART
TEXAS SBN: 10583500
Larry.jarrett@yahoo.com
P.O. Box 450487
Garland, Texas 75045
Telephone No. 972.896.4462
FAX No. 972.496.6394

CERTIFICAT OF SERVICE

The foregoing has been filed by the EFC of this court and has been made available to all parties concerned on this date, April 21, 2023.

/s/ LARRY E. JARRETT
LARRY E. JARRETT