UNITED STATES DISTRRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS'CONCUSSION INJURY LITIGATION | NO. 12-MD-2323 (AB)<br>MDL NO. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and<br><br>Plaintiff EUGENE LOCKHART | NOTICE OF ATTORNEY'S LIEN |

## NOTICE OF ATTORNEY'S LIEN

COMES NOW Larry E. Jarrett, the attorney for Eugene Lockhart and submits this Notice of Attorney's Lien pursuant to the Amended Rules Governing Attorneys' Liens which were Adopted on October 2, 2018.

Plaintiff would show the following:

Petitioner, Attorney Larry E. Jarrett, of Larry E. Jarrett, Attorney at Law P.C, Attorney for Eugene Lockhart in the above named and numbered cause of action, hereby notify this Court and all Parties that Attorney Larry Jarrett, PC has a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys'Lien relating to Plaintiff Eugene Lockhart.

THEREFORE it is requested that all parties to this litigation be notified that Plaintiff, Larry E. Jarrett has placed all parties on notice of his Attorneys' Lien.

Respectfully, Submitted,

/S/LARRY E. JARRETT

LARRY E. JARRETT
ATTORNEY FOR EUGENE LOCKHART
TEXAS SBN: 10583500
Larry.jarrett@yahoo.com
P.O. B ox 450487
Garland, Texas 75045
Telephone No. 972.896.4462
Fax No. 972.496.6394

CERTIFICAT OF SERVICE

The foregoing has been filed by the EFC of this court and has been made available to all parties concerned on this date, May 21, 2023.

/s/ LARRY E. JARRETT
**LARRY E. JARRETT**