UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-023203-AB<br><br>MDL No.: 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>National Football League and NFL Properties, LLC and successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants. | Hon. Anita Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF JOINDER MARCUS BUCKLEY'S MOTION TO RELEASE 5% HOLDBACK AND REQUEST FOR EXPEDITED HEARINGS AND MOTION TO ENJOIN THE DISTRIBUTION OF THE 5% HOLDBACK FROM THE ATTORNEYS' FEES QUALIFIED SETTLEMENT FUND**

  Cummings, McClorey, Davis, & Acho, PLC ("CMDA") by James R. Acho, joins in the Motion of Class Member Marcus Buckley to Release 5% Holdback and Request for Expedited Hearings (ECF 11762) and the Reply in Support of Marcus Buckley's Motion to Enjoin the Distribution of the 5% Holdback from the Attorneys' Fees Qualified Settlement Fund (ECF 12084).

              Respectfully Submitted,
              CUMMINGS, MCCLOREY, DAVIS & ACHO, PLC

              /s/ James R. Acho
              JAMES R. ACHO (P62175)
              14736 College Parkway
              Livonia, MI 48152
              (734) 261-2400
Dated: April 25, 2023       jacho@cmda-law.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-023203-AB<br><br>MDL No.: 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC and successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | Hon. Anita Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2023, I electronically filed ***Notice of Joinder to Marcus Buckley's Motion to Release 5% Holdback and Request for Expedited Hearings and Motion to Enjoin the Distribution of the 5% Holdback from the Attorneys' Fees Qualified Settlement Fund*** with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: April 25, 2023

/s/ Annamarie L. Moore
Cummings, McClorey, Davis & Acho, PLC
Legal Assistant to James R. Acho, Esq.
14736 College Parkway
Livonia, MI 48152
(734) 261-2400

2