UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>                              Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.<br>                              Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>Settlement Class Members SPID 950011814, 950011815, 950011818, 950011819, 950011820, 950011821, 950011822, 950013154, 950013174, 950013176, 950013178, 950013179, 950013223, 950013403, 950013520, 950013523, 950013608, 950015171 | |

### [PROPOSED] ORDER

**AND NOW**, this ____ day of _____, 2023, upon consideration of the National Football League and NFL Properties LLC's Response in Opposition to the above-captioned Class Members' Motion to Alter Or Amend the Order that the Objections Of the Class Members Are Denied, it is hereby **ORDERED** that the above-captioned Class Members' Motion is **DENIED**.

_____
ANITA B. BRODY, J.