## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | No. 2:12-md-02323-AB |
| **THIS DOCUMENT RELATES TO:**<br><br>**POPE MCGLAMRY**<br>**V.**<br>**SPID 100002525 (L.Q.C.)**<br>**ATTORNEY LIEN DISPUTE**<br>**CASE NO. 02016** | MDL No. 2323<br><br>Honorable Anita B. Brody |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on May 1, 2023, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, L.Q.C., who was issued a Notice of Monetary Award Claim Determination. The Lien was filed in May 2022 by Pope McGlamry. L.Q.C. is currently represented by Shenaq PC. As L.Q.C.'s counsel, Shenaq PC represents that L.Q.C. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_____          _____
Name:  Michael L. McGlamry              Name: Amir Shenaq

Pope McGlamry                           Shenaq PC


APPROVED:


Date:  May 2, 2023                      /s/ David R. Strawbridge, USMJ

                                        David R. Strawbridge

                                        United States Magistrate Judge