**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> Plaintiff Leon Searcy | **NOTICE TO ESTABLISH ATTORNEY'S LIEN** |

  Attorney Byron Cuthbert of Byron Cuthbert & Associates, LLC attorneys for Plaintiff **Leon Searcy** in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable contingent attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff **Leon Searcy.**

Dated May 22, 2023        Respectfully submitted,

              Byron Cuthbert & Associates, LLC

              *Byron Cuthbert*

              Byron Cuthbert, Esquire
              GA Bar No. 85557
              1143 Cameron Creek
              Marietta, GA 30062
              Telephone: 404-403-7855
              Fax: 866-990-9743

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via theElectronic Case Filing (ECF) system in the United States District Court for the Eastern Districtof Pennsylvania on all parties registered for CM/ECF in the litigation.

Dated May 22, 2023                                         Respectfully submitted,

                                                             Byron Cuthbert & Associates, LLC

*/s/ Byron Cuthbert*

Byron Cuthbert, Esquire
GA Bar No. 85557
1143 Cameron Creek
Marietta, GA 30062
Telephone: 404-403-7855
Fax: 866-990-9743