## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | |
| **THIS DOCUMENT RELATES TO:** **POPE MCGLAMRY** **V.** **SPID 100011823 (R.P.)** **ATTORNEY LIEN DISPUTE** **CASE NO. 02021** **AND** **JOHN D. GIDDENS, P.A.** **V.** **SPID 100011823 (R.P.)** **ATTORNEY LIEN DISPUTE** **CASE NO. 00688** | No. 2:12-md-02323-AB MDL No. 2323 Honorable Anita B. Brody |

### WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on May 30, 2023, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, R.P., who was issued a Notice of Monetary Award Claim Determination. The Lien was filed in May 2022 by Pope McGlamry and June 2017 by John D. Giddens, P.A. R.P. is currently represented by Shenaq PC. As R.P.'s counsel, Shenaq PC represents that R.P. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

Name:

Pope McGlamry

Name: Amir Shenaq

Shenaq PC

/s John Giddens

Name:

John D. Giddens, P.A.

APPROVED:

Date: May 31, 2023

/s/ David R. Strawbridge, USMJ

David R. Strawbridge

United States Magistrate Judge