UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL CLARK,

             Case Number: 2:12-md-02323-AB

   **Plaintiff,**

v.

NATIONAL FOOTBALL LEAGUE, et al.,

   **Defendants.**

_____/

## NOTICE OF ATTORNEY'S LIEN

Petitioner James Holliday, Esquire of Holliday Karatinos Law Firm, PLLC and Neurocognitive Football Lawyers, PLLC has been the attorney representing Settlement Class Member Michael Clark from December 5, 2014 to the present time in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus reasonable costs.  On July 21, 2017, the undersigned notified the Claims Administrator that Settlement Claims Member Michael Clark disputes the lien previously filed by Zimmerman Reed LLP. Proof of the attorney's lien of James Holliday, Esquire of Holliday Karatinos Law Firm, PLLC and Neurocognitive Football Lawyers, PLLC will be submitted to the Claims Administrator.


Respectfully Submitted By: _____
          JAMES HOLLIDAY, ESQUIRE
          HOLLIDAY KARATINOS LAW FIRM, PLLC
          NEUORCOGNITIVE FOOTBALL LAWYERS, PLLC
          722 E. Fletcher Ave.
          (813) 975-444 (telephone)
          (813) 975-4445 (telefax)
          jimholliday@helpinginjuredpeople.com
          ko@gibbsandparnell.com
          Florida Bar No. 0045284

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, I caused the foregoing Notice of Attorney's Lien, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

_____
JAMES HOLLIDAY, ESQUIRE