## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,                     Plaintiffs <br><br> v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br><br>                     Defendants. | STIPULATION: WAIVING RIGHT TO APPEAL ATTORNEY LIEN RE: SETH JOYNER |
| THIS DOCUMENT RELATES TO: <br><br> Law Office of Douglas Grossinger v. Locks Law Firm Attorney Lien Dispute | FOR JURISDICTION: MAGISTRATE JUDGE DAVID R. STRAWBRIDGE |

Dated: June 2, 2023

The two law firms Law Office of Douglas R. Grossinger & Locks Law Firm both hereby stipulate and waive their right to appeal Magistrate Judge Strawbridge's Explanation and Order issued on 6/02/2023 at Docket # 12126 wherein Magistrate Strawbridge granted the withdrawal of the lien dispute re Seth Joyner after resolution by the two law firms and ordered the distribution of withheld funds.

This Stipulation Waiving Right to Appeal the Lien re Seth Joyner filed by both Law Office of Douglas R. Grossinger & Locks Law Firm, hereby notices to Magistrate Judge Strawbridge and the Claims Administrator to take note that these two law firms have stipulated not to file any appeal regarding Magistrate Judge Strawbridge's Explanation and Order at Docket # 12126, and respectfully requests therefore that the withheld funds re attorney's fees and expenses be distributed at the next payment by the Claims Administrator, along with the Monetary Award funds to be paid to Seth Joyner.

This Stipulation Waiving Right to Appeal the Lien re Seth Joyner further represents that the Settlement Class Member Seth Joyner understands the implications of this Stipulation, and also consents to this waiver of the right to appeal herein.

Respectfully submitted,

Douglas R. Grossinger, Esquire
Law Office of Douglas Grossinger
200 Monumental Rd, Suite 11
Bala Cynwyd, PA 19004
Phone: (610) 304-2012
Email: dgrossinger@grossinger4justice.com

And

/s/ Michael B. Leh

Michael B. Leh, Esquire
Locks Law Firm
The Curtis Center
601 Walnut Street
Suite 720 East
Philadelphia, PA 19106
Email:
mleh@lockslaw.com

APPROVED:

Date: June 2, 2023

/s/ David R. Strawbridge, USMJ

David R. Strawbridge
United States Magistrate Judge