# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : : : |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |

## REPORT OF THE SPECIAL MASTERS

1. Wendell E. Pritchett and Jo-Ann M. Verrier, as Special Masters appointed by the Court on July 13, 2016 (ECF 6871), and David Hoffman, appointed by the Court on March 5, 2020 (ECF 11022), pursuant to Article X of the Class Action Settlement Agreement (Settlement Agreement) in this matter, submit this Report to the Court alongside Status Reports from the Claims Administrator, Brown Greer LLC ("Claims Administrator"), and the Baseline Assessment Program Administrator, Epiq Mass Tort ("BAP Administrator"; formerly known as Garretson Resolution Group), to provide an update on the Agreement's effectuation and progress.

2. The Special Masters have reviewed the 1st Quarter 2023 Status Reports submitted by both Administrators. These reports are filed one month later than anticipated so that they can reflect changes and updates made to program resources. Both reports accurately and thoroughly reflect the work of both firms.

3. The Special Masters report regularly to the Court on the work of the Administrators, as detailed here, as well as on work beyond the purview of the BAP and Claims Administrators.

## **Overall Administration**

4. Since mid-2022, the BAP Administrator and the Claims Administrator have collaborated with the Special Masters on an overall review of communication mechanisms and reporting styles in the Settlement Administration.

5. While joining in this effort, the BAP Administrator and Claims Administrator continue to perform their duties. As outlined in their respective reports, the BAP Administrator is responding to BAP exam requests, managing Qualified BAP Providers and BAP benefits, and overseeing lien administration and the Qualified Settlement Fund; the Claims Administrator is overseeing award process management, processing claim files, managing Qualified MAF Physicians, overseeing audits, managing the award distribution process, and overseeing the coordinated communication of parties, administrators, and Special Masters.

6. Each month, after review with the Claims Administrator, the Special Masters authorize payments of Monetary Awards to Settlement Class Members (SCMs) as well as to relevant parties, attorneys, lienholders, and third-party funders where appropriate. As noted in BrownGreer's report, $1,005,809,044 has been paid to or on behalf of Settlement Class Members as of May 23, 2023.

7. The Special Masters ensure that the work of the Administrators is communicated to the Court regularly and ensure the Court's input into matters arising in the efficient and fair administration of the Settlement Agreement.

## Communication and Reporting Updates

8. As mentioned above, at the request of and in collaboration with the Claims Administrator, the BAP Administrator, and the Parties, the Special Masters have been reviewing the communication mechanisms and reporting styles of the Settlement. Together, the Administrators and the Special Masters have given significant thought and attention as to how to best provide relevant information about the Settlement to class members, their families, and the public at large.

9. These efforts result in a recent re-launch of the public-facing Settlement website, featuring updated FAQs with improved navigation, simplified menu options, reorganized content, and new functionalities. In particular, the FAQ section now draws attention to the most recently updated questions and the questions that receive the most clicks. We anticipate that the re-design of the Settlement website will improve the user experience while facilitating easier access to the most relevant information about the Settlement.

10. In addition to the re-design of the Settlement website, the Claims Administrator reorganized the NFL Concussion Settlement Weekly Summary Report to lead with the most important information and provide more detailed breakdowns of the data presented. Some of the notable sections are summarized below:

    a. Section A provides detailed information about payments made by the Settlement to date. Of note, Section A.2 provides a detailed breakdown of monetary award payments by diagnosis and status of payment.

    b. Section B provides data about Monetary Award Claims, including the number of claims submitted (Section B.3) and the qualifying diagnoses asserted (Section B.4), as well as the volume of claims submitted over the entire course of the Settlement (Section B.5). Sections B.6 and B.7

provide insight into claim and review status of Monetary Award Claims, showing that, generally, the majority of Claims after the effective date have been paid and a lower percentage of Claims have been denied or withdrawn. Further, the re-organized data provides insight about the operation of the Settlement over time. Section B.9 demonstrates that, as the Settlement developed clearer policies and weeded out ineffective doctors via audit, denials trend downwards over time. Section B.11 similarly demonstrates the sharp decline in denials after audits after early years of the Settlement.

   c. Section C breaks out Supplemental Award Claims from Monetary Award Claims, providing the same data as provided for Monetary Award Claims.

11. Overall, the improvements to the Settlement Website and to the Weekly Summary Report are intended to improve communication to the class members, their families, and the public. The Administrators and the Special Masters will continue to engage in these ongoing efforts to refine the Settlement's communication and reporting and welcome reactions to these changes at ClaimsAdministrator@NFLConcussionSettlement.com.

Respectfully submitted,

*Wendell Pritchett*

*JoAnn M Verrier*

*David A. Hoffman*