IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO:<br><br>GOLDBERG PERSKY WHITE V. SPID 1000012273 (R.P)<br><br>ATTORNEY LIEN DISPUTE (LIEN ID: 01712) | MDL No. 2323<br><br>Honorable Anita B. Brody |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on June 02, 2023, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notices of Attorney's Liens ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, R.P., who was issued a Notice of Monetary Award Claim Determination on March 23, 2022. The lien was filed in October 2020 by Goldberg Perskey White. R.P. is currently represented by JR Wyatt Law. As R.P.'s counsel, JR Wyatt Law, PLLC represents that R.P. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

*Jason Luckasevic*
_____
Jason Luckasevic, Esq.
Goldberg Persky White PC

_____
Justin Wyatt, Esq.
JR Wyatt Law PLLC

APPROVED:

Date: June 7, 2023

/s/ David R. Strawbridge, USMJ
_____
David R. Strawbridge
United States Magistrate Judge