IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | |
| **THIS DOCUMENT RELATES TO:**<br><br>**JOHN D. GIDDENS, P.A.**<br>**V.**<br>**SPID 100002567 (A.M.C.)**<br>**ATTORNEY LIEN DISPUTE**<br>**CASE NO. 01311**<br>**AND**<br>**THE LORENTZ LAW FIRM, P.A.**<br>**V.**<br>**SPID 100002567 (A.M.C.)**<br>**ATTORNEY LIEN DISPUTE**<br>**CASE NO. 02150** | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Honorable Anita B. Brody |

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on June 12, 2023, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, A.M.C., who was issued a Notice of Monetary Award Claim Determination. The Liens were filed in August 2018 by John D. Giddens, P.A. and in February 2023 by The Lorentz Law Firm, P.A. A.M.C. is currently represented by Shenaq PC. As A.M.C.'s counsel, Shenaq PC represents that A.M.C. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

/s John Giddens                                              /s Amir Shenaq

Name:                                                        Name: Amir Shenaq

John D. Giddens, P.A.                                        Shenaq PC

Name:   John Lorentz

The Lorentz Law Firm, P.A.


APPROVED:

Date:  June 13, 2023                         /s/ David R. Strawbridge, USMJ

                                             David R. Strawbridge

                                             United States Magistrate Judge