# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION ) ) ) | 2:12-md-02323-AB |
| ) | |
| This document relates to: ) ) | |
| ) | **PETITION TO ESTABLISH** |
| **Rex Kern** ) | **ATTORNEY'S LIEN** |
| ) ) ) | |

## PETITION TO ESTABLISH ATTORNEY'S LIEN

Now comes the Petitioner, James R. Acho for Cummings, McClorey, Davis & Acho, PLC ("CMDA") and, pursuant to *Bennett v. Weitz*, 220 Mich. App. 295, 297; 559 N.W.2d 354 (1996), and the executed "Contingency Fee Agreement," states as follows:

1. The Petitioner is an attorney at law, and files this Petition to establish his and CMDA's lien for attorney fees as set forth hereinafter.

2. On or around November 2016, CMDA was retained and employed by Rex Kern pursuant to a contingency fee agreement, to pursue a claim for injuries and damages against the National Football League associated with football-related concussions, head, and brain injuries.

3. Mr. Kern's contingency fee agreement contains the following terms: If no recovery is made, the client will not owe any legal fees or expenses. If CMDA obtains a settlement or judgment for the client, the client will pay to CMDA twenty percent (20%) of the net recovery after reimbursement of expenses.

4. From the date CMDA was authorized to proceed on behalf of Mr. Kern, the Petitioner and other CMDA attorneys have actively and diligently applied themselves to the

investigation, preparation, and pursuit of Mr. Kern's claims, and have taken all steps necessary to prosecute those claims including, but not limited to:

- Sending Mr. Kern to medical appointments with neurologist, Steven Schechter, MD, and neuropsychologist, Charles Seigerman, PhD – both of which Attorney Acho attended with Mr. Kern;
- Numerous correspondence and communication with Mr. Kern on 1/19/2017, 3/24/2017, 3/27/2017, 3/28/2017, 4/20/2017, 2/8/2018, 7/23/2018, 7/30/2018, 8/8/2018, 9/7/2018, 10/29/2018, 3/9/2020, 4/7/2021, 8/8/2021, 4/3/2022, 6/5/2022, and 1/9/2023;
- Preparation and review of Mr. Kern's factual and legal circumstances;
- Obtaining and reviewing medical records.

Further, Attorney Acho has remained in consistent communication with Mr. Kern until present date.

5. Mr. Kern has recently discharged the Petitioner and CMDA as his attorneys in this matter <u>at Mr. Acho's suggestion</u> that perhaps another attorney could better represent him in the concussion claim. The understanding was that if the claim was awarded, Mr. Acho's fees/costs would be paid out of new counsel's fee.

6. The Petitioner and CMDA were not terminated by Mr. Kern for cause, and the termination was not due to any malfeasance or other improper action on the part of Petitioner and/or CMDA.

7. The Petitioner claims the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Mr. Kern in this action.

WHEREFORE, the Petitioner requests:

    a. That his attorney's lien be determined;

    b. That the amount of the lien be established;

      c.      That the Court order that the Petitioner be entitled to enforce his attorney's lien against the proceeds to be derived from any settlement or judgment in this action;

      d.      That Defendant or the Defendant's insurer be prohibited from paying to Mr. Kern any sums of money until said lien has been satisfied;

      e.      For such other and further relief as this Court deems just.

Respectfully Submitted,

/s/ James R. Acho
Cummings, McClorey, Davis & Acho, PLC
14736 College Parkway
Livonia, MI 48152
(734) 261-2400
jacho@cmda-law.com
Michigan Bar No. (P-62175)

Dated: June 15, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: June 15, 2023

/s/ James R. Acho
Cummings, McClorey, Davis & Acho, PLC
14736 College Parkway
Livonia, MI 48152
(734) 261-2400
jacho@cmda-law.com
Michigan Bar No. (P-62175)