IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>          Plaintiffs,<br>  v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>          Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Smith & Stallworth, P.A.<br>v.<br>SPID 260001304 (J.W.)<br><br>Attorney Lien Dispute<br>(Lien Disp. No. 01780) | |

**ORDER**

AND NOW, this 16th day of June, 2023, for the reasons set out in the accompanying Memorandum Opinion, the funds currently withheld for counsel fees and costs for the above-referenced Settlement Class Member from the Monetary Award approved on July 22, 2022 are **APPORTIONED** as follows:

1. Of the funds currently withheld by the Claims Administrator for distribution of counsel fee at present, as well as the 5% portion of J.W.'s Monetary Award that is currently withheld in the Attorneys' Fees Qualified Settlement Fund pursuant to the Court's June 27, 2018 Order Regarding Withholdings for Common Benefit Fund (Doc. No. 10104), to the extent any of these funds are later released for payment to

individual attorneys:

    a.   1/3rd is allocated to Langfitt PLLC as attorney's fees;

    b.   1/3rd is allocated to Smith & Stallworth, P.A. as attorney's fees;

    c.   1/3rd is allocated to the Settlement Class Member; and

2. Of the funds currently withheld by the Claims Administrator for reimbursement to counsel for costs, Langfitt shall receive $7,700.00 in costs

The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this allocation, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

                                              BY THE COURT:

                                              /s/ David R. Strawbridge, USMJ
                                              DAVID R. STRAWBRIDGE
                                              UNITED STATES MAGISTRATE JUDGE