IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |

Kevin Turner and Shawn Wooden, on behalf
of themselves and others similarly situated,

                                                         Plaintiffs,

     v.

National Football League and NFL Properties, LLC,
successor-in-interest to NFL Properties, Inc.,

                                                         Defendants.

THIS DOCUMENT RELATES TO:
McCorvey Law, LLC
v.
SPID 100014482 (S.S.)
Attorney Lien Dispute
Case No. 00178

## WAIVER OF APPEAL

Pursuant to the Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on July 6, 2023, all undersigned parties hereby waive their right to appeal the final decision regarding the Notice of Attorney's Lien ("Lien") seeking attorney's fees and costs from any Monetary Award to be paid to Settlement Class Member, S.S., who was issued a Notice of Monetary Award Claim Determination on February 13, 2023. The lien was filed on February 13, 2018 by McCorvey Law, LLC. S.S. is currently represented by John D. Giddens of John D. Giddens, P.A.. As S.S.'s counsel, John D. Giddens represents that S.S. fully understands the terms and the implications of the stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

_____
Name: John D. Giddens
      John D. Giddens, PA

_____
Name: Derriel McCorvey
      McCorvey Law, LLC

Approved:

Date: July 7, 2023

/s/ David R. Strawbridge, USMJ
_____
David R. Strawbridge
United State Magistrate Judge