# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>**This document relates to:**<br><br>**TATUM BELL**, Plaintiff, USDC, EDPA, Docket No. 2:12-cv-03716-AB | MDL No. 2323<br><br>12-md-2323 (AB)<br><br>**NOTICE OF ATTORNEY'S LIEN** |

Pursuant to O.C.G.A. § 15-19-14, the Petitioner, Michael McGlamry, attorney for the Plaintiff in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  July 11, 2023

    Respectfully submitted,

    */s/Michael L. McGlamry*
    Michael L. McGlamry
    POPE McGLAMRY, P.C.
    3391 Peachtree Road, NE, Suite 300
    Atlanta, GA  30326
    Ph: 404-523-7706
    Fx: 404-524-1648
    efile@pmkm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Easter District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  July 11, 2023

                                           */s/Michael L. McGlamry*
                                           Michael L. McGlamry