# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>**This document relates to:**<br><br>**TATUM BELL**, Plaintiff, USDC, EDPA, Docket No. 2:12-cv-03716-AB | MDL No. 2323<br><br>12-md-2323 (AB)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien,* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Pope McGlamry, P.C., specifically including Michael L. McGlamry, N. Kirkland Pope and Jay F. Hirsch as counsel for Plaintiff Tatum Bell in this MDL proceeding.

Dated: July 11, 2023

                                                      Respectfully submitted,

                                                      /s/ *Michael L. McGlamry*
                                                      Michael L. McGlamry
                                                      POPE McGLAMRY, P.C.
                                                      3391 Peachtree Road, NE, Suite 300
                                                      Atlanta, GA  30326
                                                      Ph: 404-523-7706
                                                      Fx: 404-524-1648
                                                      efile@pmkm.com

1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br><br> 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - <br><br> **TATUM BELL**, Plaintiff, USDC, EDPA, Docket No. 2:12-cv-03716-AB | **CERTIFICATE OF SERVICE** |

I hereby certify that, on July 11, 2023, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Michael L. McGlamry*