# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br><br> 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - <br><br> **This document relates to:** <br><br> **LEWIS S. SCOTT and CHARLESETTA SCOTT, his wife**, Plaintiffs, USDC, EDPA, Docket No. 2:13-cv-05770-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to O.C.G.A. § 15-19-14, the Petitioner, Michael McGlamry, attorney for the Plaintiffs in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  July 12, 2023

                                                                                   Respectfully submitted,

                                                                                   */s/Michael L. McGlamry*
                                                                                    Michael L. McGlamry
                                                                                    POPE McGLAMRY, P.C.
                                                                                    3391 Peachtree Road, NE, Suite 300
                                                                                    Atlanta, GA  30326
                                                                                    Ph: 404-523-7706
                                                                                    Fx: 404-524-1648
                                                                                    efile@pmkm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Easter District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  July 12, 2023

                                          */s/Michael L. McGlamry*
                                          Michael L. McGlamry