# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>**This document relates to:**<br><br>**LEWIS S. SCOTT and CHARLESETTA SCOTT, his wife**, Plaintiffs, USDC, EDPA, Docket No. 2:13-cv-05770-AB | **MDL No. 2323**<br><br>12-md-2323 (AB)<br><br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien,* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Pope McGlamry, P.C., specifically including Michael L. McGlamry, N. Kirkland Pope and Jay F. Hirsch as counsel for Plaintiffs Lewis S. Scott and Charlesetta Scott in this MDL proceeding.

Dated: July 12, 2023

Respectfully submitted,

/s/ *Michael L. McGlamry*

Michael L. McGlamry
POPE McGLAMRY, P.C.
3391 Peachtree Road, NE, Suite 300
Atlanta, GA 30326
Ph: 404-523-7706
Fx: 404-524-1648
efile@pmkm.com

1

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| | 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| **LEWIS S. SCOTT and CHARLESETTA SCOTT, his wife**, Plaintiffs, USDC, EDPA, Docket No. 2:13-cv-05770-AB | **CERTIFICATE OF SERVICE** |

I hereby certify that, on July 12, 2023, I caused a true and correct copy of the

foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via

CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Michael L. McGlamry*

2