IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,                                     Plaintiffs<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                                    Defendants.<br><br>THIS DOCUMENT RELATES TO:<br><br>Smith & Stallworth v. Locks Law Firm Attorney Lien Dispute | STIPULATION: WAIVING RIGHT TO APPEAL ATTORNEY LIEN RE: LAWRENCE WATKINS<br><br>FOR JURISDICTION: MAGISTRATE JUDGE DAVID R. STRAWBRIDGE |

Dated: July 14, 2023

The two law firms Smith & Stallworth & Locks Law Firm both hereby stipulate and waive their right to appeal Magistrate Judge Strawbridge's Explanation and Order issued on 7/14/2023 at Docket # 12169 wherein Magistrate Strawbridge granted the withdrawal of the lien dispute re Lawrence Watkins after resolution by the two law firms and ordered the distribution of withheld funds.

This Stipulation Waiving Right to Appeal the Lien re Lawrence Watkins filed by both Smith & Stallworth & Locks Law Firm, hereby notices to Magistrate Judge Strawbridge and the Claims Administrator to take note that these two law firms have stipulated not to file any appeal regarding Magistrate Judge Strawbridge's Explanation and Order at Docket # 12169, and respectfully requests therefore that the withheld funds re attorney's fees and expenses be distributed at the next payment by the Claims Administrator, along with the Monetary Award funds to be paid to Lawrence Watkins.

This Stipulation Waiving Right to Appeal the Lien re Lawrence Watkins further represents that the Settlement Class Member Lawrence Watkins understands the implications of this Stipulation, and also consents to this waiver of the right to appeal herein.



Smith & Stallworth
500 N. Westshore Blvd, Suite 950
Tampa, FL 33609
Email: mworth@smithstallworth.com

And

/s/ Michael B. Leh

Michael B. Leh, Esquire
Locks Law Firm
The Curtis Center
601 Walnut Street
Suite 720 East
Philadelphia, PA 19106
Email:
mleh@lockslaw.com

APPROVED:

Date: July 17, 2023

/s/ David R. Strawbridge, USMJ
David R. Strawbridge
United States Magistrate Judge