UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, on behalf Of themselves and others similarly situated,<br>　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, Successor-in-interest to NFL Properties, Inc,<br>　　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>DOC. No. 12158<br><br>Pope McGlamry PC<br>v.<br>SPID No. 10001915 (R.B.)<br><br>Attorney Lien Dispute<br>(Lien Disp. No. 00289) | |

**MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO ORDER TO SHOW CAUSE**

　　　Pursuant to Fed.R.Civ.Pro. 6(b)(1), the Undersigned requests an extension of time to file its Response to Order to Show Cause, based upon Magistrate Judge Strawbridge's Order, which was issued on July 7, 2023, Doc. No. 12158. This request is for an additional (ten) 10 day extension from the date of issuance of this Order, which is now July 27, 2023.

　　　The breath and scope of the claims levied upon the Undersigned, and the Collins & Truett law firm, both by Pope McGlamry and by Magistrate Judge Strawbridge, are atypically extensive, thereby requiring the Undersigned much more than the original 10 days allotted for a thorough

1

and compelling Response.

In addition, the Undersigned's primary full-time NFL Consultant, whose testimony is <u>considerably relevant</u> to this matter, suffers from a serious medical condition that had rendered her ability to provide a full account and testimony as to much of the disputed facts of this matter difficult, if not impossible, up until today and going back almost two weeks. She is now mostly back on her feet and able to materially assist with the Undersigned's forthcoming Response. Her testimony and input here are absolutely imperative to this forthcoming Response, as she is the party who has been pro actively working with the Undersigned, the SCM, and the NFL Claims Administrator on this case. Her Consulting offices are, and always have been located in Houston, Texas, which is approximately 24 miles, or 26 minutes from Spring, Texas.

Lastly, the Undersigned sincerely apologizes to the Court for submitting this Request for Extension of Time to File shortly after the date specified by Magistrate Judge Strawbridge, as the Collins & Truett law firm needed to prioritize its time to the unwavering continuum of working actively with its NFL and personal injury clients, dealing with their ongoing and pressing needs. Collins & Truett is a small law firm that does not have the extensive resources and throughput required to review, research and draft a sufficient Response to a lengthy and unexpected judicial Order comprised of multi-tiered claims, inferences, and accusations in the short amount of time allowed by the Court. And, based upon the nature and scope of the Magistrate's Order, a thoughtful and authentic Response is definitively required.

WHEREFORE, due to the culmination of the inherent obstacles referenced above, in combination with the extensiveness and gravity of the claims levied upon the Undersigned, both by Pope McGlamry and by Magistrate Judge Strawbridge, it is earnestly and respectfully requested that the Court grant an additional 10 days to file the forthcoming Response to Order to Show Cause.

Respectfully submitted on this 19th Day of July, 2023.

*/s/ Richard B. Collins*
Florida Bar No. 161195
Collins & Truett Attorneys, P.A.
113 South Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 765-5798
E-Mail: Dick@CollinsTruett.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's electronic filing system this 19th Day of July, 2023, to all relevant parties.