# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Pope McGlamry PC<br>v.<br>SPID 10001915 (R.B.)<br><br>Attorney Lien Dispute<br>(Lien Disp. No. 00289) | |

## ORDER

**AND NOW**, this 19th day of July, 2023, upon consideration of the Motion for Extension of Time to File Response to Order to Show Cause (Doc. 12176), **IT IS HEREBY ORDERED** that the request is **GRANTED** and that the deadline for Collins & Truett to respond to the Order of this Court dated July 7, 2023 (Doc. 12158) **IS EXTENDED** to July 27, 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　 /s/ David R. Strawbridge, USMJ_____
　　　　　　　　　　　　　　　　　　　　DAVID R. STRAWBRIDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE