UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>      v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**CLASS COUNSEL'S MOTION FOR APPROVAL TO CONTINUE FUNDING THE PREVIOUSLY APPROVED INNOVATE PROJECT THROUGH THE EDUCATION <u>FUND AND MEMORANDUM IN SUPPORT</u>**

Pursuant to Article XII of the Amended Settlement Agreement, Class Counsel respectfully submits its Motion for Approval to Continue Funding the Previously Approved InnovATe Project Through the Education Fund and memorandum in support thereof. The NFL Parties consent to the filing of this motion and memorandum.

## **PRELIMINARY STATEMENT**

As the Court is aware, one of the core benefits of the Amended Settlement Agreement approved by the Court was the establishment of a $10 million Education Fund to support, among other things, programs promoting safety and injury prevention with respect to football players (Amended Settlement Agreement, Section 3.1(c)). Class Counsel, Counsel for the NFL, and the Special Masters spent considerable time and effort to identify appropriate programs that would best serve the purposes of the Education Fund, and Class Counsel moved this Court in January, 2020 for an Order approving, among other things, funding for the Korey Stringer Institute to establish, implement and manage its Athletic Trainer program (also known as The innovATe Project) ("Project").  The goal of the Project was to provide funding to 10-14 school districts, currently without athletic trainers, to hire and retain much-needed athletic trainers, a critical step in promoting safety and injury prevention for student athletes.

As Class Counsel explained in its prior motion, the Korey Stringer Institute ("KSI") is a non-profit organization dedicated to continuing the legacy of Korey Stringer, a Minnesota Vikings player who died from heat stroke during training camp in 2001.  Founded in 2010 and located at the University of Connecticut, KSI has been recognized as an expert in the field of sports health and safety and has significant experience managing large-scale safety-related programs.

After allowing time for public comment, the Court approved Class Counsel's motion and issued its Order and Explanation for Approval of Education Fund Programs on March 23, 2020 (ECF 11033), approving a preliminary budget of $3 million for KSI to establish, implement, and manage the Project.  The Order also stated that ". . . the Court understands that in the future, and in consultation with the Special Masters and the NFL Parties, Class Counsel will consider whether

to recommend, and seek Court approval for, Education Fund funding for additional school districts in further support of the Project."

Based on the success of the Project to date, (described in more detail below) Class Counsel, in consultation with the Special Masters and the NFL Parties, recommends additional Education Fund funding in further support of the Project. Accordingly, Class Counsel moves the Court, pursuant to Article XII of the Amended Settlement Agreement, for an Order approving the continued funding of the previously approved innovATe Project as proposed herein.

### The innovate Project to Date

The innovATe Project, as approved by the Court, was designed to provide funding to 10 - 14 school districts over a 5-year period. The school districts would be selected in three cohorts (Cohort 1, Cohort 2, and Cohort 3) consisting of 3 – 5 school districts each, with each cohort being selected on a yearly basis. The funding of each cohort would begin a few months after selection and would continue for 3 years. The attached innovATe Extension Proposal provides a detailed description of the work that has been accomplished since the inception of the Project (see Ex. A, pp.2-4), so Class Counsel will just provide a brief overview.

Shortly after the Court issued its Order approving the funding for the Project in March 2020, KSI began developing the Project's grant program and promoting the Project to recruit potential applicants. That work resulted in 23 school districts submitting applications to be considered for Cohort 1. In early 2021, KSI selected 4 school districts to receive funding as part of Cohort 1 and those school districts began receiving funding in June 2021 and will continue to receive funding through June 2024.

KSI then selected 3 school districts to receive funding as part of Cohort 2 in early 2022 and began funding those school districts in June 2022.  That funding will continue through June 2025.  A few months ago, KSI selected 4 school districts to receive funding as part of Cohort 3 (the final innovATe cohort under the terms of the order issued by the Court in 2020), and funding for the Cohort 3 school districts is scheduled to begin this month and will continue through June 2026.

