# EXHIBIT B

 Mass General Brigham

Mass General Brigham
Sports Medicine
399 Revolution Drive
Somerville, MA 02145

Douglas Casa, PhD, ATC
CEO, Korey Stringer Institute

Christianne Eason, PhD, ATC
Director, InnovATe, Korey Stringer Institute

University of Connecticut
2095 Hillside Road U-1110
Storrs, CT 06269

6/2/2023

Dr. Casa and Dr. Eason,

      We would like to take the opportunity to update you on the status of athletic training services at Boston Public Schools and the progress we have been able to make since Boston Public Schools received the InnovATe Grant through the Korey Stringer Institute. This grant has been instrumental in growing the athletic training and sports medicine outreach program for the Boston Public Schools Department of Athletics.

      In the spring of 2021, the Mass General Brigham Senior Director of Boston Partnerships, Equity and Inclusion knew of our system wide initiative to unite and expand the Mass General Brigham Sports Medicine service line across our many health care institutions. She reached out and let us know that Boston Public Schools was in great need of health care services for the student athletes. We subsequently met with Avery Esdaile, Athletic Director for Boston Public Schools. During our initial conversation, it became clear that there was a great opportunity to offer sports medicine services to this community. Prior to the 2021-22 school year, Boston Public Schools would receive physician coverage for home football games and occasional athletic training coverage for other games that mandated medical coverage (hockey and post-season games) from Boston Children's Hospital and Boston Medical Center. After a thorough needs assessment and collaboration with colleagues who work in similar sized urban school systems, it became clear that Boston Public Schools would need 13-15 athletic trainers who would have the oversite from 4-6 team physicians. However, funding for this program would be a significant obstacle.

      In order to source the funding for the program that needed to be put into place, we advised Avery Esdaile to reach out to the Korey Stringer Institute and apply for the InnovATe Grant. Soon after the application for the grant Boston Public Schools found out that they were awarded the funding for two athletic trainers for three years. After finding out the grant was obtained, we consulted with the Mass General Brigham Sports Medicine leadership team on developing a discounted financial model so that Boston Public Schools could stretch the funding from the grant over a larger team of athletic trainers.



Mass General Brigham
Sports Medicine
399 Revolution Drive
Somerville, MA 02145

A discounted model was proposed to the Boston Public Schools Department of Athletics. The model detailed providing 7.5 full time athletic trainers over a three year period. Boston Public Schools accepted the proposal, and we entered a contract during the summer of 2021 that would cover the 2021-2022, 2022-2023, and 2023-2024 school years. Recruitment for this team began immediately. We successfully secured the necessary physician oversite for this project with a team of attending physicians, fellows, and residents from Brigham and Women's Hospital, Mass General Hospital, and Spaulding Rehab Network. We are also in collaboration with physicians from Boston Children's Hospital and Boston Medical Center to ensure that we can meet the needs of the student athletes who seek care outside of our network for a variety of reasons.

We began building the athletic training staff with two full time athletic trainers and three per diem athletic trainers in September of 2022. As of May of 2023, the athletic training team is now staffed at seven full time athletic trainers, one part time athletic trainer, and two per diem athletic trainers. This meets the initial recruiting goal for the proposal that Boston Public Schools accepted in the summer of 2021.

This staffing level has allowed us to do the following:
- Develop a hub and spoke model for the provision of athletic training services. Athletic trainers operate out of 6 hub high schools and provide services to a total of 17 different schools.
- Provide consultation at the hub schools but also allow the athletic trainers to visit other schools and work with those athletes.
- Provide game coverage for the majority of home games
- Travel with teams for away contests during playoffs
- Develop emergency action plans and provide coach education on injury management
- Develop collaborative relationships with school nurses for the interprofessional management of concussion and other injuries that impact the athlete's academic performance, and the management of medical information
- Provide pre participation physical examination services on site for athletes in need
- Provide onsite game injury management and follow up care
- Provide and facilitate timely and efficient referral to world class sports medicine physicians

It is our hope that the investments made in Boston Public Schools by the Korey Stringer Institute and Mass General Brigham will continue to grow beyond the InnovATe Grant. The athletic training team that has worked with Boston Public Schools over the past two years have created the essential relationships with students, parents, coaches, school nurses, and school administrators to establish the foundation of a comprehensive sports medicine program. We are still working towards the goal of an athletic training team that meets the initial assessment of 13-15 athletic trainers. It is clear that the support from KSI was the initial building block that has



Mass General Brigham
Sports Medicine
399 Revolution Drive
Somerville, MA 02145

enabled Boston Public Schools to grow a multi-disciplinary, comprehensive sports medicine program that spans many institutions across Boston and has improved the health care access to nearly five thousand student athletes.

Michael Belanger, PT, MSPT, ATC

Director of Athletic Training and Sports Medicine Outreach, Mass General Brigham Sports Medicine
20 Patriots Place
Foxboro, MA 02035

James Zachazewski, PT, DPT, ATC

Athletic Training Supervisor, Boston District, Mass General Brigham Sports Medicine

Lead Athletic Trainer, Boston Public Schools Athletic Training Services
White Stadium
PO Box 302205
Jamaica Plain, MA 02130

SUMTER COUNTY HIGH SCHOOL



**903 SOUTH GA TECH PARKWAY**
**AMERICUS, GEORGIA 31709**
**Phone (229) 924-3653  Fax (229) 931-8618**

**Dr. Marnie Dutcher, Principal**                           **Dr. Kenyatta Aldridge, Assistant Principal**
**Mr. Joseph Moncrief, Assistant Principal**               **Mr. Martin Mitchell, Assistant Principal**

May 16, 2023

Dear Mr. Papale,

On behalf of Sumter County Schools and the Panther Nation, I would like to thank you for the opportunity and generosity of innovATe, Defibtech, and In A Heartbeat has given our athletic programs and community. The ability to have a certified athletic trainer to guide and assist our programs is a game changer. Too many times, our coaches have been put into situations to where they have had to be the athletic trainer. Knowing that we will have a certified individual on staff will go a long way to improving the health and care of our student-athletes, coaches, and community.

Additionally, I thank you for the donation of an AED for our athletic trainer. No one can know when a sudden cardiac arrest will occur. But knowing that our athletic trainer will have the right equipment on hand to save a life is truly comforting.

As requested, the following is the contact information and shipping for the AED.

**School Name:** Sumter County High School
**Contact Name:** James Coleman Price, Director of Athletics
**Address:** 903 South Georgia Tech Pkwy
**City:** Americus
**State:** Georgia
**Zip:** 31709
**Email:** jprice@sumterschools.org
**Phone:** 229-357-0602

Again, **THANK YOU** for selecting Sumter County Schools in receiving the innovATe Grant and donating an AED to our athletic trainer. The Panther Nation is **GRATEFUL!**

Athletically yours,

*James C. P—*

James Coleman Price
Director of Athletics
Sumter County Schools

*The Sumter County School District does not discriminate on the basis of race, color, national origin, sex, age, or disability in admission to its programs, services, activities, or employment in access to them in treatment of individuals, or in any aspect of their operations.*