UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, on behalf Of themselves and others similarly situated,<br>　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, Successor-in-interest to NFL Properties, Inc,<br>　　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>DOC. No. 12160<br><br>Magistrate's Rejection of Unanimous Withdraw of Attorney's Lien as Related to:<br>SPID No. 100005759 (Q.G.) | |

**OBJECTION TO MAGISTRATE JUDGE STRAWBRIDGE'S REPORT AND RECOMMENDATION REGARDING REJECTION OF UNANIMOUS WITHDRAW OF ATTORNEY'S LIEN**

　　　　Pursuant to the Amended Rules Governing Attorney's Liens, filed by this Court on October 2, 2018, Rule 11, the three (3) law firms that are parties to this Lien Dispute (relating to SCM 10005759, Q.G.'s Monetary Award Legal Fees & Costs) amicably resolved this dispute among the parties, and arrived at a mutually agreed upon disbursement of the withheld attorney's fees & costs in this matter. All three law firms then properly and timely submitted their fully executed Withdraw of Attorney's Lien Dispute Forms to the NFL Claims Administrator on, or about the first week of April, 2023.

　　　　Notwithstanding, above and beyond the responsibilities of most, if not all other attorneys

1

and law firms engaged in the process of resolving lien's for this NFL Concussion Settlement, the Undersigned's law firm, Counsel for SCM Q.G., has been tasked with an additional and onerous task of providing "a complete accounting of tasks performed by all attorney's and staff in all pending and future lien proceedings," in perpetuity, as ordered by Honorable Judge Brody in a June 15, 2022 Settlement Implementation Determination. This Determination, an effective sanction upon the Collins & Truett law firm, with no termination date, is due to alleged past wrongdoing of an on-again-off-again part-time independent contractor, during his previous job as an intern at another law firm in 2017.

The Undersigned acknowledges Judge Brody's June 15, 2022 Determination, and is committed to abiding by its provisions until potential further notice from the Court. However, admittedly, in the midst of being engaged in the already arduous Lien Resolution process, actively and properly addressing the ongoing and pressing needs of our many other NFL and personal injury clients, scheduling for MAF and BAP testing, and undertaking the very rigorous pace of a normal personal injury Plaintiff's law firm, all with a somewhat limited staff, the Undersigned had sincerely overlooked this unique task handed down to him from Judge Brody.

The Undersigned and our NFL Specialist Consultant collectively promise that we will strive to do better regarding Judge Body's June 15, 2022 Determination, and always incorporate an "accounting of tasks performed by all attorneys, staff" for all "pending and future lien proceedings" going forward. Please see Exhibit 1, Statement from the Undersigned's Senior NFL Claims Specialist, and Exhibit 2, Accounting of tasks performed by all attorneys and staff (pertaining to this Lien Resolution).

WHEREFORE, the Undersigned, and all staff seek mercy from the Court due to their inadvertent omission by regretfully not submitting the aforementioned "accounting" with all of the other Lien Resolution material to the NFL Claims Administrator in a timely manner.

Respectfully submitted on this 24th Day of July, 2023.

/s/ *Richard B. Collins*
Florida Bar No. 161195
Collins & Truett Attorneys, P.A.
113 South Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 765-5798
E-Mail: Dick@CollinsTruett.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's electronic filing system this 24th Day of July, 2023, to all relevant parties.