From the Desk of Dr. Nola Sharon Delaney
*Sr NFL Claims Specialist for Collins & Truett Attorneys, P.A.*

  I am writing this statement to clarify that I, Dr. Nola Sharon Delaney, am the Senior NFL Claims Specialist working on a full-time basis in the capacity of independent contractor consultant for Collins & Truett Attorneys, P.A. I worked from my office in Houston, Texas during the dates in question pertaining to the representation of Mr. Quinn Gray, and I most recently relocated my office to Austin, Texas.

  As the NFL Claims Administrator is fully aware, I have been working with the Collins &Truett law firm in the same capacity for over three years. I perform all of my job duties under the supervision and oversight of Mr. Richard Collins, which are, generally, case management for all of the law firm's many NFL clients. As such, I handle a great deal of the day-to-day hands-on work, claims analysis, and regular communications with the NFL clients and the NFL Claims Administrator.

  One of the very important tasks that I undertake with Collins & Truett is reviewing all claims submissions, MAF and BAP evaluations, third-party medical records, and NFL Portal entries in order to ensure that everything is in strict compliance with the Rules of the NFL Concussion Litigation. This is a task that I take very seriously, and I take great pride in having been working with retired NFL players with, but not limited to, the NFL Concussion Litigation since this multi-district litigation first began in 2015.

  I started out in 2015 as a freelance NFL Consultant, consulting with retired NFL players independently, and committed to learn everything I possibly could about the NFL Concussion Litigation. I then continued on to work successfully as a consultant, in the capacity of NFL Claims Specialist, with other law firms who had NFL clients. Finally, with many years of experience in working closely with retired NFL players, and equal experience with compliance to the Rules of the NFL Concussion Litigation, I decided to work with Collins & Truett on a full-time basis, beginning in early 2020. I strongly admire this law firm's diligence, sincere focus on their NFL clientele, and their genuine understanding and empathy for the plight of so many retired NFL players who are now suffering with post-concussion syndrome and residual progressive neurological impairment.

  Myself, along with Collins & Truett, are honored to be in the position of having the opportunity to assist and guide retired NFL players with this very

complex and daunting NFL Concussion Settlement process. And, we are equally proud to say that each and every NFL Concussion Claim has been compiled and submitted to the NFL Claims Administrator by this law firm has been and will continue to be in strict adherence to the Rules of the Settlement.

    Subsequently, I worked with Collins & Truett on compiling the accounting of tasks performed by this law firm, including myself, on all work performed on Quinn Gray's matter, going back to October 28, 2020, just before Mr. Gray engaged the services of Collins & Truett on November 3, 2020. Speaking for myself, I sincerely apologize for not reminding Mr. Collins to include the names of the individuals that worked with Quinn Gray and the NFL Claims Administrator during the drafting of the "Chronological List." Until notified otherwise, in the future I will ensure that the names of all attorneys and staff are incorporated into subsequent lists during my review of the chronology, and prior to submission to the NFL Claims Administrator while responding to future Attorney's Liens.

_/s/_                                                  7/ 22 / 2023

Dr. Nola S. Delaney
Sr. NFL Claims Specialist