| **Quinn Gray - Chronology of Representation** | | | | |
|---|---|---|---|---|
| Date | Details | Timeframe | Location | Staff |
| 10/28/2020 | Made first contact with client, discussed case | 1.0 | Zoom TX & FL Offices | Sharon Delaney Richard Collins N.B. Epstein |
| 10/28/2020 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 10/30/2020 | Draft, Deliver, and Discuss Retainer Agreement | 3 | Office work and Phone | Richard Collins |
| 11/17/2020 | Analyzed claim in settlement portal and/or database | 5.5 | Office | Sharon Delaney |
| 11/17/2020 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 11/19/2020 | Analyzed claim in settlement portal and/or database | 1.0 | Office | Sharon Delaney |
| 11/20/2020 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 11/24/2020 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 11/24/2020 | Analyzed claim in settlement portal and/or database | 1.5 | Office | Sharon Delaney |
| 11/29/2020 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 12/1/2020 | Phone Call | 2.0 | Phone | Sharon Delaney |
| 12/1/2020 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 12/16/2020 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 12/17/2020 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |

| Date | Description | Hours | Location | Attorney |
|---|---|---|---|---|
| 12/17/2020 | Analyzed claim in settlement portal and/or database | 7 | Office work and Phone | Sharon Delaney Richard Collins |
| 12/17/2020 | Submitted Completed Claim | 2.5 | Office | Sharon Delaney Richard Collins |
| 12/25/2020 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 12/30/2020 | Analyzed claim in settlement portal and/or database | 3.0 | Office | Sharon Delaney |
| 12/30/2020 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 01/25/2021 | Analyzed claim in settlement portal and/or database | 2.5 | Office | Sharon Delaney |
| 01/25/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 01/26/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 01/26/2021 | Zoom call | 0.5 | Zoom | Sharon Delaney |
| 01/26/2021 | Email correspondence with client | 0.5 | Office | Sharon Delaney |
| 01/27/2021 | Analyzed claim in settlement portal and/or database | 1.0 | Office | Sharon Delaney |
| 01/31/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 02/03/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 02/08/2021 | Analyzed claim in settlement portal and/or database | 3.5 | Office | Sharon Delaney |
| 02/08/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |

| Date | Description | Hours | Location | Person |
|---|---|---|---|---|
| 02/08/2021 | Email correspondence with client | 1.0 | Office | Sharon Delaney |
| 03/26/2021 | Analyzed claim in settlement portal and/or database | 2.0 | Office | Sharon Delaney |
| 03/26/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 04/26/2021 | Analyzed claim in settlement portal and/or database | 1.5 | Office | Sharon Delaney |
| 04/26/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 06/18/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 06/18/2021 | Zoom call | 1.0 | Zoom | Sharon Delaney |
| 07/30/2021 | Analyzed claim in settlement portal and/or database | 0.5 | Office | Sharon Delaney |
| 07/30/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 08/18/2021 | Analyzed claim in settlement portal and/or database | 2.0 | Office | Sharon Delaney |
| 08/18/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 08/18/2021 | Phone Call | 1.0 | Phone | Sharon Delaney |
| 08/18/2021 | Email correspondence with client | 1.0 | Office | Sharon Delaney |
| 08/22/2021 | Analyzed claim in settlement portal and/or database | 0.5 | Office | Sharon Delaney |
| 08/22/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |

| 11/10/2021 | Analyzed claim in settlement portal and/or database | 1.5 | Office | Sharon Delaney |
| 11/10/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 11/12/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 11/17/2021 | Communication through Text messaging | 1 | Office | Sharon Delaney |
| 11/24/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 11/24/2021 | Zoom call | 1.5 | Zoom | Sharon Delaney |
| 11/25/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 12/25/2021 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 01/04/2022 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 01/26/2022 | Communication through Text messaging | 1.0 | Office | Sharon Delaney |
| 02/03/2022 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 02/12/2022 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 02/17/2022 | Analyzed claim in settlement portal and/or database | 2.0 | Office | Sharon Delaney |
| 02/17/2022 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 03/29/2022 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |

| 05/06/2022 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| --- | --- | --- | --- | --- |
| 07/23/2022 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 08/12/2022 | Communication through Text messaging | 1.0 | Office | Sharon Delaney |
| 08/12/2022 | Phone Call | 2.0 | Phone | Sharon Delaney |
| 10/21/2022 | Communication through Text messaging | 1.0 | Office | Sharon Delaney |
| 10/24/2022 | Communication through Text messaging | 0.5 | Office | Sharon Delaney |
| 11/28/2022 | Communication through Text messaging | 1 | Office | Sharon Delaney |
| 11/28/2022 | Phone Call | 1 | Phone | Sharon Delaney Richard Collins |
| 10/28/2020-11/28/2022 | Internal Discussions regarding Case | 10 | Office | Collins & Truett and Consultants *Excluding N.B. Epstein after 6/22/2021 |
| 10/28/2020-11/28/2022 | Multiple calls & emails to BAP | 4 | Phone | Sharon Delaney |