| **Reginald D. Brown - Collins & Truett Chronology of Representation** | | | | |
|---|---|---|---|---|
| Date | Details | Timeframe | Location | Staff |
| 4/19/2022 | Initial meeting with Mr. Brown in person and by phone | 3.5 | Traveled to Spring TX, and by phone | Richard Collins Sharon Delaney |
| 4/20/2022 | Draft, Deliver, and Discuss Retainer Agreement | 3 | Office work and Phone | Richard Collins |
| 5/11/2022 | Analyzed claim in settlement portal and/or database | 5.5 | In-office | Sharon Delaney |
| 5/12/2022 | Communication through Text messaging with client | 1.0 | In-office | Sharon Delaney |
| 5/12/2022 | Analyzed claim in settlement portal and/or database | 1.0 | In-office | Sharon Delaney |
| 5/13/2022 | Communication through Text messaging with client | 0.5 | In-office | Sharon Delaney |
| 5/13/2022 | Analyzed claim in settlement portal and/or database | 1.5 | In-office | Sharon Delaney |
| 5/16/2022 | Phone Call with client | 2.0 | Phone | Sharon Delaney and Richard Collins |
| 5/16/2022 | Analyzed claim in settlement portal and/or database | 2.0 | In-office | Sharon Delaney |
| 5/18/2022 | Communication through Text messaging with client | 1.0 | In-office | Sharon Delaney |
| 5/19/2022 | Communication through Text messaging with client | 1.5 | In-office | Sharon Delaney |
| 5/19/2022 | Email correspondence with client | 1 | In-office | Sharon Delaney |

| 5/19/2022 | Analyzed claim in settlement portal and/or database | 3.0 | In-office | Sharon Delaney |
| --- | --- | --- | --- | --- |
| 5/22/2022 | Communication through Text messaging with client | 0.5 | In-office | Sharon Delaney |
| 5/22/2022 | Email correspondence with client | 0.5 | In-office | Sharon Delaney |
| 5/22/2022 | Analyzed claim in settlement portal and/or database | 1.0 | In-office | Sharon Delaney |
| 5/23/2022 | Communication through Text messaging with client | 0.5 | In-office | Sharon Delaney |
| 5/23/2022 | Email correspondence with client | 0.5 | In-office | Sharon Delaney |
| 5/23/2022 | Analyzed claim in settlement portal and/or database | 1.0 | In-office | Sharon Delaney |
| 5/24/2022 | Communication through Text messaging with client | 1.0 | In-office | Sharon Delaney |
| 5/24/2022 | Zoom call | 2.5 | In-office | Sharon Delaney |
| 5/24/2022 | Analyzed claim in settlement portal and/or database | 3.5 | In-office | Sharon Delaney |
| 5/25/2022 | Communication through Text messaging with client | 0.5 | In-office | Sharon Delaney |
| 5/25/2022 | Analyzed claim in portal - submitted claim | 4.5 | In-office | Sharon Delaney and Richard Collins |
| 5/30/2022 | Meeting in person | 3.5 | Spring TX (25 miles each way) | Sharon Delaney |
| 6/22/2022 | Analyzed claim in settlement portal and/or database | 2.5 | In-office | Sharon Delaney |

| 6/30/2022 | Communication through Text messaging with client | 0.5 | In-office | Sharon Delaney |
| --- | --- | --- | --- | --- |
| 6/30/2022 | Analyzed claim in settlement portal and/or database | 0.5 | In-office | Sharon Delaney |
| 7/15/2022 | Communication through Text messaging with client | 1.5 | In-office | Sharon Delaney |
| 7/15/2022 | Email with client | 1.5 | In-office | Sharon Delaney |
| 7/15/2022 | Analyzed claim in settlement portal and/or database | 2.0 | In-office | Sharon Delaney |
| 7/16/2022 | Communication through Text messaging with client | 0.5 | In-office | Sharon Delaney |
| 7/16/2022 | Analyzed claim in settlement portal and/or database | 0.5 | In-office | Sharon Delaney |
| 7/27/2022 | Email correspondence with client | 0.5 | In-office | Sharon Delaney |
| 7/27/2022 | Communication through Text messaging with client | 0.5 | In-office | Sharon Delaney |
| 7/27/2022 | Analyzed claim in settlement portal and/or database | 1.0 | In-office | Sharon Delaney |
| 8/9/2022 | Analyzed claim in settlement portal and/or database | 3.0 | In-office | Sharon Delaney |
| 8/20/2022 | Phone Call | 2.0 | In-office | Sharon Delaney |
| 8/20/2022 | Analyzed claim in settlement portal and/or database | 2.0 | In-office | Sharon Delaney |
| 8/24/2022 | Email correspondence with client | 0.5 | In-office | Sharon Delaney |

| | | | | |
|---|---|---|---|---|
| 8/24/2022 | Analyzed claim in settlement portal and/or database | 0.5 | In-office | Sharon Delaney |
| 9/6/2022 | Communication through Text messaging with client | 1.5 | In-office | Sharon Delaney |
| 9/6/2022 | Email correspondence with client | 0.5 | In-office | Sharon Delaney |
| 9/6/2022 | Analyzed claim in settlement portal and/or database | 2.0 | In-office | Sharon Delaney |