## COLLINS & TRUETT LAW FIRM

ATTORNEYS AT LAW
113 S. MONROE STREET
Tallahassee, Florida 32301
(850) 765-5798

July 24, 2023

RE: NFL Football League Players' Concussion Injury Litigation
    Response to Magistrate's Rule to Show Cause
    Filed on July 7, 2023 on the 2:12-md-2323 Docket
    Doc. No.: 12158

I declare under penalty of perjury that the foregoing Response to Order to Show Cause is true and correct.

Executed on July 24, 2023

Signed: _____
    Richard Collins, Esq.
    Collins & Truett Attorneys, P.A.

1