EXPLANATION FOR AMENDMENT

There were certain typos in the Response to Order to Show Cause, filed at 11:59 pm on July 27, 2023. The document required a second proofreading, but ran out of time for the 7/27 deadline. The Undersigned wishes to show respect to this Court in submitting an Amended version of his Response, simply with the overlooked typos remedied and nothing more.

If this Amended Response, filed at 12:42 am, is not accepted it is understood.