IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><div align="right">Plaintiffs,</div>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><div align="right">Defendants.</div> | |
| THIS DOCUMENT RELATES TO:<br><br>Farrise Law Firm, P.C.<br>v.<br>SPID 100009422 (C.L.)<br><br>Attorney Lien Dispute<br>(Lien Disp. No. 467) | |

**ORDER**

**AND NOW**, this 28th day of July, 2023, upon consideration of the Attorney Lien identified above and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 11975), it is **ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The lien filed by Farrise Law Firm, P.C. is **REJECTED**;

3. The funds currently withheld for counsel fee, representing 17% of C.L.'s Monetary Award, are **APPORTIONED** entirely to C.L.'s current counsel, Lieff Cabraser Heimann & Bernstein, LLP ("Lieff");

4. The funds currently withheld by the Claims Administrator for reimbursement to

1

Lieff for the costs incurred in its representation of C.L. are **APPORTIONED** to Lieff; and

5. The 5% portion of C.L.'s Monetary Award that is currently withheld in the Attorneys' Fees Qualified Settlement Fund pursuant to the Court's June 27, 2018 Order Regarding Withholdings for Common Benefit Fund (Doc. No. 10104), to the extent any of these funds are later released for payment to individual attorneys, shall be **APPORTIONED** entirely to Lieff and in accordance with future orders of the Court.

The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:

s/ANITA B. BRODY, J.
ANITA B. BRODY, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

1/30/2023

RE:       IN RE: NATIONAL FOOTBALL LEAGUE
            PLAYERS' CONCUSSION INJURY LITIGATION

CA No.:   12md2323

## NOTICE

      Enclosed please find a copy of the Report and Recommendation filed by United States Magistrate Judge DAVID R. STRAWBRIDGE on this date in the above captioned matter. You are hereby notified that within fourteen (14) days from the date of service of this Notice of the filing of the Report and Recommendation of the United States Magistrate Judge, any party may file with the clerk and serve upon all other parties' written objections thereto (See Local Civil Rule 72.1 IV (b)). **Failure of a party to file timely objections to the Report & Recommendation shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court Judge**.

      In accordance with 28 U.S.C. §636(b)(1)(B), the judge to whom the case is assigned will make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. The judge may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge, receive further evidence or recommit the matter to the magistrate judge with instructions.

      Where the magistrate judge has been appointed as special master under F.R.Civ.P 53, the procedure under that rule shall be followed.

      **GEORGE WYLESOL**
      Clerk of Court

      By: s/Michele Helmer
         Michele Helmer Deputy Clerk

civ623.frm (11/07)