# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                              Plaintiffs,<br>    v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                              Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Zimmerman Reed<br>v.<br>SPID No. 950004390 (H.L.D.)<br>Attorney's Lien Dispute<br>Case No. 367<br><br>AND<br><br>Collins & Truett Attorneys, P.A.<br>v.<br>SPID No. 950004390 (H.L.D.)<br>Attorney's Lien Dispute<br>Case No. 1773<br><br>AND<br><br>Goldberg, Persky & White, PC<br>v.<br>SPID No. 950004390 (H.L.D.)<br>Attorney's Lien Dispute<br>Case No. 2080 | |

**ORDER**

**AND NOW**, this 31st day of July, 2023, upon consideration of the Attorney Liens identified above and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 11802) and Supplemental Report and Recommendation (ECF No. __12132__), it is **ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The funds currently withheld for counsel fee, representing 17% of H.L.D.'s Monetary Award, are **APPORTIONED** as follows:

    a. 9/22nds is allocated to JR Wyatt as attorney's fees;

    b. 7/22nds is allocated to Zimmerman Reed as attorney's fees;

    c. 1/22nd is allocated to Collins & Truett Attorneys as attorney's fees;

    d. 5/22nds is allocated to H.L.D.;

3. Of the funds currently withheld by the Claims Administrator for reimbursement to counsel for costs:

    a. Zimmerman shall receive $589.99 in costs; and

    b. Goldberg shall receive $5,855.00 in costs; and

    c. The balance of funds currently withheld by the Claims Administrator for costs ($78.60) shall be released to H.L.D.; and

4. The 5% portion of H.L.D.'s Monetary Award that is currently withheld in the Attorneys' Fees Qualified Settlement Fund pursuant to the Court's June 27, 2018 Order Regarding Withholdings for Common Benefit Fund (Doc. No. 10104), to the extent any of these funds are later released for payment to individual attorneys, shall be **APPORTIONED** by the Claims Administrator to Wyatt, Zimmerman, Collins, and H.L.D. in accordance with future orders of the Court and in the

proportion allocated above for the 17% portion.

The Claims Administrator is **ORDERED** to disburse the withheld funds in accordance with this decision, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:

s/ANITA B. BRODY, J.
_____
ANITA B. BRODY, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

6/5/23

RE:  IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

CA No.:  12-md-2323

## NOTICE

Enclosed please find a copy of the Report and Recommendation filed by United States Magistrate Judge DAVID R. STRAWBRIDGE on this date in the above captioned matter.  You are hereby notified that within fourteen (14) days from the date of service of this Notice of the filing of the Report and Recommendation of the United States Magistrate Judge, any party may file   with the clerk and serve upon all other parties' written objections thereto (See Local Civil Rule 72.1 IV (b)).  **Failure of a party to file timely objections to the Report & Recommendation shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court Judge**.

In accordance with 28 U.S.C. §636(b)(1)(B), the judge to whom the case is assigned will make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.  The judge may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge, receive further evidence or recommit the matter to the magistrate judge with instructions.

Where the magistrate judge has been appointed as special master under F.R.Civ.P 53, the procedure under that rule shall be followed.

**GEORGE WYLESOL**
Clerk of Court


By: s/Michele Helmer
    Michele Helmer, Deputy Clerk

civ623.frm (11/07)