UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiff Gerald Riggs And Sherry Blanton-Riggs ONLY)<br><br>Court File No. 2:12-cv-04185-AB | **O R D E R** |

     Pending is Plaintiffs' Counsel's Motion to Withdraw as Counsel, filed on December 15, 2022. In the motion, Zimmerman Reed LLP seeks to withdraw as counsel. As justification for the withdrawal, counsel states that Plaintiffs' Gerald Riggs and Sherry Blanton-Riggs have obtained new counsel to represent them further in this action, that Plaintiffs have registered this new counsel with the Claims Administrator, and that the Claims Administrator has notified Zimmerman Reed that Plaintiffs will be proceeding with new counsel.

     BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Gerald Riggs and Sherry Blanton-Riggs in this action, and for good cause shown, the motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for Gerald Riggs and Sherry

Blanton-Riggs. Zimmerman Reed LLP is directed to send a copy of this Order via any email address they have for Plaintiffs and via U.S. Mail to their last known address.

  IT IS SO ORDERED.

Dated:   July 31, 2023     UNITED STATES DISTICT JUDGE

             s/ANITA B. BRODY, J.

             Honorable Anita B. Brody