UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Floyd Little, et al. v. National Football League, et al. (Plaintiffs Ricky Hunley and Camille Moore-Hunley ONLY)<br><br>Court File No. 2:12-cv-02219-AB | **O R D E R** |

Pending is Plaintiffs' Counsel's Motion to Withdraw as Counsel, filed on December 15, 2022. In the motion, Zimmerman Reed LLP seeks to withdraw as counsel. As justification for the withdrawal, counsel states that Plaintiffs' Ricky Hunley and Camille Moore-Hunley have obtained new counsel to represent them further in this action, that Plaintiffs have registered this new counsel with the Claims Administrator, and that the Claims Administrator has notified Zimmerman Reed that Plaintiffs will be proceeding with new counsel.

BASED ON THE FOREGOING and upon consideration of the motion by J. Gordon Rudd, Jr., Brian C. Gudmundson, and Michael J. Laird of Zimmerman Reed LLP to withdraw as counsel in relation to the claims of Ricky Hunley and Camille Moore-Hunley in this action, and for good cause shown, the motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for Ricky Hunley and Camille

Moore-Hunley. Zimmerman Reed LLP is directed to send a copy of this Order via any email address they have for Plaintiffs and via U.S. Mail to their last known address.

    IT IS SO ORDERED.

Dated: July 31, 2023

UNITED STATES DISTICT JUDGE

s/ANITA B. BRODY, J.

Honorable Anita B. Brody