# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | |
| THIS DOCUMENT RELATES TO:<br>McCorvey Law, LLC<br>v.<br>SPID 100013785 (K.S.)<br>Attorney Lien Dispute<br>Case No. 00175<br><br>AND<br><br>The Lorentz Law Firm, P.A.<br>v.<br>SPID 100013785 (K.S.)<br>Attorney Lien Dispute<br>Case No. 02158 | |

## **WAIVER OF APPEAL**

Pursuant to Explanation and Order, issued by David R. Strawbridge, United States Magistrate, on August 1, 2023, all undersigned parties hereby waive their rights to appeal the final decision regarding the Notice of Attorney's Lien (Lien) seeking attorney's fees and costs

1

from any Monetary Claim to be paid to Settlement Class Member Kendel Shello, who was issued Post-Appeal Notice of Monetary Award Claim Determination on February 2, 2023. The liens were filed in February 2017 by McCorvey Law LLC ("McCorvey"), and in March, 2023 by The Lorentz Law Firm (Lorentz). Mr. Shello is currently represented by Pro Athlete Law Firm, P.A. ("Pro Athlete").

As Kendel Shello's counsel, Pro Athlete represents that Mr. Shello fully understands the terms and implications of this stipulation and consents to the waiver of the right to appeal.

PARTIES CONSENTING TO THIS WAIVER OF APPEAL:

*DocuSigned by: David Levine*
David Levine
Pro Athlete Law Firm, P.A.

Date: 8/1/2023

*DocuSigned by: John Lorentz*
John Lorentz
The Lorentz Law Firm

Date: 8/1/2023

*DocuSigned by: Derriel McCorvey*
Derriel McCorvey
McCorvey Law LLC.

Date: 8/1/2023

*DocuSigned by: Kendel Shello*
Kendel Shello
NFL Settlement Member

Date: 8/2/2023

2

APPROVED BY THE COURT:

/s/ David R. Strawbridge, USMJ              Date: August 2, 2023

David R. Strawbridge
United States Magistrate Judge