UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, on behalf Of themselves and others similarly situated,<br>　　　　　　　　　　　　　　Plaintiffs,<br>　v.<br>National Football League and NFL Properties, LLC, Successor-in-interest to NFL Properties, Inc,<br>　　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>DOC. No. 12158<br><br>Magistrate's Rule to Show Cause as Related to: SPID No. 1001915 (R.B.), and to Lien Dispute No. 00289. | |

**EMERGENCY MOTION FOR SEEKING LEAVE OF COURT TO FILE A SUR-REPLY**

　　　　On August 1, 2023, Through Doc. No. 12215, Lienholder, Pope McGlamry, Responded to the Undersigned's Response to Order to Show Cause, Doc. Nos. 12192-3, by concurrently Seeking Leave of the Court to Respond, and then issuing their actual Response, all in the same document (apparently without Leave): "*Pope McGlamry requests Leave of Court to file this brief Reply, showing the Court the following:*" (and then their actual Response immediately ensues within the same document).

　　　　Further, this Response adds and/or addresses <u>new</u> documentation to their Attorney's Lien Dispute argumentation, relating to a third-party, or third-parties, which has been

1

heretofore undisclosed to Collins & Truett during the entirety of these proceedings. By doing so, Pope McGlamry is effectively assuming the role of Magistrate Judge Strawbridge in this case by attempting to add new information to the Magistrate's Order, uninvitedly.

At this stage of the matter, Pope McGlamry's "take" when it comes to disbursement of the attorney's fee at issue was not addressed nor questioned through the Magistrate's Order to Show Cause, and they therefore have no standing to engage in this interchange explicitly between the Court and Collins & Truett. Therefore, and further based upon the content of their "Response," it can be reasonably asserted that Pope McGlamry is now acting in an opportunistic manner, and "edging toward non-compliance with the Lien Rules, or with the Pennsylvania Rules of Professional Conduct" by continuing to attempt to persecute Collins & Truett disguised as a Motion Seeking Leave of the Court to Respond, surreptitiously combined with their actual Response embedded in that same Motion to Seek Leave to File a Response when not even invited by the Court to do so. Purely objectively speaking. Where does this "Response" fit in procedurally when the Court directs an Order to Show Cause specifically towards a different party? This is reminiscent of an individual who gangs up on another individual after that individual has already been admonished by a greater power.

The opportunity for a party to unilaterally file documents with the Court, and with the NFL Claims Administrator, during Attorney's Lien Proceedings ended when both parties submitted their Statements of Dispute, and then their Response Memoranda within 15 days thereafter, if the parties choose to file such memoranda. In this Attorney's Lien Dispute, the time for this document submission ended on or about "January 20, 2023 [when the] the Record of Dispute was transferred to the Court."[1] From this point forward, Collins & Truett, and

---

[1] Doc. No.: 12158, Magistrate Judge Strawbridge's Order (for Collins & Truett) to Show Cause, Page 6.

supposedly Pope McGlamry, are restricted from filing any further documents with this Court, and/or with the NFL Claims Administrator, unless specifically requested or Ordered to do so, or if a party is <u>granted</u> Leave of the Court upon request and responded to by the Court in its discretion. We are now at the Report & Recommendation stage of these proceedings, and the process of filing dispute resolution documents with the Court and NFL Claims Administrator, without properly <u>receiving</u> Leave of the Court, and with the intent of furthering a party's lien dispute argument, has somehow been reopened without informing one of the parties; the Undersigned.

  To repeat, Pope McGlamry's "take" of Attorney's Fee proceeds that the Magistrate Judge ultimately arrives at should not at all be affected in any way by the Magistrate's findings related to his Order to Show Cause explicitly directed to Collins & Truett. Pope McGlamry's Attorney's fees derived from purported work done to advance the cause of SCM R.B.'s NFL Concussion Claim before 2016, over six years ago, should be adjudged by this Court solely upon evidence presented by Pope McGlamry during the appropriate time defined in Title III: Dispute Resolution Process of the Amended Rules Governing Attorney's Liens. Therefore, whatever the Magistrate's decision is regarding the percentage fees granted to Collins & Truett, this should have nothing to do with the present calculation of the Pope McGlamry's fees. Pope McGlamry should not benefit, nor be affected in any way by the Magistrate's determination relating specifically to Collins & Truett's Order to Show Cause. That is not in question by the Magistrate's Order. Then, why should Pope McGlamry have any standing or any right to partake, in a highly biased manner, in the current procedure dealing specifically with the Magistrate Judge's Order, which clearly states, "we … provide an opportunity for Collins & Truett to be heard on this subject." *See Doc. No.: 12158, Magistrate's Order to Show* Cause.

The Undersigned does not see an invitation, nor a Federal Rule of Civil Procedure that autonomously provides Pope McGlamry leave to a) File a pleading on the Federal 2:12-md-2323 Court Docket addressing another party's Response to Order to Show Cause, and b) in so doing, adding, and/or addressing a third-party, or third-parties' documents that remain undisclosed to the party to whom the Magistrates Order was expressly directed to, all with the intent of furthering his Attorney's Lien Dispute Argument. Pope McGlamry has no standing in this specific exchange between the Magistrate Judge and Collins & Truett.

