**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : : : | No.: 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>JEFFREY BRYANT (SPID:100002017) | | |

### NOTICE OF ATTORNEY'S LIEN

Pursuant to the Amended Rules Governing Attorneys' Liens adopted by the Court on October 3, 2018, rules of procedure, and the executed Contingent Fee Agreement between Petitioner and Plaintiff, Petitioner, Fred M. Feder, Esquire of FEDER LAW LLC, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses and costs, as set forth in the Petition to Establish Attorney's Lien.

                                                          Respectfully submitted,

                                                          **FEDER LAW LLC**

Dated: August 3, 2023           By:    */s/ Fred M. Feder*
                                                          Fred M. Feder, Esquire (PA ID No. 25709)
                                                          P.O. Box 526
                                                          Gladwyne, PA 19035
                                                          (610) 203-5915

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No.: 2:12-md-02323-AB<br>:<br>: MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>JEFFREY BRYANT (SPID:100002017) | : |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Attorney's Lien was filed via the Electronic Case Filing System in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Respectfully submitted,

**FEDER LAW LLC**

Dated: August 3, 2023      By:   /s/ Fred M. Feder
Fred M. Feder, Esquire (PA ID No. 25709)
P.O. Box 526
Gladwyne, PA 19035
(610) 203-5915