IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　　　　　　Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Pope McGlamry PC<br>v.<br>SPID 10001915 (R.B.)<br><br>Attorney Lien Dispute<br>(Lien Disp. No. 00289) | |

**ORDER**

**AND NOW**, this 8th day of August, 2023, upon consideration of "Pope McGlamry's Brief Reply to Collins & Truett's Response to Order to Show Cause" (Doc. 12215), which sought leave of Court to file the Reply, **IT IS HEREBY ORDERED** that the requested leave is **DENIED**. The Court will not consider the material contained in the Reply.[1]

In light of that ruling, **IT IS FURTHER ORDERED** that the "Emergency Motion for Seeking Leave of Court to File a Sur-Reply" (Doc. 12239), filed by Collins & Truett in response to the filing of Pope McGlamry, is **DENIED AS MOOT.**

---

[1] The Court declines Pope McGlamry's invitation to view communications it was allegedly provided by another lawyer. *See* Doc. 12215 at 2 n.2.

**IT IS SO ORDERED**.

                                            BY THE COURT:

                                            /s/ David R. Strawbridge, USMJ
                                            DAVID R. STRAWBRIDGE
                                            UNITED STATES MAGISTRATE JUDGE