IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>Plaintiffs, | No. 2:12-md-02323-AB |
| v. | MDL No. 2323 |
| National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | Hon. Anita B. Brody, U.S.D.J. |

### SETTLEMENT CLASS MEMBER MARVIN A. WASHINGTON'S JOINDER TO BALANCED BRIDGE'S MOTION FOR DIRECT PAYMENT OF LOAN RESOLUTION AMOUNT

Settlement Class Member Marvin A. Washington, by and through his undersigned counsel, hereby joins in the Motion for Direct Payment of Loan Resolution Amount (Dkt. 12257) filed by Balanced Bridge Funding LLC ("Balanced Bridge") and respectfully requests that the Court enter an Order in the form proposed instructing the Claims Administrator to direct the Trustee to deduct the Loan Resolution Amount specified in the Payoff Agreement (attached to Balanced Bridge's Motion as Exhibit 1) from his Monetary Award and to pay that Loan Resolution Amount directly to Balanced Bridge before paying the remaining balance of the Monetary Award to him.

Respectfully submitted,

Dated: August 10, 2023

/s/ Robert Foster, Esquire
Reger Rizzo Darnall LLP
2929 Arch Street, 13th Floor
Philadelphia, PA 19104
*Attorney for Settlement Class Member Marvin A. Washington*

148263432.1 - 8/10/2023 8:08:13 AM