2

## CERTIFICATE OF SERVICE

The undersigned certifies that, on August 10, 2023, he filed the foregoing using the ECF system, which will provide notice and a copy to counsel of record.

/s/ Robert Foster
Robert Foster, Esquire

2