**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff Sam Gash</u> | **<u>NOTICE TO ESTABLISH ATTORNEY'S LIEN</u>** |

     Attorney Byron Cuthbert of Byron Cuthbert & Associates, LLC attorneys for Plaintiff **Sam Gash** in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable contingent attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff **Sam Gash .**

Dated August 16, 2023          Respectfully submitted,

                                    Byron Cuthbert & Associates, LLC

                                    *Byron Cuthbert*

                                    Byron Cuthbert, Esquire
                                    GA Bar No. 85557
                                    1143 Cameron Creek
                                    Marietta, GA 30062
                                    Telephone: 404-403-7855
                                    Fax: 866-990-9743

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.

Dated August 16, 2023         Respectfully submitted,

Byron Cuthbert & Associates, LLC

*Byron Cuthbert*

Byron Cuthbert, Esquire
GA Bar No. 85557
1143 Cameron Creek
Marietta, GA 30062
Telephone: 404-403-7855
Fax: 866-990-9743