## IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE PLAYER'S CONCUSSION LITIGATION

THIS DOCUMENT RELATES TO:

Plaintiffs Master Administrative Long Form Complaint and:

Plaintiff: <u>Steve Octavien</u>

Case No.: 2:12-md-02323-AB

**Hon. Anita B. Brody**

**NOTICE OF ATTORNEY'S LIEN**

---

Comes now Attorney, John W. Lorentz and The Lorentz Law Firm, PA attorneys for Steve Octavien in the above named and numbered cause of action, hereby notify this Court and all parties that The Lorentz Law Firm, P. A., and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Steve Octavien.

Dated: <u>  08/22/2023  </u>

<u>/s/     John W. Lorentz  </u>
John W. Lorentz, Esq. (0273764)
The Lorentz Law Firm, PA
398 Snow Drive
Fort Myers, FL  33919
Phone:  (651) 483-4400
Cell:     (651) 329-7321
Fax:      (651) 204-0065

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.


Dated:  08/22/2023                          /s/     *John W. Lorentz*

                                                        John W. Lorentz

## IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYER'S CONCUSSION LITIGATION | Case No.: 2:12-md-02323-AB |
| | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: | **PETITION TO ESTABLISH ATTORNEY'S LIEN** |
| Plaintiffs Master Administrative Long Form Complaint and: | |
| Plaintiff: <u>Steve Octavien</u> | |

COMES now, the Petitioner, John W. Lorentz, Esq., for The Lorentz Law Firm, P.A., ("***Lorentz***") pursuant to a fully executed and binding retainer agreement state:

1.      On or about August 24, 2012, Petitioner was retained and employed by the Plaintiff, Steve Octavien, pursuant to a joint-contingent fee agreement, to pursue a claim for injuries and damages caused by the National Football League and all other responsible parties' liability for former and/or retired NFL players' long- term brain injuries and other head injuries and damages associated with football-related concussions, head and brain injuries i.e., The *In re: National Football League Players' Concussion Injury Litigation* class action settlement.

2.      The specifics of the agreement for legal services are as follows: If no

recovery (by settlement or trial) is obtained, client will not owe a legal fee. If Petitioner, through cooperating counsel, obtains a settlement or judgment for Client, Client will pay to the Petitioner one-third (33%) of the gross recovery plus reimbursement of expenses. The Petitioner adopted the cap on attorney's fees to 22% in accordance with the Court's Order dated April 5, 2018.

3.      When Petitioner entered into the contract with Plaintiff, Petitioner entered into the risk and expense of the litigation.

4.      From the date the Petitioner was authorized to proceed on behalf of the Plaintiff, the Petitioner has actively and diligently investigated, prepared, and pursued Plaintiff's claims, and has taken all steps necessary to prosecute those claims, including, but not limited to, correspondence and communications with the client, preparation and review of client's factual and legal circumstances, providing client updates, analyzing Plaintiff's medical status and need for medical testing, etc.

5.      Petitioner was not terminated due to any good cause, malfeasance, or other improper action.

6.      The Petitioner claims the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiff in this action.

**WHEREFORE**, the Petitioner prays:

1.      That an attorney's lien be established;

2.      That the amount of the lien be determined ;

3.      That the Court order that Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement or judgment in this action;

4.      That the Defendant or the Defendant's insurer be prohibited from paying to the Plaintiff any sums of money until said lien has been satisfied; and,

5.      For such other further relief as this Court deems just.


Dated:  08/22/2023                          /S/  John W. Lorentz
                                            John W. Lorentz, Esq. (0276763)
                                            The Lorentz Law Firm, PA
                                            398 Snow Drive
                                            Fort Myers, FL  33919
                                            Phone: (651) 483-4400
                                            Cell:    (651) 329-7321
                                            Fax:     (651) 204-0065
                                            John@LorentzLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Petition to Establish Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.


Dated:  08/22/2023            */s/ John W. Lorentz*
                              John W. Lorentz