# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> Dave Pear, et al. <br> v. National Football League et al. <br> No. 2:12-cv-01025-AB <br><br><br> **As to Plaintiffs JOHN OUTLAW and LINDA OUTLAW, Only** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Elissa D. Miller, solely in her capacity as Bankruptcy Trustee for Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiffs, **JOHN OUTLAW and LINDA OUTLAW** only in the above-referenced case.

Dated: August 28, 2023

                Respectfully submitted,

                GOLDBERG, PERSKY & WHITE, P.C.

                By: s/ *Jason E. Luckasevic*
                Jason E. Luckasevic, Esquire
                (PA Bar No. 85557)
                11 Stanwix Street, Suite 1800
                Pittsburgh, PA 15222
                Telephone: (412) 471-3980
                jluckasevic@gpwlaw.com
                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSKY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*