# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### JOINT MOTION BY CLASS COUNSEL AND COUNSEL FOR THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC <u>TO REPLACE THE BAP ADMINISTRATOR</u>

Pursuant to Section 5.6(d) of the Amended Settlement Agreement, Class Counsel and Counsel for the National Football League and NFL Properties LLC jointly request that the Garretson Resolution Group, Inc. d/b/a Epiq Mass Tort ("Epiq") be replaced as BAP Administrator, and jointly recommend that this Court appoint BrownGreer PLC to serve as the BAP Administrator. Epiq will continue to serve as the Lien Resolution Administrator and the Fund Administrator of the Attorneys' Fees Qualified Settlement Fund.

Dated: August 31, 2023

| | |
|---|---|
| By: */s/ Christopher A. Seeger*<br>Christopher A. Seeger<br>**SEEGER WEISS LLP**<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, New Jersey 07660<br>Phone: (973) 639-9100<br>cseeger@seegerweiss.com<br>*Class Counsel* | By: */s/ Brad S. Karp*<br>Brad S. Karp<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Phone: (212) 373-3000<br>bkarp@paulweiss.com<br>*Counsel for the National Football League and NFL Properties LLC* |

It is so **ORDERED**, this ____ day of _____, 2023, that the joint motion is **GRANTED** and that BrownGreer PLC is appointed to replace the Garretson Resolution Group, Inc. d/b/a Epiq Mass Tort as the BAP Administrator.

_____

ANITA B. BRODY, J.