IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | : : : : : | |

## REPORT OF THE SPECIAL MASTERS

1. Wendell E. Pritchett and Jo-Ann M. Verrier, as Special Masters appointed by the Court on July 13, 2016 (ECF 6871), and David Hoffman, appointed by the Court on March 5, 2020 (ECF 11022), pursuant to Article X of the Class Action Settlement Agreement (Settlement Agreement) in this matter, submit this Report to the Court alongside Status Reports from the Claims Administrator, Brown Greer LLC ("Claims Administrator"), and the Baseline Assessment Program Administrator, Epiq Mass Tort ("BAP Administrator"; formerly known as Garretson Resolution Group), to provide an update on the Agreement's effectuation and progress.

2. The Special Masters have reviewed the 2nd Quarter 2023 Status Reports submitted by both Administrators; these reports accurately reflect their respective work.

### Program Administration and Operations

3. As reported in the last Status Report, the Administrators have collaborated with the Special Masters on an overall review of communication mechanisms and

reporting styles in the Settlement Administration. This has resulted in reformatting of information provided to Parties and to the public via the Program website (nflconcussionsettlement.com). Additionally, data available on that website has been re-envisioned to provide relevant information clearly and directly. Feedback on these changes is welcome at [ClaimsAdministrator@NFLConcussionSettlement.com](mailto:ClaimsAdministrator@NFLConcussionSettlement.com).

4. Each month, after review with the Claims Administrator, the Special Masters authorize payments of Monetary Awards to Settlement Class Members (SCMs) as well as to relevant parties, attorneys, lienholders, and third-party funders where appropriate. As noted in Brown Greer's report, $1,039,590,355 has been paid to or on behalf of Settlement Class Members as of May 23, 2023.

5. The Special Masters continue to resolve appeals on a regular basis, with significant decisions redacted and published on the public website. In the second quarter, the Special Masters published two such claim appeal opinions.

6. The Special Masters communicate about the work of the Administrators to the Court regularly and ensure the Court's input into matters arising in the efficient and fair administration of the Settlement Agreement.

7. The Special Masters continue to evaluate options for ongoing improvements to that efficient and fair administration.

Respectfully submitted,

*Wendell Pritchett*

*JoAnn M Verrier*

*David A. Hoffman*