UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## MARCUS BUCKLEY'S REQUEST FOR ORAL ARGUMENT ON HIS MOTION TO ENJOIN THE DISTRIBUTION OF THE 5% HOLDBACK FROM THE ATTORNEYS' FEES QUALIFIED SETTLEMENT FUND

Marcus Buckley ("Mr. Buckley"), individually and on behalf of all others similarly situated with Parkinson's, Alzheimer's, ALS, or Death with CTE diagnosed before the Class Action Settlement Agreement became effective on December 12, 2016 ("Pre-Settlement Diagnosed Players"), respectfully requests that the Court set a hearing for oral argument on his Motion to Enjoin the Distribution of the 5% Holdback from the Attorneys' Fees Qualified Settlement Fund [Dkt. 12031].

Dated: August 30, 2023.

Respectfully submitted,

/s/ *Bruce W. Steckler*
Bruce W. Steckler (TX Bar No. 00785039)
**STECKLER WAYNE & LOVE, PLLC**
12720 Hillcrest Rd., Suite 1045
Dallas, Texas 75230
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
bruce@swclaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Buckley's Request for Oral Argument on His Motion to Enjoin the Distribution of the 5% Holdback from the Attorneys' Fee Qualified Settlement Fund* was served on all counsel of record via the Court's ECF system on August 30, 2023.

/s/ *Bruce W. Steckler*
Bruce W. Steckler