**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                                              Plaintiffs,<br>        v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                                              Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Pope McGlamry PC<br>v.<br>SPID 10001915 (R.B.)<br><br>Attorney Lien Dispute<br>(Lien Disp. No. 00289) | |

**ORDER**

AND NOW, this 5th day of September, 2023, for the reasons set out in the accompanying Memorandum Opinion, the funds currently withheld for counsel fees and costs for the above-referenced Settlement Class Member from the Monetary Award approved on September 6, 2022 are **APPORTIONED** as follows:

1. Pope McGlamry PC is awarded $564.27 for costs;

2. Of the remaining funds currently withheld by the Claims Administrator for distribution of counsel fee at present, as well as the 5% portion of R.B.'s Monetary Award that is currently withheld in the Attorneys' Fees Qualified Settlement Fund pursuant to the Court's June 27, 2018 Order Regarding

Withholdings for Common Benefit Fund (Doc. No. 10104), to the extent any of these funds are later released for payment to individual attorneys:

a. 10/22nds is allocated to Pope McGlamry PC as attorney's fees; and

b. 12/22nds is allocated to the Settlement Class Member.

**IT IS FURTHER ORDERED** that the Claims Administrator disburse the withheld funds in accordance with this allocation, the provisions of the Settlement Agreement, and all Court Orders regarding implementation.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE