# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                            Plaintiffs,<br>    v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                            Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>Lieff Cabraser Heimann & Bernstein, LLP<br>v.<br>SPID 100005759 (Q.G.)<br>Attorney Lien Dispute No. 1406<br><br>AND<br><br>Shenaq PC<br>v.<br>SPID 100005759 (Q.G.)<br>Attorney Lien Dispute No. 1932 | |

## ORDER

**AND NOW**, this 13th day of November, 2023, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 12160), and any objections thereto, it is **ORDERED** that:

    1.      The Report and Recommendation is **ADOPTED**;

    2.      The Withdrawal of the Lien Dispute is **REJECTED**; and

    3.      The matter is **REMANDED** to the Claims Administrator for further proceedings

consistent with the Rules Governing Attorney Lien Disputes.

                                        BY THE COURT:

                                        s/ANITA B. BRODY, J.
                                        _____
                                        ANITA B. BRODY, J.