# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf<br>of themselves and others similarly situated,<br>                    Plaintiffs,<br>     v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL<br>Properties, Inc.,<br>                    Defendants. | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

# CLARIFICATION[1]

On June 28, 2023, the Special Masters rendered a Rule 27 Audit Decision pertaining to Attorney Byron Cuthbert, who represents several Settlement Class Members who have filed Monetary Award claims.  On July 21, 2023, Mr. Cuthbert and his firm, Byron Cuthbert & Associates, LLC, objected to the Special Masters'

---

[1] Attorney John F. Meyers of JMeyers Group LLC wrote to Chambers on January 14, 2024 requesting clarification of the Order entered on January 12, 2024 at ECF No. 12372.  Attorney Meyers is co-counsel for the parties that filed a motion at ECF No. 12371.

1

decision ("Objections"). The Objections are now fully briefed and ready for adjudication.

On January 5, 2024, Mr. Cuthbert and his firm filed a motion on this docket entitled "Motion for Relief to Enforce Settlement Agreement Under Article XXVII of the Settlement Agreement or for Relief from Judgment." (ECF No. 12371 ("Motion").) The Motion will require briefs from the Movant, Class Counsel, and the NFL. I plan to resolve the pending Objections first. Thereafter, I will issue a briefing schedule as to the Motion.

                                                                             s/ANITA B. BRODY, J.
                                                                             ANITA B. BRODY, J.