# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Anita B. Brody |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the following change of address and contact information for attorney, David D. Langfitt:

>Langfitt PLLC
>P.O. Box 302
>Gladwyne, PA 19035
>Telephone: 610-787-1706
>Facsimile: 267-399-5017
>Email: david@langfittpllc.com

All notices, filings and written communications regarding this action should be sent to the above-noticed address.

Dated: May 2, 2024          Respectfully submitted,

>*/s/ David D. Langfitt*
>Langfitt PLLC
>P.O. Box 302
>Gladwyne, PA 19035
>Telephone: 610-787-1706
>Facsimile: 267-399-5017
>Email: david@langfittpllc.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 2, 2024, the foregoing Notice of Change of Address was electronically filed and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

                                                         */s/ David D. Langfitt*