# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | 2:12-md-02323-AB<br>2:18-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that the appearance of Bruce Birenboim on behalf of the National Football League and NFL Properties LLC (the "NFL Parties") is hereby WITHDRAWN, and you are respectfully requested to remove the undersigned from all service and notice lists.

PLEASE TAKE FURTHER NOTICE that the NFL Parties will continue to be represented by the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Dated:  July 2, 2025

Respectfully submitted,

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

*/s/ Bruce Birenboim*
Bruce Birenboim (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:  bbirenboim@paulweiss.com

*ATTORNEY FOR THE NFL PARTIES*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 2, 2025, a true and correct copy of the foregoing Notice of Withdrawal was filed with the Clerk of Court and served upon counsel of record via the Court's CM/ECF System.

                                        */s/ Bruce Birenboim*
                                        Bruce Birenboim