# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION III | MDL No. 2323<br>No. 2:19-md-02323-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2323<br>No. 2:12-md-02323-AB<br><br>Hon. Anita B. Brody |

## NOTICE OF NON-REPRESENTATION

PLEASE TAKE NOTICE that Brad Sohn Law (nor Bradford Rothwell Sohn) does not serve as individually retained personal attorney for Mr. Toby Wright. Brad Sohn Law appeared at Class Counsel's behest on Mr. Wright's behalf in a limited capacity for related litigation concerning third-party lending matters (*Thrivest Specialty Funding LLC v. Toby L. Wright*, No. 2:18-cv-4764-AB), which has long concluded. For the purposes of MDL No. 2323 however, Brad Sohn Law and Brad Sohn do NOT serve as counsel for Mr. Wright.

*/s/ Bradford Rothwell Sohn*
Bradford R. Sohn
Fla. Bar No. 98788
The Brad Sohn Law Firm, PLLC
2990 Ponce De Leon Blvd. Suite 300
Coral Gables, Florida 33134
Ph:   786.708.9750
Fax: 305.397.0650
Email: brad@bradsohnlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notice to all counsel of record.

*/s/ Bradford R. Sohn*

Bradford R. Sohn, Esquire