UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION III** | **MDL No. 2323**<br>**2:19-md-02323-AB**<br><br>**No. 2:12-md-02323-AB**<br>**MDL No. 2323** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **Hon. Anita B. Brody** |

## ORDER TO SHOW CAUSE

The Court has previously identified deceased or incapacitated plaintiffs with pending claims against the Riddell Defendants for whom it is necessary to identify an appropriate Representative. Court-appointed co-lead counsel for plaintiffs has identified a subset of those plaintiffs for whom it now appears that appointment of a different representative may be appropriate.

With regard to the plaintiffs identified in the attached Exhibit 1-D, the Court finds good cause to issue the following order:

It is **ORDERED** that **on or before January 9, 2026**, any heir or estate beneficiary of the deceased or incapacitated plaintiffs listed on the attached Exhibit 1-D, or other person who believes cause exists, must show cause why the individuals listed on Exhibit 1-D as Representatives should

1

not be recognized as having been authorized by a court or other official of competent jurisdiction under applicable state law to act on behalf of the identified deceased or legally incapacitated or incompetent plaintiffs and, where applicable, to be substituted as the proper party plaintiffs. To Show Cause, any petition should be filed in **19-md-2323** and explain why the proposed Representative should not be so recognized.

It is further **ORDERED** that **on or before January 26, 2026**, Co-Lead Counsel and/or the identified Representative may file a response to any petition filed pursuant to this Order.

It is so **ORDERED** this 10th day of December, 2025.

                                                           s/ANITA B. BRODY, J.
                                                          Anita B. Brody

# EXHIBIT 1-D

|    | **Plaintiff** | **Previously-proposed Representative** | **New Proposed Representative** |
|----|---------------|----------------------------------------|---------------------------------|
| 79 | Gloster Richardson | Glasetta Barksdale | Bettye Richardson |
| 93 | John Henry Ward | John Ward II | Gayle Ward |