**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| | : | **Hon. Joshua D. Wolson** |
| THIS DOCUMENT RELATES TO: | : : | |
| ALL ACTIONS | : : | |

**FIRST QUARTER 2026 REPORT**
**OF THE CLAIMS ADMINISTRATOR**

1. BrownGreer, the Court-appointed Claims Administrator for the Class Action Settlement in this litigation, submits this Report No. 29 to the Court with information as of March 31, 2026, alongside the Status Reports of the Baseline Assessment Program ("BAP") Administrator and the Special Masters.

2. Exhibit A to this Report provides a comprehensive overview of the administration, progress, and improvements of the Claims Administrator. The Report covers activity from January 1, 2026, through of March 31, 2026 ("First Quarter"). Supporting reports can also be found on the Program's public website at https://www.nflconcussionsettlement.com under the Reports & Statistics tab.

3. The Claims Administrator remains committed to the effective, fair, and transparent execution of the NFL Concussion Settlement. These efforts are reflected throughout the attached Exhibit A reports and remain part of ongoing initiatives to ensure that the administration of the Settlement remains both fair and efficient.

## **Claims Administration**

1. **Highlights:** In addition to the attached Exhibit A reports, we provide the following highlights of the Claims Administration of the Settlement Program.

2. **Program Scale:** 20,588 Settlement Class Members ("SCMs") are registered with the Settlement Program; 8,701 (42.3%) are represented by counsel.

3. **Claim Volume:** We received 66 new claims:

   - 30 (45.5%) Level 1.5 Neurocognitive Impairment,
   - 14 (21.2%) Level 2 Neurocognitive Impairment,
   - 5 (7.6%) Alzheimer's Disease,
   - 10 (15.2%) Parkinson's Disease, and
   - 7 (10.6%) claims submitted based on an exam resulting in a finding of No Qualifying Impairment or impairment is unknown.

4. **Monetary Award Claims Reviewed by the Appeals Advisory Panel ("AAP"):** The AAP reviewed 117 Monetary Award Fund ("MAF") claims (54.2% of all MAF Claims; of those, 107 remain "In Review" with the Claims Administrator)), and 38 BAP claims (43.7% of all BAP claims; of those, 29 are "In Review") in the First Quarter.

5. **Deficiency and Denial Notices:** We issued 33 notices for missing materials (30.6% of all claims reviewed) and 21 Notices of Denial of Monetary Award (28.4% of all determination notices issued[1]).

6. **Awards and Payments:** Also in the First Quarter, we issued 53 Notices of Monetary Award, totaling $35,785,882. During this period, we paid $46,127,229 to 148 Settlement Class Members and, as appropriate and with SCM approval, to others on behalf of these Settlement Class Members (e.g., attorneys, lienholders,

---

[1] Based on the number of determination notices issued in the First Quarter 2026 on facially complete claims (excludes Audit denials and denials for incompleteness).

third-party funders).

7. **MAF Provider Network:** 81.1% of Retired Players have a Qualified MAF Physician within 150 miles of their residence. There are 53 active Qualified MAF Physicians within the Program, and one more provider in the approval pipeline.

8. **Requests for Exception to the 150-Mile and/or 50-Mile Rules:** We received and granted 36 requests for exception to the 150-Mile Rule (MAF Rule 9) and 21 requests for exception to the 50-Mile Rule (MAF Rule 10(b)). Although the approval rate is high, we carefully evaluate each request by reviewing detailed explanations, verifying local provider availability, confirming scheduling or access issues with physicians, monitoring emerging trends to identify potential misuse, and ensuring every waiver has a valid basis for the request before approval.

9. **Appeals:** As of March 31, 2026, 16 claims were pending with the Special Masters and in various stages of the appeals process (three filed appeals were in their preliminary steps, we had not yet received seven appellee's opposition memos, five had been remanded to the Claims Administrator[2] and one was with the Special Masters for their decision; see Exhibit A, Section 11 for pending appeal statuses). In the First Quarter, Special Master Hoffman remanded four (30.8%) claims to the Claims Administrator, upheld the Claims Administrator's decision for six (46.2%) claims, overturned two (15.4%) decisions and one (7.7%) claim was closed or withdrawn (see Exhibit A, Section 12 for finalized appeal statuses).

10. **Audit:** In the First Quarter, one new Report of Adverse Finding was issued and 15

---

[2] Special Masters may remand a claim to the Claims Administrator for further processing under Rule 23 of the Rules Governing Appeals of Claims Determinations for review of new evidence or at any time the Special Master determines it necessary to do so (Rule 24).

audits were closed.  The Special Masters issued decisions on five Audit Proceedings denying claims. There are two open Audit Proceedings in various stages and 20 active audit investigations (all for individual claims).

11. **Communication and Transparency:** We published one issue of the Insights newsletter, one issue of the Program Doctors newsletter, and posted seven Special Master Decisions all concerning Monetary Award claims. We made one change to the FAQs, revising the text of FAQ 211 concerning the ability of private medical insurance plans to assert a lien on an Award. There are 349 FAQs posted to the Settlement website.

12. **Engagement:** In the First Quarter, the Claims Administrator handled 2,375 contacts (623 calls; 1,752 emails). Common topics included: Change in Lawyers, General Settlement Information, Payment, Audit, and MAF Physicians.

Respectfully submitted,

**CLAIMS ADMINISTRATOR**

By: *Roma Petkauskas*
Roma Petkauskas
Virginia State Bar No.: 71357
BrownGreer PLC
250 Rockets Way
Richmond, Virginia 23231
Telephone: (804) 521-7218
Facsimile: (804) 521-7299
Email: rpetkauskas@browngreer.com