**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>No. 2:19-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS PENDING AND ALL CLAIMS ASSERTED AGAINST ANY RIDDELL DEFENDANT | **Hon. Anita B. Brody** |

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

certain Plaintiffs (See **Exhibit A**), voluntarily dismiss, with prejudice, any and all claims asserted

against any of the Riddell Defendants[1] that are pending in:

1. MDL No. 2323, Docket No. 2:12-md-02323-AB, as set forth in the ECFs associated with all operative complaints and short-form complaints filed by Plaintiffs (See **Exhibit A**).

2. MDL No. 2323, Docket No. 2:19-md-02323-AB, as set forth in the ECFs associated with all operative complaints and short-form complaints filed by Plaintiffs (See **Exhibit A**).

3. And any applicable underlying state or federal court docket, tribunal, or forum (See **Exhibit A**), as set forth in the ECFs associated with all operative complaints filed by Plaintiffs (See **Exhibit A**).

4. And any other claim pending against any of the Riddell Defendants by Plaintiffs in the Eastern District of Pennsylvania or any transferor court from which Plaintiffs claim was transferred to the Eastern District of Pennsylvania MDL 2323.

The parties shall bear their own costs and fees.

---

[1] The "Riddell Defendants" collectively refers to Defendants Riddell, Inc., Riddell Sports Group, Inc., All American Sports Corporation, BRG Sports, Inc., BRG Sports, LLC, EB Sports Corp., and BRG Sports Holdings Corp., as well as to any and all names by which these entities have been known and called throughout this litigation.

Dated: May 27, 2026                    Respectfully Submitted,

                                       */s/ Jason E. Luckasevic*
                                       Jason E. Luckasevic
                                       GOLDBERG, PERSKY & WHITE P.C.

| # | Player Last Name | Player First Name | Additional Named Plaintiffs And Estate Representative | Original Complaint(s) |
|---|---|---|---|---|
| 1 | Faison | Earle | Barbara Forbes | 2:12-cv-04575 |
| 2 | Harrison | Dwight | Kimberly Harrison | 2:12-cv-01025 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT A**