Allegedly, please put an end to this please, I'm begging as a sister-

I am back- advocating for my brother- We now see a young player with an illness that will take his life. What are you people doing about it? Let me be clear, me nor my family nor my brother nor his friends are mad at NFL. We are mad at the lawyers for telling players what to say and how to act. We keep giving you names of people, you do  nothing. Seeger and Weiss and JJ Wyatt need to be looked at also. Allegedly,  Wyatt gives certain players answers to questions on a Moca test, tells them t score under r a 9 and you aren't looking at him. He has from what we have been told, contacting players to help them now that those other firms are in trouble, you are not looking at everyone. He never once told my brother what to score, allegedly he told Earl and his friend Fred what to score- amongst other  former players. How is it that everyone has Dementia or Parkinsons? This makes no sense, so people with these illnesses can drive, travel, coach and they are getting help? Earl coached at a High School he has custody of his grandson, who attends that high school. Jon Bostic same thing he got his money from total and permanent, bragged on a group text, just like Earl, how pulling one on the NFL. Jon has a facility named after him, worth millions of dollars, and has former players working there, yes, we hired our own detective since nothing is being done. Why does someone need to score under a 9? Because it shows dementia, right? Because the lawyers get more money off players.  If my brother can't get his disabilities addressed and we really want money to provide care and health care. Those men what are they doing to maintain their issues? Levine, Katz, Legacy, Wyatt, Seeger, Siler, Athlaw, Prosadvocates, Locks, Grossinger, Bloom. Allegedly, please look into everyone. Wyatt is allegedly finding doctors and telling the players how to answer under a 9 and then giving study guides on how too- allegedly- Who else is doing ths?

Pros advocates has a former player working for them, they reached out to my brother also, they act like he is a mentor, he is not a mentor. He got his money and he can work, another bragger, they make it where no money is being shown.

All need to be looked at for alleged misconduct. I won't stop nor ill any of us until this comes to a conclusion.

My brother has hopped around to lawyers and firms and he gets nothing; guess he does not matter. People keep texting and calling him to file again and why should he? This is beyond corrupt.

We've already contacted ESPN and we will contact other news outlets to make them aware, sure the NFL does not want to be taken advantage of by former players that are allegedly dishonest and telling someone how to answer questions and if you ask players, they probably have it someplace what's been going on. My brother would do anything to be able to be mentally stable and work and travel and go to games. My brother is not trying to get money in order to misuse, he would even show receipts. We keep paying for his assistance, even therapy and psychiatrist, we pay for that. People are not talking because they scared. Go to Wellington, go to St Thomas, to Ohio State, go to all the college pre season games an NFL games and high school games and see who you see there. They all sneak around and have their lawyers and friends lie and tell them what to say, and make up stories about why they were to an event or working, they have their people lying, even family members and spouses,  some even have businesses and LLCS, and plan on working or are working once they are paid what are you doing about that.

Please help look into these allegations and alleged behavior, it is enough already and stop telling the lawyers because they going back to the players telling them how to reply to the questions when they get caught on film or just caught period.

RECEIVED.M.S.

JUL 10 2026

X-RAY

MIAMI FL 330

3 JUL 2026    PM 2 L



CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Clerk of Court
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

19106-179699

19106-11