**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **No. 2:12-md-02323-JDW**<br>**MDL No. 2323** |
| **Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | |
| **National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,** | |
| **Defendants.** | |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | |

**ORDER**

**AND NOW**, this 31st day of July, 2026, it is **ORDERED** that the Clerk of Court shall docket the attached letters from Reppert Oates & Vytell, LLC dated July 30, 2026, and December 24, 2025.[1]

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

---

[1]    The Clerk of Court shall docket the letter dated December 24, 2025, as an attachment to the letter dated July 30, 2026.