**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : | No. 2:12-md-02323-AB |
| | : | MDL No. 2323 |
| | : | |
| | : | **Hon. Joshua D. Wolson** |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| ALL ACTIONS | : | |
| | : | |

**SECOND QUARTER 2026 REPORT OF
THE BAP ADMINISTRATOR**

1. BrownGreer, the Court-appointed Baseline Assessment Program ("BAP") Administrator for the Class Action Settlement in this litigation, submits this Report No. 28 to the Court with information as of June 30, 2026, alongside the Status Report of the Claims Administrator.[1]

2. Exhibit A to this Report provides a comprehensive overview of the administration, progress, and improvements of the BAP Administrator from April 1, 2026, through June 30, 2026 ("Second Quarter").

3. The BAP Administrator remains committed to the effective, fair, and transparent execution of the NFL Concussion Settlement. These efforts are reflected throughout the attached Exhibit A reports and remain part of ongoing initiatives to ensure that the administration of the Settlement remains both fair and efficient.

---

[1] On September 22, 2023, the Court replaced Epiq Mass Tort with BrownGreer PLC as the BAP Administrator in the above-captioned action (Document 12345). We are able to report on exam data for the entire program, but we cannot reliably report on scheduling/attendance data before January 1, 2024.

**BAP Administration**

1. **Highlights:** In addition to the attached Exhibit A reports, we provide the following highlights of our BAP Administration of the Settlement Program.

2. **Program Scale:** As of June 30, 2026, there are 3,537 Settlement Class Members ("SCM") who remain eligible to participate in the BAP; 2,308 (65.3%) are represented by counsel.

3. **Volume and Wait Times:** The wait times for appointments remain stable. In the Second Quarter, 340 appointment requests were submitted through the secure portal (159 Neuropsychology; 181 Neurology). The average wait from request to scheduled date was 58.8 days. Average wait from request to appointment date was 134.6 days.

4. **Scheduling Reminders:** In the Second Quarter, we sent 1,515 scheduling email notifications and seven text messages to Retired Players or their counsel and Qualified BAP Providers.

5. **Attendance and Cancellations:** Despite our efforts to remind Retired Players and/or their Counsel, the attendance rate for BAP appointments is at 37.4%, underscoring an ongoing engagement challenge as the Program approaches its conclusion in 2027.

6. **Results Finalized:** During the Second Quarter, we finalized BAP exams for 133 Retired Players (46 initial BAP exams, 50 Expanded exams, and 37 Supplemental exams).

7. **Supplemental Benefit Payments:** In the Second Quarter, we paid $151,648 in Supplemental Benefits on behalf of 114 Retired Players.

8. **BAP Provider Network:** As of June 30, 2026, 89.3% of Retired Players have a BAP Neurologist and 96.4% have a BAP Neuropsychologist within 150 miles of their residence. There are 167 active BAP Providers within the Program (49 Neurologists, and 118 Neuropsychologists), and two more providers are in the approval pipeline.

9. **Engagement:** The BAP Administrator handled 1,048 contacts (128 calls; 920 emails). Common topics included: BAP Appointment Request, BAP Appointment Confirmation, and BAP Results Status.

10. **Approaching Deadline:** The BAP is scheduled to conclude in 2027, ten years after its commencement. Under the Settlement, Retired Players must complete a qualifying BAP examination no later than June 7, 2027, after which no further BAP exams may be administered. As the Program enters its final phase, we are working in coordination with the Special Masters and the Parties to develop an orderly and transparent plan for winding down BAP operations. Additional guidance will be issued as that plan is finalized, including notice to Retired Players who remain eligible for BAP exams under Sections 5.9(b) and (c) of the Settlement Agreement, reminders in the quarterly newsletters to Retired Players and their Counsel, and additional alerts from our dedicated call center.

Respectfully submitted,

**BAP ADMINISTRATOR**

By: *Roma Petkauskas*

Roma Petkauskas
Virginia State Bar No.: 71357
BrownGreer PLC
250 Rockets Way
Richmond, Virginia 23231

Telephone: (804) 521-7218
Facsimile: (804) 521-7299
Email: rpetkauskas@browngreer.com