

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP Administrator Quarterly Status Report (As of 6/30/26)

### Section 1: Appointment Request Submitted Using the Portal

| | Appointment Type | Total Since 1/1/24 | 4/1/26 - 6/30/26 |
|---|---|---|---|
| 1. | Neuropsychology | 3,460 | 159 |
| 2. | Neurology | 2,668 | 181 |
| **3.** | **Totals** | **6,128** | **340** |

### Section 2: Wait Times from Request to Scheduled Appointment

| | Appointment Type | Average Days |
|---|---|---|
| 1. | Neuropsychology | 37.2 |
| 2. | Neurology | 87.0 |
| **3.** | **Totals** | **58.8** |

### Section 3: Wait Times from Request to Appointment Date

| | Appointment Type | Average Days |
|---|---|---|
| 1. | Neuropsychology | 112.7 |
| 2. | Neurology | 163.4 |
| **3.** | **Totals** | **134.6** |

 **CONCUSSION SETTLEMENT**
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
## (As of 6/30/26)

### Section 4: BAP Appointment Attendance Rate

| | Status | Appointments | |
|---|---|---|---|
| | | # | % |
| 1. | **Attended** | **2,478** | **37.4%** |
| | (a) Neuropsychology | 1,252 | 18.9% |
| | (b) Neurology | 1,226 | 18.5% |
| 2. | **Canceled or Missed** | **4,144** | **62.6%** |
| | (a) Neuropsychology | 2,321 | 35.1% |
| | (b) Neurology | 1,823 | 27.5% |
| 3. | **Totals** | **6,622** | **100.0%** |

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
### (As of 6/30/26)

### Section 5: BAP Appointment Cancellation Reasons

| | Cancellation Reason | Appointments | | | |
|---|---|---|---|---|---|
| | | Canceled By | | Total | % |
| | | Player or Attorney | BAP Provider or Administrator | | |
| 1. | Failure to Confirm | 1,346 | 7 | 1,353 | 37.3% |
| 2. | Schedule Changed | 894 | 360 | 1,254 | 34.6% |
| 3. | Other Reason | 543 | 29 | 572 | 15.8% |
| 4. | Sick or Personal Matter | 170 | 39 | 209 | 5.8% |
| 5. | Appointment Out of Sequence | 0 | 74 | 74 | 2.0% |
| 6. | Other Scheduling Error (Appointment Time or Location) | 5 | 49 | 54 | 1.5% |
| 7. | Player No Longer Participating | 21 | 28 | 49 | 1.4% |
| 8. | No Cancellation Party or Reason | 1 | 18 | 19 | 0.5% |
| 9. | BAP Provider No Longer Participating | 2 | 15 | 17 | 0.5% |
| 10. | Player No Longer Eligible | 0 | 14 | 14 | 0.4% |
| 11. | Partially Completed Exam | 0 | 10 | 10 | 0.3% |
| 12. | Deceased Player | 0 | 2 | 2 | 0.1% |
| 13. | **Total** | **2,982** | **645** | **3,627** | **100.0%** |

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
## (As of 6/30/26)

### Section 6: Initial BAP Eligibility

| | Status | Players | % |
|---|---|---|---|
| 1. | Still Eligible to Participate | 1,935 | 15.1% |
| 2. | No Longer Eligible to Participate | 10,896 | 84.9% |
| **3.** | **Total** | **12,831** | **100.0%** |

### Section 7: Initial BAP Participation

| | Status | Players | % |
|---|---|---|---|
| **1.** | **No Appointment Requested** | **4,974** | **38.8%** |
| | (a) Eligible to Request Participation | 769 | 6.0% |
| | (b) No Longer Eligible to Request Participation | 4,205 | 32.8% |
| **2.** | **Appointment Requested** | **7,857** | **61.2%** |
| **3.** | **Total** | **12,831** | **100.0%** |

### Section 8: Initial BAP Scheduling Status

| | Status | Players | % |
|---|---|---|---|
| 1. | One or More Appointments Scheduled | 7,856 | 99.99% |
| 2. | Initial Appointment Not Yet Scheduled | 1 | 0.01% |
| **3.** | **Total** | **7,857** | **100.0%** |



# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
### (As of 6/30/26)

