

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Claims Administrator Quarterly Status Report
## (4/1/26 to 6/30/26)

### Section 1: Monetary Award (MA) and Supplemental (SUPP) Claims Submitted

| | Type | HOW MANY | | | % OF TOTAL | | |
|---|---|---|---|---|---|---|---|
| | | MA | SUPP | Total | MA | SUPP | Total |
| 1. | BAP | 13 | 0 | 13 | 30.2% | 0.0% | 28.9% |
| 2. | MAF | 22 | 2 | 24 | 51.2% | 100.0% | 53.3% |
| 3. | No Qualifying Diagnosis or Unknown | 8 | 0 | 8 | 18.6% | 0.0% | 17.8% |
| 4. | **Totals** | **43** | **2** | **45** | **100%** | **100%** | **100%** |

### Section 2: Monetary Award (MA) and Supplemental (SUPP) Claims Submitted By Qualifying Diagnosis

| | Qualifying Diagnosis | HOW MANY | | | % OF TOTAL | | |
|---|---|---|---|---|---|---|---|
| | | MA | SUPP | Total | MA | SUPP | Total |
| 1. | ALS | 0 | 0 | 0 | 0.0% | 0.0% | 0.0% |
| 2. | Alzheimer's Disease | 5 | 1 | 6 | 11.6% | 50.0% | 13.3% |
| 3. | Parkinson's Disease | 1 | 0 | 1 | 2.3% | 0.0% | 2.2% |
| 4. | Level 2 Neurocognitive Impairment | 7 | 1 | 8 | 16.3% | 50.0% | 17.8% |
| 5. | Level 1.5 Neurocognitive Impairment | 22 | 0 | 22 | 51.2% | 0.0% | 48.9% |
| 6. | No Qualifying Diagnosis or Unknown | 8 | 0 | 8 | 18.6% | 0.0% | 17.8% |
| 7. | **Totals** | **43** | **2** | **45** | **100%** | **100%** | **100%** |

### Section 3: Claim Status For Derivative Claimants With Derivative Claim Package Submission Deadlines Notice

| | Status | HOW MANY |
|---|---|---|
| 1. | Claim Submitted | 2 |
| 2. | No Claim Submitted | 9 |
| 3. | Within 30-Day Deadline | 0 |
| 4. | **Total** | **11** |



# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Claims Administrator Quarterly Status Report
### (4/1/26 to 6/30/26)

### Section 4: Monetary Award Payments

| | PAID TO | 4/1/26-6/30/26 |
|---|---|---|
| 1. | **Settlement Class Members** (or their lawyers on their behalf, if represented) | $39,130,649 |
| 2. | **Medical Lienholders** (on behalf of Settlement Class Members to the Lien Resolution Administrator to resolve medical Liens when a final Lien resolution amount is determined) | $59,481 |
| 3. | **Non-Medical Lienholders** (on behalf of Settlement Class Members to lienholders to resolve non-medical Liens) | $93,932 |
| 4. | **Third-Party Funders** (on behalf of Settlement Class Members to third-party funders who have accepted rescission of and/or terminated prohibited assignments that they had entered into with Settlement Class Members) | $563,887 |
| **5.** | **Total** | **$39,847,950** |

 **CONCUSSION SETTLEMENT**
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Claims Administrator Quarterly Status Report
## (4/1/26 to 6/30/26)

### Section 5: Monetary Award Payments by Qualifying Diagnosis

| | Diagnosis | Notices of Monetary Award | | Paid | |
|---|---|---|---|---|---|
| | | Claims | Amount | Claims | Amount |
| 1. | Death with CTE | 0 | $0 | 1 | $130,650 |
| 2. | ALS | 0 | $0 | 1 | $244,412 |
| 3. | Alzheimer's Disease | 4 | $4,207,387 | 14 | $4,573,683 |
| 4. | Parkinson's Disease | 2 | $2,316,381 | 4 | $5,075,567 |
| 5. | Level 2 | 9 | $16,435,609 | 8 | $2,710,247 |
| 6. | Level 1.5 | 35 | $25,400,935 | 52 | $27,113,392 |
| | **Total** | **50** | **$48,360,312** | **80** | **$39,847,950** |

### Section 6: Reported IRPA Costs

| | Type of Award | Median Cost | Average Cost |
|---|---|---|---|
| 1. | Level 1.5 Award | $5,400 | $5,493 |
| 2. | Level 2 Award | $6,575 | $8,718 |
| 3. | Parkinson's Disease Award | $3,068 | $6,116 |
| 4. | Alzheimer's Disease Award | $528 | $2,784 |
| **5.** | **Totals** | **$4,418** | **$5,486** |

# NFL Concussion Settlement

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## Claims Administrator Quarterly Status Report
## (4/1/26 to 6/30/26)

