**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **No. 2:12-md-02323-JDW**<br>**MDL No. 2323** |
| **Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,**<br><br>**Defendants.** | |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | |

**ORDER**

**AND NOW**, this 12th day of August, 2026, it is **ORDERED** that I will hold a status call with lead Counsel for the Parties on August 24, 2026, at 10:00 a.m. My Chambers will circulate dial-in information in advance of the call.

**BY THE COURT:**

_/s/ Joshua D. Wolson_
JOSHUA D. WOLSON, J.