**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **No. 2:12-md-02323-JDW**<br>**MDL No. 2323** |
| **Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,**<br>**Plaintiffs,**<br>**v.**<br>**National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,**<br>**Defendants.** | |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | |

**ORDER**

**AND NOW**, this 24th day of August, 2026, I note as follows.

1. Jo-Ann Verrier has expressed her desire to retire from her role as a Special Master in this case by the end of the year. On behalf of Judge Brody and myself, I thank Ms. Verrier for her invaluable service and dedication to the Court, the Parties, and the Settlement of this matter over the years.

2. I have conferred with both Ms. Verrier and David Hoffman and determined that two Special Masters are still necessary to administer the Settlement in an efficient manner. Thus, I must find a replacement for Ms. Verrier's role.

3. The Settlement Agreement authorizes me to "replace the Special Master for good cause." (Settlement Agreement, Art. X, Section 10.1(d).) Given Ms. Verrier's impending retirement and the need for a second Special Master, good cause exists.

4. I have interviewed potential candidates to serve as Special Master and intend to appoint Amy Kurland of the Rohn Kurland firm in Philadelphia, Pennsylvania, as Ms. Verrier's replacement.

Therefore, it is **ORDERED** that on or before September 25, 2026, any Party who objects to the appointment of Ms. Kurland as a Special Master in this case shall show cause in a memorandum, not to exceed 7 pages, why I should not appoint her.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

JOSHUA D. WOLSON, J.