**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | )<br>)<br>) | **MDL No. 2323**<br>**No. 2:12-md-02323-JDW** |

**[PROPOSED] ORDER**

AND NOW, this ________ day of ___________, 202__, upon consideration of the Objections of Feder Law LLC ("Feder") to the Special Masters' Decision of June 8, 2026, it is HEREBY ORDERED that the objections are SUSTAINED and that the Special Masters' Decision as pertains to Feder is not adopted and is reversed. It is FURTHER ORDERED that this Court hereby:

1) Sets aside the conclusion that Feder failed to cooperate in the Audit proceedings;
2) Sets aside the conclusion that Feder acted with intent;
3) Holds that Douglas Grossinger's conduct, knowledge, and intent are not automatically attributable to Feder merely because of co-counsel status, divided work, attorney-of-record forms, or fee and expense sharing;
4) Modifies Paragraph 5 of the remedies set out in the Special Masters' Decision (Dec. at 43) as applied to Feder and vacates the permanent disqualification, the prohibition on future submissions, the transfer of held fees, and the refusal to recognize future Feder liens to the extent those remedies derive from the challenged legal conclusions
5) Modifies Paragraph 6 of the Decision's remedies (Dec. at 43) as applied to Feder by vacating the equal one-fifth assessment of the Audit costs; and
6) Permits Feder to remain in the Program.

______________________

Joshua D. Wolson, J.