# EXHIBIT 1

*Letters of Recommendation*

# EXHIBIT 1.A

*SPID 100010932*

August 19, 2026

Attorney Gaetan J. Alfano:

I am REDACTED TO PROTECT PLAYER IDENTITY, client to Attorney Fred Fedder. I have been represented by Attorney Fedder for over 2 years in relation to the NFL lawsuit. He has been straight-forward and transparent in all of our communications. He has proven to be professional and honest about this challenging process. He either answers or returns my calls promptly and has not had any difficulties in answering my numerous questions. I feel comfortable with him representing me and am confident in his ability to see the case through to the end. Trustworthiness is a rarity; however, I trust Attorney Fedder and am grateful for his representation in this matter.

Sincerely,

REDACTED TO PROTECT PLAYER IDENTITY

# EXHIBIT 1.B

*SPID 100008802*

SUBJECT TO ATTORNEY-CLIENT PRIVILEGE

[redacted]

---

**From:** REDACTED TO PROTECT PLAYER IDENTITY
**Sent:** Friday, August 21, 2026 11:18 AM
**To:** Fred M. Feder <fmfeder@federlaw.net>; REDACTED TO PROTECT PLAYER IDENTITY
**Subject:** R REDACTED TO PROTECT PLAYER

To Whom It May Concern,

I am writing this to give a strong recommendation for my attorney, Fred Feder. With all the news lately about law firms getting audited and disqualified in the NFL concussion case, I wanted to speak up about how honest and ethical Mr. Feder has been with me.

As a former NFL player, I hired Mr. Feder in case for a possible claim for the concussion lawsuit. From day one, he told me straight up that everything we did had to be completely honest and by the book. He walked me through the baseline testing process, legal protocols and was always open with me.

When my test results came back, we looked at them together. Based on the actual results, we both agreed that I didn't qualify to file a claim. Mr. Feder never once tried to push, pressure, or suggest that I change anything or try to file a fake or exaggerated claim just to receive compensation.

The court is doing the right thing by punishing the firms that lied, but Fred Feder is upstanding attorney. He kept my reputation safe and showed what a real, honest lawyer is supposed to look like.

I highly recommend Fred Feder to anyone. He is a man of great character who treats people and the court with total honesty.

Sincerely,

REDACTED TO PROTECT PLAYER IDENTITY
REDACTED TO PROTECT PLAYER IDENTITY

# EXHIBIT 1.C

*SPID 100011810*

25

REDACTED TO PROTECT PLAYER IDENTITY

[redacted]

Today 12:44 AM

To whom this may concern I have been knowing Mr Feder for years and he has been a stand up man that is trustworthy that I believe will always be honest about his decisions and worthiness honesty and integrity I hope you are well informed about his loyalty to his family and friends. God bless him and his family for life. Love always Mr. Fred Feder.

# EXHIBIT 1.D

*SPID 100013175*

REDACTED TO PROTECT PLAYER IDENTITY

[redacted]

7/21/2026

Gaetan J. Alfano
Alexander M. Owens
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103

**Subject: Character Reference for Fred Feder, Esq**

Dear Mr. Alfano and Mr. Owens,

I am writing this letter to serve as a character reference for Fred Feder who represented me as my legal counsel in my NFL settlement matter over a period of several years.

During our time working together, I found him to be a person of strong professional character, responsive communication and professionalism. Navigating complex matters as a retired professional athlete can be very overwhelming. In my direct personal interactions with Mr. Feder, he always treated me and my family with the utmost respect and courtesy. He was diligent about informing me about the timeline of my matter, explaining administrative processes, and answering my questions in a timely manner. I never experienced anything in my personal dealings with him that gave me reason to question his professionalism.

Because of Mr. Feders' strong moral character in the period of being his client, I am providing this statement regarding my personal experience during the time he represented me.

Thank you for your time.

REDACTED TO PROTECT PLAYER IDENTITY

[redacted]

# EXHIBIT 1.E

*SPID 100013620*

**Fred M. Feder**

---

**From:** REDACTED TO PROTECT PLAYER IDENTITY
**Sent:** Saturday, August 22, 2026 11:18 PM
**To:** Fred M. Feder
**Subject:** Letter to Mr. Alfano

August 22, 2026
REDACTED TO PROTECT PLAYER IDENTITY
REDACTED TO PROTECT PLAYER IDENTITY
REDACTED TO PROTECT PLAYER IDENTITY

Dear Mr. Aldano,
Am writing this letter to provide a character reference for Attorney Fred Feder, I have known him for the past 3 or 4 years, Mr. Federa has represented me legally with the NFL during this time he has demonstrated to be of strong character, integrity reliability as well professionalism, he communicates effectively remains calm under pressure, these qualities makes him very easy to work and interact with often, in addition mr. Feder has strong communication ethics, he does fallow up not only in a professional way but as well as a caring, compassionate and considerate person who is willing to offer support at anytime,
There has never been a time that a have reach out to him and not get great advice,
I will recommend him as a man of great Character.

Sincerely
REDACTED TO PROTECT PLAYER IDENTITY

Sent from AOL on Android