**CERTIFICATE OF SERVICE**

I, Gaetan J. Alfano, hereby certify that on this 11th day of September, 2026, a true and correct copy of the foregoing Feder Law LLC's Objections to the Special Masters' Decision was served via ECF upon all parties of record.

*/s/ Gaetan J. Alfano*
Gaetan J. Alfano

*12328932*