**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : | **No. 2:12-md-02323-JDW** |
| | : | |
| | : | **MDL No. 2323** |
| | : | **Hon. Joshua D. Wolson** |
| **v.** | : | |
| | : | |
| **In re Audit of the Law Office of Douglas R. Grossinger** | : | |
| | : | |

**ORDER**

AND NOW, this ______ day of ____________, 2026, upon consideration of the Motion of Douglas R. Grossinger and the Law Office of Douglas R. Grossinger to Vacate the Claims Administrator's Rule 15 Audit Report and the Special Masters' Rule 27 Decision, and for a Stay of Audit Proceedings, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** as follows:

1. The Claims Administrator's "Rule 15 Audit Report of Adverse Finding," dated December 12, 2025, and the referral thereof to Special Masters David Hoffman and Jo-Anne Verrier, are **VACATED**;
2. The Special Masters' Rule 27 Report and Decision, dated June 8, 2026, is **VACATED**; and
3. All Audit proceedings as to Douglas R. Grossinger and the Law Office of Douglas R. Grossinger are **STAYED** pending further Order of this Court.

BY THE COURT:

______________________________
JOSHUA D. WOLSON, J.