# Exhibit "E"

Sections THE BRINK Search
Pioneering Research from Boston University



FOOTBALL AND HEALTH

# NFL Players Four Times More Likely to Die of Diseases Like ALS, Dementia, and Parkinson's, BU Study Finds

**Analysis of nearly 20,000 current and former pro football players connects longer careers to increased risk of neurodegenerative diseases**

*"[T]here is a dose- disease," says BU*

JULY 8, 2026

SHARE THIS

A study of nearly 20,000 National Football League (NFL) players has found they are four times more likely than the general population to die of neurodegenerative diseases, including amyotrophic lateral sclerosis (ALS), dementia, and Parkinson's disease. The study, led by researchers at Boston University, Mass General Brigham, and the Concussion & CTE Foundation, is the largest of its kind to date of mortality in pro football players.

Although NFL players had lower chances of death from cancer and cardiovascular disease, which was attributed in part to their physical fitness, the researchers say this only highlights the athletes' heightened risk of neurodegenerative disease. Given their physical health, NFL players could be expected to also have better protection against diseases like dementia—but it appears that's not the case.

Previous BU research has shown a high rate of chronic traumatic encephalopathy (CTE)—a neurodegenerative disease caused by repeated hits to the head that's been tied to a range of symptoms —among deceased former NFL players whose brains were donated for research. The BU CTE Center is the world's leading hub for research into the disease and home to the UNITE Brain Bank, the largest repository of brain tissue of its kind.

"A fourfold increase in dementia rates from a presumed environmental cause is immense—and brain bank studies indicate that CTE is the primary explanation," says Jesse Mez, a senior coauthor on the latest study and BU CTE Center codirector of clinical research. The researchers found NFL players' mortality

which was banned from paint and gasoline in the US due to its neurological and cardiovascular consequences, leads to a two-to-three times greater rate of dementia."

"

A fourfold increase in dementia rates from a presumed environmental cause is immense—and brain bank studies indicate that CTE is the primary explanation.

Jesse Mez

"

The study included all current and former NFL players—19,824 athletes—who played at least one professional game and made their debut between 1960 and 2019. The researchers examined data about each players' career, from appearance totals to position played; they also analyzed National Death Index records to assess causes of death among the 1,994 deceased players. Information from the National Institute for Occupational Safety and Health was used to compare NFL players' mortality rates to those of the general population. The results were published in *eClinicalMedicine*, an open access journal from *The Lancet*.

Among the deceased NFL players, 178 had died of neurodegenerative disease, 106 of dementia, 39 from Parkinson's disease, and 33 of ALS. The researchers found those who died of neurodegenerative disease were older and had longer careers,

neurodegenerative disease than those who bounced out after just one to four seasons.

What the researchers called non-speed players—offensive and defensive linemen—had lower neurodegenerative and dementia mortality rates than those who took to the field in all other, or speed, positions. “NFL players in speed positions had twice the dementia rate of non-speed players,” they wrote in sharing their findings, “potentially related to greater cumulative g-force exposure, which [has] been associated with higher [neurodegenerative disease] risk.”

“While this study is about this unique cohort of elite athletes, it drives home themes that our work across different settings has shown consistently—that there is a dose-response relationship between the amount of football play and risk for neurodegenerative disease,” says Mez, a BU Chobanian & Avedisian School of Medicine associate professor of neurology and BU Alzheimer’s Disease Research Center associate director. “Players, their families, and their doctors need to understand this relationship when making decisions about football play.”

Despite the grim rates of neurodegenerative disease death, the researchers did discover that NFL players had noticeably lower overall mortality than the general population. Former and current pro players were less likely to die of cancer, cardiovascular disease, and a range of other causes. The researchers attributed this to what they called the NFL’s “selection bias for physically fit individuals,” as well as the benefits of regular exercise and access to medical care. They called this phenomenon the selection through athletic resilience survivor (STARS) effect.

“Compared to the general population, former NFL players have better physical fitness and cardiovascular health, leading to lower risk of all cause-mortality,” says Mez. “In the general population, better physical fitness and cardiovascular health are also protective factors for neurodegenerative mortality. Nonetheless, former NFL players have a fourfold increased rate of neurodegenerative mortality, presumably related to their repetitive head impacts from playing football, despite their better physical fitness and cardiovascular health.”

*This research received funding support from the National Institute of Neurological Disorders and Stroke, the National Institute on Aging, and the Maloney/Carpenter Trauma-Related Neurodegenerative Disease Research Fund.*

**EXPLORE RELATED TOPICS:**

BUMC CAMED CTE DISEASE EXERCISE FOOTBALL HEALTH NATIONAL INSTITUTES OF HEALTH NEUROSCIENCE RESEARCH

**Share this story**



EDITOR, THE BRINK

**Andrew Thurston** is originally from England, but has grown to appreciate the serial comma and the Red Sox, while keeping his accent (mostly) and love of West Ham United. He joined BU in 2007, and is the editor of the University's research news site, *The Brink*; he was formerly director of alumni publications. Before joining BU, he edited consumer and business magazines, including for corporations, nonprofits, and the UK government. His work has won awards from the Council for Advancement and Support of Education, the In-House Agency Forum, *Folio:*, and the British Association of Communicators in Business. Andrew has a bachelor's degree in English and related literature from the University of York. Profile

## Latest from The Brink

SPECIAL EDUCATION

Helping Create Special Education Policies to Benefit Students and Teachers

Serving as Commissioner of the National Center for Special Education Research

WILDFIRE

Wildfire Has Devastated California, Texas, and Beyond. A BU Scientist is Helping Forests Recover

MENTAL HEALTH

New Book, The Tolerance Generation, by BU Sociology Researcher Sarah Miller Examines Social Media and Teen Bullying

CTE

At Least 25 Percent of Former NFL Players Had CTE When They Died, New Study Suggests

CONVERGENT RESEARCH

Boston University Announces New Convergent Research Programs

AJAMI

Fragile Manuscripts Hold Hundreds of Years of African and Islamic History

ASTROPHYSICS

Tiny Flecks of Ancient Stardust Offer Clues to Solar System Origins

POLARIZATION

Polarized Parents Are Raising Ideologically Divided Kids. How Do We Stop the Cycle?

Assembly Line for Rewriting RNA

BRAIN AGING

BU-Led Framingham Heart Study Brain Aging Program Receives $31.5 Million Funding Renewal

MOSQUITOES

Why do Mosquitoes Bite Some People More than Others?

CLOUD LABS

NSF Awards Boston University $20 Million to Help Create National "Cloud Lab" Network

ELECTIONS

What Motivates Black Women Voters?

MENTAL HEALTH

Excessive Screen Time Increases Suicidal Thoughts in College Students, Boston University-Led Study Finds

SUNSCREEN SAFETY

US Sunscreens Just Got More Effective. BU Dermatologist Explains Why

PUBLIC HEALTH

As Cyclospora Cases Rise, a BU Expert Explains the Parasite Outbreak

FOOTBALL AND HEALTH

NFL Players Four Times More Likely to Die of Diseases Like ALS, Dementia, and Parkinson's, BU Study Finds

Biopharmaceutical Accelerator Boosts New Drugs' Chances of Success, Study Finds

RESEARCH NEWS

Brink Bites: A Boston Climate Leader and New Oral Cancer Targets

News, Research, Community

Pioneering Research from Boston University

Search The Brink...

© 2026 Trustees of Boston University Privacy Statement Accessibility