# Exhibit “K”

Methodist
Neurological Institute

William G. Ondo, M.D.
Director Movement Disorder Clinic, Methodist Neurological Institute
Prof. Neurology, Weill Cornell Medical School
Adjunct Prof of Neurology Texas A&M
6560 Fannin St., #802
Houston, Texas 77030

Feb 2, 2026

Memorandum on the Diagnosis of Parkinson's disease

I, William Ondo, MD, am the Director of the Movement Disorder Clinic at the Houston Methodist Hospital, and a Professor of Neurology at Weill Cornell Medical School and Adj Prof. at Texas A&M Medical School. My medical degree was awarded by the Medical College of Virginia (Richmond, Virginia), I completed an internship at the University of North Carolina Hospital (Chapel Hill, North Carolina) and a neurology residency at Duke University (Durham, North Carolina). I subsequently undertook a Movement Disorders fellowship with Dr. Joe Jankovic and joined the Baylor College of Medicine faculty for 19 years becoming a Full Professor, then later was a Professor at the University of Texas Medical Science Center-Houston for 5 years, prior to taking my current position in 2015. In addition to maintaining a busy clinical practice for the past 30 years, I have authored more than 350 original articles, review articles, and book chapters, and have edited three books on Movement Disorders. I estimate that I have seen more than 4,500 individual patients with Parkinson's disease and consider myself an expert on its diagnosis and management. Recently, I was asked to opine on the proper diagnosis of PD.

The Gelb *et al*. paper published in 1999 was a "white paper", positing diagnostic criteria for definite, probable, and possible Parkinson's disease. It was not based on any novel or original data, but was rather a summary of older studies. In it, they proposed criteria, based on their opinion, on what would constitute the most accurate diagnostic criteria for Parkinson's disease. This was not the first proposed criteria for PD and there have been others published since. The UK Brain Bank criteria, first published in 1988 provided much of the data for the Gelb paper and was in fact based on pathologic confirmed data. The Movement Disorder Society criteria

published in 2015 is now widely accepted, and other criteria exist. Both the UK Brain Bank and MDS criteria have also evolved over time, incorporating the latest information, and are the usual diagnostic criteria employed for research studies in Parkinson's disease.

Recent reviews have suggested that the Gelb criteria is not particularly predictive of the clinical diagnosis of Parkinson's disease. The criteria are criticized for their rigidity, with absolute exclusionary criteria that are in fact sometimes seen in patients that have pathologically confirmed idiopathic Parkinson's disease. In contrast, UK Brain bank criteria balances "red flags" against diagnosis versus additional supportive criteria. The other major criticism is the complete reliance on motor features, which we now realize constitute only part of the overall clinical phenotype of Parkinson's disease. Non-motor features such as REM Behavioral Disorder (acting out dreams), decreased olfaction (loss of sense of smell) and autonomic symptoms such as constipation, all strongly correlate with a pathological (definitive) diagnosis of Parkinson's.

I recently spoke to Dr. Gelb, a very respected neurologist at the University of Michigan. He has never considered himself to be a movement disorder specialist and only undertook the 1999 paper, while a very junior faculty member, at the bequest of Dr. Sid Gilman. Dr Gelb has not subsequently researched or published on the topic of Parkinson's disease. He was very surprised that his 1999 paper is being used by anyone for any purpose, including as the sole diagnostic criteria in a legal case. He feels the work was a fair summary of our knowledge of Parkinson diagnosis in 1999, but readily agrees that our knowledge has progressed greatly since then, and that more modern methods are, and should be, used to make this diagnosis currently.

Although the ideal diagnostic criteria for Parkinson's disease are continually evolving and formal criteria exist, diagnosis in the real-world setting has always been a clinical diagnosis, based on history and examination findings. There are several principles of clinical diagnosis, which are fairly self-evident, regarding the accuracy of diagnosis of Parkinson's disease, and for many other medical conditions. First, using the current most modern information for diagnosis is clearly superior to older

criteria formed with a less complete data set. Second, clinical diagnosis that rely predominantly on examination and history findings, rather than objective findings such as blood tests, are best determined by specialists in that field. In the case of Parkinson's disease, a movement disorder specialist would be most able to accurately diagnose, compared to a general neurologist, who would be better able to accurately diagnose compared to a non-neurologist. Movement Disorders is a specific specialty that requires extra fellowship training after a general neurology training. Third, any diagnosis that requires examination is best done in person, rather than by review of medical records, which can never capture the full nuanced clinical picture as accurately. Fourth, one of the keystones of Parkinson’s disease diagnosis is evaluating patients over time, to see how they evolve, and especially to see how they respond to interventions proven to help with Parkinson's disease. Time and disease evolution are key components recommended by all modern diagnostic principles for Parkinson's disease, and are arguably the best predictor of an accurate diagnosis compared to “gold standard” autopsy findings. Clinical response to L-dopa is another very strong predictor for Parkinson’s disease.

Formal diagnostic criteria for Parkinson's disease also represent a general population rather than a specific population. National Football League players do not represent a cross section of America. They have a distinct set of relatively more common medical issues, including much higher rates of dementia, balance and gait difficulties, both from neurologic and orthopedic etiologies, sleep apnea etc. Therefore, co-morbidity symptoms that are listed as “exclusionary” in the Gelb criteria are common in the NFL population. That said, it is also strongly argued that early onset idiopathic dementia, that is truly part a Lewy body pathology (Parkinson’s disease and Dementia with Lewy bodies) is no different than Parkinson’s disease with the subsequent development of dementia, and that this distinction is arbitrary and should be eliminated.

In summary, I do not feel that a strict use of criteria proposed in 1999 should be used to diagnose Parkinson’s disease.

**References:**
Calne D *et al.* Ann Neurol 1992
Gelb D *et al*. Arch Neurol 1999
Gibb and Lees A. J Neurol Neurosurg Psych 1988
Kulisevsky J *et al.* Mov Disord Clin Pract *2024*
Marsili L *et al*. Front Neurol 2018
Postuma RB *et al*. Mov Disord 2015
Weintraub D. Mov Disord 2023

Sincerely,



William Ondo, MD
Director of Movement Disorders – Methodist Neurological Institute
Professor of Neurology – Weill Cornell Medical School
Adjunct Professor – Texas A&M Medical School