# Exhibit "L"

Penn Medicine

Department of Neurology
Parkinson's Disease and Movement Disorders Center

June 11, 2026

Opinion on the Diagnosis of Parkinson's Disease in the National Football League Player's Concussion injury Litigation

I am John Duda, MD, a movement disorder neurologist for the last 25 years. I obtained my Medical Degree from Thomas Jefferson University, completed a Medical Internship at the Graduate Hospital of Philadelphia, a Neurology Residency at Hahnemann University Hospital and a 3-year Post-Doctoral Fellowship at the Center for Neurodegenerative disease Research at the University of Pennsylvania under Drs. John Trojanowski and Virginia Lee. I trained in Movement Disorders under Drs. Howard Hurtig and Matthew Stern and joined the Division of Movement Disorders in the Department of Neurology at the Perelman School of Medicine at the University of Pennsylvania in 2002. Since that time, I have been caring for patients with Parkinson's disease and related disorders on a weekly basis, seeing thousands of patients in that time. In 2012, I became an Associate Professor and in 2020 I became a Full Professor of Neurology at the University of Pennsylvania.

I have been involved in basic science, clinical and translational research for the past 25 years. My basic science research efforts have focused on understanding the basic pathophysiology of Parkinson's disease, and developing bioengineered constructs for nigrostriatal pathway reconstruction and therapeutic development. I am also the Co-Director of the Center for Neurotrauma, Neurodegeneration and Restoration at the Michael J. Crescenz VA Medical Center and have a long history of research regarding the neuropathological consequences of traumatic brain injury and the development of chronic traumatic encephalopathy, with 9 peer-reviewed publications in the field. Currently, I am funded By the Department of Veterans Affairs to develop a testbed for novel therapies for Parkinson's disease and am a Co-Investigator on grants from NIH and the Michael J. Fox Foundation.

My clinical research has focused on deep brain stimulation for Parkinson's disease, olfaction as a biomarker of Parkinson's disease, and the treatment of psychosis in Parkinson's disease. I have received research grants from the Department of Veterans Affairs, NIH, the Michael J. Fox Foundation for Parkinson Research, and the Department of Defense. My contributions were recognized with a Biomedical Laboratory Research and Development Service Senior Clinician Scientist Investigator Award from the Biomedical Laboratory Research and Development Service of Department of Veterans Affairs. I have authored over 160 peer-reviewed publications including in the journals Science, JAMA, Neuron, the New England Journal of Medicine and Neurology.

I have reviewed various documents from the National Football League Player's Concussion injury Litigation including the July 13, 2023 Second Quarter 2023 Program Doctor's News to the Program Doctors in the case, the January 16, 2024 ruling by Second Quarter 2023 Program Doctor's News to the Program Doctors in the case where he announced for the first time publicly and to the NFL players that he was mandating that the 1999 Gelb criteria must be used for the diagnosis of Parkinson's disease, the July 1, 2025 additional ruling by the Special Master regarding the Gelb Criteria, and the Parkinson's Disease Diagnosis Checklist prepared by the Claims Administrator for use by MAF physicians in making the diagnosis of Parkinson's disease for NFL players.

I am not aware of whether the Special Master David Hoffman was informed or had communication in 2023, prior to his January 16, 2024 ruling, that the claim's administrator was the entity that originally mandated that the 1999 Gelb criteria must be used by all 'program' doctors. I will leave it to others to determine the correlation between the claims administrator first mandating the use of the Gelb criteria earlier in mid-2023 as the new Parkinson's diagnosis standard for football players in this case, (as proven by the Second Quarter 2023 Program Doctor's News, with the Gelb criteria not in the 2014 settlement agreement), with the Special Master's ruling of January 2024. From the language of the Second Quarter 2023 Program Doctor's News, it seems apparent that this was not the first time that the Gelb criteria was discussed with the Program Doctors.

Regarding Professor Hoffman's January 16, 2024 ruling, which was apparently the first publicly expressed mandate that the 1999 Gelb criteria was newly required for the diagnosis of Parkinson's disease, there are 3 important passages on Page 3, that I feel deserve my comments.

