# Exhibit "M"

Methodist
Neurological Institute™

William Ondo, M.D.
Director Movement Disorder Clinic
6560 Fannin St., #1002
Houston, Texas 77030
Tel: (713) 363-8184
Fax: (713) 790-7881

Sept 8, 2026

**Declaration of William Ondo, MD in support of Douglas Grossinger Esq. motion regarding audit report and audit decision**

I, William Ondo, MD, am the Director of the Movement Disorder Clinic at the Houston Methodist Hospital, and a Professor of Neurology at Weill Cornell Medical School and Adj Prof. at Texas A&M Medical School. My medical degree was awarded by the Medical College of Virginia (Richmond, Virginia), I completed an internship at the University of North Carolina Hospital (Chapel Hill, North Carolina) and a neurology residency at Duke University (Durham, North Carolina). I subsequently undertook a Movement Disorders fellowship with Dr. Joe Jankovic and joined the Baylor College of Medicine faculty for 19 years becoming a Full Professor, then later was a Professor at the University of Texas Medical Science Center-Houston for 5 years, prior to taking my current position in 2015. In addition to maintaining a busy clinical practice for the past 31 years, I have authored more than 350 original articles, review articles, and book chapters, and have edited three books on Movement Disorders. I estimate that I have seen more than 4,500 individual patients with Parkinson's disease and consider myself an expert on its diagnosis and management.

I understand that the 1999 Gelb criteria is the mandated criteria for the diagnosis of Parkinon's disease (PD) regarding NFL awards since at least 2023. My report here supplements my February 2026 report prepared for this case. As a clinician and Professor of Neurology, I am very critical of the 1999 Gelb criteria, even at the time of its publication, and certainly now, being used as the sole diagnostic criteria for this case.

The diagnosis of PD has long been based on clinical features. The first nearly universally accepted clinical criteria for PD was the UK Brain bank criteria (di Biase et al., 2025; Hughes et al., 1992) created in 1988 and validated in 1992. In 2015, The

Movement Disorder Society (MDS) Criteria (Postuma et al., Virameteekul et al., 2023), were published, and became the primary PD diagnostic criteria used since its creation to the current time. This was created by our leadership, with the understanding that it could be modified over time to reflect medical advances, to be the definitive criteria to unify diagnosis for all practitioners, including movement disorder specialists, general neurologists, and other health care providers. As core features, the current MDS criteria require bradykinesia, plus either rigidity or rest tremor. The criteria also allow for more nuanced interpretation, by suggesting exclusionary criteria and supportive criteria.

One barometer to assess opinion regarding the preferred diagnostic criteria for PD would be identifying which criteria are used for clinical trials of PD. A brief review on ClinicalTrials.gov, which lists all public clinical trials involving PD, revealed that more than 95% of trials specify either UK Brain bank or MDS criteria, or list these criteria verbatim. In the approximately 100 PD clinical trials in which I have participated since 1996, I can't recall any study that employed any other diagnostic criteria. One review article from 2018 reported that only 8 published reports on PD employed the Gelb criteria, out of many thousands during that time frame. (Marsili et al., 2018)

The Gelb *et al*. paper "Gelb Criteria" published in 1999 was a "white paper", positing diagnostic criteria for definite, probable, and possible Parkinson's disease. It was not based on any novel or original data, but was rather a summary of older studies. The Gelb Criteria lists 4 core features required for the diagnosis of PD (resting tremor, bradykinesia, rigidity, and asymmetric onset). However, two of these features are frequently absent in PD patients. First, approximately 25% of patients with pathologically confirmed PD never have rest tremor. (Helmich et al., 2012; Hirsch et al., 1992). In fact, patients without tremor have a worse prognosis. (Aleksovski et al., 2018) Rest tremor may also be observed only at certain stages of the disease, classically being absent in the very early and late stages, while present during the middle stages of PD progression. Second, PD is often completely symmetric or minimally asymmetric. Complete symmetry occurs in about 20% of PD cases, while 40% of patients demonstrate only mild to moderate asymmetry, whereas 40% have markedly asymmetric features. (Fox et al., 2025; Gómez-Esteban et al., 2010; Jost et al., 2026) Postural Instability Gait Disorder (PIGD) phenotype is the most common presentation of

symmetric PD and confers a worse prognosis compared to tremor dominant PD. Furthermore, asymmetric presentations often evolve into more symmetric features over time. (Marinus & van Hilten, 2015) Therefore, requiring 3 of 4 Gelb criteria, 2 of which are commonly not seen in pathologically confirmed PD, is an incorrect diagnostic burden and would eliminate many people with actual PD.

I understand that the Special Master July 1, 2025 ruling required for the first time 3 of 4 Gelb criteria be met for the diagnosis of PD. As summarized in the previous paragraph, I strongly disagree with the mandate of the Special Master requiring this diagnostic burden, which would exclude many patients who actually have PD under our modern PD diagnostic criteria, as summarized in the 2015 MDS criteria.

The Gelb criteria also are widely criticized in the PD medical community for their absolute exclusionary criteria that are in fact often seen in patients that have pathologically confirmed idiopathic PD. If followed longitudinally, the majority of PD patients develop hallucinations and develop dementia, and almost 100% of PD patients demonstrate autonomic failure, although how many of these are "severe" is obviously subjective. Overall, recent reviews have suggested that the Gelb criteria is not particularly predictive of the clinical diagnosis of Parkinson's disease. (Marsili et al., 2018)

My understanding is the Special Master's ruling required, without any documented basis stated, that football players from July 1, 2025 ongoing must have probable PD (3/4 core features) to be diagnosed with PD and obtain an award. Another important logical criticism regarding this ruling is that the Special Master omits and deletes a specific requirement for probable PD, listed on page 36 and page 37 of the article, that requires "symptom duration of at least 3 years", for a diagnosis of probable PD. Although I strongly disagree with the use of the Gelb criteria entirely, and am certain that other leading Parkinson's experts would concur, the Special Master is not actually using the Gelb criteria correctly, selectively included and excluding features of the criteria.

My understanding is that the current Gelb criteria requiring "probable" PD were mandated in a Jan 16, 2024 ruling by the Special Master. There were two brief and incorrect statements made by the Special Master justifying this.

First, the statement “These criteria published in 1999 were the most widely used criteria in the United States at the time of the settlement.” is definitely false. The Gelb criteria was never the diagnostic standard for PD and is little remembered today. My assertion is based on the medical literature as referenced above, and I am certain would be the opinion of anyone actually familiar with the topic.

Second, the statement “Later criteria such as those of the Movement Disorder Society published in 2015 are designed to be used by movement disorder specialists rather than the neurologists who participate as MAF physicians, who are not required to have this specialty expertise.” is also overtly false. The International Parkinsons and Movement Disorder Society, a global organization headquartered in Milwaukee Wisconsin, establishes diagnostic criteria for multiple diseases in our field. All of these, including PD, are intentionally designed to be globally adapted by all: specialists, general neurologists, health care providers, and laymen. They require no resources other than speaking to and examining the patient. The statement that the MAF physicians apparently are not capable of understanding and implementing these basic criteria is another very problematic, perhaps unintentional, admission of the Special Master 2024 report.

The ramifications of these revised PD diagnostic criteria from 2024 are dramatically demonstrated in this case. I was provided with Status Report #22 dated March 4, 2024, which among other aspects of the case, reviews the number of PD claims. From 2017 to March 2024 there were 281 PD claims and in 2025 alone there were 74. However, in the second quarter of 2026 there has only been one claim for PD, attesting to how the altered criteria have markedly impeded access to diagnosis.

In summary, I do not feel that any criteria proposed in 1999 should be used to diagnose PD. Even in their time, the Gelb criteria were never adapted in either clinical practice nor research. Many advances in PD diagnostic criteria validation have occurred since 1999 and it makes little sense that more recent and better validated criteria should not be employed for cases undergoing adjudication in the present day. By adopting the aged Gelb criteria, the Special Master has discounted and disregarded modern medicine. In my medical opinion, continued use of the 1999 Gelb criteria for is inconsistent with current medical practice.

I am also disturbed that this Special Master who mandated the 1999 Gelb criteria, has issued the audit ruling again Attorney Grossinger, who I understand has been working with treating physicians who do follow modern clinical diagnostic and management standards. I am open to further involvement to ensure the proper and correct diagnoses of PD are achieved going forward, and am happy to facilitate this as possible, including meeting in Philadelphia.

I declare under penalty of perjury the foregoing is true and correct, executed on Sept 8, 2026.

William Ondo, MD
Director of Movement Disorder Center
Methodist Neurological Institute

**References:**


Aleksovski, D., Miljkovic, D., Bravi, D., & Antonini, A. (2018). Disease progression in Parkinson subtypes: the PPMI dataset. *Neurological Sciences 2018 39:11*, *39*(11), 1971–1976. https://doi.org/10.1007/S10072-018-3522-Z

di Biase, L., Pecoraro, P. M., & Di Lazzaro, V. (2025). Validating the Accuracy of Parkinson's Disease Clinical Diagnosis: A UK Brain Bank Case–Control Study. *Annals of Neurology*, *97*(6), 1110–1121. https://doi.org/10.1002/ANA.27190;REQUESTEDJOURNAL:JOURNAL:15318249

Fox, S. H., Luca, D. G., Postuma, R. B., Bhidayasiri, R., Cardoso, F., Kovacs, G. G., Katzenschlager, R., & Trenkwalder, C. (2025). Revisiting the 2015 MDS diagnostic criteria for Parkinson disease: insights from autopsy-confirmed cases. *Npj Parkinson's Disease 2025 11:1*, *11*(1), 360-. https://doi.org/10.1038/s41531-025-01206-6

Gómez-Esteban, J. C., Tijero, B., Ciordia, R., Berganzo, K., Somme, J., Lezcano, E., & Zarranz, J. J. (2010). Factors influencing the symmetry of Parkinson's disease symptoms. *Clinical Neurology and Neurosurgery*, *112*(4), 302–305. https://doi.org/10.1016/j.clineuro.2009.12.017

Helmich, R. C., Hallett, M., Deuschl, G., Toni, I., & Bloem, B. R. (2012). Cerebral causes and consequences of parkinsonian resting tremor: a tale of two circuits? *Brain : A Journal of Neurology*, *135*(Pt 11), 3206–3226. https://doi.org/10.1093/BRAIN/AWS023

Hirsch, E. C., Mouatt, A., Faucheux, B., Bonnet, A. M., Javoy-Agid, F., Graybiel, A. M., & Agid, Y. (1992). Dopamine, tremor, and Parkinson's disease. *The Lancet*, *340*(8811), 125–126. https://doi.org/10.1016/0140-6736(92)90457-E

Hughes, A. J., Daniel, S. E., Kilford, L., Lees, A. J., Society Brain Bank, D., & WCIN IPJ J Hughes S E Daniel L Kilford A J Lees, L. A. (1992). Accuracy of clinical diagnosis of idiopathic Parkinson's disease: a clinico-pathological study of 100 cases. *Journal of Neurology, Neurosurgery, and Psychiatry*, *55*(3), 181. https://doi.org/10.1136/JNNP.55.3.181

Jost, S. T., Atwani, C., Loehrer, P. A., Ashkan, K., Rizos, A., Petry-Schmelzer, J. N., Krauss, J., Krause, J. F., Konitsioti, A. M., Biundo, R., Pedrosa, D. J., Evans, J., Visser-Vandewalle, V., Nimsky, C., Fink, G. R., Silverdale, M., Fasano, A., Martinez-Martin, P., Antonini, A., … Dafsari, H. S. (2026). Patients with symmetric Parkinson's disease do poorly with subthalamic stimulation. *Journal of Neurology, Neurosurgery, and Psychiatry*, *97*(5), 438–448. https://doi.org/10.1136/JNNP-2025-336382

Marinus, J., & van Hilten, J. J. (2015). The significance of motor (A)symmetry in Parkinson's disease. *Movement Disorders*, *30*(3), 379–385. https://doi.org/10.1002/MDS.26107

Marsili, L., Rizzo, G., & Colosimo, C. (2018). Diagnostic criteria for Parkinson's disease: From James Parkinson to the concept of prodromal disease. *Frontiers in Neurology*, *9*(MAR), 313069. https://doi.org/10.3389/FNEUR.2018.00156/TEXT

Postuma, R. B., Berg, D., Stern, M., Poewe, W., Warren Olanow, C., Oertel, W., Obeso, J., Marek, K., Litvan, I., Lang, A. E., Halliday, G., Goetz, C. G., Gasser, T., Dubois, B., Chan, P., Bloem, B. R., Adler, C. H., & Deuschl, unther. (n.d.). *MDS Clinical Diagnostic Criteria for Parkinson's Disease*. https://doi.org/10.1002/mds.26424

Virameteekul, S., Revesz, T., Jaunmuktane, Z., Warner, T. T., & De Pablo-Fernández, E. (2023). Clinical Diagnostic Accuracy of Parkinson's Disease: Where Do We Stand?

*Movement Disorders : Official Journal of the Movement Disorder Society*, *38*(4), 558–566. https://doi.org/10.1002/MDS.29317

# CURRICULUM VITAE

William George Ondo M.D. 5/1/25

-Harriet and Joe B. Foster Distinguished Endowed Chair in Neurosciences
-Director - Movement Disorders Clinic Methodist Neuroscience Center
-Director - Movement Disorders Fellowship Program – HMH
-Director - RLS Quality Care Center
-Professor of Neurology, Weill Cornell Medical School
- Adjunct Professor of Neurology, Texas A&M Medical School

6560 Fannin Street, Suite 802
Houston, TX 77030
wondo@houstonmethodist
Office: 832.325.7079
Administrative Assistant: 832.325.7071
Fax: 713.512.2239
Date of Birth: February 6, 1965
Citizenship: USA

## EDUCATION

| | |
|---|---|
| Undergraduate Degree | University of Virginia, Charlottesville Va., B.A. in Chemistry, Minor in Environmental Science, (8/83 - 5/87) |
| Medical School | Medical College of Virginia, Richmond Va., Doctor of Medicine, (8/87 - 5/91) |

## POSTDOCTORAL TRAINING

| | |
|---|---|
| Internship | University of North Carolina Hospital, Chapel Hill N.C., Internal Medicine, (6/91 - 6/92) |
| Residency | Duke University Medical Center, Durham N.C., Neurology, (6/92 - 6/95) |
| Fellowship | Baylor College of Medicine, Houston Tx, Movement Disorders with Dr. Joseph Jankovic, (7/95 - 7/96) |

## PROFESSIONAL POSITIONS AND ACADEMIC APPOINTMENTS

| | |
|---|---|
| Professor of Neurology | Houston Methodist Hospital, Dept of Neurology, Director of Movement Disorder Division (9/15- )<br>Prof. Weill Cornell Medical School (1/17- )<br>Adj Prof. Texas A&M Medical School (1/18- ) |
| Professor of Neurology | University of Texas Health Science Center- Houston, Houston TX (11/11 - 8/15) |
| Professor of Neurology | Baylor College of Medicine, Associate in the Parkinson Disease Center (Tenured) and Movement Disorders Clinic, Houston, Tx. (7/09 - 9/11) |
| Associate Professor | Baylor College of Medicine, Associate in the Parkinson Disease (Tenure track) Center and Movement Disorders Clinic, Houston, Tx. (7/02 - 7/09) |
| Assistant Professor | Baylor College of Medicine, Associate in the Parkinson Disease Center and Movement Disorders Clinic, Houston, Tx. (7/97 - 7/02) |
| Instructor | Baylor College of Medicine, Associate in the Parkinson's Disease Center and Movement Disorders Clinic, Houston, Tx. (7/96 - 7/97) |

## HOSPITAL APPOINTMENTS

Cabarass Hospital, Kannapolis N.C. - Neurology consultant, (6/95 - 7/95)
Duke Rehabilitation Unit, Durham N.C. - Medical consultant, (7/93 - 7/95)
Chippenham Hospital, Richmond Va. - History and Physicals, (8/89 - 5/91)
Retreat Hospital, Richmond Va. - History and Physicals, (5/90 - 5/91)
Methodist Hospital, Houston TX. - Staff, (7/96-10/11 and 8/16- )
Memorial Hermann Hospital, Houston TX. - Staff, (11/11 – 7/16)

## PROFESSIONAL ORGANIZATIONS:

Diplomat - American Board of Psychiatry and Neurology (#44567)
Member - American Neurological Association (elected 2006)
Member - American Academy of Neurology
Elected Fellow – International Association of Parkinsonism and Related Disorders
Member - The Movement Disorders Society

Industry Relations Committee (2006-)
Member - American Sleep Disorders Association
Member - American Medical Association
Member - Houston Neurological Society
Member - Texas Medical Association
Member - International Restless Legs Syndrome Study Group
Executive Committee (2003- 2007)
Member - Tremor Study Group,
President (2012-2019)
Member - Parkinson's Disease Study Group # 498
Nominating Committee (2002-2006)
Member - Huntington's Disease Study Group
Member - Dystonia Research Group
Member -DBS (Deep Brain Stimulation) Society
Medical Advisory Board - Restless Legs Syndrome Foundation
1998-2004, 2006-present
Medical Advisory Board – International Essential Tremor Foundation 2007-present
Medical Advisory Board – Harris County Parkinson's Society

**EDITORIAL and REVEIW POSITIONS**

**Editorial Boards**

*Movement Disorders* (1/00-1/04)
*Essential Tremor and Other Hyperkinetic Disorders* (4/11 - )
*Journal of Clinical Movement Disorders* (2/14 - )
*Parkinsonism and Related Disorders* (1/22 - )

**Journal Reviewer**

>1,000 manuscripts reviewed:
*Neurology, Movement Disorders, Journal of Neurology, Neurosurgery and Psychiatry, Clinical Neuropharmacology, Annals of Neurology, New England Journal of Medicine, JAMA, The Journal of Clinical Psychiatry, Journal of Neurology, Acta Neurologica Scandinavia, Journal of Neuroscience, Cephalgia, Parkinsonism and Related Disorders, Brain, Lancet Neurology, Neurotherapeutics CNS Spectrums, CNS Drugs, Brain Research, Journal of Experimental Neurology, Sleep, Sleep Research, Toxicology Research, The American Journal of Clinical Neurology, Nature Neurology Reviews, Expert Review of Neurotherapeutic,Neuropsychiatric Disease and Treatment, International Journal of Neuroscience, Journal of Psychopharmacology, Cytotherapy, Current Gerontology and Geriatrics Research, European Journal of Neurology, General Hospital Psychiatry, Neurology and Therapy, Tremor and Related Disorders, Human Psychopharmacology, Clinical Pharmacology in Drug Development, Sleep Medicine, Clinical Journal of Sleep Medicine, Neuroscience, Physiology and Behavior, Parkinson's Disease and Restless Legs Syndrome, Clinical Movement Disorders, Journal of Clinical Movement Disorders, Journal of Clinical*

*Research, Behavioural Neurology, BCM Neurology, Clinical Neurophysiology, Journal of Parkinson's Disease, Scientific Reports, Nature Review, Frontiers in Neurology, Frontiers in Neuroscience, JAMA Neurology, Annals of Clinical and Translational Neurology, Clinical Parkinsonism and Related Disorders, Journal of Clinical Medicine, Annals of Clinical and Translational Neurology, American Journal of Hematology, Cerebellum, Therapeutic Advances in Neurological Disorders, Annals of Clinical and Translational Neurology, Toxicon, Annals of Clinical and Translational Neurology, Naunyn-Schmiedeberg's Archives of Pharmacology, Expert Review of Neurotherapeutics*

**Abstract Reviewer:**
American Academy of Neurology- multiple meetings
World Congress of Movement Disorders - multiple meetings
American Neurological Association - multiple meetings

**Grant Reviewer:**
Restless Legs Syndrome Foundation, International Essential Tremor Foundation, National Institute of Neurologic Disorders and Stroke, Singapore National Science Foundation, Canadian Institute of Health, German Federal Ministry of Education and Research, National Institute of Health, Focused Ultrasound Foundation

**INVESTIGATOR INITIATED PROTOCOLS/GRANTS (P.I.):**

1.Pharmacia (1997) - $10,000, Anatomic Substrate for Restless Legs Syndrome

2.Parke Davis (1997) - $55,000 Gabapentin for Essential Tremor: Double Blind, Placebo Controlled Trial

3.Eli-Lilly (1998) - $86,000, Olanzapine for Levodopa Induced Hallucinations: Double Blind, Placebo Controlled Trial

4.Pentech (1999) - $80,000, Sublingual Apomorphine for Parkinson's Disease, A Phase II Exploratory Study

5.Athena (1999) - $25,000, Restless Legs Syndrome: Neuro-anatomic Substrates and Animal Models

6.Roche (1999) - $35,000, Pharmacokinetics of Tolcapone on Apomorphine in Patients with Parkinson's Disease

7.Private Donor (2000) - $12,000, Assessment of Brain Oxygenation and Effects of Cerebral Spinal Fluid Removal in Patients with Vascular Parkinsonism

8.Restless Legs Syndrome Foundation (2000) - $25,000, Development of a National Brain Bank for Restless Legs Syndrome

9.Allergan (2001) - $181,000, Botulinum Toxin A for Chronic Daily Headache, A Double Blind, Placebo Controlled Trial

10.Cephalon (2001) - $149,940, Modafinil for the Treatment of Parkinson's Disease Associated Daytime Somnolence

11.Astra Zeneca (2001) - $130,725, A Double Blind Placebo Controlled Parallel Trial of Quetiapine for Dopaminergic Induced Hallucinations in Parkinson's Disease Patients without Severe Dementia

12.Elan Pharmaceuticals (2001) - $82,000, A Double Blind, Placebo Controlled Parallel Trial of Botulinum Toxin B for Sialorrhea Associated with Parkinson's Disease

13.Methodist Hospital Foundation (2002) - $25,000, Genetics Evaluation of a Family with Tremor and Dystonia

14.GlaxoSmithKline (2002) - $100,000, Development of an Animal Model for Restless Legs Syndrome

15.Private Donor (2003) - $10,000, Flumazenil for Parkinson's Disease, A Double-Blind, Placebo Controlled Trial.

