# Exhibit "R"

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## PARKINSON'S DISEASE DIAGNOSIS CHECKLIST

As part of an evaluation for a diagnosis of Parkinson's Disease, you must assess whether the Retired Player meets the Settlement Criteria for a Qualifying Diagnosis of Parkinson's Disease which requires fulfilling either a diagnosis of the specific disease of Parkinson's Disease as defined by the World Health Organization's International Classification of Diseases, 9th Edition (ICD-9), the World Health Organization's International Classification of Diseases, 10th Edition (ICD-10), or a diagnosis of Major Neurocognitive Disorder probably due to Parkinson's Disease as defined in the Diagnostic and Statistical Manual of Mental Disorders (DSM-5). A Parkinson's Disease Diagnosis must be made by a Qualified MAF Physician or board-certified or otherwise qualified neurologist, neurosurgeon, or other neuro-specialist physician, as set forth and provided in Sections 6.3(b)-(d) of the Settlement Agreement.

Click **here** for a helpful guide that explains how you should make a Probable diagnosis of Parkinson's Disease under the Settlement Agreement utilizing the Gelb Criteria.

## I. RETIRED PLAYER INFORMATION

| | | | |
|---|---|---|---|
| **Settlement Program ID:** | | | |
| **Player Name:** | First | M.I. | Last |
| **Exam Date:** | Click or tap to enter a date. | | |

## II. METHOD FOR ESTABLISHING A DIAGNOSIS OF PARKINSON'S DISEASE

The Settlement Agreement provides two distinct pathways for establishing a Qualifying Diagnosis of Parkinson's Disease: a diagnosis of Parkinson's Disease as set out by the ICD-9/10, or a diagnosis of Major Neurocognitive Disorder probably due to Parkinson's Disease as described by the DSM-5.

**(A) ICD-9/10: Parkinson's Disease:** ICD-9/10 provides classifications but does not specify diagnostic criteria. The general US standard for diagnosis of Parkinson's Disease at the time of the Settlement Agreement negotiations was the "Gelb Criteria" (Gelb DJ et al. Arch Neurol 1999;56:33-9). These are appropriate for use in the Settlement Agreement as they are inclusive (i.e., sensitive) and less likely to exclude atypical, but "true," cases than other subspecialty-oriented criterion sets (e.g., Postuma RB et al Movement Disorders 2015; 30:1591-1601).

**(B) DSM-5: Major Neurocognitive Disorder probably due to Parkinson's Disease:** By contrast the DSM-5 does require specific diagnostic criteria to be met before diagnosing. These are (1) evidence of neurocognitive disorder, (2) symptoms occur in the setting of established Parkinson's Disease, (3) insidious onset with slow deterioration, and (4) the neurocognitive disorder is not attributable to another medical condition and is not better explained by another mental disorder. Thus, the diagnosis of Major Neurocognitive Disorder probably due to Parkinson's Disease (frequently referred to as "Parkinson's

**PARKINSON'S DISEASE DIAGNOSIS CHECKLIST**

disease dementia") must be made only in a person with a previously established diagnosis of Parkinson's Disease and therefore cannot be used to establish a primary diagnosis of Parkinson's Disease. [1]

**Therefore, in order for the Retired Player to receive a *Probable* diagnosis of Parkinson's Disease under ICD 9/10 or DSM-5, the Retired Player must meet at least 3 out of 4 Gelb Group A features, no Gelb Group B features, and documentation of a substantial and sustained response to levodopa or a dopamine agonist.**

Use the checklist below to determine whether the Retired Player meets the Gelb criteria for a Probable diagnosis of Parkinson's Disease.

## A. Gelb Group A Features

For each of the four Group A features listed below, indicate the severity level only if the feature *is directly observed* during your physical examination of the Retired Player. If a feature is not observed, select "Absent" from the dropdown. Do **NOT** assign a severity level based solely on symptoms documented in prior medical records unless they are corroborated by your direct clinical evaluation.

Regardless of whether you determine the feature was present or absent, for each feature, you must select the appropriate clinical comment(s) from the provided options to explain your findings.

**A Probable diagnosis of Parkinson's Disease under the Gelb Criteria requires the presence of *at least three* of the four Group A features. Meeting this threshold is required under the Settlement Agreement.[2]**

| Feature and Clinical Comment(s) | | Severity Level |
|---|---|---|
| **1.** | **Resting Tremor (present predominantly at rest, but can return with sustained posture)** | Choose an item. |
| ***Select the clinical comment(s) that apply for Resting Tremor:*** | | |
| *(a)* | *Observed on examination without additional maneuvers.* | ☐ |
| *(b)* | *Observed when the Player is at rest with hands in lap and counting backwards from 20 to 1.* | ☐ |
| *(c)* | *Not directly observed but reported in records of prior neurological examinations reviewed.* [3] | ☐ |
| *(d)* | *Other.* | ☐ |

