**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : | **No. 2:12-md-02323-JDW** |
| | : | **MDL No. 2323** |
| | : | **Hon. Joshua D. Wolson** |
| **v.** | : | |
| | : | |
| **In re Audit of the Law Office of Douglas R. Grossinger** | : | |

**ORDER**

AND NOW, this _______ day of ___________________, 2026, upon consideration of the Objections of Douglas R. Grossinger and the Law Office of Douglas R. Grossinger to the Special Masters' Rule 27 Report and Decision Dated June 8, 2026 (the "Objections"), the Motion to Vacate the Claims Administrator's Rule 15 Audit Report and the Special Masters' Rule 27 Decision, and any response thereto, it is hereby ORDERED that the Objections are SUSTAINED. It is FURTHER ORDERED that:

1. The findings of the Claims Administrator's Rule 15 Audit Report of Adverse Finding dated December 12, 2025, and of the Rule 27 Decision, as to Douglas R. Grossinger and the Law Office of Douglas R. Grossinger, are REVERSED; and

2. All sanctions imposed upon Douglas R. Grossinger and the Law Office of Douglas R. Grossinger by the Rule 27 Decision are VACATED.

BY THE COURT:

______________________________
JOSHUA D. WOLSON, J.