**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **No. 2:12-md-02323-JDW**<br>**MDL No. 2323** |
| **Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,**<br>**Plaintiffs,**<br>**v.**<br>**National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,**<br>**Defendants.** | |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | |

**ORDER**

**AND NOW**, this 15th day of September, 2026, it is **ORDERED** that lead Counsel for the Parties shall appear for a status conference on September 29, 2026, at 10:00 a.m., via Zoom. My Chambers will provide the Parties with the Zoom link closer to the scheduled date.

No Party may use an AI-driven notetaking assistant (*e.g.* otter.ai, fireflies.ai, read.ai, Jamie, Granola, etc.) without my prior permission.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.