# Exhibit #3
# Email Chain between Pro Athlete and the Claims Administrator RE: Pro Athlete Volunteering to be Interviewed Under Oath.

# Re: NFL Concussion Settlement - 3/3/26 Audit Update

From: Dave Levine (agentdl@bellsouth.net)

To: rpetkauskas@browngreer.com; dmclean@browngreer.com; obrown@browngreer.com

Cc: mrosenberg@seegerweiss.com; 1kordell0@gmail.com; cseeger@seegerweiss.com

Date: Monday, March 16, 2026 at 01:18 PM EDT

NFL Claims Administrator, Thank you for the below email. In summary, since the 10/23/25 memo was issued by the Claims Administrator to the Special Master no additional or corroborating evidence was found as to the allegations raised by Informant Attorney (Other than the realization that the mental health facilities have nothing to do with the head concussion case). I volunteered to speak with you (under oath) and could have saved you plenty of time and effort. All of the allegations brought up by whistle Blower Attorney (obviously JR Wyatt) is totally false. He had 4 months to send you information backing up his false claims and you received a 17 page memo that was not germane to the allegations. You then had your private investigator interview five players previously represented by David Levine and they all confirmed: 1) no coaching, 2) that they were NOT asked to go to a mental health facility for their head concussion claim and 3) they were offered no referral fees to send me additional players for the head concussion case. Furthermore, JR and his client allege that I gave the Player "roughly $2,000.00" for a referral of a player. WHERE IS A COPY OF THAT CHECK??? Not difficult to get!! Thus, how an attorney and his clients can make false allegations and my clients and I have to suffer as a result. What further investigation needs to take place??? You already tainted the SM with these false allegations being placed in the 12/12/25 Audit Report. BTW JR also alleges that Justin Levine works for Pro Athlete Law Firm, P.A. this is another false statement by JR. How many false statements does it take for the informant to be investigated for a motive to spread falsehoods about me? For that matter, how about investigating the Player (James Hasty) who fired me because I would not pursue a fraudulent PD claim. After my Audit on PD claims is resolved, I will be providing you with a lot of information on multiple attorneys wrong doing in this case.

With respect to my only pending claim (Kordell Stewart), what has been done to make a finding that Kordell's claim is unaffected by any misrepresentation, or omission of material facts? You have NOT spoken to me, Kordell or the person that submitted his 3rd party affidavit (who I never spoke to and attached hereto)? You have audited his claim multiple times, asked questions to Dr. Greene for clarification of her diagnosis and certified on August 20, 2025 (See attached) that his claim is clear of any issues raised in the first Audit Report (ie 3rd party affidavits). There is no new allegations of wrong doing in the Kordell Stewart Claim since it was certified to the SM and this claim should be certified again that there is: "No finding of misrepresentation or omission of material facts". Kordell is copied on this email and BTW we volunteered for him to speak with the Claims Administrator or their Private Investigator and both parties rejected our offer. THUS, WHAT ELSE CAN WE DO TO GET HIS CLAIM PAID???

The Judge's Order issued on 12/3/25 clearly states: 1. Claims Administrator is to suspend the final disposition of all pending claims submitted by Pro Athlete or Levine and suspend any payments otherwise due to firm, until the Claims Administrator has resolved any pending Audit investigations that concern Pro Athlete and/or Levine, OR HAS MADE A FINDING THAT A PARTICULAR CLAIM IS UNAFFECTED BY ANY MISREPRESENTATION OR OMISSION OF MATERIAL FACTS" Emphasis added

I would appreciate a response as to Kordell's claim so I don't have to make a motion to the Court for enforcement of the 12/3/25 Order. Thank you for your consideration to this matter.

David Levine
Pro Athlete Law Firm, P.A.

----- Forwarded Message -----
**From:** Devin McLean <dmclean@browngreer.com>
**To:** Dave Levine <agentdl@bellsouth.net>
**Cc:** Tisa Adkins <tadkins@browngreer.com>
**Sent:** Tuesday, March 3, 2026 at 04:59:38 PM EST
**Subject:** NFL Concussion Settlement - 3/3/26 Audit Update

Good afternoon, Dave:

On 12/3/25, the Court issued an Order regarding the Audit of Pro Athlete Law Firm, P.A., which states:

1. The Claims Administrator is to suspend the final disposition of all pending claims submitted by PALF and Mr. Levine, and suspend any payments otherwise due to that firm, until the Claims Administrator has resolved any pending Audit investigations that concern Mr. Levine and/or PALF, or has made a finding that a particular claim is unaffected by any misrepresentation or omission of material facts; and

2. The Claims Administrator is to report on the progress of its investigation to the Special Masters and the affected parties no later than March 3, 2026.

