# Exhibit #4
# Email Chain between Pro Athlete and the Claims Administrator RE: Question: Whether Pro Athlete is Co-counsel with Doug Grossinger

# RE: NFL - Pro Athlete Law Firm, PA

From: Tisa Adkins (tadkins@browngreer.com)

To: agentdl@bellsouth.net

Date: Wednesday, November 26, 2025 at 08:06 AM EST

David,

I have received you email and will follow up after I receive additional clarification on your inquiry.

Thank you,
Tisa

**From:** Dave Levine <agentdl@bellsouth.net>
**Sent:** Tuesday, November 25, 2025 6:30 PM
**To:** Tisa Adkins <tadkins@browngreer.com>
**Subject:** Re: NFL- Pro Athlete Law Firm, PA

Tisa, Pursuant to sections 8.6 and 10.3 of the Settlement Agreement, I see no obligation on my part to answer the below question. Please direct me to the part that obligates me to respond to that question. Thank you.

David Levine

Pro Athlete Law Firm, P.A.

On Tuesday, November 18, 2025 at 02:44:37 PM EST, Tisa Adkins <tadkins@browngreer.com> wrote:

David,

Pursuant to Sections 8.6 and 10.3 of the NFL Concussion Settlement Agreement, please answer the following question by **11/25/25**.

Do you or anyone else at Pro Athlete Law Firm, P.A. have arrangement(s) (such as co-counsel, whether written or verbal) and/or other relationship with attorney Douglas R. Grossinger in connection with the NFL Concussion Settlement?

Thank you,

**Tisa Adkins**

Law Firm Contact

**BROWNGREER PLC**

250 Rocketts Way

Richmond, Virginia 23231

Telephone: (804) 214-2839 (ext. 4380)

Facsimile: (804) 521-7299

www.browngreer.com

BROWNGREER Professional Service. Redefined.

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

# Re: NFL - Pro Athlete Law Firm, PA

From: Dave Levine (agentdl@bellsouth.net)

To: tadkins@browngreer.com

Date: Monday, November 24, 2025 at 09:04 AM EST

Tisa, I hope all is well! I'm requesting additional time until December 5, 2025 to respond to this request as my attorney is not available to respond until after the holidays. Thank you and have a great holiday.

David Levine
Pro Athlete Consulting, Inc

On Tuesday, November 18, 2025 at 02:44:37 PM EST, Tisa Adkins <tadkins@browngreer.com> wrote:

David,

Pursuant to Sections 8.6 and 10.3 of the NFL Concussion Settlement Agreement, please answer the following question by **11/25/25**.

Do you or anyone else at Pro Athlete Law Firm, P.A. have arrangement(s) (such as co-counsel, whether written or verbal) and/or other relationship with attorney Douglas R. Grossinger in connection with the NFL Concussion Settlement?

Thank you,

**Tisa Adkins**

Law Firm Contact

**BROWNGREER PLC**

250 Rocketts Way

Richmond, Virginia 23231

Telephone: (804) 214-2839 (ext. 4380)

Facsimile: (804) 521-7299

www.browngreer.com

BrownGreer Professional Service. Redefined.

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

# RE: NFL- Pro Athlete Law Firm, PA

From: Tisa Adkins (tadkins@browngreer.com)

To: agentdl@bellsouth.net

Date: Monday, November 24, 2025 at 11:40 AM EST

David,

Given the straightforward nature of this question, we are unable to extend the deadline. Please reply by the deadline of 11/25/25.

Thank you,

Tisa

**From:** Dave Levine <agentdl@bellsouth.net>
**Sent:** Monday, November 24, 2025 9:05 AM
**To:** Tisa Adkins <tadkins@browngreer.com>
**Subject:** Re: NFL- Pro Athlete Law Firm, PA

Tisa, I hope all is well! I'm requesting additional time until December 5, 2025 to respond to this request as my attorney is not available to respond until after the holidays. Thank you and have a great holiday.

David Levine

Pro Athlete Consulting, Inc

On Tuesday, November 18, 2025 at 02:44:37 PM EST, Tisa Adkins <tadkins@browngreer.com> wrote:

David,

Pursuant to Sections 8.6 and 10.3 of the NFL Concussion Settlement Agreement, please answer the following question by **11/25/25**.

Do you or anyone else at Pro Athlete Law Firm, P.A. have arrangement(s) (such as co-counsel, whether written or verbal) and/or other relationship with attorney Douglas R. Grossinger in connection with the NFL Concussion Settlement?

Thank you,

**Tisa Adkins**

Law Firm Contact

**BROWNGREER PLC**

250 Rocketts Way

Richmond, Virginia 23231

Telephone: (804) 214-2839 (ext. 4380)

Facsimile: (804) 521-7299

www.browngreer.com

Professional Service. Redefined.

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

## NFL - Pro Athlete Law Firm, PA

From: Tisa Adkins (tadkins@browngreer.com)

To: agentdl@bellsouth.net

Date: Tuesday, November 18, 2025 at 02:44 PM EST

David,

Pursuant to Sections 8.6 and 10.3 of the NFL Concussion Settlement Agreement, please answer the following question by **11/25/25**.
Do you or anyone else at Pro Athlete Law Firm, P.A. have arrangement(s) (such as co-counsel, whether written or verbal) and/or other relationship with attorney Douglas R. Grossinger in connection with the NFL Concussion Settlement?
Thank you,

**Tisa Adkins**
Law Firm Contact
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 214-2839 (ext. 4380)
Facsimile: (804) 521-7299
www.browngreer.com

Professional Service.
Redefined.

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*