**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : | **No. 2:12-md-02323-JDW** |
| | : | **MDL No. 2323** |
| | : | **Hon. Joshua D. Wolson** |
| **v.** | : | |
| | : | |
| **In re Audit of the Law Office of Douglas R. Grossinger** | : | |

**PRAECIPE TO ATTACH**

TO THE CLERK OF COURT:

Kindly attach the enclosed Exhibits A and B to Objections of Douglas R. Grossinger and the Law Office of Douglas R. Grossinger to the Special Masters' Rule 27 Report and Decision dated June 8, 2026, filed on September 11, 2026 [Doc 12573], in the above-captioned matter.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

Dated: September 15, 2026 By: */s/ Kiersty DeGroote*

George Bochetto, Esquire
Kiersty DeGroote, Esquire
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900
*Counsel for Douglas R. Grossinger and the Law Office of Douglas R. Grossinger*

**CERTIFICATE OF SERVICE**

I, Kiersty DeGroote, Esquire, hereby certify that on this 15th day of September, 2026, a true and correct copy of the foregoing Praecipe to Attach Exhibits to Objections of Douglas R. Grossinger and the Law Office of Douglas R. Grossinger to the Special Masters' Rule 27 Report and Decision Dated June 8, 2026, was filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

Dated: September 15, 2026 By: *Kiersty DeGroote*

George Bochetto, Esquire
Kiersty DeGroote, Esquire
1524 Locust Street
Philadelphia, PA 19102
(216) 735-3900
*Counsel for Douglas R. Grossinger and the Law Office of Douglas R. Grossinger*