**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **No. 2:12-md-02323-JDW**<br>**MDL No. 2323** |
| **Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,**<br>**Plaintiffs,**<br>**v.**<br>**National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,**<br>**Defendants.** | |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

**ORDER**

**AND NOW**, this 18th day of September, 2026, upon receipt of a letter from Counsel for the National Football League and NFL Properties LLC (the "NFL Parties"), requesting an extension of time to respond to the Motion To Vacate The Claims Administrator's December 12, 2025 Rule 15 Audit Report, To Vacate The Special Masters' June 8, 2026 Rule 27 Decision, And To Stay Audit Proceedings Pending Resolution (ECF No. 12572), it is **ORDERED** that any responses to the Motion are due on or before November 16, 2026.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.