**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-JDW<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**JOINT STATEMENT BY COUNSEL FOR THE NFL PARTIES AND CLASS COUNSEL**
**IN RESPONSE TO THE COURT'S AUGUST 24, 2026 ORDER**

Counsel for the NFL Parties and Class Counsel submit this joint statement in response to the Court's August 24, 2026 Order (ECF No. 12564) to echo the Court's appreciation for Special Master Verrier's "invaluable service and dedication to the Court, the Parties, and the Settlement of this matter over the years," and to express the Parties' appreciation for Special Master Verrier's devotion and leadership in her role. The Parties jointly consent to the Court's appointment of Amy Kurland as Special Master Verrier's replacement pursuant to Section 10.1(d) of the Settlement Agreement and look forward to working with Special Master Kurland.

By: /s/ Christopher Seeger

Date: September 28, 2026

Christopher Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Phone: (973) 639-9100
cseeger@seegerweiss.com

***Class Counsel***

By: /s/ Brad S. Karp

Date: September 28, 2026

Brad S. Karp
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
bkarp@paulweiss.com

***Counsel for the National Football League and NFL Properties LLC***