**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-JDW<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**JOINT MOTION BY CLASS COUNSEL AND COUNSEL FOR THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC TO REPLACE THE ATTORNEYS' FEES QUALIFIED SETTLEMENT FUND ADMINISTRATOR**

Pursuant to Section 23.7 of the Amended Settlement Agreement, Class Counsel and Counsel for the National Football League and NFL Properties LLC jointly request that the Garretson Resolution Group, Inc. d/b/a Epiq Mass Tort ("Epiq") be replaced as Attorneys' Fees Qualified Settlement Fund ("QSF") Administrator and jointly recommend that this Court appoint BrownGreer PLC to serve as the Attorneys' Fees QSF Administrator.

By: /s/ *Christopher Seeger*

Date: November 9, 2026

By: /s/ *Brad S. Karp*

Date: November 9, 2026

Christopher Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Phone: (973) 639-9100
cseeger@seegerweiss.com

***Class Counsel***

Brad S. Karp
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
bkarp@paulweiss.com

***Counsel for the National Football League and NFL Properties LLC***

It is so **ORDERED**, this ____ day of ______, 2026, that the joint motion is **GRANTED** and that BrownGreer PLC is appointed to replace the Garretson Resolution Group, Inc. d/b/a Epiq Mass Tort as Administrator of the Attorneys' Fees Qualified Settlement Fund. Epiq is directed to cooperate with BrownGreer to ensure an orderly transition.

______________________________

JOSHUA D. WOLSON, J.