The table in the innovATe Extension Proposal (see Ex. A, p. 4) provides detailed demographics of the 11 school districts that are currently receiving support through the innovATe Project.  The 11 school districts are comprised of 41 individual high schools, with a total student population of almost 34,000 students, including almost 11,000 student athletes.  The Project is meeting its goal of increasing access to medical care provided by athletic trainers for student athletes in under-resourced communities.  In addition, attached are letters of appreciation from two of the Cohort 1 school districts receiving funding through the Project (Ex. B).  As these letters illustrate, the funding provided by the Project is having a real-life impact in the communities receiving the funding.

**Proposed Extension of the innovATe Project**

Class Counsel, the NFL, and KSI believe it is important to continue the innovATe Project beyond the 11 school districts receiving funding under the terms of the previously approved agreement.   Specifically, as outlined in the innovATe Extension Proposal (Ex. A), the requested extension of the innovATe Project would be for another 5-year period and would authorize KSI to select an additional 12 school districts to receive funding through the Education Fund (Cohorts 4, 5 and 6).

The timing for the selection and funding for the additional 12 school districts would be as follows:

- Cohort 4 - selection by early 2024; funding from June 2024 through June 2027;
- Cohort 5 - selection by early 2025; funding from June 2025 through June 2028;
- Cohort 6 - selection by early 2026; funding from June 2026 through June 2029.

As noted earlier, Cohort 3 was the last group to be selected under the terms of the original agreement. Class Counsel is moving at this time because KSI needs to begin the selection process for the Cohort 4 school districts by September 2023 in order to make its selections by early 2024 and avoid any discontinuation in the selection process. If Class Counsel were to wait until the end of the previously approved 5-year period to request the extension of the innovATe Project, there would be a two-year period of time where no school districts would be selected by KSI. Class Counsel and KSI believe it is vital to the success of the Project that there be no gaps in the selection process.

Approximate Costs/Parameters of Project

As proposed, the total approximate cost to continue the Project for an additional 5-year period will be $3.088 million, inclusive of the Program grants and management/administrative expenses. The following is a breakdown of that total amount:

i. Program Grants

Each selected school district will receive a total of approximately $180,000 over a three-year period. Assuming an average funding amount of $180,000 per school district, 12 school districts could be funded by the program for a total grant allotment of $2.16 million.

ii. <u>Management and Administrative Expenses</u>

KSI will continue to lead the administration of the Project to bring athletic trainers to under-resourced school districts. Among other duties, KSI will undertake grant criteria development and procurement, program promotion, on-site collaboration to assist potential applicants to nurture local medical partnerships, grant review, grant distribution and ongoing engagement with the selected schools. The innovATe Extension Proposal, attached hereto as Exhibit A, provides greater detail regarding KSI's role in the continuation of the Project.

KSI's Project Management Fee will average approximately $140,000/year for five years starting at the inception of the Project, for a total of approximately $700,000. Administrative expenses to the University of Connecticut, which houses KSI, are 8% of the total project costs ($2.86 million) or $228,800.

Accordingly, Class Counsel, based on consultation with the Special Masters, the NFL Parties and KSI, seeks approval and authorization to continue funding the innovATe Project for an additional 5-year period, as outlined in Exhibit A, in an amount not to exceed $3.088 million.

<u>Additional Funding in the Future</u>

If the Court authorizes the continued distribution of money from the Education Fund for the Project, Class Counsel, in consultation with the Special Masters and the NFL Parties, will monitor the performance of the Project during the second five-year period and determine whether to recommend, and seek Court approval for, Education Fund funding for additional school districts in further support of the Project.

## **CONCLUSION**

For the foregoing reasons, Class Counsel respectfully requests that the Court approve the Education Fund's continued funding of the innovATe Project as described above.

Dated: July 20, 2023

                                        Respectfully submitted,

                                        */s/ Christopher A. Seeger*
                                        Christopher A. Seeger
                                        SEEGER WEISS LLP
                                        55 Challenger Road, 6th Floor
                                        Ridgefield Park, NJ  07660
                                        cseeger@seegerweiss.com
                                        Telephone: (212) 584-0700
                                        ***CLASS COUNSEL***