As a further basis for the Undersigned's Emergency Motion for Seeking Leave of this Court to File a Sur-Reply to Pope McGalmry's "Response," is that on August 2, 2023, the NFL Claims Administrator delivered a copy of the August 1, 2023 Pope McGlamry (Doc. No.: 12215) filing at issue, acknowledging this filing as admissible, and stating to Collins & Truett:

> Attached is Pope McGlamry's response to your firm's Response to Order to Show Cause was (*sic*) filed yesterday. **The Dispute Record is closed** and we will circulate Judge. Strawbridge's final decision once it is entered. (*Emphasis added*).

See Exhibit A. This statement by the NFL Claims Administrator, "The Dispute Record is closed." (when this Dispute Record was allegedly closed on on January 20, 2023), thereby decrees that Collins & Truett is now being given no equitable opportunity to Respond Pope McGlamry's (procedurally misplaced) "Response," which was filed publicly on the 2:12-md-2323 docket on August 1, 2023, a docket entry that adds and/or addresses uncontemplated third-party documentation. Rightfully, and in light of the content of Pope McGlamry's publicly filed "Response," Collins & Truett requests the opportunity to provide a "Brief"[2] Sur-Reply, and be provided ample time to file this Sur-Reply, at the Court's discretion.

---

[2] Doc. No.: 12215, Title of Pope McGlamry's "Response," Brief Reply to Collins & Truett's Order to Show Cause."

4

By the submission of this Emergency Motion, Collins & Truett has no desire to deflect from any content in Pope McGlamry's "Response." And, the Undersigned does not wish to engage in any back-and-forth discovery requests between Pope McGlamry and Collins & Truett. The Undersigned simply and respectfully requests the opportunity to "Briefly" reply to Pope McGlamry's claims by presenting testimony and exhibits that may establish a counter-point to the contention relating to what was discussed as the "norm" for Collins & Truett's demeanor and professionalism with other Lienholders, and why Pope McGlamy, and possibly one other Lienholder presented very atypical conflicts that the law firm was compelled to balance between the responses and sheer rage of their esteemed NFL clients and the prior actions (or inactions) of these Lien Petitioners. What Pope McGlamry presented in their spontaneous "Response" was very one sided, and the Collns & Truett law firm should not be overly biased by Pope McGlamry's seemingly vengeful dissertation at this late date; with no opportunity to reply.

WHEREFORE, based upon the assertions above, a) that Pope McGlamry should have no standing to engage in the Magistrate Judge's Order requiring only Collins & Truett to act or respond, b) that regardless of the outcome of Magistrate Judge's holding when it comes to Collins & Truett's attorney's fees, this holding should not benefit or have effect upon Pope percentage of the subject attorney's fees allotted to them (as any residual funds (regardless of what percentage Collins & Truett is granted) should be remitted to the SCM, not the Pope McGlamry law firm), c) that Pope McGlamry now adds and/or addresses documentation related to third-parties which remains undisclosed to Collins & Truett, and finally, d) that, based upon the NFL Claims Administrator's effective August 1, 2023 denial of Collins & Truett's ability to adequately respond to the allegations and biases in Pope McGlamry's spontaneous "Response," Collins & Truetts' procedural right to defend themselves and their reputation has been violated,

the Undersigned hereby seeks equitable Leave of the Court (and Leave of the NFL Claims Administrator), with ample time, to subsequently file their Sur-Reply to Pope McGlamry's "Response" to Collins & Truett's formally requested Response to Magistrate Judge Strawbridge's Order to Show Cause, as directed explicitly and solely to Collins & Truett by this Court.

Respectfully submitted on this 5th Day of August, 2023.

*/s/ Richard B. Collins*
Florida Bar No. 161195
Collins & Truett Attorneys, P.A.
113 South Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 765-5798
E-Mail: Dick@CollinsTruett.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's electronic filing system this 5th Day of August, 2023, to all relevant parties.

# EXHIBIT A



**NFL Claims Administrator**  August 2, 2023 at 1:44 PM
Attorney's Lien Dispute – Reginald Brown
To: Dick Collins, Nola Delaney,   Hide
Cc: NFL Claims Administrator



**Siri Found a Contact**
Claims Administrator Nfl
ClaimsAdministrator@NFLConcussionSettlement.com   Add   ×

*This is an official communication from the Claims Administrator for the NFL Concussion Settlement Program.*

Counsel –

Attached Pope McGlamry's response to your firm's Response to Order to Show Cause was filed yesterday.  **The Dispute Record is closed** and we will circulate Judge Strawbridge's final decision once it is entered.  Thank you.

**Claims Administrator**
**NFL Concussion Settlement**
**B**ROWN**G**REER **PLC**
Telephone: (855) 887-3485
ClaimsAdministrator@NFLConcussionSettlement.com
www.NFLConcussionSettlement.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*



8.1.23 PM's
Respo...wn.pdf