### Section 9: Initial BAP Eligibility

| | Status | Players | % |
|---|---|---|---|
| 1. | **Attended** | **7,134** | **90.8%** |
| | (a)   One Appointment | 502 | 6.4% |
| | (1)   Neuropsychological Exam Only | 475 | 6.0% |
| | (2)   Neurological Exam Only | 27 | 0.3% |
| | (b)   Both Appointments | 6,632 | 84.4% |
| 2. | **Initial Exam Scheduled, Not Attended** | **722** | **9.2%** |
| | (a)   Appointment Scheduled without Prior Cancellations | 6 | 0.1% |
| | (b)  Appointment Scheduled, then Subsequently Canceled or Missed | 716 | 9.1% |
| | (1)  Retired Player Needs to Request a New Appointment | 589 | 7.5% |
| | (2)  New Appointment Request Submitted | 12 | 0.2% |
| | (3)  New Appointment Scheduled | 20 | 0.3% |
| | (4)  Retired Player is Deceased | 95 | 1.2% |
| 3. | **Totals** | **7,856** | **100.0%** |



# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
### (As of 6/30/26)

### Section 10: Initial BAP Exam Results

| | Final Diagnosis | 4/1/26 - 6/30/26 | |
| --- | --- | --- | --- |
| | | Exams Published | % |
| 1. | Level 1 Neurocognitive Impairment | 2 | 4.3% |
| 2. | Level 1.5 Neurocognitive Impairment | 3 | 6.5% |
| 3. | Level 2 Neurocognitive Impairment | 1 | 2.2% |
| 4. | No Qualifying Impairment | 36 | 78.3% |
| 5. | Finalized Without Result | 4 | 8.7% |
| 6. | **Totals** | **46** | **100.0%** |

### Section 11: Initial Exams in Progress

| | Status | As of 6/30/26 | |
| --- | --- | --- | --- |
| | | Exams | % |
| 1. | Only One Appointment Attended | 163 | 92.1% |
| 2. | Both Appointments Attended | 6 | 3.4% |
| 3. | BAP Administrator Confirming Results Comply with Settlement Agreement | 5 | 2.8% |
| 4. | Additional Information from Provider Required | 2 | 1.1% |
| 5. | Additional Information from Firm/Player Required | 1 | 0.6% |
| 6. | **Total** | **177** | **100.0%** |



# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
## (As of 6/30/26)

### Section 12: Expanded BAP Participation

| | Status | Players | % |
|---|---|---|---|
| 1. | No Appointment Requested – Deadline Expired | 637 | 23.2% |
| 2. | Appointment Requested | 2,113 | 76.8% |
| 3. | **Total** | **2,750** | **100.0%** |

### Section 13: Expanded BAP Scheduling Status

| | Status | Players | % |
|---|---|---|---|
| 1. | One or More Appointments Scheduled | 2,071 | 98.0% |
| 2. | Expanded Appointment Not Yet Scheduled | 42 | 2.0% |
| 3. | **Total** | **2,113** | **100.0%** |

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
## (As of 6/30/26)

### Section 14: Expanded BAP Eligibility

|  | Status | Players | % |
|---|---|---|---|
| **1.** | **Attended** | **1,514** | **73.1%** |
|  | (a)  One Appointment | 385 | 18.6% |
|  |     (1)  Neuropsychological Exam Only | 380 | 18.4% |
|  |     (2)  Neurological Exam Only | 5 | 0.2% |
|  | (b)  Both Appointments | 1,129 | 54.5% |
| **2.** | **Initial Exam Scheduled, Not Attended** | **557** | **26.9%** |
|  | (a)  Appointment Scheduled without Prior Cancellations | 0 | 0.0% |
|  | (b)  Appointment Scheduled, then Subsequently Canceled or Missed | 557 | 26.9% |
|  |     (1)  Retired Player Needs to Request a New Appointment | 494 | 23.9% |
|  |     (2)  New Appointment Request Submitted | 11 | 0.5% |
|  |     (3)  New Appointment Scheduled | 14 | 0.7% |
|  |     (4)  Retired Player is Deceased | 38 | 1.8% |
| **3.** | **Totals** | **2,071** | **100.0%** |

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
### (As of 6/30/26)

### Section 15: Expanded BAP Exam Results

|  | Status | 4/1/26 - 6/30/26 | |
|---|---|---|---|
|  |  | **Exams Published** | **%** |
| 1. | Level 1 Neurocognitive Impairment | 3 | 6.0% |
| 2. | Level 1.5 Neurocognitive Impairment | 5 | 10.0% |
| 3. | Level 2 Neurocognitive Impairment | 3 | 6.0% |
| 4. | No Qualifying Impairment | 38 | 76.0% |
| 5. | Finalized Without Result | 1 | 2.0% |
| **6.** | **Totals** | **50** | **100.0%** |

### Section 16: Expanded Exams in Progress

|  | Status | As of 6/30/26 | |
|---|---|---|---|
|  |  | **Exams** | **%** |
| 1. | Only One Appointment Attended | 235 | 92.9% |
| 2. | Both Appointments Attended | 7 | 2.8% |
| 3. | BAP Administrator Confirming Results Comply with Settlement Agreement | 6 | 2.4% |
| 4. | Additional Information from Provider Required | 5 | 2.0% |
| 5. | Additional Information from Firm/Player Required | 0 | 0.0% |
| **6.** | **Total** | **253** | **100.0%** |