### Section 7: AAP Review Status and Determinations of MAF Claims[1]

| | Result | Reviewed by AAP | % | Not Reviewed by AAP | % | Total |
|---|---|---|---|---|---|---|
| 1. | Denied Directly After Audit | 31 | 77.5% | 9 | 22.5% | 40 |
| 2. | Denied Due to Disqualified/ Terminated Physician | 0 | 0.0% | 3 | 100.0% | 3 |
| 3. | Withdrawn by Settlement Class Member | 1 | 33.3% | 2 | 66.7% | 3 |
| 4. | Denied for Lack of Sufficient Proof of Diagnosis | 8 | 57.1% | 6 | 42.9% | 14 |
| 5. | In Review | 70 | 54.7% | 58 | 45.3% | 128 |
| 6. | Approved and Paid | 18 | 51.4% | 17 | 48.6% | 35 |
| 7. | **Totals** | **128** | **57.4%** | **95** | **42.6%** | **223** |

[1]This is the count of MAF claims reviewed to each of these statuses during the Second Quarter.

### Section 8: AAP Review Status and Determinations of BAP Claims[2]

| | Result | Reviewed by AAP | % | Not Reviewed by AAP | % | Total |
|---|---|---|---|---|---|---|
| 1. | Denied Directly After Audit | 3 | 60.0% | 2 | 40.0% | 5 |
| 2. | Denied Due to Disqualified/ Terminated Physician | 0 | 0.0% | 0 | 0.0% | 0 |
| 3. | Withdrawn by Settlement Class Member | 0 | 0.0% | 2 | 100.0% | 2 |
| 4. | Denied for Lack of Sufficient Proof of Diagnosis | 0 | 0.0% | 2 | 100.0% | 2 |
| 5. | In Review | 16 | 34.0% | 31 | 66.0% | 47 |
| 6. | Approved and Paid | 9 | 42.9% | 12 | 57.1% | 21 |
| 7. | **Totals** | **28** | **36.4%** | **49** | **63.6%** | **77** |

[2]This is the count of BAP claims reviewed to each of these statuses during the Second Quarter.

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Claims Administrator Quarterly Status Report
## (4/1/26 to 6/30/26)

### Section 9: Deficiency Notices for Missing Materials Issued

| | Qualifying Diagnosis | Claims Reviewed | Notices Issued | % Missing Materials |
|---|---|---|---|---|
| 1. | ALS | 0 | 0 | 0.0% |
| 2. | Alzheimer's Disease | 6 | 0 | 0.0% |
| 3. | Parkinson's Disease | 8 | 4 | 50.0% |
| 4. | Level 2 | 23 | 1 | 4.3% |
| 5. | Level 1.5 | 51 | 6 | 11.8% |
| 6. | Multiple/ Unknown | 1 | 1 | 100.0% |
| 7. | **Totals** | **89** | **12** | **13.5%** |

### Section 10:  Determination Notices Issued

| | Qualifying Diagnosis | Determination Notices[1] | Award Notices | % Approved |
|---|---|---|---|---|
| 1. | ALS | 0 | 0 | 0.0% |
| 2. | Alzheimer's Disease | 6 | 4 | 66.7% |
| 3. | Parkinson's Disease | 4 | 2 | 50.0% |
| 4. | Level 2 | 20 | 9 | 45.0% |
| 5. | Level 1.5 | 45 | 35 | 77.8% |
| 6. | **Totals** | **75** | **50** | **66.7%** |

[1]This is the count of determination notices issued during the Second Quarter on facially complete claims (excludes Audit denials and denials for incompleteness). Claims that are still in progress or that were withdrawn are not counted here.

# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Claims Administrator Quarterly Status Report
## (4/1/26 to 6/30/26)

### Section 11: Status of Pending Appeals On Monetary Award and Supplemental Monetary Award Claims

| | Status | As of 6/30/26 | | |
|---|---|---|---|---|
| | | Class Member | NFL | Total |
| A. | **Payable Claims** | **2** | **5** | **7** |
| 1. | Appeal Filed and in Preliminary Steps | 0 | 0 | 0 |
| 2. | Appellee's Opposition Memo Not Received | 1 | 4 | 5 |
| 3. | Appellee's Opposition Memo Received | 0 | 0 | 0 |
| 4. | With Special Masters for Decision | 1 | 1 | 2 |
| B. | **Denied Claims** | **10** | **0** | **10** |
| 1. | Appeal Filed and in Preliminary Steps | 4 | 0 | 4 |
| 2. | Appellee's Opposition Memo Not Received | 4 | 0 | 4 |
| 3. | Appellee's Opposition Memo Received | 0 | 0 | 0 |
| 4. | With Special Masters for Decision | 2 | 0 | 2 |
| C. | **Total Appeals** | **12** | **5** | **17** |