Although the Gelb criteria was originally mandated by the Claims Administrator earlier in 2023, Professor Hoffman states 'I am listed a panel of AAP Neurologists, asking them to describe their understanding of how to make a Qualifying Diagnosis of Parkinson's Disease under the settlement." He notes that the panel apparently met the month before in December, 2023 and provided their conclusions in a memorandum called Document 298558. I have not been provided a copy of that Document and this ruling does not state the names of the AAP Doctors who were consulted in December 2023. The ruling provides this quote from the AAP Doctor's memo,

> "All members agreed that the appropriate criteria for the diagnosis of Parkinson's disease for use in the Settlement remain the Gelb Criteria. These criteria published in 1999, were the most widely use criteria in the United States at the time of the settlement. Later criteria, such as those of the Movement Disorder Society published in 2015 are designed to be used by movement disorder specialists rather than the neurologists who participate as MAF physicians, who are not required to have this specialty expertise."

Professor Hoffman then stated, "I accept this statement of the appropriate way to make the Diagnosis of Parkinson's Disease today under the Settlement".

I understand that from this January 16, 2024 ruling, continuing through to the present, the Gelb criteria has been the mandated criteria for determining if NFL players have Parkinson's disease. Apparently, the basis for the Gelb criteria being used in the NFL litigation is the concept which Professor Hoffman agreed with that the 1999 Gelb article criteria "were the most widely used criteria at the time of the settlement", which I understand was in 2014.

I have expertise in this matter and it is my view, and I strongly believe most movement disorder neurologists would agree with me, that the 1999 Gelb criteria was not the most widely used criteria in 2014.

Similarly, the sentence referring to the 2015 MDS criteria as being 'designed to be used by movement disorder specialists rather than the neurologists who participate as MAF physicians," who I understand were primarily general neurologists, is also incorrect. It is well known that the 2015 MDS criteria were developed to be used by all clinicians, both movement disorder specialists and general neurologists, in the US and internationally.

In addition, I think is important to comment on Professor Hoffman's additional ruling where he made further determinations regarding how the Gelb criteria must be used in this NFL case, with this ruling 15 months after

the January 2024 ruling. On page 10, at the top, Professor Hoffman states, without any attribution of cited evidence,

> "To start, the Gelb Criteria first asks about four 'Group A' features: (1) Resting Tremor, (2) Rigidity, (3) Bradykinesia, (4) Asymmetric Onset. *Id at least three out of four features must be present."*

Later, on page 10, Professor Hoffman further states, 'After three of the four Gelb Group A criteria are met, that same guidance instructs neurologists to continue to the Group B "exclusionary" features and the player's response to levodopa or a dopamine agonist."

I understand that Professor Hoffman's requirement in this July 1 2025 ruling for 3 Gelb Group A Criteria has been the required Parkinson's disease diagnosis mandate from then to the present. This requirement for 3 Gelb criteria for a diagnosis of Parkinson's disease runs counter to how the diagnosis is made in common practice and is incongruent with the state-of-the-art criteria outlined in 2015.

I believe that the Parkinson's disease diagnosis checklist, which I understand was distributed in October 2025, was entirely based on Professor Hoffman's rulings regarding the Gelb Criteria. I note that the citation at the top of Page 2 of the Checklist linking a probable diagnosis of PD under ICD 9/10 or DSM-5 to a requirement that there must be at least 3 out of 4 Gelb Group A features provides a linkage between the Gelb criteria and the established ICD and DSM criteria which is not accurate.

Those being my main conclusions, I would l like to expound further on how I came to those conclusions. I have been involved in numerous clinical trials, dating back to 2002 and am familiar with several different criteria for the diagnosis of Parkinson's disease, including The UK Parkinson's Disease Society Brain Bank clinical diagnostic criteria (UKPDSBB criteria) that were proposed in 1988, the Gelb criteria that were proposed in 1999 and the Movement Disorder Society Clinical Diagnostic criteria (MDSCD criteria) for Parkinson's disease from 2015. All of these criteria have been used in clinical trials at some point, although the Gelb criteria were used far less commonly, in my opinion. The UKPDSBB criteria were the state-of-the-art at the time they were developed and were intended to provide a standardized, reliable and accurate diagnosis of Parkinson's disease for the benefit of clinical trials and other research. They were intended to be fairly specific, at the expense of a certain degree of sensitivity, meaning that they wanted to make sure that patients who met the criteria were very likely to have Parkinson's disease pathology and not have another atypical or secondary form of Parkinson's disease to improve the likelihood of clinical trials being successful because of a lower false positive rate of diagnosis.