16.Orphan Medical (2004) - $86,000, A Phase II, Eight Week, Multi-Center, Open Label Trial of Xyrem (Sodium Oxybate) for Excessive Daytime Sleepiness and Nocturnal Sleep Disturbance in Patients with Mild to Moderate Parkinson's Disease

17.UCB Pharma (2005) - $56,000, Levetiracetam (Keppra) for Essential Tremor. A Single Center Open Label Trial.

18.Prestwick / HSG (2005) - $186,000, A randomized Double Blind Placebo Controlled Staggered Withdrawal Study of Patients with Huntington's Disease Treated with Tetrabenazine TBZ, 005 and Open Label Extension TBZ, 006.

19.GlaxoSmithKline (2005) - $96,000, Evaluation of Spinal Cord Pathology in Humans and an Animal Model of Restless Legs Syndrome.

20.Forrester Pharmaceutical (2006) - $123,000, Memantine for Quality of Life in Parkinson's Disease

21.Schwartz Pharmaceuticals (2006) - $62,240, Comparison of orally dissolving levodopa (Parcopa®) to conventional oral levodopa: A single dose, double-blind, placebo controlled, cross-over trial.

22.Valeant Pharmaceutical (2007) -$72,000, Tolerability and Efficacy of Switching From Oral Selegiline to Orally Disintegrating Selegiline (Zelapar) in Patients with Parkinson's Disease, a Multi-Center, Open Label Trial.

23.Takeda Pharmaceuticals (2008) - 82,000, Randomized, Double-Blind, Placebo-Controlled Trial of Lubiprostone in the Treatment of Constipation Associated with Parkinson's Disease.

24.Allergan (2008) - $127,000, Botulinum Toxin A for the Treatment of Bruxism: A Double-blind Parallel Study.

25.Lundbeck (2013) - $39,000, Assessing Impulsivity in Huntington's patients before and after tetrabenazine

26.Lundbeck (2017) - $280,000 CNS brain perfusion in PD Patients with Orthostatic Hypotension.

27.Restless Legs Syndrome Foundation (2017) - $37,000 Ecopipam for RLS patients with dopaminergic induced augmentation: a placebo controlled cross-over study.

28.Sunovion (2022) – $110,000 Sublingual Apomorphine rescue therapy in refractory Restless Legs Syndrome

29.Harmony Bioscience (2022) - $115,000 Pitolisant for Restless Legs Syndrome, an open label adjunct therapy trial.

30.ACADIA (2022) -$62,000 Creation and validation of a screening questionnaire for psychosis associated with Parkinson's disease.

**Educational Fellowship Grants:**

Amneal 2023 ($20,000), 2024 ($20,000), 2025 ($20,000)
Medtronic: 2025 ($10,000)
Boston Scientific 2024 ($10,000), 2025 ($10,000)

**Multi-Center Trial Site Primary Investigator:**

1.Somerset Pharmaceuticals (1997) – est. $48,000, Placebo Controlled, Double Blind Study of the Safety, Tolerability and Efficacy of the Selegeline Transdermal System (STS) in Parkinson's Disease Patients Experiencing Sub-Optimal Response to Carbidopa/Levodopa

2.Scherer DDS (1998) - est. $12,000, A Randomized, Double Blind, Parallel Group Study to Compare the Safety and Efficacy of Zydis Selegeline 1.25 to 2.5 Mg QD with Placebo as an Adjunct in the Management of Parkinsonian Patients Being Treated

with Levodopa who Exhibit Deterioration in the Quality of their Response to this Therapy

3.Parkinson's Disease Study Group (1999) - est. $220,000, Multi-Center Phase II Clinical Trial for the Efficacy Tolerability and Safety of Two Doses of Rasagiline Mesylate in Early Parkinson's Disease Patients Not Treated with Levodopa (TEMPO), and Open Label Extension Study

4.Novartis (1999) - est. $38,000, A Prospective, Randomized, Parallel Group, Double Blind, Placebo Controlled, Multi-Center Study to Evaluate the Short Term Efficacy and Safety of Entacapone Administered Together with Levodopa in Subjects with Parkinson's Disease Without Motor Fluctuation, and Open Label Extension Study

5.Pentech (Study P.I. and Study Designer, 2000) - est. $68,000, Placebo Controlled, Double Blind Study of the Safety and Efficacy of Apomorphine HCL Sublingual Tablets as Adjunct Treatment for Motor Fluctuations (On/Off) Occurrence in Late Stage Parkinson's Disease

6.Kyowa Pharmaceuticals (2000) - est. $100,000, A 12-Week, Double Blind, Placebo Controlled, Randomized, Parallel Group, Multi-center, Exploratory Study of the Safety and Efficacy of KW-6002 as Adjunctive Therapy in Patients with Parkinson's Disease Who Have Motor Response Complications on Levodopa

7.TEVA (2001) - est. $68,000, A Bi-National, Multi-center, Open Label Study to Evaluate the Safety and Tolerability of TV-1203/Carbidopa Dispersible Tablets in Advanced Parkinson's Disease in Patients with Motor Fluctuations Treated with Chronic Levodopa/Carbidopa, and Open Label Extension Study

8.Parkinson's Disease Study Group (2001) - $52,000, A Multi-Center, U.S. and Canada, Double Blind, Randomized Placebo Controlled Parallel Group Study for the Efficacy, Tolerability and Safety of Rasagaline Mesylate in Levodopa Treated Parkinson's Disease Patients with Motor Fluctuations (TVP-1012/133, PRESTO) and Open Label Extension Study

9.Mylan Pharmaceuticals (2001) - $32,000, An Open Label Study to Evaluate the Long Term Safety and Effectiveness of Subcutaneous Injections of Apomorphine in Treatment of "Off" Episodes in Patients with "On/Off" Wearing Off Effects Associated with Late Stage Parkinson's Disease

10.Ortho-McNeil (Study P.I. and study designer, 2001) - est. $82,000, A Comparison of the Efficacy and Safety of Topiramate Versus Placebo in the Treatment of Essential Tremor (CAPSS-149)

11.GlaxoSmithKline (2002) - est. $34,000, A 12-Week Double-Blind, Placebo Controlled Parallel Group Study to Assess the Efficacy and Safety of Ropinirole in Patients Suffering from Restless Legs Syndrome

12.Schering (2002) - $1,400,000, Study of the Safety, Tolerability and Efficacy of Spheramine Implanted Bilaterally into the Postcommissural Putamen of Patients with Advanced Parkinson's Disease

13.Beaufour Ipson Research (2003) - est. $46,000, Phase II Multi-Center, Randomized, Double Blind, Parallel Group, Placebo Controlled Study to Assess the Efficacy and Safety of a Single Administration, by Subcutaneous Injection of 3 Doses of Dysport for Blepharospasm

14.Pharmacia/Pfizer (2003) - est. $36,000, A Phase II, randomized, double blind, placebo controlled, dose response study of the efficacy and safety of Sumanirole in patients with idiopathic restless legs syndrome

15.Bristol Meyer Squib (2003) - est. $30,000, An Open Label, Flexible Dose Pilot Study to Evaluate the Safety and Tolerability of Aripiprizole in Patients with Psychosis Associated with Parkinson's Disease

16.Huntington Study Group / Hi Q Foundation (2003) – est. $60,000, Neurobiological Predictors of Huntington's Disease (PREDICT HD)

17.Huntington Study Group / NHGRI and NINDS Grant # HG02449-01 (2003) - est. $60,000, Prospective Huntington at Risk Observational Study (PHAROS)

18.Huntington Study Group (2003) - est. $38,000, A Randomized, double blind, placebo-controlled study of tetrabenazine in patients with Huntington disease (TETRA-HD)

19.Allergan (2003) – est. $58,000, (Study P.I. and designer) Botulinum Toxin A for Headaches in Subjects with Cervical Dystonia

20.Pfizer (2003) - est. $32,000 A Randomized, Placebo Controlled, Multi-center, Multi-dose Trial of Sumanirole for Patients with Restless Legs Syndrome

21.Boehringer Ingelheim (2004) - est. $38,000, A randomized, double-blind, placebo controlled, parallel group clinical trial comparing fixed doses of 0.25 mg, 0.50 mg, and 0.75 mg pramipexole (Mirapex) administered orally to investigate the safety and efficacy in patients with idiopathic Restless Legs Syndrome for 12 weeks

22.Xenoport (2004) - est. $14,000, A Randomized, Double-Blind, Placebo Controlled, Polysomnographic Crossover Study to Assess the Safety and Efficacy of XP13512 in Patients with Restless Legs Syndrome, Protocol: XP021

23.Xenoport (2004) - est. $32,000, A Randomized, Double-Blind, Placebo Controlled, Crossover Study to Assess the Safety and Efficacy of XP13512 in Patients with Restless Legs Syndrome, Protocol: XP022.

24.Schwartz (2005) - est. $56,000 (Study Designer) A Multi-center, Randomized Double Blind, Placebo Controlled 5 Arm Parallel Group Trial to Investigate the Efficacy and Safety of 4 Different Transdermal Doses of Rotigotine in Subjects with Idiopathic RLS –SP792

25.Novartis (2006) - est. $32,000 A Prospective Multi-center, Randomized Open Label Study with Blinded Ratings to Evaluate the Effects of Immediate Versus Delayed Switch to Stalevo on Motor Function and Quality of Life in Patients with Parkinson's Disease and End of Dose Wearing Off.

26.Luitpold Pharmaceuticals (2006) - est. $14,000 A Phase IIa Study Evaluating the Efficacy and Safety of a Unique Intravenous Iron Preparation (VIT-45) in the Treatment of Restless Legs Syndrome. – VIT05009

27.Boehringer Ingelheim (2007) – est. $260,000, A cross-sectional, retrospective screening and case control study examining the frequency of, and risk factors associated impulse control disorders in Parkinson's disease patients treated with Mirapex (Pramipexole) and other anti-parkinson agents (Protocol 248-619), (DOMINION study).

28.Vernalis (2007) – est. $38,000 A randomized, double-blind, placebo-controlled study of the efficacy and safety of trimethobenzamide (Tigan®) in the control of nausea and vomiting during initiation and continued treatment with subcutaneous apomorphine (Apokyn®) in apomorphine-naïve patients with Parkinson's Disease suffering from acute intermittent "off" episodes, with phased withdrawal of patients from Tigan® to placebo.

29.Solvey Pharmaceuticals (2007) – $56,000 A multicenter, randomized, double-blind, placebo-controlled, parallel group study of SLV308 as adjunct therapy to levodopa in patients with Parkinson's disease experiencing motor fluctuations.

30.Solvey Pharmaceuticals (2007) – $56,000 A multicenter, randomized, double-blind, placebo-controlled, parallel group study of SLV308 for early PD.

31.Juvantia Pharma (2008) – $24,000 - A Phase II Randomized, double blind, placebo controlled, dose response trial of the efficacy, safety and tolerability of fipamezole as an oromucosal, fast dissolving tablet in the treatment of Parkinson's disease patients (SNT-II-004)

31.Solvey Pharmaceuticals (2008) A Multicenter, randomized double blind, parallel group placebo and Pramipexole controlled study to assess the efficacy and safety of SLV-308 as adjunct therapy to L-dopa in patients with Parkinson's disease experiencing motor fluctuations (IND #: 60,543) Protocol #: S308.3.004. The Van Gogh Study.

32.Allergan (2009) Cervical Dystonia – Patient Registry for Observation of BOTOX Efficacy.

33.Huntington Study Group (2009) – Creatine safety, tolerability and efficacy in Huntington's disease (CREST-E)

34.Huntington Study Group (2009) A multi-center, North American, randomized, double blind parallel group study comparing three doses of ARC16 verses placebo for the symptomatic treatment of Huntington's disease (HART)

35.Huntington Study Group (2009) Neurobiological predictors of Huntington's disease version 2 (PREDICT-2)

36.Huntington Study Group (2009) Creatin in pre-synptomatic Huntington's patients (PREQUIL).

37.TEVA (2009) Investigation of the Occurrence of Serotonin Toxicity in Parkinson's disease (PD) Patients Treated Concomitantly with Rasagiline and Antidepressants, Using Retrospective Chart Review (TVP-1012/PM102 CR)

38.ACADIA (2009) - A Multi-Center, Placebo-Controlled, Double-Blind Trial to Examine the Safety and Efficacy of Pimavaserin in the Treatment of Psychosis in Parkinson's Disease.

39.Ipsen (2009) - Randomized, double blind, placebo controlled study of the efficacy and safety of trimethobenzamide (Tigan) in the control of nausea and vomiting during initiation and continued treatment with subcutaneous apomorphine (Apokyn) in apomorphine naïve patients with Parkinson's disease suffering from acute intermittent "off" episodes, with phased withdrawal of subjects from Tigan to placebo. (Y-47-52844-033).

40.Impax (2009) - A Study to Evaluate the Safety and Efficacy of IPX066 in Advanced Parkinson's Disease (IPX066-B09-02).

41.Parkinson's Study Group (2010). Effects of Co-enzyme Q10 in Parkinson's disease

42.Tremor Study Group (2010) - Validation of the Tremor Study Group tremor Rating Scale (TETRAS) study.

43.Xenoport (2010) - A phase II efficacy, safety and pharmacokinetic study of XP21279 BL2 and Sinemet in Parkinson's disease subjects with motor fluctuations (Protocol XP-C-069)

44.Phytopharm (2011) - A Phase II, multi-center, randomized, placebo controlled, parallel group study to investigate the efficacy, safety, and tolerability of Cogane (PYM50028) a novel orally active neurotrophic factor infuser, in male and female subjects with early stage Parkinson's disease when administered once daily for 28 weeks.

45.Ipsen (2012) - A Phase III, randomized, double blind and open label phase, active and placebo controlled study comparing the short term efficacy of two formulations of clostridium botulinum type A toxin (Dysport and Dysport RU) to placebo, ans assessing the short and long term efficacy and safety of Dysport RU following repeated treatments of subjects with cervical dystonia (CD).

46.RLS Study Group (2012)- Depth and Distribution of the Symptoms of Restless Legs Syndrome.

47.USWorldMEds (2013) - USWM-AP1-4001 for the study entitled "A Phase 4, Open-Label, Efficacy and Safety Study of Apokyn® for Rapid and Reliable Improvement of Motor Symptoms in Parkinson Disease Subjects with Delayed Onset of L-Dopa Action.

48.Dystonia Coalition Project – (2013) NIH, Dystonia Repository and Natural History Project.

49.Tremor Research Group (2013) A Pivotal Study to Evaluate the Effectiveness and Safety of ExAblate Transcranial MRgFUS Thalamotomy Treatment of Medication Refractory Essential Tremor Subjects. Core Data Rating Location.

50.USWORLDMEDS (2013) A Phase 3, Multicenter, Double-Blind, Placebo-Controlled, Single-Treatment 4, Open-Label, Efficacy and Safety Study of Myobloc®

51.Ipsen (2013) A Phase 3b, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study Evaluating the Efficacy and Safety of DYSPORT Using 2mL Dilution in Adults with Cervical Dystonia.

52.Lundbeck (2014) Impulsivity Assessments in Huntington's Disease Before and After Tetrabenazine, An Open Label Trial

53.Huntington Study Group (2014) An Open-Label, Long Term Safety Study of SD-809 ER in Subjects With Chorea Associated With Huntington Disease (Alternatives for Reducing **C**horea in HD.

54.Civitas (2015) A Phase 3, Randomized, Double-blind, Placebo-Controlled Study Investigating the Efficacy and Safety of CVT 301 (Levodopa Inhalation Powder) in Parkinson's Disease Patients With Motor Response Fluctuations (OFF Phenomena)

55.Lundbeck (2017) $264,000 Assessment of Cerebral Perfusion of PD Subjects with Orthostatic Hypotension.

56.Biogen (2018) $2,200,000 A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study, with an Active-Treatment Dose-Blinded Period, to Evaluate the Efficacy, Safety, Pharmacokinetics, and Pharmacodynamics of BIIB054 in Subjects with Parkinson's Disease.

57.Amneal (2019) IPX203, Carbidopa-Levodopa Extended Release An Open-Label Extension Study of the Safety and Clinical Utility of IPX203 in Parkinson's Disease Patients with Motor Fluctuations.

58.Cerevel Therapeutices, LLC (2020) Placebo controlled trial of CVL-751-PD-004 for Parkinson's Disease and Open Lebel extension.

59.Sun Pharmaceuticals (2021) PROSEEK: A Phase 2 Study In Early Parkinson's Disease Patients Evaluating The Safety And Efficacy Of Abl Tyrosine Kinase Inhibition Using K0706.

60.Cerevel (2021) (CLR_18_06) CVL-751-PD-001 A phase 3, Randomized, Double-Blind, Placebo-Controlled Study, parallel group, 27-week trial to evaluate the efficacy, safety, and tolerability of two fixed doses of tavapadon in early Parkinson's disease (TEMPO-1 TRIAL).

61.XW Pharma/Clinclabs (2022) XW10172-104, A double-blind, randomized, placebo-controlled, parallel, study to assess the efficacy and safety of XW10172 MR for the treatment of excessive daytime sleepiness in patients with Parkinson's Disease.

62.Scion NeuroStim (2022) Non-Invasive Brainstem Modulation for the Treatment of Non-Motor Symptoms in Parkinson's Disease: A Randomized Controlled Trial (RCT) and an Open Label Extension (OLE) Study (STEM PD).

63.Biogen (2023) A Phase 2b, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Determine the Efficacy and Safety of BIIB122 in Participants with Parkinson's Disease.

64.Fascikl (2024) Assessment of a novel NeuroAI-powered transcutaneous neuromodulation device in alleviating tremor symptoms and enhancing quality of life for patients with upper limb essential tremor (TRANQUIL).

65.Cerevance (2025) Phase 3, Randomized, Double-Blind, Placebo-Controlled Multicenter Study of CVN424 in Parkinson's Disease Patients with Motor Complications.

66.Ask-Bio (2025) Phase 2_ASK-PD5-CS201_PD_ (AskBio/Asklepios BioPharm) - A Randomized, Double-Blind Sham Surgery-Controlled Study of the Efficacy & Safety of Intraputaminal AAV2-GDNF in the Treatment of Adults with Moderate Stage Parkinson's Disease

**Treating Investigator**

Medtronic - (1998) $248,000, Clinical Investigation of Deep Brain Stimulation for Treatment of Tremor Using the Medtronic Model 3382 DBS Lead and Intrel II System

Parkinson's Study Group - (1999) $76,000, Early Versus Late L-Dopa in Parkinson's Disease (The ELLDOPA STUDY): A Prospective, Controlled Clinical Trial

Medtronic - (1999) $29,400, Tremor Control Therapy Post Approval Study of the

Medtronic Activa Tremor Control System for the Suppression of Tremor in the Upper Extremity (PAS Study)

Cyberonics - (1999) $120,000, Vagal Nerve Stimulation in Severe, Disabling Tremor (T-01)

Medtronic - (2000) $22,000, Clinical Investigation of Deep Brain Stimulation of Parkinson's Disease Using the Medtronic Model 3382 DBS Lead and Intrel II System

Cyberonics - (1999) $100,000, Vagal Nerve Stimulation for Parkinson's Disease

UCB Pharma - (2002) $76,000, An Open Label Trial of Levetiracetam (Keppra) for Essential Tremor

National Institute of Neurological Disorders and Stroke (Center for Inherited Disease Research) - (2002) $518,623, Identification of a Gene Underlying Dystonia

National Institute of Health –CFDA #93.853 - (2004) $28,000 Pathogenesis and Diagnosis of Multiple Systems Atrophy

Prestwick Pharmaceuticals - (2003) $128,000, A Randomized Double-Blind, Placebo Controlled, Staggered Withdrawal Study in Patients with Huntington's Disease Treated with Tetrabenazine.

Numerous Others (stopped notating in 2003)

**ABSTRACT PUBLICATIONS**

**Only Abstracts Never Subsequently Published in Peer Review Journals in any form:**
**(estimate >300 Abstracts total)**

**Ondo WG**, Wang A, Khan M, Jankovic J. Clinical Comparison of Essential Tremor Patients with Dystonia versus Patients without Dystonia. *Mov Disord* 1997;12:846.

Tsui J, Honey C, Handforth A, **Ondo WG**, Jankovic J. The Effect of Vagal Nerve Stimulation on Parkinsonian Tremor. *Neurology* 2001;56(Supple 3):A276.

Thalman RH, **Ondo WG**. Web-ready Videos of Neurological Disorders: Initial Use in a Preclinical Nervous System Course. Society for Neuroscience Abstracts 2001, 31,abst. no. 23.73

Tintner R, Almaguer M, Vuong KD, **Ondo WG**, Jankovic J, Sanghera M. Predictors of Response to Bilateral Subthalamic Stimulation for Parkinson's Disease. [abst] *Mov Disord* 2002;17(Supple 5):S208.

Tintner R, Almaguer M, Sanghera M, Simpson R, **Ondo WG** Jankovic J. Experience with Bilateral Subthalamic Nucleus (STN) Stimulation for Parkinson/s Disease. [abst] *Mov Disord* 2002;17(Supple 5):S196.

Kuniyoshi S, Tintner R, **Ondo WG**, Simpson R, Jankovic J. Comparison of Postoperative Improvement of Staged Bilateral Subthalamic Stimulation in Patients with Advanced Parkinson's Disease. *Neurology* 2003;60(Supple1):A120.

Becker P, **Ondo WG**, de Weerd A, Dreykluft T, Bogan R, Ferini-Strambi L, Grunstein R. An Early Onset of Action in RLS: Results from the Ropinirole Clinical Trials Program. Sleep 2004:27(Abstract Supplement):A294.