[1] The defining feature of PD-D is that dementia develops in the context of established PD. Hence, diagnosis of idiopathic PD before the development of dementia symptoms is the essential first step in the diagnosis. Diagnosis of dementia must be based on the presence of deficits in at least two of the four core cognitive domains (attention, memory, executive and visuo-spatial functions) as shown in clinical and cognitive examination, and be severe enough to affect normal functioning. Emre M, Aarsland D, Brown R, Burn DJ, Duyckaerts C, Mizuno Y, Broe GA, Cummings J, Dickson DW, Gauthier S, Goldman J, Goetz C, Korczyn A, Lees A, Levy R, Litvan I, McKeith I, Olanow W, Poewe W, Quinn N, Sampaio C, Tolosa E, Dubois B. Clinical diagnostic criteria for dementia associated with Parkinson's disease. Mov Disord. 2007 Sep 15;22(12):1689-707; quiz 1837. doi: 10.1002/mds.21507. PMID: 17542011, p. 1702, paragraph 2.

[2] Because it is possible that certain medications (such as Sinemet) may mask signs/symptoms of Parkinson's Disease, you may wish to have the Player return for a follow-up appointment at a time when the effects of the medication are wearing off so that key features of Parkinson's Disease can be directly documented during the MAF exam.

[3] Any records identified as reviewed and relied upon should be uploaded to the Provider Portal along with this checklist.

| PARKINSON'S DISEASE DIAGNOSIS CHECKLIST | | |
|---|---|---|
| *Use this space to explain your findings:* | | |
| **Feature and Clinical Comment(s)** | | **Severity Level** |
| **2.** | **Bradykinesia (slowing and reduction of size of movement with decrement with repetition)** | Choose an item. |
| ***Select the clinical comment(s) that apply for Bradykinesia:*** | | |
| *(a)* | *Observed in general movements on examination without any additional maneuvers.* | ☐ |
| *(b)* | *Observed with finger tapping.* | ☐ |
| *(c)* | *Observed with pronation/supination.* | ☐ |
| *(d)* | *Observed with toe/heel tapping.* | ☐ |
| *(e)* | *Observed with walking.* | ☐ |
| *(f)* | *Not directly observed but reported in records of prior neurological examinations reviewed.* | ☐ |
| *(g)* | *Other.* | ☐ |
| *Use this space to explain your findings:* | | |
| **Gelb A Feature and Clinical Comment(s)** | | **Severity Level** |
| **3.** | **Rigidity** | Choose an item. |
| ***Select the clinical comment(s) that apply for Rigidity:*** | | |
| *(a)* | *Observed on examination with passive movement of a joint by the examiner and without any additional maneuvers.* | ☐ |

| PARKINSON'S DISEASE DIAGNOSIS CHECKLIST | | |
|---|---|---|
| *(b)* | *Observed on examination with contralateral hand activation (opening/closing a fist, drawing a circle in the air).* | ☐ |
| *(c)* | *Not directly observed but reported in records of prior neurological examinations reviewed.* | ☐ |
| *(d)* | *Other* | ☐ |
| *Use this space to explain your findings:* | | |
| **Feature and Clinical Comment(s)** | | **Severity Level** |
| **4.** | **Asymmetric Onset** | Choose an item. |
| ***Select the clinical comment(s) that apply for Asymmetric Onset:*** | | |
| *(a)* | *Directly reported by the Player during the history part of the assessment.* | ☐ |
| *(b)* | *Reported by a knowledgeable informant during the history part of the assessment.* | ☐ |
| *(c)* | *Reported or observed on exam in outside records reviewed.* | ☐ |
| *(d)* | *Other.* | ☐ |
| *Use this space to explain your findings:* | | |

## B. Gelb Group B Features

If you determine that at least three of the four features in Gelb Group A are present complete the questions below to exclude alternative diagnoses.

**A Probable diagnosis of Parkinson's Disease under the Gelb Criteria requires that *none* of the Group B features be present. You should ask the Player to bring all relevant medical records to the**

| PARKINSON'S DISEASE DIAGNOSIS CHECKLIST | |
|---|---|
| **examination. Please address any of the features if noted in any medical records that you receive or if it comes up during your examination.** | |
| **Features** | |
| **1.** | **Prominent postural instability in the first 3 years after symptom onset.** |
| **2.** | **Freezing phenomena in the first 3 years.** |
| **3.** | **Hallucinations unrelated to medications in the first 3 years.** |
| **4.** | **Dementia preceding motor symptoms or in the first year.** |
| **5.** | **Supranuclear gaze palsy (other than restriction of upward gaze) or slowing of vertical saccades.** |
| **6.** | **Severe symptomatic dysautonomia unrelated to medications.** |
| **7.** | **Documentation of a condition known to produce parkinsonism and plausibly connected to the patient's symptoms (such as suitably located focal brain lesions or neuroleptic use within the past 6 months).** |
| *Use this space to summarize your findings:* | |

## C. Response to Treatment

If you determine that at least three of the four features in Gelb Group A are present AND none of seven features in Gelb Group B are present complete the section below to document response to levodopa or a dopamine agonist treatment.