Pursuant to the Court's Order, please see the attached update on the progress of the investigation.

We will continue to hold payment to Kordell Stewart (SPID 100014614) pursuant to the Court's Order. We will abide by any forthcoming Special Master Decision or Court Order that directs otherwise. We will reach out to you if we need anything else from you regarding this matter.

Thank you,

**Devin McLean**

Law Firm Contact

**BrownGreer PLC**

250 Rocketts Way

Richmond, Virginia 23231

Telephone: (804) 214-2839 Ext. 4382

Facsimile: (804) 521-7299

www.browngreer.com

BrownGreer Professional Service. Redefined.

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1:27

18

VN

**Vicky**

iMessage
Encrypted

Tue, Jan 6 at 10:24 AM

Vicky, this is David Levine. I know you declined interviewing me but did you want to interview my client (Kordell Stewart), who has a pending claim that was supposed to be paid in November but is being held up by this 7th investigation of me? Please let me know. Thank you.

Delivered

Thanks David. Not at this time.

+

# Kordell Stewart's claim

From: Dave Levine (agentdl@bellsouth.net)

To: rpetkauskas@browngreer.com

Date: Monday, February 2, 2026 at 12:28 PM EST

Roma, I write this email on behalf of my client Kordell Stewart. On October 7, 2025 I received an email from Tisa Atkins re: a NEW investigation of David Levine and/or PALF claims and that: "any pending claims submitted by you or your firm will remain on hold". Since, as of October 7, 2025, Kordell's claim was certified by the Claims Administrator that it was free of any issues from the 2024 audit report and ruling of the SM. Thus, the new allegations have to do with the allegations from December 2025 Audit report (October 23, 2025 secret memorandum to SM) to the SM alleging: coaching, preparation of unreliable documents, discrepancies in attorney representation documents, use of inpatient mental health facilities and paying a SCM for referrals. It's now been over 100 days since sending me the email from Tisa Atkins and I currently only have the Kordell Stewart's claim pending on my portal. More than 45 days ago I volunteered to be interviewed by the Claims Administrator and/or investigator (Vicky) and the interview was declined. I also volunteered Kordell to be interviewed and that was declined.
Thus, 100+ days after giving notice of the NEW investigation, what NEW information was discovered in the Claim of Kordell Stewart that it can't be certified again as the Judge's December 3, 2025 Order states: To suspend any payments due firm, until the CA has resolved any pending Audit investigations that concern Mr. Levine and/or PALF, or has made a finding that a particular claim is unaffected by any misrepresentation or omission of material facts'.

1. Mr Stewart and/or the 3rd party affiant (Who I never even communicated with) was not coached. That can be verified by speaking to the 3rd party affiant, Kordell and myself.

2. There was no preparation of unreliable documents. Ask me or Kordell.

3.There are no discrepancies in attorney representation documents. Don't even know what that means, but Kordell has signed one retainer agreement with Pro Athlete Law firm, P.A. This was also already provided to the Claims Administrator and confirmed by Kordell.

4. Kordell Never went to a Mental health facility. Ask Kordell.

5. I have never paid a referral fee to a SCM. Ask me.

6. Lastly, Vicky interviewed several of my former clients who have pending claims and all of the former clients confirmed that none of the NEW allegations were true. Vicky has told new counsel for my clients that she has concluded the interviews for the the clients that volunteered to be interviewed. If you would have interviewed me back in October, or whenever you received this so called whistle blower's allegations, I could have explained to you that James Hasty (the alleged whistle blower/tipster) was not referring to me or anyone

involved with Pro Athlete Law Firm, P.A.
I don't know the motive of the Claims Administrator not wanting to interview me to get the truth or at least hear my explanation of the NEW allegations. This is especially odd in light of multiple attorneys at ROV were interviewed, Byron Cuthbert was interviewed as well as other attorneys that have been investigated in the past. Additionally, why would you not want to interview Kordell Stewart to ask him the relevant questions of the NEW allegations? The Claims Administrator had already certified that there were no issues with the 3rd party affidavit or anything else relating to the special scrutiny that the SM and Judge Brody issued as a result of the 2024 Audit and reversal of the punishment.