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
### (As of 6/30/26)

### Section 17: Eligibility and Orientation for Supplemental Benefits

| | Status | Players | % |
|---|---|---|---|
| 1. | **Eligible** | **522** | **73.7%** |
| | (a) Received Orientation | 520 | 73.4% |
| | (1) Attorney Conducted Orientation | 354 | 50.0% |
| | (2) BAP Administrator Conducted Orientation | 126 | 17.8% |
| | (3) Pro Se Player Informed of Orientation Materials | 40 | 5.6% |
| | (b) No Record of Orientation | 2 | 0.3% |
| 2. | **No Longer Eligible** | **186** | **26.3%** |
| 3. | **Total** | **708** | **100.0%** |

### Section 18: Supplemental BAP Scheduling Status

| | Status | Players | % |
|---|---|---|---|
| 1. | **No Appointment Requested** | **315** | **44.5%** |
| | (a) Eligible to request participation | 221 | 31.2% |
| | (b) No longer eligible to request participation | 94 | 13.3% |
| 2. | **Appointment Requested** | **393** | **55.5%** |
| 3. | **Total** | **708** | **100.0%** |

### Section 19: Supplemental BAP Scheduling Status

| | Status | Players | % |
|---|---|---|---|
| 1. | One or More Appointments Scheduled | 392 | 99.7% |
| 2. | Supplemental Appointment Not Yet Scheduled | 1 | 0.3% |
| 3. | **Total** | **393** | **100.0%** |



# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
## (As of 6/30/26)

### Section 20: Supplemental BAP Appointment Attendence and Cancellations

| | Status | Players | % |
|---|---|---|---|
| **1.** | **Attended** | **314** | **80.1%** |
| | (a)  One Appointment | 86 | 21.9% |
| | (1)  Neuropsychological Exam Only | 81 | 20.7% |
| | (2)  Neurological Exam Only | 5 | 1.3% |
| | (b)  Both Appointments | 228 | 58.2% |
| **2.** | **Initial Exam Scheduled, Not Attended** | **78** | **19.9%** |
| | (a)  Appointment Scheduled without Prior Cancellations | 7 | 1.8% |
| | (b)  Appointment Scheduled, then Subsequently Canceled or Missed | 71 | 18.1% |
| | (1)  Retired Player Needs to Request a New Appointment | 53 | 13.5% |
| | (2)  New Appointment Request Submitted | 3 | 0.8% |
| | (3)  New Appointment Scheduled | 10 | 2.6% |
| | (4) Retired Player is Deceased | 5 | 1.3% |
| **3.** | **Totals** | **392** | **100.0%** |



# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
## (As of 6/30/26)

### Section 21: Qualified BAP Providers

| | Status | Providers | % |
|---|---|---|---|
| 1. | Approved Neurologists – Actively Scheduling | 49 | 29.3% |
| 2. | Approved Neuropsychologists – Actively Scheduling | 118 | 70.7% |
| **3.** | **Total** | **167** | **100%** |

### Section 22:  Qualified BAP Provider Network

| | Status | Retired Players | % |
|---|---|---|---|
| 1. | BAP Eligible Player has BAP Neurologist within 150 Miles | 3,035 | 89.3% |
| 2. | BAP Eligible Player has BAP Neuropsychologist within 150 Miles | 3,276 | 96.4% |

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## BAP ADMINISTRATOR STATUS REPORT
### (As of 6/30/26)

### Section 23: Supplemental BAP Exam Results

| | Status | 4/1/26 - 6/30/26 | |
|---|---|---|---|
| | | Exams Published | % |
| 1. | Level 2 Neurocognitive Impairment | 1 | 2.7% |
| 2. | Level 1.5 Neurocognitive Impairment | 3 | 8.1% |
| 3. | No Progression of Impairment | 20 | 54.1% |
| 4. | Finalized Without Result | 13 | 35.1% |
| 5. | **Totals** | **37** | **100.0%** |

### Section 24: Supplemental Exams in Progress

| | Status | As of 6/30/26 | |
|---|---|---|---|
| | | Exams | % |
| 1. | Only One Appointment Attended | 60 | 75.0% |
| 2. | Both Appointments Attended | 9 | 11.3% |
| 3. | BAP Administrator Confirming Results Comply with Settlement Agreement | 3 | 3.8% |
| 4. | Additional Information from Provider Required | 5 | 6.3% |
| 5. | Additional Information from Firm/Player Required | 3 | 3.8% |
| 6. | **Total** | **80** | **100.0%** |