### Section 12: Status of Finalized Appeals On Monetary Award and Supplemental Monetary Award Claims

| | Status | 4/1/26-6/30/26 | | |
|---|---|---|---|---|
| | | Class Member | NFL | Total |
| A. | **Payable Claims** | **3** | **0** | **3** |
| 1. | Remanded to Claims Administrator | 1 | 0 | 1 |
| 2. | Result Upheld on Appeal | 2 | 0 | 2 |
| 3. | Result Overturned on Appeal | 0 | 0 | 0 |
| 4. | Closed or Withdrawn | 0 | 0 | 0 |
| B. | **Denied Claims** | **16** | **0** | **16** |
| 5. | Remanded to Claims Administrator | 7 | 0 | 7 |
| 6. | Result Upheld on Appeal | 7 | 0 | 7 |
| 7. | Result Overturned on Appeal | 1 | 0 | 1 |
| 8. | Closed or Withdrawn | 1 | 0 | 1 |
| C. | **Total Appeals** | **19** | **0** | **19** |

 **NFL CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Claims Administrator Quarterly Status Report
## (4/1/26 to 6/30/26)

### Section 13: Status of Audit Proceedings

| | Decision | Audit Reports | % |
|---|---|---|---|
| 1. | Special Masters Issued Decisions Denying Claims | 3 | 100.0% |
| 2. | Audit Proceeding Under Review by Special Masters | 0 | 0.0% |
| 3. | Audit Report Under Consideration for Proceeding | 0 | 0.0% |
| 4. | **Total** | **3** | **100%** |

### Section 14: Closed Audits

| | Decision | Audit Reports | % |
|---|---|---|---|
| 1. | Claims Denied in Audit | 45 | 80.4% |
| 2. | No Finding of MOC | 9 | 16.1% |
| 3. | Withdrawn | 2 | 3.6% |
| 4. | **Total** | **56** | **100%** |

# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Claims Administrator Quarterly Status Report
## (4/1/26 to 6/30/26)

### Section 15: Qualified MAF Physician Network

| Status | As of 6/30/26 | | | % | |
|---|---|---|---|---|---|
| | Yes | No | Total | Yes | No |
| Living Player has MAF within 150 Miles | 10,868 | 2,960 | 13,828 | 78.6% | 21.4% |

### Section 16: Qualified MAF Physicians

| | Status | As of 6/30/26 |
|---|---|---|
| 1. | Approved Physician – On Posted List | 51 |
| 2. | Approved Physician – Not yet Posted | 2 |

### Section 17: Requests for Exception to 150-Mile Rule

| | Status | Representation | | 4/1/26-6/30/26 | |
|---|---|---|---|---|---|
| | | Pro Se | Represented | Total | % |
| 1. | Granted | 2 | 40 | 42 | 95.4% |
| 2. | Denied | 0 | 1 | 1 | 2.3% |
| 3. | Pending | 0 | 1 | 1 | 2.3% |
| 4. | Totals | 2 | 42 | 44 | 100% |

### Section 18: Requests for Exception to 50-Mile Rule

| | Status | Representation | | 4/1/26-6/30/26 | |
|---|---|---|---|---|---|
| | | Pro Se | Represented | Total | % |
| 1. | Granted | 0 | 8 | 8 | 100.0% |
| 2. | Denied | 0 | 0 | 0 | 0.0% |
| 3. | Totals | 0 | 8 | 8 | 100% |

 **CONCUSSION SETTLEMENT**
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Claims Administrator Quarterly Status Report
## (4/1/26 to 6/30/26)

### Section 19: Non-Medical Liens Summary

| | Lien Type | Liens Asserted | Notices of Lien Issued by Claim Administrator | Liens Disputed by Settlement Class Members |
|---|---|---|---|---|
| 1. | Attorneys' | 21 | 16 | 19 |
| 2. | Child Support | 1 | 0 | 0 |
| 3. | Judgment | 0 | 0 | 0 |
| 4. | Tax | 0 | 0 | 0 |
| 5. | **Totals** | **22** | **16** | **19** |

### Section 20: Non-Medical Lien Holdbacks

| | Lien Type | Monetary Awards Affected | Monetary Award Amounts | Holdback Amounts |
|---|---|---|---|---|
| 1. | Attorneys' | 5 | $3,381,994 | $760,360 |
| 2. | Child Support | 0 | $0 | $0 |
| 3. | Judgment | 5 | $6,583,524 | $1,304,169 |
| 4. | Tax | 0 | $0 | $0 |
| 5. | **Totals** | **10** | **$9,965,518** | **$2,064,529** |



# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Claims Administrator Quarterly Status Report
### (4/1/26 to 6/30/26)

### Section 21: Non-Medical Lien Payments From Initial Monetary Awards

| | Lien Type | Monetary Awards Affected | Monetary Award Amounts | Lien Payments |
|---|---|---|---|---|
| 1. | Attorneys' | 10 | $11,081,540 | $93,932 |
| 2. | Child Support | 0 | $0 | $0 |
| 3. | Judgment | 0 | $0 | $0 |
| 4. | Tax | 0 | $0 | $0 |
| 5. | **Totals** | **10** | **$11,081,540** | **$93,932** |

### Section 22: Attorneys' Liens in Dispute Resolution Process

| Pending | Resolved | | Total |
|---|---|---|---|
| | By Agreed Withdrawal | By Court Determination | |
| 21 | 11 | 1 | 33 |