The Gelb criteria were published in an article in the journal Archives of Neurology in 1999 by three authors as a proposed improvement on the UKPDSBB criteria, in order to recognize different levels of certainty of the diagnosis, classifying cases as possible, probable and definite, and to improve on the accuracy of the diagnosis. They acknowledged that certainty about the diagnosis evolves over time and improves as patients are observed for longer periods of time. However, the criteria were not a dramatic diversion from the core diagnostic features of the UKPDSBB criteria and were never widely utilized in clinical practice, especially outside of clinical research.

Between 1999 and 2015, our understanding of Parkinson's disease evolved tremendously with greater appreciation for the non-motor features of Parkinson's disease that can present years, if not decades before the onset of motor symptoms. These symptoms include loss of sense of smell, constipation, sleep disorders including REM sleep behavior disorder, nearly universal cognitive and mood changes and autonomic dysfunction. Considering these features in the clinical diagnosis improves the accuracy and certainty of the

diagnosis but have not traditionally been used in isolation to make the diagnosis. However, many autopsy studies have demonstrated that there is a long prodromal period before the onset of motor symptoms, when other symptoms and circumstances may be sufficient to accurately diagnose the condition, improving our ability to treat the illness at early stages, when interventions are most likely to be of benefit.

With this in mind, many of the pre-eminent thought leaders from around the world convened an expert task force to evaluate the literature and develop new evidence-based consensus criteria, that were published in 2015. These criteria included an effort to balance sensitivity and specificity, were benchmarked by expert clinical diagnosis and were intended to systematize the clinical diagnostic process, to be reproducible across centers, and to be applicable by clinicians with less expertise in PD diagnosis. Very quickly, most clinical trials began using these criteria, and the framework developed, with absolute exclusion criteria, red flags and supportive criteria, became the standard for the clinical diagnosis of Parkinson's disease. Two levels of certainty were delineated, which could be used in different situations depending on whether the balance required between sensitivity and specificity. If it is desired to balance sensitivity and specificity, as in clinical research designed to have the highest degree of diagnostic accuracy, then the diagnostic criteria for probable PD are recommended for use. If the objective is to maximize specificity at the expense of sensitivity, as would be desired in clinical trials with either pathology-specific interventions or with significant risks, then the clinically established PD diagnostic criteria are recommended.

Unfortunately, there have never been studies comparing all 3 criteria in autopsy confirmed cases to ascertain the precise validity of each system. In fact, the Gelb criteria were never formally validated in autopsy confirmed cases to ascertain sensitivity and specificity. In contrast, the MDSCD criteria have been validated in multiple studies including autopsy confirmed studies which demonstrated 89.3-92.5% diagnostic accuracy for probable PD (Virameteekul et al., 2023; Geut et al., 2020). The MDSCD criteria and the UDPDSBB criteria have been compared directly (Postuma et al., 2018) in a large study compared to expert clinical diagnosis, which after years of follow-up has been shown to be very accurate. In this study the MDSCD criteria had higher sensitivity (94.5% vs. 89.2%), specificity (88.5% vs. 79.2%), and overall accuracy (92.6% vs. 86.4%) than UKPDSBB criteria.