International Non-Motor Symptom Study Group. Development and Pilot Study of the First Non-motor Symptom Screening Questionnaire and Scale for Parkinson's Disease Using an International Multidisciplinary Approach. Eighteenth Annual Symposia on Etiology, Pathogenesis, and Treatment of Parkinson's disease and Other Movement Disorders, *Mov Disord* 2004;19:1120-1121 (Abstract)

Silay, Y, Jankovic J, Vuong K, Almaguer M, **Ondo WG**, Tintner R, Simpson R. The Safety of Deep Brain Stimulation in Patients with Parkinson's Disease, Essential Tremor, and Other Movement Disorders. Etiology, Pathogenesis, and Treatment of Parkinson's disease and Other Movement Disorders, Toronto 2004. (Poster)

Hauser R, Lew M, Hurtig H, **Ondo WG**, Wojcieszek J. Early treatment with rasagiline is more beneficial than delayed treatment start in the long-term management of Parkinson's disease. *Mov Disord* 2005;20(Supple10):S75.

**Ondo WG**. Pooled analysis of two identical phase-3 studies of a novel selegeline preparation as adjunctive therapy for Parkinson's disease. *Mov Disord* 2006;21(supple13):S126.

Clayton L, Naidu Y, Odin P, Martinez P, Sethi K, Schapera A, Bonnuccelli U, stocchi F, Rabey M, MacMahon D, MacPhee G, Forbes A, **Ondo WG**, Tsubio Y, Chaudhuri R. Comparison of the prevalence and pattern of non-motor symptoms in Parkinson's disease in drug naïve and treated patients using the NMSQuest. *Mov Disord* 2006;21(supple 15):S648.

Panisset M, Schwid S, **Ondo WG**, Fitzer-Attas, Chen J. Safety on concomitant therapy with rasagiline and antidepressants in Parkinson's disease. 11th World Congress of Movement Disorders, 2007.

Aguilar Tabora L, Davis A, Jankovic J, **Ondo WG**. Characteristics of Archimedean Spiral Drawing in Patients with Psychogenic Tremor. *Neurology* 2008;11(suppl 11):A390.

Sitburana O, **Ondo WG**. Botulinum toxin A in electrical injury-induced cervical myoclonus. *Mov Disord* 2008;23(supple 1):S190.

Aguilar LD, **Ondo WG**. Exploring the relationship between drug-induced parkinsonism and tardive dyskinesia. *Mov Disord* 2008;23(supple 1):S275.

Moore S, Shinawi L, **Ondo WG**. Gait analysis is more sensitive than finger tapping or UPDRS motor scores in assessment of the motor response to levodopa in Parkinson's disease. Mov Disord 2009;24[supple 1]: S269.

**Ondo WG**, Giorgi L, Rolfe K, Chaudhuri R. Ropinirole Prolonged Release Improves Nocturnal Symptoms in Patients with Advanced Parkinson's Disease: an Analysis of Individual Items on the PDSS. Parkinsonism and Related Disorders 2009;15 (supple 2):S130.

Allen R, Bell E, Manjunath R, Higbie R, Lee M, Calloway M, Nisbet P, **Ondo WG**. Adverse events and patient satisfaction associated with dopamine agonist and levodopa use in RLS. *Neurology* 2010; 74(supple 2):A351-352.

Allen RP, **Ondo WG**, Ball E, Calloway MO, Higbie RL, Lee, MR, Manjunath R, Nisbet PA. Sleep Improvement is strongly associated with treatment satisfaction for patients with RLS on Dopaminergic Treatment. Sleep 2010; 33 (Abstract Suppl):0320.

Ellenbogen A, Bogan R, Ball E, **Ondo WG**, Kushida C, Williams N, Caivano C. XP052/053 Augmentation Poster: An evaluation of gabapentin enacarbil and Restless Legs Syndrome symptom augmentation in subjects treated for 12 weeks: Secondary analyses from two studies. *Neurology* 2010; 74(supple 2):A191.

Bogan R, Ellenbogen A, Becker P, Ball E, **Ondo WG**, Kushida C, Williams N, Caivano C. Gabapentin enacarbil improves Restless Legs Syndrome (RLS) symptoms and subjective measures of sleep in subjects with primary RLS with and without severe sleep disturbance: Secondary analyses from two studies. *Neurology* 2010; 74(supple 2):A190

**Ondo WG**. Improved fluctuations following retinal fetal cell implantation compared to controls. *Mov Disord* 2010:25(supple 2):S304.

Sarma A, Shaw S, **Ondo WG**. Idiopathic Parkinson's disease and vascular parkinsonism: differing demographics and presentations. Neurology 2011:76(supple 4):A640.

**Ondo W**. Gabapentin Enacarbil in Subjects with Moderate-to-Severe Primary Restless Legs Syndrome With and Without Severe Sleep Disturbance: Secondary Analyses of Novel Sleep Endpoints from Two Studies. Sleep 2011; 34

Walters A, Bogan R, **Ondo WG**, Allen R, Partinen M, Schollmayer E, Fichtner A.

Sleep improvement with rotigotine transdermal system in patients with idiopathic restless legs syndrome: results from two 6-month placebo-controlled trials. *Sleep* 2011*;* 34, A206.

Mehanna R, Hunter C, Davidson A, Jimenez-Shahed J, **Ondo WG**, Jankovic J. Correlation of CYP2D6 genotype with response to tetrabenazine. Movement Disorder Society Meeting Dublin 2012.

Elble R, Dhakal L, Bhargava P, Kaul S, Jalan P, Pandav V, Lyons K, **Ondo WG** Pahwa R, Sethi K, Tarsy D, Tintner R. Reliability of the Essential Tremor Rating Assessment Scale in untrained neurology residents. American Academy of Neurology 2013.

Tallavajhula S, **Ondo WG**. Heart rate Variability and Cortical Arousals Associated with Periodic Limb Movements in Patients with Spinal Cord Injury. APSS 2014 Minneapolis.

**Ondo WG**, Barrett R, Shang G, Jaros M, Raman P, Kim R. The Effect of Prior Exposure to Dopamine Agonists (DA) on Response to Treatment with Gabapentin Enacarbil (GEn) in Adult Patients with Moderate-to-Severe Primary Restless Legs Syndrome (RLS): Pooled Analyses from 3 Randomized Trials. AAN Philadelphia 2014

Lee W, **Ondo WG** The Efficacy of Gabapentin Enacarbil (GEn) in Adult Patients with Severe Primary Restless Legs Syndrome (RLS): Pooled Analyses from 3 Randomized Trials. AAN Philadelphia 2014

**Ondo WG**, Isaacson S Pagan F. Predictors of optimal dose of apomorphine injections: A secondary analysis of the AM-IMPAKT trial. *Mov Disord* 2014;29(Supple1):S256.

S. Isaacson, **Ondo WG** F. Pagan. Gastrointestinal dysfunction in Parkinson's disease patients with morning akinesia. *Mov Disord* 2014;29(Supple1):S245

Pagan F, Isaacson S, **Ondo WG**. Apomorphine improves early morning motor function: Interim analysis of secondary endpoints in the AM-IMPAKT trial. *Mov Disord* 2014;29(Supple1):S257.

**Ondo WG,** Mark M, Modi N, KhannaS, Gupta S. Duration of "On" Periods After Treatment with Extended-Release vs Immediate-Release Carbidopa-Levodopa in Patients with Advanced Parkinson's Disease. AAN 2017 Los Angeles

Thomas A, Quigley E, **Ondo W**. Plecanatide for Constipation Associated with Parkinson's Disease: A Case Series 2018 Philadelphia

Toledo J, Rodriguez-Oroz, **Ondo WG**. Early-Stage Parkinson's Disease Phenotype Cluster Analysis. International Congress of Parkinson's Disease and Movement Disorders 2018 Hong Kong

Patel A, Lew M, Brashearb A, Dashtipour K, Isaacson S, Hauser R, **Ondo W**, Maisonobe P, Otto J. Durability of Efficacy After a Single Injection with AbobotulinumtoxinA Using a 2-mL Injection Volume in Adults with Cervical Dystonia. Association of Academic Physiatrists 2019. San Juan

**Ondo W**, Ellenbogen W, Isaacson S, Espay A, Singer C, Bhargava P, Worden M, Blum D, Navia B. Pooled Safety of Apomorphine Sublingual Film in Patients With Parkinson's Disease and "OFF" Episodes. Movement Disorders Society Pan American Society Congress. Miami 2019

Jinnah H, Papapetropoulos S, Lee M, Boyer S, Newbold E, Pahwa R, Lyons K, Elble R, MD, **Ondo W**, Zesiewicz T, Hedera P, Handforth A, Elder J, Versavel M, Efficacy and Safety of CX-8998 by Baseline Tremor Severity: Subgroup Analysis of T-CALM, a Randomized, Double-Blind, Placebo-Controlled, Proof-of-Concept Trial in Essential Tremor. American Academy of Neurology. 2019 Philadelphia

**Ondo W**, Saint-Hilaire M, Klingler M, Kenney C. Inbrija (CVT-301) utilization in clinical studies. Pan American Parkinson's Disease and Movement Disorders Congress, 2020 Miami, FL

Curtis M, Elble R, Kuo S, **Ondo W**, Ellenbogen A, Sadwani A, Victor L, O'Neill S, Kenney C, Piser T. Phase 2a Open-Label Study to Evaluate the Safety, Tolerability and Efficacy of CAD-1883 in Essential Tremor (Cadence-1) Pan American Parkinson's Disease and Movement Disorders Congress, 2020 Miami, FL

**Ondo W,** Arif C, Williams B, Podell K. A Pilot study Assessing Impulsivity in Huntington's Disease Patients Given Tetrabenazine. Hunting Study Group virtual meeting 2020, virtual.

**Ondo W**, Hauser R, Bowling A, Isaccson S, NAvia B, Apomorphine sublingual film for "OFF" episodes in Parkinson's disease: characterization of acute nausea during dose titration. Movement Disorder Society meeting virtual 2021.

Hauser R, Factor S, **Ondo W**, Zhang I, Pappert E, Navia B. Apomorphine sublingual film for "OFF" episodes in Parkinson's disease: impact of concomitant antiemetics on nausea and vomiting. *Mov Disord*. 2021;36(suppl1): S171

Hauser R, Espay A, **Ondo W**, Safirstein B, Moore H, Kumar R, Banisadr G, Fisher S. IPX203 dose conversion from immediate-release carbidopa-levodopa, in Parkinson's disease patients with motor fluctuations. Movement Disorder Society. Madrid 2022.

Cinatl C**, Ondo W**, Koo B, MD, Dzienkowski K, Durmer J, Phelps C, Winkelman J. RLS Patient Odyssey Survey II. AASM Sleep, Charlotte 2022. *Sleep*, Volume 45, Issue Supplement_1, A241, https://doi.org/10.1093/sleep/zsac079.544

Adabi K, **Ondo W.** Evaluating Adaptive Devices to Assist Eating in Essential Tremor Patients: A Comparative Analysis. Poster. International Congress of Parkinson's Disease and Movement Disorders Philadelphia 2024.

Fernandez H, Isaacson S, Hauser R, Agarwal P, **Ondo W**, Park A, Elmer L, Kremens D, Leoni M, Duvvuri S, Combs C, Koenig E, Chang I, Pastino G, Tringali S, Golonski N, Sanchez R. Efficacy and Safety of Tavapadon, an Orally Administered, Once Daily, Selective D1/D5 Partial Dopamine Agonist, Adjunctive to Levodopa for Treatment of Parkinson's Disease With Motor Fluctuations. Poster/Platform. International Congress of Parkinson's Disease and Movement Disorders Philadelphia 2024.

Thames B, **Ondo W**. Impaired Cerebral Autoregulation in Parkinson's Disease: A Disconnect between Blood Pressure and Brain Perfusion. Parkinson Study Group Nashville, 2025

**Ondo W**, Hauser R, Grieb Z, Banisadr G, Fisher S. Conversion to CREXONT® (IPX203) in the RISE-PD phase 3 trial improved aspects of sleep as measured by the Parkinson's disease sleep scale-2 (PDSS-2) American Academy of Neurology San Diego, 2025

**Ondo W**, Mari Z, Zhang P, Lambros C, Brunson G. Pimavanserin in Parkinson's Disease Psychosis: An Exploratory Post Hoc Delayed-Start Analysis. Pan American Parkinson's Disease and Movement Disorders. Houston 2026

Achuthaprasad A, **Ondo W**. Task-Specific Tremor and Parkinson's Disease: A DaTscan and alpha-synuclein biopsy study. Pan American Parkinson's Disease and Movement Disorders. Houston 2026

**Publications in Peer Reviewed Journals**

1. **Ondo WG**, Hurwitz B. Tardive Dyskinesia and Pseudo-Parkinsonism in a Nursing Home Patient Who Itched. *NC Med J* 1993; 54(11):605-607.
2. Perkins AT, **Ondo WG**. "When to Worry About Headache-Head Pain as a Clue to Intracranial Disease." *Post-Graduate Medicine* 1995; 98(2):197-208.
3. **Ondo WG**, Delong R. Dandy-Walker Syndrome Presenting as Opisthotonus: Proposed Pathophysiology. *Pediatric Neurology* 1996; 14(2):165-168.
4. **Ondo WG**, Jankovic J. Restless Legs Syndrome: Clinical Etiologic Correlates. *Neurology* 1996; 47(6):1435-1441.
5. **Ondo WG**, Jankovic J. "Essential Tremor: Treatment Options". *CNS Drugs* 1996; 6:178-191.

6. **Ondo WG**. Lingual Dystonia Following an Electrical Injury. *Mov Disord* 1997; 12(2):253.
7. **Ondo WG**, Jankovic J, Lai EC, Sankhla C, Khan M, Arie LB, Schwartz K, Grossman RG, Krauss JK. Assessment of Motor Function Following Stereotactic Pallidotomy. *Neurology* 1998; 50(1):266-269.
8. **Ondo WG**, Desaloms JM, Jankovic J, Grossman RG. Pallidotomy for Generalized Dystonia. *Mov Disord* 1998; 13(4):693-698.
9. Becker P, **Ondo WG**, Sharon D. Encouraging Initial Response of Restless Legs Syndrome to Pramipexole. *Neurology* 1998; 51(4):1221-1223.
10. **Ondo WG**, Jankovic J, Schwartz K, Almaguer M, Simpson R. Unilateral Thalamic Deep Brain Stimulation for Refractory Essential Tremor and Parkinson's Disease Tremor. *Neurology* 1998; 51(4):1063-1068.
11. **Ondo WG**, Harris C. Toward Optimal Health: The Experts Respond to Parkinson's disease. *J Womens Health* 1998; 7(8):957-962.
12. **Ondo WG**, Hunter C, Almaguer M, Gancher S, Jankovic J. Efficacy and Tolerability of a Novel Sublingual Apomorphine Preparation in Patients with Fluctuating Parkinson's Disease. *Clin Neuropharmacol* 1999; 22(1):1-4.
13. Scott WK, Yamaoka LH, Stajich JM, Scott BL, Vance JM, Roses AD, Pericak-Vance MA, Watts RL, Nance M, Hubble J, Koller W, Stern MB, Colcher A, Allen FH Jr, Hiner BC, Jankovic J, **Ondo W**, Laing NG, Mastaglia F, Goetz C, Pappert E, Small GW, Masterman D, Haines JL, Davies TL. The alpha-synuclein gene is not a major risk factor in familial Parkinson disease. *Neurogenetics* 1999; 2(3):191-192.
14. **Ondo WG**. Ropinirole for Restless Legs Syndrome. *Mov Disord* 1999; 14(1):138-140.
15. **Ondo WG**, Hunter H, Almaguer M, Jankovic J. A Novel Sublingual Apomorphine Preparation in Patients with Fluctuating Parkinson's Disease. *Mov Disord* 1999; 14(4):664-668.
16. **Ondo WG**, Hanna P, Jankovic J. Tetrabenazine Treatment for Tardive Dyskinesia: Assessment by Randomized Videotape Protocol. *Am J Psych* 1999; 156(8):1279-1281.
17. Jankovic J, Schwartz K, **Ondo WG**. Re-emergent Tremor of Parkinson's Disease. *J Neurol Neurosurg Psychiatry* 1999; 67(5):646-650.
18. Tan EK, Jankovic J, **Ondo WG**. Bruxism in Huntington's Disease. *Mov Disord* 2000; 15(1):171-173.
19. **Ondo WG**, He Y, Rajasekaran S, Le WD. Clinical Correlates of 6-Hydroxydopamine Injections into A11 Dopaminergic Neurons in Rats: A Possible Model for Restless Legs Syndrome? *Mov Disord* 2000; 15(1):154-158.
20. **Ondo WG**, Ben-Air L, Jankovic J, Lai EC, Contant C, Grossman R. Weight Gain Following Unilateral Pallidotomy. *Acta Neurol Scand* 2000; 101(2):79-84.
21. **Ondo WG**, Tan EK, Mansoor J. Rheumatologic Serologies in Restless Legs Syndrome. *Mov Disord* 2000; 15(2):321-323.
22. Tan EK, **Ondo WG**. Clinical Characteristics of Pramipexole Induced Peripheral Edema. *Arch Neurol* 2000; 57(5):729-732.

23. **Ondo WG**, Hunter C, Schwartz K, Jankovic J. High Dose Gabapentin for Essential Tremor: A Double Blind, Placebo Controlled, Cross-Over Trial. *Mov Disord* 2000; 15(10):678-682.
24. **Ondo WG**, Warrior D, Overby A, Calmes J, Hendersen N, Olson S, Jankovic J. Computerized Posturography Analysis of Progressive Supranuclear Palsy: Comparison with Parkinson's Disease and Normal Controls. *Arch Neurol* 2000; 57(10)1464-1469.
25. Lai EC, Jankovic J, Krauss JK, **Ondo WG**, Ratkos L, Grossman RG. Short- and Long-Term Efficacy of Microelectrode-Guided, Posteroventral, Unilateral Pallidotomy in the Treatment of Parkinson's Disease. *Neurology* 2000; 55(9):1218-1221.
26. **Ondo WG**, Hunter CH, Jankovic J. Pharmacokinetic Analysis and Clinical Response Changes After Addition of Oral Tolcapone to a Novel Sublingual Apomorphine Preparation. *Parkinsonism and Related Disorders* 2000; 6(4):237-240.
27. **Ondo WG**, Vuong KD, Wang Q. Restless Legs Syndrome in Monozygotic Twins: Phenotype and Serologic Correlations. *Neurology* 2000; 55(9):1404-1406.
28. Tan EK **Ondo WG**, Restless Legs Syndrome: Clinical Features and Treatment. *Am J Med Sci* 2000; 319(6):1-7.
29. **Ondo WG**, Almaguer M, Jankovic J, Simpson R. Thalamic Deep Brain Stimulation: Comparison Between Unilateral and Bilateral Placement. *Arch Neurol* 2001; 58(2):218-222.
30. Tan EK, **Ondo WG**. Motor Restlessness. *Int J Clin Pract* 2001; 55(5):320-322.
31. Hanna PA, Ratkos L, **Ondo WG**, Jankovic J. Switching from Pergolide to Pramipexole in Patients with Parkinson's Disease. *J Neural Transm* 2001; 108(1):63-70.
32. Krauss J, Simpson R, **Ondo WG**, Pohle T, Buigurlet JM, Jankovic J. Concepts and Methods in Chronic Thalamic Stimulation for Treatment of Tremor. *Neurosurg* 2001; 48(3):535-541.
33. Yoshor D, Hamilton WJ, **Ondo W**, Jankovic J, Grossman RG. Comparison of Thalamotomy and Pallidotomy for the Treatment of Dystonia. *Neurosurg* 2001; 48(4):818-824.
34. Tan EK, Nagamitsu S, Matsuura T, Khajavi M, Jankovic J, **Ondo W**, Ashizawa T. Alcohol Dehydrogenase Polymorphism and Parkinson's Disease. *Neurosci Let* 2001; 305(1):70-72.
35. **Ondo WG**, Vuong KD, Khan H, Atassi F, Kwak C, Jankovic J. Daytime Sleepiness and Other Sleep Disorders in Parkinson's Disease. *Neurology* 2001; 57(8):1392-1396.
36. Scott WK, Nance MA, Watts RL, Hubble JP, Koller WC, Lyons K, Pahwa R, Stern MB, Colcher A, Hiner BC, Jankovic J, **Ondo WG**, Allen FH Jr, Goetz CG, Small GW, Masterman D, Mastaglia F, Laing NG, Stajich JM, Slotterbeck B, Booze MW, Ribble RC, Rampersaud E, West SG, Gibson RA, Middleton LT, Roses AD, Haines JL, Scott BL, Vance JM, Pericak-Vance MA. Complete Genomic Screen in Parkinson Disease: Evidence for Multiple Genes. *JAMA*. 2001; 286(18):2239-2244.