**A Probable diagnosis of Parkinson's Disease under the Gelb Criteria requires substantial and sustained response to levodopa or a dopamine agonist treatment.** ***While a substantial and***

| PARKINSON'S DISEASE DIAGNOSIS CHECKLIST | | |
|---|---|---|
| ***sustained response is generally required, clinical judgment may be applied in cases where the overall presentation supports a probable diagnosis despite a subjective or limited response.*** | | |
| **1.** | **Is the Retired Player being treated with levodopa or other dopaminergic therapy?** | ☐ **Yes** ☐ **No** |
| *Use this space to summarize the Retired Player's response to the treatment:* | | |
| **2.** | **If the Retired Player is being treated with levodopa or other dopaminergic therapy, did you observe a substantial and sustained improvement, either through your own evaluation or by reviewing past records?** | ☐ **Yes** ☐ **No** |
| *Use this space to summarize your findings:* | | |
| **D. Other Supportive Features** | | |
| Auxiliary tests alone are not sufficient to establish a Qualifying Diagnosis of Parkinson's Disease under the Settlement Criteria. The Settlement Agreement states that the identification of a condition – for example, through a blood test, genetic test, imaging technique, or otherwise – that has not yet resulted in actual cognitive impairment and/or actual neuromuscular impairment experienced by the Retired NFL Football Player does not qualify as a Qualifying Diagnosis. There must be an actual manifestation of cognitive impairment and/or actual neuromuscular impairment. Auxiliary tests for Parkinson's disease may include biomarker tests such as an alpha-synuclein skin biopsy or Ioflupane (123I) dopamine transporter (DaT) single photon emission computed tomography (SPECT) scan (DaT scan), or neurophysiological studies of tremor. Although these auxiliary tests alone are not sufficient to fulfill the Settlement criteria, their potential, non-mandatory use may influence the overall certainty of a diagnosis of Parkinson's Disease. Biomarker | | |

| PARKINSON'S DISEASE DIAGNOSIS CHECKLIST | | |
|---|---|---|
| tests may assist the diagnosing physician to determine whether a Retired Player's signs or symptoms are related to Parkinson's disease.<br><br>**Use the section below to identify any other supportive features that may contribute to the overall diagnosis of Parkinson's Disease.** | | |
| **1.** | **Is the Retired Player on a medication associated with signs of Parkinsonism, e.g., antipsychotics?** | ☐ **Yes** ☐ **No** |
| *Use this space to explain how you determined that the observed signs and symptoms were not medication related:* | | |
| **2.** | **Did you review the results of additional diagnostic tests?** | ☐ **Yes** ☐ **No** |
| *If yes, select which diagnostic tests were reviewed and explain the results.* | | |
| *(a)* | *DaT Scan* | ☐ **Yes** ☐ **No** |
| *If yes, use this space to explain the results of the DaT Scan:* | | |
| *(b)* | *Alpha Synuclein Skin Biopsy* | ☐ **Yes** ☐ **No** |
| *If yes, use this space to explain the results of the Alpha Synuclein Skin Biopsy:* | | |
| *(c)* | *CSF Syncuclein Seeding Assay* | ☐ **Yes** ☐ **No** |
| *If yes, use this space to explain the results of the CSF Syncuclein Seeding Assay:* | | |
| *(d)* | *Other Diagnostic Test(s)* | ☐ **Yes** ☐ **No** |

| PARKINSON'S DISEASE DIAGNOSIS CHECKLIST | | |
|---|---|---|
| *If yes, use this space to list out the other diagnostic test(s) and explain the results:* | | |
| **3.** | **Did you find additional pertinent information from the outside records you reviewed e.g., other features of Parkinson's Disease, presence of REM sleep behavior disorder or any other supportive information?** | ☐ **Yes** ☐ **No** |
| *Use this space to summarize how the other supportive information influenced your determination:* | | |

**PARKINSON'S DISEASE DIAGNOSIS CHECKLIST**

## III. OVERALL CONCLUSION

Use the space below to summarize your overall assessment, including a clear statement of whether the Retired Player met the Settlement Criteria for a diagnosis of Parkinson's Disease under ICD 9/10 or DSM-5. If you diagnose Parkinson's Disease utilizing DSM-5, make sure that all the criteria listed in Section II (B) are fulfilled. Your opinion should demonstrate a thorough consideration of any inconsistencies and instances of potential aberrations specific to this case.

## IV. ADDENDUM

Summarize any revisions to your original report here:

| PARKINSON'S DISEASE DIAGNOSIS CHECKLIST | |
|---|---|
| **V. PROVIDER INFORMATION** | |
| **Provider Name:** | |
| **Date of Report** | Click or tap to enter a date. |