Therefore, Mr. Stewart would like to know what's been done to certify that his claim is free from the NEW allegations of the audit investigation and the status thereof? Thank you very much for your attention to this matter.

David Levine
Pro Athlete Law Firm, P.A.

# RE: NFL Concussion Settlement - 3/3/26 Audit Update

From: Tisa Adkins (tadkins@browngreer.com)

To: dmclean@browngreer.com; agentdl@bellsouth.net

Date: Thursday, March 19, 2026 at 11:18 AM EDT

David,

The Special Masters reviewed our 2/27/26 update on this investigation and informed us yesterday that they do not feel that the matter requires any further briefings from the Parties. The Special Masters defer to our recommendation on next steps for this investigation, including issuing Mr. Stewart's payment.

After careful consideration, we have determined that because we did not find any additional evidence to substantiate that the new issues we described in our 10/23/25 memo and 2/27/26 update have a material effect on additional claims currently or formerly represented by your firm, we will conclude this investigation of the firm without an adverse finding. You can expect to receive Mr. Stewart's payment in the next 10 days, with a separately funded inflation adjustment next month.

This determination has no effect on any other pending Audit matters or investigations that involve you or Pro Athlete. As a reminder, Pro Athlete Law Firm remains a Subject of Investigation in the current Audit Proceeding regarding Parkinson's Disease Diagnoses, which is currently in the briefing process, and subject to separate Special Master remedies.

Thank you for your patience while we awaited guidance on this matter.

Kindest regards,

Tisa

**From:** Devin McLean <dmclean@browngreer.com>
**Sent:** Tuesday, March 3, 2026 4:59 PM
**To:** Dave Levine <agentdl@bellsouth.net>
**Cc:** Tisa Adkins <tadkins@browngreer.com>
**Subject:** NFL Concussion Settlement - 3/3/26 Audit Update

Good afternoon, Dave:

On 12/3/25, the Court issued an Order regarding the Audit of Pro Athlete Law Firm, P.A., which states:

1. The Claims Administrator is to suspend the final disposition of all pending claims submitted by PALF and Mr. Levine, and suspend any payments otherwise due to that firm, until the Claims Administrator has resolved any pending Audit investigations that concern Mr. Levine and/or

PALF, or has made a finding that a particular claim is unaffected by any misrepresentation or omission of material facts; and

2. The Claims Administrator is to report on the progress of its investigation to the Special Masters and the affected parties no later than March 3,2026.

Pursuant to the Court's Order, please see the attached update on the progress of the investigation.

We will continue to hold payment to Kordell Stewart (SPID 100014614) pursuant to the Court's Order. We will abide by any forthcoming Special Master Decision or Court Order that directs otherwise. We will reach out to you if we need anything else from you regarding this matter.

Thank you,

**Devin McLean**
Law Firm Contact
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 214-2839 Ext. 4382
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

# RE: Kordell Stewart award and payment

From: Devin McLean (dmclean@browngreer.com)

To: agentdl@bellsouth.net

Cc: tadkins@browngreer.com

Date: Tuesday, December 2, 2025 at 11:32 AM EST

David:

On 10/7/25, we informed you that Pro Athlete Law Firm is the Subject of an Audit Investigation and any pending claims submitted by you or your firm will remain on hold. Mr. Stewart's claim is a part of this population, and we are unable to issue payment related his claim at this time.

Thank you,
Devin

**From:** Devin McLean
**Sent:** Tuesday, December 2, 2025 10:29 AM
**To:** Dave Levine <agentdl@bellsouth.net>
**Cc:** Tisa Adkins <tadkins@browngreer.com>
**Subject:** RE: Kordell Stewart award and payment

Good morning, David:

I did have a great Thanksgiving and hope you did too!

We are checking into this.

Thanks,

**Devin McLean**

Law Firm Contact

**BROWNGREER PLC**

250 Rocketts Way

Richmond, Virginia 23231

Telephone: (804) 214-2839 Ext. 4382

Facsimile: (804) 521-7299

www.browngreer.com

Professional Service. Redefined.

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Dave Levine <agentdl@bellsouth.net>
**Sent:** Monday, December 1, 2025 2:29 PM
**To:** Devin McLean <dmclean@browngreer.com>
**Subject:** Fw: Kordell Stewart award and payment

Devin, I hope you had a great Thanksgiving! I'm following uo on the Kordell Stewart payment off claim. Kordell was on the October 2025 payment list that should have been paid in November but we never received the funds. What's the status? Please let me know. Thank you.

David Levine

Pro Athlete Consulting, Inc