There are several reasons why the Gelb criteria may have lower diagnostic accuracy than the MDSCD criteria. These include the inclusion of asymmetry as a cardinal feature would allow some non-Parkinson's disease conditions with prominent asymmetry, like corticobasal degeneration to be misdiagnosed as Parkinson's disease. They were also developed before the widespread availability of dopamine transporter imaging, which can help exclude some patients who appear Parkinsonian but have no neurodegeneration of the underlying nigrostriatal pathway. The Gelb criteria also do not include non-motor features which are very helpful in the diagnosis of Parkinson's disease, especially in the early stages, so that the sensitivity of the diagnosis would improve. Finally, the Gelb criteria would be expected to have lower sensitivity as well because of the use of absolute exclusion criteria without the counterbalancing of red flags and supportive criteria, as in the MDSCD criteria. This has been demonstrated to lead to the exclusion of some cases with autopsy-confirmed Parkinson's disease with the Gelb criteria.

The argument has been made that the Gelb criteria were the 'most widely used criteria in the United States at the time of the Settlement (2014). I do not agree with this statement. The UKPDSBB criteria remained the most common framework for the clinical diagnosis of Parkinson's disease in clinical trials and in clinical practice, the diagnosis was a clinical gestalt of the history and physical findings, without reliance on particular criteria, as it is now in many instances.

Another argument to use the Gelb criteria was that the MDSCD criteria were not meant to be used by generalist neurologists, a notion that is plainly refuted in the abstract of the seminal 2015 paper. I suspect that most of the general neurologists involved in the diagnosis of Parkinson's disease needed to be educated on the use of the Gelb criteria for the litigation of these cases. The available data suggests that the MDSCD criteria are likely to have the highest diagnostic accuracy for the diagnosis of Parkinson's disease, which ideally is the goal in this litigation. It is certainly possible for competent general neurologists to learn how to use the MDSCD criteria in the assessment of these cases, as they must have had to do for the use of the Gelb criteria.

It is my strong view that the use of the Gelb criteria may improperly limit the number of NFL players who are accurately diagnosed with Parkinson's disease in this litigation. I also firmly believe that use of the evidence-based consensus MDSCD criteria

Sincerely,



Professor of Neurology – Perelman School of Medicine at the University of Pennsylvania
1121 Wisteria Drive,
Malvern, PA 19355
johndudamd@yahoo.com

# John Eric Duda, M.D.

**Professor of Neurology at the Veteran's Administration Medical Center**
Director, Parkinson's Disease Research, Education and Clinical Center of the Michael J. Crescenz VA Medical Center, University of Pennsylvania
Co-Director, Center for Neurotrauma, Neurodegeneration and Restoration of the Michael J. Crescenz VA Medical Center, University of Pennsylvania
Department: Neurology

---

**Contact information**
Philadelphia VAMC
PADRECC/Mail Stop #127
University and Woodland Av.
Philadelphia, PA 19104
Office: 215-823-5934
Email: john.duda@va.gov
**Links**
Philadelphia VA Medical Center PADRECC Website
**Education**
B.S. (Psychology)
The Pennsylvania State University , 1987.
MD
Thomas Jefferson University, 1994.

**Post-Graduate Training**
Howard Hughes Summer Research Fellowship, National Institute of Mental Health, 1991-1991.
Intern in Medicine, Graduate Hospital, Philadelphia, 1994-1995.
Resident in Neurology, Hahnemann/MCP University Hospital, Philadelphia, 1995-1998.
Fellowship, Neuropathology, Hospital of the University of Pennsylvania, Philadelphia, 1998-2001.

**Certifications**
American Board of Psychiatry and Neurology, 2002.

## Selected Publications

**Purcell, J.R., Perskaudas, R., Miller, R.B., Hill, L.S., King, A., Reddy, V., Gilleran, K., Marsh, L., Sarwar, A., Mack, J., Duda, J.E., Lehosit, J., Tineo, P., Hinojosa-Lindsey, M., Ketchum, K., Kalkstein, S., Shouse, M., Maloney, K., Liong, C., Makin, A., Glenn, G., McHale, D., O'Connor, S.,**

**Interian, A., Dobkin, R.D.**: *Bridging the Rural Mental Health Gap: Telehealth Delivery of Specialized CBT and MBCT for Veterans With Parkinson's Disease* J Rural Health 42: e70175, 2026.