37. Martin ER, Scott WK, Nance MA, Watts RL, Hubble JP, Koller WC, Lyons K, Pahwa R, Stern MB, Colcher A, Hiner BC, Jankovic J, **Ondo WG**, Allen FH, Goetz CG, Small GW, Masterman D, Mastaglia F, Laing NG, Stajich JM, Ribble RC, Booze MW, Rogala A, Hauser MA, Zhang F, Gibson RA, Middleton LT, Roses AD, Haines JL, Scott BL, Pericak-Vance MA, Vance JM. Association of Single-Nucleotide Polymorphisms of the Tau Gene With Late-Onset Parkinson Disease. *JAMA* 2001; 286(18):2245-2250
38. **Ondo WG**, Vuong KD, Almaguer M, Jankovic J. Unilateral Deep Brain Stimulation for Essential Tremor and Parkinson's Disease: Effects of Stimulation on the Non-Target Limb. *Mov Disord* 2001; 16(6):1137-1142.
39. Hou G, **Ondo WG**, Jankovic J. Continuous Intrathecal Baclofen Infusion in Dystonia. *Mov Disord* 2001; 16(6):1201-1202.
40. Jankovic J, Lai, EC, **Ondo WG**, Roberts-Warrior D, Olson SL, Krauss JK, Grossman RG. Effects of Pallidotomy on Gait and Balance. *Adv Neurol* 2001; 87:271-281.
41. **Ondo WG**, Chan LL, Levi J. Vascular Parkinsonism: Clinical and MRI Correlates Predicting Response to Lumbar Puncture. *Mov Disord* 2002; 17(!):91-97.
42. **Ondo WG**, Verma A. Physiologic Assessment of Paroxysmal Dystonia Secondary to Subacute Sclerosing Panencephalitis. *Mov Disord* 2002; 17(1):154-157.
43. **Ondo WG**, Vuong KD, Jankovic J. Exploring the Relationship Between Parkinson's Disease and Restless Legs Syndrome. *Arch Neurol* 2002; 59(3):421-424.
44. **Ondo WG**, Levy J, Hunter C, Vuong KD, Jankovic J. Olanzapine for the Treatment of Dopaminergic Induced Hallucinations. *Mov Disord* 2002; 17(5):1031-1035.
45. **Ondo WG**, Tinter R, Thomas M, Jankovic J. Tetrabenazine for Huntington's Disease Associated Chorea. *Clinical Neuropharmacology* 2002; 25(6):300-303.
46. **Ondo WG**. Epidemiology of Restless Legs Syndrome. *Sleep Medicine* 2002; 3(Supple1):S13-S15.
47. Li Y-J, Scott WK, Hedges DJ, Zhang F, Gaskell PC, Nance MA, Watts RL, Hubble JP, Koller WC, **Ondo W**, Pahwa R, Stern MB, Hiner BC, Jankovic J, Allen FA, Goetz CG, Mastaglia F, Stajich JM, Gibson RA, Middleton LT, Saunders AM, Scott BL, Small GW, Nicodemus, KK, Reed AD, Schmechel DE, Welsh-Bohmer KA, Conneally PM, Roses AD, Gilbert JR, Vance JM, Haines JL, Pericak-Vance MA. Age at onset in two common neurodegenerative diseases is genetically controlled. *American Journal of Human Genetics* 2002; 70(4): 985-993.
48. van der Walt JM, Nicodemus KK, Martin ER, Scott WK, Nance MA, Watts RL, Hubble JP, Haines JL, Koller WC, Lyons K, Pahwa R, Stern MB, Colcher A, Hiner BC, Jankovic J, **Ondo WG**, Allen FH, Goetz CG, Small GW, Masterman D, Mastaglia F, Stajich JM, McLaurin AC, Middleton LT, Scott BL, Schmechel DE, Pericak-Vance MA, Vance JM. Mitochondrial Polymorphisms Significantly Reduce the Risk of Parkinson Disease. *Am J Hum Gen* 2003; 72(4):804-811.
49. van der Walt JM, Martin ER, Scott WK, Zhang F, Nance MA, Watts RL, Hubble JP, Haines JL, Koller WC, Lyons K, Pahwa R, Stern MB, Colcher A, Hiner BC,

Jankovic J, **Ondo WG**, Allen Jr FH, Goetz CG, Small GW, Masterman D, Mastaglia F, Laing NG, Roses AD, Stajich JM, Booze MW, Fujiwara K, Gibson RA, Middleton LT, Scott BL, Pericak-Vance MA, Vance JM. Genetic Polymorphisms of the N-acetyltransferase genes (NAT1 and NAT2) and Risk to Parkinson's Disease. *Neurology* 2003; 60(7):1189-1191.

50. Oliveira SA, Scott WK, Martin ER, Nance MA, Watts RL, Hubble JP, Koller WC, Pahwa R, Stern MB, Hiner BC, **Ondo WG**, Allen FH, Jr., Scott BL, Goetz CG, Small GW, Mastaglia, F, Staijich JM, Zhang F, Booze MW, Winn MP, Middleton LT, Haines JL, Pericak-Vance MA, Vance JM. Parkin mutations and susceptibility alleles in late-onset Parkinson Disease. *Ann Neurol* 2003; 53(5):624-629.
51. **Ondo WG**, Hunter CH. Flumazenil, a GABA Antagonists, Improves Features of Parkinson's Disease. *Mov Disord* 2003; 18(6):683-685.
52. Sanghera M, Grossman R, Kalhorn CG, Hamilton W, **Ondo WG**, Jankovic J. Basal Ganglia Discharge in Primary and Secondary Dystonia in Patients Undergoing Pallidotomy. *Neuosurgery* 2003; 52(8):1358-1373.
53. Connor JR, Boyer PJ, Menzies SL, Dellinger B, Allen RP, **Ondo WG**, Earley CJ. Neuropathological Examination Suggests Impaired Brain Iron Acquisition In Restless Legs Syndrome. *Neurology* 2003; 61(3):304-309.
54. **Ondo WG**, Vuong KD, Sutton L, Lai D, Jankovic J. Hearing Impairment in Essential Tremor. *Neurology* 2003; 61(8):1093-1097.
55. Handforth A, **Ondo WG**, Tatter S, Mathern GW, Simpson R, Walker F, Sutton J, Hubble J, Jankovic J. Vagus Nerve Stimulation for Essential Tremor: A Pilot Efficacy and Safety trial. *Neurology* 2003; 61(10):1401-1405.
56. Oliveira SA, Scott WK, Nance MA, Watts RL, Hubble JP, Koller WC, Lyons KE, Pahwa R, Stern MB, Colcher A, Hiner BC, Jankovic J, **Ondo WG**, Allen Jr FH, Scott BL, Goetz CG, Small GW, Masterman D, Haines JL, Pericak-Vance MA, Vance JM, Martin ER. Association Study of Parkin Gene Polymorphisms with Idiopathic Parkinson Disease. *Arch Neurol* 2003; 60(7):975-980.
57. Lyons K, Pahwa R, Comella C, Eisa M, Elble R, Fahn S, Jankovic J, Juncos J, Koller W, **Ondo W**, Sethi K, Stern M, Tanner C, Tintner R, Watts R. Benefits and risks of pharmacological treatments for essential tremor. *Drug Safety* 2003; 26(7):461-81.
58. **Ondo WG**. Effective Ways to Combat Essential Tremor. *Practical Neurology* 2004; 9(1):16-18.
59. **Ondo WG**, Vuong KD, Derman H. Botulinum Toxin A (BOTOX®) for Chronic Daily Headache: A Randomized, Placebo-Controlled, Parallel Design Study. *Cephalgia* 2004; 24(1):60-65.
60. **Ondo WG**, Hunter C, Moore W. Botulinum Toxin Type B for the Treatment of Sialorrhea in Parkinson's Disease: A Double-Blind, Placebo Controlled Trial. *Neurology* 2004; 62(1):37-40.
61. Chen C*, **Ondo WG***, Rao S, Li L, Wang Q. Genome-wide linkage scan identifies a novel susceptibility locus for restless legs syndrome on chromosome 9p. *Am J Hum Gen* 2004; 74(5):876-885.

62. **Ondo WG**, Romanyshyn J, Vuong K, Lai D. The Long-Term Treatment of Restless Legs Syndrome with Dopamine Agonists. *Arch Neurol* 2004; 61(9)1393-1397.
63. Walters A, **Ondo WG**, Sethi K, Dreykluft T. Ropinirole versus Placebo in the Treatment of Restless Legs Syndrome (RLS): A 12-Week Multicenter Double-Blind Placebo Controlled Study Conducted in 6 Countries. *Mov Disord* 2004; 19(12):1414-1423.
64. **Ondo WG**, Jimenez EJ, Vuong K, Jankovic J. Levetiracetam for Essential Tremor. *Clin Neuropharm* 2004; 27(8):274-277.
65. **Ondo WG**, Wang A, Thomas M, Vuong K. Assessing Factors That Can Influence Spirograph Performance in Patients with Essential Tremor. *Park Dis Rel Disord* 2005; 11(1):45-48.
66. **Ondo WG**. Methadone for Dopaminergically Refractory Restless Legs Syndrome. *Mov Disord* 2005; 20(3):345-348.
67. **Ondo WG**, Lai D. Olfaction Testing in Tremor Dominant Parkinson's Disease: Is this a Separate Entity? *Mov Disord* 2005; 20(4):471-475.
68. Zesiewicz TA, Elble R, Louis ED, Hauser RA, Sullivan KL, Dewey RB, **Ondo WG**, Gronseth GS, Weiner WJ. Practice Parameter: Therapies for essential tremor: Report of the Quality Standards Subcommittee of the American Academy of Neurology. *Neurology* 2005; 64(12):2008-2020.
69. **Ondo WG**, Tintner R, Vuong K, Lai, D, Ringholz, G. A Double-Blind, Placebo-Controlled, Unforced Titration Parallel Trial of Quetiapine for Dopaminergic Induced Hallucinations in Parkinson's Disease. *Mov Disord* 2005; 20(8):958-963.
70. **Ondo WG**, Gollomp S, Galvez-Jimenez N. A Pilot Study of Botulinum Toxin A for Headache in Cervical Dystyonia. *Headache* 2005; 24(8):60-65.
71. **Ondo WG**, Bronte-Stewart H. The North American Survey of Placement and Adjustment Techniques for Deep Brain Stimulation. *Stereotact Funct Neurosurg* 2005; 83(4):142-147.
72. **Ondo WG**, Fayle R, Atassi F, Jankovic J. Modafinil for Daytime Somnolence in Parkinson's Disease: A Double Blind Placebo Controlled, Parallel Trial. *J Neuro Neurosurg Psych* 2005; 76(12):1636-1639.
73. **Ondo WG**. Rasagiline preclinical studies: Implications for neuroprotection. *Formulary* 2006; 41(Suppl 10):25–30.
74. Qu S, **Ondo WG**, Zheng X, Le W. Projections of Diencephalic Dopamine Neurons into the Spinal Cord in Mice. *Exp Brain Res* 2006; 168(1-2):152-156.
75. Deng H, Le WD, Hunter C, **Ondo WG**, Guo Y, Xie WJ, Jankovic J. A novel PRKN compound heterozygous mutation in a caucasion family with early onset Parkinson's disease. *Arch Neurol* 2006; 63(2):273-277.
76. **Ondo WG**, Jankovic J, Stacey M, Elbe R, Pahwa R, Connor G, Wu SC, Hulihan J. Topiramate in Essential Tremor: A Multicenter, Double-Blind, Placebo-Controlled Trial. *Neurology* 2006; 66(5):672-677.
77. Pahwa, R, Lyons K, Wilkinson S, Simpson R, **Ondo WG**, Tarsy D, Norregaard T, Hubble J, Smith D, Hauser R, Jankovic J. Long term evaluation of deep brain stimulation of the thalamus. *J Neurosurg* 2006; 104(4):506-512.

78. Pahwa R, Factor SA, Lyons KE, **Ondo WG**, Gronseth G, Bronte-Stewart H, Hallett M, Miyasaki J, Stevens J, Weiner WJ. Treatment of Parkinson Disease with Motor Fluctuations and Dyskinesia: Evidence-Based Review. *Neurology* 2006; 66(7):983-995.
79. Lang A, Houeto JL, Krack P, Kubu C, Lyons K, Moro E, **Ondo WG**, Pahwa R, Poewe W, Tröster A, Uitti R, Voon V. Deep brain stimulation: Preoperative issues. *Mov Disord* 2006; 21(supple14):S171-S196.
80. **Ondo WG**. VIM Deep Brain Stimulation Does Not Improve Pre-existing Restless Legs Syndrome in Patients with Essential Tremor. *Park Dis Rel Disord* 2006; 12(2):113-114.
81. **Ondo WG**. The association of restless legs syndrome and essential tremor. *Mov Disord* 2006; 21(4):515-518.
82. **Ondo WG**, Silay, Y Almaguer M, Jankovic J. Sub-thalamic deep brain stimulation after pallidotomy. *Mov Disord* 2006; 21(8):1252-1254.
83. **Ondo WG**, Silay YS. Intravenous Flumazanil for Parkinson's Disease: A Double Blind, Placebo controlled, Cross-Over Trial. *Mov Disord* 2006; 21(10):1614-1618.
84. Sitburana O, **Ondo WG**. Tetrabenazine (TBZ) for Hyperglycemic-induced hemichorea-hemiballismus (HIHH). *Mov Disord* 2006; 21(11):2023-2025.
85. **Ondo WG**, Almaguer M, Cohen H. Computerized Posturography Balance Assessments of Patients with Bilateral VIM Deep Brain Stimulation. *Mov Disord* 2006; 21(12):2243-2247.
86. Freidman J, Berman R, Goetz C, Factor S, **Ondo WG**, Wojcieszek J, Carson W, Marcus R. An open-label flexible dose pilot study to evaluate the safety and tolerability of aripiprazole in patients with psychosis associated with Parkinson's disease. *Mov Disord* 2006; 21(12):2078-2082.
87. Chaudhuri R, Martinez-Martin P, Schapira A, Stocchi F, Sethi K, Odin P, Brown R, Koller W, Barone P, MacPhee P, Kelly L, Rabey M, MacMahon R, Thomas S, **Ondo WG**, Rye D, Forbes A, Tluk S, Dhawan V, Bowron A, Williams A, Olanow W. International multicenter pilot study of the first comprehensive self-completed nonmotor symptoms questionnaire for Parkinson's disease: The NMSQuest study (p NA) *Mov Disord* 2006; 21(7):916-923.
88. Elble R. for the Tremor research Group. Report from a U.S. conference on essential tremor. *Mov Disord* 2006; 21(12):2052-2061.
89. **Ondo WG**. Review of *Psychogenic Movement Disorders: Neurology and Neuropsychiatry. NEJM* 2006; 354(26):2840-2841.
90. **Ondo WG**. Pramipexole: A Viewpoint. *CNS Drugs* 2007; 21(5):438-440.
91. Zhao H, Pan T, Xie W, Zhang A, **Ondo WG**, Le W. Spinal cord dopamine receptor expression and function in mice with 6-OHDA lesion of the A11 nucleus and dietary iron deprivation. *J Neurosci Res* 2007; 85(5):1065-1076.
92. **Ondo WG**, Meilak C, Almaguer M, Vuong K, Jankovic J. Predictors of battery life for Activa Soletra 7426 neurostimulator. *Parkinsonism and Rel Disord* 2007; 13(4):240-242.
93. Kenney C, Simpson R, Hunter C, **Ondo WG**, Almaguer M, Davidson A, Almaguer M, Jankovic J. Short-term and long-term safety of deep brain

stimulation for the treatment of movement disorders. *J of Neurosurg* 2007; 106(4):621-5.

94. Stacy M, Elble R, **Ondo WG**, Wu SC, Hulihan J, for the TRS Study Group. Assessment of interrater and intrarater reliability of the Fahn-Tolosa-Marin Tremor Rating Scale in essential tremor. *Mov Disord* 2007; 22(6):833-8.
95. Qu S, Le W, Zhang X, Xie W, Zhang A, **Ondo WG**. Locomotion is increased in A11 lesioned mice with iron deprivation: A possible animal model for restless legs syndrome. *J Neuropath Exp Neurology* 2007; 66(5):383-8.
96. **Ondo WG**, Zhao HR, and Le WD. Animal models of restless legs syndrome. *Sleep Med* 2007; 8(4)344-348.
97. Baier P, **Ondo WG**, Winkelmann J. Animal studies in restless legs syndrome (RLS). *Mov Disord* 2007; 22(Suppl. 18):S459-465.
98. Moore ST, MacDougall HG, Gracies J-M, Cohen HS, **Ondo WG**. Long-term monitoring of gait in Parkinson disease. *Gait Posture* 2007; 26(2):200-7.
99. May S, Gilman S, Brooke Sowell B, Thomas R, Stern M, Colcher A, Tanner C, Huang N, Novak P, Reich S, Jankovic J, **Ondo WG**, Low P, Sandroni P, Lipp A, Marshall F, Wooten F, Shults C, the North American Multiple System Atrophy Study Group. Potential outcome measures and trial design issues for multiple system atrophy. *Mov Disord* 2007; 22(11):2371-2377.
100. Martinez-Martin P, Schapira A, Stocchi F, Sethi K, Odin P, MacPhee G, Brown RG, Naidu Y, Clayton L, Abe K, Tsuboi Y, MacMahon D, Barone P, Rabey M, Bonuccelli U, Forbes A, Breen K, Tluk S, Olanow W, Thomas S, Rye D, Bowron A, Williams A, **Ondo W**, Chaudhuri R. Prevalence of non motor symptoms in Parkinson's disease in an international setting; study using non-motor symptoms questionnaire in 545 patients. *Mov Disord* 2007; 22(11):1623-1629.
101. Chaudhuri R, Martinez-Martin P, Brown R, Sethi K, Stocchi F, Odin P, **Ondo WG**, Abes K, MacPhee P, MacMahon R, Barone P, Rabey M, Forbes A, Breen K, Tluk S, Naidus Y, Olanow W, William A, Bowron A, Thomas S, Rye D, Schapira A. The metric properties of a novel non-motor symptoms scale for Parkinson's disease: results from an international pilot study. *Mov Diso*rd 2007; 22(13):1910-1911.
102. **Ondo WG**, Mejia N, Hunter C. A Pilot Study of the Clinical Efficacy and Safety of Memantine for Huntington's Disease. *Parkinsonism and Rel Disord* 2007; 13(7):453-454.
103. **Ondo WG**, Sethi K, Kricorian G. Selegiline Orally Disintegrating Tablets in Patients with Parkinson's Disease and "Wearing Off" Symptoms. *Clin Neuropharm* 2007; 30(5):295-300.
104. **Ondo WG**. Placebo Response in Parkinson Trials Using Patient Diaries: Sites Do Matter. *Clin Neuropharm* 2007; 30(5):301-304.
105. **Ondo WG**, Satija P. Withdrawal of visual feedback improves writing in Parkinson's disease. *Mov Disord* 2007; 22(14):2130-2132.
106. Ozelius L, Foroud T, May S, Senthil G, Sandroni P, Low P, Reich S, Colcher A, Stern M, **Ondo W**, Jankovic J, Huang N, Tanner C, Novak P, Gilman S, Marshall F, Wooten F, Chelimsky T, Shults C, and the North American

Multiple System Atrophy Study Group. The G2019S mutation in LRRK2 is not associated with multiple system atrophy. *Mov Disord* 2007; 22(4):546-549.
107. **Ondo WG**. Zonisamide for essential tremor. *Clin Neuropharm* 2007; 30(6):345-349.
108. Moore S, MacDougall K, Cohen H, **Ondo WG**. Locomotor response to levodopa in fluctuating Parkinson's disease. *Exp Brain Res* 2008; 184(4):469-478.
109. Satija P, **Ondo WG**. Restless Legs Syndrome in the Elderly: Epidemiology and Management. *CNS Drugs* 2008; 22(6):497-527.
110. Sitburana O, **Ondo WG**. Task-specific focal hand dystonia in a professional pistol-shooter. *Clinical Neurology and Neurosurgery* 2008; 110(4):423-424.
111. Moore ST, MacDougall HG, **Ondo WG**. Ambulatory monitoring of freezing of gait in Parkinson's disease. *J Neurosci Meth* 2008; 167(2):340-348.
112. **Ondo WG**, Jong D, Davis A. Comparison of Weight Gain in Treatments for Tourette Syndrome: Tetrabenazine Versus Neuroleptic Drugs. *J Child Neurology* 2008; 23(4):435-437.
113. **Ondo WG**, Lai D. Predictors of impulsivity and reward seeking behavior with dopamine agonists. *Parkinsonism and Rel Disord* 2008; 14(1):28-32.
114. Frank S, **Ondo WG**, Hunter C, Marshal F, Walker F, Eberly S, Factor S, Fahn S, Hunt V, Oakes D, Plumb S, Shinaman A, Shoulson I, Zhao H, Jankovic J. A randomized, double-blind, placebo controlled, staggered withdrawal study in patients with Huntington's disease treated with tetrabenazine. *Clin Neuropharm* 2008; 31(3):77-82.
115. Truong D, Comella C, Fernandez H, **Ondo W**, on behalf of the Dysport® Benign Essential Blepharospasm Study Group. Efficacy and safety of purified botulinum toxin type A (Dysport®) for the treatment of benign essential blepharospasm: a randomized, placebo-controlled, Phase II trial. *Park Rel Disord* 2008; 14(5):407-414.
116. Sitburana O, Rountree S, **Ondo WG**. Weight Change in Parkinson and Alzheimer Patients Taking Atypical Antipsychotic Drugs. *J of Neurological Sciences* 2008; 272(1-2):77-82.
117. **Ondo WG**, Perkins T, Swick T, Hull K, Garris T, Jimenez E, Pardi D. Nocturnal sodium oxybate for daytime sedation and fatigue in Parkinson's disease, a polysomnogram trial. *Arch Neurology* 2008; 65(10):1337-1340.
118. Ferrara J, Adam O, **Ondo WG**. Treatment of fragile X associated tremor/ataxia syndrome with deep brain stimulation. *Mov Disord* 2009; 24(1):149-150.
119. Sitburana O, **Ondo WG**. Brain Magnetic Resonance Imaging (MRI) in Parkinsonian Disorders. *Park Rel Disorders* 2009; 15(4):165-174.
120. **Ondo WG**. Restless Legs Syndrome. *Neurol Clin*. 2009; 27(3):779-99.
121. Lewitt P, **Ondo WG**, Van Lunen B, Bottini P. Open-Label Study Assessment of Safety and Adverse Effects of Subcutaneous Apomorphine Injections in Treating "Off" Episodes in Advanced Parkinson's Disease. *Clin Neuropharm* 2009; 32(2):89-93.