**Chouhan, D., Browne, K.D., Gordián Vélez, W.J., Karandikar, S. P., Patel, R., Yankson, K.N.A., Shultz, R.B. Duda, J.E., Cullen, D.K.**: *Biopreservation of a tissue engineered nigrostriatal pathway for tract reconstruction in Parkinson's disease*. Acta Biomaterialia 215: 51-66, 2026.

**Ostrem, J.L., Luo, P., Weaver, F.M., Follett, K., Rothlind, J., Galifianakis, N.B., Lai, E.C., Bronstein, J., Duda, J., Holloway, K., Sarwar, A., Brodsky, M., Chung, K., Spindler, M., Reda, D., Snodgrass, A., Moy, C., Huang, G., Wei, Y., Marks Jr, W.J., CSP 468F Study Group**: *10-year clinical outcomes of subthalamic nucleus versus pallidal deep brain stimulation for Parkinson's disease: VA/NINDS CSP #468F*. Frontiers in Neurology 16: 1728999, 2026.

**Gordán Vélez, W.J., Browne, K.D., Galarrage, J.H., Chouhan, D., Duda, J.E., España, R.A., Chen, H.I., Burdick, J.A., Cullen, D.K.**: *Dopaminergic axon tracts within a hyaluronic acid hydrogel encasement to restore nigrostriatal pathway*. Advanced Healthcare Materials 14: e2402997, 2025.

**Holden, S.K., Bedenfield, N., Taylor, A.S., Bayram, E., Schwilk, C., Fleisher, J., Duda, J., Shill, H., Paulson, H.L., Stacy, K., Wood, J., Corsentino, P., Sha, S.J., Litvan, I., Irwin, D.J., Quinn, J.F., Goldman, J.G., Amodeo, K., Taylor, J-P., Boeve, B.F., Armstrong, M.J.**: *Research Priorities of Individuals and Caregivers With Lewy Body Dementia: A Web-based Survey*. Alzheimer Disease and Associated Disorders 37: 50-58, 2023.

**Grovoloa, M.R., Jinich, A., Paleologos, N., Arroyo, E.J., Browne, K.D., Swanson, R.L., Duda, J.E., Cullen, D.K.** : *Persistence of Hyper-Ramified Microglia in Porcine Cortical Gray Matter after Mild Traumatic Brain Injury*. Biomedicines 11: 1960, 2023.

**Harris, J.P., Mietus, C.J., Browne, K.D., Wofford, K.L., Keating, C.E., Brown, D.P., Johnson, B.N., Wolf, J.A., Smith, D.H., Cohen, A.S., Duda, J.E., Cullen, D.K.**: *Neuronal somatic plasmalemmal permeability and dendritic beading caused by head rotational traumatic brain injury in pigs-An exploratory study*. Frontiers in Cellular Neuroscience 17: 1055455, 2023.

**Rothlind, J.C., York, M.K., Luo, P., Carlson, K., Marks, W.J., Weaver, F.M., Stern, M., Follett, K., Duda, J.E., Reda, D. for the CSP-468 study group**: *Predictors of Multi-Domain Cognitive Decline following DBS for Treatment of Parkinson's Disease*. Parkinsonism and Related Disorders 95: 23-27, 2022.

**Walker, I.M., Cousins, K.A., Siderowf, A., Duda, J.E., Morley, J., Dahodwala, N., Tropea, T., Vaishnavi, S., Wolk, D.A., Chen-Plotkin, A., Shaw, L.M., Lee, E.B., Trojanowski, J.Q., Grossman, M., Weintraub, D., Irwin, D.J.**: *Non-tremor motor dysfunction in Lewy body dementias is associated with AD biomarkers*. Parkinsonism and Related Disorders 100: 33-6, 2022.

**Aamodt, W.W., Dubroff, J.G., Cheng, G., Taylor, B., Wood, S., Duda, J.E., Morley, J.F.** : *Gait abnormalities and non-motor symptoms predict abnormal dopaminergic imaging in presumed drug-induced Parkinsonism*. npj Parkinson's Disease 8: 53, 2022.

Last updated: 09/09/2026
The Trustees of the University of Pennsylvania