122. Hauser R, Lew M, Hurtig H, **Ondo WG**, Wojcieszek J, Fitzer-Attas C, on behalf of the TEMPO Open-label Study Group. Long-term Outcome of Early Versus Delayed Rasagiline Treatment in Early Parkinson's Disease. *Mov Disord* 2009; 24(4):564-573.
123. Walters AS, **Ondo WG**, Zhu W, Le W. Does the endogenous opiate system play a role in the Restless Legs Syndrome?: A pilot post-mortem study. *J Neurol Sci* 2009:15; 279(1-2):62-5.
124. Yalho T, **Ondo WG**. The use of gabapentin enacarbil in the treatment of restless legs syndrome. *Therapeutic Advances in Neurological Diseases* 2010; 3(5): 269-275.
125. Walters A, **Ondo WG**, Kushida C, Becker P, Ellenbogen A, Canafax D, Barrett R, and the XP045 Study Group. Gabapentin Enacarbil in Restless Legs Syndrome: A Phase 2b, Two-Week, Randomized, Double-blind, Placebo-controlled Trial. *Clin Neuropharm* 2009; 32(6):311-20.
126. Sedeghi M, **Ondo WG**. Pharmcologic management of essential tremor. *Drugs* 2010; 70(17):2215-2228.
127. Sitburana O, Almaguer M, **Ondo WG**. A pilot study: Microlesion effects and tremor outcome in the Ventrointermediate Deep Brain Stimulation (VIM-DBS). *Clin Neurol Neurosurg* 2010; 112(2):106-9.
128. Ferrara JM, Adams O, **Ondo WG**. Levodopa-induced Dyskinesias in Spinocerebellar Ataxia Type-2. *Arch Neurol* 2010; 67(1):114-115.
129. Bertoni JM, Arlette JP, Fernandez HH,Frei K, Gordon MF, Hassan MN, Isaacson SH, Lew MF, Molho E, **Ondo WG**, Phillips TJ, Singer C, Sutton JP, Wolf JE, for the North American Parkinson's and Melanoma Survey Investigators. Parkinson's Disease and Melanoma: An Epidemiologic Evaluation. Arch *Neurology* 2010; 67(3):347-352.
130. **Ondo WG**. Intravenous iron dextran for severe refractory restless legs syndrome. *Sleep Medicine* 2010; 11(5): 494-496.
131. **Ondo WG**, Shiwani L, Moore S. A Single Dose, Placebo Controlled, Cross-Over Trial Comparing the Latency to Onset of Orally Disintegrating (OD) Levodopa (Parcopa) Verses Oral (PO) Levodopa. *Mov Disord* 2010; 25(16): 2724-2727.
132. **Ondo WG**, Adam O, Jankovic J, Chinnery P. Dramatic response of facial stereotype/tic to tetrabenazine in the first reported cases of neuroferritinopathy in the United States. *Mov Disord* 2010; 25(14):2470-2472.
133. Lew M, Hauser R, Hurtig H, **Ondo WG**, Wojcieszek, J Goren T, Fitzer-Attas C, and the TEMPO Open Label Study Group. Long-term efficacy of rasagiline in Parkinson's disease. *International Journal of Neuroscience* 2010; 120(6):404-408.
134. Hening WA, Allen R, **Ondo WG**, Walters AS, Winkelman JW, Becker P, Bogan R, Fry J, Kudrow DB, Lesh KW, Fichtner A, Vrooman P, Schollmayer E on behalf of the SP792 Study Group. Rotigotine improves RLS: A 6-month randomized, double-blind, placebo-controlled trial in the US. *Mov Disord* 2010; 25(11):1675-1683.
135. Chaudhuri K, Prieto-Jurcynska C, Naidu Y, Mitra T, Frades-Payo B, Tluk S, Ruessmann A, Odin P, Macphee G, Stocchi F, **Ondo W**, Sethi K, Schapira A,

Martinez Castrillo J, Martinez-Martin P. The nondeclaration of nonmotor symptoms of Parkinson's disease to health care professionals: an international study using the nonmotor symptoms questionnaire. *Mov Disord* 2010; 25(6):697-701.

136. **Ondo WG**, Jia J. Effect of tetrabenazine use in restless legs syndrome. *Sleep Medicine* 2010; 11(9):958-959.

137. **Ondo WG**, Hunter CH, Isaacson S, Silver D, Tetrud J, Stewart M, Davidson A. Tolerability and efficacy o*f switching from oral selegiline to Zydis selegiline in patients with Parkinson's disease. Park Rel Disorders* 2011; 17(2):117-118.

138. Mehanna R, **Ondo WG**. Managing sleep problems in Parkinson's disease patients. *Neurodegenerative Disease Management* 2011; 1(4):307-321.

139. **Ondo WG**. Motor Fluctuation in Parkinson's Disease. *Int J Neurosci* 2011; 121(supple 2):37-44.

140. **Ondo WG**, Shinawi L, Davidson A, Lai D. Memantine for non-motor features of Parkinson's disease: A double blind placebo controlled exploratory pilot trial. *Park and Rel Disorders* 2011; 17(3):156-159.

141. Allen R, **Ondo WG**, Ball E, Calloway M, Manjunath R, Higbie R, Lee M, Nisbet P. Augmentation Associated with Dopamine Agonist and Levodopa Usage in a Community Sample. *Sleep Medicine* 2011; 12(5):431-439.

142. Yang Q, Li L, Yang R, Shen G, Chen Q, Foldvary-Schaefer N, **Ondo W**, Wang Q. Both Family-Based and Population-Based Association Studies Validate *PTPRD* as a Susceptibility Gene for Restless Legs Syndrome. *Mov Disord* 2011; 26(3):516-519.

143. Feifei Luo F, Li C, **Ondo WG**, Xie W, Le W. The long-term effects of the dopamine agonist pramipexole in a restless legs syndrome animal model. *Sleep Medicine* 2011; 12(1):41-46.

144. Diamond A, **Ondo WG**. Resolution of Severe Obsessive-Compulsive Disorder after a small Unilateral Nondominant Frontoparietal infarct. *Int J Neurosci* 2011; 121(7):405-407.

145. Gross R, Watts R, Hauser R, Bakay R, Reichmann H, **Ondo W**, Steiner-Schulze H, Siedentop H, Fichte K, Hong W, Beebe K, Sandbrink R, and the Spheramine Investigational Group. A double-blind, randomized, sham surgery-controlled trial of intrastriatal Spheramine® implantation in patients with advanced Parkinson's disease. *Lancet Neurology* 2011; 10(6):509-519.

146. Yang Q, Li L, Chen Q, Foldvary-Schaefer N, **Ondo W**, Wang Q. Association studies of variants in *MEIS1*, *BTBD9*, and *MAP2K5/SKOR1* with restless legs syndrome in the U.S. population. *Sleep Med* 2011; 12(8):800-804.

147. Yaltho T, **Ondo WG**. Thalamic Deep Brain Stimulation for Orthostatic Tremor. Tremor and Other Hyperkinetic Disorders. (open access web) Aug 10, 2011. http://www.tremorjournal.org/article/view/26

148. Chaudhuri KR, Martinez-Martin P, Rolfe K, Rockett C, Giorgi L, **Ondo WG**. Improvements in nocturnal symptoms with ropinirole prolonged release in patients with advanced Parkinson's disease. *European J Neurology* 2012; 19:105-113.

149. Zesiewicz T, Elble R, Louis E, Gronseth G, **Ondo W**, Dewey R, Okun M, Sullivan K, Weiner W. Evidence-based guideline update: Treatment of essential tremor guideline. *Neurology* 2012; 77(19):1752-1755.
150. **Ondo WG**, Satija P. Task specific writing tremor: clinical phenotypes, progression, and treatment outcomes. *Int J Neurosci* 2012; 122(2):88-91.
151. **Ondo WG**. Tetrabenazine Treatment for Stereotypies / Tics Associated with Dementia. *Journal of Neuropsychiatry and Clinical Neurosciences* 2012; 24(2):208-214.
152. **Ondo WG**, Hewgley T, Almaguer M. Interesting Complication of the Medtronic Activa RC Impulse Pulse Generator. *Mov Disord* 2012; 27(12):333-334.
153. **Ondo WG**. Dextromethorphan/Quinidine for Chorea: An Open Label Assessment. *Clin Neuropharm* 2012; 35(1):53-54.
154. **Ondo WG**, Hunter C, Ferrara J, Mostile G. Apomorphine Injections: Predictors of Initial Adverse Events and Long Term Tolerability. *Park Rel Disord* 2012; 18(5):619-622.
155. **Ondo WG**, Davidson A, Sullivan K, Daleiden W, Hunter C, Jahan I, Kenney C, Miller A, Zesiewicz T. Lubiprostone (Amitiza®) for constipation in Parkinson's disease, a multi-center, placebo controlled parallel trial. *Neurology* 2012; 78(21):1650-1654.
156. Baisabal-Carvallo J, **Ondo WG**. Stereotypies as a manifestation of acute hyperglycemia without ketosis. *J Neurol Sci* 2012; 315(1-2):176-7.
157. Winkelmann J, Czamara D, Schormair B, Knauf F, Schulte EC, Trenkwalder C, Dauvilliers Y, Polo O, Högl B, Berger K, Fuhs A, Gross N, Stiasny-Kolster K, Oertel W, Bachmann CG, Paulus W, Xiong L, Montplaisir J, Rouleau GA, Fietze I, Vávrová J, Kemlink D, Sonka K, Nevsimalova S, Lin SC, Wszolek Z, Vilariño-Güell C, Farrer MJ, Gschliesser V, Frauscher B, Falkenstetter T, Poewe W, Allen RP, Earley CJ, **Ondo WG**, Le WD, Spieler D, Kaffe M, Zimprich A, Kettunen J, Perola M, Silander K, Cournu-Rebeix I, Francavilla M, Fontenille C, Fontaine B, Vodicka P, Prokisch H, Lichtner P, Peppard P, Faraco J, Mignot E, Gieger C, Illig T, Wichmann HE, Müller-Myhsok B, Meitinger T. Genome-wide association study identifies novel restless legs syndrome susceptibility loci on 2p14 and 16q12.1. *Plos Gen* 2011; 7(7):e1002171.
158. Elble R, LeWitt P, Lyons K, **Ondo W**, Pahwa R, Sethi K, Stover R, Tarsy D, Testa C, Tintner R, Zesiewicz Z. Reliability of the Tremor Research Group essential tremor rating assessment scale (TETRAS). *Mov Disord* 2012; 27(12):1567-1569.
159. Chen JJ, **Ondo WG**, Dashtipour K, Swope D. Tetrabenazine for the treatment of hyperkinetic movement disorders: a review of the literature. *Clint Her* 2012; 34(7):1487-1504.
160. **Ondo WG**, Jankovic J, Jiminez-Shahed J. Globus Pallidus Deep Brain Stimulation for Refractory Idiopathic Restless Legs Syndrome. *Sleep Med* 2012; 13(9):1202-1204.

161. Fekete R, Davidson A, **Ondo WG**, Cohen HS. Effect of tetrabenazine on computerized dynamic posturography in Huntington disease patients. *Park Rel Disord* 2012; 18(7):896-8.
162. **Ondo W**G. Movements mimicking myoclonus associated with spinal cord pathology: Is this a "Pure Motor Restless Legs Syndrome" Tremor and Other Hyperkinetic Disorders (open access web) May 3, 2012. www.tremorjournal.org /index.php/tremor/article/view/34/html
163. Hauser R, Hsu A, Kell S, Espay A, Sethi K, Stacy M, **Ondo W**, O'Connell, M, Gupta S, on behalf of the IPX066 ADVANCE-PD investigators. IPX066 (carbidopa-levodopa extended-release) compared with carbidopa-levodopa immediate-release in Parkinson's disease patients with motor fluctuations: a randomised, double-blind study. *Lancet Neurology* 2013; 12(4):346-56.
164. **Ondo WG**, Hossain M, Gordon M, Reese J. Predictors of Placebo Response in Restless Legs Syndrome Studies. Neurology 2013; 81(2):193-4.
165. Bogan RK, Ellenbogen A, Becker PM, Kushida C, Ball E, **Ondo WG**, Caivano CK, Kavanagh S. Gabapentin enacarbil in subjects with moderate to severe primary restless legs syndrome with and without severe sleep disturbance: an integrated analysis of subjective and novel sleep endpoints from two studies. *Parkinson disease and Restless Legs Syndrome* 2013; 3(1):31-40.
166. Fekete R, Bainbridge M, Baizabal-Carvallo J, Rivera A, Miller B, Du P, Kholodovich V, Powell S, **Ondo WG**. Exome Sequencing in Familial Corticobasal Degeneration. *Park Rel Disorder* 2013; 19(11):1049-52.
167. Silber MH, Becker PM, Earley C, Garcia-Borreguero D, **Ondo WG**. Willis-Ekbom disease foundation revised consensus statement on the management of restless legs syndrome. Mayo Clin Proc. 2013; 88(9):977-86.
168. **Ondo WG**, Haykal H. Paraspinal Asymmetry in Parkinson's Disease. *Int J of Neuroscience*. 2014; 124(2):93-96.
169. Zhu XY, Pan TH, **Ondo WG**, Jimenez-Shahed J, Wu YC. Effects of Deep Brain Stimulation in relatively young-onset Multiple System Atrophy Parkinsonism. *J Neurological Sci* 2014; 342(1-2):42-44.
170. Patel N, **Ondo W**, Jimenez-Shahed J. Habituation and Rebound to Thalamic DBS in Long-Term Management of Tremor Associated with Demyelinating Neuropathy. *Int J of Neuroscience* 2014; 124(12):919-925.
171. Yaltho T, **Ondo WG**. Orthostatic Tremor: A Review of 45 Cases. *Park Rel Disord* 2014; 342(7):723-725.
172. Allen RP, Picchietti DL, Garcia-Borreguero D, **Ondo WG**, Walters AS, Winkelman JW, Zucconi M, Ferri R, Trenkwalder C, Lee HB. Restless legs syndrome/Willis-Ekbom disease diagnostic criteria: updated International Restless Legs Syndrome Study Group (IRLSSG) consensus criteria-history, rationale, description, and significance. *Sleep Med* 2014; 15(8):860-873.
173. **Ondo W**. Sleep/Wake Problems in Parkinson's disease: Pathophysiology and Clinicopatholoic Correlations. Journal of Neural Transmission 2014; 121(Supple 1):3-13.

174. **Ondo WG**. IPX066, a mixed immediate/sustained-release levodopa preparation for Parkinson's disease. *Expert Opinions on Pharmacotherapy* 2014; 15(14):2081-2085.
175. Rana AQ, Khan F, Mosabbir A, **Ondo W**. Differentiating nocturnal leg cramps and restless legs syndrome. Expert Rev Neurother 2014; 14(7): 813-818.
176. **Ondo WG**. Common comorbidities and differential diagnosis of restless legs syndrome. *J Clin Psychiatry* 2014; 75(3):e06. doi: 10.4088/JCP.12074nr2c
177. **Ondo W**. Advances in RLS (Willis-Ekbom Disease) Pathophysiology and Treatment. *Current Treatment Options in Neurology* 2014; 16(11):317-326.
178. Parkinson Study Group QE3 Investigators, Beal MF, Oakes D, Shoulson I, Henchcliffe C, Galpern WR, Haas R, Juncos JL, Nutt JG, Voss TS, Ravina B, Shults CM, Helles K, Snively V, Lew MF, Griebner B, Watts A, Gao S, Pourcher E, Bond L, Kompoliti K, Agarwal P, Sia C, Jog M, Cole L, Sultana M, Kurlan R, Richard I, Deeley C, Waters CH, Figueroa A, Arkun A, Brodsky M, **Ondo WG**, Hunter CB, Jimenez-Shahed J, Palao A, Miyasaki JM, So J, Tetrud J, Reys L, Smith K, Singer C, Blenke A, Russell DS, Cotto C, Friedman JH, Lannon M, Zhang L, Drasby E, Kumar R, Subramanian T, Ford DS, Grimes DA, Cote D, Conway J, Siderowf AD, Evatt ML, Sommerfeld B, Lieberman AN, Okun MS, Rodriguez RL, Merritt S, Swartz CL, Martin WR, King P, Stover N, Guthrie S, Watts RL, Ahmed A, Fernandez HH, Winters A, Mari Z, Dawson TM, Dunlop B, Feigin AS, Shannon B, Nirenberg MJ, Ogg M, Ellias SA, Thomas CA, Frei K, Bodis-Wollner I, Glazman S, Mayer T, Hauser RA, Pahwa R, Langhammer A, Ranawaya R, Derwent L, Sethi KD, Farrow B, Prakash R, Litvan I, Robinson A, Sahay A, Gartner M, Hinson VK, Markind S, Pelikan M, Perlmutter JS, Hartlein J, Molho E, Evans S, Adler CH, Duffy A, Lind M, Elmer L, Davis K, Spears J, Wilson S, Leehey MA, Hermanowicz N, Niswonger S, Shill HA, Obradov S, Rajput A, Cowper M, Lessig S, Song D, Fontaine D, Zadikoff C, Williams K, Blindauer KA, Bergholte J, Propsom CS, Stacy MA, Field J, Mihaila D, Chilton M, Uc EY, Sieren J, Simon DK, Kraics L, Silver A, Boyd JT, Hamill RW, Ingvoldstad C, Young J, Thomas K, Kostyk SK, Wojcieszek J, Pfeiffer RF, Panisset M, Beland M, Reich SG, Cines M, Zappala N, Rivest J, Zweig R, Lumina LP, Hilliard CL, Grill S, Kellermann M, Tuite P, Rolandelli S, Kang UJ, Young J, Rao J, Cook MM, Severt L, Boyar K. A randomized clinical trial of high-dosage coenzyme Q10 in early Parkinson disease: no evidence of benefit. *JAMA Neurol* 2014; 71(5):543-52.
179. Boyle A, **Ondo W**. Role of Apomorphine in the Treatment of Parkinson's Disease. *CNS Drugs* 2015:29(2):83-89.
180. Dragan E, Chen Z, **Ondo WG**. Does Idiopathic Restless Legs Syndrome Delay Onset and Reduce Severity of Parkinson's Disease. *Int J Neurosci.* 2015:125(7):526-530.
181. **Ondo WG**, Hermanowicz N, García Borreguero D, Jaros M, Kim R, Shang G. Effect of prior exposure to dopamine agonists on treatment with gabapentin enacarbil in adults with moderate-to-severe primary restless legs syndrome: pooled analyses from 3 randomized trials. *J Clin Movement Disord* 2015;2:9 DOI 10.1186s40734-015-0018-3

182. Gayed I, Joseph U, Fanous M, Wan, **Ondo W**, Won KS. The Impact of DaTscan in the Diagnosis of Parkinson Disease. *Molecular Imaging & Biology* 2015; 40(5):390-393.
183. **Ondo WG**, Grieger F, Moran K, Kohnen R, Roth T. Minimal Clinically Important Change in IRLS Sum Score in Patients with Restless Legs Syndrome (Willis-Ekbom Disease) Treated with the Rotigotine Transdermal System. *J Sleep Med* 2016;12:63-70.
184. Dashtipour K, Chen J, Espay A, Mari Z, **Ondo W**. Dose Conversion Between OnabotulinumtoxinA and AbobotulinumtoxinA: a Systematic Literature Review. *Mov Disord Clin Practice* 2016;3(2):109-115.
185. Lee D, Buchfuhrer M, Garcia-Borreguero D, Avidan A, Ahmed M, Hays R, **Ondo W**, Jaros M, Kim R, Shang G. Efficacy of gabapentin enacarbil in adult patients with severe primary restless legs syndrome. *Sleep Med* 2016 Mar;19:50-6. doi: 10.1016/j.sleep.2015.11.002
186. Zhu X, Liu Y, Zhang X, Feng Y, **Ondo W**, Tan EK, Wu Y. Clinical characteristics of leg restlessness in Parkinson's Disease compared with idiopathic Restless Legs Syndrome. *J Neurological Sciences 2015;357(1-2):109-114.*
187. **Ondo WG**, Sarfaraz S, Lee, M. A Novel Scale to Assess Psychosis in Patients with Parkinson's Disease. J Clin Mov Disord, 2015;2:17 DOI10.1186/s40734-015-0024-5.
188. **Ondo W**. Essential Tremor: What we know from current treatments. Tremor and Related Disorders 2016;6: DOI10.7916/D8k35TC3
189. Garcia-Borreguero D, Allen R, Silber M, Winkelman J, Högl B, Bainbridge J, Buchfuhrer M, Hadjigeorgiou G, Inoue Y, Manconi M, **Ondo W**, Winkelmann J. White Paper: Summary of Recommendations for the Prevention and Treatment of RLS/WED Augmentation: A Combined Task Force of The IRLSSG, EURLSSG and RLS Foundation. Sleep Med 2016 2016 May;21:1-11. doi: 10.1016/j.sleep.2016.01.017
190. Elias J, Lipsman N, **Ondo W**, Ghanouni P, Kim YG, Lee W, Schwartz M, Hynynen K, Lozano A, Shah B, Huss D, Dallapiazza R, Gwinn R, Witt J, Ro S, Eisenberg H, Fishman P, Gandhi D, Halpern C, Chuang R, Butts-Pauly K, Travis S, Tierney T, Hayes M, Rees-Cosgrove R, Yamaguchi T, Abe K, Taira T, Chang JW. An International, Randomized, Controlled Trial of Focused Ultrasound Thalamotomy for Essential Tremor. *N Eng J Med* 2016;375:730-39.
191. **Ondo W**. Deep brain stimulation (DBS) for severe restless legs syndrome: Therapeutic and physiologic considerations. Sleep Med **2017** Mar;31:93-94. doi: 10.1016/j.sleep.2016.04.005
192. Isaacson S, Lew M, **Ondo W**, Hubble J, Clinch T, Pagan F**.** Apomorphine subcutaneous injections for the management of morning akinesia in Parkinson's disease. *Mov Disord Clin Pract.* 2017 Jan-Feb;4(1):78-83. doi: 10.1002/mdc3.12350.
193. Winkelman J, Allen R, Chaudhuri R, **Ondo W**, Trenkwalder C, Zee P, Gronseth GS, Gloss D, Zesiewicz T. Practice Parameter: Treatment of restless legs syndrome. *Neurology.* 2016;87(24):2585-2593.

194. Norris S, Jinnah Ha, Espay A, Klein C, Bruggemann N, Barbano R, Malaty I, Rodriguez R, Vidailhet M, Roze E, Reich S, Berman B, LeDoux M, Richardson S, Agarwal P, Mari Z, **Ondo W**, Shih L, Fox S, Berardelli A, Testa C, Chang F, Troung D, Nahab F, Xie T, Hallett M, Rosen A, Wright L, Perlmutter JS. Clinical and Demographic Characteristics Related to Onset Site and Spread of Cervical Dystonia. Mov Disorders 2016 Dec;31(12):1874-1882. doi: 10.1002/mds.26817

195. Yeh P, **Ondo W**, Picchietti D, Poceta S, Allen R, Davies C, Wang L, Shi Y, Bagai K, Walters A. Depth and Distribution of Symptoms in Restless Legs Syndrome (RLS) Patients. J Clin Sleep Med 2016;12(12):1669-1680.

196. Hopfner F, Haubenberger D, Galpern W, Gwinn K, Van't Veer A, White, S, Bhatia K, Adler C, Eidelberg D, **Ondo W**, Stebbins G, Tanner C, Helmich R, Lenz F, Sillitoe R, Vaillancourt D, Vitek J, Louis E, Shill H, Frosch M, Foroud TKuhlenbäumer G, Singleton A, Testa C, Hallet M, Elble R, Deuschl D. Knowledge gaps and research recommendations for essential tremor. Park Rel Disord 2016 Dec;33:27-35. doi: 10.1016/j.parkreldis.2016.10.002.

197. Espay, A, Pagan F, Walter B, Morgan J, Elmer L, Waters C, Agarwal P, Dhall,R, **Ondo W**, Klos K, Silver D. Optimizing Rytary in Parkinson's disease: a consensus on real-world dose conversion from standard carbidopa/levodopa. Neurol Clin Pract. 2017 Feb;7(1):86-93

198. Fernandez H, Factor S, Hauser R, Jimenez-Shahed J, **Ondo WG**, Jarskog LF, Meltzer H, Woods S, Bega D, LeDoux M, Shprecher D, Davis C, Stamler D, Anderson K. A randomized controlled trial of deutetrabenazine for tardive dyskinesia: the ARM-TD study. Neurology May 23;88(21):2003-2010. doi: 10.1212/WNL.0000000000003960.

199. Berman B, Junker J, Sillau S, Brueggemann N, Jinnah H, Perlmutter J, Jankovic J, Espay A, Malaty I, **Ondo W**, Klein C. Depression, anxiety and social anxiety in adult-onset isolated focal dystonia: Effect of onset body region, pain and dystonia severity, J Neuro, Neurosurg, Psych 2017 Apr 24. pii: jnnp-2016-315461. doi: 10.1136/jnnp-2016-315461.

200. Anderson K, Stamler D, Davis M, Factor S, Hauser R, Isojärvi J, Jarskog F, Shahed J, Kumar R, McEvoy J, Ochudlo S, **Ondo W**, Fernandez H. Addressing Involuntary Movements in Tardive Dyskinesia (AIM-TD): A Phase III, Randomized, Placebo-Controlled Trial of Deutetrabenazine for the Treatment of Tardive Dyskinesia. *Lancet Psychiatry* Jun 28. pii: S2215-0366(17)30236-5. doi: 10.1016/S2215-0366(17)30236-5.

201. Merola A, Fasano A, Hassan A, Ostrem J, Fiorella Contarino M, Lyons M, Krauss J, Wolf J, Klassen B, Fleur van Rootselaar A, Regidor I, Duker A, **Ondo W**, Guridi J, Volkmann J, Okun M, Witt K, Starr P, Deuschl G, Espay A. Thalamic Deep Brain Stimulation for Orthostatic Tremor: A Multi-Center International Registry. Mov Disord 2017 Jun 20. doi: 10.1002/mds.27082.

202. Schormair B, Zhao C, 23andMe Research Team, Bell S, Tilch E, Salminen A,Pütz B Dauvilliers Y, Stefani A, Högl B, Poewe W, Kemlink D, Sonka K, Bachmann C, Paulus W, Trenkwalder C, Oertel W, Hornyak M, Teder-Laving M, Metspalu A, Hadjigeorgiou G, Polo O, Fietze I, Ross O,

Wszolek Z, Butterworth A, Soranzo N, Ouwehand W, Roberts D, Danesh J, Allen R, Earley C, **Ondo W**, Xiong L, Montplaisir J, Perola M, Vodicka P, Dina C, The D.E.S.I.R. study group, Franke A, Tittmann L, Stewart A, Shah S, Gieger C, Rouleau G, Berger K, Oexle K, Angelantonio E, Hinds D, Müller-Myhsok B, Winkelmann J. Meta-analysis of > 100,000 individuals of European ancestry identifies 19 genome-wide significant risk loci for restless legs syndrome. *Lancet Neurology* 2017 Nov;16(11):898-907. doi: 10.1016/S1474-4422(17)30327-7.

203. Wijemanne S, **Ondo W**. Restless Legs Syndrome: clinical features, diagnosis and a practical approach to management. *Neurology Clin Pract* 2017;17(6):444-452. doi: 10.1136/practneurol-**2017**-001762.

204. Tuo H, Tian Z, Cui Y, Ma X, Xu C, Bi H, Zhang Y, Zhang Y, Le W, **Ondo W**. Restless legs syndrome secondary to pontine infarction: Clinical analysis of five cases. *Chron Disease Trans Med*. https://doi.org/10.1016/j.cdtm.2017.08.001.

205. **Ondo W**, Hashem V, Lewitt P, Pahwa R, Tarsy D, Shih L, Zesiewicz T, Elble R. Comparison of the Fahn-Tolosa-Marin Clinical Rating Scale and The Essential Tremor Rating Assessment Scale (TETRAS). *Mov Disord Clin Practice* 2018;5(1): 60-65 doi.org/10.1002/mdc3.12556.

206. Merola A, Fasano A, Hassan A, Ostrem J, Contarino M, Lyons M, Krauss J, Wolf M, Klassen B, van Rootselaar A, Regidor I, Duker A, **Ondo W**, Guridi J, Volkmann J, Shukla A, Mandybur G, Okun M, Witt K, Starr P, Deuschl G, Espay A. Thalamic deep brain stimulation for orthostatic tremor: A multicenter international registry Mov Disord 2017:8:1240–1244.

207. Silber M, Becker P, Buchfuhrer B, Earley C, **Ondo W**, Walters A, Winkelman J for the Scientific and Medical Advisory Board, Restless Legs Syndrome Foundation. The Appropriate Use of Opioids in the Treatment of Refractory Restless Legs Syndrome. *Mayo Clin Proc* Mayo Clin Proc. 2018;93(1):59-67.

208. Lew M, Brashear A, Dashtipour K, Isaacson S, Hauser R, Maisonobe P, Snyder D, **Ondo W**. Evaluation of a 2 mL Dilution of AbobotulinumtoxinA Versus Placebo in Adults With Cervical Dystonia. *Int J Neuroscience 2018;*28(7):619-626. doi: 10.1080/00207454.2017.1406935.

209. Panchal S, **Ondo W**. Treating hallucinations and delusions associated with Parkinson's disease psychosis. *Cur Psychiatric Reports* 2018 Jan 27;20(1):3. doi: 10.1007/s11920-018-0869-z.

210. **Ondo WG**, Simmons J, Hashem V, Hunter C, Jankovic J. Onabotulinum toxin-A injections for nocturnal bruxism: a parallel, double blind, placebo controlled polysomnographic study. *Neurology 2018; 90(7):* e559-e564.

211. Allen R, Picchietti D, Auerbach A, Cho Y, Connor J, Earley C, Garcia-Borreguero D, Kotagal S, Manconi M, **Ondo W**, Ulfberg J, Winkelman J, On behalf of the International Restless Legs Syndrome Study Group (IRLSSG) Evidence-based and consensus clinical practice guidelines for the iron treatment

of restless legs syndrome/Willis-Ekbom disease in adults and children: An IRLSSG task force report. *Sleep Med* 2018;41:27-44

212. Lin C, **Ondo W**. Other medications to treat tardive dyskinesia. *J Neurol Science* 2018 ;389:48-54. doi: 10.1016/j.jns.2018.02.014.

213. **Ondo WG.** Restless legs syndrome “Patient Odyssey” survey of disease burden on patient and spouces/partners. J Sleep Med 2018 ;47:51-53. doi: 10.1016/j.sleep.2017.12.003.

214. Liu Y, Zhu X, Zhang X, Feng Y, Yang W, Kuo S, **Ondo W**, Wu Y. Rapid eye movement sleep behavior disorder increase non-motor symptom but not motor symptom in Parkinson’s disease. *J Neurol Sci 2018*;389:48-54. doi: 10.1016/j.jns.2018.02.014.

215. Tuo H, Tian Z, Ma X, Cui Y, Xue Y, Che J, Xu C, Chen K, Zhang Y, Zhang Y, Bi H, Le W, **Ondo W**. Clinical and Radiological Characteristics of Restless Legs Syndrome Following Acute Lacunar Infarction. *Sleep Med 2019;53:81-87.* doi.org/10.1016/j.sleep.2018.06.004.

216. **Ondo W**, Coss P, Christie M, Pascual B. Conversion of L-dopa to a New Extended Release L-dopa (Rytary®) in Patients with Fluctuating Parkinson’s Disease: Predictors of Dose. *J Park Dis 2019:9(1):* doi:10.3233/JPD-181427.

217. Chen J, Hua H, Massihi L, Portillo I, Alipour A, **Ondo W**, Dashtipour K. Systematic Literature Review of Quetiapine for the Treatment of Parkinson's Disease Psychosis. The Journal of Neuropsychiatry and Clinical Neurosciences 2019; 31(3): 188-195; doi: 10.1176/appi.neuropsych.18080180

218. Lin XW, Zhang JF Qiu MY, Ni LY, Yu H, Chen L, Wang L, Kuo S, **Ondo W,** Yu Q, Wu Y. Restless Legs Syndrome in End Stage Renal Disease Patients. BCM Neurology 2019;19(1):47. https://doi.org/10.1186/s12883-019-1265-y

219. Fernandez H, Stamler D, Davis M, Factor S, Hauser R,Jimenez-Shahed J, **Ondo WG**, Jarskog F, Woods S, Bega D, LeDoux M, Shprecher D, Anderson K. Long-term safety and efficacy of deutetrabenazine for the treatment of tardive dyskinesia. JNNP 2019 doi: 10.1136/jnnp-2018-319918

220. Zhu XY, Wu TT, Wang HM, Ni LY, Li X, Liu Y, Zhang XJ, Chen YJ, Cui XX, **Ondo WG**, Wu YC Clinical features and subtypes of restless legs syndrome in Chinese population: a study of 359 patients. Sleep Med. 2019;59:15-23. doi: 10.1016/j.sleep.2019.01.053.

221. Fernandez HH, Stamler D, Davis MD, Factor SA, Hauser RA, Jimenez-Shahed J, **Ondo WG**, Jarskog LF, Woods SW, LeDoux MS, Shprecher DR, Anderson KE. Confirmed Safety of Deutetetrabenazine for Tardive Dyskinesia in a 2-Year Open-label Extension. CNS Spectr. 2019 Feb;24(1):201. doi: 10.1017/S1092852919000397.

222. Hauser RA, Fernandez HH, Stamler D, Davis MD, Factor SA, Jimenez-Shahed J, **Ondo WG**, Jarskog LF, Woods SW, LeDoux MS, Shprecher DR, Anderson KE. 45 Long-term Treatment with Deutetrabenazine Is Associated with Continued Improvement in Tardive Dyskinesia: Results from an Open-label Extension Study. CNS Spectr. 2019 Feb;24(1):200-201. doi: 10.1017/S1092852919000385.
223. Louis E, Martin Bares M, Benito-Leon J, Fahn S, Frucht S, Jankovic J, **Ondo W**, Pal P, Tan EK. "Essential Tremor-Plus": A Problematic Term and Concept. Lancet Neurology 2019: S1474-4422(19)30398-9. doi: 10.1016/S1474-4422(19)30398-9.
224. Tuo H, Tian Z, Ma X, Cui Y, Xue Y, Che J, Xu C, Chen K, Zhang Y, Zhang L, Bi H, Le W, **Ondo W**. Clinical and radiological characteristics of restless legs syndrome following acute lacunar infarction. Sleep Med 2019;53:81-87. doi: 10.1016/j.sleep.2018.06.004.
225. Isaacson SH, **Ondo WG**, Jackson CE, Trosch RM, Molho E, Pagan F, Lew M, Dashtipour K, Clinch T, Espay, AJ. Safety and Efficacy of RimabotulinumtoxinB for Treatment of Sialorrhea in Adults: A Randomized Clinical Trial, JAMA Neurology 2020;77:461-469. https://doi.org/10.1001/jamaneurol.2019.4565
226. **Ondo W**. Current and Emerging Treatments in Essential Tremor. Neurol Clin 2020;38:309-323. doi.org/10.1016/j.ncl.2020.01.002.
227. Zhu X, Wu TT, Wang HM, Li X, Ni LN, Chen TJ, Qiu MY, Shen J, Liu T, **Ondo W**, Wu YC. Correlates of nonanemiac iron deficiency in Restless Legs Syndrome. Frontiers in Neurology 2020;11:298 https://doi.org/10.3389/fneur.2020.00298
228. **Ondo WG**, Pascual B, On behalf of the Tremor Research Group. Tremor Research Group Essential Tremor Rating Scale (TETRAS): Assessing Impact of Different Item Instructions and Procedures. Tremor and Other Hyperkinetic Movements. 2020;10:36. DOI: https://doi.org/10.5334/tohm.64
229. Wang X, Zhu X, Wang Z, Dong JW, **Ondo WG**, MD, Wu YC. Restless abdomen: a spectrum or a phenotype variant of restless legs syndrome? BMC Neurol. 2020 Aug 12;20(1):298. doi: 10.1186/s12883-020-01875-1.
230. Isaacson SH, Peckham E, Tse W, Waln O, Way C, Petrossian MT, Dahodwala N, Soileau MJ, Lew M, Dietiker C, Luthra N, Agarwal P, Dhall R, Morgan J, Calakos N, Zesiewicz TA, Shamim EA, Kumar R, LeWitt P, Shill HA, Simmons A, Pagan FL, Khemani P, Tate J, Maddux B, Luo L, **Ondo W**, Hallett M, Rajagopal A, Chidester P, Rosenbluth KH, Delp SL, Pahwa R. Prospective Home-use Study on Non-invasive Neuromodulation Therapy for Essential Tremor. Tremor and Other Hyperkinetic Movements. 2020; 10(1): 29, pp. 1–16. DOI: https://doi.org/10.5334/tohm.59.
231. Wang X, Feng Y, Zhu XZ, Troung D, **Ondo WG**, Wu YC. Prodromal Markers of Parkinson's Disease in Patients with Essential Tremor. Front Neurol., 25 August 2020 https://doi.org/10.3389/fneur.2020.00874
232. Shaikh A, Beylergil S, Scorr L, Kilic-Berkmen G, Freeman A, Klein C, Junker J, Loens S, Brüggemann N, Münchau A, Bäumer T, Vidailhet M,

Flamand Roze E, Bonnet C, Jankovic J, Jiminez-Shahed J, Patel N, Marsh L, Comella C, Barbano R, Berman B, Malaty I, Wagle Shukla A, Reich S, LeDoux M, Berardelli A, Ferrazzano G, Stover N, **Ondo WG**, Pirio Richardson S, Saunders-Pullman R, Mari Z, Agarwal P, Adler C, Chouinard S, Fox S, Brashear A, Truong D, Suchowersky O, Frank S, Factor S, Perlmutter J, Jinnah H. Dystonia & tremor: A cross-sectional study of the dystonia coalition cohort. Neurology 2020 doi: 10.1212/WNL.0000000000011049.

233. Zhu X-Y, Wang H-M, Wu T-T, Liu T, Chen Y-J, Li X, Chen T-J, Liu Y, Zhang X-J, Wang X-X, Zhang Y, **Ondo WG**, Wu Y-C. SNCA-Rep1 polymorphism correlates with susceptibility and iron deficiency in restless legs syndrome, Parkinsonism and Related Disorders 2020;81:12-17, doi: https://doi.org/10.1016/j.parkreldis.2020.09.015.

234. **Ondo W**, Olubajo T. Exploratory Cross-Over, Trial of Augmented RLS with the Dopamine Receptor 1/5 Antagonist Ecopipam. Int J Neurosci 2020 https://doi.org/10.1080/00207454.2020.1838515.

235. Koneru V, **Ondo WG**. Task Specific Tremor Subsequently Developing into Parkinson's Disease: Case Series Mov Disord Clin Pract 2020 https://doi.org/10.1002/mdc3.13109.

236. Papapetropoulos S, Lee M, Versavel S, Newbold E, Jinnah HA, Pahwa R, Lyons K, Elble R, **Ondo W**, Zesiewicz T, Hedera P, Handforth A, Elder J, Versavel M. A phase 2, proof-of-concept, randomized, placebo-controlled trial of CX-8998 in essential tremor. Mov Disord. 2021 Mar 25. doi: 10.1002/mds.28584.

237. Fulda S, Allen RP, Earley CJ, Högl B, Garcia-Borreguero D, Inoue Y, **Ondo W**, Walters AS, Williams AM, Winkelman JW. We need to do better: A systematic review and meta-analysis of diagnostic test accuracy of restless legs syndrome screening instruments. Sleep Med Rev. 2021 Mar 13;58:101461. doi: 10.1016/j.smrv.2021.101461.

238. Salminen, A.V., Silvani, A., Allen, R.P., Clemens, S., Garcia-Borreguero, D., Ghorayeb, I., Ferré, S., Li, Y., **Ondo, W**., Picchietti, D.L., Rye, D., Siegel, J.M., Winkelman, J.W., Manconi, M. and (2021), Consensus Guidelines on Rodent Models of Restless Legs Syndrome. Mov Disord, 2021;36: 558-569. https://doi.org/10.1002/mds.28401

239. Patel AT, Lew MF, Dashtipour K, Isaacson S, Hauser RA, **Ondo W**, Maisonobe P, Wietek S, Rubin B, Brashear A. Sustained functional benefits after a single set of injections with abobotulinumtoxinA using a 2-mL injection volume in adults with cervical dystonia: 12-week results from a randomized, double-blind, placebo-controlled phase 3b study. PLoS One. 2021 Feb 1;16(2):e0245827. doi: 10.1371/journal.pone.0245827.

240. Shaikh AG, Beylergil SB, Scorr L, Kilic-Berkmen G, Freeman A, Klein C, Junker J, Loens S, Brüggemann N, Münchau A, Bäumer T, Vidailhet M, Roze E, Bonnet C, Jankovic J, Jimenez-Shahed J, Patel N, Marsh L, Comella C, Barbano RL, Berman BD, Malaty I, Wagle Shukla A, Reich SG, Ledoux MS, Berardelli A, Ferrazzano G, Stover N, **Ondo W**, Pirio Richardson S, Saunders-Pullman R, Mari Z, Agarwal P, Adler C, Chouinard S, Fox SH, Brashear A, Truong D, Suchowersky O, Frank S, Factor S, Perlmutter J, Jinnah HA.

Dystonia and Tremor: A Cross-Sectional Study of the Dystonia Coalition Cohort. Neurology. 2021 Jan 26;96(4):e563-e574.doi:10.1212/WNL.0000000000011049

241. Wang M, Sajobi T, Morgante F, Adler C, Agarwal P, Bäumer T, Berardelli A, Berman BD, Blumin J, Borsche M, Brashear A, Deik A, Duque K, Espay AJ, Ferrazzano G, Feuerstein J, Fox S, Frank S, Hallett M, Jankovic J, LeDoux MS, Leegwater-Kim J, Mahajan A, Malaty IA, **Ondo W**, Pantelyat A, Pirio-Richardson S, Roze E, Saunders-Pullman R, Suchowersky O, Truong D, Vidailhet M, Shukla AW, Perlmutter JS, Jinnah HA, Martino D. Predictive modelling of spread in adult-onset isolated dystonia: key properties and effect of tremor inclusion. Eur J Neurol. 2021 Jul 22. doi: 10.1111/ene.15031.
242. Sun YV, Li C, Hui Q, Huang Y, Barbano R, Rodriguez R, Malaty IA, Reich S, Bambarger K, Holmes K, Jankovic J, Patel NJ, Roze E, Vidailhet M, Berman BD, LeDoux MS, Espay AJ, Agarwal P, Pirio-Richardson S, Frank SA, **Ondo WG**, Saunders-Pullman R, Chouinard S, Natividad S, Berardelli A, Pantelyat AY, Brashear A, Fox SH, Kasten M, Krämer UM, Neis M, Bäumer T, Loens S, Borsche M, Zittel S, Maurer A, Gelderblom M, Volkmann J, Odorfer T, Kühn AA, Borngräber F, König IR, Cruchaga C, Cotton AC, Kilic-Berkmen G, Freeman A, Factor SA, Scorr L, Bremner JD, Vaccarino V, Quyyumi AA, Klein C, Perlmutter JS, Lohmann K, Jinnah HA. A Multi-center Genome-wide Association Study of Cervical Dystonia. Mov Disord. 2021 Jul 28. doi: 10.1002/mds.28732.
243. Lew M, Hauser R, Isaacson S, Truong D, Patel A, Brashear A, **Ondo W**, Maisonobe P, Dashtipour K, Bahroo L, Wietek S. AbobotulinumtoxinA provides flexibility for the treatment of cervical dystonia with 500 U/1 mL and 500 U/2 mL dilutions. Park Rel Disord 2021 Nov 20;5:100115. doi: 10.1016/j.prdoa.2021.100115. eCollection 2021
244. **Ondo W**, Wagle Sukla A, Ondo C, on behalf of the Tremor Research Group. TETRAS Spirals and Handwriting Samples: Determination of Optimal Scoring Examples. Tremor Other Hyperkinetic Disord 2021 doi: 10.5334/tohm.665. eCollection 2021
245. Corvol JC, Azulay JP, Bosse B, Dauvilliers Y, Defebvre L, Klostermann F, Kovacs N, Maltête D, **Ondo W**, Pahwa R, Rein W, Thobois S, Valis M, Videnovic A, Rascol O, for the THN102-202 Study Investigators. THN 102 for the treatment of excessive daytime sleepiness associated with Parkinson's disease: A randomized, double-blind, placebo-controlled, cross-over Phase 2a study. Mov Disord 2022:37(2):410-415. https://doi.org/10.1002/mds.28840
246. Wang X, Feng W, Tan E, **Ondo W**, Wu Y. Stroke-related restless legs syndrome: epidemiology, clinical characteristics, and pathophysiology. Sleep Med 2022;90:238-248. doi.org/10.1016/j.sleep.2022.02.001
247. Elble RJ, **Ondo W**. Tremor rating scales and laboratory tools for assessing tremor. J Neurol Sci. 2022 Feb 22;435:120202. doi: 10.1016/j.jns.2022.120202.
248. Salminen A, Clemens S, Garcia-Borreguero D, Ghorayeb I, Li Y, Manconi M. **Ondo W**, Rye D, Siegel J, Silvani A, Winkelman J, Allen R, Ferre S. Consensus Guidelines on the Construct Validity of Rodent Models of Restless

Legs Syndrome. Disease Models and Mechanism 2022 Aug 15, dmm049615. doi:10.1242/dmm.049615

249. **Ondo WG**. Enhancing GABA inhibition is the next generation of medications for essential tremor. International Rev Neurobiology, 2022;163:317-334. doi: 10.1016/bs.irn.2022.02.007

250. Koneru V, **Ondo W**. Facial myokymia and hemimasticatory spasm and with linear focal alopecia: A case report. Mov Disord Clin Practice 2022; 10:143-144. doi: 10.1002/mdc3.13602

251. **Ondo WG**, Koneru V, Arif C. Task Specific Tremor in Parkinson's Disease Responds to Apomorphine. Tremor and Other Hyperkinetic Movements. 2023; 13(1): 20, pp. 1–5. DOI: https://doi.org/10.5334/tohm.764

252. Hauser RA, **Ondo WG**, Zhang Y, Bowling A, Navia B, Pappert E, Isaacson SH; CTH-301 Study Investigators. Dose Optimization of Apomorphine Sublingual Film for OFF Episodes in Parkinson's Disease: Is the Prophylactic Use of an Antiemetic Necessary? J Parkinsons Dis. 2023;13(3):403-414. doi: 10.3233/JPD-223537. PMID: 36970914; PMCID: PMC10200146.

253. Thames BH, **Ondo WG**. Clozapine: Efficacy for Parkinson Disease psychosis in patients refractory to pimavanserin. Parkinsonism Relat Disord. 2023 Apr;109:105356. doi: 10.1016/j.parkreldis.2023.105356. Epub 2023 Mar 5. PMID: 36905718.

254. Hauser RA, Espay AJ, Ellenbogen AL Fernandez H, Isaacson S, LeWitt P, **Ondo W**, Pahwa R, Schwarz J, Stocchi F, Zeitlin L, Banisadr G, Fisher S, Visser H, D'Souza R. IPX203 vs Immediate-Release Carbidopa-Levodopa for the Treatment of Motor Fluctuations in Parkinson Disease: The RISE-PD Randomized Clinical Trial. *JAMA Neurol.* Published online August 14, 2023. doi:10.1001/jamaneurol.2023.2679

255. Koneru V, Espay A, Cole A, Weintraub D, Crist W, Pascual M, **Ondo W**. The self-administered screening questionnaire for Parkinson's disease associated psychosis. (SASPAP) *Mov Disord* 2023 doi.org/10.1002/mds.29627

256. Boz D, Kilic-Berkmen G, Perlmutter J, Norris S, Wright L, Klein C, Bäumer T, Loens S, Feuerstein J, Mahajan A, Wagle Shukla A, Malaty I, LeDoux M, **Ondo W,** Pantelyat A, Frank S, Saunders-Pullman R, Jinnah H. An Empirical Comparison of Commonly Used Universal Rating Scales for Dystonia *Movement Disorders Clinical Practice* 2023;10: 1777-1786. doi.org/10.1002/mdc3.13909

**257.** Kassubek J, Stocchi F, Martinez E, Pahwa R, **Ondo W**, Zhang Y, Bowling A, Pappert E Isaacson S, Wu S. Feasibility of home dose optimization of apomorphine sublingual film in Parkinson's disease patients with OFF episodes: results from the dose optimization phase of an open-label, randomized crossover study. *Ther Adv Neuro Disord* 2023;16:1-7, doi/10.1177/17562864231209240

258. Walters AS, Li Y, Koo BB, **Ondo WG**, Weinstock LB, Champion D, Afrin LB, Karroum EG, Bagai K, Spruyt K. Review of the role of the endogenous opioid and melanocortin systems in the restless legs syndrome. *Brain*. 2024 Jan 4;147(1):26-38. doi: 10.1093/brain/awad283.

259. Trosch RM, Comella CL, Caroff SN, **Ondo WG**, Shillington AC, LaChappelle BJ, Hauser RA, Correll CU, Friedman JH. The Clinician's Tardive Inventory (CTI): A New Clinical Tool for Documenting and Rating Tardive Dyskinesia. *J Clin Psychiatry* 2024;85(1):23m14886. doi: 10.4088/JCP.23m14886.

260. Elble R, **Ondo WG**, Lyons K, Qin M, Garafola S, Hersh B, Lieu T, Arkilo D, Chuang R, Bankole K, Pahwa. A randomized Phase 2 KINETIC trial evaluating SAGE-324/BIIB124 in individuals with essential tremor. *Mov Disord* 2024 doi: 10.1002/mds.29731

261. Kilic-Berkmen G, Scorr LM, McKay L, Thayani M, Donsante Y, Perlmutter JS, Norris SA, Wright L, Klein C, Feuerstein JS, Mahajan A, Wagle-Shukla A, Malaty I, LeDoux MS, Pirio-Richardson S, Pantelyat A, Moukheiber E, Frank S, **Ondo W**, Saunders-Pullman R, Lohman K, Hess EJ, Jinnah HA. Sex Differences in Dystonia. *Mov Disord Clin Pract*. 2024 Aug;11(8):973-982. doi: 10.1002/mdc3.14059

262. B Schormair, C Zhao, S Bell, M Didriksen, M Nawaz, N Schandra, A Stefani, B Högl, Y Dauvilliers, CG Bachmann, D Kemlink, K Sonka, W Paulus, CTrenkwalder, W Oertel, M Hornyak, M Teder-Laving, A Metspalu, GM Hadjigeorgiou, O Polo, I Fietze, O Ross, Z Wszolek, A Ibrahim, M Bergmann, V Kittke, P Harrer, J Dowsett, S Chenini, SR Ostrowski, E Sørensen, C Erikstrup, O Pedersen, MT Bruun, K Nielsen, A Butterworth, N Soranzo, W Ouwehand, DJ Roberts, J Danesh, B Burchell, N Furlotte, P Nandakumar, 23andMe Research Team, D.E.S.I.R. study group, C Earley, **WG Ondo**, L Xiong, A Desautels, M Perola, P Vodicka, C Dina, M Stoll, A Franke, W Lieb, A Stewart, S Shah, C Gieger, A Peters, D Rye, G Rouleau, K Berger, H Stefansson, H Ullum, K Stefansson, D Hinds, E Angelantonio, K Oexle, J Winkelman. GWAS meta-analyses of restless legs syndrome identify 164 risk loci, highlight sex-specific effects, and advance risk prediction and treatment. *Nature Genetics* 2024:625(7996):728-734. Doi: 10.1038/s41588-024-01763-1

263. Heisler J, Toledo-Atucha J, Lin C, Patel H, **Ondo W**. Predictors of Orthostatic Hypotension and Subjective Orthostasis in Parkinson's Disease. *Parkinsonism Rel Disord Clin Practice* 2024: doi.org/10.1016/j.prdoa.2024.100262

264. McAnnis KE, Mbydeen TH, Jonnakuti VS, Davila PA, Laylani NA, Jurkute N, **Ondo WG**, Lee AG. Candidate GRN Variant in Patient With Progressive Supranuclear Palsy. J Neuroophthalmol. 2024 Jun 24. doi: 10.1097/WNO.0000000000002192

265. Garcia-Borreguerro D, Barrett R, Black J, Earley C, Fulda S, Högl B, Manconi M, **Ondo W**, Roth T, Trenkwalder C, Winkelman J. Rethinking Clinical Trials in Restless Legs Syndrome: a Roadmap. *Sleep Med Rev* 2024 Jul 18;77:101978. https://doi.org/10.1016/j.smrv.2024.101978

266. Isaacson S, Dewey S, Hauser R, Kremens D, Kumar R, Lew M, **Ondo W**, Pagan F, Lyons K, Pahwa R. Apomorphine titration with and without anti-emetic pretreatment in patients with Parkinson's disease experiencing OFF episodes: A Modified Delphi Panel. *Clin Parkinsonism Rel Disorders* 2024 Jul 14;11:100264. doi: 10.1016/j.prdoa.2024.100264

267. Adabi K, **Ondo WG**. Shaking Up Essential Tremor: Peripheral Devices and Mechanical Strategies to Reduce Tremor. Tremor and Other Hyperkinetic Movements. 2024; 14(1): 55, pp. 1–12. DOI: https://doi.org/10.5334/tohm.930
268. Tahanis A, Hashem V, **Ondo W**. Serum Alpha-Synuclein in Restless Legs Syndrome. *Sleep* 2024; zsae217, https://doi.org/10.1093/sleep/zsae217
269. Beylergil SB, Mukunda KN, Elkasaby M, Perlmutter JS, Factor S, Bäumer T, Feurestein J, Shelton E, Bellows S, Jankovic J, Mahajan A, Wamer-Rosen T, Reich SG, Shukla AW, Malaty I, Espay A, Duque K, LeDoux MS, Saunders-Pullman R, Leaver K, Frank S, Pantelyat A, Fung V, Richardson SP, Berman B, Stover N, Deik A, **Ondo W**, Groth C, Jinnah HA, Shaikh AG. Tremor in cervical dystonia. Dystonia. 2024;3:11309. doi: 10.3389/dyst.2024.11309.
270. Frei K, Scott A, Caroff SN, Jankovic J, **Ondo W**, Citrome L, Hauser R, Friedman JH, Bhidayasiri R, Sajatovic M, Alters D, Meyer J, Factor S, Tan EK, Remington G, Glick I, Fernandez H, Comella C, Kane J, McEvoy J, Miller D, Zai CC, Lindenmayer JP, Trosch R, Truong DD. Tardive dyskinesia versus tardive syndrome. What is in a name? Parkinsonism Relat Disord. 2025 Jan 20:107295. doi: 10.1016/j.parkreldis.2025.107295. PMID: 39904646.
271. **Ondo WG**. Is It Really Itching? JAMA Neurol. 2025 Feb 3. doi: 10.1001/jamaneurol.2024.4830. Epub ahead of print. PMID: 39899306.
272. Trosch R, Shillington A, Comella C, Caroff S, **Ondo WG**, LaChappelle B, Harshaw Q, Hauser R, Correll C, Friedman J. A validation study of the Clinician's Tardive Inventory (CTI) Park Rel Disord 2025, 135, https://doi.org/10.1016/j.parkreldis.2025.107812
273. Wang XX, Liu Y, Song J, Zhang Y, Wang Y, **Ondo WG**, Feng Y, Wu YC. Risk factors and prognosis of acute ischemic stroke related restless legs syndrome. Sleep Med 2025, https://doi.org/10.1016/j.sleep.2025.02.030.
274. **Ondo W**. Pilot study of Pitolisant as Adjunct Therapy for Refractory Restless Legs Syndrome. Sleep Med 2025, https://doi.org/10.1016/j.sleep.2025.106634
275. Adabi K, **Ondo W**. Evaluation of Tremor-Assisted Eating Devices: A Comparative Study of Usability and Patient Preference in Essential Tremor. Mov Disord Clin Practice 2025, https://doi.org/10.1002/mdc3.70229
276. Clemens S, **Ondo W**, Paulus W. Dopamine receptors in Restless Legs Syndrome and augmentation: A novel perspective focused on D1 and D3 receptor dynamics. *Mov Disorders* 19 June 2025, https://doi.org/10.1002/mds.30274
277. **Ondo W**, Wen L, Zhu X, Hu Y, Isaacson S, Yuan Y, Espay A, Kreitzman D, Kuo S, Brillman S, Shill H, Lyons K, Yang Z, Zhao Q, Zhang Z, Pahwa R. Transcutaneous peripheral nerve stimulation for essential tremor: a double-masked, randomized, sham-controlled trial (TRANQUIL). *JAMA Neurology* doi: 10.1001/jamaneurol.2025.3905
278. Jinnah HA, Velucci V, Daniele Belvisi, MD, Kilic-Berkmen G, Perlmutter JS, Wright LJ, Klein C, Feuerstein J, Bellow S, Comella C, Barbano R, Shukla A, Reich S, Ledoux M, Espay AJ, Duque KR, Fung V, Pirio-Richardson S, Carmen Terranova, Moukheiber E, Idrissi, S, Vitucci B, Fox S, Frank S, Stover N, Berman B, Saunders-Pullman R, **Ondo W**, Groth I, Esposito, M, Avanzino L,

Bono F, Erro R, MD, Mascia MM, Muroni A, Berardelli A, Defazio G. Segmental and Multifocal Isolated Dystonias: Similarities and Differences A comparative study from the Dystonia Coalition and the Italian Dystonia Registry databases. *Mov Disord Clin Practice 2026;13(3):748-756.* **doi.org/10.1002/mdc3.70390**

279. Sateia MJ, Abbott S, Auger RR, Chervin RD, Donovan LM, Hogl B, Kimoff RJ, Lichstein KL, Manber R, Manconi M, Maski KP, **Ondo WG**, Patel SR, Patil SP, Plante DT, Ross KR, Schenck CH, Stefani A, Videnovic A. Research priorities to improve classification of sleep-wake disorders. J Clin Sleep Med. 2026; 22(1):27. doi: 10.1007/s44470-025-00020-4. PMID: 41678035; PMCID: PMC12995100.
280. Isaacson SH, Peckham E, Tse W, Petrossian MT, Soileau MJ, Lew M, Dietiker C, Luthra N, Agarwal P, Dhall R, Morgan J, Shamim EA, Shill HA, Pagan FL, Khemani P, Tate J, Luo L, **Ondo W,** Hallett M, Lu C, Rosenbluth KH, Delp SL, Pahwa R. Underlying Tremor Improvement with Consistent Use of Transcutaneous Afferent Patterned Stimulation in Patients with Essential Tremor. *Tremor and Other Hyperkinetic Movements.* 2026; 16(1): 1, pp. 1–7. DOI: https://doi.org/10.5334/tohm.1091
281. Shih L, **Ondo W**. Essential Tremor Therapies Don't Make the GRADE. *Mov Disord* 2026 doi.org/10.1002/mds.70269
282. Fernandez H, Isaacson S, Hauser R, Agarwal P, **Ondo W**, Park A, Kremens D, Leoni M, Duvvuri S, Combs C, Koenig E, Chang I, Pastino G, Tringali S, Golonski N, Sanchez R, Harmer L, Boiser J, Zadikoff C, Mari Z. Tavapadon As Adjunctive Treatment for Parkinson's Disease: the TEMPO-3 Randomized Clinical Trial, *JAMA Neurology* 2026 doi:10.1001/jamaneurol.2026.0577
283. **Ondo WG.** Peripheral Therapies for Tremor: Botulinum Toxins, Electrical Stimulation, Mechanical Dampening, Vibration, Cooling, and Adaptive Devices. *Semin Neurol*. 2026 doi: 10.1055/a-2832-4561.
284. Pahwa R, Elble R, Hauser RA, LeWitt P, Shill S, Baladi M, Sterkel AL, Xu K, **Ondo W**. A double-blind, randomized, multicenter, phase 2b study of the safety and efficacy of suvecaltamide in essential tremor. *Parkinsonism & Related Disorders.* 2026; 148, 108342. doi: https://doi.org/10.1016/j.parkreldis.2026.108342
285. Bu-Tian Zhou, Xi-Xi Wan, Si-Jia Pen, Ya Feng, Xuan Li, Yu Wang, Duan-Lu Hou, Ye Liu, **William Ondo**, Zhi-Dong Zhou, Eng-King Tan, Te Liu, Yun-Cheng Wu. Inhibition of TET1 in microglia rescues dopaminergic neuronal degeneration and motor dysfunction in PD by regulating the NLRP3-mediated pyroptosis signaling pathway J Neuroinflamation 2026 (in press)
286. Hou D, Wang Y, Wang X, Peng S, Li X, Feng Y, **Ondo W**, Tan E, Zhou Z, Wu Y Clinical implications of the kynurenine metabolic enzymes in LRRK2 G2019S mutation carriers *Neurology* (submitted)
287. Rajendran S, Cruz-Garza J, Banta A, Patterson J, Taghlabi K, Trudeau, Thames B, Koneru V, Imbs J, Dhillon J, Billnitzer A, Yaltho T, Lai E, Waln O, **Ondo W**, Faraji A. Local Field Potentials Predict Parkinson's Disease Motor

Signs in Awake, Subthalamic Deep Brain Stimulation. *NPJ Parkinsons Disease* (submitted)

288. Laxman Bahroo, Khashayar Dashtipour, Aaron Ellenbogen, Jill Farmer, Robert Hauser, Patrick Hogan, Cindy Ivanhoe, Han Lee, Kenneth Martinez, Peter McAllister, Bennett Myers, **William Ondo**, Atul Patel, Diego Torres-Russotto, Monica Verduzco-Gutierrez, Rashid Kazerooni, David Hollander, Todd Gross, Conor Gallaghe. Expert Recommendations on Implementation of DaxibotulinumtoxinA for Injection for Management of Cervical Dystonia. *Mov Disord Clin Practice* (submitted)
289. Hauser R, Elble R, Isaacson S, **Ondo W**, Skarpaas T, Baladi M, Hoxhaj V, Xu K, LeWitt P. Suvecaltamide for Moderate-to-Severe Residual Tremor in Parkinson's Disease: A Phase 2 Trial. *Park Rel Disord* (submitted)
290. Jonathan M. Meyer; Christoph U. Correll; Davide Martino; Roongroj Bhidayasiri; Stanley N. Caroff; Leslie Citrome; Karen Frei; Robert Hauser; John M. Kane; **William Ondo**; Daniel D. Truong; Peter N. Van Harten. Renaming and Reframing Tardive Dyskinesia – A Report of the International Association of Parkinsonism and Related Disorders (IAPRD) Tardive Dyskinesia and Related Syndromes Task Force. *Lancet Psychiatry* (Submitted)
291. David M. Simpson, Marta Banach, Jason Aldred, Jack Lee, **William Ondo**, Fernando Pagan, Anastasia Bagretsova, Gudrun Klein, Thorin L. Geister, Irena Pulte, Mandar Jog Incobotulinumtoxin-A for uni- and bilateral treatment of upper limb essential tremor: A randomized, double-blind, placebo-controlled trial. *Toxins* 2026 (submitted)
292. **William Ondo**, Stuart Isaacson, Xiaodong Zhu, Yongsheng Hu, Yuan Yuan, Alberto Espay, Sheng-Han Kuo, MD, Kelly Lyons, Zhi Yang, Zhen, Rajesh Pahwa. Minimal Clinically Important Difference in TETRAS Score for Essential Tremor. *Clin Park Rel Disord.* 2026 (accepted)
293.

**Book Chapters:**

1. **Ondo WG**, Jankovic J. Restless Legs Syndrome. In Appel S (ed.) Current Neurology. Chicago: Year Book Publishing, 1997;volume 17:207-236.
2. **Ondo WG**, Jankovic J. Parkinson's Disease. In Krauss J, Jankovic J, Grossman R (eds.) Advances in Neurology: Pallidotomy for Parkinson's Disease. Lippincott-Raven: New York, 1998:67-100.
3. Yosher D, Hamilton W, Desaloms JM, **Ondo WG**, Jankovic J, Grossman R. Stereotactic Neurosurgery for Dystonia. In Lozano A. (ed.) Movement Disorder Surgery: Progress in Neurological Surgery. Basel, Karger 2000; Volume 15:279-295.
4. Jankovic J, Lai EC, **Ondo WG**, Roberts-Warrior D, Olson S, Krauss JK, Grossman R. Effects of Pallidotomy on Gait and Balance. In Ruzicka E, Hallet M, Jankovic J (eds) Gait Disorders, Advances in Neurology. Williams & Wilkins: Philadelphia, PA. 2001; Volume 87:271-281.

5. **Ondo WG**, Desaloms JM. Pallidotomy and Thalamotomy for Treatment of Dystonia. In Krauss J, Jankovic J, Grossman R (eds) Surgery for Parkinson's Disease and Movement Disorders. Lippincott Williams and Wilkins: Philadelphia, PA 2001:299-306.
6. Simpson R, Krauss J, **Ondo WG**. Thalamic Stimulation for Treatment of Parkinson's Disease Tremor. In Krauss J, Jankovic J, Grossman R (eds) Surgery for Parkinson's Disease and Movement Disorders. Lippincott Williams and Wilkins: Philadelphia, PA 2001:154-160.
7. **Ondo WG**. Treatment of Restless Legs Syndrome. In Chokroverty S, Hening W, Walters A (eds) Sleep and Movement Disorders. Butterworth Heinemann: Philadelphia, PA 2003:348-361.
8. **Ondo WG**. Transient Global Amnesia and Other Amnesia Disorders. In Evans R (ed). Saunders Manuel of Neurologic Practice. WB Saunders: Philadelphia, PA 2003:200-205.
9. **Ondo WG**. Gait, Balance and Falls. In Evans R (ed). Saunders Manuel of Neurologic Practice. WB Saunders: Philadelphia, PA 2003:39-44.
10. **Ondo WG**. Investigational Pharmacological Treatments for Parkinson's Disease. In Pahwa R. (ed) Handbook of Parkinson's Disease 3rd edition. Marcel Dekker: New York 2003:453-461.
11. **Ondo WG**. Gait and Balance Disorders. In Evans R (ed) The Medical Clinics of North America. WB Saunders: Philadelphia, PA 2003: volume 87:793-801.
12. Sanghera M, Grossman, R, Kalhorn C, Hamilton W, **Ondo W**, Jankovic J. Basal Ganglia Neuronal Discharges in Primary and Secondary Dystonia. In Fahn S, Hallet 13. M, Delong M (eds.) Advances in Neurology: Dystonia 4. Lippincott Williams & Wilkins: Philadelphia 2003; volume 94:29-36.
13. **Ondo WG**, Krauss J. The Surgical Management of Dystonia. In Brin MF, Comella C, Jankovic J (eds.) Dystonia: Etiology, Clinical Features, and Treatment. Lippincott Williams & Wilkens: Philadelphia 2004:125-150.
14. **Ondo WG**. Secondary RLS. In Chaudhuri R, Odin P, Olanow CW (eds.) Restless Legs syndrome. Taylor&Francis: London 2004:57-84.
15. **Ondo WG**. Restless Legs Syndrome. In Sethi K. (ed.) Current Neurology and Neuroscience Reports. 2005; Volume 5(4):266-274.
16. **Ondo WG**. Restless Legs Syndrome In Fayle R (ed.) Neurology Clinics: Sleep Disorders. Saunders: Philadelphia 2005: Volume 23(4): 1165-1186.
17. **Ondo WG**. Restless Legs Syndrome and Periodic Limb Movements of Sleep. In Fayle R (ed.) Neurologic Clinics: Sleep Medicine. Elsevier: Philadelphia 2005; Volume 23(4):1165-1186.
18. **Ondo WG**. Essential Tremor: Treatment Options: In Weiner W. (ed.) Current Treatment Options in Neurology 2006; Volume 8:256-267.
19. **Ondo WG**, Polydefkis M. Restless Legs Syndrome in Neurological Disorders. In Hening W, Allen R, Chokroverty S, Ealey C (eds.) Restless Legs Syndrome. Elsevier: Philadelphia 2008.
20. **Ondo WG**. Future Directions. In Ondo WG (ed.) Restless Legs Syndrome. Informa Healthcare: New York, 2006:345-349.
21. **Ondo WG**. Treatment Overview. In Ondo WG (ed.) Restless Legs Syndrome. Informa Healthcare: New York, 2006:275-285.

22. **Ondo WG**. Systemic Iron Deficiency. In Ondo WG (ed.) Restless Legs Syndrome. Informa Healthcare: New York, 2006:211-217.
23. Lalani I, **Ondo WG**. Other RLS Associations. In Ondo WG (ed.) Restless Legs Syndrome. Informa Healthcare: New York, 2006: 269-275.
24. **Ondo WG**. Investigational Pharmacological Treatments for Parkinson's Disease. In Pahwa R. and Lyons K (eds) Handbook of Parkinson's Disease 4rd edition. Informa Healthcare, 2007:379-390.
25. **Ondo WG**. Restless Legs Syndrome. In Jankovic J, Tolosa E (eds.) Parkinson's Disease and Movement Disorders. William&Wilkins: Baltimore 2007:409-420.
26. Satija P, **Ondo WG**. Cranial Dystonia. In Stacy M. (ed.) Handbook of Dystonia. Informa Healthcare 2007:121-136.
27. Rodriguez R, Eisenschenk S, Fernandez H, **Ondo W**, Okun M. A Man with a Jerky Useless Arm: Epilepsia Partialis Continua Presenting to a Movement Disorders Clinic. In Reich S (ed) Movement Disorder Case Studies. Informa: New York 2007: 93.
28. **Ondo WG**, Zhao HR, Le WD. Animal Models of Restless Legs Syndrome. In (ed.) Chokroverty S, McCarley R (eds.) Clinical Neuroscience Research: Advances in Sleep Medicine 2008:8-19.
29. **Ondo WG**. Secondary RLS. In Chaudhuri R. (ed.) Oxford Neurology Library: Restless Legs Syndrome Handbook. Oxford University Press 2008:45-58.
30. **Ondo WG**. Restless Legs Syndrome in Parkinson's Disease. In Chaudhuri R. Tolosa E, Schapira A, Poewe W. (eds.) Non-Motor symptom complex of Parkinson's Disease. Oxford University Press: Oxford 2009:195-205.
31. **Ondo WG**. Restless Legs Syndrome. In Jankovic J (ed.) Neurology Clinics: Movement Disorders. 2009; Volume 27(3):779-799.
32. **Ondo WG**. Pathophysiology, Associations, and Consequences of Sleep Related Movement Disorders. In Kushida C (ed.) Handbook of Sleep Disorders. Informa Healthcare: New York 2009:553-569.
33. **Ondo WG**. Palatal Tremor. In Kompoliti K, Verhagen L (eds.) Encyclopedia of Movement Disorders. Elsevier: New York 2010: 360-363.
34. **Ondo WG**. Restless Legs Syndrome. Chitnis S, Dewey R (eds.) Movement Disorders. Oxford University Press. 2012:115-122.
35. **Ondo WG**. Hyperglycemic Non-ketotic States and other Metabolic Imbalances. In Weiner W. and Tolosa E. (eds.) Handbook of Clinical Neurology. Hyperkinetic Movement Disorders. Elsevier: NewYork. 2011, vol. 100:287-291.
36. **Ondo WG**. Treatment of Restless Legs Syndrome. Lewitt P (ed.) Parkinson's Disease & Related Movement Disorders. Cambridge University Press: Cambridge 2012212-224.
37. **Ondo WG**. Overview of the Medical Treatment of Hyperkinetic Movement Disorders. Albanese A, Jankovic J (eds.) Hyperkinetic Movement Disorders. Diagnosis, Etiology and Treatment. Wiley-Blackwell 2012:40-48.
38. **Ondo WG**, Mehana R. Cranial Dystonia. Stavey M (ed.) Handbook of Dystonia (2nd edition). Informa Healthcare New York NY 2011:127-143.
39. **Ondo WG**. Restless Legs Syndrome and Periodic Limb Movement Disorder in Parkinson's Disease. Högl B, Videnovic A. (eds.) Disorders of Sleep and Wake in Parkinson's Disease. Springer: New York , 2013: 159-172.

40. **Ondo WG**. The A11 Lesion/Iron Deprivation Animal Model of Restless Legs Syndrome. LeDoux M. (ed.) Animal Models of Movement Disorders: Genetics and Models, Second Edition Elsvier, 2013:1171-1180.
41. **Ondo WG**. Parkinson's Disease and Restless Legs Syndrome in Chaudhuri R, Tolosa E, Schapira A, Poewe W (eds.) Non-Motor Symptoms of Parkinson's Disease – Second Edition. Oxford University Press: Oxford. 2014: 235-244.
42. **Ondo W**. Restless Legs syndrome and Akathisia. Parkinson's Disease and Movement Disorders, 6th Edition. Eds Jankovic J, Tolosa E, MD. Wolters Kluwer: Amsterdam. 2014:369-378.
43. **Ondo W**. Advances in RLS (Willis-Ekbom Disease) Pathophysiology and Treatment. In Rosenfeld and Chokroverty S (eds) Current treatment Options in Neurology. Springer: New York, 2014:316-333.
44. **Ondo W**. Restless Legs Syndrome. In Louis E, Mayer S, Rowland L. In Merritt's Neurology. Wolters Kluwer/LWW: Amsterdam 2015:640-643.
45. **Ondo WG**. Deep Brain Stimulation in Other Neurological and Psychiatric Conditions. In Mehanna R (ed.) Deep Brain Stimulation. Nova Science Publishers: Hauppauge NY. 2015:195-211.
46. Goel S, **Ondo WG**. Tardive Dyskinesia. In Movement Disorders Curricula. Falup-Pecurariu C. Ferreira J, Martinez-Martin P, Chaudhuri KR, eds. Springer: New York, 2017 (in press).
47. **Ondo WG**. Treatment of Restless Legs Syndrome and Periodic Limb movements of Sleep. In Reich S and Factor S (eds.) Therapy of Movement Disorders: A Case Based Approach. Springer 2018.
48. Swick T, **Ondo W**. Parkinson's Disease and Sleep/Wake Disturbance. In Monti J, Pandi-Perumal S, Chokroverty S. (eds.) Dopamine and Sleep. Springer 2016;115-146.
49. **Ondo W**. Secondary Restless Legs Syndrome, in Chaudhuri R. (ed.) Restless Legs Syndrome (2nd Edition). Oxford Press (2016).
50. **Ondo W**. Treatment of restless legs syndrome and periodic limb movements. Current Clinical Neurology Humana Press. 2019:329-331. Doi: 10.1007/978-3-319-97897-0_76.
51. Badii M, **Ondo WG**. The Under Recognized Movement Disorders Associated with Mood Stabilizers: Lithium, Valproate, Carbamazepine, Lamotrigine in (eds.) Teixeira A, Furr Stimming E, Ondo WG. Movement Disorders in Psychiatry. Oxford University Press New York NY.
52. Eid A, **Ondo WG**. Dopamine antagonist-induced parkinsonism in (eds) Teixeira A, Furr Stimming E, Ondo WG. Movement Disorders in Psychiatry. Oxford University Press New York NY.
53. Furr-Stimming E, **Ondo WG**. Introduction to the movement disorders: definition and clinical phenotypes**.** in (eds) Teixeira A, Furr Stimming E, Ondo WG. Movement Disorders in Psychiatry. Oxford University Press New York NY.
54. **Ondo WG**. Emerging therapies for Tremor in Testa C, Haubenberger (eds.) Tremors. Oxford University Press, New York NY. 2022; 267-276.
55. Thames B, **Ondo W**. Deep Brain Stimulation for Non-FDA-Approved Hyperkinetic Movement Disorders**.** In (eds) Mahana R, Fernandez H. Deep

Brain Stimulation and Advanced Therapies in Movement Disorders. Oxford Medical (in press)
56. Noorbhai I, **Ondo W**. Restless Legs Syndrome. Shih L (ed). In Hyperkinetic Movement Disorders. Springer (in press)
57. **Ondo W**. Restless Legs Syndrome in Reich S and Factor S (eds) Therapy in Movement Disorders: A Case Based Approach. Springer 2026 (in press)

**Books (Editor):**

Restless Legs Syndrome. **Ondo WG** (ed.) Informa Healthcare: New York, 2006. ISBN 978-0849336140

Movement Disorders in Clinical Practice. Chaudhuri KR, **Ondo W** (eds.) Springer 2010. ISBN 978-1-84996-064-9

Handbook of Movement Disorders. Chaudhuri KR, **Ondo WG**. (eds.) Oxford Press: Oxford 2010. ISBN 978-1-85873-440-8

Movement Disorders in Psychiatry. Teixeira A, Furr Stimming E, **Ondo WG**. (eds.) Oxford University Press New York NY. 2022

**Study Group or Multi-Center Publications (Not Primary Author)**

The Deep-Brain Stimulation for Parkinson's Disease Study Group. Deep-Brain Stimulation of the Subthalamic Nucleus or the Pars Interna of the Globus Pallidus in Parkinson's Disease. *N Eng J Med* 2001;345:956-963.

Parkinson Study Group. A Controlled Trial of Rasagiline in Early Parkinson Disease. *Arch Neurol* 2002;59:1937-1943.

The International Restless Legs Syndrome Study Group. Validation of the International Restless Legs Syndrome Study Group Rating Scale for Restless Legs Syndrome. *Sleep Medicine* 2003;4:121-132.

Hauser R, Hubble J, Troung D and the Istradefylline US 001 Study Group. Randomized Trial of the $A_{2A}$ Receptor Antagonist Istradefylline in Advanced PD2. the Adenosine A2a Receptor Antagonist Istradefylline in Advanced PD. *Neurology* 2003;61:297-303.

Parkinson Study Group. A Controlled Randomized, Delayed Start Study of Rasagiline in Early Parkinson's Disease. *Arch Neuro* 2004;61:561-566.

Waters C, Sethi KD, Hauser R, Molho E, Bertoni J and the Zydis Selegiline Study Group. Zydis selegiline reduces *off* time in Parkinson's disease patients with motor

fluctuations: A 3-month, randomized, placebo-controlled study. *Mov Disord* 2004;19:426-432.

Parkinson Study Group. Levodopa and the Progression of Parkinson Disease, the ELLDOPA Study. *N Eng J Med* 2004;351:2498-2508.

Parkinson Study Group. A Randomized Placebo-Controlled Trial of Rasagiline in Levodopa Treated Patients with Parkinson Disease and Motor Fluctuations. *Arch Neurol* 2005;62:241-248.

Parkinson Study Group. A randomized controlled trial of etilevodopa in Parkinson's disease patients with motor fluctuations. *Arch Neurol* 2006;63:210-217.

Huntington Study Group. Tetrabenazine as antichorea therapy in Huntington disease. *Neurology* 2006;66:366-372.

Huntington Study Group. Preparing for preventative clinical trials: The Predict-HD study. *Arch Neurol* 2006;63:883-890.

Parkinson Study Group. Rasagiline improves quality of life in patients with early Parkinson's disease (p NA). *Mov Disord* 2006 (in press).

Huntington Study Group. At Risk for Huntington disease. The PHAROS (Prospective Huntington at Risk Observational Study) Cohort Enrolled. *Arch Neurol* 2006;63:991-998.

Winkelman J. Sethi K, Kushida C, Becker P, Koester J, Cappola J, Reess J et al. Efficacy and safety of pramipexole in restless legs syndrome. *Neurology* 2006;67:1034-1039.

[Numerous others, stopped notating in 2006]

**DRUG/DEVICE SAFETY MONITORING BOARDS**

Randomized, double blind, placebo-controlled study of the efficacy and safety of trimethobenazine (Tigan) in the control of nausea and vomiting during initiation and continued treatment with subcutaneous apomorphine (Apokyn) in apomorphine naïve patients with Parkinson's disease suffering from acute intermittent "off" episodes, with phased withdrawal of subjects from Tigan to placebo. (Y-47-52844-033).

A Pilot, randomized, double blind, placebo-controlled phase I study to determine the safety and tolerability of varenicline (Chantix) in treating spinocerebellar ataxia type 3.

A Phase 2, Randomized, Double-blind, Placebo-controlled, Multiple Dose, Parallel Group Study to Evaluate the Pharmacodynamics, Efficacy and Safety of RM-131

Administered to Patients with Parkinson's Disease and Chronic Constipation Dissatisfied with Current Therapy

Multicenter Study of Safety and Effectiveness of CALA ONE Device for Essential Tremor.

CSP 2015 - Multicenter, Randomized, Double-Blind Comparator Study of Antipsychotics Pimavanserin and Quetiapine for Parkinson's Disease Psychosis (C-SAPP Study) – Chairman

BRT-DA01-301 - exPDite-2: A Phase 3 Study to Assess the Efficacy and Safety of Midbrain Dopaminergic Neuronal Cell Therapy (Bemdaneprocel) for Participants with Parkinson's Disease

**LECTURES AND EDUCATION:**

I have lectured throughout North America, South America, Europe, Australia, and Asia. I estimate more than 250 formal academic didactic lectures. I have also participated in numerous other CME activities including seminars, videos, audio presentations, and monographs. Some lecture highlights, mostly international meetings, are presented below, along with current year.

- Director - Baylor College of Medicine "Advances in Neurology" CME course, 1999-2003. Speaker every year (1996 - 2009).
- Meet the Professor Lecture: The Pathophysiology of Restless Legs Syndrome. American Professional Sleep Society, (2003).
- Restless Legs Syndrome Course: American Professional Sleep Society (2002-2005)
- Advanced Treatment of Restless Legs syndrome: American Professional Sleep Society (2008)
- Movement Disorders Highlights Lecture - American Academy of Neurology (2001)
- Essential Tremor Course: American Academy of Neurology (2005)
- Restless Legs Syndrome Course: American Academy of Neurology (2005-2012, 2014) (Director 2009-2012)
- Therapeutics in Sleep Course: American Academy of Neurology (2006-2007)
- Moderator - American Academy of Neurology (2006) Platform Session S33 Movement Disorders: Treatment
- Meet the Professor: Essential Tremor: World Congress of Movement Disorders (2006)
- Restless Legs Syndrome: World Congress of Movement Disorders (2006)
- Sleep Disorders in Parkinson's Disease: World Congress of Movement Disorders (2008)
-Clinical Chair, Metabolic Movement Disorders, WFN Research Group Parkinsonism and Related Disorders WFN XVIII Word Congress Parkinsons's Disease and Related Disorders (2009)
- Pathophysiology of Restless Legs Syndrome. World Congress of Movement Disorders (2009)

- Moderator - American Academy of Neurology (2009) Platform Session, Essential Tremor Pathology and Epidemiology
- Managing RLS with Co-morbid Medical Conditions - American Professional Sleep Society (2010)
- Long Term Management of Treatment Resistant RLS - American Professional Sleep Society (2010)

Daytime Sleep Issues in Parkinson's Disease (Plenary lecture) - World Congress of Movement Disorders (2010)

-The New Treatments for RLS: How and When to Use Them - American Professional Sleep Society (2012)
- WEMOVE - Parkinson's disease slide kit (Surgery for Parkinson's disease)

-RLS Foundation Annual National Patient Conference (numerous lectures) (2012-2019)
- Contributor to FDA approved slide kits for: TEVA, GlaxoSmithKline, Boehringer Ingelheim, Lundbeck, UCBPharma, Ipsen, Sunovion, Acorda, Supernus, Sunovion

Stopped notating lectures in 2012

**Recent Invited Lectures for 2022-2023:**
- Speaker / Co-Director Plenary Session: Tardive Dyskinesia and Other Tardive Syndromes. International Association of Parkinsonism and Related Disorders, Prague May 1-5, 2022
- Speaker / Director Plenary Session: Tremor. Movement Disorder Society, MDS-PAS meeting, Miami May 26-28, 2022
- Speaker "Understanding the Role of Brain Iron in RLS and Providing Guidelines for Iron Therapy in RLS". Associated Professional Sleep Societies. Sleep 2022, Charlotte June 4-8, 2022

-Speaker "Tardive Dyskinesia" Movement Disorder Society Congress, Madrid Spain

-Speaker "Overview of Deep Brain Stimulation and Other Functional Surgeries" Neurology and Neurosurgery Boot Camp, Houston

-Speaker "Psychosis, Sleep and Other Non-Motor Features of Parkinson's Disease" 15th Annual Advances in Neurology Houston Methodist Research Institute, Houston
- Grand Rounds: University of California San Diego (UCSD) Dept of Neuroscience *Restless Legs Syndrome,* Lajolla Ca, Dec1, 2022
- Texas Neurological Society - Moderator "Movement Disorder Cases", Austin USA, Feb 5-6, 2023.
- Mumbai Neurology Symposium / Movement Disorder Society Ambassador Program - "Restless Legs Syndrome Treat Paradigms, "Essential Tremor Diagnosis", "Tardive -- Dyskinesia Videos and Treatment". Mumbai India, Feb 17-19, 2023.
- Restless Legs Syndrome Foundation National Patient Summit - "Overview of Restless Legs Syndrome", Virtual Meeting, Feb 25, 2023.
- Sleep Education Consortium - "RLS and Degenerative Orders of the CNS Triggering Parasomnias", Houston, USA April 28-29, 2023.
- International Association of Parkinsonism and Related Disorders – "Changing the Treatment Paradigm in Movement Disorders, Tremor", Plenary Session, Chicago USA, May 13-16, 2023.

-16th Annual Advances in Neurology Houston Methodist Research Institute, "Advances in Tremor", Houston USA, Set 16, 2023.
- International Restless Legs Study Group - Deep brain stimulation in RLS alone or in comorbidity with Parkinson Disease", Rio de Janeiro Brazil, Oct. 21, 2023
- World Sleep 2023 - Dopaminergic augmentation of RLS symptoms: From animal models to new treatment perspectives- The potential therapeutic role of D1 antagonists. Rio de Janeiro Brazil, Oct 23, 2023.
- University of Cincinnati Neurology Grand Rounds "Restless Legs Syndrome" Cincinnati Nov 8, 2023.

**Miscellaneous:**

Site Director - American Board of Psychiatry and Neurology, Adult Neurology Oral Board Examination, Houston, (2000)

Baylor Institutional Review Board (IRB) – (2006-2011)

Baylor Dept. of Neurology Clinical Operations Committee (2005-2011)

Director – UTHealth WED/RLS Quality Care Center (2013-2015) and Methodist RLS Quality Care Center (2015-)

President – Tremor Research Group (2013 - 2020)

Judge – American Academy of Neurology Jon Stolk Award for young movement disorder researchers (2017- )

Methodist Hospital System Education Committee (2016- )

Houston Methodist Hospital, Dept. Neurology Faculty Search Committee (2025- )

Director – Houston Methodist Movement Disorder Fellowship program (2020- )

Chairman – Committee to revise the American Academy of Sleep Medicine "International Classification of Sleep Disorders 3, ICSD-3R" Movement Disorder Section 2023

Committee Member - Department of Veterans Affairs Neurology Center (Houston PADRECC) Advisory Sub-Committee to ACPSDP